# Keller | Postman

October 15, 2022

**VIA ECF**

The Honorable Denise L. Cote
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 1910
New York, New York 10007

> Re: *In Re: Acetaminophen – ASD/ADHD Products Liability Litigation*, Case No. 1:22-md-03043 (S.D.N.Y.)
> Plaintiffs' Letter-Motion to Set Briefing Schedule on Motions to Dismiss based on Preemption

Dear Judge Cote,

Undersigned counsel represent most of the plaintiffs who have filed ASD/ADHD actions governed by the Judicial Panel on Multidistrict Litigation's recent consolidation order, and we have been working diligently with every attorney that we know of representing plaintiffs with similar injuries. *See* Transfer Order, MDL No. 3043, ECF No. 92. Ours is a well-organized and cohesive group that has been hard at work for months to ensure an orderly and efficient presentation of plaintiffs' positions to the Court. We look forward to your guidance on how we can best capitalize on those efforts as this litigation proceeds.

More immediately, we write with respect to plaintiffs Robin Hatfield, individually and as mother and guardian of C.H., and Lisa Roberts, individually and as mother and guardian of M.M. Pursuant to Local Rule 7.1(d) and Rule 4(J) of the Court's Individual Practices in Civil Cases, we respectfully request the Court enter a scheduling order setting deadlines for pending motions to dismiss filed by Defendant Walmart, Inc. ("Walmart") in Hatfield's and Roberts's actions.[1]

Hatfield and Roberts filed their actions in the Western District of Arkansas. Prior to the JPML's transfer and consolidation order, Walmart filed motions to dismiss, contending that plaintiffs' state-law claims are preempted by federal law. *See* Walmart Inc.'s Mot. to Dismiss, *Roberts v. Wal-Mart Stores, Inc.*, No. 22-cv-5108 (W.D. Ark.), ECF No. 15; Walmart Inc.'s Mot. to Dismiss, *Hatfield v. Wal-Mart Stores, Inc.*, No. 22-cv-5109 (W.D. Ark.), ECF No. 15. The parties stipulated that plaintiffs' oppositions would be stayed pending resolution of the JPML's decision regarding consolidation.

---

[1] The underlying actions are related cases *Roberts v. Wal-Mart Stores, Inc.*, No. 22-cv-5108 (W.D. Ark) and *Hatfield v. Wal-Mart Stores, Inc.*, No. 22-cv-5109 (W.D. Ark).

# Keller | Postman

With the JPML's decision now in hand, the stipulation no longer applies. Plaintiffs therefore seek the Court's guidance on when and how it prefers the parties to address Walmart's motions, including any deadline for Walmart to resubmit its memoranda of law with citations to Second Circuit authority.

Plaintiffs agree with defendants and the JPML that preemption is a dispositive issue across all cases. *See, e.g.,* Def. Walmart Inc. & Wal-Mart Stores, Inc.'s Opp. to Mot. to Transfer 2, MDL No. 3043, ECF No. 46; Interested Party Response to Mot. for Transfer 3, MDL No. 3043, ECF No. 49 ("Substantially identical questions of law common to each action include . . . whether federal law preempts any state-law imposed duties."); Transfer Order, MDL No. 3043, ECF No. 92 at 2 ("Additionally, [although Walmart filed the Motions], all defendants are likely to assert the same preemption defense in each action.") Plaintiffs further submit that addressing the cross-cutting legal question of preemption early in these proceedings will benefit both sides equally. Plaintiffs are therefore prepared to address preemption expeditiously, adhering to the Local Rules for page limits and filing deadlines if the Court deems those defaults appropriate.

To ensure that they do not unintentionally miss response deadlines that are currently running, plaintiffs respectfully ask the Court to set a briefing schedule for the motions to dismiss or, if the Court prefers, to hold any deadlines in abeyance until this Court convenes an initial Case Management Conference.

Undersigned counsel looks forward to working with your honor to efficiently coordinate and prosecute the consolidated actions. Thank you for your attention and consideration.

`                                                            Respectfully submitted,

Mikal Watts  (*Pro Hac Vice* forthcoming)      /s/ *Ashley C. Keller*
WATTS GUERRA LLC                               Ashley C. Keller (*Pro Hac Vice* forthcoming)
Millennium Park Plaza RFO,                     KELLER POSTMAN LLC
Suite 410, C112                                150 N. Riverside Plaza Suite 4100
Guaynabo, Puerto Rico 00966                    Chicago, IL 60606
(210) 447-0500                                 (312) 741-5220
Fax: (210) 447-0501                            Fax: (312) 971-3502
Email: mcwatts@wattsguerra.com                 Email ack@kellerpostman.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2022, I caused a copy of the foregoing to be filed through the Court's CM/ECF system, which will serve all counsel of record, and also sent copies via email and the United States Postal Service to counsel identified below.

