```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    22md3043 (DLC)
IN RE: Acetaminophen - ASD-ADHD          :
Products Liability Litigation            :    ORDER: ATTORNEY
                                         :           ADMISSIONS
---------------------------------------- X
```

DENISE COTE, District Judge:

Pursuant to Rule 2.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, it is hereby

ORDERED that counsel who have appeared as counsel of record in an action transferred into the MDL, 22md3043, prior to its transfer into this District need not enter a notice of appearance or file a motion for pro hac vice admission before this Court, and need not obtain local counsel.  Any attorney who appears in a Member Case after its transfer (or, in a case directly filed in this District) must enter a notice of appearance in the MDL, 22md3043, and, if not admitted to the Bar of this Court, must apply for pro hac vice status pursuant to the Southern District of New York's Local Rules.  An attorney need file only one pro hac vice motion, even if he or she is the attorney of record for several individual plaintiffs or defendants.  The attorney shall be required to pay the pro hac vice fee only one time.

IT IS FURTHER ORDERED that pro hac vice motions should be filed in the MDL, 22md3043, and counsel shall "spread" the motion to all cases for which the attorney represents an individual litigant.

Dated: New York, New York
       October 19, 2022

```
                                        _____
                                        DENISE COTE
                                        United States District Judge
```