

218 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

(800) 898-2034

BeasleyAllen.com

**W. Roger Smith, III**
Principal
roger.smith@beasleyallen.com

October 21, 2022

**By ECF**
The Honorable Denise L. Cote
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 1910
New York, NY  10007

      Re:    *In Re: Acetaminophen – ASD/ADHD Products Liability Litigation*, Case No. 1:22-md-03043-DLC (S.D.N.Y.)

Dear Judge Cote:

Please accept this letter as notification of my intention to appear at your November 17, 2022, conference pursuant to Paragraph 14 of your October 18, 2022, Order (Doc. 11).

                    Respectfully submitted,

                    */s/ W. Roger Smith, III*
                    W. Roger Smith, III (*Pro Hac Vice* forthcoming)
                    **BEASLEY, ALLEN, CROW,**
                    **METHVIN, PORTIS & MILES, P.C.**
                    Post Office Box 4160
                    Montgomery, Alabama  36103
                    Phone: (334) 269-2343
                    Fax: (334) 954-7555
                    Email: Roger.Smith@BeasleyAllen.com