```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------- X    22md3043 (DLC)
                                    :    22mc3043 (DLC)
IN RE: Acetaminophen - ASD-ADHD     :
Products Liability Litigation       :         ORDER:
                                    :    MASTER CASE FILE
----------------------------------- X
```

DENISE COTE, District Judge:

It appearing that a master case file that contains a limited set of filings in 22md3043 would be advantageous when those filings are of significance to the MDL as a whole or a substantial number of cases, it is hereby

ORDERED that the Clerk of Court is directed to open a master case file bearing docket number 22mc3043. Any filing fees associated with opening the master case file docket are waived. The caption shall read "In re: Acetaminophen - ASD-ADHD Products Liability Litigation." For administrative purposes only, in 22mc3043, plaintiffs shall be listed as "Acetaminophen MDL Plaintiffs," and defendants shall be listed as "Acetaminophen MDL Defendants."

IT IS FURTHER ORDERED that the Clerk of Court is directed to docket the following orders currently in the MDL Docket in 22mc3043: Docket No. 1 (Transfer Order), Docket No. 11 (Order dated October 18, 2022), and Docket No. 12 (Order: Attorney Admissions).

IT IS FURTHER ORDERED that the master case file will be limited to the Court's case management orders and other orders of significance and substantive filings by the parties that relate to all actions (e.g., master pleadings, motion papers). Among other things, the master case file will not include <u>pro hac vice</u> motion papers, the Court's standing orders, conditional transfer orders, notices of appearance, and ministerial filings.

IT IS FURTHER ORDERED that parties shall file documents on the master case file in addition to (not in lieu of) the MDL docket if the documents are (1) master pleadings that apply to most or all Member Cases or (2) substantive motions that apply to most or all Member Cases; or if the parties are directed to do so by the Court. If in doubt, counsel may inquire by submitting a letter no longer than two pages on the MDL docket.

Dated:  New York, New York
        October 21, 2022

                                    _____
                                            DENISE COTE
                                    United States District Judge