# Keller | Postman

October 25, 2022

**VIA ECF**

The Honorable Denise L. Cote
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 1910
New York, New York 10007

  Re.   *In Re: Acetaminophen – ASD/ADHD Products Liability Litigation*, Case No. 1:22-md-03043 (S.D.N.Y.)

Dear Judge Cote:

      In accordance with your October 18, 2022 Order, please accept this letter as my notification of intention to appear at your November 17, 2022 conference. *See* Dkt. 11, ¶ 14.

                                    Respectfully,

                                    /s/ *Ashley C. Keller*
                                    Ashley C. Keller
                                    KELLER POSTMAN LLC
                                    150 N. Riverside Plaza Suite 4100
                                    Chicago, IL 60606
                                    (312) 741-5220
                                    Fax: (312) 971-3502
                                    ack@kellerpostman.com