**Keller | Postman**

October 25, 2022

**VIA ECF**

The Honorable Denise L. Cote
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 1910
New York, New York 10007

Re.   *In Re: Acetaminophen – ASD/ADHD Products Liability Litigation*, Case No. 1:22-md-03043 (S.D.N.Y.)

Dear Judge Cote:

In accordance with your October 18, 2022 Order, please accept this letter as my notification of intention to appear at your November 17, 2022 conference.  *See* Dkt. 11, ¶ 14.

Respectfully,

/s/ *Ashley Barriere*
Ashley Barriere
KELLER POSTMAN LLC
150 N. Riverside Plaza Suite 4100
Chicago, IL 60606
(312) 210-7307
Fax: (312) 971-3502
ashley.barriere@kellerpostman.com