# The Carlson Law Firm
## ATTORNEYS AND COUNSELORS AT LAW

**PARTNERS**
CRAIG W. CARLSON †
STEVEN N. WALDEN + **
JARED STENBERG 1971 – 2010
EDNA G. ELIZONDO
VICKI L. CARLSON
MICHAEL G. ERSKINE
JULIE L. PESCHEL
L. TODD KELLY ¥ *
NATHAN P. KENNEDY Ω
KATHRYN L. KNOTTS
STEPHEN S. DUMMITT
DOMINIC M.V. BRAUS *
JAIME M. LYNN
SAVANNAH STROUD **
JOHN FABRY ∞
RUTH RIZKALLA Ŧ

**OF COUNSEL**
BRANTLEY W. WHITE
S. REED MORGAN ✦ **
AMOS BARTON

**OFFICE LOCATIONS**
AUSTIN
BAYTOWN
BRYAN/COLLEGE STATION
CORPUS CHRISTI
KERRVILLE
KILLEEN PRINCIPAL OFFICE
LAREDO
LOS ANGELES
LUBBOCK
MIDLAND
ROUND ROCK
SAN ANTONIO
ST. PETERSBURG
TEMPLE
WACO
WICHITA FALLS

**\*** BOARD CERTIFIED PERSONAL INJURY TRIAL LAW BY THE TEXAS BOARD OF LEGAL SPECIALIZATION

**\*\*** BOARD CERTIFIED FAMILY LAW BY THE TEXAS BOARD OF LEGAL SPECIALIZATION

LICENSED IN
† TEXAS & NEBRASKA
+ TEXAS, GEORGIA & FLORIDA
¥ TEXAS, OKLAHOMA, PENNSYLVANIA, VIRGINIA, NEW MEXICO & COLORADO
Ω TEXAS & COLORADO
∞ TEXAS & SOUTH CAROLINA
Ŧ CALIFORNIA
✦ TEXAS & LOUISIANA

ALL OTHER ATTORNEYS LICENSED IN TEXAS

100 E. CENTRAL TEXAS EXPY.
KILLEEN, TEXAS 76541
P: (254) 526-5688 | F: (254) 526-8204

October 28, 2022

**By ECF**

The Honorable Denise L. Cote
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 1910
New York, New York 10007

Re:    *In Re: Acetaminophen – ASD/ADHD Products Liability Litigation*, Case
       No. 1:22-md-03043-DLC (S.D.N.Y.)

Dear Judge Cote:

Paragraph 14 of your October 18, 2022 Order requires that "[a]ll counsel who intend to appear at the November 17 conference shall file a letter notifying this Court of their intention by November 10, 2022." Please accept this letter as my notification of an intention to appear at your November 17 conference.

Respectfully submitted,

By:    */s/ Ruth Rizkalla*
       Ruth Rizalla
       1500 Rosecrans Avenue, Suite 500
       Manhattan Beach, CA 90266
       Phone (254) 526-5688
       Fax (254) 526-8204
       Email RRizkalla@carlsonattorneys.com
       THE CARLSON LAW FIRM, P.C.
       *Attorneys for Plaintiffs*