# Keller | Postman

October 28, 2022

**<u>VIA ECF</u>**

The Honorable Denise L. Cote
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 1910
New York, New York 10007

   Re.   *In Re: Acetaminophen – ASD–ADHD Products Liability Litigation*, Case No. 1:22-md-03043 (S.D.N.Y.)
         **This Document Relates to:** *Hatfield et al. v. Wal-Mart Stores, Inc.*,  No. 22-cv-9011; *Roberts et al. v. Wal-Mart Stores, Inc.*, No. 22-cv-9012

Dear Judge Cote:

     Plaintiffs, Robin Hatfield, individually and as mother and guardian of C.H., and Lisa Roberts, individually and as mother and guardian of M.M. ("Plaintiffs"), are prepared to conduct oral argument on the Motions to Dismiss filed by Defendant Walmart, Inc. should the Court deem such argument necessary or helpful.  If the Court wishes to hold oral argument on the motions to dismiss, Plaintiffs propose scheduling oral argument to coincide with the Court's conference scheduled for November 17, 2022 at 2:30 PM.

     Thank you for your consideration.

               Respectfully,


               /s/ *Ashley C. Keller*
               Ashley C. Keller  (*Pro Hac Vice*)
               KELLER POSTMAN LLC
               150 N. Riverside Plaza Suite 4100
               Chicago, IL 60606
               (312) 741-5220
               Fax: (312) 971-3502
               ack@kellerpostman.com

               *Counsel for Robin Hatfield Individually and as mother and general guardian of C.H., a minor agent of C.H.; Lisa Roberts Individually and as mother and general guardian of M.M., a minor agent of M.M.*