# KING & SPALDING

King & Spalding LLP
50 California Street
Suite 3300
San Francisco, CA 94111
Tel: +1 415 318 1200
www.kslaw.com

Donald F. Zimmer, Jr. ("Fritz")
Direct Dial: +1 415 318 1220
fzimmer@kslaw.com

November 1, 2022

**VIA ECF**

The Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, New York 10007

> Re:    *In Re: Acetaminophen – ASD–ADHD Products Liability Litigation*,
>        Case No. 1:22-md-03043 (S.D.N.Y.)
>        **This Document Relates to:** *Hatfield v. Wal-Mart Stores, Inc.*, No. 5:22-cv-9011;
>        *Roberts v. Wal-Mart Stores, Inc.*, No. 5:22-cv-9012

Dear Judge Cote:

We represent Defendant Walmart Inc. in the *In re: Acetaminophen – ASD-ADHD Products Liability Litigation* MDL, Docket No. 3043. Walmart respectfully requests oral argument on its motions to dismiss the complaints in the following cases: *Hatfield v. Wal-Mart Stores, Inc.,* Case No. 5:22-cv-5109 (W.D.Ark.) and *Roberts v. Wal-Mart Stores, Inc.,* Case No. 5:22-cv-5108 (W.D.Ark.). Walmart requests that a separate dedicated hearing date be set for oral argument on its motions to dismiss, preferably in the latter half of November 2022. If the Court is inclined to hold oral argument on Walmart's motions to dismiss during the November 17th initial pretrial conference, Walmart would not object.

Very truly yours,

Donald F. Zimmer, Jr.