

The **Lanier**
Law Firm

**HOUSTON**
The Lanier Law Firm, PC
10940 W. Sam Houston Pkwy N.
Suite 100
Houston, TX 77064
713.659.5200
Fax 713.659.2204

**NEW YORK**
The Lanier Law Firm, PLLC
Tower 56
126 East 56th Street
6th Floor
New York, NY 10022
212.421.2800
Fax 212.421.2878

**LOS ANGELES**
The Lanier Law Firm, PC
21550 Oxnard Street
3rd Floor
Woodland Hills, CA 91367
310.277.5100
310.277.5103

November 1, 2022

**VIA ECF**

The Honorable Denise L. Cote
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

Re: Acetaminophen – ASD/ADHD Products Liability Litigation, Case No. 1:22-md-03043-DLC (S.D.N.Y.)

Dear Judge Cote,

Please accept this letter as notification of my intention to appear at your November 17, 2022, conference pursuant to Paragraph 14 of your October 18, 2022, Order (Doc. 11).

Respectfully submitted,

W. Mark Lanier

The Lanier Law Firm
126 East 56th Street
6th Floor
New York, NY 10022
Email: Mark.Lanier@Lanierlawfirm.com
Phone: (212) 421-2800

lanierlawfirm.com