

*A joint venture between The Littlepage Firm P.C. and Rainey C. Booth, P.A*

1912 W. Main St.                          ***www.littlepagebooth.com***                          (713) 529-8000
Houston, Texas 77098                                                                       FAX: (713) 529-8044

November 1, 2022

**<u>VIA ECF</u>**
The Honorable Denise L. Cote
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 1910
New York, New York 10007

      Re:    *In Re: Acetaminophen – ASD/ADHD Products Liability Litigation*
            U.S.D.C. for the Southern District of New York, Case No. 1:22-md-03043-DLC

Dear Judge Cote:

On October 18, 2022, the Court entered an Order requiring that "[a]ll counsel who intend to appear at the November 17 conference shall file a letter notifying this Court of their intention by November 10, 2022."

Please accept this letter as notification that Zoe Littlepage and Rainey Booth of the law firm of Littlepage Booth intend to appear at the November 17, 2022, conference.

                  Respectfully submitted,

                  */s/ Zoe Littlepage*
                  Zoe Littlepage
                  LITTLEPAGE BOOTH
                  1912 W. Main St.
                  Houston, TX 77098
                  (713) 529-8000
                  Fax: (713) 529-8044
                  Email: zoe@littlepagebooth.com