

# MOSKOW LAW GROUP, LLC

883 Black Rock Turnpike
Fairfield, Connecticut 06825
Tel.  (475) 999-4177
Fax. (475) 999-4186
www.moskowlaw.com

Writer's email: neal@moskowlaw.com

November 1, 2022

**<u>Via ECF</u>**

The Honorable Denise L. Cote
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 1910
New York, New York 10007

Re: *In Re: Acetaminophen – ASD/ADHD Products Liability Litigation,*
*Case No. 1:22-md-03043 (S.D.N.Y.)*

Dear Judge Cote:

In accordance with your October 18, 2022 Order, please accept this letter as my notification of intention to appear at your November 17, 2022 conference.  *See* Dkt. 11, ¶14.

Respectfully,

Neal L. Moskow (NLM 8135)
MOSKOW LAW GROUP LLC
883 Black Rock Turnpike
Fairfield, CT 06825
Tel: (475) 999-4177
Fax:(475) 999-4186
Neal@moskowlaw.com