

218 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

(800) 898-2034

BeasleyAllen.com

**Ryan Duplechin**
Associate
ryan.duplechin@beasleyallen.com

November 2, 2022

**By ECF**
The Honorable Denise L. Cote
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 1910
New York, NY  10007

   Re: *In Re: Acetaminophen – ASD/ADHD Products Liability Litigation*, Case No. 1:22-md-03043-DLC (S.D.N.Y.)

Dear Judge Cote:

  Please accept this letter as notification of my intention to appear at your November 17, 2022, conference pursuant to Paragraph 14 of your October 18, 2022, Order (Doc. 11).

       Respectfully submitted,

       */s/ Ryan Duplechin*
       Ryan Duplechin (*Pro Hac Vice* forthcoming)
       **BEASLEY, ALLEN, CROW,**
       **METHVIN, PORTIS & MILES, P.C.**
       Post Office Box 4160
       Montgomery, Alabama  36103
       Phone: (334) 269-2343
       Fax: (334) 954-7555
       Email: Ryan.Duplechin@BeasleyAllen.com