WATTS | GUERRA ᴸᴸᶜ

MIKAL C. WATTS
Attorney at Law
mcwatts@wattsguerra.com

Board Certified Personal Injury Trial Law
Texas Board of Legal Specialization

Millennium Park Plaza RFO
Suite 410, CII2
Guaynabo, Puerto Rico, 00966
210.447.0500 PHONE
210.447.0501 FAX
www.wattsguerra.com

November 2, 2022

**By ECF**

The Honorable Denise L. Cote
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 1910
New York, New York 10007

      Re:     *In Re: Acetaminophen – ASD/ADHD Products Liability Litigation*, Case No. 1:22-md-03043-DLC (S.D.N.Y.)

Dear Judge Cote:

Pursuant to Paragraph 6 of your October 24, 2022 Order, we provide this letter on behalf of counsel representing all Plaintiffs to provide the Court with Counsel's views on the necessity and desirability of the appointment of lead and liaison counsel and of a Plaintiffs' Steering Committee or other committees, as defined and discussed in MCL Fourth §10.221, and our preliminary view of a slate of lawyers who have expressed a desire to participate in this MDL. Plaintiffs' counsel have met repeatedly to discuss these and other issues, and report to the Court as follows:

## I.    APPOINTMENT OF LEAD, TRIAL AND LIAISON COUNSEL

Plaintiffs believe Co-Lead Counsel and Liaison Counsel should be appointed, but that the Court should leave the selection of Trial Counsel to the leadership team it appoints. In our meetings, we have agreed to ask this Court to appoint three co-lead counsel: Mikal Watts, Ashley Keller and Mark Lanier. While each can also serve as trial counsel, we believe that the Court should permit its appointed leadership counsel to work to organize trial teams as appropriate in the future. Furthermore, we have agreed to ask this Court to appoint Daniel Sullivan as liaison counsel.

### A.  LEAD COUNSEL

Lead counsel are tasked with "formulating (in consultation with other counsel) and presenting positions on substantive and procedural issues during the litigation," to "act for the group—either personally or by coordinating the efforts of others—in presenting written and oral arguments and suggestions to the Court, working with opposing counsel in developing and implementing a litigation plan, initiating and organizing discovery requests and responses,

conducting the principal examination of deponents, employing experts, arranging for support services, and seeing that schedules are met." MCL Fourth §10.221, p. 25.

Mikal Watts and Ashley Keller have done so thus far on an informal basis, organizing numerous telephonic meetings of Plaintiffs' lawyers interested in pursuing these cases, as well as additional in-person meetings in Miami in the Spring of 2022, Chicago in May, Missouri in September, and in Las Vegas last month. They have also scheduled meetings with interested Plaintiffs' counsel on November 16 and 17 in New York in advance of and following the Court's initial hearing.

Additionally, Messrs. Watts and Keller met with Mr. Lanier in Las Vegas and secured his agreement to participate with them as Co-Lead Counsel. Mr. Lanier has worked together with Mr. Watts in the *Opioids* and *Levaquin* litigations. Mr. Lanier works closely with Mr. Keller in multiple litigations, including representing 13 states in the *Google Antitrust* litigation, which is also pending in the Southern District of New York. Mr. Lanier is licensed in New York and has a Manhattan office, a feature that will prove helpful in meetings before and after hearings before this Court. Mr. Lanier also has important and amicable past working relationships with many of the other lawyers pursuing these cases.

With the approval of our larger group, Messrs. Watts, Keller, and Lanier have conducted Zoom and telephonic meetings with defense counsel on October 24, 26, 28, 31, and on November 2 in an effort to propose a Case Management Plan pursuant to Paragraph 15 of this Court's October 18, 2022 Order.

### B. TRIAL COUNSEL

Mr. Lanier and Mr. Watts have substantial trial experience in pharmaceutical cases generally and against named and anticipated defendants in this litigation as well.

However, there are many outstanding lawyers advocating for Plaintiffs, and we respectfully ask the Court defer the appointment of Trial Counsel so that the appointed leadership team can select "principal attorneys at trial for the group and organize and coordinate the work of the other attorneys on the trial team." MCL Fourth §10.221, p. 25. We believe that deferring the selection of Trial Counsel is preferable at this time for at least four reasons: *first*, there is much discovery to be done. Invariably, that work helps crystalize the appropriate selection of Trial Counsel. *Second*, trial teams are best organized after large groups of lawyers in an MDL work together during the pretrial process. *Third*, flexibility is valuable to ensure that Trial Counsel is available for the trial dates this Court selects. *Fourth*, the selection of Trial Counsel is tied closely to selection of bellwethers and waiver of *Lexicon* issues, which cannot be resolved at this early date.

