# LUFF LAW FIRM PLLC

*Patrick Luff*
luff@lufflaw.com

November 4, 2022

**VIA ECF**

The Honorable Denise L. Cote
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

Re:     *In Re: Acetaminophen – ASD/ADHD Products Liability Litigation*, Case No. 1:22-md-03043-DLC (S.D.N.Y.)

Dear Judge Cote,

Please let this letter serve as notice pursuant to Paragraph 14 of your Order of October 18, 2022, (Dkt. 11), of my intention to appear at your November 17, 2022, conference.

Respectfully,

Patrick A. Luff
Luff Law Firm, PLLC
10440 N. Central Expressway
Suite 950
Dallas, TX 75231
Phone: (469) 607-5822
Email: luff@lufflaw.com

*10440 N. Central Expressway*
*Suite 950*
*Dallas, TX 75231*

*Toll Free: (844) 636-7459*
*Local: (469) 607-5822*
*Fax: (469) 949-2614*