

**KRAUSE & KINSMAN**
— LAW FIRM —

November 4, 2022

**By ECF**

The Honorable Denise L. Cote
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 1910
New York, New York 10007

     Re:    *In Re: Acetaminophen – ASD/ADHD Products Liability Litigation*, Case No. 1:22-
            md-03043-DLC (S.D.N.Y.)

Dear Judge Cote,

     Pursuant to your October 18, 2022, Order, please accept this letter as notice of my intention
to appear at your November 17, 2022, conference. *See* Dkt. 11, ¶ 14.

                                         Respectfully submitted,


                                         */s/ Patricia L. Campbell*
                                         Patricia (Tricia) L. Campbell (*Pro Hac Vice*)
                                         KRAUSE & KINSMAN
                                         4717 Grand Avenue, Suite 300
                                         Kansas City, MO 64112
                                         (816) 760-2700
                                         Fax: (816) 760-2800
                                         Email: trica@krauseandkinsman.com