UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------- X          22md3043  (DLC)
                               :           22mc3043  (DLC)
IN RE: Acetaminophen – ASD-ADHD :
Products Liability Litigation  :           ORDER: DEFENDANTS'
                               :               LEADERSHIP
------------------------------- X              STRUCTURE


DENISE COTE, District Judge:

　　　　Having considered defendants' November 3, 2022 joint submission on a proposed leadership structure for this litigation, it is hereby

　　　　ORDERED that the defendants' proposed leadership structure is adopted.  For now, the defendants' leadership structure will consist of a Retailer Liaison Committee ("RLC").  This Order does not preclude any future amendments to the defendants' leadership structure.

　　　　IT IS FURTHER ORDERED that there will be an open application process for appointments to the RLC.  Any attorney who has entered an appearance on behalf of a retailer defendant may apply to be considered for an appointment.

1

IT IS FURTHER ORDERED that the method and schedule for appointments ordered in paragraphs 6, 7, and 8 of the November 3, 2022 Order: Plaintiffs' Leadership Structure shall apply to applications for appointments to the RLC.

Dated:    New York, New York
          November 4, 2022

_____
DENISE COTE
United States District Judge

2