# RHEINGOLD GIUFFRA RUFFO & PLOTKIN LLP

551 FIFTH AVENUE, 29TH FLOOR
NEW YORK, NEW YORK 10176
Tel: (212) 684-1880
Fax: (212) 689-8156
www.rheingoldlaw.com

DAVID B. RHEINGOLD◊
THOMAS P. GIUFFRA♦
EDWARD A. RUFFO♦
SHERRI L. PLOTKIN♦
JEREMY A. HELLMAN♦
KELLY MULHOLLAND

Of Counsel
PAUL D. RHEINGOLD‡●

*Also Admitted In:*

D.C. ‡
Virginia ◊
New Jersey ♦
Massachusetts ●

November 7, 2022

**VIA ECF**

The Honorable Denise L. Cote
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

Re: *In Re: Acetaminophen- ASD/ADHD Products Liability Litigation,* Case No. 1:22-md-03043 (S.D.N.Y)

Dear Judge Cote:

Please accept this letter as notification of my intention to appear at your November 17, 2022 conference. *See* Dkt. 11, ¶ 14.

Respectfully,

/s/ Paul D. Rheingold
Paul D. Rheingold
**RHEINGOLD GIUFFRA
RUFFO & PLOTKIN LLP**
551 Fifth Ave, 29th Fl
New York, NY 10176
Phone : (914) 967-2215
Fax : (212) 689-8156
Email: prheingold@rheingoldlaw.com