# RHEINGOLD GIUFFRA RUFFO & PLOTKIN LLP

551 FIFTH AVENUE, 29TH FLOOR
NEW YORK, NEW YORK 10176
Tel: (212) 684-1880
Fax: (212) 689-8156
www.rheingoldlaw.com

DAVID B. RHEINGOLD◊

THOMAS P. GIUFFRA♦

EDWARD A. RUFFO♦

SHERRI L. PLOTKIN♦

JEREMY A. HELLMAN♦

KELLY MULHOLLAND

Of Counsel

PAUL D. RHEINGOLD‡●

*Also Admitted In:*

D.C. ‡

Virginia ◊

New Jersey ♦

Massachusetts ●

November 7, 2022

**VIA ECF**

The Honorable Denise L. Cote
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

Re: *In Re: Acetaminophen- ASD/ADHD Products Liability Litigation,* Case No. 1:22-md-03043 (S.D.N.Y)

Dear Judge Cote:

Please accept this letter as notification of my intention to appear at your November 17, 2022 conference. *See* Dkt. 11, ¶ 14.

Respectfully,

/s/ Kelly F. Mulholland

Kelly F. Mulholland

**RHEINGOLD GIUFFRA
RUFFO & PLOTKIN LLP**

551 Fifth Ave, 29th Fl
New York, NY 10176
Phone : (212) 684-1880
Fax : (212) 689-8156
Email : kmulholland@rheingoldlaw.com