2905 SACKETT STREET
HOUSTON, TEXAS 77098
713-522-5250
888-520-5202
713-535-7184 FAX

# MATTHEWS & ASSOCIATES
ATTORNEYS & COUNSELORS AT LAW

www.dmlawfirm.com

*REPLY TO HOUSTON OFFICE

244 FIFTH AVENUE # 2882
NEW YORK, NEW YORK 10001
212-726-1435
888-520-5202
FAX 713-535-7184

November 8, 2022

**VIA ECF**
The Honorable Denise L. Cote
Judge of Southern District of New York
United States District Court
500 Pearl Street, Room 1910
New York, New York 10007

> Re:   *In Re: Acetaminophen – ASD/ADHD Products Liability Litigation*,
>        Case No. 1:22-md-03043-DLC (S.D.N.Y.)

Dear Judge Cote:

Pursuant to paragraph 14 of your October 18, 2022, Order, please accept this letter as notification of my intention to appear at the November 17, 2022, status conference.

Respectfully submitted,

David P. Matthews
MATTHEWS & ASSOCIATES
2905 Sackett
Houston, TX 77098
Telephone (713) 522-5250
Facsimile (713) 535-7184
dmatthews@thematthewslawfirm.com

DPM/cc