

North America    Europe    Asia

333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071
T +1 213 615 1700
F +1 213 615 1750

November 8, 2022

By ECF
The Honorable Denise L. Cote, United States District Court Judge
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

Re: *In Re: Acetaminophen – ASD/ADHD Products Liability Litigation*, No. 1:22-md-03043-DLC
(S.D.N.Y.); *Greene et al. v. Safeway, Inc.*, 1:22-cv-08815-DLC (S.D.N.Y.)

Dear Judge Cote:

Pursuant to Paragraph 14 of the Court's October 18, 2022 Order (Dkt. No. 11), we write to notify
the Court that Amanda Groves and Alexandra Kushner intend to appear at the Court's November
17, 2022 conference on behalf of Safeway, Inc. and Dollar General Corporation.[1]

Respectfully Submitted,

/s/ *Amanda L. Groves*
Amanda L. Groves
Gregory A. Ellis
Winston & Strawn LLP
333 South Grand Avenue
Los Angeles, CA 90071
Phone: 213-615-1700
Email: agroves@winston.com
Email: gaellis@winston.com

Alexandra J. Kushner
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166
Phone: 212-294-3572
Email: akushner@winston.com

*Attorneys for Safeway, Inc. and Dollar*
*General Corporation*

---

[1] Amanda Groves appeared in *Greene et al. v. Safeway, Inc.,* 1:22-cv-08815-DLC when it was in the
Northern District of California (Case No. 4:22-cv-03288-JSW), and thus is not filing a motion for *pro hac
vice* admission for that action pursuant to the Court's October 19, 2022 Order (Dkt. No. 12). Upon the
transfers of other actions involving Safeway, Inc. and Dollar General Corporation to the MDL, Amanda
Groves and Gregory Ellis will file motions for *pro hac vice* admission, and Alexandra Kushner will file a
notice of appearance.