

1717 Pennsylvania Avenue, N.W.
Suite 1025
Washington, DC 20006
202.866.0171

November 9, 2022

**Via ECF**

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street, Room 1910
New York, New York 10007

      Re:    *In Re: Acetaminophen – ASD/ADHD Products Liability Litigation*
              Case No. 1:22-md-03043-DLC (S.D.N.Y.)

Dear Judge Cote:

      Pursuant to Paragraph 14 of your October 18, 2022, Order (Doc. 11), please accept this letter as notification of my intention to appear at the November 17, 2022, conference.

                    Respectfully submitted,

                    s/ Charles J. Cooper
                    Charles J. Cooper
                    COOPER LAW PARTNERS PLLC
                    1717 Pennsylvania Ave. NW, Suite 1025
                    Washington, DC 20006
                    Phone: (202) 866-0171
                    Fax: (202) 888-3490
                    ccooper@cooperlawpartners.com