# TRACEY FOX KING & WALTERS

## TRIAL LAWYERS

Offices in Houston | Dallas | San Antonio

November 9, 2022

**By ECF**

The Honorable Denise L. Cote
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 1910
New York, New York 10007

> **Re:**   *In Re: Acetaminophen – ASD/ADHD Products Liability Litigation*, **Case No. 1:22-md-03043-DLC (S.D.N.Y.)**

Dear Judge Cote:

Pursuant to your October 18, 2022 Order [Dkt. 11], please accept this letter as my notification of an intention to appear at your November 17 conference.  Thank you.

Respectfully submitted,

*Rebecca B. King*

Rebecca B. King (Pending Admission *PHV)*
Texas State Bar No. 24027110