```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------- X      22md3043 (DLC)
                                 :      22mc3043 (DLC)
IN RE: Acetaminophen – ASD-ADHD  :
Products Liability Litigation    :      ORDER
                                 :
-------------------------------- X
```

DENISE COTE, District Judge:

An October 18, 2022 Order scheduled an initial pretrial conference for November 17, 2022 at 2:30 P.M. and required all counsel who intend to appear at the conference to file a letter by November 10, 2022 notifying this Court of their intention. Having received inquiries today regarding the appearance of attorneys at the conference who are counsel of record in cases related to this MDL that have not yet arrived in this Court, it is hereby

ORDERED that any such attorney wishing to appear at the November 17 conference must file on ECF a notice of appearance and a letter notifying the Court of his or her intent to appear at the conference. Counsel seeking clarification on how to file these documents on ECF shall call the Southern District of New York's ECF Help Desk at 212-805-0800 and select option 2.

Dated:  New York, New York
        November 9, 2022

                                              _____
                                              DENISE COTE
                                              United States District Judge