**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: ACETAMINOPHEN – ASD/ADHD PRODUCTS**
**LIABILITY LITIGATION**                                              MDL No. 3043

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –2)**

On October 5, 2022, the Panel transferred 18 civil action(s) to the United States District Court for the Southern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* __F.Supp.3d___ (J.P.M.L. 2022). Since that time, 48 additional action(s) have been transferred to the Southern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Denise L. Cote.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of New York and assigned to Judge Cote.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Southern District of New York for the reasons stated in the order of October 5, 2022, and, with the consent of that court, assigned to the Honorable Denise L. Cote.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of New York. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

| Inasmuch as no objection is pending at this time, the stay is lifted.  Nov 02, 2022  CLERK'S OFFICE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION |
|---|

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

**IN RE: ACETAMINOPHEN – ASD/ADHD PRODUCTS**
**LIABILITY LITIGATION**                                          MDL No. 3043

**SCHEDULE CTO–2 – TAG–ALONG ACTIONS**

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|

**CALIFORNIA CENTRAL**

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|
| CAC | 2 | 22–06104 | Ericka Avila et al v. CVS Pharmacy, Inc. |
| CAC | 2 | 22–06113 | Kymberly Cardenas et al v. CVS Pharmacy, Inc. |
| CAC | 2 | 22–06404 | Yessica Portillo et al v. CVS Pharmacy, Inc. |
| CAC | 2 | 22–06405 | Miesha Flournoy et al v. CVS Pharmacy, Inc. et al |
| CAC | 2 | 22–06407 | Crystal Chopin et al v. CVS Pharmacy, Inc. |
| CAC | 5 | 22–01515 | Katie Ritchie et al v. CVS Pharmacy, Inc. |
| CAC | 5 | 22–01516 | Rishona Richardson et al v. CVS Pharmacy, Inc. et al |
| CAC | 5 | 22–01517 | Jasmine Rios et al v. CVS Pharmacy Inc. et al |
| CAC | 5 | 22–01573 | Jessica Stahlke et al v. 7–Eleven, Inc. et al |
| CAC | 5 | 22–01576 | Tania Osuna et al v. Rite–Aid Corporation et al |
| CAC | 8 | 22–01596 | Angelica Garcia et al v. CVS Pharmacy, Inc. et al |
| CAC | 8 | 22–01655 | Ruth Gonzales et al v. CVS Pharmacy, Inc. |

**CALIFORNIA NORTHERN**

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|
| CAN | 3 | 22–05070 | Moran et al v. CVS Pharmacy, Inc. |
| CAN | 4 | 22–04897 | Brown et al v. Walgreens Boots Alliance |

**NEVADA**

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|
| NV | 2 | 22–01435 | Mendez v. Dollar General Corporation et al |
| NV | 2 | 22–01696 | Hunter v. Walgreen Co. |