```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/13/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE: Acetaminophen – ASD-ADHD
Products Liability Litigation

**ORDER SCHEDULING**
**SETTLEMENT PLANNING**
**CONFERENCE**

22-MD-3043 (DLC)

-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

     A preliminary conference to discuss settlement is scheduled for **Friday, January 13, 2023 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.  The Court intends to discuss a settlement process and timetables with counsel for the parties.  Thus, only counsel for the parties are required to attend this conference.

     Counsel for the parties shall be prepared to discuss information needed to evaluate their settlement positions, the process for settlement and possible settlement structures, and timetable for future settlement conferences.

     **SO ORDERED.**

Dated: December 13, 2022
       New York, New York

*[signature: Katharine H. Parker]*

_____
KATHARINE H. PARKER
United States Magistrate Judge