

Richard M. Golomb
rgolomb@golomblegal.com

February 7, 2023

**Via Electronic Filing**
The Honorable Denise L. Cote
United States District Court for the
 Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY  10007-1312

      Re:    Acetaminophen – ASD-ADHD Products Liability Litigation
                1:22-md-03043-DLC

Dear Judge Cote:

      This is to advise that, per my recent communications with co-lead counsel, I have resigned, effective immediately, from the Plaintiff's Steering Committee in the above-captioned matter.

      My intentions in this case was to represent children who suffered from autism or ADHD from the use of the branded acetaminophen purchased from Rite-Aid in Pennsylvania. Those cases will be filed in State Court.

      The recent Coordination Order entered (as I read the Order) means that I cannot do so and remain a member of the MDL's PSC unless that State Court agrees to the Coordination Order.  Since it remains unknown what those State Court's will do, I felt it appropriate to resign from the PSC to meet the spirit of your Order.

      Thank you for having the confidence in me and my firm in appointing us.   I look forward to working with a strong leadership and all counsel toward a successful resolution of the case.

      If there is anything further you need from me, please let me know.  Thank you.

                                      Respectfully Submitted,

                                      Richard M. Golomb
                                    **GOLOMB SPIRT GRUNFELD**

RMG/dbm