IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
IN RE: ACETAMINOPHEN – ASD-ADHD : Case No. 1:22-md-03043-DLC
PRODUCTS LIABILITY LITIGATION :
:
:
This Document Relates to: :
:
*All Cases* :
:
:
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**NOTICE OF RETAILER DEFENDANTS' MOTION TO DISMISS**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in support of the Retailer Defendants' Motion to Dismiss, the Declaration of Kristen R. Fournier in support thereof with accompanying exhibits, and all the pleadings and prior proceedings had herein, Defendants 7-Eleven, Inc., Costco Wholesale Corp., CVS Pharmacy, Inc., Dolgencorp, LLC, Dollar Tree Stores, Inc., Family Dollar Stores, LLC, The Kroger Co., Rite Aid Corporation, Safeway, Inc., Sam's West, Inc., Target Corporation, Walgreen Co., and Walmart Inc. (together, the "Retailer Defendants"), through their undersigned counsel, respectfully move this Court, before the Honorable Denise L. Cote at the United States District Court for the Southern District of New York, on a date and at a time to be determined by the Court, at the Daniel Patrick Moynihan

Courthouse, 500 Pearl Street, New York, New York 10007, for an Order dismissing Plaintiffs' claims with prejudice in the above-referenced action pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.[1]

Dated: February 10, 2023          Respectfully submitted,

/s/ Kristen Renee Fournier

Kristen Renee Fournier
KING & SPALDING LLP
1185 Avenue of the Americas
34th Floor
New York, NY 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
kfournier@kslaw.com

Donald F. Zimmer, Jr. (admitted *pro hac vice*)
Ethan P. Davis
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300
fzimmer@kslaw.com
edavis@kslaw.com

Livia M. Kiser (admitted *pro hac vice*)
KING & SPALDING LLP
110 N. Wacker Drive, Suite 3800
Chicago, IL 60606
Telephone: (312) 995-6333
Facsimile: (312) 995-6330
lkiser@kslaw.com

Jeffrey S. Bucholtz (admitted *pro hac vice*)
KING & SPALDING LLP
1700 Pennsylvania Ave NW, Suite 900
Washington, DC 20006
Telephone: (202) 737-0500

---

[1] This Motion addresses all Short Form Complaints filed in this MDL on or before February 6, 2023.

2

Facsimile: (202) 626-3737
jbucholtz@kslaw.com

*Attorneys for Defendant, Walmart Inc.*

Kristen Renee Fournier
KING & SPALDING LLP
1185 Avenue of the Americas
34th Floor
New York, NY 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
kfournier@kslaw.com


Donald F. Zimmer, Jr. (admitted *pro hac vice*)
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone: (415) 318-1200
Facsimile: (415) 318-1300
fzimmer@kslaw.com


Austin Evans (admitted *pro hac vice*)
KING & SPALDING LLP
500 W. 2nd Street, Suite 1800
Austin, TX 78701
Telephone: (512) 457-2069
Facsimile: (512) 457-2100
aevans@kslaw.com

*Attorneys for Defendant, Sam's West, Inc.*


Gregory E. Stone
Joseph A. Lara
STONE | DEAN LLP
21052 Oxnard St.
Woodland Hills, CA 91367
Tel: (818) 999-2232
Fax: (818) 999-2269
gstone@stonedeanlaw.com
jlara@stonedeanlaw.com

*Attorneys for Defendant, The Kroger Co.*

David M. Katz
Karen G. Felter
SMITH, SOVIK, KENDRICK & SUGNET, P.C.
250 South Clinton Street, Suite 600
Syracuse, New York 13202
Tel: (315) 474-2911
Fax: (315) 474-6015
dkatz@smithsovik.com
kfelter@smithsovik.com

*Attorneys for Defendant, Rite Aid Corporation*

**BARNES & THORNBURG LLP**

Kristen L. Richer (NY Bar No. 4960753)
2029 Century Park East, Suite 300
Los Angeles, CA 90067
Tel: (310) 284-3880
Fax: (310) 284-3894
Kristen.Richer@btlaw.com

Sandra M. Ko (NY Bar No. 4570685)
1717 Pennsylvania Ave NW, Suite 500
Washington, DC 20006
Tel: (202) 289-1313
Fax: (202) 289-1330
Sandra.Ko@btlaw.com

Nadine S. Kohane (NY Bar No. 5125208)
390 Madison Avenue, 12th Floor
New York, NY 10017
Tel: (646) 746-2000
Fax: (646) 746-2001
Nadine.Kohane@btlaw.com

*Attorneys for CVS Pharmacy, Inc., Costco Wholesale Corp., and Walgreen Co.*

**ARNOLD & PORTER KAYE SCHOLER LLP**

Lori B. Leskin
Mitchell Russell Stern
250 W. 55th Street
New York, NY 10019-9710
Tel: (212) 836 8000
Fax: (212) 836 8689
lori.leskin@arnoldporter.com

4

mitchell.stern@arnoldporter.com

*Attorneys for 7-Eleven, Inc. Dollar Tree Stores, Inc., and Family Dollar Stores, LLC*

Julie Y. Park
Morrison & Foerster LLP
12531 High Bluff Drive. Suite 100
San Diego CA 92130-2040
Tel: (858) 314-7560
Fax: (858) 720-5125
JuliePark@mofo.com

*Attorney for Target Corporation*

Amanda L. Groves (admitted *pro hac vice*)
Gregory A. Ellis (admitted *pro hac vice*)
Winston & Strawn LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
Tel: (213) 615-1700
Fax: (213) 615-1750
AGroves@winston.com
GAEllis@winston.com

*Attorneys For Safeway Inc. and Dolgencorp, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2023, a copy of **NOTICE OF RETAILER DEFENDANTS' MOTION TO DISMISS** was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered users.

*/s/ Kristen Renee Fournier*
Kristen Renee Fournier

*Counsel for Defendant Walmart Inc. and Sam's West, Inc.*