```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    22md3043 (DLC)
IN RE: Acetaminophen - ASD-ADHD          :    22mc3043 (DLC)
Products Liability Litigation            :
                                         :        ORDER
---------------------------------------- X
```

DENISE COTE, District Judge:

The parties having selected BrownGreer PLC's MDL Centrality platform as the platform for the census of cases in this MDL, it is hereby

ORDERED that the Clerk of Court is directed to add BrownGreer PLC as an interested party to the MDL docket (22MD3043) and the master case file docket (22MC3043).

BrownGreer PLC shall be added as follows:

> BrownGreer PLC
> 250 Rocketts Way
> Richmond, VA 23231
> 804-521-7234
> docketharvester@browngreer.com
> jswoody@browngreer.com

Dated:   New York, New York
         February 16, 2023

                                        DENISE COTE
                          United States District Judge