```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                           :    22md3043 (DLC)
IN RE: Acetaminophen – ASD-ADHD            :
Products Liability Litigation              :    ORDER
                                           :
----------------------------------------- X
```

DENISE COTE, District Judge:

On March 3, 2023, the plaintiffs filed a letter requesting to redact certain sentences of their opposition to Johnson & Johnson Consumer Inc.'s motion to dismiss (the "Opposition") and to file under seal two related exhibits in conjunction with the Opposition. In their request, the plaintiffs noted that the information it seeks to seal is designated "Confidential" under the Protective Order entered in this action.

As stated in the Protective Order, a party's description of information as confidential or highly confidential will not, by itself, be sufficient to support the redaction or sealing of the information. "[A] presumption of public interest attaches" to judicial documents. Olson v. Major League Baseball, 29 F.4th 59, 89 (2d Cir. 2022). The First Amendment "requires a court to make specific, rigorous findings before sealing the document or otherwise denying public access." Bernstein v. Bernstein Litowitz Berger & Grossmann LLP, 814 F.3d 132, 141 (2d Cir. 2016) (citation omitted). When making requests to redact or seal material, a party should include in a publicly filed letter

any proposed findings that support the request. Accordingly, it is hereby

ORDERED that the plaintiffs shall re-submit their request to redact certain sentences of the Opposition and to file related exhibits under seal. The request shall include proposed findings that support the request.

Dated: New York, New York
March 6, 2023

_____
DENISE COTE
United States District Judge