# Keller | Postman

March 3, 2023

**VIA ECF**

The Honorable Denise L. Cote
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 1910
New York, New York 10007

    Re.    *In Re: Acetaminophen – ASD–ADHD Products Liability Litigation*, Case No. 1:22-md-03043 (S.D.N.Y.) – Motion to File Under Seal
          **This Document Relates To:** All Cases

Dear Judge Cote:

    Plaintiffs submit this letter to request that certain exhibits be filed under seal pursuant to Protective Order, Dkt. 351 (the "Protective Order"), and Rule 8-B of the Court's Individual Practices. Specifically, Plaintiffs respectfully request to file under seal Exhibits 1 and 2 of the Declaration in Support of Plaintiffs' Opposition to Johnson & Johnson Consumer Inc.'s ("JJCI") Motion to Dismiss, as well as portions of the Memorandum of Law in Opposition to JJCI's Motion to Dismiss (the "Opposition Brief").

    The parties' stipulated Protective Order prohibits Plaintiffs from disclosing publicly documents that have been designated "Confidential Information" by a producing party. Accordingly, Plaintiffs have filed under seal documents produced by JJCI that were designated Confidential Information and have redacted references to the contents of those documents in Plaintiffs' Opposition Brief. Although Plaintiffs do not presently take a position on the propriety of JJCI's confidentiality designations (and expressly reserve the right to challenge those designations separately), Plaintiffs have filed these materials in redacted and sealed form, where applicable, to comply with the Protective Order.

    Pursuant to the Protective Order and Rule 8-B of the Court's Individual Practices, Plaintiffs will contemporaneously file the proposed sealed documents under seal in the ECF system and electronically relate those documents to this letter-motion.

*The requests to redact and seal are approved, after reviewing the defendant's letter of 3/13/23.*

*/s/ Denise Cote*
*3/15/23*

Respectfully submitted,

*/s/ Ashley Keller*
Ashley C. Keller (*Pro Hac Vice*)
KELLER POSTMAN LLC
150 N. Riverside Plaza LLC, Ste. 4100
Chicago, Illinois 60606
(312) 741-5220

Keller Postman | 150 N. Riverside Plaza, Suite 4100, Chicago, IL 60606 | 312.741.5220 | kellerpostman.com