UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    22md3043 (DLC)
IN RE: Acetaminophen – ASD-ADHD          :    23cv5650 (DLC)
Products Liability Litigation            :
                                         :         ORDER
This Document Relates To:                :
Vison, et al. v. Johnson & Johnson       :
Consumer Inc., et al., 23cv5650          :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

    On July 6, 2023, the plaintiffs requested permission to replace the short form complaint ("SFC") filed in this action with a revised SFC to correct the spelling of the plaintiff mother's name. It is hereby

    ORDERED that the plaintiffs may file the revised SFC as an amended complaint. The Clerk of Court shall then correct the spelling of the plaintiff mother's name on the docket.

Dated:    New York, New York
           July 19, 2023

                                        _____
                                              DENISE COTE
                                  United States District Judge