```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :    22md3043 (DLC)
IN RE: Acetaminophen - ASD-ADHD      :    23cv664  (DLC)
Products Liability Litigation        :
                                     :         ORDER
This Document Relates To:            :
Swindell, et al. v. Johnson & Johnson :
Consumer Inc., et al., 23cv664       :
                                     :
------------------------------------ X
```

DENISE COTE, District Judge:

On July 6, 2023, the plaintiffs were ordered to show cause why this action should not be dismissed with prejudice for failure to timely serve the plaintiff fact sheet ("PFS") on the defendants. On July 12, the plaintiffs responded. It is hereby

ORDERED that the plaintiffs' PFS is accepted as timely served on the defendants.

Dated:   New York, New York
         July 19, 2023

                                   _____
                                           DENISE COTE
                                   United States District Judge