

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 28, 2023

<u>By ECF</u>

Honorable Denise Cote
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *In re Acetaminophen – ASD-ADHD Products Liability Litigation*, No. 22 Md. 3043 (DLC) (S.D.N.Y.)

Dear Judge Cote:

      This Office represents the U.S. Food and Drug Administration and writes in response to the Court's Invitation for Statement of Interest dated April 19, 2023, in which the Court solicited the United States' views concerning the warning included in labeling for over-the-counter acetaminophen products. *See* ECF No. 588. The Court invited the United States' participation "by July 28, 2023, or as soon thereafter as possible." *Id.*

      The United States appreciates the Court's consideration and had hoped to submit a response by July 28, but respectfully requests an enlargement of this date until September 15, 2023. The United States requires additional time to complete internal deliberations on this matter, especially given the schedules and availability of a number of the key agency personnel whose input is needed. Thank you for your consideration of this application.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney for the
      Southern District of New York

By:    /s/ Jacob Lillywhite
      JACOB LILLYWHITE
      Assistant United States Attorney
      (212) 637-2639
      jacob.lillywhite@usdoj.gov