```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :    22md3043 (DLC)
IN RE: Acetaminophen - ASD-ADHD           :    23cv5195 (DLC)
Products Liability Litigation             :
                                          :         ORDER
This Document Relates To:                 :
Wilson v. Johnson & Johnson Consumer      :
Inc., et al., 23cv5195                    :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

      For the reasons stated in the July 31, 2023 Order: Amended SFC and Renewed Motions to Dismiss (22MC3043: ECF No. 77), it is hereby

      ORDERED that this action is dismissed.

Dated:    New York, New York
            July 31, 2023

                                        _____
                                            DENISE COTE
                                United States District Judge