UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    22md3043 (DLC)
IN RE: Acetaminophen – ASD-ADHD          :    23cv3634 (DLC)
Products Liability Litigation            :
                                         :         ORDER
This Document Relates To:                :
Banda v. Johnson & Johnson Consumer      :
Inc., et al., 23cv3634                   :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

     For the reasons stated in the July 31, 2023 Order: Amended SFC and Renewed Motions to Dismiss (22MC3043: ECF No. 77), it is hereby

     ORDERED that this action is dismissed.

Dated:    New York, New York
          July 31, 2023

                                      _____
                                          DENISE COTE
                            United States District Judge