

Kristen L. Richer, Partner
2029 Century Park East, Suite 300
Los Angeles, CA 90067-2904
Tel (310) 284-3880
Fax (310) 284-3894
Kristen.Richer@btlaw.com

August 16, 2023

**VIA ECF**

The Honorable Denise L. Cote
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 1910
New York, New York 10007

    *In re Acetaminophen - ASD-ADHD Prod. Liab. Litig.*, No. 1:22-md-03043-DLC
    **Defendants' Letter Regarding *Daubert* Briefing Page Limits**

Dear Judge Cote:

  I write on behalf of Defendants pursuant to Rule 4(B) of the Court's Individual Rules of Practice in Civil Cases to request additional pages for *Daubert* briefing. Specifically, Defendants propose that each side be allotted 175 total pages to be used across all opening *Daubert* briefs, 175 total pages for oppositions, and 85 total pages for replies, and that the parties be permitted to allocate those pages across one or more consolidated briefs (e.g., to address more than one expert per motion) at the moving parties' discretion.[1]

  Under the Court's Individual Rules of Practice in Civil Cases, memoranda of law, including those in support of *Daubert* motions, are limited to 25 pages "[u]nless prior permission has been granted."  Defendants respectfully submit that a modification to this page limit is necessary due to the complexity of the science at issue and the voluminous nature of the parties' experts' reports. Plaintiffs' five experts have submitted reports totaling more than 650 pages, largely single-spaced, exclusive of appendices and attachments.  (Defendants' seven designated experts have submitted expert reports totaling 574 pages, largely double-spaced.)  It would be impossible for Defendants to properly address the flaws in each expert's opinions under the default 25-page limit.

  In addition, the filing of separate, expert-specific motions, each with its own page limit, is not the most efficient way to address the *Daubert* issues implicated by Plaintiffs' expert reports because they offer opinions on the same subjects, often with overlapping methodologies and citations.

---

[1] Defense counsel met and conferred with Plaintiffs' counsel in an effort to present the Court with an agreed proposal, but the parties could not reach agreement.

The Honorable Denise L. Cote
August 16, 2023
Page 2

| **Expert** | **Designated Subject Matter** | **Subject Matters Covered in Opening, Rebuttal and Supplemental Reports (Non-Exhaustive)** |
|---|---|---|
| Hollander | Neurodevelopment | Epidemiology; symptoms and diagnosis of ASD and ADHD; purported mechanism(s) of action. |
| Baccarelli | Epidemiology | Epidemiology; pharmacokinetics; purported mechanism(s) of action; symptoms and diagnosis of ASD and ADHD; toxicology. |
| Cabrera | Genetics & Teratology | Epidemiology; teratology; purported mechanism(s) of action; toxicology; genetics; neurodevelopment. |
| Louie | Pharmacology | Epidemiology; preclinical evidence; purported mechanism(s) of action; toxicology; pharmacology & pharmacokinetics. |
| Pearson | Toxicology | Preclinical evidence; purported mechanism(s) of action; toxicology; neurodevelopment; symptoms and diagnosis of ASD and ADHD; genetics. |

Given this overlap, combined submissions challenging multiple experts' opinions will be more efficient and easier for the Court to digest than separate, expert-specific submissions. Such an approach would also address the Court's concerns, expressed in its August 3, 2023 Order (DE 805), about identifying overlapping issues and the order in which to address the parties' motions.

Defendants' request is consistent with practice in other MDLs, in which courts often grant additional pages and permit the movants to structure their *Daubert* briefs in a manner of their choosing. For example, in *Zantac (Ranitidine) Prods. Liab. Litig.*, MDL 2924 (S.D. Fla.), the court allowed the parties the choice of filing individual briefs with page limits governed by local rules or submitting 200 pages of opening briefing and 85 pages of reply briefing for *Daubert* motions. In *Johnson & Johnson Talcum Powder Prods. Mktg., Sales Pracs. & Prods. Liab. Litig.*, MDL 2738 (D.N.J.), the defendants were allowed 500 pages for opening general causation *Daubert* briefs, to be divided at their discretion. And in the *Juul Labs., Inc., Mktg., Sales Pracs. & Prods. Liab. Litig.*, MDL 2913 (N.D. Cal.), the defendants were allowed 200 pages for "omnibus" briefing composed of "one introductory 'roadmap' brief and then six omnibus *Daubert* motions addressing specific topics, rather than repetitive motions directed at individual experts."

For all of these reasons, Defendants respectfully request the Court adopt the same approach and allow each side to submit *Daubert* briefing that, in the aggregate, shall not exceed 175 pages for opening briefs, 175 pages for opposition briefs, and 85 pages for reply briefs.

Thank you for your attention to this matter.

Respectfully Submitted,

*Kristen L. Richer*

cc: All counsel of record (via ECF)