# Keller | Postman

September 9, 2023

**VIA ECF**

The Honorable Denise L. Cote
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 1910
New York, New York 10007

   Re.   *In Re: Acetaminophen – ASD–ADHD Products Liability Litigation*, Case No. 1:22-md-
          03043 (S.D.N.Y.) – Submission of Plaintiffs' Letter Referenced in the United States'
          Letter, Dkt. 1105
          **This Document Relates To:** All Cases

Dear Judge Cote:

On September 8, 2023, Mr. Jacob Lillywhite submitted a Letter to the Court on behalf of
the United States and declined the Court's April 19, 2023 Invitation for Statement of Interest. *See*
Dkt. 1105. In his letter, Mr. Lillywhite referenced an August 31, 2023 letter from Plaintiffs
submitted to the United States Attorney's Office for the Southern District of New York. *Id.*, n.1.
Although Plaintiffs' August 31, 2023 letter contains information that will be relevant to Plaintiffs'
Rule 702 briefs, Plaintiffs are providing the letter to the Court and Defendants in an effort to be
fully transparent. It is attached hereto as **Exhibit A**.[1]

Respectfully submitted,

*/s/ Ashley Keller*
Ashley C. Keller (*Pro Hac Vice*)
KELLER POSTMAN LLC
150 N. Riverside Plaza LLC, Ste. 4100
Chicago, Illinois 60606
(312) 741-5220
ack@kellerpostman.com

WATTS GUERRA LLC
Mikal C. Watts (*Pro Hac Vice*)
Millennium Park Plaza RFO
Ste. 410, C112
Guaynabo, Puerto Rico 00966

---

[1] We are not attaching the exhibits referenced in the August 31, 2023 letter because those exhibits are quite voluminous
and will be provided to the Court for the parties' upcoming Rule 702 briefing. If the Court would prefer to see the
exhibits now, we will promptly provide the Court with electronic and hard copies of those exhibits.

# Keller | Postman

(210) 447-0500
mcwatts@wattsguerra.com

THE LANIER LAW FIRM
W. Mark Lanier (*Pro Hac Vice*)
Tower 56
126 East 56th St., 6th Floor
New York, New York 10022
(212) 421-2800
mark.lanier@lanierlawfirm.com