```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :      22md3043 (DLC)
IN RE: Acetaminophen – ASD-ADHD          :      22mc3043 (DLC)
Products Liability Litigation            :
                                         :      ORDER: SEPTEMBER
---------------------------------------- X      2023 PLAINTIFF FACT
                                                SHEET SCHEDULE
```

DENISE COTE, District Judge:

   Through an Order of May 31, 2023: Plaintiff Fact Sheets (22MC3043: ECF No. 73) ("May 31 Order"), a schedule was set for the filing of Plaintiff Fact Sheets ("PFS"). Through Orders of August 16 and September 6, 2023, the deadlines to serve or cure a PFS, or to serve a PFS deficiency notice, were stayed. On September 13, the parties gave notice that they had agreed to a revised PFS form ("September 2023 PFS"), which they anticipate will be available to all parties by September 29, 2023. Accordingly, it is hereby

   ORDERED that on or before September 29, 2023, the parties shall file the September 2023 PFS on the Master Docket.

   IT IS FURTHER ORDERED that the stay of deadlines to serve or cure a PFS, or to serve a PFS deficiency notice shall, be lifted as of September 29, 2023.

   IT IS FURTHER ORDERED that the May 31 Order remains in effect with the following modifications:

(a) All plaintiffs shall complete, verify, and serve a September 2023 PFS.

(b) Plaintiffs who have served a PFS by September 29, 2023 shall complete, file, and serve the September 2023 PFS upon counsel for each defendant named in their Member Case on or before Monday, October 30, 2023, in accordance with the May 31 Order. Defendants shall notify the plaintiffs of any deficiencies with their September 2023 PFS by Friday, December 22, 2023.

(c) Plaintiffs who have not already served a PFS shall complete, verify, and serve the September 2023 PFS upon counsel for each defendant named in their Member Case on or before November 28, 2023, in accordance with the May 31 Order. Defendants shall notify the plaintiffs of any deficiencies with their September 2023 PFS by January 23, 2024.

Dated:   New York, New York
         September 18, 2023

_____
DENISE COTE
United States District Judge