UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: Acetaminophen – ASD-ADHD Products Liability Litigation<br><br>**This Document Relates To:** *All Cases* | Docket No. 22-md-3043 (DLC) |

### NOTICE OF PLAINTIFFS' RULE 702 MOTION
### TO EXCLUDE DEFENDANTS' EXPERT DR. WENDY CHUNG

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Evid. 702, and upon the annexed Memorandum of Law, the Declaration of Ashley C. Keller, Esq., dated September 19, 2023, with all exhibits annexed thereto, and upon all prior pleadings and proceedings heretofore had herein, Plaintiffs, through their undersigned counsel, respectfully move this Court, before the Honorable Denise L. Cote at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan Courthouse, 500 Pearl Street, Courtroom 18B, New York, New York 10007-1312, for an Order excluding Defendants' expert Wendy Chung, M.D., Ph.D.

Dated: September 19, 2023

Respectfully submitted,

**KELLER POSTMAN LLC**

/s/ *Ashley C. Keller*
Ashley C. Keller (IL Bar #1029118)*
KELLER POSTMAN LLC
150 N. Riverside Plaza, Suite 4100
Chicago, Illinois 60606
(312) 741-5220
ack@kellerpostman.com
**Admitted Pro Hac Vice*

*Attorney for Plaintiffs*