197. Schroeder DI, Schmidt RJ, Crary-Dooley FK, Walker CK, Ozonoff S, Tancredi DJ, Hertz-Picciotto I, LaSalle JM. Placental methylome analysis from a prospective autism study. Mol Autism. 2016 Dec 15;7:51. doi: 10.1186/s13229-016-0114-8. PMID: 28018572; PMCID: PMC5159983.

198. Shaw W. Evidence that Increased Acetaminophen use in Genetically Vulnerable Children Appears to be a Major Cause of the Epidemics of Autism, Attention Deficit with Hyperactivity, and Asthma. Journal of Restorative Medicine, Volume 2, Number 1, 10 January 2013, pp. 14-29(16) doi: http://dx.doi.org/10.14200/jrm.2013.2.0101

199. Silva D, Colvin L, Hagemann E, Bower C. Environmental risk factors by gender associated with attention-deficit/hyperactivity disorder. Pediatrics. 2014 Jan;133(1):e14-22. doi: 10.1542/peds.2013-1434. Epub 2013 Dec 2. PMID: 24298003.

200. Sjolander A, Frisell T, Kuja-Halkola R, Oberg S, Zetterqvist J. Carryover Effects in Sibling Comparison Designs. Epidemiology 2016; 27(6):852-858 doi: 10.1097/EDE.0000000000000541

201. Skoglund C, Chen Q, D'Onofrio BM, Lichtenstein P, Larsson H. Familial confounding of the association between maternal smoking during pregnancy and ADHD in offspring. J Child Psychol Psychiatry. 2014 Jan;55(1):61-8. doi: 10.1111/jcpp.12124. Epub 2013 Jul 30. PMID: 25359172; PMCID: PMC4217138.

202. Skovlund E, Handal M, Selmer R, Brandlistuen RE, Skurtveit S. Language competence and communication skills in 3-year-old children after prenatal exposure to analgesic opioids. Pharmacoepidemiol Drug Saf. 2017;26(6):625-634. doi:10.1002/pds.4170 186.

203. Smarr MM, Kannan K, Chen Z, Kim S, Buck Louis GM. Male urinary paracetamol and semen quality. Andrology. 2017 Nov;5(6):1082-1088. doi: 10.1111/andr.12413. Epub 2017 Aug 29. PMID: 28853221.

204. Sokolova E, Oerlemans AM, Rommelse NN, Groot P, Hartman CA, Glennon JC, Claassen T, Heskes T, Buitelaar JK. A Causal and Mediation Analysis of the Comorbidity Between Attention Deficit Hyperactivity Disorder (ADHD) and Autism Spectrum Disorder (ASD). J Autism Dev Disord. 2017 Jun;47(6):1595-1604. doi: 10.1007/s10803-017-3083-7. PMID: 28255761; PMCID: PMC5432632.

205. Spann MN, Sourander A, Surcel HM, Hinkka-Yli-Salomäki S, Brown AS. Prenatal toxoplasmosis antibody and childhood autism. Autism Res. 2017 May;10(5):769-777. doi: 10.1002/aur.1722. Epub 2016 Nov 22. PMID: 27874276; PMCID: PMC7256017.

206. Spiers H, Hannon E, Schalkwyk LC, Smith R, Wong CC, O'Donovan MC, Bray NJ, Mill J. Methylomic trajectories across human fetal brain development. Genome Res. 2015 Mar;25(3):338-52. doi: 10.1101/gr.180273.114. Epub 2015 Feb 3. PMID: 25650246; PMCID: PMC4352878.

207. Steinman KJ, Spence SJ, Ramocki MB, Proud MB, Kessler SK, Marco EJ, Green Snyder L, D'Angelo D, Chen Q, Chung WK, Sherr EH; Simons VIP Consortium. 16p11.2 deletion and duplication: Characterizing neurologic phenotypes in a large clinically ascertained cohort. Am J Med Genet A. 2016 Nov;170(11):2943-2955. doi: 10.1002/ajmg.a.37820. Epub 2016 Jul 13. PMID: 27410714.

208. Stergiakouli E, Thapar A, Davey Smith G. Acetaminophen in Pregnancy and Adverse Childhood Neurodevelopment-Reply. JAMA Pediatr. 2017 Apr 1;171(4):396-397. doi:10.1001/jamapediatrics.2016.5040. PMID: 28192550.

209. Stergiakouli E, Thapar A, Smith GD. Association of Acetaminophen Use During Pregnancy With Behavioral Problems in Childhood Evidence Against Confounding. JAMA Pediatr. 2016;170(10):964-970. doi:10.1001/jamapediatrics.2016.1775

210. Stoner R, Chow ML, Boyle MP, Sunkin SM, Mouton PR, Roy S, Wynshaw-Boris A, Colamarino SA, Lein ES, Courchesne E. Patches of disorganization in the neocortex of children with autism. N Engl J Med. 2014 Mar 27;370(13):1209-1219. doi: 10.1056/NEJMoa1307491. PMID: 24670167; PMCID: PMC4499461.

211. Streissguth AP, Treder RP, Barr HM, Shepard TH, Bleyer WA, Sampson PD, Martin DC. Aspirin and acetaminophen use by pregnant women and subsequent child IQ and attention decrements. Teratology. 1987 Apr; 35(2):211-9.

212. Sznajder KK, Teti DM, Kjerulff KH. Maternal use of acetaminophen during pregnancy and neurobehavioral problems in offspring at 3 years: A prospective cohort study. PLoS One. 2022 Sep 28;17(9):e0272593. doi: 10.1371/journal.pone.0272593. PMID: 36170224; PMCID: PMC9518858.

213. Tamiji J, Crawford DA. The neurobiology of lipid metabolism in autism spectrum disorders. Neurosignals. 2010;18(2):98-112. doi: 10.1159/000323189. Epub 2011 Feb 4. PMID: 21346377.

214. Tate JG, Bamford S, Jubb HC, Sondka Z, Beare DM, Bindal N, Boutselakis H, Cole CG, Creatore C, Dawson E, Fish P, Harsha B, Hathaway C, Jupe SC, Kok CY, Noble K, Ponting L, Ramshaw CC, Rye CE, Speedy HE, Stefancsik R, Thompson SL, Wang S, Ward S, Campbell PJ, Forbes SA. COSMIC: the Catalogue Of Somatic Mutations In Cancer. Nucleic Acids Res. 2019 Jan 8;47(D1):D941-D947. doi: 10.1093/nar/gky1015. PMID: 30371878; PMCID: PMC6323903.

215. Taylor MJ, Rosenqvist MA, Larsson H, Gillberg C, D'Onofrio BM, Lichtenstein P, Lundström S. Etiology of Autism Spectrum Disorders and Autistic Traits Over Time. JAMA Psychiatry. 2020 Sep 1;77(9):936-943. doi: 10.1001/jamapsychiatry.2020.0680. PMID: 32374377; PMCID: PMC7203675.

216. Thapar A, Cooper M, Jefferies R, Stergiakouli E. What causes attention deficit hyperactivity disorder? Arch Dis Child. 2012 Mar;97(3):260-5. doi: 10.1136/archdischild-2011-300482. Epub 2011 Sep 7. PMID: 21903599; PMCID: PMC3927422.

217. Thapar A, Cooper M. Attention deficit hyperactivity disorder. Lancet. 2016 Mar 19;387(10024):1240-50. doi: 10.1016/S0140-6736(15)00238-X. Epub 2015 Sep 17. PMID: 26386541.

218. Thompson JMD, Waldie KE, Wall CR, Murphy R, Mitchell EA, and the ABC Study Group. Associations between Acetaminophen Use during Pregnancy and ADHD Symptoms Measured at Ages 7 and 11 Years.PLoS ONE. 2014; 9(9): e108210. doi:10.1371/journal.pone.0108210

219. Tick B, Bolton P, Happé F, Rutter M, Rijsdijk F. Heritability of autism spectrum disorders: a meta-analysis of twin studies. J Child Psychol Psychiatry. 2016 May;57(5):585-95. doi: 10.1111/jcpp.12499. Epub 2015 Dec 27. PMID: 26709141; PMCID: PMC4996332.

220. Tioleco N, Silberman AE, Stratigos K, Banerjee-Basu S, Spann MN, Whitaker AH, Turner JB. Prenatal maternal infection and risk for autism in offspring: A meta-analysis. Autism Res. 2021 Jun;14(6):1296-1316. doi: 10.1002/aur.2499. Epub 2021 Mar 15. PMID: 33720503.

221. Tovo-Rodrigues L, Schneider BC, Martins-SilvaT, Del-Ponte B, Loret de Mola C, Schuler-Faccini L, Luiz Vianna F, Munhoz T, Entiauspe L, Silveira MF, Santos I, Matijasevich A, Barros AJD, Rohde LA, Bertoldi AD. Is intrauterine exposure to acetaminophen associated with emotional and hyperactivity problems during childhood? Findings from the 2004 Pelotas birth cohort. BMC Psychiatry. 2018; 18:368. https://doi.org/10.1186/s12888-018-1942-1

222. Trønnes JN, Wood M, Lupattelli A, Ystrom E, Nordeng H. Prenatal paracetamol exposure and neurodevelopmental outcomes in preschool-aged children. Paediatr Perinat Epidemiol. 2020 May;34(3):247-256. doi: 10.1111/ppe.12568. Epub 2019 Aug 25. PMID: 31448449; PMCID: PMC8285062.

223. Uhlén M, Fagerberg L, Hallström BM, Lindskog C, Oksvold P, Mardinoglu A, Sivertsson Å, Kampf C, Sjöstedt E, Asplund A, Olsson I, Edlund K, Lundberg E, Navani S, Szigyarto CA, Odeberg J, Djureinovic D, Takanen JO, Hober S, Alm T, Edqvist PH, Berling H, Tegel H, Mulder J, Rockberg J, Nilsson P, Schwenk JM, Hamsten M, von Feilitzen K, Forsberg M, Persson L, Johansson F, Zwahlen M, von Heijne G, Nielsen J, Pontén F. Proteomics. Tissue-based map of the human proteome. Science. 2015 Jan 23;347(6220):1260419. doi: 10.1126/science.1260419. PMID: 25613900.

224. Upadhya SC, Tirumalai PS, Boyd MR, Mori T, Ravindranath V. Cytochrome P4502E (CYP2E) in brain: constitutive expression, induction by ethanol and localization by fluorescence in situ hybridization. Arch Biochem Biophys. 2000 Jan 1;373(1):23-34. doi: 10.1006/abbi.1999.1477. PMID: 10620320.

225. van Eyk CL, Corbett MA, Gardner A, van Bon BW, Broadbent JL, Harper K, MacLennan AH, Gecz J. Analysis of 182 cerebral palsy transcriptomes points to dysregulation of trophic signalling pathways and overlap with autism. Transl Psychiatry. 2018 Apr 23;8(1):88. doi: 10.1038/s41398-018-0136-4. PMID: 29681622; PMCID: PMC5911435.

226. Visser JC, Rommelse N, Vink L, Schrieken M, Oosterling IJ, van der Gaag RJ, Buitelaar JK. Narrowly versus broadly defined autism spectrum disorders: differences in pre- and perinatal risk factors. J Autism Dev Disord. 2013 Jul;43(7):1505-16. doi: 10.1007/s10803-012-1678-6. PMID: 23076505.

227. Vlenterie R, Wood ME, Brandlistuen RE, Roeleveld N, van Gelder M, Nordeng H. Neurodevelopmental problems at 18 months among children exposed to paracetamol in utero: a propensity score matched cohort study. International Journal of Epidemiology. 2016 Dec 1;45(6):1998-2008. doi: 10.1093/ije/dyw192

228. Vogel Ciernia A, Laufer BI, Hwang H, Dunaway KW, Mordaunt CE, Coulson RL, Yasui DH, LaSalle JM. Epigenomic Convergence of Neural-Immune Risk Factors in Neurodevelopmental Disorder Cortex. Cereb Cortex. 2020 Mar 21;30(2):640-655. doi: 10.1093/cercor/bhz115. PMID: 31240313; PMCID: PMC7306174.

229. Voineagu I, Wang X, Johnston P, Lowe JK, Tian Y, Horvath S, Mill J, Cantor RM, Blencowe BJ, Geschwind DH. Transcriptomic analysis of autistic brain reveals convergent molecular pathology. Nature. 2011 May 25;474(7351):380-4. doi: 10.1038/nature10110. PMID: 21614001; PMCID: PMC3607626.

230. Walle KM, Askeland RB, Gustavson K, Mjaaland S, Ystrom E, Lipkin WL, Magnus P, Stoltenberg C, Susser E, Bresnahan M, Hornig M, Reichborn-Kjennerud T, Ask H. 2022. Risk of attention deficit hyperactivity disorder in offspring of mothers with infections during pregnancy. JCPP Advances, 2(2), e12070. https://doi.org/10.1002/jcv2.12070

231. Wang C, Geng H, Liu W, Zhang G. Prenatal, perinatal, and postnatal factors associated with autism: A meta-analysis. Medicine (Baltimore). 2017 May;96(18):e6696. doi: 10.1097/MD.0000000000006696. PMID: 28471964; PMCID: PMC5419910.

232. Werenberg Dreier J, Nybo Andersen AM, Hvolby A, Garne E, Kragh Andersen P, Berg-Beckhoff G. Fever and infections in pregnancy and risk of attention deficit/hyperactivity disorder in the offspring. J Child Psychol Psychiatry. 2016 Apr;57(4):540-8. doi: 10.1111/jcpp.12480. Epub 2015 Nov 3. PMID: 26530451.

233. Wilkerson DS, Volpe AG, Dean RS, Titus JB. Perinatal complications as predictors of infantile autism. Int J Neurosci. 2002 Sep;112(9):1085-98. doi: 10.1080/00207450290026076. PMID: 12487097.

234. Wolraich ML. An Association Between Prenatal Acetaminophen Use and ADHD: The Benefits of Large Data Sets. Pediatrics. 2017 Nov;140(5):e20172703. doi: 10.1542/peds.2017-2703. PMID: 29084834.

235. Wong CT, Wais J, Crawford DA. Prenatal exposure to common environmental factors affects brain lipids and increases risk of developing autism spectrum disorders. Eur J Neurosci. 2015 Nov;42(10):2742-60. doi: 10.1111/ejn.13028. Epub 2015 Sep 19. PMID: 26215319.

236. Wright J. The multiple hits theory of autism, explained. Spectrum | Autism Research News 2019.05.01 Available at: https://www.spectrumnews.org/news/multiple-hits-theory-autism-explained/

237. Xu LM, Li JR, Huang Y, Zhao M, Tang X, Wei L. AutismKB: an evidence-based knowledgebase of autism genetics. Nucleic Acids Res. 2012 Jan;40(Database issue):D1016-22. doi: 10.1093/nar/gkr1145. Epub 2011 Dec 1. PMID: 22139918; PMCID: PMC3245106.

238. Ystrom E, Gustavson K, Brandlistuen RE, Knudsen GP, Magnus P, Susser E, Davey Smith G, Stoltenberg C, Surén P, Håberg SE, Hornig M, Lipkin WI, Nordeng H, Reichborn-Kjennerud T. Prenatal Exposure to Acetaminophen and Risk of ADHD. Pediatrics. 2017;140(5):e20163840

239. Ystrom E, Gustavson K, Brandlistuen RE, Knudsen GP, Magnus P, Susser E, Davey Smith G, Stoltenberg C, Surén P, Håberg SE, Hornig M, Lipkin WI, Nordeng H, Reichborn-Kjennerud T. Prenatal Exposure to Acetaminophen and Risk of ADHD. Pediatrics. 2017;140(5):e20163840

240. Zerbo O, Iosif AM, Walker C, Ozonoff S, Hansen RL, Hertz-Picciotto I. Is maternal influenza or fever during pregnancy associated with autism or developmental delays? Results from the CHARGE (CHildhood Autism Risks from Genetics and Environment) study. J Autism Dev Disord. 2013; 43: 25–33.

241. Zerbo O, Iosif AM, Walker C, Ozonoff S, Hansen RL, Hertz-Picciotto I. Is maternal influenza or fever during pregnancy associated with autism or developmental delays? Results from the CHARGE (CHildhood Autism Risks from Genetics and Environment) study. J Autism Dev Disord. 2013 Jan;43(1):25-33. doi: 10.1007/s10803-012-1540-x. PMID: 22562209; PMCID: PMC3484245.

242. Zerbo O, Qian Y, Yoshida C, Fireman BH, Klein NP, Croen LA. Association Between Influenza Infection and Vaccination During Pregnancy and Risk of Autism Spectrum Disorder. JAMA Pediatr. 2017 Jan 2;171(1):e163609. doi: 10.1001/jamapediatrics.2016.3609. Epub 2017 Jan 2. PMID: 27893896.

243. Zerbo O, Qian Y, Yoshida C, Grether JK, Van de Water J, Croen LA. Maternal Infection During Pregnancy and Autism Spectrum Disorders. J Autism Dev Disord. 2015 Dec;45(12):4015-25. doi: 10.1007/s10803-013-2016-3. PMID: 24366406; PMCID: PMC4108569.

244. Zerbo O, Yoshida C, Grether JK, Van de Water J, Ashwood P, Delorenze GN, Hansen RL, Kharrazi M, Croen LA. Neonatal cytokines and chemokines and risk of Autism Spectrum Disorder: the Early Markers for Autism (EMA) study: a case-control study. J Neuroinflammation. 2014 Jun 20;11:113. doi: 10.1186/1742-2094-11-113. PMID: 24951035; PMCID: PMC4080514.

245. Zhang S, Deng L, Jia Q, Huang S, Gu J, Zhou F, Gao M, Sun X, Feng C, Fan G. dbMDEGA: a database for meta-analysis of differentially expressed genes in autism spectrum disorder. BMC Bioinformatics. 2017 Nov 16;18(1):494. doi: 10.1186/s12859-017-1915-2. PMID: 29145823; PMCID: PMC5691387.

246. Zhou X, Feliciano P, Shu C, Wang T, Astrovskaya I, Hall JB, Obiajulu JU, Wright JR, Murali SC, Xu SX, Brueggeman L, Thomas TR, Marchenko O, Fleisch C, Barns SD, Snyder LG, Han B, Chang TS, Turner TN, Harvey WT, Nishida A, O'Roak BJ, Geschwind DH; SPARK Consortium; Michaelson JJ, Volfovsky N, Eichler EE, Shen Y, Chung WK. Integrating de novo and inherited variants in 42,607 autism cases identifies mutations in new moderate-risk genes. Nat Genet. 2022 Sep;54(9):1305-1319. doi: 10.1038/s41588-022-01148-2. Epub 2022 Aug 18. PMID: 35982159; PMCID: PMC9470534.

247. Zhu CY, Jiang HY, Sun JJ. Maternal infection during pregnancy and the risk of attention-deficit/hyperactivity disorder in the offspring: A systematic review and meta-analysis. Asian J Psychiatr. 2022 Feb;68:102972. doi: 10.1016/j.ajp.2021.102972. Epub 2021 Dec 18. PMID: 34954611.

248. Zhu Y, Mordaunt CE, Yasui DH, Marathe R, Coulson RL, Dunaway KW, Jianu JM, Walker CK, Ozonoff S, Hertz-Picciotto I, Schmidt RJ, LaSalle JM. Placental DNA methylation levels at CYP2E1 and IRS2 are associated with child outcome in a prospective autism study. Hum Mol Genet. 2019 Aug 15;28(16):2659-2674. doi: 10.1093/hmg/ddz084. PMID: 31009952; PMCID: PMC6687952.

249. Zylka MJ, Simon JM, Philpot BD. Gene length matters in neurons. Neuron. 2015 Apr 22;86(2):353-5. doi: 10.1016/j.neuron.2015.03.059. PMID: 25905808; PMCID: PMC4584405.

# EXHIBIT 3

**The Faculty of Medicine of Harvard University**
**Curriculum Vitae**

| | |
|---|---|
| **Date Prepared:** | July 14, 2023 |
| **Name:** | Wendy K. Chung |
| **Office Address:** | Boston Children's Hospital<br>300 Longwood Avenue<br>Mailstop #BCH3218<br>Boston, MA 02115 |
| **Home Address:** | 20 Village Way<br>Brookline, MA 020445 |
| **Work Phone:** | (617) 355-5022 |
| **Work Email:** | Wendy.Chung@childrens.harvard.edu |

**Education:**

| | | | |
|---|---|---|---|
| 05/1990 | BA | Biochemistry | Cornell University<br>Ithaca, NY |
| 05/1996 | PhD | Genetics<br>(Dr. Rudolph Leibel) | Rockefeller University<br>New York, NY |
| 05/1998 | MD | Medicine | Cornell University Medical<br>College<br>Ithaca, NY |

**Postdoctoral Training:**

| | | | |
|---|---|---|---|
| 6/96- 5/97 | Postdoctoral<br>Fellow | *Genetics of obesity in rodents*<br>*and man* (Dr. Rudolph L.<br>Leibel) | Laboratory of Human<br>Behavior and Metabolism,<br>Rockefeller University |
| 7/98-6/99 | Intern | Pediatrics | Columbia Presbyterian<br>Medical Center (CPMC) |
| 7/99-6/00 | PGY2 Resident | Pediatrics | CPMC |
| 7/00-6/02 | Fellow | Clinical Genetics | Division of Clinical<br>Genetics, Department of<br>Pediatrics, CPMC |
| 7/02-6/03 | Fellow | Molecular Genetics | Division of Clinical<br>Genetics, Department of<br>Pediatrics, CPMC |

**Faculty Academic Appointments:**

| | | | |
|---|---|---|---|
| 1997-1998 | Lecturer | Pediatrics (Molecular Genetics) | Columbia University |
| 1998-2002 | Associate Research Scientist | Pediatrics (Molecular Genetics) | Columbia University |
| 1998-2002 | Guest Investigator | Laboratory of Human Behavior and Metabolism | Rockefeller University |
| 2002-2013 | Assistant Professor of Pediatrics in Medicine | Pediatrics (Molecular Genetics) | Columbia University |
| 2013-2015 | Associate Professor of Pediatrics in Medicine with tenure | Pediatrics | Columbia University |
| 2015-2017 | Kennedy Family Associate Professor of Pediatrics in Medicine, with tenure | Pediatrics | Columbia University |
| 2017-2023 | Kennedy Family Professor of Pediatrics in Medicine, with tenure | Pediatrics | Columbia University |
| 2023- | Faculty | Pediatrics | Harvard Medical School |

**Appointments at Hospitals/Affiliated Institutions:**

| | | | |
|---|---|---|---|
| 2002-2023 | Attending Physician | Pediatrics and Medicine | New York Presbyterian Hospital |
| 2007-2009 | Consultant | Pediatric Genetics | The Valley Hospital Ridgewood, NJ |
| 2023- | Chief of Pediatrics | Pediatrics | Boston Children's Hospital |
| 2023- | Associate Member | | Broad Institute |

**Faculty Membership in Harvard Initiatives, Programs, Centers, and Institutes**

**Other Professional Positions:**

| | | | |
|---|---|---|---|
| 2012-2023 | Director of Clinical Research | SFARI Simons Foundation | |
| 2017- | Affiliate Member | New York Genome Center | 1 hour/month |

**Major Administrative Leadership Positions:**

**Local**

| | | |
|---|---|---|
| 2001-2023 | Section Organizer, Medical Genetics (Science Basic to the Practice of Medicine) | Columbia University |
| 2002-2023 | Course Director, Genetics (Science Basic to the Practice of Medicine) Columbia University | Columbia University |
| 2002 | Course Director, Molecular Genetics for the Practicing Clinician (CME) | Columbia University |
| 2003-2013 | Director, Clinical Genetics | Columbia University |
| 2003-2013 | Chief, Division of Clinical Genetics | Columbia University Medical Center (CUMC) |
| 2003-2023 | Director, Clinical Cancer Genetics | Columbia University |
| 2004 | Course Director, How to Integrate Advances in Genetics into your Clinical Practice (CME) | Columbia University |
| 2004, 2007 | Course Director, Neonatology: Recent Advances in Neonatal Intensive Care Unit | Columbia University |
| 2005-2009 | Section Organizer, Biochemistry/metabolism (Science Basic to the Practice of Medicine) | Columbia University |
| 2006-2017 | Director, Molecular and Cytogenetics Fellowship Program | Columbia University |
| 2008 | Course Director, Fetal Diagnosis and Treatment, 6th Annual Sloane Conference (CME) | Columbia University |
| 2010-2023 | Co-Director, Medical Genetics Training Fellowship | Columbia University |
| 2014-2023 | Resource Director, Precision Medicine, Irving Institute for Translational Research | Columbia University |
| 2015-2023 | Course Director, Precision Medicine | Columbia University |
| 2016-2018 | Director, TL1 Training Program in the Clinical and Translational Science Awards (CTSA) Program | Columbia University |
| 2016-2023 | Co-Director | NY Obesity Research Center (NYORC) Molecular Biology Core |
| 2019-2023 | Associate Director for Education, Herbert Irving Comprehensive Cancer Center | Columbia University |

| 2019-2023 | Medical Co-director, Genetic Counseling Graduate Program | Columbia University |
| 2020-2023 | Chief, Clinical Genetics | CUMC |

**Regional**

**National**

| 2022- | Chair, Data and Safety Monitoring Board (DSMB) | IGNITE (Implementing Genomics in Practice) |

**International**

**Committee Service:**

**Local**

| 2002- | Naomi Berrie Diabetes Center | Columbia University<br>Member |
| 2003-2023 | Continuing Medical Education Advisory Committee | Columbia University<br>Member |
| 2004-2006 | Committee for Medical Education in Genetics | Columbia University<br>Member |
| 2004- | Herbert Irving Cancer Center | Columbia University<br>Member |
| 2005- | Motor Neuron Center | Columbia University<br>Member |
| 2005-2013 | MSCHONY Laboratory Committee | Columbia University<br>Chair |
| 2005-2023 | Molecular Diagnostics Laboratory Committee | New York Presbyterian Hospital (NYPH)<br>Member |
| 2006 | Committee on Genetic Testing | Columbia University Medical Center (CUMC) |
| 2006- | Center for Human Genetics | Columbia University<br>Member |
| 2006-2023 | Innovative Diagnostics and Therapeutics | NYPH<br>Member |
| 2006- | Center for Bioethics Steering Committee | Columbia University<br>Member |

| | | |
|---|---|---|
| 2006-2023 | Pharmacogenetic Committee | NYPH<br>Member |
| 2007-2023 | First Year Medical Student Faculty Committee | Columbia University<br>Member |
| 2007-2023 | Department of Pediatrics, Recruitment Committee | Columbia University<br>Member |
| 2007-2023 | Medical Advisory Board | Columbia IVF Center<br>Member |
| 2007-2023 | CTSA Advisory Committee | Columbia University<br>Member |
| 2009-2023 | P&S Evaluation Subcommittee | Columbia University<br>Member |
| 2009-2023 | P&S Fundamentals Faculty Committee | Columbia University<br>Member |
| 2009-2023 | AOA committee | Columbia University<br>Member |
| 2009-2023 | Advisory Board for the Patient-Oriented Research Master's Program (MS/POR) of the Mailman School of Public Health | Columbia University<br>Member |
| 2010-2023 | Center for the Study of Science and Religion | Columbia University<br>Board of Advisors Member |
| 2012 | Strategic Planning Committee for Research | Columbia University<br>Member |
| 2013 | Director of Personalized Medicine Search Committee | Columbia University<br>Member |
| 2014-2016 | Precision Medicine Planning Committee | Columbia University<br>Member |
| 2014-2023 | Columbia Medical Review | Columbia University<br>Advisor |
| 2019-2021 | Search Committee for Dean of Columbia Medical School | Columbia University<br>Member |
| 2019-2023 | Institutional Conflict of Interest Committee | Columbia University<br>Member |

**Regional**

**National**

| 2019-2022 | National Human Genome Research Institute (NHGRI) Council | NIH Member |
| 2020-2022 | NHGRI Extramural Training and Career Development Program | NIH Research Training Expert Panel (RTEP) |
| 2021- | Newborn Screening Translational Research Network Steering Committee (NBSTRN) | NICHD Co-chair |
| 2021- | All of Us | NIH Research Program Advisory Panel |

**International**

**Professional Societies:**

| 1990- | American Association for the Advancement of Science | Member |
| 1993-2013 | American Diabetes Association | Member |
| 1998- 2022 2022- | American Society of Human Genetics | Member Treasurer-elect Member, Board of Directors |
| 2003- | American College of Medical Genetics | Member |
| 2008-2023 | Glenda Garvey Teaching Academy | Member |
| 2010- | Society for Pediatric Research | Member |
| 2012-2023 | Virginia Apgar Academy of Educators | Member |
| 2014- | American Society of Clinical Investigation | Member |
| 2020- | National Academy of Medicine | Member |
| 2021- | Association of American Physicians | Member |
| 2021- | American Pediatric Society | Member |

**Grant Review Activities:**

| 2005-2015 | Genetic grants | American Heart Association Ad hoc |
| 2010-2015 | Genomic medicine | National Human Genome Research Institute Ad hoc |
| 2010-2015 | Genetic grants | Qatar National Research Fund |

Ad hoc

**Editorial Activities:**

- **Ad hoc Reviewer**

  American Journal of Human Genetics
  American Medical Journal of Genetics
  Clinical Genetics
  Circulation
  Circulation Research
  Genetics in Medicine
  JCI Insight
  Journal of Clinical Endocrinology and Metabolism
  Journal of Inherited Metabolic Disease
  Journal of the Academy of Clinical Cardiology
  Journal of the American Medical Association
  Leukemia Research
  Neurogenetics
  Neurology
  New England Journal of Medicine
  Obesity
  Obesity Research
  Prenatal Diagnosis
  Proceedings of the National Academy of Science
  Public Health Genomics

- **Other Editorial Roles**

| 2015- | Editorial Board Member | Molecular Case Studies |
|-------|------------------------|------------------------|
| 2015- | Board of Consulting Editors | JCI Insight |
| 2020-2022 | Editorial Board Member | The American Journal of Human Genetics |

**Honors and Prizes:**

| 1986 | Westinghouse Science Talent Search, 1st place | |
|------|-----------------------------------------------|---|
| 1986 | National Merit Scholar | |
| 1986-1990 | Cornell Scholar; Dean's List | Cornell University |
| 1988 | Summer training grant | National Science Foundation (NSF) |
| 1990 | Phi Beta Kappa Outstanding College Students of America | Cornell University |

|  | Phi Kappa Phi<br>Golden Key Honor<br>Society<br>The National Dean's<br>List |  |
|---|---|---|
| 1992 | Outstanding Student<br>Research Award | American Institute of<br>Nutrition |
| 1994 | Louis Gibofsky<br>Memorial Prize | Cornell University Medical<br>College |
| 1995, 1998 | Dean's Research<br>Award | Cornell University Medical<br>College |
| 2001 | Young Investigator<br>Research Grant Award | American Academy of<br>Pediatrics |
| 2005 | Best Translational<br>Research | Columbia University<br>Department of Pediatrics<br>Assistant Professor Research<br>Symposium |
| 2008 | Charles W. Bohmfalk<br>Award for<br>Distinguished<br>Contributions to<br>Teaching in the<br>Clinical Years | Columbia University Medical<br>College |
| 2008 | Distinguished<br>Lecturer, Class of<br>2011 | Columbia University |
| 2008 | Medical Achievement<br>Award | Bonei Olam |
| 2009 | Presidential Award for<br>Outstanding Teaching | Columbia University |
| 2010 | Distinguished Lecturer<br>of the Year, Class of<br>2013 | Columbia University |
| 2011 | Distinguished Lecturer<br>of the Year, Class of<br>2014 | Columbia University |
| 2012 | Inductee, Dade<br>County Hall of Fame | Dade County |
| 2014 | Dean's Distinguished<br>Lecture in the Clinical<br>Sciences | Columbia University |
| 2014 | Best Paper in 2013 | Science Unbound Foundation |

| 2014 | Samberg Scholars in Children's Health | New York Presbyterian Hospital |
| 2017 | Best Grand Rounds of the Year | Department of Pediatrics, Columbia University |
| 2018 | Fundamentals Outstanding Teacher Award, Class of 2021 | Columbia University |
| 2018 | Medal for Distinguished Contributions in Biomedical Science | New York Academy |
| 2019 | Mentor of the Year Award | College of Dental Medicine, Columbia University |
| 2019 | 2019 Rare Impact Award | National Organization for Rare Disorders (NORD) |
| 2019 | The Robyn Barst Lecture Award | Pulmonary Hypertension Association |
| 2022 | Quality and Patient Safety Recognition Award Columbia Doctors | Columbia University |

## Report of Funded and Unfunded Projects

### Past

| 2001-2002 | Characterization of a new murine neurological mutant Hcn2$^{ap}$<br>American Academy of Pediatrics: Young Investigator's Research Award<br>PI ($50,000)<br>The goal of this project is to electrophysiologically characterize a new murine neurological mutant *Hcn2$^{ap}$*. |
| 2001-2002 | Identification of Novel Genes and Pathways in Type 2 Diabetes Using N-Ethyl-N-Nitrosurea (ENU) Pilot Project<br>New York Obesity Research Center (NYORC)<br>PI ($50,000)<br>The major goal of this project is to screen ENU mutagenized mice for diabetes and determine if mice the hyperglycemia is transmitted as a monogenic trait for the eventual purpose of diabetes gene identification. |
| 2001-2004 | Children's Health Research Center<br>NIH – NICHD P30 HD34611<br>PI ($100,000)<br>The goal of this project is to electrophysiologically characterize a new murine neurological mutant Hcn2$^{ap}$. |
| 2002-2008 | BMPR2 Mutations in Pulmonary Hypertension |

NIH - NHLBI  R01 HL060056
PI ($250,000)
The goal of this study is to characterize the nature and frequency of mutations in BMPR2 in pulmonary hypertension, correlate genotype with phenotype, and determine if genotype is correlated with response to therapy.

2003-2004   Naomi Berrie Diabetes Research Fellow
Naomi Berrie Diabetes Center, Columbia University
PI ($100,000)
The goal of this project is to genetically characterize obese subjects for genes for obesity.

2003-2004   BRCA Founder Mutations among Jewish Participants of the Long Island Breast Cancer Study Project
Women at Risk, Columbia Presbyterian Medical Center
Co-PI (PI: R. Senie - $10,000)
The goal of this project is to test all participants in the Long Island breast cancer study for the three Ashkenazi BRCA1 and BRCA2 founder mutations to determine if this is responsible for the increased incidence of breast cancer in this cohort.

2003-2004   The role of genetic polymorphisms in the regulation of cardiac hypertrophy
Office of Clinical Trials, Columbia University
Co-PI (PI: S. Mital - $30,000)
The goal of this project is to determine if there are genetic factors that are responsible for the differential response of patients with congenital heart disease and Cardiomyopathy to cardiac hypertrophy.

2003-2004   BRCA Founder Mutations among Jewish Participants of the Long Island Breast Cancer Study Project
Herbert Irving Comprehensive Cancer Center Pilot Funding Awards (PI: Chung)
PI ($20,000)
The goal of this project is to test all participants in the Long Island breast cancer study for the three Ashkenazi BRCA1 and BRCA2 founder mutations to determine if this is responsible for the increased incidence of breast cancer in this cohort.

2003-2007   Genetics Core Laboratory for the Pediatric Heart Disease Clinical Research Network
Pediatric Heart Network
PI ($142,875)
The goal of this project is to serve as the genetics core for the multi-site pediatric heart network that was established to study cardiac disease unique to children.  The genetics core will bank DNA samples on all study participants and perform genotypic analysis relevant to the clinical studies.

2003-2008   Cloning of a Type 2 Diabetes Modifier in Obese Mice
NIH – NIDDK  DK066518
Co-PI (PI: Leibel - $375,000)
The goal of this project is to clone a quantitative trait locus that predisposes mice with monogenic obesity due to mutations in *leptin* to type 2 diabetes.

2004-2004   How to Integrate Advances in Genetics into Clinical Practice
March of Dimes Birth Defects Foundation, Grant No. 4-FY04-43
PI ($5,000)

The goal of this project is for continuing medication education for medical professionals on "How to Integrate Advances in Genetics into Clinical Practice."

2004-2007  Irving Center for Clinical Research, Irving Scholars Program
Columbia University
PI ($60,000/year)
The goal of this project is to identify novel human genes predisposing to early onset type 2 diabetes in Dominicans.

2004-2009  Cardiovascular Development and Disease in the Young
NIH NHLBI 1T32 HL076116
Co-I (PI: Rosen - $557,100)
Training grant for pediatric cardiology post-doctoral fellows.

2004-2022  Pediatric Neuromuscular Clinical Research Network for SMA Clinical Trials
Spinal Muscular Atrophy Foundation
Co-I (PI: DeVivo $210,556)
The goal of this project is to establish a clinical research network that clinically and molecularly characterizes patients with spinal muscular atrophy at baseline and establishes methods of monitoring clinical efficacy in preparation for SMA clinical trials.

2005-2008  Identification of Novel Germline Breast Cancer Susceptibility Genes in High Risk Ashkenazi Jewish Families
Manhasset Women's Coalition Against Breast Cancer
PI ($100,000)
The goal of this research is the identification of a novel breast cancer susceptibility gene in Ashkenazi Jewish families with hereditary breast cancer who do not harbor mutations in BRCA1 or BRCA2.

2005-2009  Identification of a Novel Breast Cancer Susceptibility Gene in the Ashkenazi Jewish Population
Fuirst Foundation
PI ($650,000)
The goal of this project is to initially map and then clone a novel gene for breast cancer susceptibility by testing in Ashkenazi Jewish families with hereditary breast cancer who do not harbor mutations in BRCA1 or BRCA2.

2006-2007  Identification of Genetic Modifiers of *BRCA1* or *BRCA2* in Ashkenazi Mutation Carriers
Women at Risk, Columbia Presbyterian Medical Center
PI ($15,000)
The goal of this project is to test the effect of polymorphisms in genes involved in DNA repair with founder Ashkenazi mutations that may interact with BRCA1 and BRCA2 to modify the risk of cancer.

2006-2008  Studies of Pharmacological Modulation of Survival Motor Neuron in a Mouse Model of Spinal Muscular Atrophy PGI Mouse Studies
Spinal Muscular Atrophy Foundation
PI ($55,157)

The goal of the project is to test pharmacological agents *in vivo* in mouse models of spinal muscular atrophy for clinical efficacy and effect on biomarkers of survival motor neuron modulation including *SMN* gene expression and protein production.

2006-2008    CD36:  A Putative Taste Receptor for Dietary Fat in Humans
New York Obesity Research Center (NYORC) Pilot Project
Co-I ( PI: Keller - $15,000)
The goal is to genetically determine the CD36 genotypes and haplotypes in subjects with varying taste preference for dietary fats.

2006-2009    Survival Motor Neuron Protein assay
Westat RFP 8079-05-03
PI ($17,863)
This is a Phase I/II clinical trial of phenylbutyrate for the treatment of spinal muscular atrophy.  This proposal is to serve as the core facility to measure the biomarker, survival motor neuron protein from blood in this clinical trial.

2006-2010    Genome Scans in Congenital Heart Disease using ROMA
NIH – NHLBI  HL080146-02
Co-I (PI: Warburton -  $570,761)
The goal of this project is to genomically characterize subjects with hypoplastic left heart syndrome or conotruncal heart defects using Representational Oligonucleotide Microarray Analysis (ROMA) to determine the locations of novel genes associated with these types of congenital heart disease and develop methods of improving prognostication for outcomes and associated birth defects and neurocognitive deficits in subjects with congenital heart disease.

2006-2011    Metropolitan New York Registry of Breast Cancer Families
NIH - NCI U01CA069398
Co-I (PI: Terry - $453,607/year)
The goal of the project is to collect and study families with multiple cases of breast and/or ovarian cancer and to study genetic and environmental factors influencing cancer susceptibility, clinical outcomes, identify high risk individuals for prevention trials, and study health behaviors.

2007-2008    Views and Approaches toward Pre-implantation Genetic Diagnosis (PGD) and Barriers to Its Use Among Providers and Patients
Co-I (PI: Klitzman - $50,000)
The goal of this project is to understand utilization of preimplantation genetic diagnosis as a reproductive option and identify barriers to implementation.

2007-2008    GATHER: Genetic Arrythmia Testing Helping Evaluate Risk
Columbia CTSA Pilot grant
Co-I (PI: Hickey - $25,000)
The goal of this project is to develop screeners to identify patients most likely to benefit from genetic testing for inherited arrhythmias.

2007-2009    Conversations in Genetics: Development of Educational DVDs to Teach Medical Genetics
Glenda Garvey Testing Academy at Columbia University
PI ($15,400)
The goal of this project is to develop an educational library of videotapes of patients who have and are undergoing genetic testing for a variety of disorders to teach

medical, dental, and nursing students how to effectively educate and counsel patients about genetic testing.

2007-2010   Copy number variation in *SMN1* and *SMN2* in humans and murine models of ALS
Motor Neuron Center
PI ($80,000)
To assess *SMN1* and *SMN2* genotype in modifying ALS age of onset and severity of disease.

2007-2010   Doris Duke Charitable Foundation Clinical Scientist Development Award
PI ($135,000)
The goal of this research is the identification of a novel breast cancer susceptibility gene in Ashkenazi Jewish families with hereditary breast cancer who do not harbor mutations in BRCA1 or BRCA2.

2008-2008   Effects of the Histone Deacetylase Inhibitor LBH589 on *In Vitro* Transcription and Translation of Survival Motor Neuron in Spinal Muscular Atrophy
PI ($100,000)
The goal of this research project is to test the effects of the novel histone deacteylase inhibitor LBH589 on SMN production in fibroblasts from patients with spinal muscular atrophy.

2008-2008   Studies of Pharmacological Modulation of Survival Motor Neuron in a Mouse Model of Spinal Muscular Atrophy
Families of Spinal Muscular Atrophy (#34646)
PI ($15,000)
The goal of the project is to test pharmacological agents *in vivo* in mouse models of spinal muscular atrophy for clinical efficacy and effect on *SMN* gene expression and protein production.

2008-2009   Optimization of the A2 scaffold, which upregulates SMN protein
SMA Foundation
Collaborator  (PI: Stockwell - $100,000/year)
The goal of this research project is to translate a hit that emerged from a screen into a drug lead for SMA.

2008-2009   John M. Driscoll, Jr. Children's Research Fund
Columbia University
PI ($40,000)
The goal of this research is to characterize the underlying genetic basis for cardiomyopathy in children.

2008-2009   Provider and Patient Views and Approaches Toward PGD Use
Greenwall Foundation
Co-I (PI: Klitzman)
The goal of this research project is to understand patient and medical providers' views about preimplantation genetic diagnosis and identify barriers and facilitators of its use.

2008-2013   Identification of Novel Genes for Congenital Diaphragmatic Hernia by Characterizing Genetic Copy Number Alterations
NIH NICHD R01 HD057036-01A1
PI ($512,270/year NCE)

The goal of this study is to identify genes causing congenital diaphragmatic hernia by assessing genetic copy number on a genome wide basis of oligonucleotide arrays.

2008-2013    Diabetes and Endocrine Research Center
NIH - NIDDK   P30 DK063608-10
Co-I (PI: Accilli -        $901,002)
Molecular Biology/Molecular Genetics Core. The goal of this project is to establish a research center with common interests and expertise in diabetes and endocrinology.

2009-2010    Irving Institute Collaborative and Multidisciplinary Pilot Research (CaMPR) Award: An Interdisciplinary Collaboration to Create a Biobank to Enable Personalized Medicine at Columbia University
PI ($125,000)
The goal of this research is to pilot a biobank in cardiology as a model for a Columbia University biobank.

2009-2011    CNV Atlas of Human Development
NIH – NICHD RC2 HD064525-01
Co-I (PI:  Ledbetter/Wapner - $259,603)
The goals of the two year project are to develop the processes and infrastructure for ongoing collection of a large number of high-quality genome wide array data and the associated phenotypic findings. In the process of developing these processes we will contribute genotypic and phenotypic data on 4,000 prenatal cases and 10-15,000 pediatric cases.

2009-2012    Spinal Muscular Atrophy (SMA): Disease Phenotype and Mechanisms
U.S. Department of Defense
Co-PI (Co-PI: Henderson - $2,925,000 total)
To assess the pathology of specific muscle groups in SMA patients.

2009-2013    Molecular Genetic Analysis of Human Obesity
NIH – NIDDK DK52431-16
Co-PI (Co-PI: Leibel - $333,099)
The goal of the project is to identify the genes that mediate susceptibility to obesity in humans.

2010-2013    Genetics of the Brain and Behavior
Center for ELSI Research on Psychiatric, Neurologic, and Behavioral Genetics
NIH – NHGRI P20 HG005535-01
Co-I (PI: Appelbaum - $160,000/year)
The goal of this project is to plan a center of ELSI scholars to conduct research and train the next generation of research related to genetic conditions involving the brain and behavior.

2011-2012    Clinical and Translational Science Award Supplement
NIH – NCRR  3UL 1RR024156-06S2
PI ($300,000)
Establishment of a Biobank to facilitate translational research.

2011-2013    Identification of Novel Genes for Infantile Cardiomyopathy
Children's Cardiomyopathy Foundation
PI ($100,000/year)

The goal of this study is to identify novel genes for cardiomyopathy presenting in infancy.

2011-2013    Challenges of Informed Consent in Return of Data from Genomic Research
NIH - NHGRI  R21 HG006596
Co-I (PI: Appelbaum)
The goal of this study is to assess models for consent in genetic research studies that allows for return of individual genetic results.

2011-2015    Impact of Return of Incidental Genetic Test Results to Research Participants in Genomic Studies
NIH – NHGRI 5R01 HG006600-03
PI ($375,417)
The goal of the study is to understand how to consent and return incidental research results to participants in genetic research studies.

2011-2015    LEGACY: A cohort of youth in families from the Breast Cancer Family Registry
NIH - NCI   5R01 CA138822 -05     $ 392,954
Co- I (PI: Terry)
The goal of this study is to identify risk factors during childhood and adolescence that confer lifetime risk of breast cancer.

2011-2016    A twin study of obesity pathogenesis using fMRI (PI: Schur); (Leibel subcontract PI)
NIH- NIDDK R01 DK089036-04
Co-I (PI: Schur - $250,000); (Leibel subcontract PI - $28,959)
Studies how the brain regulation of appetite may be altered by genetic and/or environmental risk factors for obesity.

2011-2017    Genes, Environment, and Breast Cancer Risk: The 15-year follow-up of the Breast Cancer Family Registry
NIH – NCI  1R01CA159868-05
Co-I (PI: Terry, Hopper - $1,968,016)
The goal of this study is to gather long term longitudinal clinical data including new cancer diagnoses and outcomes in a large cohorts for breast cancer.

2011-2022    Gene Mutation and Rescue in Human Diaphragmatic Hernia
NIH/NICHD 1P01HD068250  Program Project
Co-I (PI: Donahoe)
The goal is to uncover the mutations causing Congenital Diaphragmatic Hernia by linkage, gene expression, bioinformatic prioritization of genes and proteins, exome/genome sequencing of probands & trios, and functional work in multiple animal models.

2012-2017    Psychosocial Impact of Genetics in Epilepsy
NIH – NINDS R01NS078419-04
Co-I (PI: Ottman - $343,783)
The goal of the study is to understand the psychosocial impact of establishing a genetic diagnosis for epilepsy in a longstanding research cohort.

2012-2017    Prenatal Cytogenetic Diagnosis by Array-based copy number Analysis
NIH – NICHD 5 U01 HD055651-09
Co-I (PI: Wapner - $ 1,572,369)

The goal of this study is to assess the diagnostic yield and methods to implement cytogenomics in the prenatal setting.

2012-2017    Hormonal, Metabolic and Signaling Interactions in Pulmonary Arterial Hypertension
NIH -NHLBI  HL108800-04
Co-I (PI: Loyd - $1,782,360; $54,151  subcontract)
The goal of the study is to understand the genetic and hormonal factors contributing to pulmonary arterial hypertension risk.

2012-2017    Breast Cancer Family Registry Cohort
NIH –NCI UM1 CA164920
Co-I  (PI: Terry, Hopper, Andrulis, Daly, John - $447,837 )
The goal of this study is to gather long term longitudinal clinical data including new cancer diagnoses and outcomes in a large cohorts for breast cancer.

2012-2023    Breast Cancer Family Cohort
NIH/NHLBI U01CA1649204
Co-I (PI: Terry)
The goal of this study is to gather long term longitudinal clinical data including new cancer diagnoses and outcomes in a large cohorts for breast cancer.

2013-2018    Center for Research on the Ethical, Legal and Social Implications of Psychiatric, Neurologic and Behavioral Genetics
NIH - NHGRI  1P50HG007257-01
Co-I (PI: Appelbaum - $716,651)
The goal of this project is to establish a center of ELSI scholars to conduct research and train the next generation of research related to genetic conditions involving the brain and behavior.

2013-2018    Functional imaging and eating behavior among FTO genotypes in pre-obese children
NIH – NIDDK   R01 DK097399
Co-I (PIs: Rosenbaum and Mayer - $399,670)
The goal of this study is to understand the ingestive behavior for individuals with a single genetic risk factor for obesity, FTO genotype.

2014-2017    Newborn screening for Spinal Muscular Atrophy
Biogen Idec
PI ($758,000)
The goal is to pilot a newborn screening study for SMA in New York state.

2014-2018    Returning Genetic Research Panel Results for Breast Cancer Susceptibility
NIH - NCI/NHGRI   R01CA190871-02
Subcontract PI/Co-I (PI: Bradbury - $398,917)
The goal is to return genetic results for hereditary cancer to a research cohort.

2014-2020    PVDOMICS: Defining the Future Fingerprints of Pulmonary Vascular Disease
NIH – NHLBI   U01 HL125218 -05
Co-I (PIs: Berman-Rosenzweig and Horn - $260,813)
The goal of this pulmonary vascular disease (PVD) NOMICS study to systemically characterize WHO Groups 1- 5 pulmonary hypertension (PH) patients utilizing clinical, biochemical, imaging, physiological and pathological assessments combined with genomic and RNA technology to improve our mechanistic and pathobiological understanding of the pulmonary vascular disease process.

2015-2018   Goals and Practices for Next Generation Prenatal Testing
NIH- NHGRI 1R01 HG008805-01A1
Co-I (PI: Johnston - $264,157; subcontract to Columbia - $23,540)
The goal is to learn how to implement prenatal genetic testing using DNA sequencing.

2015-2019   Genomic analysis of congenital diaphragmatic hernia
NIH –NHLBI 1X01 HL132366-01
                        HL136998-01
                        HL140543
Co-PI (Co-PI: Shen -in kind sequencing, no funds)
The goal is to elucidate the underlying genomic architecture of CDH by performing
whole genome sequencing on parent child trios and RNA sequencing of diaphragm
tissue in a clinically well characterized cohort to identify *de novo* mutations and
inherited rare variants.

2015-2020   Columbia GENIE (GENomic Integration with EHR)
NIH - NHGRI 1U01HG008680-01
Co-I (PI: Weng, Hripcsak, Gharavi - $540,000)
This project uses genomic knowledge for disease prevention and health improvement.

2016-2017   Strengthening Public Health Infrastructure for Improved Health Outcomes
Columbia/Cornell/Harlem Hospital Precision Medicine Initiative HPO
1UG3OD023183-01
Co-I (PIs: Goldstein, Rubin, Hripcsak, Gharavi, Kaushal, Ross - $3,716,357)
The goal of this project is to build a research cohort to enroll 10,000 subjects in the
national PMI biobank.

2016-2019   NRSA Training Grant
NIH 1TL1TR001875-01
PI ($530,464)
Goal: to provide training stipends to research fellows in precision medicine with a goal
to recruit, train, support and nurture the next generation of clinical and translational
investigators in multi- and interdisciplinary team science environments.

2016-2019   The Virome of Manhattan: A Testbed for Radically Advancing Understanding and
Forecast of Viral Respiratory Infections (DARPA)
BAA-US Army
Co-I (PI: Shaman - $11,998,963)
The goal is to develop a method for viral surveillance for respiratory infections.

2016-2021   Molecular Genetic Analysis of Human Obesity
NCE         NIH/NIDDK R01 DK52431-23
MPI (Leibel and Chung - $302,145)
The major goal of this project is to identify the genes that mediate susceptibility to
obesity in humans.

2016-2021   Molecular approaches to gene identification in congenital heart disease
NIH – NHLBI U01 HL098163-01
PI ($85,000)
The goal of the project is to identify the genes that mediate susceptibility to congenital
heart disease in humans.

2016-2021   Clinical and Translational Science Award U54

NCATS/NIH U54 TR00187 3-01
Co-I (PI: Ginsberg/Reilly - $8,261,483)
The goal of the Irving Institute CTSA is to transform the culture of biomedical research enabling CUMC investigators to develop new treatments faster and deliver those treatments to patients more efficiently, and safely than ever before; to utilize medical research advances to benefit patients and the community, converting knowledge into practice; and to recruit, train, support and nurture the next generation of clinical and translational investigators in multi- and interdisciplinary team science environments.

2017-2018   The Impact of Genetic Testing for Cardiomyopathies in Children and Their Families
Children's Cardiomyopathy Foundation
PI ($7,250)
The goal of this study is to understand the families' perspectives in genetic testing for children with a personal or family history of cardiomyopathy.

2017-2018   PTEN-CFTR interactions regulate pulmonary inflammation in Cystic Fibrosis – a Potential Target for Therapy
Irving Institute/Integrating Special Populations (ISP) Pilot Award
Co-I (PI: Prince - $40,000)
The goal is to understand the role of PTEN in disease pathogenesis of cystic fibrosis.

2017-2020   Decision Support for BRCA Testing in Ethnically Diverse Women
ACS RSG-17-103-01-CPPB
Co-I (PI: Kukafka - $280,736)
The objective of this proposal is to expand genetic testing for HBOC to a broader population of high-risk women by prompting appropriate referrals from the primary care setting with the use of an electronic health record-embedded breast cancer risk navigation (BNAV) tool.

2018-2021   Health Care Provider Responses to Receiving Unsolicited Genomic Results (HCP) proposal
NIH 1 R01 HG010004-01A1
Co-I (PI: Holms - $23,482)
The goal of this study is to understand the perspective of health care providers when results of a genetic research study are returned to their patients.

2018-2023   Clinical Characterization of PPP2R5D Mutations
UNIVERSITY OF CALIFORNIA, DAVIS/UCAL CU17-2559
PI ($77,589)
The research and the development and dissemination of information is related to the mutation in gene PPP2R5D.

2018-2023   Psychosocial Impact of Genetics in Epilepsy
5R01NS104076-03
Co-I (PI: Ottman - $499,819)
Goal: This study focuses on understanding the psychosocial impacts of genetic causal attribution in the epilepsies.

2018-2023   Deep Phenotyping in Electronic Health Records for Genomic Medicine
NCE          NLM/NHGRI 1R01LM012895-01
Co-I (PI: Weng/Wang)

The goal of this project is to develop data science and informatics methods to accelerate deep phenotyping using the unstructured data in electronic health records for genomic diagnostic decision support and genomic knowledge discovery.

2019-2021  Integrate Gene Expression Data to Characterize the Contribution of Rare Genetic Risk Factors to Structural Birth Defects
NIH R03HL147197
Co-I (PI: Shen - $100,000)
Goals: This project aims to discover new risk genes and elucidate the genetic architecture of structural birth defects. We propose to use cross-disease genetic analysis of both protein-coding and noncoding variants and integrate gene expression data to prioritize candidate risk genes.

2019-2022  Newborn screening for Duchenne Muscular Dystrophy
Parent Project Muscular Dystrophy
Co-I (PI: Caganna - $200,000)
Goal is to pilot newborn screening for Duchenne Muscular Dystrophy.

2019-2022  Identification of genes for congenital heart disease in a consanguineous community
Saving Tiny Hearts Society
PI ($75,000)
Congenital heart disease gene identification in Palestinian families.

2020-2021  A novel biomarker to improve risk-prediction in familial breast cancer patients
DOH01-C34925GG-3450000
Co-I (PI: Dalerba - $359,899)
The goal of this study is to elucidate the clinical utility of this novel biomarker in familial breast cancer patients (n=737) from the New York site of the Breast Cancer Family Registry (BCFR). The study envisions three specific aims: Aim-1: to test whether, among BRCAX patients, high levels of biomarker expression associate with functional inactivation of BRCA1; Aim-2: to test whether, among BRCAX patients, high levels of biomarker expression associate with increased risk of second tumors and reduced survival; Aim-3: to test whether, among BRCAX patients, high levels of biomarker expression can be used to improve the predictive accuracy of clinical algorithms used to estimate the risk of second tumors.

2020-2022  AADC patient identification
PTC Therapeutics GT, Inc.
PI ($32,213)
Goal: This project is to use electronic health records (EHR) to identify previously undiagnosed AADC patients and recontact and test the identified suspicious AADC patients.

2020-2023  CURE Spinal Muscular Atrophy
Co-I (PI: De Vivo)
To confirm the SMN1 and SMN2 genotypes on all individuals in the biorepository either through review of medical records or by directly assessing genotype.

2021-2022  Muscular Dystrophies Diagnostic Decision Support Using EHR
Sarepta Therapeutics, 2020-RMS-GRT-1303
Co-I (PI: Weng $29,530)

Goal: This project aims to increase healthcare provider awareness and decrease the time to diagnosis of muscular dystrophies by using a systematic process to develop, validate, and deploy augmented intelligence tools identifying potential MD patients from electronic health records (EHR) and provide clinical decision support (CDS) to physicians in the form of educational materials, evidence-based guidelines for screening recommendations for specialist referral.

2021-2023    A Multi-site Observational Study of Post-Acute Sequelae of SARS-CoV-2 Infection in Pediatric Populations
NIH/NHLBI OT2HL161847
Co-I (MPI: Stockewell, Berman-Rosenzweig, Millner)
The goal is to characterize the long term clinical symptoms of SARS-CoV-2 infection in children.

2021-2023    Clinical and Translational Science Award
NCATS/NIH 2UL1TR001873-07
Co-I ($8,261,483)
The goal of the Irving Institute CTSA is to transform the culture of biomedical research enabling CUMC investigators to develop new treatments and deliver those treatments to patients more efficiently, effectively, and safely than ever before; to utilize medical research advances to benefit patients and the community, converting knowledge into practice; and to recruit, train, support and nurture the next generation of clinical and translational investigators in multi- and interdisciplinary team science environments.

**Current**

2010-2023    Simons Foundation Powering Autism Research for Knowledge
Simons Foundation 337701
PI ($165,764 Chung study site) ($6,700,000/year across all centers)
The goal of this project is to characterize patients with genetic causes of autism and neurodevelopmental disorders.

2016-2023    The Molecular Genetic Analysis of human obesity
NCE          NIH/NIDDK / 5R01DK052431-25 – NCE
PI ($295,225)
The goal of this project is to identify the genes that mediate susceptibility to obesity in humans.

2016-2026    New York Obesity Research Center
NIH – NIDDK P30 DK026687
Co-I (PI: Leibel - $749,848)   ($143,626  Molecular Biology Core)
This core provides assistance to qualified investigators in the application of molecular biology & molecular genetic techniques to studies of energy metabolism in animals and man. Responsible for the supervising genotyping and sequencing within the molecular genetics core and providing consultation to investigators in study design and consultation and instruction to users.

2016-2027    Developmental Mechanisms of Trachea-Esophageal Birth Defects
NIH/NICHD 5P01P01HD093363-01  (Zorn)

PI ($110,656 annual)
The goal is to coordinate activities of the CARE study including recruitment and clinical characterization of esophageal atresia/tracheoesophageal fistula in patient in the CARE network and analyze and interpret genomic data.

2017-2023
NCE

Gene Mutation and Rescue in Human Diaphragmatic Hernia
NICHD 1P01HD068250-06A1 (Donahue)
PI ($150,000 annual)
Goal: Genomic and gene expression analyses to discover human CDH genes and pathways.

2018-2023
NCE

Prenatal Genetic Diagnosis by Genomic Sequencing
NIH/NICHHD/ELSI R01 HD055651
Co-I (PI: Wapner, Chung - $1,572,369)
Goal:  to continue investigations of the use of molecular cytogenetic testing by array copy number analysis in prenatal diagnostic testing.

2018-2023
NCE

Center for Research on the Ethical, Legal and Social Implications of Psychiatric, Neurologic and Behavioral Genetics
NHGRI 2RM1HG007257
Co-I (PI: Appelbaum - $704,918)
The goal is to support a center to promote research and training on ELSI issues in psychiatric, neurologic and behavioral genetics.

2018-2023
NCE

Development of Recommendations and Policies for Genetic Variant Reclassification
NIH 1 R01 HG010365
PI ($545,145)
The goal is to identify the relevant ethical principles and their potential impact on the formulation of an approach to variant reinterpretation, and countervailing considerations that may shape the nature of an ethical duty.

2018-2026

Center for Identification and Study of Individuals with Atypical Diabetes Mellitus
NIH/NIDDK U54DK118612
Site Co-I (PI: Phillipson - $75,587)
The goal is to identify genetic causes of atypical diabetes and characterize the clinical phenotypes.

2018-2023

Screening for Cardiac Amyloidosis with Nuclear Imaging in Minority Populations
NIH/NHLBI R01 HL139671 SCAN-MP
Co-I (PI: Maurer - $1, 181,768)
The goal is to identify the frequency of TTR mutations in African Americans and to determine the penetrance of amyloidosis in TTR mutation carriers.

2019-2024

ELSI.hub: National Center for ELSI Resources and Analysis
NIH/NHGRI 1U24HG010733
Co-I (PI: Cho/Lee - $947,376)
Major goals: To support a center that will serve as a locus for resource sharing and community building to enhance the production, sharing, and use of research on the ethical, legal, and social implications of genetics and genomics (ELSI research), using the "knowledge to action" conceptual framework which highlights facilitators of and barriers to knowledge sharing and use.

2019-2024

EHR-based Genomic Risk Assessment and Management for Diverse Populations

NIH 2U01HG008680
MPI (PI: Weng, Hripcsak, Kiryluk, Chung-$945,000)
The goal is to develop and clinically implement genomic integrated risk scores for 10 common conditions in adults in 4 common conditions in children and assess how participants and providers utilize this information.

2020-2023   Treatments for neurogenetic disorders
Ovid Therapeutics
PI ($925,926)
The goal is to establish a supported collaboration program for the development of treatments for patients with neurogenetic disorders.

2020-2024   COVID Recovery Corps
Chan Zuckerberg Initiative Foundation CZIF2020-004123
PI ($1,300,462)
Goal: To support COVID Recovery Corps research: a research study and registry to engage COVID-19 survivors directly in research through structured surveys, widespread antibody testing, return of individual results, and ongoing educational outreach and feedback.

2020-2024   Role of the Kinesin KIF1A in Neurological Disease (MPI: Vallee, Chung)
NIH/NINDS 1R01NS114636
PI responsible for all human studies (MPI: Vallee, Chung)
Goal is to understand KIF1A neurodevelopmental disorders and test novel therapeutic strategies.

2020-2024   Impact of receiving Alzheimer's Disease Genetic Risk information among Latinos in northern Manhattan
NIH/NIA R01 AG062528
Co-I (PI: Ottman, Chung - $1,591,612)
Goal: To assess the psychosocial, behavioral, and cognitive impact of receiving personal risk information about Alzheimer's disease based on APOE genotypes among Latinos residing in northern Manhattan.

2020-2024   Disability, Diversity and Trust in Precision Medicine Research: Stakeholders' Engagement
NIH/ NHGRI R01HG010868-04
Co-I ($3,190,962)
Goal: To study trust in and trustworthiness of precision medicine research among disability and scientific communities.

2020-2025   Identifying and applying genetic variation relevant to clinical outcomes for individuals with congenital heart disease
NHLBI U01HL131003
PI (MPI: CU: Chung, Shen /MSSM: Gelb - $100,000)
The goal of this study is to determine the genetic contributions to clinical outcomes in individuals with CHD and to begin to use this information in clinical care.

2020-2025   Identifying and applying genetic variation relevant to clinical outcomes for individuals with congenital heart disease
1U01 HL153009
MPI  (MPI: CU: Chung, Shen /MSSM: Gelb - $275,000)

The goal of this study is to determine the genetic contributions to clinical outcomes in individuals with CHD and to begin to use this information in clinical care and to design better clinical trials of treatments for CHD.

2020-2025    Cancer Center Support Grant
NIH/NCI P30 CA013696
Associate Director for Education and Training (PI: Rustgi)
Goal: To support the NIH-designated Herbert Irving Comprehensive Cancer Center (HICCC).

2021-2024    Simons Variation in Individuals Project (Simons VIP)
Simons Searchlight-225718
PI ($397,634)
Goal: The 16p11.2 deletion is the most common genetic disorder associated with autistic spectrum disorder (ASD).

2021-2024    ClinGen Expert Curation Panel for Severe Structural Anomalies and Stillbirth
NIH U24HD104588
Co-I (PI: Wapner - $1,068,752)
Birth defects are a leading cause of perinatal, infant, and childhood morbidity and mortality. Recent advances in ultrasound imaging now identify these anomalies in utero and increasingly more sophisticated genomic testing such as sequencing allows for increased understanding of the underlying etiology and improved options for care.

2021-2026    Molecular approaches to gene identification in congenital heart disease
NIH U01HL131003
Co-I ($70,000 annual)
The goal of this study is to determine the genetic contributions to CHD.

2022-2026    Prenatal air pollution and neurodevelopment: a longitudinal neuroimaging study of mechanisms and early risk for ADHD in Puerto Rican children
NIH/NIEHS 1R01 ES032870-01A1
Co-I ($3,940,710)
This study seeks to understand the relationship between prenatal maternal air pollution exposure and offspring risk for ADHD and alterations in neurodevelopment in an intergenerational cohort of Puerto Ricans and examine two potential -modifiable-mechanisms: prenatal maternal inflammation and offspring sleep problems.

2022-2027    Rescue: Rare Disease Detection and Escalation Support via a Learning Health System
1R01HG012655-01
Co-I
In this study, we will build a SMART-on-FHIR based Rare Disease Detection and Escalation Support (RESCUE) CDSS. It will use a centralized informatics approach to identify suspected rare disease patients from clinical data warehouse (CDW) and send alerts to physicians with escalation support including phenotype summarization, genetic/genomic test requisition and research opportunity discovery.

2022-2027    Prospective Genetic Risk Evaluation and Assessment (PROGRESS) in Autism
NIH /NICHD P50HD109879
MPI Chung and Venstra-Vanderweele  ($11,734,750)
Goal: The goal of the autism center grant is to identify and study a diverse, population-based cohort of infants with monogenic risk for autism to evaluate the impact of early

life identification of genomic risk variants on parent experience, neurodevelopmental trajectories, and prediction of autism diagnosis.

2023-2028    Breast Cancer Family Registry
             NCI 2U01 CA164920-11
             Co-I ($11,191,964)
             Goal: The Breast Cancer Family Registry (BCFR) Cohort is an international cohort in the U.S., Canada and Australia comprised of multi-generational families (33,037 women and 6,992 men from 15,056 families) that started in 1995. We will strengthen and continue to provide to the research community an important and unique long-term family cohort with extensive epidemiologic and molecular data to address cutting-edge and clinically important research questions on breast cancer susceptibility, outcomes, survival and survivorship with the overall goal of advancing knowledge of the biology of breast cancer development and progression so as to reduce the cancer burden and cancer disparities.

2023-2028    Fair Phenotype Annotation and Genomic Reinterpretation
             NHGRI R01 HG013031
             MPI (PI: Weng. Chung. Wang - $886,418)
             Our overarching goal is to design a scalable and sustainable informatics framework to support continuous genomic reanalysis for symptomatic patients with non-diagnostic exome or genome sequencing in diverse populations.

2022-2023    Integrate cancer genomics data in genetic studies and diagnosis of developmental disorders
             NIH-NHLBI  R03 HL161595
             Co-I (PI: Shen - $159,615)
             This study aims to improve genetic discovery and diagnosis of developmental disorders by integrating cancer mutations and functional genomics data. The integration is based on deep genetic connections between cancer and developmental disorders, and the large amount of cancer somatic mutations data that is still being accumulated ever more rapidly by international cancer precision medicine effort.

**Projects Submitted for Funding**

-

**Training Grants and Mentored Trainee Grants**

1978-2028    Postdoctoral Training in Arteriosclerosis Research
             NHLBI 2T32HL007343-46
             Faculty mentor
             Provide training to postdoctoral fellows in arteriosclerosis research.

1980-2025    Translational Research Training in Child Psychiatry
             NIMH 5T32MH016434-43
             Faculty mentor
             The mission of our training program is to train investigators in the methods and techniques of contemporary, multidisciplinary research that will improve knowledge of the causal pathways that produce psychiatric disorders in children, and how to use

that knowledge to develop and deliver interventions that more effectively prevent, manage, or cure those disorders, and thereby improve the mental and emotional well-being of children and their families.

1981-2026    Short Term Training Grant
NHLBI 5T35HL007616-42
Faculty mentor
Provides training to medical students over the summer for research experiences.

1989-2027    Obesity Research Center Training Grant
2T32DK007559-32
Faculty mentor
This T32 post-doctoral training program, now in its 26th year, provides 2-3 years of fellowship designed to prepare physicians and PhDs for investigative careers in the area of obesity.

1990-2025    Graduate Training in Nutrition
NIDDK 5T32DK007647-33
Faculty mentor
Provide training to graduate students in nutrition

1992-2027    Training in Biomedical Informatics at Columbia University
NLM 2T15LM007079-31
Faculty mentor
Columbia University's biomedical informatics training program seeks to advance the discipline of biomedical informatics by providing a broad and rigorous formal course exposure paired with intense research training in a strong health-focused environment.

1996-2026    Postdoctoral Training in Cardiovascular Disease
NHLBI 5T32HL007854-27
Faculty mentor
This application requests funding for the second competitive renewal of a postdoctoral training program in cardiovascular diseases. Initially the training program was designed for surgical residents, to prepare for an investigative career in cardiovascular sciences.

2004-2025    Training Grant in Pediatric Endocrinology, Diabetes and Metabolism
NIDDK 5T32DK065522-18
Faculty mentor
This program provides training to fellows in Pediatric Endocrinology, Diabetes and Metabolism at Columbia University, College of Physicians & Surgeons.

2009-2024    BEST-DP: Biostatistics & Epidemiology Summer Training Diversity Program
NHLBI 5R25HL096260-15
Faculty mentor
The BEST (Biostatistics and Epidemiology Summer Training) Diversity Program provides research opportunities in the quantitative health sciences of biostatistics and epidemiology, as applied to heart, lung, blood, and sleep (HLBS) research. Our target audience comprises undergraduates who are under-represented in biomedical research (those from disadvantaged backgrounds, racial and ethnic minorities, and individuals with disabilities), and who will contribute to a more diverse research workforce in the future.

2009-2024    Multidisciplinary Training in Translational Gastrointestinal and Liver Research
NIDDK 5T32DK083256-14
Faculty mentor
The program's mission is to train MD and MD/PhD trainees to become independent
basic, clinical and translational researchers in gastroenterology and hepatology.

2012-2027    Training Medical Students in NIDDK Research
NIDDK  5T35DK093430-12
Faculty mentor
Training medical students to do biomedical research.

2013-2028    Brief Research In Aging and Interdisciplinary Neurosciences (BRAIN)
NIA 2T35AG044303-11
Faculty mentor
The Department of Neurology at Columbia University Medical Center serves as a rich
site for multidisciplinary neurological research, with particular focus on disorders
associated with the aging nervous system. In this proposal, the Brief Research in
Aging and Interdisciplinary Neurosciences (BRAIN) program, we have developed a
comprehensive approach to develop a formal research program for predoctoral
students early in developing careers in biomedical, behavioral and clinical research.

2014-2023    TRAINING IN CARDIOVASCULAR TRANSLATIONAL RESEARCH
NHLBI 5T32HL120826-10
Faculty mentor
This application requests funding for a pre-doctoral (4 slots) and post-doctoral (4 slots)
training grant entitled, 'Training in Cardiovascular Translational Research'. This
training grant application is uniquely designed to train future CV scientists who will
have expertise in bringing basic discoveries from the laboratory into clinical practice
through development of novel therapeutics.

2016-2026    Clinical and Translational Science Award (NRSA Training Core)
NCATS 5TL1TR001875-07
Faculty mentor
Our goal is to establish the TRANSFORM TL1 Precision Medicine (PM) Program to
provide training and mentoring in the methods and applications of PM to pre-docs,
post-docs, junior faculty, and a wide range of research personnel.

2016-2026    Molecular Oncology Training Program
NCI 5T32CA203703-07
Faculty mentor
This is a new proposal to establish a training program at Columbia University focused
on training physicians in research techniques that will form the basis of careers in
translational investigation of cancer biology, diagnosis and treatment.

2021-2026    Hormones: Molecular Mechanism of Action and Functions
NIDDK 5T32DK007328-42
Faculty mentor
Provide training to postdoctoral fellows in endocrinology about hormone function.

2021-2026    Genetic Approaches to Development and Disease
5T32GM141882-02
Faculty mentor

26

This proposal describes a new PhD training program, Genetic Approaches to Development and Disease (GADD) at Columbia University Irving Medical Center (CUIMC), which trains young scientists in the use of modern genetics to address major challenges in biomedical research.

2022-2027    Training in Cellular, Molecular and Biomedical Studies (CMBS)
NIGMS 1T32GM145766-01
Faculty mentor
The Integrated Program in Cellular, Molecular and Biomedical Studies (CMBS) is an umbrella program that presents students with a unique opportunity to obtain individualized training in all aspects of biomedical sciences, including basic cell and molecular biology, microbiology, structural biology, biophysics, genetics, immunology, neurobiology, systems and computational biology, as well as translational biomedical disease-related research.

2022-2027    Training in Health Equity, Highlighting Environmental Inequities, & Growing neighborHood Teachers and Students (YES in THE HEIGHTS)
NCI 1R25CA274180-01
Faculty mentor
The mission of this program at the Herbert Irving Comprehensive Cancer Center (HICCC) is to reduce the cancer burden and cancer health inequities in the HICCC Catchment Area (CA) through training and mentoring of students and teachers to increase the diversity of future cancer researchers.

**Unfunded Current Projects**

**Report of Local Teaching and Training**

**Teaching of Students in Courses:**

| | | |
|---|---|---|
| 2002-2023 | Elective in Medical Genetics<br>4th year medical students | Columbia University<br>20 hours/year |
| 2003 | Breast Cancer<br>Graduate students | School of Public Health, Columbia University<br>2 hours/year |
| 2003-2014 | Medical Genetics in Pediatrics<br>3rd year medical students | Columbia University<br>5 hours/year |
| 2003-2015 | Ethics in Medical Genetics<br>4th year medical students | Columbia University<br>2 hours/year |
| 2004 | Genetic Approaches to Biological Problems<br>Graduate students in Genetics and Development | Columbia University<br>2 hours/year |
| 2005-2012 | Teratology, Human Development | Columbia University |

27

|  | 1st year medical students | 2 hours/year |
| --- | --- | --- |
| 2005-2015 | Oncogenetics<br>Human genetics clinical training program | Columbia University<br>2 hours/year |
| 2006-2014 | Incorporating Genetics into Advanced<br>Nursing Practice, Nursing N8290.001<br>Cardiac genetics/ Diabetes genetics<br>Nursing students offered spring and<br>summer semesters | Columbia University<br>5 hours/year |
| 2007-2009 | Ethics and Experimentation<br>Graduate students | Columbia University<br>2 hours/year |
| 2007-2009 | Ethics in Genetics Research<br>Graduate students | Columbia University<br>2 hours/year |
| 2007-2014 | Practicum in Genetics, Nursing N8165<br>Genomic medicine<br>Nursing students | Columbia University<br>20 hours/year |
| 2008-2010 | Mechanisms of Human Disease<br>Graduate students | Columbia University<br>3 hours/year |
| 2009-2012 | Molecular Nutrition<br>Master's students in Institute of Human<br>Nutrition | Columbia University<br>2 hours/year |
| 2010-2012 | Nutrition; Genetics of Diabetes lecture<br>Nutrition graduate students | Columbia University<br>2 hours/year |
| 2010-2023 | Pharmacology Journal Club<br>Pharmacology graduate students | Columbia University<br>2 hours/year |
| 2010-2023 | Pharmacogenetics<br>Pharmacology graduate students | Columbia University<br>2 hours/year |
| 2012-2015 | Ethics and genetics<br>Graduate students | Columbia University<br>1 hour/year |
| 2013-2023 | Genetics and the Law<br>Law students | Columbia University<br>2 hours/year |
| 2017-2023 | Human Genetics<br>Graduate students | NY Genome Center<br>3 hours/year |
| 2017-2023 | Human Genetics and Development<br>Graduate students | Columbia University<br>2 hours/year |
| 2017-2023 | Precision Medicine<br>Graduate students | Columbia University<br>15 hours/year |
| 2017-2023 | BIOL G4305 Seminar for the MA in<br>Biotechnology<br>Master's students | Columbia University<br>8 hours/year |

**Formal Teaching of Residents, Clinical Fellows and Research Fellows (post-docs):**

\

| 2002-2015 | Conference on pediatric genetics<br>House staff | Columbia University<br>2 lectures/year |
| 2002-2023 | Conference on cancer genetics<br>Oncology fellows | Columbia University<br>2 lectures/year |
| 2002-2023 | Conference on cardiac genetics<br>Cardiology fellows | Columbia University<br>2 lectures/year |
| 2002-2023 | Conference on neurogenetics<br>Neurology fellows' | Columbia University<br>1 lecture/year |
| 2002-2023 | Conference on psychiatric genetics<br>Psychiatry fellows | Columbia University<br>1 lectures/year |

**Clinical Supervisory and Training Responsibilities:**

| 2002- 2023 | Supervision in the genetics clinic<br>Residents and fellows | Columbia University<br>8 hours/week |

**Research Supervisory and Training Responsibilities:**

**Formally Mentored Harvard Students (Medical, Dental, Graduate, and Undergraduate):**

**Columbia University Medical student mentoring**

| 2007-2008 | Wendy Chang, Research fellow<br>2 publications resulting from research |
| 2008-2009 | Kelly Burke, Research fellow<br>2 publications resulting from research |
| 2008-2009 | Laura Brenner, Doris Duke fellow<br>2 publications resulting from research |
| 2011-2012 | Christian Rose, Doris Duke fellow |
| 2014-2015 | Alexandra Coromilas, scholarly project<br>2 publications resulting from research |
| 2015 | Emily Webster<br>1 publication resulting from research |
| 2015-2016 | Stephanie Bronfman, scholarly project |
| 2015-2016 | Heidi Lumish, scholarly project<br>3 publications resulting from research |
| 2016 | Ian Halim |

|      | 1 publication resulting from research |
| --- | --- |
| 2016 | Stefano Iantorno |
| 2016 | Vlad Velicu |
| 2016 | Akshay Save |
| 2016 | Christopher Dambrosia |
| 2016 | Anoushka Sinha<br>1 publication resulting from research |
| 2016 | Diana Stern<br>Publication resulting from research |
| 2017 | Brigitte Kazzi<br>2 publications resulting from research |
| 2017 | Talia Weitz<br>Publication resulting from research |
| 2017 | Linda Wang<br>Publication resulting from research |
| 2017 | Phillip Allen<br>Publication resulting from research |
| 2018 | Michael Artin<br>Publication resulting from research |
| 2018 | Jonah Tischler<br>Publication resulting from research |
| 2018 | Ronald Laracuente<br>Publication resulting from research |
| 2018 | Andrew Thorton |
| 2018 | Alice Mei |
| 2018 | Joseph Grimes<br>Publication resulting from research |
| 2018 | Anne Reed-Weston<br>Publication resulting from research |
| 2018 | Kirsten Craddock<br>Publication resulting from research |
| 2018 | Mary Nattakom<br>Publication resulting from research |
| 2018 | Sonya Besagar |
| 2019 | Sam Bruce |
| 2019 | Lily Lao |
| 2019 | Jonathan Tiao |
| 2020 | Ashley Kahenkashani |

| 2020 | Saundra Albers |
| 2020 | Juliana Nitis |
| 2020 | Sarah Wyckoff |
| 2020 | Catherine Jennings<br>Publication resulting from research |
| 2020 | Ayla Safran |
| 2020 | Abigayle Dolmseth |
| 2021 | Kimberly Peloza |
| 2021 | Bethany Onyirimba |
| 2021 | Rebecca Weitz |
| 2021 | Allison Rosenbaum<br>2 publications resulting from research |
| 2021 | Amy Lipman<br>Publication resulting from research |
| 2021 | Alice Tao<br>Publication resulting from research |
| 2021-2022 | Catherine Kernie, scholarly project<br>Publication resulting from research |
| 2022 | Alina Andrews |
| 2022 | Joseph Ryu |

**Columbia University Dental student mentoring**

| 2016 | Maria Fontana<br>Publication resulting from research |
| 2016 | Tomer Madar |
| 2016 | David Holland<br>Publication resulting from research |
| 2017 | Anna Szentirmai |
| 2018 | Deanna Noble<br>Publication resulting from research |
| 2018 | Josue Diaz-Melendez |
| 2019 | Nikita Chintalapudi |
| 2019 | Emily Horowitz |
| 2019 | Jennifer Shahar |
| 2019 | Parker Green |
| 2019 | Bobby Lin<br>Publication resulting from research |

| 2019 | Ashley Kahen |
|---|---|
| | Publication resulting from research |
| 2020 | Dana Dobrowski |
| 2020 | Madison Garrity |
| 2020 | Leelah Weitz |
| 2021 | Goldi Weiser |
| 2022 | Julian Mis |
| 2022 | Shukran Babkir |
| 2022 | Neil Ming |
| | Publication resulting from research |

**Columbia University Graduate student mentoring**

| 2002-2005 | Marija Dokmanovich, Institute of Human Nutrition doctoral thesis committee Publication resulting from research |
|---|---|
| 2000-2005 | Loan Phan, Institute of Human Nutrition doctoral thesis committee Publication resulting from research |
| 2003-2004 | Rachel Dominguez, Sarah Lawrence College, genetic counseling master's student thesis advisor |
| 2003-2005 | Sara Bretschger, Institute of Human Nutrition doctoral thesis committee Publication resulting from research |
| 2006 | Elaine Budreck, MD PhD student: Clinical Contact During the Lab Years |
| 2006-2007 | Mariko Welch, Institute of Human Nutrition, graduate student thesis advisor Publication resulting from research |
| 2006-2007 | Ashley Wilson, Sarah Lawrence College, genetic counseling master's student thesis advisor Publication resulting from research |
| 2007 | Jeffrey Douglass, nursing master's student, Clinical Genetics mentor |
| 2007 | Anne O'Donnell, MD PhD student: Clinical Contact During the Lab Years mentor. Continued mentorship and now a medical geneticist and researcher. |
| 2007-2008 | David Malito, TRANSFORM mentor Publication resulting from research |
| 2010-2012 | Kelly Ruggles, TRANSFORM mentor, Institute of Human Nutrition, doctoral thesis committee |
| 2010-2012 | Pelisa Charles-Horvath, Department of Pharmacology, doctoral thesis committee |
| 2010-2015 | Richard Gill, School of Public Health, thesis advisor Publication resulting from research |
| 2012 | Jacqueline McCray, Master's student Biotechnology, Department of Biological Sciences, thesis advisor. |

| 2012-2014 | Justin Lee, Integrated Program, Qualifying exam committee chair. |
|-----------|------------------------------------------------------------------|
| 2013 | Ettie Lipner, Genetic Epidemiology, Thesis committee. |
| 2014 | Sindhuri Prakash, MD PhD student, Integrated program, TRANSFORM mentor |
| 2014-2017 | Michael Bohnen, MD PhD student, Integrated program, thesis committee. Publication resulting from research |
| 2015-2020 | Alexander Hsieh, Systems Biology, graduate student Publication resulting from research |
| 2016-2021 | Bryan J. Gonzalez, graduate student, Institute of Human Nutrition thesis committee |
| 2016-2021 | Lia Boyle, Integrated Program, thesis advisor Publication resulting from research |
| 2018- | Bulat Ziganshin, Genetics and Development, thesis advisor |
| 2020 | George Timmins, masters student, School of Public Health Publication resulting from research |
| 2020 | Siying Chen, graduate student, Systems Biology, thesis committee |
| 2021 | Archana Kumar, masters of biotechnology, thesis advisor |
| 2021-2022 | Jessica de Voest, George Washington University, PhD thesis committee Publication resulting from research |
| 2021- | Yige Zhao, Systems Biology, thesis committee Publication resulting from research |
| 2022 | Marek Svoboda, MD PhD program, Dartmouth, thesis committee |
| 2022- | Guojie Zhong, Systems Biology, thesis committee Publication resulting from research |

**Other Mentored Trainees and Faculty:**

**Fellow mentoring**

| 2005-2008 | Sheila Carroll, MD / Associate Professor, Cornell University Career stage: Cardiology fellow. Mentoring role: Fellowship advisor. Accomplishments: 1 publication. |
|-----------|------------------------------------------------------------------|
| 2007-2008 | Amy Jean, MD / Assistant Professor of Pediatrics, University of Pittsburgh School of Medicine Career stage: Endocrine fellow. Mentoring role: Fellowship advisor. Accomplishments: 1 publication, 1 first author. |
| 2007-2013 | Teresa Lee, MD   / Assistant Professor, Columbia University Career stage: Genetics and cardiology fellow. Mentoring role: Fellowship mentor. Accomplishments: 15 publications, 5 first author. |
| 2008-2009 | Rushika Conroy, MD / Associate Professor, University of Massachusetts Career stage: Endocrine fellow. Mentoring role: Fellowship advisor. Accomplishments: 1 publication. |

2008-2013   Aimee Lucas, MD / Associate Professor Mount Sinai
Career stage: GI fellow. Mentoring role: Fellowship advisor. Accomplishments: 3
publications, 3 first author.

2009-2011   Rachelle Gandica, MD / Assistant Professor, Columbia University
Career stage: Endocrine fellow. Mentoring role: Fellowship advisor.
Accomplishments: 1 publication, 1 first author

2011-2013   Casey Overby, PhD / Assistant Professor of Medicine and Biomedical Engineering,
Johns Hopkins University
Career stage: Post-doctoral fellow. Mentoring role: Mentor.
Accomplishments: 2 publications, 1 first author.

2012-2013   Lea Tuzovic, MD / Obstetrician-Gynecologist, New Haven, CT
Career stage: Clinical genetics fellow. Mentoring role: Fellowship advisor.
Accomplishments: 2 publications, 2 first author.

2012-2014   Katrina Celis, MD / Associate Scientist, University of Miami
Career stage: Human genetics fellow. Mentoring role: Mentor.
Accomplishments: 3 publications, 1 first author.

2013-2014   Joanne Chiu, MD / Instructor, Harvard Medical School
Career stage: Pediatric cardiology fellow. Mentoring role: Fellowship advisor.
Accomplishments: 1 publication, first author.

2013-2016   Emily Breidbart, MD / Assistant Professor, NYU
Career stage: Endocrinology fellow. Mentoring role: Fellowship advisor.
Accomplishments: 1 publication, first author.

2014-2016   Preti Jain, PhD / Researcher, Hudson Alpha Institute for Biotechnology, Huntsville,
AL
Career stage: Molecular genetics fellow. Mentoring role: Fellowship advisor.
Accomplishments: 2 publications.

2014-2016   Joseph Picoraro, MD / Assistant Professor, Columbia University
Career stage: Pediatric gastroenterology fellow. Mentoring role: Fellowship research
mentor.                    Accomplishments: 4 publications, 1 first author.

2014-2016   Matthew Lewis, MD/ Assistant Professor, Columbia University
Career stage: Cardiology fellow. Mentoring role: Research mentor.
Accomplishments: 3 publications, 1 first author.

2017-2019   Abigail Carey, MD / Instructor, Yale University
Career stage: Pediatric intensive care fellow. Mentoring role: Fellowship research
mentor.                    Accomplishments: 1 publication, first author.

2017-2020   Shannon Nees, MD / Assistant Professor, Nemours Children's Health
Career stage: Cardiology fellow. Mentoring role: Fellowship research mentor.
Accomplishments: 4 publications.

2018-2019   Stephanie Kochav, MD, MHS / Cardiologist, Valley Health System
Career stage: Cardiology fellow. Mentoring role: Fellowship research advisor.
Accomplishments: 2 publications.

**Faculty mentoring**

2007-2010    Vaidehi Jobanputra, PhD / Professor of Pathology and Cell Biology Columbia University

Career stage: assistant professor. Mentoring role: Mentor K award. Accomplishments: 8 publications.

2009-2011    Kathleen Hickey, PhD / deceased

Career stage: assistant professor. Mentoring role Robert Wood Johnson Fellowship mentor

Accomplishments: 1 publication

2010-2012    Susan Carnell, **PhD. Associated Professor, Johns Hopkins University**

Career stage: postdoctoral fellow. Mentoring role: K award mentor

Accomplishments: 1 presentation

2010-2013    Jonathan Lu, MD PhD Translational Medicine and Early Clinical Development Head, Saliogen Therapeutics

Career stage: assistant professor. Mentoring role: K award mentor

Accomplishments: 1 presentation

2010-2013    Mat Maurer, MD Professor, Columbia University

Career stage: associate professor. Mentoring role: K award mentor

Accomplishments: 5 publications

2010-2013    Douglass Sproule, **MD MSc, Chief Medical Officer ML Bio Solutions**

**Career stage: assistant professor, Mentoring role:** K23 **award mentor**

**Accomplishments: 9 publications**

2010-2013    Amanda Pong, MD Neurologist, Adventist HealthCare

Career stage: assistant professor. Mentoring role: K23 award mentor

Accomplishments: 2 publications

2010-2013    Roy Alcalay, MD Associate Professor, Tel Aviv Soursky Medical Center

Career stage: assistant professor. Mentoring role: Brookdale Leadership in Aging Fellowship, K award mentor

Accomplishments: 14 publications

2013-    Teresa Lee, MD Assistant Professor, Columbia University

Career stage: assistant professor. Mentoring role: K award mentor

Accomplishments: 16 publications

2013-2023   Sharon Jones-Eversley, PhD Associate Professor, Towson University

Career stage: assistant professor. Mentoring role: NIH PRIDE and Diversity Supplement

Accomplishments: 1 grant submission

2015-   Sylvie Goldman, PhD **assistant professor Columbia University**

Career stage: Assistant Professor. Mentoring role: Simons Searchlight research mentor

Accomplishments: 2 publications

2018-   Jennifer Bain, MD PhD assistant professor, Columbia University

Career stage: Assistant Professor. Mentoring role: Simons Searchlight research mentor

Accomplishments: 5 publications

**Formal Teaching of Peers (e.g., CME and other continuing education courses):**

*No presentations below were sponsored by 3rd parties/outside entities*

| 2002 | Molecular Genetics for the Practicing Clinician (CME) | Single presentation Columbia University |
|------|------|------|
| 2002-2023 | Pediatrics | 2 lectures / year Columbia University |
| 2002-2023 | Medicine | 3 lectures / year Columbia University |
| 2002-2023 | Genetics | 5 lectures / year Columbia University |
| 2002-2023 | Cardiology | 1 lecture / year Columbia University |
| 2002-2023 | Oncology | 1 lecture / year Columbia University |
| 2002-2023 | Gastroenterology | 1 lecture / year Columbia University |
| 2002-2023 | Surgery | 1 lecture / year Columbia University |
| 2004 | How to Integrate Advances in Genetics into your Clinical Practice (CME) | Single presentation Columbia University |
| 2004, 2007 | Neonatology: Recent Advances in Neonatal Intensive Care Unit | 6 lectures |

|  |  | American Austrian Foundation |
|---|---|---|
| 2004, 2007 | Genetics | 6 lectures<br>American Austrian Foundation |
| 2008 | Fetal Diagnosis and Treatment, 6th Annual Sloane Conference (CME) | Single presentation Columbia University |
| 2012-2023 | PRIDE: Genetic Epidemiology Faculty students | Single presentation Columbia University |

**Local Invited Presentations:**

*No presentations below were sponsored by 3rd parties/outside entities*

| 2009 | Monogenic forms of diabetes / New York Obesity Research Center. New York, NY |
|---|---|
| 2013 | Advances in genetics of breast cancer. Columbia University |
| 2014 | Advances in Neurogenetics / Grand Rounds CUMC Neurology, Columbia University |
| 2014 | Developments in Genetics and Genomics in Neurology / Genetic Testing in Neurological Disorders 2014: Developments and Dilemmas, Center for Excellence in ELSI Research, Annual Meeting, Columbia University New York, NY |
| 2014 | Utilizing Genomic Sequencing in Rare Diseases to Guide Clinical Care and Develop New Therapies. The Dean's Distinguished Lecture in the Clinical Sciences. Columbia University |
| 2014 | Lessons Learned from Monogenic Forms of Diabetes. Frontiers in Diabetes Research: Next Wave Science in Diabetes and Obesity. Columbia University |
| 2015 | New Frontiers in Pulmonary Hypertension and ECMO: Personalized medicine in PH: How genetics may change the field. Columbia University |
| 2016 | Prenatal Testing and PNB Traits today. Which Variants Associated with PNB Traits are being Detected Prenatally and Returned to Prospective Parents, and what is on the Horizon? Detecting Variants Associated with PNB Traits at a Moment When Prenatal Testing and Newborn Screening May Be Converging. Columbia Medical Center |
| 2016 | Genetics, Biomarkers, and Connective Tissue Disorders. Aortovascular Summit 2016: A Multidisciplinary Team Approach. Columbia University |
| 2016 | Precision Medicine for Cystic Fibrosis. The 38th Stephanie Lynn Kossoff Memorial Lecture. Columbia University |
| 2017 | Genetic "Dark Matter" of Human Energy Homeostasis: Gene Finding and Gene Vetting. Frontiers in Diabetes Research: Advances and Challenges in the Neuroscience of Ingestive Behaviors. Columbia University College of Physicians and Surgeons |
| 2020 | Pediatric genomic medicine. Genomic medicine series. Columbia University |

| 2020 | Cell and Gene Therapy: The Next Generation of Personalized Medicine. Columbia Business School 16th Annual Healthcare Conference |
| 2020 | The Future of Genetics is Now. Integrating Genetics into Medical Practice, Columbia University |
| 2020 | Frontiers in Diabetes Research Obesity, Diabetes and COVID-19: Elucidating Bidirectional Links. Columbia University |
| 2021 | Common Genetic Disorders Encountered in Internal Medicine. Practical Course. Columbia University |
| 2022 | The Future of ELSI: Genetics Interventions for Neurodevelopmental Disorders. Columbia University Irving Medical Center |
| 2022 | What zebras can teach us about horses: studies of rare genetic diseases / Tissue Talks. Columbia University. Online. |

## Report of Regional, National and International Invited Teaching and Presentations

*Those presentations below sponsored by outside entities are so noted and the sponsor(s) is (are) identified.*

### Regional

| 2002 | Nature or Nurture: The Role of Genes in Determining Adiposity / Invited presentation Naomi Berrie Fourth Annual Frontiers in Diabetes Research, New York, NY |
| 2003 | Addressing the Issues–How to Integrate Clinical Genetics into your Pediatric Practice / Invited presentation New York City Society of Nurse Practitioners, New York, NY |
| 2003 | Genes, Genetics, and the Human Genome Project Abyssinian / Seminar Baptist Church, New York, NY |
| 2003 | The Genetics of Breast Cancer / Seminar Weill Medical College of Cornell University, New York, NY |
| 2003 | Genetics for the General Practitioner / Invited presentation CHONY Pediatrics In Review The Fifth Annual Seminar, New York, NY |
| 2004 | Genetics in your Pediatric Practice / Pediatric Grand Rounds St. Barnabas Hospital, Bronx, NY |
| 2004 | Putting it all together: Case studies, diagnostic and therapeutic challenges in genetics / Pediatric Grand Rounds Roosevelt Hospital, New York, NY |
| 2004 | Medical Genetics for the General Pediatrician / Pediatric Grand Rounds Wyckoff Heights Medical Center, Brooklyn, NY |
| 2004 | Incorporating Genetics into Clinical Practice / Invited presentation Executive Health Examination, New York, NY |
| 2004 | Management of the High-Risk Patient: The Role of Genetics / Invited presentation Breast Cancer Controversies: Emerging Data, Evolving Strategies, New York, NY |

| 2004 | DNA Testing for VHL / Invited presentation |
|------|---------------------------------------------|
| | VHL Family Alliance Membership, Annual Meeting, New York, NY |

| 2004 | Molecular Genetics: An introduction for the pediatrician / Pediatric Grand Rounds |
| | St. Barnabas Hospital, Bronx, NY |

| 2005 | Genetics of Syndromic and Monogenic Obesity / Pediatric Grand Rounds |
| | Maimonides Medical Center, New York, NY |

| 2005 | Genetics and Congenital Heart Disease / Invited presentation |
| | NYPH Adult Congenital Heart Association Seminar, New York, NY |

| 2005 | Genetics of Hereditary Breast Cancer / Invited presentation |
| | Breast Cancer in Women of Color: Dispelling Myths, Learning the Facts, New York, NY |

| 2005 | A Geneticist's Perspective on the Electronic Medical Record as a Critical Investigative Research Tool. A Roundtable Discussion on the Opportunities and Challenges at the Crossroads of Health Information Technology and Biomedical Research / Invited presentation |
| | United Hospital Fund, New York, NY |

| 2006 | How to integrate genetics into clinical practice to tailor care / Medicine Grand Rounds |
| | St. Barnabas Hospital, Bronx, NY |

| 2006 | Genetic Research / Invited presentation |
| | IRB Educational Conference: IRB Challenges and Practical Solutions, New York, NY |

| 2006 | Physicians Speak Out. Breast Cancer: Survive and Conquer / Invited presentation |
| | Susan G. Komen Breast Cancer Foundation, New York, NY |

| 2006 | How to Use Genetic Testing for Breast Cancer to Tailor Women's Breast Care. Breast Cancer: Survive and Conquer / Invited presentation |
| | Susan G. Komen Breast Cancer Foundation. New York, NY |

| 2006 | Genetic Research Involving Newborns, Children, and Adolescents. Ethics of Genetics in Research: Perils and Promises / Invited presentation. |
| | Genetics Task Force, New York, NY |

| 2006 | Genetic Basis of Inherited Arrhythmias / Invited presentation |
| | Heart to Heart Cardiac Arrhythmia Research and Education Foundation, New York, NY |

| 2006 | Genetic Basis of Cardiac Disease in Children / Pediatric Grand Rounds |
| | St. Vincent's Hospital, NY |

| 2006 | Diagnosis of Metabolic Cardiac Disease / Invited presentation |
| | Metabolic Disorders and Heart Disease, New York, NY |

| 2007 | Advances in Genetic Medicine / Medicine Grand Rounds |
| | New York Downtown Hospital, New York, NY |

| 2007 | Genomic Imbalances in Birth Defects / Pediatric Grand Rounds |
| | St. Barnabas Hospital, New York, NY |

| 2007 | Integration of Genetics into Medical Practice. Current Clinical Issues in Primary Care / Invited presentation |

Pri-Med Conference, New York, NY

| | |
|---|---|
| 2007 | Clinical Trials in Spinal Muscular Atrophy / Invited presentation<br>NYS Genetics Task Force, New York, NY |
| 2007 | Integration of Genetics into Medical Practice / Medicine Grand Rounds<br>St. John's Episcopal Hospital, Bloomfield, NJ |
| 2007 | Lessons from Monogenic Forms of Obesity / Invited presentation<br>Frontiers in Diabetes Research. Naomi Berrie Diabetes Center, New York, NY |
| 2007 | Update on Prenatal Diagnosis / Invited presentation<br>Pediatrics in Review: The Ninth Annual National Seminar, New York, NY |
| 2008 | Innovations in Genetics and Utilization in Your Practice / Pediatric Grand Rounds<br>New York University (NYU), New York, NY |
| 2008 | Genetic Evaluation of Sudden Cardiac Death / Invited presentation<br>Clinical Management of Children with Congenital Heart Disease: From Genetics to<br>Transplantation, New York, NY |
| 2008 | Genetics of Pediatric Cardiomyopathy / Pediatric Grand Rounds<br>St. Barnabas Hospital, Bronx, NY |
| 2008 | The Genetics of Syndromic Obesities / Pediatric Endocrinology Symposium<br>Pediatric Endocrine Society, Newark, NJ |
| 2008 | Genetic Syndromes Associated with Congenital Heart Disease. Clinical Management<br>of Children with Congenital Heart Disease: From Genetics to Transplantation / Invited<br>presentation<br>American Heart Association, New York, NY |
| 2008 | Genetic Syndromes Associated with Congenital Heart Disease / Invited presentation<br>Sixth Annual Sloane Conference, New York, NY |
| 2008 | Manage Your Cancer Risk: Hereditary Breast and Gynecological Cancer Syndromes /<br>Invited presentation<br>Sixth Annual Sloane Conference, New York, NY |
| 2008 | The Genetics of Basal Cell Nevus Syndrome / Invited presentation<br>Basal Cell Carcinoma Nevus Syndrome Life Support Network, New York, NY |
| 2008 | Advances in Genetic Medicine and Integration into Obstetric and Pediatric Practice /<br>Grand Rounds<br>Valley Hospital, Ridgewood, NJ |
| 2008 | Mitochondrial Inherited Diabetes and Deafness / Endocrinology Grand Rounds<br>Downstate Medical Center, Brooklyn, NY |
| 2009 | Monogenic forms of diabetes / Endocrinology Grand Rounds<br>Downstate Medical Center, Brooklyn, NY |
| 2009 | Genetics of cardiac disease: Advanced Heart Failure / Invited presentation<br>New York Academy of Sciences, New York, NY |
| 2009 | Cardiovascular genetics for hypertrophic cardiomyopathy / Invited presentation<br>Management of Advanced Heart Failure, New York, NY |
| 2009 | The high risk breast cancer patient / Invited presentation |

Breast Cancer Management 2009, New York, NY

| | |
|---|---|
| 2009 | What's new in cardiac genetics? / Invited presentation<br>New technologies and techniques in pediatric cardiology. New York, NY |
| 2010 | Monogenic forms of diabetes identify common beta cell deficiencies / Seminar<br>St. Luke's Hospital, New York, NY |
| 2010 | Role of Cardiovascular Genetic Testing for Patients and Families / Invited presentation<br>Genetics of Cardiac Arrhythmias Symposium, New York, NY |
| 2010 | Breast and Ovarian Cancer Syndrome / Invited presentation<br>Genetic and Heritable Syndromes Involving Pancreatic Cancer, New York, NY |
| 2010 | The Hype and the Hope of Personalized Medicine / Invited presentation<br>Princeton University, Princeton, NJ |
| 2010 | Genetics for the Primary Pediatric Practice / Invited presentation<br>PriMed Conference, New York, NY |
| 2010 | Ethical considerations of comprehensive genomic analysis in clinical practice and research / Invited presentation<br>Personal Genomes, Cold Spring Harbor. NY |
| 2010 | Genetics and family planning.  Recent Advances in SMA and Other Pediatric Neuromuscular Diseases / Invited presentation<br>Muscular Dystrophy Association, New York, NY |
| 2010 | Genetic Causes of Heart Failure / Invited presentation<br>Advanced Heart Failure and Cardiac Transplant, New York, NY |
| 2010 | Advances in genetics: how to incorporate them into your practice / Invited presentation<br>New Concepts in Neonatal Intensive Case: A Collaborative Conference, New York, NY |
| 2010 | Advances in Genetics for the Pediatric Practice / Pediatric Grand Rounds<br>Nyack Hospital, Nyack, NY |
| 2011 | Inherited cardiac disease: the role of genetic testing / Medicine Grand Rounds<br>Lenox Hill Hospital, New York, NY |
| 2011 | Inherited cardiac disease: the role of genetic testing / Pediatric Grand Rounds<br>Morristown Memorial Hospital, Morristown, NJ |
| 2011 | Optimizing Care: Lessons Learned / Invited presentation<br>Genetic Diseases of Children, New York, NY |
| 2011 | The ABCs of DNA and EKGs / Medicine Grand Rounds<br>Bronx-Lebanon Hospital, Bronx, NY |
| 2011 | The ABCs of DNA and Advances in Molecular Genetic Testing / Invited presentation<br>Pri-Med Conference, New York, NY |
| 2011 | New developments in genetics for the pediatrician / Pediatric Grand Rounds<br>Morristown Memorial Hospital, Morristown, NJ |

| 2011 | Insights into Diabetes Pathogenesis from Rare Monogenic Forms / Invited presentation<br>Mt. Sinai Hospital, NY |
|------|---|
| 2011 | Genetics of Cardiomyopathies / Invited presentation<br>Controversies in Pediatric Heart Diseases, New York, NY |
| 2011 | Advances in genetics for your practice / Invited presentation<br>National Association of Pediatric Nurse Practitioners (NAPNAP), New York, NY |
| 2011 | The ABCs of DNA in cardiology / Cardiology Grand Rounds<br>University of Medicine and Dentistry of New Jersey (UMDNJ), Newark, NJ |
| 2011 | Advances in genetics for your practice / Pediatric Grand Rounds<br>Bridgeport Hospital, CT |
| 2012 | How to effectively use genetics in your pediatric practice / Pediatric Grand Rounds<br>Summit Hospital, Summit, NJ |
| 2012 | Medical characteristics of patients with 16p11.2 deletions and duplications / Invited presentation<br>Simons Foundation, New York, NY |
| 2012 | Studying ASD through the context of an identified recurrent genetic event. Systems biology of autism: from basic science to therapeutic strategies / Invited presentation<br>Cold Spring Harbor Laboratories, Cold Spring Harbor, NY |
| 2012 | Advances in Genomic Testing to Diagnose Pediatric Diseases and Refine Treatment /<br>Pediatric Grand Rounds<br>Weill Cornell Medical College, New York, NY |
| 2013 | The Clinical Utility of Exome Sequencing / Invited presentation<br>New Jersey Genetics Association, Rutgers University, Newark, NJ |
| 2013 | Simons VIP: A Genetic First Approach / Invited presentation<br>SFARI Annual Meeting, New York, NY |
| 2014 | Utilizing Genomic Sequencing in Rare Diseases to Guide Clinical Care and Develop New Therapies / Invited presentation<br>New York Genome Center, New York, NY |
| 2014 | Genetics of Neuropsychiatric Disorders in Children / Visiting Professor<br>Child Mind Institute, New York, NY |
| 2014 | Advances in Neurogenetics. Neurology Grand Rounds. NYU. New York, NY |
| 2014 | Advances in Genomic Testing in Neurology / Neurology Grand Rounds<br>Downstate Medical Center, Brooklyn, NY |
| 2014 | Return of Research Results / Invited presentation<br>Institutional Review Board 8th Annual Educational Conference, New York, NY |
| 2016 | Integration of Genomics into Clinical Care for Precision Medicine / Medicine Grand Rounds<br>Cornell University, New York, NY |
| 2016 | Participant Rights to their Sequence Data: Positive, Precautionary and Pragmatic Views on Returning the Incidental Genome / Invited presentation |

Biology of Genomes, CSHL, New York, NY

| | |
|---|---|
| 2016 | Genetic Counseling and Testing in Breast Cancer / Invited presentation<br>Advances in Breast Cancer Treatment, NYP-Hudson Valley Hospital, White Plains, NY |
| 2016 | Future of Medicine: A Conversation / Invited presentation<br>NYSCF Conference, New York, NY |
| 2016 | Contributions of Germ Line Variations to Carcinogenesis / Invited presentation<br>New York Cancer Genomics Research Network Monthly Meeting, New York, NY |
| 2017 | Autism Research: Where Are We Now? / Invited presentation<br>Autism Science Foundation, New York, NY |
| 2017 | Everything You Wanted to Know About Genetic Testing in Vascular Anomalies Patients / Invited presentation<br>Key Topics and Case Scenarios. Cases and Controversies in Vascular Anomalies, New York, NY |
| 2017 | How Genomics Differentiates Broken Hearts / Invited presentation<br>Leonard Steinfield Research Symposium. New York, NY |
| 2017 | Genetic Causes of Broken Hearts and Other Birth Defects / Invited presentation<br>Neonatal Care Symposium: Improving the Care and Outcomes for the High Risk Pre-Term Infant, Flushing, NY |
| 2017 | Genetics and the Role of Genetic Testing in Pediatric Pulmonary Hypertension / Invited presentation<br>PHA Pediatric Preceptorship Program: A Collaborative Approach for Pediatric Clinicians on the Front Line, New York, NY |
| 2017 | Genomic & Precision Medicine / Invited presentation<br>On Call: Health + Medicine. THIRTEEN. New York, NY. 12/7/17.<br>http://www.thirteen.org/blog-post/tune-health-medicine-tri-state-area/ |
| 2018 | The Hype, The Hope and the Reality of Genomic Medicine / Invited presentation<br>Pharmacology and Physiology and Cellular and Molecular Pharmacology and Physiology Program, University of Rochester Medical Center, Rochester, NY |
| 2018 | The Present and Future of Genomic Medicine / Invited presentation<br>Third Annual MidAtlantic Bioinformatics Conference, Philadelphia, PA |
| 2019 | Genomic Medicine in Children. Jacobi Medical Center Pediatric Grand Rounds. Bronx, NY |
| 2019 | Genetic Causes of Broken Hearts and Associations with Outcomes / Keynote Lecture<br>2019 Joint Conference: Advances in Pediatric Cardiovascular Disease Management, New York, NY |
| 2020 | Opportunities in Genomic Medicine / Invited presentation<br>Icahn School of Medicine at Mount Sinai, New York, NY |
| 2020 | Genetic basis of monogenic diabetes / Invited presentation<br>NYU, New York, NY |
| 2020 | Pediatric genomic medicine / Invited presentation |

NYU, New York, NY

| 2020 | The genetics of autism and family planning implications / Invited presentation<br>Cornell University, New York, NY |
| 2020 | Precision Medicine / Grand Rounds<br>Hackensack University Medical Center, Hackensack, NJ |
| 2021 | Precision Medicine / Medicine Grand Rounds<br>Stonybrook University, Stonybrook, NY |
| 2021 | Personalized Genomics / Invited presentation<br>Regional Genetics Network (NYMAC). Online |
| 2021 | Pediatric Genomic Medicine / Seminar<br>Pediatric Surgical Seminar Series. Online |
| 2021 | Newborn Screening for Neurodevelopmental Disorders / Invited presentation<br>Simons Foundation, New York, NY |
| 2021 | SPARKing Research in Autism / Invited presentation<br>Autism New Jersey. Online. |
| 2021 | Challenges and Opportunities for Scaling Genomic Medicine / Medicine Grand Rounds<br>NYU, New York, NY |
| 2022 | Updates in Genomic Medicine / Medicine Grand Rounds<br>Lincoln Hospital, Bronx, NY |
| 2023 | Genomic Medicine in Pediatrics / Pediatric Grand Rounds<br>New York Hospital, Queens, NY |
| 2023 | SPARKing Research Advances in Autism and Neurodevelopmental Conditions /<br>Invited presentation, Neuroscience Lecture<br>New York Genome Center, New York, NY |

**National**

| 2004 | Genetics 101: A Primer on Dysmorphology / Invited lecture<br>Pediatrics in Review: The Sixth Annual National Seminar, New York, NY |
| 2005 | Role of Academic Medical Centers in the Translation of Research into Clinical Practice /<br>Invited lecture<br>President's Cancer Panel, National Cancer Institute, Bethesda, MD |
| 2005 | What's New in Newborn Screening / Invited lecture<br>Pediatrics in Review: The Seventh Annual National Seminar, New York, NY |
| 2006 | Genetic Evaluation of Pediatric Cardiomyopathy / Invited lecture<br>Pediatric Cardiomyopathy: A New Paradigm, Bethesda, MD |
| 2006 | Advice from the Experts / Invited lecture<br>Association for Glycogen Storage Diseases, Orlando, FL |
| 2007 | Predictive Genetic Testing for Pediatric Cardiomyopathies / Invited lecture |

NHLBI Conference. Idiopathic and Primary Cardiomyopathy in Children, Bethesda, MD

2007    Monogenic Syndromes Associated with Obesity in Children / Invited lecture
        Midwest Pediatric Endocrine Society Meeting, Chicago, IL

2007    Genetics of Obesity: Preventive Pediatric Cardiology in Children, Adolescents and
        Young Adults / Invited lecture
        Denver, CO

2007    Genomic Approaches to Congenital Diaphragmatic Hernias / Invited lecture
        The Congenital Diaphragmatic Hernia Study Group, Houston, TX

2007    Genetics of Spinal Muscular Atrophy / Invited lecture
        SMA Family Meeting, Orlando, FL

2007    Genetic Cancer Syndromes / Invited lecture
        University of Miami, Miami, FL

2008    Genetics and Genomics of Pulmonary Arterial Hypertension / Invited lecture
        Fourth World Symposium on Pulmonary Hypertension, Dana Point, CA

2008    Genetics of Pulmonary Hypertension / Invited lecture
        University of Miami, Miami, FL

2008    Genetics of Pulmonary Arterial Hypertension / Invited lecture
        Pulmonary Hypertension Association Eighth International Conference, San Diego, CA

2008    Clinical Evaluation of Glycogen Storage Disease III / Invited lecture
        American College of Medical Genetics, Consensus Conference for Glycogen Storage
        Disease III, Chicago, IL

2008    Clinical Management of Glycogen Storage Diseases / Invited lecture
        American Glycogen Storage Disease Meeting, Chicago, IL

2008    Advances in Molecular Genetic Testing for Cardiomyopathies / Invited lecture
        National Society for Genetic Counselors, Nashville, TN

2008    Advances in Genetic Medicine and Integration into Pediatric Practice / Invited lecture
        Pediatric Grand Rounds.  Richmond University Medical Center, Richmond, VA

2008    Use of Chromosome Microarrays in Clinical Diagnosis of Hematological Malignancies /
        Invited lecture
        American Society of Hematology, San Francisco, CA

2010    Advances in the Genetic Basis of Cardiovascular Disease / Invited lecture
        Vanderbilt University, Nashville, TN

2010    Novel Gene Discovery in Pediatric Cardiomyopathy / Invited lecture
        Second International Conference on Cardiomyopathy in Children, Washington, DC

2010    Genetics of Pulmonary Hypertension / Invited lecture
        Ninth International Pulmonary Hypertension Conference, Garden Grove, CA

2010    Medical management of Glycogen Storage Disease type I / Invited lecture
        Association of Glycogen Storage Disease Annual Conference, Durham, NC

2011    The genetics of Glut1 deficiency syndrome: Glut1 Deficiency Syndrome / Invited lecture
        Glut1 deficiency syndrome Scientific Meeting, New Orleans, LA

| 2011 | Genetics in Pediatric Care: The future is now / Invited lecture |
| | AAP: The future of Pediatrics, Chicago, IL |
| 2011 | How to Interpret the Interpretation-Finding meaning in new genetic tests. AAP: The future of Pediatrics, Chicago, IL |
| 2011 | Genetics and Etiology of Treacher-Collins Syndrome. Open Forum on Cleft, Craniofacial and Pediatric Oral and Maxillofacial Surgery, Philadelphia, PA |
| 2011 | Genetics First: Insights into the Brain from 16p11.2. SFARI, Washington DC |
| 2011 | The Utility of Chromosome Microarrays in the Prenatal Setting / American College of Medical Genetics, Ontario, CA |
| 2012 | Return of Genetic Test Results to Research Participants. Return of Results Consortium. NIH, Bethesda, MD |
| 2012 | Genetics of Cardiac Disease. Contemporary Issues of Cardiovascular Disease. Louis F. Albright Cardiology Symposium, Boston, MA |
| 2012 | Myths of Primary Care Providers, Patients, and Families Regarding Genetics. Time Out for Genetics |
| | Genetics in Primary Care Institute, American Academy of Pediatrics, Chicago, IL |
| 2012 | The ABC of DNA and New Genetic Testing Options |
| | Maxwell Bogin Lecture, Yale University, New Haven, CT |
| 2013 | Applied OMICS-what to tell families about the –omics expedition. Tenth Annual Dialogues in Neonatal-Perinatal Medicine. Duke University, Durham, NC |
| 2013 | Bench to Bassinette: A paradigm for collaborative research |
| | NICHD Birth Defects Meeting, Bethesda, MD |
| 2013 | Are we ready for GATTACA to become a reality? |
| | TEDMED, New York, NY |
| 2013 | A genetics first approach to the study of autism. Advance in Autism Research and Treatment. |
| | Geisinger Health, Lewistown, PA |
| 2013 | Riley Hospital for Children: Pediatric Conference. Advances in Genomic Testing to Diagnose Pediatric Diseases and Refine Treatment, Indianapolis, IN |
| 2013 | It's in the Genes-Genetic Components of Common Conditions. AAP: Dive into the Gene Pool: Integrating Genetics and Genomics into your Pediatric Primary Care Practice. Chicago, IL |
| 2013 | Whole Exome Sequencing: How changes in sequencing technology influence providers and patients. National Society of Genetic Counselors. Anaheim, CA |
| 2013 | Genetics of Congenital Heart Disease: Cardiovascular Genetics in Clinical Practice. Harvard Medical School. Boston, MA |
| 2013 | Informed Consent for Whole Genome Sequencing: Experience and Implications for Practice. American Society for Human Genetics. Boston, MA |
| 2013 | Advances in Genetics of Cardiovascular Disease. New Paradigms in Obstetric and Pediatric Genomic Medicine. Stamford, CT |

| 2013 | Simons VIP: A Genetics First Approach to the Study of Autism. Autism Consortium. 2013 Symposium. Boston, MA. |
|---|---|
| 2013 | Now What Do I Do? Genetics in Primary Care Institute Quality Improvement Project Learning. Chicago, IL |
| 2013 | Targeted and Whole Exome Sequencing in Congenital Heart Disease: Clinical Applications and Pitfalls. American Heart Association. Houston, TX |
| 2014 | The truth about autism. TED, Vancouver, Canada https://www.ted.com/talks/wendy_chung_autism_what_we_know_and_what_we_don_t_know_yet?language=en |
| 2014 | Insights From Studying the Monogenic Forms of Obesity. American College of Medical Genetics, Salt Lake City, UT |
| 2014 | Advances in Cardiac Genomics for Your Practice. Char Lecture. University of Arkansas. Little Rock, AK |
| 2014 | Advances on Genomic Testing to Elucidate Rare Disorders. Prevention Genetics. Marshfield, WI |
| 2014 | Novel Therapeutic Strategies Emerging from Genetic Studies in Pulmonary Arterial Hypertension. American Thoracic Society. San Diego, CA |
| 2014 | Use of genomic methods to elucidate rare causes of pediatric disease. Genes, Genomes and Pediatric Disease. Children's Hospital of Philadelphia. Philadelphia, PA |
| 2014 | Utilizing Genomic Sequencing in Rare Diseases to Guide Clinical Care and Develop New Therapies. Cincinnati Children's Hospital. Cincinnati, OH |
| 2014 | Participant Preferences and Reactions to Return of Results from WES. ASHG/ASBH Joint Satellite Symposium: From Clinical to Community Sequencing: Emerging Ethical, Legal and Social Issues in Genomics. San Diego, CA |
| 2014 | The role of genetics in autism. Saward Lecture. Kaiser Permanente Portland, OR |
| 2015 | ACMG Short Course: Clinical Exome Sequencing. Salt Lake City, UT |
| 2015 | SFARI's Genetic Research Initiatives. The Wendy Klag Center for Autism & Developmental Disabilities. Johns Hopkins Bloomberg School of Public Health, Baltimore, MD |
| 2015 | Genomics as a Tool to Understand the Brain and Behavior in Autism. The Help Group Summit 2015. Advances and Best Practices in Autism, Learning Disabilities, ADHD. Skirball Cultural Center, Los Angeles, CA |
| 2015 | The Future of Pediatric Precision Medicine. Tracking on tomorrow Precision Pediatrics. New York, NY |
| 2015 | Precision Medicine: The Intersection of Genomics, Personalized Medicine, and Humanistic Care. Humanity at the Heart of Health Care. 2015 AMSA Conference. New York, NY |
| 2016 | Translational Considerations in Genomic Sampling. TransCEER Workshop to Explore the Ethical, Legal and Social Implications (ELSI) of Inclusivity and Representation in Precision Medicine: What Will Success Look Like? Bethesda, MD |

| | |
|---|---|
| 2016 | Genetic Testing: The Toolbox in the Clinical Setting. Cardiology 2016. 19th Annual Update on Pediatric and Congenital Cardiovascular Disease: Bringing Science to Clinical Practice. Orlando, FL |
| 2016 | Roundtable 1: Genetics in Congenital Heart Disease: Case-Based Presentations. Cardiology 2016. 19th Annual Update on Pediatric and Congenital Cardiovascular Disease: Bringing Science to Clinical Practice. Orlando, FL |
| 2016 | Genetic Contributions to Congenital Heart Disease and Related Developmental Disorders. World Birth Defects Day. University of Arkansas. |
| 2016 | The Future Use of Exome Sequencing as the Genetic Test of Choice for Clinical Diagnostics. Personalized Diagnostics. Tri-Conference. San Francisco, CA |
| 2016 | ACMT Tox Mimics in the Critically Ill American College of Medical Toxicology, Huntington Beach, CA |
| 2016 | Panel – Practical Implementation of Genomic Sequencing in Healthcare Settings. 2016 Joint Summits on Translational Science. San Francisco, CA |
| 2016 | Is the Future of Medicine in our DNA? Jepson Leadership Forum. Richmond, VA |
| 2016 | FDA Regulation of Genetic Testing. Genomics Festival. Boston, MA |
| 2016 | Genomic Health Screening: The Hype, Hope and Reality. Next Generation Dx Summit. Washington DC |
| 2016 | Integration of Genetic Medicine into Healthcare. BioData World USA 2016 Conference. Boston, MA |
| 2016 | Genetics of Cardiovascular Defects. Advances in Fetology 2016. Chicago, IL |
| 2016 | Update on DHREAMS. Advances in Fetology 2016. Chicago, IL. |
| 2016 | Hype, Hope and Reality of Genomic Testing. The Precision Health Forum. Chicago, IL |
| 2017 | A Complete Understanding of the Genetics of congenital Heart Disease? Cardiology 2017. Orlando, FL |
| 2017 | The Genetics of Pulmonary Hypertension. Cardiology 2017. Orlando, FL |
| 2017 | Precision Pediatrics Powered by Genomics. Health Sciences Research Week 2017, University of Iowa. Iowa City, IA |
| 2017 | Precision Pediatrics. College of Human Medicine (CHM), Michigan State University. East Lansing, MI. |
| 2017 | The Hype, the Hope, and the Reality of Genomic Medicine. AGBT Precision Health. Scottsdale, AZ |
| 2017 | Keynote Session: The Challenges and the Opportunities of the Spectrum of Autism. 12 Annual Thompson Center Autism Conference. St. Louis, MO |
| 2017 | Seizing the Gene – The Future of Genomic Medicine. The Precision Health Forum. University of Illinois. Chicago, IL |
| 2017 | Genomic Medicine: Maximizing Benefits and Minimizing Risks. Risk Management Symposium: Emerging Risks. Rosemont, IL |

| | |
|---|---|
| 2018 | Panelist: Genetic Testing and Return of Results. Precision Medicine World Conference 2018. Mountain View, CA |
| 2018 | Panelist: Women in Academia. 10th Annual Women Empowering Women, Leadership Conference. New Haven, CT |
| 2018 | The Hype, the Hope, and the Reality of Genomic Medicine. 2018 Genomic and Precision Medicine Forum. Durham, NC |
| 2018 | The Future of Genomic Medicine. Genetic Medicine: a Chan Zuckerberg Initiative. San Francisco, CA |
| 2018 | The Hype, the Hope, and the Reality of Genomic Medicine. TED style talk. American College of Medical Genetics. Charlotte, SC |
| 2018 | The Role of Genetic Testing in Pediatric PVD. UCSF's 11th International Conference: Neonatal & Childhood Pulmonary Vascular Disease. San Francisco, CA |
| 2018 | SPARKing Partnerships in Autism Research. UCLA, Los Angeles, CA |
| 2018 | SPARK: Catalyzing Autism Research and Elucidating the Genetic Basis for Autism. UCLA Center for Autism Research and Treatment. Los Angeles, CA |
| 2018 | Pulmonary Vasculopathies: From PPH to HHT. American Thoracic Society International Conference. San Diego, CA |
| 2018 | SPARKING New Paradigms in Translational Autism Research Stratified by Genetics. Neuro Developmental Disorders Symposium. Boston, MA |
| 2018 | SPARKing New Paradigms in Translational Autism Research. Autism Across the Lifespan. Worcester, MA |
| 2018 | The ABCs of DNA: How to Ensure Safe, Effective Use of Genetics in Your Practice. ISMIE Risk Management Symposium. Oak Brook, IL |
| 2018 | Autism: Could Genetics Hold the Answers? Mind Science Foundation's 2018 Distinguished Speaker Series. San Antonio, TX |
| 2018 | Use of Genomics to Understand Broken Hearts and Implications for Clinical Care. Cardiovascular Research Institute at Baylor College of Medicine Fall 2018 Seminar. Houston, TX |
| 2018 | Opportunities in Pediatric Genomic Medicine. Nationwide Children's: The 2018 Research Retreat. Columbus, OH |
| 2019 | What PH Patients Should Receive Genetic Counseling and Testing. American College of Cardiology's 68th Annual Scientific Session & Expo (ACC.19). New Orleans, LA |
| 2019 | Does Genotype Predict Clinical Risk in Pulmonary Vascular Disease. American College of Cardiology's 68th Annual Scientific Session & Expo (ACC.19). New Orleans, LA |
| 2019 | Gene Replacement Therapy in SMA. The France Foundation's Are You Ready for Gene Replacement Therapy? Example from Spinal Muscular Atrophy. Seattle, WA |
| 2019 | Robyn Barst Lecture: Genetics of Pulmonary Vascular Disease in Children. 2019 Grover Conference. Sedalia, CO |
| 2019 | Clinical Genomics. AGBT 2019 4th Annual Precision Health Meeting. La Jolla, CA |

49

| | |
|---|---|
| 2019 | Scaling Diagnosis and Treatment of Rare Genetic Diseases. Emory University's Department of Human Genetics' Human Genetics Seminar. Atlanta, GA |
| 2019 | Lasker Lessons in Leadership lecture. Albert and Mary Lasker Foundation. Bethesda, MD |
| 2019 | Bigger is Better: More Cancer Genes in More Patients. AMP 2019 Annual Meeting & Expo - Baltimore, MD |
| 2020 | Genetic testing for breast cancer. Best of Breast. Palm Beach, FL |
| 2020 | Understanding the human genome and impact on medicine in the future. CHEMED Health Conference. Woodcliff, NJ |
| 2020 | Present and future of genomics. 2/13/20. CHEMED Health Conference. Woodcliff, NJ |
| 2020 | The Genetics Hotline: Responsibility and Liability When Handling Unsolicited Patient Communications. ACMG. Online |
| 2020 | Genomics Causes of the Broken Hearts. NBSTRN Newborn Screening Summit. Online, |
| 2020 | Genetics of Common Congenital Anomalies. Fetology Chicago: Practice and Discovery Live Virtual Event. Online. |
| 2020 | Facing the Legal Barriers to Genomic Research and Precision Medicine. LawSeq. Online |
| 2021 | Precision Pediatrics / Grand Rounds Stamford Health, Stamford, CT |
| 2021 | Of Mice and Men: Genetics of Congenital Diaphragmatic Hernia. Monarch Meeting. Online. |
| 2021 | Patient-Researcher Partnerships Across Rare Genetic Forms of NDD and ASD. Gatlinburg Symposium. Online. |
| 2021 | Bardet Biedl Syndrome: Genetic Pathophysiology and Clinical Characteristics. ACMG. Online. |
| 2021 | Chromatinopathies: An Expanding Clinical Spectrum. ACMG. Online. |
| 2021 | Precision Pediatrics. Bridgeport Hospital. Bridgeport, CT |
| 2021 | Rare Genetic Diseases: What Zebras Teach Us About Horses. Dartmouth University. Hanover, NH |
| 2021 | Precision Medicine. American Physician Scientists Association. Online |
| 2021 | Genetics and Pulmonary Arterial Hypertension. PHA Live. Online |
| 2021 | Genetics' Growing Interaction with the Law. Genomics Web Series. Online |
| 2021 | Rare Breakthroughs: now and on the Horizon. NORD. Online |
| 2021 | Genomic Medicine: Opportunities and Challenges. University of Wisconsin, Madison, WI |
| 2021 | N of 1 Precision Medicine in the Era of Antisense Oligonucleotide Therapies. American Society of Human Genetics. Online. |
| 2021 | Spinal Muscular Atrophy: Clinical Decision-Making in the Midst of an Unfolding Phenotype. Stanford University. Online. |

| 2022 | Genomic Medicine. UPMC Children's Hospital of Pittsburgh. Online. |
| 2022 | Ethical, Clinical, Legal, and Economic Issues Surrounding Genetic Variant Reinterpretations. ELSIcon2022. Online. |
| 2022 | Genomic medicine: disparities and opportunities to improve health equity. Dean's Lecture. McGovern School of Medicine, Houston, TX. |
| 2022 | GUARDIAN. Newborn sequencing and screening conference. Boston, MA |
| 2022 | NICHD 60th Anniversary Symposium. Raising Healthy Children. Bethesda, MD |
| 2022 | AACAP/CACAP Annual Meeting, Research Institute: Child and Adolescent Psychiatry in the Era of Genomics. Sparking Research to Understand the Complexities of ASD. Toronto, CA |
| 2022 | PROGRESS and opportunities to study early brain development. Beyond Baby Sibs. Minneapolis, MN |
| 2022 | Rapidly Evolving Opportunities for Treatments for Rare Genetic Diseases. 15th Annual Global Science Summit Program: Focus on Clinic Trials. Palm Beach, FL |
| 2022 | Genomic Medicine / Invited presentation Second Annual Conference on Precision Psychiatry Massachusetts General Hospital. Boston, MA |
| 2023 | Visiting Professor and Morbidity and Mortality. Quality Assurance Case Conference. Opportunities and Challenges in Precision Medicine. Medical University of South Carolina. Charlotte, SC |
| 2023 | Pilot Sequencing based Newborn Screening in a Diverse Community. American College of Medical Genetics. Salt Lake City, UT |
| 2023 | R. Rodney Howell Symposium | Setting the Stage for Genomic Sequencing of All Newborns. American College of Medical Genetics Salt Lake City, UT |
| 2023 | SPARKING New Insight into Autism across the Lifespan. Gatlinburg Conference. Kansas City, KS |
| 2023 | Autism Symposium, American Academy of Neurology, Boston, MA |
| 2023 | Genomic Integrated risk assessment for breast cancer across patients of diverse ancestry: The eMerge experience. 11th Annual Scientific Symposium. Basser Center for BRCA. Philadelphia, PA |
| 2023 | Genetics of Structural Birth Defects: Gene Discovery and Mutation Spectrum. Understanding Developmental Disorders in Genomic Age. Keystone Meeting. Tarrytown, NY |

**International**

| 2002 | Inherited Lipodystrophic Syndromes. North American Association for the Study of Obesity, Brazil |
| 2004 | Counseling the parents of a Neonate with a Genetic Disease / Introduction to Medical Genetics / |

|  | Newborn Screening / |
|--|--|
|  | Interpreting Genetic Testing / |
|  | Prenatal Diagnosis of Genetic Diseases / |
|  | Neonatal Metabolic Emergencies / |
|  | Neonatology: Recent Advances in Neonatal Intensive Care Unit, American Austrian Foundation Conference, Salzburg, Austria |
| 2006 | Breast cancer genetics.  Breast cancer in the young woman: It's the same, but different / |
|  | Lighthouse International Conference Center.  New York, NY |
| 2006 | Genetics of Syndromic Obesity / |
|  | Advances in Pediatrics.  Hallym University.  Seoul, South Korea |
| 2007 | Maternal and Infant Health: High-risk Obstetrics, Fetal and Neonatal Medicine / |
|  | American Austrian Foundation Conference. Salzburg, Austria |
| 2009 | Evaluation of Suspected Monogenic Forms of Obesity in Childhood / Invited presentation |
|  | European Society of Pediatric Endocrinology and Lawson Wilkins Pediatric Endocrine Society, New York, NY |
| 2010 | Personalized Medicine and the Age of Genomic Health / |
|  | Arab Health Conference.  Dubai, UAE |
| 2010 | Advances In Genetic Testing: When and What to Order / |
|  | Recent Advances in Perinatal and Neonatal Medicine.  Dubai, UAE |
| 2010 | Evaluation of the Infant with Suspected Genetic Disease / |
|  | Recent Advances in Perinatal and Neonatal Medicine.  Dubai, UAE |
| 2010 | Insight from Monogenic Forms of Obesity / |
|  | Eleventh International Conference on Long Term Complications of Treatment of Children and Adolescents for Cancer,  Williamsburg, VA |
| 2011 | Clinical Characterization of 16p11.2 deletions/duplications: a model for translational CNV studies / Invited lecture |
|  | International Standards for Cytogenomic Arrays Consortium, Washington, DC |
| 2016 | Legal, Regulatory & Ethical Issues in the Secondary Use of Genomics Data / |
|  | PRISME Forum Technical Meeting: Understanding Disease through Mining Clinical Trial Data, Prague, Czech Republic |
| 2017 | Going from an N of 1 to Population Based Screening and Treatment of Rare Genetic Disorders / |
|  | 12th Annual ICORD Conference: 6th China Rare Disease Summit, Beijing, China |
| 2018 | Scaling Discovery, Care, and Treatment for Rare Genetic Disorders / |
|  | The 7th China Rare Disease Summit, Shanghai, China |
| 2018 | Precision Medicine in Immune Related Diseases / |
|  | Primary Immunodeficiencies and Immune Dysregulation: From Translational Immunology to Personalized Medicine, Santiago, Chile |
| 2019 | Genetic Basis of Congenital Anomalies / |
|  | HGSA 43rd Annual Scientific Meeting, Wellington, New Zealand |

| | |
|---|---|
| 2019 | Future of Genomic Medicine / <br> HGSA 43rd Annual Scientific Meeting. Wellington, New Zealand |
| 2019 | Spark Patient Partnerships Enabling Research in Autism / <br> Rare Disease Summit, Shenzhen, China |
| 2020 | Horses morphing into zebras: hundreds of rare monogenic diseases masquerading as common diseases / Keystone Symposium <br> Beyond a Million Genomes: From Discovery to Precision Health, Online. |
| 2021 | Rare Causes of Common Conditions and Building Rare Disease Communities / <br> Sanger Center. Online. |
| 2021 | The role of genetics in clinical care and future research / <br> Fifth International Conference on Cardiomyopathy in Children, Online. |
| 2021 | Pulmonary Hypertension Gene Curation: ClinGen Gene-Disease Clinical Validity Framework / Pulmonary Vascular Research InstituteSymposium. Online. |
| 2021 | Genetics of pulmonary arterial hypertension: What we can learn by studying children and without congenital heart disease / Live Interactive Webinar Series PVRI . Online. |
| 2022 | Update from ClinGen Task Force on PAH genes / <br> 3rd International Consortium for Genetic Studies in Pulmonary Arterial Hypertension (PAH). Online. |
| 2022 | SPARKing Research to Understand the Complexities of Autism  / <br> 2022 Peking University Health Science Conference on Autism Spectrum Disorders-Etiology, Family and Support.  Peking, China |
| 2022 | Genetics Conditions in Children / <br> BioTechX, Basel, Switzerland |
| 2022 | Precision Pediatric Medicine / <br> International Symposium on Precision Medicine and Cancer Prevention. Zhengzhou University, Zhengzhou, China |
| 2023 | GUARDIAN and Genomic Newborn Screening / <br> 2023 THGS Spring Symposium, Taipei City, Taiwan |

## Report of Clinical Activities and Innovations

**Past and Current Licensure and Board Certification:**

| | |
|---|---|
| 1999 | New York Medical License, active |
| 2002-2022 | American Board of Medical Genetics-Clinical Genetics |
| 2005-2025 | American Board of Medical Genetics-Molecular Genetics |
| 2006 | New Jersey Medical License, active |
| 2023 | Massachusetts Medical License, active |

**Practice Activities:**

| | | | |
|---|---|---|---|
| 2002-2023 | Outpatient consultation | Genetics clinic, DISCOVER program, CUMC | 10 hours / week |
| 2002-2023 | Outpatient diagnosis and treatment | Cancer Genetics clinic, VHL center, CUMC | 5 hours / week |
| 2002-2020 | Inpatient diagnosis and evaluation | Genetic inpatient coverage, CUMC | 8 hours / month |
| 2023- | Outpatient consultation | Genetics clinic | 8 hours / week |

**Clinical Innovations:**

| | |
|---|---|
| 2013 | Original plaintiff in the Association for Molecular Pathology et al v. Myriad Genetics Supreme Court Case that overturned gene patents |

**Report of Teaching and Education Innovations**

| | |
|---|---|
| 2001-2002 | Developed and directed course in human genetics for medical and dental students Curriculum in use at Columbia Physicians and Surgeons. |

**Report of Technological and Other Scientific Innovations**

**Report of Education of Patients and Service to the Community**

☐ *No presentations below were sponsored by 3rd parties/outside entities*
☐ *Those presentations below sponsored by outside entities are so noted and the sponsor(s) is (are) identified.*

**Activities**

**Educational Material for Patients and the Lay Community:**

***Books, articles, and presentations in other media***

***Educational material or curricula developed for non-professional audiences***

*Patient educational material*

learninggenetics.org
2014    TED talk (https://www.ted.com/talks/

**Recognition:**

2012-2019    Top Doctors                          Castle Connolly

## Report of Scholarship

**Peer-Reviewed Scholarship in print or other media:**

**Research Investigations**

*If senior author
Mentees underlined

1.    Dammerman, M., Sandkuijl, L.A., Halaas, J.L., **Chung, W.K.,** Breslow, J.L. An apolipoprotein CIII haplotype protective against hypertriglyceridemia is specified by promoter and 3' untranslated region polymorphisms. Proc Natl Acad Sci USA. 1993 May 15;90(10):4562-4566.  PMID: 8099442. PMCID: PMC46552.

2.    **Chung, W.K.,** Goldberg-Berman, J., Power-Kehoe, L., Leibel, R.L. Molecular mapping of the murine tubby (*tub*) mutation on chromosome 7. Genomics. 1996 Mar 1;32(2):210-217. doi: 10.1006/geno.1996.0107.  PMID: 8833147.

3.    Chua, S.C., **Chung, W.K.,** Wu-Peng, X.S., Zhang, Y., Liu, S.M., Tartaglia, L., Leibel, R.L. Phenotypes of the mouse diabetes and rat fatty due to mutations in the OB (leptin) receptor. Science. 1996 Feb 16;271(5251):994-996. doi: 10.1126/science.271.5251.994.  PMID: 8584938.

4.    **Chung, W.K.,** Power-Kehoe, L., Chua, M., Liebel, R.L Mapping of the OB receptor (OBR) to 1p in a region of non-conserved gene order from mouse and rat to human.  Genome Res. 1996 May;6(5):431-438. doi: 10.1101/gr.6.5.431. PMID: 8743992.

5.    Chua, S.C., White, D.W., Wu-Peng, X.S., Liu, S.M., Okada, N., Kershaw, E.E., **Chung, W.K.,** Power-Kehoe, L., Chua, M., Tartaglia, L.A., Leibel, R.L. Phenotype of fatty due to Gln269Pro mutation in the leptin receptor (Lepr).  Diabetes. 1996 Aug;45(8):1141-1143. doi: 10.2337/diab.45.8.1141. PMID: 8690163.

6.    Norman, R.A., Leibel, R.L., **Chung, W.K.,** Power-Kehoe, L., Chua, S.C., Knowler, W.C., Thompson, D.B., Bogardus, C., Ravussin, E. Absence of linkage of obesity and energy metabolism to markers flanking homologues of rodent obesity genes in Pima Indians. Diabetes. 1996 Sept;45(9):1229-1232. doi: 10.2337/diab.45.9.1229.  PMID: 8772727.

7.   **Chung, W.K.,** Power-Kehoe, L., Chua, M., Lee, R., Leibel, R.L. Genomic structure of the human OB receptor and identification of two novel intronic microsatellites. Genome Res. 1996 Dec;6(12):1192-1199. doi: 10.1101/gr.6.12.1192. PMID: 8973914.

8.   Duggirala, R., Stern, M.P., Mitchell, B.D., Reinhart, L.J., Shipman, P.A., Uresandi, O.C., **Chung, W.K.,** Leibel, R.L., Hales, C.N., O'Connell, P., Blangero, J. Quantitative variation in obesity-related traits and insulin precursors linked to OB gene region on human chromosome 7. Am J Hum Genet. 1996 Sep;59(3):694-703. PMID: 8751871. PMCID: PMC1914918.

9.   Rose, P.M., Lynch, L.S., Frazier, S.T., Fisher, S.M., **Chung, W.,** Battaglino, P., Fathi, Z., Leibel, R., Fernandes, P. Molecular genetic analysis of a human neuropeptide Y receptor. The human homolog of a murine "Y5" receptor may be a pseudogene. J Biol Chem. 1997 Feb 7;272(6):3622-3677. doi: 10.1074/jbc.272.6.3622. PMID: 9013614.

10.  **Chung, W.K.,** Zheng, M., Chua, M., Kershaw, E., Power-Kehoe, K., Tsuji, M., Wu-Peng X.S., Williams, J., Chua, S.C., Leibel, R.L. Genetic modifiers of Leprfa associated with variability in insulin production and susceptibility to NIDDM. Genomics. 1997 May 1;41(3):322-344. doi: 10.1006/geno.1997.4672. PMID: 9169130.

11.  Chagnon, Y.C., Perusse, L., Lamothe, M., Chagnon, M., Nadeau, A., Dionne F.T., Gagnon, J, **Chung, W.K.,** Leibel, R.L., Bouchard, C. Suggestive linkages between markers on human 1p32-p22 and body fat and insulin levels in the Quebec Family Study. Obes Res. 1997 Mar;5(2):115-121. doi: 10.1002/j.1550-8528.1997.tb00651.x. PMID: 9112246.

12.  Echwald, S.M., Sorensen, T.D., Sorensen, T.I., Tybjaerg-Hansen, A., Andersen, T., **Chung, W.K.,** Leibel, R.L., Pedersen, O. Amino acid variants in the human leptin receptor: lack of association to juvenile onset obesity. Biochem Biophys Res Commun. 1997 Apr 7;233(1):248-252. doi: 10.1006/bbrc.1997.6430. PMID: 9144432.

13.  **Chung, W.,** Chua, S.C., Lee, G.H., Leibel, R.L. Polymerase chain reaction-restriction fragment length polymorphisms (PCR-RFLP) and electrophoretic assays for the mouse obese (Lep$^{ob}$) mutation. Obes Res. 1997 May;5(3):183-185. doi: 10.1002/j.1550-8528.1997.tb00291.x. PMID: 9192391.

14.  Silver, K., Walston, J., **Chung, W.K.,** Yao, F., Parikh, V.V., Andersen, R., Cheskin, L.J., Elahi, D., Muller, D., Leibel, R.L., Shuldiner, A.R. The Gln223Arg and Lys656Asn polymorphisms in the human leptin receptor do not associate with traits related to obesity. Diabetes. 1997 Nov;46(11):1898-1900. doi: 10.2337/diab.46.11.1898. PMID: 9356043.

15.  **Chung, W.K.,** Power-Kehoe, L., Chua, M., Chu, F., Aronne, L., Huma, Z., Sothern, M., Udall, J.N., Kahle, B., Leibel, R.L. Exonic and intronic sequence variation in the human leptin receptor gene (LEPR). Diabetes. 1997 Sep;46(9):1509-1511. doi: 10.2337/diab.46.9.1509. PMID: 9287054.

16.  Chua, S.C., Koutras, I.K., Han, L., Liu, S.M., Kay, J., Young, S.J., **Chung, W.K.,** Leibel, R.L. Fine structure of the murine leptin receptor gene: splice site suppression is required to form two alternatively spliced transcripts. Genomics. 1997 Oct 15;45(2):264-270. doi: 10.1006/geno.1997.4962. PMID: 9344648.

17.  **Chung, W.K.,** Belfi, K., Chua, M., Wiley, J., Mackintosh, R., Nicolson, M., Boozer, C.N., Leibel, R.L. Heterozygosity for Lep$^{ob}$ and Lepr$^{db}$ affects body composition and leptin homeostasis in adult mice. Am J Physiol. 1998 Apr;274(4):R985-990. doi: 10.1152/ajpregu.1998.274.4.R985. PMID: 9575960.

18.   Walder, K., Norman, R.A., Hanson, R.L., Schrauwen, P., Neverova, M., Jenkinson, C.P.,
      Easlick, J., Warden, C.H., Pecqueur, C., Raimbault, S., Ricquier, D., Silver, M.H.,
      Shuldiner, A.R., Solanes, G., Lowell, B.B., **Chung, W.K.,** Leibel, R.L., Pratley, R.,
      Ravussin, E. Association between uncoupling protein polymorphisms (UCP2-UCP3) and
      energy metabolism/obesity in Pima Indians. Hum Mol Genet. 1998 Sep;7(9):1431-1435 doi:
      10.1093/hmg/7.9.1431. PMID: 9700198.Chagnon, Y.C., **Chung, W.K.,** Perusse, L.,
      Chagnon, M., Roy, S., Leibel, R.L., Bouchard, C. Linkages and associations between the
      leptin receptor (LEPR) gene and human body composition in the Quebec Family Study
      (QFS). Intl J Obes Relat Metab Disord. 1999 Mar;23(3):278-286. doi:
      10.1038/sj.ijo.0800809. PMID: 10193873.

20.   Otabe, S., Clement, K., Dubois, S., Lepretre, F., Pelloux, V., Leibel, R.L., **Chung, W.K.,**
      Boutin, P., Guy-Grande, B., Froguel, P., Vassuer, F. Mutation screening and association
      studies of the human uncoupling protein 3 gene in normoglycemic and diabetic morbidly
      obese patients. Diabetes. 1999 Jan;48(1):206-208. PMID: 9892245.

21.   **Chung, W.K.,** Luke, A., Cooper, R.S., Rotini, C., Vidal-Puig, A., Rosenbaum, M., Gordon,
      D., Leal, S.M., Caprio, S., Goldsmith, R., Andreau, A.L., Bruno, C., DiMauro, S., Heo, M.,
      Lowe Jr., W.L., Allison, D.B., Leibel, R.L. The long isoform uncoupling protein-3 (UCP3L)
      in human energy homeostasis. Int J Obes Relat Metab Disord. 1999 Jun;23
      Suppl6(Suppl6):S49-50.  PMID: 10454123. PMCID: <u>PMC6217808.</u>

22.   **Chung, W.K.,** Luke, A., Cooper, R.S., Rotini, C., Vidal-Puig, A., Rosenbaum, M., Chua,
      M., Solanes, G., Zheng, M., Zhao, L., LeDuc, C., Eisberg, A., Chu, F., Murphy, E., Schreier,
      M., Aronne, L., Caprio, S., Kahle, S., Gordon, D., Leal, S.M., Goldsmith, R., Andreau,
      A.K., Bruno, C., DiMauro, S., Heo, M., Lowe, W.L., Lowell, B., Allison, D.B., Leibel, R.L.
      Genetic and physiologic analysis of the role of uncoupling protein 3 in human energy
      homeostasis. Diabetes. 1999 Sep;48(9):1890-1895. doi: 10.2337/diabetes.48.9.1890. PMID:
      10480626.

23.   Hagen, T., Zhang, C.Y., Slieker, L.J., **Chung, W.K.,** Leibel, R.L., Lowell, B.B. Assessment
      of uncoupling activity of the human uncoupling protein 3 short form and three mutants of
      the uncoupling protein gene using a yeast heterologous expression system.  FEBS Lett. 1999
      Jul 9;454(3):201-206. doi: 10.1016/s0014-5793(99)00811-x. PMID: 10431807.

24.   <u>Halldorsdottir, S.,</u> **Chung, W.K.,** Nicholson, J.F., Das, K., Leibel, R.L. A novel mutation of
      glutamate dehydrogenase (H262Y) in an infant with hyperinsulinemic hypoglycemia and
      hyperammonemia. International Journal on Disability and Human Development, 1:235-241, 2000.

25.   Puttagunta, R, Gordon, L.A., Mayer, G.E., Kapfhamer, D., Lamerdin, J.E., Kantheti, P.,
      Portman, M., **Chung, W.K.,** Jenne, D.E., Olsen, A.S., Burmeister, M. Comparative maps of
      human 19p13.3 and mouse chromosome 10 allow identification of sequences at evolutionary
      breakpoints. Genome Res. 2000 Sep;10(9):1369-1380. PMID: 10984455. PMCID:
      PMC310909.

26.   Heo, M., Leibel, R.L., Boyer, B.B., **Chung, W.K.,** Koulu, M., Karvonen, M., Pesonen, U.,
      Rissanen, A., Laakso, M., Uusitupa, M., Chagnon, Y., Bouchard, C., Donohoue, P.A.,
      Burns, T., Shuldiner, A., Silver, K., Anderson, R.E., Pederson, O., Echwald, S., Sorensen,
      T.I.A., Behn, P., Permutt, M.A., Jacobs, K.B., Elston, R.C., Hoffman, D.J., Allison, D.B.
      Pooling analysis of genetic data: the association of leptin receptor (LEPR) polymorphisms
      with variables related to human adiposity. Genetics. 2001 Nov;159(3):1163-1178. PMID:
      11729160. PMCID: PMC1461868.

27.  Heo, M., Liebel, R.L., Gropp, E., Boyer, B.B., **Chung, W.K.,** Koulu, M., Karvonen, M.K., Pesonen, U., Rissanen, A., Laakso, M., Uusitupa, M.I.J., Pederson, O., Echwald, S., Sorensen, T.I.A., Behn, P., Permutt, M.A., Jacobs, K.B., Elston, R.C., Hoffman, D.J., Allison, D.B. A meta-analytic investigation of linkage and association of common leptin receptor (LEPR) polymorphisms with body mass index and waist circumference. Intl J Obes Relat Metab Disord. 2002 May;26(5):640- 646. doi: 10.1038/sj.ijo.0801990. PMID: 12032747.

28.  Cserhalmi-Friedman, P.B., Garzon, M., Guzman, E., Martinez-Mir, A., **Chung, W.K.,** Yeboa, K., Christiano, A. maternal germline mocaicism in dominant dystrophic epidermolysis bullosa. J Invest Dermatol. 2001 Nov;117(5): 1327-1328. doi: 10.1046/j.0022-202x.2001.01558.x. PMID: 11710955.

29.  Slager, S.L., Carleu, L., **Chung, W.K,** Jackson, R., Winchester, R.J., Hodge, S.E., Gulko, P.S. The IDDM13 region containing the insulin-like growth factor binding protein-5 (IGFBP5) gene on chromosome 2q33-q36 and the genetic susceptibility to rheumatoid arthritis. Genes Immun. 2002 Apr;3(2):110-113. doi: 10.1038/sj.gene.6363847. PMID: 11960310.

30.  Kim, S., Edwards, J.R., Deng, L., **Chung, W.K.,** Ju, J. Solid phase capturable dideoxynucleotides or multiplex genotyping using mass spectrometry. Nucleic Acids Res. 2002 Aug 15;30(16):e85. PMID: 12177313. PMCID: PMC134258.

31.  * Bretschger, S., Caine, E., Leibel, R.L., **Chung, W.K.** Mutational Analysis of the Wolfram syndrome gene (*WFS1*) in Greek and Dominican subjects. International Journal on Disability and Human Development. 3(1):13-20, 2002.

32.  Phan, L.K., Feng, L., LeDuc, C.A., **Chung, W.K,** Leibel, R.L. The mouse mahoganoid coat color mutation disrupts a novel C3HC4 RING domain protein. J Clin Invest. 2002 Nov;110(10):1449-1459.PMID: 12438443**. PMCID:** PMC151815.

33.  Renwick, N., Nasr, S.H., **Chung, W.K.,** Garvin, J., Markowitz, G.S., Marboe, C., Thaker, H.M., D'Agati, V.D. Foamy Podocytes. Am J Kidney Dis. 2003 Apr;41(4):891-896, 2003. PMID: 12666077.

34.  Levy, J., **Chung, W.,** Garzon, M., Gallagher, M.P., Oberfield, S.E., Lieber, E., Anyane-Yeboa, K. Congenital myopathy, recurrent secretory diarrhea, bullous eruption of skin, microcephaly, and deafness: a new genetic syndrome? Am J Med Genet. 2003 Jan 1;116A(1):20-25. PMID: 12476446.

35.  Tay, S.K., Akman, H.O., **Chung, W.K.,** Pike, M.G., Muntoni, F., Hays, A.P., Shanske, S., Valberg, S.J., Mickelson, J.R., Tanji, K., DiMauro, S. Fatal infantile neuromuscular presentation of glycogen storage disease type IV. Neuromuscul Disord. 204 Apr;14(4):253-260. doi: 10.1016/j.nmd.2003.12.006. PMID: 15019703.

36.  Iacobazzi, V., Invernizzi, F., Pons, R., **Chung, W.,** Garavaglia, B., Dionisi-Vici, C., Ribes, A., Parini, R., Huertas, M.D., Roldan, S., Lauria, G., Palmieri, F., Taroni, F. Molecular and functional analysis of SLC25A20 mutations causing carnitine-acylcarnitine translocase deficiency. Hum Mutat. 2004 Oct;24(4):312-320. doi: 10.1002/humu.20085. PMID: 15365988.

37.  Jobanputra, V., Sebat, J., Troge, J., **Chung, W.K.,** Anyane-Yeboa, K., Wigler, M., Warburton, D. Application of ROMA (representational oligonucleotide microarray analysis) to patients with cytogenetic rearrangements. Genet Med. February 2005 Feb;7(2):111-8. doi: 10.1097/01.gim.0000153661.11110.fb. PMID: 15714078.

38. Sun, L., Eklund, E.A., **Chung, W.K.,** Wang, C., Cohen, J., Freeze, H.H. Congenital disorder of glycosylation id presenting with hyperinsulinemic hypoglycemia and islet cell hyperplasia. J Clin Endocrinol Metab. 2005 Jul;90(7):4371-5. doi: 10.1210/jc.2005-0250. PMID: 15840742.

39. Jobanputra, V., **Chung, W.K., Hacker, A.M., Emanuel, B.S., Warburton, D.** A unique case of der(11)t(11;22),-22 arising from 3:1 segregation of a maternal t(11;22) in a family with co-segregation of the translocation and breast cancer. Prenatal Diagn. 2005 Aug;25(8):683-686. PMID: 16049998. PMCID: PMC2810961.

40. *Matsuoka, N., Patki, A., Tiwari, H.K., Allison, D.B., Johnson, S.B., Gregersen, P.K., Leibel, R.L., **Chung, W.K.** Association of K121Q polymorphism in ENPP1 (PC-1) with BMI in Caucasian and African-American adults. Int J Obes (Lond). 2006 Feb;30(2):233-237. doi: 10.1038/sj.ijo.0803132. PMID: 16231022.

41. Monaco, S. E., Davis, M., Huang, A.C., Bhagat, G., Baergen, R.N., Lorenz, J.M., Chung, W.K., Thaker, H.M. Alpha-thalassemia major presenting in a term neonate without hydrops. Pediatr Dev Pathol. 2005 Nov-Dec;8(6):706-709. doi: 10.1007/s10024-005-0063-2. PMID: 16328666.

42. *Codner, E., Deng, L., Pérez-Bravo, F., Román, R., Lanzano, P., Cassorla, F., **Chung, W.K.** Glucokinase mutations in young children with hyperglycemia. Diabetes MetabRes Rev. 2006 Sep-Oct;22(5):348-355. doi: 10.1002/dmrr.622. PMID: 16444761.

43. Phan, L. K., **Chung, W. K.,** Leibel, R. L. The mahoganoid Mutation (Mgrn1$^{md}$) improves insulin sensitivity in mice with mutations in the melanocortin signaling pathway independently of effects on adiposity. Am J Physiol Endocrinol Metab. 2006 Sep;291(3):E611-620. doi: 10.1152/ajpendo.00034.2006. PMID: 16638826.

44. Klitzman, R., Thorne, D., Williamson, J., **Chung, W.,** Marder, K. Decision-making about reproductive choices among individuals at-risk for Huntington's disease. J GenetCouns. 2007 Jun;16(3):347-362. doi: 10.1007/s10897-006-9080-1. PMID: 17473962.

45. *Selamet Tierney, E. S., Marans, Z., Rutkin, M.B., **Chung, W.K.** Variants of the CFC1 gene in patients with laterality defects associated with congenital cardiac disease. Cardiol Young. 2007 Jun;17(3):268-274. doi: 10.1017/S1047951107000455. PMID: 17445335.

46. Limaye, N., Revencu, N., Boon, L., **Chung, W.,** Daras, M.D., Gardner, M., Garrett, C., Gillerot, Y., Giménez-Arnau, A., Guzzetta, F., Heimdal, K., Lissens, W., Matthijs, G., Taub, E., Van Maldergem, L., Van Regemorter, N., Wieczorek, D., Wood, N.W., Vikkula, M. Novel human pathological mutations. Gene symbol: KRIT1. Disease: cerebral cavernous malformation. Hum Genet. 2007 Dec;122(5):552. PMID: 18383594.

47. Freda, P.U., **Chung, W.K.,** Matsuoka, N., Walsh, J. E., Kanibir, M. N., Kleinman, G., Wang, Y., Bruce, J. N., Post, K. D. Analysis of GNAS mutations in 60 growth hormone secreting pituitary tumors: correlation with clinical and pathological characteristics and surgical outcome based on highly sensitive GH and IGF-I criteria for remission. Pituitary. 2007;10(3):275-282. doi: 10.1007/s11102-007-0058-2. PMID: 17594522.

48. Sebat, J.,Lakshmi, B., Malhotra, D., Lese-Martin, C., Troge, J., Walsh, T., Yamrom1, B., Yoon, S., Krasnitz, A., Kendall, J., Leotta. A., Pai 1, D., Zhang, R., Lee, Y.H., Hicks, J., Spence, S.J., Lee, A.T., Puura, K., Lehtimäki, T., Ledbetter, D., Gregersen, P.K., Bregman, J., Sutcliffe, J.S., Jobanputra, V., **Chung, W.,** Warburton, D., King, M.C., Skuse, D., Geschwind, D.H.T., Gilliam, C., Ye, K., Wigler, M. Strong association of de novo copy

number mutations with autism.  Science.  2007 Apr 20;316(5823):445-9.  PMID: 17363630. PMCID: PMC2993504.

49.     Apicella, C., Dowty, J.G., Dite, G.S., Jenkins, M.A., Sernie, R.T., Daly, M.B., Andrulis, I.L., John, E.M., Buys, S.S., Li, F.P., Glendon, G., **Chung, W.,** Ozcelik, H., Miron, A., Kotar, J., Southey, M.C., Foukles, W.D., Hopper, J.L. Validation study of the LAMBDA model for predicting the BRCA1 or BRCA2 mutation carrier status of North American Ashkenazi Jewish women.  Clin Genet.  2007 Aug;72(2):87-97. doi: 10.1111/j.1399-0004.2007.00841.x. PMID: 17661812.

50.     Kaufman, B.D., Auerbach, S., Reddy, S., Manlhiot, D., Deng, L., Prakash, A., Printz, B.F., Gruber, D., Papavassiliou, S., Hsu, S., Sehnert, A., **Chung, W.K.,** Mital, S. RAAS gene polymorphisms influence progression of pediatric hypertrophic cardiomyopathy. Hum Genet. 2007 Dec;122(5):515-23. doi: 10.1007/s00439-007-0429-9. PMID: 17851694.

51.     Bankston, J.R., Sampson, K.J., Kateriya, S., Glaaser, I.W., Malito, D.L., **Chung, W.K.,** Kass, R.S.  A novel LQT-3 mutation disrupts an inactivation gate complex with distinct rate-dependent phenotypic consequences. Channels (Austin). 2007 Jul-Aug;1(4):273-80. doi: 10.4161/chan.4956. PMID: 18708744.

52.     Klitzman, R., Thorne, D., Williamson, J., **Chung, W.,** Marder, K.  Disclosures of Huntington disease risk within families: patterns of decision making and implications.  Am J Med Genet A. 2007 Aug 15;143A(16):1835-1849. doi: 10.1002/ajmg.a.31864. PMID: 17632780.

53.     Abdulhadi-Atwan, M., Jean, A., **Chung, W.K.,** Meir, K., Ben Neriah, Z., Stratigopoulos, G., Oberfield, S.E., Fennoy, I., Hirsch, H.J., Bhangoo, A., Ten, S., Lerer, I., Zangen, D.H. Role of a founder c.201_202delCT mutation and new phenotypic features of congenital lipoid adrenal hyperplasia in Palestinians.  J Clin Endocrinol Metab. 2007 Oct;92(10):4000-4008. doi: 10.1210/jc.2007-1306. PMID: 17666473.

54.     *Matsuoka, N., Patki, A., Tiwari, H. K., Luke, A., Wu, X., Johnson, S. B., Gregersen, P. K., Allison,  D. B., Leibel, R. L., **Chung, W. K.** Association of *MC3R* with Body Mass Index in African-Americans.  International Journal of Body Composition Research. 5(4):123-139. 2007.

55.     Bankston, J.R., Yue, M., **Chung, W.,** Spyres, M., Pass, R., Silver, E., Sampson, K.J., Kass, R. J.  A Novel and Lethal *De Novo* LQT-3 Mutation in a Newborn with Distinct Molecular Pharmacology and Therapeutic Response. PLoS One. 2(12):e1258, 2007.  PMID: 18060054. PMCID: PMC2082660.

56.     Rhee, D., Solowiejczyk, D., Altmann, K., Prakash, S., Gersony, W.M., Stolar, C., Kleinman, K., Anyane Yeboa, K., **Chung, W.K.,** Hsu, D.  Incidence of Aortic Root Dilatation in Pectus Excavatum and its Association with Marfan Syndrome.  Archives of Pediatrics and Adolescent Medicine. 162(9):882-885, 2008.  PMID: 18762608.

57.     *Jean, A., Mansukhani, M., Oberfield, S.E., Fennoy, I., Nakamoto, J., Atwan, M., Lerer, I., Ben Neriah, Z., Zangen, D.H., **Chung, W.K.** Prenatal Diagnosis of Congenital Lipoid Adrenal Hyperplasia (CLAH) by Estriol Amniotic Fluid Analysis and Molecular Genetic Testing. Prenatal Diagnosis. 28(1):11-14, 2008. PMID: 18058976.

58.     Gordon, E., Panaghie, P., Deng, L., Bee, K.J., Roepke, T.K., Krogh-Madsen, T., Christini, D.J., Ostrer, H., Basson, C.T., **Chung, W.K.,** Abbott, G.W.  A KCNE2 Mutation in a Patient

with Cardiac Arrhythmia Induced by Auditory Stimuli and Serum Electrolyte Imbalance. Cardiovascular Research. 77(1):98-106, 2008. PMID: 18006462.

59. Sproule, D.M., Dyme, J., Coku, J., de Vinck, D., Rosenzweig, E., **Chung, W.K.,** De Vivo, D.C. Pulmonary Artery Hypertension in a Child with MELAS Due to a Point Mutation of the Mitochondrial tRNA$^{(Leu)}$ gene (m.3243A>G). J Inherit Metab Dis. 2008 Dec;31 Suppl 3:497-503. PMID: 18181029.

60. Stratigopoulos, G., Padilla, S.L., LeDuc, C.A., Watson, E., Hattersley, A.T., McCarthy, M.I., **Chung, W.K.,** Leibel, R. Regulation of Fto/Ftm Gene Expression in Mice and Humans. American Journal of Physiology- Regulatory, Integrative and Comparative Physiology. 294(4):R1185-1196, 2008. PMID: 18256137. PMCID: PMC2808712.

61. Dokmanovic-Chouinard, M., **Chung, W.K.,** Chevre, J.C., Watson, E., Yonan, J., Wiegand, B., Bromberg, Y., Wakae, N., Wright, C., Overton, J., Ghosh, S., Sathe, G., Ammala, C., Brown, K., Ito, R., Leduc, C., Solomon, K., Fischer, S., Leibel, R.L. Positional Cloning of "Lisch-like", a Candidate Modifier of Susceptibility to Type 2 Diabetes in Mice. PLoS Genetics. 25;4(7): e1000137, 2008. PMID: 18654634. PMCID: PMC2464733.

62. Dimos, J.T., Rodolfa, K.T., Niakan, K.K., Weisenthal, L.N., Mitsumoto, H., **Chung, W.,** Croft, G.F., Saphier, G., Leibel, R., Goland, R., Wichterle, H., Henderson, C.E., Eggan, K. Induced Pluripotent Stem Cells Generated from Patients with ALS can be differentiated into Motor Neurons. Science. 29;321(5893):1218-1221, 2008. PMID: 18669821.

63. Anderson, S.L., **Chung, W.K.,** Frezzo, J., Papp, J.C., Ekstein, J., DiMauro, S., Rubin, B.Y. A Novel Mutation in NDUFS4 Causes Leigh Syndrome in an Ashkenazi Jewish Family. J Inherit MetabDis. 2008 Dec;31 Suppl 2:S461-7. PMID: 19107570.

64. Oskoui, M., Jacobson, L., **Chung, W.K.,** Haddad, J., Vincent, A., Kaufmann, P., De Vivo, D.C. Fetal Acetylcholine Receptor Inactivation Syndrome and Maternal Myasthenia Gravis. Neurology. 71(24):2010-2012, 2008. PMID: 19064884. PMCID: PMC2676977.

65. Klitzman, R., Zolovska, B., Folberth, W., Sauer, M.V., **Chung, W.K.,** Appelbaum, P. Preimplantation Genetic Diagnosis (PGD) on In-Vitro Fertilization (IVF) Websites: Presentations of Risks, Benefits and Other Information. Fertility and Sterility. 92(4):1276-1283. 2009. PMID: 18829009 PMCID: PMC2950118.

66. Neuhausen, S. L., Ozcelik, H., Southey, M.C., John, E. M., Godwin, A.K., **Chung, W.,** Iriondo-Perez, J., Miron, A., Santella, R.M., Whittemore, A., Andrulis, I.L., Buys, S.S., Daly, M.B., Hopper, J.L., Seminara, D., Senie, R.T., Terry, M.B., Breast Cancer Family Registry. *BRCA1* and *BRCA2* Mutation Carriers in the Breast Cancer Family Registry: An Open Resource for Collaborative Research. Breast Cancer Res Treat. 116(2):379-386, 2009. PMID: 18704680. PMCID: PMC2775077.

67. **Chung, W.K.,** Patki, A., Matsuoka, N., Boyer, B.B., Liu, N., Musani, S.K., Goropashnaya, A.V., Tan, P.L., Katsanis, N., Johnson, S.B., Gregersen, P.K., Allison, D.B., Leibel, R.L., Tiwari, H.K. Analysis of 30 Genes (355 SNPS) Related to Energy Homeostasis for Association with Adiposity in European-American and Yup'ik Eskimo Populations. Hum Hered. 2009;67(3):193-205. PMID: 19077438. PMCID: PMC271595.

68. Stratigopoulos, G., LeDuc, C.A., Matsuoka, N., Gutman, R., Rausch, Roberstson, S.A., Myers, M.G., **Chung, W.K.,** Chua, S.C., Leibel, Functional Consequences of the Human Leptin Receptor (LEPR) Q223R Transversion. Obesity (Silver Spring). 2009 Jan;17(1):126-35. doi: 10.1038/oby.2008.489. PMID: 18997673. PMCID: PMC2808713.

69. **Chung, W.K.**, Shin, M., Jaramillo, T.C., Leibel, R.L., LeDuc, C.A, Fischer, S.G., Tzilianos, E., Gheith, A.A., Lewis, A.S., Chetkovich, D.M. Absence Epilepsy in Apathetic, a Spontaneous Mutant Mouse Lacking the H Channel Subunit, HCN2. Neurobiology of Disease. 33(3):499-508, 2009. PMID: 19150498. PMCID: PMC2643333.

70. **Chung, W. K.,** Deng, L., Carroll, S.J., Mallory, N., Diamond, B., Rosenzweig, E.B., Barst, R.J., Morse, J.H. Polymorphism in the Angiotensin II Type 1 Receptor (*AGTRI*) is Associated with Age at Diagnosis in Pulmonary Arterial Hypertension. Journal of Heart and Lung Transplantation. 28(4):373-9, 2009. PMID: 19332265. PMCID: PMC3712279.

71. * Chang, W., Winder, T.L., LeDuc, C.A., Simpson, L.L., Millar, W.S., Dungan, J., Ginsberg, N., Plaga, S., Moore, S.A., **Chung, W.K.** Founder *Fukutin* mutation causes Walker-Warburg syndrome in four Ashkenazi Jewish families. Prenatal Diagnosis. 29(6):560-569, 2009. PMID: 19266496. PMCID: PMC2735827.

72. * Lee, T. M., Addonizio, L. J., Barshop, B. A., **Chung, W. K.** Unusual Presentation of Propionic Acidemia as Isolated Cardiomyopathy. Journal of Inherited Metabolic Disease. S97-101, 2009. PMID: 19238581. PMCID: PMC3777722.

73. *Codner, E., Rocha, A., Deng, L., Martínez-Aguayo, A., Mericq, M.V., Godoy, C., **Chung, W.K.** Mild Fasting Hyperglycemia in Children: High Rate of Glucokinase Mutations and Some Risk of Developing Type 1 Diabetes Mellitus. Pediatr Diabetes. 10(6):382-388, 2009. PMID: 19309449. PMCID: PMC196775.

74. Keller, K.L. Reid, A., MacDougal, M.C., Cassano, H., Song, J.L., Deng, L, Lanzano, P., **Chung, W.K.,** Kissileff, H.R. Sex Differences in the Effects of Inherited Bitter Thiourea Sensitive on Body Weight in 4-6 year old Children. Obesity. 18(6):1194-1200, 2009. PMID: 19779476. PMCID: PMC2877149.

75. Auerbach, S.R., Manlhiot, C., Reddy, S., Kinnear, C., Richmond, M.E., Gruber, D., McCrindle, B.W., Deng, L., Chen, J. M., Addonizio, L, J., **Chung, W.K.,** Mital, S. Recipient Genotype is a Predictor of Allograft Cytokine Expression and Outcomes after Pediatric Cardiac Transplantation. J Am Coll Cardio. 53(20):1909-1917, 2009. PMID: 19442892.

76. *Tefferi, A., Sirhan, S., Sun, Y., Lasho, T., Finke, C.M., Weisberger, J., Bale, S., Compton, J., LeDuc, C.A., Pardanani, A., Thorland, E.C., Shevchenko, Y., Grodman, M., **Chung, W.K.** Oligonucleotide Array CGH Studies in Myeloproliferative Neoplasms: Comparison with JAK2V617F Mutational Status and Conventional Chromosome Analysis. Leuk Res. 33(5):662-664, 2009. PMID: 18937974.

77. Silver, E.S., Liberman, L., **Chung, W.K.,** Spotnitz, H.M., Chen, J.M., Ackerman, M. J., Moir, C., Hordof, A.J., Pass, R. H. Long QT Syndrome Due to a Novel Mutation in SCN5A: Treatment with ICD Placement at One Month and Left Cardiac Sympathetic Denervation at 3 Months of Age. Journal of Interventional Cardiac Electrophysiology. 26(1):41-5, 2009. PMID: 19669871. PMCID: PMC3332535.

78. Rodriguez-Murillo, L., Subaran, R., Stewart, W.C., Pramanik, W., Marathe, S., Barst, R.J., **Chung, W.K.,** Greenberg, D.A. Novel Loci Interacting Epistatically with Bone Morphogenetic Protein Receptor 2 Cause Familial Pulmonary Arterial Hypertension. Journal of Heart and Lung Transplantation. 29(2):174-180, 2010. PMID: 19864167. PMCID: PMC2815041.

79.   * Stratigopoulos, G., Lanzano, P., Deng, L., Guo, J., Kaufmann, P., Darras, B., Finkel, R., Tawil, R., McDermott, M. P., Martens, W., DeVivo, D. C., **Chung, W. K**. Association of *Plastin 3* Expression with Disease Severity in Spinal Muscular Atrophy Only in Postpubertal Females. Archives of Neurology. 67(10):1252-1256, 2010. PMID: 20937953.

80.   *Klitzman, R., **Chung, W.** The Process of Deciding about Prophylactic Surgery for Breast and Ovarian Cancer: Patient Questions, Uncertainty, and Communication. American Journal of Medical Genetics. 152A(1):52-66, 2010. PMID: 20014126. PMCID: PMC3152786.

81.   Montes, J., McDermott, M. P., Martens, W.B., Dunaway, S., Glanzman, A.M., Riley, S., Quigley, J., Montgomery, M.J., Sproule, D., Tawil, R., **Chung, W.K.,** Darras, B.T., De Vivo, D.C., Kaufmann, P., Finkel, R.S., Muscle Study Group and the Pediatric Neuromuscular Clinical Research Network. Six Minute Walk Test Demonstrates Motor Fatigue in Spinal Muscular Atrophy. Neurology. 74(10):833-838, 2010. PMID: 20211907. PMCID: PMC2839195.

82.   Levy, B., Wang, D., Ullner, P.M., Engelstad, K., Yang, H., Nahum, O., **Chung, W.K.,** De Vivo, D.C. Uncovering Microdeletions in Patients with Severe Glut-1 Deficiency Syndrome Using SNP Oligonucleotide Microarray Analysis. Mol Genet Metab. 100(2):129-135, 2010. PMID: 20382060.

83.   Rotstein M., Engelstad K., Yang H., Wang, D., Levy B., **Chung, W.K.,** De Vivo, D.C. Glut1 Deficiency: Inheritance Pattern Determined by Haploinsufficiency. Annals of Neurology. 68(6):955-958, 2010. PMID: 20687207. PMCID: PMC2994988.

84.   Hsu, D. T., Zak, V., Mahony, L., Sleeper, L.A., Atz, A.M., Levine, J.C., Barker, P.C., Ravishankar, C., McCrindle, B.W., Williams, R.V., Altmann, K., Ghanayem, N.S., Margossian, R., **Chung, W.K.,** Border, W.L., Pearson, G.D., Stylianou, M.P., Mital, S., Pediatric Heart Network Investigators. Enalapril in Infants with Single Ventricle: Results of a Multicenter Randomized Trial. Circulation. 122(4):333-340, 2010. PMID: 20625111. PMCID: PMC3692364.

85.   Saltzman, A.J., Mancini-DiNardo, D., Li, C., **Chung, W.K.,** Ho, C.Y., Hurst, S., Wynn, J., Care, M., Hamilton, R.M., Seidman, G.W., Gorham, J., McDonough, B., Sparks, E., Seidman, J.G., Seidman, C.E., Rehm, H.L. Short Communication: the Cardiac Myosin Binding protein C Arg502Trp Mutation: a Common Cause of Hypertrophic Cardiomyopathy. Circulation Research. 14;106(9):1549-1552, 2010. PMID: 20378854. PMCID: PMC2893345.

86.   Gallagher, D., Larson, E.L., Wang, Y.H., Richards, B., Weng, C., Hametz, P., Begg, M.D., **Chung, W.K.,** Boden-Albala, B., and Akabas, S.R. Identifying Interdisciplinary Research Priorities to Prevent and Treat Pediatric Obesity in New York City. *Clinical and Translational Science.* 3(4):172-177, 2010. PMID: 20718818. PMCID: PMC3677023.

87.   Verna, E.C., Hwang, C., Steven, P. D., Rotterdam, H., Stavropoulos, S.N., Sy, C.D., Prince, M.A., **Chung, W.K.,** Fine, R.L., Chabot, J.A., Frucht, H. Pancreatic Cancer Screening in a Prospective Cohort of High-Risk Patients: A Comprehensive Strategy of Imaging and Genetics. Clin Cancer Res; 16(20), 2010. PMID: 20876795.

88.   Kaufmann, P., McDermott, M.P., Darras, B.T., Finkel, R., Kang, P.B., Oskoui, M., Constantinescu, A., Sproule, D.M., Foley, A.R., Young, M.L., Tawil, R., **Chung, W.,** Martens, W.B., Montes, J., O'Hagen, J., Flickinger, J., Quigley, J., Riley, S., Glanzman, A.M., Benton, M., Ryan, P.A., Luebbe, L., Irvine, C., Annis, C., Butler, H., Caracciolo, J.,

Montgomery, M., Marra, J., Koo, B., Dunaway, S., De Vivo, D.C., the Muscle Study Group (MSG), The Pediatric Neuromuscular Clinical Research Network for Spinal Muscular Atrophy (PNCR). Observational Study of Spinal Muscular Atrophy Type 2 and 3: Functional Outcomes over 1 Year. Archives of Neurology. 68(6):779-786, 2011. PMID: 21320981. PMCID: PMC3839315.

89. **Chung, W.K.,** Kitner, C., Maron, B. J. Novel Frameshift Mutation in Troponin C (*TNNC1*) Associated with Hypertrophic Cardiomyopathy and Sudden Death. Cardiology in the Young. 21(3):345-348, 2011. PMID: 21262074.

90. Stratigopoulos, G., LeDuc, C.A., Cremona, M.L., **Chung, W.K.,** Leibel, R.L. Cut-like Homeobox 1 (CUX1) Regulates Expression of the Fat Mass and Obesity-Associated and Retinitis Pigmentosa GTPase Regulator-Interacting Protein-1-Like (RPGRIP1L) Genes and Coordinates Leptin Receptor Signaling. J Biol Chem. 286(3):2155-2170, 2011. PMID: 21037323. PMCID: PMC3023512.

91. Wu, H.C., John, E.M., Ferris, J.S., Keegan, T.H., **Chung, W.K.,** Andrulis, I., Delgado Cruzata,. L., Kappil, M., Gonzalez, K., Santella, R.M., Terry, M.B. Global DNA Methylation Levels in Girls With and Without a Family History of Breast Cancer. Epigenetics. 6(1):29-33, 2011. PMID: 20930546. PMCID: PMC3052913.

92. * Lee, T.M., Welsh, M., Benhamed, S., **Chung, W.K.** Intragenic Deletion as a Novel Type of Mutation in Wolman Disease. Mol Genet Metab. 104(4):703-705, 2011. PMID: 21963785. PMCID: PMC3781170.

93. * Lee, T.M., Berman-Rosenweig, E., Slonim, A.E., **Chung, W.K.** Two Cases of Pulmonary Hypertension Associated with Type III Glycogen Storage Disease. JIMD Reports. 1:79-82, 2011. PMID: 23430832. PMCID: PMC 3509822.

94. * Coromilas, A., Brandling-Bennett, H.A., Morel, K.D., **Chung, W.K.** Novel *SLC39A4* Mutation in Acrodermatitis Enteropathica. Pediatric Dermatology. 28(6):697-700, 2011. PMID: 22082465.

95. Yang, H., Wang, D., Engelstad, K., Bagay, L., Wei, Y., Rotstein, M., Aggarwal, V., Levy, B., Ma, L., **Chung, W.K.,** De Vivo, D. C. Glut1 Deficiency Syndrome and Erythrocyte Glucose Uptake Assay. Ann Neurol. 70(6):996-1005, 2011. PMID: 22190371.

96. Ash, S., Vaccaro, B.J., Dabney, M.K., **Chung, W.K.,** Lightdale, C.J., Abrams, J.A. Comparison of Endoscopic and Clinical Characteristics of Patients with Familial and Sporadic Barrett's Esophagus Digestive Diseases and Sciences. 56(6):1702-6, 2011. PMID: 21347561. PMCID: PMC3144147.

97. * Brenner, L., Burke, K., LeDuc, C.A., Guha, S., Guo, J., **Chung, W.K.** Novel Splice Mutation in Microthalmia-Associated Transcription Factor in Waardenburg Syndrome. Genetic Testing and Molecular Biomarkers. 15(7-8):525-529, 2011. PMID: 21438779.

98. *Imundo, L., LeDuc, C.A., Guha, S., Brown, M., Perino, G., Gushulak, L., Triggs-Raine, B., **Chung, W.K.** A Complete Deficiency of Hyaluronoglucosaminidase 1 (*HYAL1*) Presenting as Familial Juvenile Idiopathic Arthritis. Journal of Inherited Metabolic Disease. 34(5):1013-1022, 2011. PMID: 21559944.

99. Paciorkowski, A.R., Thio, L.L., Rosenfeld, J.A., Mokry, J., Gajecka, M., Gurnett, C., Kulkarni, S., **Chung, W.K.,** Marsh, E.D., Gentile, M., Reggin, J.D., Balasubramanian, S., Kumar, R., Christian, S.L., Marini, C., Guerrini, R., Maltsev, N., Shaffer, L., Dobyns, W.B. Copy Number Variants and Infantile Spasms: Evidence for Abnormalities in Ventral

Forebrain Development and Pathways of Synaptic Function. European Journal of Human Genetics. 19(12):1238-1245, 2011. PMID: 21694734. PMCID: PMC3230360.

100.   Woo, J.H., Lai, A.M., **Chung, W.K.,** Weng, C. Similarity-based Disease Risk Assessment for Personal Genomes: Proof of Concept. AMIA Annu Symp Proc. 2011:1524-1531, 2011. PMID: 22195217. PMCID: PMC3243222.

101.   Glanzman, A.M., O'Hagen, J.M., McDermott, M.P., Martens, W.B., Flickinger, J., Riley, S., Quigley, J., Montes, J., Dunaway, S., Deng, L., **Chung, W.K.,** Tawil, R., Darras, B.T., De Vivo, D.C., Kaufmann, P., Finkel, R.S., Pediatric Neuromuscular Clinical Research Network for Spinal Muscular Atrophy (PNCR), Muscle Study Group (MSG). Validation of the Expanded Hammersmith Functional Motor Scale in SMA Type II and III. Journal of Child Neurology. 26(12):1499-1507, 2011. PMID: 21940700.

102.   Mital, S., **Chung, W.K.,** Colan, S.D., Sleeper, L.A., Manlhiot, C., Arrington, C.G., Cnota, J.F., Graham, E. M., Mitchell, M. E., Goldmuntz, E., Levine, J.C., Lee, T.M., Margossian, R., Hsu, D.T., Pediatric Heart Network Investigators. Renin-Angiotensin-Aldosterone Genotype Influences Ventricular Remodeling Response in Infants with Single Ventricle. Circulation. 123(21):2353-2362, 2011. PMID: 21576655. PMCID: PMC3137902.

103.   Glanzman, A.M., McDermott, M.P., Montes, J., Martens, W.B., Flickinger, J., Riley, S., Quigley, J., Dunaway, S., O'Hagen, J.M., Deng, L., **Chung, W.K.,** Tawil, R., Darras, B.T., Yang, M., Sproule, D., De Vivo, D.C., Kaufmann, P., Finkel, R.S., Pediatric Neuromuscular Clinical Research Network for Spinal Muscular Atrophy, Muscle Study Group. Validation of the Children's Hospital of Philadelphia Infant Test of Neuromuscular Disorders (CHOP INTEND). Pediatric Physical Therapy. 23(4):322-326, 2011. PMID: 22090068.

104.   *Tiwari, H.T., Patki, A., Lieberman, J., Stroup, T.S., Allison, D.B., Leibel, R.L., **Chung, W.K.** Association of Allelic Variation in Genes Mediating Aspects of Energy Homeostasis with Weight Gain During Administration of Antipsychotic Drugs (CATIE Study). Front Genet. 1;2:56, 2011. PMID: 22039372. PMCID: PMC3202977.

105.   Mulligan, A.M., Couch, F.J., Barrowdale, D., Domchek, S.M., Eccles, D., Nevanlinna, H., Ramus, S.J., Robson, M., Sherman, M., Spurdle, A.B., Wappenshcmidit, B., Lee, A., Mcgoffog, L., Healy, S., Sinilnikova, O.M., Janavivius, R., Hansen, T.O., Nielsen, F.C., Ejlertsen, B., Osorio, A., Munoz-Repeto, I., Duran, M., Godino, J., Pertesi, M., Benitez, J., Peterlongo, P., Manoukian, S., Peissel, B., Zaffaroni, D., Cattaneo, E., Bonanni, B., Viel, A., Pasini, B., Papi, L., Ottini, Saverese, A., Benard, L., Radice, P., Hamann, U., Verheus, M., Meijers-Heijboer, H.E.J., Wijnen, J., Garcia, E.B.G., Nelen, M.R., Kets, C.M., Seynaeve, C., Tilanus-Linthorst, M.M.A., Van Der Luijt, R.B., Rookus, M., Frost, D., Jones, J.L., Evans, D.G., Lalloo, F., Eeles, R., Izatt, L., Adlard, J., Davidson, R., Cook, J., Donaldson, A., Dorkins, H., Gregory, H. Eason, J., Houghton, C., Barwell, J., Side, L.E., McCann, E., Murray, A., Peock, S., Godwin, A.K., Schmutzler, R.K., Rhiem, K., Engel, C., Meindl, A., Ruehl, I., Arnold, N., Niederacher, D., Sutter, C., Deissler, H., Gadzicki, D., Kast, K., Preisler-Adams, S., Varon-Mateeva, R., Schoenbuchner, I., Fiebig, B., Heinritz, W., Schafer, D., Gevensleben, H., Caux-Moncoutier, V., Fassy-Colcombet, M., Cornelis, F., Mazyoyer, S., Leone, M., Boutry-Kryza, N., Hardouin, A., Berthet, P., Muller, D., Fricker, J.P., Mortemousque, I., Pujol, P., Coupier, I., Lebrun, M., Kientz, C., Longy, M., Seventet, N., Stoppa-Lyonnet, D., Isaacs, C., Caldes, T., De Le Hoya, M., Heikkinen, T., Aittomaki, K., Blanco, I., Lazaro, C., Barkardottir, R.B., Soucy, P., Dumont, M., Simard, J., Montagna, M., Tognazzo, S., D'Andrea, E., Fox, S., Yan, M., Rebbeck, T. Olopade, O., Weitzel, J.N., Lynch, H.T., Ganz, P.A., Tomlinson, G.E., Wang, X., Frederickson, Z., Pankratz, V.,

Lindor, N.M., Szabo, C., Offit, K., Sakr, R., Gaudet, M., Bhatia, J., Kauff, N., Mai. P.L., Greene, M.H., Imyanitov, E., O'Malley, Ozcelik, H., Glendon, G., Toland, A.E., Gerdes, A.M., Thomassen, M., Kruse, T.A., Jensen, U.B., Skyette, A.B., Caligo, M.A., Soller, M., Henriksson, K., Wachenfeldt, V.A., Arver, B., Pharoah, P.D.P., Moysich, K.B.,m Nathanson, K.L., Karlan, B. Y., Gross, J., John, E.M., Daly, M.B., Buys, S.M., Southey, M.C., Hopper, J.L., Terry, M.B., **Chung, W.K.**, Miron, A.F., Goldgar, D., Chenevix-Trench, G., Easton D.F., Andrulis, I.R., Antoniou, A.C., Breast Cancer Family Registry, EMBRACR, GEMO Study Collaborators, HEBON, kConFab Investigators, Ontario Cancer Genetics Network, SWE-BRCA, CIMBA. Common Breast Cancer Susceptibility Alleles are Associated with Tumor Subtypes in BRCA1 and BRCA2 Mutation Carriers: Results from the Consortium of Investigators of Modifiers of BRCA1/2. Breast Cancer Research. 13(6):R110, 2011. PMID: 22053997. PMCID: PMC3326552.

106.   * Ma, L., Selamet Tierney, E.S., Lee, T., Lanzano, P., **Chung, W.K**. Mutations in ZIC3 and ACVR2B are a Common Cause of Heterotraxy and Associated Cardiovascular Anomalies. Cardiology of the Young. 22(2):194-201, 2012. PMID: 21864452. PMCID: PMC3678527.

107.   Saada, A., Edvardson, S., Shaag, A., **Chung, W. K.,** Segel, R., Miller, C., Jalas, C., Elpeleg, O. Combined OXPHOS Complex I and IV Defect, Due to Mutated Complex I Assembly Factor C20ORF7. Journal of Inherited Metabolic Disease. 35(1):125-131, 2012. PMID: 21607760.

108.   Liang. L.C.H., Sakimura, J., May, D., Breen, C., Driggin, E., Tepper, B.J., **Chung, W.K., Keller, K.L.** Fat Discrimination: A phenotype with potential Implications for Studying Fat Intake Behaviors and Obesity. Physiology and Behavior. 105(2):470-5, 2012. PMID: 21925524. PMCID: PMC3743656.

109.   *Lee, T., Maurer, M.S., Karbassi, I., Braastad, C., Batish, S.D., **Chung, W.K.** Severe Dilated Cardiomyopathy in a Patient with Myotonic Dystrophy Type 2 and Homozygous Repeat Expansion in ZNF9. Congestive Heart Failure. 18(3):183-186, 2012. PMID: 22587749. PMCID: PMC3678523.

110.   Couch, F.J., Gaudet, M.M., Antoniou, A.C., Ramus, S., Kuchenbaecker, K.B., Soucy, P., Beesley, J., Chen, X., Wang, X., Kirchhoff, T., McGuffog, L., Barrowdale, D., Lee, A., Healey, S., Sinilnikova, O.M., Andrulis, I.L., Thomassen, M., Gerdes, A.M., Caligo, M., Borg, A., Lindblom, A., Nathanson, K., Domchek, S., Lubinski, J., Jakubowska, A., Osorio, A., Benitez, F., Hamann, U., Hogervorst, F.B., Rookus, M., Peock, S., Godwin, A.K., Stoppa-Lyonnet, D., Hopper, J.L., Daly, M.B., Terry, M.B., **Chung, W.K.,** John, E.M., Buys, S.S., Miron, A., Southey, M., Goldgar, D., Singer, C.F., Hansen, T.V.O., Arason, A., Piedmonte, M., Toland, A.E., Imyanitov, M.M.E., Janavicius, R., Lazaro, C., Blanco, I., Gayther, S., Karlan, B.Y., Walsh, C.S., Joyce L., Seldon, M.B., Jansen van Rensburg, L., Diez, O., Schmutzler, R.K., Wappenschmidt, B., Caldes, T., de la Hoya, M., Nevanlinna, H., Tischkowitz, M., Spurdle, A.B., Healey, S., kConFab investigators, Neuhausen, S.L., Lindor, N., Fredericksen, Z., Pankratz, V.S., Peterlongo, P., Radice, P., Greene, M.H. Mai, P.L., Easton, D., Chenevix-Trench, G., Offit, K., Simard, J., Consortium of Investigators of Modifiers of BRCA 1/2. Common Variants at the 19p13.1 and ZNF365 Loci are Associated with ER Subtypes of Breast Cancer and Ovarian Cancer Risk in BRCA1 and BRCA2 Mutation Carriers. Cancer Epidemiol Biomarkers Prev. 2012 Apr;21(4):645-57. doi:10.1158/1055-9965.EPI-11-0888 PMID: 22351618. PMCID: PMC 3319317.

111.   Lakdawala, N.K., Funke, B.H., Baxter, S., Cirino, A.L., Roberts, A.E., Judge, D.P., Johnson, N., Mendelsohn, N.J., Morel, C., Care, M., **Chung, W.K.,** Jones, C., Psychogios, A., Duffy, E., Rehm, H.L., White, E., Seidman, J.G., Seidman, C.E., Ho, C.Y. Genetic

Testing for Dilated Cardiomyopathy in Clinical Practice. Journal of Cardiac Failure. 18(4):296-303, 2012. PMID: 22464770. PMCID: PMC3666099.

112. *Keller, K.L., Liang, L.C., Sakimura, J., May, D., van Belle, C., Breen, C., Driggin, E., Tepper, B.J., Lanzano, P.C., Deng, L., **Chung, W.K.** Common Variants in the CD36 gene are Associated with Oral Fat Perception, Fat Preferences, and Obesity in African-Americans. Obesity. 20(5):1066-1073, 2012. PMID: 22240721. PMCID: PMC3743670.

113. *Austin, E.D., Ma, L., Leduc, C., Berman Rosenzweig, E., Borczuk, A., Phillips, J.A., 3rd., Palomero, T., Sumazin, P., Kim, H.R., Talati, M.H., West, J., Loyd, J.E., **Chung, W.K.** Whole Exome Sequencing to Identify a Novel Gene (Caveolin-1) Associated with Human Pulmonary Arterial Hypertension. Circulation Cardiovascular Genetics. 5(3):336-343, 2012. PMID: 22474227. PMCID: PMC3380156.

114. Ramus, S.J., Antoniou, A.C., Kuchenbaecker, K.B., Soucy, P., Beesley, J., Chen, X., McGuffog, L., Sinilnikova, O.M., Healey, S., Barrowdale, D., Lee, A., Thomassen, M., Gerdes, A.M., Kruse, T.A., Jensen, U.B., Skytte, A.B., Caligo, M.A., Liljegren, A., Lindblom, A., Olsson, H., Kristoffersson, U., Stenmark- Askmalm, M., Melin, B., SWE-BRCA, Domchek, S.M., Nathanson, K.L., Rebbeck, T.R., Jakubowska, A., Lubinski, J., Jaworska, K., Durda, K., Zowocka E.B., Gronwald, J., Huzarski, T., Byrski, T., Cybulski, C., Toloczko-Grabarek, A., Osorio, A., Benitez, J., Duran, M., Tejada, M.I., Hamann, U., Rookus, M., van Leeuwen, F.E., Aalfs, C.M., Meijers-Heijboer, H.E.J., van Asperen, C.J., van Roozendaal, K.E.P., Hoogerbrugge, N., Collee, J. M., Kriege, M., van der Luijt, R.B., Hebon, Embrace, Peock, S., Frost, D., Ellis, S.D., Platte, R., Fineberg, E., Evans, D.G., Lalloo, F., Jacobs, C., Eeles, R., Adlard, J., Davidson, R., Eccles, D., Cole, T., Cook, J., Paterson, J., Douglas, F., Brewer, C., Hodgson, S., Morrison, P.J., Walker, L., Porteous, M.E., Kennedy, M.J., Pathak, H., Godwin, A.K., Stoppa-Lyonnet, D., Caux-Moncoutier, V., de Pauw, A., Gauthier-Villars, M., Mazoyer, S., Leone, M., Calender, A., Lasset, C., Bonadona, V., Hardouin, A., Berthet, P., Bignon, Y.J., Uhrhammer, N., Faivre, L., Loustalot, C., GEMO, Buys, S., Daly, M., Miron, A., Terry, M.B., **Chung, W.K.,** John, E.M., Southey, M., Goldgar, D., Singer, C.F., Tea, M.K., Pfeiler, G., Fink-Retter, A., Hansen, T.V.O., Ejlertsen, B., Johannsson, O. Th., Offit, K., Kirchhoff, T., Gaudet, M.M., Vijai, J., Robson, M., Piedmonte, M., Phillips, K.A., Van Le, L., Hoffman, J.S., Toland, A.E., Montagna, M., Tognazzo, S., Imyanitov, E., Isaacs, C., Janavicius, R., Lazaro, C., Blanco, I., Tornero, E., Navarro, M., Moysich, K.B., Karlan, B.Y., Gross, J., Olah, E., Vaszko, T., Teo, S.H., Ganz, P.A., Beattie, M.S., Dorfling, C.M., Van Rensburg, E. J., Diez, O., Kwong, A., Schmutzler, R.K., Wappenschmidt, B., Engel, C., Meindl, A., Ditsch, N., Arnold, N., Heidemann, S., Niederacher, D., Preisler-Adams, S., Gadzicki, D., Varon-Mateeva, R., Deissler, H., Gehrig, A., Sutter, C., Kast, K., Fiebig, B., Schafer, D., Caldes, T., De La Hoya, M., Nevanlinna, H., Aittomaki, K., Plante, M., Spurdle, A.B., kConFab, Neuhausen, S.L., Ding, Y.C., Wang, X., Lindor, N., Fredericksen, Z., Pankratz, V.S., Peterlongo, P., Manoukian, S., Peissel, B., Zaffaroni, D., Bonanni, B., Bernanrd, L., Dolcetti, R., Papi, L., Ottini, L., Radice, P., Greene, M.H., Mai, P.L., Andrulis, I.L., Glendon, G., Ozcelik, H., OCGN, Pharoah, P.D., Gayther, S.A., Simard, J., Easton, D.F., Couch, F.J., Chenevix-Trench, G., Consortium of Investigators of Modifiers of BRCA1/2 (CIMBA). Ovarian Cancer Susceptibility Alleles and Risk of Ovarian Cancer in BRCA1 and BRCA2 Mutation Carriers. Human Mutation. 33(4):690-702, 2012. PMID: 22253144. PMCID: PMC3458423.

115. Ball, M.P., Thakuri, J.V., Zaranek, A.W., Clegg, T., Rosenbaum, A.M., Wu, X., Angrist, M., Bhak, J., Bobe, J., Callow, M.J., Cano, C., Chou, M.F., **Chung, W.K.**, Douglas, S.M.,

Estep, P.W., Gore, A., Hulick, P., Labarga, A., Lee, J.H., Lunshof, J.E., Kim, B.C., Kim, J.I., Li, Z., Murray, M.F., Nilsen, G.B., Peters, B.A., Raman A.M., Rienhoff, H.Y., Robasky, K., Wheeler, M.T., Vandewege, W., Vorhaus, D.B., Yang, J.L., Yang, L., Aach, J., Ashley, E.A., Drmanac, R., Kim, S.J., Li, J.B., Peshkin, L., Seidman, C.E., Seo, J.S., Zhang, K., Rehm, H.L., Church, G.M. A Public Resource Facilitating Clinical Use of Genomes. Proc Natl Acad Sci USA. 109(30):11920-11927, 2012. PMID: 22797899. PMCID: PMC3409785.

116.   Klitzman, R., **Chung, W.,** Marder, K., Shanmugham, A., Chin, L.J., Stark, M., Leu, C.S., Appelbaum, P.S. Attitudes and Practices Among Internists Concerning Genetic Testing. Journal of Genetic Counseling. 22(1):90-100, 2012. PMID 22585186. PMCID: PMC3433636.

117.   Lennon, C.J., Birkeland, A.C., Nunez, J.A., Su, G.H., Lanzano, P., Guzman, E., Celis, K., Eisig, S.B., Hoffman, D., Rendon, M.T., Ostos, H., **Chung, W.K.,** Haddad, J. Jr. Association of Candidate Genes with Nonsyndromic Clefts in Honduran and Colombian Populations. Laryngoscope. 122(9):2082-2087, 2012. PMID: 22753311.

118.   * Spiro, J.E., Beaudet, A.L., Brewton, C.M., Chu, Z., Dempsey, A.G., Evans, Y.L., Garza, S., Hunter, J.V., Kanne, S.M., Laakman, A.L., Lasala, M.W., Llorens, A.V., Marzano, G., Moss, T.J., Nowell, K.P., Proud, M.B., Ramocki, M.B., Chen, Q., Vaughan, R., Berman, J., Blaskey, L., Hines, K.P., Kessler, S., Khan, S.Y., Qasmieh, S., Bibb, A.L., Paal, A.M., Page, P.Z., Smith-Packard, B., Buckner, R., Burko, J., Cavanagh, A.L., Cerban, B., Gallagher, A.S., Grant, E., Green Snyder, L.A., McNally-Keehn, R., Miller, D., Miller, F., Olson, J., Spence, S., Triantafyllou, C., Visyak, N., Atwell, C., Benedetti, M., Fischbach, G., Greenup, M., Packer, A., Tjernagel, J., Aaronson, B., Bukshpun, P., Cheong, M., Dale, C., Gobuty, S., Hinkley, L., Jeremy, R., Lee, H., Luks, T., Marco, E., Martin, A., Mukheriee, P, Nagarajan, S., Owens, J., Paul, B., Pojman, N., Sinha, T., Wakahiro, M., Alupay, H., Aaronson, B., Ackerman, S., Ankenmann, K., Aylward, E., Elgin, J., Gerdts, J., Johnson, K., Reilly, B., Shaw, D., Steinman, K., Stevens, A., Ward, T., Wenegrat, J, Roberts, T., Ledbetter, D., Lese Martin, C., Goin-Kochel, R.P., Bernier, R., Faucett, W.A., Sherr, E., Hanson, E., **Chung, W.K.** Simons Variation in Individuals Project (Simons VIP): A Genetics-First Approach to Studying Autism Spectrum and Related Neurodevelopmental Disorders. Neuron. 73(6):1063-1067, 2012. PMID: 22445335.

119.   Kaufmann, P., McDermott, M.P., Darras, B.T., Finkel, R.S., Sproule, D.M., Kang, P.B., Oskoui, M., Constantinescu, A., Gooch, C.L., Foley, A.R., Yang, M.L., Tawil, R., **Chung, W.K.,** Martens, W.B., Montes, J., Battista, V., O'Hagen, J., Dunaway, S., Flickinger, J., Quigley, J., Riley, S., Glanzman, A.M., Benton, M., Ryan, P.A., Punyanita, M., Montgomery, M.J., Marra, J., Koo, B., De Vivo, D.C., Muscle Study Group (MSG); Pediatric Neuromuscular Clinical Research Network for Spinal Muscular Atrophy (PNCR). Prospective Cohort Study of Spinal Muscular Atrophy Types 2 and 3. Neurology. 79(18):1889-1897, 2012. PMID: 23077013. PMCID: PMC3525313.

120.   Sanna-Cherchi, S., Kiryluk, K., Burgess, K.E., Bodria, M., Sampson, M.G., Hadley, D., Nees, S.N., Verbitsky, M., Perry, B.J., Sterken, R., Lozanovski, V.J., Materna-Kiryluk, A., Barlassina, C., Kini, A., Corbani, V., Carrea, A., Somenzi, D., Murtas, C., Ristoska-Bojkovska, N., Izzi, C., Bianco, B., Zaniew, M., Flogelova, H., Weng, P.L., Kacak, N., Giberti, S., Gigante, M., Arapovic, A., Drnasin, K., Caridi, G., Curioni, S., Allegri, F., Ammenti, A., Ferretti, S., Goj, V., Bernardo, L., Jobanputra, V., **Chung, W.K.,** Lifton, R.P., Sanders, S., State, M., Clark, L.N., Saraga, M., Padmanabhan, S., Dominiczak, A.F., Foround, T., Gesualdo, L., Gucev, Z., Allegri, L., Latos-Bielenska, A., Cusi, D., Scolari, F., Tasic, V., Hakonarson, H., Ghiggeri, G.M., Gharavi, A.G. Copy-Number Disorders are a

Common Cause of Congenital Kidney Malformations. Am J Hum Genet. 91(6):987-997, 2012. PMID: 23159250. PMCID: PMC3516596.

121.    * Zufferey, F., Sherr, E.H., Beckmann, N.D., Hanson, E., Maillard, A.M., Hippolyte, L., Macé, A., Ferrari, C., Kutalik, Z., Andrieux, J., Aylward, E., Barker, M., Bernier, R., Bouquillon, S., Conus, P., Delobel, B., Faucett, W.A., Goin-Kochel, R.P., Grant, E., Harewood, L., Hunter, J.V., Lebon, S., Ledbetter, D.H., Martin, C.L., Mannik, K., Martinet, D., Mukherjee, P., Ramocki, M.B., Spence, S.J., Steinman, K.J., Tjernagel, J., Spiro, J.E., Reymond, A., Beckmann, J.S., **Chung, W.K.,** Jacquemont, S., Simons VIP Consortium; 16p11.2 European Consortium. A 600 Kb Deletion Syndrome at 16p11.2 Leads to Energy Imbalance and Neuropsychiatric disorders. Journal of Medical Genetics. 49(10):660-668, 2012. PMID: 23054248. PMCID: PMC3494011.

122.    Klitzman, R., **Chung, W.,** Marder, K., Shanmugham, A., Chin, L.J., Stark, M., Leu, C.S., Appelbaum, P.S. Views of Internists towards Uses of PGD. Reproductive BioMedicine Online. 26(2):142-7, 2012. PMID: 23276655. PMCID: PMC3565017.

123.    Ding, Y. C., McGuffog ,L., Healey , S., Friedman , E., Laitman , Y., Shimon-Paluch , S., Kaufman, B., Liljegren , A., Lindblom , A., Olsson , H., Kristoffersson , U., Stenmark Askmalm , M., Melin, B., Domchek , S.M., Nathanson , K.L., Rebbeck , T.R., Jakubowska , A., Lubinski , J., Jaworska, K., Durda , K., Gronwald , J., Huzarski , T., Cybulski , C., Byrski , T., Osorio , A., Ramóny Cajal, T., Stavropoulou , A.V., Benítez , J., Hamann , U., Rookus , M.A., Aalfs , C.M.,     de Lange , J., Meijers-Heijboer , H.E., Oosterwijk , J.C., van Asperen , C.J., Gomez-Garcia, E.B., Hoogerbrugge, N., Jager , A., van der Luijt , R.B., Easten, D.F., Peock , S., Frost, D., Ellis, S.D., Platte, R., Fineberg, E., Evans, D.G.R., Lalloo, F., Izatt , L., Eeles, R.A., Adlard, J., Davidson , R., Eccles, D.M., Cole, T., Cook, J., Brewer, C., Tischkowitz, M., Godwin, A.K., Pathak, H.B., Stoppa-Dr. Lyonnet, D., Sinilnikova, O.M., Mazoyer, S., Barjhoux, L., Léoné, M., Gauthier-Villars, M., Caux-Moncoutier, V., de Pauw, A., Hardouin, A., Berthet, P., Dreyfus, H., Fert Ferrer, S., Collonge-Rame, M.A., Sokolowska, J., Buys, S.S., Daly, M.B., Miron, A., Terry, M.B., **Chung, W.K.,** John, E.M., Southey, M.C., Goldgar, D.E., Singer, C.F., Tea Maria, M.K., Gschwantler-Kaulich, D.,     Fink-Retter, A., Hansen, T.V., Ejlertsen, B., Johannsson, O.T., Offit, K., Sarrel, K., Gaudet, M.M., Vijai, J., Robson, M.E., Piedmonte, M., Andrews, L., Cohn, D.E., DeMars, L.E., DiSilvestro, P., Rodriguez, G.C., Dr. Toland, A.E., Montagna, M., Agata, S., Imyanitov, E.N., Isaacs, C., Janavicius, R., Lazaro, C., Blanco, I., Ramus, S.J., Sucheston, L.E., Karlan, B.Y., Gross, J., Ganz, P.A., Beattie, M.S., Schmutzler, R.K., Wappenschmidt, B., Meindl, A., Arnold, N., Niederacher, D., Dr. Preisler-Adams., S., Gadzicki, D., Varon-Mateeva, R., Deissler, H., Gehrig, A., Sutter, C., Kast, K., Nevanlinna, H., Aittomäki, K., Simard, J., Dr. Spurdle, M., Beesley, J., Chen, X., Tomlinson, G.E., Weitzel, J.N., Garber, J.E., Olopade, F.I., Rubinstein, W.S., Tung, N., Blum, Narod, S.A., Brummel, S., Gillen, D.L., Lindor, N., Fredericksen, Z., Pankratz, V.S., Couch, F.J., Radice, P., Peterlongo, P., Greene, M.H., Loud, J.T., Mai, P.L., Andrulis, I.L., Glendon, G., Ozcelik, H., Gerdes, A.M., Thomassen, M., Jensen, U.B., Skytte, A.B., Caligo, M.A., Lee, A., Chenevix-Trench, G., Antoniou, A.C. A non-synonymous polymorphism in IRS1 modifies risk of developing breast and ovarian cancers in BRCA1 and ovarian cancer in BRCA2 mutation carriers. Cancer Epidemiol Biomarkers Prev. 21(8):1362-1370. 2012 PMID: 22729394. PMCID: PMC3415567.

124.    * Yu, L., Wynn, J., Ma, L., Guha, S., Mychaliska, G.B., Crombleholme, T.M., Azarow, K.S., Lim, F.Y., Chung, D.H., Potoka, D., Warner, B.W., Bucher, B., LeDuc, C.A., Costa, K., Stolar, C., Aspelund, G., Arkovitz,M., **Chung, W.K.** De Novo Copy Number Variants are Associated with Congenital Diaphragmatic Hernia. Journal of Medical Genetics. 49(10):650-659, 2012. PMID: 23054247. PMCID: PMC3696999.

125.    Couch, F.J., Wang, X., McGuffog, L., Lee, A., Olswold, C., Kuchenbaecker, K.,
        Fredericksen, Z., Barrowdale, D., Dennis, J., Gaudet, M.M., Dicks, E., Kosel , M., Healey,
        S., Sinilnikova, O., Soucy, P., Lee, A., Bacot, F., Vincent, D., Hogervorst, F.B.L., Peock,
        S., Stoppa-Lyonnet, D., Jakubowska, A., KConFab Investigators, Radice, P., Schmutzler,
        R.K., SWE-BRCA, Domchek, Marion Piedmonte, S.M., Singer, C.F., Friedman, E.,
        Thomassen, M., OCGN, Hansen, T. V.O., Neuhausen, S.L., Szabo, C.I., Blanco, I., Greene,
        M.H., Karlan, B.Y., Garber, J., Phelan, C.M., Weitzel, J.N., Montagna, M., Olah, E.,
        Andrulis, I.L., Godwin, A.K., Yannoukakos, D., Goldgar, D.E., Caldes, T., Nevanlinna, H.,
        Osorio, A., Terry, M.B., Daly, M.B., van Rensburg, E.J., Hamann, U., Ramus, S.J., a
        Toland, A.E., Caligo, M.A., Olopade, O.I., Tung, N., Claes, K., Beattie, M.S., Southey, M.,
        Imyanitov, E.N., Tischkowitz, M., Janavicius, R., John, E.M., Kwong, A., Diez, O.,
        Barkardottir, R.B., Arun, B.K., Rennert, G., Teo, S.H., Ganz, P.A., Campbell, I., van der
        Hout, A.H., van Deurzen, C.H.M., Seynaeve, C., Gómez Garcia, E.B., van Leeuwen, F.E.,
        Meijers-Heijboer, H.E.J., Waisfisz, Q., Ausems, M. G.E.M. , Blok, M.J., Ligtenberg,
        M.J.L., Rookus, M.A., Devilee, P., Verhoef, S., van Os, T.A.M., Wijnen, J.T., HEBON,
        Donaldson, A., Brewer, C., Evans, D.G., Frost, D., Eccles, D., Fineberg, E., Douglas, F.,
        Gregory, H., Dorkins, H., Cook, J., Adlard, J., Izatt, L., Side, L.E., Rogers, M.T., Morrison,
        P.J., Platte, R., Eeles, R., Hodgson, S., Ellis, S.D., Murray, A., McCann, E., Eason, J.,
        Houghton, C., EMBRACE, Calender, A., Hardouin , A., Berthet , P., Delnatte, C., Nogues,
        C., Lasset, C., Houdayer, C., Leroux, D., Rouleau, E., Prieur, F., Damiola, F., Sobol, H.,
        Coupier, I., Venat-Bouvet, L., Castera, L., Gauthier-Villars, M., Pujol, P., Mazoyer, S.,
        Bignon, Y.J., GEMO Study Collaborators, Złowocka-Perłowska, E., Gronwald, J., Lubinski,
        J., Durda , K., Jaworska, K., Huzarski, T., Spurdle, A.B., Viel, A., Peissel, B., Bonanni, B.,
        Melloni, G., Ottini, L., Papi, L., Varesco, L., Tibiletti, M.G., Peterlongo, P., Volorio, S.,
        Manoukian, S., Pensotti, V., Norbert, A., Engel, C., Deissler, H., Gadzicki, D., Gehrig, A.,
        Kast, K., Rhiem, K., Meindl, A., Niederacher, D., Ditsch, N., Plendl, H., Preisler-Adams,
        S., Engert, S., Steinemann, D., Sutter, C., Varon-Mateeva, R., Wappenschmidt, B., Weber,
        B.H., Arver, B., Stenmark-Askmalm, M., Loman, N., Rosenquist, R., Einbeigi, Z.,
        Nathanson, K.L., Rebbeck, T.R., Blank, S.V., Cohn, D.E., Rodriguez, G.C., Small, L.,
        Friedlander, M., Bae-Jump, V.L., Fink-Retter, A., Rappaport, C., Geschwantler Kaulich, D.,
        Pfeiler, G., Tea, M.K., Lindor, N., Kaufman, B., Paluch, S.S., Laitman, Y., Skytte, A.B.,
        Gerdes, A.M., Pedersen, I.S., Moeller, S.T., Kruse, T.A., Jensen, U.B., Vijai, J., Sarrel, K.,
        Robson, M., Kauff , N., Mulligan, A.M., Glendon, G., Ozcelik, H., Ejlertsen, B., Nielsen,
        F.C., Jønson, L., Andersen, M.K., Ding, Y.C., Steele, L., Foretova, L., Teulé, A., Lazaro, C.,
        Brunet, J., Pujana, M.A., Mai, P.L., Loud, J.T., Walsh, C., Lester, J., Orsulic, S., Narod,
        S.A., Herzog, J., Sand, S.R., Tognazzo, S., Agata, S., Vaszko, T., Weaver, J., Stavropoulou,
        A.V., Buys, S.S., Romero, A., de la Hoya, M., Aittomäki, K., Muranen, T.A., Duran, M.,
        **Chung, W.K.,** Lasa , A., Dorfling, C.M., Miron, A., BCFR, Benitez, J., Senter, L., Huo, D.,
        Chan, S.B., Sokolenko, A.P., Chiquette, J., Tihomirova, L., Friebel, T., Agnarsson, B.A., Lu,
        K.H., Lejbkowicz, F., James, P., Hall, P., Dunning, A., Tessier, D., Cunningham, J., Slager,
        S., Wang, C., Hart, S., Simard, J., Stevens, K., Pastinen, T., Pankratz, V.S., Offit, K.,
        Easton, D.F., Chenevix-Trench, G., Antoniou, A.C., CIMBA. Genome-Wide Association
        Study in *BRCA1* Mutation Carriers Identifies Novel Loci Associated with Breast and
        Ovarian Cancer Risk. PLOS Genetics. 9(3):e1003212, 2013. PMID: 23544013. PMCID:
        PMC3609646.

126.    Revencu, N., Boon, L.M, Mendola, A., Cordisco, M, Dubois, J., Clapuyt, P., Hammer, F.,
        Amor, D. J., Irvine, A.D., Baselga, E., Dompmartin, A., Syed. S., Martin-Santiago, A., Ades,
        L., Collins, F., Smith, J., Sandaradura, S., Barrio, V. R., Burrows, P.E., Blei, F., Cozzolino,
        M., Brunetti-Pierri, N., Vicente, A., Abramowica, M., Désir, J., Vilain, C., **Chung, W.K.,**

Wilson, A., Gardiner, C.A., Dwight, Y., Lord, D. J., Fishman, L., Cytrynbaum, C., Chamlin, S., Ghali, F., Gilaberte, Y., Joss, S., Boente Mdel, C., Leaute-Labrèze, C., Delrue, M. A., Bayliss, S., Martorell, L., Gonzalez-Ensenat, M.A., Mazereeuw-Hautier, J., O'Donnell, B., Bessis, D., Pyeritz, R.E., Salhi, A., Tan, O.T., Wargon, O., Mulliken, J.B., Vikkula, M. RASA1 Mutations and Associated Phenotypes in 68 Families with Capillary Malformation-Arteriovenous Malformation. Human Mutation. 34(12):1632-1641, 2013. PMID: 24038909.

127. Mocci, E., Milne, R.L., Mendez-Villamil, E.Y., Hopper, J.L., John, E.M., Andrulis, I.L., **Chung, W.K.,** Daly, M., Buys, S.S., Malats, N., Goldgar, D.E. Risk of Pancreatic Cancer in Breast Cancer Families from the Breast Cancer Family Registry. Cancer Epidemiology Biomarkers and Prevention. 22(5):803-811, 2013. PMID: 23456555. PMCID: PMC3739843.

128. Mirzaa, G.M., Paciorkowski, A.R., Marsh, E.D., Berry-Kravis, E.M., Medne, L., Alkhateeb, A., Grix, A., Wirrell, E.C., Powell, B.R., Nickels, K.C., Burton, B., Paras, A., Kim, K., **Chung, W.,** Dobyns, W.B., Das, S. CDKL5 and ARX mutations in males with Early-Onset Epilepsy. Pediatr Neurol. 48(5):367-77, 2013. PMID: 23583054. PMCID: PMC3742321.

129. Carey, A.S., Liang, L., Edwards, J., Brandt, T., Mei, H., Sharp, A.J., Hsu, D.T., Newburger J. W., Ohye, R. G., **Chung, W.K.,** Russell, M.W., Rosenfeld, J. A., Shaffer, L.G., Parides, M.K., Edelmann, L.J., Gelb, B.D. Effect of Copy Number Variants on Outcomes for Infants with Single Ventricle Heart Defects. Circulation: Cardiovascular Genetics. 6(5):444-451, 2013. PMID: 24021551. PMCID: PMC3987966.

130. * Lieve, K.V., Williams, L., Daly, A., Richard, G., Bale, S., Macaya, D., **Chung, W.K.** Results of Genetic Testing in 855 Consecutive Unrelated Patients Referred for Long QT Syndrome in a Clinical Laboratory. Genetic Testing and Molecular Biomarkers. 17(7):553-61, 2013. PMID: 23631430.

131. Terrenoire, C., Wang, K., Tung, K.W., **Chung, W.K.,** Pass, R.H., Lu, J.T., Jean, J.C., Omari, A., Sampson, K.J., Kotton, D.N., Keller, G., Kass, R.S. Induced Pluripotent Stem Cells Used to Reveal Drug Actions in a Long QT Syndrome Family with Complex Genetics. J Gen Physiol. 141(1):61-72, 2013. PMID: 23277474. PMCID: PMC3536519.

132. Hua, H., Shang, L., Martinez, H., Freeby, M., Gallagher, M.P., Ludwig , T., Deng, L., Greenberg, E., LeDuc, C., **Chung, W.K.,** Goland, R., Leibel, R., Egli, D. iPSC-Derived Beta cells Model Diabetes Due to Glucokinase Deficiency. J Clin Invest. 123(7):3146-53, 2013. PMID: 23778137. PMCID: PMC3696557.

133. Germain, M., Eyries, M., Montani,D., Poirier, O., Girerd, B., Dorfmüller, P., Coulet, F., Nadaud, S., Maugenre, S., Guignabert, C., Carpentier, W., Vonk-Noordegraaf, A., Levy, M., Chaouat, A., Lambert, J.C., Bertrand, M., Dupuy, A.M., Letenneur, L., Lathrop,M., Amouyel, P., de Ravel, T.J., Delcroix, M., Austin, E.D., Robbins, I.M., Hemnes, A.R., Loyd, J.E., Berman-Rosenzweig, E., Barst, R.J., **Chung, W.K,** Simonneau, G., Trégouët, D.A., Humbert, M., Soubrier, F. Genome-Wide Association Analysis Identifies a Susceptibility Locus for Pulmonary Arterial Hypertension. Nature Genetics. 45(5):518-521, 2013. PMID: 23502781. PMCID: PMC3983781.

134. Rinella, E.S., Shao, Y., Yackowski, L., Pramanik, S., Oratz, R., Schnabel, F., Guha, S., LeDuc, C., Campbell, C., Klugman, S.D., Terry, M.B., Senie, R.T., Andrulis, I.L., Daly, M., John, E.M., Roses, D., **Chung, W.K.,** Ostrer, H. Genetic Variants Associated with Breast Cancer Risk for Ashkenazi Jewish Women with Strong Family Histories but No Identifiable *BRCA1/2* Mutation. Human Genetics. 132(5):523-36, 2013. PMID: 23354978. PMCID: PMC4072456.

135. *Wynn, J., Krishnan, U., Aspelund, G., Zhang, Y., Duong, J., Stolar, C. J., Hahn, E., Pietsch, J., Chung, D., Moore, D., Austin, E., Mychaliska, G., Garjaski, R., Foong, Y.L.,

71

Michelfelder, E., Potolka, D., Bucher, B., Warner, B., Grady, M., Azarow, K., Kutty, S.,Delaney, J., Crombleholme, T., Rosenzweig, E., **Chung, W.K.,** Arkovitz, M.S. Outcomes of Congenital Diaphragmatic Hernia (CDH) in the Modern Era of Management. Journal of Pediatrics. 163(1):114-119, 2013. PMID: 23375362. PMCID: PMC3692597.

136.   * Ma, L., Roman-Campos, D., Austin, E.D., Eyries, M., Sampson, K.S., Soubrier, F., Germain, M., Trégouët, D.A., Borczuk, A., Rosenzweig, E.B., Girerd, B., Montani, D., Humbert, M., Loyd, J.E., Kass, R.S., **Chung, W.K.** A Novel Channelopathy in Pulmonary Arterial Hypertension. N Engl J Med. 369(4):351-361, 2013. PMID: 23883380. PMCID: PMC3792227.

137.   * Yu, L., Wynn, J., Cheung, Y.H., Shen, Y., Mychaliska, G.B., Crombleholme, T.M., Azarow, K.S., Lim, F.Y., Chung, D.H., Potoka, D., Warner, B.W., Bucher, B., Stolar, C., Aspelund, G., Arkovitz, M.S., **Chung, W.K.** Variants in GATA4 are a Rare Cause of Familial and Sporadic Congenital Diaphragmatic Hernia. Human Genetics. 132(3):285-92, 2013. PMID: 23138528. PMCID: PMC3570587.

138.   Lucas, A.L., Shakya, R., Lipsyc, M.D., Mitchel, E.B., Kumar, S., Hwang, C., Deng, L., Devoe, C., Chabot, J.A., Szabolcs, M., Ludwig, T., **Chung, W.K.,** Frucht, H. High Prevalence of *BRCA1* and *BRCA2* Germline Mutations with Loss of Heterozygosity in a Series of Resected Pancreatic Adenocarcinoma and Other Neoplastic Lesions. Clinical Cancer Research. 19(13):3396-3403, 2013. PMID: 23658460. PMCID: PMC3959126.

139.   * Liew, W. K., Ben-Omran, T., Darras, B.T., Prabhu, S. P., De Vivo, D.C., Vatta, M., Yang, Y., Eng, C.E., **Chung, W.K.** Clinical Application of Whole Exome Sequencing: A Novel ARSACS Mutation in a Child with Ataxia. JAMA Neurol. 70(6):788-791, 2013. PMID: 23699708.

140.   Wynn, J., Aspelund, G., Zygmunt, A., Stolar, C.J., Mychaliska, G., Butcher, J., Lim, F.Y., Gratton, T., Potoka, D., Brennan, K., Azarow, K., Jackson, B., Needelman, H., Crombleholme, T., Zhang, Y., Duong, J., Arkovitz, M.S., **Chung, W.K.,** Farkouh, C. Developmental Outcomes of Children with Congenital Diaphragmatic Hernia: A Multicenter Prospective Study. Journal of Pediatric Surgery. 48(10):1995-2004, 2013. PMID: 24094947. PMCID: PMC3884579.

141.   Kobayashi, D.T., Shi, J., Stephen, L., Ballard, K.L., Dewey, R., Mapes, J., Chung, B., McCarthy, K., Swoboda, K.J., Crawford, T.O., Li, R., Plasterer, T., Joyce, C. The Biomarkers For SMA Study Group; **Chung, W.K.,** Kaufmann, P., Darras, B.T., Finkel, R.S., Sproule, D.M., Martens, W.B., McDermott, M.P. De Vivo, D.C., Pediatric Neuromuscular Clinical Research Network Pediatric Neuromuscular Clinical Research Network; Walker, M.G., Chen, K.S. SMA-MAP: A Plasma Protein Panel for Spinal Muscular Atrophy. PLoS ONE. 8(4): e60113, 2013. PMID: 23565191. PMCID: PMC3615018.

142.   Pediatric Cardiac Genomics Consortium, Gelb, B., Brueckner, M., **Chung, W.,** Goldmuntz, E., Kaltman, J., Kaski, J.P., Kim, R., Kline, J., Mercer-Rosa, L., Porter, G., Roberts, A., Rosenberg, E., Seiden, H., Seidman, C., Sleeper, L., Tennstedt, S., Kaltman, J., Schramm, C., Burns, K., Pearson, G., Rosenberg, E. The Congenital Heart Disease Genetic Network Study: Rationale, Design, and Early Results. Circulation Research. 112(4):698-706, 2013. PMID: 23410879. PMCID: PMC3679175.

143.   Zaidi, S., Choi, M., Wakimoto, H., Ma, L., Jiang, J., Overton, J.D., Romano-Adesman, A., Bjornson, R.D., Breitbart, R.E., Brown, K.K., Carriero, N.J., Cheung, Y.H., Deanfield, J., DePalma, S., Fakhro, K.A., Glessner, J., Hakonarson, H., Italia, M. J., Kaltman, J.R., Kaski, J., Kim, R., Kline, J., Lee, T., Leipzig, J., Lopez, A., Mane, S.M., Mitchell, L.E., Newburger, J.W., Parfenov, M., Pe'er, I., Porter, G., Roberts, A., Sachidanandam, R., Sanders, S.J., Seiden, H.S., State, M.W., Subramanian, S., Tikhonova, I.R., Wang, W.,

Warburton, D., White, P.S., Williams, I.A., Zhao, H., Seidman, J.G., Brueckner, M., **Chung, W.K.,** Gelb, B.D., Goldmuntz, E., Seidman, C.E., Lifton, R.P. *De Novo* Mutations in Histone-Modifying Genes in Congenital Heart Disease. Nature. 498(7453):220-223, 2013. PMID: 23665959. PMCID: PMC3706629.

144. \* Perez-Garcia, A., Ambesi-Impiombato, A., Hadler, M., Rigo, I., LeDuc, C.A., Kelly, K., Jalas, C., Paietta, E., Racevskis, J., Rowe, J.M., Tallman, M.S., Paganin, M., Basso, G., Tong, W. **Chung, W.K.,** Ferrando, A.A. Genetic Loss of *SH2B3* in acute lymphoblastic leukemia. Blood. 122(14):2425-2432, 2013. PMID: 23908464. PMCID: PMC3790510.

145. Censani, M., Conroy, R., Deng, L., Oberfield, S.E., McMahon, D.J., Zitsman, J.L., Leibel, R.L., **Chung, W.K.,** Fennoy, I. Weight Loss after Bariatric Surgery in Morbidly Obese Adolescents with *MC4R* Mutations. Obesity. 22(1):225-231,2014. PMID: 23740648. PMCID: PMC3880391.

146. \* Cheung, Y.H., Gayden, T., Campeau, P.M., LeDuc, C.A., Russo, D., Nguyen, V.H., Guo, J., Qi, M., Guan, Y., Albrecht, S., Moroz, B., Eldin, K.W., Lu, J.T., Schwartzentruber, J., Malkin, D., Berghuis, A.M., Gibbs, R.A., Burk, D.L., Vanstone, M., Lee, B.H., Orchard, D., Boycott, K. M., **Chung, W.K.,** Jabado, N. A Recurrent *PDGFRB* Mutation Causes Familial Infantile Myofibromatosis. American Journal of Human Genetics. 92(6) :996-1000, 2013. PMID: 23731537. PMCID: PMC3675240.

147. \* Klitzman, R., Appelbaum, P.S., Fyer, A., Martinez, J., Buquez, B., Wynn, J., Waldman, C.R., Phelan, J., Parens, E., **Chung, W.K.** Researchers' Views on Return of Incidental Genomic Results: Qualitative and Quantitative Findings. Genetics in Medicine. 15(11):888-895, 2013. PMID: 23807616. PMCID: PMC3823712.

148. \* Rohena, L., Neidich, J., Truitt Cho, M., Gonzalez, K. D., Tang, S., Devinsky, O., **Chung, W.K.** Mutation in *SNAP-25* as a Novel Genetic Cause of Epilepsy and Intellectual Disability. Rare Diseases. 1: e26314, 2013. PMID: 25003006. PMCID: PMC:3932847.

149. \* Tuzovic, L., Yu, L., Zeng, W., Li, X., Lu, H., Lu, H.M., Gonzalez, K.D., **Chung W. K.** A Human De Novo Mutation in MYH10 Phenocopies the Loss of Function Mutation in Mice. Rare Diseases. 1: e26144; 2013. PMID: 25003005. PMCID: PMC3927488.

150. Overby, C., **Chung, W.K.,** Hripcsak, G., Kukafka, R. Cancer Genetic Counselor Information Needs for Risk Communication: A Qualitative Evaluation of Interview Transcripts. J Pers Med. 3(3), 2013. PMID: 24358447. PMCID: PMC3865845.

151. \* LeDuc, C.A., Crouch, E.E., Wilson, A., Lefkowitch, J., Wamelink, M.M., Jakobs, C., Salomons, G.S., Sun, X., Shen, Y., **Chung, W.K.** Novel Association of Early Onset Hepatocellular Carcinoma with Transaldolase Deficiency. JIMD Rep. 12:121-127, 2013. PMID: 24097415. PMCID: PMC3897795.

152. Boland, M.R., Hripcsak, G., Shen, Y., **Chung, W.K.,** Weng, C. Defining a Comprehensive Verotype using Electronic Health Records for Personalized Medicine. Journal of American Medical Informatics Association. 20(e2):e232-238, 2013. PMID: 24001516. PMCID: PMC3861934.

153. \* Gill, R., Cheung, Y.H., Shen, Y., Lanzano, P., Mirza, N.M., Ten, S., Maclaren, N.K., Motaghedi, R., Han, J.C., Yanovski, J.A., Leibel, R.L., **Chung, W.K.** Whole-exome sequencing identifies novel LEPR mutations in individuals with severe early onset obesity. Obesity. 22(2):576-84, 2014. PMID: 23616257. PMCID: PMC3791145.

154. Li, P., Tiwari, H. K., Lin, W.Y., Allison, D. B., **Chung, W.K.,** Leibel, R.L., Yi, N., Liu, N. Genetic Association Analysis of 30 Genes Related to Obesity in a European American Population. International Journal of Obesity. 38(5):724-729, 2014. PMID: 23900445. PMCID: PMC3909018.

155. Salm, M., Abbate, K., Appelbaum, P., Ottman, R., **Chung, W.K.,** Marder, K., Leu, C. S., Alcalay, R., Goldman, J., Curtis, A.M., Leech, C., Taber, K. J., Klitzman, R. Use of Genetic

Tests Among Neurologists and Psychiatrists: Knowledge, Attitudes, Behaviors, and Needs for Training. Journal of Genetic Counseling. 23(2):156-163, 2014. PMID: 23793969. PMCID: PMC3812264.

156. * Appelbaum, P.S., Waldman, C.R., Fyer, A., Klitzman, R., Parens, E., <u>Martinez, J.,</u> Price, W.N. 2nd, **Chung, W.K.** Informed Consent for Return of Incidental Findings in Genomic Research. Genetics in Medicine. 16(5):367-373, 2014. PMID: 24158054. PMCID: PMC3999314.

157. * Klitzman, R., Buquez, B., Appelbaum, P.S., Fyer, A., **Chung, W.K.** Processes and Factors Involved in Decisions Regading Return of Incidental Genomic Findings in Research. Genetics in Medicine. 16(4):311-317, 2014. PMID: 24071801. PMCID: PMC3966970.

158. Warburton, D., Ronemus, M., Kline, J., <u>Jobanputra, V.,</u> Williams, I., Anyane-Yeboa, K., **Chung, W.K.,** Yu, L., Wong, N., Awad, D., Yu, C.Y., Leotta, A., Kendall, J., Yamrom, B., Lee, Y.H., Wigler, M., Levy, D. The contribution of De Novo and Rare Inherited Copy Number Changes to Congenital Heart Disease in an Unselected Sample of children with conotruncal defects or hypoplastic left heart disease. Human Genetics. 133(1):11-27, 2014. PMID: 23979609. PMCID: PMC3880624.

159. * <u>Lee, T.M.,</u> Addonizio, L.J., **Chung, W.K.** Dilated Cardiomyopathy due to a Phospholamban Duplication. Cardiol Young. 24(5):953-954, 2014. PMID: 24451198.

160. Sakanaka, K., Waters, C.H., Levy, O.A., Louis, E.D., **Chung, W.K.,** Marder, K.S., <u>Alcalay, R.N.</u> Knowledge of and Interest in Genetic Results Among Parkinson Disease Patients and Caregivers. J Genetic Couns. 23(1):114-120, 2014. PMID: 23748874. PMCID: PMC3808456.

161. Finkel, R.S., McDermott, M.P., Kaufmann, P., Darras, B.T., **Chung, W.K.,** Sproule, D.M., Kang, P.B., Foley, A.R., Yang, M.L., Martens, W.B., Oskoui, M., Glanzman, A.M., Flickinger, J., Montes, J., Dunaway, S., O'Hagen, J., Quigley, J., Riley, S., Benton, M., Ryan, P.A., Montgomery, M., Marra, J., Gooch, C., De Vivo, D.C. Observational Study of Spinal Muscular Atrophy Type I and Implications for Clinical Trials. Neurology. 83(9):810-817, 2014. PMID: 25080519. PMCID: PMC4155049.

162. <u>Lucas, A. L.,</u> Frado, L. E., Hwang, C., Kumar, S., Khanna, L.G., Levinson, E. J., Chabot, J. A., **Chung, W.K.,** Frucht, H. BRCA1 and BRCA2 Germline Mutations are Frequently Demonstrated in Both High Risk Pancreatic Cancer Screening and Pancreatic Cancer Cohorts. Cancer. 230(13):1960-1967, 2014. PMID: 24737347.

163. Best, D.H., Sumner, K.L., Austin, E.D., **Chung, W.K.,** Brown, L.M., Borczuk, A.C., Rosenzweig, E.B., Bayrak-Toydemir, P., Mao, R., Cahill, B.C., Tazelaar, H.D., Leslie, K.O., Hemnes, A.R., Robbins, I. M., Elliott, C. G. EIF2AK4 Mutations in Pulmonary Capillary Hemangiomatosis. Chest. 145(2):231-236, 2014. PMID: 24135949. PMCID: PMC3921094.

164. Applebaum, P.S., **Chung, W.,** Fyer, A.J., Klitzman, R.L., <u>Martinez, J.,</u> Parens, E., Price, W.N., Waldman, C. The Authors Reply. Hastings Cent Rep. 45(1):4, 2015. PMID: 25600379.

165. * Appelbaum, P.S., Parens, E., Waldman, C. R., Klitzman, R., Fyer, A., <u>Martinez, J.,</u> Price, W. N., **Chung, W. K.** Models of Consent to Return of Incidental Findings in Genomic Research. Hastings Cent Rep. (4):22-32, 2014. PMID: 24919982. PMCID: PMC4107028.

166. <u>Keller, K.L.,</u> Olsen, A., Cravener, T.L., Bloom, R., **Chung, W.K,** Deng, L, Lanzano, P., Meyermann, K. Bitter Taste Phenotype and Body Weight Predict Children's Selection of Sweet and Savory Foods at a Palatable Test-Meal. Appetite. 77:113-121, 2014. PMID: 24607656. PMCID: PMC4171728.

167. Owen, J. P., Chang, Y.S., Pojman, N.J., Bukshpun, P., Wakahiro, M. L. J., Marco, E. J., Berman, J. I., Spiro, J. E., **Chung, W. K.,** Buckner, R. L., Roberts, T. P., Nagarajan, S. S.,

Sherr, E. H., Mukherjee, P, Simons VIP Consortium. Aberrant White Matter Microstructure in Children with 16p11.2 Deletions. Journal of Neuroscience. 34(18):6214-6223, 2014. PMID: 24790192.

168. Shang, L., Hua, H., Foo, K., Martinez, H., Watanabi, K., Zimmer, M., Kahler, D.J., Freeby, **Chung, W.K.,** Leduc, C., Goland, R., Leibel, R., Egli, D. Beta Cell Dysfunction Due to Increased ER Stress in a Stem Cell Model of Wolfram syndrome. Diabetes. 63(3):923-33, 2014. PMID: 24227685. PMCID: PMC3991392.

169. Reddy, S., Fung, A., Manlhiot, C., Tierney, E.S., **Chung, W.K.,** Blume, E., Kaufman, B.D., Goldmuntz, E., Colan, S., Mital, S. Adrenergic Receptor Genotype Influences Heart Failure Severity and β-Blocker Response in Children with Dilated Cardiomyopathy. Pediatric Research. 77(2):363-369, 2015. PMID: 25406899. PMCID: PMC4298011.

170. * Yu, L., Bennett, J.T., Wynn, J., Carvill, G.L., Cheung, Y.H., Shen, Y., Mychaliska, G.B., Azarow, K.S., Crombleholme, T.M., Chung, D.H., Potoka, D., Warner, B.W., Bucher, B., Lim, F.Y., Pietsch, J., Stolar, C., Aspelund, G., Arkovitz, M.S., University of Washington Center for Mendelian Genomics, Mefford, H., **Chung, W.K.** Whole Exome Sequencing Identifies *De Novo* Mutations in *GATA6* Associated with Congenital Diaphragmatic Hernia. Journal of Medical Genetics. 51(3):197-202, 2014. PMID: 24385578. PMCID: PMC3955383.

171. Klitzman, R., Abbate, K.J., **Chung, W.K.,** Marder, K., Ottman, R., Taber K.J., Leu, C.S., Appelbaum, P.S. Psychiatrists' Views of the Genetic Bases of Mental Disorders and Behavioral Traits and Their Use of Genetic Tests. Journal of Nervous and Mental Disease. 202(7):530-538, 2014. PMID: 24933415. PMCID: PMC4298352.

172. Backenroth, D., Homsy, J., Murillo, L.R., Glessner, J., Lin, E., Brueckner, M., Lifton, R. Goldmuntz, E., **Chung, W.K.,** Shen, Y. CANOES: Detecting Rare Copy Number Variants from Whole Exome Sequencing Data. Nucleic Acids Res. 42(12):e97, 2014. PMID: 24771342. PMCID: PMC4081054.

173. Wu, H. C., Wang, Q., **Chung, W.K.,** Andrulis, I., Daly, M., John, E.M., Keegan, T.H., Knight, J., Bradbury, A.R., Gurivch, I., Santella, R.M., Terry, M.B. Correlation of DNA Methylation Levels in Blood and Saliva DNAs in Young Girls of the LEGACY Girls study. Epigenetics. 9(7):929-933, 2014. PMID: 24756002. PMCID: PMC4143407.

174. Alcalay, R.N., Dinur, T., Quinn, T., Sakanaka, K., Levy, O., Waters, C., Fahn, S., Dorovski, T., **Chung, W.K.,** Pauciulo, M., Nichols, W., Rana, H.Q., Balwani, M., Bier, L., Elstein, D., Zimran, A. Comparison of Parkinson Risk in Ashkenazi Jewish Patients with Guacher disease and GBA Heterozygotes. JAMA Neurology. 71(6):752-757, 2014. PMID: 24756352. PMCID: PMC4082726.

175. Harris, D., Patrick-Miller, L., Schwartz, L., Lantos, J., Daugherty, C., Daly, M., Andrulis, I., Buys, S.S., **Chung, W.K.,** Frost, C.J., John, E.M., Keegan, T.H., Knight, J.A., Terry, M.B., Bradbury, A.R. Human Subjects Protection: An Event Monitoring Committee for Research Studies of Girls from Breast Cancer Families. Journal of Adolescent Health. 55(3):352-357, 2014. PMID: 24845866. PMCID: PMC4234071.

176. * Glessner, J.T., Bick, A.G., Ito, K., Homsy, J.G., Rodriguez-Murillo, L., Fromer, M., Mazaika, E., Vardarajan, B., Italia, M., Leipzig, J., DePalma, S.R., Golhar, R., Sanders, S.J., Yamrom, B., Ronemus, M., Iossifov, I., Willsey, J., State, M.W., Kaltman, J.R., White, P.S., Shen, Y., Warburton, D., Brueckner, M., Seidman, C., Goldmuntz, E., Gelb, B.D., Lifton, R., Seidman, J., Hakonarson, H., **Chung, W.K.** Increased Frequency of *De novo* Copy Number Variations in Congenital Heart Disease by Integrative Analysis of Single Nucleotide Polymorphism Array and Exome Sequence Data. Circulation Research. 115(10):884-896, 2014. PMID: 25205790. PMCID: PMC4209190.

177.   Qureshi, A. Y., Mueller, S., Snyder, A. Z., Mukherjee, P., Berman, J. I., Roberts, T. P., Nagarajan, S. S., Spiro, J. E., **Chung, W.K.,** Sherr, E. H., Buckner, R.L., Simons VIP Consortium. Opposing Brain Differences in 16p11.2 Deletion and Duplication Carriers. Journal of Neuroscience. 34(34):11199-11211, 2014. PMID: 25143601. PMCID:PMC4138332.

178.   Jarvik, G.P., Amendola, L.M., Berg, J.S., Brothers, K., Clayton, E.W., **Chung, W.,** Evans, B.J., Evans, J.P., Fullerton, S.M., Gallego, C.J., Garrison, N.A., Gray, S.W., Holm, I.A., Kullo, I.J., Lehmann, L.S., McCarty, C., Prows, C.A., Rehm, H.L., Sharp, R.R., Salama, J., Sanderson, S., Van Driest, S.L., Williams, M.S., Wolf, S.M., Wolf, W.A., eMerge ROR Committee and CERC Committee, CSER Act-ROR Working Group, Burke, W. Return of Genomic Results to Research Participants: The floor, the Ceiling, and Choices In-Between. AJHG. 5;94(6):818-826, 2014. PMID: 24814192. PMCID: PMC4121476.

179.   * Iglesias, A., Anyane-Yeboa, K., Wynn, J., Wilson, A., Truitt Cho, M., Guzman, E., Sisson, R., Egan, C., **Chung, W.K.** The Usefulness of Whole Exome Sequencing (WES) in Routine Clinical Practice. Genetics in Medicine. 16(12):922-923, 2014. PMID: 24901346.

180.   * Hickey, K.T., Sciacca, R. R., Biviano, A. B., Whang, W., Dizon, J.M., Garan, H., **Chung, W.K.** The Effect of Cardiac Genetic Testing on Psychological Well-Being and Illness Perception. Heart and Lung. 43(2):127-132, 2014. PMID: 24594249.

181.   * Lumish, H.S., Yang, Y., Xia, F., Wilson, A., **Chung, W.K.** The Expanding MEGDEL Phenotype: Optic Nerve Atrophy, Microcephaly, and Myoclonic Epilepsy in a Child with SERAC1 Mutations. Journal of Inherited Metabolic Disease. 16:75-79, 2014. PMID: 24997715. PMCID: PMC4221303.

182.   Stratigopoulous, G., Martin Carli, J.F., O'Day, D.R., Wang, L., LeDuc, C.A., Lanzano, P., **Chung, W.K.,** Rosenbaum, M., Egli, D., Doherty, D.A., Leibel, R.L. Hypomorphism for RPGRIP1L, a Ciliary Gene Vicinal to the FTO Locus, Causes Increased Adiposity in Mice. Cell Metab. 19(5):767-769, 2014. PMID: 24807221. PMCID: PMC4131684.

183.   Kang, P.B., Gooch, C.L., McDermott, M.P., Darras, B.T., Finkel, R.S., Yang, M.L., Sproule, D.M., **Chung, W.K.,** Kaufmann, P., De Vivo, D.C.; The Muscle Study Group (MSG), the Pediatric Neuromuscular Clinical Research Network for Spinal Muscular Atrophy (PNCR). The Motor neuron response to *SMN1* deficiency in spinal muscular atropy. Muscle Nerve. 49(5):636-644, 2014. PMID: 23893312. PMCID: PMC 4090017. PMID: 24935909.

184.   * Appelbaum, P.S., Fyer, A., Klitzman, R.L., Martinez, J., Parens, E., Zhang, Y., **Chung, W.K.** Researchers' Views on Informed Consent for Return of Secondary Results in Genomic Research. Genetics in Medicine. 17(8):644-650, 2014. PMID: 25503499. PMCID: PMC4465418.

185.   Okeke, J.O., Tangel, V.E., Sorge, S.T., Hesdorffer, D.C., Winawer, M.R., Goldsmith, J., Phelan, J., **Chung, W.K.,** Shostak, S., Ottman, R. Genetic Testing Preferences in Families Containing Multiple Individuals with Epilepsy. Epilepsia. 55(11):1705-1713, 2014. PMID: 25266816. PMCID: PMC 4232990.

186.   Janson, C.M., Ceresnak, SR, **Chung, W.K.,** Pass, R.H. Catecholaminergic Polymorphic Ventricular Tachycardia in a Child with Brugada Pattern on ECG: One Patient with Two Diseases? Heart Rhythm. 11(11):2101-2104, 2014. PMID: 25016147.

187.   Klitzman, R., Abbate, K.J., **Chung, W.K.,** Ottman, R., Leu, C.S., Appelbaum, P.S. Views of Preimplantation Genetic Diagnosis among Psychiatrists and Neurologists. J Reprod Med. 59(7-8):385-92, 2014. PMID: 25098029. PMCID: PMC4129544.

188.   Clayton, E.W., Mccullough, L.B., Bernhardt, B.A., Biesecker, L.G., Brothers, K.B., Burke, W., **Chung, W.K.,** Goldenberg, A.J., Joffe, S., Knoppers, B.M., Koenig, B., McGuire, A.L., Roche, M.I., Ross, L.F., Wilfond, B., Wolf, S.M. Addressing the Ethical Challenges in

Genetic Testing and Sequencing of Children. Am J Bioeth. 14 (3): 3-9, 2014. PMID: 24592828. PMCID: PMC3950962.

189.    * Gill, R., Chen, Q., D'Angelo, D., **Chung, W.K.** Eating in the Absence of Hunger but Not Loss of Control Behaviors are Associated with 16p11.2 Deletions. Obesity. 22(12):2625-2531, 2014. PMID: 25234362.

190.    Gandica, R.G., **Chung, W.K.,** Deng, L., Goland, R., Gallagher, M.P. Identifying monogenic diabetes in a Pediatric Cohort with Presumed Type 1 Diabetes. Pediatric Diabetes. 16(3):227-233, 2015. PMID: 25082184. PMCID: PMC4767163.

191.    Johnson-Kerner, B.L., Ahmad, F.S., Diaz, A.G., Greene, J.P., Gray, S.J., Samulski, R.J., **Chung, W.K.,** Van Coster, R., Maertens, P., Noggle, S.A., Henderson, C.E., Wichterle, H. Intermediate Filament Protein Accumulation in Motor Neurons Derived from Giant Axonal Neuropathy iPSCs Rescued by Restoration of Gigaxonin. Human Molecular Genetics. 24(5): 1420-1431, 2015. PMID: 25398950. PMCID: PMC4402342.

192.    * Hanson, E., Bernier R., Porche, K., Jackson, F.I., Goin-Kochel, R.P., Snyder, L.G., Snow, A.V., Wallace, A.S., Campe, K.L., Zhang, Y., Chen, Q., D'Angelo, D., Moreno-De-Luca, A., Orr, P.T., Boomer, K.B., Evans, D.W., Kanne, S., Berry, L., Miller, F.K., Olson, J., Sherr, E., Marin, C.L., Ledbetter, D.H., Spiro, J.E., **Chung, W.K.,** on behalf of the Simons Variation in Individuals Project Consortium. The Cognitive and Behavioral Phenotype of the 16p11.2 Deletion in a Clinically Ascertained Population. Biological Psychiatry. 77(9):785-793, 2015. PMID: 25064419.

193.    Peterlongo, P., Chang-Claude, J., Moysich, K.B., Rudolph, A., Schmutzler, R.K., Simard, J., Soucy, P., Eeles, R.A., Easton, D.F., Hamann, U., Wilkening, S., Chen, B., Rookus, M.A., Schmidt, M.K., Van der Baan, F.H., Spurdle, A.B., Walker, L.C., Lose, F., Maia, A.T., Montagna, M., Matricardi, L., Lubinski, J., Jakubowska, A., Gomez-Garcia, E.B., Olopade, O.I., Nussbaum, R.L., Nathanson, K.L., Domchek, S.M., Rebbeck, T.R., Arun, B.K., Karlan, B.Y., Orsulic, S., Lester, J., **Chung, W.K.,** Miron, A., Southey, M.C., Goldgar, D.E., Buys, S.S., Janavicius, R., Dorfling, C.M., Van Rensburg, E.J., Ding, Y.C., Neuhausen, S.L., Hansen, T.V.O., Gerdes, A.M., Ejlertsen, B., Jonson, L., Osorio, A., Martinez-Bouzas, C., Benitez, J., Conway, E.E., Blazer, K.R., Weitzel, J.N., Manoukian, S., Peissel, B., Zaffaroni, D., Scuvera, G., Barile, M., Ficarazzi, F., Mariette, F., Fortuzzi, S., Viel, A., Giannini, G., Papi, L., Martayan, A., Grazia Tibiletti, M., Radice, P., Vratimos, A., Fostira, F., Garber, J.E., Donaldson, A., Brewer, C., Foo, C., Evans, D.G.R., Frost, D., Eccles, D., Brady, A., Cook, J., Tischkowitz, M., Adlard, J., Barwell, J., Walker, L., Izatt, L., Side, L.E., Kennedy, M. J., Rogers, M.T., Porteous, M.E., Morrison, P.J., Platte, R., Davidson, R., Hodgson, S.V., Ellis, S., Cole, T., Godwin, A.K., Claes, K., Van Maerken, T., Meindl, A., Gehrig, A., Sutter, C., Engel, C., Niederacher, D., Steinemann, D., Plendl, H., Kast, K., Rhiem, K., Ditsch, N., Arnold, N., Varo-Mateeva, R., Wappenschmidt, B., Wang-Gohrke, S., Bressac-de Paillerets, B., Buecher, B., Delnatte, C., Houdayer, C., Stoppa-Lyonnet, D., Damiola, F., Coupier, I., Barjhoux, L., Venat-Bouvet, L., Golmard, L., Boutry-Kryza, N., Sinilnikova, O.M., Caron, O., Pujol, P., Mazoyer, S., Belotti, M., Piedmonte, M., Friedlander, M.L., Rodriguez, G.C., Copeland, L.J., De la Hoya, M., Perez Segura, P., Nevanlinna, H., Aittomaki, K., Van Os, T.A., Meijers-Heijboer, H., Van der Hout, A.H., Vreeswijk, M., Hoogerbrugge, N., Ausems, M.G.E.M., Van Doorn, H.C., Collee, M., Olah, E., Diez, O., Blanco, I., Lazaro, C., Brunet, J., Feliubadalo, L., Cybulski, C., Gronwald, J., Durda, K., Jaworska-Bieniek, K., Sukiennicki, G., Arason, A., Chiquette, J., Teixeira, M.R., Olswold, C., Couch, F.J., Lindor, N.M., Wang, X., Szabo, C.I., Offit, K., Corines, M., Jacobs, L., Robson, M.E., Zhang, L., Joseph, V., Berger, A., Singer, C.F., Rappaport, C., Geschwantler Kaulich, D., Pfeiler, G., Tea, M.M., Phelan, C.M., Greene, M.H., Mai, P.L., Rennert, G., Mulligan, A.M., Glendon, G., Tchatchou, S., Andrulis, I.L., Toland, A.E., Bojesen, A.,

Pedersen, I.S., Thomassen, M., Jensen, U.B., Laitman, Y., Rantala, J., Von Wachenfeldt, A., Ehrencrona, H., Stenmark Askmalm, M., Borg, A., Kuchenbaecker, K.B., McGuffog, L., Barrowdale, D., Healey, S., Lee, A., Pharoah, P.D.P., Chenevix-Trench, G., Antoniou, A.C., Friedman, E. Candidate Genetic Modifiers for Breast and Ovarian Cancer Risk in BRCA1 and BRCA2 Mutation Carriers. Cancer Epidemiology, Biomarkers & Prevention. 24(1):308-316, 2015. PMID: 25336561. PMCID: PMC4294951.

194.    Moreno-De-Luca, A., Evans, D.W., Boomer, K.B., Hanson, E., Bernier, R., Goin-Kochel R.P., Myers, S.M., Challman, T.D., Moreno-De-Luca, D., Slane M.M., Hare A.E., **Chung, W.K.**, Spiro, J., Faucett, W.A., Martin C. L., Ledbetter, D.H. The Role of Parental Cognitive, Behavioral, and Motor Profiles in Clinical Variability in Individuals with Chromosome 16p11.2 Deletions. JAMA Psychiatry. 72(2):119-126, 2015. PMID: 25493922.

195.    Bradbury, A.R., Patrick-Miller, L., Long, J., Powers, J., Stopfer, J., Forman, A., Rybak, C., Mattie, K., Brandt, A., Chambers, R., **Chung, W.K.**, Churpek, J., Daly, M.B., Digiovanni, L., Farengo-Clark, D., Fetzer, D., Ganschow, P., Grana, G., Gulden, C., Hall, M., Kohler, L., Maxwell, K., Merrill, S., Montgomery, S., Mueller, R., Nielsen, S., Olopade, O., Rainey, K., Seelaus, C., Nathanson, K.L., Domchek, S.M. Development of a Tiered and Binned Genetic Counseling Model for Informed Consent in the Era of Multiplex Testing for Cancer Susceptibility. Genetics in Medicine. 17(6): 485-492, 2015. PMID: 25297947. PMCID: PMC4983405.

196.    Blein, S., Bardel, C., Danjean, V., McGuffog, L., Healey, S., Barrowdale, D., Lee, A., Dennis, J., Kuchenbaecker, K.B., Soucy, P., Terry, M.B., **Chung, W.K.**, Goldgar, D.E., Buys, S.S., BCFR Breast Cancer Family Registry, Janavicius, R., Tihomirova, L., Tung, N., Dorfling, C.M., van Rensburg, E.J., Neuhausen, S.L., Ding, Y.C., Gerdes, A.M., Ejlertsen, B., Nielsen, F.C., Hansen, T.V., Osario, A., Benitez, J., Andrés-Conejero, R., Segota, Z.E., Weitzel, J.N., Thelander, M., Peterlongo, P., Radice, P., Pensotti, V., Dolcetti, R., Bonanni, B., Peissel, B., Zaffaroni, D., Scuvera, G., Manoukian, S., Varesco, L., Capone, G.L., Papi, L., Ottini, L., Yannoukakos, D., Konstantopoulou, I., Garber, J., Donaldson, Brady, A., Brewer, C., Foo, C., Evans, D.G., Frost, D., Eccles, D., EMBRACE., Douglas, F., Cook, J., Adlard, J., Barwell, J., Walker, L., Izatt, L., Side, L.E., Kenney, M.J., Tischkowitz, M., Rogers, M.T., Porteous, M.E., Morrisson, P.J., Platte, R., Eeles, R., Davidson, R., Hodgson, S.V., Cole, T., Godwin, A.K., Isaacs, C., Claes, K., De Leeneer, K., Meindl, A., Gehrig, A., Wappenschmidt, B., Sutter, C., Engel, C., Niederacher, D., Steinemann, D., Plendl, H., Kast, K., Rhiem, K., Ditsch, N., Arnold, N., Varon-Mateeva, R., Schmutzler, R.K., Preisler-Adams, S., Markov, N.B., Wang-Gohrke, S., de Pauw, A., Lefol, C., Lasset, C., Leroux, D., Rouleau, E., Damiola, F., GEMO Study collaborators., Dreyfus, H., Barjhoux, L., Golmard, L., Uhrhammer, N., Bonadona, V., Sornin, V., Bignon, Y.J., Carter, J., Van Le, L., Piedmonte, M., DiSilvestro, P., de la Hoya, M., Caldes, T., Nevanlinna, H., Aittomäki, K., Jager, A., van den Ouweland, A.M., Kets, C.M., Aalfs, C.M., van Leeuwen, F.E., Hogervorst, F.B., Meijers-Heijboer, H.E., HEBON., Oosterwijk, J.C., van Roozendaal, K.E., Rookus, M.A., Devilee, P., van der Luijt, R.B., Olah, E., Díez, O., Teulé, A., Lazaro, C., Blanco, I., Del Valle, J., Jakubowska, A., Sukiennicki, G., Gronwald, J., Lubinski, J., Durda, K., Jaworska-Bieniek, K., Agnarsson, B.A., Maugard, C., Amadori, A., Montagna, M., Teixeira, M.R., Spurdle, A.B., Foulkes, W., Olswold, C., Lindor, N., Pankratz, V.S., Szabo, C.I., Lincoln, A., Jacobs, L., Corines, M., Robson, M., Vijai, J., Berger, A., Fink-Retter, A., Singer, C.F., Rappaport, C., Kaulich, D.G., Pfeiler, G., Tea, M.K., Greene, M.H., Mai, P.L., Rennert, G., Imyanitov, E.N., Mulligan, A.M., Glendon, G., Andrulis, I.L., Tchatchou, S., Toland, A.E., Pederson, I.S., Thomassen, M., Kruse, T.A., Jensen, U.B., Caligo, M.A., Friedman, E, Zidan, J., Laitman, Y., Lindblom, A., Melin, B., Arver, B., Loman, N., Rosenquist, R., Olopade, O.I., Nussbaum, R.L., Ramus, S.J., Nathanson, K.L., Domchek,

S.M., Rebbeck, T.R., Arun, B.K., Mitchell, G., Karlan, B.Y., Lester, J., Orsulic, S., Stoppa-Lyonnet, D., Thomas, G., Simard, J., Couch, F.J., Offit, K., Easton, D.F., Chenevix-Trench, G., Antonious, A.C., Mazoyer, S., Phelan, C.M., Sinilnikova, O.M., Cox, D.G. An Original Phylogenetic Approach Identified Mitochondrial Haplogroup T1a1 as Inversely Associated with Breast Cancer Risk in BRCA2 Mutation Carriers. Breast Cancer Research. 25; 17:61, 2015. PMID: 25925750. PMCID: PMC4478717.

197.   Damico, R., Kolb, T.M., Valera, L., Wang, L., Housten, T., Tedford, R.J., Kass, D.A., Rafaels, N., Gao, L., Barnes, K.C., Benza, R.L., Rand, J.L., Hamid, R., Loyd, J.E., Robbins, I.M., Hemnes, A.R., **Chung, W.K.,** Austin, E.D., Drummond, M.B., Mathai, S.C., Hassoun, P.M. Serum Endostatin is a Genetically Determined Predictor of Survival in Pulmonary Arterial Hypertension. American Journal of Respiratory and Critical Care Medicine. 191(2):208-218, 2015. PMID: 25489667. PMCID: PMC4347439.

198.   Harding, B.N., Kariya, S., Monani, U.R., **Chung, W.K.,** Benton, M., Yum, S.W., Tennekoon, G., Finkel, R. S. Spectrum of Neuropathophysiology in Spinal Muscular Atrophy Type I. J Neuropathol Exp Neurol. 74(1):15-24, 2015. PMID: 25470343. PMCID: PMC4350580.

199.   Blanco, I., Kuchenbaeker, K., Cuadras, D., Wangs, X., Barrowdale, D., Ruiz de Garibay, G., Librado, P., Sancez-Gracia, A., Rozas, J., Bonifaci, N., McGuffog, L., Pankratz, V., Islam, A., Mateo, F., Berenguer, A., Petit, A., Catala, I., Brunet, J., Feliubadalo, L., Tornero, E., Benítez, J., Osorio, A., Ramón y Cajal, T., Nevanlinna, H., Aittomäki, K.. Arun, B.K., Toland, A., Karlan, B.Y., Walsh, C., Lester, J., Greene, M., Mai, P.L., Nussbaum, R.L., Andrulis, I.L., Domchek, S.M., Nathanson, K.L., Rebbeck, T., Barkardottir, R.B., Jakubowska, A., Lubinski, J., Durda, K., Jaworska-Bieniek, K., Claes, K., Van Maerken, T., Diez, O., VO Hansen, T., Jønson, L., Gerdes, A.M., Ejlertsen, B., de la Hoya, M., Caldés, T., EMRACE Consortium, Dunning, A.M., Oliver, C., Fineberg, E., Cook, M., Peock, S., McCann, E., Murray, A., Jacobs, C., Pichert, G., Lalloo, F., Chu, C., Dorkins, H., Paterson, J., Ong, K.R., Teixeira, M.R., HEBON Consortium, Hogervorst, F.B.L., van der Hout, A.H., Seynaeve, C., van der Luijt, R.B., Ligtenberg, M.J.L., Devilee, P., Wijnen, J.T., Rookus, MA., Meijers-Heijboer, H.E.J., Blok, M.J., van den Ouweland, A.M.W., Aalfs, C.M., Rodriguez, G., Phillips, K.A.A., Piedmonte, M., Nerenstone, S.R., Bae-Jump, V.L., O'Malley, D.M., Ratner, E.S., Schmutzler, R.K., Wappenschmidt, B., Rhiem, K., Engel, C., Meindl, A., Ditsch, N., Arnold, N., Plendl, H.J., Niederacher, D., Sutter, C., Wang-Gohrke, S., Steinemann, D., Preisler-Adams, S., Kast, K., Varon-Mateeva, R., Gehrig, A., Bojesen, A., Sokilde Pedersen, I., Sunde, L., Birk Jensen, U., Thomassen, M., Kruse, T.A., Foretova, L., Peterlongo, P., Bernard, L., Peissel, B., Scuvera, G., Manoukian, S., Radice, P., Ottini, L., Montagna, M., Agata, S., Maugard, C., Simard, J., Soucy, P., Berger, A., Fink-Retter, A., Singer, C., Rappaport, C., Geschwantler-Kaulich, D., Tea, M.K., Pfeiler, G., BCFR Consortium, John, E.M., Miron, A., Neuhausen, S.L., Terry, M.B., **Chung, W.K.,** Daly, M.A., Goldgar, D.E., Janavicius, R., Dorfling, C.M., van Rensburg, E.J., Fostira, F., Konstantopoulou, I., Garber, J., Godwin, A.K.., Olah, E., Narod, S.A., Rennert, G., Paluch, S.S., Laitman, Y., Friedman, E., SWE-BRCA Consortium, Liljegren, A., Rantala, J., Stenmark-Askmalm, M., Loman, N., Imyanitov, E.N., Hamann, U., kConFab Investigators Consortium, Spurdle, A.B., Healey, S., Weitzel, J.N., Herzog, J., Margileth, D.A., Gorrini, C., Esteller, M., Gómez, A., Sayols, S., Vidal, E., Heyn, H., GEMO Study Collaborators, Stoppa-Lyonnet, D., Léoné, M., Barjhoux, L., Fassy-Colcombet, M., de Pauw, A., Lasset, C., Fert Ferrer, S., Castera, L., Berthet, P., Cornelis, F., Bignon, Y.J., Damiola, F., Mazoyer, S., Sinilnikova, O.M., Maxwell, C.A., Vijai, C., Robson, M., Kauff, N., Corines, M.J., Villano, D., Cunningham, J., Lee, A., Lindor, N., Lázaro, C., Easton, D.F., Offit, K., Chenevix-Trench, G., Couch, F.J., Antoniou, A.C., Pujana, M.A. Assessing Associations

between the AURKA-HMMR-TPX2-TUBG1 Functional Module and Breast Cancer Risk in BRCA 1/2 Mutation Carriers. PLOS One. 10(4):e0120020, 2015. PMID: 25830658. PMCID: PMC4382299.

200.     Alcalay, R.N., Levy, O.A., Waters, C.C., Fahn, S., Ford, B., Kuo, S.H., Mazzoni, P., Pauciulo, M.W., Nichols, W.C., Gans-Or, Z., Rouleau, G.A., **Chung, W.K.**, Wolf, P., Oliva, P., Keutzer, J., Marder, K., Zhang, X. Glucocerebrosidase Activity in Parkinson's Disease with and without GBA Mutations. Brain. 138(Pt9):2648-2658, 2015. PMID: 26117366. PMCID: PMC4564023.

201.     * Wynn, J., Martinez, J., Duong, J., Zhang, Y., Phelan, J., Fyer, A., Klitzman, R., Appelbaum, P.S., **Chung, W.K**. Association of Researcher Characteristics with Views on Return of Incidental Findings from Genomic Research. Journal of Genetic Counseling. 24(5): 833-841, 2015. PMID: 25592144. PMCID: PMC4506262.

202.     Tuzovic, L., Tang, S., Miller, R., Rohena, L., Shahmirzadi, L., Gonzalez, K., Li, X., Leduc, C.A., Guo, J., Wilson, A., Mills, A., Glassberg, K., Rotterdam, H., Russell, S., Farwell Hagman, K., Sepulveda, A., Zeng, W., **Chung, W.K.**, Anyane-Yeboa, K. New Insights into Genetics of Fetal Megacystis: ACTG2 Mutations, encoding Gamma-2 Smooth Muscle Actin in Megacystis Microcolon Intestinal Hypoperistalsis Syndrome (Berdon Syndrome). Fetal Diagn Ther. 38(4):296-306, 2015. PMID: 25998219.

203.     Song, L., Awari, D.W., Han, E.Y., Uche-Anya, E., Park, S.H., Yabe, Y.A., **Chung, W.K.**, Yazawa, M. Dual Optical Recordings for Action Potentials and Calcium Handling in Induced Pluripotent Stem Cell Models of Cardiac Arrhythmias Using Genetically Encoded Fluorescent Indicators. Stem Cells Transl Med. 4(5):468-475, 2015. PMID: 25769651. PMCID: PMC4414223.

204.     Oberg, J.A., Glade Bender, J.L., Cohn, E.G., Morris, M., Ruiz, J., **Chung, W.K.**, Appelbaum, P.S., Kung, A.L., Levin, J.M. Overcoming Challenges to Meaningful Informed Consent for Whole Genome Sequencing in Pediatric Cancer Research. Pediatric Blood & Cancer. 62(8): 1374-1380, 2015. PMID: 25832998.

205.     * Celis, K., Shuldiner, S., Haverfield, E.V., Cappell, J., Yang, R., Gong, D.W., **Chung, W.K.** Loss of Function Mutation in Glutamic Pyruvate Transaminase 2 (GPT2) causes Developmental Encephalopathy. Journal of Inherted Metabolic Disease. 38(5):941-948, 2015. PMID: 25758935. PMCID: PMC4919120.

206.     Azarow, K.S., Cusick, R., Wynn, J., **Chung, W.K.**, Mychaliska, G., Crombleholme, T.M., Chung, D.H., Lim, F.Y., Potoka, D., Warner, B.W., Aspelund, G., Arkovitz, M.S. The Association between Congenital Diaphragmatic Hernia and Undescended Testes. J. Pediatr Surg. 50(5):744-745, 2015. PMID: 25783379. PMCID: PMC4424149.

207.     Cirulli, E.T., Lasseigne, B.N., Petrovski, S., Sapp, P.C., Dion, P.A., Leblond, C.S., Couthouis, J., Lu, Y.F., Wang, Q., Krueger, B.J., Ren, Z., Keebler, J., Han, Y., Levy, S.E., Boone, B.E., Wimbish, J.R., Jones, L.W., Jones, A.L., Carulli, J.P., Day-Williams, A., Staropoli, J.F., Xin, W.W., Chesi, A., Raphael, A., McKenna-Yasek, D., Cady, J., Vianney de Jong, J.M.B., Kenna, K.P., Smith, B.N., Topp, S., Miller, J., Gkazi, A., FALS Sequencing Consortium, Al-Chalabi, A., van den Berg, L.H., Veldink, J., Silani, V., Ticozzi, N., Shaw, C.E., Baloh, R.H., Appel, S., Simpson, E., Lagier-Tourenne, C., Pulst, S.M., Gibson, S., Trojanowski, J.Q., Elman, L., McCluskey, L., Grossman, M., Shneider, N.A., **Chung, W.K.**, Ravits, J.M., Glass, J.D., Sims, K.B., Van Deerlin, V.M., Maniatis, T., Hayes, S.D., Ordureau, A., Swarup, S., Landers, J., Baas, F., Allen, A.S., Bedlack, R.S., Harper, J.W., Gitler, A.D., Rouleau, G.A., Brown, R., Harms, M.B., Cooper, G.M., Harris, T., Myers, R.M., Goldstein, D.B. Exome Sequencing in Amyotrophic Lateral Sclerosis Identifies Risk Genes and Pathways. Science. 27; 347(6229)1436-1441, 2015. PMID: 25700176. PMCID: PMC4437632.

208. Rebbeck, T.R., Mitra, N., Wan, F., McGuffog, L., Laitman, Y., Kushnir, A., Paluch-Shimon, S., Berger, R., Zidan, J., Friedman, E., Ehrencrona, H., Stenmark-Askmalm, M., Einbeigi, Z., Loman, N., Harbst, K., Rantala, J., Von Wachenfeldt, A., Melin, B., Huo, D., Olopade, O.I., Seldon, J., Ganz, P.A., Nussbaum, R.L., Chan, S.B., Odunsi, K., Gayther, S.A., Domchek, S.M., Arun, B.K., Lu, K.H., Mitchell, G., Karlan, B.Y., Walsh, C., Lester, J., Godwin, A.K., Pathak, H., Ross, E., Daly, M.B., Whittemore, A.S., John, E.M., Miron, A., Terry, M.B., **Chung, W.K.**, Goldgar, D.E., Buys, S.S., Janavičius, R., Tihomirova, L., Tung, N., Dorfling, C.M., Van Rensburg, E.J., Steele, L., Neuhausen, S.L., Ding, Y.C., Ejlertsen, B., Gerdes, A.M., O'Hansen, T.V., Ramón y Cajal, T., Osorio, A., Benitez, J., Godino, J., Tejada, M., Duran, M., Weitzel, J.N., Bobolis, K.A., Sand, S.R.,, Fontaine, A., Savarese, A., Pasini, B., Peissel, B., Bonanni, B., Zaffaroni, D., Vignolo-Lutati, F., Scuvera, G., Giannini, G., Bernard, L., Genuardi, M., Radice, P., Dolcetti, R., Manoukian, S., Pensotti, V., Gismondi, V., Yannoukakos, D., Fostira, F., Garber, J., Torres, D., Rashid, M.U., Hamann, U., Peock, S., Frost, D., Platte, R., Evans, G., Eeles, R., Davidson, R., Eccles, D., Cole, T., Cook, J., Douglas, F., Paterson, J., Brewer, C., Hodgson, S., Morrison, P.J., Walker, L., Porteous, M.E., Kennedy, M.J., Izatt, L., Adlard, J., Donaldson, A., Ellis, S., Sharma, P., Schmutzler, R.K., Wappenschmidt, B., Becker, A., Rhiem, K., Hahnen, E., Engel, C., Meindl, A., Engert, S., Ditsch, N., Arnold, N., Plendl, H.J., Mundhenke, C., Niederacher, D., Fleisch, M., Sutter, C., Bartram, C.R., Dikow, N., Deissler, H., Wang-Gohrke, S., Gadzicki, D., Steinemann, D., Preisler-Adams, S., Bogdanova-Markov, N., Kast, K., Beer, M., Varon-Mateeva, R., Dutrannoy-Tönsing, V., Gehrigm, A., Weber, B.H., Heinritz, W., Eisinger, F., Bourdon, V., Noguchi, T., Sobol, H., Sinilnikova, O.M., Mazoyer, S., Isaacs, C., De Paepe, A., Poppe, B., Claes, K., De Leeneer, K., Peidmonte, M., Rodriguez, G., Wakely, K., Boggess, J., Blank, S.V., Basil, J., Azodi, M., Phillips, K.A., Caldes, T., De la Hoya, M., Romero, A., Nevanlinna, H., Aittomäki, K., Van der Hout, A.H., Hogervorst, F.B.L., Verhoef, S., Collée, J.M., Seynaeve, C., Oosterwijk, J.C., Gille, J.J.P., Wijnen, J.T., Gómez Garcia, E.B., Kets, C.M., Ausems, M.G.E.M., Aalfs, C.M., Devilee, P., Mensenkamp, A.R., Kwong, A., Olah, E., Papp, J., Diez, O., Lazaro, C., Darder, E., Blanco, I., Salinas, M., Jakubowska, A., Lubinski, J., Gronwald, J., Jaworska-Bieniek, K., Durda, K., Sukiennicki, G., Huzarski, T., Byrski, T., Cybulski, C., Toloczko-Grabarek, A., Złowocka-Perłowska, E., Menkiszak, J., Arason, A., Barkardottir, R.B., Simard, J., Laframboise, R., Montagna, M., Agata, S., Alducci, E., Peixoto, A., Teixeira, M.R., Spurdle, A.B., Lee, M.H., Park, S.K., Kim, S.W., Friebel, T.M., Couch, F.J., Lindor, N., Pankratz, V.S., Guidugli, L., Wang, X., Tischkowitz, M., Foretova, L., Vijai, J., Offit, K., Robson, M., Rau-Murthy, R., Kauff, N., Fink-Retter, A., Singer, C.F., Rappaport, C., Gschwantler-Kaulich, D., Pfeiler, G., Tea, M.K., Berger, A., Greene, M.H., Mai, P.L., Imyanitov, E.N., Toland, A.E., Senter, L., Bojesen, A., Pedersen, I.S., Skytte, A.B., Sunde, L., Thomassen, M., Moeller, S.T., Kruse, T.A., Jensen, U.B., Caligo, M.A., Aretini, P., Teo, S.H., Selkirk, C.G., Hulick, P.J., Healey, S., Easton, D.F., Chenevix-Trench, G., Antoniou, A.C., Nathanson, K.L. for the CIMBA Consortium. Association of Type and Location of BRCA1 and BRCA2 Mutations with Risk of Breast and Ovarian Cancer. JAMA. 313(13):1347-1361, 2015. PMID: 25849179. PMCID: PMC4537700.

209. Menes, T.S., Terry, M.B., Goldgar, D., Andrulis, I.L., Knight, J.A., John, E.M., Liao, Y., Southey, M., Miron, A., **Chung, W.,** Buys. S.S. Second Primary Breast Cancer in BRCA1 and BRCA2 Mutation Carriers: 10-Year Cumulative Incidence in the Breast Cancer Family Registry. Breast Cancer Res Treat. 151(3) 653-660, 2015. PMID: 25975955. PMCID: PMC4545282.

210. **Chung, W.K.,** Martin, K., Jalas, C., Braddock, S.R., Juusola, J., Monaghan, K.G., Warner, B., Franks, S., Yudkoff, M., Lulis, L., Rhodes, R.H., Prasad, V., Torti, E., Cho, M.T.,

Shinawi, M. Mutations in CoQ4, an Essential Component of Coenzyme Q Biosynthesis, cause Lethal Neonatal Mitochondrial Encephalomyopathy. Journal of Medical Genetics. 52(9):627-635, 2015. PMID: 26185144.

211.    Kuchenbaecker, K.B., Ramus, S.J., Tyrer, J., Lee, A., Shen, H.C., Beesley, J., Lawrenson, K., McGuffog, L., Healey, S., Lee, J.M., Spindler, T.J., Lin, Y.G., Pejovic, T., Bean, Y., Li, Q., Coetzee, S., Hazelett, D., Miron, A., Southey, M., Terry, M.B., Goldgar D.E., Buys, S.S., Janavicius R., Dorfling, C.M., van Rensburg, E.J., Neuhausen, S.L., Ding, Y.C., Hansen, T.V., Jonson, L., Gerdes, A.M., Ejlersten, B., Barrowdale, D., Dennis, J., Benitez, J., Osorio, A., Garcia, M.J., Komenaka, I., Weitzel, J.N., Ganschow, P., Peterlongo, P., Bernanrd, L., Viel, A., Bonanni, B., Peissel, B., Manoukian, S., Radice, P., Papi, L., Ottini, L., Fostira, F., Konstantopoulou I., Garber, J., Frost, D., Perkins, J., Platte, R., Ellis, S., EMBRACE, Godwin, A.K., Schmutzler, R.K., Meindl, A., Engel, C., Sutter, C., Sinilnikova, O.M., GEMO Study Collaborators, Damiola, F., Mazoyer, S., Stoppa-Lyonnet, D., Claes, K., De Leeneer, K., Kirk, J., Rodriguez, G.C., Piedmonte, M., O'Malley, D.M., de la Hoya, M., Caldes, T., Aittomaki, K., Nevanlinna, H., Collee, J.M., Rookus, M.A., Oosterwijk, J.C., Breast Cancer Family Registry, Tihomirova, L., Tung, N., Hamann, U., Isaccs, C., Tischkowitz, M., Imyanitov, E.N., Caligo, M.A., Campbell, I.G., Hogervorst, F.B., HEBRON, Olah, E., Diez, O., Blanco, I., Brunet, J., Lazaro, C., Pujana, M.A., Jakubowska, A., Gronwald, J., Lubinski, J., Sukiennicki, G., Barkardottir, R.B., Plante, M., Simard, J., Soucy, P., Montagna, M., Tognazzo, S., Teixeira, M.R., KConFab Investigators, Pankratz, V.S., Wang, X., Lindor, N., Szabo, C.I., Kauff, N., Vijai, J., Aghajanian, C.A., Pfeiler, G., Berger, A., Singer, C.F., Tea, M.K., Phelan, C.M., Greene, M.H., Mai, P.L., Rennert, G., Mulligan, A.M., Tchatchou, S., Andrulis, I.L., Glendon, G., Toland, A.E., Jensen, U.B., Kruse, T.A., Thomassen, M., Bojesen, A., Zidan, J., Friedman, E., Laitman, Y., Soller, M., Liljegren, A., Arver, B., Einbeigi, Z., Stenmark-Askmalm, M., Olopade, O.L., Nussbaum, R.L., Rebbeck, T.R., Nathanson, K.L., Domcheck, S.M., Lu, K.H., Karlan, B.Y., Walsh, C., Lester, J., Australian Cancer Study (Ovarian Cancer Investigators); Australian Ovarian Cancer Study Group, Hein, A., Ekici A.B., Beckmann, M.W., Fasching, P.A., Lambrechts, D., Van Nieuwenhuysen, E., Vergote, I., Lambrechts, S., Dicks, E., Doherty, J.A., Wicklund, K.G., Rossing, M.A., Rudolph, A., Chang-Cluade, J., Wang-Gohrke, S., Eilber, U., Moysich, K.B., Odunsi, K., Suscheston, L. Lele, S., Wilkens, L.R., Goodman, M.T., Thompson, P.J., Shvetsov, Y.B., Runnebaum, I.B., Durst, M., Hillemanns, P., Dork, T., Antonenkova, N., Bogdanova, N., Leminen, A., Pelttari, L.M., Butzow, R., Modugno, F., Kellley, J.L., Edwards, R.P., Ness, R.B., du Bois, A., Heitz, F., Schwaab, I., Harter, P., Matsuo, K., Hosono, S., Orsulic, S., Jensen, A., Kjaer, S.K., Hogdall, E., Hasmad, H.N., Azmi, M.A., Teo, S.H., Woo, Y.L., Fridley, B.K., Goode, E.L., Cunningham, J.M., Vierkant, R.A., Bruinsma, F., Giles, C.G., Liang, D., Hildebrandt, M.A., Wu, X., Levine, D.A., Bisogna, M., Berchukc, A., Iversen, E.S., Schildkraut, J.M., Concannon, P., Weber, R.P., Cramer, D.W., Terry, K.L., Poole, E.M., Tworoger, S.S., Bandera, E.V., Orlow, I., Olson, S.H., Krakstad, C., Salvesen, H.B., Tangen, I.L., Bjorge, L., van Altena, A.M., Aben, K.K., Kiemeney, L.A., Massuger, L.F., Kellar, M., Brooks-Wilson, A., Kelemen, L.E., Cook, L.S., Le, N.D., Cybulski, C., Yang, H., Lissowska, J., Brinton, L.A., Wentzensen, N., Hogdall, C., Lundvall, L., Nedergaard, L., Baker, H., Song, H., Eccles, D., McNeish, I., Paul, J., Carty, K., Siddiqui, N., Glasspool, R., Whittemore, A.S., Rothstein, J.H., McGuire, V., Sieh, W., Ji, B.T., Zheng, W., Shu, X.O., Gao, Y.T., Rosen, B., Risch, H.A., McLaughlin, J.R., Narod, S.A., Monteiro, A.N., Chen, A., Lin, H.Y., Permuth-Wey, J., Sellers, T.A., Tsai, Y.Y., Chen, Z., Ziogas, A., Anton-Culver, H., Gentry-Maharaj, A., Menon, U., Harrington, P., Lee, A.W., Wu, A.H., Pearce, C.K., Coetzee, G., Pike, M.C., Dansonka-Mieszkowska, A., Timorek, A., Rzepecka, I.K., Kupryjanczyk, J., Freedman, M.,

Noushmehr, H., Easton, D.F., Offit, K., Couch, F.J., Gayther, S., Paroah, P.P., Antoniou, A.C., Chenevix-Trench, G., Consortium of Investigaors of Modifiers of BRCA1 and BRCA 2. **Chung, W.K.**, (1269 other collaborators) Nature Genetics. 47(2):164-171, 2015. PMID: 25581431. PMCID: PMC4445140.

212.   Wortsman, X., Ma, L., **Chung, W.K.,** Wortsman, J. Evaluation of CAV1 Gene in Clinically, Sonographically, and Histologically Proven Morphea Patients. Experimental Dermatology. 24(9):718-720, 2015. PMID: 25940406.

213.   * Tanaka, A.J., Cho, M.T., Millan, F., Juusola, J., Retterer, K., Joshi, C., Niyazov, D., Garnica, A., Gratz, E., Deardorff, M., Wilkins, A., Ortiz-Gonzalez, X., Mathews, K., Panzer, K., Brilstra, E., van Gassen, K., Voker-Touw, N., van Binsbergen, E., Sobreira, N., Hamosh, A., McKnight, D., Monaghan, K.G., **Chung, W.K**. Mutations in SPATA5 Are Associated with Microcephaly, Intellectual Disability, Seizures, and Hearing Loss.  AJHG. 97(3):457-464, 2015. PMID: 26299366. PMCID: PMC4564988.

214.   * Lopez, H.U., Haverfield, E., **Chung, W.K.** Whole Exome Sequencing Reveals CLCNKB Mutations in a Case of Sudden Unexpected Infant Death. Pediatric Dev. Pathology. 18(4): 324-326, 2015. PMID: 25923035.

215.   * Coromilas, A., Wynn, J., Haverfield, E., **Chung, W.K.** Nonspecific phenotype of Noonan Syndrome Diagnosed by Whole Exome Sequencing. Clin Case Rep. (4):237-239, 2015. PMID: 25914815. PMCID: PMC 4405308.

216.   * Damseh, N., Simonin, A., Jalas, C., Picoraro, J.A., Shaag, A., Cho, M.T., Yaacov, B., Neidich, J., Al-Ashhab, M., Juusola, J., Bale, S., Telegrafi, A., Retterer, K., Pappas, J.G., Moran, E., Cappell, J., Anyane-Yeboa, K., Abu-Libdeh, B., Hediger, M.A., **Chung, W.K.,** Elpeleg, O., Edvardson, S. Mutations in SLC1A4, Encoding the Brain Serine Transporter, Are Associated with Developmental Delay, Microcephaly and Hypomyelination. Journal of Medical Genetics. 52(8): 541-547, 2015. PMID: 26041762.

217.   * Yu, L., Sawle, A.D., Wynn, J., Aspelund, G., Stolar, C.J., Arkovitz, M.S., Potoka, D., Azarow, K.S., Mychaliska, G.B., Shen, Y., **Chung, W.K.** Increased burden of De Novo Predicted Deleterious Variants in Complex Congential Diaphragmatic Hernia. Human Molecular Genetics. 24(16):4764-4773, 2015. PMID: 26034137. PMCID: PMC4512631.

218.   * Lumish, H.S., Wynn, J., Devinsky, O., **Chung, W.K.** Brief Report: SETD2 Mutation in a Child with Autism, Intellectual Disabilities and Epilepsy. J Autism Dev Disord. 45(11):3764-3770, 2015. PMID: 26084711.

219.   Shirts, B.H., Salama, J.S., Aronson, S.J., **Chung, W.K.,** Gray, S.W., Hindorff, L.A., Jarvik, G.P., Plon, S.E., Stoffel, E.M., Tarczy-Hornoch, P.Z., Van Allen, E.M., Weck, K.E., Chute, C.G., Freimuth, R.R., Grundmeier, R.W., Hartzler, A.L., Li, R., Peissig, P.L., Peterson, J.F., Rasmussen, L.V., Starren, J.B., Williams, M.S., Overby, C.L. CSER and eMERGE: Current and Potential State of the Display of Genetic Information in the Electronic Health Record. J Am Med Inform Assoc. 22(6): 1231- 1242. PMID: 26142422. PMCID: PMC5009914.

220.   Sabatello, M., Phelan, J.C., Hesdorffer, D.C., Shostak, S., Goldsmith, J., Sorge, S.T., Winawer, M.R., **Chung, W.K.,** Ottman, R. Genetic Causal Attribution of Epilepsy and its Implications for Felt Stigma. Epilepsia. 10.1111/epi.13113. 56(10):1542-1550, 2015. PMID: 26290354. PMCID: PMC4593736.

221.   Snijders Blok, L., Madsen, E., Juusola, J., Gilissen, C., Baralle, D., Reijnders, M.R., Venselaar, H., Helsmoortel, C., Cho, M.T., Hoischen, A., Vissers, L.E., Koemans, T.S., Wissink-Lindhout, W., Eichler, E.E., Romano, C., Van Esch, H., Stumpel, C., Vreeburg, M.,

Smeets, E., Oberndorff, K., van Bon, B.W., Shaw, M., Gecz, J., Haan, E., Bienek, M., Jensen, C., Loeys, B.L., Van Dijck, A., Innes, A.M., Racher, H., Vermeer, S., Di Donato, N., Rump, A., Tatton-Brown, K., Parker, M.J., Henderson, A., Lynch, S.A., Fryer, A., Ross, A., Vasudevan, P., Kini, U., Newbury-Ecob, R., Chandler, K., Male, A., DDD study, Dijkstra, S., Schieving, J., Giltay, J., van Gassen, K.L., Schuurs-Hoeijmakers, J., Tan, P.L., Pediaditakis, I., Haas, S.A., Retterer, K., Reed, P., Monaghan, K.G., Haverfield, E., Natowicz, M., Myers, A., Kruer, M.C., Stein, Q., Strauss, K.A., Brigatti, K.W., Keating, K., Burton, B.K., Kim, K.H., Charrow, J., Norman, J., Foster-Barber, A., Kline, A.D., Kimball, A., Zackai, E., Harr, M., Fox, J., McLaughlin, J., Lindstrom, K., Haude, K.M., van Roozendaal, K., Brunner, H., **Chung, W.K.,** Kooy, R.F., Pfundt, R., Kalscheuer, V., Mehta, S.G., Katsanis, N., Kleestra, T. Mutations in DDX3X are a Common Cause of Unexplained Intellectual Disability with Gender-Specific Effects on Wnt Signaling. Am J Hum Genet. 6;97(2):343-352, 2015. PMID: 26235985. PMCID: PMC4573244.

222.    Terry, M.B., Phillips, K.A., Daly, M.B., John, E.M., Andrulis, I.L., Buys, S.S., Goldgar, D.E., Knight, J.A., Whittemore, A.S., **Chung, W.K.,** Apicella, C., Hopper, J.L. Cohort Profile: The Breast Cancer Prospective Family Study Cohort (ProF-SC). Int J Epidemiol, 45(3): 683-692, 2016. PMID: 26174520. PMCID: PMC5005937.

223.    * Shang, L., Cho, M.T., Retterer, K., Folk, L., Humberson, J., Rohena, L., Sidhu, A., Saliganan, S., Iglesias, A., Vitazka, P., Juusola, J., O'Donnell-Luria, A.H., Shen. Y., **Chung, W.K.** Mutations in ARID2 are Associated with Intellectual Disabilities. Neurogenetics. 16(4):307-314, 2015. PMID: 26238514.

224.    McCullough, L.B., Brothers, K.B., **Chung, W.K.,** Joffe, S., Koenig, B.A., Wilfond, B., Yu, J.H. Professionally Responsible Disclosure of Genomic Sequencing Results in Pediatric Practice. Pediatrics. 136(4):e974-982, 2015. PMID: 26371191. PMCID: PMC4586726.

225.    Berman, J.I., Chudnovskaya, D., Blaskey, L., Kuschner, E., Mukherjee, P., Buckner, R., Nagarajan, S., **Chung, W.K.,** Spiro, J.E., Sherr, E.H., Roberts, T.P. Abnormal Auditory and Language Pathways in Children with 16p11.2 Deletion. NeuroImage Clinical. 9:50-57, 2015. PMID: 26413471. PMCID: PMC4543079.

226.    * Tanaka, A.J., Bai, R., Cho, M.T., Anyane-Yeboa, K., Ahimaz, P., Wilson, A.L., Kendall, F., Hay, B., Moss, T., Nardini, M., Bauer, M., Retterer, K., Juusola, J., **Chung, W.K.** De Novo Mutations in PURA are Associated with Hypotonia and Developmental Delay. Cold Spring Harb Mol Case Stud. 1(1):a000356, 2015. PMID: 27148565. PMCID: PMC4850890.

227.    * Yizhou, Y., Cho, M.T., Retterer, K., Alexander, N., Ben-Omran, T., Al-Mureikhi, M., Cristian, I., Wheeler, P.G., Crain, C., Zand, D., Weinstein, V., Vernon, H.J., McClellan, R., Krishnamurthy, V., Vitazka, P., Millan, F., **Chung, W.K.** De Novo POGZ Mutations are Associated with Neurodevelopmental Disorders and Microcephaly. Cold Spring Harb Mol Case Stud. 1(1):a000455, 2015. PMID: 27148570. PMCID: PMC4850885.

228.    * Yang, H., Douglas, G., Monaghan, K.G., Retterer, K., Cho, M.T., Escobar, L.F., Tucker, M.E., Stoler, J., Rodan, L.H., Stein, D., Marks, W., Enns, G.M., Platt, K., Cox, R., Wheeler, P.G., Crain, C., Calhoun, A., Tryon, R., Richard, G., Vitazka, P., **Chung, W.K.** *De Novo* Truncating Variants in the AHDC1 gene encoding the AT-hook DNA-Binding Motif-Containing Protein 1 are Associated with Intellectual Disability and Developmental Delay. Cold Spring Harb Mol Case Stud. 1(1):a000562, 2015. PMID: 27148574. PMCID: PMC4850891.

229. Bradbury, A.R., Patrick-Miller, L., Schwartz, L., Egleston, B., Sands, C.B., **Chung, W.K.,** Glendon, G., McDonald, J.A., Moore, C., Rauch, P., Tuchman, L., Andrulis, I.L., Buys, S.S., Frost, C.J., Keegan, T.H., Knight, J.A., Terry, M.B., John, E.M., Daly, M.B. Psychosocial Adjustment in School-age Girls with a Family History of Breast Cancer. Pediatrics. 136(5):927-937, 2015. PMID: 26482668. PMCID: PMC4972044.

230. Karaca, E., Harel, T., Pehlivan, D., Jhangiani, S.N., Gambin, T., Coban Akdemir, Z., Gonzaga-Jauregui, C., Erdin, S., Bayram, Y., Campbell, I.M., Hunter, J.V., Atik, M.M., Van Esch, H., Yuan, B.F., Wiszniewski, W., Isikay, S., Yesil, G., Yuregir, O.O., Tug Bozdogan, S., Aslan, H., Aydin, H., Tos, T., Aksoy, A., De Vivo, D.C., Jain, P., Geckinli, B.B., Sezer, O., Gul, D., Durmaz, B., Cogulu, O., Ozkinay, F., Topcu, V., Candan, S., Cebi, A.H., Ikbal, M., Yilmaz Gulec, E., Gezdirici, A., Koparir, E., Ekici, F., Coskun S., Cicek, S., Karaer, K., Koparir, A., Duz, M.B., Kirat, E., Fenercioglu, E., Ulucan, H., Seven, M., Guran, T., Elcioglu, N., Yidirim, M.S., Aktas, D., Alikasifoglu, M., Ture, M., Yakut, T., Overton, J.D., Yuksel, A., Ozen, M., Muzny, D.M., Adams, D.R., Boerwinkle, E., **Chung, W.K.,** Gibbs, R.A., Lupski, J.R. Genes that Affect Brain Structure and Function Identified by Rare Variant Analysis of Mendelian Neurologic Disease. Neuron. 88(3):499-513, 2015. PMID: 26539891. PMCID: PMC4824012.

231. * Susswein, L.R., Marshall, M.L., Nusbaum, R., Vogel Postula, K.J., Weissman, S.M., Yackowski, L., Vaccari, E.M., Bissonnette, J., Booker, J.K., Cremona, M.L., Gibellini, F., Murphy, P.D., Pineda-Alvarez, D.E., Pollevick, G.D., Xu, Z., Richard, G., Bale, S., Klein, R.T., Hruska, K.S. **Chung, W.K.** Pathogenic and likely pathogenic variant prevalence among the first 10,000 patients referred for next generation cancer panel testing. Genet Med. 2016 Aug;18(8):823-32. doi: 10.1038/gim.2015.166. PMID: 26681312. PMCID: PMC4985612.

232. * Homsy, J., Zaidi, S., Shen, Y., Ware, J.S., Samocha, K.E., Karczewski, K.J., DePalma, S.R., McKean, D., Wakimoto, H., Gorham, J., Jin, S.C., Deanfield, J., Giardini, A., Porter, G., Kim, R., Bilguvar, K., Lopez, F., Mane, S., Romano-Adesman, A., Qi, H., Vardarajan, B., Ma, L., Daly, M., Roberts, A.E., Russell, M.W., Mital, S., Newburger, J.W., Gaynor, J.W., Breitbart, R.E., Iossifov, I., Ronemus, M., Sanders, S.J., Kaltman, J.R., Seidman, J.G., Gelb, B.D., Goldmuntz, E., Brueckner, M., Lifton, R.P., Seidman, C.E., **Chung, W.K.** De Novo Mutations in Congenital Heart Disease with Neurodevelopmental and other Congenital Anomalies. Science. 350:1262-1266, 2015. PMID: 26785492. PMCID: PMC 4890146.

233. Retterer, K., Juusola, J., Cho, M.T., Vitazka, P., Millan, F., Gibellini, F., Vertino-Bell, A., Smaoui, N., Neidich, J., Monaghan, K.G., McKnight, D., Bai, R., Suchy, S., Friedman, B., Tahiliani, J., Pineda-Alvarez, D., Richard, G., Brandt, T., Haverfield, E., **Chung, W.K.,** Bale, S. Clinical Application of Whole Exome Sequencing across Clinical Indications. Genet Med. 18(7): 696-704, 2016. PMID: 26633542.

234. Brothers, K.B., Holm, I.A., Childerhose, J.E., Antommaria, A.H., Bernhardt, B.A., Clayton, E.W., Gelb, B.D., Joffe, S., Lynch, J.A., McCormick, J.B., McCullough, L.B., Parsons, D.W., Sundaresan, A.S., Wolf, W.A., Yu, J.H., Wilfond, B.S., Berman, B.E., Biesecker, L.G., Hull, S.C., Biswas, S., **Chung, W.K.,** Koenig, B., Lehmann, L.S., Lewis, M., McGuire, A.L., Slashinski, M.J., Ross, L.F., Salama, J.S., Skinner, D., Tabor, H.K., Wolf, S.M., Perry, C., Chandler, A., Cobb, B., Harley, J., Myers, M., Chiavacci, R., Connolly, J., Faucett, A., Fetterolf, S., Ledbetter, D., Williams, J., Ehrlich, K., Fullerton, M., Hansen, K., Hartzler, A., Scrol, A., Carruth, L., Chau, E., Chute, C., Kullo, I., Sharp, R., Brilliant, M.,

Frost, N., Kitchner, T., McCarty, C., Ferryman, K., Horowitz, C., Keppel, Y., Rhodes, R., Sanderson, S., Zinberg, R., Aufox, S., Healthcote, M., Pan, V., Smith, M., Garrison, N., Basford, M., Kirby, J., Bodin Claar, M., Melancon, L., Stallings, S. When Participants in Genomic Research Grow Up: Contact and Consent at the Age of Majority. J Pediatr. 168:226-231, 2016. PMID: 26477867. PMCID: PMC4824174.

235.    *Boyle, L., Wamelink, M.M., Salomons, G.S., Roos, B., Pop, A., Dauber, A., Hwa, V., Andrew, M., Douglas, J., Feingold, M., Kramer, N., Saitta, S., Retterer, K., Cho, M.T., Begtrup, A., Monaghan, K.G., Wynn, J., **Chung, W.K.** Mutations in *TKT* are the Cause of a Syndrome Including Short Stature, Developmental Delay and Congenital Heart Defects. Am J Hum Genet. 98(6):1235-1242, 2016. PMID: 27259054. PMCID: PMC 4908149.

236.    Jenkins, J., Chow, V., Blaskey, L., Kuschner, E., Qasmieh, S., Gaetz, L., Edgar J.C., Mukherjee, P., Buckner, R., Nagarajan, S.S., **Chung, W.K.,** Spiro, J.E., Sherr, E.H., Berman, J.I., Roberts, T.P. Auditory Evoked M100 Response Latency is Delayed in Children with 16p11.2 Deletion but not 16p11.2 Duplication. Cereb Cortex. 26(5): 1957-1964, 2016. PMID: 25678630.

237.    * Bernier, R., Steinman K.J., Reilly, B., Stevens Wallace, A.S., Sherr, E.H., Pojman, N., Mefford, H.C., Gerdts, J., Earl, R., Hanson, E., Goin-Kochel, R.P., Berry, L., Kanne, S., Snyder, L. G., Spence, S., Ramocki, M.B., Evans, D.W., Spiro, J.E., Martin, C.L., Ledbetter, D.H., **Chung, W.K**. Clinical Phenotype of the Recurrent 1q21.1 Copy-Number Variant. Genet Med. 18(4): 341-349, 2016. PMID: 26066539.

238.    Koolen, D.A., Pfundt, R., Linda, K., Beunders, G., Veenstra-Knol, H.E., Conta, J.H., Fortuna, A.M., Gillessen-Kaesbach, G., Dugan, S., Halbach, S., Abdul-Rahman, O., Winesett, H.M., **Chung, W.K.,** Dalton, M., Dimova, P.V.P., Mattina, T., Prescott, K., Zhang, H.Z., Saal, H.M., Hehir-Kwa, J.Y., Ockeloen, C.W., Jongmans, M.C., Van der Aa, N., Faillia, P., Barone, C., Avola, E., Brooks, A.S., Kant, S.G., Gerkes, E. H., Firth, H.V., Ounap, K., Bird, L., Masser-Frye, D., Friedman, J., Sokunbi, M.A., Dixit, A., Splitt, M., DDD Study, Kukolich, M.K., McGaughran, J., Coe, B.P., Florez, J., Kasri, N.N., Brunner, H.G., Thompson, E.M., Gecz, J., Romano, C., Eichler, E.E., de Vries, B.B.A., Willemsen, M. The Koolen-de Vries Syndrome: A Phenotypic Comparison of Patients with a 17q21.31 Microdeletion versus a KANSL1 Sequence Variant. Eur J Hum Genet. 24(5): 652-659, 2016. PMID: 26306646. PMCID: PMC4930086.

239.    Pasquali, S.K., Jacobs, J.P., Farber, G.K., Bertoch, D., Blume, E.D., Burns, K.M., Campbell, R., Chang, A.C., **Chung, W.K.,** Riehle-Colarusso, T., Curtis, L.H., Forrest, C.B., Gaynor, W.J., Gaies, M.G., Go, A.S., Henchey, P., Martin, G.R., Pearson, G., Pemberton, V.L., Schwartz, S.M., Vincent, R., Kaltman, J.R. Report of the National Heart, Lung, and Blood Institute Working Group: An Integrated Network for Congenital Heart Disease Research. Circulation. 133(14) 1410-1418, 2016. PMID: 27045129. PMCID: PMC4932890.

240.    Alcalay, R., Levy, O.A., Wolf, P., Oliva, P., Zhang, X.K., Waters, C.H., Fahn, S., Kang, U., Liong, C., Ford, B., Mazzoni, P., Kuo, S., Johnson, A., Xiong, L., Rouleau, G.A., **Chung, W.K.,** Marder, K.S., Gan-Or, Z. SCARB2 Variants and Glucocerebrosidase Activity in Parkinson Disease. NPJ Parkinson's Disease. 2, 2016. PMID: 27110593. PMCID: PMC4838276.

241.    *Shang, L., Henderson, L.B., Cho, M.T., Petrey, D.S., Fong, C.T., Haude, K.M., Shur, N., Lundberg, J., Hauser, N., Carmichael, J., Innis, J., Schuette, J., Wu, Y.W., Asaikar, S., Pearson, M., Folk, L., Retterer, K., Monaghan, K.G., **Chung, W.K.** De Novo Missense

Variants in PPP2R5D Are Associated with Intellectual Disability, Macrocephaly, Hypotonia and Autism. Neurogenetics. 17(1):43-49, 2016. PMID: 26576547. PMCID: PMC4765493.

242.    * D'Angelo, D., Lebon, S., Chen, Q., Martin-Brevet, S., Snyder, L.G., Hippolyte, L., Hanson, E., Maillard, A.M., Faucett, A., Mace, A., Pain, A., Bernier, R., Chawner, S.J., David, A., Andrieux, J., Aylward, E., Baujat, G., Caldeira, I., Conus, P., Ferrari, C., Forzano, F., Gerard, M., Goin-Kochel, R.P., Grant, E., Hunter, J.V., Isidor, B., Jacquette, A., Jonch, A.E., Keren, B., Lacombe, D., Le Caignec, C., Martin, C. L., Mannik, K., Metspalu, A., Mignot, C., Mukherjee, P., Owen, M.J., Passeggeri, M., Rooryck-Thambo, C., Rosenfeld, J.A., Spence, S.J., Steinman, K.J., Tjernagel, J., Van Haelst, M., Shen, Y., Draganski, B., Sherr, E.H., Ledbetter, D.H., van den Bree, M.B., Beckmann, J.S., Spiro, J.E., Reymond, A., Jacquemont, S., **Chung, W.K.** Defining the Effect of the 16p11.2 Duplication on Cognition, Behavior, and Medical Comorbidities. JAMA Psychiatry. 73(1):20-30, 2016. PMID: 26629640.

243.    Caminiti, C.B., Hesdorffer, D.C., Shostak, S., Goldsmith, J., Sorge, S.T., Winawer, M.R., Phelan, J.C., **Chung, W.K.,** Ottman, R. Parents' Interest in Genetic Testing of their Offspring in Multiplex Epilepsy Families. Epilepsia. 57(2): 279-287, 2016. PMID: 26693851. PMCID: PMC4744116.

244.    Rinke, M.L., Driscoll, A., Mikat-Stevens, N., Healy, J., Colantuoni, E., Elias, A.F., Pletcher, B.A., Gubernick, R.S., Larson, I., **Chung, W.K.,** Tarini, B.A. A Quality Improvement Collaborative to Improve Pediatric Primary Care Genetic Services. Pediatrics. 137(2):1-10, 2016. PMID: 26823539.

245.    John, E.M., Terry, M.B., Keegan, T.H., Bradbury, A.R., Knight, J.A., **Chung, W.K.,** Frost, C.J., Lilge, L., Patrick-Miller, L., Schwartz, L.A., Whittemore, A.S., Buys, S.S., Daly, M.B., Andrulis, I.L. The LEGACY Girls Study: Growth and Development in the Context of Breast Cancer Family History. Epidemiology. 27(3): 438-448, 2016. PMID: 26829160. PMCID: PMC5341739.

246.    Berman, J.I., Chudnovskaya, D., Blaskey, L., Kuschner, E., Mukherjee, P., Buckner, R., Nagarajan, S., **Chung, W.K.,** Sherr, E.H., Roberts, T.P. Relationship between M100 Auditory Evoked Response and Auditory Radiation Microstructure in 16p11.2 Deletion and Duplication Carriers. American Journal of Neuroradiology. 37(6):1178-1184, 2016. PMID: 26869473. PMCID: PMC4907815.

247.    Evans, J.D., Girerd, B., Montani, D., Wang, X.J., Galie, N., Austin, E.D., Elliot, G., Asano, K., Grunig, E., Yan, Y., Jing, Z.C., Manes, A., Palazzini, M., Wheeler, L.A., Nakayama, L., Sato, T., Eichstaedt, C., Hinderhofer, K., Wolf, M., Rosenzweig, E.B., **Chung, W.K.,** Soubrier, F., Simmoneau, G., Graf, S., Kaptoge, S., Di Angelantonio, E., Humbert, M. Morrell, N.W. BMPR2 Mutations and Survival in Pulmonary Arterial Hypertension: An Individual Participant Data Meta-Analysis. Lancet Respir Med. 4(2): 129-137, 2016. PMID: 26795434. PMCID: PMC4737700.

248.    *Tanaka, A.J., Cho, M.T., Retterer, K., Jones, J.R., Nowak, C., Douglas, J., Jiang, Y.H., McConkie-Rosell, A., Shaefer, G.B., Kaylor, J., Rahman, O.A., Telegrafi, A., Friedman, B., Douglas, G., Monaghan, K.G., **Chung, W.K.** De Novo Pathogenic Variants in CHAMP1 are Associated with Global Developmental Delay, Intellectual Disability, and Dysmorphic Facial Features. Cold Spring Harb Mol Case Stud. 2(1):a000661, 2016. PMID: 27148580. PMCID:PMC4849844.

249.    Green, R.C., Goddard, K.A., Jarvik, G.P., Amendola, L.M., Appelbaum, P.S., Berg, J.S., Bernhardt, B.A., Biesecker, L.G., Biswas, S., Blout, C.L., Bowling, K.M., Brothers, K.B.,

Burke, W., Caga-Anan, C.F., Chinnaiyan, A.M., **Chung, W.K.,** Clayton, E.W., Cooper, G.M., East, K., Evans, J.P., Fullerton, S.M., Garraway, L.A., Garrett, J.R., Gray, S.W., Henderson, G.E., Hindorff, L.A., Holm, I.A., Lewis, M.H., Hutter, C.M., Janne, P.A., Joffe, S., Kaufman, D., Knoppers, B.M., Koenig, B.A., Krantz, I.D., Manolio, T., McCullough, L., McEwen, J., McGuire, A., Muzny, D., Myers, R.M., Nickerson, D.A., Ou, J., Parsons, D.W., Petersen, G.M., Plon, S.E., Rehm, H.L., Roberts, J.S., Robinson, D., Salama, J.S., Scollon, S., Sharp, R.R., Shirts, B., Spinner, N.B., Tabor, H.K., Tarczy-Hornoch, P., Veenstra, D.L., Wagle, N., Weck, K., Wilfond, B.S., Wilhelmsen, K., Wolf, S.M., Wynn, J., Yu, J.H. Clinical Sequencing Exploratory Research Consortium: Accelerating the Evidence-Based Practice of Genomic Medicine. Am J Hum Genet. 2;98(6):1051-1066, 2016. PMID: 27181682. PMCID: PMC4908179.

250. Couch, F.J., Kuchenbaecker, K.B., Michailidou, K., Mendoza-Fandino, G.A., Nord, S., Lilyquist, J., Olswold, C., Hallberg, E., Agata, S., Ahsan, H., Aittomaki, K., Ambrosone, C., Andrulis, I.L., Anton-Culver, H., Arndt, V., Arun, B.K., Arver, B., Barile, M., Barkardottir, R.B., Barrowdale, D., Beckmann, L., Beckmann, M.W., Benitez, J., Blank, S.V., Blomqvist, C., Bogdanova, N.V., Bojesen, S.E., Bolla, M.K., Bonanni, B., Brauch, H., Brenner, H., Burwinkel, B., Buys, S.S., Caldes, T., Caligo, M.A., Canzian, F., Carpenter, J., Chang-Claude, J., Chanock, S.J., **Chung, W.K.,** Claes, K.B., Cox, A., Cross, S.S., Cunningham, J.M., Czene, K., Daly, M.B., Damiola, F., Darabi, H., de la Hoya, M., Devilee, P., Diez, O., Ding, Y.C., Dolcetti, R., Domchek, S.M., Dorfling, C.M., dos-Santos-Silva, I., Dumont, M., Dunning, A.M., Eccles, D.M., Ehrencrona, H., Ekici, A.B., Eliassen, H., Ellis, S., Fasching, P.A., Figueroa, J., Flesch-Janys, D., Forsti, A., Fostira, F., Foulkes, W.D., Friebel, T., Friedman, E., Frost, D., Gabrielson, M., Gammon, M.D., Ganz, P.A., Gapstur, S.M., Garber, J., Gaudet, M.M., Gayther, S.A., Gerdes, A.M., Ghoussaini, M., Giles, G.G., Glendon, G., Godwin, A.K., Goldberg, M.S., Goldgar, D.E., Gonzalez-Neira, A., Greene, M.H., Gronwald, J., Guenel, P., Gunter, M., Haeberle, L., Haiman, C.A., Hamann, U., Hansen, T.V., Hart, S., Healey, S., Heikkinen, T., Henderson, B.E., Herzog, J., Hogervorst, F.B., Hollestelle, A., Hooning, M.J., Hoover, R.N., Hopper, J.L., Humphreys, K., Hunter, D.J., Huzarski, T., Imyanitov, E.N., Isaacs, C., Jakubowska, A., James, P., Janavicius, R., Jensen, U.B., John, E.M., Jones, M., Kabisch, M., Kar, S., Karlan, B.Y., Khan, S., Khaw, K.T., Kibriya, M.G., Knight, J.A., Ko, Y.D., Konstantopoulou, I., Kosma, V.M., Kristensen, V., Kwong, A., Laitman, Y., Lambrechts, D., Lazaro, C., Lee, E., Le Marchand, L., Lester, J., Lindblom, A., Lindor, N., Lindstrom, S., Liu, J., Long, J., Lubinski, J., Mai, P.L., Makalic, E., Malone, K.E., Mannermaa, A., Manoukian, S., Margolin, S., Marme, F., Martens, J.W., McGuffog, L., Meindl, A., Miller, A., Milne, R.L., Miron, P., Montagna, M., Mazoyer, S., Mulligan, A.M., Muranen, T.A., Nathanson, K.L., Neuhausen, S.L., Nevanlinna, H., Nordestgaard, B.G., Nussbaum, R.L., Offit, K., Olah, E., Olopade, O.I., Olson, J.E., Osorio, A., Park, S.K., Peeters, P.H., Peissel, B., Peterlongo, P., Peto, J., Phelan, C.M., Pilarski, R., Poppe, B., Pylkas, K., Radice, P., Rahman, N., Rantala, J., Rappaport, C., Rennert, G., Richardson, A., Robson, M., Romieu, I., Rudolph, A., Rutgers, E.J., Sanchez, M.J., Santella, R.M., Sawyer, E.J., Schmidt, D.F., Schmidt, M.K., Schmutzler, R.K., Schumacher, F., Scott, R., Senter, L., Sharma, P., Simard, J., Singer, C.F., Sinilnikova, O.M., Soucy, P., Southey, M., Steinemann, D., Stenmark-Askmalm, M., Stoppa-Lyonnet, D., Swerdlow, A., Szabo, C.I., Tamimi, R., Tapper, W., Teixeira, M.R., Teo, S.H., Terry, M.B., Thomassen, M., Thopson, D., Tihomirova, L., Toland, A.E., Tollenaar, R.A., Tomlinson, I., Truong, T., Tsimiklis, H., Teule, A., Tumino, R., Tung, N., Turnbull, C., Ursin, G., van Deurzen, C.H., van Rensburg, E.J., Varon-Mateeva, R., Wang, Z., Wang-Gohrke, S., Weiderpass, E., Weitzel, J.N., Whittemore, A., Wildiers, H., Wingvist, R., Yang, X.R., Yannoukakos, D.,

Yao, S., Zamora, M.P., Zheng, W., Hall, P., Kraft, P., Vachon, C., Slager, S., Chenevix-Trench, G., Pharoah, P.D., Monteiro, A.A., Garica-Closas, M., Easton, D.F., Antoniou, A.C. Identification of Four Novel Susceptibility Loci for Oestrogen Receptor Negative Breast Cancer. Nat Commun. 7:11375, 2016. PMID: 27117709. PMCID: PMC4853421.

251.    Harel, T., Yesil, G., Bayram, Y., Coban Akdemir, Z.H., Charng, W.L., Karaca, E., AlAsmari, A., Hunter, J.V., Hjangiani, S.N., Mokry, J.A., Pehlivan, D., Ayman, E.H., Saleh, M.A., Muzny, D.M., Boerwinkle, E., LeDuc, C.A., Gibbs, R.A., **Chung, W.K.,** Yang, Y., Belmont, K., Lupski, J.R. Monoallelic and Biallelic Variants in EMC1 Identified in Individuals with Global Developmental Delay, Hypotonia, Scoliosis, and Cerebellar Atrophy. American Journal of Human Genetics. 3;98(3):562-570. 2016. PMID: 26942288. PMCID: PMC4800043.

252.    Chen, C.A., Bosch, D.G., Cho, M.T., Rosenfeld, J.A., Shinawi, M., Lewis, R.A., Mann, J., Jayakar, P., Payne, K., Walsh, L., Moss, T., Schreiber, A., Schoonveld, C., Monaghan, K.G., Elmslie, F., Douglas, G., Boonstra, F.N., Millan, F., Cremers, F.P., McKnight, D., Richard, G., Juusola, J., Kendall, F., Ramsey, K., Anyane-Yeboa, K., Malkin, E., **Chung, W.K.,** Niyazov, D., Pascual, J.M., Walkiewicz, M., Veluchamy, V., Li, C., Hisama, F.M., de Vries, B.B., Schaaf, C. The Expanding Clinical Phenotype of Bosch-Boonstra-Schaaf Optic Atrophy Syndrome: 20 New Cases, and Possible Genotype-Phenotype Correlations.Genet Med, 18(11): 1143-1150, 2016. PMID: 26986877.

253.    *Green Snyder, L., D'Angelo, D., Chen, Q., Bernier, R., Goin-Kochel, R.P., Wallace, A. S., Gerdts, J., Kanne, S., Berry, L., Blaskey, L., Kuschner, E., Roberts, T., Sherr, E., Martin, C.L., Ledbetter, D.H., Spiro, J.E., **Chung, W.K.,** Hanson, E., Alupay, H., Aaronson, B., Ackerman, S., Ankenman, K., Anwar, A., Atwell, C., Bowe A., Beaudet, A.L., Benedetti, M., Berg, J., Berman, J., Berry, L.N., Bibb, A.L., Blaskey, L., Brennan, J., Brewton, C.M., Buckner, R., Bukshpun, P., Burko, J., Cali, P., Cerban, B., Chang, Y., Cheong, M., Chow, V., Chu, Z., Chudnovskaya, D., Cornew, L., Dale, C., Dell, J., Dempsey, A.G., Deschamps, T., Earl, R., Edgar, J., Elgin, J., Olson, J.E., Evans, Y.L., Findlay, A., Fischbach, G.D., Fisk, C., Fregeau, B., Gaetz, B., Gaetz, L., Garza, S., Gerdts, J., Glenn, O., Gobuty, S.E., Golembski, R., Greenup, M., Heiken, K., Hines, K., Hinkley, L., Jackson, F.I., Jenkins, J. 3rd., Jeremy, R.J., Johnson, K., Kanne, S.M., Kessler, S., Khan, S.Y., Ku, M., Kuschner, E., Laakman, A.L., Lam, P., Lasala, M.W., Lee, H., LeGuerre, K., Levy, S., Cavanagh, A.L., Llorens, A.V., Campe, K.L., Luks, T.L., Marco, E.J., Martin, S., Martin, A.J., Marzano, G., Masson, C., McGovern, K.E., Keehn, R.M., Miller, D.T., Miller, F.K., Moss, T.J., Murray, R., Nagarajan, S.S., Nowell, K.P., Owen, J., Paal, A.M., Packer, A., Page, P.Z., Paul, B.M., Peters, A., Peterson, D., Poduri, A., Pojman, N.J., Porche, K., Proud, M.B., Q Asmieh, S., Ramocki, M.B., Reilly, B., Roberts, T.P., Shaw, D., Sinha, T., Smith-Packard, B., Gallagher, A.S., Swarnakar, V., Thieu, T., Triantafallou, C., Vaughan, R., Visyak, N., Wakahiro, M., Wallace, A., Ward, T., Wenegrat, J., Wolken, A. Autism Spectrum Disorder, Developmental and Psychiatric Features in 16p11.2 Duplication. J Autism Dev Disord. 46(8): 2734-2748, 2016. PMID: 27207092.

254.    *Steinfeld, H., Cho, M.T., Retterer, K., Person, R., Schaefer, G.B., Danylchuk, N., Malik, S., Wechsler, S.B., Wechsler, S.B., Wheeler, P.G., van Gassen, K.L., Terhal, P.A., Verhoeven, V.J., van Slegtenhorst, M.A., Monaghan, K.G., Henderson, L.B., **Chung, W.K.** Mutations in HIVEP2 are Associated with Developmental Delay, Intellectual Disability and Dysmorphic Features. Neurogenetics. 17(3):159-164, 2016. PMID: 27003583. PMCID: PMC4907844.

255.	*Beck, D.B., Cho, M.T., Millan, F., Yates, C., Hannibal, M., O'Connor, B., Shinawi, M., Connolly, A.M., Waggoner, D., Halbach, S., Angle, B., Sanders, V., Shen, Y., Retterer, K., Begtrup, A., Bai, R., **Chung, W.K.** A Recurrent de novo CTBP1 Mutation is associated with Developmental Delay, Hypotonia, Ataxia, and Tooth Enamel Defects. Neurogenetics. 17(3):173-178, 2016. PMID: 27094857.

256.	Millan, F., Cho, M.T., Retterer, K., Monaghan, K., Bai, R., Vitazka, P., Everman, D.B., Smith, B., Angle, B., Roberts, V., Immken, L., Nagakura, H., DiFazio, M., Sherr, E., Haverfield, E., Friedman, B., Telegrafi, A., Juusola, J., **Chung, W.K.,** Bale, S. Whole Exome Sequencing Reveals *De Novo* Pathogeneic Variants in *KAT6A* as a Cause of a Neurodevelopmental Disorder. Am J Med Genet A. 170(7): 1791-1798, 2016. PMID: 27133397.

257.	Chang, Y.S., Owen, J.P., Pojman, N.J., Thieu, T., Bukshpun, P., Wakahiro, M.L.J., Marco, E.J., Berman, J.I., Spiro, J.E., **Chung, W.K.,** Buckner, R.L., Roberts, T.P.L., Nagarajan, S.S., Sherr, E.H., Mukherjee, P. Reciprocal White Matter Alterations Due to 16p11.2 Chromosomal Deletions versus Duplications. Human Brain Mapp. Aug, 37(8), 2833-2848, 2016. PMID: 27219475.

258.	Terry, M.B., Goldberg, M., Schechter, S., Houghton, L.C., White, M.L., O'Toole, K., **Chung, W.K.,** Daly, M.B., Keegan, T.H., Andrulis, I.L., Bradbury, A.R., Schwartz, L., Knight, J.A., John, E.M., Buys, S.S. Comparison of Clinical, Maternal, and Self Pubertal Assessments: Implications for Health Studies. Pediatrics. 138(1), 2016. PMID: 27279647. PMCID: PMC4925080.

259.	Bersell, K., Montgomery, J. A., Kanagasundram, A.N., Campbell, C.M., **Chung, W.K.,** Macaya, D., Konecki, D., Venter, E., Shoemaker, M.B., Roden, D.M. Partial Duplication and Poly(A) Insertion in KCNQ1 Not Detected by Next-Generation Sequencing in Jervell and Lange-Nielsen Syndrome. Circ Arrhythm Electrophysiol. 2016 Jun;9(6):e004081. doi: 10.1161/CIRCEP.116.004081. PMID: 27286732. PMCID: PMC4905601.

260.	Sorge, S.T., Hesdorffer, D.C., Phelan, J.C., Winawer, M.R., Shostak, S., Goldsmith, J., **Chung, W.K.,** Ottman, R. Depression and Genetic Causal Attribution of Epilepsy in Multiplex Epilepsy Families. Epilepsia. 57(10): 1643-1650, 2016. PMID: 27558297. PMCID: PMC5056147.

261.	Fatkin, D., Lam, L., Herman, D.S., Benson, C.C., Felkin, L.E., Barton, P.J.R., Walsh, R., Candan, S., Ware, J.S., Roberts, A.M., Roberts, A.E., **Chung, W.K.,** Smoot, L., Bornaun, H., Keogh, A.M., Macdonald, P.S., Hayward, C.S., Seidman, H.J.G., Cook, S.A., Seidman, C.E. Titin Truncating Mutations: A Rare Cause of Dilated Cardiomyopathy in the Young. Progress in Pediatric Cardiology. 40: 41-45, 2016.

262.	Qi, H., Dong, C., **Chung, W.K.,** Wang, K., Shen, Y. Deep Genetic Connection between Cancer and Developmental Disorders. Hum Mutat. 37(10): 1042-1050, 2016. PMID: 27363847. PMCID: PMC5021574.

263.	*Okur, V., Cho, M.T., Henderson, L., Retterer, K., Schneider, M., Sattler, S., Niyazov, D., Azage, M., Smith, S., Picker, J., Lincoln, S., Tarnopolsky, M., Brady, L., Bjornsson, H.T., Applegate, C., Dameron, A., Willaert, R. Baskin, B., Juusola, J., **Chung, W.K.** De Novo Mutations in CSNK2A1 are Associated with Neurodevelopmental Abnormalities and Dysmorphic Features. Hum Genet. 135(7):699-705, 2016. PMID: 27048600.

264.	Anguera, J.A., Brandes-Aitken, A.N., Rolle, C.E., Skinner, S.N., Desai, S.S., Bower, J.D., Martucci, W.E., **Chung, W.K.,** Sherr, E.H., Marco, E.J. Characterizing Cognitive Control

Abilities in Children with 16p11.2 Deletion using Adaptive "Video Game" Technology: A Pilot Study. Transl Psychiatry. 6(9):e893, 2016. PMID: 27648915. PMCID: PMC5048213.

265. McKean, D.M., Homsy, J., Wakimoto, H., Patel, N., Gorham, J., DePalma, S.R., Ware, J.S., Zaidi, S., Ma, W., Patel, N., Lifton, R.P., **Chung, W.K.,** Kim, R., Shen, Y., Brueckner, M., Goldmuntz, E., Sharp, A.J., Seidman, C.E., Gelb, B.D., Seidman, J.G. Loss of RNA Expression and Allele-Specific Expression Associated with Congenital Heart Disease. Nat Commun. 27;7:12824, 2016. PMID: 27670201. PMCID: PMC5052634.

266. Han, B., Copeland, C.A., Kawano, Y., Rosenzweig, E.B., Austin, E.D., Shahmirzadi, L., Tang, S., Raghunathan, K., **Chung, W.K.,** Kenworthy, A.K. Characterization of a Caveolin-1 Mutation Associated with Both PAH and Congenital Generalized Lipodystrophy. Traffic. 17(12):1297-1312, 2016. PMID: 27717241. PMCID: PMC5197452.

267. Steinman, K.J., Spence, S.J., Ramocki, M.B., Proud, M.B., Kessler, S.K., Marco, E.J., Green Snyder, L., D'Angelo, D., Chen, Q., **Chung, W.K.,** Sherr, E.H.; Simons VIP Consortium. 16p11.2 Deletion and Duplication: Characterizing Neurologic Phenotypes in a Large Clinically-Ascertained Cohort. Am J Med Genet A. 170(11):2943-2955, 2016. PMID: 27410714.

268. Cohen, J.S. Srivastava, S., Farwell Hagman, K.D., Shinde, D.N., Huether, R., Darcy, D., Wallerstein, R., Houge, G., Berland, S., Monaghan, K.G., Poretti, A., Wilson, A.L., **Chung, W.K.,** Fatemi, A. Further Evidence that *De Novo* Missense and Truncating Variants in ZBTB18 cause Intellectual Disability with Variable Features. Clinical Genetics. 91(5):697-707, 2016. PMID: 27598823.

269. Castel, S.E., Mohammadi, P., **Chung, W.K.,** Shen, Y., Lappalainen, T. Rare Variant Phasing and Haplotypic Expression from RNA Sequencing with phASER. Nat Commun. 7: 12817, 2016. PMID: 27605262. PMCID: PMC5025529.

270. Gordon, R., Bell, J., **Chung, W.K.,** David, R., Oberfield, S.E., Wardlaw, S.L. Childhood Acromegaly due to X-linked Acrogigantism: Long Term Follow-Up. Pituitary. 19(6): 560-564, 2016. PMID: 27631333. PMCID: PMC5244823.

271. O'Daniel, J.M., McLaughlin, H.M., Amendola, L.M., Bale, S.J., Berg, J.S., Bick, D., Bowling, K. M., **Chung, W.K.,** Conlin, L.K., Cooper, G.M., Das, S., Deignan, J.L., Dorschner, M.O., Evan, J.P., Ghazani, A.A., Goddard, K.A., Gornick, M., Farwell Hagman, K.D., Hambuch, T., Hegde, M., Knight Johnson, A., Mighion, L., Morra, M., Plon, S.E., Punj, S., Richards, S., Santani, A., Shirts, B.H., Spinner, N.B., Tang, S., Weck, K.E., Wolf, S.M., Yang, Y., Rehm, H. A Survey of Current Practices for Genomic Sequencing Test Interpretation and Reporting Processes in US Laboratories. Genet Med. 19(5):575-582, 2016. PMID: 27811861. PMCID: PMC5415437.

272. *Bain, J.M., Cho, M.T., Telegrafi, A., Wilson, A., Brooks, S., Botti, C., Gowans, G., Autullo, L.A., Krishnamurthy, V., Willing, M.C., Toler, T.L., Ben-Zev, B., Elpeleg, O., Shen, Y., Retterer, K., Monaghan, K.G., **Chung, W.K.** Variants in HNRNPH2 on the X Chromosome are Associated with a Neurodevelopmental Disorder in Females. Am J Hum Gen. 99(3):728-834, 2016. PMID: 27545675. PMID: 27545675. PMCID: PMC5011042.

273. *Ma, L., Bayram, Y., McLaughlin, H.M., Cho, M.T., Krokosky, A., Turner, C.E., Lindstrom, K., Bupp, C.P., Mayberry, K., Mu, W., Bodurtha, J., Weinstein, V., Zadeh, N., Alcaraz, W., Powis, Z., Shao, Y., Scott, D.A., Lewis, A.M., White, J.J., Jhangiani, S.N., Gulec, E.Y., Lalani, S.R., Lupski, J.R., Retterer, K., Schnur, R.E., Wentzensen, I.M., Bale, S., **Chung, W.K.** De Novo missense variants in PPP1CB are associated with intellectual

disability and congenital heart disease. Hum Genet. 2016 Dec;135(12):1399-1409. PMID: 27681385. PMCID: PMC5663278.

274. *Webster, E., Cho, M.T., Alexander, N., Desai, S., Naidu, S., Bekheirnia, M.R., Lewis, A., Retterer, K., Juusola, J., **Chung, W.K.** De Novo PHIP-Predicted Deleterious Variants are Associated with Developmental Delay, Intellectual Disability, Obesity, and Dysmorphic Features. Cold Spring Harb Mol Case Stud. 2(6):a001172, 2016. PMID: 27900362. PMCID: PMC5111011.

275. Oberg, J., Glade Bender, J.L., Sulis, M.L., Pendrick, D., Sireci, A.N., Hsiao, S., Turk, A., Dela Cruz, F.S., Hibshoosh, H., Remotti, H., Zylber, R.J., Pang, J., Diolaiti, D., Koval, C., Andrews, S.J., Garvin, J.H., Yamashiro, D.J., **Chung, W.K.,** Emerson, S.G., Nagy, P.L., Mansukhani, M.M., Kung, A.L. Implementation of Next Generation Sequencing into Pediatric Hematology-Oncolgy Practice: Moving Beyond Actionable Alterations. Genome Medicine. 8(1):133, 2016. PMID: 28007021. PMCID: PMC5180407.

276. *Wynn, J., Martinez, J., Duong, J., Chiuzan, C., Phelan, J.C., Fyer, A., Klitzman, R.L., Appelbaum, P.S. **Chung, W.K.** Research Participants' Preferences for Hypothetical Secondary Results from Genomic Research. J Genet Couns. 26(4):841-851, 2016. PMID: 28035592.

277. *Berko, E.R., Cho, M.T., Eng, C., Shao, Y., Sweetser, D.A., Waxler, J., Robin, N.H., Brewer, F., Donkervoort, S., Mohassel, P., Bonnemann, C.G., Bialer, M., Moore, C., Wolfe, L.A., Tifft, C.J., Shen, Y., Retterer, K., Millan, F., **Chung, W.K.** De Novo Missense Variants in HECW2 are Associated with Neurodevelopmental Delay and Hypotonia. J Med Genet. 54(2):84-86, 2017. PMID: 27389779. PMCID: PMC5222737.

278. *Webster, R., Cho, M.T., Retterer, K., Millan, F., Nowak, C., Douglas, J., Ahmad, A., Raymond, G.V., Johnson, M.R., Pujol, A., Begtrup, A., McKnight, D., Devinsky, O., **Chung, W.K.** De Novo Loss of Function Mutations in KIAA2022 Are Associated with Epilepsy and Neurodevelopmental Delay in Females. Clin Genet. 91(5): 756-763, 2017. PMID: 27568816.

279. Tang, E.Y., Trivedi, M.S., Kukufka, R., **Chung, W.K.,** David, R., Respler, L., Leifer, S., Schechter, I., Crew, K.D. Population-based Study of Attitudes toward BRCA Genetic Testing among Orthodox Jewish Women. Breast J. 23(3):333-337, 2017. PMID: 27900810.

280. Terry, M.B., Keegan, T.H.M., Houghton, L.C., Goldberg, M., Andrulis, I.L., Daly, M.B., Buys, S.S., Wei, Y., Whittemore, A.S., Protacio, A., Bradbury, A.R., **Chung, W.K.,** Knight, J.A., John, E.M. Pubertal Development in Girls by Breast Cancer Family History: The LEGACY Girls Cohort. Breast Cancer Res. 19(1):69, 2017. PMID: 28595647. PMCID: PMC5465536.

281. Lucas, A.L., Tarlecki, A., Van Beck, K., Lipton, C., RoyChoudhury, A., Levinson, E., Kumar, S., **Chung, W.K.,** Frucht, H., Genkinger, J.M. Self-Reported Questionnaire Detects Family History of Cancer in a Pancreatic Cancer Screening Program. J Genet Couns. 26(4):806-813, 2017. PMID: 28039657. PMCID: PMC5498249.

282. *Vivero, M., Cho, M.T., Begtrup, A., Wentzenser, I.M., Walsh, L., Payne, K., Zarate, Y.A., Bosanko, K., Schaefer, B., DeBrosse, S., Pollack, L., Mason, K., Retterer, K., DeWard, S., Juusola, J., **Chung, W.K.** Additional *De Novo* Missense Genetic Variants in *NALCN* Associated with CLIFAHDD Syndrome. Clin Genet. 91(6):929-931, 2017. PMID: 28133733.

283.    Kalia, S.S., Adelman, K., Bale, S., **Chung, W. K.,** Evans, J.P., Herman, G., Bous Hufnagel, S., Klein, T., Korf, B., McKelvey, K., Ormond, K., Richards, S., Vlangos, C., Watson, M., Martin, C., Miller, D. Recommendations for Reporting of Secondary Findings in Clinical Exome and Genome Sequencing, 2016 update (ACMG SF v2.0): A Policy Statement of the American College of Medical Genetics and Genomics. Genet Med.19(2):249-255, 2017. PMID: 27854360.

284.    Hamdi, Y.,Soucy, P., Kuchenbaecker, K.B., Pastinen, T., Droit, A., Adlard, J., Aittomäki, K., Andrulis, I.L., Arason, A., Arnold, N.,Arun, B.K., Azzollini, J., Bane, A., Barjhoux, L., Barrowdale, D., Benitez, J., Berthet, P., Blok, M.J., Bobolis, K., Bonadona, V., Bonanni, B., Bradbury, A.R.,Brewer, C., Buecher, B.,Buys, S.S., Caligo, M.A., Chiquette, J., **Chung, W.K.,** Claes, K.B.M., Daly, M.B., Damiola, F., Davidson, R., de la Hoya, M., De Leeneer, K., Diez, O., Ding, Y.C., Dolcetti, R., Domchek, S.M., Dorfling, C.M., Eccles, D., Eeles, R., Einbeigi, Z., Ejlertsen, B., Engel, C., Evans, G., Feliubadalo, L., Foretova, L., Fostira, F., Foulkes, W.D., Fountzilas, G., Friedman, E., Frost, D., Ganschow, P., Ganz, P.A., Garber, J., Gayther, S.A., Gerdes, A.M., Glendon, G., Godwin, A.K., Goldgar, D.E., Greene, M.H., Gronwald, J., Hahnen, E., Hamann, U., Hansen, T.V.O., Hart, S., Hays, J.L., Hogervorst, F.B.L., Hulick, P.J., Imyanitov, E.N., Isaacs, C., Izatt, L., Jakubowska, A., James, P., Janavicius, R., Jensen, U.B., John, E.M., Joseph, V., Just, W., Kaczmarek, K., Karlan, B.Y., Kets, C.M., Kirk, J., Kriege, M., Laitman, Y., Laurent, M., Lazaro, C., Leslie, G., Lester, J., Lesueur, F., Liljegren, A., Loman, N., Loud, J.T., Manoukian, S., Mariani, M., Mazoyer, S., McGuffog, L., Meijers-Heijboer, H.E.J., Meindl, A., Miller, A., Montagna, M., Mulligan, A.M., Nathanson, K.L., Neuhausen, S.L., Nevanlinna, H., Nussbaum, R.L., Olah, E., Olopade, O.I., Ong, K.R., Oosterwijk, J.C., Osorio, A., Papi, L., Park, S.K., Pedersen, I.S., Peissel, B., Perez Segura, P., Peterlongo, P., Phelan, C.M., Radice, P., Rantala, J., Rappaport-Fuerhauser, C., Rennert, G., Richardson, A., Robson, M., Rodriguez, G.C., Rookus, M.A., Schmutzler, R.K., Sevenet, N., Shah, P.D., Singer, C.F., Slavin, T.P., Snape, K., Sokolowska, J., Sonderstrup, I.M.H., Southey, M., Spurdle, A.B., Stadler, Z., Stoppa-Lyonnet, D., Sukiennicki, G., Sutter, C., Tan, Y., Tea, M.K., Teule, A., Teixeira, M.R., Teo, S.H., Terry, M.B., Thomassen, M., Tihomirova, L., Tischkowitz, M., Tognazzo, S., Ewart Toland, A., Tung, N., van den Ouweland, A.M.W., Van der Luijt, R.B., van Engelen, K., van Rensburg, E.J., Varon-Mateeva, R., Wappenschmidt, B., Wijnen, J.T., Rebbeck, T.R., Chenevix-Trench, G., Offit, K., Couch, F.J., Nord, S., Easton, D.F., Antoniou, A.C., Simard, J. Association of Breast Cancer Risk in BRCA1 and BRCA2 Mutation Carriers with Genetic Variants showing Differential Allelic Expression: Identification of a Modifier of Breast Cancer Risk at Locus 11q22.3. Breast Cancer Res Treat. 161(1):117-134, 2017. PMID: 27796716.  PMCID: PMC5222911.

285.    Kuchenbaecker, K.B., Hopper, J.L., Barnes, D.R., Phillips, K.A., Mooij, T.M., Roos-Blom, M.J., Jervis, S., Evans, D.G., Barrowdale, D., Frost, D., Adlard, J., O, K.R., Izatt, L., Tischkowitz, M., Eeles, R., Davidson, R., Hodgson, S., Ellis, S., EMBRACE, Nogues, C., Lasset, C., Stoppa-Lyonnet, D., Fricker, J.P., Gaivre, L., Berthet, P., GENEPSO, Hooning, M.J., van der Kolk, L.E., Kets, C.M., Adank, M.A., HEBON, John, E.M., **Chung, W.K.,** Andrulis, I.L., Southey, M., Daly, M.B., Buys, S.S., Osorio, A., Engel, C., Kast, K., Schmutzler, R.K., Caldes, T., Jakubowska, A., Simard, J., KConFab Investigators, Friedlander, M.L., McLachlan, S.A., Machackova, E., Foretova, L., Tan, Y.Y., Singer, C.F., Olah, E., Gerdes, A.M., Arver, B., Olsson, H., van Leeuwen, F.E., Milne, R., Andrieu, N., Goldgar, D.E., Terry, M.B., Rookus, M.A., Easton, D.F. Antoniou, A.C. Risks of Breast, Ovarian, and Contralateral Breast Cancer for BRCA1 and BRCA2 Mutation Carriers. JAMA. 317(23):2402-2416, 2017. PMID: 28632866.

93

286.    *Bernier, R., Hudac, C.M., Chen, Q., Zeng, C., Wallace, A.S., Gerdts, J., Earl, R., Peterson,
        J., Wolken, A., Peters, A., Hanson, E., Goin-Kochel, R.P., Kanne, Snyder, L.G., **Chung,
        W.K.** Developmental Trajectories for Young Children with 16p11.2 Copy Number
        Variation. Am J Med Genet B Neuropsychiatr Genet. 174(4):367-380, 2017. PMID:
        28349640.

287.    Farkouh-Karoleski, C., Najaf, T., Wynn, J., Aspelund, G., **Chung, W.K.,** Stolar, C.J.,
        Mychaliska, G.B., Warner, B.W., Wagner, A. J., Cusick, R.A., Lim, F.Y., Schindel, D.T.,
        Potoka, D., Azarow, K., Cotten, C.M., Hesketh, A., Soffer, S., Crombleholme, T.,
        Needelman, H. A Definition of Gentle Ventilation in Congenital Diaphragmatic Hernia: A
        Survey of Neonatologists and Surgeons. J Perinat Med. 45(9): 1031-1038, 2017. PMID:
        28130958.

288.    Harms, F.L., Girisha, K.M., Hardigan, A.A., Kortum, F., Shukla, A., Alawi, M., Dalal, A.,
        Brady, L., Tarnopolsky, M., Bird, L.M., Ceulemans, S., Bebin, M., Bowling, K.M., Hiatt,
        S.M., Lose, E.J., Primiano, M., **Chung, W.K.,** Juusola, J., Akdemir, Z.C., Bainbridge, M.,
        Charng, W.L., Drummond-Borg, M., Eldomery, M.K., El-Hattab, A.W., Saleh, M.A.,
        Bezieau, S., Cogne, B., Isidor, B., Kury, S., Lupski, J.R., Myers, R.M., Cooper, G.M.,
        Kutsche, K. Mutations in EBF3 Disturb Transcriptional Profiles and Cause Intellectual
        Disability, Ataxia, and Facial Dysmorphism. Am J Hum Gent. 100(1): 117-127, 2017.
        PMID: 28017373. PMCID: PMC5223027.

289.    Rama, G., **Chung, W.K.,** Cunniff, C.M., Krishnan, U. Rapidly Progressive Mitral Valve
        Stenosis in Patients with Acromelic Dysplasia. Cardiol Young. 27(4):797-800, 2017. PMID:
        28077185.

290.    *Stern, D., Cho, M.T., Chikarmane, R., Willaert, R., Retterer, K., Kendall, F., Deardorff, M.,
        Hopkins, S., Bedoukian, E., Slavotinek, A., Schrier Vergano, S., Spangler, B., McDonald,
        M., McConkie-Rosell, A., Burton, B.K., Kim, K.H., Oundjian, N., Kronn, D., Chandy, N.,
        Baskin, B., Guillen Sacoto, M.J., Wentzensen, I.M., McLaughlin, H.M., McKnight, D.,
        **Chung, W.K.** Association of the Missense Variant p.Arg203Trp in *PACS1* as a Cause of
        Intellectual Disability and Seizures. Clin Genet. 92(2):221-223, 2017. PMID: 28111752.
        PMCID: PMC5513756.

291.    Rodriguez-Muela, N., Litterman, N.K., Norabuena, E.M., Mull, J.L., Galazo, M.J., Sun, C.,
        Ng, S.Y., Makhortova, N.R., White, A., Lynes, M.M., **Chung, W. K.,** Davidow, L.S.,
        Macklis, J.D., Rubin, L.L. Single-Cell Analysis of SMN Reveals its Broader Role in
        Neuromuscular Disease. Cell Rep. 18(6):1484-1498, 2017. PMID: 28178525. PMCID:
        PMC5463539.

292.    *Chiu, J.S., Ma, L., Wynn, J., Krishnan, U., Rosenzweig, E.B., Aspelund, G., Arkovitz, M.,
        Warner, B.W., Lim, F.Y., Azarow, K., Cusick, R.A., Chung, D.H., **Chung, W.K.** Mutations
        in BMPR2 Are Not Present in Patients with Pulmonary Hypertension Associated with
        Congenital Diaphragmatic Hernia. J Pediatr Surg. 52(11):1747-1750, 2017. PMID:
        28162765.

293.    Rusconi, P., Wilkinson, J.D., Sleeper, L.A., Lu, M., Cox, G.F., Towbin, J.A., Colan, S.D.,
        Webber, S.A., Canter, C.E., Ware, S.M., Hsu, D., **Chung, W.K.,** Jefferies, J.L., Cordero, C.,
        Lipshultz, S.E. Differences in Presentation and Outcomes between Children with Familial
        Dilated Cardiomyoathy and Children with Idiopathic Dilated Cardiomyopathy: A Report
        from the Pediatric Cardiomyopathy Registry Study Group. Circ Heart Fail. 10(2), 2017.
        PMID: 28193717. PMCID: PMC5516533.