294. Ludvigsson, J.F., Lebwoh, B., Green, P.H., **Chung, W.K.** Marild, K. Celiac Disease and Down Syndrome Mortality: A Nationwide Cohort Study. BMC Pediatr. 17(1):41, 2017. PMID: 28143429. PMCID: PMC5282819.

295. Mosialou, I., Shikhel, S., Liu, J.M., Maurizi, A., Luo, N., He, Z., Huang, Y., Zong, H., Friedman, R.A., Barasch, J., Lanzano, P., Deng, L., Leibel, R.L., Rubin, M., Nicholas, T., **Chung, W.K.**, Zeltser, L.M., Williams, K.W., Pessin, J.E., Kousteni, S. MC4R-Dependent Suppression of Appetite by Bone-Derived Lipocalin 2. Nature. 543(7645):385-390, 2017. PMID: 28273060.

296. *Longoni, M., High, F.A., Qi, H., Joy, M.P., Hila, R., Coletti, C.M., Wynn, J., Loscertales, M., Shang, L., Bult, C.J., Shen, Y., **Chung, W.K.**, Donahoe, P.K. Genome-wide Enrichment of Damaging *De Novo* Variants in Patients with Isolated and Complex Congenital Diaphragmatic Hernia. Human Genetics. 136(6):679-691, 2017. PMID: 28303347. PMCID: PMC5453716.

297. *Lumish, H.S., Steinfeld, H., Koval, C., Russo, D., Levinson, E., Wynn, J., Duong, J., **Chung, W.K.** Impact of Panel Gene Testing for Hereditary Breast and Ovarian Cancer on Patients. J Genet Couns. 26(5), 1116-1129, 2017. PMID: 28357778.

298. Gluchowski, N.L., Chitraju, M., Picoraro, J.A., Mejhert, N., Pinto, S., Xin, W., Kamin D.S., Winter, H.S., **Chung, W.K.**, Walther, T.C., Farese Jr, R.V. Identification and Characterization of a novel *DGAT1* Missense Mutation Associated with Congenital Diarrhea. J of Lipid Res. 58(6):1230-1237, 2017. PMID: 28373485. PMCID: PMC5454518.

299. Jacher, J.E., Martin, L.J., **Chung, W.K.**, Loyd, J.E., Nichols, W.C. Pulmonary Arterial Hypertension: Specialists' Knowledge, Practices and Attitudes of Genetic Counseling and Genetic Testing in the USA. Pulm Circ. 7(2):372-383, 2017. PMID: 28597770. PMCID: PMC5467928.

300. Sklerov, M., Kang, U.J., Liong, C., Clark, L., Marder, K., Pauciulo, M., Nichols, W.C., **Chung, W.K.**, Honig, L.S., Cortes, E., Vonsattel, J.P., Alcalay, R.N. Frequency of GBA Variants in Autopsy-Proven Multiple System Atrophy. Mov Disord Clin Pract. 4(4):574-581, 2017. PMID: 28966932. PMCID: PMC5614491.

301. Koenig, M.K., Hodgeman, R., Riviello, J.J., **Chung, W.K.**, Bain, J., Chiriboga, C.A., Ichikawa, K., Osaka, H., Tsuji, M., Gibson, K.M., Bonnen, P.E., Pearl, P.L. Phenotype of GABA-Transaminase Deficiency. Neurology. 88(20):1919-1924, 2017. PMID: 28411234. PMCID: PMC5444310.

302. Dodhia, S., Celis, K., Aylward, A., Fontana, M.E., Trespalacios, A., Hoffman, D.C., Alfonso, H.O., Eisig, S.B., Su, G.H., **Chung, W.K.**, Haddad Jr, J. ACSS2 Gene Variant Associated with Cleft Lip and Palate in Two Independent Hispanic Populations. Laryngoscope. 127(10):E336-E339, 2017. PMID: 28543373. PMCID: PMC5607083.

303. Phelan, C.M., Kuchenbaecker, K.B., Tyrer, J.P., Kar, S., Lawrenson, K., Winham, S.J., Dennis, J., Pirie, A., Riggan, M., Chornokur, G., Earp, M., Lyra Jr, P.C., Lee, J.M., Coetzee, S., Beesley, J., McGuffog, L., Soucy, P., Dicks. E., Lee, A., Barrowdale, D., Lecarpentier, J., Leslie, G., Aalfs, C.M., Aben, K.K.H. Adams, M., Adlard, J., Andrulis, I.L., Anton-Culver, H., Antonenkova, N., AOCS study group, Aravantinos. G., Arver, B., Azzollini, Balmana, J., Banerjee, S.N., Barjhoux, L., Barkardottir, R.B., Bean, Y., Beckmann, M.W., Beeghly-Fadiel, A., Benitez, J., Bermisheva, M., Benardini, M.Q., Birrer, M.J., Bjorjre, L., Black, A., Blankstein, K., Blok, M.J., Bodelon, C., Bogdanova. N., Bojseen, A., Bonanni, B., Borg, A., Bradbury, A., R., Brenton, J.D., Brewer, C., Brinton, L., Broberg, Brooks-Wilson, A., Bruinsma, F., Brunet, K., Buecher, B., Butzoq, Buys, S., Caldes, T., Caligo, M.A., Campbell, I., Cannioto, R., Carney, M.E., Cescon, T., Chan, S.B., Chang-Claude, J., Channock, S., Chen. X.Q., Chiew, Y.E., Chiquette, J., **Chung, W.K.**, Claes, K.B.M.,

Conner, T., Cook, L.S., Cook, J., Cramer, D.W., Cunningham, J.M., D'Aloisio, A.A., Daly,
M.B., Damiola, F., Damirovna, S.D., Dansonka-Mieszkowska, A., Dao, F., Davidson, R.,
DeFazio, A., Delnatte, C., Doheny, K., Diez, O., Ding, Y.C., Doherty, J.A., Domchek, S.M.,
Dorfling, C.M., Dörk, T., Duran, M., Dürst, M., Dworniczak, B., Eccles, D., Edwards, T.,
Eeles, R., Eilber, U., Ejlertsen, B., Ekici, A.B., Ellis, S., Eng, K.H., Engel, C., Evans, D.G.,
Fasching, P.A., Ferguson, S., Fert Ferrer, S., Fogarty, Z.C., Fortner, R.T., Fostira, F.,
Foulkes, W.D., Fountzilas, G., Fridley, B.L., Friedman, E., Frost, D., Ganz, P.A., Garber, J.,
García, M.J., Garcia-Barberan, V., Gehrig, A., Gentry-Maharaj, A., Gerdes, A.M., Giles, G.,
Glasspool, R., Glendon, G., Godwin, A.K., Goldgar, D.E., Goranova, T., Gore, M., Greene,
M.H., Gronwald, G., Gruber, S., Hahnen, E., Haiman, C.A., Håkansson, N., Hamann, U.,
Hansen, T.V.O., Harrington, P.A., Harris, H.R., Hauke, J., Hein, A., Hemon, B., Henderson,
A., Hildebrandt, M.A.T., Hillemanns, P., Hodgson, S., Høgdall, C.K., Høgdall, E.,
Hogervorst, F.B.L., Holland, H.,, Hooning, M.J., Hosking, K., Huang, R.Y., Hulick, P.J.,
Hung, J., Hunter, D.J., Huntsman, D.G., Huzarski, T., Imyanitov, E.N., Isaacs, C., Iversen,
E.S., Izatt, L., Izquierdo, A., Jakubowska, A., James, P., Janavicius, R., Jennertz, M., Jensen,
A., Jensen, U.B., John, E.M., Johnatty, S., Jones, M.E., Joseph, V., Kannistö, P., Karlan,
B.Y., Karzenis, A., Kast, K., Kennedy, C.J., Khusnutdinova, E., Kiemeney, L.A., Kiiski, J.I.,
Kim, S.W., Kjaer, S.K., Klinger, T., Köbel, M., Kopperud, R.K.., Kruse, T.A., Kruszka, B.,
Kupryjanczyk, J., Kwong, A., Laitman, Y., Lambrechts, D., Larson, M.C., Lazaro, C., Le,
N.D., Le Marchand, L., Lee, J.W., Lele, S.B., Leminen, A., Leroux, D., Lester, J., Lesueur,
F., Levine, D.A., Liang, D., Liebrich, C., Lilyquist, J., Lipworth, L., Lissowska, J., Lu,
K.H., Lubiński, J., Luccarini, C., Lundvall, L., Mai, P.L., Mendoza-Fandiño, G., Manoukian,
S., Massuger, L.F.A.G., May, T., Mazoyer, S., McAlpine, J., McGuire, V., McLaughlin,
J.R., McNeish, I., Meijers-Heijboer, H.E.J., Meindl, A., Menon, U., Mensenkamp, A.R.,
Milne, R., Mitchell, G., Modugno, F., Moes-Sosnowska, J., Moffitt, M., Montagna, M.,
Moysich, K.B., Mulligan, A.M., Musinsky, J., Nathanson, K.L., Nedergaard, L., Ness, R.B.,
Neuhausen, S.L., Nevanlinna, H., Niederacher, D., Nussbaum, R.L., Odunsi, K., Olah, E.,
Olopade, O.I., Olsson, H., Olswold, C., O'Malley, D.M., Ong, K.R., Onland-Moret, N.C.,
Orr, N., Orsulic, S., Osorio, A., Papi, L., Park-Simon, T.W., Paul, J., Pearce, C.L., Pedersen,
I.S., Peeters, P.H.M., Peissel, B., Peixoto, A., Pejovic, T., Pelttari, L.M., Permuth, J.B.,
Peterlongo, P., Pfeiler, G., Phillips, K.A., Piedmonte, M., Pike, M.C., Piskorz, A., Poblete,
S.R., Pocza, T., Poole, E.M., Poppe, B., Porteous, M.E., Prieur, F., Prokofyeva, D., Pujana,
M.A., Pujol, P., Radice, P., Rantala, J., Rappaport-Fuerhauser, C., Rennert, G., Rhiem, K.,
Riboli, E., Rice, P., Richardson, A., Robson, M., Rodriguez, G.C., Rodríguez-Antona, C.,
Romieu, I., Rookus, M.A., Rossing, M.A., Rothstein, J.H., Rudolph, A., Runnebaum, I.B.,
Salvesen, H.B., Sandler, D.P., Schoemaker, M.J., Senter, L., Setiawan, V.W., Sharma, P.,
Shelford, T., Siddiqui, N., Side, L.E., Sieh, W., Singer , C.F., Sobol, H., Heeholm
Sønderstrup, I.M., Song, H., Soucy, P., Southey, M., Spurdle, A., Stadler, Z., Steinemann,
D., Stoppa-Lyonnet, D., Sucheston, L.E., Sukiennicki, G., Sutphen, R., Sutter, C.,
Swerdlow, A.J., Szabo, C.I., Szafron, L., Tan, Y., Taylor, J.A., Tea, M.K., Teixeira, M.R.,
Teo, S.H., Terry, K.L., Thompson, P.J., Vestrheim Thomsen, L.C., Thull, D.L., Tihomirova,
L., Tinker, A., Tischkowitz, M., Tognazzo, S., Ewart Toland, A., Tone, A., Trabert, B.,
Travis, R., Tung, N., Tworoger, S.S., van Altena, A.M., Van Den Berg, D., van der Hout,
A.H., van der Luijt, R.B., Van Heetvelde, M., Van Nieuwenhuysen, E., van Rensburg, E.J.,
Vanderstichele, A., Varon-Mateeva, R., Vega, A., Velez Edwards, D., Vergote, I., Viel, A.,
Vierkant, R.A., Vratimos, A., Walker, L., Walsh C., Wand, D., Wang-Gohrke, S.,
Wappenschmidt, B., Webb, P.M., Weinberg, C.R., Weitzel, J.N., Wentzensen, N.,
Whittemore, A.S., Wijnen, J.T., Wilkens, L.R., Wolk, A., Woo, M., Wu, X., Wu, A.H.,
Yang, H., Yannoukakos, D., Ziogas, A., Zorn, K..K., Narod, S.A., Easton, D.F., Amos, C.,

Schildkraut, J.M., Ramus, S.J., Ottini, L., Goodman, M.T., Park, S.K., Kelemen, L., Risch, H.A., Thomassen, M., Offit, K., Simard, J., Schmutzler, R.K.., Hazelett, D., Monteiro, A.N., Couch, F.J., Berchuck, A., Chenevix-Trench, G., Goode, E.L., Sellers, T.A., Gayther, S.A., Antoniou, A.C., Pharoah, P.D.P. Identification of 12 New Susceptibility Loci for Different Histotypes of Epithelial Ovarian Cancer. 2017 May;49(5):680-691. doi: 10.1038/ng.3826 PMID: 28346442. PMCID: PMC5612337.

304.   Kruszka, P., Tanapaiboon, P., Neas, K., Crosby, K., Berger, S. I., Addissie, Y.A., Pongprot, Y., Sittiwangkul, R., Silvilairat, S., Makonkawkeyoon, K., Yu, L., Wynn, J., Benett, J.T., Mefford, H.C., Reynolds, W.T., Liu, X., Mommersteeg, M.T.M., **Chung, W.K.,** Lo, C.W., Muenke, M. Loss of Function in ROBO1 is Associated with Tetralogy of Fallot and Septal Defects. J Med Genet. 54(12):825-829, 2017. PMID: 28592524.

305.   Hemnes, A.R., Beck, G.J., Newman, J.H., Abidov, A., Aldred, M.A., Barnard, J., Berman Rosenzweig, E., Borlaug, B.A., **Chung, W.K.,** Comhair, S.A.A., Erzurum, S.C., Frantz, R.P., Gray, M.P., Grunig, G., Hassoun, P.M., Hill, N.S., Horn, E.M., Hu, B., Lempel, J.K., Maron, B.A., Mathai, S.C., Olman, M.A., Rischard, F.P., Systrom, D.M., Tang, W.H.W., Waxman, A.B., Xiao, L., Yuan, J.X.J., Leopold, J.A. PVDOMICS: A Multi-Center Study to Improve Understanding of Pulmonary Vascular Disease Through Phenomics. Cir Res. 121(10):1136-1139, 2017. PMID: 29074534. PMCID: PMC5685561.

306.   *Tanaka, A.J., Cho, M.T., Willaert, R., Retterer, K., Zarate, Y.A., Bosanko, K., Stefans, V., Oishi, K., Williamson, A., Wilson, G.N., Basinger, A., Barbaro-Dieber, T., Ortega, L., Sorrentino, S., Gabriel, M.K., Anderson, I.J., Sacoto, M.J.G., Schnur, R.E., **Chung, W.K.** De Novo Variants in EBF3 are Associated with Hypotonia, Developmental Delay, Intellectual Disability and Autism. Cold Spring Harb Mol Case Stud. 21;3(6), 2017. PMID: 29162653. PMCID: PMC5701309.

307.   Amyere, M., Revencu, N., Helaers, R., Pairet, E., Baselga, E., Cordisco, M., **Chung, W.K.,** Dubois, J., Lacour, J.P., Martorell, L., Mazereeuw-Hautier, J., Pyeritz, R., Amor, D., Bisdorff, A., Blei, F., Bombei, H., Dompmartin, A., Brooks, D., Dupont, J., Gonzalez-Ensenat, M., Frieden, I., Gerard, M., Kvarnung, M.K., Kwan, A., Hudgins, L., Léauté-Labrèze, C., McCuaig, C., Metry, D., Parent, P., Paul, C., Petit, F., Phan, A., Quere, I., Salhi, A., Turner, A., Vabres, P., Vicente, A., Wargon, O., Watanabe, S., Weibel, L., Wilson, A., Willing, M., Mulliken, J., Boon, L., Vikkula, M. Germline Loss-of-Function Mutations in EPHB4 Cause a Second Form of Capillary Malformation-Arteriovenous Malformation (CM-AVM2) Deregulating RAS-MAPK Signaling. Circulation. 136(11):1037-1048, 2017. PMID: 28687708.

308.   Agopian, A.J., Goldmuntz, E., Hakonarson, H., Sewda, A., Taylor, D., Mitchell, L.E., Pediatric Cardiac Genomics Consortium **(Chung, W.K.,)**. Genome-Wide Association Studies and Meta-Analyses for Congenital Heart Defects. Circ Cardiovasc Genet. 10(3):e001449, 2017. PMID: 28468790. PMCID: PMC55399991.

309.   *Bohnen, M.S., Roman-Campos, D., Terrenoire, C., Jnani, J., Sampson, K.J., **Chung, W.K.,** Kass, R.S. The Impact of Heterozygous KCNK3 Mutations Associated with Pulmonary Arterial Hypertension on Channel Function and Pharmacological Recovery. J Am Heart Association. 6(9), 2017. PMID: 28889099. PMCID: PMC5634293.

310.   Hamdan, F.F., Myers, C., Cossette, P., Lemay, P., Spiegelman, D., Dionne Laporte, A., Nassif, C., Diallo, O., Monlong, J., Cadieux-Dion, M., Dobrzeniecka, S., Meloche, C., Retterer, K., Cho, M.T., Rosenfeld, J.A., Bi, W., Massicotte, C., Miguet, M., Brunga, L., Regan, B.M., Mo, K., Tam, C., Schneider, A., Hollingsworth, G., DDD Study, FitzPatrick, D.R., Donaldson, A., Canham, N., Blair, E., Kerr, B., Fry, A.E., Thomas, R.H., Shelagh, J.,

Hurst, J.A., Brittain, H., Blyth, M., Lebel, R.R., Gerkes, E.H., Davis-Keppen, L., Stein, Q., **Chung, W.K.,** Dorison, S.J., Benke, P.J., Fassi, E., Corsten-Janssen, N., Kamsteeg, E.J., Mau-Them, F.T., Bruel, A.L., Verloes, A., Õunap, K., Wojcik, M.H., Albert, D.V.F., Venkateswaran, S., Ware, T., Jones, D., Liu, Y.C., Mohammad, S.S., Bizargity, P., Bacino, C.A., Leuzzi, V., Martinelli, S., Dallapiccola, B., Tartaglia, M., Blumkin, L., Wierenga, K.J., Purcarin, G., O'Bryne, J.J., Stockler, S., Lehman, A., Keren, B., Nougues, M.C., Mignot, C., Auvin, S., Nava, C., Hiatt, S.M., Bebin, M., Shao, Y., Scaglia, F., Lalani, S.R., Frye, R.E., Jarjour, I.T., Jacques, S., Boucher, R.M., Riou, E., Srour, M., Carmant, L., Lortie, A., Major, P., Diadori, P., Dubeau, F., Anjou, G.D., Bourque, G., Berkovic, S.F., Sadleir, L.G., Campeau, P.M., Kibar, Z., Lafreniere, R.G., Giarard, S.L., Mercimek-Mahmutoglu, S., Boelman, C., Rouleau, G.A., Scheffer, I.E., Mefford, H.C., Andrade, D.M., Rossignol, Minassian, B.A., Michaud, J.L. High Rate of Recurrent *De Novo* Mutations in Developmental and Epileptic Encephalopathies.Am J Hum Genet. 101(5):664-685, 2017. PMID: 29100083. PMCID: PMC5673604.

311.    Jin, S.C., Homsy, J., Zaidi, S., Lu, Q., Morton, S., DePalma, S.R., Zeng, X., Qi, H., Chang, W., Hung, W.C., Sierant, M.C., Haider, S., Zhang, J., Knight, J., Bjornson, R.D., Castaldi, C., Tikhonoa, I.R., Bilguvar, K., Mane, S.M., Sanders, S.J., Mital, ., Russell, M., Gaynor, W., Deanfield, J., Giardini, A., Porter Jr, G.A., Srivastava, D., Lo, C.W., Shen, Y., Watkins, S., Yandell, M., Yost, H.J., Tristani-Firouzi, M., Newburger, J.W., Roberts, A.E., Kim, R., Zhao, H., Kaltman, J.R., Goldmuntz, E., **Chung, W.K.,** Seidman, J.G., Gelb, B.D., Siedman, C.E., Lifton, R.P., Brueckner, M. Contribution of Rare Inherited and *De Novo* Variants in 2,871 Congenital Heart Disease Probands. Nat Genet. 49(11):1593-1601, 2017. PMID: 28991257. PMCID: PMC5675000.

312.    Wortmann, S.B., Iwanicka-Pronicka, K., Kalkan Ucar, S., Alhaddad, B., AlSayed, M., Al-Owain, M.A., Al-Zaidan, H.I., Balasumbramaniam, S., Baric, I., Bubshait, D., Burlina, A., Christodoulou, J., **Chung, W.K.,** Colombo, R., Darin, N., Freisinger, P., Garcia Silva, M.T., Grunewald, S., Haack, T.B., van Hasselt, P.M., Hikmat, O., Horster, F., Isohanni, P., Ramzan, K., Kovacs-Nagy, R., Krumina, Z., Martin-Hernandez, E., Mayr, J.A., McClean, P., De Meirleir, L., Naess, K., Ngu, L.H., Pajdowska, M., Rahman, S., Riodan, G., Riley, L., Roeben, B., Rutsch, F., Santer, R., Schiff, M., Seders, M., Sequeira, S., Sperl, W., Staufner, C., Synofzik, M., Taylor, R.W., Trubicka, J., Tsiaskas, K., Unal, O., Wassmer, E., Wedatilake, Y., Wolff, T., Prokisch, H., Morava, E., Pronicka, E., Wevers, R.A., de Brouwer, A.P., Maas, R.R. Progressive Deafness-Dystonia due to SERAC1 Mutations – A Study of 67 Cases. Ann Neurol. 82(6):1004-1015, 2017. PMID: 29205472.

313.    Marks, L.J., Oberg, J.A., Pendrick, D., Sireci, A.N., Glasser, C., Koval, C., Zylber, R.J., **Chung, W.K.,** Pang, J., Turk, A.T., Mansukhani, M.M., Glade Bender, J.L., Kung, A.L., Sulis, M.L. Precision Medicine in Children and Young Adults with Hematologic Malignancies and Blood Disorders: The Columbia University Experience. Front Pediatr. 5:265, 2017. PMID: 29312904. PMCID: PMC5732960.

314.    Ouahed, J., Kelsen, J.,  Spessott, W., Sanmillan, M., Kooshesh, K., Dawany, N., Sullivan, K., Hamilton, K., Slowick, V., Nejentsev, S., Farela Neves, J., Flores, H., **Chung, W.K.,** Wilson A., Anyane-Yeboa, K., Wou, K., Jain, P., Tollefson, S., Evans, J., Warner, N., Muise, A., Goldsmith, J., Toth-Petroczy,A., Vuzman, D., Carmichael, N., Bodea, C., Devoto, M., Maas, R., Behrens, E., Snapper, S., Giraudo, C. Variants in STXBP3 are Associated with Very Early Onset Inflammatory Bowel Disease, Bilateral Sensorineural Hearing Loss and Immune Dysregulation.. J Crohns Colitis. 2021 Apr 23:jjab077. doi: 10.1093/ecco-jcc/jjab077. PMID: 33891011.

315. Wolf, S.M., Amendola, L.M., Berg, J.S., **Chung, W.K.,** Clayton, E.W., Green, R.C., Harris-Wai, J., Henderson, G.E., Jarvik, G.P., Koenig, B.A., Lehmann, L.S., McGuire, A.L., O'Rourke, P., Somkin, C., Wilfond, B.S., Burke, W. Navigating the Research-Clinical Interface in Genomic Medicine: Analysis from the CSER Consortium. Genet Med. 20(5):545-553, 2018. PMID: 28858330. PMCID: PMC5832495.

316. *Kraszewski, J.N., Kay, D.M., Stevens, C.F., Koval, C., Haser, B., Ortiz, V., Albertorio, A., Cohen, L.L., Jain, R., Andrew, S.P., Young, S.D., LaMarca, N.M., De Vivo, D.C., Caggana, M., **Chung, W.K.** Pilot Study of Population-Based Newborn Screening for Spinal Muscular Atrophy in New York State. Genet Med. 20(6):608-613, 2018. PMID: 29758563.

317. Frost, C.J. Andrulis, I.L., Buys, S.S., Hopper, J.L., John, E.M., Terry, M.B., Bradbury, A.R., **Chung, W.K.,** Colbath, K., Quintana, N., Gamarra, E., Egleston, B., Galpern, N., Bealin, L., Glendon, G., Miller, L.P., Daly, M.B. Assessing patient readiness for personalized genomic medicine. J Community Genet. 2019 Jan;10(1):109-120. PMID: 29804257. PMCID: PMC6325047.

318. Wolf, P., Alcalay, R.N., Liong, C., Cullen, E., Pauciulo, M.W., Nichols, W.C., Gan-Or, Z., **Chung, W.K.,** Faulkner, T., Bentis, C., Pomponio, R.J., Ma, X., Kate Zhang, X., Keutzer, J.M., Oliva, P. Tandem Mass Spectrometry Assay of β-Glucocerebrosidase Activity in Dried Blood Spots Eliminates False Positives Detected in Fluorescence Assay. Mol Genet Metab. 123(2): 135-139, 2018. PMID: 29100779. PMCID: PMC5808899.

319. Houghton, L.C., Knight, J.A., De Souza, M.J., Goldberg, M., White, M.L., O'Toole, K., **Chung, W.K.,** Bradbury, A.R., Daly, M.B., Andrulis, I.L., John, E.M., Buys, S.S., Terry, M.B. Comparison of Methods to Assess Onset of Breast Development in the LEGACY Girls Study: Methodological Considerations for Studies of Breast Cancer. Breast Cancer Res. 20(1):33, 2018. PMID: 29669587. PMCID: PMC5907380.

320. *Wynn, J., Holland, D.T., Duong, J., Ahimaz, P., **Chung, W.K.** Examining the Psychosocial Impact of Genetic Testing for Cardiomyopathies. J Genet Couns. 27(4):927-934, 2018. PMID: 29243008.

321. *Wynn, J., Ottman, R., Duong, J., Wilson, A.L., Ahimaz, P.A., Martinez, J., Rabin, R., Rosen, E., Webster, R., Au, C., Cho, M.T., Egan, C., Guzman, E., Primiano, M., Shaw, J.E., Sisson, R., Klitzman, R.L., Appelbaum, P.S., Lichter-Konecki, U., Anyane-Yeboa, K., Iglesias, A., **Chung, W.K.** Diagnostic Exome Sequencing in Children: A Survey of Parental Understanding, Experience, and Psychological Impact. Clin Genet. 93(5): 1039-1048, 2018. PMID: 29266212. PMCID: PMC5899627.

322. Ebrahimi-Fakhari, D., Cheng, C., Dies, K., Diplock, A., Pier, D.B., Ryan, C.S., Lanpher, B.C., Hirst, J., **Chung, W.K.,** Sahin, M., Rosser, E., Darras, B., Bennett, J.T. Clinical and Genetic Characterization of AP4B1-Associated SPG47. Am J Med Genet A. 176(2):311-318, 2018. PMID: 29193663.

323. *Wynn, J., Martinez, J., Bulafka, J., Duong, J., Zhang, Y., Chiuzan, C., Preti, J., Cremona, M.L., Vaidehi, J., Fyer, A.J., Klitzman, R.L., Appelbaum, P.S., **Chung, W.K.** Impact of Receiving Secondary Results from Genomic Research: A 12-Month Longitudinal Study. J Genet Couns. 27(3):709-722, 2018. PMID: 29168042. PMCID: PMC5945295.

324. Melhorn, S.J., Askren, M.K., **Chung, W.K.,** Kratz, M., Bosch, T.A., Tyagi, V., Webb, M.F., De Leon, M.R.B., Grabowski, T.J., Leibel, R.L., Schur, E.A. FTO Genotype Impacts Food Intake and Corticolimbic Activation. Am J Clin Nutr. 2(107): 145-154, 2018. PMID: 29529147.

325.    Oberg, J.A., Ruiz, J., Ali-Shaw, T., Schlechtweg, K.A., Ricci, A., Kung, A.L., **Chung, W.K.,** Appelbaum, P.S., Glade Bender, J.L., Levine, J.M. Whole-Genome and Whole-Exome Sequencing in Pediatric Oncology: An Assessment of Parent and Young Adult Patient Knowledge, Attitudes, and Expectations. JCO PrecisOncol.  2018 Mar 14;2:PO.17.00104.  PMID: 32913997. PMCID: PMC7446494.

326.    Schrijver, L.H., Olsson, H., Phillips, K.A., Terry, M.B., Goldgar, D.E., Kast, K., Engel, C., Mooij, T.M., Adlard, J., Barrowdale, D., Davidson, R., Eeles, R., Ellis, S., Evans, D.G., Frost, D., Izatt, L., Porteous, M.E., Side, L.E., Walker, L., Berthet, P., Bonadona, V., Leroux, D., Mouret-Fourme, E., Venat-Bouvet, L., Buys, S.S., Southey, M.C., John, E.M., **Chung, W.K.,** Daly, M.B., Bane, A., van Asperen, C.J., Gomez Garcia, E.B., Mourits, M.J.E., van Os, T.A.M., Roos-Blom, M.J., Friedlander, M.L., McLachlan, S.A., Singer, C.F., Tan, Y.Y., Foretova, L., Navratilova, M., Gerdes, A.M., Caldes, T., Simard, J., Olah, E., Jakubowska, A., Arver, B., Osorio, A., Nogues, C., Andrieu, N., Easton, D.F., van Leeuwen, F.E., Hopper, J.L., Milne, R.L., Antoniou, A.C., Rookus, M.A., EMBRACE, GENEPSO, BCFR, HEBON, kConFab, IBCCS. Oral Contraceptive Use and Breast Cancer Risk: Retrospective and Prospective Analyses from a BRCA1 and BRCA2 Mutation Carrier Cohort Study. JNCI Cancer Spectr. 2(2):pky023, 2018.  PMID: 31360853 PMCID: PMC6649757.

327.    Manheimer, K.B., Richter, F., Edelmann, L.J., D'Souza, S.L., Shi, L., Shen, Y., Homsy, J., Boskovski, M.T., Tai, A.C., Gorham, J., Yasso, C., Goldmuntz, E., Brueckner, M., Lifton, R.P., **Chung, W.K.,** Seidman, C.E., Seidman, J.G., Gelb, B.D. Robust Identification of Mosaic Variants in Congenital Heart Disease. Hum Genet. 137(2): 183-193, 2018. PMID: 29417219. PMCID: PMC5997246.

328.    \*Wou, K., Weitz, T., McCormack, C., Wynn, J., Spiegel, E., Giordano, J., Wapner, R.J., **Chung, W.K.** Parental Perceptions of Prenatal Whole Exome Sequencing (PPPWES) Study. Prenat Diagn. 38(11):801-811, 2018. PMID: 30035818.

329.    Wu, H.C., Do, C., Andrulis, I.L., John, E.M., Daly, M.B., Buys, S.S., **Chung, W.K.,** Knight, J.A., Bradbury, A.R., Keegan, T.H.M., Schwartz, L., Krupska, I., Miller, R.L., Santella, R.M., Tycko, B., Terry, M.B. Breast Cancer Family History and Allele-Specific DNA Methylation in the Legacy Girls Study. Epigenetics. 13:1-23, 2018. PMID: 29436922. PMCID: PMC5997170.

330.    Hoang, T.T., Goldmuntz, E., Roberts, A.E., **Chung, W.K.,** Kline, J.K., Deanfield, J.E., Giardini, A., Aleman, A., Gelb, B.D., Mac Neal, Porter, G.A. Jr., Kim, R., Brueckner, M., Lifton, R.P., Edman, S., Woyciechowski, S., Mitchell, L.E., Agopian, A.J. The Congenital Heart Disease Genetic Network Study: Cohort Description. PLoS ONE. 13(1):e0191319, 2018. PMID: 29351346. PMCID: PMC5774789.

331.    Gueant, J.L., Chery, C., Oussalah, A., Nadaf, J., Coelho, D., Josse, T., Flayac, J., Robert, A., Koscinski, I., Gastin, I., Fillhine-Tresarrieu, Pupavac, M., Brebner, A., Watkins, D., Pastinen, T., Montpetit, A., Hariri, F., Tregouet, D., Raby, B.A., **Chung, W.K.,** Morange, P.E., Froese, S., Baumgartner, M., Benoist, J.F., Ficicioglu, C., Marchand, V., Motorin, Y., Bonnenmains, C., Feillet, F., Majewski, J., Rosenblatt, D.S. APRDX1 Mutant Allele Causes a MMACHC Secondary Epimutation in cBlC Patients. Nat Commun. 9(1):554, 2018. PMID: 29302025. PMCID: PMC5754367. Publisher Correction: PMID: 29396438. PMCID: PMC5797229.

332.    Fossey, R., Kochan, D., Winkler, E., Pacyna, J.E., Olson, J., Thibodeau, S., Connolly, J.J., Harr, M., Behr, M.A, Prows, C.A., Cobb, B., Myers, M.F., Leslie, N.D., Namjou-Khales, B.,

Milo Rasouly, H., Wynn J., Fedotov, A., **Chung, W.K.,** Gharavi, A., Williams, J.L., Pais, L., Holm, I., Aufox, S., Smith, M.E., Scrol, A., Leppig, K., Jarvik, G.P., Wiesner, G.L., Li, R., Stroud, M., Smoller, J.W., Sharp, R.R., Kullo. I.J. Ethical Considerations Related to Return of Results from Genomic Medicine Projects of the eMERGE Network (Phase III) Experience. J Pers Med. 3;8(1), 2018. PMID: 29301385.

333.    *Roberts, M.E., Jackson, S.A., Susswein, LR., Zeinomar, N., Ma, X., Marshall, M.L., Stettner, A.R., Milewski, B., Xu, Z., Solomon, B.D., Terry, M.B., Hruska, K.S., Klein, R.T., **Chung, W.K.** MSH6 and PMS2 Germ-line Pathogenic Variants Implicated in Lynch Syndrome are Associated with Breast Cancer. Genet Med. 20(10):1167-1174., 2018. PMID: 29345684. PMCID: PMC6051923.

334.    Alcalay, R.N., Wolf, P., Levy, O.A., Kang, U.J., Waters, C., Fahn, S., Ford, B., Kuo, S.H., Vanegas, N., Shah, H., Liong, C., Narayan, S., Pauciulo, M.W., Nichols, W.C., Gan-Or, Z., Rouleau G.A., **Chung, W.K.,** Oliva, P., Keutzer, J., Marder, K., Zhang, X.K. Alpha Galactosidase A Activity in Parkinson's Disease. Neurobiol Dis. 2018 Apr;112:85-90. PMID: 29369793. PMCID: PMC5811339.

335.    *Feliciano, P. Daniels, A.M., Green Snyder, L., Beaumont, A., Camba, A., Esler, A., Gulsrud, A.G., Mason, A., Gutierrez, A., Nicholson, A., Paolicelli, A.M., McKenzie, A.P., Rachubinski, A.L., Stephens, A.N., Simon, A.R., Stedman, A., Shocklee, A.D., Swanson, A., Finucane, B., Hilscher, B.A., Hauf, B., O'Roak, B.J., McKenna, B., Robertson, B.E., Rodriguez, B., Vernoia, B.M., Van Metre, B., Bradley, C., Cohen, C., Erickson, C.A., Harkins, C., Hayes, C., Lord, C., Martin, C.L., Ortiz, C., Ochoa-Lubinoff, C., Peura, C., Rice, C.E., Rosenberg, C.R., Smith, C.J., Thomas, C., Taylor, C.M., White, L.C., Walston, C.H., Amaral, D.G., Coury, D.L., Sarver, D.E., Istephanouse D., Li, D., Nugyen, D.C., Fox, E.A., Butter, E.M., Berry-Kravis, E., Courchesne, E., Fombonne, E.J., Hofammann, E., Lamarche, E., Wodka, E.L., Matthews, E.T., O'Connor, E., Palen, E., Miller, F., Dichter, G.S., Marzano, G., Stein, G., Hutter, H., Kaplan, H.E., Li, H., Lechniak, H., Schneider, H.L., Zaydens, H., Arriaga, I., Gerdts, J.A., Cubells, J.F., Cordova, J.M., Gunderson, J., Lillard, J., Manoharan, J., McCracken, J.T., Michaelson, J.J., Neely, J., Orobio, J., Pandey, J., Piven, J., Scherr, J., Sutcliffe, J.S., Tjernagel, J., Wallace, J., Callahan, K., Dent, K., Schweers, K.A., Hamer, K.E., Law, J.K., Lowe, K., O'Brien, K., Smith, K., Pawlowski, K.G., Pierce, K.L., Roeder, K., Abbeduto, L.J., Berry, L.N., Cartner, L.A., Coppola, L.A., Carpenter, L., Cordeiro, L., DeMarco, L., Grosvenor, L.P., Higgins, L., Huang-Storms, L.Y., Hosmer-Quint, L., Herbert, L.M., Kasparson, L., Prock, L.M., Pachecho, L.D., Raymond, L., Simon, L., Soorya, L.V., Wasserburg, L., Lazar, M., Alessandri, M., Brown, M., Currin, M.H., Gwynette, M.F., Heyman, M., Hale, M.N., Jones, M., Jordy, M., Morrier, M.J., Sahin, M., Siegel, M.S., Verdi, M., Parlade, M.V., Yinger, M., Bardett, N., Hanna, N., Harris, N., Pottschmidth, N., Russo-Ponsaran, N., Takahashi, N., Ousley, O.Y., Juarez, A.P., Manning, P., Annett, R.D., Bernier, R.A., Clark, R.D., Landa, R.J., Goin-Kochel, R.P., Remington, R., Schultz, R.T., Brewster, S.J., Booker, S., Carpenter, S., Eldred, S., Francis, S., Friedman, S.L., Horner, S., Hepburn, S., Jacob, S., Kanne, S., Lee, S.J., Mastel, S.A., Plate, S., Qiu, S., Sandhu, S., Thompson, S., White, S., Myers, V.J., Singh, V., Yang, W.S., Warren, Z., Amatya, A., Ace, A.J., Chatha, A.S., Lash, A.E., Negron, B., Rigby, C., Ridenour, C. ,Stock, C.M., Schmidt, D., Fisk, I., Acampado, J., Nestle, J.L., Nestle, J.A., Layman, K., Butler, M.E., Kent, M., Mallardi, M.D., Carriero, N., Lawson, N., Volfovsky, N., Edgar, R., Marini, R., Rana, R., Ganesan, S., Shah, S., Ramsey, T., Chin, W., Jensen, W., Krentz, A.D., Gruber, A.J., Sabo, A., Salomatov, A., Eng, C., Muzny, D., Astrovskaya, I., Gibbs, R.A., Han, X.,

Shen, Y., Reichardt, L.F., **Chung, W.K.,** SPARK: A US Cohort of 50,000 Families to Accelerate Autism Research. Neuron. 2018 Feb 7;97(3):488-493. PMID: 29420931.

336.   Zarate, Y.A., Kalsner, L., Basinger, A., Slavotinek, A., Perry, H., Gambello, M., Everman, D.B., Pandya, A., Saenz, M., Li, C., Szybowska, M., Wilson, L.C., Kumar, A., Brain, C., Balasubramanian, M., Dubbs, H., Zackai, E., Mok Siu, V., Stein, Q., Powell, C.M., Vergano, S., Ray, J., Sellars, E., Sun, A., Smith, W., Robin, N.H., Bebin, M., Picker, J., Kirby, A., Pinz, H., Caljoun, A., Bombei, H., Desai, S., Cohen, J., Smith-Hicks, C., Fatemi, A., Vernon, H., McClellan, R., **Chung, W.K.,** Fleming, L.R., Knyszek, B., Steinraths, M., Gonzalez, C.V., Kaylor, J., Bosanko, K., Abbott, M.A., Beck, A., Golden-Grant, K.L., Greene, C., Egense, A., Parikh, A., Raimondi, C., Angle, B., Allen, W., Schott, S. Natural History and Genotype-Phenotype Correlations in 72 Individuals with SATB2-Associated Syndrome. Am J Med Genet A. 2018 Apr;176(4):925-935. PMID: 29436146.

337.   Rebbeck, T.R., Friebel, T.M., Friedman, E., Hamann, U., Huo, D., Kwong, A., Olah, E., Olopade, O.I., Solano, A.R., Teo, S.H., Thomassen, M., Weitzel, J.N., Chan, T.L., Couch, F., Goldgar, D., Kruse, T., Palmero, E., Park, S.K., Torres, D., van Rensburg, E.J., McGuffog, L., Parsons, M.T., Meng, G.L., Aalfs, C.M., Abugattas, J., Adlard, J., Agata, S., Aittomaki, K., Andrews, L., Andrulis, I.L., Arason, A., Arnold, N., Arun, B.K., Asseryanis, E., Auerbach, L., Azzollini, J., Balmana, J., Barile, M., Barkardottir, R.B., Barrowdale, D., Benitez, J., Berger, A., Berger, R., Blanco, A.M., Blazer, K.R., Blok, M.J., Bonadona, V., Bonanni, B., Bradbury, A.R., Brewer, C., Buecher, B., Buys, S.S., Caldes, T., Caliebe, A., Caligo, M.A., Campbell, I., Caputo, S., Chiquette, J., **Chung, W.K.,** Claes, K.B.M., Collee, M., Cook, J., Davidson, R., de la Hoya, M., De Leeneer, K., de Pauw, A., Delnatte, C., Diez, O., Ding, Y.C., Ditsch, N., Domchek, S..M., Dorfling, C.M., Duran, M., Dworniczak, B., Eason, J., Easton, D.F., Eeles, R., Ehrencrona, H., Ejlertsen, B., EMBRACE, Engel, C., Engert, S., Evans, D.G., Faivre, L., Feliubadalo, L., Ferrer, S.F., Foretova, L., Fowler, J., Frost, D., Galvao, H.C.R., Ganz, P.A., Garber, J., Gauthier-Villars, M., Gehrig, A., GEMO Study Gollaborators, Gerdes, A.M., Gesta, P., Giannini, G., Giraud, S., Glendon, G., Godwin, A.K., Greene, M.H., Gronwald, J., Gutierrez-Barrera, A., Hahnen, E., Hauke, J., HEBON, Henderson, A., Hentschel, J., Hogervorst, F.B.L., Honisch, E., Imyanitov, E.N., Isaacs, C., Izatt, L., Izquierdo, A., Jakubowska, A., James, P., FRACP, FRANZCR, Janavicius, R., Karlan, B.Y., Kast, K., KConFab Investigators., Kim, S.W., Konstantopoulou, I., Karach, J., Laitman, Y., Lasa, A., Lasset, C., Lazaro, C., Lee, A., Lee, M.H., Lester, J., Lesueur, F., Liljegren, A., Lindor, N.M., Longy, M., Loud, J.T., Lu, K.H., Lubinski, J., Machackova, E., Manoukian, S., Mari, V., Martinez-Bouzas, C., Matrai, Z., Mebirouk, N., Meijers-Heijboer, H.E.J., Meindl, A., Mensenkamp, A.R., Mickys, U., Miller, A., Montagna, M., Moysich, K.B., Mulligan, A.M., Musinsky, J., Neuhausen, S.L., Nevanlinna, H., Ngeow, J., Nguyen, H.P., Niederacher, D., Nielsen, H.R., Nielsen, F.C., Nussbaum, R.L., Offit, K., Ofverholm, A., Ong, K.R., Osorio, A., Papi, L., Papp, J., Pasini, B., Pedersen, I.S., Peixoto, A., Peruga, N., Peterlongo, P., Pohl, E., Pradhan, N., Prajzendanc, K., Prieur, F., Pujol, P., Radice, P., Ramus, S.J., Rantala, J., Rashid, M.U., Phiem, K., Robson, M., Rodriguez, G.C., Rogers, M.T., Rudaitis, V., Schmidt, A.Y., Schmutzler, R.K., Senter, L., Shah, P.D., Sharma, P., Side, L.E., Simard, J., Singer, C.F., Skytte, A.B., Slavin, T.P., Snape, K., Sobol, H., Southey, M., Steele, L., Steinemann, D., Sukiennicki, G., Sutter, C., Szabo, C.I., Tan, Y.Y., Teixeira, M.R., Terry, M.B., Teule, A., Thomas, A., Thull, D.L., Tischkowitz, M., Tognazzo, S., Toland, A.E., Topka, S., Trainer, A.H., Tung, N., van Asperen, C.J., van der Hout, A.H., van der Kolk, L.E., van der Luijt, R.B., Van Heetvelde, M., Varesco, L., Varon-Mateeva, R., Vega, A., Villarreal-Garza, C., von Wachenfeldt, A., Walker, L., Wang-Gohrke, S., Wappenschmidt, B., Weber, B.H.F.,

Yannoukakos, D., Yoon, S.Y., Zanzottera, C., Zidan, J., Zorn, K.K., Hutten Selkirk, C.G., Hulick, P.J., Chenevix-Trench, G., Spurdle, A.B., Antoniou, A.C., Nathanson, K.L. Mutational Spectrum in a Worldwide Study of 29,700 Families with BRCA1 or BRCA2 Mutations. Hum Mutat. 2018 May;39(5):593-620. doi: 10.1002/humu.23406. PMID: 29446198.

338.   Manheimer, K.B., Patel, N., Richter, F., Gorham, J., Tai, A.C., Homsy, J., Boskovski, M.T., Parfenov, M., Goldmuntz, E., **Chung, W.K.,** Brueckner, M., Tristani-Firouzi, M., Srivastava, D., Seidman, J.G., Seidman, C.E., Gelb, B.D., Sharp, A.J. Robust Identification of Deletions in Exome and Genome Sequence Data based on Clustering of Mendelian Errors. Hum Mutat. 2018 Jun;39(6):870-881. PMID: 29527824. PMCID: PMC6022753.

339.   *Zhu, N., Gonzaga-Jauregui, C., Welch, C.L., Ma, L., Qi, H., King, A.K., Krishnan, U., Rosenzweig, E.B., Ivy, D.D., Austin, E.D., Hamid, R., Nichols, W.C., Pauciulo, M.W., Lutz, K.A., Sawle, A., Reid, J.G., Overton, J.D., Baras, A., Dewey, F., Sheng, Y., **Chung, W.K.** Exome Sequencing in Children with Pulmonary Arterial Hypertension Demonstrates Differences Compared to Adults. Circ Genom Precis Med. 11(4):e001887, 2018. PMID: 29631995. PMCID: PMC5896781.

340.   Cheng, H., Dharmadhikari, A.V., Varland, S., Ma, N., Domingo, D., Kleyner, R., Rope, A.F., Yoon, M., Stray-Pedersen, A., Posey, J.E., Crews, S.R., Eldomery, M.K., Akdemir, Z.C., Lewis, A.M., Sutton, V.R., Rosenfeld, J.A., Conboy, E., Agre, K., Xia, F., Walkiewicz, M., Longoni, M., High, F.A., van Slegtenhorst, M.A., Mancini, G.M.S., Finnila, C.R., van Haeringen, A., den Hollander, N., Ruivenkamp, C., Naidu, S., Mahida, S., Palmer, E.E., Murray, L., Lim, D., Jayakar, P., Parker, M.J., Giusto, S., Stracuzzi, E., Romano, C., Beighley, J.S., Bernier, R.A., Kury, S., Nizon, M., Corbett, M.A., Shaw, M., Gardner, A., Barnett, C., Armstrong, R., Kassahn, K.S., Van Dijck, A., Vandeweyer, G., Kleefstra, T., Schieving, J., Jongmans, M.J., de Vries, B.B.A., Pfundt, R.,Kerr, B., Rojas, S.K., Boycott, K.M., Person, R., Willaert, R., Eichler, E.E., Kooy, R.F., Yang, Y., Wu, J.C., Lupski, J.R., Arnesen, T., Cooper, G.M., **Chung, W.K.,** Gecz, J., Stessman, H.A.F., Meng, L., Lyon, G.J. Truncating Variants in NAA15 are Associated with Variable Levels of Intellectual Disability, Autism Spectrum Disorder, and Congenital Anomalies. Am J Hum Genet. 2018 May 3:102(5):985-994. PMID: 29656860. PMCID: PMC5986698.

341.   Palmer, E.E., Stuhlmann, T., Weinert, S., Haan, E., Van Esch, H., Holvoet, M., Boyle, J., Leffler, M., Raynaud, M., Moraine, C., van Bokhoven, H., Kleefstra, T., Kahrizi, K., Najmabadi, H., Ropers, H.H., Delgado, M.R., Sirsi, D., Golla, S., Sommer, A., Pietryga, M.P., **Chung, W.K.,** Wynn, J., Rohena, L., Bernardo, E., Hamlin, D., Faux, B.M., Grange, D.K., Manwaring, L., Tolmie, J., Joss, S., DDD Study, Cobben, J.M., Duijkers, F.A.M., Goehringer, J.M., Challman, T.D., Hennig, F., Fischer, U., Grimme, A., Suckow, V., Musante, L., Nicholl, J., Shaw, M., Lodh, S.P., Niu, Z., Rosenfeld, J.A., Stankiewicz, P., Jentsch, T.J., Gecz, J., Field, M., Kalscheuer, V.M. De Novo and Inherited Mutations in the X-Linked Gene CLCN4 are Associated with Syndromic Intellectual Disability and Behavior and Seizure Disorders in Males and Females. Mol Psychiatry. 23(2):222-230, 2018. PMID: 27550844. PMCID: PMC5794876.

342.   Sanders, S.J., Campbell, A.J., Cottrell, J.R., Moller, R.S., Wagner, F.F., Auldridge, A.L., Bernier, R.A., Catterall, W.A., **Chung, W.K.,** Empfield, J.R., George Jr, A.L., Hipp, J.F., Khwaja, O., Kiskinis, E., Lal, D., Malhotra, D., Millichap, J.J., Otis, T.S., Petrou, S., Pitt, G., Schust, L.F., Taylor, C.M., Tjernagel, J., Spiro, J.E., Bender, K.J. Progress in Understanding

and Treating SCN2A-Mediated Disorders. Trends Neurosci. 2018 Jul;41(7):442-456. PMID: 29691040. PMCID: PMC6015533.

343.    Martin-Brevet, S., Rodriguez-Herreros, B., Nielsen, J.A., Moreau, C., Modenato, C., Maillard, A.M., Pain, A., Richetin, S., Jonch, A.E., Qureshi, A.Y., Zurcher, N.R., Conus, P. 16p11.2 European Consortium, Simons Variation in Individuals Project (VIP) Consortium, **Chung, W.K.,** Sherr, E.H., Spiro, J.E., Kherif, F., Beckmann, J.S., Hadjikhani, N., Reymond, A., Buckner, R.L., Draganski, B., Jacquemont, S. Quantifying the Effects of the 16p11.2 Copy Number Variants on Brain Structure: A Multi-site Genetic-First Study. Biol Psychiatry. 84(4):253-264, 2018. PMID: 29778275.

344.    Barca, E., Ganetzky, R.D., Potluri, P., Juanola-Falgarona, M., Gai, X., Li, D., Jalas, C., Hirsch, Y., Emmanuele, V., Tadesse, S., Ziosi, M., Akman, H.O., **Chung, W.K.,** Tanji, K., McCormick, E., Place, E., Consugar, M., Pierce, E.A., Hakonarson, H., Wallace, D.C., Hirano, M., Falk, M.J. USMG5 Ashkenazi Jewish Founder Mutation Impairs Mitochondrial Complex V Dimerization and ATP Synthesis. Human Molecular Genetics. 27(19):3305-3312, 2018. PMID: 29917077. PMCID: PMC6140788.

345.    Gupta, D.K., Blanco-Palmero, V.A., **Chung, W.K.,** Kuo, S.H. Abnormal Vertical Eye Movements as a Clue for Diagnosis of Niemann-Pick Type C. Tremor and Other Hyperkinet Mov (N.Y.). 8:560, 2018. PMID: 29971198. PMCID: PMC6026281.

346.    Xu, Z., Lo, W.S., Beck, D.B., Schuch, L.A., Olahova, M., Kopajtich, R., Chong, Y.E., Alston, C.L., Seidl, E., Zhai, L., Lau, C.F., Timchak, D., LeDuc, C.A., Borczuk, A.C., Teich, A.F., Juusola, J., Sofesco, C., Muller, C., Pierre, G., Hilliard, T., Turnpenny, P.D., Wagner, M., Kappler, M., Brasch, F., Bouffard, J.P., Nangle, L.A., Yang, X.L., Zhang, M., Taylor, R.W., Prokisch, H., Griese, M., **Chung, W.K.,** Schimmel, P. Bi-allelic Mutations in Phe-tRNA Synthetase Associated with a Multi-System Pulmonary Disease Support Non-translational Function. Am J Hum Genet. 103(1): 100-114, 2018. PMID: 29979980. PMCID: PMC 6035289.

347.    Son, J.H., Xie, G., Yuan, C., Ena, L., Li, Z., Goldstein, A., Huang, L., Wang, L., Shen, F., Liu, H., Mehl, K., Groopman, E.E., Marasa, M., Kiryluk, K., Gharavi, A.G., **Chung, W.K.,** Hripcsak, G., Friedman, C., Weng, C., Wang. K. Deep Phenotyping on Electronic Health Records Facilitates Genetic Diagnosis by Clinical Exomes. Am J Hum Genet. 103(1):58-73, 2018. PMID: 29961570. PMCID: PMC6035281.

348.    *Desai, P., Harber, H., Bulafka, J., Russell, A., Clifton, R., Zachary, J., Lee, S., Feng, T., Wapner, R., Monk, C., **Chung, W.K.** Impact of Variants of Uncertain Significance on Parental Perceptions of Children After Prenatal Chromosome Microarray Testing. Prenat Diagn. 38(10):740-747, 2018. PMID: 29956345. PMCID: PMC6312184.

349.    *Zhu, N., Welch, C.L., Wang, J., Allen, P.M., Gonzaga-Jauregui, C., Ma, L., King, A.K., Krishnan, U., Rosenzweig, E.B., Ivy, D.D., Austin, E.D., Hamid, R., Pauciulo, M.W., Lutz, K.A., Nichols, W.C., Reid, J.G., Overton, J.D., Baras, A., Dwey, F.E., Shen, Y., **Chung, W.K.** Rare Variants in SOX17 are Associated with Pumonary Arterial Hypertension with Congenital Heart Disease. Genome Med. 10(1):56, 2018. PMID: 30029678. PMCID: PMC6054746.

350.    Williams, J.L., **Chung, W.K.,** Fedotov, A., Kiryluk, K., Weng, C., Connolly, J., Harr, M., Hakonarson, H., Leppig, K.A., Larson, E.B., Jarvik, G.P., Veenstra, D.L., Hoell, C., Smith, M.E., Holm, I.A., Peterson, J.F., Williams, M.S. Harmonizing Outcomes for Genomic

Medicine: Comparison of eMERGE Outcomes to ClinGen Outcome/Intervention Pairs. Healthcare (Basel). 2018 Jul 13;6(3):83. PMID: 30011878. PMCID: PMC6164315.

351.   *Breidbart, E., Golden, L., Gonzaga-Jauregui, C., Deng, L., Lanzano, P, LeDuc, C, Guo, J., Overton, J.D., Reid, J., Shuldiner, A., **Chung, W.K.** KCNJ11 Mutation in One Family is Associated with Adult-Onset Rather than Neonatal-Onset Diabetes Mellitus. AACE Clinical Case Reports. In Press. Vol. 4 No. 5, 2018.

352.   Burnside, R.D., Molinari, S., Botti, C., Brooks, S.S., **Chung, W.K.,** Mehta, L., Schwartz, S., Papenhausen, P. Features of Feingold Syndrome 1 Dominate in Subjects with 2P Deletions Including MYCN. Am J Med Genet A. 176(9):1956-1963, 2018. PMID: 30088856.

353.   *Kazzi, B., Lederer, D., Arteaga-Solis, E., Saqi, A., **Chung, W.K.** Recurrent Diffuse Lung Disease due to Surfactant Protein C Deficiency. Respir Med Case Rep. 25:91-95, 2018. PMID: 30094155 PMCID: PMC6080219.

354.   Porter, K.M., Kauffman, T.L., Koenig, B.A., Lewis, K.L., Rehm, H.L., Richards, C.S., Strande, N.T., Tabor, H.K., Wolf, S.M., Yang, Y., Amendola, L.M., Azzariti, D.R., Berg, J.S., Bergstrom, K., Biesecker, L.G., Biswas, S., Bowling, K.M., **Chung, W.K.,** Clayton, E.W., Conlin, L.K., Cooper, G.M., Dulik, M.C., Garraway, L.A., Ghazani, A.A., Green, R.C., Hiatt, S.M., Jamal, S.M., Jarvik, G.P., Goddard, K.A.B., Wilfond, B.S. Approaches to Carrier Testing and Results Disclosure in Translational Genomics Research: The Clinical Sequencing Exploratory Research Consortium Experience. Mol Genet Genomic Med. 6(6):898-909, 2018. PMID: 30133189. PMCID: PMC6305639.

355.   Okur, V., Nees, S.N., **Chung, W.K.,** Krishnan, U. Pulmonary Hypertension in Patients with 9q34.3 Microdeletion-Associated Kleefstra Syndrome. Am J of Med Genet A. 2018 Aug;176(8):1773-1777. PMID: 30063093. PMCID: PMC6107394.

356.   Helal, M., Mazaheri, N., Shalbafan, B., Malamiri, R.A., Dilaver, N., Buchert, R., Mohammadiasl, J., Golchin, N., Sedaghat, A., Mehrjardi, M.Y.V., Haack, T.B., Riess, O., **Chung, W.K.,** Galehdari, H., Shariati, G., Maroofian, R. Clinical Presentation and Natural History of Infantile-Onset Ascending Spastic Paralysis from Three Families with an ALS2 Founder Variant. Neurol Sci. 2018 Nov;39(11):1917-1925. PMID: 30128655.

357.   Granadillo, J.L., **Chung, W.K.,** Hecht, L., Corsten-Janssen, N., Wegner, D., Nij Bijvank, S.W.A., Toler, T.L., Pineda-Alvarez, D.E., Douglas, G., Murphy, J.J., Shimony, J., Shinawi, M. Variable Cardiovascular Phenotypes Associated with SMAD2 Pathogenic Variants. Hum Mutat. 39(12):1875-1884, 2018. PMID: 30157302.

358.   Assoum, M., Lines, M.A., Elpeleg, O., Darmency, V., Whiting, S., Edvardson, S., Devinsky, O., Heinzen, E., Hernan, R.R., Antignac, C., Deleuze, J.F., Des Portes, V., Bertholet-Thomas, A., Belot, A., Geller, E., Lemesle, M., Duffourd, Y., Thauvin-Robinet, C., Thevenon, J., **Chung, W.K.,** Lowenstein, D.H., Faivre, L. Further Delineation of the Clinical Spectrum of De Novo TRIM8 Truncating Mutations. Am J Med Genet A. 176(11):2470-2478, 2018. PMID: 30244534.

359.   *Okur, V., Ganapathi, M., Wilson, A., **Chung, W.K.** Biallelic Variants in *VARS* in a Family with Two Siblings with Intellectual Disability and Microcephaly: Case Report and Review of the Literature. Cold Spring Harb Mol Case Stud. 1;4(5), 2018. PMID: 30275004. PMCID: PMC6169829.

360.   *Bohnen, M.S., Ma, L., Zhu, N., Qi, H., McClenaghan, C., Gonzaga-Jauregui, C., Dewey F.E., Overton, J.D., Reid, J.G., Shuldiner, A.R., Baras, A., Sampson, K.J., Bleda, M.,

Hadinnapola, C., Haimel, M., Bogaard, H.J., Church, C., Coghlan, C., Corris, P.A., Eyries, M., Gibbs, J.S.R., Girerd, B., Houweling, A.C., Humbert, M., Guignabert, C., Kiely, D.G., Lawrie, A., MacKenzie Ross, R.V., Martin, J.M., Montani, D., Peacock, A.J., Pepke-Zaba, J., Soubrier, F., Suntharalingam, J., Toshner, M., Treacy, C.M., Trembath, R.C., Vonk Noordegraaf, A., Wharton, J., Wilkins, M.R., Wort, S.J., Yates, K., Gräf, S., Morrell, N.W., Krishnan, U., Rosenzweig, E.B., Shen, Y., Nichols, C.G., Kass, R.S., **Chung, W.K.** Loss-of -Function ABCC8 Mutations in Pulmonary Arterial Hypertension. Circ Genom Precis Med. 11(10):e002087, 2018.  PMID: 30354297. PMCID: PMC6206877.

361.   Trivedi, M.S., Colbeth, H., Yi, H., Vanegas, A., Starck, R., **Chung, W.K.**, Appelbaum, P.S., Kukafka, R., Schechter, I., Crew, K.D. Understanding Factors Associated with Uptake of BRCA1/2 Genetic Testing among Orthodox Jewish Women in the USA Using a Mixed-Methods Approach. Public Health Genomics. 21(5-6):186-196, 2018. PMID: 31163445. PMCID: PMC6687531.

362.   Qian, F., Wang, S., Mitchell, J., McGuffog, L., Barrowdale, D., Leslie G., Oosterwijk, J.C., **Chung, W.K.**, Evans, D.G., Engel, C., Kast, K., Aalfs, C.M., Adank, M.A., Adlard, J., Agnarsson, B.A., Aittomaki, K., Alducci, E., Andrulis, I.L., Arun, B.K., Ausems, M.G.E.M., Azzollini, J., Barouk-Simonet, E., Barwell, J., Belotti, M., Benitez, J., Berger, A., Borg, A., Bradbury, A.R., Brunet, J., Buys, S.S., Caldes, T., Caligo, M.A., Campbell, I., Caputo, S.M., Chiquette, J., Claes, K.B.M., Margriet Collee, J., Couch, F.J., Coupier, I., Daly, M.B., Davidson, R., Diez, O., Domchek, S.M., Donaldson, A., Dorfling, C.M., Eeles, R., Feliubadalo, L., Foretova, L., Fowler, J., Friedman, E., Frost, D., Ganz, P.A., Garber, J., Garcia-Barberan, V., Glendon, G., Godwin, A.K., Gómez Garcia, E.B., Gronwald, J., Hahnen, E., Hamann, U., Henderson, A., Hendricks, C.B., Hopper, J.L., Hulick, P.J., Imyanitov, E.N., Isaacs, C., Izatt, L., Izquierdo, Á., Jakubowska, A., Kaczmarek, K., Kang, E., Karlan, B.Y., Kets, C.M., Kim, S.W., Kim, Z., Kwong, A., Laitman, Y., Lasset, C., Hyuk Lee, M., Won Lee, J., Lee, J., Lester, J., Lesueur, F., Loud, J.T., Lubinski, J., Mebirouk, N., Meijers-Heijboer, H.E.J., Meindl, A., Miller, A., Montagna, M., Mooij, T.M., Morrison, P.J., Mouret-Fourme, E., Nathanson, K.L., Neuhausen, S.L., Nevanlinna, H., Niederacher, D., Nielsen, F.C., Nussbaum, R.L., Offit, K., Olah, E., Ong, K.R., Ottini, L., Park, S.K., Peterlongo, P., Pfeiler, G., Phelan, C.M., Poppe, B., Pradhan, N., Radice, P., Ramus, S.J., Rantala, J., Robson, M., Rodriguez, G.C., Schmutzler, R.K., Hutten Selkirk C.G., Shah, P.D., Simard, J., Singer, C.F., Sokolowska, J., Stoppa-Lyonnet, D., Sutter, C., Yen Tan, Y., Teixeira, R.M., Teo, S.H., Terry, M.B., Thomassen, M., Tischkowitz, M., Toland, A.E., Tucker, K.M., Tung, N., van Asperen, C.J., van Engelen, K., van Rensburg, E.J., Wang-Gohrke, S., Wappenschmidt, B., Weitzel, J.N., Yannoukakos, D., GEMO Study Collaborators, HEBON, EMBRACE, Greene, M.H., Rookus, M.A., Easton, D.F., Chenevix-Trench, G., Antoniou, A.C., Goldgar, D.E., Olopade, O.I., Rebbeck, T.R., Huo, D. Height and Body Mass Index as Modifiers of Breast Cancer Risk in BRCA1/2 Mutation Carriers: A Mendelian Randomization Study. J Natl Cancer Inst. 2019 Apr1;111(4):350-364. PMID: 30312457. PMCID: <u>PMC6449171</u>.

363.   Turnpenny, P.D., Wright, M.J., Sloman, M., Caswell, R., van Essen, A.J., Gerkes, E., Pfundt, R., White, S.M., Shaul-Lotan, N., Carpenter, L., Schaefer, G.B., Fryer, A., Innes, A.M., Forbes, K.P., **Chung, W.K.**, McLaughlin, H., Henderson, L.B., Roberts, A.E., Heath, K.E., Paumard-Hernandez, B., Gener, B., DDD Study, Fawcett, K.A., Gjergja-Juraski, R., Pilz, D.T., Fry, A.E. Missense Mutations of the Pro65 Residue of PCGF2 Cause a Recognizable Syndrome Associated with Craniofacial, Neurological, Cardiovascular, and Skeletal Features. AM J Hum Genet. 103(6):1054-1055, 2018. PMID: 30526864.

364.   Hopper, J.L., Dite, G.S., MacInnis, R.J., Liao, Y., Zeinomar, N., Knight, J.A., Southey, M.C., Milne, R.L., **Chung, W.K.,** Giles, G.G., Genkinger, J.M., McLachlan, S.A., Friedlander, M.L., Antoniou, A.C., Weideman, P.C., Glendon, G., Nesci, S., kConFab Investigators, Andrulis, I.L., Buys, S.S., Daly, M.B., John, E.M., Phillips, K.A., Terry, M.B. Age-Specific Breast Cancer Risk by Body Mass Index and Familial Risk: Prospective Family Study Cohort (ProF-SC). Breast Cancer Res. 3;20(1):132, 2018. PMID: 30390716. PMCID: PMC6215632.

365.   Tanaka, A., Okumoto, K., Tamura, S., Abe, Y., Hirsch Y., Deng, L., Ekstein, J., **Chung, W.K.,** Fujiki, Y. A newly identified mutation in the *PEX26* Gene is associated with a milder type of Zellweger spectrum disorder. Cold Spring Harb Mol Case Stud. 2019 Feb 1;5(1): a003483. PMID: 30446579. PMCID: <u>PMC6371744</u>.

366.   Terry, M.B., Saly, M.B., Phillips, K.A., Ma, X., Zeinomar, N., Leoce, N., Dite, G.S., MacInnis, R.J., **Chung, W.K.,** Knight, J.A., Southey, M.C., Milne, R.L., Goldgar, D., Giles, G.G., Weirdeman, P.C., Glendon, G., kConFab Investigators, Buchsbaum, Andrulis, I.L., John, E.M., Buys, S.S., Hopper, J.L. Risk-Reducing Oophorectomy and Breast Cancer Risk Across the Spectrum of Familial Risk. J Natl Cancer Inst. 2019 Mar 1;111(3):331-334. PMID: 30496449. PMCID: PMC6410936.

367.   <u>*Qi, H., Yu, L., Zhou, X., Wynn, J., Zhao, H., Guo, Y., Zhu, N., Kitaygotodsky, A., Hernan, R.,</u> Aspelund, G., Lim, F.Y., Crombleholme, T., Cusick, R., Azarow, K., Danko, M.E., Chung, D., Warner, B.W., Mychaliska, G.B., Potoka, D., Wagner, A.J., ElFiky, M., Wilson, J.M., Nickerson, D., Bamshad, M., High, F.A., Longoni, M., Donahoe, P.K, **Chung, W.K.,** Shen, Y. De Novo Variants in Congenital Diaphragmatic Hernia Identify MYRF as a New Syndrome and Reveal Genetic Overlaps with Other Developmental Disorders. PLoS Genet. 14(12):e1007822, 2018. PMID: 30532227. PMCID: PMC630172.

368.   Rasouly, H.M., Groopman, E.E., Heyman-Kantor, R., Fasel, D.A., Mitrotti, A., Westland, R., Bier, L., Weng, C., Ren, Z., Copeland, B., Krithivasan, P., **Chung, W.K.,** Sanna-Cherchi, S., Goldstein, D.B., Gharavi, A.G. The Burden of Candidate Pathogenic Variants for Kidney and Genitourinary Disorders Emerging from Exome Sequencing. Ann Intern Med. 170(1):11-21, 2019. PMID: 30476936.

369.   Williams, M., Valayannopoulos, V., Altassan, R., **Chung, W.K.,** Heijboer, A.C., Keng, W.T., Lapatto, R., McClean, P., Mulder, M.F., Tylki- Szymanska, A., Walenkamp, M.E., Alfadhel, M., Alakeel, H., Salomons, G.S., Eyaid, W., Wamelink, M.M.C. Clinical Biochemical and Molecular Overview of Transaldolase Deficiency and Ecaluation of the Endocrine Function: Updated of 34 Patients. Journal of Inherited Metabolic Disease. 42 (1):147-158, 2019. doi: 10.1002/jimd.12036. PMID: 30740741.

370.   Sabatello, M., Chen, Y., Sanderson, S.C., **Chung, W.K.,** Appelbaum, P.S. Increasing Genomic Literacy among Adolescents. Genet Med. 21(4):994-1000, 2019. PMID: 30214064. PMCID: PMC6417977.

371.   Hassin-Baer, S., Levy, O., Waters, C., Marder, K., Greenbaum, L., Fay-Karmon, T., Ronciere, L., Livneh, V., Spiegelman, D., Liong, C., Ruskey, J., Alam, A., Yahalom, G., Israeli-Korn, S., Alcalay, R., Fahn, S., **Chung, W.K.,** Gan-Or, Z. Increased Yield of Full GBA Sequencing in Ashkenazi Jews with Parkinson's Disease. Eur J Med Genet. 62(1):65-69, 2019. PMID: 29842932. PMCID: PMC6261782.

372.   Karolak, J.A., Vincent, M., Deutsch, G., Gambin, T., Cogné, B., Pichon, O., Vetrini, F., Mefford, H.C., Dines, J.N., Golden-Grant, K., Dipple, K., Freed, A.S., Leppig, K.A.,

Dishop, M., Mowat, D., Bennetts, B., Gifford, A.J., Weber, M.A., Lee, A.F., Boerkoel, C.F., Bartell, T.M., Ward-Melver, C., Besnard, T., Petit, F., Bache, I., Tümer, Z., Denis-Musquer, M., Joubert, M., Martinovic, J., Bénéteau, C., Molin, A., Carles, D., André, G., Bieth, E., Chassaing, N., Devisme, L., Chalabreysse, L., Pasquier, L., Secq, V., Don, M., Orsaria, M., Missirian, C., Mortreux, J., Sanlaville, D., Pons, L., Küry, S., Bézieau, S., Liet, J.M., Joram, N., Bihouée, T., Scott, D.A., Brown, C.W., Scaglia, F., Tsai, A.C., Grange, D.K., Phillips, J.A., Pfotenhauer, J.P., Jhangiani, S.N., Gonzaga-Jauregui, C.G., **Chung, W.K.**, Schauer, G.M., Lipson, M.H., Mercer, C.L., van Haeringen, A., Liu, Q., Popek, E., Coban Akdemir, Z.H., Lupski, J.R., Szafranski, P., Isidor, B., Le Caignec, C., Stankiewicz, P. Complex Compound Inheritance of Lethal Lung Developmental Disorders Due to Disruption of the TBX-FGF Pathway. Am J Hum Genet. 104(2):213-228, 2019. PMID: 30639323. PMCID: PMC6369446.

373.    Niarchou, M., Chawner, S.J.R.A., Doherty, J.L., Maillard, A.M., Jacquemont, S., **Chung, W.K.**, Green-Snyder, L., Bernier, R.A., Goin-Kochel, R.P., Hanson, E., Linden, D.E.J., Linden, SC.., Raymond, F.L., Skuse, D., Hall, J., Owen, M.J., Bree, M.B.M.V.D. Psychiatric Disorders in Children with 16p11.2 Deletion and Duplication. Transl Psychiatry. 9(1):8, 2019. PMID: 30664628. PMCID: PMC6341088.

374.    *Ganapathi, M., Padgett, L.R., Yamada, K., Devinsky, O., Willaert, R., Person, R., Au, P.B., Tagoe, J., McDonald, M., Karlowicz, D., Wolf, B., Lee, J., Shen, Y., Okur, V., Deng, L., LeDuc, C.A., Wang, J., Hanner, A., Mirmira, R.G., Park, M.H., Mastracci, T.L., **Chung, W.K.** Recessive Rare Variants in Deoxyhypusine Synthase, an Enzyme Involved in the Synthesis of Hypusine, are Associated with a Neurodevelopmental Disorder. Am J Hum Genet. 104(2):287-298, 2019. PMID: 30661771. PMCID: PMC6369575.

375.    Zeinomar, N., Phillips, K.A., Daly, M.B., Milne, R.L., Dite, G.S., MacInnis, R.J., Liao, Y., Kehm, R.D., Knight, J.A., Southey, M.C, **Chung, W.K.,** Giles, G.G., McLachlan, S.A., Friedlander, M.L., Weideman, P.C., Glendon, G., Nesci, S., kConFab Investigators, Andrulis, I.L., Buys, S.S., John, E.M., Hopper, J.L., Terry, M.B. Benign Breast Disease Increases Breast Cancer Risk Independent of Underlying Familial Risk Profile: Findings from a Prospective Family Study Cohort. Int J Cancer. 145(2):370-379, 2019. PMID: 30725480. PMCID: PMC6525034.

376.    Alcalay, R.N., Mallett, V., Vanderperre, B., Tavassoly, O., Dauvilliers, Y., Wu, R.Y.J., Ruskey, J.A., Leblond, C.S., Ambalavanan, A., Laurent, S.B., Spiegelman, D., Dionne-Laporte, A., Liong, C., Levy, O.A., Fahn, S., Waters, C., Kuo, S.H., **Chung, W.K.,** Ford, B., Marder, K.S., Kang, U.J., Hassin-Baer, S., Greenbaum, L., Trempe, J.F., Wolf, P., Oliva, P., Zhang, X.K., Clark, L.N., Langlois, M., Dion, P.A., Fon, E.A., Dupre, N., Rouleau, G.A., Gan-Or, Z. SMPD1 Mutations, Activity, and α-synuclein Accumulation in Parkinson's Disease. Mov Disord. 34(4):526-535, 2019. PMID: 30788890. PMCID: PMC6469643.

377.    Deignan, J.L., **Chung, W.K.**, Kearney, H.M., Monaghan, K.G., Rehder, C.W., Chao, E.C., ACMG Laboratory Quality Assurance Committee. Points to Consider in the Reevaluation and Reanalysis of Genomic Test Results: A Statement of the American College of Medical Genetics and Genomics (ACMG). Genet Med. 2019 Jun;21(6):1267-1270. PMID: 31015575. PMCID: PMC6559819.

378.    *Okur, V., LeDuc, C.A., Guzman, E., Valivullah, Z.M., Anyane-Yeboa, K., **Chung, W.K.** Homozygous Non-Canonical Splice Variant in LSM1 in Two Siblings with Multiple Congenital Anomalies and Global Developmental Delays. Cold Spring Harb Mol Case Stud. 2019 Jun 3;5(3):a004101. PMID: 31010896. PMCID: PMC6549555.

379.	Garrett, J.R., Lantos, J.D., Biesecker, L.G., Childerhose, J.E., **Chung, W.K.**, Holm, I.A., Koenig, B.A., McEwen, J.E., Wilford, B.S., Brothers, K., Clinical Sequencing Exploratory Research (CSER) Consortium Pediatrics Working Group. Rethinking the "Open Future" Argument Against Predictive Genetic Testing of Children. Genet Med. 2019 Oct;21(10):2190-2198. PMID: 30894702. PMCID: PMC6754817.

380.	Beck, D.B., Subramanian, T., Vijayalingam, S., Ezekiel, U.R., Donkervoort, S., Yang, M.L., Dubbs, H.A., Ortiz-Gonzalez, X.R., Lakhani, S., Segal, D., Au, M., Graham, J.M. Jr., Verma, S., Weggoner, D., Shinawi, M., Bonneman, C.G., **Chung, W.K.**, Chinnadurai, G. A Pathogenic CtBP1 Missense Mutation Causes Altered Cofactor Binding and Transcriptional Activity. Neurogenetics. 20(3):129-143, 2019. PMID: 31041561.

381.	*Feliciano, P., Zhou, X., Astrovskaya, I., Turner, T.N., Wang, T., Brueggeman, L., Barnard, R., Hseih, A., Snyder, L.G., Muzny, D.M., Sabo, A., SPARK Consortium, Gibbs, R.A., Eichler, E.E., O'Roak, B.J., Michaelson, J.J., Volfovsky, N., Shen, Y., **Chung, W.K.** Exome Sequencing of 457 Autism Families Recruited Online Provides Evidence for Novel ASD Genes. NPJ Genom Med. 4:19, 2019. PMID: 31452935. PMCID: PMC6707204.

382.	*Okur, V., Watschinger, K., Niyazov, D., McCarrier, J., Basel, D., Hermann, M., Werner, E.R., **Chung, W.K.** Biallelic Variants in AGMO with Diminished Enzyme Activity Are Associated with a Neurodevelopmental Disorder. Hum Genet. 2019 Dec;138(11-12):1259-1266. PMID: 31555905.

383.	Lyon, G.J., Marchi, E., Ekstein, J., Meiner, V., Hirsch, Y., Scher, S., Yang, E., De Vivo, D.C., Madrid, R., Li, Q., Wang, K., Haworth, A., Chilton, I., **Chung, W.K.**, Velinov, M. VAC14 Syndrome in Two Siblings with Retinitis Pigmentosa and Neurodegeneration With Brain Iron Accumulation. Cold Spring Harb Mol Case Stud. doi: 10.1101/mcs.a003715.2019. PMID: 31387860.

384.	Hinkkley, L.B.N., Dale, C.L., Luks, T.L., Findlay, A.M., Bukshpun, P., Pojma, N., Thieu, T., **Chung, W.K.**, Berman, J., Roberts, T.P.L., Mukherjee, P., Sherr, E.H., Nagarajan, S.S. Sensorimotor Cortical Oscillations During Movement Preparation in 16p11.2 Deletion Carriers. J Neurosci. 39(37):7321-7331, 2019. PMID: 31270155. PMCID: PMC6759026.

385.	Houghton, L.C., Knight, J.A., Wei, Y., Romeo, R.D., Goldberg, M., Andrulis, I.L., Bradbury, A.R., Buys, S.S., Daly, M.B., John, E.M., **Chung, W.K.**, Santella, R.M., Stanczyk, F.Z., Terry, M.B. Association of Prepubertal and Adolescent Androgen Concentrations With Timing of Breast Development and Family History of Breast Cancer. JAMA Netw Open. 2(2):e190083, 2019. PMID: 30794303. PMCID: PMC6484611.

386.	Safarova, M.S., Satterfield, B.A., Fan, X., Austin, E.E., Ye, Z., Bastarache, L., Zheng, N., Ritchie, M.D., Borthwick, K.M., Williams, M.S., Larson, E.B., Scrol, A., Jarvik, G.P., Crosslin, D.R., Leppig, K., Rasmussen-Torvik, L.J., Pendergrass, S.A., Sturm, A.C., Namjou, B., Shah, A.S., Carroll, R.J., **Chung, W.K.**, Wei, W.Q., Feng, Q.P., Stein, M., Roden, D.M., Manolio, T.A., Schaid, D.J., Denny, J.C., Hebbring, S.J., de Andrade, M., Kullo, I.J. A Phenome-Wide Association Study to Discover Pleiotropic Effects of PCSK9, APOB, and LDLR. NPJ Genom Med. 4:3, 2019. PMID: 30774981. PMCID: PMC6370860.

387.	*Okur, V., Cho, M.T., van Wijk, R., van Oirschot, B., Picker, J., Coury, S.A., Grange, D., Manwaring, L., Krantz, I., Muraresku, C.C., Hulick, P.J., May, H., Pierce, E., Place, E., Bujakowska, K., Telegrafi, A., Douglas, G., Monaghan, K.G., Begtrup, A., Wilson, A., Retterer, K., Anyane-Yeboa, K., **Chung, W.K.** De Novo Variants in HK1 Associated with

Neurodevelopmental Abnormalities and Visual Impairment. Eur J Hum Genet. 27(7):1081-1089, 2019. PMID: 30778173.

388.   Ranzenhofer, L.M., Mayer, L.E.S., Davis, H.A., Mielke-Madaya, H.K., McInerney, H., Korn, R., Gupta, N., Brown, A.J., Schebendach, J., Tanofsky-Kraff, M., Thaker, V., **Chung, W.K.**, Leibel, R.L., Walsh, B.T., Rosenbaum, M. The *FTO* Gene and Measured Food Intake in 5-10 Year Old Children Without Obesity. Obesity (Silver Spring). 27(6):1023-1029, 2019. PMID: 31119882. PMCID: PMC6561098.

389.   Yang, S.J., Lipnick, S.L., Makhortova, N.R., Venugopalan, S., Fan, M., Armstrong, Z., Schlaeger, T.M., Deng, L., **Chung, W.K.**, O'Callaghan, L., Geraschenko, A., Whye, D., Berndl, M., Hazard, J., Williams, B., Narayanaswamy, A., Ando, D.M., Nelson, P., Rubin, L.L. Applying Deep Neural Network Analysis to High-Content Image-Based Assays. SLAS Discov. 24(8):829-841, 2019. PMID: 31284814. PMCID: PMC6710615.

390.   Robson, A., Makova, S.Z., Barish, S., Zaidi, S., Mehta, S., Drozd, J., Jin, S.C., Gelb, B.D., Seidman, C.E., **Chung, W.K.**, Lifton, R.P., Khokha, M.K., Brueckner, M. C Histone H2B Monoubiquitination Regulates Heart Development Via Epigenetic Control of Cilia Motility. Proc Natl Acad Sci U S A. 2019 Jul 9;116(28):14049-14054, 2019. PMID: 31235600. PMCID: PMC6628794.

391.   Hernan, R., Cho, M.T., Wilson, A.L., Ahimaz, P., Au, C., Berger, S.M., Guzman, E., Primiano, M., Shaw, J.E., Ross, M., Tabanfar, L., Chilton, I., Griffin, E., Ratner, C, Anyane-Yeboa, K., Iglesias, A., Pisani, L., Roohi, J., Duong, J., Martinez, J., Appelbaum, P., Klitzman, R., Ottman, R., **Chung, W.K.**, Wynn, J. Impact of patient education videos on genetic counseling outcomes after exome sequencing. Patient Educ Couns. 2020 Jan; 103(1):127-135. PMID:  31521424. PMCID: PMC9667716.

392.   Kanca, O., Andrews, J.C., Lee, P.T., Patel, C., Braddock, S.R., Slavotinek, A.M., Cohen, J.S., Gubbels, C.S., Aldinger, K.A., Williams, J., Indaram, M., Fatemi, A., Yu, T.W., Agrawal, P.B., Vezina, G., Simons, C., Crawford, J., Lau, C.C., Undiagnosed Diseases Network, **Chung, W.K.**, Markello, T.C., Dobyns, W.B., Adams, D.R., Gahl, W.A., Wangler, M.F., Yamamoto, S., Bellen, H.J., Malicdan, M.C.V. De Novo Variants in WDR37 Are Associated with Epilepsy, Colobomas, Dysmorphism, Developmental Delay, Intellectual Disability, and Cerebellar Hypoplasia. Am J Hum Genet. 105(3):672-674, 2019. PMID: 31491411. PMCID: PMC6732524.

393.   *Jutla, A., Turner, J.B., Green Snyder, L., **Chung, W.K.**, Veenstra-VanderWeele, J. Psychotic symptoms in 16p11.2 copy-number variant carriers. Autism Res. 2020 Feb;13(2):187-198. PMID: 31724820.

394.   Zhu, N., Pauciulo, M.W., Welch, C.L., Lutz, K.A., Coleman, A.W., Gonzaga-Jauregui, C., Wang, J., Grimes, J.M., Martin, L.J., He, H., PAH Biobank Enrolling Centers' Investigators, Shen, Y., **Chung, W.K.**, Nichols, W.C. Correction to: Novel Risk Genes and Mechanisms Implicated by Exome Sequencing of 2572 Individuals with Pulmonary Arterial Hypertension. Genome Med. 11(1):69, 2019. PMID: 31727138. PMCID: PMC8822702.

395.   Patel, V.L., Busch, E.L., Friebel, T.M., Cronin, A., Leslie, G., McGuffog, L., Adlard, J., Agata, S., Agnarsson, B.A., Ahmed, M., Aittomäki, K., Alducci, E., Andrulis, I.L., Arason, A., Arnold, N., Artioli, G., Arver, B., Auber, B., Azzollini, J., Balmaña, J., Barkardottir, R.B., Barnes, D.R., Barroso, A., Barrowdale, D., Belotti, M., Benitez, J., Bertelsen, B., Blok, M.J., Bodrogi, I., Bonadona, V., Bonanni, B., Bondavalli, D., Boonen, S.E., Borde, J., Borg, A., Bradbury, A.R., Brady, A., Brewer, C., Brunet, J., Buecher, B., Buys, S.S., Cabezas-

Camarero, S., Caldés, T., Caliebe, A., Caligo, M.A., Calvello, M., Campbell, I.G., Carnevali, I., Carrasco, E., Chan, T.L., Chu, A.T.W., **Chung, W.K.**, Claes, K.B.M., Collaborators GS, Collaborators E, Cook, J., Cortesi, J., Couch, F.J., Daly, M.B., Damante, G., Darder, E., Davidson, R., de la Hoya, M., Della Puppa, L., Dennis, J., Díez, O., Ding, Y.C., Ditsch, N., Domchek, S.M., Donaldson, A., Dworniczak, B., Easton, D.F., Eccles, D.M., Eeles, R.A., Ehrencrona, H., Ejlertsen, B., Engel, C., Evans, D.G., Faivre, L., Faust, U., Feliubadaló, L., Foretova, L., Fostira, F., Fountzilas, G., Frost, D., Garcia-Barberán, V., Garre, P., Gauthier-Villars, M., Géczi, L., Gehrig, A., Gerdes, A.M., Gesta, P., Giannini, G., Glendon, G., Godwin, A.K., Goldgar, D.E., Greene, M.H., Gutierrez-Barrera, A.M., Hahnen, E., Hamann, U., Hauke, J., Herold, N., Hogervorst, F.B.L., Honisch, E., Hopper, J.L., Hulick, P.J., Investigators K, Investigators H, Izatt, L., Jager, A., James, P., Janavicius, R., Jensen, U.B., Jensen, T.D., Johannsson, O.T., John, E.M., Joseph, V., Kang, E., Kast, K., Kiiski, J.I., Kim, S.W., Kim, Z., Ko, K.P., Konstantopoulou, I., Kramer, G., Krogh, L., Kruse, T.A., Kwong, A., Larsen, M., Lasset, C., Lautrup, C., Lázaro, C., Lee, J., Lee, J.W., Lee, M.H., Lemke, J., Lesueur, F., Liljegren, A., Lindblom, A., Llovet, P., Lopez-Fernández, A., Lopez-Perolio, I., Lorca, V., Loud, J.T., Ma, E.S.K., Mai, P.L., Manoukian, S., Mari, V., Martin, L., Matricardi, L., Mebirouk, N., Medici, V., Meijers-Heijboer, H.E.J., Meindl, A., Mensenkamp, A.R., Miller, C., Molina Gomes, D., Montagna, M., Mooij, T.M., Moserle, L., Mouret-Fourme, E., Mulligan, A.M., Nathanson, K.L., Navratilova, M., Nevanlinna, H., Niederacher, D., Cilius Nielsen, F.C., Nikitina-Zake, L., Offit, K., Olah, E., Olopade, O.I., Ong, K.R., Osorio, A., Ott, C.E., Palli, D., Park, S.K., Parsons, M.T., Pedersen, I.S., Peissel, B., Peixoto, A., Pérez-Segura, P., Peterlongo, P., Høgh Petersen, A., Porteous, M.E., Pujana, M.A., Radice, P., Ramser, J., Rantala, J., Rashid, M.U., Rhiem, K., Rizzolo, P., Robson, M.E., Rookus, M.A., Rossing, C.M., Ruddy, K.J., Santos, C., Saule, C., Scarpitta, R., Schmutzler, R.K., Schuster, H., Senter, L., Seynaeve, C.M., Shah, P.D., Sharma, P., Shin, V.Y., Silvestri, V., Simard, J., Singer, C.F., Skytte, A.B., Snape, K., Solano, A.R., Soucy, P., Southey, M.C., Spurdle, A.B., Steele, L., Steinemann, D., Stoppa-Lyonnet, D., Stradella, A., Sunde, L., Sutter, C., Tan, Y.Y., Teixeira, M.R., Teo, S.H., Thomassen, M., Tibiletti, M.G., Tischkowitz, M., Tognazzo, S., Toland, A.E., Tommasi, S., Torres, D., Toss, A., Traíner, A.H., Tung, N., van Asperen, C.J., van der Baan, F.H., van der Kolk, L.E., van der Luijt, R.B., van Hest, L.P., Varesco, L., Varon-Mateeva, R., Viel, A., Vierstraete, J., Villa, R., von Wachenfeldt, A., Wagner, P., Wang-Gohrke, S., Wappenschmidt, B., Weitzel, J.N., Wieme, G., Yadav, S., Yannoukakos, D., Yoon, S.Y., Zanzottera, C., Zorn, K.K., D'Amico, A.V., Freedman, M.L., Pomerantz, M.M., Chenevix-Trench, G., Antoniou, A.C., Neuhausen, S.L., Ottini, L., Nielsen, H.R., Rebbeck, T.R. Association of Genomic Domains in BRCA1 and BRCA2 with Prostate Cancer Risk and Aggressiveness. Cancer Res. 2020 Feb1;80(3):624-638. PMID: 31723001. PMCID: <u>PMC7553241</u>.

396.    Abramov, A., Fan, W., <u>Hernan, R.</u>, Zenilman, A.L., Wynn, J., Aspelund, G., Khlevner, J., Krishnan, U., Lim, F.Y., Mychaliska, G.B., Warner, B.W., Cusick, R., Crombleholme, T., Chung, D., Danko, M.E., Wagner, A.J., Azarow, K., Schindel, D., Potoka, D., Soffer, S., Fisher, J., McCulley, D., Farkouh-Karoleski, C., **Chung, W.K.**, Duron, V. Comparative Outcomes of Right Versus Left Congenital Diaphragmatic Hernia: A Multicenter Analysis. J Pediatr Surg. 2020 Jan;55(1):33-38. PMID: 31677822.

397.    Watkins, W.S., Hernandez, E.J., Wesolowski, S., Bisgrove, B.W., Sunderland, R.T., Lin, E., Lemmon, G., Demarest, B.L., Miller, T.A., Bernstein, D., Brueckner, M., **Chung, W.K.**, Gelb, B.D., Goldmuntz, E., Newburger, J.W., Seidman, C.E., Shen, Y., Yost, H.J., Yandell, M., Tristani-Firouzi, M. De novo and Recessive Forms of Congenital Heart Disease have

Distinct Genetic and Phenotypic Landscapes. Nat Commun. 10(1):4722, 2019. PMID: 31624253. PMCID: PMC6797711.

398.    eMERGE Consortium. Electronic address: agibbs@bcm.edu; eMERGE Consortium. Harmonizing Clinical Sequencing and Interpretation for the eMERGE III Network. Am J Hum Genet. 105(3):588-605, 2019. PMID: 31447099 PMCID: PMC6731372.

399.    Garofalo, D.C., Sorge, S.T., Hesdorffer, D.C., Winawer, M.R., Phelan, J.C., **Chung, W.K.**, Ottman, R. Genetic Attribution and Perceived Impact of Epilepsy in Multiplex Epilepsy Families. Epilepsia. 60(11):2286-2293, 2019. PMID: 31587270.

400.    Phillips, K.A., Liao, Y., Milne, R.L., MacInnis, R.J., Collins, I.M., Buchsbaum, R., Weideman, P.C., Bickerstaffe, A., Nesci, S., **Chung, W.K.**, Southey, M.C., Knight, J.A., Whittemore, A.S., Dite, G.S., Goldgar, D., Giles, G.G., Glendon, G., Cuzick, J., Antoniou, A.C., Andrulis, I.L., John, E.M., Daly, M.B., Buys, S.S., Hopper, J.L., Terry, M.B., kConFab Investigators. Accuracy of Risk Estimates from the iPrevent Breast Cancer Risk Assessment and Management Tool. JNCI Cancer Spectr. 2019 Sep 19;3(4):pkz066. PMID: 31853515. PMCID: PMC6901082.

401.    Qian, F., Rookus, M.A., Leslie, G., Risch, H.A., Greene, M.H., Aalfs, C.M., Adank, M.A., Adlard, J., Agnarsson, B.A., Ahmed, M., Aittomäki, K., Andrulis, I.L., Arnold, N., Arun, B.K., Ausems, M.G.E.M., Azzollini, J., Barrowdale, D., Barwell, J., Benitez, J., Białkowska, K., Bonadona, V., Borde, J., Borg, A., Bradbury, A.R., Brunet, J., Buys, S.S., Caldés, T., Caligo, M.A., Campbell, I., Carter, J., Chiquette, J., **Chung, W.K.**, Claes, K.B.M., Collée, J.M., Collonge-Rame, M.A., Couch, F.J., Daly, M.B., Delnatte, C., Diez, O., Domchek, S.M., Dorfling, C.M., Eason, J., Easton, D.F., Eeles, R., Engel, C., Evans, D.G., Faivre, L., Feliubadaló, L., Foretova, L., Friedman, E., Frost, D., Ganz, P.A., Garber, J., Garcia-Barberan, V., Gehrig, A., Glendon, G., Godwin, A.K., Gómez Garcia, E.B., Hamann, U., Hauke, J., Hopper, J.L., Hulick, P.J., Imyanitov, E.N., Isaacs, C., Izatt, L., Jakubowska, A., Janavicius, R., John, E.M., Karlan, B.Y., Kets, C.M., Laitman, Y., Lázaro, C., Leroux, D., Lester, J., Lesueur, F., Loud, J.T., Lubiński, J., Łukomska, A., McGuffog, L., Mebirouk, N., Meijers-Heijboer, H.E.J., Meindl, A., Miller, A., Montagna, M., Mooij, T.M., Mouret-Fourme, E., Nathanson, K.L., Nehoray, B., Neuhausen, S.L., Nevanlinna, H., Nielsen, F.C., Offit, K., Olah, E., Ong, K.R., Oosterwijk, J.C., Ottini, L., Parsons, M.T., Peterlongo, P., Pfeiler, G., Pradhan, N., Radice, P., Ramus, S.J., Rantala, J., Rennert, G., Robson, M., Rodriguez, G.C., Salani, R., Scheuner, M.T., Schmutzler, R.K., Shah, P.D., Side, L.E., Simard, J., Singer, C.F., Steinemann, D., Stoppa-Lyonnet, D., Tan, Y.Y., Teixeira, M.R., Terry, M.B., Thomassen, M., Tischkowitz, M., Tognazzo, S., Toland, A.E., Tung, N., van Asperen, C.J., van Engelen, K., van Rensburg, E.J., Venat-Bouvet, L., Vierstraete, J., Wagner, G., Walker, L., Weitzel, J.N., Yannoukakos, D., KConFab Investigators, HEBON Investigators, GEMO Study Collaborators, EMBRACE Collaborators, Antoniou, A.C., Goldgar, D.E., Olopade, O.I., Chenevix-Trench, G., Rebbeck, T.R., Huo, D., CIMBA. Mendelian Randomisation Study of Height and Body Mass Index as Modifiers of Ovarian Cancer Risk in 22,588 BRCA1 and BRCA2 Mutation Carriers. Br J Cancer. 121(2):180-192, 2019. PMID: 31213659. PMCID: PMC6738050.

402.    Cho, S., Ahn, S.H., Cho, I.J., Kim, Y.H., Jeong. J.U., Yoon, M.S., Ahn, S.J., **Chung, W.K.**, Nam, T.K., Song, J.Y. PLoS Hub for Clinial Trials. 14(9):  e0221655, 2019. Doi: 10.1371/journal.pone.0221655. PMID: 31513591. PMCID: PMC6742456.

403.    *Milo, R.H., Wynn, J., Marasa, M., Reingold, R., Chatterjee, D., Kapoor, S., Piva, S., Kil, B.H., Mu, X., Alavarz, M., Nestor, J., Mehl, K., Revah-Politi, A., Lippa, N., Ernst, M.E.,

Bier, L., Espinal, A., Haser, B., Sinha, A., Halim, I., Fasel, D., Cuneo, N., Thompson, J.J., Verbitcky, M., Cohn, E.G, Goldman, J., Marder, K., Klitzman, R.L., Orjuela, M.A., So, Y.S., Fedotov, A., Crew, K.D Kiryluk, K., Appelbaum, P.S., Weng, C., Siegel, K., Garavi, A.G., **Chung, W.K.** Evaluation of the Cost and Effectiveness of Diverse Recruitment Methods for A Genetic Screening Study. Genetics I Medicine: Official of the American College of Medical Genetics.21 (10): 2371-2380. doi:10.1038/s41436-019-0497-y. PMID: 30930462.

404.    Casini, S., Albesa, M., Wang, Z., Portero, V., Ross-Kaschitza, D., Rougier, J.S., Marchal, G.A., **Chung, W.K.**, Bezzina, C.R., Abriel, H., Remme, C.A. Functional Consequences of the SCN5A-p.Y1977N Mutation within the PY Ubiquitylation Motif: Discrepancy between HEK293 Cells and Transgenic Mice. Int J Mol Sci. 2019 Oct 11;20(20):5033. PMID: 31614475. PMCID: PMC6829230.

405.    Figlioli, G., Bogliolo, M., Catucci, I., Caleca, L., Lasheras, S.V., Pujol, R., Kiiski, J.I., Muranen, T.A., Barnes, D.R., Dennis, J., Michailidou, K., Bolla, M.K., Leslie, G., Aalfs, C.M., ABCTB Investigators, Adank, M.A., Adlard, J., Agata, S., Cadoo, K., Agnarsson, B.A., Ahearn, T., Aittomäki, K., Ambrosone, C.B., Andrews, L., Anton-Culver, H., Antonenkova, N.N., Arndt, V., Arnold, N., Aronson, K.J., Arun, B.K., Asseryanis, E., Auber, B., Auvinen, P., Azzollini, J., Balmaña, J., Barkardottir, R.B., Barrowdale, D., Barwell, J., Beane Freeman, L.E., Beauparlant, C.J., Beckmann, M.W., Behrens, S., Benitez, J., Berger, R., Bermisheva, M., Blanco, A.M., Blomqvist, C., Bogdanova, N.V., Bojesen, A., Bojesen, S.E., Bonanni, B., Borg, A., Brady, A.F., Brauch, H., Brenner, H., Brüning, T., Burwinkel, B., Buys, S.S., Caldés, T., Caliebe, A., Caligo, M.A., Campa, D., Campbell, I.G., Canzian, F., Castelao, J.E., Chang-Claude, J., Chanock, S.J., Claes, K.B.M., Clarke, C.L., Collavoli, A., Conner, T.A., Cox, D.G., Cybulski, C., Czene, K., Daly, M.B., de la Hoya, M., Devilee, P., Diez, O., Ding, Y.C., Dite, G.S., Ditsch, N., Domchek, S.M., Dorfling, C.M., Dos-Santos-Silva, I., Durda, K., Dwek, M., Eccles, D.M., Ekici, A.B., Eliassen, A.H., Ellberg, C., Eriksson, M., Evans, D.G., Fasching, P.A., Figueroa, J., Flyger, H., Foulkes, W.D., Friebel, T.M., Friedman, E., Gabrielson, M., Gaddam, P., Gago-Dominguez, M1M., Gao, C., Gapstur, S.M., Garber, J., García-Closas, M., García-Sáenz, J.A., Gaudet, M.M., Gayther, S.A., GEMO Study Collaborators, Giles, G.G., Glendon, G., Godwin, A.K., Goldberg, M.S., Goldgar, D.E., Guénel, P., Gutierrez-Barrera, A.M., Haeberle, L., Haiman, C.A., Håkansson, N., Hall, P., Hamann, U., Harrington, P.A., Hein, A., Heyworth, J., Hillemanns, P., Hollestelle, A., Hopper, J.L., Hosgood, H.D., Howell, A., Hu, C., Hulick, P.J., Hunter, D.J., Imyanitov, E.N., KConFab, Isaacs, C., Jakimovska, M., Jakubowska, A., James, P., Janavicius, R., Janni, W., John, E.M., Jones, M.E., Jung, A., Kaaks, R., Karlan, B.Y., Khusnutdinova, E., Kitahara, C.M., Konstantopoulou, I., Koutros, S., Kraft, P., Lambrechts, D., Lazaro, C., Le Marchand, L., Lester, J., Lesueur, F., Lilyquist, J., Loud, J.T., Lu, K.H., Luben, R.N., Lubinski, J., Mannermaa, A., Manoochehri, M., Manoukian, S., Margolin, S., Martens, J.W.M., Maurer, T., Mavroudis, D., Mebirouk, N., Meindl, A., Menon, U., Miller, A., Montagna, M., Nathanson, K.L., Neuhausen, S.L., Newman, W.G., Nguyen-Dumont, T., Nielsen, F.C., Nielsen, S., Nikitina-Zake, L., Offit, K., Olah, E., Olopade, O.I., Olshan, A.F., Olson, J.E., Olsson, H., Osorio, A., Ottini, L., Peissel, B., Peixoto, A., Peto, J., Plaseska-Karanfilska, D., Pocza, T., Presneau, N., Pujana, M.A., Punie, K., Rack, B., Rantala, J., Rashid, M.U., Rau-Murthy, R., Rennert, G., Lejbkowicz, F., Rhenius, V., Romero, A., Rookus, M.A., Ross, E.A., Rossing, M., Rudaitis, V., Ruebner, M., Saloustros, E., Sanden, K., Santamariña, M., Scheuner, M.T., Schmutzler, R.K., Schneider, M., Scott, C., Senter, L., Shah, M., Sharma, P., Shu, X.O., Simard, J., Singer, C.F., Sohn, C., Soucy, P., Southey, M.C., Spinelli, J.J., Steele, L., Stoppa-Lyonnet, D.,

Tapper, W.J., Teixeira, M.R., Terry, M.B., Thomassen, M., Thompson, J., Thull, D.L., Tischkowitz, M., Tollenaar, R.A.E.M., Torres, D., Troester, M.A., Truong, T., Tung, N., Untch, M., Vachon, C.M., van Rensburg, E.J., van Veen, E.M., Vega, A., Viel, A., Wappenschmidt, B., Weitzel, J.N., Wendt, C., Wieme, G., Wolk, A., Yang, X.R., Zheng, W., Ziogas, A., Zorn, K.K., Dunning, A.M., Lush, M., Wang, Q., McGuffog, L., Parsons, M.T., Pharoah, P.D.P., Fostira, F., Toland, A.E., Andrulis, I.L., Ramus, S.J., Swerdlow, A.J., Greene, M.H., **Chung, W.K.,** Milne, R.L., Chenevix-Trench, G., Dörk, T., Schmidt, M.K., Easton, D.F., Radice, P., Hahnen, E., Antoniou, A.C., Couch, F.J., Nevanlinna, H., Surrallés, J., Peterlongo, P. The FANCM: p.Arg658* Truncating Variant is Associated with Risk of triple-Negative Breast Cancer. NPJ Breast Cancer. 2019 Nov 1;5:38. PMID: 31700994. PMCID: PMC6825205.

406.    Robinson, J.O., Wynn, J., Biesecker, B., Biesecker, L.G., Bernhardt, B., Brothers, K.B., **Chung, W.K.,** Christensen, K.D., Green, R.C., McGuire, A.L., Hart, M.R., Griesemer, I., Patrick, D.L., Rini, C., Veenstra, D.J., Cronin, A.M., Gray, S.W. Psychological Outcomes Related to Exome and Genome Sequencing Result Disclosure: a Meta-Analysis of Seven Clinical Sequencing Exploratory Research (CSER) Consortium Studies. Genet Med. 21(12):2781-2790, 2019. doi: 10.1038/s41436-019-0565-3. PMID: 31189963. PMCID:PMC7260995.

407.    MacInnis, R.J., Liao, Y., Knight, J.A., Milne, R.L., Whittemore, A.S., **Chung, W.K.,** Leoce, N., Buchsbaum, R., Zeinomar, N., Dite, G.S., Southey, M.C., Goldgar, D., Giles, G.G., McLachlan, S.A., Weideman, P.C., Nesci, S., Friedlander, M.L., Glendon, G., kConFab Investigators, Andrulis, I.L., John, E.M., Daly, M.B., Buys, S.S., Phillips, K.A., Hopper, J.L., Terry, M.B. Considerations When Using Breast Cancer Risk Models for Women with Negative BRCA1/BRCA2 Mutation Results. J Natl Cancer Inst. 2020 Apr 1;12(4):418-422. PMID: 31584660. PMCID: PMC7156937.

408.    Kehm, R.D., Genkinger, J.M., MacInnis, R.J., John, E.M., Phillips, K.A., Dite, G.S., Milne, R.L., Zeinomar, N., Liao, Y., Knight, J.A., Southey, M.C., **Chung, W.K**., Giles, G.G., McLachlan, S.A., Whitaker, K.D., Friedlander, M., Weideman, P.C., Glendon, G., Nesci, S., kConFab Investigators, Andrulis, I.L., Buys, S.S., Daly, M.B., Hopper, J.L., Terry, M.B. Recreational Physical Activity is Associated with Reduced Breast Cancer Risk in Adult Women at High Risk for Breast Cancer: a Cohort Study of Women Selected for Familial and Genetic Risk. Cancer Res. 2020 Jan 1;80(1):116-125. PMID: 31578201. PMCID: PMC7236618.

409.    Appelbaum, P.S., Parens, E., Berger, S.M., **Chung, W.K.,** Burke, W. Is There a Duty to Reinterpret Genetic Data? The Ethical Dimensions. Genet Med. 2020 Mar;22(3):633-639. PMID: 31616070. PMCID: PMC7185819.

   - Faulkner N, Aradhya S, Aradhya KW, Nussbaum RL. Correspondence on "Is there a duty to reinterpret genetic data? The ethical dimensions" by Appelbaum et al. Genet Med. 2021 Jan;23(1):232-233. doi: 10.1038/s41436-020-00954-5. PMID: 32873930.

   - Appelbaum, P.S., Parens, E., Berger, S.M., **Chung, W.K.,** Burke, W. Response to Faulkner et al. Genetics in Medicine. 2021 Jan;23(1):243. doi: 10.1038/s41436-020-00955-4. PMID: 32873931.

410.    Fachal, L., Aschard, H., Beesley, J., Barnes, D.R., Allen, J., Kar, S., Pooley, K.A., Dennis, J., Michailidou, K., Turman, C., Soucy P., Lemacon, A., Lush, M., Tyrer, J.P., Ghoussaini, M., Marjaneh, M.M., Jiang, X., Agata, S., Aittomaki, K., Alonso, M.R., Andrulis, I.L., Anton-Culver, H., Antonenkova, N.N., Arason, A., Arndt, V., Aronson, K.J., Arun, B.K.,

Auber, B., Auer, P.L., Azzollini, J., Balmana, J., Barkardottir, R.B., Barrowdale, D., Beeghly-Fadiel, A., Benitez, J., Bermisheva, M., Białkowska, K., Blanco, A.M., Blomqvist, C., Blot, W., Bogdanova, N.V., Bojesen, S.E., Bolla, M.K., Bonanni, B., Borg, A., Bosse, K., Brauch, H., Brenner, H., Briceno, I., Brock, I.W., Brooks-Wilson, A., Bruning, T., Burwinkel, B., Buys, S.S., Cai, Q., Caldes, T., Caligo, M.A., Camp, N.J., Campbell, I., Canzian, F., Carroll, J.S., Carter, B.D., Castelao, J.E., Chiquette, J., Christiansen, J., **Chung, W.K.**, Claes, K.B.M., Clarke, C.L., GEMO Study Collaborators, EMBRACE Collaborators, Collee, J.M., Cornelissen, Couch, F.J., Cox, A., Cross, S.S., Cybulski, C., Czene, K., Daly, M.B., de la Hoya, M., Devilee, P., Diez, O., Ding, Y.C., Dite, G.S., Domchek, S.M., Dork, T., dos-Santos-Silva, I., Droit, A., Dubois, A., Dumont, M., Duran, M., Durcan, L., Dwek, M., Eccles, D.M., Engel, C., Eriksson, M., Evans, D.G., Fasching, P.A., Fletcher, O., Floris, G., Flyger, H., Foretova, L., Foulkes, W.D., Friedman, E., Fritschi, L., Frost, D., Gabrielson, M., Gago-Dominguez, M., Gambino, G., Ganz, P.A., Gapstur, S.M., Garber, J., Garcia-Saenz, J.A., Gaudet, M.M., Georgoulias, V., Giles, G.G., Glendon, G., Godwin, A.K., Goldberg, M.S., Goldgar, D.E., Gonzalez-Neira, A., Greene, M.H., Grip, M., Gronwald, J., Grundy, A., Guenel, P., Hahnen, E., Haiman, C.A., Hakansson, N., Hall, P., Hamann, U., Harrington, P.A., Hartikainen, J.M., Hartman, M., He, W., Healey, C.S., Heemskerk-Gerritsen, B.A.M., Heyworth, J., Hillemanns, P., Hogervorst, F.B.L., Hollestelle, A., Hooning, M.J., Hopper, J.L., Howell, A., Huang, G., Hulick, P.J., Imyanitov, E.N., ABCTB Investigators, KConFab Investigators, HEBON Investigators, Isaacs, C., Iwasaki, M., Jager, A., Jakimovska, M., Jakubowska, A., James, P., Janavicius, R., Jankowitz, R.C., John, E.M., Johnson, N., Jones, M.E., Jukkola-Vuorinen, A., Jung, A., Kaaks, R., Kang, D., Karlan, B.Y., Keeman, R., Kerin, M.J., Khusnutdinova, E., Kiiski, J.I., Kirk, J., Kitahara, C.M., Ko, Y., Konstantopoulou, I., Kosma, V., Koutros, S., Kubelka-Sabit, K., Kwong, A., Kyriacou, K., Laitman, Y., Lambrechts, D., Lee, E., Leslie, G., Lester, J., Lesueur, F., Lindblom, A., Lo, W., Long, J., Lophatananon, A., Loud, J.T., Lubiński, J., MacInnis, R.J., Maishman, T., Makalic, E., Mannermaa, A., Manoochehri, M., Manoukian, S., Margolin, S., Martinez, M.E., Matsuo, K.E., Maurer, T., Mavroudis, D., Mayes, R., McGuffog, L., McLean, C., Mebirouk, N., Meindl, A., Middha, P., Miller, N., Miller, A., Montagna, M., Moreno, F., Mulligan, A.M., Munoz-Garzon, V.M., Muranen, T.A., Narod, S.A., Nassir, R., Nathanson, K.L., Neuhausen, S.L., Nevanlinna, H., Neven, P., Nielsen, F.C.,Nikitina-Zake, L., Norman, A., Offit, K., Olah, E., Olopade, O.I., Olsson, H., Orr, N., Osorio, S., Pankratz, V.S., Papp, J., Park, S.K., Park-Simon, T., Parsons, M.T., Paul, J., Pedersen, I.S., Peissel, B., Peshkin, B., Peterlongo, P., Peto, J., Plaseska-Karanfilska, D., Prajzendanz, K., Prentice, R., Presneau, N., Prokofyeva, D., Pujana, M.A., Pylkas, K., Radice, P., Ramus, S.J., Rantala, J., Rau-Murthy, W., Rennert, G., Risch, H.A., Robson, M., Romero, A., Rossing, C.M., Saloustros, E., Sanchez-Herrero, E., Sandler, D.P., Santamarina, M., Saunders, C., Sawyer, E.J., Scheuner, M.T., Schmidt, D.F., Schmutzler, R.K., Schneeweiss, A., Schoemaker, M.K., Schottker, B., Schurmann, P., Scott, P., Scott, R.J., Senter, L., Seynaeve, C.M.D., Shah, M., Sharma, P., Shen, C., Shu, X., Singer, C.F., Slavin, T.P., Smichkoska, S., Southey, M.C., Spinelli, J.J., Spurdle, A.B., Stone, J., Stoppa-Lyonnet, D., Sutter, C., Swerdlow, A.J., Tamimi, R.M., Tan, Y.Y., Tapper, W.J., Taylor, J.A., Teixeira, M.R., Tengstrom, M., Teo, S.H., Terry, M.B., Teule, A., Thomassen, M., Thull, D.L., Tibiletti, M.G., Tischkowitz, M., Toland, A.E., Tollenaar, R.A.E.M., Tomlinson, I., Torres, D.,Torres-Mejia, G., Troester, M.A., Tung, N., Tzardi, M.A., Ulmer, H., Vachon, C.M., van Asperen, C.J., van der Kolk, L.E., van Rensburg, E.J., Vega, A., Viel, A., Vijai, J., Vogel, M.J., Wang, Q., Wappenschmidt, B., Weinberg, C.R., Weitzel, J.N., Wendt, C., Wildiers, C., Winqvist, R., Wolk, A., Wu, A.H., Yannoukakos, D., Zhang, Y., Zheng, W., Pharoah, P.D.P., Chang-Claude, J., Garcia-Closas, M., Schmidt, M.K., Milne, R.L., Kristensen, V.N., French, J.D.,

Edwards, S.L., Antoniou, A.C., Chenevix-Trench, G., Simard, J., Easton, D.F., Kraft, P., Dunning, A.M. Fine-Mapping of 150 Breast Cancer Risk Regions Identifies 191 Likely Target Genes. Nat Genet. 2020 Jan;52(1):56-73. PMID: 31911677. PMCID: PMC6974400.

411.    Srivastava, S., Love-Nichols, J.A., Dies, K.A., Ledbetter, D.H., Martin, C.L., **Chung, W.K.**, Firth, H.V., Frazier, T., Hansen, R.L., Prock, L., Brunner, H., Hoang, N., Scherer, S.W., Sahin, M., Miller, D.T., NDD Exome Scoping Review Work Group. Meta-analysis and multidisciplinary consensus statement: exome sequencing is a first-tier clinical diagnostic test for individuals with neurodevelopmental disorders. Genet Med. 2019 Nov;21(11):2413-242. PMID: 31182824. PMCID: PMC6831729.

412.    Richter, F., Hoffman, G., Manheimer, K., Patel, N., Sharp, A., McKean, D., Morton, S., DePalma, S., Gorham, J., Kitaygorodsky, A., Porter, G., Giardini, A., Shen, Y., **Chung, W.K.,** Seidman, J., Seidman, C., Schadt, E., Gelb, B. ORE Identifies Noncoding Rare Variants with Extreme Expression Effects. Bioinformatics. Bioinformatics. 2019 Oct;35(20):3906-3912. PMID: 30903145. PMCID: PMC6792115.

413.    Beck, B., Subramanian, T., Vijayalingam, S., Ezekiel, U., Donkervoort, S., Yang, M.L., Dubbs, H.A., Oritz-Gonzalez, X.R., Lakhani, S., Segal, D., Au, M., Graham, J.M., Verma, S., Waggoner, D., Shinawi, M., Bonnemann, C.G., **Chung, W.K.**, Chinnaduri, G. A Pathogenic CtBP1 Missense Mutation Causes Altered Cofactor Binding and Transcriptional Activity. Neurogenetics. 2019 Aug;20(3):129-143. PMID: 31041561. PMCID: PMC8078134.

414.    Kehm, R., Hopper, J., John, E.M., Phillips, K., MacInnis, R., Dite, G., Milne, R., Liao, Y., Zeinomar, N., Knight, J., Southey, M., Vahdat, L., Kornhauser, N., Cigler, T., **Chung, W.K.**, Giles, G., McLachlan, S., Friedlander, M., Weideman, P., Glendon, G., Nesci, S., Andrulis, I., Buys, S., Daly, M., Terry, M.B. Regular use of aspirin and other non-steroidal anti-inflammatory drugs and breast cancer risk for women at familial or genetic risk: a cohort study. Breast Cancer Res. 2019 Apr 18;21(1):52. PMID: 30999962. PMCID: PMC6471793.

415.    Zeinomar, N., Knight, J.A., Genkinger, J.M., Phillips, K., Daly, M.B, Milne, R.L., Dite, G.S., Kehm, R.D., Liao, Y., Southey, M.C., **Chung, W.K.**, Giles, G.G., McLachlan, S., Friedlander, M.L., Weideman, P.C., Glendon, G., Nesci, S., kConFab Investigators, Andrulis, I.L., Buys, S.S., John, E.M., MacInnis, R.J., Hopper, J.L., Terry, M.B. Alcohol Consumption, Cigarette Smoking, and Familial Breast Cancer Risk: Findings from the Prospective Family Study Cohort (ProF-SC). Breast Cancer Res. 2019 Nov 28;21(1):128. PMID: 31779655. PMCID: PMC6883541.

416.    Jones, T., Trivedi, M.S., Jiang, X., Silverman, T., Underhill, M., **Chung, W.K.,** Kukafka, R., Crew, K.D. Racial and Ethnic Differences in BRCA1/2 and Multigene Panel Testing Among Young Breast Cancer Patients. J Cancer Edu. 2021 Jun;36(3):463-469. PMID: 31802423. PMCID: PMC7293107.

417.    Terry, M.B., Liao Y., Whittemore, A.S., Leoce, N., Buchsbaum, R., Zeinomar, N., Dite, G.S., **Chung, W.K.**, Knight, J.A., Southey, M.C., Milne, R.L., Goldgar, D., Giles, G.G., McLachlan, S.A., Friedlander, M.L., Weideman, P.C., Glendon, G., Nesci, S., Andrulis, I.L., John, E.M., Phillips, K.A., Daly, M.B., Buys, S.S., Hopper, J.L., MacInnis, R.J. 10-Year Performance of Four Models of Breast Cancer Risk: a Validation Study. Lancet Oncol. 2019 Apr;20(4):504-517. doi: 10.1016/S1470-2045(18)30902-1. PMID: 30799262.

418. Elliott, C.G., Austin, E., Badesch, D., Badlam, J., Benza, R., **Chung, W.K.**, Farber, H.W., Feldkircher, K., Frost, A.E., Poms, A.D, Lutz, K., Pauciulo, M.W., Yu, C., Nichols, W.C. EXPRESS: United States Pulmonary Hypertension Scientific Registry (USPHSR): Rationale, Design, and Clinical Implications. Pulm Circ. 2019 Apr-Jun;9(2):2045894019851696. PMID: 31099303. PMCID: PMC6540712.

419. Williams, M.S., Taylor, C.O., Walton, N.A., Goehringer, S.R., Aronson, S., Freimuth, R.R., Rasmussen, L.V., Hall, E.S., Prows, C.A., **Chung, W.K.**, Fedotov, A., Nestor, J., Weng, C., Rowley, R.K., Wiesner, G.L., Jarvik, G.P., Del Fiol, G. Genomic Information for Clinicians in the Electronic Health Record: Lessons Learned from the Clinical Genome Resource Project and the Electronic Medical Records and Genomics Network. Front Genet. 2019 Oct 29;10:1059. PMID: 31737042. PMCID: PMC6830110.

420. Wise-Oringer, B.K., Zanazzi, G.J., Gordon, R.J., Wardlaw, S.L., William, C., Anyane-Yeboa, K., **Chung, W.K.**, Kohn, B., Wisoff, J.H., David, R., Oberfield, S.E. Familial X-Linked Acrogigantism: Postnatal Outcomes and Tumor Pathology in a Prenatally Diagnosed Infant and His Mother. J Clin Endocrinol Metab. 2019 Oct 1;104(10):4667-4675. PMID: 31166600. PMCID: PMC6736216.

421. Pendrick, D.M., Oberg, J.A., Hsiao, S.J., **Chung, W.K.**, Koval, C., Sireci, A., Kuo, J.H., Satwani, P., Glasser, C.L., Sulis, M.L., Mansukhani, M.M., Glade Bender, J.L. Identification of a Secondary RET Mutation in a Pediatric Patient with Relapsed Acute Myeloid Leukemia Leads to the Diagnosis and Treatment of Asymptomatic Metastatic Medullary Thyroid Cancer in a Parent: a Case for Sequencing the Germline. Cold Spring Harb Mol Case Stud. 2019 Apr 1;5(2) a003889. PMID: 30936199. PMCID: PMC6549565.

422. *Craddock, K.E., Okur, V., Wilson, A., Gerkes, E.H., Ramsey, K., Heeley, J.M., Juusola, J., Vitobello, A., Dupeyron, M.B., Faivre, L., **Chung, W.K.** Clinical and genetic characterization of individuals with predicted deleterious *PHIP* variants. Cold Spring Harb Mol Case Stud. 2019 Aug 1;5(4):a004200. PMID: 31167805. PMCID: PMC6672026.

423. Ferreira, M.A., Gamazon, E.R., Al-Ejeh, F., Aittomaki, K., Andrulis, I.L., Anton-Culver, H., Arason, A., Arndt, V., Aronson, K.J., Arun, B.K., Asseryanis, E., Azzollini, J., Balmana, J., Barnes, D.R., Barrowdale, D., Beckmann, M.W., Behrens, S., Benitez, J., Bermisheva, M., Blomqvist, C., Bogdanova, N.V., Bojesen, S.E., Bolla, M.K., Borg, A., Brauch, H., Brenner, H., Broeks, A., Burwinkel, B., Caldes, T., Caligo, M.A., Campbell, I., Canzian, F., Carter, J., Carter, B.D., Castelao, J.E., Chang-Claude, J., Chanock, S.J., Christiansen, H., **Chung, W.K.**, Claes, K.B.M., Clarke, C.L., Couch, F.J., Cox, A., Cross, S.S., Czene, K., Daly, M.B., de la Hoya, M., Dennis, J., Devilee, P., Diez, O., Dork, T., Dunning, A.M., Dwek, M., Eccles, D.M., Ejlertsen, B., Ellberg, C., Engel, C., Eriksson, M., Fasching, P.A., Fletcher, O., Flyger, H., Friedman, E., Frost, D., Gabrielson, M., Gago0Dominguez, M., Ganz, P.A., Gapstur, S.M., Garber, J., Garcia-Closas, M., Garcia-Saenz, J.A., Gaudet, M.M., Giles, G.G., Glendon, G., Godwin, A.K., Goldberg, M.S., Goldgar, D.E., Gonzalez-Neira, A., Greene, M.H., Gronwald, J., Guenel, P., Haiman, C.A., Hall, P., Hamann, U., He, W., Heyworth, J., Hogervorst, F.B.L., Hollestelle, A., Hoover, R.N., Hopper, J.L., Hulick, P.J., Humphreys, K., Imyanitov, E.N., Isaacs, C., Jakimovska, M., Jakubowska, A., James, P., Janavicius, R., Jankowitz, R.C., John, E.M., Johnson, N., Jones, M.E., Joseph, V., Kaczmarek, K., Karlan, B.Y., Kuhl, T., Khusnutdinova, E., Kiiski, J.I., Ko, Y.D., Konstantopoulou, I., Kristensen, V.N., Laitman, Y., Lambrechts, D., Lazaro, C., Leslie, G., Lester, J., Lesueur, F., Lindstrom, S., Long, J., Loud, J.T., Lubinski, J., Makalic, E., Mannermaa, A., Margolin, S., Mavroudis, D., McGruffog, L., Meindl, A., Menon, U.,

Michailidou, K., Miller, A., Montagna, M., Moreno, F., Moserle, L., Mulligan, A.M., Nathanson, K.L., Neuhausen, S.L., Nevanlinna, H., Nevelsteen, I., Nielsen, F.C., Nikitina-Zake, L., Nussbaum, R.L., Offit, K., Olah, E., Olopade, O.I., Olsson, H., Osorio, A., Papp, J., Park-Simon, T.W., Parson, M.T., Sokilde Pedersen, I., Peixoto, A., Peterlongo, P., Pharoah, P.D.P., Plaseska-Karanfilska, D., Poppe, B., Presneau, N., Radice, P., Rantala, J., Rennert, G., Risch, H.A., Saloustros, E., Sanden, K., Sawyer, E.J., Schmidt, M.K., Schmutzler, R.K., Sharma, P., Shu, X.O., Simard, J., Singer, C.F., Soucy, P., Southey, M.C., Spinelli, J.J., Spurdle, A.B., Stone, J., Swerdlow, A.J., Tapper, W.J., Taylor, J.A., Teixeira, M.R., Terry, M.B., Teule, A., Thomassen, M., Thone, K., Thull, D.L., Tischkowitz, M., Toland, A.E., Torres, D., Truong, T., Tung, N., Vachon, C., van Asperen, C.J., van den Ouweland, A.M.W., van Rensburg, E.J., Bega, A., Viel, A., Wang, Q., Wappenschmidt, B., Weitzel, J.N., Wendt, C., Winqvist, R., Yang, X.R., Yannoukakos, D., Ziogas, A., Manoocherhri, M., OCGN, HEBON Investigators, GEMO Study Collaborators, GC-HBOC study collaborators, EMBRACE, BCFR Investigators, ABCTB Investigators, kConFab Investigators, Kraft, P., Antoniou, A.C., Zheng, W., Easton, D.F., Milne, R.L., Beesley, J., Chenevix-Trench, G. Genome-Wide Association and Transcriptome Studies Identify Target Genes and Risk Loci for Breast Cancer. Nat Commun. 2019 Apr 15;10(1):1741. PMID: 30988301. PMCID: PMC6465407.

424.  \*Chilton, I., Okur, V., Vitiello, G., Selicorni, A., Husson, T., Lichtenbelt, K.D., vanGassen, K.L.I., Steinraths, M., Rice, J.,  Roeder, E., Okashah, R., Srour, M., Sebire, G., Accogli, A., Depienne, C., Solveig, H., Larson, A., Niyazov, D., Azage, M., Hoganson, G., Burton, J.E., Buchholz, J.L., Saunders, C., Thiffault, I., Alaimo, J., Fleischer, J., Groepper, D., Gripp, K. Chung, W.K. De novo heterozygous missense and loss-of-function variants in CDC42BPB are associated with a neurodevelopmental phenotype. Am J Med Genet A. 2020 May;18(5):962-970. PMID: 32031333.

425.  Hsieh, A., Morton, S.U., Willcox, J.A.L., Gorham, J.M., Tai, A.C., Qi, H., DePalma, S., McKean, D., Griffin, E., Manheimer, K.B., Bernstein, D., Kim, R.W., Newburger, J.W., Porter, G.A., Srivastava, D., Tristani-Firouzi, M., Brueckner, M., Lifton, R., Goldmuntz, E., Gelb, B.D., Chung, W.K., Seidman, C.E., Seidman, J.G., Shen, Y. EM-mosaic detects mosaic point mutations that contribute to congenital heart disease. Genome Med. 2020 Apr 29;12(1):42. PMID: 32349777. PMCID: PMC7189690.

426.  Mosley, J.D., Levinson, R.T., Farber-Eger, E., Edwards, T.L., Hellwege, J.N., Hung, A.M., Giri, S., VA Million Veteran Program, Shuey, M.M., Shaffer, B.S., Shi, M., Brittain, E.L., Chung, W.K., Kullo, I.J., Arruda-Olson, A.M., Jarvik, G.P., Larson, E.B., Crosslin, D.R., Williams, M.S., Borthwick, K.M., Hakonarson, H., Denny, J.C., Wang, T.J., Stein, C.M., Roden, D.M., Wells, W.S. The Polygenic Architecture of Left Ventricular Mass Mirrors the Clinical Epidemiology. Sci Rep. 2020 May 5;10(1):7561. PMID:32372017. PMCID: PMC7200691.

427.  Boskovski, M.T., Homsy, J., Nathan, M., Sleeper, L.A., Morton, S., Manheimer, K.B., Tai, A., Gorham, J., Lewis, M., Swartz, M., Alfieris, G.M., Bacha, E.A., Karimi, M., Meyer, D., Nguyen, K., Bernstein, D., Romano-Adesman, A., Porter Jr, G.A., Goldmuntz, E., Chung, W.K., Srivastava, D., Kaltman, J.R, Tristani-Firouzi, M., Lifton, R., Roberts, A.E., Gaynor, J.W., Gelb, B.D., Kim, R., Seidman, J.G., Brueckner, M., Mayer Jr, J.E., Newburger, J.W., Seidman, C.E. De Novo Damaging Variants, Clinical Phenotypes, and Post-Operative Outcomes in Congenital Heart Disease. Genomic and Precision Medicine. 2020 Aug;13(4):e002836. PMID: 32812804. PMCID: PMC7439931.

118

428.    Archer, S., Potus, F., Pauciulo, M., Cook, E.K., Zhu, N., Hsieh, A., Welch, C.L., Shen, Y.,
        Tian, L., Lima, P., Mewburn, J., D'Arsigny, C., Lutz, K.A., Coleman, A.W., Damico, R.,
        Hassoun, P.M., Nichols, W.C., **Chung, W.K.**, Rauh, M.J. Novel Mutations and Decreased
        Expression of the Epigenetic Regulator TET2 in Pulmonary Arterial Hypertension.
        Circulation. 2020 Jun 16;141(24):1986-2000.   PMID: 32192357. PMCID: PMC7299806.

429.    Bhoj, E.J., Li, D., Marchione, D., Joiner, E.F., Janssen, K., Lee, P., March, M.E., Bend, R.,
        Lee, J.A., Lyons, M.J., Sherr, E., Fregeau, B., Wierenga, K., Wadley, A., Mancini, G.M.S.,
        Powell-Hamilton, N., Van De Kamp, J., Grebe, T., Dean, J., Ross, A., Crawford, H.P.,
        Powis, Z., Cho, M., Willing, M.C., Manwaring, L., Schot, R., Nava, C., Afenjar, A., Lessel,
        D., Wagner, M., Klopstock, T., Winkelmann, J., Catarino, C., Retterer, K., Schuette, J.L.,
        Innis, J.W., Pizzino, A., Luttgen, S., Denecke, J., Strom, T.M., Monaghan, K.G., Yuan, Z.F.,
        Crump, G., Dubbs, H., Cox, S.G., Hoefele, J., Gunthner, R., Reutter, H., Keren, B., Radtke,
        K., Sherbini, O., Mrokse, C., Helbig, K.L., Odent, S., Cogne, B., Mercier, S., Bezieau, S.,
        Besnard, T., Kury, S., Redon, R., Reinson, K., Wojcik, M.H., Ounap, K., Ilves, P., Innes,
        A.M., Kernohan, K.D., Costain, G., Meyn, M.S., Chitayat, D., Weiss, M.M., Vanderver, A.,
        Simon, C., Zacaki, E., **Chung, W.K.**, Garcia, B., Hakonarson, H.H. Histone H3.3 Beyond
        Cancer: Germline Mutations in Histone 3 Family 3A and 3B Mechanism of a Novel
        Neurodegenerative  Disorder. Sci Adv. 2020 Dec 2;6(49):eabc9207. doi:
        10.1126/sciadv.abc9207. PMID: 33268356. PMCID: PMC7821880.

430.    Liao, Y., Whittemore, A.S., Leoce, N.M., Buchsbaum, R., Zeinomar, N., Dite, G.S., **Chung,
        W.K.**, Knight, J.A., Southey, M.S., Milne, R.L., Goldgar, D., Giles, G.G., McLachlan, S.A.,
        Friedlander, M.L., Weideman, P.C., Glendon, G., Nesci, S., kConFab Investigators,
        Andrulis, I.L., John, E.M., Phillips, K.A., Daly, M.B., Buys, S.S., Hopper, J.L., MacInnis,
        R.J. 10 Year Performance of Four Models of Breast Cancer Risk: A Validation Study.
        Lancet Oncol. 2019 Apr;20(4):504-517 PMID: 30799262.

431.    Sharma, A., Wasson, L., Morton, S., Wilcox, J., Motorn, S.U., Gorham, J., DeLaughter, D.,
        Neyazi, M., Schmid, M., Agarwal, R., Jang, M., Toepfer, C., Ward, T., Kim, Y., Pereira,
        A.C., DePalma, S., Tai, A., Kim, S.W., Conner, D., Bernstein, D., Gelb, B., **Chung, W.K.,**
        Goldmuntz, E., Porter, G., Tristani-Firouzi, M., Srivastava, D., Seidman, J., Seidman, C.
        GATA6 mutations in hiPSCs inform mechanisms for maldevelopment of the heart, pancreas,
        and diaphragm. Elife. 2020 Oct 15;9:e53278. doi: 10.7554/eLife.53278. PMID: 33054971.
        PMCID: PMC7593088.

432.    Mavaddat, N., Antoniou, A.C., Mooij, T.M., Hooning, M.J., Heemskerk-Gerritsen, B.A.,
        Nogues, C., Gauthier-Villars, M., Caron, O., Gesta, P., Pujol, P., Lortholary, A.,
        EMBRACE, Barrowdale, D., Frost, D., Evans, D.G., Izatt, L., Adlard, J., Eeles, R., Brewer,
        C., Tischkowitz, M., Henderson, A., Cook, J., Eccles, D., HEBON., van Engelen, K.,
        Mourits, M.J.E., Ausems, M.G.E.M., Koppert, L.B., Hopper, J.L., John, E.M., **Chung,
        W.K.**, Andrulis, I.L., Daly, M.B., Buys, S.S., kConFab Investigators, Benitez, J., Caldes, T.,
        Jakubowska, A., Simard, J., Singer, C.F., Tan, Y., Olah, E., Navratilova, M., Foretova, L.,
        Gerdes, A.M., Roos-Blom, M.J., Van Leeuwen, F.E., Arver, B., Olsson, H., Schmutzler,
        R.K., Engel, C., Kast, K., Phillips, K.A., Terry, M.B., Milne, R..L., Goldgar, D.E., Rookus,
        M.A., Andrieu, N., Easton, D.F. Risk-Reducing Salpingo-Oophorectomy, Natural
        Menopause and Breast Cancer Risk: An International Prospective Cohort of BRCA1 and
        BRCA2 Mutation Carriers. Breast Cancer Res. 2020 Jan 16;22(1):8.. PMID:31948486.
        PMID PMC6966793.

433.    Lugo-Candelas, C., Pang, Y., Lee, S., Cha, J., Hong, S., Ranzenhofer, L.M., Korn, R., Davis, H.A., McInerney, H.J., Schebendach, J., **Chung, W.K.**, Leibel, R., Walsh, B.T., Posner, J., Rosenbaum, M., Mayer, L. Differences in Brain Structure and Function in Children with the FTO Obesity-Risk Allele. Obes Sci Pract. 2020 Apr 1;6(4):409-424. PMID: 32874676. PMCID: <u>PMC7448161.</u>

434.    Richter, F., Hoffman, G.E., Mangeimer, K.B., Patel, N., Sharp, A.J., McKean, D., Morton, S.U., DePalma, S., Gorham, J., <u>Kitaygorodeksy, A.,</u> Porter, G.A., Giardini, A., Shen, Y., **Chung, W.K.**, Seifman, J.G., Seidman, C.E., Schadt, E.E., Gelb, B.D. ORE Identifies Extreme Expression Effects Enriched for Rare Variants. Bioinformatics. 2019 Oct 15;35 (20): 3906-3912. PMID: 30903145. PMCID: <u>PMC6792115.</u>

435.    Coignard, J., Lush, M., Beesley, J., O'Mara, T.A., Dennis, J., Tyrer, J.P., Barnes, D.R., McGuffo, L., Leslie, G., Bolla, M.K., Andrulis, I.L., Anton-Culver, H., Aronson, K.J., Arun, B.K., Benitez, J., Bojesen, S.E., Borg, A., Brauch, H., Brenner, H., Burwinkel, B., Buys, S.S, Canzian, F., Castela, J.E., Chang-Claude J., **Chung, W.K.**, Claes, K.B.M., Clarke, C.L., Czene, K., Daly, M.B., Devilee, P., Diez O., Domchek, S.M., Dörk, T., Dunning, A.M., Dwek, M., Eccles, D.M., Fasching, P.A., Fritschi, L., Gago-Dominguez, M., Gapstur, S.M., Garber, J., García-Closas, M., García-Sáenz, J.A., Gaudet, M.M., Gayther, S.A., Giles, G.G., Godwin, A.K., Goldberg, M.S., Goldgar, D.E., González-Neira, A., Guénel, P., Haiman, C.A., Hall, P., Hamann, U., Hollestelle, A., Hooning, M.J., Hopper, J.L., Hulick, P.J., Imyanitov, E.N., Isaacs, C., Jakubowska, A., James, P.A., John, E.M., Kaaks, R., Karlan, B.Y., Kraft, P., Lambrechts, D., Lazaro, C., Lesueur, F., Lindblom, A., Mannermaa, A., Meindl, A., Menon, U., Miller, A., Montagna, M., Nathanson, K.L., Neuhausen, S.L., Nevanlinna, H., Olopade, O.I., Olsson, H., Papi , L., Parsons, M.T., Peto, J., Pharoah, P.D.P., Radice, P., Rantala, J., Rennert, G., Romero, A., Rookus, M.A., Saloustros, E., Sandler, D.P., Scheuner, M.T., Schmidt, M.K., Sharma, P., Shu, X., Soucy, P., Southey, M.C., Spinelli, J.J., Stone, J., Tamimi, R., Tapper, W.J., Taylor, J.A., Terry, M.B., Thull, D.L., Tischkowitz, M., Toland, A.E., Tung, N., Vachon, C.M., Vega, A., Wang, Q., Weitzel, J.N., Wolk, A., Yannoukakos, D., Zheng, W., Zorn, K., Zuradelli, M., Park, S.K., Thomassen, M., Offit, K., Schmutzler, K., Couch,F.J, Simard, J., Chenevix-Trench, G., Easton D.F., Andrieu, N., Antoniou, A.C. A Case-Only Study to Identify Genetic Modifiers of Breast Cancer Risk Specifically for BRCA1 and BRCA2 Mutation Carriers. Nat Commun. 2021 Feb 17;12(1):1078. PMID: 33597508. PMCID: PMC7890067.

436.    Vorstman, J., Schaaf, C., Betancur, C., Yuen, R., Parr, J., skuse, D., Gallagher, L., Bernier, R., Buchanan, J., Buxbaum, J., Dies, K., Elsabbagh, M., Firth, H., Frazier, T., Hoang, N., Howe, J., Marshall, C., Michaud, J., Rennie, O., Szatmari, P., **Chung, W.K.**, Bolton, P., Cook, E., Scherer, S. A framework for an evidence-based gene list relevant to autism spectrum disorder. Nat Rev Genet. 2020 Jun;21(6):367-376. doi: 10.1038/s41576-020-0231-2. PMID: 32317787.

437.    *Fombonne, E., Green Snyder, L., Daniels, A., Feliciano, P., **Chung, W.K.** Psychiatric and Medical Profiles of Autistic Adults in the SPARK Cohort. J Autism Dev Disord. 2020 Oct;50 (10):3679-3698. doi:10.1007/s10803-020-04414-6. PMID: 32096123.

438.    Luksic, D., Sukhu, R., Koval, C., Cho, M.T., <u>Espinal, A., Rufino, K., Loarte Vasquez, T.,</u> **Chung, W.K.,** Wynn, J. A qualitative study of Latinx parents' experiences with clinical exome sequencing. J Genet Couns. 2020 Aug;29(4):574-586. PMID: 32298033. PMCID: <u>PMC8409321.</u>

439.   Bove, J., Hudac, C., Barber, S., Duyzend, M., Eallace, A., Martin, C., Ledbetter, D.H., Hanson, E., Goin-Kochel, R., Green-Snyder, L., **Chung, W.K.**, Eichler, E., Bernier, R. Evaluating heterogeneity in ASD symptomatology, cognitive ability, and adaptive functioning among 16p11.2 CNV carriers. Autism Res. 2020 Aug;13(8):1300-1310. doi:10.1002/aur.2332. PMID: 32597026.

440.   Zhang, X., Veturi, Y., Verma, S., Bone, W., Verma A, Lucas A, Hebbring S, Denny JC, Stanaway IB, Jarvik GP, Crosslin D, Larson EB, Rasmussen-Torvik L, Pendergrass SA, Smoller JW, Hakonarson H, Sleiman P, Weng C, Fasel D, Wei WQ, Kullo I, Schaid D, **Chung WK**, Ritchie MD. Detecting Potential Pleiotropy Across Cardiovascular and Neurological Diseases Using Univariate, Bivariate, and Multivariate Methods on 43,870 Individuals from the eMERGE Network. Pac Symp Biocomput. 2019; 24:272-283. PMID: 30864329. PMCID: PMC: 6457436.

441.   Fombonne, E., Goin-Kochel, RP., O'Roak, BJ., SPARK Consortium. Beliefs in Vaccine as Causes of Autism Among SPARK Cohort Caregivers. Vaccine. 2020 Feb 1;38(7):1794-1803.. PMID: 31924427.

442.   Mavaddat, N., Antoniou, A.C., Mooij, T.M., Hooning, M.J., Heemskerk-Gerritsen, B.A., GENEPSO., Noguès, C., Gauthier-Villars, M., Caron, O., Gesta, P., Pujol, P., Lortholary, A., EMBRACE., Barrowdale.D., Frost, D., Evans, DG., Izatt, L., Adlard, J., Eeles, R., Brewer, C., Tischkowitz, M., Henderson, A., Cook, J., Eccles, D., HEBON., van Engelen, K., Mourits, M.J.E., Ausems MGEM., Koppert, L.B., Hopper,J.L., John, E.M., **Chung, W.K.**, Andrulis, I.L., Daly, M.B., Buys, S.S., kConFab Investigators., Benitez, J., Caldes, T., Jakubowska, A., Simard, J., Singer, C.F., Tan, Y., Olah, E., Navratilova, M., Foretova, L., Gerdes, A.M,, Roos-Blom, M.J., Van Leeuwen, F.E., Arver, B., Olsson, H., Schmutzler, R.K., Engel, C., Kast, K., Phillips, K.A., Terry, M.B., Milne, R.L., Goldgar, D.E., Rookus, M.A., Andrieu, N., Easton, D.F., IBCCS., kConFab., BCFR. Risk-Reducing Salpingo-Oophorectomy, Natural Menopause, and Breast Cancer Risk: An International Prospective Cohort of BRCA1 and BRCA2 Mutation Carriers. Breast Cancer Res. 22(1):8,2020. PMID: 31948486.

443.   Hawley, M.H., Almontashiri, N., Biesecker, L.G., Berger, N., **Chung, W.K.**, Garcia, J., Grebe, T.A., Kelly, M.A., Leno, M. S., Malaya, D., Mei, H., Platt, J., Richard, G., Ryan, A., Thomson, K.L., Vatta, M., Walsh, R., Ware, J.S., Wheeler, M., Zouk, H., Mason-Suare, H, Funke, B. An Assessment of the Role of loss of Function Vinculin (VCL) Variants in Inherited Cardiomyopathy. Hum Mutat. 2020 Sep;41(9):1577-1587. doi: 10.1002/humu.24061. PMID: 32516855. PMCID: PMC7714388.

444.   Gordon, A., Zouk, H., Venner, E., Leduc, M., Witkowski, L., Eng ,C., Funke, B., Amendola, L., Bhoj, E., Carrell, D., Chisholm, R., **Chung, W.K.**, Fullerton, M., Gharavi, A., Green, R., Hakonarson, H., Harr, M., Hoell, C., Holm ,I., Jackson, J., Kiryluk, K., Kullo ,I., Larson, E., Leppig, K., Lindor, N., Namjou, B., Palmer ,M., Prows, Cindy., Ramirez, A., Rasmussen-Torvik, L., Rosenthal, E., Safarova, M., Smith, M., Stanaway, I., Thibodeau ,S., Van Driest, S., Wiesner, G., Williams ,M., Crosslin, D., Gibbs, R., Rehm, H., Jarvik, G.P. Frequency of Genetic Incidental Findings Identified Through Panel Sequencing of 21,915 eMERGE Network Participants. Genet Med. 2020 Sep;22(9):1470-1477. PMID: 32546831. PMCID: PMC7713503.

445.   Badlam, J., Badesch, D, Austin, E., Benza, R.L., **Chung, W.K.**, Farber, H., Feldkircher, K., Frost, A., Poms, A., Lutz, K., Pauciulo, M., Yu, C., Nichols, W., Elliott, C., Simms, R., Fortin, T., Safdar, Z., Burger, C., Frantz, R., Hill, N., Airhart, S., Elwing, J., Simon, M.,

White, J.R., Robbins, I., Chakinala, M. United States Pulmonary Hypertension Scientific Registry (USPHSR): Baseline Characteristics. Chest. 2021 Jan;159(1):311-327. PMID: 32858008. PMCID: PMC7803940.

446. Knight, J.A., Kehm, R.D., Schwartz, L., Caren, FJ., **Chung, W.K**., Colonna, S., Keegan, T., Goldberg, M.B., Houghton, L.C., Hanna, D., Glendon, G., Daly, M., Buys, S.S., Andrulis, I.L, John, E.M., Bradbury, A.R., Terry, M.B. Prepubertal Internalizing Symptoms and Timing of Puberty Onset in Girls. Am J Epidemiol. 2021 Feb 1;190(3):431-438. PMID: 33057572. PMCID: PMC8086416.

447. *Breidbart, E., Deng, L., Lanzano, P., Fan, X., Guo, J., Leibel, R.L., LeDuc, C.A., **Chung, W.K**. Frequency and characterization of mutations in genes in a large cohort of patients referred to MODY registry. J Pediatr Endocrinol Metab. 2021 Apr 13;34(5):633-638. doi: 10.1515/jpem-2020-0501. PMID: 33852230.

448. Foulkes, A.L., Roberts, J.L., Appelbaum, P.S., **Chung, W.K.,** Clayton, E.W., Evans, B., Marchant, G.E. Can Clinical Genetics Laboratories be Sued for Medical Malpractice? Ann Health Law Life Sci. 2020 Winter;29(1):153-172. PMID: 32154515. PMCID: PMC7062367.

449. Castilla-Vallmanya, L., MSC., Selmer, K.K., Dimartino, C., Rabionet, R., Blanco-Sánchez, B., Yang, S., Reijnders, M., Van Essen, T., Oufadem, M., Vigeland, M.D., Stadheim, B., Houge, G, Cox, H., Kingston, H., Clayton-Smith, J., Innis, J., Iascone, M., Cereda, A., Gabbiadini, S., **Chung, W. K**., Sanders, V., Charrow, J., Bryant, E., Millichap, J., Vitobello, A., Thauvin, C., Tran Mau Them, F., Faivre, L., Lesca, G., Labalme, A., Rougeot, C., Chatron, N., Damien Sanlaville, D., Christensen, K.M., Kirby, A., Lewandowski, R., Gannaway, R., Aly, M., Lehman, A., Clarke, L., Graul-Neumann, L., Zweier, C., Davor Lessel, D., Lozic, B., Peretz, R., Stratton, R., Smol, T., Dieux-Coëslier, A., Meira, J., Wohler, E., Sobreira, N., Beaver, E.M., Heeley, J., Briere, L.C., High, F., Sweetser, D., Keegan, C.E., Jayakar, P., Shinawi, M., Kerstjens, M., Earl, D.L., Siu, V.M., Reesor, E. Undiagnosed Diseases Network., Care4Rare Canada Consortium., Shapiro, K.A., Wong, B., Gambello, M., McDonald, M., Karlowicz, D., Pais, L., O'Donnell, A., Wray, A., Sadedin, S., Chong, B., Tan, T.Y., Christodoulou, J White, S., Slavotinek, A., Barbouth, D., Morel, D., Bole-Feysot, C., Nitschké, P., Pingault, V., Munnich, A., Cho, M.T., Cormier-Daire, V., Balcells, S., Lyonnet, S., Grinberg, D., Amiel, J., Urreizti, R., Gordon, C.T. Phenotypic Spectrum and Transcriptomic Profile Associated with Germline Variants in TRAF7. Genet Med. 2020 Jul;22(7):1215-1226. PMID: 32376980 PMCID: PMC8093014.

450. Ware, S., Wilkinson, J. D., Tariq, M., Schubert, J.A., Sridhar, A., Colan, S., Shi, L., Canter, C., Hsu, D., Webber, S.A., Dodd, D., Everitt, M., Kantor, P., Addonizio, L., Jefferies, J., Rossano, J., Pahl, E., Rusconi, P., **Chung, W.K.,** Lee, T., Towbin, J., Lal, A., Bhatnagar, S., Aronow, S.B., Dexheimer, P., Martin, L., Sleeper, L., Razoky, H., Czachor, J., Lipshultz, S. Genetic Causes of Cardiomyopathy in Children: First Results from the Pediatric Cardiomyopathy Genes Study. Journal of the American Heart Association. 2021 May 4;10(9):e017731.PMID: 33906374. PMCID: PMC8200745.

451. Feng, H., Gusev,A., Pasaniuc, B., Wu, L., Long, J., Abu-Full, Z., Aiitomaki, K., Andrulis, IL., Anton-Culver, H., Antoniou, AC., Arason, A., Arndt, V., Aronson, KJ., Arun, BK., Asseryanis, E., Auer, PL., Azzollini, J., Balmana, J., Barkardottir, RB., Barnes, DR., Barrowdale, D., Beckmann, MW., Behren, S., Benitez,J., Bermisheve, M., Bialkowska, K., Blanco ,A., Blomgvist ,C., Boeckx, B., Bogdanova,NV., Bojesend, SE., Bolla, MK., Bonannie, B., Borg, A., Brauch, H., Brenner,H., Briceno,I., Broeks A., Bruning, T.,

Burwinkel, B., Cai, Q., Caldes, T., Caligo, MA., Campbell, I., Canisius, S., Campa, D., Carter, BD., Carter, J., Castelao, JE., Chang-Claude, J., Chanock, SJ., Christansen, H., **Chung, W.K.**, Claes, K.B.M., Clarke, C.L., GEMO Study Collaborators, EMBRACE Collaborators, GC-HBOC Study Collaborators, Couch, F.J., Cox, A., Cross, S.S., Cybulski, C., Czene, K., Daly, M.B., de la Hoya, M., De Leeneer, K., Dennis, J., Devilee, P., Diez, O., Domchek ,SM., Dork, T., Dos-Santos-Silva, I., Dunning, A.M., Dwek, M., Eccles, D.M., Ejlertsen, B., Elberg, C., Enger, C., Eriksoon, M., Fasching, P.A., Fletcher, O., Flyger, H., Fostira, F., Friedman, E., Fritschi, L., Frost, D., Gabrielson, M., Ganz, PA., Gapstur, S.M., Garber, J., Garcia- Closas, M., Garcia-Saenz, J.A., Gaudet, M.M., Giles, G.G., Glendon, G., Godwin, A.K., Goldberg, M.S., Goldgar, D.E., Gonzalez- Neira, A., Greene, M.H., Gronwald, J., Guenel, P., Haiman, C.A., Hall,P., Hamann,U., Hake, C., He, W., Heyworth, J., Hogervorst, F.B.L., Hollestelle, A., Honning, M.J., Hoover, R.N., Hooper, J.L., Huang, G., Hulick,P.J., Humphreys, K., Imyanitov, E.N., ABCTB Inverstigators, HEBON Investigators, BCFR Investigators, OCGN Investigators, Isaacs, C., Jakimovska, M., Jakubowska, A., James, P., Janavicius, R., Jankowitz, R.C., John, E.M., Johnson, N., Joseph, V., Jung, A., Karlan, B.Y., Khusnutdinova, E., Kiiski, J.I., Konstantopoulou, I., Kristensen, V.N., Laitman, Y., Lambrechts, D., Lazaro, C., Leroux, D., Leslie, G., Lester, J., Lesueur, F., Lindor, N., Lindstrom, S., Lo, W.Y., Loud, J.T., Lubinski, J., Makalic, E., Mannermaa, A., Manoochehri, M., Manoukian, S., Margolin, S., Martens, J.W.N., Martines, M.E., Matricardi, L., Maurer, T., Mavroudis, D., McGuffog, L., Meindi, A., Menon, U., Michailidou, K., Kapoor, P.M., Miller, A., Montagna, M., Moreno, F., Moserle, L., Mulligen, A.M., Murgenen, TA., Nathanson, K.L., Neuhausen, SL., Nevanlinna, H., Nevelsteen, I., Nielsen, F.C., Nikitina-Zake, L., Offit, K., Olah, E., Olopade, O.I., Olsson, H., Osorio, A., Papp, J., Park-Simon, T.W., Parson, M.T., Pedersen, I.S., Peixoto, A., Punie, K., Pylkas, K., Radicke, P., Rantala, J., Rashid, M.U., Rennert, G., Risch, H.A., Robson, M., Romero, A., Saloustros, E., Sandler, D.P., Santos, C., Sawyer, E.J., Schmidt, M.K., Schmidt, D.F., Schmutzler, R.K., Schoemaker, M.J., Scott, R.J., Sharma, P., Shu, X.O., Simard, J., Singer, C.F., Skytte, A.B., Soucy, P., Southry, M.C., Spinelli, J.J., Spurdle, A.B., Stone, J., Swerdlow, A.J., Tapper, W.J., Taylor, J.A., Teixeira, M.R., Terry, M.B., Teule, A., Thomassen, M., Thone, K., Thull, D.L., Tischkowitz, M., Toland, A.E., Tollenaar, R.A.E.M., Torres, D., Trouong, T., Tung, N., Vachon, C.M., van Asperen, C.J., van den Ouweland, A.M.W., van Rensburg, E.J., Vega, A., Viel, A., Vieiro-Balo, P., Wang, Q., Wappenschmidt, B., Weinberg, C.R., Ceitzwl, J.N., Wendt, C., Wingvist, R., Yang, X.R, Yannoukakos, D., Ziogas, A., Milne, R.L., Easton, D.F., Chenevix-Trench, G., Zheng, W., Kraft, P., Jiang, X. Transcriptome-Wide Association Study of Breast Cancer Risk by Estrogen-Receptor Status. Genetic Epidemiology. 2020 Jul;44(5):442-468. PMID: 32115800. PMCID: PMC7987299.

452.    Matsuzaki, J., Berman, J.I., Blaskey, L., Kuschner, E.S, Gaetz, L., Mukherjee, P., Buckner, R.L., Nagarajan S.S., **Chung W.K.**, Sherr E.H, Roberts T.P.L, Simons V.I.P Consortium. Abnormal Auditory Mismatch Fields in Children and Adolescents with 16p11.2 Deletion and 16p11.2 Duplication. Biol Psychiatry Cogn Neurosci Neuroimaging. 2020 Oct;5(10):942-950. doi: 10.1016/j.bpsc.2009.11.005 PMID: 32033921.

453.    Houghton, L., Howland, R., Wei, Y., Ma, X., Kehm, R., **Chung, W.K**, Genkinger, J., Santella, R., Hartmann, M., Wudy, S., Terry, M.B. The Steroid Metabolome and Breast Cancer Risk in Women with a Family History of Breast Cancer: The Novel Role of Adrenal Androgens and Glucocorticoids. Cancer Epidemiology, Biomarkers & Prevention. 2020 Sep 30. PMID: 32998947. PMC7855281.

454.    *Wang, J., Ahimaz, P.R., Hashemifar, S., Khlevner, J., Picoraro, J.A., Middlesworth, W.,
        Elfiky, M.M., Que, J., Shen, Y., **Chung, W.K**. Novel Candidate Genes in Esophageal
        Atresia/Tracheoesophageal Fistula Identified by Exome Sequencing. Eur J Hum Genet.
        2021 Jan;29(1):122-130. doi: 10.1038/s41431-020-0680-2.. PMID: 32641753.

455.    Silvestri, V., Leslie, G., MEng, Barnes, D.R., Agnarsson, B.A., Aittomaki, K., Alducci, E.,
        Andrulis, I.L., Barkardottir, R.B., CandSci, Barroso, A., MLT, Barrowdale, D., Benitez, J.,
        Bonanni, B., Borg, A., Buys, S.S., Caldes, T., Caligo, M.A., Capalbo, C., Campbell, I.,
        **Chung, W.K.,** Claes, K.B.M, Colonna, S.V., Cortesi, L., Couch, F.J., de la Hoya, M., Diez,
        O., Ding, Y.C., Domcheck, S., Easton, D.F., Ejlertsen, B., Engel, C., Evans, G., Feliubadalo,
        L., Foretova, L., Fostira, F., Geczi, L., Gerdes, A.M.,Glendon, G., Godwin, A.K., Goldgar,
        D.E., Hahnan, E., Horervorst, F.B.L., Hopper, J.L., Hulick, P.J., Isaacs, C., Izquierdo, A.,
        James, P.A., Janavicius, R., Jensen, U.B., John, E.M., Joseph, V., Konstantopoulou, I,
        Kurian, A.W., Kwong, A., Landucci, E., Lesueur, F., Loud, J.T., Machackova, E., Mai, P.L.,
        Majidzadeh, K., Manoukian, S., Montagna, M., Moserle, L., Mulligan, A.M., Nathanson,
        K.L., Navanlinna, H., Ye Yuen, J.N., Nikitina-Zake, L., Offit, K., Olah, E., Olopade, O.I.,
        Osorio, A., Papi, L., Park, S.K., Pedersen, I.S., Perez-Segura, P., Petersen, A.H., Pinto, P.,
        Porfirio, B., Pujana, M.A., Radice, P., Rantala, J., Rashid, M.U., Rosenzweig, B., Rossing,
        M., Santamarina, M., Schmutzler, R.K., Senter, L., Simard, J., Singer, C.F., Solano, R.K.,
        Southey, M.C., Steele, L., Zteinsnyder, Z., Stoppa-Lyonnet, D., Tan, Y.Y., Teixeira, M.R.,
        Teo, S.H., Terry, M.B., Thomassen, M., Toland, A.E., Torres-Esquius, S., Tung, N., van
        Asperen, C.J., Vega, A., Viel, A., Vierstraete, J., Wappenschmidt, B., Weitzel, J.N., Wieme,
        G., Yoon, S.Y., Zorn, K.K., Hamann, U., Greene, M.H., Krik, J.A., Neuhausen, S.L.,
        Rebbeck, T.R., Tischkowitz, M., Chenevix- Trench, G., Antoniou, A.C., Friedman, E.,
        Ottini, L. Characterization of the Cancer Spectrum in Men with Germline BRCA1 and
        BRCA2 Pathogenic Variants: Results from the Consortium of Investigators of Modifiers of
        BRCA1/BRCA2 (CIMBA). JAMA Oncology. 2020 Aug 1;6(8):1218-1230. PMID:
        32614418. PMCID: PMC7333177.

456.    *Kim, S. H., Green- Snyder, L., Lord, C., Bishop, S., Steinman, K., Bernier, R., Hanson, E.,
        Goin-Kochel, R. P., **Chung, W.K.** Language Characterization in 16p11.2 Deletion and
        Duplication Syndromes. Am J Med Genet B Neuropsychiatr Genet. 2020 Sep;183(6):380-
        391. PMID: 32652891. PMCID: PMC8939307.

457.    Zech, M., Jech, R., Boesch, S., Matej, S., Weber, S., Wagner, M., Zhao, C., Jochim, A.,
        Necpal, J., Dincer, Y., Vill, K., Distelmaier, F., Stoklosa, M., Krenn, M., Bock-Bierbaum,
        T., Fecikova, A., Havrankova, P., Roth, J., Prihodova, I., Adamovicova, M., Ulmanova, O.,
        Bechyne, K., Danhofer, P., Vesely, B., Han, V., Dosekova, P., Gdovinova, Z., Mantel, T.,
        Meindl, T., Sitzberger, A., Svhroder, S., Blaschek, A., Roser, T., Bonfert, M., Haberlandt,
        E., Plecko, B., Leinweber, B., Berweck, S., Herberhold, S., Herberhold, T., Languuth, B.,
        Svantnerova, J., Minar, M., Ramos-Rivera, A., Wojcik, M., Pajusalu, S., Ounap, K., Schatz,
        U., Polsler, L., Milenkovic, I., Laccone, F., Pilshofer,V., Colombo, R., Patzer, S., Iuso, A.,
        Troncoso, J., Troncoso, M., Fang, F., Prokisch, H., Wilbert, F., Eckenweiler, M., Graf, E.,
        Westphal, D., Riedhammer, K., Brunet, T., Alhaddad, B., Berutti, R., Strom, T., Hecht, M.,
        Borggraefe, I., Kuster, A., Wortmann, S., Heckenberg, A., Steinfeld, R., Assmann, B.,
        Staufner, C., Opladen, T., Ruzicka, E., Cohn, R., Dyment, D., **Chung, W.K.,** Engels, H.,
        Ceballos-Baumann, A., Ploski, R., Daumke, O., Oexle, K., Haslinger, B., Mall, V.,
        Winkelmann, J. Monogenic variants in dystonia: an exome-wide sequencing study. The
        Lancet Neurology. 2020 Nov;19(11):908-918. PMID: 330988011.

458.   *Barnes, D.R., Rookus, M.A., McGuffog, L., Leslie, G., Mooji, T.M., Dennis, J., Mavaddat, N., Adlard, J., Ahmed, M., Aittomaki, K., Andrieu, N., Andrulis, I., Arnold, N., Arun, B.K., Azzollini, J., Balmana, J., Barkardottir, R.B., Barrowdale, D., Benitez, J., Berthet, P., Bialkowska, K., Blanco, A.M., Blok, M.J., Bonanni, B., Boonen, S. E., Borg, A., Bozsik, A., Bradbury, A.R., Brennan, P., Brewer, C., Brunet, J., Buys, S.S., Caldews, T., Caligo, M.A., Campbell, I., Christensen, L.L., Chung, W.K., Claes, K.B.M., Colas, C., GEMO Study Collaborators., EMBRACE Collaborator., Collonge-Rame, M.A., Cook, J., Daly, M.B., Davidson, R., De La Hoya, M., De Putter, R., Deinatte, C., Devilee, P., Diez, O., Ding, Y.C., Domchek, S.M., Dorfling, C.M., Dumont, M., Eeles, R., Ejlertsen, B., Engel, C., Evans, D.G., Faivre, L., Foretova, L., Fostira, F., Friedlander, M., Friedman, E., Frost, D., Ganz, P.A., Garber, J., Gehrig, A., Gerdes, A.M., Gesta, P., Giraud, S., Glendon, G., Godwin, A.K., Goldgar, D.E., Gonzalez-Neira, A., Greene, M.H., Gschwantler- Kaulich, D., Hahnen, E., Hamann, U., Hanson, H., Hentschel, J., Hogervorst, F.B.L., Hooning, M.J., Horvath, J., Hu, C., Hulick, P.J., Imyanitov, E.N., kConFab Investigators., HEBON Investigators., GENEPSO Invertigators., Isaacs, C., Izatt, L., Izquierdo, A., Jakubowska, A., James, P.A., Janavicius, R., John, E.M., Joseph, V., Karlan, B.Y., Kast, K., Koudijs, M., Kruse, T.A., Kwong, A., Laitman, Y., Lasset, C., Lazaro, C., Lester, J., Lesueur, F., Liljegren, A., Loud, J.T., Lubinski, J., Mai, P.L., Manoukian, S., Mari, V., Mebirouk, N., Meijers-Heijboer, H.E.J., Meindel, A., Mensenkamp, A.R., Miller, A., Montagna, M., Mouret- Fourme, E., Mukherjee, S., mulligan, A.M., Nathanson, K.L., Neuhausen, S.L., Navanlinna, H., Niederacher, D., Nielsen, F.C., Nikitina-Zake, L., Nogues, C., Olah, E., Olopade, O.I., Ong, K.R., O'Shaughnessy-Kirwan, A., Osorio, A., Ott, C.E., Papi, L., Park, S.K., Parsons, M.T., Pedersen, I.S., Peissel, B., Peixoto, A., Peterlongo, P., Pfeiler, G., Phillips, K.A., Prajzendanc, K., Pujana, M.A., Radice, P., Ramser, J., Ramus, S.J., Rantala, J., Rennert, G., Risch, H.A., Robson, M., Ronlund, K., Salani, R., Schuster, H., Senter, L., Shah, P.D., Sharma, P., Side, L.E., Singer, C.F., Slavin, T.P., Soucy, P., Southey, M.C., Spurdle, A.B., Steinemann, D., Steinsnyder, Z., Stoppa-Lyonnet, D., Sutter, C., Tan, Y.Y., Teixeira, M.R., Teo, H.S., Thull, D.L., Tischkowitz, M., Tognazzo, S., Toland, A.E., Trainer, A.H., Tung, N., van Engelen, K., van Rensburg, E., Vega, A., Vierstraete, J., Wagner, G., Walker, L., Wang- Gohrke, S., Wappenschmidt, B., Weitzel, J.N., Tadav, S., Yang, X., Yannoukakos, D., Zimbalatti, D., Offtit, K., Thomassen, M., Couch, F.J., Schmutzler, R.K., Simard, J., Easton, D.F., Chenevix-Trench, G., Antoniou, A.C., **Chung, W.K**. Polygenic risk scores and breast and epithelial ovarian cancer risks for carriers of BRCA1 and BRCA2 pathogenic variants. Genet Med. 2020 Oct;22(10):1653-1666. . PMID: 32665703. PMCID: PMC7521995.

459.   Al-Deri, N., Okur, V., Ahimaz, P., Milev, M., Valivullah, Z., Hagen, J., Shen, Y.**, Chung, W.K.**, Sacher, M., Ganapathi, M. A Novel Homozygous Variant in TRAPPC2L Results in a Neurodevelopmental Disorder and Disrupts TRAPP Complex Function. J Med Genet. .2021 Sep;58(9):592-601. PMID: 32843486. PMCID: PMC7904957.

460.   Rahm, A.K., Appelbaum, P., Aufox, S., Bland, S.., Blout, C., Christensen, K., **Chung, W.K.,** Clayton, W.E., Green, R.C., Harr, M., Henrikson, N., Hoell, C., Holm, I., Jarvik, G., Kullo, I., Lammers, P., Larson, E., Lindor, N. M., Marasa, M., Myers, M.F., Peterson, J.F., Prows, C.A., Ralston, J.D., Resouly, H.M., Sharp, R., Smith, M., Van Direst, S., Williams, J.L., Williams, M., Wynm, J., Leppig, K. Returning Results in the Genomic Era: Initial Experiences of the eMerge Network. J Pers Med. 2020 Apr 27;10(2):30. PMID: 32349224. PMCID: PMC7354592.

461. Schaaf, C.P., Betancur, C., Yuen, R.C.K. Parr, J.R., Skuse, D.H., Gallagher, L., Bernier, R.A., Buchanan, J.A., Buxbaum, J.D., Chen, C.A., Dies, K.A., Elsabbagh, M., Firth, H.V., Frazier, T., Hoang N., Howe, J., Marshall, C., Michaud, J.L., Rennie, O., Szatmari, P., **Chung, W.K.**, Boltom, P.F., Cook, E.H., Scherer, S.W., Vorstman, J.A.S. A Framework for an Evidence- Based Gene List Relevant to Autism Spectrum Disorder. Nat RevGenet. 2020 Jun;21(6):367-376.. doi: 10.1038/s41576-020-0231-2. PMID: 32317787.

462. Bernier, R., Bourgeron, T., **Chung, W.K.**, Eichler, E., Jacquemont, S., Miller, D., Mitchell, K., Zoghbi, H.Y., Martin, C.L., Challman, T.D., Ledbetter, D.H. Insufficient Evidence for "Autism-Specific" Genes. Am J Hum Genet. 2020 May 7;106(5):587-595.  PMID: 32359473. PMCID: <u>PMC7212289</u>.

463. Van Hout, C.V., Tachmazidou, I., Backman, J.D., Hoffman, J.X., Bin, Ye., Pandey, A.K., Gonzaga-Jauregui, C., Khalid, S., Liu, D., Banerjee, N., Li, A.H., O'Dushlaine, C., Maraketta, A., Staples, J., Schur,amm, C., Hawes, A., Maxwell, E., Barnard, L., Lopez, A., Penn, J., Habegger, L., Blumendelf, A.L., Yadav, A., Praveen, K., Jones, M., Salerno, W.J., **Chung, W.K.**, Suarkka, I., Willer, C.J., Hveem, K., Leader, J.B., Carey, D.J., Ledbetter, D.H., Geisinger-Regeneron DiscovEHR Collaboration, Cardon, L., Yancopoulos, G.D., Economides, A., Coppola, G., Shuldiner, A.R., Balasubramanian, S., Cantor, M., Nelson, M.R., Whittaker, J., Reid, J.G., Marchini, J., Overton, J.D., Scott, R.A., Abecasis, G., Yerges-Armstrong, L., Baras, A. Exome sequencing and characterization of 49,960 individuals in the UK Biobank. Nature. 2020 Oct;586(7831):749-756. PMID: 33087929. PMCID: <u>PMC7759458.</u>

464. Wu, H.C., Bernnan, L., Goldberg, M., **Chung, W.K.**, Wei, Y., Santella, R., Terry, M.B. Influence of pubertal development on urinary oxidative stress biomarkers in adolescent girls in the New York LEGACY cohort. Free Radic Res. 2020 Jun;54(6):431-441. PMID: 32686531. PMCID: <u>PMC7731215</u>.

465. <u>Carey, A.S.</u>, Schacht, J.P., Umandap, C., Fasel, D., Weng, C., Cappell, J., **Chung, W.K.**, Kernie, S.G. Rapid Exome Sequencing in PICU Patients with New- Onset Metabloic or Neurological Disorders. Pediatric Research. 2020 Nov;88(5):761-768. doi: 10.1038/s41390-020-0858-x. PMID: 32221475. PMCID: PMC7529675.

466. Tan, T.Y., Sedmik, J., Fitzgerald, M.P., Halevy, R.S., Keegan, L.P., Helbig, I., Basel-Salmon, L., Cohen, L., Straussberg, R., **Chung, W.K.**, Helal, M., Maroofian, R., Houlden, H., Juusola, J., Sadedin, S., Pais, L., Howell, K.B., White, S.M., Christodoulou, J., O' Connell, M.A. Bi-Allelic ADARB1 Variants Associated with Microcephaly, Intellectual Disability and Seizures. American Journal of Human Genetics. 2020 Apr 2;106(4):467-483. PMID: 32220291. PMCID: <u>PMC7118584</u>.

467. Gonzalez, B.J., Zhao, H., Niu, J., Williams, D.J., Lee, J., LeDuc, C.A., Goulbourne, C.N., Wang, Y., Chen, X., **Chung, W.K.**, Colecraft, H.M., Gromada, J., Shen, Y., Goland, R.S., Leibel, R.L., Egli. D. Reduced calcium levels and accumulation of abnormal insulin granules in stem cell models of  HNF1A deficiency. Nature Communications. Commun Biol. 2022 Aug 2;5(1):779. doi: 10.1038/s42003-022-03696-z. PMID: 35918471.

468. Macinnis, R.J., Knight, J.A., **Chung, W.K.**, Milne, R.L., Whittemore, A.S., Bushsbaum, R., Liao, Y., Zeinomar, N., Dite, G.S., Southey, M.C., Goldgar, D., Giles, G.G., Kurian, A.W., Andrulis, I.L., John, E.M., Daly, M.B., Buys, S.S., Phillips, K.A., Hooper, J.L., Terry, M.B. Comparing 5-Year and Lifetime Risks of Breast Cancer using the Prospective Family Study Cohort. Journal of the National Cancer Institute. 2021 Jun 1;113(6):785-791. PMID: 33301022.

469. Kay, D.M., Stevens, C.F., Parker, A., Saavedra- Matiz, C.A., Sack, V., **Chung, W.K.**, Claudia, C.A., Engelstad, K., Laureta, E., Farroq, O., Ciafaloni, E., Lee, B.H., Malek, S., Treidler, S., Anziska, Y., Delfiner, L., Sakonju, A., Caggana, M. Implementation of population- based newborn screening reveals low incidence of spinal muscular atrophy. Genet Med. 2020Aug;22(8):1296-1302. doi: 10.1038/s41436-020-0824-3.PMID: 32418989.

470. Bogenschutz, E.L., Fox, Z.D., Wynn, J., Morre, B., Yu, L., Aspelund, G., Yandell, M.Y., Shen, Y., **Chung, W.K.,** Kardon, G. Deep whole genome sequencing of multiple proband tissues and parental blood reveals the complex genetic etiology of congenital diaphragmatic hernias. HGG Adv. 2020 Oct 22;1(1):100008. PMID: 33263113. PMCID: PMC7703690.

471. *Wynn, J., Wei, W., Li, X., So, Y.S., Bakken, S., Weng, C., **Chung, W.K**. User engagement with web-based genomics education videos and implications for designing scalable patient education materials. AMIA Annu Symposium Proc. 2020 Mar 4;2019:923-932. PMID: 32308889. PMCID: PMC7153116.

472. Motta, M., Pannone, L., Pantaleoni, F., Bocchinfuso, G., Radio, F.C., Cecchetti, S., Rocco, M.D., Ciolfi, A., Elting, M.W., Brilstra, E.H., Boni, S., Mazzanti, L., Tamburrino, F., Walsh, L., Payne, K., Fernandes-Jaen, A., Carpentieri, G., Bellacchio, E., Ganapathi, M., **Chung, W. K.**, Grange, D. K. Dace-Wala, A., Reshmi, S., Bruselles, A., Pizzi, S., Waisfisz, Q., Gassen, K. V., Wentzensen, I.M., Morrow, M., Alvarez, S., De Luca, A., Zampino, G., Gelb, B.D., Zenker, M., Rossi, C., Seri, M., Bruno, D., Stella, L., Prada, C., Martinelli, S., Flex, E., Tartaglia, M. Enhanced MAPK1 Function Causes a Novel Neurodevelopmental Disorder within the RASopathy Clinical Spectrum. Am J Hum Genet. 2020Sep 3;107(3):499-513. PMID: 32721402. PMCID: PMC7477014.

473. Fujiki, Y., Abe, Y., Imoto, Y., Tanaka, A.J., Okumoto, K., Honsho, M., Tamura, S., Miyata, N., Yamashita, T., **Chung, W.K.**, Kuroiwa, T. Recent insights into peroxisome biogenesis and associated diseases. J Cell Sci. 2020 May 11;133(9):jcs236943. doi: 10.1242/jcs.236943. PMID: 32393673.

474. Reed- Weston, A.E., Espinal, A., Haser, B., Chiuzan, C., Lazarin, G., Weng, C., Applebaum, P.S., **Chung, W.K.,** Wynn, J. Choices, Attitudes and experiences of genetic screening in Latino/a and Ashkenazi Jewish individuals. J Community Genet. 2020 Oct;11(4):391-403. doi: 10.1007/s12687-020-00464-6. PMID: 32382939. PMCID: PMC7475159.

475. Blok, L.S., Vino, A., Hoed, J.D., Underhill, H.R., Monteil, D., Li, H., Reynoso Santos, F.J., **Chung, W.K.**, Amaral, M.D., Schnur, R.E., Sim, T., Si, C. Y., Brunner, H.G., Kleefstra, T., Fisher, S.E. Heterozygous variants that disturb the transcriptional repressor activity of FOXP4 cause a developmental disorder with speech/ language delays and multiple congenital abnormalities. Genet Med. 2021        Mar;23(3):534-542. doi: 10.1038/s41436-020-01016-6. PMID: 33110267. PMCID: PMC7935712.

476. Ng George, B., Freeze, H., Shiryaev, S., Eklund, E., Dong, Y., Nickerson, D., Bamshad, M., Palculict, T.B., Schnur, R., Si, Y., Monaghan, K., Rhodes, L., Liu, P., Rosenfeld, J., Cousin, J., Wolfe, L., McCormack, C., Kohler, J., Berstein, J., Wang, R., Ghosh, S., Russi, A.S., Webster, R., Christodoulou, J., Tutite, A., Pletcher, B., Houck, K., Gardiner, F., Chelakkadan, S., Scheffer, I., Morava, E., Rowe, L., Larson, A., Meeks, N., hoganson, G., Zalan, A., Barr, E., Russo, R.S., Asteggiano, C., Schenone, A., Villanueva, M., Papazoglu, G., Abbott, M.A., Hammond, K., Wilson, D., Grunewald, S., Ciliberto, M., Madathil, S., **Chung, W.K.**, Miller, R., Hauser, N., Graf, W., Thabet, F. Predominant and novel de novo variants in 29 individuals with ALG13 deficiency: Clinical description, biomarker status,

biochemical analysis and treatment suggestions. J Inherit MetabDise.2020 Nov;43(6):13333-1348. doi: 10.1002/jimd.12290. PMID: 32681751. PMCID: PMC7722193.

477.    Zhang, H., Ahearn, T.U,, Lecarpentier, J., Barnes, D., Beesley, J., Qi, G., Jiang, X., O'Mara, T.A., Zhao, N., Bolla, M.K., Dunning, A.M., Dennis, J., Wang ,Q., Ful, Z.A., Aittomäki, K., Andrulis, I.L., Anton-Culver, H., Arndt ,V., Aronson, K.J., Arun, B.K., Auer, P.L., Azzollini, J., Barrowdale, D., Becher, H., Beckmann, M.W., Behrens, S., Benitez, J., Bermisheva, M., Bialkowska, K., Blanco, A., Blomqvist, C., Bogdanova, N.V., Bojesen, S.E., Bonanni, B., Bondavalli, D., Borg, A., Brauch, H., Brenner, H., Briceno, I., Broeks, A., Brucker, S.Y., Brüning, T., Burwinkel, B., Buys, S.S., Byers, H., Caldés T, Caligo M.A, Calvello M, Campa D, Castelao J.E, Chang-Claude J, Chanock S.J, Christiaens M., Christiansen, H., **Chung ,W.K.**, Claes, K.B.M., Clarke, C.L., Cornelissen, S., Couch, F.J., Cox, A., Cross S.S, Czene K, Daly M.B, Devilee P, Diez O, Domchek S.M, Dörk T, Dwek M, Eccles D.M, Ekici, A.B,, Evans, D.G., Fasching, P.A., Figueroa, J., Foretova, L., Fostira, F., Friedman, E., Frost, D., Gago-Dominguez, M., Gapstur, S.M., Garber, J., García-Sáenz, J.A,, Gaudet, M.M., Gayther, S.A., Giles,G.G., Godwin, A.K., Goldberg, M.S., Goldgar, D.E., González-Neira, A., Greene, M.H., Gronwald, J., Guénel, P., Häberle, L., Hahnen, E., Haiman, C.A., Hake, C.R., Hall, P, Hamann, U, Harkness, E.F., Heemskerk-Gerritsen, B.A.M., Hillemanns, P., Hogervorst, F.B.L., Holleczek, B., Hollestelle, A., Hooning, M.J., Hoover, R.N., Hopper, J.L., Howell, A., Huebner, H., Hulick, P.J., Imyanitov, E.N., kConFab Investigators., ABCTB Investigators., Isaacs, C., Izatt, L., Jager, A., Jakimovska, M., Jakubowska, A., James, P., Janavicius, R., Janni, W., John, E.M., Jones, M.E,, Jung, A., Kaaks, R., Kapoor, P.M., Karlan, B.Y., Keeman, R., Khan, S., Khusnutdinova, E., Kitahara, C.M., Ko, Y..D., Konstantopoulou, I., Koppert, L.B., Koutros, S., Kristensen, V.N., Laenkholm, A.V., Lambrechts, D., Larsson, S.C., Laurent-Puig, P., Lazaro, C., Lazarova, E., Lejbkowicz, F., Leslie, G., Lesueur, F., Lindblom, A., Lissowska, J., Lo,W.Y., Loud, J.T., Lubinski, J., Lukomska, A., MacInnis, R..J., Mannermaa, A., Manoochehri, M., Manoukian, S., Margolin, S., Martinez, M.E., Matricardi, L., McGuffog, L., McLean, C., Mebirouk, N., Meindl, A., Menon, U., Miller, A., Mingazheva, E., Montagna, M., Mulligan, A.M., Mulot, C., Muranen, T.A., Nathanson, K.L., Neuhausen, S.L., Nevanlinna, H., Neven, P., Newman, W.G., Nielsen, F.C., Nikitina-Zake, L., Nodor,a J., Offit, K., Olah, E., Olopade, O.I., Olsson, H., Orr, N., Papi, L., Papp, J., Park-Simon, T.W., Parsons, M.T., Peissel, B., Peixoto, A., Peshkin, B., Peterlongo, P., Peto, J., Phillips, K.A., Piedmonte, M., Plaseska-Karanfilska, D., Prajzendanc, K., Prentice, R., Prokofyeva, D., Rack, B., Radice, P., Ramus, S.J., Rantala, J., Rashid, M.U., Rennert, G., Rennert, H.S., Risch, H.A., Romero, A., Rookus, M.A, Rübner, M., Rüdiger, T., Saloustros, E., Sampson, S., Sandle,r D.P., Sawyer, E.J, Scheuner, M.T, Schmutzler, R.K, Schneeweiss, A., Schoemaker, M.J., Schöttker, B., Schürmann, P., Senter, L., Sharma, P., Sherman, M.E., Shu, X.O., Singer, C.F., Smichkoska, S., Soucy, P., Southey, M.C., Spinelli, J.J., Stone, J., Stoppa-Lyonnet, D., EMBRACE Study., GEMO Study Collaborators., Swerdlow, A.J., Szabo, C.I., Tamimi, R.M., Tapper, W.J., Taylor, J.A., Teixeira, M.R., Terry, M., Thomassen, M., Thul,l D.L., Tischkowitz, M., Toland, A.E., Tollenaar, R.A.E.M., Tomlinson, I., Torres, D., Troester, M.A., Truong, T., Tung, N., Untch, M., Vachon, C.M., van den Ouweland, A.M.W., van der Kolk, L.E., van Veen E.M., vanRensburg, E.J., Vega,. A., Wappenschmidt, B., Weinberg, C.R., Weitzel, J.N., Wildiers, H., Winqvist, R., Wolk, A., Yang, X.R., Yannoukakos, D., Zheng, W., Zorn, K.K., Milne, R.L., Kraft, P., Simard, J., Pharoah, P.D.P., Michailidou, K., Antoniou, A.C., Schmidt, M.K., Chenevix-Trench, G., Easton, D.F., Chatterjee, N., García-Closas, M. Genome-wide association study identifies 32 novel breast cancer susceptibility loci from overall and

subtype-specific analyses. Nat Genet. 2020 Jun;52(6):572-581. doi: 10.1038/s41588-020-0609-2. PMID: 32424353. PMCID: PMC7808397.

478. Mosley, J., Levinson, L.T., Farber-Eger, E., Edwards, T.L., Hellwege, J.N., Hung, A.M., Giri, A., Shuey, M.M., Shaffer, C.M., Shi, M., Brittain, E.L., **Chung, W.K.**, Kullo, I.J., Arruda-Olson, A.M., Jarvik, G.P., Larson, E.B., Crosslin, D.R., Williams, M.S., Borthwick, K.M., Hakonarson, H., Denny, J.C., Wang, T.J., Stein, C.M., Roden, D.M., Wells, Q.S. The polygenic architecture of left ventricular mass mirrors the clinical epidemiology. Sci Rep. 2020 May 5;10(1):7561. doi:10.1038/s41598-020-64525-z. PMID: 32372017. PMCID: PMC7200691.

479. Edwards, J.J., Rouillard, A.D., Fernandez, N.F., Wang, Z., Lachmann, A., Shakaran, S.S., Bisgrove, B. W., Demarest, B., Turan, N., Deepak, S., Bernstein, D., Deanfield, J., Giardini, A., Porter, G., Kim, R., Roberts, A.E., Newburger, J.W., Goldmuntz, E., Brueckner, M., Lifton, R.P., Seidman, C.E., **Chung, W.K.**, Tristani-Firouzi, M., Yost, J.H., Ma'ayan, A., Gelb, B.D. Systems Analysis Implicates WAVE2 Complex in the Pathogenesis of Developmental Left-Sided Obstructive Heart Defects. JACC Basic Transl Sci. 2020 Apr 8;5:10(4):376-386. doi: 10.1016/j.jacbts.2020.01.012. PMID: 32368696. PMCID: PMC7188873.

480. Balasubramanian, M., Dingeman, L., Al, B.S., Richardson, R., Yates, T.M., Cox, H., Douzgou, S., Armstrong, R., Sansbury, F.H., Burke, K., Fry, A.E., Ragge, N., Vasudevan, P., Mansour, S., Wilson, K., Stewart, H., Heide, S., Demirdas, S., Brooke, A.S., Vincent, M., Nava, C., Keren, B., Schouten, M., Leenders, E., **Chung, W.K.**, Haeringen van, A., Scheffner, T., Debray, F.G., White, S., Valenzuela, P., Pfundt, R., Newbury-Ecob, R., Kleefstra, T. Comprehensive Study of 28 Individuals with SIN3A-Related Disorder underscoring the Associated Mild Cognitive and Distinctive Facial Phenotype. European Journal of Human Genetics. 2021 Apr;29(4):625-636. doi: 10.1038/s41431-020-00769-7. PMID: 33437032. PMCID: PMC8115148.

481. Monson, K.R., Goldberg, M., Wu, H.C., Santella, R.M., **Chung, W.K.**, Terry, M.B. Circulating growth factor concentrations and breast cancer risk: a nested case-control study of IGF-1, IGFBP-3, and breast cancer in a family-based cohort. Breast Cancer Res. 2020 Oct 22;22(1):109. doi:10.1186/s13058-020-01352-0. PMID: 33092613. PMCID: PMC7579807.

482. *Pereira, E., **Chung, W.K**. COVID-19's Impact on Genetics at One Medical Center in New York. Genet Med. 2020 Sept 20;22(9):1467-1469. PMID: 32499605.

483. Nistala, H., Dronzek, J., Gonzaga-Jaurgui, C., Chim, S., Rajamani, S., Nuwayhid, S., Delgado, D., Burke, E., Karaca, E., Franklin, M.C., Sarangapani, P., Podgorski, M., Tang, Y., Dominguez, M.G., Withers, M., Deckelbaum, R.A., Scheonherr, C.J., Gahl, W.A., Malicdan, M.C., Zambrowicz, B., Gale, N.W., Gibbs, R.A., **Chung, W.K.**, Lupski, J.R., Economides, A.N. NMIHBA results from hypomorphic PRUNE1 variants that lack short-chain exopolyphosphatase activity. Hum Mol Genet. 2021 Jan 6;29(21):3516-3531. doi: 10.1093/hmg/ddaa237. PMID: 33105479. PMCID: PMC7788287.

484. Krishman, S.S., Jain, S., Chavolla-Calderon, M.B., Lewis, M.J., **Chung, W.K.**, Rosenweig, E.B., Krishnan, U. SARS-CoV-2 Infection in Patients with Down Syndrome, Congenital Heart Disease, and Pulmonary Hypertension: Is Down Syndrome a Risk Factor? J Pediatr. 2020 Oct;225:246-248. PMID: 32610168. PMCID: PMC7321054.

485. Clement, K., van den Akker, E., Argente, J., Bahm, A., **Chung, W.K.**, Connors, H., De Waele, K., Farooqi, S., Gonneau-Lejeune, J., Gordon, G., Kohlsdorf, K., Poitou, C., Puder,

L., Swain, J., Stewart, M., Yuan, G., Wabitsch, M., Kuhnen, P. Efficacy and safety of setmelanotide, an MC4R in individuals with severe obesity due to LEPR or POMC deficiency: single-arm, open-label, multicentre, phase 3 trials. Lancet Diabetes Endocrinol. 2020 Dec;8(12):960-970. doi: 10.1016/S2213-8587(20)30364-8. PMID: 33137293.

486.   Nestor, J.G. Fedotov, A., Fasel, D., Marasa, M., Milo, R.H., Wynn, J., **Chung, W.K.,** Gharavi, A.G., Hripcsak, G.M., Bakken, S.R., Sengupta, S., Weng, C. An electronic health record (EHR) log analysis shows limited clinician engagement with unsolicited genetic test Results. JAMIA Open. 2021 Mar 1;4(1):ooab014. doi: 10.1093/jamiaopen/ooab014. PMID: 33709066. PMCID: PMC7935499.

487.   Hoell, C., Wynn, J., Rasmussen, L.V., Marsolo, K., Aufox, S.A., **Chung, W.K.,** Connolly, J.J., Freimuth, R.R., Kochan, D., Hakonarson, H., Harr, M., Holm, I.A., Kullo, I.J., Lammers, P.E., Leppig, K.A., Leslie, N.D., Myers, M.F., Sharp, R.R., Smith, M.S., Prows, C.A. Participant choices for return of genomic results in the eMERGE Network. Genet Med. 2020 Nov;22(11):1821-1829. doi: 10.1038/s41436-020-0905-3. PMID: 32669677. PMCID: PMC8477450.

488.   Mullally, J., **Chung, W.K.,** LeDuc, C., Reid, T.J., Febres, G., Holleran, S., Ramakrishnan, R., Korner, J. Weight- loss response to naltrexone/bupropion is modulated by the Taq1A genetic variant near DRD2 (rs1800497): A pilot study. Diabetes Obes Metab. 2021 Mar;23(3):850-853. doi:10.1111/dom.14267. PMID: 33236485. PMCID: PMC8106923.

489.   Kaur, S., Van Bergen, N.J., Verhey, K., Nowell, C.J., Budaitis, B., Yue, Y., Ellaway, C., Brunetti-Pierri, N., Cappuccio, G., Bruno, I., Boyle, L., Nigro, V., Torella, A., Roscioli, T., Cowley, M.J., Massey, S., Sonawane, R., Burton, M.D., Schonewolf-Greulich, B., Tumer, Z., **Chung, W.K.,** Gold, W.A., Christodoulou, J. Expansion of the phenotypic spectrum of de novo missense variants in kinesin family member 1A (KIF1A). Hum Mutat. 2020 Oct;41(10):1761-1774. doi: 10.1002/humu.24079.PMID: 32652677. PMCID: PMC7908811.

490.   Verma, S.S., **Chung, W.K.,** Dudek, S., Williamson, J.L., Verma, A., Robinson, S., Rader, D.J., Reilly, M.P., Sengupta, S., FiltzGerald, G.A., Kriryluk, K., Ritchie, M.D. Research on COVID-19 through Patient- Reported Data: A Survey for Observational Studies in the COVID-19 Pandemic. Journal of Clinical and Translational Science. J Clin Transl Sci. 2020 Jul 20. doi: 10.1017/cts.2020.509. PMCID: PMC7605405.

491.   Richter, F., Morton, S.U., Kim, S.W., Kitaygorodsky, A., Wasson, L.K., Chen, K.M., Zhou, J., Oi, H., Patel, N., DePalma, S.R., Parfenov, M., Homsy, J., Gorham, J.M., Manheimer, K.B., Velinder, M., Farrell, A., Marth, G., Schadt, E.E., Kaltman, J.R., Newburger, J.W., Giardini, A., Goldmuntz, E., Brueckner, M., Kim, R., Porter Jr, G.A., Bernstein, D., **Chung, W.K.,** Srivastava, D., Tristani-Firouzi, M., Troyanskaya, O.G., Dickel, D.E., Shen, Y., Seidman, J.G., Seidman, C.E., Gelb, B.D. Genomic analyses implicate noncoding de novo variants in congenital heart disease. Nature Genet. 2020 Aug;52(8):769-777. doi: 10.1038/s41588-020-0652-z. PMID: 32601476. PMCID: PMC7415662.

492.   **Chung, W.K.,** Erion, K., Florez, J.C., Hattersley, A.T., Hivert, M.F., Lee, C.G., McCarthy, M.I., Nolan, J.J., Norris, J.M., Pearson, E.R., Philipson, L., McElvaine, A.T., Cefalu, W.T., Rich, S.S., Franks, P.W. Precision Medicine in Diabetes: A Consensus Report from the American Diabetes Association (ADA) and the European Association for the Study of Diabetes (EASD). Diabetes Care. 2020 Jul;43(7):1617-1635. doi: 10.2337/dci20-0022. PMID: 32561617. PMCID: PMC7305007.

493.  *Qiao, L., Wynn, J., Yu, L., Hernan, R., Zhou, X., Duron, V., Aspelund, G., Farkouh-
      Karoleski, C., Zygumunt, A., Krishman, U.S., Nees, S., Khlevner, J., Lim, F.Y.,
      Crombleholme, T., Cusick, R., Azarow, K., Danko, M.E., Chung, D., Warner, B.W.,
      Mychaliska, G.B., Potoka, D., Wagner, A.J., Soffer, S., Schindel, D., McCulley, D.J., Shen,
      Y., **Chung, W.K.** Likely damaging de novo variants in congenital diaphragmatic hernia
      patients are associated with worse clinical outcomes. Genet Med. 2020 Dec;22(12):2020-
      2028. doi: 10.1038/s41436-020-0908-0. PMID: 32719394. PMCID: PMC7710626.

494.  Zech, M., Jech, R., Boesch, S., Skorvanek, M., Weber, S., Wagner, M., Zhao, C., Jochim,
      A., Necpal, J., Dincer, Y., Vill, K., Distelmaier, F., Stoklosa, M., Krenn, M., Grunwald, S.,
      Bock-Bierbaum, T., Fecikova, A., Havrankova, P., Roth, J., Prihodova, I., Adamovicova,
      M., Ulmanova, O., Bechyne, K., Danhofer, P., Vesely, B., Han, V., Pavelekova, P.,
      Gdovinova, Z., Mantel, T., Meindl, T., Sitzberger, A., Schroder, S., Blaschek, A., Roser, T.,
      Bonfert, M.V., Haberlandt, E., Piecko, B., Leineweber, B., Berweck, S., Herberhold, T.,
      Langguth, B., Svantnerova, J., Minar, M., Ramos- Rivera, G.A., Wojcik, M.H., Pajusalu, S.,
      Ounap, K., Schatz, U.A., Polsler, L., Milenkovic, I., Laccone, F., Pilshofer, V., Colombo, R.,
      Patzer, S., Iuso, A., Vera, J., Troncoso, M., Fang, F., Prokisch, H., Wilbert, F., Eckenweiler,
      M., Graf, E., Westphal, D.S., Riedhammer, K.M., Brunet, T., Alhaddad, B., Berutti, R.,
      Strom, T.M., Hecht, M., Baumann, M., Wolf, M., Telegrafi, A., Person, R.E., Zamora, F.M.,
      Henderson, L.B., Weise, D., Musacchio, T., Volkmann, J., Szuto, A., Becker, J., Cremer, K.,
      Sycha, T., Zimprisch, F., Kraus, V., Makowski, C., Gonzalez- Alegre, P., Bardakjian, T.M.,
      Ozelius, L.J., Vetro, A., Guerrini, R., Maier, E., Borggraefe, I., Kuster, A., Wortmann, S.B.,
      Hackenberg, A., Steinfeld, R., Assmann, B., Staufner, C., Opladen, T., Ruzicka, E., Cohn,
      R.D., Dyment, D., **Chung, W.K.**, Engels, H., Ceballos-Baumann, A., Ploski, R., Daumke,
      O., Haslinger, B., Mall, V., Oexle, K., Winkelmann, J. Monogenic variants in dystonia: an
      exome-wide sequencing study. Lancet Neurol. 2020 Nov;19(11):908-918. doi:
      10.1016/S1474-4422(20)30312-4. PMID: 33098801. PMCID: PMC8246240.

495.  * Kim, C.Y., Wirth, T., Hubsch, C., Nemeth, A.H., Okur, V., Anheim, M., Drouot, N.,
      Tranchant, C., Rudolf, G., Chelly, J., Tatton-Brown, K., Blauwendraat, C., Vonsattel, J.P.G.,
      Cortes, E., Alcalay, R.N., **Chung, W.K**. Early-Onset Parkinsonism is a Manifestation of the
      PPP2R5D p.E200K Mutation. Ann Neurol. 2020 Nov;88(5):1028-1033.
      doi:10.1002/ana.25863. PMID: 32743835. PMCID: PMC9052555.

      • Walker IM, Riboldi GM, Drummond P, Saade-Lemus S, Martin-Saavedra JS, Frucht S,
        Bardakjian TM, Gonzalez-Alegre P, Deik A. PPP2R5D Genetic Mutations and Early-
        Onset Parkinsonism. Ann Neurol. 2021 Jan;89(1):194-195. doi: 10.1002/ana.25943.
        PMID: 33098144.

      • *Kim, C.Y., Wirth, T., Hubsch, C., Nemeth, A.H., Okur, V., Anheim, M., Drouot, N.,
        Tranchant, C., Rudolf, G., Chelly, J., Tatton- Brown, K., Blauwendraat, C., Vonsattel,
        J.P.G., Cortes, E., Alcalay, R.N., **Chung, W.K**. Reply to "PPP2R2D Genetic
        Mutations and Early Onset Parkinsonism". Ann Neurol. 2021 Jan;89(1):195-196. doi:
        10.1002/ana.25945. PMID: 33098324.

496.  Mavadaddt, N., Antoniou, A.C., Mooih, T.M., Hooning, M.J., Heemskerk-Gerritsen, B.A.,
      GENEPSO., Nogues, C., Gauthier-Villars, M., Caron, O., Gesta, P., Pujol, P., Lortholary,
      A., EMBRACE., Barrowdale, D., Frost, D., Evans, G., Izatt, L., Adland, J., Eseles, R.,
      Brewer, C., Tischkowitz, M., Henderson, A., Cook, J., Eccles, D., HEBON., Van Engelen,
      K., Mourits, M.J.E., Ausems,G.E.M.., Koppert, L.B., Hopper, J.L., John, E.M., **Chung,
      W.K.,** Andrulis, I.L., Daly, M.B., Buys, S.S., kConFab Investigators, Benitez, J., Caldes, T.,

Jakybowska A., Simard, J., Singer, C.F., Tan, Y., Olah, E., Navratilova, Foretova, OL., Gerdes, A.M., Roos-Blom, M.J., Van Leeuwen, F.E., Arver, B., Olsson, H., Schmutzler, R.K., Engel, C., Kast, Karin, K., Phillips, K.A., Terry, M.B., Milne, R.L., Goldgar, D.E., Rookus, M.A., Andrieu, N., Easton, D.F., IBBCCS., kConFab., BCFR. Risk-reducing salpingo-oophorectomy, natural menopause, and breast cancer risk: an international prosepective cohort of BRCA1 and BRCA2 mutation carriers. Breast Cancer Res. 2020 Jan 16;22(1):8. doi: 10.1186/s13058-020-1247-4. PMID: 31948486. PMCID: <u>PMC6966793</u>.

497.   Zhang, X., Lucas, A.M., Veturi, Y., Drivas, T.G., Verma, A., **Chung, W.K.**, Crosslin, D., Denny, J.C., Hebbring, S., Jarvik, G.P., Kullo, I., Larson, E.B., Rqasmussen-Torvik, L.J., Schaid, D.J., Smoller, J.W., Stanaway, I.B., Wei, W.Q., Weng, C., Ritchie, M.D. Large-scale genomic analyses reveal insights into pleiotropy across circulatory system diseases and nervous system disorders. Nat Commun. 2022 Jun 14;13(1):3428. doi.org/10.1038/s41467-022-30678-w. PMID: 35701404. PMCID: <u>PMC9198016</u>.

498.   Vijayalingam, S., Ezekiel, U.R., Xu, F., Subramanian, T., Geerling, E., Hoelscher, B., San, K., Ganapathy, A., Pemberton, K., Tycksen, E., Pinto, A.K., Brien, D. J., Beck, D.B., **Chung, W.K.**, Gurnett, C.A., Chinnadurai, G. Human iPSC-Derived Neuronal Cells from CTBP1- Mutated Patients Reveal Altered Expression of Neurodevelopmental Gene Networks. Front Neurosci.2020 Oct 27;14:562292. doi: 10.3389/fnins.2020.562292. PMID: 33192249. PMCID: <u>PMC7653094</u>.

499.   Kirmani, S., Woodard, P.K., Shi, L., Hamza, T., Canter, C.E., Colan, S.D., Pahl, E., Towbin, J.A., Webber, S.A., Rossano, J.W., Everitt, M.D., Molina, K.M., Kantor, P.F., Jefferies, J.L., Feingold, B.D., Addonizio, L.J., Ware,S.M., **Chung, W.K.**, Ballweg, J.A., Lee, T.M., Bansal, N., Razoky, H., Czachor, J., Lunze, F.I., Marcus, E., Wikinson, J.D., Lipshultz, S.E. Cardiac Imaging and Biomarkers for Assessing Myocardial Fibrosis in Children with Hypertrophic Cardiomyopathy. Am Heart J. 2023 Jun 12:S0002-8703(23)00160-6. doi: 10.1016/j.ahj.2023.06.005. PMID: 37315879.

500.   Pagan, J.A., Brown, H.S., Rowe, J., Schneider, J.E., Veenstra, D.L., Gupta, A., Berger, S.M., **Chung, W.K.**, Appelbaum, P.S. Genetic Variant Reinterpretation: Economic and Population Health Management Challenges. Popul Health Manag. 2021 Jun;24(3):310-313. doi: 10.1089/pop.2020.0115. PMID: 32905743. PMCID: <u>PMC8215397</u>.

501.   Anderson, B.R., Fremed, M., Argenio, M., Krishnan, U.S., Weller, R.J., Lytrivi, I., Bacha, E., Vincent, J.A., **Chung, W.K.**, Berman-Rosenweig, E.S., Starc, T.J., Rosenbaum, M. The Impact of Coronavirus Disease 2019 (COVID-19) on Patients with Congenital Heart Disease across the Lifespan: The Experience of an Academic Congenital Heart Disease Center in New York City. J Am Heart Assoc. 2020 Dec;9(23):e017580. doi: 10.1161/JAHA.120.017580. PMID: 33196343. PMCID: PMC7763774.

502.   Janssens, V., Lenaerts, L., Reynhout, S., Verbinnen, I., Laumonnier, F., Toutain, A., Bonnet-Brilhault, F., Hoorne, Y., Joss, S., Chassevent, A.K., Smith-Hicks, C., Loeys, B., Joset, P., Steindl, K., Rauch, A., Mehta, S.G., **Chung, W.K.**, Devriendt, K., Holder, S.E., Jewett, T., Baldwin, L.M., Willson, W.G., Towner, S., Srivastava, S., Johnson, H.F., Daumer-Haas, C., Baethmann, M., Ruiz, A., Gabau, E., Jai, V., Varghese, V., Al-Beshri, A., Fulton, S., Wechsberg, O., Orenstein, N., Prescott, K., Childs, A.M., Faivre, L., Moutton, S., Sullivan, J.A., Shashi, V., Koudijs, S., Heijligers, M., Kivuva, E., Mctague, A., Male, A., Van Irelamnd, Y., Plecko, B., Maystadt, I., Hamid, R., Hannig, V.L., Houge, G. The broad phenotypic spectrum of PPP2R1A-related neurodevelopmental disorders correlates with the

degree of biochemical dysfunction. Genet Med.2021 Feb;23(2):352-362. doi: 10.1038/s41436-020-00981-2. PMID: 33106617. PMCID: PMC7862067.

503.   *Ahimaz, P., Sabatello, M., Qian, M., Wang, A., Miller, E.M., Parrott, A., Lal, A., Chatfield, K., Rossano, J., Ware, S., Parent, J., Dzwiniel, T., Kantor, P., Yue, L., Wynn, J., Lee, T., Addonizio, L., Appelbaum, P., **Chung, W.K.** The Impact of Genetic Testing for Cardiomyopathy on Emtional Well-Being and Family Dynamics: A Study of Parents and Adolescents. Circ Genom Precis Med. 2021 Jul 13:CIRCGEN120003189. doi: 10.1161/CIRCGEN.120.003189. PMID: 34257418.

504.   Ro, V., Mcguinness, J.E., Guo, B., Trivedi, M., Jones, T., **Chung, W.K.,** Rao, R., Levinson, E., Koval, C., Russon, D., Chilton, I., Kukafka, R., Crew, K. Association Between Genetic Testing for Hereditary Breast Cancer and Contralateral Prophylactic mastectomy among Multiethnic Women Diagnosed with Early-Stage Breast Cancer. JCO Oncol Pract. 2021 Oct 27;OP2100322. doi: 10.1200/OP.21.00322. PMID: 34705516.

505.   *Bain, J.M., Thornburg, O., Pan, C., Rome-Martin, D., Boyle, L., Fan, X., Devinsky, O., Frye, R., Hamp, S., Keator, C.G., LaMarca, N.M., Maddocks, A.B.R., Madruga-Garrido, M., Niederhoffer, K.Y., Novara, F., Peron, A., Poole-Di Salvo, E., Salazar, R., Skinner, S.A., Soares, G., Goldman, S., **Chung. W.K.** Detailed Clinical and Psychological Phenotype of the X-Linked HNRNPH2- Related Neurodevelopmental Disorder. Neurol Genet. 2021 Jan 29;7(1):e551. doi: 10.1212/NXG.0000000000000551. PMID: 33728377 PMCID: PMC7954461.

506.   *Zeinomar, N., **Chung, W.K**. Cases in Precision Medicine: The Role of Polygenic Risk Scores in Breast Cancer Risk Assessment. Ann Intern Med. 2020 Dec 1. doi: 10.7326/M20-5874. PMID: 33253037.

507.   Rasouly, H.M., Cuneo, N., Marasa, M., DeMaria, N., Chatterjee, D., Thompson, J.J., Fasel D.A., Wynn, J., **Chung, W.K.**, Appelbaum, P., Weng, C., Bakken, S., Gharavi, A.G. GeneLiFT: A Novel Test to Facilitate Rapid Screening of Genetic Literacy in a Diverse Population Undergoing Genetic Testing. J Genet Couns. 2021 Jun;30(3):742-754. doi: 10.1002/jgc4.1364. PMID: 33368851 PMCID: PMC8246865.

508.   Guo, H., Zhang, Q., Dai, R., Yu, B., Hoekzema, K., Tan, J., Tan, S., Jia, X., **Chung, W.K.,** Hernan, R., Alkuraya, F.S., Alsulaiman, A., Al-Muhaizea, M.A., Lesca, G., Pons, L., Labalme, A., Laux, L., Bryant, E., Brown, N.J., Savva, E., Ayres, S., Eratne, D., Peeters, H., Bilan, F., Letienne-Cejudo, L., Gilbert- Dussardier, B., Ruiz-Arana, I., Merlini, J.M., Boizot, A., Bartoloni, L., Santoni, F., Karlowicz, D., McDonald, M., Wu, H., Hu,Z., Chen, G., Ou, J., Brasch-Andersen, C., Fagerberg, C.R., Dreyer, I., Tsai, A.C., Slegesky, V., McGee, R.B., Daniels, B., Sellars, E.A., Carpenter, L.A., Schaefer, B., Guillen Sacoto, M.J., Begtrup, A., Schnur, R.E., Punj, S., Wentzensen, I.M., Rhodes, L., Pan, Q., Bernier, R.A., Chen, C., Eichler, E.E., Xia, K. NCKAP1 Disruptive Variants Lead to a Neurodevelopmental Disorder with Core Features of Austism. American Journal of Human Genetics. 107 (5): 963-976, 2020. doi: 10.1016/j.ajhg.2020.10.002. PMID: 33157009.

509.   Tremblay-Laganiere, C., Kaiyrzhanov, R., Marroofian, R., Mai Nguyen, T.T., Salayeu, K., Chilton, I. **Chung, W.K.,** Madden, J.A., Phornphutkul, C., Agrawal, P., Houlden, H., Campeau, P.M. PIGH Deficiency can be associated with Severe Neurodevelopmental and Skeletal Manifestations. Clinical Genetics. 2020 Nov 6. doi: 10.1111/cge.13877. PMID: 33156547. PMCID: PMC7839508.

510.    Morton, S.U., Shimamura, A., Newburger, P.E., Opotowsky, A.R., Quiat, D., Pereira, A.C., Jon, S.C., Gurvitz, M., Brueckner, M., **Chung, W.K.**, Shen, Y., Bernstein, D., Gelb, B.D., Giardini, A., Goldmmuntz, E., Kim, R.W., Lifton, R.P., Porter, G.A., Srivastava, D., Tristani-Firouzi, M., Newburger, J.W., Seidman, J.G., Seidman, C.E. Association of Damaging Variants in Genes with Increased Cancer Risk Among Patients with Congenital Heart Disease. JAMA cardiology.2020 Oct 21. doi: 10.1001/jamacardio.2020.4947. PMID: 33084842.

511.    Khan, S.S., Hoell, C., Castillo, L. M., Connolly, J.J., Crosslin, D.R., **Chung, W.K.**, Gordon, A.S., Harr, M., Jarvik, G.P., Kullo, I., Larson, E.B., Leppig, K.A., Manolio, T., McNally, E.M., Pacheco, J.A., Ralston, J.D., Puckelwartz, M.J., Smith, M.E., Wells, Q., Rasmussen-Torvik, L.J. Practice Patterns after Return of Rare Variants Associated with Cardiomyopathy in the Electronic Medical Records and Genomics (eMERGE) Network. Circulation: Heart Failure. May 6, 2021. doi: 10.1161/CIRCHEARTFAILURE.120.008155. PMID: 33951936.

512.    Thomsen, G., Burghes, A., Hsieh Hsieh, C., Do, J., Chu, B., Solano, S., Barkho, B., Fugere, M., Kaufmann, P., Sproule, D., Feltner, D., **Chung, W.K.**, McGovern, V., Hevner, R., Conces, M., Pierson, C., Scoto, M., Muntoni, F., Mendell, J. Biodistribution of Onasemnogene Abeparvovec DNA, mRNA, and SMN Protein in Human Tissue. Nature Medicine. 2021 Oct. 4. doi: 10.1038/s41591-021-01483-7. PMID: 34608334.

513.    Vosoughi, A., Zhang, T., Shohdy, K., Vladchostergios, P., Wikers, D., Bhinder, B., Tagawa, S., Nanus, D., Molina, A., Beltran, H., Sternberg, C., Motanagh, S., Robinson, B., Xiang, J., Fan, X., **Chung, W.K.**, Rubin, M., Elemento, O., Sboner, A., Mosquera, J.M., Faltas, B. Common Germline- Somatic Variant Interactions in Advanced Urothelial Cancer. Nature Communications. 2020 Dec 3. doi: 10.1038/s41467-020-19971-8. PMID: 33273457.

514.    Alten, B., Zhou, Q., Shin Ho, O., Esquivies, L., Lin, P.Y., White, K.I., Sun, R., **Chung, W.K.**, Monteggia, L.M., Brunger, A.T., Kavalali, E.T. Role of Aberrant Spontaneous Neurotransmission in SNAP25-Associated Encephalopathies. Neuron. 2021 Jan 6;109(1):59-72.e5. . PMID: 33147442. PMCID: <u>PMC7790958</u>.

515.    *Wynn, J., Levinson, E., Koval, C., Ernst, M., **Chung, W.K**. Questioning the validity of clinically available breast cancer polygenic risk scores: comparison of two labs reveals discrepancies. Fam Cancer.2022 Apr;21(2):125-127. doi: 10.1007/s10689-021-00260-2. PMID: 34002349.

516.    Swietlik, E., Greene, Greene, D., <u>Zhu, N.</u>, Megy, K., Cogliano, M., Rajaram, S., Pandya, D., Tilly, T., Lutz, K., Welch, C., Pauciulo, M., Southgate, L., Martin, J., Treacy, C., Penkett, C., Stephens, J., Bogaard, H.J., Church, C., Coghlan, G., Coleman, A., Conffliffe, R., Eichstaedt, C., Eyries, M., Gall, H., Ghio,S., Girerd, B., Grunig, E., Holden, S., Howard, L., Humbert, M., Kiely, D., Kovacs, G., Lordan, J., Machado, R., Mackenzie Ross, R., McCabe, C., Moledina, S., Montani, D., Olschewski, H., Pepke-Zaba, J., Price, L., Rhodes, C., Seeger, W., Soubrier, F., Suntharalingam, J., Toshner, M., Vonk-Noordegraad, A., Wharton, J., Wild, J., Wort, S., Lawrie, A., Wilkins, M., Trembath, R., Shen, Y., **Chung, W.K.**, Swift, A., Nichols, W., Morrell, N., Graf, S. Bayesian Inference Associates Rare KDR Variants with Specific Phenotypes in Pulmonary Arterial Hypertension. Circulation: Genomic and Precision Medicine. 2020 Dec 15. doi: 10.1161/CIRCGEN.120.003155.PMID: 33320693.

517.    Clayton, E.W., Appelbaum, P.S., **Chung, W.K.**, Marchant, G.E., Roberts, J.L., Evans, B. Does the Law Require Reinterpretation and Return of Revised Genomic Results? Genet Med. 2021 Jan 8. doi: 10.1038/s41436-020-01065-x. PMID: 33420344. PMCID: PMC8107115.

518.    Martin- Trujillo, A., Patel, N., Richter, F., Jadhav, B., Garg, P., Morton, S.U., McKean,
        D.M., DePalma, S.R., Goldmuntz, E., Gruber, D., Kim, R., Newburger, J.W., Porter, G.A.,
        Giardini, A., Bernstein, D., Tristani- Firouzi, M., Seidman, J.G., Seidman, C.E., **Chung,
        W.K.**, Gelb, G.D., Sharp, A.J. Rare Genetic Variation at Transcription Factor Binding Sites
        Modulates Local DNA Methylation Profiles. PLOS Genetics. 16 (11): e1009189, 2020.
        doi:10.1371/journal.pgen.1009189. PMID: 33216750 PMCID: PMC7679001.

519.    Nakamura, J., Sorge, S., Winawer, M.R., **Chung, W.K.**, Phelan, J., Ottman, R. Reproductive
        Decision-Making in Families Containing Multiple Individuals with Epilepsy. Epilepsia.
        April 4, 2021. doi: 10.1177/08830738211001209 PMID 33813741.

520.    Terry, M.B., **Chung, W.K.**, John, E.M., Knight, J., Milne, R., Whittemore, A.S.,
        Bushsbaum, R., Liao, Y., Zeinomar, N., Southey, M., Giles, G., Kurian, A., Andrulis, I.,
        Buys, S., Hopper, J. Comparing Five-Year and Lifetime Risks of Breast Cancer in the
        Prospective Family Study Cohort. National Cancer Institute. Journal of the National Cancer
        Institute. 2020 Dec 10. doi:10.1093/jnci/djaa178. PMID: 33301022.

521.    Platzer, K., Klockner, C., Sticht, H., Zacher, P., Popp, B., Babcock, H.E., Bakker, D.P.,
        Barwick, K., Bonfert, M.V., Bonnemann, C.G., Brilstra, E.H., Care4Rare Canada
        Consortium., **Chung, W.K.**,   Clarke, A.J., Devine, P., Donkervoort, S., Fraser, J.L.,
        Friedman, J., Gates, A., Ghoumid, J., Hobson, E., Horvath, G., Keller-Ramey, J., Keren, B.,
        Kurian, M.A., Lee, V., Leppig, K.A., Lundgren, J., McDonald, M.T., Mctague, A., Mefford,
        H.C., Mignot, C., Mikati, M.A., Nava, C., Raymond, L.F., Sampson, J.R., Sanshis-Juan, A.,
        Shashi, V., Shieh, J.T.C., Shinawi, M., Slavotinek, A., Stodberg, T., Stong, N., Sullivan,
        J.A., Taylor, A.C., Toler, T.L., Boogaard, M.J., van der Crabben, S.N., van Gassen, K., van
        Jaarsceld, R.H., Van Ziffle, J., Wadley, A.F., Wagner, M., Wigby, K., Wortmann, S.B.,
        Zarate, Y.A., Moller, R.S., Lemke, J.R. De Novo Variants in SNAP25 Cause an Early-Onset
        Developmental and Epileptic Encephalopathy. Genetics in Medicine. doi:10.1038/s41436-
        020-01020-w. PMID: 33299146.

522.    Qu, H., Zhang, H., Zhao, Y., Chen, C., Long, J., **Chung, W.K.**, Guan, Y., Shen, Y. MVP
        Predicts Pathogenicity of Missense Variants by Deep Learning Nat Commun. 2021 Jan
        21;12(1):510. doi: 10.1038/s41467-020-20847-0. PMID: 33479230 PMCID: PMC7820281.

523.    Lakeman, I.M., van den Broek, A.J., Vos, J.A.M., Barnes, D.R., Adlard, J., Andrulis, I.L.,
        Arason, A., Arnold, N., Arun, B.J., Balmana, J., Barrowdale, D., Benitez, J., Borg, A.,
        Cadles, T., Caligo, M.A., **Chung, W.K.**, Claes, K.B.M., GEMO Study Collaborators,
        EMBRACE Collaborators, Collee, M., Couch, F.J., Daly, M.B., Dennis, J., Dhawan, M.,
        Domcheck, M., Domchek, S.M., Eeles, R., Engel, C., Evans, G., Feliubadalo, L., Foretova,
        L., Friedman, E., Frost, D., Ganz, P.A., Garber, J., Gayther, S.A., Gerdes, A.M., Godwin,
        A.K., Goldgar, D.E., Hahnen,E., Hake, C.R., Hamann, U., Hogervorst, F.B.L., Hooning,
        M.J., Hopper, J.L., Hulick, P.J., Imyanitov, E.N.,  OCGN Investigators., HEBON
        Investigators., kConFab Investigators., Isaacs, C., Izatt, L., Jakubowska, A., James, P.A.,
        Janavicius, R., Jensen, U.B., Jiao, Y., John, E.M., Joseph, V., Karlan, B.Y., Kets, C.M.,
        Konstantopouloi, I., Kwong, A., Legrand, C., Leslie, G., Lesueur, F., Loud, J.T., Lubinski,
        J., Manoukian, S., McGuffog, L., Miller, A., Gomes, D.M., Montagna, M., Mouret-Foutme,
        E., Nathanson, K.L., Neuhausen, S.L., Nevanlinna, H., Yuen Yie, J.N., Olah, E., Olopade,
        O.I., Park, S.K., Parson, M.T., Peterlongo, P., Piedmonte, M., Radice, P., Rantala, J.,
        Rennert, G., Risch, H.A., Schmutzler, R.K., Sharma, P., Simard, J., Singer, C.F., Stadler, Z.,
        Stoppa-Lyonnet, D., Sutter, C., Tan, Y., Teixeira, M.R., Teo, S., Teule, A., Thomassen, M.,
        Thull, D.L., Tischkowitz, M., Toland, A.E., Tung, N., van Rensburg, E.J., Vega, A.,

Wappenschmidt, B., Devilee, P., Van Asperen, C.J., Bernstein, J.L., Offit, K., Easton, D.F., Rookus, M.A., Chenevix-Trench, G., Antoniou, A.C., Robson, M., Schmidt, M.K., on Behalf of the Consortium of Investigators of Modifiers of BRCA1 and BRCA2. The Predictive Ability of the 313- Variant-Based Polygenic Risk Score for Contralateral Breast Cancer Risk Prediction in BRCA1 and BRCA2 Pathogenic Variant Carriers. Genet Med. 2021 Jun 10. doi: 10.1038/s41436-021-01198-7. PMID: 34113011. PMCID: PMC8460445.

524.    Linden, S., Van den Bree. M., Owen, M., Hall, J., Williams, N., Lancaster, T., Evans, F., Smith, J., Chawner, Watson, C., Linden, D., Skuse, D., Raymond, L., **Chung, W.K.,** Green-Snyder, L., Jacquemont, S., Maillard, A. The Psychiatric Phenotypes of 1q21 Distal Deletion and Duplication. Translationsl Psychiatry. 2021 Feb 4. doi:10.1038/s41398-021-01226-9. PMID: 33542195 PMCID: PMC7862693.

525.    *White, L.C., Law, K., Daniels, A.M., Toroney, J., Vernoia, B., Xiao, S., Feliciano, P, **Chung, W.K.** Brief Report: Impact of COVID-19 on Individuals with ASD and their Caregivers: A Perspective from the SPARK Cohort. Journal of Autism and Developmental Disorders. J Austism Dec Disord. 2021 Jan 2. doi: 10.1007/s10803-020-04816-6. PMID: 33387233 PMCID: PMC7775834.

526.    Papke, C.M., Smolen, K.A., Swingle, M.R., Cressey, L., Heng, R.A., Toporsian, M., Deng, L., Hagen, J., Shen, Y., **Chung, W.K**., Kettenbach, A.N., Honkanen, R. E. A Disorder-Related Variant (E420K) of a PP2A- Regulatory Subunit (PPP2R5D) Causes Contitutively Active AKT-mTOR Signaling and Uncoordinated Cell Growth. The Journal of Biological Chemistry. 2021 Jan 19. doi:10.1016/j.jbc.2021.100313. PMID: 33482199.

527.    Wang, Z., Fan, X., Shen, Y., Pagadala, M.S., Signer, R., Cygan, K.J., Fairbrother, W.G., Cater, H., **Chung, W.K.**, Huang, K. Non-cancer-related pathogenic germline variants and expression consequences in ten-thousand cancer genomes. Genome Med. 2021 Sep 9;13(1):147. doi: 10.1186/s13073-021-00964-1. PMID: 34503567.

528.    Chawner, S.J.R.A., Doherty, J.L., Anney, R., Antshel, K.M., Bearden, C.E., Bernier, R., **Chung, W.K.**, Clemente, C.C., Curran, S.R., Cuturilo, G., Fiksinski, A.M., Gallagher, L., Goin-Kochel, R.P., Gur, R.E., Hanson, E., Jacquemont, S., Kates, W.R., Maillard, A.M., McDonald-McGinn,Donna M, Mihaljevic, M., Miller, J.S., Moss, H., Pejovic-Milovancevic, M., Schultz, R.T., Snyder, L.G., Vorstman, J.A., Wenger, T.L., Hall, J., Owen, M.J., van den Bree M.B.M. A Genetics-First Approach to Dissecting the Heterogeneity of Autism: Phenotypic Comparison of Autism Risk Copy Number Variants. Am J Psychiatry. 178(1):77-86, 2021. doi: 10.1176/appi.ajp.2020.20010015. PMID: 33384013.

529.    *Bal, V.H., Wilkinson, E., White, C.L., Law, K.J., SPARK Consortium, Feliciano, P., **Chung, W.K.** Early Pandemic Experiences of Autistic Adults: Predictors of Psychological Distress. Autism Research. 2021 Feb 8. doi: 10.1002/aur.2480. PMID: 33559334.

530.    Venner, E., Yi, V., Murdock, D., Kalla, S., Wu, T.J., Sabo, A., Li, S., Meng, Q., Tian, X., Murugan, M., Cohen, M., Kovar, C., Wei, W., **Chung, W.K,** Weng, C., Wiesner, G.L., Jarvik, G.P., Muzny, D., Gibbs, R.A., eMERGE Consortium. Neptune: An Environment for the Delivery of Genomic Medicine. Genet Med. 2021 Jul 13. doi: 10.1038/s41436-021-01230-w. PMID: 34257418.

531.    Gautheron, J., Morisseau, C., **Chung, W.K.**, Zammouri, J., Auclair, M., Baujat, G., Capel, E., Moulin, C., Wang, Y., Yang, J., Hammock, B.D., Cerame, B., Phan, F., Feve, B., Vigouroux, C., Andreelli, F., Jeru, I. EPHX1 mutations cause a lipoatrophic diabetes

syndrome due to impaired epoxide hydrolysis and increased cellular senescence. Elife. 2021 Aug 3;10:e68445. doi:10.7554/elife.68445. PMID: 34342583.

532.    Ward, T.L., Tai, W., Morton, S.U., Impens, F., VanDamme, P., Van Haver, D., Timmerman, E., Venturini, G., Zhang, K., Jang, M.Y., Willcox, J.A., Haghighi, A., Gelb, B.D., **Chung, W.K.**, Goldmuntz, E., Porter, G.A., Lifton, R., Brueckner, M., Yost, J.H., Bruneau, B.G., Gorham, J., Kim, Y., Pereira, A.C., Homsy, J., Benson, C.C., DePalma, S.R., Varland, S., Chen, C.S., Arnesen, T., Gevaert,K., Seidman, C.E., Seidman, J.G. Mechanisms Of Congenital Heart Disease Caused by NAA15 Haploinsufficiency. Circulation Research. 2021 Feb 9. doi: 10.1161/CIRCRESAHA.120.316966. PMID: 33557580.

533.    Rehder, C., Bean, L.J.H., Bick, D., Chao, E., **Chung, W.K.,** Das, S., O'Daniel, J., Rehm, H., Shashi, V., Vincent, L.M. ACMG Laboratory Quality Assurance Committee. Next Generation Sequencing for Constitutional Variants in the Clinical Laboratory, 2021 Revision: A Technical Standard of the American College of Medical Genetics and Genomics (ACMG). Genet Med. 2021 April 29. doi: 10.1038/s41436-021-011394-4. PMID: 33927380.

534.    De Rosa, M.C., Glover, H., Stratigopoulos, G., LeDuc, C., Su, Q., Shen, Y., Sleeman, M., **Chung, W.K.,** Leibel, R., Altarejos, J., Doege, C. Gene expression atlas of energy balance brain regions. JCI Insight. 2021 Jul 20:149137. doi: 10.1172/jci.insight.149137. PMID: 34283813.

535.    Klockner, C., Sticht, H., Zacher, P., Popp, B., Babcock, H.E., bakker, D.P., Barwick, K., Bonfert, M.V., Bonnemann, C.G., Brillstra, E.H., Care4Rare Canada Consortium, **Chung, W.K.,** Clarke, A.J., Devine, P., Donkervoort, S., Fraser, J.L., Friedman, J.,Gates, A., Ghoumid,J., Hobson, E., Horvath, G., Keller-Ramey, J., Keren, B., Kurian, M.A., Lee, V., Leppig, K.A., Lundgren,J., McDonald, M.T., McLaughlin, H.M., McTague, A., Mefford, H.C., Mignot, C., Mikati, M.A., Nava, C., Raymond, F.L., Sampson, J.R., Sanchis-Juan, A., Shashi, V., Shieh, J.T.C., Shinawi, M., Slavotinek, A,Stodberg, T., Stong, N., Sullivan, J.A., Taylor, A.C., Toler, T.L., Van Den Boogaard, M.J., Van Der Crabben, S., Van Gassen, K.L.I., Van Jaarsceld, R.H., Van Ziffle, J., Wadley, A.F., Wagner, M., Wigby, K., Wortmann, S.B., Zarate, Y.A., Moller, R.S., Lemke, J.R., Platzer, K. Correction to : De Novo Variants in SNAP25 cause an Early- Onset Developmental and Epileptic Encephalopathy. Genet Med. 2021 Apr;23(4):653-660. doi: 10.1038/s41436-020-01090-w. PMID: 33686260.

536.    Le Ribeuz, H., Capuano, V., Boet, A., Ghigna, M.R., Girerd, B., Lambert, M., Marcier, O., **Chung, W.K.,** Humbert, M., Montani, D., Antigny, F. SUR1 As a New Therapeutic Target for Pulmonary Arterial Hypertension. Am J Respir Cell Mol Biol. 2022 May;66(5):539-554. PMID: 35175177.

537.    **Chung, W.K.,** Roberts, T.P.L., Sherr, E.H., Snyder, L.G., Spiro, J.E. 16p11.2 Deletion Syndrome. Curr Op Genet Dev. 2021 Mar 2. doi:10.1016/j.gde.2021.01.011. PMID: 33667823.

538.    Nestor, J.G., Fedotov, A., Fasel, D., Marasa, M., Milo-Rasouly, H., Wynn, J., **Chung, W.K.,** Gharavi, A., Hripcsak, G., Bakken, S., Sengupta, S., Weng, C. An Electronic Health Record (EHR) Log Analysis Shows Limited Clinician Engagement with Unsolicited Genetic Test Results. Case Reports. doi:10.1093/jamiaopen/ooab014. PMID: 33709066.

539.    Machado, R.D., Welch, C.L., Haimel, M., Bleda, M., Colglazier, E., Coulsom, J.D., Debelijak, M., Eckstein, J., Fineman, J.R., Golden, C.W., Giffin, E.L., Hadinnapola, C., Harris, M.A., Hirsch, Y., Hoover-Fong, J.E., Nogee, L., Romer, L.H., Vesel, S., NIHR

Bioresource- Rare Diseases., Graf, S., Morrell, N.W., Southgate, L., **Chung, W.K.** Biallelic Variants of ATP13A3 Cause Dose-Dependent Childhood-Onset Pulmonary Arterial Hypertension Characterized by Extreme Morbidity and Mortality. J Med Genet. 2021 Sep 7:jmedgenet-2021-107831. doi: 10.1136/jmedgenet-2021-107831. PMID: 34493544.

540.   Ma, S., Dalgleish, J., Lee, J., Wang, C., Liu, L., Gill, R., Buxbaum, J.D., **Chung, W.K.**, Ashard, H., Silverman, E.K., Cho, M.H., He, Z., Ionita-Laza. I. Powerful Gene-Based Testing by Integrating Long-Range Chromatin Interactions and Knockoff Genotypes. PNAS. 2021 Nov 23;118(47):e2105191118. doi: 10.1073/pnas.2105191118. PMID: 34799441. PMCID: PMC8617518.

541.   Ware, S.M., Bhatnagar, S., Dexheimer, P.J., Wilkinson, J.D., Scridhar, A., <u>Fan, X</u>., Shen, Y., Tariq, M., Schubert, J.A., Colan, S.D., Shi, L., Canter, C.E., Hsu, D., Bansel, N., Webber, S.A., Everitt, M.D., Kantor, P.F., Rossano, J.W., Pahl, E., Rusconi, P., <u>Lee, T.M</u>., Towbin, J.A., Lal, A.K., **Chung, W.K.**, Miller, E.M., Aronow, B., Martin, L.J., Lipshultz, S.E. The Genetic Architecture of Pediatric Cardiomyopathy. Am J Hum Genet. 2022 Jan 10:S0002-9297(21)00461-4. doi: 10.1016/j.ajhg.2021.12.006. PMID: 3502614.

542.   Miller, D.T., Lee, K., Gordon, A.S., Amendola, L.M., Adelman, K., Bale, S., **Chung, W.K.,** Gollob, M.H., Harrison, S.M., Herman, G.H., Hershberger, R.E., Klein, T.E., McKelvey, K., Richards, C.S., Vlangos, C.N., Stewart, D.R., Watson, M.S., Martin, C.L., ACMG Secondary Findings Working Group. Recommendations for reporting of secondary findings in clinical exome and genome sequencing, 2020 updated: a policy statement of the American College of Medical Genetics and Genomics (ACMG). Genet Med. 2021 Aug;23(8):1391-1398. doi: 10.1038/s41436-021-01171-4. PMID: 34012069.

543.   Kehm, R., MacInnis, R. J., John, E.M., John, E.M., Liao, Y., Kurian, A.W., Genkinger, J.M., Knight, J.A., Colonna, S.V., **Chung, W.K.,** Milne, R., Zeinomar, N., Dite, G.S., Southey, M.C., Giles, G.S., Mclachlan, A., Whitaker, K.D., Friedlander, M.L., Weideman, P.C., Glendon, G., Nesci, S., Phillips, K., Andrulis, I.L., Buys, S.S., Daly, M.B., Hopper, J.L., Terry, M.B. Recreational Physical Activity and Outcomes After Breast Cancer Diagnosis in Women at High Familial Risk. JNCI Cancer Spectr. 2021 Dec 8;5(6):pkab090. doi: 10.1093/jncics/pkab090. PMID: 34950851. PMCID: PMC8692829.

544.   Voisin, N., Schnur, R. E., Douzgou, S., Hiatt, S. M., Rustad, C.F., , Brown, N.J., Earl, D.L., Keren, B., Levchenko, O., Geuer, S., Verheyen, S., Johnson, D., Zarate, Y.A., Hančárová, M., Amor, D Bebin, E.M., Blatterer, J., Brusco, A., Cappuccio, G., Charrow, J.,Chatron, N., Cooper, G.M., Courtin, T., Dadali, E., Delafontaine, J., Giudice, E.D., Doco, M., Douglas, G., Eisenkölb, A., Funari, T., Giannuzzi, G., Sedlmayr, U.G., Guex, N., Heron, D., Holla, O.L., Hurst, A.C.E., Juusola, J., Kronn, D., Lavrov, A., Lee, C., Lorrain, S., Merckoll, E., Mikhaleva, A., Norman, J., Pradervand, S., Prchalová, D., Rhodes, L., Sanders, V.R., Sedláček, Z., Seebacher, H.A., Sellars, E.A., Sirchia, F., Takenouchi, T., Tanaka, A.J., Tench, H.T., Tønne, E., Tveten, K., Vitiello, G., Vlčková, M., Uehara, T., Nava, C., Yalcin, B., Kosaki, K., Donnai, D., Mundlos, S., Pierri, N.B., **Chung, W.K.,** Reymond, A. Variants in the Degron of AFF3 are Associated with Intellectual Disability, Mesomelic Dysplasia, Horseshoe Kidney and Epileptic Encephalopathy, AM J Hum Genet. 108(5):857-873, 2021. doi: 10.1016/j.ajhg.2021.04.001. PMID: 33961779.

545.   Acharya, A., <u>Kavus, H</u>., Dunn,P., Nasir, A., Folk, L., Withrow, K., Wentzensen, I.M., Ruzhnikov, M.R.Z., Fallot, C., Smol, T., Rama, M., Brown, K., Whalen, S., Ziegler, A., Barth, M., Chassevent, A., Hicks, C.S., Afenjar, A., Courtin, T., Heide, S., Montgomery, E.F., Heid, C., Hamm, J.A., Love, D., Thabet, F., Misra, V. K., Cunningham, M., Leal,

S.M., Järvelä, I., Normand, E.A., Zou, F., Helal, M.,  Keren, B., Torti, E., **Chung, W.K.,** Schrauwen, I.  Delineating the Genotypic and Phenotypic Spectrum of HECW2-Related Neurodevelopmental Disorders. J Med Genet. 2021 July 28:jmedgenet-2021-107871. doi: 10.1136/jmedgenet-2021-107871. PMID: 34321324.

546.    Schnur, R. E., Yousaf, S., Liu, J., **Chung, W. K.**, Rhodes, L., Marble, M., Zambrano,R., Jayakar, P., Pierpont, M.E.,  Schultz, M. J., Pichurin, P.N., Olson, R.J., Graham, G.E., Osmond, M., Garcia, G.A.C, Neira, K.A.C., Mantilla, C.A.P., Flage, M., Kuppa, S., Navarro, K., Sacoto, M.J.G., Wentzensen I., Scarano, M.I., Juusola, J., Prada, C.E., Hufnagel, R.B. UBA2 Variants Underlie a Recognizable Syndrome with Variable Aplasia Cutis Congenita and Ectrodactyly. Genet Med. 2021 Sep;23(9):1624-1635. doi: 10.1038/s41436-021-01182-1. PMID: 34040189.

547.    Glazer, A.M., Davogustto, G., Shaffer, C.M., Vanoye, C. G., Desai, R.R., Farber-Eger, E., Dikilitas, O., Shang, N., Pacheco, J.A., Yang, T., Muhammed, A., Mosley J. D., Driest, S. L. V., Wells, Q.S., Rinke, L.L., Kalash, O. R., Wada, Y., Bland, S., Yoneida,.Z., Mitchell, D.W., Kroncke, B., Kullo, I.J., Schaid, D., Namjou, B., Alsaied, T., Singh, R., Singhal, A., Liu, C.W.,  Jarvik, G.P., Gordon, A.S., Larson, E.B., Manolio, T. A., Mirshahi, T., Luo, J. Z., Weng, C., Hripcsak, G., Ralston, J., Mcnally, E.M., **Chung, W.K.,** Carell, D. S., Leppig, K. A., Hakonarson, H., Sleiman, P., Sohn, S., Glessner, J., the eMERGE Network, Denny, J., Wei, W.Q., George, A.L. J., Shoemaker, B. M., Roden, D. M. Arrhythmia Variant Associations and Reclassifications in the eMERGE-III Sequencing Study. Circulation. 2021 Dec 21. doi: 10.1161/CIRCULATIONAHA.121.055562. PMID: 34930020.

548.    Ye, Z., Li, S., Dite, G.S., Nguyen, T.L., MacInnis, R.J., Andrulis, I.L., Buys, S.S., Daly, M.B., John, E.M., Kurian, A.W., Genkinger, J.M., **Chung, W.K.,** Phillips, K.A., Cunningham, K., Foundation Consortium For Research Into Familial Breast Cancer, Winship, I.M., Milne, R.L., Dugué, P.A., Southey, M.C., Giles, G.G., Terry, M.B., Hopper, J.L. Weight is more informative than body mass index for predicting breast cancer risk: Prospective Family Study Cohort (ProF-SC). Cancer Prevention Research. 2021. doi: 10.1158/1940-6207.CAPR-21-0164 PMID 34965921.

549.    *Kowanda, M., Cartner, L., Kentros, C., Geltzeiler, A.R., Singer, K.E., Weaver, W.C., Lehman, C.D., Smith, S., Smith, R.S., Walsh, L.K., Diehl, K., Nagpal, N., Brooks, E., Mebane, C.M., Wilson, A.L., Marvin, A.R., White, L.C., Law, J.K., Jensen, W., Daniels, A.M., Tjernagel, J., Snyder, L.G., Taylor, C.M., **Chung W.K.** Availability of Services and Caregiver Burden: Supporting Individuals With Neurogenetic Conditions During the COVID-19 Pandemic. J Child Neurol. April 8, 2021. doi: 10.1177/08830738211001209. PMID: 33829918.

550.    *Zhu, N., Swietlik, E.M., Welch, C.L., Pauciulo, M. W., Hagen, J.J., Zhou, X. Guo, Y., Karten J., Pandya, D., Tilly, T., Lutz, K., Rosenzweig, E.B., Krishnan, U., Coleman, A.W., Juaregui, C.G., Lawire, A., Trembath R. C., Wilkins, M. R., Morrell, N., Shen, y., Graf, Nicols, W., **Chung, W.K.** Rare Variant Analysis Of 4,241 Pulmonary Arterial Hypertension Cases From An International Consortium Implicates FBLN2, PDGFD, And Rare De Novo Variants In PAH. Genome Med. 2021 May 10;13(1):80. doi: 10.1186/s13073-021-00891-1. PMID: 33971972. PMCID: PMC8112021.

551.    *Kahen, A., Kavus, H., Geltzeiler, A., Kentros, C., Taylor,C., Brooks, E., Greene, L.E., **Chung, W.K.** Neurodevelopmental Phenotypes Associated with Pathogenic Variants in SLC6A1. J Med Genet. 2021 May 18;jmedgenet-2021-107694. doi: 10.1136/jmedgenet-2021-107694. PMID: 34006619.

552.   **Chung, W.K.,** Brothers, K., Bradbury, A., Chanprasert, S., Orlando, L., Torkamani, A., Zierhut, H., Ritchie, M.D., Philips, M., Schoden, J., Maiese, D., Hendershot, T., Hamilton C. M., Ramos, E.M. Genomic Medicine Implementations Protocols in the PhenX Toolkit: Tools for Standardized Data Collection. Genet Med. 2021 May 10:1-6. doi: 10.1038/s41436-021-01183-0. PMID: 33972721. PMCID: PMC8108409.

553.   Dworschak, G.C., Punetha, J., Kalanithy, J.C., Mingardo, E., Erdem, H.B., Akdemir, Z.C. Karaca, E., Mitani, T., Marafi, D., Fatih, J.M., Jhangiani, S.N., Hunter, J.V., Dakal, T.C., Dhabhai, B., Dabbagh, O., Alsaif, H.S., Alkuraya, F.S., Maroofian, R., Houlden, H., Efthymiou, S., Dominik, N., Salpietro, V., Sultan, T., Haider, S., Bibi, F., Thiele, H., Hoefele, J., Riedhammer, K.M., Wagner, M., Guella, I., Demos, M., Keren, B., Buratti, J., Charles, P., Nava, C., Héron, D., Heide, S., Valkanas, E., Waddell, L.B., Jones, K.J., Oates, E.C., Cooper, S.T., MacArthur, D., Syrbe,S., Ziegler, A., Platzer, K., Okur, V., **Chung, W.K**., O'Shea, S.A., Alcalay, R., Fahn, S., Mark, P.R Guerrini, R., Vetro, A., Hudson, B., Schnur, R.E., Hoganson, G.E., Burton, J. E., McEntagart, M., Lindenberg, T., Yilmaz, O., Odermatt, B., Pehlivan, D., Posey, J. E., Lupski, J. R., Reutter, H. Biallelic and Monoallelic Variants in PLXNA1 Cause a Neurodevelopmental Disorder with Variable Cerebral and Eye Anomalies. Genet Med, 2021 May 3. doi: 10.1038/s41436-021-01196-9. PMID: 34054129. PMCID: PMCID: PMC8460429.

554.   Gillentine, M.A., Wang, T., Hoekzema, K., Rosenfeld, J., Liu, P., Guo, H., Kim, C.N., De Vries B.B.A., Vissers, L.E.L.M., Nordenskjold, M., Kvarnung, M., Lindstrand, A., Nordgren, A., Gecz, J., Iascone, M., Cereda, A., Scatigno, A., Maitz, S., Zanni, G., Bertini ,E., Zweier, C., Schuhmann, S., Wiesener, A., Pepper, M., Panjwani, H., Torti, E., Abid, F., Anselm, I., Srivastava, S., Atwal, P., Bacino, C.A., Bhat, G., Cobian, K., Bird, L.M., Friedman, J., Wright, M.S., Callewaert, B., Petit, F., Mathieu, S., Afenjar, A., Christensen, C.K., White, K.M., Elpeleg, O., Berger, I., Espineli, E.J., Fagerberg, C., Andersen, B.C., Hansen, L.K., Feyma, T., Hughes, S., Thiffault, I., Sullivan, B., Yan, S., Keller, K., Keren, B., Mignot, C., Kooy, F., Meuwissen, M., Basinger, A., Kukolich, M., Philips, M., Ortega, L., Borg, D. M., Lauridsen, M., Sorensen, K., Lehman, A.; CAUSES Study, Rangel, E.L., Levy, P., Lessel, D., Lotze, T., Khetarpal, S. M., Sebastian, J., Vento, J., Vats, D., Benman, L.M., Mckee, S., Mirzaa, G.M., Muss, C., Pappas, J., Peeters, H., Romano, C., Elia, M., Galesi, O., Simon, M.E.H., Gassen, K.L.I.V., Simpson, K., Stratton, R., Syed, S., Thevenon, J., Palafoll, I.V., Vitobello, A., Bournez, M., Faivre, L., Xia, K.; **SPARK Consortium**, Earl, R.K., Nowakowski, T., Bernier, R.A., Eichler, E.E. Rare Deleterious Mutations of HNRNP Genes Result in Shared Neurodevelopmental Disorders. Genome Med. 2021 Apr 19;13(1):63. doi: 10.1186/s13073-021-00870-6. PMID: 33874999. PMCID: PMC8056596.

555.   Stewart, L.A., Cloud, R.K., Gerall, C., Fan, W.,  Price, J.,  Hernan, R.R., Krishnan, U.S., Cheung, E.W., Middlesworth, W., Chaves, D.V., Miller, R., Simpson, L.L., **Chung, W.K.,** Duron, V. Extracorporeal Membrane Oxygenation (ECMO) and its Complications in Newborns with Congenital Diaphragmatic Hernia. J Pediatr Surg. 2022 Jan 7:S0022-3468(22)00006-9. doi:  10.1016/j.jpedsurg.2021.12.028. PMID: 35065805.

556.   Bain, J., Snyder, L.A.G., Helbig, K., Cooper, D. D., **Chung, W.K**, Goodspeed, K. Consistency of Parent Report SLC6A1 Data in Simons Searchlight with Provider-Based Publications. J Neurodev Disord. 2022 Jun 28;14(1):40. doi: 10.1186/s11689-022-09449-7. PMID: 35761184.

557.   *O'Shea, S.A., Hickman, R.A, Cortes, E., Vonsattel, J. P., Fahn, S., Okur, V., Alcalay, R.N., **Chung, W.K.** Neuropathological findings in a case of Parkinsonism and developmental

delay associated with a monoallelic variant in PLXNA1. Mov Disord. 2021 Aug 20. doi: 10.1002/mds.28756. PMID: 34415653.

558.  *Madison, G., Kavus, H., Vasquez, M. R.., Valenzuela, I., Larson, A., Reed, S., Bellus, G., Mignot, C., Munnich, A., Isidor, B., **Chung, W.K.** Neurodevelpmental Phenotypes in individuals with Pathogenic Variants in CHAMP1. Cold Spring Harb Mol Case Stud. 2021 Aug 2;7(4):a006092. PMID: 34021018 PMCID: PMC8327885.

559.  Zeng, C., Bastarache, L.A., Tao, R., Venner, E., Hebbring, S., Andujar, J.D., Bland, S., Crosslin, D. R., Pratap, S., Cooley, A., Pacheco, J.A., Zawatsky, B., Weng, C., Leppig, K.A., Sleiman, P.M.A., Hakonarson, H., Williams, M. S., Luo, Y., Jarvik, G.P., Green, R.C., **Chung, W.K,** Gharavi, A.G., Gibbs, R. A., Peterson, J.F., Roden, D.M., Wiesner, G.L., Denny, J.C. Associations of Pathogenic variants in Hereditary Cancer Genes with Multiple phenotypes: A Phenome-Wide Association Study. JAMA Onco. 2022 Apr 21. doi: 10.1001/jamaoncol.2022.0373. Online ahead of print. PMID: 3544637.

560.  Usmani, M.A., Ahmed, Z.M., Pamela, M., Pienkowski, V.M., Ramussen, K. J., Hernan, R., Rasheed, M., Shahzad, M., Lanpher, B.C., Niu, Zhiyv, N., Lim, F., Pippucci, T., Kraus, V., Matyszewska, K., Palombo, F., Kianmahd, J., Colao, E., Motazacker, M.M., Brigatti, K.W., Puffenberger, E.G., Jauregui, C.G., **Chung, W.K.,** Lee, H., Wagner, M., Schultz, M.J., Seri, M., Kievit, A., J.A., Perrotti, N., Wassink-Ruiter, J.S.K., Van Bokhoven, H., Riazuddin, S., Riazuddin, S. De Novo and Bi-allelic Variants in AP1G1 cause Neurodevelopmental disorder with developmental delay, intellectual Disability, and Epilepsy. Am J Hum Genet. 2021 Jun 3:S0002-9297(21)00191-9. doi: 10.1016/j.ajhg.2021.05.007. PMID: 34102099.

561.  Kumble, S., Levy, A.M., Punetha, J., Gao, H., Ah Mew, N., Yeboa, K.A., Benke, P., Bjerlund, L., Xavier, B.C., Cilberto, M., Cohen, J.S., Comi, A.M., Curry, C., Damaj, L., Denomme-Pichone, A. S., Emrick, L., Faivre, L., Fievet, A., Finkel, R.S., Minaur, S.G., Gerard, A., Puertas, P.G., Sacoto, M.J.G., Hoffman, T.L., Howard, L., Iglesias, A.D., Izumi, K., Larson, A., Leiber, A., Lozano, R., Alcade, I.M., Minz, C.S., Mullegaman, S.V., Moller, R.S., Odent, S., Opperman, H., Ostergaard, E., Miguez, M.P., Bralo, M.P., Parikh, S., Paulson, A.M., Platzer, K., Posey, J.E., Potocki, L., Politi, A.R., Rio, M., Ritter, A.L., Robinson, S., Rosenfield, J.A., Simarro, F.S., Sousa, S.B., Undiagnosed Diseases Network, Weber, M., Xie, Y., **Chung, W.K.,** Brown, N.J., Turner, Z. The clinical and molecular spectrum of QRICH1 associated neurodevelopmental disorder. Hum Mutat. 2022 Feb;43(2):266-282. doi: 10.1002/humu.24308. PMID: 34859529.

562.  *Boyle, L., Rao, L., Kaur, S., Fan, X., Mebane, C., Hamm, L., Thornton, A., Ahrendsen, J.T., Anderson, M.P., Christodolou, J., Gennerich, A., Shen, Y., **Chung, W.K.** Genotype and defects in microtubule-based motility correlate with clinical severity in KIF1A-associated neurological disorder. HGG Adv. 2021 Apr 8;2(2):100026. doi: 10.1016/j.xhgg.2021.100026. PMID: 33880452. PMCID: PMC8054982.

563.  *Okur, V., Hamm, L., Kavus, H., Mebane, C., Robinson, S., Levy, B., **Chung, W.K.,** Clinical and Genomic Characterization of 8p Cytogenomic Disorders. Genetics in Medicine. 2021 Jul 19. doi: 10.1038/s41436-021-01270-2. PMID: 34282301.

564.  Trisno, S.L., Higano, N.S., Kechele, D., Nasr, T., **Chung, W. K.,** Zorn, A.M., Woods, J.C., Wells, J.M., Kingma, P.S. Case Report: Esophageal bronchus in a neonate, with image, histological, and molecular analysis. Front. Pediatr. 2021 June doi: 10.3389/fped.2021.707822.

565.   Guimier, A., Achleitner, M., Moreau, A., Edwards, M., Pontual, L., Mirral, K., Dunn, K.E., Grove, M.E., Tysoe, C.J., Dimartino, C., Cameron, J., Kanthi, A., Shukla, A., Broek, F.V., Chatterjee, D., Alston, C. L., Brett, L., Till, J.A., Homfray, T., Spentzou, G., French, P., Elserafy, N., Lichkus, K., Sankaran, B.P., Kennedy, H.L., George, P.M., Kidd, A., Fisk, D.G., Koopmann, T.T., Rafiq, M.A., Merker, J.D., Parikh, S., Ahimaz. P., Weintraub, R.G., Ma, A.S., Turner, C., Ellaway, C., Phillips, L., Thorburn, D.R., **Chung, W.K.,** Kana, S.L., Faye-Peterson, O.M., Thompson, M.L., Mcleod, K., McGowan, R., McFarland, R., Girisha, K.M., Morris-Rosendahl, D.J., Hurst, A.C.E., Turner, C. L.S., Hamilton, R.M., Taylor, R.W., Bajolle, F., Gordon, C.T., Amiel, J., Mayr, J.A., Doudney, K. PPA2 –associated sudden cardiac death: extending the clinical and allelic spectrum in 20 new families. Genet Med. 2021 Aug 16. doi: 10.1038/s41436-021-01296-6. PMID: 3440813. PMCID: PMC8629752.

566.   Stephenson, S., Costain, G., Blok, L., Silk, M., Nguyen, T.B., Dong, X., Alhuzaimi, D., Dowling, J., Walker, S., Amburgey, K., Hayeems, Rodan, L., Schwartz, M., Picker, J., Lynch, S., Gupta, A., Rasmussen, K., Schimmenti, L., Klee, E., Niu, Z., Agre, K., Chung, I., **Chung, W.K.,** Reval-Politi, A., Billie Au, P.Y., Griffith, C., Racobaldo, M., Rass-Rothschild, A., Zeev, B., Barel, O., Moutton, S., Morice-Picard, F., Carmignac, V., Cornaton, J., Marle, N., Devinksy, O., Stimach, C., Weschler, S.B., Hainline, B., Sapp, K., Willems, M., Ange-Line, B., Dias, K.R., Evens, C.A., Roscioli, T., Sachdev, R., Temple, S., Zhu, Y., Baker, J., Scheffer, I., Gardiner, F., Schneider, A., Muir, A., Mefford, H., Crunk, A., Heise, E., Millan, F., Monaghan, K., Person, R., Rhodes, L., Richards, S., Wentzensen, I., Cogne, B., Isidor, B., Nizon, M., Vincent, M., Besnard, T., Piton, A., Marcelis, C., Kato, K., Koyama, N., Ogi, T., Goh, E., Richmond, C., Lim, Sze, Amor, D., Boyce, J., Morgan, A., Hildebr, M., Kaspi, A., Bahlo, M., Hall, E., Frioriksdottir, R., Katrinardottir, H., Sulem, P., Stefansson, K., Bijornsson, H., Mandelstam, S., Sadedin, S., Ascher, D., Schenck, A., White, S., Lockhart, P., Christodoulou, J., Tan, T. Germline variants in tumor suppressor FBXW7 lead to impaired ubiquitination and a novel neurodevelopmental syndrome. Am J Hum Genet. 2022 Apr 7;109(4):601-617. doi: 10.1016/j.ajhg.2022.03.002. PMID: 35395208.

567.   Modenato, C., Kumar, K., Moreau, C., Martin-Brevet, S., Huguet, G., Schramm, C., Jean-Luis, M., Martin, C.O., Younis, N., Tamer, P., Douard, E., Thebault-Dagher, F., Cote, V., Charlebois, A.R., Deguire, F., Malilard, A., Rodriguez-Herreros, B., Pain, A., Richetin, S., Melie-Garcia, L., Kushan, L., Silva, A., Van Den Bree, M., Linden, D.L., Owen, M.J., Hall, J., Lippe, S., Chakravarty, M., Bzdok, D., Bearden, C., Draganski, B., Jacquemont, S. Effects of eight neuropsychiatric copy number variants on human brain structure. Transl Pyschiatry. 2021 June 16. DOI: 10.1038/s41398-021-01490-9. PMID: 34285187 PMCID: PMC8292542.

568.   Morton, S., Pereira, A., Quiat, D., Richter, F., Kitaygorodsky, A., Hagen, J., Bernstein, D., Brueckner, M., Goldmuntz, E., Kim, R., Lifton, R., Porter, G., Tristani-Firouzi, M., **Chung, W.K.,** Roberts, A., Gelb, B., Shen, Y., Newburger, J., Seidman, J., Seidman, C. Genome-Wide de novo Variants in Congenital Heart Disease Are Not Associated with Maternal Diabetes or Obesity. Circ Genom Precis Med. 2022 Feb 7:CIRCGEN121003500. doi: 10.1161/CIRCGEN.121.003500. PMID: 35130025.

569.   McDonald, J.A., Cherubin, S., Goldberg, M., Wei, Y., **Chung, W.K.,** Schwartz, L.A., Knight, J.A., Schooling, C.M., Santella, R.M., Bradbury, A.R., Buys, S.S., Andrulis, I.L., John, E.M., Daly, M.B., Terry, M.B. Common Childhood Viruses and Pubertal Timing: The

Legacy Girls Study. Am J Epidemiol. 2021 May 4;190(5):766-778. doi: 10.1093/aje/kwaa240. PMID: 33392845.

570.    Zeevi, D.A., **Chung, W.K.,** Levi, C., Sholem, Scher, S.Y., Bringer, R., Kahan, Y., Muallem, H., Benel, R., Hirsch, Y., Ekstein, A., Ekstein, J. Recommendation of premarital genetic screening in the Syrian Jewish community based on mutation carrier frequencies within Syrian Jewish cohorts. Mol Genet Genomic Med. 2021 Jul 20:e1756. doi: 10.1002/mgg3.1756. PMID: 34288589.

571.    Wynn, J., Rasuouly, H.M., Loarte, T.V.. Saami, A.M., Weiss, R., Ziniel, S.I., Appelbaum, P.S., Clayton, E.W., Christensen, K.D., Fasel, D., Green, R.C., Hain, H.S., Harr, M., Hoell, C., Kullo, I. J., Lepping, K.A., Myers, M.F., Pacyna, J. E., Perez, E.F., Prows, C.A., Rahm, A.K., Campbell-Sallome, G., Sharp, R.R., Smith, M., Wiesner, G.L., Williams, J.L., Zawatsky, C.L.B., Gharavi, A.G., **Chung, W.K.,** Holm, I.A. Do Research Participants Share Genomic Screening Results With Family Members? J Genet Couns. 2021 Oct 19. doi: 10.1002/jgc4.1511. PMID: 34665896.

572.    Wilfert, A.B., Turner, T.N., Murali, S.C., Hsieh, P.H., Sulovari, A., Wang, T., Coe, B.P., Guo, H., Hoekzema, K., Bakken, T., Winterkorn, L.H., Evani, U. S., Bishop, M.B., Earl, R.K., Bernier, R.A., **SPARK Consortium**; Zody, M.C., Eichler, E. Recent ultra-rare inherited variants implicate new autism candidate risk genes. Nat Genet. 2021 Jul 26. doi: 10.1038/s41588-021-00899-8. PMID: 34312540.

573.    Coursimault, J., Guerrot, A.M., Morrow, M.M., Schramm, C., Zamor, F.M., SHammugham, A., Liu, S., Bilan, F., Le Guyader, G., Bruel, A.G., Faivre, L., Denomme-Pichon. A.S., Mau-Them, F.T., Tessarech. M., Colin, E., El Chehadeh, S., Gerard, B., Schaefer, E., Cogne, B., Isidor, B., Nizon, M., Doummar, D., Valence, S., Heron, D., Keren, B., Mignot, C., Coutton, C., Devillard, F., Alaix, A.S., Amiel, J., Colleaux, L., Munnich, S., Poirier, K., Rio, M., Rondeau, S., Barcia, G., Callewaert, B., Dheedene, A., Kumps, C., Vergult, S., Menten, B., **Chung, W.K.,** Rebecca, R., Larson, A., Nori, K., Stewart, S., Wheless, J., Kresge, C., Pletcher, B.A., Caumes, R., Smol, T., Sigaudy, S., Coubes, C., Helm, M., Smith, R., Morrison, J., Wheeler, P.G., Kritzer, A., Jouret, G., Afenjar, A., Olaso, R., Deleuze, J.F., Boland, A., Poitou, C., Frebourg, T., Houdayer, C., Saugier-Veber, P., Nicolas, G., Lecoquierre, F. MYT1L associated neurodevelopmental disorder: description of 40 new cases and literature review of clinical and molecular aspects. Hum Genet. 2021 Nov 8. doi: 10.1007/s00439-021-02383-z. PMID: 34748075.

574.    Liu, C., Zeinomar, N., **Chung, W.K.,** Kiryluk, K., Gharavi, A.G., Hripcsak, G., Crew, K.D., Shang, N., Khan, A., Fasel, D., Manolio, T.A., Jarvik, G.P., Rowley, R., Justice, A.E., Rahm, A.K., Fullerton, S.M., Smoller, J.W., Larson, E.B., Crane, P.K., Dikilitas, O., Wiesner, G.L., Bick. A.G., Terry, M.B., Weng, C. Generalizability of Polygenic Risk Scores for Breast Cancer Among Women With European, African and Latinx Ancestry. JAMA Network Open. 2021 Aug 2;4(8):e2119084. doi:10.1001/jamanetworkopen.2021.19084. PMID: 34347061.

575.    Cable, J., Purcell, R.H., Robinson, E., Vorstman, J.A.S., **Chung, W.K.,** Constantino, J.N., Sanders, S.J., Sahin, B.M., Thurm, A., Martin, C.L., Bearden, C.E., Mulle, J.G. Harnessing rare variants in neuropsychiatric and neurodevelopment disorders-a Keystone Symposia report. Ann N Y Acad Sci. 2021 Aug 2. doi: 10.1111/nyas.14658. PMID: 34342000. PMCID: PMC8688183.

576.    Richard, E., Bakhtiari, S., Marsh, A.P.L., Kaiyrzhanov, R., Wagner, M., Shetty, S., Pagnozzi, A., Nordlie, S.H., Guida, B.S., Cornejo, P., Magee, H., Liu, J., Norton, B.Y.,

Webster, R.I., Worgan, L., Christodoulou, J., Guo, Y., Jain, M., Blesson, A., Rodan, L.H., Abbott, M.A., Comi, A., Cohen, J.S., Alhaddad, B., Meitinger, T., Lenz, D., Ziegler, A., Kotzaeridou, U., Brunet, T., Chassevent, A., Smith-Hicks, C., Ekstein, J., Weiden, T., Hahn, A., Zharkinbekova, N., Sticht, H., Turpenny, P., Tucci, A., Yelton, M., Horvath, R., Gungor, S., Hiz, S., Oktay, Y., Lochmuller, H., Zollino, M., Morleo, M., Marangi, G., Nigro, V., Torella, A., Pinelli, M., Amenta, S., Hussain, R.A., Grossman, B., Rapp, M., Steen, C., Marquardt, I., Grimmel, M., Grasshoff, U., Korenke, C., Neidhardt, J., Owczarek-Lipska, M., Radio, F.C., Mancini, C., Sepulveda, D.J.C., Tartaglia, M., McWalter, K., Begtrup, A., Crunk, Sacato, M.J.G., Person, R., Punj, S., Schnur, R.E., Mancardi, M.M., Striano, P., Zara, F., **Chung, W.K.,** Marks, W.A., Damiano, V.S., Padilla-Lopez, S., Bilguvar, K., Muenchau, A., Ahmed, Z.M., Hufnagel, R.B., Maroofian, R., Houlden, H., Fahey, M.C., Mane, S.M., Rad, A., Vona, B., Jin, S.C., Haack, T.B., Hirsch, Y., Riazuddin, S., Kruer, M.. Biallelic variants in *SPATA5L1* lead to intellectual disability, spastic/dystonic cerebral palsy, epilepsy and hearing loss. Am J Hum Genet. 2021 Oct 7;108(10):2006-2016. doi: 10.1016/j.ajhg.2021.08.003. PMID: 34626583.

577.    *Qiao, L., Xu, L., Yu, L., Wynn, J., Hernan, R., Zhou, X., Karoleski, C.F., Krishnan, U.S., Khlevner, J., De, A., Zygmunt, A., Crombleholme, T., Lim, F.Y., Needelman, H., Cusick, R.A., Mychaliska, G.B., Warner, B.W., Wagner, A.J., Danko, M.E., Chung, D., Potoka, D., Kosinski, P., McCulley, D.J., Elfiky, M., Azarow, K., Fialkowski, E., Schindel, D., Soffer, S.Z., Lyon, J.B., Zalieckas, J.M., Vardarajan, B.N., Aspelund, G., Duron, V.P., High, F.A., Sun, X., Donahoe, P.K., Shen, Y., **Chung, W.K.** Rare and *de novo* variants in 827 congenital diaphragmatic hernia probands implicate *LONP1* as candidate risk gene. Am J Hum Genet. 2021 Sep 14:S0002-9297(21)00319-0. doi: 10.1016/j.ajhg.2021.08.011. PMID: 34547244.

578.    *Daum, H., Ganapathi, M., Hirsch, Y., Griffin, E., Leduc, C.A., Hagen, J., Yagel, S., Meiner, V., **Chung, W.K.,** Morshaked, H. Bi-allelic *PAGR1* variants are associated with microphaly and a severe neurodevelopmental disorder: genetic evidence from two families. Am J Med Genet A. 2021 Sep 29. doi: 10.1002/ajmg.a.62513. PMID: 34585832.

579.    Zhang C, Jolly A, Shayota BJ, Mazzeu JF, Du H, Dawood M, Soper PC, Ramalho de Lima A, Ferreira BM, Coban-Akdemir Z, White J, Shears D, Thomson FR, Douglas SL, Wainwright A, Bailey K, Wordsworth P, Oldridge M, Lester T, Calder AD, Dumic K, Banka S, Donnai D, Jhangiani SN, Potocki L, **Chung WK**, Mora S, Northrup H, Ashfaq M, Rosenfeld JA, Mason K, Pollack LC, McConkie-Rosell A, Kelly W, McDonald M, Hauser NS, Leahy P, Powell CM, Boy R, Honjo RS, Kok F, Martelli LR, Filho VO, Genomics England Research Consortium, Muzny DM, Gibbs RA, Posey JE, Liu P, Lupski JR, Sutton VR, Carvalho CMB. Novel pathogenic variants and quantitative phenotypic analyses of Robinow syndrome: WNT signaling perturbation and phenotypic variability. HGG Adv. 2021 Dec 3;3(1):100074. doi: 10.1016/j.xhgg.2021.100074. PMID: 35047859; PMCID: PMC8756549.

580.    *Fan, X., Wynn, J., Shang, N., Liu, C., Fedotov, A., Hallquist, M.L.G., Buchanan, A.H., Williams, M.S., Smith, M.E., Hoell, C., Rasmussen-Torvik, L.J., Peterson, J.F., Wiesner, G.L., Murad, A.M., Jarvik, G.P., Gordon, A.S., Rosenthal, E.A., Stanaway, IB., Crosslin, D.R., Larson, E.B., Henrikson, NB., Leppig, K.A., Henrikson, N.B., Williams, J.L., Li, R., Hebbring, S., Weng, C., Shen, Y., Crew, K.D., **Chung, W.K.** Penetrance of Breast Cancer Susceptibility Genes From the eMERGE III Network. JNCI Cancer Spectr. 2021 May 8;5(4):pkab044. doi: 10.1093/jncics/pkab044. eCollection 2021 Aug. PMID: 34377931.

581. Dareng, E.O., Tyrer, J.P., Barnes, D.R., Jones, M.R., Yang, X., Aben, K.K.H., Adenk, M.A., Agata,S., Andrulis, I.L., Culver, H.A., Antonenkova, N.N., Aravantinos, G., Arun, B.K., Augustinsson, A., Balmana, J., Bandera, E.V. Barkarfottir, R.B., Barrowdale, D., Beckmann, M.W., Fafeil, A.B., Benitez, A., Bermisheva, M., Bernardini, M.Q., Bjorge, L., Black, A., Bogdanova, N.V., Bonanni, B., Borg, A., Brenton, J.D., Budzilowska, A., Butzow, R., Buys, S.S., Cai, H., Caligo, M.A., Campbell, I., Cannioto, R., Cassingham, H., Chang-Claude, J., Chanock, S.J., Chen, K., Chiew, Y.K., **Chung, W.K.**, Clases, K.B.M., Colanna, S., GEMO STUDY COLLABORATORS, GC-HBOC study Collaborators, Cook, L.S., Couch, F. J., Daly, M.B., Dao, F., Davies, E.,De La Hoya. M., De Putter, R., Dennis, J., DePersia, A., Devilee, P., Diez, O., Ding, Y.C., Doherty, J.A., Domchek, S.M., Dirk, T., Du Bois, A., Durst, M., Eccles, D.M., Eliassen, H.A., Engel, C., Evans, D.G., Fasching, P. A., Flanagan, J.M., Foretova, L., Fortener, R.T., Friedman, E., Ganz, P.A., Garber, J., Gensini, F., Giles, G.G., Glendon, G., Godwin, A.K., Goodman, M.T., Greene, M.H., Gronwald, J., OPAL Study Group, AOCS Group, Hahnen, E., Haiman, C.A., Hakansson, N., Hamann, U., Hansen, T.V.O., Harris, H.R., Hartman, M., Heitz, F., Hildebrandt, M.A.T., Hogfall, C.K., Hopper, J.L., Huang, R.Y., Huff, C., Hulick, P.J., Huntsman, D.G., Imyanitov, E.N., KConFab Investigators, HEBON Investigators, Isaacs, C., Jakubowska, A., James, P., Janavivicius, R., Jensen, A., Johannsson, OT., John, E.M., Jones, M.E., Kang, D., Karlon, B.Y., Karnezis, A., Kelemen, L.E., Khusnutdinova, E., Kiemeney, L.A., Kim, B.G., Kjaer, S.K., Komenaka, I., Kupryjanzyk, J., Kurian, A.W., Kwong, A., Lambrechts, D., Larson, M.C., Lazaro, C., Le, N.D., Leslie, G., Lester, J., Lesueur, F., Levine, A.D., Li, L., Li, J., Loud, J.T., Lu, K.H., Lubinski, J., Machackova, E., Mai, P.L., Manoukian S., Marks, J.R., Matsuno, R. K., Matsuo, K., May, T., McGuffog, L., McLaughlin, J.R., McNeish, I.A., Mebirouk, N., Menon, U., Miller, A., Milne, R.L., Minlikeeva, A., Modugno, F., Moysich, K.B., Munro, E., Narod, S.A., Nathanson, K.L., Neuhausen, S. L., Nevanlinna, H., Yie, J.N.Y., Nielsen, H.R., Nikitina-Zake, L., Odunsi, K., Offit, K., Olah, E., Olbrecht, S., Olopade, O.I., Olson, S.H., Olsson, H., Osorio, A., Papi, L., Park, S.K., Parsons, M.T., Pathak, H., Pedersen, I.S., Peixoto, A., Pejovic, T., Perez-Segura, P., Permuth, J.B., Peshkin, B., Peterlongo, P., Piskorz, A., Prokogyeva, Radice, P., Rantala, J., Riggan, M.J., Risch, H.A., Rodriguez-Antono, C., Ross, E., Rossing, M.A., Runnebaum, I., Sandler, D. P., Santamarina, M., Schmutzler, R.K., Setiawan, V.W., Shan, K., Sieh, Simard, J., Singer, C.F., Sokolenko, A.P., Song, H., Southey, M.C., Steed, H., Stoppa-Lyonnet, D., Sutphen, R., Swerdlow, A.J., Tan, Y.Y., Teixeira, M.R., Teo, S.H., Terry, K.L., Terry, M.B., Thompson, P.J., Thomsen, L.C.V., Thull, D.L., Tischkowitz, M., Titus, L., Toland, A.E., Torres, D., Trabert, B., Travis, R., Tung, N., Tworoger, S.S., Valen, E., Van Altena, AM., Van Der Hout, A.H., Van, Nieuwenhuysen, E., Van Rensburg, E.J., Vega, A., Edwards, D.V., Vierkant, R.A., Wang, F., Wappenschmidt, B., Webb, C.R., Weitzel, J.N., Wentzensen, N., White, E., Whittemore, A.S., Winham, S.J., Wolk, A., Woo, Y.L., Wu, A.H., Yan, L., Yannoukakos, D., Zavaglia, K.M., Zheng, W., Ziogas, A., Zorn, K.K., Lawrenson, K., DeFazio, A., Sellers, T.A., Ramus, S. J., Pearce, C.L., Monteiro, A.N., Goode, E., Schildkraut, J.M., Berchuck, A., Trench, G.C., Gayether, S.A., Antoniou, A., Pharoah, P.D.P.Polygenic Risk Modelling for Prediction of Epithelial Ovarian Cancer Risk. Eur J Hum Genet. 2022 Jan 14. doi: 10.1038/s41431-021-00987-7. PMID: 35027648.

582. Hemnes, A.R., Lepold, J.A., Radeva, M.K., Beck, G.J., Abidov, A., Aldred, M.A., Barnard, J., Rosenweig, E.B., Borlaug, B.A., **Chung, W.K.,** Comhair, S.A.A., Desai, A.A., Dubrock, H.M., Erzurum, S.C., Finet, J.E., Frantz, R., Garcia, J.G.N., Geraci, M.W., Gray, M.P., Grunig, G., Hassoun, P.M., Highland, K.B., Hill, N.S., Hu, B., Kwon, D.H., Jacob, M.S., Jellis, C.L., Larive, A.B., Kempel, J.K., Maron, B.A., Mathai, S.C., McCarthy, K., Mehra,

R., Nawabit, R., Hewman, J.H., Olman, M.A., Park, M.M., Ramos, J.A., Renapukar, R.D., Rischard, F., Sherer, S.G., Tang, W. H.W., Thomas, J.D., Vanderpool, R.R.., Waxman, A.B., Wilcox, J.D., Yuan, J.X.J., Horn, E.M., PVDOMICS Study Group. Clinical Characteristics and Transplant-Free Survival Across the Spectrum of Pulmonary Vascular Disease. J Am Coll Cardiol. 2022 Aug 16:80(7):697-718. PMID: 3593136.

583. Hagas, S.B., **Chung, W.K.,** Cubano, L.A., Curry, T.B., Empey, P.E., Ginsburg, G.S., Mangold, K., Miyake, C.Y., Prakash, S.K., Ramsey, L.B., Rowley. R., Vitek, R.R., Skaar, T., Wynn, J., Manolio, T.A. Development of Competency-based Online Genomic Medicine Training (COGENT). Per Med. 2022 Nov 23. doi: 10.2217/pme-2022-0101. PMID: 36416152.

584. Elchehadeh, S.E., Han, K.A., Kim, D.K., Bakhatiri, S., Lim, D.O., Kim, H.Y., Kim, J., Kim, H., Wynn, J., **Chung, W.K.,** Vitello, G., Cutcutache, I., Page, M., Gecz, J., Harper, K., Han, A., Kim, H.M., Brouwer, A., Silfhout, A.V.V., Willems, M., Jaen, A.F., Selicorni, A., Maitz, S., Vanhoutee, E.K., Armstrong, M., Symonds, J., Kury, S., Isidor, B.,Cogne, B., Nizon, M., Muller, J., Kruer, M., Ko, J., Piton, A., Um, J.W. SLITRK2 variants associated with neurodevelopmental disorders impair excitatory synaptic function and cognition in mice. Nat Commun. 2022 Jul 15;13(1):4112. doi: 10.1038/s41467-022-31566-z. PMID: 35840571.

585. *Chang, S., Snyder, L.G., Shen, Y., **Chung, W.K.** Imputing cognitive impairment in SPARK, a large autism cohort. Autism Res. 2021 Oct 11. doi: 10.1002/aur.2622. PMID: 34636158.

586. Mo, A., Snyder, L.G., **Chung, W.K.,** Sahin, M., Srivastava, S. Neurodevelopmental profile of HIVEP2-related disorder. Dev Med Child Neurol. 2021 Oct 26. doi: 10.1111/dmcn.15100. PMID: 34704275.

587. *Hickman, R., O'Shea, S., Mehler, M., **Chung, W.K.** Neurogenetic disorders across the lifespan: aberrant development and degeneration. Nat Rev Neurol. 2022 Feb;18(2):117-124. doi: 10.1038/s41582-021-00595-5. PMID: 34987232.

588. Veenstra, D.L., Rowe, J.W., Pagan, J.A., Brown, H.S., Schneider, J.E., Gupta, A., Berger, S.M., **Chung, W.K.,** Appelbaum, P.S. Reimbursement for genetic variant reinterpretation: five questions payers should ask. Am J Manag Care. 2021 Oct 1;27(10):e336-e338. doi: 10.37765/ajmc.2021.88763. PMID: 34668674.

589. Chai, G., Szenker-Ravi, E., Chung,C., Li, Z., Khatoo M., Marshall, T., Jiang, N., Yang, X., McEvoy-Venneri, J., Stanley, V., Anzenberg, P., Lang, N., Wazny, V., Yu, J., Virshup, D.M., Nygaard, R., Mancia, F., Merdzanic, R., Torralles, MBP., Pitanga, P.M.L., Puri, R.D., Hernan, R., **Chung, W.K.,** Bertoli-Avella, A.M., Al-Sannaa, N., Zaki, M.S., Willert, K., Reversade, B., Gleeson, J.G. N Engl J Med. 2021 Sep 30;385(14):1292-1301. doi: 10.1056/NEJMoa2033911. PMID: 34587386.

590. Stevens, L., Colglazier, E., Parker, C., Amin, E., Nawaytou, H., Teitel, D., Reddy, V., Welch, C., **Chung, W.K.,** Fineman, J. Genetics Dictating Theraputic Decisions in Pediatric Pulmonary Hypertension? A Case Report Suggesting We Are Getting Closer. Pulm Circ. 2022 Jan 18;12(1):e12033. doi: 10.1002/pul2.12033. eCollection 2022 Jan. PMID: 35506084.

591. Khan, A., Turchin, M.C., Patki, A., Srinivasasainagendra, V., Shang, N., Nadukuru, R., Jones, A.C., Malolepsza, E., Dikilitas, O., Kullo, I.J., Schaid, D.J., Karlson, E., Ge, T., Meigs, J.B., Smoller, J.W., Lange, C., Crosslin, D.R., Jarvik, G., Bhatraju, P., Hellwege, J.N., Chandler, P., Torvik, L.R., Fedotov, A., Liu, C., Kachlulis, C., Lennon, N., Abul-Husn,

N. S., Cho, J.H., Lonita-laza, L., Gharavi, A.G., **Chung, W.K.,** Hripcsak, G., Weng, C., Nadkarni, G., Irvin, M.R., Tiwari, H.K., Kenny, E.E., Limdi, N.A., Kiryluk, K. Genome-wide polygenic score to predict chronic kidney disease across ancestries. Nat Med. 2022 Jun 16. doi: 10.1038/s41591-022-01869-1. PMID: 35710995.

592.    Salazar, R., Beenders, S., LaMarca, N.M., Thornburg, O., Thompson, L.R., Snow, A., Goldman, S., **Chung, W.K.,** Bain, J.M. Cross-sectional, quantitative analysis of motor function in females with HNRNPH2- related disorder. Research in Developmental Disablities. 2021 Dec;119:104110. doi:10.1016/j.ridd.2021.104110. PMID: 3479411.

593.    Zhang, C., Jolly, A., Shayota, B.J., Mazzeu, J.F., Du, H., Dawood, M., Soper, P.C., De Lima, A.R., Ferriera, B.M., Akdemir, Z.C., White, J., Shears, D., Thomson, F.R., Douglas, S.L., Wainwright, A., Bailey, K., Wordsworth, P., Oldridge, M., Lester, T., Calder, A., Dumic, K., Banka, S., Donnai, D., Jhangiani, S.N., Potocki, L., **Chung, W.K.,** Mora, S., Northrup, H., Ashfaq, M., Rosenfeld, J.A., Mason, K., Pollack, L.C., Rosell, A.M., Kelley, W., Mcdonald, M., Hauser, N.S., Leahy, P., Powell, C.M., Boy, R., Honjo, R.S., Kok, F., Martelli, L.R., Filho, V.O., Muzny, D.M., Gibbs, R.A., Posey, J.E., Liu, P., Lupski, J.R., Sutton, R., Carvalho, C.M.B. Novel pathogenic variants and quantitative phenotypic analyses of Robinow syndrome: WNT signaling perturbation and phenotypic variability. HGG Adv. 2021 Dec 3;3(1):100074. doi: 10.1016/j.xhgg.2021.100074. PMID: 35052493. PMCID: PMC8756549.

594.    COVID-19 Host Genetics Initiative. Mapping the human genetic architecture of COVID-19. Nature. 2021 Dec;600(7889):472-477. PMID: 34237774. PMCID: PMC8674144.

595.    Baker, B.H., Zhang, S., Simon, J.M., McLarnan, S.M., **Chung, W.K.,** Pearson, B.L. Environmental carcinogens disproportionly mutate genes implicated in neurodevelopmental disorders. Frontiers in Neuroscience. In review. March 1, 2023.

596.    Lee, J., Chen, Z., Sun, Y., Rogers, J.R., Liu, C., **Chung, W.K.,** Weng, C. Deep Learning for Rare Diseases: A Scoping Review. NPJ. Digital Medicine. J Biomed Inform. 2022 Oct 15:104227. doi: 10.1016/j.jbi.2022.104227. PMID: 36257483.

597.    Zenilman, A., Fan, W., Hernan, R., Wynn, J., Abramov, A., Karoleski, C.F., Aspelund, G., Krishnan, U., Khlevner, J., Azarow, Crombleholme, T., Cusick, R.., Chung, D., Danko, M., Potoka, D., Lim, F.Y., McCulley, D., Mychaliska, G., Schindel, D., Soffer, S., Wagner, A., Warner, B., **Chung, W.K.,** Duron, V. Being Small for Gestational Age is Not an Independent Risk Factor for Mortality in Neonates with Congenital Diaphragmatics Hernia. J Perinatol. 2022 Apr 21. doi: 10.1038/s41372-022-01326-4. PMID: 35449444.

598.    Nagy, D., Verheyen, S., Wigby, K.M., Borovikov, A., Slegesky, V., Larson, A., Fagerberg, C., Brasch-Andersen, C., Kibaek, M., Bader, I., Hernan, R., High, F.A., **Chung, W.K.,** Schieving, J.H., Behunova, J., Smogavec, M., Laccone, F., Witsch-Baumgartner, M., Zobel, J., Duba, H.C., Weis, D. Genes (Basel). 2022 Jan 15;13(1):154. doi: 10.3390/genes13010154. PMID: 35052493.

599.    Tirado-Class, N., Hathaway, C., **Chung, W.K.,** Dungrawala, H. PHIP variants associated with Chung-Jansen syndrome disrupt replication fork stability and genome integrity. Cold Spring Harb Mol Case Stud. 2022 Jul 21:mcs.a006212. doi: 10.1101/mcs.a006212. PMID: 35863899.

600.    Lu, S., Hernan, Marcogliese, P.C., Huang, Y., Gertler, T.S., Akcaboy, M., Liu, S., Chung, H.L., Pan, X., Sun, X., Oguz, M., Oztoprak, U., De Baaij, J.H.F., Ivanisevic, I., McGinnis, E., Sacato, M.J.G., **Chung, W.K,** Bellen, H.J. Loss of function variants in TIAM1 are

associated with developmental delay, intellectual disability and seizures. Am J Hum Genet. 2022 Feb 25:S0002-9297(22)00051-9. doi: 10.1016/j.ajhg.2022.01.020. PMID: 35240055.

601.  Leppig, K., Rahm, A.K., Appelbaum, P., Aufox, S., Bland, S.T., Buchanan, A., Christensen, K.D., **Chung, W.K.,** Clayton, E.W., Crosslin, D., Denny, J., De Vange, S., Gordon, A., Green, R.C., Hakonarson, H., Harr, M.H., Henrikson, N., Hoell, C., Holm, I.A., Kullo, I.J., Jarvik, G.P., Lammers. P.E., Larson E.B., Lindor, N.M., Marasa, M., Myers, M.F., Perez, E., Peterson, J.F., Pratap, S., Prows, C.A., Ralston, J., Rasouly, H.M., Roden, D., Sharp, R.R., Singh, R., Shaibi, G., Smith, M.E., Sturm, A., Thiese, H., Van Driest, S.L., Williams, J., Williams, M.S., Wynn, J., Zawatsky, C.L.B., Wiesner, G.L. The Reckoning: The Return of Genomic Results to 1,444 Participants Across the eMERGE3 Network. Genet Med. 2022 Feb 22:S1098-3600(22)00031-4. doi: 10.1016/j.gim.2022.01.015. PMID: 35216901.

602.  Li, S., Silvestri, V., Leslie G., Rebbeck, T.R., Neuhausen, S.L., Hopper, J.L., Nielsen, H.R., Lee, A., Yang, X., McGuffog, L., Parson, M, T, Andrulis, I.L., Arnold, N., Belotti, M., Borg, A., Buecher, B., Buys, S.S., Caputo, S.M., **Chung, W.K.,** Colas, C., Colonna, S.V., Cook, J., Daly, M.B., de la Hoya, M., de Pauw, A., Delhomelle, H., Eason, J., Engel, C., Evans, D.G., Faust, U., Fehm, T.N., Fostira, F., Fountzilas, G., Frone, M., Garcia-Barberan, V., Garre, P., Gauthier-Villars, M., Gehrig, A., Glendon, G., Goldgar, D.E., Golmard ,L., Greene, M.H., Hahnen, E., Hamann, U., Hanson, H., Hassan, T., Hentschel, J., Horvath, J., Izatt, L., Janavicius, R., Jiao, Y., John, E.M., Karlan, B.Y., Kim, S.W., Konstantopoulou, I., Kwong, A., Laugé, A., Lee, J.W., Lesueur, F., Mebirouk, N., Meindl, A., Mouret-Fourme, E., Musgrave, H., Ngeow Yuen Yie, J., Niederacher, D., Park, S.K., Pedersen, I.S., Ramser, J., Ramus, S.J., Rantala, J., Rashid, M.U., Reichl, F., Ritter, J., Rump, A., Santamariña, M., Saule, C., Schmidt, G., Schmutzler, R.K., Senter, L., Shariff, S., Singer, C.F., Southey, M.C., Stoppa-Lyonnet, D., Sutter, C., Tan, Y., Teo, S.H., Terry, M.B., Thomassen, M., Tischkowitz, M., Toland, A.E., Torres, D., Vega, A., Wagner, S.A., Wang-Gohrke, S., Wappenschmidt, B., Weber, B.H.F., Yannoukakos, D., Spurdle, A.B., Easton, D.F., Chenevix-Trench G., Ottini, L., Antoniou, A.C. Cancer Risks Associated with BRCA1 and BRCA2 Pathogenic Variants. J Clin Oncol. 2022 Jan 25:JCO2102112. doi: 10.1200/JCO.21.02112. PMID: 35077220.

603.  Almannai, M., Marafi, D., Abdel-Salem, G., Zaki, M., Duan, R., Calame, D., Herman, I., Levesque, F., Elbendary, H., Hegazy, I., **Chung, W.K.,** Kavus, H., Saeidi, K., Maroofian, R., Alhashim, A., Al-Otaibi, A., Almadhi, A., Aboalseood, H., Alasmari, A., Houlden, H., Gleeson, J., Hunter, J., Posey, J., Lupski, J.R., El-Hattab, A.W. El-Hattab- Alkurarya Syndrome caused by biallelic WDR45B pathogenic variants: further delineation of the phenotype and genotype. Clin Genet. 2022 Mar 23. doi: 10.1111/cge.14132. PMID: 35322404.

604.  *Welch, C., **Chung, W.K.** Channelopathy Genes in Pulmonary Arterial Hypertension. Biomolecules. 2022 Feb 7;12(2):265. doi: 10.3390/biom12020265. PMID: 35204766. PMCID: PMC8961593.

605.  Pfledderer, C.D., Gren, L.H., Frost, C.J., Andrulis, I.L., **Chung, W.K.,** Genkinger, J., Glendon, G., Hopper, J.L., John, E.M., Southey, M., Terry. M.B., Daly, M.B. Women's thoughts on receiving and sharing genetics information: Considerations for genetic counseling. J Genet Couns. 2022 Jul 6. doi: 10.1002/jgc4.1599. PMID: 35794807.

606.  Houghton, L.C., Wei, Y., Wang, T., Goldberg, M., Paniagua-Avila, A., Sweeden, R.L., Bradbury, A., Daly, M., Schwartz, L.A., Keegan, T., John, E.M., Knight, J.A., Andrulis, I.L.,

Buys, S.S., Frost, C.J., O'Toole, K., White, M.L., **Chung, W.K.,** Terry, M.B. Body mass index rebound and pubertal timing in girls with and without a family history of breast cancer: the LEGACY girls study. Int J Epidemiol. 2022 Feb 14:dyac021. doi: 10.1093/ije/dyac021. PMID: 35157067.

607.   Rabin, R., Hirsch, Y., **Chung, W.K.,** Ekstein, J., Booth, K.T., Pappas, J. Expanding the Phenotypic Spectrum of COLEC10-Related 3MC Syndrome: A Glimpse into COLEC10-Related 3MC Syndrome in the Ashkenazi Jewish Population. The American Journal of Medical Genetics. Am J Med Genet A. 2022 Aug 9. doi: 10.1002/ajmg.a.62943. PMID: 35943032.

608.   Le Ribeuz, H., Masson, B., Capuano, V., Dutheil, M., Gooroochurn, H., Boet, A., Ghigna, M.R., Montpreville, De. V., Girerd, B., Lambert, M., Mercier, O., **Chung, W.K.,** Humbert, M., Montani, D., Antigny, F. SUR1 as a New Thereaputic Target for Pulmonary Arterial Hypertension. Am J Respir Cell Mol Biol. 2022 Feb 17. doi: 10.1165/rcmb.2021-0180OC. PMID: 35175177.

609.   Nagy, D., Verheyen, S., Wigby, K.M., Borovikov, A., Sharkov, A., Slegesky, V., Larson, A., Fagerberg, C., Brash-Andersen, C., Kibaek, M., Bader, I., Hernan, R., High, F.A., **Chung, W.K.,** Schieving J.H., Behunova, J., Smogavec, M., Laccone, F., Witsch-Baumgartner, M., Zobel, J., Duba, H.C., Weis, D. Genotype-Phenotype Comparison in POGZ-Related Neurodevelopmental Disorders by Using Clinical Scoring. Genes (Basel). 2022 Jan 15;13(1):154. doi: 10.3390/genes13010154. PMID: 35052493.

610.   *Fenster, R., Zieglar, A., Kentros, C., Geltzeiler, A., Green-Snyder, L.A., Brooks, E., **Chung, W.K.** Characterization of phenotypic range DYRK1A haploinsufficiency syndrome using standardized behavioral measures. Am J Med Genet A. 2022 Mar 14. doi: 10.1002/ajmg.a.62721.  PMID: 35285131.

611.   Wynn, J., Tavakoli, N.P., Armstrong, N., Gomez, J.T., Koval, C., Lai, C.W., Tang, S., Prince, A.K.Q., Quevedo, Y.G., Rufino, K., Morales, L.M.P., Pena, A., Grossman, S., Monfiletto, M.R., Ruda, E., Jimenez, V.L., Verdade, L., Jones, A.S., Barriga, M.G., Karan, N., Puma, A., Sarker, S., Chin, S., Duarte, K.P., Tegay, D., Bacchus, I.I., Julooru, R., Maloney, B., Park, S., Saami, A.M., Cohen, L.L., Shapiro, N., Caggna, M., **Chung, W.K.,** Gruber, D. Improving recruitment for a newborn screening pilot study with adaptations in response to the COVID-19 pandemic. Int J Neonatal Screen. 2022 Mar 22;8(2):23. doi: 10.3390/ijns8020023. PMID: 35466194.

612.   Raad, S., David, A., **Chung, W.K.,** Faure, C. Generation of three induced pluripotent stem cells lines from patients with esophageal atresia/tracheoesophageal fistula type C. Stem Cell Res. 2022 Feb 18;60:102711. doi: 10.1016/j.scr.2022.102711. PMID: 35193008.

613.   Wilcox, J.A.L., Geiger, J.T., Morton, S.U., McKean, D., Quiat, D., Gorham, J.M., Tai, A.C., DelPalma, S., Bernstein, D., Brueckner, M., **Chung, W.K.,** Giardini, A., Goldmuntz, E., Kaltman, J.R., Kim, R., Newburger, J.W., Shen, Y., Srivastava, D., Firouzi, M.T., Gelb, B., Porter, G.A., Seidman, J.G., Seidman, C.E. Neither cardiac mitochondrial DNA variation or copy number contribute to congenital heart disease risk. Am J Hum Genet. 2022 Apr 7;S0002-9297(22)00107-0. doi: 10.1016/j.ajhg.2022.3.011. PMID: 35397206.

614.   O'Grady, L., Vergano, S., Hoffman, T., Sarco, D., Cherney, S., Bryant, E., Rogers, L.S., **Chung, W.K.,** Sacharow, S., Immken, L., Holder, S., Yusupov, R., Lecoquirre, Guerrott, A.M., Rodan, L., Vries, B.D., Simarro, F.S., Bralo, M.P., Brown, N., Ferrer, A., Person, R., Begtrup, A., Ramey, J.K., Sim, T.S., Schnur, R.E., Sweetser, D.A. Heterozygous variants in

PRPF8 are associated with neurodevelopmental disorders. Am J Med Genet A. 2022 May 11. doi: 10.1002/ajmg.a.62772. PMID: 35543142.

615.    Miller, D.T., Lee, K., Hsun, N.S.A., Amendola, L.M., Brothers, K., **Chung, W.K**, Gollob, M.H., Gordon, A.S., Harrison, S.M., Hershberger, R.A., Klein, T.E., McKelvey, K., Richards, C.S., Stewart, D.R., Martin, C.L., ACMG Secondary Findings Working Group. ACMG SF v3.0 list for reporting of secondary findings in clinical exome and genome sequencing: A policy statement of the American College of Medical Genetics and Genomics (ACMG). Genet Med. 2021 Aug;23(8):1381-1390. doi: 10.1038/s41436-021-01172-3. PMID: 34012068.

616.    Oussalah, A., Siblimi, Y., Hergalant, S., Chery, C., Rouyer, P., Cavicchi, C., Guerrini, R., Morange, P.E., Tregouet, D., Pupavac, M., Watkins, D., Bareke, E., **Chung, W.K.,** Ficicioglu, C., Feillet, F., Froese, S., Baumgartner, M.R., Benoist, J.F., Majewski, J., Morrone, A., Rosenblatt, D.S., Gueant, J.L. Epimutations in both TESK2 and MMACHC promotors in the Epi-cblC inherited disorder of intracellular metabolism of vitamin B12. Clin Epigenetics. 2022 Apr 19;14(1):52. doi: 10.1186/s13148-022-0127-1. PMID: 35440018.

617.    Burke, W., Parens, E., **Chung, W.K.,** Berger, S.M., Applebaum, P.S. The Challenge of Genetic Variants of Uncertain Clinical Significance: A Narrative Review. Ann Intern Med. 2022 Apr 19. doi: 10.7326/M21-4109. PMID: 35436152.

618.    Zeng, C., Bastarache, L.A., Tao, R., Venner, E., Hebbring, S., Andujar, J.D., Bland, S.T., Crosslin, D.R., Pratap, S., Cooley, A., Pacheco, J.A., Christensen, K.D., Perez, E., Zawatsky, C.L.B., Witkowski, L., Zouk, H., Weng, C., Leppig, K.A., Sleiman, P.M.A., Hakonarson, H., Williams, M.S., Luo, Y., Jarvik, G.P., Green, R.C., **Chung, W.K.,** Gharavi, A.G., Lennon, N.J., Rehm, H.L., Gibbs, R.A., Peterson, J.F., Roden, D.M., Wiesner, G.L., Denny, J.C. JAMA Oncol. 2022 Apr 21. doi: 10.1001/jamaoncol.2022.0373. PMID: 35446370.

619.    *Kernie, C., Wynn, J., Rosenbaum, A., De Voest, J., Galloway, S., Giordano, J., Stover, S., Westerfield, L., Gilmore, K., Wapner, R.J., Van den Veyber, I.B., Vora, N.L., Clifton, R.G., Caughey, A.B., **Chung, W.K.** Information is power: The experiences, attitudes and needs of the individiuals who chose to have prenatal genomic sequencing for fetal anomalies. Prenatal Diagn. 2022 Apr 27. doi: 10.1002/pd.6153. PMID: 35476893.

620.    Kukafka, R., Pan, S., Silverman, T., Zhang, T., **Chung, W.K.,** Terry, M.B., Fleck, E., Younge, R.G., Trivedi, M.S., McGuinness, J.E., He, T., Dimond, J., Crew, K.D. Patient and Clinician Decision Support to Increase Genetic Counseling for Hereditary Breast and Ovarion Cancer Syndrome in Primary Care: A Cluster Randomized Clinical Trial. JAMA Netw Open. 2022;5(7):e2222092. doi:10.1001/jamanetworkopen.2022.22092. PMID: 35849397.

621.    Goldberg, M., McDonald, J.A., Houghton, L.C., Andrulis, I.L., Knight, J.A., Bradbury, A.R., Schwartz, L.A., Buys, S.S., Frost, C.J., Daly, M.B., John, E.M., Keegan, T.H.M., **Chung W.K.,** Wei, Y., Terry, M.B. Maternal and prenatal factors and age at thelarche in the LEGACY Girls Study cohort: implications for breast cancer risk. Int J Epidemiol. 2022 May 25,. doi: 10.1093/ije/dyac108. PMID: 35613015.

622.    *Ganapathi, M., Friocourt, G., Gueguen, N., Friederich, M.W., Le Gac, G., Okur, V., Loaec, N., Ludwig, T., Ka, C., Tanji, K., Marcorelles, P., Theodorou, E., Dipple, A.L., Voisset, C., Walker, M.A., Briere, L.C., Bourhis, A., Blondel, M., Leduc, C., Hagen, J., Cooper, C., Muraresku, C., Ferec, C., Garenne, A., Soquet, S.S., Rogers, C.A., Shen, Y., Strode, D.K.,

Bizargity, P., Iglesias, A., Goldstein, A., High, F.A., Sweetser, D.A., Ganetzky, R., Hove, J.LK.V., Procaccio, V., Le Marechal, C., **Chung, W.K.** A homozygous splice variant in ATP5PO, disrupts mitochondrial complex V function and causes Leigh syndrome in two unrelated families. J Inherit Metab Dis. 2022 May 27. doi: 10.1002/jimd.12526. PMID: 35621276.

623.  *Applebaum, P.S., Burke, W., Parens, E., Zeevi, D., Arbour, L., Garrison, N., Bonham, V.L., **Chung, W.K.** Is There A Way to Reduce the Inequities in Variant Interpretation on the basis of ancestry? Am J Hum Genet. 2022 Jun 2;109(6):981-988. doi: 10.1016/j.ajhg.2022.04.012. PMID: 35659933.

624.  Kury, S., Zhang, J., Besnard, T., Caro-Llopis, A., Zeng, X., Robert, S.M., Josiah, S.S., Kiziltug, E., Denomme-Pichon, A.S., Cogne, B., Kundishora, A.J., Hao, L.T., Li, H., Stevenson, R.E., Deb, W., Torti, E., Vignard, V., McWalter, K., Raymond, F.L., Rajabi, F., Ranza, E., Grozeva, D., Coury, S.A., Blanc, X., Brischoux-Boucher, E., Keren, B., Ounap, K., Reinson, K., Ilves, P., Wentzensen, I.M., Barr, E.E., Guihard, S.H., Charles, P., Seaby, E.G., Monaghan, K.G., Rio, M., Van Bever, Y., Van Slegtenhorst, M., **Chung, W.K.,** Wilson, A., Quinquis, D., Breheret, F., Retterer, K., Lindenbaum, P., Scalais, Rhodes, L., Stouffs, K., Pereira, E.M., Berger, S., Milla, S.S., Jaykumar, A., Cobb, M., Panchagnula, S., Duy, P.Q., Vincent, M., Mercier, S., Gilbert-Dussardier, B., Audeber-Bellanger, S., Odent, S., Schmitt, S., Boisseau, P., Bonneau, D., Toutain, A., Colin, E., Pasquier, L., Redon, R., Bouman, A., Rosenfeld, J.A., Friez, M.J., Pena, H.P., Rizvi, S.R.A., Hairder, S., Antonarakis, S.E., Schwartz, C.E., Martinez, F., Bezieau, S., Kahle, K.T., Isidor, B. Rare pathogenic variants in WNK3 cause X-linked intellectual disability. Genet Med. 2022 Jun 9;S1098-3600(22)00775-4. doi: 10.1016/j.gim.2022.05.009. PMID: 35678782.

625.  *Lee, S.S.J., Appealbaum, P.S., **Chung, W.K.** Challenges and Potential Solutions to Health Disparities in Genomic Medicine. Cell. 2022 Jun 9;185(12):2007-2010. Doi: 10.1016/j.cell.2022.05.010. PMID: 35688129.

626.  *Lipman, A., Ziegler, A., Xiao, F., Yufeng, S., **Chung, W.K.** Clinical and genetic characterization of CACNA1A.-related disease. Clin Genet. 2022 Jun 20. doi: 10.1111/cge.14180. PMID: 35722745.

627.  Ottman, R., Wetmore, J., Camarillo, I., Rodriguez, S., Misisewicz, S., Siegel, K., **Chung, W.K.,** Phelan, J., Leu, C.S., Yang, L., Choi, H. Reproduction and Genetic Casual Attribution of Epilepsy. Epilepsia. 2022 Jun 27. doi: 10.1111/epi.17349. PMID: 35759350.

628.  *Berger, S., Applebuam, P.S., Siegel, K., Wynn, J., Saami, A.M., Brokamp, E., O'Connor, B.C., Hamid, R., Martin, D.M., **Chung, W.K.** Challenges of variant reinterpretation: opinions of stakeholders and need for guidelines. Genet Med. 2022 Jun 29:S1098-3600(22)00804-8. doi: 10.1016/j.gim.2022.06.002. PMID: 35767006.

629.  Miller, D.T., Lee, K., Hsun, N.S.A., Amendola, L.M., Brothers, K., **Chung, W.K.,** Gollob, M.H., Gordon, A.S., Harrison, S.M., Hershberger, R.A., Klein, T.E., McKelvey, K., Richards, C.S., Stewart, D.R., Martin, C.L., ACMG Secondary Findings Working Group. ACMG SF v3.1 list for reporting of secondary findings in clinical exome and genome sequencing: A policy statement of the American College of Medical Genetics and Genomics (ACMG). Genet Med. 2022 Jul;24(7):1407-1414. doi: 10.1016/j.gim.2022.04.006. PMID: 35802134.

630.  Zieglar, A., Steindl, K., Hanner, A.S., Kar, R.K., Prouteau, C., Boland, A., Deleuze, J.F., Coubes, C.., Bezieau, S., Kury, Maystadt, I., Le Mao, M., Lenaers, G., Navet, B., Faivre, L.,

Tran-Mau-Them, F., Zanoni, P., **Chung, W.K.,** Rauch, A., Bonneau, D., Park, M.H. Bi-allelic variants in DOHH, catalyzing the last step of hypusine biosynthesis, are associated with neurodevelopmental disorder. Am J Hum Genet. 2022 Jul 14:S0002-9297(22)00263-4. doi: 10.1016/j.ajhg.2022.06.010. PMID: 35858628.

631.   **Chung, W.K.,** Berg, J.S., Botkins, J.R., Brenner, S.E., Broscos, J.P., Brothers, K.B., Currier, R.J., Gaviglio, A., Kowtoniuk, W.E., Olson, C., Puryear, M.L., Saarinen, A., Sahin, M., Shen, Y., Sherr, E.H., Watson, M.S., Hu, Z. Newborn Screening for Neurodevelopmental Diseases: Are We There Yet? Am J Med Genet C Semin Med Genet. 2022 Jul 15. doi: 10.1002/ajmg.c.31988. PMID: 35838066.

632.   Hardcastle, A., Berry A.M., Campbell, I.M., Zhao, X., Liu, P., Gerard, A.E., Rosenfeld, J.A., Sisoudiya, S.D., Hernandez-Garcia, A., Loddo, S., Di Tommaso, S., Novelli, A., Dentici, M.L., Capolino, R., Digilio, M.C., Graziani, L., Rustad, C.F., Neas, K., Ferrero, G.B., Brusco, A., Di Gregorio, E., Wellesley, D., Beneteau, C., Joubert, M., Van Den Bogaert, K., Boogaerts, A., McMullan, D.J., Dean, J., Giuffrida, M.G., Bernardini, L., Varghese, V., Shannon, N.L., Harrison, R.E., Lam, W.W.K., McKee, S., Turnpenny, P.D., Cole, T., Morton, J., Eason, J., Jones, M.C., Hall, R., Wright, M., Horridege, K., Shaw, C.A., **Chung, W.K.,** Scott, D.A. Identifying phenotypic expansions of congenital diaphragmatic hernia plus (CDH+) using DECIPHER data. Am J Med Genet A. 2022 Jul 29. doi: 10.1002/ajmg.a.62919. PMID: 35904974.

633.   Hartnett, M.J., Puryear, M.L., Tavakoli, N.P., Wynn, J., Burt, C.L.K., Gruber, D., Trotter, T., Caggana, M., **Chung, W.K.,** Armstrong, N., Brower, A.M. Newborn Screening for Duchenne Muscular Dystrophy: First Year Results of a Population-Based Pilot. Int. J. Neonatal Screen. 2022, 8(4), 50. doi:10.3390/ijns8040050. PMID: 36278620.

634.   El Achkar, C.M., Rosen, A., Kessler, S.K., Steinman, K.J., Spence, S.J., Ramocki, M., Marco, E.J., Snyder, L.G., Spiro, J.E., **Chung, W.K.,** Annapurna, P., Sherr, E.H. Clinical Characteristics of Seizures and Epilepsy in individuals with Recurrent Deletions and Duplications in the 16p11.2 Region. Neurol Genet. 2022 Aug 5;8(5):e200018. PMID: 36531974. PMCID: PMC9756306.

635.   Sherafait, A., Elsekaily, O., Saadatagah, S., Kochan, D.C., Lee, C., Wiesner, G.L., Liu, C., Dellefave-Castillo, L., Namjou, B., Williams, M.S., Jarvik, G.P., **Chung, W.K.,** McNally, E.M., Manolio, T.A., Kullo, I.J. Pathogenic Variants in Arteriopathy Genes Detected in a Targeted Sequencing Study: Penetrance and 1- Year Outcomes after return of results. Genet Med. 2022 Aug 9;S1098-3600(22)00844-9. doi: 10.1016/j.gim.2022.07.007. PMID: 35943490.

636.   Hemnes, A.R., Leopold, J., Radeva, M.K., Beck, G.J., Abidov, A., Aldred, M.A., Barnard, J., Rosenzweig, E.B., Borlaug, B.A., **Chung, W.K.,** Comhair, S.A.A., Desai, A.A., Dubrock, H.M., Erzurum, S.C., Finet, J.E., Franz, R.P., Garcia, J.G.N., Geraci, M.W., Gray, M.P., Grunig, G., Hassoun, P.M., Highland, K.B., Hill, N.S., Hu, B., Kwon, D.H., Jacob, M.S., Jellis, C.L., Larive, A.B., Lempe, J.K. Maron, B.A., Mathai, S.C., McCarthy, K., Mehra, R., Nawabit, R., Newman, J.H., Olman, M.A., Park, M.M., Ramos, J.A., Renapukar, R.D., Rischard, F.P., Sherer, S.G., Tang, W.H.W., Thomas, J.D., Vanderpoo, R.R., Waxman, A.B., Wilcox, J.D., Yuan, J.X.J., Horn, E.M. Clinical Characteristics and Transplant-Free Survival Across the Spectrum of Pulmonary Vascular Disesase. J Am Coll Cardiol. 2022 Aug 16;80(7):697-718. doi: 10.1016/j.jacc.2022.05.038. PMID: 35953136.

637.   Liu, C., Ta, C.N., Havrilla, J., **Chung, W.K.,** Nestor, J.G., Spotnitz, M., Geneslaw, A., Wang, K., Weng, C. OARD: Annotation for Rare Diseaes and their phenotype based on real-

world data. Am J Hum Genet. 2022 Aug 16:S0002-9297(22)00319-6. doi: 10.1016/j.ajhg.2022.08.002. PMID: 35998640.

638. *Zhou, X., Feliciano, P., Shu, C., Wang, T., Astrovskaya, I., Hall, J.B., Obiajulu, J.U.., Wright, J.R., Xu, S.X., Brueggeman, L., Thomas, T.R., Marchenko, O., Fleisch, C., Barns, S.D., Snyder, L.G., Han, B., Chang, T.S., Turner, T.N., Harvey, W.T., Nishida, A., O'Roak, B.J., Geschwind, D.H., Michaelson, J.J., Volfovsky, N., Eischler, E.E., Shen, Y., **Chung, W.K.** Integrating de novo and inherited variants in 42, 6074 autism cases identifies mutations in new moderate risk genes. Nat Genet. 2022 Aug 18. doi: 10.1038/s41588-022-01148-2. PMID: 35982159.

639. Flex, E., Albadri, S., Radio, F.C., Cecchetti, S., Lauri, A., Priolo, M., Kissopoulos, M., Carpentieri, G., Fasano, Venditti, M., Bellacchio, E., Welch, C.L., Colombo, P.C., Kochav, S.M., Chang, R., Bressi, R., Trivisano, M., Micalizzi, A., Maglicocca, V., Mancini, C., Pizzi, S., De Santis, F., Rosello, M., Specchio, N., Compagnucci, C., McWalter, K., **Chung, W.K.,** Del Bene, F., Tartaglia, M. Dominantly acting KIF5B variants with pleiotropic cellular consequences cause variable clinical phenotypes. Hum Mol Genet. 2022 Aug 26:ddac213. doi: 10.1093/hmg/ddac213. PMID: 36018820.

640. Kayumi, S., Jurado, L.A.P., Palomares, M., Rangu, S., Sheppard, S.E., **Chung, W.K.,** Kruer, M.C., Kharbanda, M., Amor, D.J., McGillvary, G., Cohen, J.S., Minaur, S.G., Van Eyk, C.L., Harper, K., Jolly. L.A., Webber, D.L., Barnett, C.P., Simarro, F.S., Miguez, M.P., Del Pozo, A., Bakhtiari, M., Dubbs, H.A., Izumi, K., Grand, K., Gray, C., Mark, P.R., Bhoj, E.J., Li, D., Gonzalez, X.R.O., Keena, B., Zackai, E.M., Goldberg, E.M., De Nanclares, G.P., Pereda, A., Rivas, I.L., Arroyo, I., Cuesta, M.A.F., Robinet, C.T., Faivre, L., Garde, A., Mazel, B., Bruel, A.L., Tress, M.L., Brilstra, E., Fine, A.S., Crompton, K.E., Stegmann, A.P.A., Sinnema, M., Stevens, S.C.J., Nicolai, J., Lesca, G., Francois, L.L., Haye, D., Chatron, N., Piton, A., Cogne, B., Srivastava, S., Bassetti, J., Muss, C., Gripp, K.W., Procopio, R.A., Millan, F., Morrow, M.M., Assaf, M., Moreno De Luca, A., Joss, S., Hamilton, M. J., Bertoli, M., Foulds, N., MacLennan, A.L., Gecz, J., Corbett, M. Genomic and phenotypic characterization of 404 individuals with neurodevelopmental disorders caused by CTNNB1 variants. Genet Med. 2022 Sep 9:S1098-3600(22)00897-8. doi: 10.1016/j.gim.2022.08.006. PMID: 36083290.

641. *Timmins, G.T., Wynn, J., Saami, A.M., Espinal, A., **Chung, W.K.** Diverse Parental Perspectives of the Social and Educational Needs for Expanding Newborn Screening through Genomic Sequencing. Public Health Genomics. 2022 Sep 15:1-8. doi: 10.1159/000526382. PMID: 36108601.

642. *Gruber, D., Puryear, M.L., Armstrong, N., Scavina, M., Tavakoli, N.P., Caggana, M., **Chung, W.K.** Newborn Screening for Duchenne Muscular Dystrophy-Early Detection and Diagnstic Algorithm for Female Carriers of Duchenne Muscular Dystrophy. Am J Med Genet C Semin Med Genet. 2022 Sep 24. doi: 10.1002/ajmg.c.32000. PMID: 36152336.

643. Hakkaart, C., Pearson, J.F., Marquart, L., Dennis, J., Wiggins, G.A.R., Barnes, D.R., Robinson, B.A., Mace, P., Aittomaki, K., Andrulis, I.L., Arun, B.K., Azzollini, J., Balmana, J., Barkardottir, R.B., Belhadj, S., Berger, L., Blok, M.J., Boonen, S.E., Borde, J., Bradbury, A.R., Brunet, J., Buys, S.S., Caligo, M.A., Campbell, I., **Chung, W.K.,** Claes, K.B.M., Rame, M.A.C., Cook, J., Cosgrove, C., Couch, F.J., Daly, M.B., Dandiker, S., Davidson, R., De La Hoya, M., De Putter, R., Delnatte, C., Dhawan, M., Diez, O., Ding, Y.C., Domchek, S.M., Donaldson, A., Eason, J., Easton, D.F., Ehrencrona, H., Engle, C., Evans, D.G., Faust, U., Feliubadalo, L., Fostira, F., Friedman, E., Frone, M., Frost, D., Garber, J., Gayther, S.A.,

Gehrig, A., Gesta, P., Godwin, A.K., Goldgar, D.E., Greene, M.H., Hahnen, E, Hake, C.R., Hamann, U., Hansen, T.V.O., Hauke, J., Hentschel, J., Herold, N., Honisch, E., Hilick, P.J., Imyanitov, E.N., Isaacs, C., Izatt, L., Izquerdo, A., Jakubowska, A., James, P.A., Janavicius, R., John, E.M., Joseph, V., Karlan, B.Y., Kemp, Z., Kirk, J., Konstantopoulou, I., Koudijs, M., Kwong, A., Laitman, Y., Lalloo, F., Lasset, C., Lautrup, C., Lazaro, C., Legrand, C., Leslie, G., Lesueur, F., Mai, P.L., Manoukian, S., Mari, V., Montagna, M., Moserle, L., Fourme, E.M., Musgrave, H., Nambot, S., Nathanson, K.L., Zake, L.N., Offit, K., Olah, E., Olopade, O.I., Osorio, A., Ott, C.E., Park, S.K., Parsons, M.T., Pedersen, I.S., Peixoto, A., Segura, P.P., Peterlongo, P., Pocza, T., Radice, P., Ramser, J., Rantala, J., Rodrigues, G.C., Ronlund, K., Rosenberg, E.H., Rossing, M., Schmutzler, R.K., Shah, P.D., Sharif, S., Sharma, P., Side, L.E., Simard, J., Singer, C.F., Tan, Y.Y., Teixeria, M.R., Teo, S.H., Thomassen, M., Thull, D.L., Tischkowitz, M., Toland, A.E., Trainer, A.H., Tripathi, V., Tung, N., Van Engelen, K. Van Rensburg, E.J., Vega, A., Viel, A., Walker, L., Weitzel, J.N., Wevers, M.R., Trench, G.C., Spurdle, A.B., Antoniou, A.C., Walker, L.C Copy number variants as modifiers of breast cancer risk for BRCA1/BRCA2 pathogenic variant carriers. Commun Biol. 2022 Oct 6;5(1):1061.doi: 10.1038/s42003-022-03978-6. PMID:36203093.

644. Wiseman, K., Gor, D., Udongwo, N., Alshami, A., Upadhaya, V., Daniels, S.J., **Chung, W.K.,** Koo, C.H. Ventricular Arrhythmias in Kearns Sayre Syndrome: A Cohort Study Using the National Inpatient Sample Database 2016- 2019. Pacing Clin Electrophysiol. 2022 Oct 8. doi: 10.1111/pace.14607. PMID: 36208035.

645. Eischstaedt, C.A., Belge, C., **Chung, W.K.,** Graf, S., Grunig, E., Montani, D., Quarck, Rozenn, Castano, J.A.T., Soubrier, F., Trembath, R.C., Morell, N.W. Genetic counselling and testing in pulmonary arterial hypertension –A consensus statement on behalf of the International Consortium for Genetic Studies in PAH. Eur Respir J. 2022 Oct 27:2201471. doi: 10.1183/13993003.01471-2022. PMID: 36302552.

646. Haqq, A., **Chung, W.K.,** Dolfus, H., Haws, R.M., Moreno, G.A.M., Poitu, C., Yanovski, J.A., Mittleman, R.S. Yuan, G., Forsyth, E., Clement, K., Argente, J. Efficacy and safety of setmelanotide, a melanocortin-4 Receptor Agonist, in patients with Bardet-Biedl syndrome and Alstrom syndrome: a mulitcentre, randomized, double blind, placebo-controlled, phase 3 trial with an open-lable period. Lancet Diabetes Endocrinol. 2022 Nov 7:S2213-8587(22)00277-7. doi: 10.1016/S2213-8587(22)00277-7. PMID: 36356613.

647. Karolak, J.A., Welsh, C.L., Mosimann, C., Bzdega, K., West, J.D., Montani, D., Eyries, M., Mullen, M.P., Abman, S.H., Prapa, M., Graf. S., Morell, N.W., Hemnes, A.R., Perros, F., Kerstjens-Frederikse, W.S., Hamid, R., Logan, M.P.O., Whitsett, J., Galambos, C., Stankiewicz, **P., Chung, W.K.,** Austin, E. Molecular function and contribution of TBX4 in development and disease. Am J Respir Crit Care Med. 2022 Nov 11. doi: 10.1164/rccm.202206-1039TR. PMID: 36367783.

648. Blumling, A., Prows, C.A., Harr, M., **Chung, W.K.,** Clayton, E.W., Holm, I.A., Wiesner, G.L., Connolly, J.J., Harley, J.B., Hakonarson, H., McGowan, M.L., Miller, E.M., Meyers, M.F. Outcomes of Returning Medically Actionable Genomic Results in Pediatric Research. J Pers Med. 2022 Nov 16;12(11):1910. doi: 10.3390/jpm12111910. PMID: 36422086.

649. Koh, H.B., Kim, H.W., Jung, C.Y., Lee, Y., Park, J.T., Yoo, T.H., Kang, S.W., Lee, J., Kim, Y.H., Chae, D.W., **Chung, W.K.,** Oh, K.H., Han, S.H. Risk improvement and adverse kidney outcomes in patients with chronic kidney disease: findings from KNOW-CKD. J Nephrol. 2022 Nov 24. doi: 10.1007/s40620-022-01502-x. PMID: 36434262.

650.    Jennings, C., Wynn, J., Miguel, C., Levinson, E., Florido, M., White, M., Sands, C.B., Schwartz, L.A., Daly, M., O'Toole, K., Buys, S.S., Glendon, G., Hanna, D., Andrulis, I.L., Terry. M.B., **Chung, W.K.,** Bradbury, A. Mother and Daughter Perspectives on Genetic Counseling and Testing of Adolescents for Hereditary Breast Cancer Risk. J Pediatr. 2022 Dec;251:113-119.e7. PMID: 35777474.

651.    Fan, X., Pan, H., **Chung, W.K.,** Shen, Y. SHINE: Protein Language Model based Pathogenecity Prediction for Short Inframe Insertion and Deletion Variants. Brief Bioinform. 2022 Dec 28:bbac584. doi: 10.1093/bib/bbac584. PMID: 36575831.

652.    Linder, J., Allworth, A., Bland, S.T., Caraballo, P.J., Chisholm, R.L., Clayton, E.W., Crosslin, D.R., Dikilitas, O., DiVetro, A., Esplin, E.D., Forman, S., Freimuth, R.R., Gordon, A.S., Green, R., Harden, M.V., Holm, I.A., Jarvik, G.P., Karlson, E.W., Labrecque, S., Lennon, N.J., Mittendorf, K.F., Murphy, S.N., Orlando, L., Prows, C.A., Rasmussen, L.V., Torvik, LR., Rowley, R., Sawicki, K.T., Schmidlen, T., Terek, S., Veenstra, D., Edwards, D.R.V., Absher, D., Husn, N.S.A., Alsip, J., Bangash, H., Beasley, M., Below, J.E., Berner, E.S., Booth, J., **Chung, W.K.**, Cimino, J.J., Connolly, J., Davis, P., Devine, B., Fullerton, S.M., Guiducci, C., Habrat, M.L., Hain, H., Hakonarson, H., Harr, M., Haverfield, E., Hernandez, V., Hoell, C., Pyne, M.H., Hripcsak, G., Irvin, M.R., Kachulis, C., Karavite, D., Kenny, E.E., Khan, A., Kiryluk, K., Korf, B., Kottyan, L., Kullo, I.J., Larkin, K., Liu, C., Malolepsza, E., Manolio, T.A., May, T., McNally, E.M., Mentch, F., Miller, A., Mooney, S.D., Murali, P., Mutai, B., Muthu, N., Namjou, B., Perez, E.F., Puckewartz, M.J., Burris, T.R., Roden, D.M., Rosenthal, E.A., Saadatagah, S., Sabatello, M., Schaid, D.J., Schultz, B., Seabolt, L., Shaibi, G.Q., Sharp, R.R., Shirts, B., Smith .M.E., Smoller, J.W., Sterling, R., Suckiel, S.A., Thayer, J., Tiwari, H.K., Trinidad, S.B., Walunas, T., Wei, W.Q., Wells, Q.S., Weng, C., Wiesner, G.L., Wiley, K., Peterson, J.F. Returning intergrated genomic risk and clinical recommendations: the eMerge study. Genet Med. 2023 Jan 6;100006. doi: 10.1016/j.gim.2023.100006. PMID: 36621880.

653.    Mavaddat, N., Ficorella, L., Carver, T., Lee, A., Cunningham, A.P., Lush, M., Dennis, J., Tischkowitz, K.D., Hu, D., Hahnen, E., Schmutzler, R.K., Stockley, T.L., Downs, G.S., Zhang, T., Chiarelli, A.M., Bojesen, S.E., Liu, C., **Chung, W.K,** Pardo, M. Balmana, J., Simard, J., Antoniou, A.C., Easton, D.F. Incorporating alternative Polygenic Risk Scores into the BOADICEA breast cancer risk prediction model. Cancer Epidemiol Biomarkers Prev. 2023 Jan 13:EPI-22-0756. doi: 10.1158/1055-9965.EPI-22-0756. PMID: 36649146.

654.    Vockley, J., Pierri, N.B., **Chung, W.K.,** Clarke, A.J., Gold, N., Green, R., Kagan, S., Moroz, T., Schaaf, C., Schulz, M., De Baere, E. The Evolving Role of Medical Geneticists in the Era of Gene Therapy. Genet Med. 2023 Jan 19:100022. doi: 10.1016/j.gim.2023.100022. PMID: 36681872.

655.    Mueller, S.H., Lai, A.G., Valkovskaya, M., Michailidou, K., Bolla, M.K., Wang, Q., Dennis, J., Lush, M., Abu-Ful, Z., Ahearn, T.U., Andrulis, I.L., Culver, H.A., Antonenkova, N.N., Arndt, V., Aronson, K.J., Agustinsson, A., Baert, T., Freeman, L.E.B., Beckmann, M.W., Behrens, S., Benitez, J., Bermisheva, M., Blomqvist, C., Bogdanova, N.V., Bojesen, S.E., Bonanni, B., Brenner, H., Brucker, S.Y., Buys, S.S., Castelao, J.E., Chan, T.L., Chang, C.J., Chanock, S.J., Choi, J.Y., **Chung, W.K.,** Colonna, S.V., Cornelissen, S., Couch, F.G., Czene, K., Daly, M.B., Devilee, P., Dork, T., Dossus, L., Dwek, M., Eccles, D.M., Ekici, A.B., Eliassen, A.H., Engel, C., Evans, D.G., Fashching, P.A., Fletcher, O., Flyger, H., Gago, D.M., Gao, Y.T., Garcia, C.M., Garcia, S.J.A., Genkinger, J., Gentry, M.A., Grassmann, F., Guenel, P., Gundert, M., Haeberle, L., Hahnen, E., Hairman, C.A.,

Hakansson, N., Hall, P., Harkness, E.F., Harrington, P.A., Hartikainen, J.M., Hartman, M., Hein, A., Ho, W.K., Hooning, M.J., Hoppe, R., Hopper, J.L., Houlston, R.S., Howell, A., Hunter, D.J., Huo, D., Ito, H., Iwasaki, M., Jakubowska, A., Janni, W., John, E.M., Jones, M.E., Jung, A., Kaaks, R., Kang, D., Khusnutinova, E.K., Kim, S.W., Kitahara, C.M., Koutros, S., Kraft, P., Kristensen, V.N., Kubelka, S.K., Kurian, A.W., Kwong, A., Lacey, J.V., Lambreschts, D., Le Marchand, L., Li, J., Linet, M., Lo, W.Y., Long, J., Lophatananon, A., Mannermaa, A., Manoochehri, M., Margoin, S., Masuo, K., Mavroudis, D., Menon, U., Muir, K., Murphy, R.A., Nevanlinna H., Newman, W.G., Niederacher, D., Obrien, K.M., Obi, N., Offit, K., Olopade, O.I., Olshan, A.F., Olsson, H., Park, S.K., Patel, A.V., Patel, A., Perou, C.M., Peto, J., Pharoah, P.D.P., Plaseka, K.D., Presneau, N., Rack, B., Radice, P., Ramachandran, D., Rashid, M.U., Rennert, G., Romero, A., Ruddy, K.J., Ruebner, M., Saloustros, E., Sandler, D.P., Sawyer, E.J., Schmidt, M.K., Schmutzler, R.K., Schneider, M.O., Scott, C., Shah, M., Sharma, P., Shen, C.Y., Shu, X.O., Simard, J., Surowy, H., Tamimi, R.M., Tapper, W.J., Taylor, J.A., Teo, S.H., Teras, L.R., Toland, A.E., Tollenaar, R.A.E.M., Torres, D., Torres, M.G., Troester, M.A., Truong, T., Vachon, C.M., Vijai, J., Weinberg, C.R., Wendt, C., Winqvist, R., Wolk, A., Wu, A.H., Yamaji, T., Yang, X.R., Yu, J.C., Zheng, W., Ziogas, A., Ziv, E., Dunning, A.M., Easton, D.F., Heimingway, Hamann, U., Kuchenbaecker, K.B. Aggregation tests identify new gene associations with breast cancer in populations with diverse ancestry. Genome Med. 2023 Jan 26;15(1):7. doi: 10.1186/s13073-022-01152-5. PMID: 36703164.

656.    *Applebaum, P.S., Berger, S.M., Brokamp, E., Brown, S., Burke, W., Clayton, E.W., Evans, B.J., Hamid, R., Marchant, G.E., Martin, D.M., O'Connor, B.C., Pagan, J.A., Parenas, E., Roberts, J.L., Rowe, J., Schneider, J., Siegel, K., Veenstra, D.L. **Chung. W.K.** Practical Considerations for Reinterpretation of Individual Genetic Variants. Genet Med. 2023 Feb 4:100801. doi: 10.1016/j.gim.2023.100801. PMID: 36748709.

657.    Saffari, A., Lau, T., Tajsharghi, H., Karimiani, E.G., Kariminejad, A., Efthymiou, S., Zifarelli, G., Sultan, T., Toosi, M.B., Sedighzadeh, S., Siu, V.M., Ortigoza-Escobar, J.D., AlShamsi, A.M., Ibrahim, S., Al-Sannaa, N.A., Al-Hertani, W., Sandra, W., Tarnopolsky, M., Alavi, S., Li, C., Day-Salvatore, D.L., Martínez-González, M.J., Levandoski, K.M., Bedoukian, E., Madan-Khetarpal, S., Idleburg, M.J., Menezes, M.J., Siddharth, A., Platzer, K., Oppermann, H., Smitka, M., Collins, F., Lek, M., Shahrooei, M., Ghavideldarestani, M., Herman, I., Rendu, J., Faure, J., Baker, J., Bhambhani, V., Calderwood, L., Akhondian, J., Imannezhad, S., Mirzadeh, H.S., Hashemi, N., Doosti, M., Safi, M., Ahangari, N., Torbati, P.N., Abedini, S., Salpietro, V., Gulec, E.Y., Eshaghian, S., Ghazavi, M., Pascher, M.T., Vogel, M., Abicht, A., Moutton, S., Bruel, A.L., Rieubland, C., Gallati, S., Strom, T.M., Lochmüller, H., Mohammadi, M.H., Alvi, J.R., Zackai, E.H., Keena, B.A., Skraban, C.M., Berger, S.I., Andrew, H.E., Rahimian, E., Morrow, M.M., Wentzensen, I.M., Millan, F., Henderson, L.B., Dafsari, H.S., Jungbluth, H., Gomez-Ospina, N., McRae, A., Peter, M., Veltram, D., Marinakis, N.M., Sofocleous, C., Ashrafzadeh, F., Pehlivan, D., Lemke, J.R., Melki, J., Benezit, A., Bauer, P., Weis, D., Lupski, J.R., Senderek, J., Christodoulou, J., **Chung, W.K.,** Goodchild, R., Offiah, A.C., Moreno-De-Luca, A., Mohnish, S., Ebrahimi-Fakhari, D., Houlden, H., Maroofian, R. The clinical and genetic spectrum of autosomal-recessive TOR1A-related disorders. Brain. 2023 Feb 9:awad039. doi: 10.1093/brain/awad039. PMID: 36757831.

658.    de Prisco N., Ford C., Elrod N.D., Lee, W., Tang, L.C., Huang, K.L., Lin, A., Ji, P., Jonnakuti, V.S., Boyle, L., Cabaj, M., Botta, S., Õunap, K., Reinson, K., Wojcik, M.H., Rosenfeld J.A., Bi, W., Tveten, K., Prescott, T., Gerstner, T., Schroeder, A., Fong, C.T.,

George-Abraham, J.K., Buchanan, C.A., Hanson-Khan, A., Bernstein, J.A., Nella, A.A., **Chung, W.K.,** Brandt, V., Jovanovic, M., Targoff, K.L., Yalamanchili, H.K., Wagner, E.J., Gennarino, V.A.  Alternative polyadenylation alters protein dosage by switching between intronic and 3'UTR sites. Science Advances. 2023 Feb 17;9(7):eade4814. PMID: 36800428. PMCID: PMC9937581.

659.  Yu, M., Aguirre, M., Jia, M., Gjoni, K., Palomera, A.C., Munger, C., Dulguun, A., Ma, X.R., Pereira, A., Tcheandjieu, C., Seidman, C., Seidman, J., Firouzi, M.T., **Chung, W.K.,** Goldmuntz, Srivastava, D., Loos, R., Chami, N., Cordell, H., Dreben, M., Myhsok, B.M., Lahm, H., Krane, M. Pollard, K., Engreitz, J., Taliun, S.G., Gelb, B., Priest, J. Oligogenic architecture of rare noncoding variants distinguishes 4 congenital heart disease phenotypes. Circulation: Genomic and Precision Medicine. 2023 Jun;16(3):258-266. PMID: 37026454.*Griffin, E., Nees, S., Morton, S., Wynn, J., Patel, N., Jobanputra, V., Robinson, S., Kochav, S., Tao, A., Andrews, C., Cross, N., Geva, J., Lanzilotta, K., Ritter, A>, Taille, E., Thompson, A., Meyers, C., Akers. R., King, E., Cnota, J., Kim, R., Porter, G., Bruekner, M., Seldman, C., Shen, Y., Gelb, B., Goldmuntz, E., Newburger, J., Roberts, A., **Chung, W.K.** Evidence-Based Assement of Congenital Heart Disease Genes to Enable Returning Results in a Genomic Study. Circulation. Genomic and Precision Medicine. 2023 Apr; 16(2):e003791. PMID: 36803080. PMCID: PMC10121846. *Zhong, G., Ahimaz, P., Edwards, N.A., Hagen, J.J., Faure, C., Lu, Q., Kingma, P., Middlesworth, W., Khlevner, K., El Fiky, M., Schindel, D., Fialkowski, E., Kashyap, A., Forlenza, S., Kenny, A.P., Zorn, A.M., Shen, Y., **Chung, W.K.** Identification and validation of candidate risk genes in endocytic vesicular trafficking associated with esophageal atresia and tracheoesophageal fistulas. HGG Adv. 2022 Apr 16;3(3):100107. PMID: 35519826. PMCID: PMC9065433.

660.  Pendleton, K., Hernandez, A., Lyu, J.M., Campbell, I.M., Shaw, C.A., Vogot, J., High, F.A., Donahoe, P.K., **Chung, W.K.,** Scott, D.A. FOXP1 Haploinsufficiency contributes to the development of congenital diaphragmatic hernia. J Pediatr Genet. Doi: 10.1055/s-0043-1767731. Published online. 2023, March 28.   Wong, M.M.K., Kampen, R., Braden, R.O., Alagoz, G., Hildebrand, M.S., Barnett, C., Barnett, M., Brusco, A., Carli, D., de Vries, B.B., Dingemans, A.J.M., Elmslie, F., Ferrero, G.B., Jansen, N.A., Van de Laar, I.M.B.H., Moroni, A., Mowat, D., Murray, L., Novara, F., Peron, A., Scheffer, I.E., Sirchia, F., Turner, S., Vignolis, A., Vino, A., Weber, S., **Chung, W.K.,** Gerad, M., Gonzalez, V.L., Palmer, E., Morgan, A.T., Van Bon, B.W., Fisher, S.E. SETBP1 variants outside the degron disrupt DNA-binding and transcription independent of protein abundance to cause a heterogeneous neurodevelopmental disorder. medRxiv 2022.03.04.22271462; doi: https://doi.org/10.1101/2022.03.04.22271462

661.  Dikilitas, O., Sherafati, A., Satterfield, B., Kochan, D., Saadatagah, S., Jones, L., Perez, E., Anderson, K., Savati, Z., Hebbring, S., Sharp, R., Sturm, A., Gibbs, R., Linder, J., Zouk, H., **Chung, W.K.,** Peterson, J., Jarvik, G., Rehm, H., Roden, D., Williams, M., Manolio, Kullo, I. Familial Hypercholesterolemia in the eMerge Network: Prevalence, Penetrance, Cardiovascular Risk, and Outcomes after Return of Results. Circ Genom Precis Med. 2023 Apr;16(2):e003816. PMID: 37071725. PMCID: PMC10113961.

662.  Zeng, C., Bastarache, L.A., Tao, R., Venner, E., Hebbring, S., Andujar, J.D., Bland, S.T., Crosslin, D.R., Pratap, S., Cooley, A., Pacheco, J.A., Christensen, K.D., Perez, E., Blout Zawatsky, C.L., Witkowski, L., Zouk, H., Weng, C., Leppig, K.A., Sleiman, P.M., Hakonarson, H., Williams, M.S., Luo, Y., Jarvik, G.P., Green, R.C., **Chung, W.K.,** Gharavi, A.G., Lennon, N.J., Rehm, H.L., Gibbs, R.A., Peterson, J.F., Roden, D.M., Wiesner, G.L., Denny, J.C. Association of Pathogenic Variants in Hereditary Cancer Genes with Multiple

Diseases. JAMA Oncol. 2022 Jun 1;8(6):835-844. PMID: 35446370. PMCID: PMC9026237.

663.    *Lewis, M., Hsieh, A., Qiao, L., Tan, R., Kazzi, B., Channing, A., Griffin, E., Jobanputra, V., Su, J., Chowdhury, S., Kochilas, L., Gaynor, J.W., Lee, T., Goldmuntz, E., Russell, M., Mital, S., Firouzi, M.T., Bruekner, M., Newburger, J., Shen, Y., **Chung, W.K.** Association of Predicted Damaging De Novo Variants on Ventricular Function in Individuals with Congenital Heart Disease. Circ Genom Precis Med. 2023 Mar 3:e003900. doi: 10.1161/CIRCGEN.122.003900. PMID: 36866680. PMCID: PMC10121832.

664.    de Sainte Agathe, J.M., Pode-Shakked, B., Naudion, S., Michaud, V., Arveiler, B., Fergelot, P., Delmas, J., Keren, B., Poirsier, C., Alkuraya, F.S., Tabarki, B., Bend, E.G., Davis, K., Bebing, E.M., Thompson, M.L., Bryant, E., Wagner, M., Hannibal, I., Lenberg, J., Krenn, M., Wigby, K., Friedman, J.R., Lascone, M., Cereda, A., Miao, C., Caluseriu, O., Tidwell, T., Toydemir, P.B., Brugger, M., Vill, K., Monrneau-Jacob, F.D., **Chung, W.K..**, Weaver, K., Owens, J.W., Husami, A., Chaudhari, B.P., Stone, B.S., Burns, K., Li, R., Stottmann, R.W., Trimouille, A. ARF1- related disorder: phenotypic spectrum and molecular spectrum. J Med Genet.  25 April 2023. doi: 10.1136/jmg-2022-108803. PMID: 37185208.

665.    Prapa, M., Docampo, M.L., Swietlik, E.M., Montani, D., Eyries, M., Humbert, M., Welch, C.L., **Chung, W.K.,** Berger, R.M.F., Bogaard, H.J., Danhaive, O., Subias, P.E., Gall, H., Girerd, B., Gonzalez, I.H., Holden, S., Hunt, D., Jansen, S.M.A., Frederikse, W.K., Kiely, D., Lapunzina, P., McDermott, J., Moledina, S., Zaba, J.P., Polwarth, G.J., Schotte, G., Castano, J.T., Thompson, A.R., Warton, J., Wort, S.J., Megy, K., Mapeta, R., Treacy, C.M., Martin, J.M., Li, W., Swift, A.J., Upton, P.D., Morell, N.W., Graf, S., Valverde, D.  First genotype-study in TBX4 syndrome: gain-of-function mutations causative for lung disease. Am J Respir Crit Care Med. 2022 Dec 15;206(12):1522-1533. PMID:3582389. PMCID: PMC9757087.

666.    Ruberg, F., Blaner, W., Chiuzan, C., Connors, L., Einstein, A., Fine, D., Helmke, S., Kurian, D., Pandey, S., Raiszadeh, F., Rodriguez, C., Sabogal, N., Teruya, S., Winburn, M., **Chung, W.K.,** Cohn, Miller, E., Kelly, J., Maurer. Design and Rationale the Screening for Cardiac Amyloidosis with Nuclear Imaging in Minority Populations (SCAN-MP) Study. J Am Heart Assoc. 2023 Apr 18;12(8):e028534. PMID: 37066788. PMCID: PMC10227254.

667.    Zhang, H., Xu, M.S., Fan, X., **Chung, W.K.,** Shen, Y. Predicting functional effect of missense variants using graph attention neural networks. Nat Mach Intell. 4, 1017–1028 (2022). Published November 15, 2022. Kalcakuntla, S., Lee, M.J., **Chung, W.K.,** Demarest, S., Freed, A., Horning, K.J., Bichell, T.J., Iannaccone, S., Goodspeed, K. Patterns of Developmental Regression and Associated Clinical Characteristics in SLC6A1-Related Disorder. Front Neurosci. 2023 Feb 21;17:1024388. PMID: 36895422. PMCID: PMC9990465

668.    .Choi, H., Wetmore, J.B., Camarillo, I.A., Misiewicz, S., Siegel, K., **Chung, W.K.,** Leu, C.S., Phelan, J., Yang, L.H., Ottman, R. Association of antiseizure medication adherence with illness perceptions in adults with epilepsy. Epilepsy Behav. 2023 Jun 12;145:109289. PMID: 37315405.Ming, N., Noble, D., Chussid, S., Ziegler, A., **Chung, W.K.** Dental Manifestations in Individuals with Genetic Neurodevelopmental Disorders. International Journal of Paediatric Dentistry. In Revision. September 20, 2022.

669.    Morra, A., Schreurs, M.A.C., Andrulis, I.L., Culver, H.A., Augustinsson, A., Beckmann, M.W., Behrens, S., Bojesen, S.E., Bolla, M.K., Broeks, A., Burwinkel, B., Buys, S.S., Camp, N.J., Castelap, J.E., Cessna, M.H., Claude, J.C., **Chung, W.K.,** Colonna, S.V.,

Couch, F.J., Cox, A., Cross, S.S., Czene, K., Daly, M.B., Dennis, J., Devilee, P., Dork, T., Dunning, A.M., Dwek, M., Easton, D.F., Eccles, D., Eriksson, M., Evans, G., Fasching, P.A., Fehm, T.N., Figueroa, J.D., Flyger, H., Gabrielson, M., Closas, M.G., Saenz, J.A.G., Genkinger, J., Grassmann, G., Gundert, M., Hahnen, E., Haiman, C.A., Hamann, U., Harrington, P.A., Hartikainen, J.M., Hoppe, R., Hopper, J.L., Houlston, R.S., Howell, A., Jakubowska. A., Janni, W., Jernstrom, H.,  John, E.M., Johnson, N., Jones, M.E., Kristensen, V.N., Kurian, A., Lambrechts, D., Marchand, L.L., Lindblom, A., Lubinski, J., Lux, M.P., Mannermaa, A., Mavroudis, D., Mulligan, A.M., Muranen, T.A., Nevanlinna H., Nevelsteen, I., Neven, P., Newmann, W.G., Obi, N., Offit, K., Olshan, A.F., Simon, T.W.P., Patel, A.V., Peterlongo, P., Philips, K.A., Karanfilska, D.P., Polley, E.C., Presneau, N., Pylkas, K., Rack, B., Radice, P., Rashid, M.U., Rhenius, V., Robson, M., Romero, A., Saloustros, E., Sawyer, E.J., Schmutzler, R.K., Schuetze, S., Scott, C., Shah, M., Smichkoka, S., Southey, M.C., Tapper, W.J., Teras, L.R., Tolleanaar, R.A.E.M., Tomczyk, K., Tomlinson, I., Troester, M.A., Vachon, C.M., Van Veen, E.M., Wang, Q., Wendt, C., Wildiers, H., Winqvist, R., Ziogas, A., Pharoah, P.D.P., Adank, M.A., Hollestelle, A., Schmidt, M.K., Hoonig, M.J.  Association of the CHEK2 c.1100delC variant, radiotherapy, and systemic treatment with contralateral breast cancer risk and breast cancer-specific survial. International Journal of Cancer. Res Sq. 2023 Feb 13:rs.3.rs-2569372. doi: 10.21203/rs.3.rs-2569372/v1. PMID: 36824750. PMCID: PMC9949248.

670.   Jang, M.Y., Patel, P., Pereira, A., Willcox, J., Haghighi, A., Tai, A., Ito, K., Morton, S., Gorham, J., McKean, D., DePalma, S., Berstein, D, Brueckner, M., **Chung, W.K.,** Giardini, A., Goldmuntz, E., Kaltman, J., Kim, R., Newburger, J., Shen, Y.Srivastava, D., Firouzi, M.T., Gelb, B., Porter, G., Seidman, C., Seidman, J. Contribution of Previously Unrecognized RNA Splice-Altering Variants to Congenital Heart Disease. Circ Genom Precis Med. 2023 Jun;16(3):224-231. PMID: 37165897.

671.   Rolland, T., Cliquet, F., Anney, R.J.L., Moreau, C., Traut, N., Mathieu, A., Huguet, G., Duan, J., Warrier, V., Portalier, S., Dry, L., Leblond, C.S., Douard, E., Amsellem, F., Malesys, S., Maruani, A., Toro, R., Borglum, A.D., Grove, J., Baron-Cohen, S., Packer, A., **Chung, W.K.,** Jacquemont, S., Delorme, R., Bourgeron, T.Phenotypic effects of genetic variants associated with autism. Nat Med. 2023 Jun 26. doi: 10.1038/s41591-023-02408-2. Online ahead of print. PMID: 37365347.

672.   *Welch, C., Aldred, M., Balachandar, S., Dooijes, D., Eichstaedt, C., Graf, S., Houwelling, A., Machado, R., Pandya, D., Prapa, M., Shaukat, M., Southgate, L., Castano, J.T. **Chung, W.K.** Defining the Clinical Validity of Genes Reported to Cause Pulmonary Arterial Hypertension. Genetics in Medicine. In press, 2023.

673.   Trujillo, S., Wetmore, J., Camarillo, I., Misieqicz, S., May, H., Chois, H., Siegel, K., **Chung, W.K.,** Phelanm J, Yang, L., Bergner, A., Ottman, R. Knowledge and Beliefs about Epilepsy Genetics Among Hispanic and Non-Hispanic and Non-Hispanic Patients. Epilepsia. 2023. Jun 24. Doi: 10.1111/epi.17701. PMID: 37353999.

674.   Oyama, N.M., Vaneynde, P., Reynhout, S., Pao, E.C., Timms, A., Fan, X., Foss, K., Derua, R., Janssens, V., **Chung, W.K.,** Mirzaa, G.M. The clinical, neuroimaging and molecular characteristics of PPP2R5D related neurodevelopmental disorders an expanded series with functional characterization and genotype-phenotype analysis. Journal of Medical Genetics. 2023 May;60(5):511-522. PMID: 36216457.

675.   Obiajulu, J., Kuang, R., Zhong, G., Hagen, J., Shu, C., **Chung, W.K.,** Yufeng, S. AlphaCluster: Coevolutionary driven residue-residue interation models enable quantifiable

clustering analysis of *de novo* variants to enhance predictions of pathogenicity. Research Square. Preprinted Aug 11, 2023. DOI: 10.21203/rs.3.rs-1910518/v3.

676.    Hirsch, Y., Novoselov, S., **Chung, W.K.,** Weimer, L.H., Rossor, A., LeDuc, C.A., McPartland, A.J., Cabera, E., Ekstein, J., Scher, S., Schiavo, G., Nelson. R. F., Henderson, L.B., Booth, K.T.A. Biallelic loss-of-function variants BICD1 are associated with peripheral neuropathy and hearing loss. Int J Mol Sci. 2023 May 17;24(10):8897. PMID: 37240244. PMCID: PMC10219021.

677.    Kehm, R.D., Knight, J.A., Houghton, L.C., McDonald, J.A., Schwartz, L.A., Goldberg, M., **Chung, W.K.,** Frost, C.J., Wei, Y., Bradbury, A.R., Keegan, T.H.M., Daly, M.B., Buys, S.S., Andrulis, I.L., John, E.M., Terry, M.B. The role of physical activity in pubertal timing: findings from the LEGACY Girls Study. PEDIATRICS. In press, October 6, 2022.

678.    Scmid, C.M., Gregor, A., Constain, G., Morel, C., Massingham L., Schwab, J., Quelin, C., Faoucher, M., Kaplan, J., Procopio, R., Saunders, C., Cohen, A., Lemire, G., Sacharow, S., O'Donell-Luria, A., Segal, R.J., Shamshoni, J.K., Schweitzer, D., Ebrahimi-Fakhari, D., Monaghan, K., Palculict, T., Napier, M., Tao, A., Isidor, B., Moradkhani, K., Reis, A., Sticht, H., **Chung, W.K.,** Zweier, C. LHX2 haploinsufficiency causes variable neurodevelopmental disorder. Genet Med. 2023 Apr 11;25(7):100839. PMID: 37057675.

679.    Klitzman, R., Bezborodko, W., **Chung, W.K.,** Appelbaum, P.S. Views of genetic testing for autism among autism self-advocates: qualitative study. AJOB Empirical Bioethics. Submitted. May 2, 2023.

680.    *Applebaum, P.S., Burke, W., Parens, E., Roberts, J., Berger, S., **Chung, W.K**. Cases in Precision Medicine: Is There an Obligation to Return Reinterpreted Genetic Results to Former Patients? Annals of Internal Medicine. 2023 Mar 28. doi: 10.7326/M22-3682. PMID: 36972543.

681.    *Hays, T., Hernan, R., Disco, M., Griffin, E., Goldshtrom, N., Vargos, D., Krishnamurthy, G., Rehman, A., Wilson, A., Guha, S., Phadke, S., Okur, V., Robinson, D., Felice, V., Abhyankar, A., Jobanputra, V., **Chung, W.K.** Implementation of Rapid Genome Sequencing for infants with Congenital Heart Disease. medRxiv 2022.12.16.22283479; doi: https://doi.org/10.1101/2022.12.16.22283479 Accepted. 2023.

682.    Tavakoli, N.P., Gruber, D., Armstrong, N., **Chung, W.K.,** Maloney, B., Park, S., Wynn, J., Burtt, C.K., Verdade, L., Tegay, D.H., Cohen, L.L., Shapiro, N., Kennedy, A., Noritz, G., Ciafaloni, E., Weinberger, B., Ellington, M., Schleien, C., Spinazzola, R., Sood, S., Brower, A., Puryear, M.L., Caggana, M. Newborn Screening for Duchenne Muscular Dystrophy: A Two- Year Pilot Study. Annals of Clinical and Translational Neurology. 2023 Jun 23. Doi: 10.1002/acn3.51829. PMID: 37350320.

683.    Wang, B.Z., Nash, T.R., Zhang, X., Rao, J., Abriola, L., Kim, Y., Zakharov, S., Kim, M., Lui, L., Morsink, M., Liu, B., Lock, R.I., Fleischer, S., Tamargo, M.J., Welch, C.L., **Chung, W.K.,** Marx, S.O., Surovsteva Y.V., Novakovic, G.V., Fine, B.M. Engineered cardiac tissue model of restrictive cardiomyopathy for drug discovery. Cells Reports Medicine. 2023 Mar 7:100976. PMID: 36921598. PMCID: PMC10040415.

684.    Ding, Z., Huang, G., Wang, T., Duan, W., Li, H., Yang, Z., Wang, K., Chu, X., Nelson, E.C.K., Ahlers, K., Earl, R.K., Han, Y., Feliciano, P., **Chung, W.K.,** Eichler, E.E., Jiang, M., Xiong, B. Genetic Ablation of GIGYF1, associated with autism, causes behavioral and neurodevelopmental defects in zebrafish and mice. Biological Psychiatry. 2023 Mar 14:S0006-3223(23)01091-0. PMID: 36924980.

685.    Casillan, A., Florido, M.E., Cornejo, J.G., Bakken, S., Lynch, J.A., **Chung, W.K.,** Mittendorf, K.F., Berner, E.S., Connolly, J.J., Weng, C., Holm, I.A., Khan, A., Kiryluk, K., Limdi, N.A., Petukhova, L., Sabatello, M., Wynn, J. Participant-guided development of bilingual genomic educational infographics for Electronic Medical Records and Genomics Phase IV study. Journal of Patient Education and Counseling. In Review. April 8, 2023.

686.    Morton, S.U., Norris, A.N., Cunningham, S., King, E., Goldmuntz, E., Brueckner, M., Miller, T.A., Thomas, N.H., Liu, C., Adams, H.R., Bellinger, D.C., Cleveland, J., Cnota, J.F., Dale, A.M., Frommelt, M., Gelb, B.D., Grant P.E., Goldberg, C.S., Huang, H., Kuperman, J.M., Li, J.S., McQuillen, P.S., Panigraphy, A., Porter, G.A., Roberts, A.E., Russell, M.W., Seidman CE., Tivarus, M.E., Anagnoustou, E., Hagler, D.J., **Chung, W.K.,** Newburger, J.W. Association of Potentially Damaging De Novo Gene Variants with Neurologic Outcomes in Congenital Heart Disease. JAMA Netw Open. 2023 Jan 3;6(1):e2253191. doi: 10.1001/jamanetworkopen.2022.53191. PMID: 36701153.

687.    Saffari, A., Lau, T., Tajsharghi, H., Karimiani, E.G., Kariminejad, A., Efthymiou, S., Zifarelli, G., Sultan, T., Toosi, M.B., Sedighzadeh, S., Siu, V.M., Ortigoza-Escobar, J.D., AlShamsi, A.M., Ibrahim, S., Al-Sannaa, N.A., Al-Hertani, W., Sandra, W., Tarnopolsky, M., Alavi, S., Li, C., Day-Salvatore, D.L., Martínez-González, M.J., Levandoski, K.M., Bedoukian, E., Madan-Khetarpal, S., Idleburg, M.J., Menezes, M.J., Siddharth, A., Platzer, K., Oppermann, H., Smitka, M., Collins, F., Lek, M., Shahrooei, M., Ghavideldarestani, M., Herman, I., Rendu, J., Faure, J., Baker, J., Bhambhani, V., Calderwood, L., Akhondian, J., Imannezhad, S., Mirzadeh, H.S., Hashemi, N., Doosti, M., Safi, M., Ahangari, N., Torbati, P.N., Abedini, S., Salpietro, V., Gulec, E.Y., Eshaghian, S., Ghazavi, M., Pascher, M.T., Vogel, M., Abicht, A., Moutton, S., Bruel, A.L., Rieubland, C., Gallati, S., Strom, T.M., Lochmüller, H., Mohammadi, M.H., Alvi, J.R., Zackai, E.H., Keena, B.A., Skraban, C.M., Berger, S.I., Andrew, H.E., Rahimian, E., Morrow, M.M., Wentzensen, I.M., Millan, F., Henderson, L.B., Dafsari, H.S., Jungbluth, H., Gomez-Ospina, N., McRae, A., Peter, M., Veltram, D., Marinakis, N.M., Sofocleous, C., Ashrafzadeh, F., Pehlivan, D., Lemke, J.R., Melki, J., Benezit, A., Bauer, P., Weis, D., Lupski, J.R., Senderek, J., Christodoulou, J., **Chung, W.K.,** Goodchild, R., Offiah, A.C., Moreno-De-Luca, A., Mohnish, S., Ebrahimi-Fakhari, D., Houlden, H., Maroofian, R. The clinical and genetic spectrum of autosomal-recessive TOR1A-related disorders. Brain. 2023 Feb 9:awad039. doi: 10.1093/brain/awad039. PMID: 36757831.

688.    Ganapathi, M., Matsuoka, L.S., March, M., Li, D., Brokamp, E., Benito-Sanz, S., White, S.M., Lachlan, K., Ahimaz. P., Sewda, A., Bastarache, L., Wilson, A.T., Stoler, J.M., Baptista, J., Stals, K., Demurger, F., Cogne, B., Isidor, B., Bedeschi, M.F., Peron, A., Amiel, J., Zackai, E., Schacht, J.P., Iglesias, A.D., Morton, J., Seidel, V., Lucia, S., Beaskin, S.M., THiffault, I., Cogan, J.D., Gordon, C.T., **Chung, W.K.,** Bowdin, S., Bhoj, E. Heterozygous variants NRF2 cause a recognizable multiple congenital syndrome with developmental delays. European Journal of Human Genetics. Submitted. February 17, 2023.

689.    O'Mahony, D., Ramus, S., Southey, M., Meagher, N., Hadjisavvas, A., John, E., Hamann, U., Imyanitov, E., Andrulis, I., Sharma, P., Daly, M., Hake, C., Weitzel, J., Jakubowska, A., Godwin, A., Arason, A., Bane, A.L., Simard, J., Soucy, P., Caligo, A., Mai. P., Claes, K., Texiera, M., **Chung, W.K.,** Lazaro, C., Hulick, P., Toland, A., Pedersen, I., S., Neuhausen, S., Vega, A., Hoya, M., Nevanlinna, H., Dhawan, M., Zampiga, V., Daneisi, R., Varesco, L., Gismondi, V., Vellone, V., James, P., Ramunas, J., Zake, L.N., Nielsen, F., Hansen, T., Pejovic, T., Borg, A., Rantala, J., Offit, K., Montagna, M., Nathatson, K., Domchek, S.,

Osorio, A., Garcia, M., Karlen, B., Defazio, A., Bowtell, D., McGuffog, L., Leslie, G., Parsons, M., Dork, T., Speith, L., Santana, E., Da Costa, A.B.A., Radice, P., Peterlongo, P., Papi, L., Engel, C., Hahnen, E., Schmutzler, R., Wappenschmidt, B., Easton, D., Tischkowtiz, M., Singer, C., Tan, Y., Whittemore, A.S., Sieh, W., Brenton, J., Tannoukakos, D., Fostira, F., Konstantopoulou, I., Soukupova, J., Vocka, M., Trench, G.C., Pharoah, P., Antoniou, A., Goldgar, D., Spurdle, A., Michailidou. Ovarion cancer pathology characteristics as predictors of variant pathogenicity in BRCA1 and BRCA2. Br J Cancer. 2023 Apr 19. doi: 10.1038/s41416-023-02263-5. PMID: 37076566.

690.    Zhu, N., LeDuc, C.A., Fennoy, I., Laferr, R.B., Doege, C.A., Shen, Y., **Chung, W.K.**, Leibel, R.L. Predicted loss of function alleles in Bassoon (BSN) are associated with obesity. medRxiv. 2023 Feb 23:2023.02.19.23285978. doi: 10.1101/2023.02.19.23285978. PMID: 36865254.

691.    Lee, S.S.J., Caruncho, M., **Chung, W.K.,** Johnston, J., Tabb, K., Appelbaum, P.S. Individualized Interventions for Rare Genetic Conditions and the Research-Treatment: Stakeholder Perspectives. Genet Med. 2023 Mar 22:100832. doi: 10.1016/j.gim.2023.100832. PMID: 36964709.

692.    Wynn, J., Karlsen, A., Levine, A., Huber, B., Salem, A., White, C.L., Luby, M., Bezborodko, E., Xiao, S., **Chung, W.K.,** Klitzman, R., Applebaum, P. Impact of a genetic for a child's autism on parental perceptions. Autism. Submitted. April 8, 2023.

693.    Klitzman, R., Bezborodko, E., **Chung, W.K.,** Applebaum, P.S. Impact of receiving genetic diagnosis on parents'perceptions of their children with profound autism. Journal of Autism and Developmental Disorders. In Review. April 19, 2023.

694.    Miller, D.T., Lee, K., Hsun, N.S.A., Amendola, L.M., Brothers, K., **Chung, W.K.,** Gollob, M.H., Gordon, A.S., Harrison, S.M., Hershberger, R.A., Klein, T.E., McKelvey, K., Richards, C.S., Stewart, D.R., Martin, C.L., ACMG Secondary Findings Working Group. ACMG SF v3.2 list for reporting of secondary findings in clinical exome and genome sequencing: A policy statement of the American College of Medical Genetics and Genomics (ACMG). Genet Med. 2023 Jun 15:100866. doi: 10.1016/j.gim.2023.100866. PMID: 37347242.

695.    Bisikirska, B., Labella, R., Dominguez, A.C., Luo, N., De Angelis, J., Mosialou, I., Lin, C.S., Beck, D., Lata, S., Shyu, P.T., Guo, E., Hagen, J., **Chung, W.K.**, Shane, E., Cohen, A., Kousteni, S. Melatonin receptor 1A variants as genetic cause of Idiopathic Osteoporosis. Science Translational Medicine. Submitted. May 31, 2023.

696.    Wu, C.G., Balakrishnan, V.K., Parihar, P.S., Konovolov, K., Chen, Y.C., Merrill, R.A., H., Wei, H., Carragher, B., Sundaresan, R., Cui, Q., Wadziniski, B.E., Swingle, M.R., Musiyenko, A., Honkanen, R., **Chung, W.K.,** Suzuki, A., Strack, S., Huang, X., Xing, Y. bioRxiv. 2023 Apr 5:2023.03.09.530109. doi: 10.1101/2023.03.09.530109. PMID: 37066309.

697.    Radiant Study Group. The Rare and Atypical Diabetes Network (RADIANT) Study: Design and Early Results. Diabetes Care. 2023 Apr 27:dc222440. doi: 10.2337/dc22-2440. PMID: 37104866.

698.    Tambi, R., Zehra, B., Nandkishore, S., Sharafat, S., Kader, F., Nassir, N., Mohammed, N., Ahmend, A., Hameid, R.A., Alasrawi, S., Kuebler, **Chung, W.K.,** W.M., Brueckner, M., Ali, A.A., Donato, R.M., Uddin, M., Berdiev, B.K. Single-Cell Reconstruction and Mutation

Enrichment Analysis Identifies Dysregulated Cardiomyocyte and Endothelial Cells in Congenital Disease. American Journal of Physiology. Submitted. June 5, 2023.

699.    Levi, H., Carmi, S., Rosset, S., Yerushalmi, R., Zick, A., Peretz, T.Y., Wang, Q., Bolla, M.K., Dennis, J., Michailidou, K., Lush, M., Ahearn, T.U., Andrulis, I.L., Culver, H.A., Antoniou, A.C., Arndt, V., Augustinsson, A., Auvinen, P., Freeman, L.E.B., Beckmann, M.W., Behrens, S., Bermisheva, M., Bodeon, C., Bogdanova, N.V., Bojesen, S.E., Brenner, H., Byers, H., Camp, N.J., Castelao, J.E., Claude, J.C., Chirlaque, M.D., **Chung, W.K.,** Clarke, C.L., Collee, M., Colonna, S.V., Couch, F.J., Cox, A., Cross, S.S., Czene, K., Daly, M.B., Devilee, P., Dork, T., Dossus, L., Eccles, D.M., Eliassen, H., Eriksson, M., Evans, D.G., Fasching, P.A., Fletcher, O., Flyger, H., Fritschi, L., Gabrielson, M., Dominguez, M.G., Closas, M.G., Saenz, J.A.G., Genkinger, J., Giles, G.G., Goldberg, M.S., Guenel, P., Hall, P., Hamann, U., He, W., Hillemanns, P., Hollestelle, A., Hoppe, R., Hopper, J.L., Jakovchevska, S., Jakubowska, A., Jernstrom, H., John, E.M., Johnson, N., Jones, M.E., Joseph, V., Kaaks, R., Khusnutdinova, E.K., Kitahara, C.M., Koutros, S., Kristensen, V.N., Kurian, A.W., Lacey, J.V., Lambrechts, D., Le Marchand, L., Lejbkowicz, F., Lindblom, A., Loibl, S., Lori, A., Lubinski, J., Mannermaa, A., Manoocherhri, M., Mavroudis, D., Menon, U., Mulligan, A.M., Murphy, R.A., Nevelsteen, I., Newman, W.G., Obi, N., O'brien, K.M., Offit, K., Olshan, A.F., Olson, J.O., Panico, S., Simon, T.W.P., Patel, A.V., Peterlongo, P., Karanfilska, D.P., Rack, B., Radice, P., Rennert, G., Rhenius,, V., Romero, A., Saloustros, E., Sandler, D.P., Schmidt, M.K., Schwentner, L., Shah, M., Sharma, P., Simard, J., Southey, M.C., Stone, J., Tapper, W.J., Taylor, J.A., Teres, L.R., Toland, A.E., Troester, M.A., Truong, T., Van der Kolk, L.E., Weinberg, C.R., Wendt, C., Yang, X.R., Zheng, W., Ziogas, A., Dunning A.M., Pharoah, P.D.P., Easton, D.F., Shachar, S.B., Elefant, N., Shamir, R., Elkon, R. Evaluation of European-based polygenic risk score for breast cancer in Ashkenazi Jewish women in Israel. Journal of Medical Genetics. Submitted. May 8, 2023.

700.    Padgett, L.R., Shrinkle, M.R., Rosario, S., Stewart, T.M., Foley, J.R, Casero, R.A., Park, M.H., **Chung, W.K.,** Mastracci, T.L. Deoxyhpusine synthase (DHPS) mutations alter the post-translational modification of eukaryotic translation factor 5A (eIF5A) resulting in impaired human and mouse neural homeostasis. HGG Advances. In press, 2023.

701.    Iruzubieta, P., Alves, C.E.A.F., Al Shamsi, A.M.S.M., El Ghazali, G., Pinelli, L., Al-Amrani, F., Al-Fataisi, A., Galli, J., Fazzi E.M., Ragno, M., Trojano, L., Al Tenalji, A., Aziz, M., Schmidts, M., Zifarelli, G., Babaei, M., Bauer, P., Ghayoor, K., **Chung, W.K.,** Shalbafan, B., Houlden, H., Maroofian. Clinical, genetic and neuroimaging spectrum of biallelic missense and loss of function variants in NOTCH3. Annals of Neurology. Submitted. May 23, 2023.

702.    Clayton, E.W., Smith, M., Anderson, K.C., **Chung, W.K.,** Connolly, J., Fullerton, S.M., McGowan, M., Peterson, J.F., Prows, C.A., Sabatello, M., Holm, I.A. Studying the Impact of Translational Genomic Research: Lessons from eMERGE. Am J Hum Genet. 2023 Jun 20:S0002-9297(23)00168-4. doi: 10.1016/j.ajhg.2023.05.011. PMID: 37343562.

703.    Stewart, L., Hernan, R., Mardy, C., Hahn, E., **Chung, W.K.,** Bacha, E.A., Krishnanmurthy, G., Duron, V., Krishnan, U.S. Congenital Heart Disease With Congenital Diaphragmatic Hernia: Surgical Decision Making and Outcomes. J Pediatr. 2023 May 31:113530. doi:10.1016/j.peds.2023.113530. PMID. 37268035.

704.    Klitzman, R., Ekaterina, B., **Chung, W.K.,** Applebaum, P.S. Ambiguities Faced by Parents Who Received a Genetic Diagnosis for Offspring With Autism with Intellectual Disabilities.

American Journal of Medical Genetics Part B: Neuropsychiatric Genetics. Submitted. June 1, 2023.

705.    *Tumer, Z., Levy, M.A.B, Ganapathi, M., **Chung, W.K.** A deep intronic DLG4 variant leading to a complex genotype in DLG4 -related synaptopathy. Clinical Genetics. Submitted. June 6, 2023.

706.    Klitzman, R., Bezborodko, E., **Chung, W.K.,** Applebaum, P. Impacts of Genetic Diagnosis on Parental Views of Self-Blame and Causes of Autism. Autism. Submitted. June 7, 2023.

707.    *Levine, A.D., **Chung, W.K.** Clinical Features of PPP2 Syndrome type R5D (Jordan's Syndrome) to Support Standardization of Care. Cold Spring Harb Mol Case Stud. 2023 Jun 20;mcs.a006285. doi: 10.1101/mcs.a006285. PMID: 37339871.


**Other peer-reviewed scholarship**

1.    Kishnani, P., Austin, S.L., Arn, P., Bali, D.S., Boney, A., Case, L.E., **Chung, W.K.,** Desai, D.M., El Gharbawy, A., Haller, R., Smit, P.A., Smith, A.D., Hobson-Web, L.D., Wechsler, S.B., Weinstein, D.A., Watson, M.S., Glycogen storage disease type III diagnosis and management guidelines [Practice Guideline]. Genet Med. 2010 Jul;12(7):446-63. doi: 10.1097/GIM.0b013e3181e655b6. PMID: 20631546.

2.    Kishnani, P., Austin, S.L., Abdenur, J.E., Arn, P., Bali, D.S., Boney, A., **Chung, W.K.,** Dagli, A.I., Dale, D., Koeberl, D., Somers, M.J., Burns Wechsler, S., Weinstein, D.A., Wolfsdorf, J.I., Watson, M.S. Diagnosis and management of glycogen storage disease type I: a practice guideline of the American College of Medical Genetics and Genomics (ACMG) [Practice Guideline]. Genet Med. 2014 Nov;16(11):e1. doi: 10.1038/gim.2014.128. PMID: 25356975.

3.    Abman, S.H., Hansmann, G., Archer, S.L., Ivy, D.D., Adatia, I., **Chung, W.K.,** Hanna, B.D., Rosenzweig, E.B., Raj, J.U., Cornfield, D., Stenmark, K.R., Steinhorn, R., Thebaud, B., Fineman, J.R., Keuhne, T., Feinstein, J.A., Friedberg, M.K., Earing, M., Barst, R.J., Keller, R.L., Kinsella, J.P., Mullen, M., Deterding, R., Kulik, T., Mallory, G., Humpl, T., Wessel, D.L. Pediatric Pulmonary Hypertension: Guidelines from the American Heart Association and American Thoracic Society [Practice Guideline]. Circulation. 2015 Nov 24;132(21):2037-2099. doi: 10.1161/CIR.0000000000000329. PMID: 26534956.

4.


**Scholarship without named authorship**


**Non-peer reviewed scholarship in print or other media:**


**Reviews, chapters, and editorials**

5.    Leibel, R.L., Chua, S.C., and **Chung, W.K.** Molecular genetic analysis of complex metabolic phenotypes: approaches to obesity and NIDDM [Chapter]. In: Weston LA, Savage

LM, editors. Obesity Advances in Understanding and Treatment. Southborough: International Business Communications;, 1996. p. 1.4.1-1.4.15.

6. Leibel, R.L., Chua, S.C., and **Chung, W.K**. Animal models of genetic obesity [Chapter]. In: Angel A, Anderson H, Bourchard C, Lau D, Leiter L, Mendelson R, editors. Progress in Obesity Research: 7. London: John Libbey & Company, Ltd.; 1996. p. 263-271.

7. Leibel, R.L., **Chung, W.K.,** and Chua, S.C. The molecular genetics of rodent single gene obesities [Review]. J Biol Chem. 1997 Dec 19;272(51):31937-31940. doi: 10.1074/jbc.272.51.31937. PMID: 9405382.

8. **Chung, W.K**. Inherited Lipodystrophic Syndromes. Progress in Obesity Research. pp. 320-322, 2003.

9. Russo, D. and **Chung, W.K.** Gender difference in hereditary cancer syndromes: risks, management, and testing for inherited predisposition to cancer [Chapter]. In: Legato M, Bilezikian J, editors. Principles of Gender-Specific Medicine. San Diego: Elsevier; 2004. p. 682-692.

10. **Chung, W.K**. Leibel, R.L. Molecular physiology of syndromic obesities in humans [Review]. Trends Endocrinol Metab. 2005 Aug;16(6):267-72.. doi: 10.1016/j.tem.2005.06.009. PMID: 16005242.

11. Stanley, C.A., Lee T.M. **Chung, W.K.** Carnitine palmitoyltransferase I deficiency [Chapter]. In: Percy A, editor. MedLink Neurology. San Diego: MedLink Corporation. Available at www.medlink.com. Accessed. December 3, 2006.

12. **Chung, W.K,** The links between obesity, leptin, and prostate cancer [Editorial]. Cancer J. 2006 May-Jun;12(3):178-81. doi: 10.1097/00130404-200605000-00004. PMID: 16803674.

13. **Chung, W.K.** Genetics [Chapter]. In: Polin R, Spitzer A, editors. Fetal and Neonatal Secrets. Elsevier; 2007. p. 238-258.

14. **Chung, W.K.** Predictive Genetic Testing for Pediatric Cardiomyopathies. Progress in Pediatric Cardiology. **23: 1-2,** 33-38, 2007.

15. **Chung, W.K**. Implementation of Genetics to Personalize Medicine [Review]. Gend Med. 2007 Sep;4(3):248-265. doi: 10.1016/s1550-8579(07)80044-1. PMID: 18022591

16. Gallagher, M.P. **Chung, W. K**., Oberfield, S. Endocrinology and Metabolism [Chapter]. In: Polin R, Spitzer A, editors. Fetal and Neonatal Secrets. Elsevier, 2007. p. 130-153.

17. **Chung, W.K.** Leibel, R.L. Energy and Metabolism and Obesity: Research and Clinical Applications [Chapter]. In: Donohoue P, editor. Molecular Physiology of Monogenic and Syndromic Obesities in Humans. New Jersey: Humana Press, 2008. p. 1-22.

18. **Chung, W.K.** and Leibel, R.L. Overview of human obesity syndromes [Chapter]. In: Clement K, Sorensen TIA, editors. Genetics of Obesity: Genomics and Postgenomics. . Boca Raton: Taylor & Francis Group, LLC; 2008. p. 157-178.

19. **Chung, W.K.** Clinical Implementation of Genomic Medicine[Chapter]. In: Ginsburg G, Willard H, editors. Essentials of Genomic and Personalized Medicine New York: Academic Press/Elsevier; 2008. p. 357-366.

20. Wilhelm, M., and **Chung, W. K.** Inborn Errors of Metabolism [Chapter]. In: Nichols D, editor. Roger's Textbook of Pediatric Intensive Care. Philadelphia: Lippincott Williams and Wilkins;2008.p. 1685-1697.

21. **Chung, W.K.**, Leibel, R. L., Considerations regarding the genetics of obesity. Obesity (Silver Spring). 2008 Dec;16 Suppl 3(Suppl3):S33-39. PMID: 19037210. PMCID: PMC2682366.

22. Lee, T., **Chung, W.K.**, Genetic Testing [Chapter]. In: Shweder RA, Bidell TR, Dailey AC, Dixon SD, Miller PJ, Modell J, editors. The Child: An Encyclopedic Companion, Chicago: University of Chicago Press; 2009. p 407-409.

23. Machado, M., Eickelberg, O., Elliott, G., Geraci, M.W., Hanaoka, M, Loyd, J.E., Newman, J.H., Phillips III, J.A., Soubrier, F., Trembath, R.C., **Chung, W.K.** Genetics and genomics of pulmonary arterial hypertension [Review]. J Am Coll Cardiol. 2009 Jun 30;30;54(1 Suppl):S32-S42. PMID: 19555857. PMCID:PMC3725550.

24. **Chung, W. K.** Gender Differences in Hereditary Cancer Syndromes: Risks, Management, and Testing for Inherited Predispostion to Cancer [Chapter]. In: Legato MJ, Principles of Gender-Specific Medicine, 2nd Edition. London: Elsevier; 2009. p. 481-495.

25. Pal, D.K., Pong, A.W., **Chung, W. K.** Genetic evaluation and counseling for epilepsy [Review]. Nat Rev Neurol. 2010 Aug;6(8):445-53, 2010. doi: 10.1038/nrneurol.2010.92. PMID: 20647993.

26. **Chung, W.K.** Clinical Implementation of Genomic Medicine [Chapter]. In: Ginsburg G, Willard, H, editors. Essentials of Genomic and Personalized Medicine  New York: Academic Press/Elsevier; 2010. p. 191-200.

27. Brenner, L. N. and **Chung, W.K.** Clinical and Molecular Genetic Features of Hereditary Pulmonary Arterial Hypertension [Review]. Compr Physiol. 2011 Oct;1(4):1721-1728, 2011. doi: 10.1002/cphy.c100063. PMID: 23733703.

28. Pong, A, Pal, D.K., **Chung, W.K.** Developments in molecular genetic diagnostics: an update for the pediatric epilepsy specialist [Review]. Pediatr Neurol. 2011 May;44(5):317-27. doi: 10.1016/j.pediatrneurol.2011.01.017. PMID: 21481738.

29. **Chung, W.K.**, Towbin, J. Genetic Issues in Pediatric Cardiomyopathy: Future Research Directions.  Progress in Pediatric Cardiology.  32 (1): 3-4, 2011.

30. **Chung, W.K.** Novel Gene Discovery in Pediatric Cardiomyopathy.  Progress in Pediatric Cardiology.  31 (2): 89-91, 2011.

31. **Chung, W.K.** An overview of mongenic and syndromic obesities in humans. Pediatr Blood Cancer. 2012 Jan;58(1):122-8. PMID: 21994130. PMCID: PMC3215910.

32. **Chung, W.K.,** and Leibel, R. L. Genetics of Body Weight Regulation [Chapter]. In: Brownell KD, Gold MNS, editors.  Food and Addiction: A Comprehensive Handbook. Oxford University Press; 2012. p. 90-96.

33. **Chung, W.K.** Genetics [Chapter]. In: Polin R, Spitzer A, editors. Fetal and Neonatal Secrets, 3rd Edition. Philadelphia: Elsevier; 2013. p. 266-289.

34. Gallagher, M.P., **Chung, W. K.,** Oberfield, S. Endocrinology and Metabolism [Chapter]. In: Polin R, Spitzer A, editors. Fetal and Neonatal Secrets, 3rd Edition. Philadelphia: Elsevier; 2013. p. 155-180.

35. **Chung, W.K.** The Genetics of Fetal and Neonatal Cardiovascular Disease [Chapter]. In: Kleinman C, editor. Hemodynamics and Cardiology: Neonatology Questions and Controversies, 2nd edition. Philadelphia: Elsevier, 2012.  p. 343-376.

36. **Chung, W. K.** The future role of genetics in women's health research and clinical care [Chapter]. In: Senie RT, editor. Epidemiology of Women's Health. Burlington: Jones & Barlett Learning; 2013. p. 535-534.

37. Soubrier, F., **Chung, W.K.,** Machado, R., Grunig, E., Aldred, M., Geraci, M.W., Loyd, J.E., Elliot, G., Trembath, R.C., Newman, J.H., Humbert, M. Genetics and genomics of pulmonary arterial hypertension [Review]. J Am Coll Cardiol. 2013 Dec 24;62(25 Suppl):D13-21. doi: 10.1016/j.jacc.2013.10.035. PMID: 24355637

38. Ma. L., **Chung, W.K.** Quantitative analysis of copy number variants based on real-time LightCycler PCR. Current Protoc Hum Genet. 2014 Jan 21;80:7.21.1-8. PMID: 24510682. PMCID: PMC3949243.

39. Ma, L., **Chung, W.K.** The genetic basis of pulmonary arterial hypertension [Review]. Hum Genet. 2014 May;133(5):471-9. doi: 10.1007/s00439-014-1419-3. PMID: 24442418.

40. Gelb, B. D., **Chung, W.K**. Complex genetics and the etiology of human congenital heart disease [Review]. Cold Spring Harb Perspect Med. 2014 Jul 1;4(7):a013953. PMID: 24985128. PMCID: PMC4066638.

41. Best, D.H., Austin, E.D., **Chung, W.K.,** Elliott, C.G. Genetics of pulmonary hypertension [Review]. Curr Opin Cardiol. 2014 Nov;29(6):520-527. doi: 10.1097/HCO.0000000000000105. PMID: 25159282.

42. Wynn, J., Yu, L., **Chung, W.K.** Genetic causes of congenital diaphragmatic hernia [Review]. Semin Fetal Neonatal Med. 2014 Dec;19(6):324-330. PMID: 25447988. PMCID: PMC4259843.

43. Soubrier, F., **Chung, W.K.,** Machado, R., Grunig, E., Aldred, M., Geraci, M., Loyd, J.E., Elliott, C.G., Trembath, R.C., Newman, J.H., Humbert, M. [Genetics and Genomics of Pulmonary Arterial Hypertension] [Article in Turkish]. Turk Kardiyol Dem Ars. 2014 Oct;42 Suppl 1:17-28. PMID: 25697031.

44. Ma. L. **Chung, W.K.** Genetics of Pulmonary Vascular Disease [Chapter]. In: Maron BA, Zamanian RT, Waxman AB, editors. Pulmonary Hypertension: Basic Science to Clinical Medicine. Switzerland: Springer International Publishing; 2016..p. 105-122.

45. **Chung, W.K.,** Austin, E.D., Best, D.H., Brown, L.M., Elliott, C.G. When to Offer Genetic Testing for Pulmonary Arterial Hypertension [Review]. Can J Cardiol. 2015 Apr;31(4):544-547. PMID: 25840103. PMCID: PMC4418475.

46. Machado, R.D., Southgate, L. Eichstaedt, C.A., Aldred, M.A., Austin, E.D., Best, H.D., **Chung, W.K.,** Benjamin, N., Elliott, C.G., Eyries, M., Fischer, C., Graf, S., Hinderhofer, K., Humbert, M., Keiles, S.B., Loyd, J.E., Morrell, N.W., Newman, J.H., Soubrier, F., Trembath, R.C., Viales, R.R., Grunig, E. Pulmonary Arterial Hypertension: A Current Perspective on Established and Emerging Molecular Genetic Defects [Review]. Hum Mutat. 2015 Dec;36(12):1113-1127. PMID: 26387786. PMCID: PMC4822159.

47. Wilhelm, M., **Chung, W. K.** Inborn Errors of Metabolism [Chapter]. In: Nichols DG, Shaffner DH, editors. Roger's Textbook of Pediatric Intensive Care, 5th Edition.. Philadelphia: Walters Kluwer; 2016. p.1847-1860.

48. Russell, M., Robert, A.E., Abrams, D.J., Murphy, A.M., Towbin, J.A., **Chung, W.K.** How to Effectively Utilize Genetic Testing in the care of Children with Cardiomyopathies [Chapter]. Progress in Pediatric Cardiology. Elsevier; 2015.)p. 3-11

49. Picoraro, J.A., Chung, W.K. Delineation of New Disorders and Phenotypic Expansion of Known Disorders through Whole Exome Sequencing. Curr Genet Med Rep. Published. 3, 209–218, 2015.

50. Nielsen, S.M., Rhodes, L., Blanco, I., **Chung, W.K.,** Eng, C., Maher, E.R., Richard, S, Giles, R.H. Von Hippel-Lindau Disease: Genetics and Role of Genetic Counseling in a Multiple Neoplasia Syndrome [Review]. J Clin Oncol. 2016 Jun 20;34(18): 2172-2181. doi: 10.1200/JCO.2015.65.6140. PMID: 27114602.

51. **Chung, W.K.** Genetics of Neuromuscular Disorders. Neuromuscular Disorders of Infancy, Childhood, and Adolescence: A Clinician's Approach. Academic Press; Elsevier. 1(2):17-31, 2016.

52. Ma, L., **Chung, W.K.** The role of genetics in pulmonary arterial hypertension [Review]. J Pathol. 2017 Jan;241(2):273-280. PMID: 27770446. PMCID: PMC5167647.

53. Lee, T., **Chung, W.K.** Genetics and Hypertrophic Cardiomyopathy. Current Pediatrics Reports. **4,** pages 35–44 (2016).

54. Oberg, A.O., Berg, J.S., Brown, C.W., Burke, W., Calonge, B.N., **Chung, W.K.,** Cline, T.W., David, S.P., Garber, J.E., Green, R.C., Martinez-Agosto, J.A., Piper, M.A., Risch, N.J., Schwartz, J.S., Valle, D., Veenstra, D.L., Wexler, N.S. An Evidence Framework for Genetic Testing [Review]. Washington (DC): The National Academies Press (US); 2017 Mar 27. doi: 10.17226/24632. PMID: 28418631.

55. Lee, T.M., Hsu, D.T., Kantor, P., Towbin, J.A., Ware, S.M., Colan, S.D., **Chung, W.K.,** Jefferies, J.L., Rossano, J.W., Castleberry, C.D., Addonizio, L.J., Lal, A.K., Lamour, J.M., Miller, E.M., Thrush, P.T., Czachor, J.D., Razoky, H., Hill, A., Lipshultz, S.E. Pediatric Cardiomyopathies [Review]. Circ Res. 2017 Sep 15;121(7):855-873, 2017. PMID: 28912187. PMCID: PMC5657298.

56. Kardon, G., Ackerman, K., McCulley, D.J., Shen, Y., Wynn, J., Shang, L., Bogenshutz, E.L., Sun, X., **Chung, W.K.** Congenital diaphragmatic hernias: from genes to mechanisms to therapies [Review]. Dis Model Mech. 2017 Aug 1;10(8):955-970. PMID: 28768736. PMCID: PMC5560060.

57. Volkan, O., Chung, W.K. The impact of hereditary cancer gene panels on clinical care and lessons learned [Editorial]. Cold Spring Harb Mol Case Stud. 2017 Nov 21;3(6)a002154. PMID: 29162654. PMCID: PMC5701305.

58. Russell, M.W., **Chung, W.K.,** Kaltman, J.R., Miller, T.A. Advances in the Understanding of the Genetic Determinants of Congenital Heart Disease and their Impact on Clinical Outcomes. J Am Heart Assoc. 9;7(6), 2018. PMID: 29523523.

59. Morrell, N.W., Aldred, M.A., **Chung, W.K.,** Elliott, C.G., Nichols, W.C., Soubrier, F., Trembath, R.C., Lloyd, J.E. Genetics and Genomics of Pulmonary Arterial Hypertension. Eur Respir J. 53(1):1801899. 2019. doi: 10.1183/13993003.01899-2018.

60. Wou, K., **Chung, W.K.,** Wapner, R.J. Laboratory Considerations for Prenatal Genetic Testing. Semin Perinatol. 42(5):307-313, 2018. PMID: 30206017.

61. Pierpont, M.E., Brueckner, M., **Chung, W.K.,** Garg, V., Lacro, R.V., McGuire, A.L., Mital, S., Priest, J.R., Pu, W.T., Roberts, A., Ware, S.M., Gelb, B.D., Russell, M.W. American Heart Association Council on Cardiovascular Disease in the Young, Council on Cardiovascular and Stroke Nursing, Council on Genomic and Precision Medicine. Genetic Basis for Congenital Heart Disease: Revisited: A Scientific Statement from the American

Heart Association. Circulation. 138(21):e653-e711, 2018. PMID: 30571578. PMCID: PMC6555769.

62. Lin, B., **Chung, W.K.** Cases in Precision Medicine: The Role of Pharmacogenetics in Precision Prescribing. Ann Intern Med. 170(11):796-804, 2019. PMID: 31108507.

63. Kiryluk, K., Goldstein, D.B., Rowe, J.W., Gharavi, A.G., Wapner, R., **Chung, W.K.** Precision Medicine in Internal Medicine. Ann Intern Med. 170(9):635-642, 2019. PMID: 31035290.

64. Kishani, P.S., Goldstein, J., Austin, S.L., Arn, P., Bachrach, B., Bali, D.S., **Chung, W.K.**, El-Gharbawy, A., Brown, L.M., Kahler, S., Pendyal, S., Ross, K.M, Tsilianidis, L., Weinstein, D.A. Watson, M.S., ACMG Work Group on Diagnosis and Management of Glycogen Storage Diseases Type VI and IX. Diagnosis and Management of Glycogen Storage Diseases Type VI and IX: A Clinical Practice Resource of the American College of Medical Genetics and Genomics (ACMG). Genet Med. 21(4):772-789, 2019. PMID: 30659246.

65. Mirzaa, G., Foss, K., Nattakom, M.T., **Chung, W.K.** PPP2R5D-Related Neurodevelopmental Disorder. GeneReviews [Internet]. 2019. PMID: 30676711.

66. Yu, L., Hernan, R.R., Wynn, J., **Chung, W.K.** The Influence of Genetics in Congenital Diaphragmatic Hernia. Semin Perinatol. doi: 10.1053/j.semperi.2019.07.008. [Epub ahead of print], 2019. PMID: 31443905.

67. Stein, G., Sharma, T., Cabral, T., Tsang, S., **Chung, W.K.** Inherited Retinal Dystrophies. The Columbia Guide to Basic Elements of Eye Care. Casper, D., Cioffi, G.A. ed. New York: Springer. Published. 1(26)277-285, 2019.

68. Artin, M.G., Stiles, D., Kiryluk, K., **Chung, W.K.** Cases in Precision Medicine: When Patients Present with Direct-to-Consumer Genetic Test Results. Ann Intern Med. 170(9):643-650, 2019. PMID: 31035287.

69. Appelbaum, P.S., Stiles, D.F., **Chung, W.K.** Cases in Precision Medicine: Should You Participate in a Study Involving Genomic Sequencing of Your Patients. Ann Intern Med. doi: 10.7326/M19-1414. [Epub ahead of print], 2019. PMID: 31569215.

70. Tischler, J., Crew, K.D., **Chung, W.K.** Cases in Precision Medicine: The Role of Tumor and Germline Genetic Testing in Breast Cancer Management. Ann Intern Med. doi: 10.7326/M18-2417. [Epub ahead of print], 2019. PMID: 31634909. PMCID: PMC7458587.

71. Nees, S.N., **Chung, W.K.** Genetic Basis of Human Congenital Heart Disease. Cold Spring Harb Perspect Biol. doi: 10.1101/cshperspect.a036749. [Epub ahead of print], 2019. PMID: 31818857.

72. Laracuente, R., Waase, M.P., Kalia, I., Wilde, A.A.M., **Chung, W.K.** Cases in Precision Medicine: Genetic Assessment After a Sudden Cardiac Death in the Family [Review]. Ann Intern Med. 2019 May 21;170(10):710-716. doi: 10.7326/M18-2359. PMID: 31083726. PMCID: PMC7458586.

73. Wynn, J., **Chung, W.K.** Developing Effective and Efficient Genomic Educational Tools for our Diverse Population [Editorial]. Ann Transl Mede. 2019 Dec;7(Suppl 8):S304. PMID: 32016023. PMCID: PMC6976475.

74. Nees, S., **Chung, W.K.** The genetics of isolated congenital heart disease [Review]. Am J Med Genet C Semin Med Genet. 2020 Mar;184(1):97-106. doi:10.1002/ajmg.c.31763. PMID:31876989. PMCID: PMC8211463.

75. Welch, C.L., Austin, E.D., **Chung, W.K**. Genes that drive the pathobiology of pediatric pulmonary arterial hypertension [Review]. Pediatr Pulmonol. 2021 Mar;56(3):614-620. PMID: 31917901. PMCID: PMC7343584.

76. Welch, C., **Chung, W.K**. Genetics and Other Omics in Pediatric Arterial Hypertension [Review]. Chest. 2020 May;157(5):1287-1295. doi: 10.1016/j.chest.2020.01.013.. PMID: 32006592. PMCID: PMC7242637.

77. Fujiki, Y., Abel, Y., Imotol, Y., Tanaka, J. A., Okumoto, K., Honshol, M., Tamura, S., Miyata, N., Yamashita, T., **Chung, W.K.**, Kuroiwa, T. Peroxisome Biogenesis and Disease. Journal of Cell Science. 2020 Jan. doi.org/10.1242/jcs.236943.

78. Welch, C.L., **Chung, W.K**. Genetics and Genomics of Pediatric Pulmonary Arterial Hypertension [Review]. Genes (Basel). 2020 Oct 16;11(10):1213. doi: 10.3390/genes11101213. PMID: 33081265. PMCID: PMC7603012.

79. Edwards, N.A., Silverberg, V.S., Weitz, L., Kingma, P. S., Shen, Y., Wells, J.M., **Chung, W.K.,** Zorn, A. Developmental basis of trachea- esophageal birth defects [Review]. Dev Biol. 2021 Sep;477:85-97. doi: 10.1016/j.ydbio.2021.05.015. PMID: 34023332. PMCID: PMC8277759.

80. Kumar, R., Park, M. H. K., Banka, S., Zieglar, A., **Chung, W.K**. Post-translational formation of hypusine in eIF5A: Implications in human neurodevelopment [Review]. Amino Acids.2022 Apr;54(4):485-499. doi: 10.1007/s00726-021-03023-6. PMID: 34273022.

81. Bendixen, C., Brosens, E., **Chung, W.K.** Genetic Diagnostic Strategies and Counseling for Families Affected by Congenital Diaphragmatic Hernia [Review]. Eur J Pediatr Surg. 2021 Dec;31(6):472-481. doi: 10.1055/s-0041-1740337. PMID: 34911129.

82. Zani, A., **Chung, W.K.,** Deprest, J., Harting, M., Jancelewicz, T., Kunisaki, S., Patel, N., Antounians, L., Puligandla, P., Keijzer, R. Congenital diaphragmatic hernia [Review]. Nat Rev Dis Primers. 2022 Jun 1;8(1):37. doi: 10.1038/s41572-022-00362-w. PMID: 35650272.

83. Welch, C., **Chung, W.K.** Channelopathy Genes in Pulmonary Arterial Hypertension [Review]. Biomolecules. 2022 Feb 7;12(2):265. doi: 10.3390/biom12020265.

84. Ziegler, A., **Chung, W.K.** Recent advances in understanding neurodevelopmental outcomes in congenital heart disease [Review]. Curr Opin Genet Dev. 2022 Aug;75:101938. doi: 10.1016/j.gde.2022.101938. PMID: 35772305.

85. **Chung** W, Okur V. Okur-Chung Neurodevelopmental Syndrome. 2022 Jun 9. In: Adam MP, Mirzaa GM, Pagon RA, et al., editors. GeneReviews® [Internet]. Seattle (WA): University of Washington, Seattle; 1993-2022. Available from: https://www.ncbi.nlm.nih.gov/books/NBK581083/

86. Germain, N., **Chung, W.K.,** Sarmiere, P. RNA interference (RNAi)-based therapeutics for treatment of rare neurologic diseases [Review]. Mol Aspects Med. 2023 Jun;91:101148. doi: 10.1016/j.mam.2022.101148. PMID: 36257857.

87. Nees, S.N., Jelin, E., **Chung, W.K.** Genetics of Common Birth Defects in Newborns. Priniciples of Neonatology. Chapter 78. February 22, 2023.

88. Welch, C.L., **Chung, W.K.** Channelopathy Genes in Pulmonary Arterial Hypertension. Biomolecules 2022, Volume 12, Issue 2, 265.

89. O'Shea, D., Schmoke, N., Porigow, C., Murray, L., **Chung, W.K.,** Kattan, M., Jang, M., Antosy, A., Middlesworth, W., Khlevner, J. Recent Advances in the Management of Esophageal Atrsia and Tracheosophageal Fistula: A Review. Journal of Pediatric Gastroenterology & Nutrition. April 30, 2023.

90. Ham, N., Censani, M., Chung, W.K., Adamkin, D.H., Fisher, S., Oberfield, S.E. Fetal and Neonatal Secrets. Elsevier. Endocrinology and Metabolism. Chapter 8. May 25, 2023.

**Books/textbooks for the medical or scientific community**

**Case reports**

1. **Chung, W. K.** Hypoglycemia in an eight month old.  Office and Emergency Pediatrics. 13(2):58-67, 2000.

2. Gottesman-Katz, L. Hernan, R., **Chung, W.K.** Deflice, A. Letter to the Editor: Two novel PNLIP mutations causing congenital lipase deficiency in identical twin males. J Pediatr Gastroenterol Nutr. 2020 Apr;70(4):e85-e86. doi: 10.1097/MPG.0000000000002641. PMID: 31977950.

**Letters to the Editor**

1. **Chung W.K.,** Sampson K.S., Kass, R.S. A novel channelopathy in pulmonary arterial hypertension. N Engl J Med. 2013 Nov 28;369(22):2162. doi: 10.1056/NEJMc1311060. PMID: 24283236.

2. Klitzman, R., Appelbaum, P.S. **Chung, W.K.** Return of Secondary Genomic Findings vs. Patient Autonomy: Implications for Medical Care. JAMA. 310(4):369-70, 2013. PMID: 23917282. PMCID: PMC3800693.

3. Parens, E., Appelbaum, P., **Chung, W.K.** *Incidental Findings* in the Era of Whole Genome Sequencing? Hastings Center Report. 43(4):16-9, 2013. PMID: 23842918. PMICID: PMC3767184.

4. Klitzman, R, Appelbaum, P.S., **Chung, W.K.** Should Life Insurers Have Access to Genetic Test Results? JAMA. 312(18):1855-1856, 2014. PMID: 25387181. PMCID: PMC 4259574.

5. Hardart G.E., **Chung, W.K.** Genetic Testing of Children for Diseases that have Onset in Adulthood: The Limits of Family Interests. Pediatrics. 10.1542/peds.2014-1394F, 2014. PMID: 25274875. PMCID: PMC4258839.

6. Takayama, H., **Chung, W.K.,** Maurer, M.S., Ginns, J.N. Hypertrophic Cardiomyopathy: New Approaches and a Time to Reappraise Older Approaches. J Thorac Cardiovasc Surg. 152(4):983-988, 2016. PMID: 27474178.

7.    Wynn, J. **Chung, W.K.** 23andMe Paves the Way for Direct-to-Consumer Genetic Health
      Risk Testing with a Test with Limited Clinical Utility. Ann Intern Med. 167(2):125-126,
      2017. PMID: 28554190.

8.    Gunter, C., **Chung, W.K.** Pediatric Genetics: Rare is Common. Cold Spring Harb Mol
      Case Stud. 2020 Jun 12;6(3):a005587. doi: 10.1101/mcs.a005587. PMID: 32532884.
      PMCID: PMC7304359.

**Other non-peer reviewed scholarship**

**Professional educational materials or reports, in print or other media:**

**Local/Unpublished Clinical Guidelines and Reports:**

**Thesis:**

Chung, W.K. Genetics of obesity in rodents and man [dissertation]. [New York]: Rockefeller University; 1996.
452 p.

**Manuscripts Submitted to Preprint Servers**

**Abstracts, Poster Presentations, and Exhibits Presented at Professional Meetings:**

<u>Narrative Report</u>

**Introduction**

I am a physician scientist specializing in human genetics. After completing my training in June 2002 at
Columbia University, I joined the faculty at Columbia University and was promoted through the ranks
to my final position in 2017 as the tenured Kennedy Family Professor of Pediatrics in Medicine. In
July 2023, I joined Boston Children's Hospital and HMS where I provide administrative leadership to
the Department of Pediatrics, provide clinical care, supervise trainees, and conduct research on human
genetics of several diseases (autism, neurodevelopmental disorders, KIF1A associated neurological
disorder, congenital heart disease, congenital diaphragmatic hernia, esophageal atresia), pulmonary

hypertension, obesity, diabetes, and newborn screening to enhance our knowledge and the quality of patient care. I am a member of the National Academy of Medicine. I am seeking appointment to the rank of Professor with Investigation as my Area of Excellence with Significant Supporting Activities of Clinical Expertise and Administration and Institutional service.  I devote 30% of my time to research, 15% to clinical practice, 5% to teaching, and 50% to administration.

## Area of Excellence  - Investigation

I have been conducting clinical research on human genetic diseases for over 30 years. I have eludicated the genetic basis of many human diseases including contributions from rare de novo genetic variants, inherited rare variants, and common variants and demonstrated associations with clinical outcomes based upon the underlying genetic etiology. I have identified over 50 novel genetic conditions and characterized the clinical phenotype. Three of these conditions bear my name. I have translated advances in genetic diagnostics including the development of multigene panels by clinical indication, implemented exome and genomic sequencing for clinical diagnostics in prenatal and pediatric medicine, and how am assessing the ability to use genomic integrated risk assessment for common conditions in adults and children. I have performed pilot studies for newborn screening for SMA, Duchenne muscular dystrophy, and now am using genome sequencing in GUARDIAN to screen for ~250 genetic conditions simultaneously and have demonstrated synergies with traditional newborns sceening and am working toward population based genomic screening. I have begun to develop treatments for some of these conditions including an ASO strategy currently in clinical trial for selection knock down of a dominant negative heterozygous mutation in KIF1A. I have received funding for my research from several institutes at NIH including  NICHD, NHGRI, NHLBI, NIDDK, NINDS, NCI, and private foundations including the Simons Foundation and CZI. All of my research aims to determine the genetic basis for human disease, tailor care based upon genomic information, and implement genomics into medical care in an ethical, cost effective, and equitable manner. I lead many large national and international consortia including DHREAMS, CARE, SPARK, and Simons Searchlight.

## Teaching

I have been actively involved in teaching and supervision of medical students, dental students, residents, fellows, postdocs, and junior faculty since I joined the Columbia faculty. I have personally mentored over 100 students in my research laboratory including thesis advisor, scholarly project advisor, thesis committee, and fellowship mentor. I was responsible for designing the course in human genetics for the first year medical and dental students at Columbia and have been the course director for the last 20 years and consistently receive outstanding assessments for the course. I have served as the fellowship director for our Molecular Genetics and Cytogenetics ABMGG training program. I was the Associate Director for Training in our NCI Comprehensive Cancer Center and the Medical Director for our genetic counseling graduate program. I frequently teach in CME courses. I have received numerous awards for teaching including the Presidential Award for Outstanding Teaching, Columbia's highest teaching award, and the Women's mentorship award from the AMA. I have written over 80 major chapters in textbooks and reviews in the literature. I also teach the public and patients through numerous videos online describing our research findings and including major TED talks with over 4 million views.

## Significant Supporting Activity - Clinical expertise

My clinical interests and expertise revolve around the practice of genetics. Since 2002 I have been actively involved in clinical care, providing treatment for patients with genetic conditions; I have led

the neurofibromatosis center of excellence, the von Hippel Lindau center of excellence, founded and directed the DISCOVER program for undiagnosed diseases, and the TREATMENT program to develop new treatments. I receive referrals from colleagues locally, regionally, nationally, and internationally. Patients around the world seek me out to diagnose rare undiagnosed conditions. Patients also seek me out for my expertise in clinical conditions I have described. The programs that I created have grown and now evaluate and treat ~1000 patients each year and serve as a core training experience for medical students, residents, and fellows.

**Significant Supporting Activity - Administration and Institutional Service**

At Columbia, I served as the Director of Clinical Genetics and the Director of Cancer Genetics. I served as the Director of the Precision Medicine Resource of our Irving Institute of Clinical Research. I have served as a national leader in human genetics as a member of council at the National Human Genome Research Institute, the scientific advisory board of All of Us, a member of the board of the American Society of Human Genetics and position as Treasurer elect, organizer for the 2023 Gordon Conference on Human Genetics and Genomics, and as the original plaintiff in the Supreme Court case that overturned gene patents.

**Summary**

Since my appointment as Chief, Department of Pediatrics at BCH at HMS I have endeavored to provide excellent clinical care, administrative oversight, and teaching, while also conducting research and clinical trials in rare genetic conditions. Through my lecturing (at a regional, national and international level), my written works with an h index of 115, my clinical research, and my involvement with professional societies I have sought to improve the care for patients with genetic conditions I look forward to working on identification of the genetic basis for human disease, characterizing rare genetic conditions, and implementing genomic medicine at scale to improve health.