# EXHIBIT 14



# Is autism genetic?

Wendy Chung, M.D., Ph.D.

February 21, 2017

# What we know about autism



**Autism is complex.  It is not a single condition, and many individuals have related challenges.**





# Twin studies suggest that genes are important in some individuals with autism



Identical Twins 77%   Fraternal Twins 31%   Siblings 20%   General Population 1%

Concordance for autism differs by family relationship and is correlated with genetic similarity.



**There are many causes of autism, but for most individuals we do not yet know the cause**





# The ABCs of DNA: An overview of genetics



**The collection of all your DNA is your genome and codes for the instructions for your body in 20,000 genes**





# We are all different, and some of these differences are coded in our genes
















**Recipes provide the instructions for baking**





# Substituting raisins makes a different type of cookie



# Substituting salt for sugar makes a cookie that no longer tastes like a cookie





## Our genes are encoded in pieces called exons

wpod?am fkw cu.gjhklf four sjckfo qu score

and void m$%d jkkk yp@mvjckd fkkseo

cbqw.oiwjfm du seven years ago dllfkk*wqm

fkkd xmmenfyruuci our skkdj$fmvjkjdfk&%wo

qppalfdkkf qaq.d eiidty forefathers brought jjd

qpoooekfjk vbzxx dsg forth a



## The exons are separated by DNA of unclear function

wpod?am fkw cu.gjhklf **four** sjckfo qu **score**

**and** void m$%d jkkk yp@mvjckd fkkseo

cbqw.oiwjfm du **seven years ago** dllfkk*wqm

fkkd xmmenfyruuci **our** skkdj$fmvjkjdfk&%wo

qppalfdkkf qaq.d eiidty **forefathers brought** jjd

qpoooekfjk vbzxx dsg **forth a**



**Having biological parents available for comparison is essential to identify new genetic differences**





# How genetic variants get passed down in families



# De novo (new) genetic variants start in the child with autism



# X-linked genetic variants are commonly passed down from the mother and more commonly affect boys





**Autosomal recessive genetic variants are passed down from the mother and the father**





# SPARK and autism research



# SPARK processes for genetic studies





**SPARK processes for genetic studies: genetic information will be re-analyzed each year**





# As new autism genes are identified, additional genetic results will be returned





# Autism research milestones



## Autism milestones

**1943**
Leo Kanner, psychiatrist, is the first to describe autism as a syndrome.

**1977**
Michael Rutter, psychologist, publishes first study of twins with autism and concludes that autism is at least partially genetic in some cases.

**1987**
Ivar Lovaas, researcher, is the first to suggest that autism is treatable with applied behavioral methods.

**1991**
Changes in the FMR1 gene were identified and shown to cause Fragile X syndrome.

**2016**
SPARK begins recruit-ment for the largest autism study to date.

**2007**
Michael Wigler and colleagues discover that the de novo mutations are a more significant contributor to autism than previously recognized.

**2006**
FDA approves use of risperidone for treatment and irritability in autism.

**1999**
Huda Zoghbi and colleagues discover that variants in the MecP2 gene cause Rett's syndrome.



## How many families will get a genetic answer?







# What will it mean for us if we receive genetic diagnosis?



**Importance of a genetic diagnosis:**





## How can I learn about my/my child's genetic condition?



- Talk to your doctor
- Talk to a genetic counselor through SPARK
- Read the SPARK materials that come with your report
- Talk with other families through Simons VIP (SimonsVIPconnect.org)



# What does it mean if I do not get notified about a genetic result right away?



- This does NOT rule out genetic causes
- This genetic evaluation cannot evaluate all genetic causes of autism
- This study does not replace a consultation with a medical geneticist or clinical genetic testing
- You may be notified in the future as we learn more about what genes cause autism



# How will I know that you have analyzed my sample?



- Check your SPARK Dashboard to see the status of your saliva kit

- Because we can perform better genetic analyses on complete families, those with samples from all family members, (mom, dad and person with autism) will be analyzed first



## Will you tell me about other genetic conditions besides autism?



- Unlikely, because we are not actively looking

- If we stumble upon genetic information that could be life-saving, and you have asked to receive this information, we will provide it to you

- Example: gene for sudden cardiac death

**SPARK**
Igniting autism research
Improving lives

## Summary

- Autism has known and unknown genetic & environmental causes

- Many types of genetic changes can lead to autism

- By participating in SPARK, you can find out if you (or your family member) has a genetic cause in a known autism gene

- Identifying a genetic cause of autism can be helpful to a family even if it does not change treatment today

- Knowing the genetic cause of autism in your family may inform you about future research studies



