# EXHIBIT 15

# Exhibit is a video file. The file is included in the following link:

<https://golkowanywhere.sharefile.com/d-scd3cb0d96940480b9822549dfc86fde6>

# For further assistance, please contact exhibits@golkow.com.