EXHIBIT 20



Neurochemistry International 101 (2016) 83—109



Contents lists available at ScienceDirect

# Neurochemistry International

journal homepage: www.elsevier.com/locate/nci



# Autism genes are selectively targeted by environmental pollutants including pesticides, heavy metals, bisphenol A, phthalates and many others in food, cosmetics or household products

CrossMark

C.J. Carter [a, *], R.A. Blizard [b]

[a] PolygenicPathways, Flat 2, 40 Baldslow Road, Hastings, East Sussex, TN34 2EY, UK
[b] Molecular Psychiatry Laboratory, Mental Health Sciences Unit, University College, London, UK

ARTICLE INFO

Article history:
Received 5 July 2016
Received in revised form
18 October 2016
Accepted 26 October 2016
Available online 28 October 2016

Keywords:
Autism
Pollution
Genetics
Gene/environment
Pesticides
Bisphenol
Phthalate
Cosmetics
Food additive
Heavy metals
Pollutants
Pregnancy

ABSTRACT

The increasing incidence of autism suggests a major environmental influence. Epidemiology has implicated many candidates and genetics many susceptibility genes. Gene/environment interactions in autism were analysed using 206 autism susceptibility genes (ASG's) from the Autworks database to interrogate ~1 million chemical/gene interactions in the comparative toxicogenomics database. Any bias towards ASG's was statistically determined for each chemical. Many suspect compounds identified in epidemiology, including tetrachlorodibenzodioxin, pesticides, particulate matter, benzo($\alpha$)pyrene, heavy metals, valproate, acetaminophen, SSRI's, cocaine, bisphenol A, phthalates, polyhalogenated biphenyls, flame retardants, diesel constituents, terbutaline and oxytocin, inter alia showed a significant degree of bias towards ASG's, as did relevant endogenous agents (retinoids, sex steroids, thyroxine, melatonin, folate, dopamine, serotonin). Numerous other suspected endocrine disruptors (over 100) selectively targeted ASG's including paraquat, atrazine and other pesticides not yet studied in autism and many compounds used in food, cosmetics or household products, including tretinoin, soy phytoestrogens, aspartame, titanium dioxide and sodium fluoride. Autism polymorphisms influence the sensitivity to some of these chemicals and these same genes play an important role in barrier function and control of respiratory cilia sweeping particulate matter from the airways. Pesticides, heavy metals and pollutants also disrupt barrier and/or ciliary function, which is regulated by sex steroids and by bitter/sweet taste receptors. Further epidemiological studies and neurodevelopmental and behavioural research is warranted to determine the relevance of large number of suspect candidates whose addition to the environment, household, food and cosmetics might be fuelling the autism epidemic in a gene-dependent manner.

© 2016 Elsevier Ltd. All rights reserved.

## Contents

1.  Introduction ................................................................................................ 84
2.  Methods ................................................................................................... 90
    2.1.  Gene enrichment analysis ............................................................................. 91
3.  Results .................................................................................................... 91
    3.1.  Genes affected by compounds implicated in autism (Fig. 1) .............................................. 91
    3.2.  Other pesticides, fungicides and herbicides ........................................................... 92
    3.3.  Other metals ....................................................................................... 92
    3.4.  Poly-halogenated biphenyls, flame retardants, bisphenols and phthalates ................................ 92
    3.5.  Persistent organic pollutants (POP) and Polycyclic aromatic hydrocarbons (PAH) ......................... 92
    3.6.  Endocrine disruptors ................................................................................ 92
    3.7.  Components of cigarette smoke or diesel exhaust ...................................................... 94
    3.8.  Endogenous compounds targeting the autism genes ..................................................... 94

* Corresponding author.
   E-mail address: chris_car@yahoo.com (C.J. Carter).

http://dx.doi.org/10.1016/j.neuint.2016.10.011
0197-0186/© 2016 Elsevier Ltd. All rights reserved.

APAP-JJCI-0000005270

*C.J. Carter, R.A. Blizard / Neurochemistry International 101 (2016) 83–109*

3.9.    Autism genes are targeted by relevant hormones and transmitters (Fig. 8) .................................................................94
3.10.   Other endogenous compounds targeting autism genes ..................................................................................96
3.11.   Food additives and compounds in cosmetics targeting the autism genes (Fig. 10) .........................................................97
3.12.   Cosmetic ingredients targeting autism genes ...........................................................................................99
3.13.   Compounds affecting barriers or respiratory cilia ......................................................................................100
3.14.   Ecological pollution and bioaccumulation ..............................................................................................101
        3.14.1.  Caveats ......................................................................................................................102
4.    Discussion ..........................................................................................................................102
      Conflicts of interest ................................................................................................................103
      Supplementary data .................................................................................................................103
      References ..........................................................................................................................103

## 1. Introduction

According to the Center for disease control (CDC) http://www.cdc.gov/ncbddd/autism/data.html the USA incidence of autism spectrum disorders rose 2.2 fold from 2000 to 2010 (Wingate et al., 2014). In the UK, a five-fold increase in autism in the 1990's, reached a plateau in the 2000's up to 2010 (Taylor et al., 2013). This increased prevalence is likely partly due to environmental influences, of which there are many candidates. Many chemical classes or specific chemicals related to autism have been reviewed by Rossignol or Sealey and co-authors (Rossignol et al., 2014; Sealey et al., 2016). These include pesticides, heavy metals, diesel, particulate matter, and other traffic and air or smoking pollutants, as well as Bisphenol A, phthalates, solvents and polychlorinated or polybrominated biphenyls found in household objects such as feeding bottles, fragrances or flame retardants. Certain drugs used in pregnancy, including valproate, selective serotonin reuptake inhibitor antidepressants (SSRI's), acetaminophen, dexamethasone, terbutaline oxytocin and prostaglandins have also been linked to the development of autism. These and other environmental risk factors are referenced in Table 1, which also includes details of animal studies related to autism, where available. Evidently certain compounds have been more extensively studied and further work is needed for many. It should also be appreciated that, as in genetic studies, replication is a problem in epidemiology, but also that gene/environment interactions may partly explain some disparities (i.e. compound X affects autism if it influences, or is influenced by susceptibility gene(s) products Y, Z etc., or gene Y shows association only if compound X is relevant). This is exemplified for paraoxonase 1 (**PON1**) variants, which metabolise organophosphate pesticides. **PON1** is associated with autism in US studies, where organophosphate use is extensive, but not in Italy where organophosphate use is low (D'Amelio et al., 2005).

Autism related genes are preferentially expressed prenatally in the frontal cortex suggesting that an inherent genetic susceptibility may be confined to this period (Birnbaum et al., 2014). Many of these compounds are endocrine disruptors which have been linked to a variety of diseases, including autism, attention hyperactivity deficit disorder, obesity and diabetes, whose incidence has increased in recent decades. Their annual burden of health cost in the European Union has been estimated at over 100 million Euros (Trasande et al., 2015, 2016).

A number of compounds detailed in Table 1, or related compounds have also been shown to produce autism-relevant behavioural effects in laboratory animals when administered prenatally, although not all have been studied. These include pesticides, fungicides or herbicides (atrazine, chlorpyrifos, cypermethrin, the DDT metabolite Dichlorodiphenyldichloroethylene (DDE), endosulfan, linuron, prochloraz, procymidone,. tetrachlorodibenzodioxin and vinclozolin) heavy metals (aluminium, cadmium, lead, arsenate,

manganese, or mercury) bisphenol A and phthalates and other pollutants (perfluorooctanoic acid, 4-methylbenzylidene camphor, 2-ethylhexyl 4-methoxycinnamate, butylparaben, polychlorinated and polybrominated biphenyls (flame retardants) and particulate matter) as well as dexamethasone, fluoxetine, terbutaline, thalidomide and valproic acid.Others such as Rotenone and fungicides (pyraclostrobin, trifloxystrobin, famoxadone or fenamidone) as well as fluoxetine, carbamazepine and venlafaxine, or valproate also produce transcriptome changes consistent with autism (See Table 1 for references).

Genes associated with autism are catalogued at the Autworks database using a confidence score derived from analysis of the Genotator association database (Nelson et al., 2012; Wall et al., 2010). 206 genes are regarded as prime autism susceptibility candidates and these genes and network analyses are available at the autworks site from the Wall lab at Harvard University http://tools.autworks.hms.harvard.edu/gene_sets/580/genes.

This same set of genes has recently been shown to be localised and enriched in many barriers including the blood brain barrier, as well as skin, intestinal, placental and trophoblast barriers. Several also play an important role in relation to respiratory cilia that sweep noxious particles from the airways. These barrier-related genes are thus in a position to modify the access of numerous environmental agents to the blood and brain and their role in respiratory cilia is relevant to particulate matter and airborne pollutants (Carter, 2016).

Given the strength of the various environmental associations with autism, and its increasing prevalence over recent years, it is possible that the environmental influences that target these genes may afford clues as to the combined and conditional causes of autism.

Epigenetic changes have been observed in autism, and these too may be related to environmental agents (Grayson and Guidotti, 2016; LaSalle, 2013) as reported for Bisphenol A and heavy metals (see Table 1) and for flame retardants and other endocrine disruptors, including soy formula and phytoestrogens such as genistein (Kubota and Mochizuki, 2016; Harlid et al., 2016; Prusinski et al., 2016) and also for other nutritional agents such as Vitamin D and folic acid(Hamza et al., 2016; Keil and Lein, 2016; Yu et al., 2015). However, epigenetics is not the subject of this study, which is limited to the 206 autism-related polymorphic genes reported from gene association studies.

Chemical influences on the 206 Autworks susceptibility genes (ASG's) were analysed using the Comparative Toxicogenomics Database (CTD) (Davis et al., 2013) which records over 1 million interactions between diverse chemicals and genes or proteins. Previous work using this database has already shown a link between autism or other disease-related genes and environmental risk factors (Herbert et al., 2006). For example, asthma has been linked with p,p'-DDT, and autism with o,p'-DDT, both metabolites

APAP-JJCI-0000005271

C.J. Carter, R.A. Blizard / Neurochemistry International 101 (2016) 83–109

85

**Table 1**
Compounds that have been implicated in autism in epidemiological studies, or where different blood, hair or tissue levels have been reported. Where available, relevant animal studies are also noted.

| Herbicides | Human studies | Animal studies |
|---|---|---|
| 2,3,7,8-tetrachlorodibenzo-p-dioxin (TCDD: Agent orange defoliant contaminant) | Breast milk concentrations associated with autism in 3 year old Vietnamese children (Nishijo et al., 2014). Dioxin toxicity, including TCDD, also related to autism and neurodevelopmental problems in a follow-up Vietnamese study. (Tran et al., 2016) Dioxin and polychlorinated biphenyl maternal blood levels also related to autistic traits in a German study (Nowack et al., 2015). polychlorinated dibenzo-p-dioxin exposure during the brain growth spurt — extending from the third trimester of pregnancy to age 2 related to autism: Reviewed in Rossignol et al. (2014) | Relatively low doses of four endocrine disruptors, atrazine (10 mg/kg), perfluorooctanoic acid (0.1 mg/kg), bisphenol-A (50 μg/kg), 2,3,7,8-tetrachlorodibenzo-p-dioxin (0.25 μg/kg) alone or combined in a mixture, from gestational day 7 until weaning produce behavioural toxicity, which for mixture effects was predominantly seen in male mice offspring (Sobolewski et al., 2014). |
| Pesticides | At sub-cytotoxic concentrations, Rotenone and fungicides (pyraclostrobin, trifloxystrobin, famoxadone or fenamidone) produce transcriptional changes in mouse cortical cultures *in vitro* that are similar to those seen in brain samples from humans with autism, ageing or neurodegeneration (Alzheimer's disease and Huntington's disease) (Pearson et al., 2016). Residential proximity to acephate and oxydemeton-methyl and pyrethroids, neonicotinoids, and manganese fungicides linked to poorer neurodevelopment in children (Center for the Health Assessment of Mothers and Children Of Salinas (CHAMACOS) study) (Gunier et al., 2016). | |
| Dichlorodiphenyltrichloroethane (DDT) metabolite metabolite: Dichlorodiphenyldichloroethylene = (DDE) | Farm families exposed to pesticides show an increased autism incidence: Reviewed in Rossignol et al. (2014) | High doses of endocrine disrupting mixtures, (di-n-butylphthalate, diethylhexylphthalate, vinclozolin, prochloraz, procymidone, linuron, epoxiconazole, and DDE) or (bisphenol A, 4-methylbenzylidene camphor, 2-ethylhexyl 4-methoxycinnamate, and butylparaben), when administered prenatally to rats have been shown to modify the expression of genes related to glutamatergic function, the migration and pathfinding of GABAergic and glutamatergic neurones and of autism-related genes in the offspring (Lichtensteiger et al., 2015). |
| Dicofol (Organochlorine) | Exposure during pregnancy linked to autism in the offspring: Reviewed in Rossignol et al. (2014) | None found |
| Endosulfan (Organochlorine) | Exposure during pregnancy associated with autism: Reviewed in Rossignol et al. (2014) | Endosulfan or cypermethrin ((0.1 or 0.5 mg/kg) administered orally to 10 day old mice subsequently altered the levels of brain protein relevant to brain development, and produced neurobehavioral abnormalities manifested as altered adult spontaneous behaviour and ability to habituate to a novel home environment. These effects persisted for several months (Lee et al., 2015a). Supported by *in vitro* and *in vivo* studies in mice showing deleterious effects on pre and postsynaptic dopamine, GABA and glutamate function in the frontal cortex (Caudle, 2015) |
| Chlordan (Organochlorine mix of *cis*- and *trans* nonachlor) | Maternal blood or urine sample levels of *trans*-nonachlor associated with subsequent childhood autistic behaviour (Health Outcomes and Measures of the Environment) Study (Cincinnati, Ohio) (Braun et al., 2014) | None found |
| Chlorpyrifos | Umbilical cord plasma levels linked to autism in the offspring: Reviewed in Rossignol et al. (2014). Proximity to organophosphates at some point during gestation was associated with a 60% increased risk for autism, which was higher for third-trimester exposures or second-trimester chlorpyrifos application (Shelton et al., 2014). | Chlorpyrifos (on gestational days 14–17 at the sub-toxic dose of 6 mg/kg) induces relevant behavioural effects in mice offspring when administered during pregnancy, showing male preference and (De Felice et al., 2014) increases brain markers of oxidative stress in the offspring in a strain (gene) — and age-dependent manner (De Felice et al., 2014, 2015, 2018) |
| Organophosphates and pyrethroids | This study linked combined rather than individual exposure to diverse pesticides, globally showing association with autism (Shelton et al., 2014). The most abundant of which was chlorpyrifos (20.7%), followed by acephate (15.4%), and diazinon (14.5%). Of the pyrethroids, one-quarter of the total was esfenvalerate (24%), followed by lamda-cyhalothrin (17.3%), permethrin (16.5%), cypermethrin (12.8%), and tau-fluvalinate (10.5%). Of the carbamates, approximately 80% were methomyl or carbaryl, and of the organochlorines, 60% of all applications were dienochlor. Paraoxonase (**PON1**) variants associated with autism are less able to metabolise diazinon (D'Amelio et al., 2005). High urinary concentrations of the pyrethroid metabolite, 3-Phenoxybenzoic acid, observed in autistic children (Domingues et al., 2016).). | (For cypomethrin, See endosulfan above) |

(continued on next page)

APAP-JJCI-0000005272

86

C.J. Carter, R.A. Blizard / Neurochemistry International 101 (2016) 83–109

**Table 1** (continued )

| Herbicides | Human studies | Animal studies |
|---|---|---|
| **Heavy metals** | | Gestational exposure to heavy metals in drinking water, from the first day of pregnancy to day 10.5 (cadmium, 10 parts per million (ppm); lead, 300 ppm; arsenate, 0.5 ppm; manganese, 10 ppm; mercury, 20 ppm) or valproic acid (600 mg/kg i.p. on gestational day 8.5 produces multiple behavioural, neurodevelopmental-related abnormalities that persist into adulthood in male mice offspring, effects that are accompanied by epigenetic changes in gene methylation (Hill et al., 2015) |
| Aluminium | Elevated hair concentrations of aluminium, arsenic, cadmium, mercury, antimony, nickel, lead, and vanadium observed in autistic children (Blaurock-Busch et al., 2012). Aluminium concentrations also elevated in urine samples (Blaurock-Busch et al., 2011). Autism incidence correlated with the use of aluminium adjuvants in vaccines across several countries (Tomljenovic and Shaw, 2011). The use of polybrominated diphenyl ethers, aluminium adjuvants, and the herbicide glyphosate have increasing trends that correlate positively to the rise in autism (not the case for lead, organochlorine pesticides or vehicular emissions) (Nevison, 2014). | The prenatal administration of aluminium to mice in "vaccine-relevant amounts" produces weight gain and reduced exploratory activity in the light/dark test box in male and female adults (6 months) and reduced open-field activity in male mice (Shaw et al., 2013). |
| Antimony | High hair levels found in autistic children (Blaurock-Busch et al., 2012; Al Ayadhi, 2005) | None found |
| Arsenic | Autism prevalence linked to proximity to industrial facilities releasing arsenic, lead or mercury (Dickerson et al., 2015). high levels of mercury, lead, arsenic, antimony and cadmium in hair samples of autistic children (Al Ayadhi, 2005) | See heavy metals and epigenetic effects (above) (Hill et al., 2015) |
| Cadmium | Retrospective air levels in birth areas related to autism in 2 year old children: Reviewed in Rossignol et al. (2014) | See heavy metals and epigenetic effects (above) (Hill et al., 2015) |
| Chromium | Living in areas with higher air levels of styrene and chromium during pregnancy associated with increased autism risk (National Air Toxics Assessment, Pennsylvania USA (Talbott et al., 2015): Higher urinary Chromium levels in children with autism (Turkish study) (Yorbik et al., 2010) | None found |
| Copper | High serum copper levels in autistic children and/or low Zn/Cu ratio observed in several studies (Li et al., 2014; Björklund, 2013; Craciun et al., 2016; Macedoni-Luksic et al., 2015) | Increased copper levels lead to local zinc deficiencies in mice. Prenatal copper overload reduces ProSAP/Shank protein levels in the brain and decreases the expression of the N-methyl-D-aspartate receptor subunit (GRIN1), thus influencing a pathway in excitatory synapses associated with autism (Baecker et al., 2014) |
| Iron | Low prenatal iron levels associated with autism (Schmidt et al., 2014): Low iron levels also observed in autistic children (Sidrak et al., 2014; Chen et al., 2013) | Adult offspring from iron-deficient rat dams show deficits in pre-pulse inhibition of acoustic startle and in passive avoidance learning (Harvey and Boksa, 2014). |
| Lead | Birth residence air levels associated with autism: Reviewed in Rossignol et al. (2014). Data from 4486 autistic children residing in 2489 census tracts in five sites of the Centers for Disease Control and Prevention's Autism and Developmental Disabilities Monitoring Network showed a potential link between ambient lead concentrations and autism prevalence and that exposure to multiple metals (lead, arsenic mercury) may have synergistic effects on autism prevalence (Dickerson et al., 2016). | See heavy metals (above) (Hill et al., 2015) |
| Manganese | Perinatal exposure to lead, manganese, mercury, nickel, diesel particulate, methylene chloride, and the overall metal score associated with autism (Roberts et al., 2013) Birth residence air levels of manganese chloride associated with autism Reviewed in Rossignol et al. (2014). Poorer neurodevelopment in children linked to manganese-containing fungicides (Gunier et al., 2016). A synergistic effect of blood manganese concentrations and glutathione transferase (GSTP1) polymorphisms has been observed in relation to autism risk (Rahbar et al., 2015) | See heavy metals (above) (Hill et al., 2015) |
| Mercury | Birth residence air levels associated with autism: Reviewed in Rossignol et al. (2014) | See heavy metals (above) (Hill et al., 2015) |
| Molybdenum | High hair levels found in autistic children (Blaurock-Busch et al., 2012; Al Ayadhi, 2005) | None found |
| Nickel | High birth residence air levels: Reviewed in Rossignol et al. (2014): In four studies, weak associations were found for nickel and autism spectrum disorder (Review) (McDermott et al., 2015). | None found |

