# EXHIBIT 23

| | |
|---|---|
| **From:** | Chung, Wendy K. <wkc15@cumc.columbia.edu> |
| **Sent:** | Thursday, March 24, 2022 9:39 AM |
| **To:** | Pearson, Brandon L.; Baker, Brennan H. |
| **Subject:** | RE: [EXTERNAL] Scientific Reports - Decision on your manuscript |

I have no idea whether this will fly but HGG Advances is a new journal so they are not as picky these days about the papers they accept. However, the reviewers they choose are "classical" geneticists.

I don't think Molecular Psychiatry is worth trying.

More than journal I think is getting the right reviewers to suggest. Who are your "friends" who have time to review and will be open to the novelty of the study?

Wendy

**From:** Pearson, Brandon L. <blp2125@cumc.columbia.edu>
**Sent:** Thursday, March 24, 2022 9:31 AM
**To:** Chung, Wendy K. <wkc15@cumc.columbia.edu>; Baker, Brennan H.
<bhb2128@cumc.columbia.edu>
**Subject:** RE: [EXTERNAL] Scientific Reports - Decision on your manuscript

Hi Wendy,

I agree completely. Brennan and I met yesterday and have a plan to address reviewer 1's comments.

We are having a tough time determining the best journal to try next. We considered HMG, some environmental health journals, Molecular Autism, Molecular Psychiatry (lofty target), or even PNAS. I think PNAS would like the topic but may be critical of the paper since we have no new primary data.

Do you have any ideas about good journals to consider for this paper?

Thanks,
Brandon

**From:** Chung, Wendy K. <wkc15@cumc.columbia.edu>
**Sent:** Sunday, March 20, 2022 8:42 AM
**To:** Pearson, Brandon L. <blp2125@cumc.columbia.edu>; Baker, Brennan H.
<bhb2128@cumc.columbia.edu>
**Subject:** RE: [EXTERNAL] Scientific Reports - Decision on your manuscript

Hi Brennan and Brandon,

Sorry for the late response-busy week.

Reviewer 1 is genuinely trying to be helpful and has soon good points about numbers of genes/selection of genes/generalizability across NDDs. I think it's going to be hard getting this

accepted without addressing some of these points which will make the study more rigorous. I think if you do, skeptics like reviewer 2 may have their eyes opened. You can try and push this through to a low impact journal, but my sense is that this is not the way to go.

I agree with you that baseline for many reviewers is to be skeptical which is going to make the bar higher for you. However, if/when you prove your hypothesis it will make it that more impactful.

To address point #6 specifically, our SPARK paper is accepted to Nature Genetics and will be citable soon. In the meantime you can cite medRxiv 2021.10.08.21264256; doi: https://doi.org/10.1101/2021.10.08.21264256

Happy to talk through any of this if helpful. I personally remain quite interested in your research and as I've said before would be willing to add components to SPARK to support this line of research if there are things you think would be helpful.

Wendy

**From:** Pearson, Brandon L. <blp2125@cumc.columbia.edu>
**Sent:** Wednesday, March 16, 2022 12:39 PM
**To:** Baker, Brennan H. <bhb2128@cumc.columbia.edu>
**Cc:** Chung, Wendy K. <wkc15@cumc.columbia.edu>
**Subject:** RE: [EXTERNAL] Scientific Reports - Decision on your manuscript

I forgot to cc Wendy. So she is now included.

PLoS Genetics or PLoS Computational Biology could be appropriate. Maybe Molecular Autism would be appropriate as well.

I think our issue based on the reviews from SciReports below is that geneticists remain skeptical that environment is important. Wendy, no offense, you are one of the few geneticists I have met that thinks this phenomenon has any relevance. So the journal is not likely the issue, I think it's the reviewers. We need to be strategic perhaps and/or be very clear in the cover letter why they should not make knee jerk responses to the analysis and implications.

Best,

Brandon

**From:** Pearson, Brandon L.
**Sent:** Monday, March 14, 2022 4:31 PM
**To:** Baker, Brennan H. <bhb2128@cumc.columbia.edu>
**Subject:** RE: [EXTERNAL] Scientific Reports - Decision on your manuscript

Hi Brennan,

These reviews are for the most part not helpful. I think the question of the search size based on gene set size is an important point that we may want to consider. We should discuss. Otherwise in terms of journal I am not yet sure. I'll look around. I am open to any ideas and preference you might have.

I am cc-ing Wendy here too in case she has any ideas.

Thanks,
Brandon

**From:** Baker, Brennan H. <bhb2128@cumc.columbia.edu>
**Sent:** Monday, March 14, 2022 3:41 PM
**To:** Pearson, Brandon L. <blp2125@cumc.columbia.edu>
**Subject:** Re: [EXTERNAL] Scientific Reports - Decision on your manuscript

That's a huge bummer. All of reviewer 1's concerns seem easily addressable, and reviewer 2 did not offer any useful feedback. Let me know how you think we should proceed, and once we decide on a next journal, I can submit.

