EXHIBIT 24

| | |
|---|---|
| **From:** | Chung, Wendy K. <wkc15@cumc.columbia.edu> |
| **Sent:** | Thursday, January 6, 2022 7:58 PM |
| **To:** | Pearson, Brandon L. |
| **Subject:** | RE: Introducing Elsie Winter |

Brandon,

Oh my goodness. You have the most beautiful daughters. They really look like angels (with match PJs). Congratulations!!!

Glad to hear everyone is well.

Wendy

---

**From:** Pearson, Brandon L. <blp2125@cumc.columbia.edu>
**Sent:** Thursday, January 6, 2022 7:49 PM
**To:** ehsfacfull@lists.cumc.columbia.edu; Ramos-Perez, Bernice <br2005@cumc.columbia.edu>; Safin, Dagmara <ds3690@cumc.columbia.edu>; Kim, Andy <ak2873@cumc.columbia.edu>; Luque, Fernando L. <fll2112@cumc.columbia.edu>; Kulacki, Nina J. <njk2128@cumc.columbia.edu>; Kizil, Caghan <ck2893@cumc.columbia.edu>; Yamamoto, Ai <ay46@cumc.columbia.edu>; Chung, Wendy K. <wkc15@cumc.columbia.edu>; Benjamin Bostick <bostick@ldeo.columbia.edu>; Steven N. Chillrud <chilli@ldeo.columbia.edu>; Balac, Olgica <ob98@cumc.columbia.edu>; Gurvich, Irina <ig112@cumc.columbia.edu>; Ilievski, Vesna <vi2101@cumc.columbia.edu>; Montes Garcia, Carolina <cm3341@cumc.columbia.edu>; Calero, Lehyla P. <lc2559@cumc.columbia.edu>; De Pinho, Helen <hd2122@cumc.columbia.edu>; Barber, Joshua R. <jb3829@cumc.columbia.edu>; Shoulson, Rivka L. <rs2752@cumc.columbia.edu>; Cortes, Boris <bc2203@cumc.columbia.edu>
**Subject:** Introducing Elsie Winter

Dear Friends and Colleagues,

I wanted to introduce the newest member of my family (and the EHS family) Elsie Winter Ebneter. He older sister Mirabel is thrilled just like her parents. Elsie and her mother Daria are healthy and well. Special thanks to the department for the beautiful flowers that arrived today. I also appreciate your patience with my rapidly aging and distracted brain these days!







Sincerely,

Brandon

**Brandon L. Pearson, Ph.D.** (he/him)
Assistant Professor
Department of Environmental Health Sciences
Mailman School of Public Health, Columbia University
blp2125@cumc.columbia.edu
https://www.mailman.columbia.edu/people/our-faculty/blp2125
Office phone: (212) 305-7876
Twitter: @Pearson_Lab