Case 1:22-md-03043-DLC   Document 1139-28   Filed 09/19/23   Page 1 of 2

# EXHIBIT 26

# Exhibit is a video file. The file is included in the following link:

<https://golkowanywhere.sharefile.com/d-s1fc139f5c7314c6ab0f82d59bfde2ed9>

# For further assistance, please contact exhibits@golkow.com.