UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE: Acetaminophen – ASD-ADHD Products Liability Litigation**<br><br>**This Document Relates To:** *All Cases* | Docket No. 22-md-3043 (DLC) |

**DECLARATION OF ASHLEY C. KELLER
IN SUPPORT OF PLAINTIFFS' RULE 702 MOTION TO
EXCLUDE DEFENDANTS' EXPERT DR. JENNIFER PINTO-MARTIN**

I, ASHLEY C. KELLER, an attorney duly admitted pro hac vice to practice law in this Court, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am a Partner with the law firm of Keller Postman LLC. I serve as co-lead counsel for Plaintiffs in the above-referenced litigation.

2. I have personal knowledge of the following facts set forth in this Declaration and, if called as a witness, I could and would competently testify as to the matters stated herein.

3. Attached hereto as **EXHIBIT 1** is a true and correct copy of the Rule 26 Expert Disclosures of Jennifer Pinto-Martin, Ph.D, MPH, including her Report, list of materials reviewed and/or considered, and *curriculum vitae*. Defendants served this document on Plaintiffs on July 21, 2023, in connection with this action.

4. Attached hereto as **EXHIBIT 2** is a true and correct copy of the September 6, 2023 deposition transcript of Dr. Jennifer Pinto-Martin.

5. Attached hereto as **EXHIBIT 3** is a true and correct copy of Austin Bradford Hill, *The Environment and Disease: Association or Causation?*, 58 Proc. Royal Soc'y Med. 295 (1965), which was Exhibit 631 to the September 6, 2023 deposition of Dr. Jennifer Pinto-Martin.

6. Attached hereto as **EXHIBIT 4** is a true and correct copy of excerpts of a 2022 slide deck prepared by Stephen V. Faraone, Ph.D., titled *An Overview of Attention Deficit Hyperactivity Disorder*, which was Exhibit 771 to the September 7, 2023 deposition of Dr. Stephen Faraone.

7. Attached hereto as **EXHIBIT 5** is a true and correct copy of excerpts of *Textbook of Autism Spectrum Disorders* (Eric Hollander et al. eds., 2d ed. 2022), which was Exhibit 494 to the September 1, 2023 deposition of Dr. Alex Kolevzon.

8. Attached hereto as **EXHIBIT 6** is a true and correct copy of a forest plot of a selection of scientific studies relating to acetaminophen and autism spectrum disorder, which was Exhibit 634 to the September 6, 2023 deposition of Dr. Jennifer Pinto-Martin.

9. Attached hereto as **EXHIBIT 7** is a true and correct copy of Ragnhild Eek Brandlistuen et al., *Safety of High-Dose Corticosteroids for the Treatment of Autoimmune Inner Ear Disease*, 30 Int'l J. Epidemiology 1702 (2013), which was Exhibit 626 to the September 6, 2023 deposition of Dr. Jennifer Pinto-Martin.

10. Attached hereto as **EXHIBIT 8** is a true and correct copy of Zeyan Liew et al., *Use of Negative Control Exposure Analysis to Evaluate Confounding: An Example of Acetaminophen Exposure and Attention-Deficit/Hyperactivity Disorder in Nurses' Health Study II*, 188 Am. J. Epidemiology 768 (2019).

11. Attached hereto as **EXHIBIT 9** is a true and correct copy of Eivind Ystrom et al., *Prenatal Exposure to Acetaminophen and Risk of ADHD*, 140 Pediatrics 18 (2017).

12. Attached hereto as **EXHIBIT 10** is a true and correct copy of the Rule 26 Rebuttal Expert Report of Andrea Baccarelli, MD, PhD, MPH. Plaintiffs served this document on Defendants on July 28, 2023, in connection with this action.

13. Attached hereto as **EXHIBIT 11** is a true and correct copy of Jørrn Olsen & Zeyan Liew, *Fetal Programming of Mental Health by Acetaminophen? Response to the SMFM Statement: Prenatal Acetaminophen Use and ADHD*, 16 Expert Op. Drug Safety 1395 (2017), which was Exhibit 609 to the September 6, 2023 deposition of Dr. Jennifer Pinto-Martin.

14. Attached hereto as **EXHIBIT 12** is a true and correct copy of Xiaoyun Gou et al., *Association of Maternal Prenatal Acetaminophen Use with the Risk of Attention Deficit/Hyperactivity Disorder in Offspring: A Meta-Analysis*, 53 Aus. & N.Z. J. Psychiatry 195 (2019), which was Exhibit 610 to the September 6, 2023 deposition of Dr. Jennifer Pinto-Martin.

15. Attached hereto as **EXHIBIT 13** is a true and correct copy of Evie Stergiakouli et al., *Association of Acetaminophen Use During Pregnancy with Behavioral Problems in Childhood Evidence Against Confounding*, 170 JAMA Pediatrics 964 (2016), which was Exhibit 611 to the September 6, 2023 deposition of Dr. Jennifer Pinto-Martin.

16. Attached hereto as **EXHIBIT 14** is a true and correct copy of Silvia Alemany et al., *Prenatal and Postnatal Exposure to Acetaminophen in Relation to Autism Spectrum and Attention-Deficit and Hyperactivity Symptoms in Childhood: Meta-analysis in Six European Population-Based Cohorts*, 36 Eur. J. Epidemiology 993 (2021), which was Exhibit 612 to the September 6, 2023 deposition of Dr. Jennifer Pinto-Martin.

