# EXHIBIT 8a

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: Acetaminophen – ASD-ADHD Products Liability Litigation | 22-md-3043 (DLC) |
| This Document Relates To: All Actions | |

### RULE 26 EXPERT REPORT OF BRANDON PEARSON, MS, PhD

The following report is provided pursuant to Federal Rule of Civil Procedure 26. All opinions stated herein are offered to a reasonable degree of scientific certainty. My qualifications are summarized below and detailed in my curriculum vitae, which includes a list of all my publications from the last 10 years and is attached hereto as Exhibit A. The facts and data I have considered in forming my opinions in this case are referenced in this report and on the List of Materials Considered, attached hereto as Exhibit B. I have never previously testified as an expert in trial or at deposition. My hourly rate is $400.

## I.   QUALIFICATIONS

I am an Assistant Professor of Environmental Health Sciences at Columbia University with expertise in neuroscience, toxicology, and related fields. Among other things, my work specializes in performing preclinical studies to observe the effects of compounds and other factors on neurodevelopment. I have specifically studied the neurodevelopmental effects of prenatal and perinatal exposure to acetaminophen (APAP) through preclinical methods. Based on my expertise and experience, described further below, I am qualified to offer an expert opinion regarding whether the weight of preclinical evidence supports the conclusion that prenatal exposure to APAP in humans can cause neurodevelopmental disorders such as autism spectrum disorder (ASD) and attention-deficit/hyperactivity disorder (ADHD).

I received my Bachelor of Science in Psychology with a minor in Biology at the University of New Mexico in 2005. As an undergraduate, I was employed as a student intern at Los Alamos National Laboratory from 2000 to 2005 where I studied the ecotoxicology of organic and inorganic contaminants. Following my time in New Mexico, I completed a Master of Science degree at Bucknell University, where my work focused on social stress, stress hormones, and behavior in laboratory monkeys. From August 2007 to August 2008, I worked as a behavioral biologist in the Laboratory of Molecular Pathophysiology at the US National Institute of Mental Health in Bethesda, Maryland. There, I performed studies in mouse models of depression and bipolar disorder and investigated novel experimental treatments.

In August 2008, I commenced my PhD studies in the Behavioral Neuroscience program in the Psychology Department at the University of Hawaii. I was mentored by the late Robert Blanchard, PhD, who was a pioneer of rodent models of neuropsychiatric disorders. As a doctoral student, I studied six genetic models of neurodevelopmental disorders. This work extended my expertise in neurochemistry, neuropeptide signaling, rodent models of autism and other neuropsychiatric disorders and resulted in approximately 12 co-authored research papers.

1

Following my doctoral degree, I completed a postdoctoral fellowship at the University of North Carolina at Chapel Hill in 2015. The fellowship was part of the prestigious Carolina Institute for Developmental Disabilities (CIDD) T32 postdoctoral training program led by Joe Piven, MD, one of the world's top autism experts. As part of the T32 fellowship, I shadowed clinicians assessing autism using the Autism Diagnostic Observation Schedule in the CIDD clinic. I completed my research studies in the Department of Cell Biology and Physiology under the mentorship of Mark Zylka, PhD, focused on experimental pharmacological treatments for Angelman's syndrome, a rare neurodevelopmental syndrome. I also focused on pharmaceutical and chemical toxicity in neurodevelopmental disorders and neurodegeneration. I completed a second postdoctoral position at the German Center for Neurodegenerative Diseases (DZNE) in Bonn, Germany, under the mentorship of Dan Ehninger, MD. My research focused on epigenetic pathways linking aging to neurodevelopment and the neurodevelopmental impact of parental environmental factors such as advanced paternal age.

In 2017, I was recruited by Columbia University to establish an independent research lab focused on neurotoxicology. Neurotoxicology is a branch of toxicology that specifically focuses on understanding how chemicals, drugs, and environmental factors can impact the structure and function of the nervous system. My research lab interrogates the causes of neurological and aging-associated diseases and their mechanisms using innovative approaches including cell culture, animal models (fish and mice), human observational cohorts, and human biospecimens. Extrapolating data from animal studies to human populations for application in medical and public health settings is fundamental to my work.  I teach two courses annually: Integration of Science and Practice, a discussion-based public health ethics class, and Computational Toxicology, a course that I designed that is offered every spring. The Computational Toxicology course covers regulation, read-across, novel approach methodologies, predictive toxicology, omics technologies, and advanced and improved approaches to determining health risks of existing and new chemical agents.

I am a co-investigator and lab director of the Columbia Center for Children's Environmental Health (CCCEH), which is one of the leading sites in the world for studies of prenatal exposures and children's neurodevelopmental health outcomes. I am a project investigator for the Columbia-Northern Plains Superfund Research Center where I lead studies on elevated water metal contaminants in systemic toxicity in novel transgenic mouse models and have an NIH grant to study the neurotoxicity of pesticides in a mouse model of Huntington's disease. I am also an Affiliate Member of the Zuckerman Institute and training faculty for Columbia's Neurobiology and Behavior PhD program. My lab also receives generous support from The Taub Institute for Research on Alzheimer's Disease and the Aging Brain at Columbia for our work on environmental factors and neurodegeneration. In five years at Columbia, I have contributed to securing well over $10 million in research funding for science focused on toxic health effects of human chemical exposures.

I have published 40 peer-reviewed research articles that have been cited over 2500 times. Approximately one-third of my published works are on autism and related neurodevelopmental disorders. My work appears in esteemed journals such as *Nature*, *Nature Communications*, *Molecular Psychiatry*, and the *Proceedings of the National Academy of Sciences*. I have given invited lectures and seminars nationally and internationally to departments of genetics, neuroscience, pediatrics, gerontology, and environmental biology. I am currently on the editorial

board for the journal *Toxics* and am an Associate Editor for the journal *Frontiers in Cellular Neuroscience*. I am a member of the Neurotoxicology and Alcohol (NAL) NIH study section where I review grant proposals. I was recently invited to join as technical advisor for a National Institute of Environmental Health Sciences-led systematic scoping review on the association between environmental exposures and ASD. I was previously an ad hoc expert grant reviewer for the French Agence Nationale de la Recherche on a Scientific Evaluation Panel called "Contaminants, ecosystems and health." I am a peer reviewer for numerous articles a year from across 25 journals covering neuroscience, genetics, psychiatry, and environmental health. I am a member of the Society of Neuroscience and a Member of the Society of Toxicology with memberships in the Neurotoxicology Specialty Section and the Reproductive and Developmental Toxicology Specialty Section.

I have studied acetaminophen (APAP) toxicity for approximately 10 years. I first studied APAP neurotoxicity in cell culture and in mice as a postdoctoral fellow at UNC-Chapel Hill. I evaluated the gene expression influences of various doses of APAP and N-acetyl-p-benzoquinone imine (NAPQI) in cultured cortical cells, expression of oxidative stress, and glutathione precursor genes in the livers and  brains of pregnant mice and their offspring as well as DNA damage ($\gamma$-H2AX and 53BP1) in the brain and gene expression in the brain of offspring dosed acutely with higher doses of APAP, as well as the influences of APAP and NAPQI on mitochondrial superoxide production in cultured primary cortical cells. I also evaluated the influence of APAP and NAPQI on microtubule dynamics in cell free polymerization assays. At Columbia, I led research in mice focused on prenatal and early postnatal APAP exposure and neurobehavioral and transcriptional outcomes, which showed sex-specific communication and activity changes that were accompanied by remarkable and statistically significant changes in forebrain gene expression.  This research was part of inter-disciplinary work with Andrea Baccarelli, MD, PhD, MPH and researchers in Canada who led prospective birth cohort analyses of meconium APAP levels and ADHD outcomes and neuroimaging work that was led by a doctoral student that Dr. Baccarelli and I co-mentored (Brennan Baker, now a postdoctoral scientist at the University of Washington). This study was recently published in the journal, *Neurobiology of Disease* (Baker et al., 2023).

I have broad expertise in biology, psychology, neuroscience (molecular, cellular, and systems), neurodevelopment, pharmacology, toxicology, experimental methods, environmental science, human subjects research, and public health. Among these, I have deep expertise in animal models of neurodevelopmental disorders, neurotoxicology, and neurodegeneration. My expertise in neuroscience is central to my work as a toxicologist. My lab uses comprehensive molecular tools and behavioral phenotyping to reveal disturbances in neurological and physiological functioning at doses of exposures that are much lower than those that might elicit more classic features of neurotoxicology such as intoxication, epilepsy, or cellular death. For example, my group regularly applies RNA-sequencing transcriptomics coupled with gene set enrichment analysis (GSEA) and other bioinformatics tools to resolve human health and disease relevance.