/s/ Ashley C. Keller
Ashley C. Keller

Purvi Govindlal Patel
Morrison & Foerster LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017
(213) 892-5200
Fax: (213) 892-5454
Email: ppatel@mofo.com

Alexandra Preece Barlow
Julie Yongsun Park
Morrison & Foerster LLP
12531 High Bluff Drive
Suite 100
San Diego, CA 92130
858-720-5100
Email: abarlow@mofo.com
Email: juliepark@mofo.com

Counsel for Target Corporation

Tracy J Van Steenburgh Reg.no. 141173
Kirsten H. Pagel Reg. No. 399114
Nilan Johnson Lewis PA
250 Marquette Avenue South
Suite 800
Minneapolis, MN 55401
612-305-7500
Fax: 612-305-7501
Email: tvan@nilanjohnson.com
kpagel@nilanjohnson.com

Robert Ryan Younger
Quattlebaum, Grooms & Tull PLLC
11 Center Street, Suite 1900
Little Rock, AR 72201

Counsel for Walmart, Inc.

3

Sandra Meeyoun Ko
Barnes and Thornburg LLP
2029 Century Park East
Suite 300
Los Angeles, CA 90067
310-284-3899
Email: sko@btlaw.com

Mark William Wallin
Barnes & Thornburg LLP
One North Wacker Drive
Suite 4400
Chicago, IL 60606
312-214-4591
Email: mwallin@btlaw.com

Counsel for Costco Wholesale Corporation

Ethan P. Davis
King & Spalding LLP
50 California Street Suite 3300
San Francisco, CA 94111
edavis@kslaw.com

Donald Frederick Zimmer , Jr.
Jennifer Taylor Stewart
King & Spalding LLP
50 California Street, Suite 3300
San Francisco, CA 94111
415.318.1220
Fax: 415.318.1300
Email: fzimmer@kslaw.com
Email: jstewart@kslaw.com

Counsel for Wal-Mart/Walmart, Inc.

Samuel K. Anderson
DAVIS ROTHWELL EARLE &
XOCHIHUA PC
 200 SW Market St.Suite 1800
Portland, Oregon 97201
 Telephone: (503) 222-4422
sanderson@davisrothwell.com

Counsel for Walgreen Co.

Amanda L. Groves
Winston & Strawn LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071
(213) 615-1700
Fax: (213) 615-1750
Email: agroves@winston.com

Counsel for Safeway, Inc.

Kurt R. Bonds
ALVERSON TAYLOR & SANDERS
6605 Grand Montecito Parkway
Suite 200
Las Vegas, NV 89149
702-384-7000
Fax: 702-385-7000
Email: efile@alversontaylor.com

Rodney L Umberger , Jr
Edward M Silverman
WILLIAMS KASTNER & GIBBS (SEA)
TWO UNION SQUARE
601 UNION ST, STE 4100
SEATTLE, WA 98101
206-628-6600
Fax: 206-628-6611
Email: rumberger@williamskastner.com
esilverman@williamskastner.com

Beth C. Boggs, #43089 MO
BOGGS, AVELLINO, LACH & BOGGS,
L.L.C.
9326 Olive Blvd., Suite
200 St. Louis, MO
63132
(314) 726-2310 Telephone
314) 726-2360 Facsimile

James S Link
Counselor and Advocate at Law
215 North Marengo Avenue 3rd Floor
Pasadena, CA 91101
626-793-9750
Fax: 626-628-1925
Email: james.s.link@att.net

Jeffrey H Baraban
Baraban and Teske
215 North Marengo Avenue 3rd Floor
Pasadena, CA 91101-1569
626-440-9882
Fax: 626-440-9393
Email: j_baraban@msn.com

Counsel for Rite Aid Corporation

Sarah E. Johnston
Sarah.Johnston@btlaw.com
Kristen L. Richer
Kristen.Richer@btlaw.com
BARNES & THORNBURG LLP
2029 Century Park East, Suite 300
 Los Angeles, California 90067
Telephone: (310) 284-3880
Facsimile: (310) 284-3894

GEORGE M. RANALLI
JASON ANDREW FOWLER
JAMES F. HOLTZ, ESQ.
RANALLI ZANIEL FOWLER & MORAN,
LLC
2340 W. Horizon Ridge Parkway, Suite 100
Henderson, Nevada 89052
ranalliservice@ranallilawyers.com

Howard J. Russell
Weinberg, Wheeler, Hudgins, Gunn & Dial,
LLC
6385 S. Rainbow Blvd.
Suite 400
Las Vegas, NV 89118
(702) 938-3838
Fax: (702) 938-3864

bboggs@balblawyers.com

Counsel for Wal-Mart Stores Inc

Paige Lohse
BARNES & THORNBURG LLP
One North Wacker Drive, Ste. 4400
 Chicago, IL 60606
 T: (312) 214-8301
 F: (312) 759-5646 paige.lohse@btlaw.com

Counsel for CVS

Karen Guyder Felter
Smith Sovik Kendrick & Sugnet, P.C.
250 South Clinton Street, Suite 600
Syracuse, NY 13202
(315)-474-2911
Fax: (315)-474-6015
Email: kfelter@smithsovik.com

Email: hrussell@wwhgd.com

James F Holtz
Ranalli Zaniel Fowler & Moran LLC
2400 W. Horizon Ridge Parkway
Henderson, NV 89052
702-477-7774
Fax: 702-477-7778
Email: jholtz@ranallilawyers.com

Patrice Stephenson-Johnson
Tyson & Mendes
170 South Green Valley Parkway Suite 300
Henderson, NV 89012
702-724-2648
Fax: 702-410-7684
Email: pstephenson@tysonmendes.com

Counsel for Walgreens Boots Alliance, Inc.