### C. LIAISON COUNSEL

Plaintiffs believe that the appointment of Liaison Counsel is both necessary and desirable. Large MDLs invariably have thousands of docket entries; consequently, the distribution of filings and orders of the Court upon all lawyers with cases by a single Liaison Counsel is invaluable. Liaison Counsel typically is "[c]harged with essentially administrative matters, such as

communications between the Court and other counsel (including receiving and distributing notices, orders, motions, and briefs on behalf of the group), convening meetings of counsel, advising parties of developments, and otherwise assisting in the coordination of activities and positions." MCL Fourth §10.221, pp. 24-25. Daniel Sullivan will be adept at performing these important functions. As a complex commercial litigator for twelve years, he recognizes the importance of effective and efficient case management, and his firm's close proximity to this Court leaves him especially well equipped to liaise with Plaintiffs across the country. We envision Mr. Sullivan also heading an internal committee concerning administrative functions and common benefit time and expense reporting.

## II. APPOINTMENT OF A PLAINTIFFS' STEERING COMMITTEE AND OTHER COMMITTEES

We respectfully also move the Court for the appointment of both a Plaintiffs' Executive Committee (PEC) and a Plaintiffs' Steering Committee (PSC), with five topically-focused sub categories: (a) Early Vetting/Bellwether Selection Committee; (b) Science and Experts; (c) Discovery/ESI; (d) Law & Briefing; (e) Settlement/Lien Resolution.

### A. PLAINTIFFS' EXECUTIVE COMMITTEE

Plaintiffs seek the appointment of a PEC of nine individuals, which would include the three Proposed Co-Lead Counsel, Liaison Counsel, and the Chairs of the five focused committees as well. The PEC will work closely with Co-Lead Counsel to manage the litigation. *See* GUIDELINES AND BEST PRACTICES FOR LARGE AND MASS-TORT MDLS, Bolch Judicial Institute, Duke Law School, (Second Edition 2018), p. 32.

Having conferred, plaintiffs' counsel propose the appointment to the PEC of the following lawyers:

(1) Mikal C. Watts, WATTS GUERRA LLC, Guaynabo, Puerto Rico (Co-Lead Counsel);
(2) Ashley C. Keller, KELLER POSTMAN LLC, Chicago, Illinois (Co-Lead Counsel);
(3) W. Mark Lanier, THE LANIER LAW FIRM, New York, New York (Co-Lead Counsel);
(4) Daniel Sullivan, HOLWELL SHUSTER & GOLDBERG LLP, New York, New York (Liaison Counsel; Head of Administrative Functions & Common Benefit Reporting committee).
(5) Ashley Barriere, KELLER POSTMAN LLC, Chicago, Illinois (head of Law & Briefing committee);
(6) Sean Tracey, TRACEY FOX KING & WALTERS, Houston, Texas (head of Early Vetting/Bellwether Selection Committee);
(7) Eric Holland, HOLLAND LAW FIRM, St. Louis, Missouri (head of Discovery/ESI committee);
(8) W. Roger Smith, III, BEASLEY ALLEN, Montgomery, Alabama (head of Science & Expert committee);
(9) Zoe Littlepage, LITTLEPAGE, BOOTH & LECKMAN, Houston, Texas (head of Settlement/Lien Resolution committee).

The Court's October 24 Order states that "[i]t is anticipated that applications for appointment will be due on November 14, 2022, with any objections to those applications due November 16, 2022 at 12:00 P.M." All proposed PEC members are prepared to submit applications on their experience and credentials in whatever form the Court prefers.

## B. PLAINTIFFS' STEERING COMMITTEE

Plaintiffs also propose that the Court appoint a PSC composed of the following attorneys to ensure that the extensive work attendant to an MDL of this size and complexity is managed by experienced, highly qualified, and diverse counsel. The PSC shall serve on the committees discussed *supra* II and shall assist "in coordinating the plaintiffs' pretrial activities and planning for trial." MCL Fourth §40.22, p. 742.

(1)  Tricia Campbell, KRAUSE & KINSMAN, Kansas City, Missouri
(2)  Charles J. Cooper, COOPER LAW PARTNERS , Washington, D.C
(3)  Eric Cracken, TOR HOERMAN LAW FIRM, Chicago, Illinois
(4)  Francisco R. Maderal, MADERAL BYRNE, Miami, Florida
(5)  David P. Matthews, MATTHEWS & ASSOCIATES, Houston, Texas
(6)  Neal Moskow, MOSKOW LAW GROUP, LLC, Fairfield, Connecticut
(7)  Rick Paul, PAUL LLP, Kansas City, Missouri
(8)  Ruth Rizkalla, CARLSON LAW FIRM, Manhattan Beach, California
(9)  Lawrence S. Robbins, FRIEDMAN, KAPLAN, SEILER & ADELMAN LLP, New York, New York
(10)  Lindsey Scarcello, WAGSTAFF & CARTMELL, Kansas City, Missouri

The undersigned have consulted with every law firm that has filed a case thus far, and write the Court herein with the unaminous agreement of each. Moreover, after reviewing all the letters due on November 10 stating an intention to appear before the Court on November 17, we will contact such additional lawyers prior to the Court's application deadline on November 14. Once again, the proposed PSC members are prepared to submit applications on their experience and credentials in whatever form the Court prefers.