APAP-JJCI-0000005273

Table 1 (continued)

| Herbicides | Human studies | Animal studies |
|---|---|---|
| Tin | Higher urinary levels of lead, thallium, tin, and tungsten in autistic children (Adams et al., 2013) | None found |
| Tungsten | Higher urinary levels of lead, thallium, tin, and tungsten in autistic children (Adams et al., 2013) | None found |
| Vanadium | Elevated hair concentrations of aluminium, arsenic, cadmium, mercury, antimony, nickel, lead, and vanadium observed in autistic children (Blaurock-Busch et al., 2012) | None found |
| Zinc | Zinc deficiency and copper excess and/or low Zn/Cu ratio have been observed in autism in several studies (Li et al., 2014; Björklund, 2013; Craciun et al., 2016; Macedoni-Luksic et al., 2015; Faber et al., 2009; Yasuda et al., 2011) | Prenatal zinc supplementation attenuates autistic-like behaviour in animal models of autism (Lee et al., 2015b; Kirsten et al., 2015) |
| **Air Pollution** | | |
| 1,3-butadiene | Exposure during pregnancy associated with autism (von Ehrenstein et al., 2014) | None found |
| Carbon monoxide | Exposure in children during previous 4 years linked to autism: Reviewed in Rossignol et al. (2014) | None found |
| Diesel particulate and diesel | Birth residence air levels linked to autism: Reviewed in Rossignol et al. (2014). Perinatal exposure to diesel has been associated with autism, particularly in male children (Roberts et al., 2013). | Exposure to diesel exhaust particles during pregnancy and nursing in mice increases locomotor activity and repetitive behaviours in the offspring, which did not show deficits in social interactions or social communication (Thirtamara et al., 2013). Mice acutely exposed to diesel exhaust (250–300 μg/m³ for 6 h) show microglia activation, increased lipid peroxidation, and neuro-inflammation, particularly in the hippocampus and the olfactory bulb. Adult neurogenesis was also impaired. In most cases, the effects of were more pronounced in male mice (Costa et al., 2015). |
| Formaldehyde | Exposure during pregnancy associated with autism (von Ehrenstein et al., 2014) | None found |
| Methylene chloride | Birth residence air levels linked to autism: Reviewed in Rossignol et al. (2014) and Kalkbrenner et al. (2014) | None found |
| Nicotine (smoking) | ADHD symptoms and autistic traits scores have been associated with elevated levels of regular smoking; cannabis use; and nicotine, alcohol, and cannabis use disorders (De Alwis et al., 2014). Perinatal or prenatal smoking has been associated with autism (Duan et al., 2014; Hultman et al., 2002; Indredavik et al., 2007; St Pourcain et al., 2011), although in adulthood, lower smoking levels have been observed in adulthood (Bejerot and Nylander, 2003) | None found |
| Nitric oxide | Air pollution and autism incidence (Becerra et al., 2013) | None found |
| Nitrogen dioxide (NO₂) | Birth residence air levels linked to autism: Reviewed in Rossignol et al. (2014). NO₂ levels during gestation or during the first year of life related to autism (Volk et al., 2013). Child exposure to Ozone, carbon monoxide, NO₂, and SO₂ in the preceding 1 year to 4 years increases the risk of diagnosis for autism spectrum disorders (Taiwan) (Jung et al., 2013) | None found |
| Nitrous oxide (N₂O) | ? | A review has shown that exposure to N₂O, even at non-toxic doses, can modulate central neurotransmission and targets many neural substrates directly implicated in neurodevelopmental disorders, including the glutamatergic, opiate, cholinergic, and dopaminergic systems (Fluegge, 2016). |
| Ozone | Exposure in children during previous 4 years associated with autism: Reviewed in Rossignol et al. (2014) Child exposure to Ozone, carbon monoxide, NO₂, and SO₂ in the preceding 1 year to 4 years increases the risk of diagnosis for autism spectrum disorders (Taiwan) (Jung et al., 2013) | None found |
| Particulate matter <2.5 μm (PM2.5) Particulate matter <10 μm (PM10) There appears to be a divergence between North American and European studies (perhaps related to different levels/types of pollution?) | Birth residence air levels linked to autism: Reviewed in Rossignol et al. (2014).Meta-analysis: PM2.5 and NO₂ exposure during pregnancy associated with increased risk of autism. Ozone exposure during the third trimester also weakly associated (Canada) (Flores-Pajot et al., 2016). Prenatal and postnatal exposures to PM2.5 and to a lesser extent nitrogen oxides are associated with increased risk of autism (literature review) (Siades-Gonzalez et al., 2015). Higher maternal exposure to PM2.5 during pregnancy, particularly the third trimester associated with greater risk of a child with autism spectrum disorder (USA) (Raz et al., 2015). Also seen for PM10 in the third trimester (USA) | Lateral ventricular dilatation observed in young male mice exposed to ultrafine particles (<100 nm) (a phenomenon also seen in autism and schizophrenia). Glial activation was also observed (Allen et al., 2014). Such exposure also induced inflammation/microglial activation, reductions in size of the corpus callosum (CC) and associated hypomyelination, aberrant white matter development and/or structural integrity with ventriculomegaly (VM), elevated glutamate and excitatory/inhibitory imbalance, increased amygdala astrocytic activation, and repetitive and impulsive behaviours (Allen et al., 2015). |

(continued on next page)

APAP-JJCI-0000005274

88                           C.J. Carter, R.A. Blizard / Neurochemistry International 101 (2016) 83–109

Table 1 (continued)

| Herbicides | Human studies | Animal studies |
|---|---|---|
| | (Kalkbrenner et al., 2015). PM2.5 and PM10 also associated with autism during gestation (USA) (Volk et al., 2013). Ozone and FM 2.5 air levels as well as nitric oxide and nitrogen dioxide in area of birth residence related to autism (USA) (Becerra et al., 2013). The effects of air pollution may be gene-dependent: the MET receptor tyrosine kinase rs1858830 CC genotype and air pollutant exposure may interact to increase the risk of autism spectrum disorder (USA) (Volk et al., 2014). Early life exposure to low levels of nitrous oxides or PM10 from road traffic does not appear to increase the risk of autism spectrum disorders (Swedish study and a large European study) (Gong et al., 2016; Guxens et al., 2016). | |
| Quinoline | Birth residence air levels linked to autism: Reviewed in Rossignol et al. (2014) | None found |
| Smoking | Several, but not all studies have implicated prenatal or perinatal parental smoking with autism in children (Duan et al., 2014; Hultman et al., 2002; Nilsen et al., 2013; Kalkbrenner et al., 2012; Lyall et al., 2014; Tran et al., 2013; Lee et al., 2012). Maternal passive smoking during pregnancy has been associated with children's autistic behaviour (Jiang et al., 2016) | None found |
| Styrene | Birth residence air levels associated with autism: Reviewed in Rossignol et al. (2014) and Kalkbrenner et al. (2014). Living in areas with higher air levels of styrene and chromium during pregnancy associated with increased autism risk (Talbott et al., 2015) | None found |
| Sulphur dioxide SO$_2$ | Exposure in children during previous 4 years linked to autism: Reviewed in Rossignol et al. (2014); Child exposure to Ozone, carbon monoxide, NO$_2$, and SO$_2$ in the preceding 1 year to 4 years increases the risk of diagnosis for autism spectrum disorders (Taiwan) (Jung et al., 2013) | None found |
| Trichloroethylene | Retrospective air levels in birth areas associated with autism in 2 year old children: Reviewed in Rossignol et al. (2014) and Kalkbrenner et al. (2014) | None found |
| Vinyl Chloride | Retrospective air levels in birth areas related to 2 year old autistic children: Reviewed in Rossignol et al. (2014) | None found |
| **Parental occupational exposure** | | |
| Xylene | Reviewed in Rossignol et al. (2014). In a study relating risks for autism in children related to in utero exposure to monitored ambient air toxins from urban emissions in Los Angeles county, autism incidence was increased in relation to 1,3-butadiene, meta/para-xylene, other aromatic solvents, lead, perchloroethylene, and formaldehyde (von Ehrenstein et al., 2014). Exposure to lacquer, varnish, and xylene occurred more often in the parents of children with ASD compared to the parents of unaffected children (CHARGE study) (McCanlies et al., 2012). | None found |
| **Others** | | |
| Bisphenol A | Exposure during the brain growth spurt — extending from the third trimester of pregnancy to age 2 linked to autism Reviewed in Rossignol et al. (2014). Higher bisphenol A and metabolite urine levels also reported in autistic children (Stein et al., 2015). Children with autism spectrum disorder had significantly increased serum mono-(2-ethylhexyl)-phthalate, di-(2-ethylhexyl)-phthalate, and bisphenol A concentrations compared to healthy control subjects (Kardas et al., 2016) | Following gestational exposure to BPA (400-μg/kg) in rats, male but not female offspring had increased numbers of neurons and glia in layers 5/6 of the medial prefrontal cortex in adulthood (Sadowski et al., 2014). BPA exposure during gestation has long lasting, transgenerational effects (epigenetic) on social recognition and activity in mice. Brains from embryos (embryonic d 18.5) exposed to BPA had lower gene transcript levels for estrogen receptors, oxytocin, and vasopressin. The effects on vasopressin expression persisted into the fourth generation, at which time oxytocin was also reduced but only in males (Wolstenholme et al., 2011, 2012, 2013). |
| Perchlorate | Levels in drinking water linked to autism: Reviewed in Rossignol et al. (2014) | None found |
| Phthalates | Exposure during pregnancy related to autism: Reviewed in Rossignol et al. (2014) PVC flooring (a source of airborne phthalates) in parent's bedroom associated with childhood autism (Larsson et al., 2009). Children with autism spectrum disorder had significantly increased serum mono-(2-ethylhexyl)-phthalate, di-(2-ethylhexyl)-phthalate, and bisphenol A concentrations compared to healthy control subjects (Kardas et al., 2016) | Endocrine disrupting mixtures, (di-n-butylphthalate, diethylhexylphthalate, vinclozolin, prochloraz, procymidone, linuron, epoxiconazole, and DDE) or (bisphenol A, 4-methylbenzylidene camphor, 2-ethylhexyl 4-methoxycinnamate, and butylparaben), when administered prenatally to rats have been shown to modify the expression of genes related to glutamatergic function, the migration and pathfinding of GABAergic and glutamatergic neurones and of |

C.J. Carter, R.A. Blizard / Neurochemistry International 101 (2016) 83–109

89

Table 1 (continued )

| Herbicides | Human studies | Animal studies |
|---|---|---|
| Diethyl phthalate and Di-butylphthalate | Among autism and development delay boys, higher indoor dust concentrations of were associated with greater hyperactivity-impulsivity and inattention (Philippat et al., 2015). | autism-related genes in the offspring (Lichtensteiger et al., 2015). |
| [di-(2-ethylhexyl) phthalate metabolites: (5-OH-MEHP [mono-(2-ethyl-5-hydroxyhexyl) 1,2-benzenedicarboxylate] and 5-oxo-MEHP [mono-(2-ethyl-5-oxohexyl) 1,2-benzenedicarboxylate) | Higher urinary concentrations in autistic children (Testa et al., 2012). Decreased Diethylhexyl Phthalate glucuronidation in autistic children (Stein et al. 2013). | |
| Polychlorinated biphenyls (PCB) | Exposure during the brain growth spurt — extending from the third trimester of pregnancy to age 2 related to autism Reviewed in Rossignol et al. (2014). High serum levels of PCB's in banked second trimester maternal samples associated with an increased risk of autism (particularly so for PCB138/158 and PCB153) (Lyall et al., 2016). | Polychlorinated biphenyl perinatally exposed rats show significantly impaired social recognition as indicated by persistent characteristic-directed exploration by juvenile animals regardless of social experience (Jolous-Jamshidi et al., 2010). PCB-95 (2,2′,3,5′6-pentachlorobiphenyl) induces dendritic growth in primary rat hippocampal neurons (Wayman et al., 2012). 4-OH-2′,3,4′,5,6′-pentachlorobiphenyl and bisphenol A inhibit the thyroid hormone-dependent dendritic development of Purkinje cells. 4-OH-2′,3,3′,5′,6′-pentachlorobiphenyl, 4-OH-2′,3,3′,5,5′,6′-hexachlorobiphenyl, 4-OH-2,2′,3,4′,5,5′,6-heptachlorobiphenyl, progesterone and nonylphenol promoted the dendritic extension of Purkinje cells in the absence of thyroid hormone (Kimura-Kuroda et al. 2007). |
| Polybrominated diphenyls (flame retardants) (Flame retardants) | Polybrominated diphenyl ether-28 (PBDE-28) or trans-nonachlor maternal blood or urine sample levels associated with subsequent childhood autistic behaviour (Braun et al., 2014). Exposure during the brain growth spurt — extending from the third trimester of pregnancy to age 2 has been associated with autism (Reviewed in Rossignol et al. 2014). The use of polybrominated diphenyl ethers, aluminium adjuvants, and the herbicide glyphosate have increasing trends that correlate positively to the rise in autism (not the case for lead, organochlorine pesticides or vehicular emissions) (Nevison, 2014) | Global hypomethylation of adult brain DNA was observed in female offspring perinatally exposed to low concentrations of 2,2′,4,4′-tetrabromodiphenyl ether 47 (BDE47) which coincided with reduced sociability (study in mutant MECP2 dams) (Woods et al., 2012). BDE49 (2,2′,4,5′-tetrabromodiphenyl ether) also inhibits mitochondrial electron transport at Complex IV and V at nanomolar concentrations in brain mitochondria and in neuronal progenitor striatal cells (Napoli et al., 2013) |
| Soy infant formula | Data from the Simons Foundation Autism Research Initiative Simplex Collection (1949 children) suggested an association between the use of Soy infant formula and certain behavioural aspects of autism (Westmark, 2013) | None found |
| Benzo(α)pyrene (Polycyclic aromatic hydrocarbon) | Impacts cognitive development in children who have been exposed in utero and impairs learning in animal models (Sheng et al. 2010) | |
| **Drugs used in pregnancy or to induce or delay labour** | | |
| Acetaminophen (paracetamol) | Maternal use during pregnancy and in perinatal periods associated with autism in the offspring (Bauer and Kriebel, 2013). Use after measles-mumps-rubella vaccination also associated with autism in children of 5 years of age or less (Schultz et al., 2008). Prenatal acetaminophen exposure was associated with a greater number of autism spectrum symptoms in males and showed adverse attention-related outcomes in male and female children. (Spanish birth cohort study including 2644 mother–child pairs recruited during pregnancy) (Avella-Garcia et al., 2016). | None found |
| Antibiotics | Maternal influenza infection was associated with or prolonged episodes of fever increased the risk of infantile autism. The use of various antibiotics during pregnancy was a potential, but relatively weak risk factor for Autism spectrum disorders/infantile autism (Atladottir et al., 2012). It has been suggested that exposure to antibiotics may be related to deleterious effects on the microbiome (Li and Zhou, 2016) | None found |
| Selective serotonin re uptake inhibitors (Percentage use in the test group comprised 44% fluoxetine, 21% sertraline, 19% paroxetine, 8% citalopram, and 8% escitalopram) | Prenatal use in the first trimester associated with autism development in boys (Harrington et al., 2014). Fluoxetine has also been shown to alleviate serious and pervasive repetitive behaviours in the clinic in later life (Beheret et al., 2014) | Psychoactive compounds are also environmental pollutants and mixtures can be found, at low concentrations, in drinking water. At such concentrations, a mixture of fluoxetine, carbamazepine and venlafaxine, or valproate produce expression changes in genes related to neuronal growth, development and regulation, and to autism in SK-N-SH neuroblastoma cells (Kaushik et al., 2016). Neonatal fluoxetine administration in rats impairs motor coordination in neonates and decreased social behaviour in both juvenile and adult offspring (Zimmerberg and Germeyan, 2015) |
| Terbutaline β2-adrenergic receptor agonist, used as a tocolytic (anti-contraction | Terbutaline exposure for >2 days during the third trimester associated with a fourfold increased risk for | In rats, maternal stress during pregnancy, or terbutaline administration to the neonates, on postnatal days 2–5 resulted in autistic-like behaviour in the offspring (stereotyped/ |

(continued on next page)

APAP-JJCI-0000005276

90                                   C.J. Carter, R.A. Blizard / Neurochemistry International 101 (2016) 83–109

**Table 1** (continued)

| Herbicides | Human studies | Animal studies |
|---|---|---|
| medication) to delay preterm labour for up to 48 h | autism spectrum disorders (not observed with albuterol) (Croen et al., 2011) | repetitive behaviour and deficits in social interaction or communication (Bercum et al., 2015). Newborn rats treated with terbutaline (10 mg/kg) daily on postnatal days 2–5 or PN 11–14 showed a robust increase in microglial activation on postnatal day 30 in the cerebral cortex, as well and in cerebellar and cerebrocortical white matter. Hyper-reactivity to novelty and aversive stimuli was also observed (Zerrate et al., 2007). |
| Oxytocin | Labour induction or augmented labour associated with an increased risk of subsequent autism (exogenous oxytocin and prostaglandins) (Gregory et al., 2013). Oxytocin also has reported benefits in the treatment of autism later in life, although meta-analysis of 12 randomized controlled trials suggested little consistent effect (Ooi et al., 2016). | Oxytocin plays a generally beneficial role in sociability in animal models (Penagarikano, 2016; Teng et al., 2013). Autism related behaviour is observed in oxytocin or oxytocin receptor knockout mice (Sala et al., 2011). |
| Prostaglandins: Pharmacological methods for labour induction mainly include dinoprostone (prostaglandin E2: PGE2) or misoprostol (a prostaglandin E1 analogue) | Labour induction or augmented labour associated with an increased risk of subsequent autism (exogenous oxytocin and prostaglandins) (Gregory et al., 2013). PGE2 plasma levels increased in autistic patients (Brigandi et al., 2015) | PGE2 modulates cerebellar development in the early postnatal period in rats and alters sensory threshold and social behaviour in juvenile males but not females (Dean et al., 2012). |
| Thalidomide | Prenatal use also associated with autistic features (Miller et al., 2004; Ornoy et al., 2015; Stromland et al., 1994) | The prenatal administration of thalidomide in rats produces abnormal serotonergic neuronal differentiation and migration and behavioural effects partly consistent with autism (Narita et al., 2010; Miyazaki et al., 2005) |
| Valproate | Maternal exposure during pregnancy associated with autism (reviewed in Christensen et al., 2013; Gentile, 2014; Roullet et al., 2013) | Valproate exposure in both rats and mice leads to autistic-like behaviour in the offspring, including social behaviour deficits, increased repetitive behaviour, and deficits in communication (Roullet et al., 2013). |
| **Other drugs** | | |
| Cannabis | ADHD symptoms and autistic traits scores have been associated with elevated levels of regular smoking; cannabis use; and nicotine, alcohol, and cannabis use disorders (De Alwis et al., 2014) | None found |
| Cocaine | Maternal use in the perinatal period associated with autism (Davis et al., 1992) | None found |
| dexamethasone | Reduced dexamethasone suppression in autistic patients (Cook, 1980) | Dexamethasone treatment during pregnancy in mice (gestational days 16–19) increases astrocyte density in the adult offspring Substantia nigra and ventral tegmental area in both males and females and increases tyrosine hydroxylase immunoreactivity in these areas in both sexes, but with a more pronounced effect on Tyrosine hydroxylase positive cell density in females (McArthur et al., 2016). |
| Ethanol | Prenatal use associated with autism (Ornoy et al., 2015; Dufour-Rainfray et al., 2011) | In utero exposure of mouse progeny to alcohol or methamphetamine causes postnatal neurodevelopmental deficits mediated partly by oxidative stress (Wells et al., 2016). |
| Methamphetamine | Case report of autism related to prenatal exposure (Stein et al., 2008) | In utero exposure of mouse progeny to alcohol or methamphetamine causes postnatal neurodevelopmental deficits mediated partly by oxidative stress (Wells et al., 2016). |

of the organochlorine insecticide dichlorodiphenyltrichloroethane (DDT) (Audouze and Grandjean, 2011).

The results suggest that the toxicogenomic effects of many chemicals associated with autism selectively target the ASG's, showing a close relationship between genes and environment.

## 2. Methods

206 Autworks autism susceptibility genes (ASG's) http://tools.autworks.hms.harvard.edu/gene_sets/580/genes (Nelson et al., 2012) were analysed. Gene definitions are provided in supplementary File 1. Members of this gene set are highlighted in **bold** when they appear in the text. The gene symbols (applicable to human genes and mouse or rat homologues) were uploaded to the Comparative Toxicogenomics Database (CTD) (Davis et al., 2013) http://ctdbase.org/. All interactions are referenced at CTD and can be accessed by uploading the gene symbols from the Autworks dataset. The results were downloaded and the number of ASG's and the total number of genes (autism and others) affected by each chemical or the number of chemicals affecting each autism gene were curated manually. Chemicals were broadly classified into

groups (e.g. pesticides, metals, endocrine disruptors). Singletons (chemicals affecting only one gene) were ignored. Many clinical and research drugs were returned, but are not treated in this paper.

All chemicals possess a unique CAS registry number, from the American Chemical society Chemical Abstracts Service http://www.cas.org/content/chemical-substances allowing cross-referencing between CTD data and compounds in other databases. Overlaps were identified using the Venny tool http://bioinfogp.cnb.csic.es/tools/venny/ (Oliveros, 2007).

The databases used for such classification, based largely on overlapping CAS numbers, included The TEDX List of Potential Endocrine Disruptors http://endocrinedisruption.org/; The EU list of endocrine disruptors http://eng.mst.dk/topics/chemicals/endocrine-disruptors/the-eu-list-of-potential-endocrine-disruptors/,the NIST Polycyclic Aromatic Hydrocarbon (PAH) Structure Index http://pah.nist.gov/,the national toxicity program from the US department of health http://ntp.niehs.nih.gov/index.cfm and the United States Environmental protection agency databases http://www.epa.gov/. Persistent organic pollutants (POPs) are as defined by the Stockholm convention http://chm.pops.int/Home/tabid/2121/mctl/ViewDetails/EventModID/871/EventID/

APAP-JJCI-0000005277

514/xmid/6921/Default.aspx.

Compounds in cigarettes are defined by the Federal drug administration http://www.fda.gov/TobaccoProducts/ GuidanceComplianceRegulatoryInformation/ucm297786.htm and the Tobacco Products Scientific Advisory Committee list of harmful or potentially harmful components in tobacco and/or tobacco smoke (Rodgman, 2011).

Compounds found in diesel exhaust are listed at Wikipedia http://en.wikipedia.org/wiki/Diesel_exhaust and at the United States department of labor Partial List of Chemicals Associated with Diesel Exhaust https://www.osha.gov/SLTC/dieselexhaust/ chemical.html.

Lists of chemicals in cosmetics, foods and pharmaceutical preparations were obtained from the National Research Council (US) Steering Committee on Identification of Toxic and Potentially Toxic Chemicals for Consideration by the National Toxicology Program (National Research Council, 1984), the UK Food standards agency listing EU approved food additives http://www.food.gov.uk/ and from the International fragrance association http://www. ifraorg.org/en/ingredients#.U_w5JWNWpZx. Food ingredients were also interrogated at FooDB http://foodb.ca/compounds a project from the Canadian Metabolomics Innovation Center. Food additives are also listed at GSFA online http://www. codexalimentarius.net/gsfaonline/additives/index.html from the Joint FAO/WHO Expert Committee on Food Additives (JECFA) and from the List of Indirect Additives Used in Food Contact Substances from the US Food and drug administration http://www.accessdata. fda.gov/scripts/fcn/fcnNavigation.cfm?rpt=iaListing and the EAFUS list (Everything Added to Food in the United States) http://www. accessdata.fda.gov/scripts/fcn/fcnNavigation.cfm? rpt=eafusListing&displayAll=true.

The Consumer Product Information Database (CPID http:// whatsinproducts.com/contents/about_cpid/1 was use for ingredients found in household products. Chemicals in household products were identified using the National Institute of health Household Products database http://householdproducts.nlm.nih. gov/cgi-bin/household/search.

It is important to appreciate that the only selection criteria were the 206 autism genes which were sent to forage chemical interactions in an extensive toxicogenomics database, and that the compounds returned are essentially unbiased by any other factor. However, certain compounds, such as dioxins, pesticides or heavy metals have been more intensively studied than others, due to their known toxic effects, while other relatively new chemical additions to the environment have been subject to less scrutiny. The total number of genes affected by each compound is therefore shown on each figure to allow appreciation of such effects.