Here are a couple of possible journals:

Plos genetics IF 5.9
Human molecular genetics IF 6.1
Genetics IF 4.5
Human genetics IF 3.9
BMC genomics IF 3.9
G3: Genes, Genomes, Genetics IF 3.1
or maybe a neuroscience journal like frontiers in neuroscience

**From:** Pearson, Brandon L. <blp2125@cumc.columbia.edu>
**Sent:** Monday, March 14, 2022 9:47 AM
**To:** Baker, Brennan H. <bhb2128@cumc.columbia.edu>
**Subject:** Fwd: [EXTERNAL] Scientific Reports - Decision on your manuscript

Begin forwarded message:

> **From:** Scientific Reports <srep@nature.com>
> **Date:** March 14, 2022 at 00:51:09 EDT
> **To:** "Pearson, Brandon L." <blp2125@cumc.columbia.edu>
> **Subject: [EXTERNAL] Scientific Reports - Decision on your manuscript**
>
> Ref: Submission ID d2a1e0b4-3ea6-4116-95a2-c0dd925ef53f
>
> Dear Dr Pearson,
>
> Your manuscript entitled "Environmental carcinogens disproportionally mutate genes implicated in neurodevelopmental disorders" has now been reviewed. Any reviewer comments on the suitability of your manuscript have been appended below. As a result, I regret to inform you that we cannot publish your manuscript in Scientific Reports.

You will see that, while your work is of interest, substantive concerns were raised that suggest that your paper does not fulfil the publication requirements for Scientific Reports that is, that papers must be technically sound in method and analysis. Unfortunately, these reservations are sufficiently important to preclude publication of this study in Scientific Reports.

Editor comments
Reviewers raised serious concerns on the integrity of the manuscript.


Thank you for the opportunity to consider your work. I am sorry that we cannot be more positive on this occasion and hope you will not be deterred from submitting future work to Scientific Reports.

Kind regards,

Masahiro Tsuji
Editorial Board Member
Scientific Reports

Reviewer Comments:

Reviewer 1
Baker et.al. took advantage of a published dataset on the mutational signatures of 12 environmental agents, and compared the observed variant vulnerability of 10 disease gene sets to 300 randomly selected genes. The study provided some interesting insights into the connection between environmental carcinogens and neurodevelopmental disorders, however, there are few major concerns worth addressing first as below:

1.   Since it's study neurodevelopmental disorders (NDD), I would include a more comprehensive list of NDD genes, not only the genes from ASD and ADHD. For example, developmental disorder (DD, like DDD study) and intellectual disability (ID) are also another big part of NDD, a few hundred genes have been identified so far.

2.   It's worth to elaborate more details on the selection of the 10 disease gene sets. Like adding more criteria or citations for reference studies. Also good to add one sentence for the total number of unique genes.

3.   The number of genes in each disease set is varied a lot (ranging from 18 to 253), is this going to affect the comparison of mutation vulnerability? And how did the multiple test correction was done for different disease gene set? i.e. for the Bonferroni-adjusted p-value: how many tests have been corrected?

4.   When randomly sampled 1000 sets of genes, why select 300 genes? Why not select the same number of genes as in the total of the 10 disease gene sets?

5.   "Among the nearly 200,000 substitutions, 92,204 occurred in known genes", this

sentence reads incomplete and needs more detailed description. 1) what's the exact number of substitutions instead "nearly 200,000"? 2) what are the known genes? I guess the authors mean the 10 disease gene sets, if so, I would check if every gene has variant(s) observed? and how's the variant count/distribution look like for each gene or gene set? Is there any gene set has significant higher variant rate that others? Also check those for the 2,061 coding variants.

6.   "…including approximately 50,000 ASD cases" The description for generating COSMIC signatures for de novo mutations is not quite clear. The cited reference is a review piece for SPARK cohort and there's no actual data reported. As I know, there no such DNM data for ~50,000 SPARK ASD cases available so far. For situation like this, a more precise and honest description is needed.

7.   I am surprised that ~5 gene sets showing significance for almost every carcinogens for variants across the whole gene body, but those significance is almost gone when restricted to coding variants, which suggest most of the signal may come from the non-coding regions. However, most of the disease genes selected were identified via rare variants in coding regions (e.g. ASD) while some were mostly from GWAS studies via non-coding common variants (e.g. ADHD, schizophrenia), I feel this could bias the comparison. I would suggest perform a similar comparison but for variants in non-coding regions (i.e. whole gene body minus coding regions) to see how the signal stands.

8.   The ASD, ADHD, schizophrenia, obesity, and type-2 diabetes genes were mutated significantly more than expected when compare variants across the whole gene body; and when compare the 14 lung cancer data, the increases are also observed in ASD, schizophrenia, and obesity genes, ADHD genes were not mutated more than expected. Based on the results, environmental carcinogens are not only disproportionally mutated NDD genes, but also genes for obesity and type-2 diabetes. So I would take the conclusion and the abstract are bias statements, and also the significant signal is almost gone when comparing coding variants.

Minor comments:
1.   Suggest using "variant" other than "mutation" per ACMG guidelines
2.   The References need to be in a unified format, e.g. some include journal names but some are not.
3.   Fig. S3 and S4 are too blur to see clear.

Reviewer 2
In this paper, Dr. Baker and colleagues present a study on the high proportion of neurodevelopmental genes mutated by environmental carcinogens. This reviewer acknowledge that the topic is interesting but the conclusions of the study do not seem strongly supported by the data. One example is provided by the analyses of gene length in which the authors found that "Genes mutated at random were on average longer than all disease gene set genes, further indicating that gene length was a strong driver of mutability" (page 8). Another example comes from the observation of the mutational signatures on page 10: "This preliminary analysis suggests that de novo mutations in ASD, schizophrenia, and intellectual disability may reflect sporadic mutational processes rather than chemical-induced mutation."  It is therefore difficult to clearly distinguish

between a random mutational process from a chemically induced effect and this reviewer does not find this was solved in this report.