17. Attached hereto as **EXHIBIT 15** is a true and correct copy of Carl-Gustaf Bornehag et al., *Prenatal Exposure to Acetaminophen and Children's Language Development at 30 Months*, 51 Eur. Psychiatry 98 (2018).

18. Attached hereto as **EXHIBIT 16** is a true and correct copy of Brennan H. Baker et al., *Association of Prenatal Acetaminophen Exposure Measured in Meconium with Risk of Attention-Deficit/Hyperactivity Disorder Mediated by Frontoparietal Network Brain*

*Connectivity*, 174 JAMA Pediatrics 1073 (2020), which was Exhibit 630 to the September 6, 2023 deposition of Dr. Jennifer Pinto-Martin.

19. Attached hereto as **EXHIBIT 17** is a true and correct copy of Kristin Gustavson et al., *Acetaminophen Use During Pregnancy and Offspring Attention Deficit Hyperactivity Disorder - A Longitudinal Sibling Control Study*, JCPP Advances (2021), which was Exhibit 627 to the September 6, 2023 deposition of Dr. Jennifer Pinto-Martin.

20. Attached hereto as **EXHIBIT 18** is a true and correct copy of Christina Ricci et al., *In Utero Acetaminophen Exposure and Child Neurodevelopmental Outcomes: Systematic Review and Meta-Analysis*, Paediatric & Perinatal Epidemiology (2023), which was Exhibit 615 to the September 6, 2023 deposition of Dr. Jennifer Pinto-Martin.

21. Attached hereto as **EXHIBIT 19** is a true and correct copy of Jakob Christensen et al., *Prenatal Valproate Exposure and Risk of Autism Spectrum Disorders and Childhood Autism*, 309 JAMA Network Open 1696 (2013).

22. Attached hereto as **EXHIBIT 20** is a true and correct copy of Jakob Christensen et al., *Association of Prenatal Exposure to Valproate and Other Antiepileptic Drugs with Risk for Attention-Deficit/Hyperactivity Disorder in Offspring*, 2 JAMA Network Open 1 (2019), which was Exhibit 621 to the September 6, 2023 deposition of Dr. Jennifer Pinto-Martin.

23. Attached hereto as **EXHIBIT 21** is a true and correct copy of the September 7, 2023 deposition transcript of Dr. Stephen Faraone.

24. Attached hereto as **EXHIBIT 22** is a true and correct copy of excerpts from the September 8, 2023 deposition transcript of Dr. Mary D’Alton.

25. Attached hereto as **EXHIBIT 23** is a true and correct copy of Chapter 2 of Lash et al., *Modern Epidemiology* (4th ed. 2021), which was Exhibit 623 to the September 6, 2023 deposition of Dr. Jennifer Pinto-Martin.

26. Attached hereto as **EXHIBIT 24** is a true and correct copy of Prescribing Information for Nexium, last revised August 2021, which was obtained from the U.S. Food & Drug Administration's website.

27. Attached hereto as **EXHIBIT 25** is a true and correct copy of David S. Moore & David Shenk, *The Heritability Fallacy*, WIREs Cognitive Sci. (2016).

28. Attached hereto as **EXHIBIT 26** is a true and correct copy of the Supporting Information for Kristin Gustavson et al., *Acetaminophen Use During Pregnancy and Offspring Attention Deficit Hyperactivity Disorder - A Longitudinal Sibling Control Study*, JCPP Advances (2021) (Exhibit 17), which was Exhibit 628 to the September 6, 2023 deposition of Dr. Jennifer Pinto-Martin.

29. Attached hereto as **EXHIBIT 27** is a true and correct copy of Kelsey K. Wiggs et al., *Antiseizure Medication Use During Pregnancy and Risk of ASD and ADHD in Children*, 95 Neurology e3232 (2020).

30. Attached hereto as **EXHIBIT 28** is a true and correct copy of Chapter 3 of Lash et al., *Modern Epidemiology* (4th ed. 2021).

31. Attached hereto as **EXHIBIT 29** is a true and correct copy of Ragnhild Eek Brandlistuen et al., *Annotations and Reflections Response to "Pregnancy and Paracetamol: Methodological Considerations on the Study of Associations between In Utero Exposure to Drugs and Childhood Neurodevelopment*, Basic & Clinical Pharmacology & Toxicology (2015).

32. Attached hereto as **EXHIBIT 30** is a true and correct copy of a video clip of Dr. Jennifer Pinto-Martin, which was Exhibit 639.2 to the September 6, 2023 deposition of Dr. Jennifer Pinto-Martin.

33. Attached hereto as **EXHIBIT 31** is a true and correct copy of a forest plot of a selection of scientific studies relating to acetaminophen and autism spectrum disorder, which was Exhibit 633 to the September 6, 2023 deposition of Dr. Jennifer Pinto-Martin

Dated: September 19, 2023

Respectfully submitted,

**KELLER POSTMAN LLC**

/s/ *Ashley C. Keller*
Ashley C. Keller (IL Bar #1029118)*
KELLER POSTMAN LLC
150 N. Riverside Plaza, Suite 4100
Chicago, Illinois 60606
(312) 741-5220
ack@kellerpostman.com
**Admitted Pro Hac Vice*

*Attorney for Plaintiffs*