## II.    EXECUTIVE SUMMARY

Utilizing a Weight of Evidence methodology, I analyzed published preclinical studies evaluating the effects of gestational and perinatal APAP exposure on neurodevelopmental disorders, including, among other evidence, studies modeling these effects in animals. Based on this review, I hold the following opinions:

1. Over the last four decades, the overwhelming majority of preclinical studies investigating the effect of APAP on neurodevelopment show that APAP causes neurodevelopmental disruption.

2. Preclinical studies show that APAP is a developmental neurotoxicant capable of causing cascading changes in central nervous system (CNS) structures, molecular pathways, and neurotransmission in offspring exposed to APAP in utero.

3. These preclinical studies show that APAP disrupts neurodevelopment via multiple independent and interacting mechanisms, including oxidative stress, DNA damage, and endocannabinoid system disruption.

4. These preclinical studies strengthen the association seen in epidemiological studies between in utero exposure to APAP neurodevelopmental disorders including ASD and ADHD in humans because the weight of these preclinical studies supports the biological plausibility of that association and because these studies account for confounding factors that may be present in epidemiological studies.

Due to APAP's various effects on the body, it would be impossible to design a single study that would comprehensively capture all the drug's effects. Instead, the evidence of APAP as a neurotoxicant must be viewed in context, as part of a large and well-developed body of scientific work, both epidemiological and experimental. Here, particularly when viewed in its full context, the preclinical data support the conclusion that APAP can cause adverse neurodevelopmental outcomes, including ASD and ADHD, in humans when used during pregnancy in accordance with the dosing information on the product label.

All opinions stated in this report, including the foregoing, are rendered to a reasonable degree of scientific certainty.

## III.   MANDATE, METHODOLOGY SUMMARY & REPORT STRUCTURE

### A. MANDATE

My expert report addresses whether there is a biologically plausible explanation for the increased risk of neurodevelopmental disorders ASD and ADHD in offspring with the prenatal use of APAP and whether the preclinical literature supports that therapeutic clinical and (translationally relevant[1]) preclinical doses of APAP show evidence of harm to the central nervous system, particularly to the developing mammalian brain. This evidence is intended to address the central hypotheses here: (1) Is the proposal of a causal association between in utero exposure to acetaminophen and neurodevelopmental disorders, including ASD and ADHD, consistent with existing biological knowledge and preclinical literature?; and (2) Is there sufficient preclinical

---

[1] What is "translationally relevant" are rodent doses that are well below those causing acute liver failure and particularly the doses that are analgesic or antipyretic in that species and lower. Routes of administration that are the most reasonable for human exposures (i.e., oral or injection) may receive more emphasis. See Section XI, below.

evidence to conclude that in utero exposure to acetaminophen can cause neurodevelopmental disorders, including ASD and/or ADHD?

This expert report focuses primarily on published experimental (preclinical) evidence evaluating the effects of gestational and perinatal APAP exposure on neurodevelopmental disorders, neurocognitive disruption, behavioral alterations, neurotoxicity, and any other pertinent disruptions to the CNS in animal and relevant cellular models. Cellular models and data from culture systems and computational evidence are included if relevant. Non-CNS outcomes and targets are discussed if they are relevant to indirect CNS toxicity or influence. I did not focus on endocrine disruption or reproductive outcomes except in cases where neurological, neuroendocrine, and neurobehavioral effects were outcome variables.

This expert report does not give an opinion on epidemiological methods, confounding, clinical dose, or human cases unless it relates directly to the preclinical findings discussed. This report discusses neuroscience that is directly relevant to both my work as a toxicologist, as well as the question of whether APAP can cause neurodevelopmental disorders or disruption including ASD and ADHD.

## B.  SUMMARY OF METHODOLOGY

Evaluating the causal relationship between a substance and a disease involves gathering, analyzing, and integrating data from various scientific fields (e.g., toxicology, epidemiology, pharmacology). "A single, well-constructed experiment almost never resolves a critical issue on the cause of a disease, especially but not exclusively, diseases resulting from exposure to toxic substances" (Krimsky, 2005). The appropriate methodology for evaluating causation is a Weight of Evidence (WoE) approach—i.e., "a process or method in which all scientific evidence that is relevant to the status of a causal hypothesis is taken into account" (Krimsky, 2005; Organisation for Economic Co-operation and Development (OECD), 2019 ("Weight of Evidence refers to a positive expert opinion that considers available evidence from different independent sources and scientific viewpoints on a particular issue, coming to a considered view of the available, oftentimes conflicting data. It is preferred when every source does not provide sufficient information individually.")). The "ultimate goal" of a WoE evaluation: "to provide a transparent means for communicating decision-making such that decisions can be clearly understood and questioned by all stakeholders" (OECD, 2019; see also Martin et al., 2018 ("The current review [of WoE approaches] also highlighted the value of acquired experience in contributing to expert-informed prescription of the relevant factors to be considered in reporting templates, as a basis for increasing the transparency and defensibility of WOE analysis.")).

This case concerns the causal link between in utero APAP exposure and neurodevelopmental disorders, including ASD and ADHD. Though numerous studies from a variety of scientific fields have yielded information relevant to this inquiry, my investigation and this report focus on toxicology data, specifically developmental neurotoxicology (DNT) data. Toxicology is the study of the effect that chemicals and substances have on people and animals. "Developmental neurotoxicology deals with the study of adverse effects of chemical substances and physical agents on the developing nervous system" (Dubovický et al., 2008). This evidence thus reveals the biological plausibility that exposure to a chemical such as APAP causes neurodevelopmental disorders such as ASD and ADHD.

After reviewing numerous guidance documents, I have drawn from the broadly applicable and systematic approach described in *Guiding Principles and Key Elements for Establishing a Weight of Evidence for Chemical Assessment* (OECD, 2019). Relevant concepts from other guidance documents (e.g., OECD, 2007; Tyl et al., 2008; Center for Drug Evaluation and Research (CDER), 2011) are also incorporated, as appropriate, in my WoE framework. Broadly, the WoE approach that I apply is a systematic review of available data using the series of steps listed below (OECD, 2019), which are described in detail in Section XI, below.

1.  Problem formulation: This step involves developing or identifying a hypothesis that will be examined through the review of available data.

2.  Evidence collection: This involves establishing lines of evidence and identifying knowledge gaps. For this report, I performed an independent, comprehensive literature search using research databases, including PubMed, to identify relevant literature.

3.  Evidence evaluation: This step requires analysis of the lines of evidence to determine data reliability, uncertainty, and relevance. I reviewed all available relevant studies I came across in the process of evaluating the literature, including those that reported an association between prenatal APAP use and ASD and/or ADHD-related outcomes and those that did not find an increased risk in those outcomes.

4.  Evidence weighing: This step involves assigning weight to each relevant study. In this report, the weight I assigned to each study translates into a numerical score.

5.  Evidence integration and reporting conclusions: This step involves examining the overall significance of the evidence, including coherence among the studies reviewed and the impact of uncertainty.

This approach is consistent with published literature, which recognizes that properly interpreting and integrating DNT data "ultimately requires the exercise of scientific judgment based on an appropriate background, including a knowledge- and experience-based expertise in developmental neurotoxicology" (Tyl et al., 2008). I have applied this methodology with the same rigor as I use in my capacity as a peer reviewer for various scientific journals and as a reviewer for grant proposals for the National Institutes of Health. I rely on my knowledge and experience with conducting and reviewing preclinical studies in this field to evaluate, weigh, and integrate the studies reviewed here and have reviewed and analyzed the studies consistent with how I would review them in my scientific practice and in my capacity as a peer reviewer.

To ensure objectivity and minimize the risk of bias, only objective data from developmental neurotoxicity studies of APAP are included in my WoE assessment. This data has been sorted into the following lines of evidence: in vivo, in vitro/ex utero, and in silico, as described more fully below. But a meaningful WoE assessment cannot be performed in an informational vacuum. Accordingly, I have presented additional facts and analysis, as appropriate, to provide important background information and to ensure a meaningful assessment.

In the event any new, relevant studies or information are published, obtained, or presented following the submission of this report, I reserve the right to review any such data and revise or supplement my report and opinions accordingly.