Respectfully submitted,

*/s/ Mikal C. Watts*
WATTS GUERRA LLC
Mikal C. Watts - mcwatts@wattsguerra.com
Millennium Park Plaza RFO, Suite 410, C112
Guaynabo, Puerto Rico 00966
Phone: (210) 447-0500

KELLER POSTMAN LLC
Ashley C. Keller - ack@kellerpostman.com
150 N. Riverside Plaza LLC, Suite 4100
Chicago, IL 60606
Phone: (312) 741-5220

THE LANIER LAW FIRM
W. Mark Lanier (State Bar of New York #4327284) - mark.lanier@lanierlawfirm.com
Tower 56; 126 East 56th Street, 6th Floor
New York, New York 10022
Phone: (212) 421-2800

***Sent on Behalf of the Following Law Firms with Lawyers Filing Cases***:

BEASLEY ALLEN
W. Roger Smith, III – Roger.Smith@beasleyallen.com
218 Commerce St.
Montgomery, Alabama 36104
Phone: (334) 269=2343

CARLSON LAW FIRM
Ruth Rizkalla – Rrizkalla@carlsonattorneys.com
Emily Marlowe – emarlowe@carlsonattorneys.com
1500 Rosecrans Avenue, Suite 500
Manhattan Beach, California 92066
Phone: (254) 526-5688

COOPER LAW PARTNERS PLLC
Charles J. Cooper – ccooper@cooperlawpartners.com
Davis Cooper – davis@cooperlawpartners.com
1717 Pennsylvania Avenue, N.W., Suite 1025
Washington, D.C. 200006
Phone: (202) 866-0171

FRIEDMAN, KAPLAN, SEILER & ADELMAN LLP
Lawrence S. Robbins – lrobbins@fklaw.com
7 Times Square
New York, New York 10036-6516
Phone: (212) 833-1118

TOR HOERMAN LAW, LLC
Eric Cracken – ecracken@thlawyer.com
227 W. Monroe St., Suite 2650
Chicago, Illinois 60606
Phone: (888) 508-6752

HOLLAND LAW FIRM
Eric Holland – eholland@hollandtriallawyers.com
Erika Stassi – estassi@hollandtriallawyers.com
211 N. Broadway, Suite 2625
St. Louis, Missouri 63102
Phone: (410) 280-6133

HOLWELL SHUSTER & GOLDBERG LLP
Daniel M. Sullivan – dsullivan@hsgllp.com
Richard J. Holwell – rholwell@hsgllp.com
425 Lexington Avenue, 14th Floor
New York, New York 10017
Phone: (646) 837-5151

KELLER POSTMAN LLC
Ashley Keller – ack@kellerpostman.com
Ashley Barriere – Ashley.barriere@kellerpostman.com
150 N. Riverside Plaza LLC, Suite 4100
Chicago, IL 60606
Phone: (312) 741-5220
FAX: (312) 971-3502

KELLER POSTMAN LLC
Warren D. Postman – wdp@kellerpostman.com
1100 Vermont Avenue, N.W. 12th Floor
Washington, D.C. 20005
Phone: (202) 918-1870
FAX: (312) 971-3502

KRAUSE & KINSMAN
Adam Krause – adam@krauseandkinsman.com
Robert Kinsman – robert@krauseandkinsman.com
Tricia Campbell – tricia@krauseandkinsman.com
4717 Grand Ave. #300
Kansas City, Missouri 64112
Phone: (816) 200-2900

LITTLEPAGE, BOOTH & LECKMAN
Zoe Littlepage – Zoe@littlepagebooth.com
1912 West Main Street
Houston, Texas 77098
Phone: (713) 529-8

MADERAL BYRNE
Francisco R. Maderal – frank@maderalbyrne.com
2800 Ponce de Leon #1100
Coral Gables, Florida 33134
Phone: (305) 520-5692

MATTHEWS & ASSOCIATES
David P. Matthews – dmatthews@thematthewslawfirm.com
2905 Sackett St.
Houston, Texas 77098
Phone: (713) 522-5250

MOSKOW LAW GROUP LLC
Neal Moskow – neal@moskowlaw.com
883 Black Rock Turnpike
Fairfield, Connecticut 06825
Phone: (475) 999-4177

PAUL LLP
Rick Paul – rick@paulllp.com
Ashlea Schwarz – ashlea@paulllp.com
601Walnut Street, Suite 300
Kansas City, Missouri 64106
Phone: (816) 984-8100

TRACEY FOX KING & WALTERS
Sean Tracey – stracey@traceylawfirm.com
Rebecca King – rking@traceylawfirm.com
440 Louisiana St., Suite 1901
Houston, Texas 77002
Phone: (713) 495-2333

WAGSTAFF & CARTMELL LLP
Lindsey N. Scarcello – lscarcello@wcllp.com
4740 Grand Avenue, Suite 300
Kansas City, Missouri 64112
Phone: (816) 701-1100

WATTS GUERRA LLC
Mikal C. Watts – mcwatts@wattsguerra.com
Russ Abney – rabney@wattsguerra.com
Jon Givens – jgivens@wattsguerra.com
Alicia O'Neill – aoneill@wattsguerra.com
Millennium Park Plaza RFO, Suite 410, C112
Guaynabo, Puerto Rico 00966
Phone: (210) 447-0500