### 2.1. Gene enrichment analysis

The ASG's, selected by Autworks by confidence score based on Genotator, number 206 (0.77% from a human genome of 26,846 protein-coding genes). There were 10,766 unique chemicals in CTD, with 1,002,333 curated interactions (2015 data). If a chemical affects N genes, one would expect an equal proportion of ASG's (0.77%) to be contained within this gene set (Expected = N × (206/26,846)). Chemical bias towards the ASG's is reflected by observed/expected ratios >1 and the corresponding p value derived from the hypergeometric probability test, which was corrected for false discovery (Benjamini and Hochberg, 1995), with a final cut-off at P < 0.05. Most results are illustrated graphically. For individual compounds the data are illustrated by N autism genes affected/total number of genes affected by the compound, followed by the fold enrichment and p values (e.g. Methionine (69/3724: 2.41 fold: P = 2.E-12).

### 3. Results

67,861 chemical/gene interactions affected the ASG's. 4428 compounds affected 1 or more ASG's. 6338 chemicals did not interact with any autism gene. The number of ASG's targeted by each chemical varied from 1 to 141 (Tetrachlorodibenzodioxin). The number of chemicals affecting each autism gene ranged from 0 to 1669. 760 compounds with significant enrichment values affected $\geq$5 ASG's; 372 $\geq$ 10; 108 $\geq$ 25; 29 $\geq$ 50; 6 $\geq$ 100. Enrichment values (observed/expected ASG's per total number of genes affected by each compound) for these significant chemicals, where the number of ASG's targeted >5 ranged from 1.4 to 97.7.

No chemical interactions had been curated for *HTR3C, KLF14, RP1L1* or *ZNF778*.

### 3.1. Genes affected by compounds implicated in autism (Fig. 1)

Of the named pollutants implicated in autism (see Table 1) 45 showed enrichment values at P < 0.05 (all except Nickel, diethyl phthalate, Nitrogen Dioxide and Vinyl Chloride).

Compounds with the most significant enrichment scores were pesticides (diazinon, chlorpyrifos, Dichlorodiphenyldichloroethylene (DDE: a DDT metabolite) and cypermethrin), and metals (arsenic, zinc, mercury and cadmium) Other highly significant pollutants included the flame retardant PCB-153, nitric oxide, Bisphenol A, benzo($\alpha$)pyrene, particulate matter and ozone (Fig. 1).

3-phenoxy benzoic acid (pyrethroid metabolite), Dicofol, Sulphur Dioxide, Chlordan, acephate,cyhalothrin, quinoline, 3-xylene and 1,3-butadiene overlaps were also significant but affected less than 5 ASG's (not shown).

Drugs with the most significant enrichment scores included SSRI antidepressants (fluoxetine, sertraline, paroxetine, citalopram); thalidomide, drugs of abuse (cocaine, methamphetamine, and ethanol); nicotine, steroid drugs (dexamethasone and hydrocortisone) and drugs used to induce (Dinoprost, misoprost, oxytocin) or prevent (terbutaline) labour in pregnancy, as well as thalidomide, acetaminophen, thimerosal and valproate (Fig. 2). There have been multiple conflicting studies relating to the risks and benefits of Thimerosal containing vaccines, which has resulted in its withdrawal in many countries (Bigham and Copes, 2005). Thimerosal was removed from childhood vaccines in the USA in 2001. http://www.cdc.gov/vaccinesafety/Concerns/thimerosal/ index.html.

Thimerosal affects 8 autism genes (*GSTM1, IL6, MAPK1, MAPK3, PTK2, RFC1, SLC1A1* and *TNF*) and its relatively minor enrichment effects (compared to many industrial and other pollutants) may well be limited to those with particular polymorphisms in this set. It should be noted that recent meta-analyses do not support a significant effect of thimerosal in relation to autism (Taylor et al., 2014; Yoshimasu et al., 2014) and that the rise in the incidence of autism has continued since its withdrawal (Golos and Lutynska, 2015). 79 other compounds significantly oriented their effects towards >10 ASG's, 39 > 20 ASG's and 16 > 30 ASG's and these are likely of greater concern.

Together, these results show that many industrial, agrochemical and household pollutants or drugs implicated in autism target multiple ASG's. One evident interpretation is that polymorphisms therein may modify sensitivity to autism-related chemicals. This is discussed in a later section. Using a similar experimental approach Kauchik et al. constructed a protein/protein interaction (PPI) network of autism related genes and found that the effects of drug mixtures (environmental contaminant concentrations of carbamazepine, venflaxine and fluoxetine) or clinical concentrations of valproate on gene expression in fish brains or in human neuronal cell cultures tended to target the same networks as those identified

APAP-JJCI-0000005278

92

*C.J. Carter, R.A. Blizard / Neurochemistry International 101 (2016) 83–109*



**Fig. 1.** The number of ASG's (where N ≥ 5) affected by pesticides, herbicides, heavy metals and other named pollutants implicated in autism (left axis). The enrichment ratio and the total number of genes affected by each compound are shown after each compound name. For example Diazinon affects 274 genes in total, 30 of which are ASG's, yielding an enrichment value (observed/expected) of 14.26. (Diazinon (14.26|274). FDR corrected p values are shown on the right hand Y axis, which is set at a maximum of p = 0.05. TCDD = Tetrachlorodibenzodioxin. DDT = dichlorodiphenyltrichloroethane; DDE = Dichlorodiphenyl Dichloroethylene (DDT metabolite). DIEH Phthalate = Diethylhexyl Phthalate. PCB-153 = 2,4,5,2′,4′,5′-hexachlorobiphenyl; PCB-138 = 2,2′,3′,4,4′,5-hexachlorobiphenyl (Both PCB's are flame retardants).

in the autism PPI interactome (Kaushik et al., 2015).

### 3.2. Other pesticides, fungicides and herbicides

Many pesticides, other than those reportedly related to autism (see Fig. 1), are used agriculturally or in the home, often together or at different seasons. 41 of these targeted multiple autism genes (P < 0.05) (Fig. 3). In the various classes, Cycloheximide, Maneb, Vinclozolin and mancozeb were the most significant fungicides; Paraquat, Cyanazine, Atrazine and herbimycin the most significant herbicides and Methoxychlor, Dieldrin, Endosulfan and chlorpyrifos oxon the highest scoring insecticides.

### 3.3. Other metals

For the most part, other metals significantly orienting their effects towards the ASG's were salts of those already shown in Fig. 1 (arsenic, zinc, cadmium, mercury, lead, copper, aluminium) (not shown). Asbestos, Crocidolite (28/682: 5.4 fold: p = 2.1E-12) is blue asbestos, a product linked to many cancers but not studied in relation to autism. The metals also included the highly toxic tributyltin (10/228: 5.7 fold: p = 2.45E-05), a suspected carcinogen, cobaltous chloride (49/3281: 1.95 fold: p = 4.92E-06. Titanium dioxide (50/3449: 1.8 fold: p = 8.3E-06) and silicon dioxide (37/2789: 1.7 fold: p = 0.0006) are included in the EAFUS and cosmetics lists and treated in these sections.

### 3.4. Poly-halogenated biphenyls, flame retardants, bisphenols and phthalates

4 known flame retardants (all polybrominated biphenyls) and 12 polychlorinated biphenyls showed significant enrichment values in relation to the ASG's as did several bisphenols and phthalates (Fig. 4). During the revision of this paper, high serum levels of PCB-153 and PCB-138 in banked maternal second trimester serum samples were shown to be related to increased autism risk (Lyall et al., 2016). Both are enriched in ASG's (Fig. 4).

### 3.5. Persistent organic pollutants (POP) and Polycyclic aromatic hydrocarbons (PAH)

Several of these compounds, already recognised for their toxicity in many domains significantly targeted the ASG's (Fig. 5). A large number of genes were targeted by 2,3,7,8-Tetrachlorodibenzodioxin and Benzo(a)pyrene.

### 3.6. Endocrine disruptors

138 compounds within this class significantly oriented their effects towards 5 or more autism genes, 79 > 10 genes, 39 > 20 genes, 16 > 30 genes (P < 0.05). Many of these compounds are in the EAFUS list or in food, as plant constituents (e.g. phytoestrogens) or contaminants (e.g. alkylphenols). Many are also found in cosmetics or household products and these classes are coded for in Fig. 6.

APAP-JJCI-0000005279



**Fig. 2.** The number of ASG's affected by drugs implicated in autism (left axis), and p values (right axis). The enrichment ratio and the total number of genes affected by each compound are shown after each compound name. First batch = SSRI antidepressants, second = drugs of abuse, third = drugs used during labour, fourth = others.

Several of these compounds, for example pesticides, heavy metals, bisphenols and phthalates, have already been treated above and are not included in Fig. 6. The highly significant endocrine disruptors also include several used in cosmetics including bisphenol A, nonylphenol, Butylated Hydroxytoluene, Butylated Hydroxyanisole, beta Carotene, 4-propylphenol, Styrene, acetyl methyl tetramethyl tetralin, 4-cresol, 4-ethylphenol, Resorcinol, Phenol, Ethylene Glycol, Propylparaben and n-hexane. Several plant-derived phytoestrogens, flavones/flavonoids, selectively target these genes (Apigenin, daidzein, Genistein, kaempferol, Luteolin, naringenin, resveratrol and quercetin). They are common components of food supplements, including baby milk, follow-ons, and soy formula (Maggioni et al., 2013; Behr et al., 2011; Agostoni et al., 2006). They are generally regarded as potentially beneficial in a number of conditions including cancer, type 2 diabetes, obesity, coronary heart disease, metabolic syndrome, and neurodegenerative diseases (e.g. resveratrol (Borriello et al., 2014)). Phytoestrogens stimulate estrogen receptors, alpha and beta and many are endowed with antioxidant, and pro-apoptotic effects (Hwang and Choi, 2015), while some may also have pro- or anti-angiogenic effects (Liu et al., 2016). Certain isoflavones inhibit thyroperoxidase activity and may thus influence the thyroid receptor. These processes are important in relation to placental physiology and/or to neurodevelopment (Belcher and Zsarnovszky, 2001; Pearce and Braverman, 2009). Endocrine disruptors, including Bisphenol A and polychlorinated biphenyls, but also dietary phytoestrogens are known to affect neurodevelopment in rodents (Belcher and Zsarnovszky, 2001; Rebuli and Patisaul, 2016) Luteolin and quercetin have been reported to reduce autism symptoms in a small clinical trial (Taliou et al., 2013). However, such compounds are not bereft of toxicological effects. For example neonatally administered genistein in mice later reduces female fertility and embryo implantation (Jefferson et al., 2009). It is also embryotoxic in rats and

synergises with Bisphenol A in this respect (Kong et al., 2013; Xing et al., 2010). Pre- or perinatally administered phytoestrogens can also have deleterious effects on animal behaviour. For example adult male mice perinatally exposed to daidzein show significantly less exploration and higher levels of anxiety and aggression (Yu et al., 2013). Genestein given to rat dams during late pregnancy and early lactation affects the differentiation of brain structures as well as changes in anxiety and aggressive behaviour in the male offspring (Rodriguez-Gomez et al., 2014).Phytoestrogens can be found in pregnant women's serum and amniotic fluid during pregnancy and soy ingestion increases amniotic fluid phytoestrogen concentrations in female and male foetuses (Jarrell et al., 2012). The use of Soy infant formula has indeed been linked to Autistic behaviour in one study (Westmark, 2013).

These endocrine disruptors also include Sodium Fluoride, which is added to domestic water supplies for dental health in many countries. NaF decreases fertility in female rats, via decreases in serum estradiol and progesterone levels and the uterine expression of the follicle stimulating hormone receptor. It also increases uterine estrogen receptor alpha (*ESR1*) and progesterone receptor and luteinising hormone receptor protein expression levels (Zhou et al., 2013a, b). In mouse Leydig tumor cells NaF decrease the mRNA expression of steroidogenic acute regulatory protein (*STAR*) and a cytochrome P450 (*CYP11A1*) which catalyses the conversion of cholesterol to pregnenolone, the first rate-limiting step in the synthesis of steroid hormones (Guan et al., 2012). When given to pregnant rats, NaF decreases the activity levels of testicular steroidogenic marker enzymes (3beta hydroxysteroid dehydrogenase and 17beta hydroxysteroid dehydrogenase) in the 90 day old male offspring (Reddy et al., 2007). Dietary NaF also decreases the serum levels of free and bound triodothronine and thyroxine in rats (Wang et al., 2009).

NaF also decreases the expression of *CYP1A2* in mouse

94                                 C.J. Carter, R.A. Blizard / Neurochemistry International 101 (2016) 83–109



**Fig. 3.** The number of ASG's affected by diverse pesticides (left axis), and p values (right axis). The enrichment ratio and the total number of genes affected by each compound are shown after each compound name. The compounds are divided by class: "Others" includes diverse broad-spectrum pesticides and Cyanimide, which is widely used in agriculture to promote uniform opening of buds, early foliation and bloom in fruits. Metdithiocarb = methyldithiocarbamate.

spermatozoa (Sun et al., 2011). CYP1A2 metabolises polycyclic aromatic hydrocarbons, dioxins, polychlorinated dibenzofurans, polychlorinated biphenyls, and acetaminophen (Watanabe et al., 2013). NaF thus possesses endocrine disrupting properties and an ability to affect the metabolism of a number of environmental agents implicated in autism.

### 3.7. Components of cigarette smoke or diesel exhaust

Many chemicals found in diesel and/or cigarette smoke significantly targeted a number of ASG's (Fig. 7). Their effects must be considered as cumulative.

These data suggest a relationship between the cumulative effects of smoking or diesel toxicants and ASG's. In relation to diesel and traffic pollution, a recent review has highlighted air pollution as a contributory factor to both neurodevelopmental and adult neurodegenerative disorders (Costa et al., 2015).

### 3.8. Endogenous compounds targeting the autism genes

Neurotransmitters, hormones and key endogenous signalling and other metabolites are the agents through which genes and environmental factors act to influence pathology and behaviour. By inference, pollutants that target the same genes/proteins as those related to endogenous messengers must interfere with their function. As shown below, many of the endogenous agents that target autism genes clearly relate to autism pathology and behaviour.

### 3.9. Autism genes are targeted by relevant hormones and transmitters (Fig. 8)

Compounds with the most significant enrichment scores (tretinoin (=all-trans retinoic acid), melatonin, progesterone and estradiol) demonstrate a key influence of retinoids and sex hormones that is relevant to the suspected role of environmental endocrine disruptors in autism (de Cock et al., 2012) and to the important role of melatonin in autism (Tordjman et al., 2013; Kajta and Wojtowicz, 2013) Many other hormones (thyroxine, triiodothyronine, corticosteroids, calcitriol (1,25-dihydroxyvitamin D3, the hormonally active metabolite of vitamin D, and testosterone)) also showed significant enrichment scores. Low vitamin D status during pregnancy or childhood has also been associated with autism (Mazahery et al., 2016). Severe maternal hypothyroxinaemia during early pregnancy has also been linked to an increased incidence of autism in the offspring (Roman et al., 2013).

The highest scoring neurotransmitters were serotonin, dopamine and noradrenaline, which is generally consistent with current views on the import of these agents in autism pathology and symptomatology (Tordjman et al., 2013; Quaak et al., 2013; Tostes et al., 2012). Sphingosine-1-phosphate (S1P) plays an important role in oligodendrocytes and in myelination (Coelho et al., 2010). Aberrant myelination, greater than expected for their age in left and right medial frontal cortex and less than expected in the left temporo-parietal junction has been noted in autistic children and high serum levels of S1P have been reported in a metabolomics study of autistic subjects (Wang et al., 2016a).As recently reviewed,

APAP-JJCI-0000005281

C.J. Carter, R.A. Blizard / Neurochemistry International 101 (2016) 83–109

95



Fig. 4. The number of ASG's affected by diverse polyhalogenated biphenyls, bisphenols and phthalates (left axis) and p values (right axis). The enrichment ratio and the total number of genes affected by each compound are shown after each compound name. Flame = Flame retardants. Methoxyacetic acid is a di(2-methoxyethyl) phthalate metabolite. PBDE-47 = 2,2',4,4'-tetrabromodiphenyl ether; PDBE = pentabromodiphenyl ether; PBDE 209 = decabromodiphenyl ether; HBCD hexabromocyclododecane; PCB-153 = 2,4,5,2',4',5'-hexachlorobiphenyl; 24-TCB = 2,4,2',4'-tetrachlorobiphenyl; PCB 138 = 2,2',3',4,4',5-hexachlorobiphenyl; PCB-28 = 2,4,4'-trichlorobiphenyl; PCB-95 = 2,2',3,5',6-pentachlorobiphenyl; PCB 104 = 2,2',4,6,6'-pentachlorobiphenyl; 4-OH-PeCB1 = 2',3,3',4',5-pentachloro-4-hydroxybiphenyl; PCB 101 = 2,4,5,2',5'-penta-chlorobiphenyl; PCB-126 = 3,4,5,3',4'-pentachlorobiphenyl; PCB 180 = 2,2',3,4,4',5,5'-heptachlorobiphenyl; PCB 52 = 2,5,2',5'-tetrachlorobiphenyl; PCB-77 = 3,4,3',4'-tetra-chlorobiphenyl; DGEBA = bisphenol A diglycidyl ether; TBBPA = tetrabromobisphenol A; DEHP = Diethylhexyl Phthalate; MEHP = mono-(2-ethylhexyl)phthalate; DBP = Dibutyl Phthalate.



Fig. 5. The number of ASG's affected by diverse Persistent organic pollutants (POP) and Polycyclic aromatic hydrocarbons (PAH), (left axis), and p values (right axis). The enrichment ratio and the total number of genes affected by each compound are shown after each compound name. DDT = dichlorodiphenyltrichloroethane; TCDD = 2,3,7,8-Tetrachlorodibenzodioxin; 9,10-DM-benzan = 9,10-Dimethyl-1,2-benzanthracene; 7,8-DHBPO = 7,8-Dihydro-7,8-dihydroxybenzo(a)pyrene 9,10-oxide.

96                          *C.J. Carter, R.A. Blizard / Neurochemistry International 101 (2016) 83–109*



**Fig. 6.** The number of ASG's affected by diverse known (first batch) and potential (second batch) endocrine disruptors. N ASG's = left axis, p values = right axis). The enrichment ratio and the total number of genes affected by each compound are shown after each compound name. Also appended are compounds found in Food (plant constituents or contaminants (F), the EAFUS list of food additive (E), Cosmetics (C) and household objects (H). Myco = mycotoxin; BDPB = 1,4-bis(2-(3,5-dichloropyridyloxy))benzene; BHA = Butylated Hydroxyanisole; BHT = Butylated Hydroxytoluene.

oxytocin has both beneficial and deleterious effects in autism. While its use to induce labour has been linked to the subsequent development of autism in the children, it can also help in relation to the social skills in autistic patients (Lefevre and Sirigu, 2016).

Also of interest is an endogenous aryl hydrocarbon receptor (*AHR*) ligand (2-(1'H-indole-3'-carbonyl)-thiazole-4-carboxylic acid methyl ester (ITE) (Henry et al., 2006). *AHR* is a xenobiotic sensor and the target of dioxins, persistent organic pollutants, polycyclic aromatic hydrocarbons, polychlorinated biphenyls, organochlorine pesticides and endocrine disruptors (Barouki et al., 2012; Stejskalova and Pavek, 2011), many of which are the top chemicals targeting the autism genes (Shanle and Xu, 2011; Zhou et al., 2010; Swedenborg et al., 2009). There appear to have been no studies relating *AHR* to autism.

Calcium is directly relevant to 3 calcium channels *CACNA1C, CACNA1G, CACNA1H* in the autism gene set. Voltage sensitive calcium channels play an important role in neural function. They are also expressed in the placenta and trophoblast and play an important role in the delivery of calcium to the foetus (Belkacemi et al., 2005; Bernucci et al., 2006).Heavy metal cations, particularly lead and mercury, are potent calcium channel blockers but can also permeate these channels, gaining access to the cell (Atchison, 2003).

(ITE = 2-(1'H-indole-3'-carbonyl)-thiazole-4-carboxylic acid methyl ester. Galactosamine is included as it is a constituent of some glycoprotein hormones (follicle-stimulating hormone and luteinizing hormone).

### 3.10. Other endogenous compounds targeting autism genes

These are grouped by general function in Fig. 9. They include compounds related to oxidative stress and folate/methionine/homocysteine metabolism which play key roles in autism (Smaga et al., 2015; Castro et al., 2016; Frustaci et al., 2012; Schmidt et al., 2012) as do cholesterol and fatty acid metabolism (Wang, 2014; Jira, 2013; Schengrund et al., 2012; Aneja and Tierney, 2008) or inflammation (El Ansary and Al Ayadhi, 2012; Pardo et al., 2005; Wong et al., 2015; Zimmerman et al., 2005).

Several bile related compounds appear in this figure. Bile acids act as nutrient signalling hormones and activate a number of nuclear receptors and G-protein coupled receptors including a specific bile acid receptor GPBAR1 which regulates intestinal barrier structure via modification of epithelial tight junctions (Cipriani et al., 2011). Many of the ASG's are implicated in barrier function and intestinal permeability increases (leaky gut) have been reported in autism (Carter, 2016; de Magistris et al., 2010). No studies relating bile acids to autism were found in Pubmed, but this area appears to be of interest.

It is important to note that compounds generally considered as beneficial in relation to autism also target autism genes (see Discussion caveats). These include folic acid (see above), glutathione and its precursor acetylcysteine which have reported benefits in the treatment of autism and related psychiatric disorders (Deepmala et al., 2015) as might vitamins (McLay and France, 2016; Kaluzna-Czaplinska et al., 2011).



Fig. 7. The number of ASG's affected by compounds found in cigarette smoke or diesel exhaust or in both. N ASG's = left axis, p values = right axis). The enrichment ratio and the total number of genes affected by each compound are shown after each compound name.

Thioctic acid or alpha-lipoic acid is an essential coenzyme for α-ketoglutarate and pyruvate dehydrogenase and thus an obligate requirement for energy production (Mayr et al., 2014). Lipoic acid protects against the effects of Bisphenol A or Bi-n-butyl phthalate on testicular mitochondrial toxicity (El Beshbishy et al., 2013, 2014). In various other models it also protects against the toxic effects of acetaminophen (Elshazly et al., 2014), acrolein (Jia et al., 2007), cyclosporine (Louhelainen et al., 2006), indomethacin (Kaplan et al., 2012), paraquat (Kim et al., 2013) and rotenone (Abdin and Sarhan, 2011) as well as cypermethrin (Mignini et al., 2013), dimethoate, glyphosate and zineb (Astiz et al., 2012),chrysene (Mansoor et al., 2013) lindane (Nagda and Bhatt, 2011) and Tetra-chlorodibenzodioxin (Koga et al., 2012). Lipoic acid and other antioxidants have also been used in the clinical management and prevention of heavy metal intoxication (Flora et al., 2013). The targeting of autism genes by this product may thus reflect beneficial rather than deleterious effects and, in particular, lipoic acid protects against a large number of toxicants that target autism genes and which have been implicated in the disorder. It has not been analysed in epidemiological studies or tested in the clinic, and blood or tissue levels do not appear to have been measured in pregnancy, neonates or autistic children.