## IV.   ACETAMINOPHEN

### A. MEDICATION HISTORY

Acetaminophen/paracetamol (APAP) was first synthesized in the late 19th century (Brune et al., 2015; Cendejas-Hernandez et al., 2022). However, it was not marketed for its antipyretic (fever reducing) and antinociceptive (pain reducing) characteristics until the 1950s (Brune et al., 2015). Beginning in 1959, it was available over the counter in the United States (Shaw, 2013). It has subsequently become one of the most widely used drugs worldwide. Since the discovery of APAP's antipyretic and mild analgesic properties, many companies began manufacturing APAP-based products, and it became widely available in many forms, including tablets, capsules, and liquid suspensions.



*Figure 1 Chemical Structure of APAP*

Notably, APAP was not subject to the same rigorous testing process that compounds approved for use in pregnant women are subject to today. It was instead "grandfathered in" (APAP-JJCI-0000008345).   APAP is used for a wide variety of indications, including headache, muscle ache backache, the common cold, minor pain of arthritis, toothache, muscular aches, cramps, and fever (See, e.g., https://www.tylenol.com/products/tylenol-regular-strength-tablets).

### B. APAP FORMULATIONS

In the United States, single-ingredient APAP is sold over the counter ("OTC"), typically for oral administration. The products are available in a variety of formulations and strengths. Importantly, APAP can be hepatotoxic if administered at doses above 4 grams per day in adults (LiverTox, 2016).

### C. APAP MECHANISMS OF ACTION AND TOXICITY

APAP is a pleiotropic drug, meaning that its effects are observed throughout the body and involve many parallel pathways and cascading effects. Despite its long and widespread use, APAP's mechanisms of action within the body are still incompletely understood, even by its primary manufacturer, Johnson & Johnson Consumer Inc. (JJCI) (████ Privacy  Dep. Ex. 35 (May 24,

2023)). In terms of its therapeutic effects, it appears that the antipyretic and antinociceptive properties of APAP stem from actions on primary and secondary metabolites and their targets including prostaglandin, endocannabinoid, neurotransmitter, and TRPA1 channel signaling systems (Ohashi & Kohno, 2020). Specifically, APAP may inhibit the activity of cyclooxygenases, commonly referred to as COX enzymes, which are a group of enzymes involved in the synthesis of certain prostaglandins. Prostaglandins are chemical mediators involved in pain and fever signaling in the body (Ohashi & Kohno, 2020). Inhibition of COX enzyme activity reduces production of prostaglandins in the CNS, thus reducing pain and fever (Ohashi & Kohno, 2020).

While APAP is an effective antipyretic, its analgesic effect is somewhat limited (Moore et al., 2015). In fact, the common misconception that APAP is harmless, combined with its limited analgesic effect has been posited as a cause of "updosing," and therefore unintentional overdose and injury (Martinez-De la Torre et al., 2020; Wolf et al., 2012). APAP largely does not show peripheral anti-inflammatory properties, suggesting that its pharmaceutical effects occur within the central nervous system or CNS (Ghanem et al., 2016; Mallet et al., 2008). APAP readily crosses the blood-brain barrier and is present in cerebral spinal fluid. It also readily crosses the placenta and enters the fetal brain (Kumpulainen et al., 2007; Levy et al., 1975). APAP has also been shown to produce a calming effect (Stockler et al., 2004), which is consistent with its actions on the endocannabinoid system discussed in more detail later in this report.

When APAP is consumed postnatally, the body begins the process of detoxification through metabolic processes (Ghanem et al., 2016). APAP is detoxified primarily by Phase I and Phase II metabolism (Ghanem et al., 2016). Most ingested APAP, at a therapeutic dose, is conjugated by glucuronidation or sulfation via Phase II reactions, primarily in the liver (Ghanem et al., 2016). This process helps to solubilize APAP and allows the body to process it through renal and biliary clearance (Ghanem et al., 2016).



*Figure 2. APAP Metabolism.*
*Modified from APAP-JJCI-0000518704.*

APAP that is leftover after Phase II metabolism (referred to as "unconjugated" APAP) can be converted into a toxic reactive metabolite NAPQI (N-acetyl-p-benzoquinone imine) by cytochromes P450 (primarily CYP2E1) in the liver, as diagramed in Figure 2 (APAP-JJCI-0000518704). Under normal conditions, NAPQI is detoxified and rendered harmless by conjugation with glutathione (GSH), a powerful antioxidant molecule. However, NAPQI is highly reactive and can cause cellular damage by binding to cellular proteins, leading to oxidative stress and GSH depletion. The process of oxidative stress and its effects on the brain, and specifically neurodevelopment, are described later in this report.



*Figure 3. Downstream effects of APAP Metabolism.*
*Modified from Ghanem et al., 2016.*

Unconjugated NAPQI binds covalently with proteins in the body, causing APAP-protein adducts predominantly in the mitochondria (Ghanem et al., 2016). This process causes high levels of oxidative stress, $ATP^2$ insufficiency, and can cause apoptosis (cell death) which underlies the irreversible tissue damage and liver failure in APAP overdose (Ghanem et al., 2016). The

---

[2] ATP (adenosine triphosphate) is the molecule that serves as the primary energy currency of cells. It is often referred to as the "molecular unit of currency" because it stores and provides energy for cellular processes.

administration of an antidote called N-acetylcysteine (NAC) may be used to prevent NAPQI-induced liver toxicity. NAC acts by replenishing GSH levels, allowing the body to detoxify NAPQI and preventing further liver damage.

APAP has a narrow therapeutic window, meaning that toxic concentrations are not much higher than therapeutic concentrations (Yan et al., 2018). This sets APAP apart from other over-the-counter analgesics such as ibuprofen or aspirin. Because of APAP's narrow therapeutic window, APAP overdose is the leading cause of acute liver failure in the US, the second leading cause of liver transplantation, and a common contributor to drug overdose hospitalizations (Lee et al., 1996, LiverTox, 2016). Contrary to deposition testimony of JJCI's Chief Medical Officer, APAP can cause hepatotoxic effects even at therapeutic doses (APAP-JJCI-0000764695; Harrill et al., 2009). Aminotransferase activity, meaning an elevation of liver enzymes indicative of liver pathology, is seen with therapeutic doses of APAP in both humans (LiverTox, 2016) and rodents (de Mello Miyasaki et al., 2020).

Although APAP has potentially lethal effects in the liver, its effects are not limited to a single organ (Farrell and Miller, 2021). The liver is particularly vulnerable to APAP toxicity given it is the main site of APAP metabolism, but toxic effects occur elsewhere (Farrell and Miller, 2021). Acute liver toxicity represents much of the preclinical and clinical toxicology focus of APAP given the availability of the drug and the short-term, sometimes life-threatening outcomes. In contrast, neurodevelopmental outcomes are more complex, may present much later, are much less fulminant, and can represent broader shared etiologies. Simply put, because APAP is so dangerous to the liver, toxicology research originally centered on APAP's hepatotoxicity rather than on its toxic effects on other organ systems. However, renal, reproductive, and nervous system toxicities have also been observed in observational and experimental studies (Kennon-McGill & McGill, 2017). And, as discussed in greater detail below, APAP is a developmental neurotoxicant.

### D. PRENATAL AND FETAL APAP METABOLISM

Human and rodent data both demonstrate that APAP readily crosses the placenta and may even accumulate in the placenta and fetal tissues. In human term pregnancy, cord blood and maternal blood APAP levels were essentially equivalent when the mothers were given a single 1 g oral dose prior to scheduled caesarean delivery (Nitsche et al., 2017). In a rat model, researchers anesthetized pregnant rats and placed vascular catheters to sample blood, introduce APAP, and placed microdialysis probes to sample small volumes from fetal tissues including fetal blood to contrast maternal and fetal APAP pharmacokinetics (Chen et al., 2022). The authors found that the levels of APAP were much higher in the maternal circulation after infusion than in the fetal circulation, in contrast to the human study mentioned above. This difference could be attributable to notable differences in placental architecture and permeability between rats and humans (Furukawa et al., 2019).

APAP metabolism in pregnant women and developing fetuses also results in NAPQI formation. In understanding the impact of NAPQI on a fetus, it is important to first note that fetuses and neonates have differential glucuronidation capacity than adults. In other words, a fetus is not simply a smaller adult- their metabolic pathways are fundamentally different. Because of their lower glucoronidation capacity, a fetus is more reliant on sulfation pathways, leaving them with less ability to detoxify NAPQI. This vulnerability to NAPQI means that the pharmacokinetics and

pharmacodynamics that make APAP generally safe for adult use are not present in fetuses. (Andersen et al., 2002; Arana et al., 2001; Ji et al., 2012; Pacifici & Allegaert, 2014; van der Marel et al., 2003). This vulnerability may also mean that NAPQI is present in fetal tissue for longer than it would be present in adult tissue.