The effects of some fatty acids and carnitine are also oriented towards the ASG's. Faecal levels of acetic, butyric, other short chain fatty acids and ammonia are increased in autistic children, related to microbiome alterations (Wang et al., 2012; Morris et al., 2016). Reduced serum carnitine and linoleic acid levels and modified omega3/omega6 fatty acid ratios have also been noted in autism (Mostafa and Al Ayadhi, 2015).

### 3.11. Food additives and compounds in cosmetics targeting the autism genes (Fig. 10)

70 compounds in the EAFUS list targeted >5 autism genes (P < 0.05).The interactomes of several compounds which might be considered beneficial (folic acid, methionine, ascorbic acid, niacin and oleic acid) were significantly enriched in autism genes. (Methionine (69/3724: 2.41 fold: P = 2.E-12); Folic Acid (68/3635: 2.44 fold: P = 2.03E-12); Ascorbic Acid (24/561: 5.6 fold: p = 4.52E-11); Niacin (12/136: 11.5 fold: P = 2.58E-09); Oleic Acid (6/85: 9.2 fold: p = 0.0001).

Ammonium chloride, the highest scoring compound, derived from burning coal is also used as a flavour enhancer. Ammonium hydroxide in brine solutions is used as a meat tenderiser (Parsons et al., 2011) and is also widely used in food processing to increase pH, while ammonia gas is used to kill bacteria in ground beef (Niebuhr and Dickson, 2003). NH$_4$Cl might be considered as a potential by-product of such procedures due to reaction with salt or gastric hydrochloric acid. No reports in relation to autism could be found. However NH$_4$Cl (Fig. 11) increases the permeability of cerebrovascular pial venular capillaries (Easton et al., 1997) and that of the blood brain barrier to creatine (Braissant et al., 2008) and increases gastric permeability to hydrogen ions (Lichtenberger and Romero, 1994). It is also an expectorant used in cough medicines and is able to increase the beat frequency of respiratory cilia (Lemberskiy-Kuzin et al., 2008). No relationships with autism or neurodevelopment have been reported. Given the barrier and ciliary function of many autism genes (Carter, 2016), it is perhaps this aspect rather than neurodevelopmental criteria that provides

C.J. Carter, R.A. Blizard / Neurochemistry International 101 (2016) 83–109



**Fig. 8.** The number of ASG's affected by Hormones (first batch) and transmitters (second batch: including cations and second messengers). (N ASG's = left axis, p values = right axis). The enrichment ratio and the total number of genes affected by each compound are shown after each compound name.

such a high score.

It is not practical, given space limitations, to discuss all of these compounds whose relationships with autism or to barrier function remain to be analysed. There are several however that are perhaps of more interest than others due to their extensive use (aspartame, a constituent of over 6000 food products) or as anticaking agents that are also constituents of widely used sunscreens (Titanium dioxide, silicon dioxide, and zinc oxide).

Aspartame acts via sweet taste receptors *TAS1R2/TAS1R3* (Bachmanov and Beauchamp, 2007) and also activates transient receptor potential heat and inflammation sensitive channels (*TRPV1*). These are involved in metallic taste perception as they are also activated by copper, zinc and iron sulphates (Riera et al., 2007). *TAS2R1*, within the autism gene set, is a bitter taste receptor. Recent evidence suggests that such receptors, also found in areas outside the mouth, may activate defensive mechanisms against noxious chemicals including cytokine and immune systems. In the human lung, TAS2 receptors are expressed in the cilia that sweep harmful chemicals, particles, and microbes from the airways (Green, 2012). TAS2 receptor activation in nasal cells results in the secretion of antimicrobial peptides, an effect inhibited by *TAS1R2/TAS1R3* sweet activation (Lee et al., 2014). Thus, aspartame, excessive glucose and other sweet substances activating TAS1 receptors would be expected to inhibit the clearing of pathogens and noxious chemicals stimulated by TAS2 receptor activation.

Microbiome profiling has shown that low-dose aspartame, which has also been implicated in the development of obesity and metabolic disease, increases total bacteria, the abundance of Enterobacteriaceae and Clostridium leptum in diet-induced obese rats. It also increases the serum levels of the short chain fatty acid propionate (Palmnas et al., 2014). High levels of faecal enterobacteria and Clostridial families have also been reported in autism (De Angelis et al., 2013). The intracerebroventricular administration of propionate in rats induces behavioural and pathological signs that are relevant to autism (Macfabe et al., 2007; Shultz et al., 2008, 2009; Thomas et al., 2012).

Titanium and silicon dioxide (silicon dioxide (37/2789: 1.7 fold p = 0.0006: not on figure) are used, often in nanoparticle form, in a large number and variety of commercial products including pigment colours, anti-bacterial and other pharmaceutical components, ultraviolet radiation scavengers (sunscreens), as well as in cosmetics. Both are also food additives used as anticaking agents or colorants (Warheit, 2013; Wang et al., 2013). Their risks are generally uncharacterised in epidemiological studies although they are manufactured and used worldwide in large quantities (Shi et al., 2013). Zinc oxide is also used as a sunscreen.

Titanium dioxide nanoparticles are internalised by human neuronal SHSY5Y cells and induce dose-dependent cell cycle alterations, apoptosis, and genotoxic effects that appear to be unrelated to oxidative damage (Valdiglesias et al., 2013). In contrast, in human epidermal cells, they reduce glutathione and increase lipid hydroperoxide and reactive oxygen species levels, leading to genotoxicity via oxidative DNA damage (Shukla et al., 2011). Titanium nanoparticles also suppress angiogenesis (Jo et al., 2012, 2014bfb247).

Both titanium and silicon dioxide nanoparticles cross the placental barrier in mice and can be found in foetal liver and brain following maternal administration. Such treatment results in smaller uteri and foetuses (Yamashita et al., 2011). Titanium dioxide nanoparticles accessing the nasal or pulmonary route are also



C.J. Carter, R.A. Blizard / Neurochemistry International 101 (2016) 83–109          99



**Fig. 9.** The number of ASG's affected by diverse endogenous compounds (N ASG's = left axis, p values = right axis). The enrichment ratio and the total number of genes affected by each compound are shown after each compound name. The compounds are organised in relation to their general function.

translocated to the brain or the systemic circulation and thence to other organs (Shakeel et al., 2016). The prenatal administration of titanium dioxide nanoparticles in rats increases frontal cortical and neostriatal dopamine levels in the offspring (Takahashi et al., 2010) and modifies the expression of neurodevelopmental genes in the brains of the young offspring in mice (Shimizu et al., 2009). Both silicon and titanium dioxide nanoparticles activate inflammatory cascades in microglia and the supernatants collected from the treated microglia are cytotoxic to PC12 neuronal cells (Xue et al., 2012). Titanium dioxide nanoparticles are also internalised by microglial cells resulting in an inhibition of cell adhesion and an overproduction of superoxide (Rihane et al., 2016).

Beta-ionone (EAFUS/cosmetics) is also formed in animals by beta-carotene oxygenase 2 (*BCO2*) which converts betacarotene to β-10′-apocarotenal and β-ionone, en route to the synthesis of Vitamin A (Lietz et al., 2012). It does not activate retinoid receptors *RARA* or *RARB* (Marsh et al., 2010) but binds to a retinol binding protein, beta-lactoglobulin B, involved in the oral delivery of retinol to neonates (Curley et al., 1999). It is a potent inhibitor of a mouse retinal dehydrogenase (*raldh4*: human homologene = *ALDH8A1*). These enzymes catalyze the dehydrogenation of retinal into retinoic acids, which are required for embryogenesis and tissue differentiation (Sima et al., 2009).

### 3.12. Cosmetic ingredients targeting autism genes

Several of these are also in the EAFUS list (see above) and may be used in both as solvents or fragrances and only those specific to cosmetics or not dealt with above are shown in Fig. 1. In relation to cosmetics it has recently been reported that many perfumes are mutagenic at femtomolar concentrations (Bagasra et al., 2013).

They also reduce arginine vasopressin receptor and oxytocin receptor positive neurons in male neuroblastoma cells, but not in female cell lines. In both male and female neuroblastoma cells fragrances (1 in 1 million dilutions of the shelf-marketed product, all ingredients included) also induced neuronal proliferation, central chromatolysis, enlargement of the neuronal cell body, shortening or abnormal increase and thinning of axonal length, syncytia formation, or selective neurotoxicity (Sealey et al., 2015).

Tretinoin, (all-trans retinoic acid) is the highest scoring compound. It is used for acne and as an anti-ageing component in face creams (Darlenski et al., 2010) and is available, without prescription, on many websites. Tretinoin treatment in pregnant rats results in postnatal mitochondrial complex 1 dysfunction in the cerebellum of the offspring (Signorile et al., 2011) and has also been shown to increase levels of fear and anxiety in offspring (Tomasova et al., 2014). Gestational treatment also results in a delayed appearance of the cerebellar righting reflex and reduces open-field activity in the offspring. In addition the offspring show impaired motor coordination and motor learning ability coupled with a reduction in the cerebellar size and impairment in the cerebellar foliation profile (Coluccia et al., 2008a,b). A 3 day exposure to 2.5 mg/kg tretinoin (gestational days 11–13) produces a 10% reduction in weight of cerebellum at 4 weeks of age, not accompanied by other malformations (Holson et al., 1997). In rats treated with retinoic acid at gestational day E10, the foetuses show structural changes similar to humans with Arnold-Chiari malformation, including downward displacement of the cerebellum to just above the foramen magnum and compression of the developing medulla into a small posterior fossa (Danzer et al., 2005). A recent MRI study has commented on the co-existence of Chiari malformation with some paediatric autism patients (Jayarao et al., 2015). The targeting

APAP-JJCI-0000005286

100                                    C.J. Carter, R.A. Blizard / Neurochemistry International 101 (2016) 83–109



**Fig. 10.** Compound on the EAFUS list that target the ASG's The maximum left and minimum Y axes are truncated for clarity (NH₄Cl affected 119 autism genes: p = 7.78E-44). BHT = butylated hydroxytoluene; PTCH = protocatechuic acid (a major metabolite of antioxidant polyphenols found in green tea.) TMP = tetramethylpyrazine. Compounds also found in cosmetics are appended with C and those in household products with H.

of the cerebellum by tretinoin is particularly relevant given that cerebellar abnormalities are a consistent feature of autism (Allin, 2016; Stoodley and Limperopoulos, 2016; Crippa et al., 2016). The transfer of retinoic acid across pig skin is increased by exposure to particulate matter containing polycyclic aromatic hydrocarbons (Pan et al., 2015).

Brief details of some of the other high-scoring compounds are shown below.

Acetovanillone inhibits the free radical superoxide generator NADPH oxidase (Stolk et al., 1994). The activity of this enzyme is decreased in granulocytes and lymphocytes of autistic children contributing to a spectrum of mitochondrial malfunction in these cases (Napoli et al., 2014; Giulivi et al., 2010).

Patchouli alcohol decreases cell growth in MCF7, BxPC3, PC3, and HUVEC cells and downregulates histone deacetylase *HDAC2* in human colorectal cancer cells (Jeong et al., 2013). *HDAC2* is a valproate target also forming a complex with the Rett syndrome gene *MECP2* (Nelson et al., 2011; Vecsler et al., 2010).

Limonene is an inhibitor of protein farnesyl transferase (*FNTA FNTB*) and protein geranylgeranyl transferase (*PGGT1B*) (Gelb et al., 1995). Farnesylation is essential for embryonic development (Mijimolle et al., 2005) and Farnesyl and geranylphosphate play a role in angiogenesis in human umbilical endothelial cells (Park et al., 2006; Gu et al., 1999). Limonene is metabolised by cytochrome p5450's *CYP2C9* and *CYP2C19* (Miyazawa et al., 2002) both

of which metabolise progesterone, while testosterone is a substrate for *CYP2C19* (Yamazaki and Shimada, 1997).

Nonylphenol is a persistent endocrine disruptor used in home maintenance products that is also ubiquitous in foodstuffs for babies and toddlers commercially available in Germany (Raecker et al., 2011) and in many other foods including human breast milk in Europe (Guenther et al., 2002; Ademollo et al., 2008). Nonylphenol and other compounds including dioxins, polychlorinated biphenyls, organochlorine pesticides, bisphenol A, and phytoestrogens have also been detected in umbilical cords and cord sera in Japan (Sakurai and Mori, 2000).

The role of these and many other compounds, alone or as mixtures more relevant to shelf products, in relation to autism remains to be further characterised.

### 3.13. Compounds affecting barriers or respiratory cilia

As previously reported (Carter, 2016), many of the autism genes in this set are involved in barrier functions across several different boundaries (blood/brain, skin, intestinal and placental) and in the control of respiratory cilia that clear the airways of noxious particles. Evidently, environmental chemicals have to traverse such boundaries. In addition, some also have deleterious effects on barrier or cilia function.

Several pesticides (malathion and lead acetate, Chlorpyrifos or a

APAP-JJCI-0000005287



**Fig. 11.** The number of ASG's affected by compounds in cosmetics (N ASG's = left axis, p values = right axis). The enrichment ratio and the total number of genes affected by each compound are shown after each compound name. The presence of these compounds in food (F), the EAFUS list (E), nutraceuticals (N) or household products (H) is also indicated. a-Tocopherol = alpha-Tocopherol; BHA = Butylated hydroxyanisole; DeNitros = Diethylnitrosamine; PMP = phenylmethylpyrazolone; PIC = phenethyl isothiocyanate; TBHQ = 2-*tert*-butylhydroquinone.

combination of the insect repellent, DEET (N,N-Diethyl-*meta*-toluamide) and permethrin) are able to disrupt the blood brain barrier in animal models (Balbuena et al., 2011) and nicotine and smoking disrupt brain microvasculature and the blood brain barrier (Sajja et al., 2016). Long-term air pollution in cities relates to neuro-inflammation, an altered innate immune response, disruption of the blood-brain barrier, ultrafine particulate deposition, and accumulation of beta-amyloid in children and young adults (Calderon-Garciduenas et al., 2008). Air pollution also disrupts epithelial and endothelial barriers and triggers autoimmune responses involving tight junction and neural autoantibodies (Calderon-Garciduenas et al., 2015). Nanoparticles from aluminium, silver or copper increase spinal cord pathology after trauma, an effect correlated with breakdown of the blood-spinal cord barrier (Menon et al., 2012). NH4Cl increases the permeability of pial venular capillaries to Lucifer Yellow, as does histamine (Easton et al., 1997). The transfer of retinoic acid across pig skin is increased by exposure to particulate matter containing polycyclic aromatic hydrocarbons (Pan et al., 2015).

With regard to respiratory cilia, cigarette smoke decreases beat frequency and cilia length is reduced in healthy smokers. Long-term exposure to cigarette smoke leads to reduced numbers of ciliated cells in mice (Aufderheide et al., 2015; Astrand et al., 2015). A combination of cigarette smoke and alcohol also decreases ciliary beat frequency in bovine primary ciliated bronchial epithelial cells (Wyatt et al., 2012). Chlorocresol, a disinfectant, decreases ciliary beat frequency in human nasal epithelial cells (Mallants et al., 2009), and the insecticide deltamethrin provokes respiratory ciliary damage in rats (Erdogan et al., 2006). The fungicide benomyl

and its metabolites, butyl isocyanate and carbendazim, decrease ciliary beat frequency in canine tracheal epithelial tissue (Kucera et al., 1995). Progesterone inhibits cilia beat frequency in human lung and cultured primary human airway epithelial cells, an effect inhibited by 17beta-estradiol (Jain et al., 2012). No effects could be found in relation to endocrine disruptors, although they might be expected to exert effects in relation to those of these steroid hormones. Ciliary function is also compromised by vanadium, vanadium-rich oil-fired fly ash and cadmium (Schiff and Graham, 1984; Gabridge et al., 1982). As noted above, bitter taste receptors increase cilia function, and these are inhibited by sweet taste receptors activated by aspartame and glucose.

Such deleterious effects are likely to modify the intake of many other compounds.

### 3.14. Ecological pollution and bioaccumulation

Many compounds used in cosmetics or as food additives can be directly absorbed or ingested and pesticide sprays and volatile compounds inhaled. While the concentrations of some may well be too low to elicit direct toxicity individually, a further problem relates to the disposal of multiple products down drains or in waste dumps from where they can seep into the air and water tables. For example, a recent study relating to fragrances in the Venice lagoon showed that the total concentrations of multiple ingredients, at different times, varied from ~30 ng/L to >10 μg/L in polluted canals during low tide (Vecchiato et al., 2016). Such compounds can be concentrated by the food web (bioaccumulation) and contraceptive ingredients, drugs, pesticides, endocrine disruptors and other

pollutants have been found in marine invertebrates or in fish, at levels which have demonstrable effects on endocrine function (Avar et al., 2016; Ruhí et al., 2016; Brar et al., 2010). Compounds in pesticide sprays, such as nonylphenol, can also travel long distances (Lyons et al., 2014). Such compounds exist in multiple permutations in relation to environmental contamination. The effects of the various compounds, as illustrated in the figures above, apply to individual compounds, but the real life situation involves multiple ingredients in food or cosmetics and diverse mixtures of environmental pollutants with additive effects. The enrichment of autism genes in the effects of these compounds must therefore be viewed in this context. In an American study in 2011, certain polychlorinated biphenyls, organochlorine pesticides, perfluorinated compounds, phenols, polybrominated diphenyl ethers (flame retardants), phthalates, polycyclic aromatic hydrocarbons, and perchlorate were detected in 99–100% of pregnant women (Woodruff et al., 2011).This ecological problem applies to agrochemical and industrial pollutants and likely to hundreds of biologically active compounds in food, cosmetic, drug and household products. Concerns about these products in relation to autism and other neurodevelopmental and cognitive disorders has recently been raised in The TENDR Consensus Statement, a call to action to reduce exposures to toxic chemicals (Bennett et al., 2016).

*3.14.1. Caveats*

There are numerous caveats. Firstly, this is a comparison of two lists of gene symbols, with no indication of weight (relative importance in relation to specific genes or processes) or directionality (i.e. does the compound activate or inhibit, or are the effects on binding, transcription or phosphorylation, etc.), although these can be found within CTD and in the literature for any interaction of interest. The question of dosage and timing is also important when comparing human and animal studies. However, the enrichment data and those of certain animal studies (For example the use of mixtures of endocrine disruptors (Sobolewski et al., 2014; Lichtensteiger et al., 2015) see Table 1) suggest that "overall toxicological burden" may be a more relevant comparison. This type of enrichment applies to toxicant chemicals, but also to those that might be beneficial (e.g. folic acid, lipoic acid, or glutathione), or a mixture of both (e.g. Oxytocin, where prenatal use is associated with risk and later use with benefit).In many cases, for example pesticides, heavy metals, bisphenol A, phthalates, valproate, etc.) a link to autism is supported by epidemiology and/or by animal studies in relation to development (see Table 1). Related compounds not yet studied in autism, particularly atrazine and other pesticides, blue asbestos or known endocrine disruptors can hardly be considered as benign. Other compounds, for example aspartame, titanium dioxide or sodium fluoride, do possess endocrine disrupting or other toxic effects relevant to neurodevelopment. As stated on the CTD website, such data can be used for hypothesis testing. It is impossible to predict whether any uncharacterised compound plays a causal role in autism, but these data can at least provide a long list worthy of further investigation in epidemiological and animal studies.

For all of the suspect compounds, replication in epidemiological and neurodevelopmental studies is essential to verify any causal effect in relation to autism. Meta-analysis studies support the involvement of particulate matter or ambient air pollution in relation to autism in North American (Flores-Pajot et al., 2016; Lam et al., 2016) but not European studies (Guxens et al., 2016) and for the prenatal uses of SSRI's (Kaplan et al., 2016) or Vitamin D deficiency in autistic patients (Wang et al., 2016b) but the diverse methodologies used to measure timing and exposure have rendered clear conclusions difficult for these and others such as phthalate esters (Jeddi et al., 2016). These problems are confounded

by the gene/environment interactions raised in this study (i.e. compound X may contribute to autism but only in individuals with gene variants that allow it to do so). Environmental pollution also involves exposure to multiple airborne, ingested or contact toxins whose effects may be cumulative and where individual blame is difficult to dissect.

## 4. Discussion

The specific question posed by this type of analysis is not whether any compound affects autism genes/proteins, but whether it affects more autism genes than would be expected from the overall toxicological profile of that compound. If such is the case, one might assume that there is a particular relationship between genes and environment that suggests that the genetic polymorphisms, as well as disrupting key autism pathways related to pathology, also affect the ability of certain toxicants to exert their effects via the same genes or proteins. One might therefore expect that many of these genes, also related to barrier function, modify the absorption, metabolism, excretion or physiological effects of the toxicants. In several cases, this has been shown to be the case, and certain autism polymorphisms do affect these parameters (Rossignol et al., 2014; Carter, 2016), although this has not been tested for all of the many genes or chemicals involved.

In relation to these questions, several hundred compounds selectively target multiple members of this particular group of 206 genes. 6338 unidentified compounds in CTD did not affect any autism gene, while the effects of many others were not significant, showing a degree of specificity. Within this group of significant compounds are the majority of the compounds suspected to be implicated in autism including pesticides, heavy metals, and industrial pollutants, Bisphenol A and phthalates, flame retardants, and several drugs, fluoxetine and other SSRI's, as well as acetaminophen, valproate and certain drugs used in labour. This exercise also returned all of the general classes of compounds suspected to be implicated in autism, including particulate matter and other components of diesel exhaust, polyhalogenated biphenyls, polycyclic aromatic hydrocarbons, persistent organic pollutants and endocrine disruptors. The endogenous hormones and transmitters targeting these genes are also highly relevant to endocrine disruption and to the key transmitters related to autism (retinoids, sex steroids, thyroxine, melatonin, folate, dopamine, and serotonin) and to the processes implicated in pathology (compounds related to oxidative stress, folate/methionine/homocysteine, inflammation or myelination). Many more compounds were identified, which due to the cumulative nature of many of these exposures, might also play a role. Overall, these data show that this type of enrichment analysis can identify key compounds reported to be involved in autism. Some of the other compounds also targeting the autism genes clearly possess relevant toxic effects, (e.g. other pesticides, titanium dioxide, tretinoin or aspartame). However, overall enrichment may reflect beneficial and deleterious effects and such a list can really only suggest compounds worthy of consideration in epidemiological and toxicological studies, particularly during pregnancy and in relation to neurodevelopment and autism. Given the multiplicity of compounds potentially involved, many with different solvent requirements and diverse assay techniques and sensitivities, it might also be useful to establish autism blood and tissue banks and research consortia along the lines now used in genome-wide studies, to adequately quantify such a large variety of chemicals.