Pharmacokinetic analysis of oral APAP administration (single intake 1,000 mg) shows that maternal venous blood (12.3 µg/mL) and fetal blood (11.2 µg/mL) levels are highly correlated (Nitsche et al., 2017). The studies show the formation of NAPQI may increase in pregnancy (Brookhuis et al., 2021). APAP easily passes the placental and blood-brain barrier.

After APAP exposure, NAPQI is also present in the placenta. The placenta is an organ that develops during pregnancy in mammals and serves as the primary interface between the maternal and fetal circulation. The placenta begins to form shortly after fertilization and implantation of an embryo from the chorionic villi of the fetal membrane (small, finger-like projections that extend from one of the fetal membranes surrounding the developing embryo) and the decidua basalis of the maternal uterus (the location where the fertilized embryo implants). The placenta supplies the developing fetus with oxygen and nutrients and removes waste products, including carbon dioxide and urea.

While the placenta generally serves as a protective barrier between maternal and fetal circulations, it is not impermeable to many drugs and other substances. The placental barrier is composed of multiple layers, including the syncytiotrophoblast, cytotrophoblast, and fetal capillary endothelium. These layers work together to restrict the movement of molecules from the maternal circulation to the fetal circulation. However, certain drugs and other substances can cross the placental barrier and expose the developing fetus to potential harm. For example, lipid-soluble compounds, such as opioids, benzodiazepines, and cannabinoids, can easily cross the placenta due to their ability to pass through cell membranes. Water-soluble compounds, such as alcohol and certain antibiotics, can also cross the placenta, but to a lesser extent. However, APAP is demonstrably capable of crossing the placental barrier (Syme et al., 2004).

Animal studies have specifically addressed the differences between adult and pre/perinatal APAP metabolism. Koehn et al., (2019) evaluated the abundance of APAP in the brain relative to plasma in rats following intraperitoneal injection as a function of developmental stage. They compared E19 embryos (exposed via maternal injection) to postnatal day 4 (P4) pups and adults who received direct APAP injections and found that APAP accumulated at higher ratios in brain relative to plasma in the younger rat brains whereas in postnatal periods and into adulthood the ratio becomes relatively equivalent or slightly biased towards peripheral elevations (Figure 4, below). The implication here is that the fetal brain is a sink for APAP due to limitations of fetal brain tissue to metabolize and eliminate APAP in the ways that an adult organism can.



*Figure 4. Ratio of brain to plasma radiolabeled APAP in rats as a function of age.*
*Light bars are acute (single injection) and dark bars are chronic exposures (twice daily injections for four days).*
*Reproduced from Koehn et al., 2019.*

In a later study, Koehn et al., 2021 performed autoradiography (a technique used in molecular biology and research to visualize the distribution and localization of radioactive substances within a sample). Sagittal sections of from P4 and adult radiolabeled APAP-injected mice had brain sections placed on film (the same kind of film that would be used for classic photography). The APAP conjugated to tritium that is present in the brain emits beta radiation that exposes the film and when developed shows the presence and distribution of APAP in the brain of the P4 and adult mice, below. As shown previously by this group, P4 mice (equivalent to 3rd trimester human) accumulate more APAP in their brain than adult mice.



*Figure 5. Autoradiography of tritiated (3H-APAP) in P4 (left) and adult (right) mice*
*exposed to the same dose of APAP (15 mg/kg).*
*Reproduced from Koehn et al., 2021.*

### E.  APAP ABSORPTION, DISTRIBUTION, METABOLISM & EXCRETION

In human adults, orally administered APAP is 88% bioavailable[3] and is primarily absorbed in the intestines (PubChem, 2023). APAP is "rapidly and uniformly" distributed throughout non-adipose body tissues, allowing for its effects to reach a wide range of areas (PubChem, 2023). Peak plasma concentration occurs approximately 30 to 90 minutes after oral administration and, after 8 hours, only small amounts of the drug are detectible in plasma (PubChem, 2023). APAP can also be deacetylated to 4-aminophenol at the level of the kidney which is capable of causing renal damage (Arzuk et al., 2018).

### F.  INTERNAL LEVELS OF APAP

A crucial tenet of toxicity is the external and internal dose of a substance. The clinical dose of APAP as well as the concentrations and doses used in preclinical studies are well defined. The internal dose, or the levels that are present or bioavailable in tissues, blood plasma, cerebrospinal fluid and other compartments, is often important in making comparisons across species and interpreting the literature. Accordingly, I have summarized concentrations of APAP in relevant tissues from humans, animal models, and cell culture conditions below.

1.  Reported non-toxic blood concentrations of APAP in <u>human</u> blood are 33-132 μM, whereas toxic blood concentrations are reported as 165-992 μM (Buzanska et al., 2009).

2.  Human plasma APAP level reached a maximum of 81.4 μM with an IV infusion of 1 g APAP, whereas 39.3 μM was detected in the cerebrospinal fluid from the same dosage condition (Singla et al., 2012).

3.  A controlled study comparing healthy participants compared plasma concentrations of APAP in response to IV administration vs oral administration of 1 g APAP. Maximum concentrations ($C_{max}$) were 86 μM with oral dosing and 125.7 μM with IV administration (van der Westhuizen et al., 2011).

4.  Reported <u>mouse</u> serum concentrations of APAP reached a maximum of 774 μM with an oral dose of 150 mg/kg (Saad et al., 2016).

5.  Reported <u>rat</u> plasma levels of APAP reached 1000 and 2000 μM for intraperitoneal injections of 250 and 500 mg/kg, respectively. Levels in the cerebrospinal fluid peaked at similar or a bit higher level of 1000 and 3000 μM, respectively (Posadas et al., 2010).

The levels of APAP found in living organisms, and the toxicity as related to dose, are further discussed later in this report.

---

[3] Bioavailability refers to the extent and rate at which a substance is absorbed and becomes available to the body's circulation and target tissues or organs. It is a measure of the fraction of an administered dose of a substance that reaches the systemic circulation in an unchanged form or as an active metabolite.

G.  INTERINDIVIDUAL VARIABILITY IN VULNERABILITY TO APAP

Susceptibility to APAP-induced toxicity displays significant interindividual variability, influenced by genetic and non-genetic factors. Genetic variations in drug-metabolizing enzymes, such as CYP2E1 and UGT, can affect APAP metabolism and disposition, and contribute to differences in susceptibility to APAP toxicity between individuals (Krasniak et al., 2014). Common polymorphisms in immune genes such as CD44 underlie variable susceptibility to APAP hepatotoxicity in humans and mouse models (Harrill et al., 2009). Non-genetic factors, such as age, sex, body weight, and the presence of underlying hepatic or metabolic disorders, can also influence the risk of APAP toxicity (Heldring, 2014). Co-administration of drugs that induce or alter the activity of CYP 450 enzymes can also be a risk for increased APAP toxicity (Deodhar et al., 2020).

Elderly individuals with reduced renal or hepatic function may be more susceptible to APAP toxicity due to impaired drug elimination and metabolism (Klotz, 2009), while patients with underlying hepatic or metabolic disorders, such as chronic alcoholism or viral hepatitis, may have decreased tolerance to APAP toxicity (Ghanem et al., 2016). Concurrent exposures to other chemicals that increase oxidative stress can also make one less able to efficiently detoxify and eliminate APAP because of reduced GSH.

Dietary status may likewise affect APAP toxicity. Fasting or malnutrition is considered a risk factor for APAP-induced hepatotoxicity because fasting depletes glycogen stores (LiverTox, 2016). As a result, APAP's half-life increases with decreased glucuronidation and more NAPQI forms, increasing the potential for hepatotoxicity. Fasting also lowers hepatic GSH levels, allowing NAPQI to cause oxidative stress, discussed in more detail below.

Most epidemiological and preclinical studies are not able to fully account for interindividual differences in APAP toxicity. Epidemiologists must either use large sample sizes to see true signals or perform nested analyses or sensitivity analyses to attempt to resolve the best approximations of effects of APAP. Experimentalists on the preclinical side utilize animal and cellular systems that are essentially prototypes. While these systems also have limited ability to account for inter-individual differences, there is innovation in considering what is the true human-relevant background of cumulative experiences to model for added APAP neurodevelopmental influences (e.g., Lichtensteiger et al., 2015).