Many of these compounds are considered safe by government authorities, but no regulatory toxicological studies could have taken into account the possibility that toxicity might be determined by the same genes that govern susceptibility to autism. This

APAP-JJCI-0000005289

Case 1:22-md-03043-DLC   Document 1139-22   Filed 09/19/23   Page 22 of 28

problem could perhaps be addressed using a range of compounds and banked stem cells or tissues from autistic patients or their parents to analyse whether toxicant properties differ in autism cells. A large number of chemicals relate to many autism genes suggesting that the two act in concert and that the rise in the incidence of autism is likely to be chemically driven, in a gene-dependent manner. In this study relating chemicals or environment to genes, it seems that genes and environment are indissociable and that the susceptibility genes themselves may constitute one of the strongest arguments for a causal effect of the environment, as it is towards their products that multiple environmental influences are selectively directed, and via the agency of the gene products that the pathology must be induced, or the toxic products allowed to pass or act.

There appears to be no known reason to suppose that the same genetic variants did not exist in the population prior to the autism epidemic, but a modified environment might have rendered them more relevant to autism. This is akin to the classical population genetics example of the peppered moth. The genes controlling its mottled colouring originally conferred protection from birds, due to camouflage on similarly marked tree bark. Such trees were blackened by industrial soot pollution, and the same genes now conferred a high risk of predation (Kettlewell, 1955), a situation reversed by clean air acts in the UK and USA (Grant and Wiseman, 2002).

The solution to autism prevention may thus similarly reside in the detection, avoidance and removal of the pollutants, a task involving the development of stricter and more appropriate toxicological and environmental controls at governmental level worldwide, as already proposed in the recent TENDR Consensus Statement (Targeting Environmental Neuro-Developmental Risks) (Bennett et al., 2016).

This research did not receive any specific grant from funding agencies in the public, commercial, or not-for-profit sectors.

## Conflicts of interest

The authors report no conflicts of interest.

## Appendix A. Supplementary data

Supplementary data related to this article can be found at http://dx.doi.org/10.1016/j.neuint.2016.10.011.

## References

Abdin, A.A., Sarhan, N.I., 2011. Intervention of mitochondrial dysfunction-oxidative stress-dependent apoptosis as a possible neuroprotective mechanism of alpha-lipoic acid against rotenone-induced parkinsonism and L-dopa toxicity. Neurosci. Res. 71, 387–395.

Adams, J.B., Audhya, T., McDonough-Means, S., Rubin, R.A., Quig, D., Geis, E., Gehn, E., Loresto, M., Mitchell, J., Atwood, S., Barnhouse, S., Lee, W., 2013. Toxicological status of children with autism vs. neurotypical children and the association with autism severity. Biol. Trace Elem. Res. 151, 171–180.

Ademollo, N., Ferrara, F., Delise, M., Fabietti, F., Funari, E., 2008. Nonylphenol and octylphenol in human breast milk. Environ. Int. 34, 984–987.

Agostoni, C., Axelsson, I., Goulet, O., Koletzko, B., Michaelsen, K.F., Puntis, J., Rieu, D., Rigo, J., Shamir, R., Szajewska, H., Turck, D., 2006. Soy protein infant formulae and follow-on formulae: a commentary by the ESPGHAN Committee on Nutrition. J. Pediatr. Gastroenterol. Nutr. 42, 352–361.

Al Ayadhi, L.Y., 2005. Heavy metals and trace elements in hair samples of autistic children in central Saudi Arabia. Neurosciences (Riyadh) 10, 213–218.

Allen, J.L., Liu, X., Pelkowski, S., Palmer, B., Conrad, K., Oberdorster, G., Weston, D., Mayer-Proschel, M., Cory-Slechta, D.A., 2014. Early postnatal exposure to ultrafine particulate matter air pollution: persistent ventriculomegaly, neurochemical disruption, and glial activation preferentially in male mice. Environ. Health Perspect. 122, 939–945.

Allen, J.L., Oberdorster, G., Morris-Schaffer, K., Wong, C., Klocke, C., Sobolewski, M., Conrad, K., Mayer-Proschel, M., Cory-Slechta, D.A., 2015 Dec 22. Developmental neurotoxicity of inhaled ambient ultrafine particle air pollution: parallels with neuropathological and behavioral features of autism and other neuro-developmental disorders. Neurotoxicology pii: S0161-813X(15)30048-6, http://dx.doi.org/10.1016/j.neuro.2015.12.014. [Epub ahead of print].

Allin, M.P., 2016 Oct. Novel insights from quantitative imaging of the developing cerebellum. Semin. Fetal Neonatal Med. 21 (5), 333–338.

Aneja, A., Tierney, E., 2008. Autism: the role of cholesterol in treatment. Int. Rev. Psychiatry 20, 165–170.

Astiz, M., de Alaniz, M.J., Marra, C.A., 2012. The oxidative damage and inflammation caused by pesticides are reverted by lipoic acid in rat brain. Neurochem. Int. 61, 1231–1241.

Astrand, A.B., Hemmerling, M., Root, J., Wingren, C., Pesic, J., Johansson, E., Garland, A.L., Ghosh, A., Tarran, R., 2015. Linking increased airway hydration, ciliary beating, and mucociliary clearance through ENaC inhibition. Am. J. Physiol. Lung Cell Mol. Physiol. 308, L22–L32.

Atchison, W.D., 2003. Effects of toxic environmental contaminants on voltage-gated calcium channel function: from past to present. J. Bioenerg. Biomembr. 35, 507–532.

Atladottir, H.O., Henriksen, T.B., Schendel, D.E., Parner, E.T., 2012. Autism after infection, febrile episodes, and antibiotic use during pregnancy: an exploratory study. Pediatrics 130, e1447–e1454.

Audouze, K., Grandjean, P., 2011. Application of computational systems biology to explore environmental toxicity hazards. Environ. Health Perspect. 119, 1754–1759.

Aufderheide, M., Scheffler, S., Ito, S., Ishikawa, S., Emura, M., 2015. Ciliatoxicity in human primary bronchiolar epithelial cells after repeated exposure at the air-liquid interface with native mainstream smoke of K3R4F cigarettes with and without charcoal filter. Exp. Toxicol. Pathol. 67, 407–411.

Avar, P., Maasz, G., Takacs, P., Lovas, S., Zrinyi, Z., Svigruha, R., Takatsy, A., Toth, L.G., Pirger, Z., 2016. HPLC-MS/MS analysis of steroid hormones in environmental water samples. Drug Test. Anal. 8, 123–127.

Avella-Garcia, C.B., Julvez, J., Fortuny, J., Rebordosa, C., Garcia-Esteban, R., Galan, I.R., Tardon, A., Rodriguez-Bernal, C.I., Iniguez, C., Andiarena, A., Santa-Marina, L., Sunyer, J., 2016 Jun 28. Acetaminophen use in pregnancy and neuro-development: attention function and autism spectrum symptoms. Int. J. Epidemiol. pii: dyw115. [Epub ahead of print].

Bachmanov, A.A., Beauchamp, G.K. 2007. Taste receptor genes. Annu. Rev. Nutr. 27, 389–414.

Baecker, T., Mangus, K., Pfaender, S., Chhabra, R., Boeckers, T.M., Grabrucker, A.M. 2014. Loss of COMMD1 and copper overload disrupt zinc homeostasis and influence an autism-associated pathway at glutamatergic synapses. Biometals 27, 715–730.

Bagasra, O., Golkar, Z., Garcia, M., Rice, L.N., Pace, D.G., 2013. Role of perfumes in pathogenesis of autism. Med. Hypotheses 80, 795–803.

Balbuena, P., Li, W., Ehrich, M., 2011. Assessments of tight junction proteins occludin, claudin 5 and scaffold proteins ZO1 and ZO2 in endothelial cells of the rat blood-brain barrier; cellular responses to neurotoxicants malathion and lead acetate. Neurotoxicology 32, 58–67.

Barouki, R., Aggerbeck, M., Aggerbeck, L., Coumoul, X., 2012. The aryl hydrocarbon receptor system. Drug Metabol. Drug Interact. 27, 3–8.

Bauer, A.Z., Kriebel, D., 2013. Prenatal and perinatal analgesic exposure and autism: an ecological link. Environ. Health 12, 41.

Becerra, T.A., Wilhelm, M., Olsen, J., Cockburn, M., Ritz, B., 2013. Ambient air pollution and autism in Los Angeles county, California. Environ. Health Perspect. 121, 380–386.

Beherec, L., Quilici, G., Rosier, A., Gerardin, P., Campion, D., Guillin, O., 2014. Pharmacological treatments in patients with pervasive developmental disorders: a review. Encephale 40, 188–196.

Behr, M., Oehlmann, J., Wagner, M., 2011. Estrogens in the daily diet: in vitro analysis indicates that estrogenic activity is omnipresent in foodstuff and infant formula. Food Chem. Toxicol. 49, 2681–2688.

Bejerot, S., Nylander, L., 2003. Low prevalence of smoking in patients with autism spectrum disorders. Psychiatry Res. 119, 177–182.

Belcher, S.M., Zsarnovszky, A., 2001. Estrogenic actions in the brain: estrogen, phytoestrogens, and rapid intracellular signaling mechanisms. J. Pharmacol. Exp. Ther. 299, 408–414.

Belkacemi, L., Bedard, I., Simoneau, L., Lafond, J., 2005. Calcium channels, transporters and exchangers in placenta: a review. Cell Calcium 37, 1–8.

Benjamini, Y., Hochberg, Y., 1995. Controlling the false discovery rate: a practical and powerful approach to multiple testing. J. Roy. Stat. Soc. Ser. B Methodol. 57, 289–300.

Bennett, D., Bellinger, D.C., Birnbaum, L.S., Bradman, A., Chen, A., Cory-Slechta, D.A., Engel, S.M., Fallin, M.D., Halladay, A., Hauser, R., Hertz-Picciotto, I., Kwiatkowski, C.F., Lanphear, B.P., Marquez, E., Marty, M., McPartland, J., Newschaffer, C.J., Payne-Sturges, D., Patisaul, H.B., Perera, F.P., Ritz, B., Sass, J., Schantz, S.L., Webster, T.F., Whyatt, R.M., Woodruff, T.J., Zoeller, R.T., Anderko, L., Campbell, C., Conry, J.A., DeNicola, N., Gould, R.M., Hirtz, D., Huffling, K., Landrigan, P.J., Lavin, A., Miller, M., Mitchell, M.A., Rubin, L., Schettler, T., Tran, H.L., Acosta, A., Brody, C., Miller, E., Miller, P., Swanson, M., Witherspoon, N.O., 2016. Project TENDR: targeting environmental neuro-developmental risks. The TENDR Consensus Statement. Environ. Health Perspect. 124, A118–A122.

Bercum, F.M., Rodgers, K.M., Benison, A.M., Smith, Z.Z., Taylor, J., Kornreich, S., Grabenstatter, H.L., Dudek, F.E., Barth, D.S., 2015. Maternal stress combined with terbutaline leads to comorbid autistic-like behavior and epilepsy in a rat model. J. Neurosci. 35, 15894–15902.

APAP-JJCI-0000005290

C.J. Carter, R.A. Blizard / Neurochemistry International 101 (2016) 83–109

Bernucci, L., Henriquez, M., Díaz, P., Riquelme, G., 2006. Diverse calcium channel types are present in the human placental syncytiotrophoblast basal membrane. Placenta 27, 1082–1095.

Bigham, M., Copes, R., 2005. Thiomersal in vaccines: balancing the risk of adverse effects with the risk of vaccine-preventable disease. Drug Saf. 28, 89–101.

Birnbaum, R., Jaffe, A.E., Hyde, T.M., Kleinman, J.E., Weinberger, D.R., 2014 Jul. Prenatal expression patterns of genes associated with neuropsychiatric disorders. Am. J. Psychiatry 171 (7), 758–767.

Bjorklund, G., 2013. The role of zinc and copper in autism spectrum disorders. Acta Neurobiol. Exp. (Wars.) 73, 225–236.

Blaurock-Busch, E., Amin, O.R., Rabah, T., 2011. Heavy metals and trace elements in hair and urine of a sample of arab children with autistic spectrum disorder. Maedica (Buchar.) 6, 247–257.

Blaurock-Busch, E., Amin, O.R., Dessoki, H.H., Rabah, T., 2012. Toxic metals and essential elements in hair and severity of symptoms among children with autism. Maedica (Buchar.) 7, 38–48.

Borriello, A., Bencivenga, D., Caldarelli, I., Tramontano, A., Borgia, A., Zappia, V., Della, R.F., 2014. Resveratrol: from basic studies to bedside. Cancer Treat. Res. 159, 167–184.

Braissant, O., Cagnon, L., Monnet-Tschudi, F., Speer, O., Wallimann, T., Honegger, P., Henry, H., 2008. Ammonium alters creatine transport and synthesis in a 3D culture of developing brain cells, resulting in secondary cerebral creatine deficiency. Eur. J. Neurosci. 27, 1673–1685.

Brar, N.K., Waggoner, C., Reyes, J.A., Fairey, R., Kelley, K.M., 2010. Evidence for thyroid endocrine disruption in wild fish in San Francisco Bay, California, USA. Relationships to contaminant exposures. Aquat. Toxicol. 96, 203–215.

Braun, J.M., Kalkbrenner, A.E., Just, A.C., Yolton, K., Calafat, A.M., Sjodin, A., Hauser, R., Webster, G.M., Chen, A., Lanphear, B.P., 2014. Gestational exposure to endocrine-disrupting chemicals and reciprocal social, repetitive, and stereotypic behaviors in 4- and 5-year-old children: the HOME study. Environ. Health Perspect. 122, 513–520.

Brigandi, S.A., Shao, H., Qian, S.Y., Shen, Y., Wu, B.L., Kang, J.X., 2015. Autistic children exhibit decreased levels of essential fatty acids in red blood cells. Int. J. Mol. Sci. 16, 10061–10076.

Calderon-Garciduenas, L., Solt, A.C., Henriquez-Roldan, C., Torres-Jardon, R., Nuse, B., Herritt, L., Villarreal-Calderon, R., Osnaya, N., Stone, I., Garcia, R., Brooks, D.M., Gonzalez-Maciel, A., Reynoso-Robles, R., Delgado-Chavez, R., Reed, W., 2008. Long-term air pollution exposure is associated with neuroinflammation, an altered innate immune response, disruption of the bloodbrain barrier, ultrafine particulate deposition, and accumulation of amyloid beta-42 and alpha-synuclein in children and young adults. Toxicol. Pathol. 36, 289–310.

Calderon-Garciduenas, L., Vojdani, A., Blaurock-Busch, E., Busch, Y., Friedle, A., Franco-Lira, M., Sarathi-Mukherjee, P., Park, S.R., Torres-Jardon, R., D'Angiulli, A., 2015. Air pollution and children: neural and tight junction antibodies and combustion metals, the role of barrier breakdown and brain immunity in neurodegeneration. J. Alzheimers Dis. 43 (3), 1039–1058.

Carter, C.J., 2016. The barrier, airway particle clearance, placental and detoxification functions of autism susceptibility genes. Neurochem. Int. 99, 42–51.

Castro, K., Klein, L.D., Baronio, D., Gottfried, C., Riesgo, R., Perry, I.S., 2016 Sep. Folic acid and autism: what do we know? Nutr. Neurosci. 19 (7), 310–317.

Caudle, W.M., 2015. Vulnerability of synapses in the frontal cortex of mice developmentally exposed to an insecticide: potential contribution to neuropsychiatric disease. Neurotransmitter (Houst.) 2.

Chen, M.H., Su, T.P., Chen, Y.S., Hsu, J.W., Huang, K.L., Chang, W.H., Chen, T.J., Bai, Y.M., 2013. Association between psychiatric disorders and iron deficiency anemia among children and adolescents: a nationwide population-based study. BMC Psychiatry 13, 161.

Christensen, J., Gronborg, T.K., Sorensen, M.J., Schendel, D., Parner, E.T., Pedersen, L.H., Vestergaard, M., 2013. Prenatal valproate exposure and risk of autism spectrum disorders and childhood autism. JAMA 309, 1696–1703.

Cipriani, S., Mencarelli, A., Chini, M.G., Distrutti, E., Renga, B., Bifulco, G., Baldelli, F., Donini, A., Fiorucci, S., 2011. The bile acid receptor GPBAR-1 (TGR5) modulates integrity of intestinal barrier and immune response to experimental colitis. PLoS One 6, e25637.

Coelho, R.P., Saini, H.S., Sato-Bigbee, C., 2010. Sphingosine-1-phosphate and oligodendrocytes: from cell development to the treatment of multiple sclerosis. Prostagl. Other Lipid Mediat. 91, 139–144.

Coluccia, A., Belfiore, D., Bizzoca, A., Borracci, P., Trerotoli, P., Gennarini, G., Carratu, M.R., 2008a. Gestational all-trans retinoic acid treatment in the rat: neurofunctional changes and cerebellar phenotype. Neurotoxicol. Teratol. 30, 395–403.

Coluccia, A., Borracci, P., Belfiore, D., Renna, G., Giustino, A., Carratu, M.R., 2008b. Effects of early gestational all-trans retinoic acid treatment on motor skills: a longitudinal study in the offspring of Sprague-Dawley rats. Neurotoxicology 29, 1107–1113.

Cook, E.H., 1990. Autism: review of neurochemical investigation. Synapse 6, 292–308.

**Costa, L.G., Cole, T.B., Coburn, J., Chang, Y.C., Dao, K., Roque, P.J., 2015 Nov 21. Neurotoxicity of traffic-related air pollution. Neurotoxicology 30: S0161- 813X(15)30024-3, http://dx.doi.org/10.1016/j.neuro.2015.11.008.**

Craciun, E.C., Bjorklund, G., Tinkov, A.A., Urbina, M.A., Skalny, A.V., Rad, F., Dronca, E., 2016. Evaluation of whole blood zinc and copper levels in children with autism spectrum disorder. Metab. Brain Dis. 31, 887–890.

Crippa, A., Del Vecchio, G., Busti, C.S., Nobile, M., Arrigoni, F., Brambilla, P., 2016.

Cortico-cerebellar connectivity in autism spectrum disorder: what do we know so far? Front. Psychiatry 7, 20.

Croen, L.A., Connors, S.L., Matevia, M., Qian, Y., Newschaffer, C., Zimmerman, A.W., 2011. Prenatal exposure to beta2-adrenergic receptor agonists and risk of autism spectrum disorders. J. Neurodev. Disord. 3, 307–315.

Curley, Jr., R.W., Sundaram, A.K., Fowble, J.W., Abildgaard, F., Westler, W.M., Markley, J.L., 1999. NMR studies of retinoid-protein interactions: the conformation of [13C]-beta-ionones bound to beta-lactoglobulin B. Pharm. Res. 16, 651–659.

D'Amelio, M., Ricci, I., Sacco, R., Liu, X., D'Agruma, L., Muscarella, L.A., Guarnieri, V., Militerni, R., Bravaccio, C., Elia, M., Schneider, C., Melmed, R., Trillo, S., Pascucci, T., Puglisi-Allegra, S., Reichelt, K.L., Macciardi, F., Holden, J.J., Persico, A.M., 2005. Paraoxonase gene variants are associated with autism in North America, but not in Italy: possible regional specificity in gene-environment interactions. Mol. Psychiatry 10, 1006–1016.

Danzer, E., Schwarz, U., Wehrli, S., Radu, A., Adzick, N.S., Flake, A.W., 2005. Retinoic acid induced myelomeningocele in fetal rats: characterization by histopathological analysis and magnetic resonance imaging. Exp. Neurol. 194, 467–475.

Darlenski, R., Surber, C., Fluhr, J.W., 2010. Topical retinoids in the management of photodamaged skin: from theory to evidence-based practical approach. Br. J. Dermatol. 163, 1157–1165.

Davis, E., Fennoy, I., Laraque, D., Kanem, N., Brown, G., Mitchell, J., 1992. Autism and developmental abnormalities in children with perinatal cocaine exposure. J. Natl. Med. Assoc. 84, 315–319.

Davis, A.P., Murphy, C.G., Johnson, R., Lay, J.M., Lennon-Hopkins, K., Saraceni-Richards, C., Sciaky, D., King, B.L., Rosenstein, M.C., Wiegers, T.C., Mattingly, C.J., 2013. The comparative toxicogenomics database: update 2013. Nucleic Acids Res. 41, D1104–D1114.

De Alwis, D., Agrawal, A., Reiersen, A.M., Constantino, J.N., Henders, A., Martin, N.G., Lynskey, M.T., 2014. ADHD symptoms, autistic traits, and substance use and misuse in adult Australian twins. J. Stud. Alcohol Drugs 75, 211–221.

De Angelis, M., Piccolo, M., Vannini, L., Siragusa, S., De Giacomo, A., Serrazzanetti, D.I., Cristofori, F., Guerzoni, M.E., Gobbetti, M., Francavilla, R., 2013. Fecal microbiota and metabolome of children with autism and pervasive developmental disorder not otherwise specified. PLoS One 8, e76993.

de Cock, M., Maas, Y.G., van de Bor, M., 2012. Does perinatal exposure to endocrine disruptors induce autism spectrum and attention deficit hyperactivity disorders? Review Acta Paediatr. 101, 811–818.

De Felice, A., Venerosi, A., Ricceri, L., Sabbioni, M., Scattoni, M.L., Chiarotti, F., Calamandrei, G., 2014. Sex-dimorphic effects of gestational exposure to the organophosphate insecticide chlorpyrifos on social investigation in mice. Neurotoxicol. Teratol. 46, 32–39.

De Felice, A., Scattoni, M.L., Ricceri, L., Calamandrei, G., 2015. Prenatal exposure to a common organophosphate insecticide delays motor development in a mouse model of idiopathic autism. PLoS One 10, e0121663.