H.  APAP USE DURING PREGNANCY

Despite the fact that it was never subject to the rigorous preclinical testing that other compounds typically require and undergo prior to approval, APAP is currently the only pain medicine and fever reducer that is deemed indicated for use during pregnancy. Antinociceptive doses of aspirin, and antinociceptive or antipyretic doses of ibuprofen are typically deemed unsafe (in ibuprofen's case, during certain periods of pregnancy) because of the risk of complications, although low dose aspirin can be recommended to manage cardiovascular and preeclampsia risks. Other more potent pain medications like opioids are likewise dangerous to embryos or the fetus and are contraindicated. Accordingly, APAP is, in effect, currently the only recommended means to reduce fever and pain throughout pregnancy.

14

As a result, most studies estimate that more than 60% of pregnant women consume APAP during pregnancy (Bandoli et al., 2020). Studies have found that pregnant women take APAP for a broad spectrum of indications including headache, migraine, general pain, sleep, cramps, and cold or flu (Bandoli et al., 2020). Nearly 20% of pregnant women who reported consuming APAP during pregnancy reported taking it for at least 20 days (Bandoli et al., 2020).

However, APAP's safety in pregnancy is far from settled. The study JJCI cites in support of its claim in its current internal Company Core Data Sheet (CCDS) that "[w]hen used as directed, APAP does not adversely affect the pregnant mother or fetus" is a 1989 paper that studied 10 women who were given one dose of APAP during their second stage of labor who were followed through delivery (CCDS, 2021; Rani & Narayanan et al., 1989). Further, Ofirmev, an IV formulation of pure APAP, is a Pregnancy Category C drug (indicating animal reproduction studies have shown adverse effect on the fetus), and the label indicates it should be used "only if clearly needed." The Ofirmev label also notes studies in pregnant rats receiving oral acetaminophen showed evidence of fetotoxicity. Likewise, in Europe, pregnant patients are specifically advised that, "[I]f clinically needed, paracetamol can be used during pregnancy however it should be used at the lowest effective dose for the shortest possible time and at the lowest possible frequency."

In addition to claiming APAP does not adversely affect the pregnant mother or fetus, JJCI also advises in their current CCDS that Tylenol (pure APAP),

(APAP-JJCI-0000208436). Testimony reflects that this language was specifically included in reference to the risk of neurodevelopmental disorders related to APAP consumption during pregnancy (Dep. , (May 26, 2023)). In the United States, the label for APAP formulations does not advise pregnant patients that there is any increased risk of neurodevelopmental disorders in connection with consuming APAP while pregnant, nor does it offer any instruction to minimize its use (APAP-JJCI-0000180610 (noting

) (emphasis added); Dep. ,
(May 26, 2023)).

As discussed above, even within Johnson & Johnson ("JJCI"), the primary manufacturers of the APAP product Tylenol, warnings are inconsistent with one another and other APAP products and European Medicines Agency labels. Deponents for JJCI have argued that the current label warning instructing women to discuss APAP use with their doctor is actually *the most restrictive possible warning they could offer* (Dep. , (May 24, 2023); Dep. , (May 25, 2023)). However, both internal documents and a review of JJCI's "tylenolprofessional.com" website show that JJCI offered clinicians no information about the neurodevelopmental risks of APAP. In their pamphlet entitled "Professional Product Information," (APAP-JJCI-0000180610). JJCI advises clinicians that acetaminophen is a Category B drug, a statement echoed by their Chief Medical Officer, , which does not appear to be accurate given the information contained in the Ofirmev label and FDA approval package. The fetotoxicity studies concerning oral administration of acetaminophen in pregnant rats featured on the Ofirmev label appear nowhere in the pamphlet or website that was directed at clinicians regarding Tylenol.

Further complicating this issue is the fact that Janssen, the pharmaceutical wing of Johnson & Johnson, has a combination product known as Ultracet (a combination APAP product). In the section of Ultracet's label specifically discussing APAP, it states: "acetaminophen approximately 1.3 times the maximum human daily dose (MRHD) showed evidence of fetotoxicity and increases in bone variations in the fetuses (Ultracet Label). Notably, the Tylenol "Professional Product Information," a marketing document aimed at physicians, cites to an outdated version of the textbook "Drugs in Pregnancy and Lactation: A Reference Guide to Fetal and Neonatal Risk" (APAP-JJCI-0000180610, citing Briggs et al., 2005). In the most recent version of Briggs, not cited in JJCI's marketing document directed at doctors, the authors note that "use of the drug for several weeks or longer has been associated with cryptorchism, decreased IQ, ADHD, and other problems in neurodevelopment," and that "[a]lthough originally thought not to cause embryo-fetal harm, *this assessment must change* because of recent data (Briggs et al., 2021, emphasis added).

## V.   HUMAN NEURODEVELOPMENT

### A. HUMAN BRAIN DEVELOPMENT

The human brain is the most complicated organic structure on Earth. It is comprised of billions of cells and trillions of connections (synapses). Every thought, sensation, memory, emotion, movement, idea, dream, or physical feat is attributable to the brain. As might be expected, the sophistication of the brain is reflected in the biological processes which govern the brain's prenatal development.



*Figure 6. Stages of human brain development.*
*Reproduced from Andersen, 2003.*

16

Starting with the division of a single-celled zygote after fertilization, a dynamic, adaptive, and rigorous set of processes commence which produce the neural tube by week three, the basic structure of the brain by week nine, and the rapid development of the cerebral cortex and hippocampus in the second and third trimesters. Over the course of the gestational period, cells undergo division, migration, differentiation, connection (synapse formation), and pruning (death). Axons are strengthened through sensation and experience and then myelinated (enclosed in a myelin sheath). By the time of birth, a human baby is born with virtually all the neurons they will ever have. During this period of tremendous gestational growth, brain development is shaped by gene expression, the orientation and formation of neural pathways, and the exposure to gradients of hormone, peptide, and neurotransmitter signals, and to damage or disruption from genetic or epigenetic lesions, environmental toxins, oxidative stress, pathogens, or immune/inflammatory signals.

In utero brain development begins shortly after fertilization and continues throughout pregnancy (Konkel, 2018). In utero brain development is very dynamic and the brain changes every day. Shortly after fertilization, the single-celled zygote divides, eventually forming a blastocyst. The blastocyst then implants into the uterine lining. Once implanted, the cells forming the blastocyst begin to differentiate into the three primary germ layers: the ectoderm, mesoderm, and endoderm. The ectoderm, which forms the outermost layer, gives rise to the neural tube. These early processes of brain development occur within a physically tiny embryo. Necessarily, precise, and sophisticated signals are required from each cell in order that they be correctly differentiated into their final form.

In the third week of embryonic development, the neural tube forms, and the brain as we know it starts to develop (Ackerman, 1992). Approximately 3 mm long, the neural tube begins as a hollow cylinder. Eventually, the hollow space forms the ventricular system of the brain (Stiles & Jernigan, 2010). Over the course of pregnancy, the neural tube goes through a complex process of growth, folding, and differentiation to form various regions of the brain and spinal cord. By week five of embryonic development, three distinct regions (the forebrain, midbrain, and hindbrain) have formed.

Week nine of gestation marks the beginning of the fetal period, as the brain appears as a small structure within the developing fetus. As neuron production, migration, and differentiation begin, the structure of the brain takes on the typical mature pattern of gyral and sulcal folding. By the fourteenth week of gestation, the fetal brain has formed many of its primary structures, including the cerebellum, cerebral cortex, and brainstem.

Throughout the second and third trimesters, the cerebral cortex (the outer layer of the brain that is responsible for higher-level thinking and perception) undergoes significant growth. The number of brain cells in the cerebral cortex grows rapidly, and complex folding and differentiation occur, supported by new synapses and neural networks. During the third trimester, the hippocampus, which plays a crucial role in memory and learning, also goes through a period of rapid development. During the third trimester, the brain begins to control basic bodily functions such as breathing and temperature regulation, which will be necessary for life outside the womb. The fetus also begins to recognize and respond to external stimuli such as light, sound, and touch. In time, the fetal brain develops the ability to process and interpret sensory information, perceiving and differentiating between different tastes and smells.