De Felice, A., Greco, A., Calamandrei, G., Minghetti, L., 2016. Prenatal exposure to the organophosphate insecticide chlorpyrifos enhances brain oxidative stress and prostaglandin E2 synthesis in a mouse model of idiopathic autism. J. Neuroinflammation 13, 149.

de Magistris, L., Familiari, V., Pascotto, A., Sapone, A., Frolli, A., Iardino, P., Carteni, M., De Rosa, M., Francavilla, R., Riegler, G., Militerni, R., Bravaccio, C., 2010. Alterations of the intestinal barrier in patients with autism spectrum disorders and in their first-degree relatives. J. Pediatr. Gastroenterol. Nutr. 51, 418–424.

Dean, S.L., Knutson, J.F., Krebs-Kraft, D.L., McCarthy, M.M., 2012. Prostaglandin E2 is an endogenous modulator of cerebellar development and complex behavior during a sensitive postnatal period. Eur. J. Neurosci. 35, 1218–1229.

Deepmala, Slattery, J., Kumar, N., Delhey, L., Berk, M., Dean, O., Spielholz, C., Frye, R., 2015. Clinical trials of N-acetylcysteine in psychiatry and neurology: a systematic review. Neurosci. Biobehav. Rev. 55, 294–321.

Dickerson, A.S., Rahbar, M.H., Han, I., Bakian, A.V., Bilder, D.A., Harrington, R.A., Pettygrove, S., Durkin, M., Kirby, R.S., Wingate, M.S., Tian, L.H., Zahorodny, W.M., Pearson, D.A., Moye III, L.A., Baio, J., 2015. Autism spectrum disorder prevalence and proximity to industrial facilities releasing arsenic, lead or mercury. Sci. Total Environ. 536, 245–251.

Dickerson, A.S., Rahbar, M.H., Bakian, A.V., Bilder, D.A., Harrington, R.A., Pettygrove, S., Kirby, R.S., Durkin, M.S., Han, I., Moye III, L.A., Pearson, D.A., Wingate, M.S., Zahorodny, W.M., 2016. Autism spectrum disorder prevalence and associations with air concentrations of lead, mercury, and arsenic. Environ. Monit. Assess. 188, 407.

Domingues, V.F., Nasuti, C., Piangerelli, M., Correia-Sa, L., Ghezzo, A., Marini, M., Abruzzo, P.M., Visconti, P., Giustozzi, M., Rossi, G., Gabbianelli, R., 2016. Pyrethroid pesticide metabolites in urine and microelements in hair of children affected by autism spectrum disorders: a preliminary investigation. Int. J. Environ. Res. Public Health 13, 388.

Duan, G., Chen, J., Yao, M., Ma, Y., Zhang, W., 2014 Dec 15. Perinatal and background risk factors for childhood autism in central China. Psychiatry Res. 220 (1-2), 410–417.

Dufour-Rainfray, D., Vourc'h, P., Tourlet, S., Guilloteau, D., Chalon, S., Andres, C.R., 2011. Fetal exposure to teratogens: evidence of genes involved in autism. Neurosci. Biobehav. Rev. 35, 1254–1265.

Easton, A.S., Sarker, M.H., Fraser, P.A., 1997. Two components of blood-brain barrier disruption in the rat. J. Physiol. 503 (Pt 3), 613–623.

El Ansary, A., Al Ayadhi, L., 2012. Lipid mediators in plasma of autism spectrum disorders. Lipids Health Dis. 11, 160.

APAP-JJCI-0000005291

El Beshbishy, H.A., Aly, H.A., El Shafey, M., 2013. Lipoic acid mitigates bisphenol A-induced testicular mitochondrial toxicity in rats. Toxicol. Ind. Health 29, 875—887.

El Beshbishy, H.A., Mariah, R.A., Al Azhary, N.M., Aly, H.A., Ozbak, H.A., Baghdadi, H.H., 2014. Influence of lipoic acid on testicular toxicity induced by bi-n-butyl phthalate in rats. Food Chem. Toxicol. 71, 26—32.

Elshazly, S.M., El Moselhy, M.A., Barakat, W., 2014. Insights in the mechanism underlying the protective effect of alpha-lipoic acid against acetaminophen-hepatotoxicity. Eur. J. Pharmacol. 726, 116—123.

Erdogan, S., Zeren, E.H., Emre, M., Aydin, O., Gumurdulu, D., 2006. Pulmonary effects of deltamethrin inhalation: an experimental study in rats. Ecotoxicol. Environ. Saf. 63, 318—323.

Faber, S., Zinn, G.M., Kern, J.C., Kingston, H.M., 2009. The plasma zinc/serum copper ratio as a biomarker in children with autism spectrum disorders. Biomarkers 14, 171—180.

Flora, S.J., Shrivastava, R., Mittal, M., 2013. Chemistry and pharmacological properties of some natural and synthetic antioxidants for heavy metal toxicity. Curr. Med. Chem. 20, 4540—4574.

Flores-Pajot, M.C., Ofner, M., Do, M.T., Lavigne, E., Villeneuve, P.J., 2016 Nov. Childhood autism spectrum disorders and exposure to nitrogen dioxide, and particulate matter air pollution: a review and meta-analysis. Environ. Res. 151, 763—776.

Fluegge, K., 2016. Does environmental exposure to the greenhouse gas, N2O, contribute to etiological factors in neurodevelopmental disorders? A mini-review of the evidence. Environ. Toxicol. Pharmacol. 47, 6—18.

Frustaci, A., Neri, M., Cesario, A., Adams, J.B., Domenici, E., Dalla, B.B., Bonassi, S., 2012. Oxidative stress-related biomarkers in autism: systematic review and meta-analyses. Free Radic. Biol. Med. 52, 2128—2141.

Gabridge, M.G., Dougherty, E.P., Gladd, M.F., Meccoli, R.A., 1982. Effects of heavy metals on structure, function, and metabolism of ciliated respiratory epithelium in vitro. In Vitro 18, 1023—1032.

Gelb, M.H., Tamanoi, F., Yokoyama, K., Ghomashchi, F., Esson, K., Gould, M.N., 1995. The inhibition of protein prenyltransferases by oxygenated metabolites of limonene and perillyl alcohol. Cancer Lett. 91, 169—175.

Gentile, S., 2014. Risks of neurobehavioral teratogenicity associated with prenatal exposure to valproate combination therapy: a critical review with regulatory repercussions. CNS Spectr. 19, 305—315.

Giulivi, C., Zhang, Y.F., Omanska-Klusek, A., Ross-Inta, C., Wong, S., Hertz-Picciotto, I., Tassone, F., Pessah, I.N., 2010. Mitochondrial dysfunction in autism. JAMA 304, 2389—2396.

Golos, A., Lutynska, A., 2015. Thiomersal-containing vaccines – a review of the current state of knowledge. Przegl Epidemiol. 69, 59—61.

Gong, T., Dalman, C., Wicks, S., Dal, H., Magnusson, C., Lundholm, C., Almqvist, C., Pershagen, G., 2016 Aug 5. Perinatal exposure to traffic-related air pollution and autism spectrum disorders. Environ. Health Perspect. [Epub ahead of print].

Grant, B.S., Wiseman, L.L., 2002. Recent history of melanism in American peppered moths. J. Hered. 93, 86—90.

Grayson, D.R., Guidotti, A., 2016. Merging data from genetic and epigenetic approaches to better understand autistic spectrum disorder. Epigenomics 8, 85—104.

Green, B.G., 2012. Chemesthesis and the chemical senses as components of a "chemofensor complex". Chem. Senses 37, 201—206.

Gregory, S.G., Anthopolos, R., Osgood, C.E., Grotegut, C.A., Miranda, M.L., 2013. Association of autism with induced or augmented childbirth in North Carolina Birth Record (1990-1998) and Education Research (1997-2007) databases. JAMA Pediatr. 167, 959—966.

Gu, W.Z., Tahir, S.K., Wang, Y.C., Zhang, H.C., Cherian, S.P., O'Connor, S., Leal, J.A., Rosenberg, S.H., Ng, S.C., 1999. Effect of novel CAAX peptidomimetic farnesyltransferase inhibitor on angiogenesis in vitro and in vivo. Eur. J. Cancer 35, 1394—1401.

Guan, Y., Hao, P., Tang, C., Li, P., Li, S., Cheng, X., Ba, Y., Cui, L., 2012. Effect of fluoride on the expression of StAR mRNA and P450scc mRNA in the progesterone synthesis of mouse Leydig tumor cells. Wei Sheng Yan Jiu 41, 105—108.

Guenther, K., Heinke, V., Thiele, B., Kleist, E., Prast, H., Raecker, T., 2002. Endocrine disrupting nonylphenols are ubiquitous in food. Environ. Sci. Technol. 36, 1676—1680.

Gunier, R.B., Bradman, A., Harley, K.G., Kogut, K., Eskenazi, B., 2016 Jul 25. Prenatal residential proximity to agricultural pesticide use and IQ in 7-year-old children. Environ. Health Perspect. [Epub ahead of print].

Guxens, M., Ghassabian, A., Gong, T., Garcia-Esteban, R., Porta, D., Giorgis-Allemand, L., Almqvist, C., Aranbarri, A., Beelen, R., Badaloni, C., Cesaroni, G., de Nazelle, A., Estarlich, M., Forastiere, F., Forns, J., Gehring, U., Ibarluzea, J., Jaddoe, V.W., Korek, M., Lichtenstein, P., Nieuwenhuijsen, M.J., Rebagliato, M., Slama, R., Tiemeier, H., Verhulst, F.C., Volk, H.E., Pershagen, G., Brunekreef, B., Sunyer, J., 2016. Air pollution exposure during pregnancy and childhood autistic traits in four European population-based cohort studies: the ESCAPE project. Environ. Health Perspect. 124, 133—140.

Hamza, M., Halayem, S., Mrad, R., Bourgou, S., Charfi, F., Belhadj, A., 2016 Sep 27. Epigenetics' implication in autism spectrum disorders: a review. Encephale pii: S0013-7006(16)30191-9.

Harfid, S., Adgent, M., Jefferson, W.N., Panduri, V., Umbach, D.M., Xu, Z., Stallings, V.A., Williams, C.J., Rogan, W.J., Taylor, J.A., 2016 Aug 19. Soy formula and epigenetic modifications: analysis of vaginal epithelial cells from infant girls in the IFED study. Environ. Health Perspect. [Epub ahead of print].

Harrington, R.A., Lee, L.C., Crum, R.M., Zimmerman, A.W., Hertz-Picciotto, I., 2014

May. Prenatal SSRI use and offspring with autism spectrum disorder or developmental delay. Pediatrics 133 (5), e1241—e1248.

Harvey, L., Boksa, P., 2014. Additive effects of maternal iron deficiency and prenatal immune activation on adult behaviors in rat offspring. Brain Behav. Immun. 40, 27—37.

Henry, E.C., Bemis, J.C., Henry, O., Kende, A.S., Gasiewicz, T.A., 2006. A potential endogenous ligand for the aryl hydrocarbon receptor has potent agonist activity in vitro and in vivo. Arch. Biochem. Biophys. 450, 67—77.

Herbert, M.R., Russo, J.P., Yang, S., Roohi, J., Blaxill, M., Kahler, S.G., Cremer, L., Hatchwell, E., 2006. Autism and environmental genomics. Neurotoxicology 27, 671—684.

Hill, D.S., Cabrera, R., Wallis, S.D., Zhu, H., Lu, W., Finnell, R.H., Wlodarczyk, B.J., 2015. Autism-like behavior and epigenetic changes associated with autism as consequences of in utero exposure to environmental pollutants in a mouse model. Behav. Neurol. 2015, 426263.

Holson, R.R., Gazzara, R.A., Ferguson, S.A., Adams, J., 1997. Behavioral effects of low-dose gestational day 11-13 retinoic acid exposure. Neurotoxicol. Teratol. 19, 355—362.

Hultman, C.M., Sparen, P., Cnattingius, S., 2002. Perinatal risk factors for infantile autism. Epidemiology 13, 417—423.

Hwang, K.A., Choi, K.C., 2015. Anticarcinogenic effects of dietary phytoestrogens and their chemopreventive mechanisms. Nutr. Cancer 67, 796—803.

Indredavik, M.S., Brubakk, A.M., Romundstad, P., Vik, T., 2007. Prenatal smoking exposure and psychiatric symptoms in adolescence. Acta Paediatr. 96, 377—382.

Jain, R., Ray, J.M., Pan, J.H., Brody, S.L., 2012. Sex hormone-dependent regulation of cilia beat frequency in airway epithelium. Am. J. Respir. Cell Mol. Biol. 46, 446—453.

Jarrell, J., Foster, W.G., Kinniburgh, D.W., 2012. Phytoestrogens in human pregnancy. Obstet. Gynecol. Int. 2012, 850313.

Jayarao, M., Sohl, K., Tanaka, T., 2015. Chiari malformation I and autism spectrum disorder: an underrecognized coexistence. J. Neurosurg. Pediatr. 15, 96—100.

Jeddi, M.Z., Janani, L., Memari, A.H., Akhondzadeh, S., Yunesian, M., 2016. The role of phthalate esters in autism development: a systematic review. Environ. Res. 151, 493—504.

Jefferson, W.N., Padilla-Banks, E., Goulding, E.H., Lao, S.P., Newbold, R.R., Williams, C.J., 2009. Neonatal exposure to genistein disrupts ability of female mouse reproductive tract to support preimplantation embryo development and implantation. Biol. Reprod. 80, 425—431.

Jeong, J.B., Choi, J., Lou, Z., Jiang, X., Lee, S.H., 2013. Patchouli alcohol, an essential oil of Pogostemon cablin, exhibits anti-tumorigenic activity in human colorectal cancer cells. Int. Immunopharmacol. 16, 184—190.

Jia, L., Liu, Z., Sun, L., Miller, S.S., Ames, B.N., Cotman, C.W., Liu, J., 2007. Acrolein, a toxicant in cigarette smoke, causes oxidative damage and mitochondrial dysfunction in RPE cells: protection by (R)-alpha-lipoic acid. Invest. Ophthalmol. Vis. Sci. 48, 339—348.

Jiang, H., Liu, L., Sun, D.L., Yin, X.N., Chen, Z.D., Wu, C.A., Chen, W.Q., 2016. Interaction between passive smoking and folic acid supplement during pregnancy on autism spectrum disorder behaviors in children aged 3 years. Zhonghua Liu Xing Bing Xue Za Zhi 37, 456—459.

Jira, P., 2013. Cholesterol metabolism deficiency. Handb. Clin. Neurol. 113, 1845—1850.

Jo, D.H., Kim, J.H., Yu, Y.S., Lee, T.G., Kim, J.H., 2012. Antiangiogenic effect of silicate nanoparticle on retinal neovascularization induced by vascular endothelial growth factor. Nanomedicine 8, 784—791.

Jo, D.H., Kim, J.H., Son, J.C., Song, N.W., Kim, Y.I., Yu, Y.S., Lee, T.G., Kim, J.H., 2014. Anti-angiogenic effect of bare titanium dioxide nanoparticles on pathologic neovascularization without unbearable toxicity. Nanomedicine 10, 1109—1117.

Jolous-Jamshidi, B., Cromwell, H.C., McFarland, A.M., Meserve, L.A., 2010. Perinatal exposure to polychlorinated biphenyls alters social behaviors in rats. Toxicol. Lett. 199, 136—143.

Jung, C.R., Lin, Y.T., Hwang, B.F., 2013. Air pollution and newly diagnostic autism spectrum disorders: a population-based cohort study in Taiwan. PLoS One 8, e75510.

Kajta, M., Wojtowicz, A.K., 2013. Impact of endocrine-disrupting chemicals on neural development and the onset of neurological disorders. Pharmacol. Rep. 65, 1632—1639.

Kalkbrenner, A.E., Braun, J.M., Durkin, M.S., Maenner, M.J., Cunniff, C., Lee, L.C., Pettygrove, S., Nicholas, J.S., Daniels, J.L., 2012. Maternal smoking during pregnancy and the prevalence of autism spectrum disorders, using data from the autism and developmental disabilities monitoring network. Environ. Health Perspect. 120, 1042—1048.

Kalkbrenner, A.E., Schmidt, R.J., Penlesky, A.C., 2014 Nov. Environmental chemical exposures and autism spectrum disorders: a review of the epidemiological evidence. Curr. Probl. Pediatr. Adolesc. Health Care 44 (10), 277—318.

Kalkbrenner, A.E., Windham, G.C., Serre, M.L., Akita, Y., Wang, X., Hoffman, K., Thayer, B.P., Daniels, J.L., 2015. Particulate matter exposure, prenatal and postnatal windows of susceptibility, and autism spectrum disorders. Epidemiology 26, 30—42.

Kaluzna-Czaplinska, J., Socha, E., Rynkowski, J., 2011. B vitamin supplementation reduces excretion of urinary dicarboxylic acids in autistic children. Nutr. Res. 31, 497—502.

Kaplan, K.A., Odabasoglu, F., Halici, Z., Halici, M., Cadirci, E., Atalay, F., Aydin, O., Cakir, A., 2012. Alpha-lipoic acid protects against indomethacin-induced gastric oxidative toxicity by modulating antioxidant system. J. Food Sci. 77, H224—H230.

Kaplan, Y.C., Keskin-Arslan, E., Acar, S., Sozmen, K., 2016. Prenatal selective serotonin reuptake inhibitor use and the risk of autism spectrum disorder in children: a systematic review and meta-analysis. Reprod. Toxicol. 66, 31–43.

Kardas, F., Bayram, A.K., Demirci, E., Akin, L., Ozmen, S., Kendirci, M., Canpolat, M., Oztop, D.B., Narin, F., Gumus, H., Kumandas, S., Per, H., 2016. Increased serum phthalates (MEHP, DEHP) and bisphenol A concentrations in children with autism spectrum disorder: the role of endocrine disruptors in autism pathogenesis. J. Child Neurol. 31, 629–635.

Kaushik, G., Thomas, M.A., Aho, K.A., 2015. Psychoactive pharmaceuticals as environmental contaminants may disrupt highly inter-connected nodes in an Autism-associated protein-protein interaction network. BMC Bioinform. 16 (Suppl. 7), S3.

Kaushik, G., Xia, Y., Yang, L., Thomas, M.A., 2016. Psychoactive pharmaceuticals at environmental concentrations induce in vitro gene expression associated with neurological disorders. BMC Genomics 17 (Suppl. 3), 435.

Keil, K.P., Lein, P.J., 2016. DNA methylation: a mechanism linking environmental chemical exposures to risk of autism spectrum disorders? Environ. Epigenet. 2.

Kettlewell, H.B.D., 1955. Selection experiments on industrial melanism in the Lepidoptera. Heredity 9, 323–342.

Kim, Y.S., Podder, B., Song, H.Y., 2013. Cytoprotective effect of alpha-lipoic acid on paraquat-exposed human bronchial epithelial cells via activation of nuclear factor erythroid related factor-2 pathway. Biol. Pharm. Bull. 36, 802–811.

Kimura-Kuroda, J., Nagata, I., Kuroda, Y., 2007. Disrupting effects of hydroxy-polychlorinated biphenyl (PCB) congeners on neuronal development of cerebellar Purkinje cells: a possible causal factor for developmental brain disorders? Chemosphere 67, S412–S420.

Kirsten, T.B., Queiroz-Hazarbassanov, N., Bernardi, M.M., Felicio, L.F., 2015. Prenatal zinc prevents communication impairments and BDNF disturbance in a rat model of autism induced by prenatal lipopolysaccharide exposure. Life Sci. 130, 12–17.

Koga, T., Ishida, T., Takeda, T., Ishii, Y., Uchi, H., Tsukimori, K., Yamamoto, M., Himeno, M., Furue, M., Yamada, H., 2012. Restoration of dioxin-induced damage to fetal steroidogenesis and gonadotropin formation by maternal co-treatment with alpha-lipoic acid. PLoS One 7, e40322.

Kong, D., Xing, L., Liu, R., Jiang, J., Wang, W., Shang, L., Wei, X., Hao, W., 2013. Individual and combined developmental toxicity assessment of bisphenol A and genistein using the embryonic stem cell test in vitro. Food Chem. Toxicol. 60, 497–505.

Kubota, T., Mochizuki, K., 2016. Epigenetic effect of environmental factors on autism spectrum disorders. Int. J. Environ. Res. Public Health 13.

Kucera, S.P., Swann, J.M., Kennedy, J.R., Schultz, T.W., 1995. The effects of benomyl and its breakdown products carbendazim and butyl isocyanate on the structure and function of tracheal ciliated cells. J. Environ. Sci. Health 9 30, 779–799.

Lam, J., Sutton, P., Kalkbrenner, A., Windham, G., Halladay, A., Koustas, E., Lawler, C., Davidson, L., Daniels, N., Newschaffer, C., Woodruff, T., 2016. A systematic review and meta-analysis of multiple airborne pollutants and autism spectrum disorder. PLoS One 11, e0161851.

Larsson, M., Weiss, B., Janson, S., Sundell, J., Bornehag, C.G., 2009. Associations between indoor environmental factors and parental-reported autistic spectrum disorders in children 6-8 years of age. Neurotoxicology 30, 822–831.

LaSalle, J.M., 2013. Epigenomic strategies at the interface of genetic and environmental risk factors for autism. J. Hum. Genet. 58, 396–401.

Lee, B.K., Gardner, R.M., Dal, H., Svensson, A., Galanti, M.R., Rai, D., Dalman, C., Magnusson, C., 2012. Brief report: maternal smoking during pregnancy and autism spectrum disorders. J. Autism Dev. Disord. 42, 2000–2005.

Lee, B.J., Kofonow, J.M., Rosen, P.L., Siebert, A.P., Chen, B., Doghramji, L., Xiong, G., Adappa, N.D., Palmer, J.N., Kennedy, D.W., Kreindler, J.L., Margolskee, R.F., Cohen, N.A., 2014. Bitter and sweet taste receptors regulate human upper respiratory innate immunity. J. Clin. Invest. 124, 1393–1405.

Lee, E.J., Lee, H., Huang, T.N., Chung, C., Shin, W., Kim, K., Koh, J.Y., Hsueh, Y.P., Kim, E., 2015a. Trans-synaptic zinc mobilization improves social interaction in two mouse models of autism through NMDAR activation. Nat. Commun. 6, 7168.

Lee, I., Eriksson, P., Fredriksson, A., Buratovic, S., Viberg, H., 2015b. Developmental neurotoxic effects of two pesticides: behavior and neuroprotein studies on endosulfan and cypermethrin. Toxicology 335, 1–10.

Lefevre, A., Sirigu, A., 2016. The two fold role of oxytocin in social developmental disorders: a cause and a remedy? Neurosci. Biobehav. Rev. 63, 168–176.