17

The end of gestation involves programmed cell death, a process of "pruning" neurons and synapses that aids in establishing the networks within the developing brain (Stiles & Jernigan, 2010). The neurons that remain at birth represent the summation of most forms of neurogenesis: they are the lion's share of the neurons a human will ever have. So, while the human brain continues to mature postnatally, the brain is relatively developed at birth. The rigorous and precarious process of in-utero brain development has unambiguous, lifelong implications.

During brain development, CYP2E1 is expressed at various times in various locations in the brain (García-Suástegui et al., 2017). CYP2E1's presence and levels are heterogeneous and show individual variability (García-Suástegui et al., 2017). As mentioned previously in this report, CYP2E1, short for Cytochrome P450 2E1, is an enzyme involved in the metabolism of APAP and the creation of its toxic metabolite, NAPQI. While primarily present in the liver, CYP2E1 is present in other tissues, including the brain. CPY2E1 is also present in the fetal brain in a variety of locations and at different times during fetal development.

Below is a screen shot from BrainSpan, an "Atlas of the Developing Human Brain," which shows the heterogeneity of CYP2E1 expression in different areas of the brain from various mid-gestation brain regions (Allen Institute, 2019, available at https://www.brainspan.org/lcm/search?exact_match=false&search_term=%22CYP2E1%22&search_type=gene).

In the screenshot below (see also Appendix A), note that green shows decreased expression of CYP2E1 whereas red shows increasing expression of CYP2E1. Data are normalized to z-scores, a statistical technique which allows comparison and integration across samples and regions. Various cortical, striatal, and basal ganglia regions show higher z-scores of CYP2E1 enrichment including the bed nucleus of the stria terminalis (BNST) which are areas that, if damaged, could lead to neurodevelopmental disorders such as ASD and ADHD given its central role in neuroendocrine, emotional, and neurobehavioral physiology (Hammack et al., 2021).



## B. VULNERABILITY OF DEVELOPING BRAIN

The developing brain is more vulnerable than the adult brain to toxicants. The developing brain's vulnerability (in both humans and animals) stems from several factors, including the immaturity of the developing brain's blood-brain barrier and the rapid degree of cellular differentiation (Lanphear, 2015). The developing brain's rapid cellular differentiation and diversification means that an injury to a progenitor cell would impact all of the neurons and supporting cells that would have been in the lineage of that progenitor.

In addition, neurons need to set up connections and undergo activity dependent maturation and network formation independent of their genetics and epigenetics. Connections that are formed that are not needed need to be pruned and eliminated. Such processes require massive amounts of energy in the form of glucose, oxygen, amino acids, proteins, etc. Cascades of signaling molecules and hormones need to coordinate these various processes and they are all vulnerable to perturbations from outside stressors. Even the most minor and temporary alterations in oxidative stress during these massive waves of intricate brain development can change the course of brain development and create conditions for disordered behavioral function.

In addition, during brain development, an excessive number of cells are initially generated, surpassing what is actually required for proper neural function. Accordingly, the brain undergoes a carefully orchestrated process of programmed cell death to ensure that the optimal number of neurons remain in order to create and maintain connections in the brain.

Developmental neurotoxicity can result in the dysregulation of processes, including neurogenesis, neuronal differentiation, synaptogenesis, and the establishment of functional connectivity networks. A wide variety of molecular or cellular events which lead to developmental neurotoxicity, also known as "adverse outcome pathways," have been identified and analyzed by scientists. During the prenatal development of the brain, a wide variety of critical, parallel, and cascading processes are critical to healthy development. As exposure to neurotoxic chemicals during development can result in developmental neurotoxicity, exposure to chemicals is a major factor in the prevalence of neurodevelopmental disorders (Nishimura et al., 2021).



*Figure 7. Graphic depiction of cellular interplay at the neurovascular unit, including the blood brain barrier. Reproduced from Obermeier et al., 2013.*

Another factor impacting the vulnerability of the developing brain is the immature blood-brain barrier. During early stages of brain development, the blood-brain barrier (BBB) has yet to be fully formed and is considered to be "leaky" which makes the developing brain more vulnerable to drugs and toxins. The BBB is a specialized structure that restricts the passage of substances from the blood into the brain. The absence of a fully functional BBB during neurodevelopment arises from the dynamic and intricate process of blood vessel formation and maturation within the brain. As the brain develops, blood vessels begin to form and grow, initially lacking the complete complement of specialized cells and tight junction proteins that comprise the mature BBB. These

19

cells and proteins, initially missing or incomplete, go on to play a crucial role in maintaining the integrity of the BBB and regulating the transport of molecules between the blood and the brain. Chemicals, molecules, and other signals from the maternal circulation, including APAP, readily access the developing fetal brain.

## C. CONDITIONS IN MOTHER THAT CAN AFFECT FETUS

Multiple conditions in the mother can affect the neurodevelopment of her children, including maternal nutrition, infection, stress and inflammatory processes (Fitzgerald et al., 2020). Certain maternal infections may affect neurodevelopment in children, but timing is important, and the type of effect may depend on the type of infection (Fitzgerald et al., 2020). Similarly, infections can induce inflammation, and those inflammatory processes in the mother can also impact neurodevelopment and leave the fetus at increased risk for other insults (Fitzgerald et al., 2020). When the mother experiences inflammation, immune cells and signaling molecules are activated, leading to the production and release of pro-inflammatory cytokines and other inflammatory mediators. These molecules can cross the placenta and reach the fetal brain, where they can trigger a localized immune response and induce neuroinflammation. Neuroinflammation can activate microglial cells, the resident immune-like cells of the central nervous system, leading to their activation and release of additional inflammatory mediators. This inflammatory response can disrupt the delicate balance of neuronal development and maturation in a developing fetus. Neuroinflammation also has a complex, bidirectional relationship with oxidative stress (which can be induced by APAP use) that is discussed later in this report. The endocannabinoid system and prostaglandins, also discussed later in this report, similarly have a close and complex relationship to inflammation. Accordingly, while many variables in terms of maternal condition can impact the neurodevelopment of the fetus, several mechanisms of action of APAP can actually render a fetus more vulnerable to these effects.

Studies also show that APAP can have a pro-inflammatory effect on the developing brain. While APAP's neurotoxicity is most severe during prenatal and neonatal exposure in animals, APAP can cause damage to the nervous system even in older animals, which further confirms APAP's mechanism of action. Pinto and colleagues (2020) demonstrated that while APAP is a therapeutic intervention for a Down's Syndrome model mouse, it also showed pro-inflammatory effects in wild-type (WT) mice treated with APAP. Namely, three once daily 100 mg/kg injections of APAP were given to young mice and dendritic spines were reduced (Panels E and F left panels in WT mice, indicating alterations to the number and quality of synapses or connections between neurons) as well as cognitive impairments as shown in panels G and H below. What is striking here besides the obvious findings is that low dosage, well below what might cause liver damage, leads to neuroinflammation, synaptic changes, and cognitive changes in mice.

20



*Figure 8. APAP Treatment Rescues Microglial Morphology and Activity, Dendritic Spine Deficits, and Cognitive Impairment in Dp(16) Mice. (A) Experimental protocol. (B) Iba1-stained hippocampal slices from WT and Dp(16) animals treated with either vehicle or APAP. Scale bar: 10 μm. (C) Quantification of the cell body area of microglial cells. Bars represent the average of microglial cell body areas in all analyzed animals ± SEM, and circles represent single data points of the cell averages for each animal (14–73 cells/animal; 1 slice per animal). \*p < 0.05; two-way ANOVA; FInteraction (1, 23) = 14.88; p = 0.0008; Holm-Sidak post hoc test. Dotted circles represent data are from C for comparison. (D) Voltage-activated current profile of microglia in WTCX3CR1-GFP and Dp(16)CX3CR1-GFP acute hippocampal slices treated with vehicle or APAP in vivo. Voltage currents were analyzed using ramps ranging from −100 to 80 mV (inset). Data are expressed as average current (picoAmpere,pA) normalized for the capacitance (picoFarad,pF) for each mV step of all analyzed cells ± SEM. \*represents the statistical difference between Dp(16) and WT vehicle; \*\*p < 0.01; \*\*\*p < 0.001; § represents the statistical difference between Dp(16) vehicle and Dp(16) APAP; §§p < 0.01; §§§p < 0.001. Two-way RM ANOVA; FInteraction (27, 1,890) = 9.261; p < 0.001; Holm-Sidak post hoc test. In parenthesis: analyzed cells, animals. The vehicle-treated data are from Figure 1I for comparison. (E) Dendritic spines from Golgi-Cox-stained slices of hippocampi from P22 WT and Dp(16) mice treated with vehicle or APAP. Scale bar: 4 μm. (F) Quantification of the spine density. Bars represent the average spine density of all analyzed cells ± SEM, and circles represent single data points for each cell (3 animals per condition). \*\*p < 0.001; two-way ANOVA; FInteraction (1, 56) = 42.99; p < 0.001; Holm-Sidak post hoc test. The vehicle-treated cell data (dotted circles) are from Figure 3C for comparison. (G and H) Quantification of the discrimination index in the NOR and OLT tests in P22 WT and Dp(16)*