Lemberskiy-Kuzin, L., Fainshtein, M., Fridman, P., Passwell, E., Braiman, A., Priel, Z., 2008. Localized cytosolic alkalization and its functional impact in ciliary cells. Biochim. Biophys. Acta 1783, 1102–1110.

Li, Q., Zhou, J.M., 2016. The microbiota-gut-brain axis and its potential therapeutic role in autism spectrum disorder. Neuroscience 324, 131–139.

Li, S.O., Wang, J.L., Bjorklund, G., Zhao, W.N., Yin, C.H., 2014. Serum copper and zinc levels in individuals with autism spectrum disorders. Neuroreport 25, 1216–1220.

Lichtenberger, L.M., Romero, J.J., 1994. Effect of ammonium ion on the hydrophobic and barrier properties of the gastric mucus gel layer: implications on the role of ammonium in H. pylori-induced gastritis. J. Gastroenterol. Hepatol. 9 (Suppl. 1), S13–S19.

Lichtensteiger, W., Bassetti-Gaille, C., Faass, O., Axelstad, M., Boberg, J., Christiansen, S., Rehrauer, H., Georgijevic, J.K., Hass, U., Kortenkamp, A., Schlumpf, M., 2015. Differential gene expression patterns in developing sexually dimorphic rat brain regions exposed to antiandrogenic, estrogenic, or complex endocrine disruptor mixtures: glutamatergic synapses as target.

Endocrinology 156, 1477–1493.

Lietz, G., Oxley, A., Boesch-Saadatmandi, C., Kobayashi, D., 2012. Importance of beta,beta-carotene 15,15'-monooxygenase 1 (BCMO1) and beta,beta-carotene 9',10'-dioxygenase 2 (BCDO2) in nutrition and health. Mol. Nutr. Food Res. 56, 241–250.

Liu, H.X., Wang, Y., Lu, Q., Yang, M.Z., Fan, G.W., Karas, R.H., Gao, X.M., Zhu, Y., 2016. Bidirectional regulation of angiogenesis by phytoestrogens through estrogen receptor-mediated signaling networks. China J. Nat. Med. 14, 241–254.

Louhelainen, M., Merasto, S., Finckenberg, P., Lapatto, R., Cheng, Z.J., Mervaala, E.M., 2006. Lipoic acid supplementation prevents cyclosporine-induced hypertension and nephrotoxicity in spontaneously hypertensive rats. J. Hypertens. 24, 947–956.

Lyall, K., Schmidt, R.J., Hertz-Picciotto, I., 2014. Maternal lifestyle and environmental risk factors for autism spectrum disorders. Int. J. Epidemiol. 43, 443–464.

Lyall, K., Croen, L.A., Sjodin, A., Yoshida, C.K., Zerbo, O., Kharrazi, M., Windham, G.C., 2016 Aug 23. Polychlorinated Biphenyl and organochlorine pesticide concentrations in maternal mid-pregnancy serum samples: association with autism spectrum disorder and intellectual disability. Environ. Health Perspect. [Epub ahead of print].

Lyons, R., Van de, B.K., Morgan-Jones, S., 2014. Deposition patterns and transport mechanisms for the endocrine disruptor 4-nonylphenol across the Sierra Nevada Mountains, California. Environ. Pollut. 195, 123–132.

Macedoni-Luksic, M., Gosar, D., Bjorklund, G., Orazem, J., Kodric, J., Lesnik-Musek, P., Zupancic, M., France-Stiglic, A., Sesek-Briski, A., Neubauer, D., Osredkar, J., 2015. Levels of metals in the blood and specific porphyrins in the urine in children with autism spectrum disorders. Biol. Trace Elem. Res. 163, 2–10.

Macfabe, D.F., Cain, D.P., Rodriguez-Capote, K., Franklin, A.E., Hoffman, J.E., Boon, F., Taylor, A.R., Kavaliers, M., Ossenkopp, K.P., 2007. Neurobiological effects of intraventricular propionic acid in rats: possible role of short chain fatty acids on the pathogenesis and characteristics of autism spectrum disorders. Behav. Brain Res. 176, 149–169.

Maggioni, S., Bagnati, R., Pandelova, M., Schramm, K.W., Benfenati, E., 2013. Genistein and daidzein sulfate fungicides in infant formulae from the EU market. Food Chem. 136, 116–119.

Mallants, R., Vlaeminck, V., Jorissen, M., Augustijns, P., 2009. An improved primary human nasal cell culture for the simultaneous determination of transepithelial transport and ciliary beat frequency. J. Pharm. Pharmacol. 61, 883–890.

Mansoor, S., Gupta, N., Luczy-Bachman, G., Limb, G.A., Kuppermann, B.D., Kenney, M.C., 2013. Protective effects of lipoic acid on chrysene-induced toxicity on Muller cells in vitro. Mol. Vis. 19, 25–38.

Marsh, R.S., Yan, Y., Reed, V.M., Hcuszkewycz, D., Curley, R.W., Harrison, E.H., 2010. (beta)-Apocarotenoids do not significantly activate retinoic acid receptors (alpha) or (beta). Exp. Biol. Med. (Maywood) 235, 342–348.

Mayr, J.A., Feichtinger, R.G., Tort, F., Ribes, A., Sperl, W., 2014. Lipoic acid biosynthesis defects. J. Inherit. Metab. Dis. 37, 553–563.

Mazahery, H., Camargo, C.A., Conlon, C., Beck, K.L., Kruger, M.C., von Hurst, P.R., 2016. Vitamin D and autism spectrum disorder: a literature review. Nutrients 8.

McArthur, S., Pienaar, I.S., Siddiqi, S.M., Gillies, G.E., 2016. Sex-specific disruption of murine midbrain astrocytic and dopaminergic developmental trajectories following antenatal GC treatment. Brain Struct. Funct. 221, 2459–2475.

McCanlies, E.C., Fekedulegn, D., Mnatsakanova, A., Burchfiel, C.M., Sanderson, W.T., Charles, L.E., Hertz-Picciotto, I., 2012. Parental occupational exposures and autism spectrum disorder. J. Autism Dev. Disord. 42, 2323–2334.

McDermott, S., Salzberg, D.C., Anderson, A.P., Shaw, T., Lead, J., 2015. Systematic review of chromium and nickel exposure during pregnancy and impact on child outcomes. J. Toxicol. Environ. Health A 78, 1348–1368.

McLay, L.L., France, K., 2016. Empirical research evaluating non-traditional approaches to managing sleep problems in children with autism. Dev. Neurorehabil. 19, 123–134.

Menon, P.K., Muresanu, D.F., Sharma, A., Mossler, H., Sharma, H.S., 2012. Cerebrolysin, a mixture of neurotrophic factors induces marked neuroprotection in spinal cord injury following intoxication of engineered nanoparticles from metals. CNS Neurol. Disord. Drug Targets 11, 40–49.

Mignini, F., Nasuti, C., Fedeli, D., Mattioli, L., Cosenza, M., Artico, M., Gabbianelli, R., 2013. Protective effect of alpha-lipoic acid on cypermethrin-induced oxidative stress in Wistar rats. Int. J. Immunopathol. Pharmacol. 26, 871–881.

Mijimolle, N., Velasco, J., Dubus, P., Guerra, C., Weinbaum, C.A., Casey, P.J., Campuzano, V., Barbacid, M., 2005. Protein farnesyltransferase in embryogenesis, adult homeostasis, and tumor development. Cancer Cell 7, 313–324.

Miller, M.T., Stromland, K., Ventura, L., Johansson, M., Bandim, J.M., Gillberg, C., 2004. Autism with ophthalmologic malformations: the plot thickens. Trans. Am. Ophthalmol. Soc. 102, 107–120.

Miyazaki, K., Narita, N., Narita, M., 2005. Maternal administration of thalidomide or valproic acid causes abnormal serotonergic neurons in the offspring: implication for pathogenesis of autism. Int. J. Dev. Neurosci. 23, 287–297.

Miyazawa, M., Shindo, M., Shimada, T., 2002. Metabolism of (+)- and (-)-limonenes to respective carveols and perillyl alcohols by CYP2C9 and CYP2C19 in human liver microsomes. Drug Metab. Dispos. 30, 602–607.

Morris, G., Berk, M., Carvalho, A., Caso, J.R., Sanz, Y., Walder, K., Maes, M., 2016. The role of the microbial metabolites including tryptophan catabolites and short chain fatty acids in the pathophysiology of immune-inflammatory and neuroimmune disease. Mol. Neurobiol. http://dx.doi.org/10.1007/s12035-016-0004-2.

Mostafa, G.A., Al Ayadhi, L.Y., 2015. Reduced levels of plasma polyunsaturated fatty acids and serum carnitine in autistic children: relation to gastrointestinal manifestations. Behav. Brain Funct. 11, 4.

Nagda, G., Bhatt, D.K., 2011. Alleviation of lindane induced toxicity in testis of Swiss mice (Mus musculus) by combined treatment with vitamin C, vitamin E and alpha-lipoic acid. Indian J. Exp. Biol. 49, 191–199.

Napoli, E., Hung, C., Wong, S., Giulivi, C., 2013. Toxicity of the flame-retardant BDE-49 on brain mitochondria and neuronal progenitor striatal cells enhanced by a PTEN-deficient background. Toxicol. Sci. 132, 196–210.

Napoli, E., Wong, S., Hertz-Picciotto, I., Giulivi, C., 2014 May. Deficits in bioenergetics and impaired immune response in granulocytes from children with autism. Pediatrics 133 (5), e1405–e1410.

Narita, M., Oyabu, A., Imura, Y., Kamada, N., Yokoyama, T., Tano, K., Uchida, A., Narita, N., 2010. Nonexploratory movement and behavioral alterations in a thalidomide or valproic acid-induced autism model rat. Neurosci. Res. 66, 2–6.

National Research Council (US) Steering Committee on Identification of Toxic and Potentially Toxic Chemicals for Consideration by the National Toxicology Program, 1984. Toxicity Testing: Strategies to Determine Needs and Priorities. National Academies Press (US), Washington, DC.

Nelson, E.D., Ral, M., Kavalali, E.T., Monteggia, L.M., 2011. Selective impact of MeCP2 and associated histone deacetylases on the dynamics of evoked excitatory neurotransmission. J. Neurophysiol. 106, 193–201.

Nelson, T.H., Jung, J.Y., Deluca, T.F., Hinebaugh, B.K., St Gabriel, K.C., Wall, D.P., 2012. Autworks: a cross-disease network biology application for Autism and related disorders. BMC Med. Genomics 5, 56.

Nevison, C.D., 2014. A comparison of temporal trends in United States autism prevalence to trends in suspected environmental factors. Environ. Health 13, 73.

Niebuhr, S.E., Dickson, J.S., 2003. Impact of pH enhancement on populations of Salmonella, Listeria monocytogenes, and Escherichia coli O157:H7 in boneless lean beef trimmings. J. Food Prot. 66, 874–877.

Nilsen, R.M., Suren, P., Gunnes, N., Alsaker, E.R., Bresnahan, M., Hirtz, D., Hornig, M., Lie, K.K., Lipkin, W.I., Reichborn-Kjennerud, T., Roth, C., Schjolberg, S., Smith, G.D., Susser, E., Vollset, S.E., Oyen, A.S., Magnus, P., Stoltenberg, C., 2013. Analysis of self-selection bias in a population-based cohort study of autism spectrum disorders. Paediatr. Perinat. Epidemiol. 27, 553–563.

Nishijo, M., Pham, T.T., Nguyen, A.T., Tran, N.N., Nakagawa, H., Hoang, L.V., Tran, A.H., Morikawa, Y., Ho, M.D., Kido, T., Nguyen, M.N., Nguyen, H.M., Nishijo, H., 2014 Nov. 2,3,7,8-Tetrachlorodibenzo-p-dioxin in breast milk increases autistic traits of 3-year-old children in Vietnam. Mol. Psychiatry 19 (11), 1220–1226.

Nowack, N., Wittsiepe, J., Kasper-Sonnenberg, M., Wilhelm, M., Scholmerich, A., 2015. Influence of low-level prenatal exposure to PCDD/Fs and PCBs on empathizing, systemizing and autistic traits: results from the Duisburg Birth Cohort Study. PLoS One 10, e0129906.

Oliveros, J.C., 2007. VENNY. An Interactive Tool for Comparing Lists with Venn Diagrams. http://bioinfogp.cnb.csic.es/tools/venny/index.html.

Ooi, Y.P., Weng, S.J., Kossowsky, J., Gerger, H., Sung, M., 2016 Aug 30. Oxytocin and autism spectrum disorders: a systematic review and meta-analysis of randomized controlled trials. Pharmacopsychiatry. http://dx.doi.org/10.1055/s-0042-109400 [Epub ahead of print].

Ornoy, A., Weinstein-Fudim, L., Ergaz, Z., 2015. Prenatal factors associated with autism spectrum disorder (ASD). Reprod. Toxicol. 56, 155–169.

Palmnas, M.S., Cowan, T.E., Bomhof, M.R., Su, J., Reimer, R.A., Vogel, H.J., Hittel, D.S., Shearer, J., 2014. Low-dose aspartame consumption differentially affects gut microbiota-host metabolic interactions in the diet-induced obese rat. PLoS One 9, e109841.

Pan, T.L., Wang, P.W., Aljuffali, I.A., Huang, C.T., Lee, C.W., Fang, J.Y., 2015. The impact of urban particulate pollution on skin barrier function and the subsequent drug absorption. J. Dermatol. Sci. 78, 51–60.

Pardo, C.A., Vargas, D.L., Zimmerman, A.W., 2005. Immunity, neuroglia and neuroinflammation in autism. Int. Rev. Psychiatry 17, 485–495.

Park, H.J., Zhang, Y., Georgescu, S.P., Johnson, K.L., Kong, D., Galper, J.B., 2006. Human umbilical vein endothelial cells and human dermal microvascular endothelial cells offer new insights into the relationship between lipid metabolism and angiogenesis. Stem Cell Rev. 2, 93–102.

Parsons, A.N., VanOverbeke, D.L., Goad, C.L., Mireles DeWitt, C.A., 2011. Retail display evaluation of steaks from select beef strip loins injected with a brine containing 1% ammonium hydroxide. Part 2: Cook yield, tenderness, and sensory attributes. J. Food Sci. 76, S84–S88.

Pearce, E.N., Braverman, L.E., 2009. Environmental pollutants and the thyroid. Best Pract. Res. Clin. Endocrinol. Metab. 23, 801–813.

Pearson, R.L., Simon, J.M., McCoy, E.S., Salazar, G., Fragola, G., Zylka, M.J., 2016. Identification of chemicals that mimic transcriptional changes associated with autism, brain aging and neurodegeneration. Nat. Commun. 7, 11173.

Penagarikano, O., 2016 Sep 7. Oxytocin in animal models of autism spectrum disorder. Dev. Neurobiol. http://dx.doi.org/10.1002/dneu.22450 [Epub ahead of print].

Philippat, C., Bennett, D.H., Krakowiak, P., Rose, M., Hwang, H.M., Hertz-Picciotto, I., 2015. Phthalate concentrations in house dust in relation to autism spectrum disorder and developmental delay in the CHildhood Autism Risks from Genetics and the Environment (CHARGE) study. Environ. Health 14, 56.

Prusinski, L., Al Hendy, A., Yang, Q., 2016. Developmental exposure to endocrine disrupting chemicals alters the epigenome: identification of reprogrammed targets. Gynecol. Obstet. Res. 3, 1–6.

Quaak, I., Brouns, M.R., van de, B.M., 2013. The dynamics of autism spectrum disorders: how neurotoxic compounds and neurotransmitters interact. Int. J. Environ. Res. Public Health 10, 3384–3408.

Raecker, T., Thiele, B., Boehme, R.M., Guenther, K., 2011. Endocrine disrupting nonyl- and octylphenol in infant food in Germany: considerable daily intake of

nonylphenol for babies. Chemosphere 82, 1533–1540.

Rahbar, M.H., Samms-Vaughan, M., Ma, J., Bressler, J., Dickerson, A.S., Hessabi, M., Loveland, K.A., Grove, M.L., Shakespeare-Pellington, S., Beecher, C., McLaughlin, W., Boerwinkle, E., 2015. Synergic effect of GSTP1 and blood manganese concentrations in Autism Spectrum Disorder. Res. Autism Spectr. Disord. 18, 73–82.

Raz, R., Roberts, A.L., Lyall, K., Hart, J.E., Just, A.C., Laden, F., Weisskopf, M.G., 2015. Autism spectrum disorder and particulate matter air pollution before, during, and after pregnancy: a nested case-control analysis within the Nurses' Health Study II Cohort. Environ. Health Perspect. 123, 264–270.

Rebuli, M.E., Patisaul, H.B., 2016. Assessment of sex specific endocrine disrupting effects in the prenatal and pre-pubertal rodent brain. J. Steroid Biochem. Mol. Biol. 160, 148–159.

Reddy, P.S., Pushpalatha, T., Reddy, P.S., 2007. Suppression of male reproduction in rats after exposure to sodium fluoride during early stages of development. Naturwissenschaften 94, 607–611.

Riera, C.E., Vogel, H., Simon, S.A., le Coutre, J., 2007. Artificial sweeteners and salts producing a metallic taste sensation activate TRPV1 receptors. Am. J. Physiol. Regul. Integr. Comp. Physiol. 293, R626–R634.

Rihane, N., Nury, T., M'rad, I., El Mir, L., Sakly, M., Amara, S., Lizard, G., 2016 May. Microglial cells (BV-2) internalize titanium dioxide (TiO) nanoparticles: toxicity and cellular responses. Environ. Sci. Pollut. Res. Int. 23 (10), 9690–9699.

Roberts, A.L., Lyall, K., Hart, J.E., Laden, F., Just, A.C., Bobb, J.F., Koenen, K.C., Ascherio, A., Weisskopf, M.G., 2013. Perinatal air pollutant exposures and autism spectrum disorder in the children of Nurses' Health Study II participants. Environ. Health Perspect. 121, 978–984.

Rodgman, A., 2011. Problems with the Tobacco Products Scientific Advisory Committee (TPSAC) list of harmful or potentially harmful tobacco and/or tobacco smoke components. Beiträge zur Tab. International/Contrib. Tob. Res. 24, 1–19.

Rodriguez-Gomez, A., Filice, F., Gotti, S., Panzica, G., 2014. Perinatal exposure to genistein affects the normal development of anxiety and aggressive behaviors and nitric oxide system in CD1 male mice. Physiol. Behav. 133, 107–114.

Roman, G.C., Ghassabian, A., Bongers-Schokking, J.J., Jaddoe, V.W., Hofman, A., de Rijke, Y.B., Verhulst, F.C., Tiemeier, H., 2013. Association of gestational maternal hypothyroxinemia and increased autism risk. Ann. Neurol. 74, 733–742.

Rossignol, D.A., Genuis, S.J., Frye, R.E., 2014. Environmental toxicants and autism spectrum disorders: a systematic review. Transl. Psychiatry 4, e360.

Roullet, F.I., Lai, J.K., Foster, J.A., 2013. In utero exposure to valproic acid and autism—a current review of clinical and animal studies. Neurotoxicol. Teratol. 36, 47–56.

Ruhi, A., Acuna, V., Barcelo, D., Huerta, B., Mor, J.R., Rodriguez-Mozaz, S., Sabater, S., 2016. Bioaccumulation and trophic magnification of pharmaceuticals and endocrine disruptors in a Mediterranean river food web. Sci. Total Environ. 540, 250–259.

Sadowski, R.N., Wise, L.M., Park, P.Y., Schantz, S.L., Juraska, J.M., 2014. Early exposure to bisphenol A alters neuron and glia number in the rat prefrontal cortex of adult males, but not females. Neuroscience 279C, 122–131.

Sajja, R.K., Rahman, S., Cucullo, L., 2016. Drugs of abuse and blood-brain barrier endothelial dysfunction: a focus on the role of oxidative stress. J. Cereb. Blood Flow Metab. 36, 539–554.

Sakurai, K., Mori, C., 2000. Fetal exposure to endocrine disruptors. Nihon Rinsho 58, 2508–2513.

Sala, M., Braida, D., Lentini, D., Busnelli, M., Bulgheroni, E., Capurro, V., Finardi, A., Donzelli, A., Pattini, L., Rubino, T., Parolaro, D., Nishimori, K., Parenti, M., Chini, B., 2011. Pharmacologic rescue of impaired cognitive flexibility, social deficits, increased aggression, and seizure susceptibility in oxytocin receptor null mice: a neurobehavioral model of autism. Biol. Psychiatry 69, 875–882.

Scheangrund, C.L., Ali-Rahmani, F., Ramer, J.C., 2012. Cholesterol, GM1, and autism. Neurochem. Res. 37, 1201–1207.

Schiff, L.J., Graham, J.A., 1984. Cytotoxic effect of vanadium and oil-fired fly ash on hamster tracheal epithelium. Environ. Res. 34, 390–402.

Schmidt, R.J., Tancredi, D.J., Ozonoff, S., Hansen, R.L., Hartiala, J., Allayee, H., Schmidt, L.C., Tassone, F., Hertz-Picciotto, I., 2012. Maternal periconceptional folic acid intake and risk of autism spectrum disorders and developmental delay in the CHARGE (Childhood Autism Risks from Genetics and Environment) case-control study. Am. J. Clin. Nutr. 96, 80–89.

Schmidt, R.J., Tancredi, D.J., Krakowiak, P., Hansen, R.L., Ozonoff, S., 2014. Maternal intake of supplemental iron and risk of autism spectrum disorder. Am. J. Epidemiol. 180, 890–900.

Schultz, S.T., Klonoff-Cohen, H.S., Wingard, D.L., Akshoomoff, N.A., Macera, C.A., Ji, M., 2008. Acetaminophen (paracetamol) use, measles-mumps-rubella vaccination, and autistic disorder: the results of a parent survey. Autism 12, 293–307.

Sealey, L.A., Hughes, B.W., Steinemann, A., Pestaner, J.P., Gene, P.D., Bagasra, O., 2015. Environmental factors may contribute to autism development and male bias: effects of fragrances on developing neurons. Environ. Health 14, 738.

Sealey, L.A., Hughes, B.W., Sriskanda, A.N., Guest, J.R., Gibson, A.D., Johnson-Williams, L., Pace, D.G., Bagasra, O., 2016. Environmental factors in the development of autism spectrum disorders. Environ. Int. 88, 288–298.

Shakeel, M., Jabeen, F., Shabbir, S., Asghar, M.S., Khan, M.S., Chaudhry, A.S. 2016. Toxicity of nano-titanium dioxide (TiO2-NP) through various routes of exposure: a review. Biol. Trace Elem. Res. 172, 1–36.