*mice following vehicle or APAP treatment. Bars represent the average discrimination index of all analyzed animals ± SEM, and symbols (circles, males; triangles, females) represent single data points for each animal. *p < 0.05; **p < 0.01; (G) two-way ANOVA, FInteraction (1, 51) = 23.76, p < 0.001; Holm-Sidak post hoc test; (H) two-way ANOVA, FInteraction (1, 35) = 11.24, p < 0.002; Holm-Sidak post hoc test. The vehicle-treated data (dotted circles and triangles) are from Figures 2E or 2F for comparison.*
*Modified from Pinto et al., 2020.*

## VI. NEURODEVELOPMENTAL DISORDERS

Neurodevelopmental disorders (NDDs) are a spectrum of conditions caused by abnormal development in the brain. The DSM-5 defines a neurodevelopmental disorder as a condition that begins in childhood and is characterized by impairments in cognition, communication, motor skills, self-regulation, or social-emotional functioning. Under the current DSM-V criteria, for a condition to be considered an NDD, it must cause impairments that are present in the early developmental period even if not diagnosed until later in life and must cause significant functional impairment in one of more critical areas (for example, interpersonal relationships, work, or school).

For decades, there has been a push to recognize NDDs as broader endophenotypes (heritable traits derived from, here, neurocognitive performance deficits) beyond the traditional boundaries of the DSM-V (Morris-Rosendahl & Crocq, 2020). The NDDs described by the DSM-V are fundamentally a collection of specific behavioral attributes which may have varying etiologies and genetic and environmental causes. In humans, the need for the development of new treatments for ASD and ADHD necessitates the DSM's categories for these behaviors, which are defined below (Thapar et al., 2017). However, as a preliminary step, we must acknowledge that these clinical constructs do not necessarily reflect the shared etiologies that result in these phenotypes (observable characteristics in an individual resulting from the expression of genes).

### A. AUTISM SPECTRUM DISORDER

The Diagnostic and Statistical Manual of Mental Disorders, 5th edition (DSM-5)[4] defines autism spectrum disorder (ASD) as a neurodevelopmental disorder characterized by persistent deficits in social communication and social interaction across multiple contexts, as well as restricted, repetitive patterns of behavior, interests, or activities. The term "spectrum" reflects the wide range of symptoms and severity of the disorder, which varies greatly among individuals.

The DSM-5 identifies two core domains of impairment that must be present for a diagnosis of ASD: social communication and interaction, and restricted, repetitive patterns of behavior, interests, or activities. Under the social communication and interaction domain, the DSM-5 specifies that individuals with ASD must have deficits in social-emotional reciprocity, nonverbal communication, and developing, maintaining, and understanding relationships. Under the restricted, repetitive patterns of behavior, interests, or activities domain, the DSM-5 specifies that individuals with ASD must display at least two of four different types of behavior: repetitive

---

[4] The DSM-5 made several changes to the prior version of the DSM, the DSM-IV, as it relates to ASD and ADHD, which are further detailed in Dr. Hollander's report.

speech or movements, rigid adherence to routines or rituals, fixated interests that are abnormal in intensity or focus, and hyper- or hypo-reactivity to sensory input.

The DSM-5 also includes severity levels for ASD based on the amount of support an individual requires, ranging from level 1 (requiring support) to level 3 (requiring very substantial support). Additionally, the DSM-5 recognizes that some individuals who do not fully meet the diagnostic criteria for ASD may still display significant social communication and interaction deficits or restricted, repetitive patterns of behavior, and provides a diagnosis of social communication disorder (SCD) for these individuals.

Research has already linked in utero exposure to several compounds with autism in children. For example, Valproic Acid (VPA) is an anti-convulsant medication used primarily to treat epilepsy. However, large cohort studies have found a clear link between exposure to VPA in utero and autism in children, even adjusting for maternal epilepsy (Harden, 2013). In animal models, VPA has similarly been shown to induce autism-like behaviors in rats and mice, including social behavior deficits, increased repetitive behaviors, and deficits in communication. In brief, environmental exposures can and often do act as a major cause of ASD, particularly when those exposures occur when the brain is at its most vulnerable (in utero) (Jeon et al., 2018).

In addition, genetic research related to ASD has allowed researchers to identify hundreds of genes that potentially affect the risk for an individual to develop ASD, including over 100 high-confidence genes (e.g., https://gene.sfari.org/). Knowledge of these genes is not only critically important for medical researchers, it also provides valuable information for scientists studying neurodevelopmental disorders in animal models, as further discussed below.

### 1. *Structural and Functional Brain Abnormalities in ASD*

Meta- and mega-analyses of ASD brain imaging compared to neurotypical controls frequently show grey matter volume reductions in striatum and amygdala/hippocampus (Lukito et al., 2020). ENIGMA mega-analysis has shown increased cortical thickness in frontal areas and decreased cortical thickness in temporal areas, and a voxel-based morphometry meta-analysis shows cortical abnormalities (e.g., grey matter volume reductions in medial prefrontal cortex and posterior insula) and increased left anterior temporal, right inferior temporo-parietal, left dorsolateral prefrontal and precentral cortices (Lukito et al., 2020).

Lukito et al. (2020) performed a meta-analysis of structural and functional differences in ASD and ADHD brains compared to typically developing (TD) controls. This study found that autistic individuals had increased grey matter volume in bilateral temporal and right lateral prefrontal cortices (Lukito et al., 2020). These structures are involved in social processes, including language processing and social interaction, which are impaired in ASD.



*Figure 9. Structural comparison of ASD vs. typically developing brain.*
*Reproduced from Lutiko et al., 2020.*

Functional MRI (fMRI) findings during cognitive control showed under activation in medial frontal regions, which are involved in sensory, emotional, and social processing, and overactivation in precuneus and bilateral ventrolateral regions (Lukito et al., 2020).



*Figure 10. fMRI comparison of ASD vs. typically developing brains during cognitive control.*
*Reproduced from Lukito et al., 2020.*

Findings during motor response inhibition showed ASD under activation in posterior regions and overactivation in left dorsal and ventral frontal regions (Lukito et al., 2020). ASD overactivation in the posterior cingulate cortex/precuneus indicates dysregulation of the default mode network (DMN), which is a prominent neurobiological feature of ASD (Padmanabhan et al., 2017). The DMN is significantly engaged during social cognitive tasks, including self-referential and autobiographical processing (Padmanabhan et al., 2017).



*Figure 11. fMRI comparison of ASD vs. typically developing brains during motor response inhibition.*
*Reproduced from Lukito et al., 2020.*

It is important to mention that structural and functional changes revealed by imaging in ASD are revealed across cohorts and populations, and not always, at the level of the individual.

ASD is not diagnosed by such MRI signals. Nevertheless, these studies garner insight into the alterations that are common across larger numbers of individuals as compared to matched neurotypical controls. Nevertheless, advances in neuroimaging, neuroscience, single cell approaches, and cellular/molecular biology have revealed phenomena that are likely important in neurodevelopmental disorder brain pathobiology and by extension, its etiologies.

In 2014, a study conducted by Stoner et al. used RNA in situ hybridization [with a panel of layer- and cell-type specific molecular markers] to phenotype cortical microstructure of children between the ages of 2 and 15 diagnosed with ASD and unaffected children. In situ hybridization is a technique to visualize expressed genes (mRNA transcripts) where they are expressed within this tissue itself. Ten of 11 children with ASD demonstrated focal "patches" of abnormal laminar cytoarchitecture and cortical disorganization of neurons (Stoner et al., 2014). These patches ranged from 5 to 7 mm in length and were adjacent to regions of cortex that appeared to be very similar to that of non-ASD children. Patches were present in the dorsolateral prefrontal cortexes (in 10 of 11 case samples) and posterior superior temporal cortex (in 2 of 2 case samples), but no patches were observed in the occipital cortex. The affected regions mediate functions that are disrupted in autism (i.e., social, emotional, language and communication functions). There was significant heterogeneity between case samples with respect to abnormal layers and cell types. Aberrant labeling was observed across consecutive sections, primarily characterized by decreased expression of specific cellular markers, which are typically present in fully differentiated cortical neurons, within localized regions. The most prominent indications of irregularity were found in cortical layers 4 and 5, but no layer was uniformly spared. Three-dimensional reconstruction of layer-specific markers was used to confirm patch size and distinct spatial arrangement.