Shanle, E.K., Xu, W., 2011. Endocrine disrupting chemicals targeting estrogen receptor signaling: identification and mechanisms of action. Chem. Res. Toxicol. 24, 6–19.

APAP-JJCI-0000005294

*C.J. Carter, R.A. Blizard / Neurochemistry International 101 (2016) 83–109*

Shaw, C.A., Li, Y., Tomljenovic, L., 2013. Administration of aluminium to neonatal mice in vaccine-relevant amounts is associated with adverse long term neurological outcomes. J. Inorg. Biochem. 128, 237–244.

Shelton, J.F., Geraghty, E.M., Tancredi, D.J., Delwiche, L.D., Schmidt, R.J., Ritz, B., Hansen, R.L., Hertz-Picciotto, I., 2014 Oct. Neurodevelopmental disorders and prenatal residential proximity to agricultural pesticides: the CHARGE study. Environ. Health Perspect. 122 (10), 1103–1109.

Sheng, L., Ding, X., Ferguson, M., McCallister, M., Rhoades, R., Maguire, M., Ramesh, A., Aschner, M., Campbell, D., Levitt, P., Hood, D.B., 2010. Prenatal polycyclic aromatic hydrocarbon exposure leads to behavioral deficits and downregulation of receptor tyrosine kinase, MET. Toxicol. Sci. 118, 625–634.

Shi, H., Magaye, R., Castranova, V., Zhao, J., 2013. Titanium dioxide nanoparticles: a review of current toxicological data. Part Fibre Toxicol. 10, 15.

Shimizu, M., Tainaka, H., Oba, T., Mizuo, K., Umezawa, M., Takeda, K., 2009. Maternal exposure to nanoparticulate titanium dioxide during the prenatal period alters gene expression related to brain development in the mouse. Part Fibre Toxicol. 6, 20.

Shukla, R.K., Sharma, V., Pandey, A.K., Singh, S., Sultana, S., Dhawan, A., 2011. ROS-mediated genotoxicity induced by titanium dioxide nanoparticles in human epidermal cells. Toxicol. In Vitro 25, 231–241.

Shultz, S.R., Macfabe, D.F., Ossenkopp, K.P., Scratch, S., Whelan, J., Taylor, R., Cain, D.P., 2008. Intracerebroventricular injection of propionic acid, an enteric bacterial metabolic end-product, impairs social behavior in the rat: implications for an animal model of autism. Neuropharmacology 54, 901–911.

Shultz, S.R., Macfabe, D.F., Martin, S., Jackson, J., Taylor, R., Boon, F., Ossenkopp, K.P., Cain, D.P., 2009. Intracerebroventricular injections of the enteric bacterial metabolic product propionic acid impair cognition and sensorimotor ability in the Long-Evans rat: further development of a rodent model of autism. Behav. Brain Res. 200, 33–41.

Sidrak, S., Yoong, T., Woolfenden, S., 2014. Iron deficiency in children with global developmental delay and autism spectrum disorder. J. Paediatr. Child Health 50, 356–361.

Signorile, A., Sardaro, N., De Rasmo, D., Scacco, S., Papa, F., Borracci, P., Carratu, M.R., Papa, S., 2011. Rat embryo exposure to all-trans retinoic acid results in postnatal oxidative damage of respiratory complex I in the cerebellum. Mol. Pharmacol. 80, 704–713.

Sima, A., Parisotto, M., Mader, S., Bhat, P.V., 2009. Kinetic characterization of recombinant mouse retinal dehydrogenase types 3 and 4 for retinal substrates. Biochim. Biophys. Acta 1790, 1660–1664.

Smaga, I., Niedzielska, E., Gawlik, M., Moniczewski, A., Krzek, J., Przegalinski, E., Pera, J., Filip, M., 2015. Oxidative stress as an etiological factor and a potential treatment target of psychiatric disorders. Part 2. Depression, anxiety, schizophrenia and autism. Pharmacol. Rep. 67, 569–580.

Sobolewski, M., Conrad, K., Allen, J.L., Weston, H., Martin, K., Lawrence, B.P., Cory-Slechta, D.A., 2014. Sex-specific enhanced behavioral toxicity induced by maternal exposure to a mixture of low dose endocrine-disrupting chemicals. Neurotoxicology 45, 121–130.

St Pourcain, B., Mandy, W.P., Heron, J., Golding, J., Davey, S.G., Skuse, D.H., 2011. Links between co-occurring social-communication and hyperactive-inattentive trait trajectories. J. Am. Acad. Child Adolesc. Psychiatry 50, 892–902.

Stein, M.T., Drahota, A., Chavira, D.A., 2008. Ian: a 7-year old with prenatal drug exposure and early exposure to family violence. J. Dev. Behav. Pediatr. 29, 512–515.

Stein, T.P., Schluter, M.D., Steer, R.A., Ming, X., 2013. Autism and phthalate metabolite glucuronidation. J. Autism Dev. Disord. 43, 2677–2685.

Stein, T.P., Schluter, M.D., Steer, R.A., Guo, L., Ming, X., 2015. Bisphenol a exposure in children with autism spectrum disorders. Autism Res. 8, 272–283.

Stejskalova, L., Pavek, P., 2011. The function of cytochrome P450 1A1 enzyme (CYP1A1) and aryl hydrocarbon receptor (AhR) in the placenta. Curr. Pharm. Biotechnol. 12, 715–730.

Stolk, J., Hiltermann, T.J., Dijkman, J.H., Verhoeven, A.J., 1994. Characteristics of the inhibition of NADPH oxidase activation in neutrophils by apocynin, a methoxy-substituted catechol. Am. J. Respir. Cell Mol. Biol. 11, 95–102.

Stoodley, C.J., Limperopoulos, C., 2016 Oct. Structure-function relationships in the developing cerebellum: evidence from early-life cerebellar injury and neuro-developmental disorders. Semin. Fetal Neonatal Med. 21 (5), 356–364.

Stromland, K., Nordin, V., Miller, M., Akerstrom, B., Gillberg, C., 1994. Autism in thalidomide embryopathy: a population study. Dev. Med. Child Neurol. 36, 351–356.

Suades-Gonzalez, E., Gascon, M., Guxens, M., Sunyer, J., 2015. Air pollution and neuropsychological development: a review of the latest evidence. Endocrinology 156, 3473–3482.

Sun, Z., Niu, R., Wang, B., Jiao, Z., Wang, J., Zhang, J., Wang, S., Wang, J., 2011. Fluoride-induced apoptosis and gene expression profiling in mice sperm in vivo. Arch. Toxicol. 85, 1441–1452.

Swedenborg, E., Ruegg, J., Makela, S., Pongratz, I., 2009. Endocrine disruptive chemicals: mechanisms of action and involvement in metabolic disease. J. Mol. Endocrinol. 43, 1–10.

Takahashi, Y., Mizuo, K., Shinkai, Y., Oshio, S., Takeda, K., 2010. Prenatal exposure to titanium dioxide nanoparticles increases dopamine levels in the prefrontal cortex and neostriatum of mice. J. Toxicol. Sci. 35, 749–756.

Talbott, E.O., Marshall, L.P., Rager, J.R., Arena, V.C., Sharma, R.K., Stacy, S.L., 2015. Air toxics and the risk of autism spectrum disorder: the results of a population based case-control study in southwestern Pennsylvania. Environ. Health 14, 80.

Taliou, A., Zintzaras, E., Lykouras, L., Francis, K., 2013. An open-label pilot study of a

formulation containing the anti-inflammatory flavonoid luteolin and its effects on behavior in children with autism spectrum disorders. Clin. Ther. 35, 592–602.

Taylor, B., Jick, H., Maclaughlin, D., 2013. Prevalence and incidence rates of autism in the UK: time trend from 2004-2010 in children aged 8 years. BMJ Open 3, e003219.

Taylor, L.E., Swerdfeger, A.L., Eslick, G.D., 2014. Vaccines are not associated with autism: an evidence-based meta-analysis of case-control and cohort studies. Vaccine 32, 3623–3629.

Teng, B.L., Nonneman, R.J., Agster, K.L., Nikolova, V.D., Davis, T.T., Riddick, N.V., Baker, L.K., Pedersen, C.A., Jarstfer, M.B., Moy, S.S., 2013. Prosocial effects of oxytocin in two mouse models of autism spectrum disorders. Neuropharmacology 72, 187–196.

Testa, C., Nuti, F., Hayek, J., De Felice, C., Chelli, M., Rovero, P., Latini, G., Papini, A.M., 2012. Di-(2-ethylhexyl) phthalate and autism spectrum disorders. ASN Neuro. 4, 223–229.

Thirtamara, R.K., Doherty-Lyons, S., Bolden, C., Willis, D., Hoffman, C., Zelikoff, J., Chen, L.C., Gu, H., 2013. Prenatal and early-life exposure to high-level diesel exhaust particles leads to increased locomotor activity and repetitive behaviors in mice. Autism Res. 6, 248–257.

Thomas, R.H., Meeking, M.M., Mepham, J.R., Tichenoff, L., Possmayer, F., Liu, S., Macfabe, D.F., 2012. The enteric bacterial metabolite propionic acid alters brain and plasma phospholipid molecular species: further development of a rodent model of autism spectrum disorders. J. Neuroinflammation 9, 153.

Tomasova, L., Hvizdosova, N., Bofekova, A., Smajda, B., Kluchova, D., 2014. Vitamin A and amygdala: functional and morphological consequences. Neurol. Sci. 35, 1585–1589.

Tomljenovic, L., Shaw, C.A., 2011. Do aluminum vaccine adjuvants contribute to the rising prevalence of autism? J. Inorg. Biochem. 105, 1489–1499.

Tordjman, S., Najjar, I., Bellissant, E., Anderson, G.M., Barburoth, M., Cohen, D., Jaafari, N., Schischmanoff, O., Fagard, R., Lagdas, E., Kermarrec, S., Ribardiere, S., Botbol, M., Fougerou, C., Bronsard, G., Vernay-Leconte, J., 2013. Advances in the research of melatonin in autism spectrum disorders: literature review and new perspectives. Int. J. Mol. Sci. 14, 20508–20542.

Tostes, M.H., Teixeira, H.C., Gattaz, W.F., Brandao, M.A., Raposo, N.R., 2012. Altered neurotrophin, neuropeptide, cytokines and nitric oxide levels in autism. Pharmacopsychiatry 45, 241–243.

Tran, P.L., Lehti, V., Lampi, K.M., Helenius, H., Suominen, A., Gissler, M., Brown, A.S., Sourander, A., 2013. Smoking during pregnancy and risk of autism spectrum disorder in a Finnish National Birth Cohort. Paediatr. Perinat. Epidemiol. 27, 266–274.

Tran, N.N., Pham, T.T., Ozawa, K., Nishijo, M., Nguyen, A.T., Tran, T.Q., Hoang, L.V., Tran, A.H., Phan, V.H., Nakai, A., Nishino, Y., Nishijo, H., 2016. Impacts of perinatal dioxin exposure on motor coordination and higher cognitive development in Vietnamese preschool children: a five-year follow-up. PLoS One 11, e0147655.

Trasande, L., Zoeller, R.T., Hass, U., Kortenkamp, A., Grandjean, P., Myers, J.P., DiGangi, J., Bellanger, M., Hauser, R., Legler, J., Skakkebaek, N.E., Heindel, J.J., 2015. Estimating burden and disease costs of exposure to endocrine-disrupting chemicals in the European union. J. Clin. Endocrinol. Metab. 100, 1245–1255.

Trasande, L., Zoeller, R.T., Hass, U., Kortenkamp, A., Grandjean, P., Myers, J.P., DiGangi, J., Hunt, P.M., Rudel, R., Sathyanarayana, S., Bellanger, M., Hauser, R., Legler, J., Skakkebaek, N.E., Heindel, J.J., 2016 Jul. Burden of disease and costs of exposure to endocrine disrupting chemicals in the European Union: an updated analysis. Andrology 4 (4), 565–572.

Valdiglesias, V., Costa, C., Sharma, V., Kilic, G., Pasaro, E., Teixeira, J.P., Dhawan, A., Laffon, B., 2013. Comparative study on effects of two different types of titanium dioxide nanoparticles on human neuronal cells. Food Chem. Toxicol. 57, 352–361.

Vecchiato, M., Cremonese, S., Gregoris, E., Barbaro, E., Gambaro, A., Barbante, C., 2016. Fragrances as new contaminants in the Venice lagoon. Sci. Total Environ. 566–567, 1362–1367.

Vessler, M., Simon, A.J., Amariglio, N., Rechavi, G., Gak, E., 2010. MeCP2 deficiency downregulates specific nuclear proteins that could be partially recovered by valproic acid in vitro. Epigenetics 5, 61–67.

Volk, H.E., Lurmann, F., Penfold, B., Hertz-Picciotto, I., McConnell, R., 2013. Traffic-related air pollution, particulate matter, and autism. JAMA Psychiatry 70, 71–77.

Volk, H.E., Kerin, T., Lurmann, F., Hertz-Picciotto, I., McConnell, R., Campbell, D.B., 2014. Autism spectrum disorder: interaction of air pollution with the MET receptor tyrosine kinase gene. Epidemiology 25, 44–47.

von Ehrenstein, O.S., Aralis, H., Cockburn, M., Ritz, B., 2014 Nov. In utero exposure to toxic air pollutants and risk of childhood autism. Epidemiology 25 (6), 851–858.

Wall, D.P., Pivovarov, R., Tong, M., Jung, J.Y., Fusaro, V.A., Deluca, T.F., Tonellato, P.J., 2010. Genotator: a disease-agnostic tool for genetic annotation of disease. BMC Med. Genomics 3, 50.

Wang, L., Christophersen, C.T., Sorich, M.J., Gerber, J.P., Angley, M.T., Conlon, M.A., 2012. Elevated fecal short chain fatty acid and ammonia concentrations in children with autism spectrum disorder. Dig. Dis. Sci. 57, 2096–2102.

Wang, H., Du, L.J., Song, Z.M., Chen, X.X., 2013. Progress in the characterization and safety evaluation of engineered inorganic nanomaterials in food. Nanomedicine (Lond.) 8, 2007–2025.

Wang, H., Liang, S., Wang, M., Gao, J., Sun, C., Wang, J., Xia, W., Wu, S., Sumner, S.J., Zhang, F., Sun, C., Wu, L., 2016. Potential serum biomarkers from a metabolomics study of autism. J. Psychiatry Neurosci. 41, 27–37.

Wang, T., Shan, L., Du, L., Feng, J., Xu, Z., Staal, W.G., Jia, F., 2016. Serum concentration

of 25-hydroxyvitamin D in autism spectrum disorder: a systematic review and meta-analysis. Eur. Child Adolesc. Psychiatry 25, 341–350.

Wang, H., 2014. Lipid rafts: a signaling platform linking cholesterol metabolism to synaptic deficits in autism spectrum disorders. Front. Behav. Neurosci. 8, 104.

Wang, H., Yang, Z., Zhou, B. Gao, H., Yan, X., Wang, J., 2009. Fluoride-induced thyroid dysfunction in rats: roles of dietary protein and calcium level. Toxicol. Ind. Health 25, 49–57.

Warheit, D.B., 2013. How to measure hazards/risks following exposures to nanoscale or pigment-grade titanium dioxide particles. Toxicol. Lett. 220, 193–204.

Watanabe, M.X., Kunisue, T., Ueda, N., Nose, M., Tanabe, S., Iwata, H., 2013. Toxicokinetics of dioxins and other organochlorine compounds in Japanese people: association with hepatic CYP1A2 expression levels. Environ. Int. 53, 53–61.

Wayman, G.A., Bose, D.D., Yang, D., Lesiak, A., Bruun, D., Impey, S., Ledoux, V., Pessah, I.N., Lein, P.J., 2012. PCB-95 modulates the calcium-dependent signaling pathway responsible for activity-dependent dendritic growth. Environ. Health Perspect. 120, 1003–1009.

Wells, P.G., Bhatia, S., Drake, D.M., Miller-Pinsler, L., 2016. Fetal oxidative stress mechanisms of neurodevelopmental deficits and exacerbation by ethanol and methamphetamine. Birth Defects Res. C Embryo Today 108, 108–130.

Westmark, C.J., 2013. Soy infant formula may be associated with autistic behaviors. Autism Open Access 3.

Wingate, M., Kirby, R.S., Pettygrove, S., Cunniff, C., Schulz, E., Ghosh, T., Robinson, C., 2014. Prevalence of autism spectrum disorder among children aged 8 years - autism and developmental disabilities monitoring network, 11 sites, United States, 2010. MMWR Surveill. Summ. 63, 1–21.

Wolstenholme, J.T., Taylor, J.A., Shetty, S.R., Edwards, M., Connelly, J.J., Rissman, E.F., 2011. Gestational exposure to low dose bisphenol A alters social behavior in juvenile mice. PLoS One 6, e25448.

Wolstenholme, J.T., Edwards, M., Shetty, S.R., Gatewood, J.D., Taylor, J.A., Rissman, E.F., Connelly, J.J., 2012. Gestational exposure to bisphenol a produces transgenerational changes in behaviors and gene expression. Endocrinology 153, 3828–3838.

Wolstenholme, J.T., Goldsby, J.A., Rissman, E.F., 2013. Transgenerational effects of prenatal bisphenol A on social recognition. Horm. Behav. 64, 833–839.

Wong, C.T., Wais, J., Crawford, D.A., 2015 Nov. Prenatal exposure to common environmental factors affects brain lipids and increases risk of developing autism spectrum disorders. Eur. J. Neurosci. 42 (10), 2742–2760.

Woodruff, T.J., Zota, A.R., Schwartz, J.M., 2011. Environmental chemicals in pregnant women in the United States: NHANES 2003-2004. Environ. Health Perspect. 119, 878–885.

Woods, R., Vallero, R.O., Golub, M.S., Suarez, J.K., Ta, T.A., Yasui, D.H., Chi, L.H., Kostyniak, P.J., Pessah, I.N., Berman, R.F., LaSalle, J.M., 2012. Long-lived epigenetic interactions between perinatal PBDE exposure and Mecp2308 mutation. Hum. Mol. Genet. 21, 2399–2411.

Wyatt, T.A., Sisson, J.H., Allen-Gipson, D.S., McCaskill, M.L., Boten, J.A., DeVasure, J.M., Bailey, K.L., Poole, J.A., 2012. Co-exposure to cigarette smoke and alcohol decreases airway epithelial cell cilia beating in a protein kinase Cepsilon-dependent manner. Am. J. Pathol. 181, 431–440.

Xing, L., Xu, Y., Xiao, Y., Shang, L., Liu, R., Wei, X., Jiang, J., Hao, W., 2010. Embryotoxic

and teratogenic effects of the combination of bisphenol A and genistein on in vitro cultured postimplantation rat embryos. Toxicol. Sci. 115, 577–588.

Xue, Y., Wu, J., Sun, J., 2012. Four types of inorganic nanoparticles stimulate the inflammatory reaction in brain microglia and damage neurons in vitro. Toxicol. Lett. 214, 91–98.

Yamashita, K., Yoshioka, Y., Higashisaka, K., Mimura, K., Morishita, Y., Nozaki, M., Yoshida, T., Ogura, T., Nabeshi, H., Nagano, K., Abe, Y., Kamada, H., Monobe, Y., Imazawa, T., Aoshima, H., Shishido, K., Kawai, Y., Mayumi, T., Tsunoda, S., Itoh, N., Yoshikawa, T., Yanagihara, I., Saito, S., Tsutsumi, Y., 2011. Silica and titanium dioxide nanoparticles cause pregnancy complications in mice. Nat. Nanotechnol. 6, 321–328.

Yamazaki, H., Shimada, T., 1997. Progesterone and testosterone hydroxylation by cytochromes P450 2C19, 2C9, and 3A4 in human liver microsomes. Arch. Biochem. Biophys. 346, 161–169.

Yasuda, H., Yoshida, K., Yasuda, Y., Tsutsui, T., 2011. Infantile zinc deficiency; association with autism spectrum disorders. Sci. Rep. 1, 129.

Yorbik, O., Kurt, I., Hasimi, A., Ozturk, O., 2010. Chromium, cadmium, and lead levels in urine of children with autism and typically developing controls. Biol. Trace Elem. Res. 135, 10–15.

Yoshimasu, K., Kiyohara, C., Takemura, S., Nakai, K., 2014. A meta-analysis of the evidence on the impact of prenatal and early infancy exposures to mercury on autism and attention deficit/hyperactivity disorder in the childhood. Neurotoxicology 44, 121–131.

Yu, C., Tai, F., Zeng, S., Zhang, X., 2013. Effects of perinatal daidzein exposure on subsequent behavior and central estrogen receptor alpha expression in the adult male mouse. Prog. Neuropsychopharmacol. Biol. Psychiatry 43, 157–167.

Yu, L., Wu, Y., Wu, B.L., 2015. Genetic architecture, epigenetic influence and environment exposure in the pathogenesis of autism. Sci. China Life Sci. 58, 958–967.

Zerrate, M.C., Pletnikov, M., Connors, S.L., Vargas, D.L., Seidler, F.J., Zimmerman, A.W., Slotkin, T.A., Pardo, C.A., 2007. Neuroinflammation and behavioral abnormalities after neonatal terbutaline treatment in rats: implications for autism. J. Pharmacol. Exp. Ther. 322, 16–22.

Zhou, H., Wu, H., Liao, C., Diao, X., Zhen, J., Chen, L., Xue, Q., 2010. Toxicology mechanism of the persistent organic pollutants (POPs) in fish through AhR pathway. Toxicol. Mech. Methods 20, 279–286.

Zhou, Y., Qiu, Y., He, J., Chen, X., Ding, Y., Wang, Y., Liu, X., 2013a. The toxicity mechanism of sodium fluoride on fertility in female rats. Food Chem. Toxicol. 62, 566–572.

Zhou, Y., Zhang, H., He, J., Chen, X., Ding, Y., Wang, Y., Liu, X., 2013b. Effects of sodium fluoride on reproductive function in female rats. Food Chem. Toxicol. 56, 297–303.

Zimmerberg, B. Germeyan, S.C., 2015. Effects of neonatal fluoxetine exposure on behavior across development in rats selectively bred for an infantile affective trait. Dev. Psychobiol. 57, 141–152.

Zimmerman, A.W., Jyonouchi, H., Comi, A.M., Connors, S.L., Milstien, S., Varsou, A., Heyes, M.P., 2005. Cerebrospinal fluid and serum markers of inflammation in autism. Pediatr. Neurol. 33, 195–201.

APAP-JJCI-0000005296