The above finding of patchy disrupted cellular organization in ASD joins a larger literature in neurodevelopmental disorders showing mosaic developmental perturbations that support external stressors as contributors at key neurogenic timepoints of cortical development. This is not isolated to ASD, mosaicism is known in ADHD as well (Poliquin et al., 2021).

## 2. Altered Neurotransmission in ASD

Neurotransmitters are key chemical messengers in the brain. They are molecules that send signals between neurons, or neurons and muscles. Because of their importance in sending messages across different types of cells, neurotransmitters and neuropeptides are integral to brain development. They also impact neuronal cell migration, differentiation, synaptogenesis, apoptosis, and synaptic pruning (Marotta et al., 2020). Neurotransmitters also contribute to behavior, memory, and the regulation of motor activity (Marotta et al., 2020). Neurotransmitters are generally classified as small amine molecules, amino acids, or neuropeptides. Neuropeptides can have other functions outside of neural transmission and have regulatory functions including acting as signals and modulators outside of synapses.



*Figure 12. Neurotransmitters in action between two neurons.*
*Reproduced from iStockphoto.*

While there are other known neurotransmitters and over 100 neuropeptides, the neurotransmitters and neuropeptides which contribute to the pathogenesis of ASD are:

**Gamma aminobutyric acid (GABA) and glutamate**. GABA (gamma-aminobutyric acid) and glutamate are the major inhibitory and excitatory neurotransmitters, respectively, in the central nervous system. They have complementary roles regulating neuronal activity and maintaining a balance between inhibition and excitation. GABA plays a crucial role in the development of the brain by regulating neuronal migration, promoting synapse formation, and influencing the establishment of neuronal circuits, thereby contributing to the refinement of neural connectivity and the proper functioning of the developing brain (Marotta et al., 2020). Children with ASD have altered levels of plasma GABA and glutamate, and adults with ASD exhibit decreased levels of glutamate in the striatum (Horder et al., 2018; Marotta et al., 2020). Additionally, magnetic resonance spectroscopy studies have revealed age-dependent reductions in GABA in various brain regions such as the motor, visual, auditory, and somatosensory areas, as well as the left hemisphere's perisylvian region, which can contribute to abnormal information processing (Marotta et al., 2020; Puts et al., 2017; Rojas et al., 2014).

**Dopamine**. Dopamine is a critical neurotransmitter that can modulate a wide range of functions within the brain, including movement, motivation, reward, mood, attention, and learning. Several studies have demonstrated linked dopaminergic dysfunction in specific brain structures to ASD (Dichter et al., 2012; Ernst et al., 1997; Scott-Van Zeeland et al., 2010). Specifically, the social deficits exhibited by persons diagnosed with ASD are linked to changes in the

mesocorticolimbic dopaminergic signaling pathway, which is involved in reward and motivation-related behavior (Marotta et al., 2020; Paval, 2017; Paval & Miclutia, 2021). Studies on animal models of ASD indicate that the dysfunction of the nigrostriatal dopaminergic pathway leads to stereotyped behaviors and may impact social behavior, as well (Lewis et al., 2006, Marotta et al., 2020; Paval 2017; Paval & Miclutia 2021). Genetic studies of ASD have found several gene polymorphisms related to dopaminergic pathways, including dopamine receptors DR3 and DR4 and dopamine transporter (DAT) (Marotta et al., 2020).

**Serotonin**. Serotonin is another critical neurotransmitter involved in numerous brain functions, including memory, learning and the regulation of mood and sleep. The serotonergic system and its effects are revisited later in this report, but several neurodevelopmental processes are impacted by serotonin, including cell division, cortical proliferation, migration, differentiation, cortical plasticity and synaptogenesis (Marotta et al., 2020, Celada et al., 2013). Typically developing children experience elevated levels of serotonin synthesis between two and five years of age, which declines at puberty; however, children diagnosed with ASD experience significantly lower levels of serotonin at two to five years, which increases with age, and do not experience decreased serotonin synthesis over time (Marotta et al., 2020).

**Acetylcholine**. Acetylcholine is another important neurotransmitter present in both the central and peripheral nervous system (PNS). Acetylcholine, the first neurotransmitter to be discovered, is involved in several physiological processes, including cognition, memory, and regulation of the parasympathetic nervous system (Marotta et al., 2020). Post-mortem studies have shown autistic individuals have significantly reduced nicotinic α4β2 acetylcholine receptors in the frontal and parietal cortex (Perry et al., 2001) and reduced α4 acetylcholine receptors in the cerebellum, which may be related to Purkinje cell loss and a compensatory increase in α7 acetylcholine receptors (Lee et al., 2002).

Other neurochemical systems have varying levels of evidence for involvement in ASD including N-acetyl aspartate, oxytocin and arginine-vasopressin, melatonin, vitamin D, orexin, and endogenous opioids (Marotta et al., 2020.)

**B. ATTENTION-DEFICIT/HYPERACTIVITY DISORDER**

The DSM-5 defines Attention-Deficit/Hyperactivity Disorder (ADHD) as a neurodevelopmental disorder characterized by a persistent pattern of inattention and/or hyperactivity-impulsivity that interferes with functioning or development, as manifested by both of the following:

1.  Inattention: Six or more of the following symptoms of inattention have been present for at least six months to a degree that is inconsistent with developmental level and that negatively impacts directly on social and academic/occupational activities:

    a.  Fails to give close attention to details or makes careless mistakes in schoolwork, work, or other activities
    b.  Has difficulty sustaining attention in tasks or play activities
    c.  Does not appear to listen when spoken to directly

    d.  Does not follow through on instructions and fails to finish schoolwork, chores, or duties in the workplace
    e.  Has difficulty organizing tasks and activities
    f.  Avoids, dislikes, or is reluctant to engage in tasks that require sustained mental effort
    g.  Loses things necessary for tasks or activities
    h.  Is easily distracted by extraneous stimuli
    i.  Is forgetful in daily activities

2.  Hyperactivity and Impulsivity: Six or more of the following symptoms of hyperactivity-impulsivity have been present for at least six months to a degree that is inconsistent with developmental level and that negatively impacts directly on social and academic/occupational activities:

    a.  Fidgets with or taps hands or feet or squirms in seat
    b.  Leaves seat in situations when remaining seated is expected
    c.  Runs about or climbs in situations where it is inappropriate
    d.  Unable to play or engage in leisure activities quietly
    e.  Is "on the go" or often acts as if "driven by a motor"
    f.  Talks excessively
    g.  Blurts out an answer before a question has been completed
    h.  Has difficulty waiting for their turn
    i.  Interrupts or intrudes on others (e.g., butts into conversations or games)

The symptoms must have been present prior to age 12 and must be present in two or more settings (e.g., at home, school, or work). Additionally, several other criteria must be met for a diagnosis of ADHD, including evidence that the symptoms interfere with social, academic, or occupational functioning and the symptoms are not better explained by another mental disorder. The DSM-5 recognizes three presentations of ADHD: predominantly inattentive, predominantly hyperactive-impulsive, and combined presentation.

### 1.  *Structural and Functional Brain Abnormalities in ADHD*

Consistent with the heterogenous clinical presentation of ADHD, imaging studies demonstrate variability in the changes to neurological structures and functions linked with ADHD. Voxel-based morphometry meta-analyses have shown reduced grey matter volume in basal ganglia and ventromedial orbitofrontal cortex in ADHD (Nakao et al., 2011; Frodl et al., 2012; Norman et al., 2016). A mega-analysis performed by the ENIGMA consortium found individuals with ADHD have reduced grey matter volume in the basal ganglia, amygdala and hippocampus and reduced cortical surface area and thickness in frontal, temporal, and parietal regions (Hoogman et al., 2017; Hoogman et al., 2019). The meta-analysis performed by Lukito et al. demonstrated reduced grey matter volume in the ventromedial orbitofrontal cortex in ADHD, which may be related to the dysfunction of reward-based decision-making neural networks (Lukito et al., 2020).