# EXHIBIT 17

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: ACETAMINOPHEN -      ) MDL No. 3043
ASD-ADHD PRODUCTS           )
LIABILITY LITIGATION        ) Case No.
_____ ) 1:22-md-03043-DLC
THIS DOCUMENT RELATES TO: )
                            ) JUDGE DENISE
All Cases, 1:22-md-03043  ) COTE

FRIDAY, AUGUST 11, 2023

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

- - -

Videotaped deposition of Brandon
Pearson, MS, Ph.D., held at the offices of
Lanier Law Firm, 126 East 56th Street,
New York, New York, commencing at 8:44 a.m.
Eastern, on the above date, before Carrie A.
Campbell, Registered Diplomate Reporter,
Certified Realtime Reporter, Illinois,
California & Texas Certified Shorthand
Reporter, Missouri, Kansas, Louisiana & New
Jersey Certified Court Reporter.

- - -

GOLKOW LITIGATION SERVICES
877.370.DEPS
deps@golkow.com

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

## Page 2

1       A P P E A R A N C E S :

2       KELLER POSTMAN LLC
3       BY:  AMANDA HUNT
4            amanda.hunt@kellerpostman.com
             ASHLEY C. KELLER     (VIA ZOOM)
5            ashley.keller@kellerpostman.com
             REBECCA KING         (VIA ZOOM)
6            rebecca.king@kellerpostman.com
7            ASHLEY BARRIERE      (VIA ZOOM)
             ashley.barriere@kellerpostman.com
             ROSIE ROMANO         (VIA ZOOM)
8            rosie.romano@kellerpostman.com
             LAUREN SCHULTZ       (VIA ZOOM)
9            lauren.schultz@kellerpostman.com
         150 North Riverside Plaza, Suite 4100
10       Chicago, Illinois  60606
         (312) 741-5220
11
12       and
13
         TRACEY & FOX
14       BY:  SEAN P. TRACEY      (VIA ZOOM)
             stracey@traceylawfirm.com
15           LAWRENCE TRACEY      (VIA ZOOM)
             ltracey@traceylawfirm.com
16       440 Louisiana Street, Suite 1901
         Houston, Texas  77002
17       (713) 495-2333
18
19       and
20       THE LANIER LAW FIRM, PLLC
         BY:  EVAN M. JANUSH
21           evan.janush@lanierlawfirm.com
             CATHERINE HEACOX     (VIA ZOOM)
22           catherine.heacox@lanierlawfirm.com
             LEILA AYACHI         (VIA ZOOM)
23           leila.ayachi@lanierlawfirm.com
         126 East 56th Street, 6th Floor
24       New York, New York  11758
         (212) 421-2800
25

## Page 3

1        and
2
         WATTS GUERRA LLC
3        BY:  MIKAL C. WATTS
             mcwatts@wattsguerra.com
4            HAILEY WATTS          (VIA ZOOM)
             hwatts@wattsguerra.com
5            RUSS ABNEY            (VIA ZOOM)
             rabney@wattsguerra.com
6        Millennium Park Plaza RFO
         Suite 410, C112
7        Guaynabo, Puerto Rico  00966
         (210) 447-0500
8
9        and
10
         HOLWELL SHUSTER & GOLDBERG LLP
11       BY:  EILEEN MONAGHAN DELUCIA  (VIA ZOOM)
             edelucia@hsgllp.com
12           DANIEL M. SULLIVAN    (VIA ZOOM)
             dsullivan@hsgllp.com
13       425 Lexington Avenue
         New York, New York  10017
14       (646) 837-5151
15
16       and
17       WAGSTAFF & CARTMELL
         BY:  LINDSEY SCARCELLO
18           lscarcello@wcllp.com
             DARYL DOUGLAS         (VIA ZOOM)
19           ddouglas@wcllp.com
         4740 Grand Avenue, Suite 300
20       Kansas City, Missouri  64112
         (816) 701-1100
21
22       and
23
24
25

## Page 4

1        THE CARLSON LAW FIRM
         BY:  EMILY MARLOWE       (VIA ZOOM)
2            emarlowe@carlsonattorneys.com
         1717 North Interstate Highway 35,
3        Suite 305
         Round Rock, Texas  78664
4        (512) 671-7277
5
         and
6
7        KRAUSE & KINSMAN
         BY:  TRICIA CAMPBELL
8            tcampbell@krauseandkinsman.com
         4717 Grand Avenue, Suite 300
9        Kansas City, Missouri  64112
         (816) 200-2900
10
11       and
12
         HOLLAND LAW FIRM
13       BY:  MICHAEL DOWD        (VIA ZOOM)
             mdowd@hollandtriallawyers.com
14       211 North Broadway, Suite 2625
         St. Louis, Missouri  63102
15       (314) 241-8111
16
17       and
18       DOVEL & LUNER
         BY:  JULIEN ADAMS        (VIA ZOOM)
19           julien@dovel.com
         201 Santa Monica Boulevard, Suite 600
20       Santa Monica, California  90401
         (310) 656-7066
21
22       and
23
24
25

## Page 5

1        KERSHAW TALLEY BARLOW
         BY:  WILLIAM J. LEE      (VIA ZOOM)
2            VINH T. LE          (VIA ZOOM)
         401 Watt Avenue, Suite 1
3        Sacramento, California  95864-7273
         (916) 520-6639
4
5        and
6
         COOPER LAW PARTNERS
7        BY:  DAVIS COOPER        (VIA ZOOM)
             davis@cooperlawpartners.com
8        999 Vanderbilt Beach Road, Suite 200
         Naples, Florida  34108
9        (800) 872-3500
         Counsel for Plaintiffs
10
11
12       BARNES & THORNBURG, LLP
         BY:  WILLIAM E. PADGETT
13           william.padgett@btlaw.com
             KARA KAPKE
14           kara.kapke@btlaw.com
         11 South Meridian Street
15       Indianapolis, Indiana  46204
         (317) 236-1313
16
17       and
18
         BARNES & THORNBURG LLP
19       BY:  JAMES F. MURDICA     (VIA ZOOM)
             jmurdica@btlaw.com
20       2029 Century Park East, Suite 300
         Los Angeles, California  90067-2904
21       (310) 284-3880
22
         and
23
24
25

Golkow Litigation Services

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

## Page 6

```
 1      BARNES & THORNBURG LLP
 2      BY: DEANNA LEE        (VIA ZOOM)
          dlee@btlaw.com
 3      555 12th Street N.W., Suite 1200
        Washington, DC  20004-1275
        (202) 289-1313
 4
 5      and
 6
        BARNES & THORNBURG, LLP
 7      BY: PRIYA D. SUNKARA
          priya.sunkara@btlaw.com
 8      One North Wacker Drive, Suite 4400
        Chicago, Illinois  60606-2833
 9      (312) 357-1313
        Counsel for Johnson & Johnson
10      Consumer, Inc.
11
        BARNES & THORNBURG LLP
12      BY: NADINE KOHANE        (VIA ZOOM)
13        nkohane@btlaw.com
        390 Madison Avenue, 12th Floor
14      New York, New York  10017
        (646) 746-2000
15      Counsel for CVS Pharmacy, Inc., CVS
        Health Corporation, Walgreen Co.,
16      Walgreens Co., and Walgreens Boots
        Alliance, Inc.
17
18
        BARNES & THORNBURG LLP
19      BY: SANDRA M. KO        (VIA ZOOM)
          sko@btlaw.com
20      555 12th Street N.W., Suite 1200
        Washington, DC  20004-1275
21      (202) 289-1313
        Counsel for Costco Wholesale
22      Corporation
23
24
25
```

## Page 7

```
 1      ARNOLD & PORTER, LLP
 2      BY: RAYNE ELLIS        (VIA ZOOM)
          rayne.ellis@arnoldporter.com
 3      250 West 55th Street
        New York, New York  10019
        (212) 836-8000
 4      Counsel for Dollar Tree Inc.,
        7-Eleven, and Family Dollar, Inc.
 5
 6
        KING & SPALDING LLP
 7      BY: LUKE BOSSO        (VIA ZOOM)
          lbosso@kslaw.com
 8      1700 Pennsylvania Avenue NW
        Washington, DC  20006
 9      (202) 737-0500
        Counsel for Walmart Inc., and
10      Wal-Mart Stores, Inc.
11
12      MORRISON & FOERSTER LLP
        BY: LYNDSEY CAIN        (VIA ZOOM)
13        lcain@mofo.com
        250 West 55th Street
14      New York, New York  10019-9601
        (212) 468-8000
15      Counsel for Target Corporation
16
17      DUANE MORRIS LLP
        BY: DANA J. ASH        (VIA ZOOM)
18        djash@duanemorris.com
        30 South 17th Street
19      Philadelphia, Pennsylvania 19103
        (215) 979-1000
20      Counsel for Dollar General, Dollar
        General Corporation
21
22
23
24
25
```

## Page 8

```
 1      SMITH SOVIK KENDRICK & SUGNET
 2      BY: DAVID M. KATZ        (VIA ZOOM)
          dkatz@smithsovik.com
 3      250 South Clinton Street, Suite 600
        Syracuse, New York  13202
        (315) 474-2911
 4      Counsel for Rite Aid
 5
 6      HAIGHT BROWN & BONESTEEL LLP
        BY: KATIE M. TRINH        (VIA ZOOM)
 7        ktrinh@hbblaw.com
        555 South Flower Street, 55th Floor
 8      Los Angeles, California  90071
        (213) 542-8000
 9      Counsel for Big Lots Stores-PNS, LLC
10
11
        ALSO PRESENT  (VIA ZOOM):
12        JACKIE KOSTICK, King & Spalding
13        LAURA SHANNON, summer associate, Keller
        Postman LLC
14
          JOE MASTERMAN, firm unknown,
15
16
17      V I D E O G R A P H E R :
          JONATHAN JUAREZ,
18        Golkow Litigation Services

                  - - -
19
20
21
22
23
24
25
```

## Page 9

```
 1                    INDEX
 2                              PAGE
 3      APPEARANCES................................  2
 4      EXAMINATIONS
 5      BY MR. PADGETT............................  14
 6      BY MS. HUNT..............................  293
 7      BY MR. PADGETT...........................  297
 8
 9              EXHIBITS
10      No.   Description              Page
11      64    Brandon Pearson invoices       16
12      65    Rule 26 Expert Report of Brandon   24
              Pearson, MS, Ph.D.
13
14      66    Rule 26 Expert Report Supplement   24
              of Brandon Pearson, MS, Ph.D.
15      67    Rule 26 Rebuttal Expert Report of  25
              Brandon Pearson, MS, Ph.D.
16
17      68    "Sex-specific neurobehavioral and  55
              prefrontal cortex gene expression
18            alterations following
              developmental acetaminophen
19            exposure in mice," Baker, et al.

20      69    Draft of "Sex-specific            55
              neurobehavioral and prefrontal
21            cortex gene expression
              alterations following
22            developmental acetaminophen
              exposure in mice," Baker, et al.
23      70    E-mail(s),                91
              PEARSON_01335
24
25
```

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

## Page 10

1  71  "Differential Gene Expression   135
2      Patterns in Developing Sexually
       Dimorphic Rat Brain Regions
3      Exposed to Antiandrogenic,
       Estrogenic, or Complex Endocrine
       Disruptor Mixtures:
4      Glutamatergic Synapses as
       Target," Lichtensteiger, et al.
5
6  72  "Identification and   170
       interpretation of developmental
7      neurotoxicity effects, A Report
       from the ILSI Research
8      Foundation/Risk Science Institute
       expert working group on
9      neurodevelopmental endpoints,"
       Tyl, et al.
10 73  "Spatial Glutathione and Cysteine  166
       Distribution and Chemical
11     Modulation in the Early
       Organogenesis-Stage Rat Conceptus
12     in Utero," Beck, et al.
13 74  CompTox Chemicals Dashboard   203
14 75  Marijuana and Pregnancy ACOG   228
       flyer
15
16 76  "Determinants of drug entry into   192
       the developing brain," Koehn, et
17     al.
18 77  Pages 325 to 326 of Dr. Cabrera's  218
       deposition
19 78  "Examining associations between   253
       prenatal biomarkers of oxidative
20     stress and ASD-related outcomes
       using quartile regression,"
21     Carey, et al.
22 79  "Perinatal Acetaminophen Exposure   258
       and Childhood
23     Attention-Deficit/Hyperactivity
       Disorder (ADHD): Exploring the
24     Role of Umbilical Cord Plasma
       Metabolites in Oxidative Stress
25     Pathways," Anand, et al.

## Page 11

1  80  "The valproic acid-induced rodent  264
       model of autism," Nicolini, et
2      al.
3  81  "A comprehensive weight of   265
       evidence assessment of published
4      acetaminophen genotoxicity data:
       Implications for its carcinogenic
5      hazard potential," Kirkland, et
       al.
6
7  82  "Paracetamol (Acetaminophen)   276
       Administration During Neonatal
       Brain Development Affects
8      Cognitive Function and Alters Its
       Analgesic and Anxiolytic Response
9      in Adult Male Mice," Viberg,et
       al.
10
11 83  "Early paracetamol exposure   276
       decreases brain-derived
12     neurotrophic factor )BDNF) in
       striatum and affects social
13     behaviour and exploration in
       rats," Blecharz-Klin, et al.
14 84  "A Cannabinoid Receptor Type 1   277
       (CB1R) Agonist Enhances the
15     Developmental Neurotoxicity of
       Acetaminophen (Paracetamol),
16     Philippot, et al.
17 85  "Effect of prenatal and early   277
       life paracetamol exposure on the
18     level of neurotransmitters in
       rats-Focus on the spinal cord,"
19     Blecharz-Klin, et al.
20 86  "Cerebellar level of   278
       neurotransmitters in rats exposed
21     to paracetamol during
       development," Blecharz-Klin, et
22     al.
23 87  "Hypothalamus - Response to early  278
       paracetamol exposure in male rats
24     offspring," Blecharz-Klin, et al.
25 88  NIH Grants & Funding printout   285

## Page 12

1      (Exhibits attached to the deposition.)
2
3      CERTIFICATE................................300
4      ACKNOWLEDGMENT OF DEPONENT.................302
5      ERRATA......................................303
6      LAWYER'S NOTES.............................304

## Page 13

1  VIDEOGRAPHER:  We are now on
2 the record.  My name is Jonathan
3 Juarez.  I am a legal videographer for
4 Golkow Litigation Services.
5      Today's date is August 11,
6 2023, and the time is 8:44 a.m.
7      This deposition is taking place
8 at 126 East 56th Street, New York,
9 New York, in the matter of
10 Acetaminophen (Tylenol) Products
11 Liability Litigation.
12      The deponent is Brandon
13 Pearson.
14      All counsel will be noted on
15 the stenographic record.
16      The court reporter is Carrie
17 Campbell and will now swear in the
18 witness.
19
20      BRANDON PEARSON, MS, Ph.D.,
21 of lawful age, having been first duly sworn
22 to tell the truth, the whole truth and
23 nothing but the truth, deposes and says on
24 behalf of the Defendant Johnson & Johnson, as
25 follows:

Golkow Litigation Services

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 14

1    DIRECT EXAMINATION
2  QUESTIONS BY MR. PADGETT:
3    Q.   Good morning.
4    A.   Good morning.
5    Q.   Can you state your full name
6  for the record, please?
7    A.   Brandon Lance Pearson.
8    Q.   Okay.  And you have a Ph.D.?
9    A.   I do.
10   Q.   Okay.  Have you even been
11 deposed before?
12   A.   I have not been deposed before.
13   Q.   Okay.  Just a quick rundown of
14 some basic ground rules.
15        You understand that the oath
16 you just took is the same one as if you were
17 in a court of law?
18   A.   I do understand this.
19   Q.   Okay.  And not a marathon
20 session.  We'll probably take breaks every 60
21 to 90 minutes.
22        Does that sound good to you?
23   A.   I understand.
24   Q.   Okay.  And probably the number
25 one rule today is that -- I'm going to make a

Page 15

1  deal.  I'm going to try not to start a
2  question before you finish your answer, and
3  in return, hopefully you'll not start to
4  answer until I'm done with my question.
5        Does that sound like a fair
6  deal?
7    A.   That's fair.
8    Q.   Okay.  Did you bring any
9  documents with you in the room today?
10   A.   I have a copy of my expert
11 report, my amended expert report, and with us
12 we have copies of the studies that were
13 reviewed as part of my expert report.
14   Q.   When you say -- so all of the
15 studies that you have with you, and I saw a
16 box brought in, are studies that are
17 discussed in your expert report?
18   A.   The studies that were a
19 component of the weight of evidence for the
20 levels of evidence.
21   Q.   I believe that was like 29
22 mouse and rat studies?
23   A.   That's the approximate number
24 that I recall, yes.
25   Q.   Okay.  Any other studies beyond

Page 16

1  those that were part of your weight of
2  analysis in your expert report?
3    A.   I do not believe we brought
4  anything in addition to that.
5    Q.   Okay.  Are there any notes --
6  any of your notes on those studies that you
7  brought with you in this room today?
8    A.   No.
9    Q.   Okay.  They're clean copies?
10   A.   Yes.
11   Q.   Okay.  At a break, is it -- we
12 may take a peek at them.
13        MS. HUNT:  Be my guest.
14 QUESTIONS BY MR. PADGETT:
15   Q.   Okay.  Any other documents that
16 you brought with you today, other than your
17 report and those studies you just discussed?
18   A.   No.
19        (Pearson Exhibit 64 marked for
20 identification.)
21 QUESTIONS BY MR. PADGETT:
22   Q.   Okay.  I'm going to hand you
23 what's been marked, Dr. Pearson, as Exhibit
24 Number 64.
25        Do you recognize that document?

Page 17

1    A.   Yes.
2    Q.   Okay.  And that is your
3  July 19, 2023 invoice for your work in this
4  case, correct?
5    A.   That appears to be what this
6  is.
7    Q.   And this will kind of -- may
8  short-circuit some of my questions.
9        There's a reference down there
10 for 6/14 and a description of your activities
11 that day.
12        Do you see that?  June 14?
13   A.   Yes, there's a couple of lines
14 that say 6/14.
15   Q.   Oh, okay.  The first one, I'm
16 looking at.
17   A.   Okay.
18   Q.   You reference there a 30-minute
19 morning meeting with Amanda Hunt, and that's
20 counsel sitting next to you, right?
21   A.   Yes.
22   Q.   But then it says 1:45-minute
23 meeting with Dr. Cabrera and 1:15-minute
24 meeting with Dr. Louie to discuss contents of
25 expert reports.

5  (Pages 14 to 17)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 18

1      Was counsel present for the
2  meeting -- meetings with Dr. Cabrera and
3  Dr. Louie?
4      A.    Yes.
5      Q.    Okay.  Have you had any
6  meetings or Zoom -- Zooms or calls with
7  plaintiffs' other named experts in this case
8  in which counsel was not present?
9      A.    Are you asking about
10  Dr. Cabrera or Dr. Louie specifically or
11  other --
12      Q.    No, you've already clarified
13  that -- any of them.
14      A.    Any other expert reports
15  involved in this case or these specific
16  expert reports?
17      Q.    No.  There's four other experts
18  named: Dr. Cabrera, Dr. Baccarelli,
19  Dr. Louie and Dr. Hollander, right?
20      A.    So Dr. Baccarelli I would have
21  had meetings with independent of counsel.
22      Q.    And did you have meetings with
23  him discussing this case?
24      A.    No.
25      Q.    Did you have meetings with any

Page 19

1  other of the named experts we just went
2  through about your work on this case or your
3  expert report or their expert reports in the
4  absence of plaintiffs' counsel?
5      A.    No.
6      Q.    Okay.  Have you had any written
7  communications with any of plaintiffs' other
8  named experts in this case in which
9  plaintiffs' counsel were not copied or
10  somehow address -- addressees?
11      A.    Could you -- could you state
12  that again please?
13      Q.    Have you had any written
14  communications with any of the other named
15  plaintiffs' counsel in this case involving
16  your work on this case or your expert reports
17  or their expert reports that did not include
18  plaintiffs' counsel?
19      MS. HUNT:  Object to form.  I
20  think you said plaintiffs' counsel and
21  then plaintiffs' experts.
22      MR. PADGETT:  Thank you.
23      Just -- I want to go back to
24  the -- I understand you're clarifying,
25  but there is a strict rule on

Page 20

1  objection to form only.  But he could
2  have clarified that if he didn't
3  understand.
4  QUESTIONS BY MR. PADGETT:
5      Q.    Can you -- I'll rephrase.
6      Have you had any written
7  communications with any of other --
8  plaintiffs' other disclosed experts in this
9  case regarding your work on this litigation,
10  your expert report or their expert reports,
11  in which plaintiffs' counsel was not
12  involved?
13      A.    Not to my recollection.  If
14  that did exist, it would have been produced.
15      Q.    In response to the request for
16  production that was part of your deposition
17  notice?
18      A.    Yes.  But as I stated, I don't
19  believe that exists.
20      Q.    Okay.
21      A.    I don't believe any of that
22  correspondence exists.
23      Q.    How did you initially get
24  involved in this case, Dr. Pearson?
25      A.    I was contacted by Amanda

Page 21

1  directly.
2      Q.    And that was your first contact
3  about this litigation?
4      A.    Correct.
5      Q.    And when was that contact first
6  made?
7      A.    If my memory serves, it was
8  approximately February of this year?  Or
9  2022.  Sorry, my -- yeah, February.
10      Q.    February of this year?  2023?
11      A.    Sorry, no.  February of 2022.
12      It would be in the e-mails that
13  were produced.
14      Yeah, that timeline might --
15  I'm a little shaky on the line right now,
16  but --
17      Q.    So -- sorry.
18      A.    Yeah.  It would have been -- I
19  remember the month was February.  Yeah, it
20  would have been -- sorry.
21      February of 2022 I was
22  initially contacted.  I didn't start working
23  with the plaintiffs' attorneys until, I
24  believe, November, which, yeah, that would
25  have had to have been 2022.  It's 2023 now.

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 22

1      Q.    So you were initially contacted
2  about this case in February of 2022, about
3  16 months ago?
4      A.    That's my recollection.
5      Q.    When was -- and you were
6  coauthor on a paper, a study article, that
7  was published, the Baker 2023 study; is that
8  right?
9      A.    Yes.
10     Q.    When was that article submitted
11 for publication?
12     A.    I do not recall the exact --
13 exactly when that paper was submitted for
14 publication.  I would have to look.
15     Q.    Was it submitted for
16 publication after February 2022?
17     A.    No.  I do not believe it was.
18     Q.    And I believe we saw -- I
19 totaled up your invoices, and it came,
20 between your time and your hourly rate, which
21 is $450, to about $61,000 invoiced so far.
22          Does that sound about right?
23     A.    My hourly rate is $400.
24     Q.    Oh, sorry.
25     A.    And I haven't tallied the total

Page 23

1  amount, but that number is probably not
2  outside the realm of possibility.
3      Q.    So the last time entry I saw on
4  your invoice was June 28.
5          How much more time have you
6  spent working on this litigation since
7  June 28?
8      A.    I haven't sat down and
9  calculated that number.
10     Q.    Can you give me an estimate
11 since June 28?
12          MS. HUNT:  Object to form.
13          You can answer.
14          THE WITNESS:  In the month of
15          July and now into August, I would
16          estimate, I mean, many dozens of
17          hours.
18          Somewhere between 50 and a
19          hundred, I would estimate.
20 QUESTIONS BY MR. PADGETT:
21     Q.    And how much time was spent
22 working on your reply report of the 50 to
23 100 hours?
24     A.    You're asking me about --
25     Q.    Your rebuttal report.

Page 24

1      A.    -- the rebuttal report?
2      Q.    The rebuttal report.  Sorry.
3      A.    I can't say for certainty, but
4  that would include that time.  That 50 to
5  100 hours would include that time.
6          (Pearson Exhibit 65 marked for
7          identification.)
8  QUESTIONS BY MR. PADGETT:
9      Q.    Dr. Pearson, I'm going to hand
10 you what's been marked as Exhibit 65, which I
11 believe is the same thing as the report --
12 the amended report that you have in front of
13 you.
14          Can you confirm that that is
15 your -- a copy of your June 21 amended expert
16 report in this case?
17     A.    Yes.
18          (Pearson Exhibit 66 marked for
19          identification.)
20 QUESTIONS BY MR. PADGETT:
21     Q.    And I'm going to hand you also
22 what's been marked as Exhibit 66 and ask you
23 to confirm that that's your supplemental
24 expert report relating to the Klein 2023
25 study.

Page 25

1          And a copy of that study is
2  attached to your supplemental report,
3  correct?
4      A.    This appears to be the
5  supplement in response to the Klein, et al.,
6  paper that was published, yes.
7          (Pearson Exhibit 67 marked for
8          identification.)
9  QUESTIONS BY MR. PADGETT:
10     Q.    And I'm going to hand you
11 what's been marked as Exhibit 67 and ask you
12 to confirm that that is your July 28, 2023
13 rebuttal report submitted in this case.
14     A.    Yes, this appears to be that
15 document.
16     Q.    Okay.  And I believe your CV is
17 Exhibit A to your amended expert report,
18 Exhibit 65.
19          Is the information on your CV
20 regarding employment and publications
21 current?
22     A.    It was current as of the date
23 that was on it, which was early June.
24     Q.    Any changes in position or
25 publications since early June 2023 with

7 (Pages 22 to 25)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 26

1    regard -- that you would put on your CV if
2    you updated it?
3         A.    Are you asking if there's
4    anything to update to date -- to now?
5         Q.    Yes.
6         A.    Certainly there's things that
7    would be updated, yeah.
8         Q.    What about employment
9    positions?  Are you in the same employment as
10   listed on your CV?
11        A.    My employment is the same.
12        Q.    Okay.  What other changes -- do
13   you have an updated version of your CV?
14        A.    I do not have an updated
15   version, no.
16        Q.    So if you were asked to create
17   a CV this coming Monday, what additional
18   things would you put on there?
19        A.    I'm on an editorial board for
20   another journal, for the Journal of
21   Scientific Reports.  I was appointed to
22   that -- to the editorial board of that
23   journal.  That's new.
24              I have another publication that
25   was accepted in the journal Frontiers in

Page 27

1    Neuroscience that has to do with
2    environmental exposures and mutations and
3    neurodevelopmental disorder genes.
4              There's other things that I
5    can't think of off the top of my head at the
6    moment.  That's just -- those are examples.
7         Q.    The article that was just
8    recently accepted for publication that you
9    just mentioned, does that relate in any way
10   to acetaminophen?
11        A.    It has relevance for
12   acetaminophen, but it doesn't study
13   acetaminophen directly.
14        Q.    Can you tell me a little bit
15   more about that particular study?
16        A.    That study evaluates how
17   carcinogens in particular can mutate genes
18   that are implicated in neurodevelopmental
19   disorders.
20              So individuals in the field of
21   genomics and psychiatric genomics consider
22   familial genetic risk and how alleles that
23   are implicated in neurodevelopmental
24   disorders are inherited, but they by and
25   large don't consider the fact that

Page 28

1    environmental exposures can also mutate those
2    genes.
3              And this particular study has
4    evaluated the fact that exposures can also
5    mutate those genes, and the study has
6    garnered a lot of support for the fact that
7    those genes are vulnerable to exposures,
8    including things that cause oxidative stress
9    and DNA damage.
10             And acetaminophen causes a lot
11   of oxidative stress and DNA damage, so in
12   that sense it's relevant.
13        Q.    I'm sorry.  What type of
14   environmental substances were reviewed in
15   that study?
16        A.    This particular study focuses
17   on environmental carcinogens, so things like
18   UV exposure, radiation, chemotherapeutic
19   drugs, things of that nature.  So things that
20   we know can cause cancer.
21        Q.    Who are the coauthors of that
22   study?
23        A.    So the lead author is
24   Dr. Brennan Baker, who is also the lead
25   author on some of the studies that are

Page 29

1    relevant to the acetaminophen work.
2              There's Dr. Wendy Chung, who I
3    see is written on your notebook there, who is
4    a geneticist and physician.
5         Q.    Any others?
6         A.    Yeah, there's a number of other
7    coauthors.
8              There's a student -- a former
9    student of mine, Mu Yang.
10             Sarah McLarnan, who is a
11   current doctoral student of mine, is a
12   coauthor.
13             Let me think about who else are
14   coauthors on that study.
15             Jeremy Simon, who's a
16   bioinformatician that I've worked with for a
17   number of years, he's at Boston Children's
18   Hospital now.  Harvard Medical School.
19             I'm not recollecting the other
20   coauthors of that study at the moment.
21        Q.    And I think you indicated in --
22   likely get into this a bit later -- but
23   you -- that the relevance to acetaminophen is
24   oxidative stress.
25             You mentioned that; is that

8 (Pages 26 to 29)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 30

1  right?
2      A.    Oxidative stress can be an
3  indirect mutagen.
4      Q.    And in what other respects,
5  other than this oxidative stress being an
6  indirect mutagen, as you put it?
7      A.    That's the -- that's the
8  relevance.
9      Q.    Are you aware of any specific
10 scientific research showing that
11 acetaminophen is a mutagen through an
12 oxidative stress mechanism?
13     A.    I mean, I have unpublished data
14 that shows that, but I don't have published
15 data that shows that.  There -- let me think
16 for a moment.
17         Could you restate the question
18 again?
19         MR. PADGETT:  Can you...
20         (Court Reporter read back
21 question.)
22         THE WITNESS:  Most of the
23 literature that's looked at mutagenic
24 properties of acetaminophen has relied
25 on assays such as the Ames test, and I

Page 31

1  believe such assays aren't really
2  capable of studying the phenomena of
3  direct mutagenesis in mammalian
4  systems that I'm studying.
5      The Ames test is a -- is
6  bacterial systems, procaryotic
7  systems.  I'm studying mammalian
8  mutagenesis systems.  It's not a
9  relevant assay system for some of the
10 phenomenon that I'm studying.
11     But on the other hand, this
12 types -- type of research is in its
13 infancy, so a lot more research that
14 needs to be done.
15 QUESTIONS BY MR. PADGETT:
16     Q.    The Ames test assay test
17 results on acetaminophen are negative for
18 mutagenicity, correct?
19         MS. HUNT:  Object to form.
20         You can answer.
21         THE WITNESS:  My understanding
22 is that a lot of the Ames test data
23 are negative.
24         But I would like to take a
25 moment to clarify some of my previous

Page 32

1  responses and say that there is
2  substantial scientific evidence that
3  acetaminophen causes substantial
4  hydroxyguanosine damage, which is DNA
5  damage.
6  QUESTIONS BY MR. PADGETT:
7      Q.    At thera -- sorry, go ahead.
8      A.    At therapeutic doses.
9      Q.    At therapeutic doses?
10     A.    At therapeutic doses.
11     Q.    Which study is that?
12     A.    I would have to go through the
13 studies in more detail, but let me -- if you
14 give me just a second.
15         There's recent study that shows
16 a biomarker data that -- in cord blood
17 studies that acetaminophen exposures are
18 linked with 8-oxo hydroxyguanosine levels in
19 cord blood.  And preclinical data as well.
20 There is hydroxyguanosine lesions associated
21 with acetaminophen exposures in addition to
22 that.
23         So the biomarker data supports
24 this.  And as I mentioned, that is DNA
25 damage.  It's a form of oxidative DNA damage.

Page 33

1      Q.    Would you agree that pain or
2  complications during labor can cause
3  oxidative stress?
4          MS. HUNT:  Object to form.
5          You can answer.
6          THE WITNESS:  I'm not aware of
7  literature that shows that pain or
8  complications during labor causes
9  hydroxyguanosine damage.
10 QUESTIONS BY MR. PADGETT:
11     Q.    My question was about oxidative
12 stress.
13         Are you aware of literature
14 showing that pain or complications during
15 labor can cause oxidative stress?
16         MS. HUNT:  Same objection.
17         You can answer.
18         THE WITNESS:  I'd be happy to
19 review any studies that you -- that
20 you put in front of me that show me
21 that, but I'm not aware of studies
22 that show that pain or complications
23 during labor that show
24 hydroxyguanosine DNA damage.
25

9  (Pages 30 to 33)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 34

1    QUESTIONS BY MR. PADGETT:
2        Q.   And again, you keep saying
3    hydroxyguanosine, and I'm saying oxidative
4    stress generally.
5        But -- so like my question is,
6    are you aware of scientific literature
7    showing that there -- the complications or
8    pain during pregnancy can cause increased
9    oxidative stress in a pregnant woman?
10       MS. HUNT:  Same objection.
11       You can answer.
12       THE WITNESS:  Well, I think
13   there's a problem with the question,
14   because oxidative stress is a fairly
15   diffuse term.  It's kind of a very,
16   very broad phenomenon.
17       It's like saying stress.  What
18   is stress?  What is your objective
19   definition?  It's an imbalance of
20   antioxidant versus prooxidant systems.
21   So you have to have operational
22   definitions of what oxidative stress
23   is.
24       So if you can show me the
25   specific studies you're referring to,

Page 35

1    I can evaluate that.  But I don't know
2    necessarily what you're referring to,
3    so I can't evaluate that.
4    QUESTIONS BY MR. PADGETT:
5        Q.   Okay.  Well, just to follow up
6    on that.
7        Stress can cause an imbalance
8    of oxidative stress in antioxidant systems.
9    Do you agree with that?
10       MS. HUNT:  Object to form.
11       You can answer.
12       THE WITNESS:  Stress is a very
13   poorly construed paradigm.  I spent
14   many years studying stress.  I don't
15   know what you mean by "stress."
16   QUESTIONS BY MR. PADGETT:
17       Q.   In the way that you just used
18   it and as it relates to imbalance of
19   oxidated -- oxidative -- oxygen species and
20   antioxidants.
21       A.   I was using that as an example
22   of how terminology is used without a precise
23   definition.
24       So you're just saying that --
25   the example that you were giving before is

Page 36

1    that pain or complications during pregnancy
2    can cause oxidative stress.
3        I was telling you that I don't
4    know what you mean by oxidative stress.  And
5    I was saying hydroxyguanosine DNA lesions are
6    a consequence of oxidative stress.  That's a
7    measurable, tangible consequence of oxidative
8    stress that damages the DNA.
9        I -- we can -- that's
10   operationalizeable.  We understand what that
11   is.
12       Q.   Okay.
13       A.   And it's DNA damage, which is
14   what we're discussing.
15       Q.   You mentioned you have
16   unpublished data that shows -- what were you
17   mentioning that you said you had unpublished
18   data showing acetaminophen and oxidative --
19   an oxidative mutagen relationship?
20       A.   Could you restate that
21   question, please?
22       Q.   You mentioned earlier that you
23   have unpublished data that shows -- and I
24   believe it was in response to a question
25   about oxidative -- oxidative mutagen type of

Page 37

1    mechanism when we were talking about the --
2    your unpublished article has been accepted.
3        What is that unpublished data
4    about?
5        MS. HUNT:  Object to form.
6        You can answer.
7        THE WITNESS:  Sorry, I didn't
8    let you get your objection out.
9        I'm actually really glad you
10   asked this, because it just reminded
11   me.  We actually have published data.
12       So in the Baker, et al., 2023
13   paper, there is actually data that
14   shows that there's mutational activity
15   in it.  So in the RNAC data, it shows
16   that there's DNA damage and mutation
17   happening.  So there's cell cycle
18   disruption.  There's p53 activation
19   that shows you there's DNA damage and
20   cell cycle disruption.
21       So it's not just our
22   unpublished data.  There's actually
23   published data that shows there's DNA
24   damage and cell cycle disruption.
25       Our unpublished data that we

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 38

1    had shows, and you all have seen it in
2    my production, that there's gamma-H2AX
3    in tissue that's upregulated.  There's
4    53BP1 in tissue that's upregulated.
5    And you can see it.
6              There is -- so that's showing
7    you there's DNA double-strand breaks
8    in the tissue.  It's showing you that
9    there's oxidative DNA damage in the
10   tissue, all caused by acetaminophen
11   exposure prenatally.
12   QUESTIONS BY MR. PADGETT:
13        Q.    Are any of those related to
14   long genes?
15        A.    This is -- this has nothing to
16   do with long genes.  This is independent of
17   that data.
18        Q.    And have any of the effects
19   that you just mentioned been specifically
20   correlated as being associated with
21   mechanisms leading to ASD?
22        A.    Are you asking me with
23   reference to the mechanisms that I just
24   discussed with the DNA damage and the
25   oxidative stress?

Page 39

1         Q.    Specific to acetaminophen.  The
2    series -- starting with gamma, the series
3    like two or three that you mentioned.
4              Have any of those been
5    specifically associated with -- as a
6    mechanism leading to ASD?
7              MS. HUNT:  Object to form.
8              You can answer.
9              THE WITNESS:  Well, as I've
10   outlined in my expert report, the
11   oxidative stress in the tissue, the
12   DNA damage and the transcriptional
13   effects that we've seen, are
14   associated with -- and lead to
15   transcriptional signatures that
16   correspond with autism and other
17   neurodevelopmental disorders.
18             Using Gene Set Enrichment
19   Analysis and other bioinformatics
20   tools, we see enrichment with autism
21   spectrum disorder.
22   QUESTIONS BY MR. PADGETT:
23        Q.    What do you mean by enrichment?
24        A.    So, again, using bioinformatics
25   tools, we see signatures that correspond to

Page 40

1    these particular neurodevelopmental disorders
2    such as autism spectrum disorder.  So there's
3    concordance with and correspondence with
4    those particular neurodevelopmental
5    disorders.
6         Q.    You say "signatures."  Are
7    those specific genetic mutations identified
8    with ASD?
9         A.    No.
10        Q.    Same question for ADHD.
11             And can we agree, autism
12   spectrum disorder is going -- we're going to
13   refer to it as ASD, and
14   attention/hyperactivity deficit --
15   attention-deficit disorder we'll refer to as
16   ADHD?
17        A.    Yes.
18        Q.    Okay.
19        A.    That would be great.
20        Q.    And with re -- are there
21   specific -- with regard to the signature that
22   you just mentioned, are those specific
23   genetic mutations identified with ADHD?
24             MS. HUNT:  Object to form.
25             You can answer.

Page 41

1              THE WITNESS:  In the previous
2    research that I have worked on where
3    we've looked at transcriptional
4    profiles associated with these
5    exposures, excuse me, we haven't
6    necessarily looked for ADHD-relevant
7    gene expression signatures.  We've
8    largely focused on ASD signatures.
9    QUESTIONS BY MR. PADGETT:
10        Q.    Any other unpublished research
11   or data that you've -- that you're aware of
12   that supports a biochemical mechanism tying
13   acetaminophen to ASD or ADHD?
14             MS. HUNT:  Object to form.
15             And, Bill, I apologize in
16   advance, but to the extent this gets
17   into anything currently in peer
18   review, Dr. Pearson is not going to be
19   able to answer.
20             MR. PADGETT:  Understood.
21             THE WITNESS:  There's nothing
22   else that I can discuss.
23   QUESTIONS BY MR. PADGETT:
24        Q.    Okay.  Dr. Pearson, is it your
25   opinion that any compound that causes a

11  (Pages 38 to 41)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 42

1    change or changes in the developing brain can
2    lead to an increased risk for ASD?
3            MS. HUNT:  Object to form.
4            You can answer.
5            THE WITNESS:  I want to make
6    sure I understand your question.
7            You're asking me whether
8    anything that can cause a change in
9    the -- in the developing brain can
10   cause risk for autism or ADHD -- ASD
11   or ADHD?
12   QUESTIONS BY MR. PADGETT:
13       Q.   Increased risk, yes, correct.
14       A.   I would not -- I would not
15   respond to the affirmative to that.  That is
16   not my stance.
17       Q.   Same question with regard to
18   ADHD.  Is it your opinion that any compound
19   that causes a change or changes in the
20   developing brain can lead to an increased
21   risk for ADHD?
22           MS. HUNT:  Same objection.
23           You can answer.
24           THE WITNESS:  Anything that
25   leads to a change in the developing

Page 43

1    brain, any exposure that leads to a
2    change in the developing brain, does
3    not necessarily increase the risk for
4    ADHD or ASD.
5            However, things that have the
6    potential at translationally relevant
7    doses to disturb brain development
8    have to be looked at with higher
9    scrutiny for the potential effects on
10   any widespread effects.
11           So even if the effects of that
12   particular compound aren't specific to
13   ADHD or ASD, the -- it -- they can
14   exacerbate effects that are relevant
15   to ASD or ADHD.
16           In other words, if an
17   individual carries liability for ADHD
18   or ASD, those exposures may tip the
19   balance towards a particular outcome
20   even if the effects of that particular
21   exposure aren't specific to ADHD or
22   ASD risk.
23   QUESTIONS BY MR. PADGETT:
24       Q.   And if those specific effects
25   aren't specific to ASD or ADHD risk, the

Page 44

1    types of findings that you just described may
2    be a basis for conducting further research to
3    determine a more specific relationship?
4            MS. HUNT:  Object to form.
5            You can answer.
6            THE WITNESS:  That's not
7    exactly what I was stating in my
8    response, but it's not incompletely
9    true what you just stated.
10           In other words, I would have to
11   qualify that response by stating that,
12   you know, responses that -- again,
13   physiologically relevant exposures in
14   the brain that affect
15   neurodevelopment, even if those
16   responses aren't specific to ASD or
17   ADHD health outcomes,
18   neurodevelopmental outcomes, again,
19   they can contribute risk for those
20   particular health outcomes in
21   individuals that are exposed within a
22   background of risk in individuals.
23   QUESTIONS BY MR. PADGETT:
24       Q.   Which --
25       A.   Even if that's not the only

Page 45

1    risk.  Sorry.
2        Q.   Which biochemical changes in
3    the embryotic or fetal human brain have been
4    identified by the scientific community as
5    known, accepted mechanisms leading to ASD?
6            MS. HUNT:  Object to the form
7    of the question.
8            You can answer.
9            THE WITNESS:  Could you restate
10   the question, please?
11           MR. PADGETT:  Which -- can you
12   read it back, please?
13           (Court Reporter read back
14   question.)
15           THE WITNESS:  You know, that
16   can't answer that question the way
17   that you've asked it because that's --
18   that's calling to a specific, you
19   know -- that's -- you're asking me to
20   identify something that is
21   overprescriptive.  In other words,
22   you're asking me to say that there's
23   one or a set of specific biochemical
24   changes that exist, when in reality
25   such conditions such as ASD and ADHD

12  (Pages 42 to 45)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 46

1    are -- involve a plethora of
2    biochemical alterations in the
3    developing brain.
4           You have to consider that the
5    developing brain is so complicated,
6    and when you have health conditions
7    such as ASD and ADHD, the com --
8    it's -- let me take a second.  It's
9    incredibly heterogeneous from
10   individual to individual.
11          And as you've had from other
12   experts that have been in this case,
13   every individual is a little bit
14   different.  So you can't expect to say
15   that there's one set of biochemical
16   changes that's accepted as the, you
17   know, ASD or ADHD perturbations that
18   define that particular disorder.
19          There's set of clinical
20   perturbations that are typical to
21   these disorders but not specific to
22   these disorders.  So if you were to
23   try to pin me down on one or a set of
24   those, and then an individual actually
25   in reality has different sets of those

Page 47

1    or has something that's independent of
2    those, that's actually accepted to be
3    the case.
4           But you would try to catch
5    somebody out by saying, like, oh,
6    well, that person didn't actually have
7    this 1 or 2.  That's actually an
8    unfair characterization of the biology
9    of these highly complicated and
10   heterogeneous neurodevelopmental
11   disorders.
12          I don't know how clear I was in
13   that.  But what I'm trying to say is
14   that, again, it's highly
15   heterogeneous.  You're dealing with
16   the most complicated organ in known
17   existence.  Its development is highly
18   complicated.
19          When you -- when you think
20   about how the disorder comes to be,
21   you're dealing with a perturbation and
22   changes that are tipping the course of
23   the development to an extent to where
24   individuals aren't -- you know, can be
25   highly functional but have alterations

Page 48

1    in their development that you can't
2    just look on a brain scan and see.
3           But those individuals don't
4    behave completely neurotypically, so
5    you can't just define like a tumor,
6    oh, there's a tumor, and that's what
7    this individual is.
8           Essentially what you're asking
9    me to do is say, what's the tumor for
10   this individual.  It's sort of an
11   unfair question.
12   QUESTIONS BY MR. PADGETT:
13       Q.    You mentioned a plethora of set
14   of mechanisms.
15          Can you identify among the --
16   that plethora those mechanisms, biochemical
17   changes, those -- strike that.
18          Can you identify among the
19   plethora that you mentioned earlier those
20   specific biochemical changes in the embryonic
21   or fetal human brain that have been
22   identified by the scientific community as
23   known, accepted mechanisms leading to ASD?
24          MS. HUNT:  Object to the form
25       of the question.

Page 49

1           You can answer.
2           THE WITNESS:  So you just asked
3    the same question.  For the sake of
4    this deposition, I will go ahead and
5    start listing some.
6           So there are synaptic changes.
7    There's chromatin alterations.
8    There's columnar defects.  There are
9    epigenetic changes.  There are growth
10   and guidance factor alterations.
11   There's axonal guidance disruptions.
12   There are -- let me think for a
13   moment -- local hyperconnectivity,
14   large scale, global underconnectivity.
15   I mean, these are things that have
16   been replicated many times in many
17   different studies.
18          This is for autism, by the way.
19   This is not for ADHD.
20          These are the types of things
21   that you see many times that are
22   representative of autism.  That
23   doesn't mean for every individual that
24   has autism that they have all of those
25   things.  These are things that are in

13  (Pages 46 to 49)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 50

1  a bell curve. That's what's typical
2  across autism.
3       Again, it's highly
4  heterogeneous. It doesn't mean that
5  every individual that has autism has
6  those same white matter defects. That
7  doesn't mean that every individual is
8  going to have that. But those are
9  things that tend to happen. They're
10 synaptic alterations, cell adhesion
11 alterations. These are accepted
12 within the community as things that
13 are common amongst autism.
14      So when you think about
15 modeling and understanding mechanisms
16 and causality in autism, when you
17 model this preclinically and you
18 expose animals, if you expose them to
19 acetaminophen and then you see these
20 things, then there's no question that
21 there's causality.
22 QUESTIONS BY MR. PADGETT:
23      Q.   The various list of things that
24 you went through, synaptic changes,
25 epigenetic changes, axonal changes, growth

Page 51

1  factors, those are effects seen in
2  individuals with autism spectrum disorder,
3  correct?
4       A.   Yes.
5       Q.   Has the scientific community
6  identified those as -- those mechanisms as
7  things seen in the fetal brain that lead to
8  autism?
9       MS. HUNT: Object to the form
10 of the question.
11      But you can answer.
12      THE WITNESS: Well, there
13 wouldn't be a method to do an
14 experiment in people to resolve
15 whether it leads to that. You know,
16 so I -- that's an absurd question.
17 I'm sorry.
18 QUESTIONS BY MR. PADGETT:
19      Q.   Well, my -- let me put it this
20 way.
21      Has the scientific community
22 identified any of those mechanisms that
23 you've just listed as changes, generally
24 accepted changes, that are seen in the fetal
25 brain that lead to autism?

Page 52

1       MS. HUNT: Object to the form
2  of the question.
3       You can answer.
4       THE WITNESS: I would have to
5  hear that question again. I'm sorry.
6  I apologize.
7  QUESTIONS BY MR. PADGETT:
8       Q.   Has the scientific community
9  identified any of those mechanisms that
10 you've just -- that you listed as generally
11 accepted changes that occur in the fetal
12 brain that lead to autism?
13      MS. HUNT: Same objection.
14      You can answer.
15      THE WITNESS: These are
16 generally accepted. As leading to
17 autism.
18 QUESTIONS BY MR. PADGETT:
19      Q.   Changes in the fetal brain?
20      A.   These are seen in the fetal
21 brain as well.
22      Q.   Of humans?
23      A.   Well, again, you can't measure
24 them in the fetal brain and then track out if
25 individuals are going to have autism or not.

Page 53

1  It's not possible to do that.
2       Q.   Okay.
3       A.   It's not possible to answer
4  your question the way it's asked.
5       Q.   Which biochemical changes in
6  the embryonic or fetal human brain have been
7  identified by the scientific community as
8  known, accepted mechanisms leading to ADHD?
9       MS. HUNT: Object to the form
10 of the question.
11      You can answer.
12      THE WITNESS: I don't believe I
13 can answer your question.
14 QUESTIONS BY MR. PADGETT:
15      Q.   You can't -- you can't answer
16 my question because you can't sit -- as you
17 sit here today identify them?
18      A.   I don't think your question is
19 answerable based on logic.
20      Q.   You mentioned, you know, animal
21 studies have -- you know, have shown changes.
22      Which of those changes have
23 been ident -- in the fetal human brain, which
24 of those changes have been identified by the
25 scientific community as accepted prenatal

14 (Pages 50 to 53)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 54

1  changes that lead to ADHD?
2  MS. HUNT: Object to form.
3  You can answer.
4  THE WITNESS: So you mentioned
5  animals. Are you asking about humans
6  or animals?
7  QUESTIONS BY MR. PADGETT:
8  Q.  I'm asking which of the
9  change -- any changes seen in prenatal or,
10  you know, up to PN 10 dosing of chemicals --
11  of any chemical that have been shown to be
12  mechanisms accepted by the scientific
13  community as leading to ADHD.
14  A.  I'm sorry, I'm really confused
15  now because you were talking about human
16  prenatal, but now you're talking about
17  dosing. I'm not trying to be difficult now.
18  I just really don't understand the question
19  now.
20  Q.  Can you identify any
21  biochemical changes seen in any scientific
22  research, whether human or animal, that have
23  been -- in the fetal brain that have been
24  accepted by the scientific community as
25  leading to ADHD?

Page 55

1  MS. HUNT: Object to the form
2  of the question.
3  Answer, if you can.
4  QUESTIONS BY MR. PADGETT:
5  Q.  In humans.
6  A.  I don't know how to answer your
7  question.
8  Q.  Have you -- you know, we talked
9  briefly about Baker 2023.
10  Have you published any
11  peer-reviewed articles or literature other
12  than Baker 2023 on acetaminophen?
13  A.  I don't believe I have.
14  (Pearson Exhibit 68 marked for
15  identification.)
16  QUESTIONS BY MR. PADGETT:
17  Q.  I'm going to hand you what's
18  been marked as Exhibit 68 and ask you to
19  confirm that's a copy of the Baker 2023
20  study.
21  A.  It is.
22  (Pearson Exhibit 69 marked for
23  identification.)
24  QUESTIONS BY MR. PADGETT:
25  Q.  Okay. I'm going to hand you

Page 56

1  what's been marked as Exhibit 69 and
2  represent to you this is a portion of a draft
3  of Baker 2023 with comments from a PBL1 and a
4  BBH2R1.
5  Do you see that?
6  A.  Yes.
7  Q.  And it's -- PEARSON_01872 is
8  the Bates number.
9  Do you see that?
10  A.  I see that.
11  Q.  Okay. Are you PBL1 there?
12  A.  I am.
13  Q.  Okay. And is Brennan Baker,
14  BBH2R1, the -- and eventually the lead author
15  of Baker 2023?
16  A.  Yes.
17  Q.  And do you see there, the first
18  comment says, quote, "The title needs to be
19  more provacative or at least signal the
20  findings better," end quote.
21  Do you see that?
22  A.  Yes.
23  Q.  Okay. And you're referring to
24  a previous proposed title of "Effect of
25  acetaminophen exposure during gestation and

Page 57

1  lactation on mouse behavior in frontal cortex
2  gene expression," right?
3  A.  Yes.
4  Q.  Okay. And is this red your
5  proposed new title, "Developmental
6  acetaminophen exposure produces ADHD-like
7  behavioral alterations in mice, paren, in a
8  sex-dependent manner"?
9  A.  That was probably my
10  suggestion, yes.
11  Q.  Okay. And does Mr. Baker have
12  his Ph.D. now?
13  A.  He does, yes.
14  Q.  Okay. We'll call him
15  Dr. Baker.
16  And Dr. Baker responded to your
17  comment, quote, "I don't think we can say
18  'ADHD-like.' Can we say 'anxiety'," end
19  quote?
20  Do you see that?
21  A.  I see that.
22  Q.  Did you and Dr. Baker have any
23  discussion about this particular issue
24  offline, so to speak, about "ADHD-like" being
25  included in the title?

Golkow Litigation Services

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 58

1          MS. HUNT:  Object to form.
2          You can answer.
3          THE WITNESS:  I don't recall.
4    My assumption is we probably did.  And
5    I think I responded within the third
6    title, suggestion of the third title.
7    QUESTIONS BY MR. PADGETT:
8          Q.    Okay.  And the third title is
9    "Sex-specific neurobehavioral and frontal
10   cortex gene expression alterations following
11   developmental acetaminophen exposure in
12   mice," right?
13         A.    Yes.
14         Q.    Was that -- is that where you
15   landed?
16         A.    It's close, yeah.
17         Q.    Okay.
18         A.    It's close to where we landed,
19   yeah.
20         Q.    And the -- so the "ADHD-like"
21   language that you proposed is not included in
22   the title of the published study, right?
23         A.    It was not included, yes.
24         Q.    Did Dr. Baker feel that the
25   findings of the 20 -- Baker 2023 study did

Page 59

1    not support using "ADHD-like" in the title?
2          MS. HUNT:  Object to form.
3          You can answer.
4          THE WITNESS:  You would have to
5    ask Dr. Baker himself.  I don't -- I
6    don't want to put words in his mouth.
7    QUESTIONS BY MR. PADGETT:
8          Q.    You don't specifically recall
9    whether in your conversations offline, so to
10   speak, he indicated that?
11         MS. HUNT:  Same objection.
12         You can answer.
13         THE WITNESS:  I don't remember
14   if we discussed this any further.
15   QUESTIONS BY MR. PADGETT:
16         Q.    And I've looked at some of the
17   other background materials related -- leading
18   up to the submission of Baker 2023 for
19   publication.
20         At the outset, Dr. Baker's
21   proposed research project was focused on
22   ADHD, right?
23         MS. HUNT:  Object to the form
24   of the question, including the
25   prefatory statement.

Page 60

1          You can answer.
2          THE WITNESS:  Dr. Baker was
3    interested in understanding -- using a
4    mouse model to understand ADHD-like
5    effects of acetaminophen, yes.
6    QUESTIONS BY MR. PADGETT:
7          Q.    And that was the impetus for
8    the study that you -- that Dr. Baker and the
9    rest of the team, including you, put
10   together, right?
11         MS. HUNT:  Object to form.
12         You can answer.
13         THE WITNESS:  We were
14   interested in all of
15   neurodevelopmental effects, not just
16   ADHD, but ADHD was a central focus.
17   QUESTIONS BY MR. PADGETT:
18         Q.    Okay.
19         A.    Yeah.
20         Q.    Baker 2023 showed a lack of
21   hyperactivity in treated animals, right?
22         MS. HUNT:  Object to form.
23         You can answer.
24         THE WITNESS:  Well, there was a
25   change in local motor activity.  There

Page 61

1    was less activity in males.
2    QUESTIONS BY MR. PADGETT:
3          Q.    So it was the -- it was
4    hypoactivity, the opposite of hyperactivity,
5    correct?
6          A.    Hypoactivity.
7          Q.    Okay.  So it showed a lack of
8    hyperactivity in treated animals, correct?
9          A.    There was a disruption in
10   activity.
11         Q.    That's not my question.
12         Baker 2023 showed a lack of
13   hyperactivity in treated animals, right?
14         MS. HUNT:  Object to form.
15         You can answer.
16         THE WITNESS:  There was,
17   strictly speaking, a lack of
18   hyperactivity.
19   QUESTIONS BY MR. PADGETT:
20         Q.    If you could turn to page 9 of
21   Baker 2023.  In the paragraph, the first full
22   paragraph, first sentence, it says right
23   there that the results demonstrate a lack of
24   hyperactivity, right?
25         A.    Yeah, but it does not preclude

16 (Pages 58 to 61)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 62

1    ADHD relevance.
2        Q.    Okay.  And I guess later in
3    that paragraph there's a reference to
4    spontaneously hyperactive rats, SHR rats --
5        A.    Yes.
6        Q.    -- show ac -- show
7    hyperactivity, impulsivity and inattention in
8    other tests, even though there was one study
9    that showed them being less active in an open
10   field test; is that right?
11       A.    Yes.  It says they're less
12   active than the Wistar Kyoto rats in the
13   running wheel and less active in Sprague
14   Dawley rats in open field tests.
15       Q.    Baker 2023 is a mouse study,
16   right?
17       A.    It is a mouse study.
18       Q.    And with regard to
19   hyperactivity, impulsivity and inattention,
20   there was no finding consistent with those
21   three behavioral traits for ADHD in Baker
22   2023, correct?
23            MS. HUNT:  Object to the form
24   of the question.
25            You can answer.

Page 63

1            THE WITNESS:  You're asking
2    whether Baker 2023 had findings with
3    respect to impulsivity,
4    inattentiveness and hyperactivity?
5    QUESTIONS BY MR. PADGETT:
6        Q.    Yes.  Consistent with ADHD.
7        A.    Well, animal models don't have
8    to have directional concordance to be
9    relevant, as I state clearly in my expert
10   report.  That's a -- that's misconstruing
11   the animal model literature.
12       Q.    I've already discussed
13   hyperactivity.
14            Was there any assay test in
15   Baker 2023 in which the findings were
16   consistent with the animal model for ADHD for
17   impulsivity?
18       A.    We didn't look directly at
19   impulsivity.  We looked at attention and
20   focused on attention, not impulsivity.
21       Q.    Was there any assay or test in
22   Baker 2023 that showed a finding consistent
23   with the ADHD animal model for -- with regard
24   to attention?
25            MS. HUNT:  Object to the form

Page 64

1    of the question.
2            You can answer.
3            THE WITNESS:  Well, we -- if
4    you look at the five-choice data, even
5    though it was not statistically
6    significant, we only had it in a four
7    per sex, we saw biologically
8    potentially meaningful differences in
9    omission data, for instance.
10           So in panel B on Figure 6,
11   males had higher omissions in the
12   variable delay probe.  So, for
13   instance, Figure 6B on the third
14   column, males had more omissions in
15   the premature responses.  They had
16   more premature responses, which
17   actually indicates maybe they had more
18   impulsivity.
19           So there's maybe some
20   suggestions that there's some
21   inattentiveness and some impulsivity,
22   but we were a bit underpowered.  But
23   this was a limitation in the number of
24   Bussey chambers, which are the
25   operative chambers that we have access

Page 65

1    to.
2            So unfortunately, in the Baker
3    2023 paper, we just don't have enough
4    data for the attentional and
5    impulsivity types of measures, so more
6    data are needed to actually say
7    anything about attention and
8    impulsivity.
9    QUESTIONS BY MR. PADGETT:
10       Q.    So you're unable -- strike
11   that.
12       A.    There might -- but there still
13   can be meaningful pilot information that
14   could be drawn from this study, regardless.
15   But we were conservative about the
16   conclusions we were trying to draw from it
17   because it's not very statistically powered
18   to try to draw any conclusions.
19       Q.    Can you go to the top -- the
20   bottom of page 9, please?
21       A.    Sure.
22       Q.    And it goes -- there's a
23   sentence that goes over to page 11, because
24   there's a chart there.
25            The study article specifically

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 66

```
1    states that developmental APAP -- and can we
2    agree that APAP is the same as acetaminophen?
3        A.    Yes.
4        Q.    "Developmental APAP exposure
5    was not associated with mouse attention
6    deficits in the five-choice serial-reaction
7    task test."
8        A.    I'm not seeing what you're
9    seeing, but I'm sure that's what we say here.
10       Q.    It's at the top of page 11.
11       A.    Okay.  Yes.
12       Q.    And then you recall, I think
13   from -- I believe it was Exhibit 69,
14   Dr. Baker asks whether anxiety could be used
15   in the title.
16            With regard to anxiety, that's
17   discussed in the conclusion of the article.
18   Can you turn to that, please?
19            First, I have a couple of
20   questions about anxiety.  And if you want to
21   refer to your report, you can.
22            But at pages 22 to 23 and 27 of
23   your amended report, there's a discussion
24   about the DSM-5 and neurodevelopmental
25   disorders, including specifically with regard
```

Page 67

```
1    to ASD and ADHD.
2            Do you recall that?
3        A.    I'd like to get there.
4            You said 22?
5        Q.    Yes.  And 27 to 28.
6        A.    Okay.
7        Q.    Do you -- do the DSM-5 criteria
8    for ASD include anxiety?
9            MS. HUNT:  Object to form.
10           And, Counsel, I'll let this go,
11   but if we're going to go deep into the
12   DSM criteria, I'd ask that he have a
13   copy.
14           MR. PADGETT:  He discusses it
15   in detail in his report.
16           MS. HUNT:  That's fine.  But if
17   you're asking him about a specific
18   diagnostic criteria in detail, I'd ask
19   that he have a copy.  At this level,
20   it's fine.
21           THE WITNESS:  I don't believe
22   anxiety is a diagnostic criteria, but
23   anxiety is a large component of
24   autism.
25
```

Page 68

```
1    QUESTIONS BY MR. PADGETT:
2        Q.    Anxiety is a symptom of
3    numerous varied neurodevelopmental disorders.
4        Agree?
5            MS. HUNT:  Object to form.
6            You can answer.
7            THE WITNESS:  It may be, but
8    not necessarily.
9    QUESTIONS BY MR. PADGETT:
10       Q.    Do the DSM -- do you know
11   whether the DSM criteria for ADHD includes
12   anxiety?
13           MS. HUNT:  Object to form.
14           You can answer.
15           THE WITNESS:  I would have to
16   see the DSM criteria.
17   QUESTIONS BY MR. PADGETT:
18       Q.    Okay.  Did you look at the DSM
19   criteria when you were putting your report
20   together?
21           MS. HUNT:  Object to form.
22           You can answer.
23           THE WITNESS:  No, I didn't look
24   at them in detail.
25
```

Page 69

```
1    QUESTIONS BY MR. PADGETT:
2        Q.    Okay.  So are you aware whether
3    the only neurodevelopmental disorder that
4    includes anxiety in its diagnostic criteria
5    set forth in the DSM-5 is child --
6    childhood-onset fluency disorder, also known
7    as stuttering?
8            MS. HUNT:  Object to form.
9            You can answer.
10           THE WITNESS:  That's outside of
11   the purview of my mandate for this
12   proceedings.
13   QUESTIONS BY MR. PADGETT:
14       Q.    So you --
15       A.    I -- that's not something I
16   have expertise in.
17       Q.    So you don't know; is that
18   right?
19       A.    That's not -- that's not
20   something that's part of my expertise, is
21   that particular disorder, so...
22           MS. HUNT:  Counsel, if we're
23   going to do a pop quiz on the DSM, I
24   would ask that you bring a copy so we
25   can look at it together.
```

18 (Pages 66 to 69)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 70

1        MR. PADGETT:  He just said it
2    wasn't part of his purview.
3    QUESTIONS BY MR. PADGETT:
4        Q.    But my question is, so you
5    don't -- my -- is, so you don't know whether
6    or not stuttering is the only
7    neurodevelopmental disorder that has anxiety
8    in the DSM-5 criteria?  That's my question.
9        MS. HUNT:  Object to form.
10        You can answer.
11        THE WITNESS:  Yeah, again, I'm
12    not a clinician.  I know a large
13    amount about anxiety and how to
14    measure it in animals.  If you'd like
15    to ask me about that, I'd love to tell
16    you about that.
17        But this is -- the DSM -- this
18    is background information that was
19    intended to provide background and to
20    help the reader orient.
21    QUESTIONS BY MR. PADGETT:
22        Q.    It's -- similar question.
23        As you sit here today, do you
24    know whether or not stuttering is the only
25    neurodevelopmental disorder that includes

Page 71

1    anxiety in its diagnostic criteria set forth
2    in the DSM-5?
3        MS. HUNT:  Objection.  Asked
4    and answered multiple times.
5        You can answer again.
6        THE WITNESS:  That is not
7    something I know about, no.
8        MS. HUNT:  Counsel, we've been
9    going a little over an hour.  Is this
10    a good time for a break?
11        MR. PADGETT:  Sure.
12        VIDEOGRAPHER:  The time right
13    now is 9:48 a.m., and we're off the
14    record.
15    (Off the record at 9:48 a.m.)
16        VIDEOGRAPHER:  The time right
17    now is 10:03 a.m., and we're back on
18    the record.
19    QUESTIONS BY MR. PADGETT:
20        Q.    Back from a little break,
21    Dr. Pearson.  Just a couple quick follow-up
22    questions on the Baker 2023 study.
23        If you could turn to page 11,
24    it's right before that last paragraph of the
25    article.

Page 72

1        You indicate there that the
2    open field and pup ultrasonic vocalizations
3    tests indicated elevated anxiety in male
4    offspring exposed to -- developmentally to
5    APAP.
6        First of all, with regard to
7    pup ultrasonic vocalizations, you're talking
8    about the change seen with regard to
9    decreased -- sorry, increased vocalizations,
10    right?
11        A.    Yes.
12        Q.    And with regard to -- was there
13    any -- I don't -- I didn't see it.  Was there
14    anything in the study discussing that these
15    USVs, the ultrasonic vocalizations, were
16    unusual?
17        A.    In this paper we discuss the
18    vocalizations in the sense that they're --
19    there's sex differences in the presentation
20    of them and the fact that the pattern of them
21    are aberrant based on the prenatal exposure
22    to the medication.
23        Q.    So they're increased, and how
24    were they aberrant?
25        A.    So in that the males are

Page 73

1    exhibiting more relative to the controls.
2    That exposed males are exhibiting more
3    vocalizations relative to the unexposed
4    males.
5        Q.    So when you say "aberrant,"
6    that's the same as more, or increased, right?
7        A.    Increased or decreased would be
8    aberrant.
9        Q.    Okay.  And with regard to the
10    open field test, are you -- the only thing
11    that I saw statistically significant was the
12    decreased total ambulatory movement for the
13    males as reflected in Figure 2.
14        Is that right?
15        A.    I'm going to Figure 2.
16        Q.    At least following a Bonferroni
17    correction, right?
18        A.    I'm sorry, could you say that
19    again?
20        Q.    The only -- the only finding
21    that was statistically significant with
22    regard to the open field testing following
23    Bonferroni correction was the total
24    ambulatory movement as reflected in Figure 2
25    on page 4, correct?

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 74

1     MS. HUNT: Object to the form
2  of the question.
3     You can answer.
4     THE WITNESS: That's not
5  correct.
6     So the ambulatory movements
7  were statistically different, the
8  rearings were different, and the
9  center durations were different based
10  on treatment.
11  QUESTIONS BY MR. PADGETT:
12     Q.    My question was following
13  Bonferroni.
14     A.    Bonferroni?
15     Q.    Bonferroni. Correction.
16     The plus sign is for Bonferroni
17  correction statistical significance, and the
18  asterisk is following Bonferroni correction,
19  correct?
20     MS. HUNT: Object to the form
21  of the question.
22     You can answer.
23     THE WITNESS: That's not
24  entirely correct. So I believe you're
25  looking at Figure 2B?

Page 75

1  QUESTIONS BY MR. PADGETT:
2     Q.    Yes.
3     A.    That's for the sex stratified
4  analysis?
5     Q.    Okay. Let me put it -- let me
6  ask it this way.
7     The open field test finding of
8  anxiety was based on the finding of decreased
9  total ambulation and decreased rearings in
10  the male mice as reflected in Figure 2,
11  correct?
12     A.    That is the main finding in the
13  open field test, but the open field test is
14  not just measuring anxiety. In fact, that's
15  not the main finding of the open field.
16  That's locomotor -- locomotor behavior.
17     But you can also evaluate risk
18  assessment behavior, thigmotaxis behavior and
19  other behavioral paradigms, other behavioral
20  parameters, in the open field test.
21     Q.    All right. And the main --
22  when you say the main focus of the -- as it
23  relates to testing for ADHD, the main focus
24  of the open field test is that you're looking
25  for increased ambulation in the treated

Page 76

1  animals, or increased rearings in the treated
2  animals, that would be consistent with the
3  ADHD model, correct?
4     MS. HUNT: Objection to form.
5     THE WITNESS: That is not
6  correct. Sorry. Apologies. That is
7  not correct.
8     We're not looking for
9  disturbances in these behavioral
10  paradigms. Directionality is not
11  required. We're looking for
12  perturbations in these behavioral
13  readouts. Increases in these
14  behaviors that are statistically
15  significant, decreases in these
16  behaviors that are statistically
17  significant can still be relevant for
18  ADHD-like behaviors.
19     We're not measuring ADHD in
20  these animals. They are animals, not
21  people.
22  QUESTIONS BY MR. PADGETT:
23     Q.    And then with regard to
24  anxiety, do you see where it says, second,
25  the open -- after you discussed the open

Page 77

1  field and USV tests, there was no effect in
2  the elevated plus maze, which is a common
3  assay for anxiety-related behavior, right?
4     A.    You're on page 11?
5     Q.    Yes.
6     MS. HUNT: Object to the form
7  of the question.
8     You can answer.
9     THE WITNESS: So if you're
10  asking me whether there were changes
11  in the elevated plus maze -- is that
12  your question?
13  QUESTIONS BY MR. PADGETT:
14     Q.    Yes.
15     A.    There were not changes in the
16  elevated plus maze. Statistically
17  significant changes in the elevated plus
18  maze.
19     Q.    And as you state there, that --
20  that is a common assay for anxiety-related
21  behavior, right?
22     A.    It is a common rodent test for
23  anxiety-related behavior.
24     Q.    So to the extent the conclusion
25  is that open field and pup ultrasonic were

20  (Pages 74 to 77)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 78

1    consistent with anxiety, the elevated plus
2    maze was not consistent with increased
3    anxiety --
4             MS. HUNT: Object to the --
5    QUESTIONS BY MR. PADGETT:
6        Q.    -- correct?
7             MS. HUNT: Sorry. Object to
8    the form of the question.
9             You can answer.
10            THE WITNESS: As I stated
11   previously, the open field test that
12   was run with these mice, the main
13   intention of this test was to look at
14   local motor behavior. But the task
15   can also be used to look at mood and
16   anxiety-relevant behaviors as well.
17   Not mood. Anxiety-related behaviors
18   as well. Risk assessment-related
19   behaviors.
20   QUESTIONS BY MR. PADGETT:
21       Q.    In your report, it looks like
22   pages 39 to 46, in the second half of that
23   section you discuss the ADHD model for --
24   ADHD animal model, right? And various assays
25   used for it?

Page 79

1        A.    In my -- in my report, I
2    discuss behavioral paradigms and outcome
3    variables that could be used to assess
4    outcomes that can be relevant for
5    neurodevelopmental outcomes such as ADHD and
6    ASD-relevant effects.
7        Q.    And, you know, in terms of the
8    expected results consistent with the animal
9    model for ADHD, that increased ambulation and
10   increased rearings is what would be expected
11   for consistency with the ADHD animal model,
12   correct?
13            MS. HUNT: Object to form.
14            You can answer.
15            THE WITNESS: That is not in
16   line with the testimony that I've
17   given.
18   QUESTIONS BY MR. PADGETT:
19       Q.    Okay. If that's what it says
20   in your report -- well, let me ask you this.
21            Have you -- you haven't amended
22   that section describing the animal model
23   assays for ASD and ADHD since your June 28 --
24   sorry, June 21 amended report, right?
25            MS. HUNT: Object to form.

Page 80

1             You can answer.
2             THE WITNESS: Are you asking me
3    whether I've amended that section
4    where I discuss the behavioral
5    paradigms?
6    QUESTIONS BY MR. PADGETT:
7        Q.    Yes.
8        A.    No, that's not been amended.
9        Q.    Okay.
10       A.    So the behavioral readouts that
11   have been provided here are examples of
12   behavioral paradigms. Any directionality of
13   discussion that's given here are provided as
14   examples. They're not provided as the only
15   types of readouts that are required to have
16   relevance for these behavioral readouts.
17            This is background information
18   that's provided as examples. This is not
19   meant to be comprehensive or the litmus test
20   for what's -- the only -- it's not
21   prescriptive as to what's required for the
22   outcomes for neurodevelopmental relevance.
23       Q.    We discussed unpublished
24   research earlier, and there was some such
25   unpublished research that you indicated you

Page 81

1    could not talk about because it was currently
2    in peer review.
3             Do you recall that discussion?
4        A.    I recall that discussion.
5        Q.    Okay. Are you relying on any
6    data or research that is currently in peer
7    review for your opinions in this case?
8        A.    No.
9        Q.    Do you anticipate providing a
10   supplemental report regarding that
11   unpublished research?
12            MS. HUNT: Objection.
13            You can answer.
14            THE WITNESS: As it states in
15   my report, I say that I'm open to any
16   new information that comes to light,
17   but my report is based solely on
18   published information -- published,
19   publicly accessible information in
20   forming my opinion and the weight of
21   evidence.
22   QUESTIONS BY MR. PADGETT:
23       Q.    I mean, the unpublished data
24   that has been submitted for peer review, do
25   you have an anticipated date on when you will

21 (Pages 78 to 81)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 82

1    learn of whether it's been accepted for
2    publication?
3                MS. HUNT:  Objection.
4                Answer, if you can.
5                THE WITNESS:  I do not have --
6    I can't refer to anything specifically
7    and answer that question.
8    QUESTIONS BY MR. PADGETT:
9        Q.    Are you part of any peer review
10   group for any unpublished data or research
11   relating to a study on acetaminophen and
12   neurodevelopmental disorders?
13               MS. HUNT:  Objection.
14               Answer, if you can.
15               THE WITNESS:  I can't answer
16   that.
17   QUESTIONS BY MR. PADGETT:
18       Q.    Not even whether you are?
19       A.    It's -- it would not be proper
20   for me to answer that question.
21       Q.    So when the unpublished
22   research was submitted for peer review, did
23   you disclose to whatever journal or journals
24   involved that you are doing -- you're being
25   paid by plaintiffs' counsel for this

Page 83

1    litigation?
2                MS. HUNT:  Object to form.
3                You can answer.
4                THE WITNESS:  So I'm just going
5    to go ahead and give some
6    clarification and go on the record by
7    saying I'm not indicating that I've
8    submitted anything, and I'm not
9    indicating that I'm peer reviewing
10   anything here.  So we should just
11   dispense with any discussion of any of
12   this.
13               If I were peer reviewing
14   anything, I'm not -- by the rules of
15   the journal, I'm not allowed to
16   discuss that.  So it would not be
17   proper for a continued discussion of
18   that.
19               And if I myself have data that
20   I'm submitting for publication, that's
21   the purview of my own research in my
22   own lab.
23               But again, if there's stuff
24   that's peer -- that I'm peer
25   reviewing, I'm not allowed to discuss

Page 84

1    that as per the rules of the journal.
2    QUESTIONS BY MR. PADGETT:
3        Q.    Let's go outside anything
4    specific.
5                If you were to submit in six
6    months a study for -- a study article for
7    publication involving acetaminophen and
8    possible neurodevelopmental effects, would
9    you disclose to the journal that you're
10   submitting it to that you were being paid by
11   the plaintiffs' counsel in this case?
12               MS. HUNT:  Object to the form
13   of the question.
14               You can answer.
15               THE WITNESS:  I would not need
16   to disclose that because I do not
17   receive funding for my research.  The
18   only things I would need to disclose
19   are my funding sources.  So I'm not
20   conflicted.
21               Now, if somebody would like to
22   give me a research for my -- give me
23   funding for my research, then I would
24   disclose that.
25

Page 85

1    QUESTIONS BY MR. PADGETT:
2        Q.    I think your report reflects
3    this, but did you look at documents produced
4    by the FDA in producing -- preparing your
5    report?
6        A.    I did.
7        Q.    Okay.  And those documents are
8    as recent as 2022, right?
9        A.    I do -- I do not recall the
10   recency of those documents, the date of the
11   recency of those documents, off the top of my
12   head.
13       Q.    Okay.  In any event, the
14   conclusion that the FDA has reached with
15   regard to any developmental neurotoxicity of
16   therapeutic doses of acetaminophen is not in
17   agreement with your opinions here, correct?
18               MS. HUNT:  Objection.
19   Misstates evidence.
20               You can answer.
21               THE WITNESS:  I've seen
22   opinions within FDA production that
23   individuals -- that the opinions are
24   mixed within the FDA, so I don't
25   necessarily agree with that statement.

22  (Pages 82 to 85)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 86

1    QUESTIONS BY MR. PADGETT:
2        Q.   Well, let me ask you this.
3        The FDA has not come up -- come
4    out with an FDA conclusion, publicly or
5    privately, as far as you know, based on the
6    documents reviewed, that are in agreement
7    with your conclusions in this case, agree?
8        MS. HUNT:  Object to the form
9    of the question.
10       Answer, if you can.
11       THE WITNESS:  To my knowledge,
12       the FDA hasn't seen my opinion, so how
13       would they be able to opine on my
14       conclusions?
15   QUESTIONS BY MR. PADGETT:
16       Q.   I'm not asking whether they've
17   seen it. I'm asking whether the FDA has come
18   out, either publicly or privately, with a
19   conclusion on behalf of the FDA that is
20   consistent with your opinions in this case.
21       MS. HUNT:  Same objection.
22       You can answer.
23       THE WITNESS:  My understanding
24       is that the FDA is continuing to
25       evaluate information as it comes.

Page 87

1    QUESTIONS BY MR. PADGETT:
2        Q.   Have you seen any such FDA --
3    any such conclusion on behalf of the FDA that
4    is consistent with your opinions in this
5    case?
6        MS. HUNT:  Object to the form
7    of the question.
8        You can answer.
9        THE WITNESS:  I haven't seen an
10       opinion from the FDA that is in
11       contradistinction to my opinion or
12       supports my opinion.
13   QUESTIONS BY MR. PADGETT:
14       Q.   Have you ever asked to serve on
15   any decision-making committee regarding drug
16   safety?
17       Have you ever been asked to
18   serve on any decision-making committee
19   regarding drug safety?
20       A.   Not to my recollection, no.
21       Q.   Have you ever been asked to
22   serve on any decision-making committee
23   regarding women's health?
24       MS. HUNT:  Object to form.
25       You can answer.

Page 88

1        THE WITNESS:  Any safety
2        committee regarding women's health? I
3        do not believe I have.
4    QUESTIONS BY MR. PADGETT:
5        Q.   As we're sitting here today,
6    August 2023, the American College of
7    Obstetricians and Gynecologists disagrees
8    with your general causation opinion that
9    acetaminophen is a developmental
10   neurotoxicant capable of causing ASD,
11   correct?
12       A.   My understanding is that the
13   ACOG has released their statement that -- to
14   that -- to that regard, yes. But I don't
15   think that every single member of ACOG is
16   necessarily in agreement with that.
17       Q.   And the same is true for the
18   Society for Maternal-Fetal Medicine. As of
19   today, the Society for Maternal-Fetal
20   Medicine does not agree with your opinion --
21   with your general causation opinion that
22   acetaminophen is a developmental
23   neurotoxicant capable of causing ASD,
24   correct?
25       MS. HUNT:  Object to form.

Page 89

1        You can answer.
2        THE WITNESS:  Similar to the
3        FDA, I don't think they've been able
4        to see my report, but I've seen
5        allusions to the -- to that regard,
6        yes.
7    QUESTIONS BY MR. PADGETT:
8        Q.   And same questions with regard
9    to ACOG and Society for Maternal-Fetal
10   Medicine.
11       As of today, those
12   organizations do not agree with you with
13   regard to your general causation opinion that
14   acetaminophen is a developmental
15   neurotoxicant capable of causing ADHD,
16   correct?
17       MS. HUNT:  Same objection.
18       You can answer.
19       THE WITNESS:  I would give the
20       same answer as before.
21   QUESTIONS BY MR. PADGETT:
22       Q.   Okay.  Are you aware of any
23   medical organizations in the United States
24   that as of today agree with your general
25   causation opinion here?

23  (Pages 86 to 89)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 90

1          MS. HUNT:  Object to form.
2     You can answer.
3          THE WITNESS:  I haven't
4     inventoried all the medical
5     organizations to see what their
6     opinions are with respect to this
7     topic, so it would be difficult for me
8     to answer that.
9     QUESTIONS BY MR. PADGETT:
10         Q.    Well, I'm just asking you, as
11    you sit here today, are you aware of any that
12    agree with your general causation opinion in
13    this case?
14         MS. HUNT:  Same objection.
15         You can answer.
16         THE WITNESS:  And I understand
17    from the Bauer consensus statement
18    that there's a lot of individuals that
19    are medical practitioners that have a
20    similar viewpoint.
21    QUESTIONS BY MR. PADGETT:
22         Q.    Are the signers of the Bauer
23    2021 consensus statement a medical
24    organization collectively?
25         A.    I don't know.

Page 91

1          Q.    Do you have a draft of an
2     additional expert report that you're working
3     on now, or anything like that?
4          MS. HUNT:  Object to the form
5     of the question.
6          Answer, if you can.
7          THE WITNESS:  I don't believe I
8     have another draft of an expert
9     report.
10    QUESTIONS BY MR. PADGETT:
11         Q.    Okay.  So as of today, we have
12    in writing whatever your opinions are in this
13    case, correct?
14         MS. HUNT:  Object to form.
15         You can answer.
16         THE WITNESS:  My opinion -- my
17    expert report is subject to change
18    based on new information, as it says
19    in my expert report.
20    QUESTIONS BY MR. PADGETT:
21         Q.    But as of today, your opinions
22    are set forth in your expert report --
23    reports, plural?
24         A.    That is a fair statement.
25         (Pearson Exhibit 70 marked for

Page 92

1     identification.)
2     QUESTIONS BY MR. PADGETT:
3          Q.    Okay.  I'm going to hand you
4     what's been marked as Exhibit 70.
5          Can you identify this
6     Exhibit 70 for me?
7          A.    Yes, this is a -- this is an
8     e-mail chain.
9          Q.    And there's an e-mail -- and
10    one of them -- this e-mail is from you, at
11    least the December 18, 2022, 11:21 a.m.
12    There's an e-mail from you to fellow
13    coauthors on the Baker 2023 study, right?
14         A.    Yes.
15         Q.    And it's Dr. Brennan -- sorry.
16    Dr. Baker, Dr. Hamblin and Dr. Yang, right?
17         A.    Yes.
18         Q.    And there you note that Baker
19    2023 has been accepted for publication,
20    correct?
21         A.    Yes.
22         Q.    Okay.  And then you state,
23    quote, "We are pissing off Johnson & Johnson
24    and all obstetricians simultaneously.  I'd
25    say that's impactful," period, end quote.

Page 93

1          Correct?
2          A.    Yes.
3          Q.    Okay.  At this time, you had
4     been engaged by plaintiffs' counsel -- strike
5     that.
6          At this time, you had at least
7     been contacted by plaintiffs' counsel for
8     this litigation nine months earlier, based on
9     your prior testimony?
10         A.    That sounds about right.
11         Q.    Okay.  Was one of your research
12    team's goals in conducting this study to make
13    an impact by, quote, pissing off, end quote,
14    Johnson & Johnson?
15         A.    No, that would not have been
16    the goal.
17         Q.    Why did you say this then as to
18    Johnson & Johnson specifically?
19         A.    Well, this statement just
20    reflects the sort of frustration at sort of
21    the inaction and controversy and skepticism
22    about the preclinical literature and the
23    observational epi literature, and the fact
24    that many of us scientists have been working
25    on this topic, and the fact that there's just

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 94

1 inaction and continued skepticism.
2       And so working on this and
3 working on this, and the fact that we talk
4 about this topic and it's met with disdain or
5 met with, again, to use the same term over
6 and over again, skepticism, finally getting
7 this paper accepted elicited this response,
8 which was a bit tongue in cheek.
9       Q.   And as we -- strike that.
10      And was one of your research
11 team's goals in conducting the study to make
12 an impact by, quote, "pissing off...all
13 obstetricians," end quote?
14      A.   No.
15      Q.   Did you or any others on your
16 research team follow up to see the extent
17 of it -- of any impact paid by pissing off
18 Johnson & Johnson?
19      A.   We did not follow up on that,
20 no.
21      Q.   Did you or any your research
22 team follow up to see the extent of any
23 impact made by, quote, "pissing off," end
24 quote, all obstetricians?
25      A.   No.

Page 95

1       Q.   Why did you find it impactful
2 to piss off all obstetricians?
3       MS. HUNT:  Object to the form
4 of the question.
5       You can answer.
6       THE WITNESS:  Can you restate
7 that question?  I'm sorry.
8 QUESTIONS BY MR. PADGETT:
9       Q.   Why did you find it impactful
10 to piss off all obstetricians, as you put it
11 here?
12      A.   We didn't.  Again, as I said,
13 this -- this statement just reflected our
14 excitement about finally getting our paper
15 published and being able to provide more
16 support for what we believe to be an
17 important topic.
18      Q.   So are you now retracting that
19 you'd say that this study was impactful?
20      MS. HUNT:  Object to --
21 QUESTIONS BY MR. PADGETT:
22      Q.   In pissing off J&J and all
23 obstetricians simultaneously?
24      MS. HUNT:  Object to the form
25 of the question.  Misstates testimony.

Page 96

1       Dr. Pearson, you can answer.
2       THE WITNESS:  If you're asking
3 me whether I think the impact of the
4 study is that it frustrates the
5 corporate entity and it frustrates
6 clinicians, that's not what we believe
7 the impact of the study actually is.
8       We believe the impact of the
9 study is by providing more and strong
10 evidence that the medication is a
11 neurodevelopmental toxicant that can
12 contribute to these health outcomes.
13      We think that it does challenge
14 this view that the corporate entity
15 and the clinicians have, and that is
16 important to us.
17 QUESTIONS BY MR. PADGETT:
18      Q.   Do you believe it's
19 inappropriate for an OB/GYN or a
20 maternal-fetal medicine physician to consider
21 treatment of fever and pain in pregnant women
22 an important issue?
23      MS. HUNT:  Object to the form
24 of the question.
25      You can answer.

Page 97

1       THE WITNESS:  Can you repeat
2 the question?
3 QUESTIONS BY MR. PADGETT:
4       Q.   Do you believe it's
5 inappropriate for an OB/GYN or a physician or
6 a maternal-fetal medicine physician to
7 consider treatment of fever and/or pain in
8 pregnant women an important issue?
9       MS. HUNT:  Same objection.
10      You can answer.
11      THE WITNESS:  I do -- I do not
12 think that a maternal-fetal medicine
13 doctor or obstetrician should not
14 consider that an important issue.
15 They should consider that an important
16 issue.
17      I would never argue the
18 alternative.
19 QUESTIONS BY MR. PADGETT:
20      Q.   And if you want to refer to
21 your report, you can.
22      In your summary of the study on
23 page 113 of your report, you note that a
24 single dose of 150 milligram per kilogram per
25 day was used, and you state that was at the

25 (Pages 94 to 97)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 98

1   high end of dosing, correct?
2       A.   You say on 113 on the report?
3       Q.   Yes.
4           MS. HUNT:  I'm sorry, can you
5   specify the study we're talking about?
6           MR. PADGETT:  We're talking --
7   sorry.  We're talking about Baker
8   2023.
9           MS. HUNT:  Thank you.
10          THE WITNESS:  Which paragraph?
11  QUESTIONS BY MR. PADGETT:
12      Q.   Strike that.
13          If you could turn to Baker
14  2023, it's exhibit...
15          Which exhibit is that?
16  Apologies.
17      A.   68.
18      Q.   68.
19          Turn to page 2, please.
20      A.   (Witness complies.)
21      Q.   And there on the right
22  common -- or column, you state that "the dose
23  of 150 milligrams per kilogram per day is
24  within the range of human exposure accounting
25  for allometric scaling and has previously

Page 99

1   been shown to result in the highest serum
2   concentrations of APAP without inducing liver
3   toxicity in mice."
4           Correct?
5       A.   That's what it states.
6       Q.   Okay.  Sorry.  Can you turn
7   back to page 113 of your report?
8       A.   I'm there.
9       Q.   Yeah.
10          Right after -- it's about the
11  fourth or fifth sentence there in your
12  summary for Baker 2023.  You state that you
13  opted to be at the high end of dosing to see
14  if an effect existed, right?
15      A.   That's what it states.
16      Q.   Okay.  And so this is --
17  150 milligrams per kilogram per day is not
18  just at the high end of dosing, but Baker
19  2023 confirms that doses above 100 milligrams
20  per kilogram per day can induce liver
21  toxicity, right?
22      A.   Baker, et al., does not say
23  that.
24      Q.   At what levels have liver
25  toxicity been shown in mice?

Page 100

1           MS. HUNT:  Objection.
2   QUESTIONS BY MR. PADGETT:
3       Q.   With acetaminophen.
4           MS. HUNT:  Object to the form
5   of the question.
6           You can answer.
7           THE WITNESS:  There's -- that's
8   a massive literature, so you might
9   have to narrow a bit.
10  QUESTIONS BY MR. PADGETT:
11      Q.   Has a 150 milligrams per
12  kilogram dose been shown to cause liver
13  toxicity in mice?
14          MS. HUNT:  Object to the form
15  of the question.
16          You can answer.
17          THE WITNESS:  It would depend
18  on your definition of liver toxicity.
19          If your measure is AS -- an AST
20  elevation, an ALT elevation, liver
21  necrosis, liver failure -- I mean, if
22  you're referring to a specific study,
23  I'd be happy to look at it.
24          But generally 100 milligrams
25  per kilogram does not cause liver

Page 101

1   toxicity in mice.
2   QUESTIONS BY MR. PADGETT:
3       Q.   But 150 milligrams per
4   kilogram?
5       A.   Generally, no.
6       Q.   Okay.  Has 150 milligrams per
7   kilogram been shown in published literature
8   to show liver toxicity in mice?
9       A.   I would repeat my response from
10  before.  It depends on your definition of
11  liver toxicity.
12      Q.   Did you review Dr. Cabrera's
13  report in this case?
14      A.   I did.
15      Q.   It was previously marked as
16  Exhibit 12 in this litigation.  I'll hand it
17  to you, if you want to have it handy.
18          But I'm referring to page 34.
19          MS. HUNT:  Do you have an extra
20  copy, Counsel?
21          MR. PADGETT:  Oh --
22          MS. KAPKE:  We don't.  I'm
23  sorry.
24          MR. PADGETT:  We don't.  I'm
25  sorry.

26 (Pages 98 to 101)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 102

1    MS. KAPKE: It's the Cabrera
2    report.
3         MS. HUNT: Okay. In the
4    future, I'd just --
5         MR. PADGETT: Yeah.
6         MS. HUNT: -- ask for the
7    courtesy of having a copy for me,
8    please.
9    QUESTIONS BY MR. PADGETT:
10        Q.   Dr. Cabrera put the mouse
11   single therapeutic dose, and it's in bold on
12   page 34 there, at 150 to 200 milligrams per
13   kilogram, as reported from experimental
14   studies and calculated using human equivalent
15   conversions, right?
16        A.   In bold it states, "Based on
17   these data and calculations, a mouse dose of
18   approximately 150 to 200 milligrams per
19   kilogram." And then it goes on.
20        Q.   Would be in the therapeutic --
21        A.   In the therapeutic range.
22        Q.   Okay. And he also states that
23   a rat single therapeutic dose would be at 100
24   to 150 milligrams per kilogram, as reported
25   from experimental studies and calculated

Page 103

1    using AGD conversions, correct?
2         A.   That's what I read.
3         Q.   Okay. So the human -- do you
4    agree that human equivalent therapeutic dose
5    in mice is there's -- is therefore somewhere
6    below 150 milligrams per kilogram per day?
7         MS. HUNT: Object to form.
8    You can answer.
9         THE WITNESS: You're asking
10   whether I think it's below this?
11   QUESTIONS BY MR. PADGETT:
12        Q.   Below 150 milligrams per
13   kilograms per day for mice.
14        A.   I don't --
15        MS. HUNT: Same objection.
16        THE WITNESS: -- necessarily
17   agree with that, no.
18   QUESTIONS BY MR. PADGETT:
19        Q.   Strike that. Strike that.
20        Would you agree that the human
21   equivalent single therapeutic dose in mice is
22   somewhere below 150 milligrams per kilogram?
23        MS. HUNT: Object to the form
24   of the question.
25        Answer, if you understand it.

Page 104

1         THE WITNESS: No, I think
2    that's a -- I don't think you can
3    narrow it to a single point like that.
4    It depends on the study. It depends
5    on the route of administration. It
6    depends on the application. It
7    depends on if you're looking for fever
8    reduction. It depends on if you're
9    looking for pain. It depends on if
10   you're doing toxicity. Amongst other
11   things.
12   QUESTIONS BY MR. PADGETT:
13        Q.   And I'm talking about the human
14   equivalent therapeutic dose in mice.
15        Would you a -- as in per the
16   label, would you agree that it is somewhere
17   below 150 milligrams per kilogram for a
18   single dose?
19        MS. HUNT: Objection. Form.
20        Dr. Pearson, you can answer.
21        THE WITNESS: Well, this is
22   Dr. Cabrera's report. Dr. Cabrera is
23   saying it's between 100 --
24   approximately 150 to 200 milligrams
25   per kilogram.

Page 105

1         I don't have any strong reason
2    to disagree with Dr. Cabrera.
3    QUESTIONS BY MR. PADGETT:
4         Q.   Okay.
5         A.   So in that sense, I would not
6    agree with you.
7         Q.   Would you agree that a human
8    equivalent therapeutic dose in mice, using
9    Dr. Cabrera's numbers, would be below
10   200 milligrams per kilogram for a single
11   dose?
12        MS. HUNT: Object to the form
13   of the question.
14        You can answer.
15        THE WITNESS: I would concur
16   with Dr. Cabrera, which is
17   approximately 150 to 200 milligrams
18   per kilogram as a human equivalent
19   dose, as stated in his report.
20   QUESTIONS BY MR. PADGETT:
21        Q.   Therapeutic dose, right?
22        MS. HUNT: Object to form.
23        You can answer.
24        THE WITNESS: No. He's saying
25   is therapeutic, not therapeutic dose.

27 (Pages 102 to 105)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 106

1    QUESTIONS BY MR. PADGETT:
2        Q.    Okay.
3        A.    He's saying what is
4    therapeutic.  He's not saying a therapeutic
5    dose.
6        Q.    Did you exclude --
7        A.    There's a difference.
8        Q.    Sorry.
9             Did you exclude studies from
10   your report that administer a dose above
11   200 milligrams per kilogram in mice or rats?
12            MS. HUNT:  Object to form.
13   QUESTIONS BY MR. PADGETT:
14       Q.    In your weight of evidence
15   analysis.
16       A.    In my weight of evidence
17   analysis, I certainly excluded studies that
18   were not just above 200, but well above 200 I
19   excluded.
20       Q.    Beck -- the Beck study was
21   including your weight of analysis, correct?
22       A.    I included that, yes.
23       Q.    Okay.  And that was -- that
24   involved doses at 250 milligrams per kilogram
25   and 500 milligrams per kilogram, correct?

Page 107

1        A.    It was, I believe, zero, 250
2    and 500, if I remember correctly.  I can
3    look.
4        Q.    And --
5        A.    125 as well.
6        Q.    But it did include 250 and
7    500 milligrams per kilogram single dose?
8        A.    Zero, 125, 250, 500.
9        Q.    Okay.  And Rigobello, among its
10   dosing -- doses included 350 milligrams per
11   kilogram, correct?
12       A.    I would have to look.
13       Q.    Sure.  It's in your...
14       A.    Rigobello was mouse.
15       Q.    You have a chart on mouse --
16   mice.
17       A.    Yeah, I'm looking for that
18   right now.
19       Q.    Rigobello was rat.
20       A.    Rigobello was rat?
21       Q.    Yes.  Page 83 of your report.
22       A.    Yeah, so that was zero, 35 and
23   350.
24       Q.    So you included Rigobello in
25   your weight of evidence analysis even though

Page 108

1    it was -- included a dose of 350 milligrams
2    per kilogram single dose, right?
3        A.    I included Rigobello.
4        Q.    Okay.  Are your opinions in
5    this case not limited to answering the
6    question of whether exposure to therapeutic
7    doses in humans of acetaminophen in utero can
8    cause ASD or ADHD?
9        A.    The specific language I used in
10   my report was whether reasonable doses of
11   acetaminophen contribute to
12   neurodevelopmental disorders such as ASD-like
13   and ADHD-like outcomes in rodent models and
14   in vitro models.
15       Q.    Can you turn to page 4 of your
16   report?
17       A.    (Witness complies.)
18       Q.    Under mandate there --
19       A.    Yes.
20       Q.    -- you state, quote, "My expert
21   report addresses whether there is a
22   biologically plausible explanation for the
23   increased risk of neurodevelopmental
24   disorders ASD and ADHD in offspring with
25   prenatal use of APAP, and whether the

Page 109

1    preclinical literature supports that
2    therapeutic, clinical and translationally
3    relevant preclinical doses of APAP show
4    evidence of harm to the central nervous
5    system, particularly to the developing
6    mammalian brain."
7             Did I read that right?
8        A.    Yeah.  And in parentheses,
9    "They were translationally relevant."
10            "What is translationally
11   relevant are rodent doses that are well below
12   those causing acute liver failure, and
13   particularly the doses that are analgesic or
14   antipyretic in that species and lower."
15       Q.    So regardless of whether it was
16   equivalent of a therapeutic human dose, if it
17   was below doses causing acute liver failure
18   in a rodent, you included it?
19            MS. HUNT:  Object to the form
20       of the question.
21            You can answer.
22            THE WITNESS:  And it states
23       here it's translationally relevant.
24   QUESTIONS BY MR. PADGETT:
25       Q.    If you could turn to page 2,

28 (Pages 106 to 109)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 110

1    left column, middle of the first column of
2    Baker 2023.
3        A.    Middle of the left column?
4        Q.    Yes.
5        A.    Okay.
6        Q.    It states -- do you see the
7    sentence that starts "Finally"?  About the
8    middle of the first full paragraph.
9        A.    Middle of the first full
10    paragraph.  I'm having trouble finding that.
11        MS. HUNT:  I am, too.
12    QUESTIONS BY MR. PADGETT:
13        Q.    Page 2, left column, first
14    paragraph, middle of that paragraph.  It
15    starts with "Finally, the mechanisms."
16        A.    Is it -- can you tell me...
17        Q.    It's right before Philippot
18    2018.
19        MS. HUNT:  Oh.
20        THE WITNESS:  Oh, I see it.
21    QUESTIONS BY MR. PADGETT:
22        Q.    Okay.
23        A.    I've got it.  "Finally, the
24    mechanisms linking."  Okay.
25        Q.    There you state, quote,

Page 111

1    "Finally, the mechanisms linking APAP
2    exposure to abnormal neurodevelopment are
3    unclear," period, end quote.
4        Do you still agree with that
5    statement?
6        A.    In part.  But what the
7    statement is indicating is that we don't know
8    everything.  Just because we don't know
9    everything doesn't mean we know anything.
10        So when we write in science,
11    when we're writing a grant proposal, when
12    we're writing a paper, we have to be very
13    conservative in how we write.  We have to say
14    that, you know, we don't know everything,
15    therefore, we need to learn more.  And that's
16    almost always the case.
17        Q.    What studies have been
18    published this year that now make clear --
19    that now make the mechanism linking APAP
20    exposure to abnormal neurodevelopment, quote,
21    clear, end quote?
22        A.    A lot of the studies are making
23    things clearer.  In 2021, 2022, 2023, there's
24    a lot that's been published.  In vitro
25    studies, in vivo studies, more epi, more

Page 112

1    biomarker studies.
2        Q.    I'm talking since publication
3    of Baker 2023.
4        A.    Klein, Xie, that's stuff
5    that --
6        Q.    Okay.
7        A.    -- that -- the rate that the
8    studies are coming out, it's compounding.
9        Q.    And Klein 2023 included dosing
10    at 350 milligrams per kilogram --
11        A.    Yes.
12        Q.    -- which is more than twice the
13    high end of the dosing referred to in Baker
14    2023 of 150 milligrams per kilogram, correct?
15        MS. HUNT:  Object to the form
16    of the question, as it relates to the
17    wrong species.
18        You can answer.
19        MR. PADGETT:  Object to form
20    only.
21        MS. HUNT:  Okay.
22        THE WITNESS:  So 350 milligrams
23    per kilogram can be appropriate if you
24    apply allometric scaling.
25        Rodents are not humans.  Rats

Page 113

1    and mice have heartbeats that are 500
2    times -- 500 beats per minute.  They
3    consume oxygen at rates that are much,
4    much higher than humans.
5        You can't do direct dosing
6    conversions between rodents and
7    humans.  That's not appropriate.
8    QUESTIONS BY MR. PADGETT:
9        Q.    But that's 150 milligrams per
10    kilogram higher than the high end of
11    Dr. Cabrera's therapeutic dose range of 150
12    to 200 milligrams per kilograms for a single
13    dose, right?
14        MS. HUNT:  Same objection.
15        You can answer.
16        THE WITNESS:  The Klein, et
17    al., study used allometric scaling in
18    their dose justification as well.
19        There's various approaches to
20    allometric scaling.  There's not
21    one -- there's not a single allometric
22    scaling approach.
23    QUESTIONS BY MR. PADGETT:
24        Q.    It's 150 milligrams per
25    kilograms higher, though, than the range

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 114

1  provided by Dr. Cabrera for rats for
2  therapeutic allometric dosing per a single
3  dose pursuant to his HE -- human equivalent
4  dose analysis. Agree?
5        A.   The --
6             MS. HUNT: Objection. Form.
7        You can answer.
8             THE WITNESS: Klein and
9        colleagues aren't relying on
10       Dr. Cabrera's expertise in deciding on
11       their dosing. They get to decide that
12       on their own.
13  QUESTIONS BY MR. PADGETT:
14       Q.   You reference -- you discuss in
15  Baker 2023 the upregulation of estrogen
16  response in females. This is on page 7,
17  bottom right.
18            Did you or your team do any
19  analysis to determine if these changes seen
20  were adverse or adaptive?
21       A.   If they were adverse or
22  adaptive. We did not have the funding to
23  follow up on those pathways.
24       Q.   Did you do any analysis to
25  determine if these changes were transient or

Page 115

1  permanent?
2        A.   We know these effects are not
3  transient because these effects were seen
4  after the dosing had ceased.
5        Q.   Does your -- does Baker 2023
6  describe how these findings would be
7  associated specifically with ASD?
8        A.   Are you asking me how these
9  effects are associated with ASD?
10       Q.   No.
11            Does Baker -- the Baker 2023
12  article describe how these findings would be
13  associated with ASD?
14       A.   The Baker 2023 paper does not
15  focus on ASD specifically.
16       Q.   Does Baker -- the Baker 2023
17  article describe how these findings would be
18  associated with ADHD?
19       A.   The relevance of these findings
20  to ADHD is discussed. The potential
21  relevance of these findings to ADHD is
22  discussed.
23       Q.   And that's the anxiety
24  discussed -- issues discussed in the
25  conclusion?

Page 116

1             MS. HUNT: Objection.
2  Misstates evidence.
3             You can answer.
4             THE WITNESS: The exposure of
5  the study, acetaminophen prenatal and
6  the epidemiology discussion, is
7  focused on neurodevelopmental impacts
8  of prenatal acetaminophen on ADHD.
9  ASD is discussed in the introduction
10 as well.
11            But the outcomes are discussed
12 more agnostically for disease, and we
13 do that intentionally because
14 neurodevelopmental disorders are
15 highly comorbid with each other. We
16 intentionally don't try to pin results
17 so tightly to one diagnostic outcome
18 for multiple reasons.
19            One, because of these
20 transdiagnostic effects. Also, the
21 outcomes we found weren't so
22 ASD-specific -- or, sorry,
23 ADHD-specific.
24            Also, we are dealing with
25 rodents. You know, rodents aren't

Page 117

1  little humans, as I've stated.
2  ADHD-like outcomes in rodents aren't
3  easy to model. It takes strong
4  expertise to be able to do this work.
5  We're very equipped to do that work.
6             So in our results, we talk
7  about our results as we find them and
8  are very conservative about how we do
9  that.
10            Our RNA sequencing results we
11 talk about in terms of pathways and
12 avoid trying to overattribute these
13 pathways to ASD and ADHD influences.
14 QUESTIONS BY MR. PADGETT:
15       Q.   If you turn to the conclusion
16 of Baker 2023 on page 11.
17            You state there -- there's a
18 sentence that starts "It."
19       A.   "It is also possible"?
20       Q.   Yeah.
21            Quote, "It is also possible
22 that ADHD is too complex a human disorder to
23 be translated into human behavior," end
24 quote.
25            As you sit here today, do you

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 118

1    agree with that statement in Baker 2023?
2         A.    What is -- what is attempting
3    to be communicated here is that you may not
4    be able to capture the full -- the full
5    entity that is human ADHD in a single animal
6    model.  You have to compartmentalize it into
7    symptoms and symptom domains.  So essentially
8    the idea that you can look for every aspect
9    of ADHD in one animal model might be
10   overambitious.
11        Q.    Is it your opinion that the
12   full range of ADHD in humans is captured by
13   the entirety of the animal models for ADHD?
14             MS. HUNT:  Object to the form
15        of the question.
16             You can answer.
17             THE WITNESS:  I believe that's
18        outside of the scope of my mandate for
19        this proceeding.
20   QUESTIONS BY MR. PADGETT:
21        Q.    I'm -- no, I think -- I think
22   it's very within your expert report, and it's
23   relevant to this quote, this line, from Baker
24   2023.
25             My question is, is it your

Page 119

1    opinion that the animal models for ADHD
2    collectively --
3         A.    Okay.  I understand.
4         Q.    -- capture the full range of
5    ADHD behaviors in humans?
6         A.    Yes.  That's a good question.
7             So I believe the animal models
8    can capture the full range of the behavior --
9    behavioral sequelae that are exhibited in
10   humans that are living with ADHD.
11        Q.    Animals cannot?
12        A.    Animals can.
13        Q.    Animals -- I'm sorry.  Animals
14   cannot talk, correct?
15        A.    Animals can communicate.
16        Q.    Animals cannot -- do you agree
17   that animals cannot talk like humans?
18             MS. HUNT:  Object to form.
19             You can -- you can answer.
20             THE WITNESS:  Animals can
21        communicate with vocal communication.
22   QUESTIONS BY MR. PADGETT:
23        Q.    Dr. Baker {sic}, my question
24   is, can rats or mice communicate in the
25   expressive language that humans can?

Page 120

1             MS. HUNT:  Object to form.
2             You can answer.
3             THE WITNESS:  Rats and mice do
4        not have a spoken language that is as
5        complex as humans do, but they do have
6        vocal communication, and they do have
7        a rich vocal repertoire that can be
8        measured.
9    QUESTIONS BY MR. PADGETT:
10        Q.    Are you consulting on any
11   litigated matters currently besides this
12   case?
13        A.    No.
14        Q.    Have you ever been involved in
15   any other litigation involving acetaminophen
16   exposure?
17        A.    No.
18        Q.    Have you ever been involved in
19   any litigation involving ASD or ADHD?
20        A.    I have not.
21        Q.    Have you ever been involved in
22   other litigation involving exposure to
23   medication or chemicals and allegations of
24   adverse health effects?
25        A.    I have not.

Page 121

1         Q.    Dr. Pearson, are you relying on
2    any other expert reports for your opinions in
3    this case?
4         A.    I relied on Dr. Cabrera,
5    Dr. Louie, Dr. Baccarelli, and Dr. Hollander.
6             Sorry.  I reviewed
7    Dr. Hollander; I didn't rely upon it.
8         Q.    And to be clear, I'm asking if
9    you relied on these other named experts.  You
10   already clarified you're not relying on
11   Dr. Hollander.
12             Have you relied on
13   Dr. Baccarelli, Dr. Cabrera and Dr. Louie for
14   your opinions in this case?
15             MS. HUNT:  Object to form.
16             You can answer.
17             THE WITNESS:  I cite all of
18        these reports that I just listed to
19        you in my report and defer to them on
20        a lot of their expertise.  Their
21        expert reports don't change my expert
22        report.
23             So I drafted my full expert
24        report before I reviewed theirs, and
25        having reviewed their expert reports,

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 122

1    it did not substantially change my
2    expert report.
3    QUESTIONS BY MR. PADGETT:
4        Q.    You said did not?
5        A.    It did not change my expert
6    report.  So having reviewed theirs, I did not
7    need to modify mine.
8        Q.    At page 3 of your expert
9    report, you describe, beginning of your
10   discussion, a weight of evidence methodology
11   that you reviewed published preclinical
12   studies evaluating the effects of gestational
13   and perinatal APAP exposure on
14   neurodevelopmental disorders.
15           And you are not limiting your
16   evaluation to ASD or ADHD specifically,
17   correct?
18           MS. HUNT:  Object to form.
19           You can answer.
20           THE WITNESS:  It's difficult
21       for me to answer your question.
22           Can you -- can you elaborate a
23       bit?
24   QUESTIONS BY MR. PADGETT:
25       Q.    In your evaluation of this

Page 123

1    case, did you evaluate these animal studies
2    based on effects related to
3    neurodevelopmental orders {sic} broadly or
4    just ASD or ADHD specifically?
5            MS. HUNT:  Objection.  Form.
6            You can answer.
7            THE WITNESS:  Animals don't
8        have ADHD or autism, so, accordingly,
9        I can't just -- I had to -- you know,
10       my catchment for the preclinical
11       studies has to include
12       neurodevelopmental search terms that
13       extend beyond ASD and ADHD.  So it's
14       beyond just ASD and ADHD.
15   QUESTIONS BY MR. PADGETT:
16       Q.    Okay.  And then you used the
17   term "perinatal APAP exposure" there.
18           Can you define what you mean by
19   perinatal there?
20       A.    So the exposure window includes
21   early postnatal exposures as well.
22       Q.    And for mice and rats, can you
23   tell me where the postnatal window ends if
24   you're talking equivalent to human gestation
25   and neurodevelopment?

Page 124

1            MS. HUNT:  Object to form.
2            You can answer.
3            THE WITNESS:  So it's -- I
4        believe it states clearly in my report
5        where that catchment was, but without
6        looking super clearly, I believe it
7        was either postnatal day 14 or 15?
8        Yeah.
9    QUESTIONS BY MR. PADGETT:
10       Q.    Was it PN -- is it postnatal
11   day 10 or postnatal day 14?
12       A.    Before I say for certain, I
13   would need to find it.
14           But the first -- the first one
15   or two weeks postnatal are equivalent to the
16   third trimester in human brain development.
17       Q.    Okay.
18       A.    So that's the justification to
19   include that as the -- in the exposure --
20   exposure window, to include the human
21   prenatal equivalent.
22       Q.    And did you include studies
23   in -- animal studies in your weight of
24   analysis evaluation that administered
25   acetaminophen after the equivalent of the

Page 125

1    human gestational neurodevelopmental period
2    of PN 10 or PN 14?
3        A.    There are studies that continue
4    the exposure beyond that window, but the
5    requirement was the exposure needed to begin
6    before that early postnatal period.
7        Q.    I'll probably butcher the
8    pronunciation here.  There's a series of rat
9    studies, the Blecharz-Klin studies.  There's
10   two, 2015, two studies, 2016, 2017, 2018 and
11   2019.
12           In those studies, the rats were
13   dosed until they were two months old, 60 days
14   old, right?
15       A.    Yes.
16       Q.    And if you could refer to
17   page 48 of your report, PN 60, postnatal day
18   60, is the equivalent of a young adult.
19   Agree?
20       A.    I would agree with that.
21           In my narrative review of those
22   studies, I acknowledge that extension of that
23   window, clearly.
24       Q.    And you mentioned that.
25           Did you knock off any points in

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 126

1    your scoring evaluation for that?
2        A.    I don't recall.
3        Q.    Is your -- is your response
4    that you do not recall knocking off points or
5    that you don't recall whether you did?
6        A.    I do not recall whether that
7    was a scorable criterion or not, the exposure
8    window.
9        Q.    Okay.
10       A.    I do not believe it was.
11       Q.    You agree that administration
12   of acetaminophen at -- in a rodent at two
13   months old does not correspond to human
14   gestation, right?
15            MS. HUNT:  Object to form.
16            You can answer.
17            THE WITNESS:  Exposure starting
18        at two months of age would certainly
19        be well outside of the exposure
20        window, but these animals were exposed
21        prenatally in addition to postnatally.
22   QUESTIONS BY MR. PADGETT:
23       Q.    So there's a couple of studies
24   that you excluded.  There's a long
25   footnote 7.  Do you remember a long footnote

Page 127

1    7 --
2        A.    I do.
3        Q.    -- of studies you excluded?
4            The Ishida 2007, Viswanathan
5    2019 studies, you excluded those because they
6    involved administration of acetaminophen in
7    four- to five-week-old rodents, right?
8        A.    Yes.
9        Q.    And your basis for excluding
10   those but not the Blecharz-Klin series of
11   studies is because the Ishida and Viswanathan
12   studies didn't involve the equivalent of
13   human gestation dosing?
14       A.    The difference between those
15   studies is that any effects of acetaminophen
16   would be solely attributable to adult
17   exposures.
18       Q.    So if we talk -- I think you
19   reference in your report that 20 -- that rat
20   gestation is 23 days, right?
21       A.    Approximately.
22       Q.    Okay.  If we add 10 days or
23   14 days on for postnatal equivalent of the
24   third trimester of human gestation, that
25   would be 33, 37 days, right?

Page 128

1        A.    That sounds about right.
2        Q.    And if you dose the rats all
3    the way up to 60, we're talking another
4    45 days or so of post-human equivalent
5    gestation dosing, right?
6        A.    I'll grant that, yeah.
7        Q.    And the testing, behavioral and
8    biochemical testing, in Blecharz-Klin in
9    those series of studies was immediately after
10   the last dosing at 60 days generally.
11            Is that correct?
12       A.    It depends on the study.  I
13   don't think they were all at 60 days.
14       Q.    Were many?
15       A.    I think some of them began --
16   began earlier.
17       Q.    All right.
18       A.    Some of the biochemical ones
19   started earlier, I thought.
20       Q.    In many of these studies,
21   though, the rats were dosed longer, like
22   45 days longer, than the human equivalent of
23   gestation and tested right after that dosing
24   ended, correct?
25       A.    They may have been, yeah.

Page 129

1            I'll also point out that if
2    you're doing an observational epidemiological
3    study, those individuals that are followed
4    up, they're still getting acetaminophen
5    postnatal as well.  So it's -- it's not --
6    it's ecologically relevant in some ways as
7    well.
8        Q.    In this Blecharz-Klin series of
9    studies, how are you able to determine -- how
10   were you able to determine whether the
11   effects observed in those studies occurred
12   from those -- the dosing up through PN 10 or
13   PN 14 versus the dosing from days 15 to 60?
14            MS. HUNT:  Object to form.
15            You can answer.
16            THE WITNESS:  In the -- in the
17        Blecharz-Klin studies, they do not
18        have controls that would allow to
19        discriminate the exact time point when
20        the cellular, molecular, behavioral
21        perturbation would occur.
22            On the other hand, there's
23        still strengths in these studies
24        because it's still demonstrating that
25        these prolonged exposures starting in

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 130

1   the prenatal periods are disturbing
2   biochemical and behavioral changes.
3           Now, it does limit the critical
4   window determination, these postnatal
5   exposures as well, and that's why I
6   fully acknowledge in my report the
7   limitations of these studies.  I
8   acknowledge fully that that is a
9   limitation, the post -- these
10  postnatal windows as well.
11  QUESTIONS BY MR. PADGETT:
12      Q.   But again, we don't know how --
13  you don't recall how that affected your
14  scoring in your weight of evidence analysis,
15  correct?
16          MS. HUNT:  Object to form.
17      You can answer.
18          THE WITNESS:  The scoring
19      system is to discuss the rigorousness
20      of the study design.  The scoring is
21      not to -- is not -- is not to -- is
22      not intended to -- the point of the
23      scoring is not to be able to tell you
24      whether every single study that's a
25      part of the weight of the evidence is

Page 131

1   suitable for understanding
2   acetaminophen and prenatal exposure
3   windows and neurodevelopmental health
4   outcomes.
5           The scoring system that I came
6   up with is to understand the
7   characteristics of the study and give
8   a transparency into my work into
9   understanding the parameters of
10  controls and those sorts of
11  characteristics of the study.
12          So not every aspect of the
13  study got a score, but that's why
14  there's a narrative box that came with
15  it to where I disclose, like, here are
16  strengths and weaknesses of these
17  studies as well.
18          So not every aspect of the
19  study has a score -- a score-driving
20  aspect to it.  It's unrealistic to
21  expect that.  This would be a
22  thousand-page report if it did.
23  QUESTIONS BY MR. PADGETT:
24      Q.   Dosing was given a score,
25  though, right, as part of your weight of the

Page 132

1   evidence analysis?
2       A.   Dosing?
3       Q.   Yes.
4       A.   Whether it had multiple doses
5   or not, yes.
6       Q.   But things like dosing duration
7   or dosing amount, you didn't adjust the
8   points given for a study based on differences
9   there, just based on whether there are
10  multiple doses given?
11          MS. HUNT:  Object to the form
12      of the question.
13          You can answer.
14          THE WITNESS:  There's an
15      infinite number of ways that I could
16      have designed the rubric.  This is the
17      system that I came up with.  The
18      exposure window was an inclusion
19      criteria for the studies.
20          If pre -- if gestational dosing
21      was included for acetaminophen and
22      neurodevelopmental relevant outcomes
23      were in the study, then it was
24      included in the weight of evidence.
25      That was not a scored criteria.

Page 133

1   QUESTIONS BY MR. PADGETT:
2       Q.   If you could turn to page 47 of
3   your report.
4       A.   Okay.
5       Q.   It's 46 to 47.  There's a
6   paragraph describing this -- what leads to a
7   chart, a figure.  And you've got different --
8   differently grayed or darkened dosing for a
9   mouse from therapeutic sublethal toxic dose,
10  lethal toxic dose, if untreated, and evidence
11  of neurodevelopmental, neurological damage.
12          Do you see that?
13      A.   I see it.
14      Q.   Okay.  The therapeutic dose you
15  list there for mice is 200 milligrams per
16  kilogram, correct?
17      A.   That's correct.
18      Q.   Okay.  And that's the top end.
19  That's the outer edge of the therapeutic dose
20  you've listed there, right?
21      A.   It is.
22      Q.   Okay.  And lethal toxic dose
23  appears to be potentially anything above
24  350 milligrams per kilogram; is that right?
25      A.   It's -- it's a spectrum,

34 (Pages 130 to 133)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 134

1    because it's hard to find exact numbers.
2        Q.    Would you agree that the line
3    that you drew here on lethal toxic dose of
4    350 milligrams per kilograms for mice in that
5    figure?
6        A.    I think it was maybe 325.
7        Q.    Okay.
8        A.    The reference numbers are 3 and
9    4 there.
10       Q.    So 325.
11       A.    I think those are coming from
12   overdose studies where they're looking for
13   liver damage.  I don't think they're
14   necessarily lethality studies, but...
15       Q.    It's listed as lethal toxic
16   dose, though, right, on Figure 23?
17           MS. HUNT:  Object to the form
18       of the question.
19           You can answer.
20           THE WITNESS:  If you look
21       inside of the box on Figure 2.3, it
22       says, "Note:  Concentrations in
23       delineations are approximate based on
24       a survey of literature for oral.  They
25       do not account for individual strain

Page 135

1        differences.  These are meant to be
2        approximate."
3    QUESTIONS BY MR. PADGETT:
4        Q.    Lichtensteiger 2015 only
5    administered a dose of 360 milligrams per
6    kilogram, right?
7        A.    Okay.  I'd have to look.
8            (Pearson Exhibit 71 marked for
9        identification.)
10   QUESTIONS BY MR. PADGETT:
11       Q.    I'm going to hand you what's
12   been marked as Exhibit 71.
13       A.    Okay.
14       Q.    Is that the Lichtensteiger 2015
15   study?
16       A.    It is.
17           MS. HUNT:  Counsel, before we
18       start on a new study, I think we've
19       been going about an hour and
20       20 minutes.
21           MR. PADGETT:  Sure.
22           MS. HUNT:  Can we take a break?
23           MR. PADGETT:  Can we just
24       finish this one?
25           MS. HUNT:  Sure.

Page 136

1            MR. PADGETT:  This question?
2    QUESTIONS BY MR. PADGETT:
3        Q.    What was the dose used in
4    Lichtensteiger?
5        A.    I'm looking.
6        Q.    As far as acetaminophen.
7            MS. HUNT:  Counsel, do you have
8        a copy for me or no?
9            MR. PADGETT:  Sorry.
10           MS. HUNT:  Thank you.
11           MR. PADGETT:  I believe it's --
12           THE WITNESS:  Buried in this
13       paper, yeah.
14   QUESTIONS BY MR. PADGETT:
15       Q.    -- Table 1.
16       A.    It's Table 1.
17       Q.    The...
18       A.    360.
19       Q.    That was -- that's the -- that
20   was the -- 360 milligrams per kilogram for
21   acetaminophen alone, correct?
22       A.    Yes.
23       Q.    Okay.  But this isn't -- this
24   was included in your weight of analysis?
25       A.    It was.

Page 137

1        Q.    Okay.  We already talked about
2    Klein 20 -- or actually I'm gonna --
3            MS. HUNT:  Can we take a break?
4            MR. PADGETT:  Yeah, let's go
5        ahead and take a break.
6            VIDEOGRAPHER:  The time right
7        now is 11:18 a.m., and we're off the
8        record.
9        (Off the record at 11:18 a.m.)
10           VIDEOGRAPHER:  The time right
11       now is 11:36 a.m., and we're back on
12       the record.
13   QUESTIONS BY MR. PADGETT:
14       Q.    Dr. Pearson, back from a little
15   break.
16           Page 4 of your report.  And I
17   should be keeping better track, but I believe
18   that was...
19           MS. KAPKE:  It's 65.
20   QUESTIONS BY MR. PADGETT:
21       Q.    Exhibit 65, your amended
22   report, at page 4.
23           You have a statement about
24   "preclinical studies account for confounding
25   that may be present in epidemiology studies."

35 (Pages 134 to 137)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 138

```
 1            And --
 2       A.   Can you show exactly where that
 3  is or tell me where exactly that was?
 4       Q.   You know what, strike that.
 5  I'd like you to turn to
 6  pages 60 -- page 66, please.
 7       A.   Okay.
 8       Q.   And you talk about your weight
 9  of analysis methodology.  And there you list
10  five steps:  problem; formulation, where you
11  develop your hypothesis; evidence collection,
12  where you establish lines of evidence and
13  knowledge gaps; evidence evaluation,
14  determine data reliability, uncertainty and
15  relevance; and evidence-weighing, where you
16  assign weight of evidence; evidence
17  integration and reporting, weight of evidence
18  conclusions, when you examine evidence
19  coherence and the impact of uncertainty.
20            Those are the five steps of
21  your weight of evidence analysis?
22            Is that --
23       A.   Yes.
24       Q.   Okay.  And you talk about
25  problem formulation on page 67.
```

Page 139

```
 1            Your problem formulation
 2  evaluated in utero exposure to acetaminophen
 3  and neurodevelopmental disorders generally,
 4  right?
 5       A.   It's -- it starts by saying
 6  neurodevelopmental disorders, including ASD
 7  and ADHD.
 8       Q.   Okay.  But it was not specific
 9  to ADHD and ASD, right?
10            MS. HUNT:  Object to the form
11       of the question.
12            You can answer.
13            THE WITNESS:  It goes back to
14       my previous testimony that in
15       preclinical literature, the
16       preclinical studies have limitations
17       in terms of being specific to ASD and
18       ADHD because animal models -- they're
19       animal models and in vitro models.
20  QUESTIONS BY MR. PADGETT:
21       Q.   And then on page 69, you talk
22  about evidence evaluation, and you
23  characterize it as arguably the most
24  important step in the weight of the
25  analysis -- weight of evidence analysis,
```

Page 140

```
 1  correct?
 2       A.   It says, "perhaps most
 3  important," yes.
 4       Q.   Okay.  If you'd jump ahead to
 5  the data reliability discussion at pages 72
 6  to 76, please.
 7       A.   I'm there.
 8       Q.   Okay.  And you discuss the
 9  importance of assessing quality and quantity,
10  or sufficiency, and the consistency of data
11  across the lines of evidence?
12       A.   That's included in this area,
13  yes.
14       Q.   And you state, "The sufficiency
15  refers to the quantity of data that addresses
16  the hypothesis or problem, and consistency
17  refers to the level of consensus and
18  concordance among the data in the particular
19  line of evidence."
20            Right?
21       A.   I'm not sure where it says that
22  exact statement, but --
23       Q.   Page 73.
24       A.   Consistency refers to the level
25  of consensus and concordance amongst the data
```

Page 141

```
 1  in a particular level of evidence.
 2       Q.   Aside from a discussion -- and
 3  I think it's on page 128 of your report --
 4  consistency is not necessarily necess -- or
 5  not necessarily needed.  You don't discuss
 6  consistency among the studies included in
 7  each of your lines of evidence in this
 8  report, right?
 9            MS. HUNT:  Objection.  Form.
10       You can answer.
11            THE WITNESS:  You're asking
12       whether I discuss consistency within
13       each of the lines of evidence?
14  QUESTIONS BY MR. PADGETT:
15       Q.   Right.
16       A.   I do.  There's a table at the
17  end of each line of evidence where
18  consistency is discussed.
19       Q.   And you're talking about the
20  mouse and the rat tables?
21       A.   Well, there's the -- there's
22  the lines of evidence and then tables, and
23  they discuss -- take us there.
24       Q.   Let me ask it this way.  Do you
25  discuss particularly -- particular
```

36 (Pages 138 to 141)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 142

1  inconsistencies between studies on certain
2  endpoint findings across these studies?
3       MS. HUNT: Objection. Form.
4       You can answer.
5       THE WITNESS: So the way that I
6  perform my weight of evidence was not
7  to contrast each and individual --
8  each and every individual study to see
9  how they do and do not support one
10 another or whether the -- each
11 individual data set contrasts each
12 other. That was not my goal.
13 QUESTIONS BY MR. PADGETT:
14      Q.   So, and correct me if I am
15 wrong, I don't recall a specific discussion
16 of, say, rat study X we found this finding on
17 a particular endpoint, which -- and address
18 an inconsistency with rat study Y that found
19 no change or something -- a change in a
20 different direction.
21      You didn't do that kind of
22 study-by-study analysis, right?
23      MS. HUNT: Object to the form
24 of the question.
25      You can answer.

Page 143

1       THE WITNESS: The example that
2  you gave would not -- would not be an
3  appropriate way that an expert would
4  do this, for multiple reasons.
5       One, as I explained multiple
6  times, the directionality is not an
7  appropriate way to look for things.
8  Directionality is something that we --
9  that's sort of a face validity thing.
10 Face validity is kind of lowest level
11 of evidence for animal models in
12 neuropsychiatric disorders. These
13 studies aren't necessarily engineered
14 to fill gaps of other studies.
15      The weight of an evidence is to
16 look for the cumulative data across
17 all of the different studies on the
18 whole. It's not -- the goal of this
19 endeavor isn't to say, are all of the
20 puzzle pieces filled. It's to say
21 that is there a total -- an abundance
22 of evidence to suggest that
23 acetaminophen is a developmental
24 neurotoxicant that elicits the effects
25 that are relevant to these health

Page 144

1  outcomes.
2       It's not to -- again, it's not
3  what you're suggesting.
4  QUESTIONS BY MR. PADGETT:
5       Q.   Let me give you an example.
6  Let's take the five-choice serial-reaction
7  time test, which is focused on attention as
8  it relates to ADHD. That's the focus the --
9  of that particular assay in the animal model,
10 right?
11      A.   Yes.
12      Q.   Okay. This is just an example.
13      Did you do an analysis of,
14 across studies, the consistency for the
15 endpoints in terms of changes seen or no
16 changes seen on an endpoint like that --
17      MS. HUNT: Object to form.
18 QUESTIONS BY MR. PADGETT:
19      Q.   -- as a part of your weight of
20 the evidence evaluation?
21      MS. HUNT: Object to form.
22      You can answer.
23      THE WITNESS: That was not my
24 goal with my weight of -- weight of
25 evidence analysis.

Page 145

1  QUESTIONS BY MR. PADGETT:
2       Q.   I understand it's not your
3  goal, but did -- you say it's not your goal,
4  and then you -- so did not do that because
5  that wasn't your goal, right?
6       MS. HUNT: Objection. Asked
7  and answered.
8       You can answer it again.
9       MR. PADGETT: Object to form
10 only, please.
11      MS. HUNT: My objections have
12 been appropriate, and in fact
13 conservative, compared to what some of
14 the counsel for Johnson & Johnson have
15 done. And I'm not -- I'm happy to
16 argue with you about it if you want to
17 take up more time on your record.
18      There's nothing inappropriate
19 about my objections. I'd like to get
20 back to the questioning.
21      MR. PADGETT: Well, I'll just
22 remind you to object to form only, and
23 we don't -- you know, if it continues
24 beyond that, we don't want to have to
25 deal with the Court.

37 (Pages 142 to 145)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 146

1      MS. HUNT:  We'll see.
2      QUESTIONS BY MR. PADGETT:
3      Q.   Go ahead.
4      A.   The example that you're giving
5  would not -- is not pertinent to the mandate
6  that I was given.  It would not be necessary.
7      Q.   So you didn't feel it was
8  necessary and therefore you did not do that
9  type of cross-studies analysis of
10 inconsistencies, correct?
11     MS. HUNT:  Again, objection.
12 Asked and answered.
13     You can answer.
14     THE WITNESS:  So in my report,
15 I do discuss where there's concordance
16 across studies.
17 QUESTIONS BY MR. PADGETT:
18     Q.   Do you discuss whether there's
19 inconsistencies across studies?
20     MS. HUNT:  Objection.  Form.
21     You can answer.
22     THE WITNESS:  I do not recall
23 offhand where I discuss whether there
24 is or isn't inconsistencies.
25     But a weight of evidence

Page 147

1  analysis does not require
2  inconsistencies of all studies to be
3  evaluated.
4  QUESTIONS BY MR. PADGETT:
5      Q.   Data quality, I think, is
6  discussed pages 73 to 79 of your report.
7      For assessing data quality,
8  would you agree that you created your own
9  scoring system?
10     A.   I would not agree that for
11 assessing data quality I created my own
12 scoring system.
13     Q.   Can you identify a particular
14 peer-reviewed, preexisting scoring system
15 that you used?  And I'm talking specifically
16 as to a scoring system in putting together
17 your scoring system in your weight of
18 analysis -- weight of evidence analysis.
19     A.   As I stated previously, the
20 study design attributes, I put numerical
21 parameters to those to add transparency to my
22 evaluation of those.
23     Q.   That's in your report.  I
24 understand that.
25     My question is, in doing that

Page 148

1  exercise, did you rely on a peer-reviewed,
2  validated, preexisting scoring system that
3  was already in existence?
4      MS. HUNT:  Object to form.
5      You can answer.
6      THE WITNESS:  I relied on the
7  same evaluation system that I use when
8  I peer-review grants and other
9  publications.  It's the same way that
10 I evaluate other studies.
11 QUESTIONS BY MR. PADGETT:
12     Q.   You use a scoring system when
13 you peer-review grants or articles?
14     A.   Yes.  That's pretty common,
15 actually.
16     Q.   And are you saying it's similar
17 to what you did in this weight of analysis
18 evaluation?
19     MS. HUNT:  Object to form.
20     You can answer.
21     THE WITNESS:  It's pretty
22 analogous to evaluation criteria for
23 any evaluation of publications or
24 grants.
25

Page 149

1  QUESTIONS BY MR. PADGETT:
2      Q.   Can you you --
3      A.   Grants submitted to granting
4  agencies are scored on scoring systems, like
5  a 1 to 5 system or a 1 to 2 system.
6      It's the same for peer-reviewed
7  publications.  It's numerical scoring systems
8  based on innovation, based on quality of
9  controls, and it's a very similar type of
10 scoring system.
11     Q.   And have you done that exercise
12 outside of this litigation in the same manner
13 that you did it with regard to your scoring
14 system here in your weight of analysis -- or
15 weight of evidence analysis described in your
16 report?
17     A.   I -- as I said, it's fairly
18 analogous.  Just as I said, I just co-opted
19 it here to add transparency to the way that I
20 evaluated the preclinical literature for the
21 purposes of the weight of evidence.
22     And then in terms of
23 publications, I'm using the OECD framework,
24 which is a scientific approach to performing
25 a systematic review.

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 150

1      Q.    You state on I think it's
2  page 74 your scoring template that you used
3  for each study.  The parameters were
4  direction of effect, controls, sample size,
5  outcomes, multi-dose, whether there was
6  multi-dosing, blinding, and bias conflict
7  flag.
8          Is that right?
9      A.    That's what's stated here.
10     Q.    Okay.  You did not define in
11 your report what an insufficient control is,
12 right?
13         MS. HUNT:  Object to form of
14     the question.
15         You can answer.
16         THE WITNESS:  Well, in the text
17     I refer to the table and give a little
18     bit of context into what the
19     parameters are that go into it.
20 QUESTIONS BY MR. PADGETT:
21     Q.    What page are you referring to?
22     A.    Let me find it.  I think it
23 might have gotten out of place accidentally.
24     Q.    I can't imagine that, a
25 130-page report.

Page 151

1      A.    I think it accidentally got
2  shifted around.  Bear with me, please.
3          Maybe I didn't expand on it any
4  further than what's in the table.
5      Q.    And which table are you
6  referring to?
7      A.    Table 1.
8          It's the blank scoring
9  template.
10     Q.    Okay.  Table 1 is the extent of
11 your explanation of -- or definitions or
12 explanation of these -- the parameters that
13 we just discussed?
14     A.    Not completely.  In the
15 narrative explanation for a lot of the
16 studies, there's oftentimes, but not always,
17 but oftentimes there's additional
18 clarification as to why a score was given.
19         The scores aren't meant to be
20 used as an actual grade, if you will.  It's
21 just meant to give sort of an ultimate
22 positive or negative for a weight towards
23 there's evidence for or to the contrary in
24 the end.
25     Q.    And beyond this table and what

Page 152

1  you're referring to in some of the -- your
2  summaries of the studies, did you explain
3  across your weight of evidence analysis what
4  the differences between acceptable and a good
5  control are?
6          MS. HUNT:  Object to form.
7          You can answer.
8          THE WITNESS:  I don't think I
9     provided much other explanation of
10     that.  But the thing you have to keep
11     in mind is that the weight of evidence
12     methodology ultimately requires expert
13     knowledge, and that's what I'm
14     bringing, is my expert knowledge and
15     my, you know, almost 20 years of
16     peer-reviewing hundreds of
17     publications, writing dozens of
18     publications.  So I'm bringing that
19     knowledge in my expert ability to
20     adjudicate on that.
21 QUESTIONS BY MR. PADGETT:
22     Q.    In your description of your
23 weight of analysis -- weight of evidence
24 analysis, you do not define what an
25 acceptable sample size is, correct?

Page 153

1      A.    I give some descriptions of
2  that in my expert report.
3      Q.    You don't in any way
4  quantitatively define, depending on the type
5  of study, what an acceptable sample size is,
6  right?
7          MS. HUNT:  Objection.  Asked
8     and answered.
9          You can answer.
10         THE WITNESS:  I don't recall
11     offhand where exactly it is, but I
12     give some general parameters as to
13     what's oftentimes needed.  But it
14     really is -- it depends on the study.
15     It's prescriptive to the study what
16     sorts of sample sizes are oftentimes
17     needed.
18 QUESTIONS BY MR. PADGETT:
19     Q.    Can you explain to me with
20 regard to outcomes what distinguishes a poor,
21 moderate and good quality outcome as
22 referenced here on page 74, Table 1?
23     A.    The quality of the outcomes
24 might have to do with the extent of the
25 outcomes.  So a study might have only one

39 (Pages 150 to 153)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 154

1  outcome that's relevant, but because it's one
2  outcome, the score might not be as high.
3           Another study might have
4  outcomes that are on their own not quite as
5  relevant, but because the study has more of
6  them, the outcome score might be higher.
7           Another study might have only a
8  few outcomes, but each of them are very, very
9  high.
10          So to give you an example of a
11  study that's looking for ASD-relevant
12  behavioral outcomes or ASD-like outcomes as a
13  function of acetaminophen exposures, if they
14  have the three-chamber sociability test and
15  they have gene expression and they have, you
16  know -- let's see, what would be another good
17  example -- they have ultrasonic
18  vocalizations, maybe they only have those
19  three outcome variables, but those are highly
20  relevant, highly important variables
21  themselves, so the outcome score would be
22  higher.  I don't think there's a study that
23  had those three things specifically.
24          So it -- you know, there's not
25  one hard-and-fast rule that says you have to

Page 155

1  have three outcomes.  You can have one
2  outcome that's highly -- high quality, but
3  you still might have a moderate outcome score
4  because you have fewer high quality.  You
5  might have a higher number that are lower
6  quality, for instance.
7           So it's multi-dimensional, the
8  way that this is calculated.
9      Q.    And did you -- and so is
10 outcome as used here, outcomes, is that
11 essentially the same as endpoint findings in
12 a study?
13     A.    Yeah.  That's fair.
14     Q.    Okay.  And within individual
15 studies on various endpoint findings, did you
16 do an analysis for purposes of scoring of
17 whether those endpoint findings, there were
18 more than one for a particular behavioral
19 effect, were consistent within the study
20 pursuant to the animal models that you laid
21 out at pages 39 to 46 of your report?
22         MS. HUNT:  Object to the form
23    of the question.
24         You can answer.
25         THE WITNESS:  I want to make

Page 156

1  sure I understand your question.
2           So are you asking about whether
3  the outcome score that I give depends
4  on what results they find?
5  QUESTIONS BY MR. PADGETT:
6      Q.    Yes.
7      A.    The score that I give is
8  independent of the outcome, what they find.
9  It's the measures that they --
10     Q.    Yeah.
11     A.    -- choose to use.  The score is
12 independent of what they find.
13     Q.    And let me ask this.  Whether
14 or not you put a study on the plus side of
15 the scale or the negative side of the scale,
16 did you do an analysis of the consistency
17 among assays for particular behavioral
18 endpoints within a study?
19         MS. HUNT:  Object to form.
20         You can answer.
21         THE WITNESS:  My understanding
22    of your question is whether the study
23    ended up on the plus end of the scale
24    or on the negative end of the scale
25    had anything to do with the

Page 157

1  consistency of the measures within the
2  outcomes.
3           Is that a fair --
4  QUESTIONS BY MR. PADGETT:
5      Q.    Yes.
6      A.    No.  It has to do with whether
7  the effects within those outcomes suggest
8  that acetaminophen affects
9  neurodevelopmental, neurochemical or
10 neurobehavioral outcomes that are relevant to
11 ASD-like or ADHD-like health.
12     Q.    So going beyond one specific
13 behavioral effect, I'm going to provide you a
14 hypothetical.
15          If a study showed one assay
16 with a statistically significant finding with
17 regard to increased activity, another finding
18 on increased activity that was no change --
19 are you following me?  That -- that's the
20 activity domain -- and then another part of
21 that same study looked at -- or another set
22 of assays looked at inattention and
23 impulsivity and found no changes consistent
24 with the ADHD model, would you put that one
25 effect of increased activity as sufficient to

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 158

1    put it in the plus column?
2         MS. HUNT: Objection. Form.
3         You can answer.
4         THE WITNESS: In this
5    particular -- this hypothetical that
6    you've given me, if there was such a
7    study that looked at some measure of
8    impulsivity and attention and
9    activity, and in two tests of
10   activity -- and one of them found
11   increased activity and another one no
12   change, and then the other test found
13   no change --
14   QUESTIONS BY MR. PADGETT:
15        Q.    For impulsivity and attention,
16   correct.
17        A.    -- it would go in the plus --
18        Q.    Okay.
19        A.    -- certainly.
20        Q.    Okay. In pages 76 and 77 of
21   your report, you discuss different methods of
22   administration commonly used in preclinical
23   developmental neurotoxicity studies, right?
24        A.    I see this.
25        Q.    Okay. Would you agree that

Page 159

1    doses by injections bypass the liver in
2    first-pass metabolism that would occur if a
3    drug was administered orally?
4         A.    Injection of drugs, a lot of
5    the initial bolus of that drug would bypass
6    first-pass, but it'll get there eventually.
7    Just takes a little bit longer.
8         Q.    At a -- depending on the
9    metabolism associated, it would be a lower
10   amount, correct?
11        A.    Are you asking if the amount of
12   the drug would be -- the amount of the drug
13   that's metabolized would be lower?
14        Q.    In a -- if you're going through
15   the liver in first-pass metabolism.
16        MS. HUNT: Object to form.
17        You can answer.
18   QUESTIONS BY MR. PADGETT:
19        Q.    Than an injection route.
20        A.    Oral versus injection?
21        Q.    Yes.
22        A.    The kinetics would certainly be
23   different.
24        Q.    And the kinetics for oral
25   involving first-pass metabolism in the liver

Page 160

1    would result in lower concentration, correct?
2         MS. HUNT: Object to form.
3         You can answer.
4         THE WITNESS: It's hard to
5    answer that question because it's --
6    it depends on the route of injection.
7    If you -- to give you an example.
8         So if you give an intravenous
9    versus oral, the Cmax is certainly
10   very different. There's data that
11   supports that. But, for instance, the
12   area under the curve is very similar.
13        So, you know, it's -- are you
14   asking about bioavailability? Are you
15   asking about area under the curve?
16        The first-pass metabolism is
17   different. The Cmax is different.
18        So route of administration is
19   an important consideration, but
20   bioavailability can be very similar.
21   QUESTIONS BY MR. PADGETT:
22        Q.    You agree that drug and
23   metabolite concentrations from an injection
24   would be different from those that would
25   occur via oral exposure?

Page 161

1         MS. HUNT: Object to form.
2         You can answer.
3         THE WITNESS: As I said, the
4    bioavailability can be very similar,
5    but the Cmax can differ.
6    QUESTIONS BY MR. PADGETT:
7         Q.    And I think after the table on
8    page 77 of your report, you note that orally
9    administered APAP products are the focus for
10   your inquiry and, as such, tests that utilize
11   other routes of administration require an
12   additional degree of extrapolation.
13        Would you agree that the
14   majority of the studies included in your
15   weight of evidence analysis did not use oral
16   administration of acetaminophen?
17        A.    I don't necessarily agree. It
18   depends on the species.
19        Q.    Well, let's go to --
20        A.    Many of them use injection. I
21   would concede that.
22        Q.    If we go to page 84 on rat
23   studies.
24        Seven of the 14 rat studies
25   used oral dose exposure route, right?

41 (Pages 158 to 161)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 162

1    MS. HUNT:  Object to form.
2    You can answer.
3    THE WITNESS:  I see that many
4    of them used oral, yes.
5    QUESTIONS BY MR. PADGETT:
6    Q.    Seven of 14, correct?
7    A.    No, that's not correct.
8    Q.    Can you explain what --
9    A.    Gavage is oral.
10   Q.    Is gavage go -- gavage goes
11   through a first pass?
12   A.    It does.
13   Q.    Okay.  So that would be ten
14   total --
15   A.    Yes.
16   Q.    -- of 14, right?
17   A.    Yes.
18   Q.    Okay.  And for the mouse
19   studies in your chart at page 101, the --
20   five of the 15 studies use -- there used
21   gavage or oral exposure route, correct?
22   A.    I think it's actually a
23   different number, but it's -- yeah, many of
24   them used injection.  Many of the mouse
25   studies used an injection.

Page 163

1    Q.    Overall, between the rat and
2    the mouse studies, about half of them used
3    injection as opposed to gavage or oral,
4    right?
5    A.    On the order of that, yeah.
6    Q.    Yeah.
7    What do you mean by "an
8    additional degree of extrapolation" there on
9    page 77 of your report?
10   A.    I'm not sure what I meant with
11   that statement.  I think -- I think that's --
12   I think that's probably something I wrote
13   late, and I -- it's a bit nonsensical.
14   Q.    Would your highest-scored
15   study -- and I believe it's page -- it's a
16   mouse study, page 101 -- is the Harshaw &
17   Warner study.  You gave that a 9 total,
18   correct?
19   A.    I think I might be off by
20   pages.  Oh, I'm -- we're --
21   Q.    Looking at your amended expert
22   report.
23   You're right.
24   A.    Okay.
25   Q.    The amended one is slightly

Page 164

1    different.  Page 100.
2    A.    Threw me off here.  Okay.
3    On 100 I have Viberg.
4    Or are you looking at the
5    table?
6    Q.    I'm looking at the table.
7    A.    Oh, okay.  Yes.
8    Q.    There are a number of studies
9    on your initial report that are not on the
10   list of studies on page 100.
11   I guess my question is, did you
12   make changes to this chart between your
13   initial report submitted on -- the first
14   report and this amended report?
15   A.    I do not remember if this chart
16   was changed.  I believe there was one table
17   that was corrected because there was a
18   duplication in the -- a table, but there
19   wasn't any substance that was changed.
20   Q.    So as far as mouse studies,
21   we're talking three oral, looking at
22   page 100, and six injection studies, right?
23   A.    That is what I see here.
24   Q.    And Harshaw & Warner is given
25   the highest score out of all of these studies

Page 165

1    in your weight of evidence analysis, right?
2    A.    It is.
3    Q.    And Harshaw used a subcutaneous
4    injection, right?
5    A.    They used a subcutaneous
6    injection.
7    Q.    Was there any discounting of
8    points at all based on the route of injection
9    due to that additional degree of
10   extrapolation that you mention on page 77 of
11   your report?
12   MS. HUNT:  Object to form.
13   You can answer.
14   THE WITNESS:  No.  No
15   difference of extrapolation is needed.
16   Again, the control animals
17   would have received an injection as
18   well in this study, so that's
19   perfectly controlled for, the
20   injection itself.  So they -- the
21   experimenters have accounted for that
22   manipulation itself.
23   QUESTIONS BY MR. PADGETT:
24   Q.    Did all of the studies included
25   in -- and you reference that as an important

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 166

1    factor in offsetting any differences in the
2    route of administration, is that the controls
3    through vehicle received the same -- or water
4    received the same type of dosing route,
5    right?
6         A.   It's incredibly important.
7              (Pearson Exhibit 73 marked for
8         identification.)
9    QUESTIONS BY MR. PADGETT:
10        Q.   Okay.  Dr. Pearson, I'm going
11   to hand you what's been marked as Exhibit 73
12   and ask you if you recognize that study.
13        A.   I do.
14        Q.   And that is the Beck 2001
15   study, correct?
16        A.   Yes.
17        Q.   Does this -- and you can look
18   at your summary in your report on it.  Does
19   this article indicate that if controls were
20   gavaged in this study?
21        A.   Yes.  So I noticed in the
22   defense expert report that they caught, which
23   I may have missed, that they did not use an
24   appropriate control in this study.
25        Q.   Because gavage creates stress

Page 167

1    that to be an appropriate control would need
2    to be replicated in the same type of gavage
3    administration in a control, right?
4              MS. HUNT:  Object to form.
5              You can answer.
6              THE WITNESS:  Yes.
7    QUESTIONS BY MR. PADGETT:
8         Q.   Okay.
9         A.   But I would like to point
10   something out.  So this study is not
11   completely at issue because they have
12   multiple time points, they have temporal
13   data, which can be used as controls.  So
14   later time points can be used as their own
15   controls.
16             So fortunately for these
17   authors, the ten-hour, 23 -- ten-hour time
18   point can be used as control for the 20, 30
19   40, 50 hour.
20             So the zero time point that's
21   not controlled for is unreliable because they
22   don't have a control gavage time point.  But
23   the other time point can be used as a control
24   for the subsequent time points.
25        Q.   I'm going to hand you what's

Page 168

1    been marked as exhibit -- previously marked
2    as Exhibit 43.  I believe this was from
3    Dr. Louie's deposition.
4         Q.   Do you recognize that study?
5         A.   I do.
6         Q.   Does this study indicate --
7    study article indicate if controls also
8    received enteroperitoneal injections like the
9    treated animals did?
10        A.   I was not able to find in this
11   study whether or not the four different time
12   points received a control injection or not.
13        Q.   But would you agree, if we look
14   at page 84 of your chart -- I'm sorry --
15   page 83 of your report, Koehn 2020 -- or
16   actually, in your description of Koehn 2020,
17   it was given the highest score, a 2, for
18   controls?
19        A.   Yeah, I would amend that.
20   That's a mistake.
21        Q.   Okay.
22        A.   Now knowing that, I would give
23   it a zero.
24        Q.   Do you think it's proper for
25   study authors to use untreated controls?

Page 169

1              MS. HUNT:  Object to -- sorry.
2    Are you done?
3              MR. PADGETT:  Yes.
4              MS. HUNT:  Object to form.
5              You can answer.
6              THE WITNESS:  In general,
7    researchers should use vehicle-treated
8    controls for their studies to have the
9    best controls.  That's why I have it
10   as a scorable criterion.
11             In the Koehn, et al., study,
12   there's aspects of the study that are
13   controlled.  So for some of their --
14   some of their comparisons where they
15   have cannulated dams in some of their
16   pups, they have -- they have controls
17   there.
18             But it's true for the
19   acetaminophen conditions with the
20   subchronic four-dose treatment, it
21   does not appear as though they have
22   the vehicle control, which is, again,
23   why I would revise the score for that
24   particular study as well as the Beck
25   study.  It is important.

43 (Pages 166 to 169)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 170

1    (Pearson Exhibit 72 marked for
2    identification.)
3    QUESTIONS BY MR. PADGETT:
4        Q.   I'm going to hand you what's
5    been marked as Exhibit 72 and ask, do you
6    recognize that document?
7        A.   I do recognize this document.
8        Q.   Okay.  And that is the Tyl
9    article that's referenced many times in your
10   report, correct?
11       A.   Yes.
12       Q.   Come back to that, but I want
13   to ask you about the -- in the Koehn study
14   again.
15            If you turn to page 4 --
16       A.   Of Koehn?
17       Q.   Yes.
18            At page 97 of your report, if
19   you want to look at that, you scored the
20   sample size as appropriate, with a score of 1
21   for Koehn 2020.
22            Do you disagree with that?
23       A.   Koehn 2020 has a lot of
24   different comparisons.  I think for some of
25   their analyses they're well-powered; for some

Page 171

1    of their analyses they have low sample size.
2    It's a bit of a -- it's a bit of a mixture.
3        Q.   And if you turn to page 4 of
4    Koehn under animals, it says, "Animal numbers
5    were" -- it's kind of about the middle of the
6    paragraph.  "Animal numbers were based on
7    previous experiments of such" -- "previous
8    experience of such experiments and where the
9    minimum number required to detect a
10   significance between groups at P less than
11   .05."
12            Do you see that?
13       A.   I see it.
14       Q.   Okay.  Is that a scientifically
15   appropriate method for determining sufficient
16   sample size?
17       A.   It can be.
18       Q.   And at times it cannot be,
19   correct?
20            MS. HUNT:  Object to form.
21            You can answer.
22            THE WITNESS:  When designing
23   and conducting research, researchers
24   can rely on their experience in
25   understanding how many animals are

Page 172

1    appropriate to use for a particular
2    application.
3    QUESTIONS BY MR. PADGETT:
4        Q.   The results section on page 7
5    notes instances where only four animals were
6    used.
7            Do you -- do you think that is
8    a proper sample size?
9            MS. HUNT:  Object to form.
10           You can answer.
11           THE WITNESS:  A sample size of
12   four can be appropriate depending on
13   the study.
14   QUESTIONS BY MR. PADGETT:
15       Q.   Depending on the study.
16           How do you determine if there's
17   a sufficient number of pregnant animals to
18   ensure that an adequate number of offspring
19   are produced for developmental
20   neurotoxicology evaluation?
21           MS. HUNT:  Object to form.
22           You can answer.
23           THE WITNESS:  It's a
24   case-by-case study.  It depends -- it
25   really depends on what you're doing,

Page 173

1    what the parameters are, if it's
2    regulatory, if it's nonregulatory, if
3    it's exploratory, if it's
4    confirmatory.  It very much depends.
5    QUESTIONS BY MR. PADGETT:
6        Q.   Generally, should an an a priori
7    power analysis be used to determine the
8    animal -- the number of animals needed to see
9    an effect of a certain size?
10       A.   I would refer back to my
11   previous answer.  It depends on if it's an
12   exploratory study or if it's a confirmatory
13   study, if it's a regulatory study, if it's --
14   if it's exploratory empirical study.
15       Q.   You did an a priori analysis as
16   a part of the Baker 2023 study, right?
17       A.   Can you state that question
18   again?  I'm sorry.
19       Q.   You did an a priori analysis to
20   determine the number of animals needed as
21   part of your Baker 2023 study, right?
22       A.   I'm trying to recall.  For the
23   IACUC approval we did, yes.
24       Q.   Okay.  One of the things you
25   discuss out of the Koehn 2020 study -- and

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 174

1  this is on page 96 of your summary -- of your
2  report where you summarize it -- is that
3  there was an increase of AFP levels in
4  treated dams.
5          What again are -- what again is
6  AFP?
7      A.   I believe it's
8  alpha-fetoprotein --
9      Q.   Okay.
10     A.   -- if I recall correctly.
11     Q.   Given that -- and you point
12  that out in your report, right?
13     A.   Yes.
14     Q.   Okay.  And given that -- if you
15  look at Figure 8 of Koehn, "AFP data are
16  based on a number of 1 or 2 per group" --
17  would you agree the differences could
18  possibly be due to individual variability?
19         MS. HUNT:  Can you give me a
20  page number for Figure 8?
21         Sorry, it's a long paper.
22         THE WITNESS:  Yeah, it is.
23         MR. PADGETT:  Yeah, it is long.
24         That would be page 22.
25         MS. HUNT:  Thank you.

Page 175

1          THE WITNESS:  So you said that
2  in my report I said -- I just -- from
3  what I read from my report, I just say
4  that they display full-length gels for
5  AFP Western Blots.  I don't say AFP is
6  elevated.
7  QUESTIONS BY MR. PADGETT:
8      Q.   I believe it's page 96 of your
9  summary.
10     A.   I don't think I drew the
11  conclusion that AFP was significantly changed
12  anywhere in my report.
13         I refer to the fact that they
14  give the full-length gels, which I appreciate
15  because it shows they're transparent.
16         And then I also say that some
17  analyses are qualitative, for example, the
18  permeability metrics and the
19  alpha-fetoprotein Western Blot.  So I'm
20  saying that they're not including statistics
21  for that, which is a criticism.
22     Q.   I'm sorry, it's on page 95,
23  going over to 96.
24     A.   Okay.
25     Q.   You state, quote, "Results from

Page 176

1  the placental permeability measures showed
2  that placental transfer was potentially
3  affected by APAP treatment and demonstrated
4  increased levels of AFP detected in blood
5  plasma of dams treated with APAP, indicative
6  of elevated fetal-to maternal leakiness of
7  placenta," end quote.
8          Did I read that right?
9      A.   You did read that right.
10     Q.   Okay.
11     A.   But I did not say it's
12  sufficient.
13         And additionally, the exhibit
14  that you gave me before, which is -- now I've
15  lost it because my pile is huge here.  But
16  the Tyl, et al., or Tyl, et al., talks about
17  there's biological significance and there's
18  statistical significance.
19         The biological significance of
20  this might be meaningful, even if it's not
21  statistically significant.  So it might be
22  worth mentioning, even if it's not
23  statistically significant.
24     Q.   Can you turn to page 33 of the
25  Koehn study?

Page 177

1      A.   33.  I'm there.
2      Q.   You see how it's -- the
3  italicized is the author response, and the
4  non-italicized are comments from reviews,
5  correct?
6      A.   Yes.
7      Q.   Okay.  Let me ask you this.
8          Are you familiar with the
9  F1000Research journal platform?
10     A.   A little bit.
11     Q.   Have you ever -- have you ever
12  submitted any study articles for publication
13  to F1000Research?
14     A.   I have not.
15     Q.   Have you ever submitted any
16  study articles to a journal platform that
17  publishes the study before peer review is
18  conducted?
19     A.   I have not.
20     Q.   Would you submit a study
21  article done at Columbia University to a
22  re -- a journal platform that publishes
23  article prior to peer review?
24         MS. HUNT:  Objection.  Scope.
25         You can answer.

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 178

1    THE WITNESS: I would consider
2 it. I think it's an interesting
3 model.
4 QUESTIONS BY MR. PADGETT:
5    Q.   What's a -- can you explain to
6 me what's a positive control?
7    A.   Generally speaking, a positive
8 control is using something to elicit a
9 response in your system, that you know would
10 elicit a response in your system, so that you
11 can demonstrate that you can measure what you
12 intend to measure.
13    Q.   And you indicate on page 7 of
14 your -- 8 of your report that the absence of
15 a positive control data does not necessarily
16 disqualify a study from consideration unless
17 there's a reason to believe the experimental
18 lab -- or experimenter or lab is not capable
19 of reliably measuring the outcome of
20 interest, right?
21    A.   I maintain that --
22    Q.   Yeah.
23    A.   -- opinion.
24    Q.   If you turn to Exhibit 11,
25 which is Tyl. I'm sorry, Exhibit...

Page 179

1    A.   Yeah. 72?
2    Q.   72?
3    Page 353 under Section 3.12,
4 Positive Controls.
5    Do you see that?
6    A.   353 or 252? I'm sorry?
7    Q.   353.
8    It's immediately under 3.12,
9 Positive Controls. Dr. Tyl states that "a
10 critical element in the review of a DNT study
11 is availability of adequate positive control
12 data."
13    Do you agree with that
14 statement?
15    A.   I agree -- I would agree with
16 the statement under certain contexts.
17    Q.   And what -- under what context
18 would you disagree with Dr. Tyl's statement
19 there?
20    A.   I think it would be easier for
21 me to agree with it on -- it would be easier
22 for me to do the opposite, to do the inverse
23 of that.
24    I think having positive control
25 data is incredibly important under regulatory

Page 180

1 context, under GLP, like Good Laboratory
2 Practice, pharmaceutical, risk assessment
3 situations.
4    If you're doing empirical
5 research and you have laboratory scientists
6 that have good track records and you're doing
7 relatively straightforward assays, it's not
8 necessarily applicable.
9    Q.   Do you agree that Dr. -- that
10 Dr. Tyl's article here that you've quoted
11 from and relied on extensively in your report
12 is actually focused more on regulatory
13 develop -- neuro -- neurotoxicology studies
14 and --
15    A.   I think its general
16 applicability as to -- is oftentimes to
17 regulatory.
18    Q.   In evaluating the evidence
19 included in your weight of evidence
20 evaluation, you applied the same scoring
21 system for in vivo and in vitro studies,
22 right?
23    A.   I used the same scoring system
24 for an ex utero and in vivo, yes.
25    Q.   Are you distinguishing between

Page 181

1 in vitro and ex utero?
2    A.   Ex utero.
3    I -- I distinguish them because
4 there's -- they're -- I'm -- in an umbrella
5 sense, they're -- they can be lumped
6 together, but there's also some distinctions
7 between them.
8    Q.   Would you agree that the con --
9 first of all, what is publication bias?
10    A.   Publication bias is a
11 phenomenon whereby people could selectively
12 publish things that only support -- or could
13 fail to publish things that don't fit their
14 idea of what they think should happen.
15    So null findings don't get
16 published, or only null findings get
17 published, for instance.
18    Q.   Would you agree that the
19 concept of publication bias weighs in favor
20 of published studies ending up on the plus
21 side of your scale in your weight of
22 analysis -- weight of evidence evaluation
23 done here?
24    MS. HUNT: Object to form.
25    You can answer.

46 (Pages 178 to 181)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 182

1        THE WITNESS:  I would not
2    necessarily agree with that.  There
3    are null studies that are in my weight
4    of evidence analysis.
5    QUESTIONS BY MR. PADGETT:
6        Q.    Is there any other null study
7    other than Saad 2016 in your weight of
8    evidence analysis?
9        A.    Yes.
10       Q.    What one or ones?
11       A.    They are there.  In the in --
12   the in vivo, ex utero, there are null
13   studies.  There are multiple -- there's more
14   than -- yeah, let me find them.
15       Do I need to find them, or do
16   you want to --
17       Q.    Are there any in vivo studies
18   listed at pages 83 or 81 in your -- those two
19   tables of mouse and rat studies --
20       A.    Yes.
21       Q.    -- other than Saad that are --
22   that were null?
23       MS. HUNT:  Object to form.
24       You can answer.
25       THE WITNESS:  Yes, Philippot,

Page 183

1    et al., 2021.
2    QUESTIONS BY MR. PADGETT:
3        Q.    Okay.
4        A.    I don't believe there were any
5    in the rat.
6        So to elaborate, I think
7    publication bias can go -- can work in both
8    directions.  There's an interest --
9    publication bias could work in the interest
10   of both perspectives.
11       Q.    When you say that, do you mean
12   that there's -- what do you mean by "both
13   directions"?
14       A.    "Both directions" meaning that
15   there's people who think that -- in this
16   particular case that acetaminophen is a
17   developmental neurotoxicant that can lead to
18   these health outcomes.  There's people that
19   believe that that's not the case.
20       So people could perform studies
21   and then only study those -- only publish
22   studies that support that perspective.
23       Q.    You're speculating on that
24   right now, right?
25       MS. HUNT:  Object to the form

Page 184

1    of the question.
2        You can answer.
3        THE WITNESS:  We've been doing
4    plenty of hypotheticals here today,
5    so...
6        MR. PADGETT:  I'm at a breaking
7    point if you want to take the lunch.
8        THE WITNESS:  Lunchtime?
9        VIDEOGRAPHER:  The time right
10   now is 12:36 p.m., and we're off the
11   record.
12   (Off the record at 12:36 p.m.)
13       VIDEOGRAPHER:  The time right
14   now is 1:35 p.m., and we're back on
15   the record.
16   QUESTIONS BY MR. PADGETT:
17       Q.    Dr. Pearson, do you believe
18   that postnatal -- do you believe that use of
19   APAP in human offspring after delivery is a
20   risk factor for ASD or ADHD?
21       A.    I haven't evaluated the
22   comprehensive weight of evidence to determine
23   whether postnatal use of acetaminophen use is
24   associated with ASD and ADHD, so I'm not able
25   to determine that.

Page 185

1        From a biological plausibility,
2    I think it's possible.
3        Q.    You just said it's possible,
4    but as you sit here today, no conclusive
5    belief on whether postnatal use of APAP in
6    offspring after delivery is a risk factor for
7    ASD or ADHD?
8        A.    As I mentioned, I haven't done
9    a full weight of evidence analysis on that
10   particular topic, so I can't say for certain.
11       But as I mentioned, given
12   the mechanism of damage of acetaminophen on
13   neurological systems, and given that the
14   brain isn't fully developed in the postnatal
15   period, I believe it's plausible.
16       Q.    You said possible first, now
17   it's plausible?
18       MS. HUNT:  Object to form.
19       You can answer.
20       THE WITNESS:  I think possible
21   and plausible are within the same
22   realm of -- can be used
23   interchangeably.
24   QUESTIONS BY MR. PADGETT:
25       Q.    Okay.  Do you think a child's

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 186

1    use of APAP after delivery is a confounder
2    for human studies assessing in utero
3    exposure?
4        A.    You're asking me whether I
5    think a child's use of acetaminophen in the
6    postnatal period is a confounder?
7        Q.    Let's say perinatal period
8    after delivery.  Is that a confounder for
9    human studies assessing in utero exposure?
10       A.    I'm not familiar enough with
11   that to know whether that's a confounder or
12   not.
13       Q.    Do you intend to offer opinions
14   in this litigation that potential use of APAP
15   in human offspring causes ADHD or ASD?
16            MS. HUNT:  Object to the form
17   of the question.
18            You can answer.
19            THE WITNESS:  Could you repeat
20   the question, please?
21   QUESTIONS BY MR. PADGETT:
22       Q.    Yes, definitely, based on what
23   I see here.
24            Do you intend to offer opinions
25   in this litigation that postnatal use of APAP

Page 187

1    in human offspring causes ADHD or ASD?
2        A.    I reserve the right to offer
3    opinions based on any evidence that I'm --
4    that's made available to me that I can
5    review.
6        Q.    As you sit here today,
7    recognizing your reservation based on
8    additional evidence, do you -- as you sit
9    here today, do you intend to offer opinions
10   in this litigation that postnatal use of APAP
11   in human offspring causes ADHD or ASD?
12       A.    This is outside of the scope of
13   my mandate.  The mandate that I have been
14   given for this particular proceeding is to
15   evaluate the preclinical evidence as to
16   whether acetaminophen is associated with the
17   particular health outcomes.  So I haven't
18   performed a weight of evidence analysis on
19   postnatal human exposures to acetaminophen
20   and those health outcomes.
21       Q.    In light of the fact that you
22   have not performed the weight of evidence
23   analysis of postnatal use of APAP in human
24   offspring, is it fair to say you do not
25   intend to offer opinions at this time in this

Page 188

1    litigation that postnatal use of APAP in
2    human offspring causes ADHD or ASD?
3        A.    Respectfully, my understanding
4    is, is that this point of the phase I of this
5    litigation is general causality about
6    prenatal exposures to acetaminophen and ASD
7    and ADHD.  And my expert testimony has to do
8    with the preclinical literature and the
9    weight of evidence that I performed pursuant
10   to that.
11            You're asking me about
12   something completely different, and I've not
13   reviewed the literature, nor have I been
14   offered any documents that I can review with
15   respect to that.
16       Q.    And my question is, in light of
17   what you just said, do you agree at this
18   point in time you do not intend to offer
19   opinions that postnatal use of APAP in human
20   offspring causes ADHD or ASD in this
21   litigation?
22       A.    As I said previously, if I'm
23   given the opportunity and other information
24   and other literature, I would reserve the
25   opportunity to offer an opinion at such time.

Page 189

1        Q.    I understand your reservation.
2            But as you sit here today, do
3    you intend to offer an opinion on postnatal
4    use of APAP in human offspring as to whether
5    it causes ADHD or ASD?
6            MS. HUNT:  Objection.  Asked
7    and answered.
8    QUESTIONS BY MR. PADGETT:
9        Q.    As you sit here today.
10       A.    I do not wish to give an
11   opinion on that right now because, as I said,
12   that's outside of the scope of my expert
13   testimony today.
14       Q.    And you have no intent to give
15   that opinion right now?
16       A.    I have been not -- I have not
17   been asked to give an opinion on that to
18   date.
19            If I am asked to give an
20   opinion on that, I reserve the right to give
21   an opinion on that, given sufficient time and
22   literature.
23       Q.    We talked earlier about the
24   Koehn 2020 study, and that involved use of a
25   radiolabeled drug, right?

48 (Pages 186 to 189)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 190

1    A.   I believe Koehn used a
2  tritiated acetaminophen, if I recall
3  correctly.
4    Q.   Is that a radiolabeled?
5    A.   It is.
6    Q.   Okay.  The study -- did the
7  study provide any information on -- would you
8  agree that the levels of acetaminophen in
9  that study are at a single point in time?
10    MS. HUNT:  Object to the form
11  of the question.
12    You can answer.
13    THE WITNESS:  You're asking me
14  whether in Koehn that the level of
15  acetaminophen is at a single point in
16  time?
17  QUESTIONS BY MR. PADGETT:
18    Q.   Is measured at a single point
19  in time.
20    A.   I think you would have to
21  clarify your question a little bit.
22    The level of acetaminophen is
23  measured in different compartments in the
24  Koehn, et al., study.
25    Q.   At individual points in time.

Page 191

1    In other words, the study
2  doesn't provide information on how quickly
3  those levels would change over time, right?
4    A.   Is there -- is there something
5  you can point me to in the study that you're
6  referring to?  Because I'm not necessarily
7  following what you're getting at.
8    Q.   You mentioned that it looked at
9  different areas of the brain.  And my
10  question is, when they look at the levels,
11  those are for a single point in time for
12  whatever area they're looking at.  It doesn't
13  assess across time in terms of those levels.
14  That's my question.
15    A.   So in the Koehn, et al., study,
16  they looked at gene expression in the brain
17  and the placenta.
18    You're saying that I testified
19  to something about different regions of the
20  brain.  I'm not sure to what you're referring
21  to that I stated.
22    Q.   Are you looking at 2020 or
23  2019?
24    A.   I would pose the question to
25  you on -- you're the one who brought up the

Page 192

1  study.
2    Q.   Are you currently looking at
3  the 20 -- Koehn 2019 or Koehn 2020?
4    A.   I -- in front of me I have
5  Koehn 2020.
6    (Pearson Exhibit 76 marked for
7  identification.)
8  QUESTIONS BY MR. PADGETT:
9    Q.   I'm going to hand you -- I'm
10  going to hand you what's been marked as
11  Exhibit 76.
12    Is this the Koehn 2019 study?
13    A.   This is Koehn 2019, yes.
14    Q.   Okay.  And did they use
15  radiolabeled acetaminophen?
16    It's right there in the
17  abstract, radiolabeled drugs, right?
18    A.   One point of clarification.  I
19  don't know that I used this study in my
20  weight of evidence analysis.  I think I used
21  this study in my background.
22    Q.   Okay.
23    A.   I just want to make sure that's
24  on the record.
25    So when you referred to it

Page 193

1  earlier, it threw me off because this was not
2  in my weight of evidence.  So let me just
3  make sure we're on the same page.
4    So in the abstract, you're
5  indicating that they -- they say that they
6  use a radiolabeled drug.
7    It does say that they used
8  radiolabeled substances in rats.
9    Q.   Okay.  And for the doses given,
10  my question is, did they assess the levels
11  and whether they changed over time in Koehn
12  2019?
13    MS. HUNT:  Object to form.
14    You can answer.
15    THE WITNESS:  Let me take a
16  moment and look at their figures.
17    They did.  Figure 6.
18  QUESTIONS BY MR. PADGETT:
19    Q.   Figure 6?
20    A.   Yes, on page 14.  Bottom
21  panels, acute administration and chronic
22  administration.
23    Q.   I'm talking for individual
24  doses.  Did they measure the levels for an
25  individual dose at different points in time

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 194

1  over time?  That's my question.
2      A.   Yes, that's what's being
3  measured here.  They're measuring
4  deprecations per minute, which is what the
5  radiolabeled gives you.
6      Q.   Okay.
7      A.   If you put tritium onto a drug,
8  it decays.  It's what a radioactive element
9  does.  It -- the protons within the nucleus
10  of that decay.  And if you put it inside --
11  inside of a counter, it measures the
12  deprecations.  And so this is a measurement
13  of how much a drug -- drug is in that sample.
14      Q.   And it was over the course of
15  one minute, did you say?
16      A.   No.  The course of, it looks
17  like, 150 minutes.
18      Q.   Okay.  Was there a comparison
19  between the levels examined there in fetus
20  versus pregnant females?
21      A.   Yes.
22      Q.   It wasn't adults that were
23  nonpregnant females?
24      MS. HUNT:  Object to the form
25  of the question.

Page 195

1      You can answer.
2      THE WITNESS:  My initial answer
3  was correct.
4  QUESTIONS BY MR. PADGETT:
5      Q.   Okay.  And I'm looking at
6  page 8, table...
7      A.   Figure 6 on the different lines
8  show the dam versus the fetus.
9      Q.   And I'm looking at page 8,
10  Table 5.  That's what I'm asking about, to be
11  clear.
12      And I guess I'm specifically
13  looking at adults or nonpregnant females and
14  littermates of both sexes were included in
15  the E19 or P4 age groups.
16      The comparison there was made
17  between the offspring and nonpregnant
18  females, right?
19      A.   That appears to be between
20  offspring and nonpregnant animals.
21      Q.   Okay.
22      A.   But as I mentioned in
23  Figure 4 -- or Figure -- what were we looking
24  for? -- Figure 6, that's between the dam and
25  the maternal plasma versus the fetal plasma.

Page 196

1      Q.   And we talked about
2  F1000Research previously, but based on the
3  front cover page where it says "first
4  published" --
5      A.   Yes.
6      Q.   -- August 7, 2019, and latest
7  published, August 7, 2019, would you agree
8  that there were no revisions made to this
9  article after initial publication without
10  peer review?
11      MS. HUNT:  Object to form.
12      You can answer.
13      THE WITNESS:  I wouldn't know
14  because I didn't download this.  I
15  haven't looked.
16  QUESTIONS BY MR. PADGETT:
17      Q.   This Koehn 2019 used injection
18  method, right?
19      MS. HUNT:  Object to form.
20      You can answer.
21  QUESTIONS BY MR. PADGETT:
22      Q.   IP injection?
23      A.   I would have to look at their
24  methods briefly to recall.
25      It says on page 5, in all

Page 197

1  experiments involving postnatal animals,
2  injections were at IP.  In pregnant animals,
3  radiolabeled marker was given intravenously.
4  Fetal animals were individually injected IP
5  while still in the intrauterine horn and --
6  the uterine horn.  And so a variety of
7  injection --
8      Q.   Okay.
9      A.   -- routes.
10      Q.   Do in vitro studies capture the
11  inherent complexity of organ systems?
12      MS. HUNT:  Object to form.
13      You can answer.
14  QUESTIONS BY MR. PADGETT:
15      Q.   In an animal?
16      A.   Some in vitro systems can
17  capture some aspects of organ systems, but
18  they cannot -- they have limitations in terms
19  of capturing multi-organ systems in the
20  entirety of an entire organism.
21      Q.   And they cannot account for
22  interactions between cell and biochemical
23  processes that occur in a living animal,
24  right?
25      A.   I would not necessarily agree

50  (Pages 194 to 197)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 198

1    with that statement.
2        Q.    Would you agree that they
3    cannot account for all of the interactions
4    between cell and biochemical processes that
5    occur in a living animal?
6        A.    In vitro systems cannot account
7    for all cellular and biochemical interactions
8    of an intact organism, that is true.
9        Q.    And they do not have
10   absorption, distribution, metabolism or
11   excretion processes in place, right?
12       A.    They can have -- they can have
13   all of those processes.
14           To elaborate, so in vitro
15   systems can include each of those processes.
16       Q.    Can include all four at the
17   same time?
18       A.    So organ-on-a-chip systems.
19   Transwell systems.  There are advanced in
20   vitro systems that can incorporate hepatic
21   kidney-type systems and multi-organ-on-a-chip
22   systems that -- that can capture a lot of the
23   ADME properties.
24       Q.    And not to the -- would you
25   agree not to the same extent as a living

Page 199

1    organism?
2        A.    In vitro systems cannot capture
3    every aspect of a full, complete organism.
4        Q.    And you discuss in your report
5    in silico data, right?
6        A.    I discuss in silico data, yes.
7        Q.    And that has major limitations
8    in modeling human health and disease,
9    correct?
10           MS. HUNT:  Object to form.
11           You can answer.
12           THE WITNESS:  In silico systems
13       can have certain limitations.
14   QUESTIONS BY MR. PADGETT:
15       Q.    Would you characterize them as
16   major limitations?
17           MS. HUNT:  Object to form.
18           You can answer.
19           THE WITNESS:  It would depend
20       on the application.  They can have --
21       on the contrary, they can have major
22       strengths.
23   QUESTIONS BY MR. PADGETT:
24       Q.    If you turn to page 126 of your
25   report.

Page 200

1            There is the -- the only
2    paragraph of text there, as opposed to the
3    tables and charts, this -- that paragraph
4    relates to Comparative Toxicogenomics
5    Database.
6            Is that right?
7        A.    Yes.
8        Q.    But you're also -- you also
9    note that the relevance -- reliability is low
10   to medium for the in silico line of evidence,
11   right?
12       A.    That's correct.
13       Q.    The relevance is low, and the
14   weight assigned is low, right?
15       A.    That's what it says.
16       Q.    Okay.  And that is because, as
17   you note here, this type of high through --
18   quote, "high through-put data have several
19   major limitations in modeling human health
20   and disease," end quote.
21           Is that -- did I read that
22   correctly on page 126?
23       A.    You read that correctly.
24       Q.    Okay.  And mod -- with regard
25   to modeling human health and disease, the

Page 201

1    major limitations would include ASD and ADHD,
2    right?
3            MS. HUNT:  Object to the form
4        of the question.
5            You can answer.
6            THE WITNESS:  ASD and ADHD
7        are components of human health and
8        disease.
9    QUESTIONS BY MR. PADGETT:
10       Q.    You discussed early in -- well,
11   I guess about page 124, you talk about that
12   APAP has been tested in 970 assays in
13   something known as the EPA ToxCast dashboard?
14       A.    Yes.
15       Q.    And of those 979 assays you
16   identify here on pages 124 to 125, four that
17   showed active calls; is that right?
18       A.    That's correct.
19       Q.    Can you describe specifically
20   how these four active calls support a
21   specific finding of acetaminophen as a
22   causal -- that acetaminophen can cause ASD or
23   ADHD?
24       A.    On a weight of evidence
25   analysis, you don't rely on one level of

51 (Pages 198 to 201)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 202

1    analysis to -- or level of evidence to
2    support a causal framework.  You rely on the
3    totality and multiple levels of evidence.
4            So to more directly answer your
5    question, I wouldn't rely just on this single
6    data to do that.  But -- yeah.
7            But in the -- in the full
8    weight of evidence analysis, these kinds of
9    results can be supportive in that these
10   assays support the specificity of the types
11   of effects.
12           So the first assay where you
13   have activity and relatively low -- rather
14   high sensitivity where you have a low AC50 is
15   androgen receptor.  And we know that
16   acetaminophen has activity on androgen
17   receptor, so that makes intuitive sense from
18   a toxicological perspective.
19           The second assay is a nuclear
20   hormone receptor, a progesterone receptor.
21           The third one, in HepaRG cells,
22   which are hepatocytes, it makes sense that
23   you have CYP450 activity there.
24           And the last one is SOX
25   activity, which is essentially a

Page 203

1    transcription factor that's involved in
2    development.  So in that sense, the
3    development's maybe not surprising given the
4    neurodevelopmental activity that we're
5    interested in.
6        Q.    Did you actually go into the
7    EPA ToxCast dashboard and review the data
8    that these four calls -- assays were
9    reproduced in your report?
10           MS. HUNT:  Object to form.
11           You can answer.
12           THE WITNESS:  Are you asking
13      whether I read more about these
14      specific assays?
15   QUESTIONS BY MR. PADGETT:
16       Q.    Strike that.
17           Did you go into the EPA ToxCast
18   database and look at the information on that
19   database that's reflected in your report at
20   pages 124 to 25?
21           MS. HUNT:  Object to form.
22           You can answer.
23           THE WITNESS:  Yes.
24           (Pearson Exhibit 74 marked for
25      identification.)

Page 204

1    QUESTIONS BY MR. PADGETT:
2        Q.    Okay.  I'm going to hand you
3    what's been marked as Exhibit 74.
4            Is this --
5            MS. HUNT:  Can I have a copy?
6            MR. PADGETT:  Oh, I'm sorry.
7            MS. HUNT:  Thank you.
8    QUESTIONS BY MR. PADGETT:
9        Q.    And is exhibit -- which number
10   is that, please?
11       A.    74.
12       Q.    Is Exhibit 74 going to be
13   introductory material about the EPA ToxCast
14   database, followed by the specific
15   information on acetaminophen discussed in
16   your report there at pages 124 to 25?
17           MS. HUNT:  Object to the form
18      of the question.
19           You can answer.
20           THE WITNESS:  Are you asking is
21      this specific information discussed in
22      my report?
23   QUESTIONS BY MR. PADGETT:
24       Q.    No.  Would you agree that that
25   is -- does that look familiar to you as --

Page 205

1    from EPA ToxCast database?  At least the
2    materials on acetaminophen?
3        A.    Yes, it does.
4        Q.    And the ToxCast program has
5    acknowledged that false positive and negative
6    hit calls are possible using their automated
7    methods, and so they've added a processing
8    step to assign flags or warnings about the
9    data.
10           Do you understand that?
11       A.    I do.
12       Q.    Okay.  Are there any flags or
13   warnings referenced in the data on pages 124
14   to 25 of your expert report with regard to
15   those four assays?
16       A.    There are no flags on my expert
17   report.
18       Q.    Did you understand that the
19   warnings -- do the warnings limit the
20   conclusions that can be drawn from the
21   results?
22       A.    If the ToxCast algorithms flag
23   a dose response, then it can trigger further
24   follow-up by the computational toxicologist
25   at the EPA to determine whether

52 (Pages 202 to 205)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 206

1    the curve-fitting algorithms need to be
2    refit, whether the assay performed well, or
3    whether the assay data are unreliable.
4        Q.    You state there -- it's on
5    page 124 of your report -- that the ToxCast
6    dashboard shows APAP has potent activity for
7    androgen receptor.
8              Is that -- did I read that
9    right?
10       A.    Yes.
11       Q.    Did you review all of the
12   results from the androgen receptor assays and
13   models in the ToxCast -- EPA ToxCast
14   database?
15             MS. HUNT:  Object to the form
16         of the question.
17             You can answer.
18   QUESTIONS BY MR. PADGETT:
19       Q.    As to acetaminophen?  Sorry.
20       A.    I do not remember what I looked
21   at.  I believe that I did.
22       Q.    Okay.  So were you aware that
23   there were 14 other androgen receptor assays
24   that were represented as inactive?
25       A.    There's more nuclear receptors

Page 207

1    beyond androgen receptor.  There's --
2        Q.    I'm --
3        A.    -- receptor.  There's -- yeah.
4        Q.    I'm asking specifically about
5    the androgen receptor assays.
6        A.    I'm aware that there are other
7    androgen receptor assays --
8        Q.    Okay.
9        A.    -- that are up and -- and that
10   would be up and down.
11       Q.    Could you turn to the graph
12   there with the date in the right-hand --
13   bottom right corner?  Says 8/1/23, 6:04 p.m.
14             And which assay is this for?
15   Is this a nuclear antagonist?
16       A.    I assume you're asking about
17   the one that says UPAHCLU2OSAR TIF2 nucleoli
18   antagonist?
19       Q.    Yes.
20       A.    Yes.
21       Q.    And that particular one has a
22   flag for hit call, and it says, "Potentially
23   confounding by overfitting.  Only one
24   concentration above baseline active."
25       A.    I see that.

Page 208

1        Q.    Okay.  Did you see that when
2    you were looking at the database?
3        A.    I do not recall whether I saw
4    that or not.
5        Q.    Okay.  But this is referring to
6    an androgen receptor, correct?
7        A.    This is referring to --
8    actually, no, it's not.  It's not an androgen
9    receptor.  I misread that earlier.  It's a
10   nucleoli antagonist.  Well, as it relates to
11   the gene AR.
12       Q.    I'm talking about the one on
13   the graph that we're looking at.
14       A.    Yeah, it's the same one that's
15   the top one in the table, though.
16       Q.    Okay.
17       A.    The most potent one with the
18   AC50 of .25, which is .25 micromolar or 251
19   nanomolar.
20       Q.    And would you agree that this
21   flag and the potential confounding by
22   overfitting calls into the question of
23   reliability of this fit?
24       A.    It certainly requires that the
25   toxicologist at the EPA should look more at

Page 209

1    this dose-response relationship and determine
2    whether that dose response is biologically
3    meaningful or whether one of these other
4    concentration response curves would be
5    better.
6              So the one that's fit, that
7    gives this AC50, was what they call the
8    winning model.  So that's computational.
9    That's why they give that dotted line.
10   That's the winning model, and that's the log
11   AC, that one that gives this .25 AC50.
12       Q.    You -- sorry, go ahead.
13       A.    So I was just going to continue
14   on.
15             They give other curves.
16   They're very, very faint in here.  There's a
17   hill curve, for instance, or a gain-loss
18   curve.  Those would render different AC 50s.
19             And so a toxicologist, a
20   computational toxicologist, could look at
21   this and determine, you know, based on this
22   scatter plot of dose response, it might be
23   more appropriate to not trust the computer
24   and apply one of the other ones.
25       Q.    You also state there on

53 (Pages 206 to 209)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 210

1    page 124 that it -- "the ToxCast dashboard
2    shows that APAP has potent activity for...the
3    nuclear receptor family in general," right?
4         A.    Yeah, I believe I would have
5    said that because the top two most potent
6    assays are for two intended target families
7    of nuclear receptor.
8         Q.    If you could look at the graph
9    with the bottom right date of 8/1/2023,
10   6:07 p.m., please.
11        A.    Yes.
12        Q.    And does that -- the assay for
13   binding of the human progesterone reception?
14        A.    Yes.
15        Q.    And that has a flag on it,
16   right?
17        A.    Yes.
18        Q.    And the flag says, quote, "Less
19   than 50 percent efficacy," end quote, right?
20        A.    It does.
21        Q.    But that's not discussed in
22   your report, correct?
23        A.    It is not discussed in my
24   report.
25        Q.    You also state on page 124 that

Page 211

1    "the ToxCast dashboard shows that APAP has
2    potent activity for...cytochrome P450
3    enzymes," correct?
4         MS. HUNT:  Object to the form
5    of the question.
6         You can answer.
7    QUESTIONS BY MR. PADGETT:
8         Q.    It's on page 124 of your
9    report.
10        A.    Yes.
11        Q.    And this was related to an
12   assay at CYP1A1 induction, correct?
13        A.    Yes.
14        Q.    Okay.  Is the CYP1A1 enzyme --
15   P450 enzyme typically associated with
16   acetaminophen metabolism?
17        MS. HUNT:  Object to the form
18   of the question.
19        You can answer.
20        THE WITNESS:  I've seen
21   literature associated with CYP1A1 and
22   APAP.  I've seen it more in respect to
23   aniline to APAP.
24        I've seen also CYP1A2 in
25   acetaminophen.

Page 212

1         I think some of these assays
2    can have some specificity problems
3    with respect to the fact they're
4    transcription factor reporter assays,
5    so sometimes the CYP specificity can
6    overlap.  So it's not surprising to me
7    to see CYP1A1 activity with respect to
8    acetaminophen.
9    QUESTIONS BY MR. PADGETT:
10        Q.    So is CYP1A1 typically
11   associated with acetaminophen metabolism
12   based on the literature you've seen?
13        MS. HUNT:  Objection.  Form.
14        You can answer.
15        THE WITNESS:  I don't know what
16   your definition of the -- of typically
17   is.  I've seen literature associating
18   CYP1A1 with acetaminophen.
19   QUESTIONS BY MR. PADGETT:
20        Q.    In any event, this -- if you
21   turn to the graph, 8/1/2023, for 6:09 p.m.,
22   is that the graph for the CYP1A1 induction
23   reflected in your expert report?
24        A.    It is reflected in my expert
25   report.

Page 213

1         Oh, I'm sorry.  Is the flag
2    reflected in my expert report?
3         Q.    Is the graph.
4         A.    Is the graph itself or is data
5    from the graph reflected?
6         Q.    Yeah, the data from the graph.
7         A.    The last entry into the table
8    on page 125 comes from that.
9         Q.    Okay.
10        A.    Oh, no, I'm sorry, it isn't,
11   actually.  No, it isn't.
12        Q.    This assay, C1P1A {sic} assay,
13   is reflected in your report as one of the
14   hits that you describe, right?
15        A.    No.  I don't see it.
16        Q.    You were talking about a CYP450
17   assay result was among the four at pages 124
18   to 125; is that right?
19        Which one of these four is it?
20   First, second, third or fourth?  Is it the
21   third where it says CYP1A1?
22        A.    Oh, yeah, there it is.  Thank
23   you.  It's that one.
24        Q.    Okay.  And the one that has
25   6:09 p.m. in the bottom right-hand --

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 214

1    A.   Yes.
2    -- corner is the graph related
3 to that assay, right?
4    A.   It is.
5    Q.   And that graph has a flag as
6 well, right?
7    A.   It does.
8    Q.   And the flag is, quote, "noisy
9 data," end quote; is that correct?
10    A.   That is what it says.
11    Q.   And what does noisy data mean?
12    A.   It's referring to that the
13 replicates are widespread.
14    Q.   Could noisy data also mean
15 meaningless or corrupt data?
16    A.   That's not at all what that
17 means.  It just means that biology is
18 variable.  In fact, I would go on to say that
19 this is actually beautiful data.
20        If you look at the lower dose
21 range, the replicates are very tight.  If you
22 go to the higher dose range, log 1.5, then
23 the replicates become widespread.  But if you
24 actually look at the dose-response curve,
25 it's a beautiful sigmoidal curve.  So as

Page 215

1 someone who is a neurotoxicologist, it's a
2 beautiful curve.  It's actually wonderful
3 data.
4    Q.   But it's flagged as noisy data,
5 correct?
6    A.   It's flagged.  And so
7 computational toxicologists want to have
8 systems of checks and balances to make sure
9 that the -- that the -- they have ways to
10 have alerts.  But just because flags are
11 stimulated doesn't mean that the data are
12 bad.
13        So they may very well look at
14 this and say, oh, no, actually this looks
15 great, and the AC50s that are generated from
16 it are good.
17    Q.   And the last one -- I think
18 this is over on your table, page 125 -- is
19 the SOX1 assay that you described; is that
20 right?
21    A.   Yes.
22    Q.   And that one is in -- this
23 exhibit is the 6:10 p.m. in the bottom right
24 corner graph, right?
25    A.   I see it, yes.

Page 216

1    Q.   And that has a flag as well,
2 right?
3    A.   It does.
4    Q.   And it says, "less than
5 50 percent efficacy, hit call potentially
6 confounding by overfitting," right?
7    A.   Yes.
8    Q.   Has SOX1 activity been
9 associated with ASD or ADHD specifically?
10    A.   I don't know offhand if SOX1.
11 I'm aware that SOX2 has been implicated in
12 neurodevelopmental disorders such as ASD.  I
13 don't recall offhand if SOX1 is.
14        But the SOX family of
15 transcription factors is highly implicated in
16 such neurodevelopmental outcomes.
17    Q.   In any event, the less than
18 50 percent efficacy in hit call potentially
19 confounding by overfitting is not -- a
20 warning flag is not referenced in your
21 report, correct?
22    A.   It is not.
23    Q.   On page -- pages -- you discuss
24 in your report, it looks like Section 11,
25 Roman numeral XI, APAP's mechanisms of

Page 217

1 neurodevelopmental injury.
2        Do you recall that?
3    A.   Can you tell me what page that
4 is?
5    Q.   Page 50.
6    A.   Yes.
7    Q.   Have you -- I think earlier you
8 said you were -- you reviewed and relied upon
9 Dr. Cabrera's report, right?
10    A.   I read his report, and I
11 reference it in my report.
12    Q.   Have you reviewed Dr. Cabrera's
13 deposition transcript?
14    A.   I read his deposition
15 transcript.
16    Q.   And I'll represent to you --
17 I'll represent to you that Dr. Cabrera
18 testified in his deposition that the core
19 pathways for his opinions were oxidative
20 stress and endocannabinoid pathways, and that
21 for the other proposed mechanisms, at least
22 when applying the adverse outcomes pathways,
23 that, quote, "there would be gaps in the data
24 that would leave a gap in the biologic
25 plausibility that would need additional data

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 218

1  to fill in those gaps."
2       Do you recall that?
3       MS. HUNT: Object to the form
4  of the question.
5       You can answer, if you recall.
6       THE WITNESS: I don't recall
7  that.
8       (Pearson Exhibit 77 marked for
9  identification.)
10 QUESTIONS BY MR. PADGETT:
11      Q.   Okay.  And I'll hand you what's
12 pages 325 to 326 of Dr. Cabrera's deposition,
13 if you want to take a look.
14      Can I have it back?  I'll go
15 ahead and mark it.
16      I'm going to hand you what's
17 been marked as Exhibit 77.  That's pages 325
18 to 326 of Dr. Cabrera's report {sic}.
19      Do you recall reading this
20 testimony at the end of page 325 over to
21 page 326 from Dr. Cabrera?
22      A.   I'll need just a second to look
23 at it.
24      Q.   Sure.
25      A.   It looks a little bit familiar,

Page 219

1  yeah.
2       Q.   Okay.  But he states with
3  regard to mechanisms -- or pathways,
4  biological systems -- he calls them the core
5  pathways -- beyond oxidative stress and
6  endocannabinoid pathways that there would --
7  quote, "there would be gaps in the data that
8  would leave a gap in the biological
9  plausibility that would need additional data
10 to fill in those gaps," period, end quote.
11      Did I read that correctly?
12      MS. HUNT: Object to form.
13      You can answer.
14      THE WITNESS: I'm not sure you
15 read that exactly correctly, but I
16 think you summarized it sufficiently
17 what was stated there.
18 QUESTIONS BY MR. PADGETT:
19      Q.   Do you agree with Dr. Cabrera's
20 statement here that beyond the
21 endocannabinoid pathways and oxidative stress
22 pathway, that the other mechanisms that have
23 been -- have gaps in biological plausibility
24 that would need additional data to fill in
25 those gaps?

Page 220

1       A.   I would not endorse that
2  precisely.  I do not -- I don't think that's
3  an accurate summarization, no.
4       Q.   And you don't think that's an
5  accurate summarization by Dr. Cabrera, is
6  what you're saying?
7       A.   Correct.
8       Q.   Okay.
9       A.   I think there's enough -- there
10 is sufficient information about mechanism,
11 biological-initiating mechanisms, of damage
12 by acetaminophen in nervous system tissues
13 beyond oxidative stress and how that leads to
14 neurodevelopmental injury in the developing
15 brain, and that includes synaptic
16 dysfunction, cellular disruption and
17 neurodevelopmental cascades that include --
18      Q.   Sorry.
19      A.   Sorry.
20      -- that include endocrine
21 disruption.  It includes serotonergic
22 alterations, dopaminergic dysfunction, and
23 includes various different pathways,
24 epigenetic disruption.
25      Q.   You discuss in your report a

Page 221

1  mechanism related to AM404, correct?
2       A.   I discuss mechanisms related to
3  4-Aminophenol that involve that pathway.
4       Q.   Okay.  When you say 4-Amin --
5  say it again?
6       A.   I think it's 4-Aminophenol.
7  Yeah.
8       Q.   Is that FAAH?
9       A.   FAAH is the enzyme that's
10 involved in the synthesis of that particular
11 metabolite.
12      Q.   Okay.  I think you indicate in
13 your report a key metabolite of acetaminophen
14 is PAP, or p-Aminophenon {sic}?
15      A.   Sorry.  p-Aminophenol, yeah.
16      Q.   PAP, correct?
17      A.   Yes.
18      Q.   Okay.
19      A.   Yeah.
20      Q.   And that in the brain and in
21 the presence of FAAH, PAP can conjugate with
22 arachidonic acid to form AM404; is that
23 correct?  Is that a correct representation of
24 your --
25      A.   That's my recollection without

56 (Pages 218 to 221)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 222

1    seeing it in front of --
2        Q.    Okay.
3        A.    -- in front of my -- in front
4    of me.
5        Q.    What percentage of
6    acetaminophen is metabolized to PAP?
7            MS. HUNT: Object to the form
8        of the question.
9            You can answer.
10           THE WITNESS: I do not know the
11       specific number. My recollection is
12       it's a small percentage.
13   QUESTIONS BY MR. PADGETT:
14       Q.    Is it more or less than the
15   percentage of NAPQI that is formed during
16   acetaminophen metabolism?
17           And if you want to look to
18   page 8 of your report, there's a discussion
19   of this.
20       A.    So on the bottom of page 8, it
21   shows a diagram that gives approximate
22   metabolic fates of acetaminophen products.
23           And to answer your question
24   specifically, it says 5 to 10 percent of
25   acetaminophen ends up as NAPQI.

Page 223

1            But that's state-dependent.
2    That depends on, you know, how much CYP2E1
3    there is. CYP2E1 is variable.
4            It also depends on how much
5    glucuronidation or sulfation is happening to
6    the parent molecule.
7            It also depends on how much
8    parent molecule there is.
9        Q.    Okay.
10       A.    It also depends on how much
11   glutathione there is, of course.
12       Q.    And you're referring on page 8
13   to Figure 2, right?
14       A.    To Figure 2, yes.
15       Q.    Okay. And based on Figure 2,
16   you would agree that 60 percent of
17   acetaminophen is metabolized through
18   glucocorn -- corn -- glucuren -- how do you
19   say it?
20       A.    Glucuronidation.
21       Q.    Glucuronidation, and 30 percent
22   through sulfation, right?
23       A.    These are approximate numbers.
24   There are species differences. There's
25   developmental differences. These are --

Page 224

1    again, it's a snapshot to give approximate --
2    approximations, but they can be helpful as
3    a -- as an approximation.
4        Q.    Okay. But that's what -- those
5    numbers are what's reflected in Figure 2 of
6    your -- page 8 of your report, right?
7        A.    Yes.
8        Q.    Okay. And the metabolite --
9    metabolism pathway for -- to NAPQI is APAP
10   conjugate -- is conju -- is bound with CYP2E1
11   to create NAP -- NAPQI, right?
12       A.    CYP2E1 oxidizes acetaminophen
13   to NAPQI, yes.
14       Q.    Okay. And then GSH,
15   essentially an antioxidant that converts
16   NAPQI to a harmless metabolite that's
17   excreted in the urine, right?
18       A.    That's an okay-enough
19   summarization, yes.
20       Q.    Okay. And some acetaminophen
21   is excreted as is -- in urine in unconjugated
22   form, right?
23       A.    Very little.
24       Q.    Okay. Is it about 5 percent?
25       A.    I don't know the exact number,

Page 225

1    but most of it is processed.
2        Q.    PAP is not on this graphic in
3    Figure 2, correct?
4        A.    It is not.
5        Q.    And I don't believe I saw this
6    in any study cited in your report, but
7    correct me if I'm wrong, but are there any
8    studies that have measured AM404 in the human
9    embryotic fetal brain?
10           MS. HUNT: Object to form.
11           You can answer.
12           THE WITNESS: I do not know.
13   QUESTIONS BY MR. PADGETT:
14       Q.    Okay. In your opinion, is one
15   molecule of AM404 in the fetal brain
16   sufficient to cause ASD?
17           MS. HUNT: Object to the form
18       of the question.
19           You can answer.
20           THE WITNESS: I do not have any
21       knowledge of how much AM404 would be
22       required to cause ASD.
23   QUESTIONS BY MR. PADGETT:
24       Q.    And same question for ADHD. Is
25   one molecule of AM404 in the fetal brain

57 (Pages 222 to 225)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 226

1    sufficient to cause ADHD?
2         MS. HUNT:  Same objection.
3         THE WITNESS:  Asking a question
4    about an individual molecule causing a
5    complex human disease is, I think,
6    indicative of how -- why something
7    like a weight of evidence is
8    necessary, because that's just not how
9    disease risk works.  We're dealing --
10   again, we're dealing with, like,
11   complex, pleiotropic disease.
12        It's -- so to more directly
13   answer your question, I cannot answer
14   that question.  It's not possible to
15   answer that question.
16   QUESTIONS BY MR. PADGETT:
17        Q.    Okay.  And to your point about
18   a weight of evidence, are you aware of any
19   studies that have measured AM404 in human
20   adults?
21        MS. HUNT:  Object to the form
22   of the question.
23        You can answer.
24        THE WITNESS:  I have not
25   reviewed the literature about whether

Page 227

1         AM404 has been measured in human
2    biospecimens.  So I don't know.
3    QUESTIONS BY MR. PADGETT:
4         Q.    And is it your opinion that
5    AM404 increases anandamide and that this
6    increase of anandamide disrupts the
7    endocannabinoid system?
8         A.    My understanding is that AM404
9    is involved in endocannabinoid signaling, and
10   disruption to the endocannabinoid signaling
11   system is -- can perturb neurodevelopment.
12        Q.    And do you have any
13   understanding of the level at which a
14   decrease of AM404 would sufficiently perturb
15   the endocannabinoid system to result in an
16   increased risk of ASD?
17        MS. HUNT:  Object to form.
18        You can answer.
19        THE WITNESS:  That is not my
20   expertise.  I'm not a person who is
21   trained in the dosimetry of AM404 in
22   the human brain to determine what the
23   levels are that are required to lead
24   to a human disorder.  That's outside
25   of my training.

Page 228

1    QUESTIONS BY MR. PADGETT:
2         Q.    And you said it would lead to a
3    human disorder.  So the same response would
4    be true with regard to ADHD, correct?
5         A.    Same answer.
6         Q.    You assert on page 63 of your
7    report that it is well-accepted that
8    endocannabinoid disruption during pregnancy
9    should be avoided, and there you cite ACOG,
10   right?
11        A.    Yes.
12        Q.    So there you do, in fact,
13   believe that ACOG is a valid source of
14   medical opinion, correct?
15        MS. HUNT:  Object to the form
16   of the question.
17        You may answer.
18        THE WITNESS:  Citing a
19   particular reference means that that
20   particular reference is what I'm
21   referring to to support that
22   statement.
23        (Pearson Exhibit 75 marked for
24   identification.)
25

Page 229

1    QUESTIONS BY MR. PADGETT:
2         Q.    I'm going to hand you what's
3    been marked as Exhibit Number 75.  Is that
4    the source that you're referring to with
5    regard to your citation to ACOG?
6         A.    I believe it is.  Yes.
7         Q.    And that is a flyer from ACOG
8    warning about using marijuana while pregnant,
9    correct?
10        MS. HUNT:  Object to the form
11   of the question.
12        You can answer.
13        THE WITNESS:  I'm sorry.  The
14   question is whether this is a flyer?
15   QUESTIONS BY MR. PADGETT:
16        Q.    Is that a -- is that -- will
17   you confirm that Exhibit 78 is an ACOG flyer
18   advising against the use of marijuana during
19   pregnancy?  Correct?
20        A.    This is a -- this is a couple
21   of documents from ACOG that discuss the topic
22   of marijuana in pregnancy.
23        Q.    And the bulletin that's
24   Exhibit 78, the ACOG bulletin, states, quote,
25   "Research is limited on the forms of

58 (Pages 226 to 229)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 230

```
 1    marijuana use during pregnancy because all of
 2    the possible harms are not fully known.  ACOG
 3    recommends that anyone who is pregnant,
 4    planning to get pregnant or breastfeeding not
 5    use marijuana," period, end quote.
 6               Did I read that correctly?
 7          A.    You did.
 8          Q.    And THC use during pregnancy is
 9    discouraged because research is limited on
10    the harms of marijuana use during pregnancy,
11    and all of the possible harms are not fully
12    known, correct?
13               MS. HUNT:  Object to form.
14               You can answer.
15               THE WITNESS:  You were asking
16    me about THC use?  I didn't understand
17    the question.
18               MR. PADGETT:  Can you read it
19    back, please?
20               Strike that.
21    QUESTIONS BY MR. PADGETT:
22          Q.    According to this ACOG
23    bulletin, THC use during pregnancy is
24    discouraged because research is limited on
25    the harms of marijuana use during pregnancy
```

Page 231

```
 1    and all of the possible harms are not fully
 2    known, right?
 3               MS. HUNT:  Object to form.
 4               You can answer.
 5               THE WITNESS:  I want to make
 6    sure I understand the question.
 7               So you're asking whether ACOG
 8    is recommending that pregnant people
 9    don't use THC while pregnant because
10    all of the harms aren't known?  And
11    you're asking me to say yes or no to
12    that?
13    QUESTIONS BY MR. PADGETT:
14          Q.    Is that your understanding?
15    That's my question.
16          A.    I don't -- I wouldn't fully
17    agree with that, because as they're saying
18    here, they're saying possible effects on your
19    fetus - disruption of brain development
20    before birth, smaller size at birth.  They're
21    listing many, many effects.
22               So it's not just because the
23    possible effects aren't known.  I can't
24    endorse that particular response to the
25    affirmative as you phrased the question.
```

Page 232

```
 1          Q.    Do you believe it's appropriate
 2    to extrapolate from the effects of one
 3    endocannabinoid compound to make a causation
 4    argument about another compound acting on an
 5    endocannabinoid system?
 6          A.    I think -- I think it's -- I
 7    think that knowing that a particular ligand
 8    of receptors affecting neurodevelopment can
 9    tell you that.  You have to be careful with
10    other known ligands to those receptors when a
11    full safety profile of that particular
12    chemical in question has not been performed.
13          Q.    And we're talking about ASD or
14    ADHD.  Wouldn't you need to be specific as to
15    the particular neurochemicals or transmitters
16    that have been linked with ASD in terms of
17    perturbing of the endocannabinoid system?
18               MS. HUNT:  Object to form.
19               You can answer.
20               THE WITNESS:  So with ASD and
21    ADHD -- so we're talking about now two
22    different disorders, endocannabinoids
23    and now neurotransmitters.  So now I'm
24    a little bit confused about what
25    specifically you're asking me.
```

Page 233

```
 1               So specificity about which
 2    chemicals that act as ligands for the
 3    endocannabinoid system?
 4    QUESTIONS BY MR. PADGETT:
 5          Q.    Yes.
 6          A.    Or neurotransmitters?
 7               So you're not asking me about
 8    neurotransmitters?
 9          Q.    Not right now.
10          A.    Okay.  So, no.
11          Q.    Same question about
12    neurotransmitters.
13               Don't you need to know the
14    particular neurotransmitters that have been
15    linked with ASD in terms of perturbing of the
16    endocannabinoid system in making a causal
17    assessment?
18          A.    I'm not certain I understand
19    what you mean with respect to
20    endocannabinoids and now neurotransmitters.
21          Q.    What specific neurochemicals
22    have been identified as perturbing the
23    endocannabinoid system as cause -- as
24    specifically causing ASD?
25               MS. HUNT:  Object to form.
```

59 (Pages 230 to 233)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 234

1      You can answer.
2      THE WITNESS:  I'm really having
3  a hard time understanding what you're
4  asking me.
5      So specifically about
6  neurotransmitters that are involved in
7  ASD and ADHD and how that relates to
8  endocannabinoids?
9      Look, I think what we're
10  discussing here is the involvement of
11  the endocannabinoid system and whether
12  acetaminophen is perturbing
13  endocannabinoid system.
14      If we're talking about the
15  endocannabinoid system as a mechanism
16  by which acetaminophen is disturbing
17  neurodevelopment, what that has to do
18  with neurotransmitters, serotonin,
19  dopamine, you know, norepinephrine, et
20  cetera, I don't see the link here,
21  like what -- how I'm supposed to
22  answer your question.
23  QUESTIONS BY MR. PADGETT:
24      Q.    Let me ask you this way.
25      Do you -- can you identify a

Page 235

1  single study that suggests or reports that
2  AM404 has neurodevelopmental effects,
3  including the development of ASD or ADHD?
4      MS. HUNT:  Object to the form
5  of the question.
6      You can answer.
7      THE WITNESS:  If AM404 has
8  neurodevelopmental effects.
9      I do not recall studies that
10  specifically look at AM404 and
11  directly linking to neurodevelopmental
12  effects in humans.
13      MR. PADGETT:  We've been going
14  over an hour.  Do you want to take a
15  break?
16      MS. HUNT:  Sounds good to me.
17      VIDEOGRAPHER:  The time right
18  now is 2:41 p.m., and we're off the
19  record.
20      (Off the record at 2:41 p.m.)
21      VIDEOGRAPHER:  The time right
22  now is 3:02 p.m., and we're back on
23  the record.
24  QUESTIONS BY MR. PADGETT:
25      Q.    Dr. Pearson, I'm going to take

Page 236

1  you all the way back to page 10 of your
2  amended expert report.
3      You have a statement there that
4  says that a fetus has, quote, "Less ability
5  to detoxify NAPQI," period, end quote.
6      It's at the very -- towards the
7  very bottom of the page.
8      Do you see that?
9      A.    Yes.
10      Q.    Okay.  Aside from the statement
11  about lower glucuronidation capacity, do you
12  have any other studies supporting the
13  proposition that fetuses have less ability to
14  detoxify NAPQI?
15      A.    It's well-understood that the
16  hepatic -- the liver enzymes and liver
17  activity of embryos and fetuses are limited,
18  so it's not until late term and postnatal
19  that the activity of the liver is fully on
20  board.  So the fetus is relying on maternal
21  detoxification to some degree.
22      Q.    Okay.
23      A.    And I don't know exactly where
24  I have that cited in here, but that's a
25  well-understood metabolic and toxicological

Page 237

1  phenomenon.
2      Q.    What about levels of GSH in the
3  fetal brain, do you have any understanding of
4  the levels of the GSH that are present in the
5  fetal brain shown by any scientific research?
6      MS. HUNT:  Object to form.
7      You can answer.
8      THE WITNESS:  There's the study
9  that we discussed earlier that had
10  some limitations in terms of controls
11  but nevertheless gave some information
12  on this.  And that is Beck, in rat,
13  shows us that low weight files are
14  reduced, that glutathione was reduced
15  in the fetal brain relative to other
16  tissues, and that acetaminophen
17  changes that.
18      And so there's developmental
19  dynamics of glutathione levels in
20  fetal tissues and in fetal brain, and
21  those change over time.
22  QUESTIONS BY MR. PADGETT:
23      Q.    But you're talking about rat --
24      A.    I am talking about rat.
25      Q.    Okay.  What about studies about

60 (Pages 234 to 237)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 238

1    GSH in the fetal human brain?
2         MS. HUNT:  Object to the form
3    of the question.
4         You can answer.
5    QUESTIONS BY MR. PADGETT:
6    Q.    Any do you have -- are you
7    aware of any studies looking at that?
8    A.    Off the top of my head, I'm not
9    sure if the glutathione in human embryos or
10   fetuses has been measured.  It may very well
11   have.
12   Q.    I'm going to hand you what has
13   been previously marked as Exhibit 43.  It was
14   in -- from Dr. Louie's deposition.  It's got
15   a chicken scratch from Dr. Louie on it.
16        Have you -- have you read this
17   article before?
18   A.    Let me look at the figures and
19   see if I recognize it.
20        I don't know if I relied on
21   this or looked at it or not.  I don't
22   recognize it.  But I may have.
23   Q.    I do not believe it was on your
24   list of materials, but you also don't recall
25   looking at it within the past month or two?

Page 239

1    A.    I do not recall looking at it,
2    no.
3    Q.    Okay.  And this article reports
4    on table -- in specifically Table 2, GSH
5    levels in the fetal brain and liver of -- as
6    of 13 weeks, correct?
7    A.    I see that in Table 2.
8    Q.    Okay.  And you indicated
9    earlier that acetaminophen -- you said that
10   the -- that the P -- we rely on the mother's
11   metabolism in the liver to deal with NAPQI;
12   is that right?
13   A.    I did not say that.
14   Q.    Okay.  What did you mean?  You
15   were talking about it earlier.
16   A.    I was saying that the liver on
17   the whole is not fully functional in a
18   developing embryo or fetus, and that some of
19   the detoxification of circulating xenobiotics
20   would require hepatic function of the mother.
21   Q.    Okay.  At least here, brain GSH
22   shows 80 nanomole per milligrams systolic
23   protein for GSH, correct?
24   A.    Nanograms per milligram, yes.
25   Q.    Okay.  And have you reviewed --

Page 240

1    strike that.
2         I'm going to hand you what's
3    been marked previously in Dr. Louie's
4    deposition as Exhibit 40, ask do you
5    recognize that study?
6    A.    I do not recognize this study
7    just based on the title page.
8    Q.    If you turn to Table 2 in
9    Figure B of this -- and this is the Dutheil
10   2009 study, correct?
11   A.    Yes.
12   Q.    And this is looking at CYP2E1
13   mRNA expression in the human brain and in the
14   liver and various other -- specifically in
15   the liver and various parts of the human
16   brain, correct?
17        MS. HUNT:  I would just --
18   sorry.  I object to the form.
19        You can answer, if you have a
20   chance.
21        THE WITNESS:  Which figure are
22   you wanting to --
23   QUESTIONS BY MR. PADGETT:
24   Q.    Table 2.
25   A.    Table 2.  Okay.  I'm looking at

Page 241

1    Table 2.
2    Q.    Do you see that with regard to
3    the liver, the expression of CYP2E1 mRNA
4    compared to the brain is 1,300-plus times
5    larger --
6         MS. HUNT:  Object to the form.
7    QUESTIONS BY MR. PADGETT:
8    Q.    -- in the liver than in the
9    brain?
10        MS. HUNT:  Sorry.
11        Object to the form of the
12   question.
13        You may answer.
14   QUESTIONS BY MR. PADGETT:
15   Q.    More than a thousand times
16   higher, correct?
17        MS. HUNT:  Same objection.
18        THE WITNESS:  So I've not
19   looked at the study before, but if
20   you're asking me the question whether
21   the number 550,000 is larger than 413,
22   a thousand times larger, the answer to
23   that would be yes.
24   QUESTIONS BY MR. PADGETT:
25   Q.    Have you reviewed Dr. McGill's

61 (Pages 238 to 241)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 242

1    report in this case?
2        A.    I did not read his full report,
3    but I looked over parts of it.
4        Q.    Did you review the parts of it
5    related to the levels of CYP2E1 as compared
6    to GSH in the human and rodent brains
7    compared to the liver?
8            MS. HUNT:  Object to the form
9        of the question.
10           Answer, if you can.
11           THE WITNESS:  I did not review
12       all of that.  Part of what I read I
13       did not feel was accurate, so I didn't
14       spend the precious time that I had
15       looking at the rest of it.
16   QUESTIONS BY MR. PADGETT:
17       Q.    Which part did you feel was not
18   accurate?
19       A.    So various parts of it I did
20   not feel were accurate.  I can't quote to you
21   which parts of it.
22           But just to give you an
23   example, I can already tell you issues with
24   the interpretation of this.  This is giving
25   you transcript levels, which is not

Page 243

1    sufficient here.
2            I don't know whether they have
3    controlled for, for instance, the million map
4    reads.  I don't know if they're controlling
5    for the size of the -- I don't know if
6    they're controlling here for the protein
7    levels.
8            This is just transcripts.
9    There's a number of issues here of just
10   relying on only transcript level.  So making
11   these tissue-level comparisons is
12   insufficient with -- in terms of
13   understanding the abundance of the enzyme.
14           It would be better to support
15   this with -- or it would be helpful to
16   support this with either immunolabeling,
17   Western Blot, something of the sort,
18   proteomics, if one was to try to make the
19   conclusion that -- you know, the relative
20   abundance of the enzyme.  This is just
21   message.
22       Q.    Are you aware of any studies
23   that show that in the fetal brain the levels
24   of GSH are not abundant enough to take care
25   of NAPQI that would be created by whatever

Page 244

1    levels of CYP2E1 are in the fetal brain?
2            MS. HUNT:  Object to the form
3        of the question.
4            You can answer.
5            THE WITNESS:  Under what
6        circumstances?  Under any circumstance
7        or under the circumstances of
8        acetaminophen exposure?
9    QUESTIONS BY MR. PADGETT:
10       Q.    Under the circumstances of
11   acetaminophen exposure.
12       A.    Baker, et al., 2023.
13       Q.    Can you say that again?
14       A.    In our own study, Baker, et
15   al., 2023, demonstrates that.
16       Q.    And what does that demonstrate?
17       A.    It demonstrates that there's
18   oxidative stress in the brain.  If there's
19   oxidative stress in the brain, it
20   demonstrates that the antioxidant systems
21   such as glutathione are insufficient to deal
22   with the prooxidant imbalance.  As do any of
23   the other studies that show that there's
24   elevations in prooxidants or oxidative
25   stress.

Page 245

1            In other words, you don't have
2    to be able to measure glutathione.  You don't
3    necessarily have to measure CYP2E1.  You
4    don't necessarily have to measure or prove
5    that the glutathione is insufficient when you
6    can show that there's oxidative damage.
7            When there's evidence of
8    oxidative damage, you don't have to measure
9    the CYP2E1.  You don't have to measure the
10   glutathione.  Or you don't have to measure
11   the radical itself, which is a very difficult
12   thing to do.
13           There's plenty of studies that
14   show the damage of the radical and the
15   insufficiency of the antioxidant in the face
16   of the acetaminophen exposure.
17       Q.    Are you aware of any -- strike
18   that.
19           Have you -- are you familiar
20   with the Human Protein Atlas?
21       A.    I'm aware of the Human Protein
22   Atlas, yes.
23       Q.    Have you reviewed levels of
24   CYP2E1 protein expression and mRNA expression
25   for CYP2E1 in the Human Atlas?

62 (Pages 242 to 245)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 246

1    A.   Yes.  In my expert report, I
2  provide data -- I believe it's from the Human
3  Protein Atlas -- showing brain levels of
4  CYP2E1 to give an example of how in various
5  brain regions the expression can vary but
6  that it is expressed.
7          Oh, that's the BrainSpan.
8  Excuse me.  It's not the Human Protein Atlas,
9  but it's BrainSpan.  Just a similar type of a
10  database, though.
11    Q.   Okay.
12    A.   I'll point something out --
13  else that I believe is relevant to that as
14  well.
15          If you compare something like
16  the liver to the brain, the relative
17  abundance of something like CYP2E1 shouldn't
18  be compared on the same scale because, for
19  instance, in the liver, if you have lower
20  levels of an antioxidant in one versus the
21  other, or lower levels of an enzyme that
22  converts a drug, a parent drug, to a
23  prooxidant, even low levels of that enzyme
24  can be more harmful in an organ that doesn't
25  regenerate, like the brain, versus a tissue,

Page 247

1  like the liver, that can regenerate.
2          You can remove 90 percent of
3  your liver, and it can regenerate.  You can
4  damage a very small part of your brain, and
5  it doesn't regenerate.
6          So the relevance of this being
7  is that if you damage neurons in your brain
8  and they die, or they become comprised, they
9  cannot regenerate in the same way that your
10  liver can.
11          So the liver has different
12  mechanisms to deal with damage.  So
13  hepatocytes in the liver, if they're damaged,
14  if there's DNA damage, if there's oxidative
15  stress, they prefer to just die and replace
16  themselves.
17          Your brain cannot and does not
18  do that in the same way.
19          So the antioxidant systems are
20  different.  The way that they respond to
21  damage is different.
22          So small amounts of damage,
23  small amount of prooxidants in discrete areas
24  in the brain matter, and the impacts of that
25  are much, much larger.

Page 248

1          So saying that there's -- oh,
2  there's smaller amounts of CYP2E1 versus the
3  liver, it's not a fair comparison.
4    Q.   Can you identify a study that
5  quantifies the level of imbalance needed
6  between GSH and oxidative stress in the fetal
7  brain to cause ASD or ADHD?
8          MS. HUNT:  Object to form.
9          You can answer.
10          THE WITNESS:  That sort of a
11    study is not necessary when you can
12    just introduce the perturbagen, agent,
13    drug in question and then look if you
14    have relevant outcomes.
15          It's not necessary to sort of
16    do this sort of mathematical
17    hypothetical and say, what's the
18    relative amount, when you can actually
19    just do the experiment.  Does the test
20    agent elicit the effect.
21  QUESTIONS BY MR. PADGETT:
22    Q.   My question -- my question is,
23  can you identify a study that quantifies the
24  level of imbalance needed between GSH and
25  oxidative stress in the fetal brain to cause

Page 249

1  ASD or ADHD?
2          MS. HUNT:  Same objection.
3  QUESTIONS BY MR. PADGETT:
4    Q.   I understand you're saying you
5  don't need that, but I'm asking, do you --
6  can you identify one that does that?
7    A.   Can I identify a study that
8  compares the amount of imbalance between GSH
9  and oxidative stress that leads to ADHD or
10  ASD?
11    Q.   Yes.
12    A.   That's not how scientists
13  approach these problems.
14          Scientists approach these
15  problems by sort of a scientific method by
16  saying, there's the -- there's a question,
17  does this particular substance cause this
18  effect; what's our hypothesis; what's our
19  prediction; how can we set up the experiment
20  and look at it.
21          I don't think I can answer your
22  question the way that it's phrased.
23    Q.   My question is, can you
24  identify a study that compares the amount of
25  imbalance between GSH and oxidative stress

Golkow Litigation Services

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 250

1    that leads to ADHD or ASD.
2            If your position is that my
3    question is irrelevant, fine.
4            But can you identify such a
5    study?
6            MS. HUNT:  Objection.  Asked
7    and answered.
8            You can answer again.
9            THE WITNESS:  Well, I'll try to
10   make it simpler.
11           As my testimony from earlier in
12   the day stated, the reason why the
13   question would be irrelevant is
14   because we're talking about health
15   outcomes that are highly
16   heterogeneous, that do not involve a
17   singular pathology, a singular tumor,
18   a singular, you know, break in a bone
19   or something like that that you could
20   point to to say that, okay, this is
21   the thing that leads to the behavioral
22   outcome that you could say, oh, that's
23   what we can pinpoint, say that is the
24   individual thing, and then create that
25   calculation.

Page 251

1    QUESTIONS BY MR. PADGETT:
2        Q.    Baker 2023, the behavioral
3    studies there did not show any changes
4    consistent with the ADHD model of attention
5    deficits, correct?
6            MS. HUNT:  Objection.
7    Misstates evidence.
8            You can answer.
9            THE WITNESS:  So --
10           MR. PADGETT:  Object to form
11   is -- pursuant to the order.
12           MS. HUNT:  Yeah, you should
13   have tell Ali Brown that for her next
14   deposition.
15   QUESTIONS BY MR. PADGETT:
16       Q.    Go ahead.
17       A.    In the Baker 2023 paper, we
18   showed disruptions to motor activation.  We
19   showed disturbances to pup ultrasonic
20   vocalizations, which is a neurodevelopmental
21   phenotype that's early in development.  And
22   we showed suggestive, perhaps behavioral --
23   behaviorally relevant but not statistically
24   significant changes in impulsive, relevant
25   and attentional -- attentioned -- sorry,

Page 252

1    attention in the five-choice serial-reaction
2    test in mice.
3        Q.    But not statistically
4    significant?
5        A.    Not statistically significant.
6        Q.    Okay.
7        A.    And multiple different
8    endocrine oxidative stress, DNA-damage-
9    related changes in the brains of the mice
10   that were prenatally exposed.
11       Q.    Can we agree that studies of
12   increased oxidative stress in individuals
13   with ASD or ADHD involve measurements taken
14   years after those individuals were born?
15   Correct?
16       A.    Some studies that look at
17   individuals diagnosed with ASD or ADHD, those
18   biomarker studies were collected from
19   individuals after diagnosis.  Not all of
20   them.
21       Q.    Carey '22 was a study that
22   looked at oxidative biomarkers during
23   gestation, correct?
24       A.    I don't have that study in
25   front of me, so I can't speak to it.

Page 253

1            (Pearson Exhibit 78 marked for
2        identification.)
3    QUESTIONS BY MR. PADGETT:
4        Q.    Dr. Pearson, I'm going to hand
5    you what's been marked as Exhibit 78.
6            Is that -- first of all, are
7    you familiar with the Carey '22 -- 2022
8    study?
9        A.    I'm not sure --
10       Q.    Actually, the Carey -- now the
11   Carey -- that was the online version in 2022.
12           Actually, are you familiar with
13   the published 2023 Carey study?
14       A.    I don't recall looking at the
15   study.
16       Q.    So you have not reviewed this
17   study?
18       A.    I do not recall having looked
19   at this study, no.
20       Q.    You want to take a moment to
21   review it?
22       A.    Yeah.  If I could have just a
23   couple of minutes, that would be great.
24           Okay.  I feel like I have a
25   quick -- a quick glance of it, have a feel

64 (Pages 250 to 253)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 254

1  for it.
2     Q.   Can you turn to page 2976?
3     A.   Okay.
4     Q.   Left column, about halfway
5  down.
6     A.   Yes.
7     Q.   You see the word -- the
8  sentence that starts "However"?
9     A.   You said left column halfway
10 down or right column?
11    Q.   Left column, halfway down.
12    A.   Yes.
13    Q.   And it says, quote, "However,
14 retrospective studies in children already
15 diagnosed with ASD cannot provide evidence as
16 to whether oxidative stress differences are a
17 cause or a consequence of ASD," period, end
18 quote.
19         Did I read that right?
20    A.   You did.
21    Q.   Do you agree with that?
22    A.   Those studies have limitations
23 in that regard, certainly.
24    Q.   When you say "in that regard,"
25 you're -- you mean with regard to determining

Page 255

1  etiology during conception versus as a
2  consequence of ASD?
3     A.   I would in general agree with
4  their statement, is what I'm saying.
5     Q.   And would you agree that the
6  same is true with regard to whether oxidative
7  stress differences are a cause or a
8  consequence of ADHD?  Differences seen in
9  ADHD patients?
10    A.   I think this statement would
11 apply to that as well.
12         This is why we need preclinical
13 studies as well.
14    Q.   And the Carey 2023 study that
15 is Exhibit 78 looked at oxidative stress
16 biomarkers during gestation, correct?
17    A.   Yes.
18    Q.   Okay.  And it determined that
19 increased oxidative stress during gestation
20 did not have -- during late pregnancy did not
21 show a relationship with increased risk of
22 autism clinical diagnoses, correct?
23         MS. HUNT:  Object to the form
24 of the question.
25         You can answer.

Page 256

1         THE WITNESS:  I wouldn't agree
2  with that.  The abstract says,
3  "Results from this cohort with
4  increased risk for autism do not
5  support a strong relationship between
6  oxidative stress in late pregnancy and
7  autism-related outcomes."
8         They do not say there's no
9  relationship.
10 QUESTIONS BY MR. PADGETT:
11    Q.   There was not a statistically
12 significant relationship of such an
13 association, agreed?
14    A.   They are underpowered, so they
15 are not able to fully state that with
16 confidence.
17    Q.   Where do they state that
18 they're underpowered?
19    A.   I didn't read the whole
20 article, but I'm looking at their sample
21 size, so...
22         They have a sample size of 30
23 in the autism group.
24    Q.   Are you aware of any other
25 study looking at gestational exposure and

Page 257

1  increased oxidative stress during gestation
2  and clinical -- and any association with
3  clinical diagnoses of autism spectrum
4  disorder?
5         MS. HUNT:  Object to the form
6  of the question.
7         You can answer.
8         THE WITNESS:  So your question
9  is, am I aware of any other studies
10 that look at oxidative stress
11 biomarkers and autism or ADHD
12 outcomes?
13 QUESTIONS BY MR. PADGETT:
14    Q.   Autism clinical diagnosis
15 outcomes.
16    A.   Yes.  There is a study that
17 looked at hydroxyguanosine in cord blood, and
18 that is by -- oh, who did that study?
19    Q.   Are you thinking of the Anand
20 study?
21    A.   Anand.  Thank you.
22    Q.   That was ADHD, though, right?
23    A.   That was ADHD, yes.  That was
24 not autism.
25         And there's multiple postmortem

65  (Pages 254 to 257)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 258

1  brain tissue studies looking at oxidative
2  stress markers and autism.
3      Q.    That goes back to the
4  consequence or causation issue that we
5  discussed earlier, right?
6      A.    It would.
7      Q.    Anand -- are you referring to
8  Anand 2021?
9          (Pearson Exhibit 79 marked for
10         identification.)
11  QUESTIONS BY MR. PADGETT:
12      Q.    I'm going to hand you what's
13  been marked as Exhibit 79.
14          Is this the Anand 2021 study
15  that you were referring to?
16      A.    It is.
17      Q.    And this examined cord blood
18  and a specific -- well, you -- yeah, you
19  discuss this at page 52 of your report.
20          You state that it showed, "high
21  concentrations of acetaminophen have been
22  shown to be associated with higher levels of
23  a specific biomarker of oxidative stress and
24  higher odds of ADHD."
25          Is that -- is that correct?

Page 259

1      A.    I'm just going to go to that
2  page in my report real quick.
3          Yes.
4      Q.    And it states that the children
5  with cord acetaminophen in greater than 50th
6  percentile -- so that's in the top half --
7  had higher odds of ADHD when the -- when the
8  cord 8-hydroxydeoxyguanosine levels were less
9  than or equal to 50th percentile.
10          Is that right?
11          MS. HUNT:  Object to form.
12          You can answer.
13          THE WITNESS:  What this study
14      found was that the biomarker was
15      linearly associated with ADHD traits
16      when you looked at the top half of the
17      distribution of the biomarker.
18  QUESTIONS BY MR. PADGETT:
19      Q.    Would you agree that cord blood
20  only provides a snapshot of fetal metabolism?
21          MS. HUNT:  Object to the form
22      of the question.
23          You can answer.
24          THE WITNESS:  Would I agree
25      that cord blood only provides a

Page 260

1  snapshot of fetal metabolism?
2          So cord blood -- I would agree
3      that cord blood provides fetal -- a
4      window into fetal metabolism.
5          If you're asking whether it's
6      only representing a time point of a
7      window of gestation, that would be
8      accurate.
9  QUESTIONS BY MR. PADGETT:
10      Q.    Yeah.
11          And that window is right around
12  the time of delivery?
13      A.    It represents a window from the
14  time -- from the -- that reflects a limited
15  time from the birth window.
16      Q.    And based on the half-life of
17  acetaminophen in the human body, that time
18  window would be no more than a day or two
19  within the date of delivery, correct?
20      A.    I think the actual time that it
21  represents could represent longer than what's
22  known as the typical half-life of
23  acetaminophen in non-gestating individual --
24  like a nonfetal condition, but it's not going
25  to be -- it's not going to be much longer

Page 261

1  than that, certainly.
2      Q.    Okay.  You state at page 53 of
3  your report that "given the early life
4  neuroinflammatory etiology of ASD and ADHD,
5  any stressor that can cause oxidative
6  stress or" -- "and/or inflammatory signaling
7  has a potential to trigger the cellular and
8  synaptic changes that underline" -- "underlie
9  ADHD."
10          Did I read that correctly?
11      A.    Let me get to where it says
12  that.
13          Is that towards the top or --
14  you said that's on 53?
15      Q.    Yes.
16      A.    I don't see exactly where it
17  says that.  Maybe you can help me find that.
18          MS. HUNT:  I think your page
19      numbers may be off.
20          MR. PADGETT:  Yeah.
21          MS. HUNT:  Sorry.
22          MR. PADGETT:  Well, I'm looking
23      at your -- yes.
24  QUESTIONS BY MR. PADGETT:
25      Q.    Sorry.  Page 54.

66 (Pages 258 to 261)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 262

1    A.    Okay.
2    Q.    It's the end of -- under
3    number 3, Oxidative Stress and Inflammation.
4         "Given the early life and
5    neuroinflammatory etiology of ASD and ADHD,
6    any stressor that can cause oxidative stress
7    and/or inflammatory signaling has the
8    potential to trigger the cellular and
9    synaptic tinges that underlie ADHD."
10        Did I read that right?
11   A.    You did.
12   Q.    Okay.  And page 12 of Anand
13   actually acknowledges that cord plasma -- and
14   this is at page 12 -- measurements of
15   analytes collected at birth may reflect only
16   a snapshot of fetal metabolism.  And it's
17   difficult to draw temporal conclusions.
18        Do you see that?
19   A.    I see that, yeah.
20   Q.    Okay.  And given that
21   acknowledgement in Anand that cord blood
22   measurements are a snapshot and, as you
23   discuss, right around labor and delivery, how
24   can you exclude higher use of APAP due to a
25   more painful or complicated labor and

Page 263

1    delivery as being responsible for why there
2    may have been more APAP used right around the
3    time of delivery?
4         MS. HUNT:  Object to the form
5    of the question.
6         You can answer.
7         THE WITNESS:  I mean, I
8    really -- generally, I really
9    appreciate it when observational epi
10   folks acknowledge -- fully acknowledge
11   the limitations of their studies, just
12   like us experimentalists need to do.
13        I mean, this is, again, why
14   it's incredibly important why we look
15   at the epidemiology alongside the
16   preclinical studies.
17        The preclinical studies don't
18   suffer from that.  The mice don't take
19   medication at the end of term
20   pregnancy for any reason.  So we don't
21   have confounding.
22        So if epidemiology existed in
23   isolation, these types of concerns
24   would remain, and they would not be
25   backed by all the preclinical studies

Page 264

1    showing and bolstering the causality.
2    If we only had preclinical studies,
3    we'd be facing the limitations of
4    preclinical studies in isolation.
5         We are fortunate that we have
6    all of these things together that
7    bolster one another.
8         So in other words, they're
9    right that there are limitations of
10   the fact that there is this window,
11   that their analytical approaches are
12   measuring a relatively small window
13   because of the half-life.
14   QUESTIONS BY MR. PADGETT:
15   Q.    Would you agree that pain could
16   be one of the, quote, "anti-stressors," end
17   quote, that could cause oxidative stress
18   and/or inflammatory signaling towards the end
19   of a -- during labor or delivery?
20        MS. HUNT:  Object to form.
21        You can answer.
22        THE WITNESS:  I'm not aware
23   that pain causes hydroxyguanosine
24   radicals in brain tissue.
25        (Pearson Exhibit 80 marked for

Page 265

1    identification.)
2    QUESTIONS BY MR. PADGETT:
3    Q.    Dr. Pearson, I'm going to hand
4    you what's been marked as Exhibit 80.
5         Do you recognize that study?
6    A.    This looks like a review
7    article, not a study.
8    Q.    Sorry.
9         Do you recognize that review
10   article, Nicolini 2017?  Have you reviewed
11   that?
12   A.    I may have.  I do not recall.
13        (Pearson Exhibit 81 marked for
14   identification.)
15   QUESTIONS BY MR. PADGETT:
16   Q.    I'm going to hand you what's
17   been marked as Exhibit 81 to your deposition
18   and ask, do you recognize that review
19   article, Kirkland 2021?
20   A.    I have looked at this before.
21   Q.    You have?
22   A.    I have.
23   Q.    And do you have any -- do you
24   take issue with any of the conclusions in
25   this article?

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 266

1          MS. HUNT:  Object to the form
2     of the question.
3          THE WITNESS:  I would -- I
4     would have to go through it in detail
5     again to -- because I don't remember
6     if I have any formal issues with
7     anything that's raised in this.
8     QUESTIONS BY MR. PADGETT:
9          Q.    Can you turn to page 57 of your
10    amended report?
11         A.    Okay.
12         Q.    Do you see the part where
13    you're talking about, there at the bottom of
14    page 57, DNA damage being implicated in the
15    development and progression of
16    neurodegenerative disease like ALS,
17    Parkinson's and Huntington's disease?
18         A.    Yes.
19         Q.    Are you -- are you analogizing
20    ASD and ADHD to neurodegenerative diseases
21    with average ages of onset of 55 for ALS, 60
22    for Parkinson's, and over 65 for Alzheimer's?
23         MS. HUNT:  Object to the form
24    of the question.
25         You can answer.

Page 267

1          THE WITNESS:  Are you asking me
2     if I'm drawing an analogy between ASD
3     and ADHD and these neurodegenerative
4     diseases?
5     QUESTIONS BY MR. PADGETT:
6          Q.    Yes.
7          A.    I am not saying that these are
8     the same thing, but I'm saying that these are
9     other neurological conditions, which ASD and
10    ADHD are.  They're not neurological disorders
11    that have DNA damage as components to them.
12         Q.    Okay.  Your report discusses
13    cell death and apoptosis, right?
14         A.    Yes.
15         Q.    Okay.  What studies support
16    that acetaminophen at therapeutic doses
17    causes apoptosis in human brain cells?
18         A.    Let me find it.  There is a
19    study in the -- in the -- in the in vitro
20    section.
21         Labba, et al., is one.
22         Sorry, that's -- may not --
23    that's not apoptosis, per se.  That's cell
24    death, but...
25         Q.    And while you're looking there,

Page 268

1     I'm talking at therapeutic human doses.
2          MS. HUNT:  Object to the form
3     of the question.
4          THE WITNESS:  Yeah.  So the
5     Posadas, et al. -- no, sorry, that's
6     cortical neurons from rats, so that's
7     not human cells.
8          I suppose the most relevant is
9     the Labba, et al., which is cell
10    line -- cell line study.
11    QUESTIONS BY MR. PADGETT:
12         Q.    The Labba, et al., 2022, is
13    that what you're referring to?
14         A.    Yes.
15         Q.    That study involved the use of
16    chicken granule cell neurons and human cancer
17    cells, right?
18         A.    Yes.
19         Q.    And regardless of the cell
20    types involved, that study involved 72 hours
21    of steady concentrations ranging from 200
22    micromolar to 1600 micromolar.
23         A.    100 to 1600, yes.
24         Q.    And were there effects seen at
25    100 micromolar?  Apoptosis, specifically?

Page 269

1          A.    Let me look at what they found
2     here.  Cell death was found only at the
3     higher dose range.
4          Q.    And that's -- was that 1600 or
5     was there -- was it seen below that?
6          A.    It was -- I think it was -- I
7     don't recall if it was at the 1600 or if it
8     was at the 800, but it was -- it was not at
9     the lower doses, which would have been more
10    physiologically relevant.
11         Q.    And is 72 hours of steady
12    concentration of acetaminophen biologically
13    relevant to human dosing of acetaminophen?
14         A.    I think that can be very
15    biologically relevant.
16         Q.    Staying at a steady
17    concentration for 72 hours from a single dose
18    is biologically relevant?
19         MS. HUNT:  Objection.  Form.
20         You can answer.
21         THE WITNESS:  I already
22    answered the question.
23         This is a drug that can be
24    given every four to six hours.
25

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 270

1    QUESTIONS BY MR. PADGETT:
2        Q.    Is 72 hours' steady
3    concentration at 800 micromolar to 1600
4    micromolar consistent with therapeutic dosing
5    of acetaminophen?
6        A.    That latter part is not what I
7    was saying, but I -- at 800 micromolar, I
8    don't necessarily think that's
9    physiologically relevant.
10           The lower end of the dosing
11   range I think is physiologically relevant,
12   but steady-state in an in vitro system can be
13   physiologically relevant.
14       Q.    But 72 hours of steady
15   concentrations below 1800 micromolar did not
16   show any apoptosis?
17       A.    In that study, no.
18       Q.    Do you rely on Posadas 2010 to
19   support that acetaminophen causes apoptosis
20   in human brain cells at therapeutic doses?
21       A.    No.
22       Q.    You have a subsection called
23   Epigenetics.  Page 60.  Do you see that in
24   your report?
25       A.    Epigenetic Changes, yes.

Page 271

1        Q.    Are you relying on
2    Dr. Baccarelli's opinions with regard to
3    epigenetics, or have you reached your own
4    conclusions with regard to epigenetics?
5            You referenced Dr. Baccarelli's
6    report here, right?
7        A.    Yes, because Dr. Baccarelli --
8    so I do not review the observational
9    epidemiological literature, but
10   Dr. Baccarelli is an environmental
11   epigeneticist and epidemiologist, so I
12   reviewed his summary of that literature, and
13   so I refer to that here.
14       Q.    Did you do your own independent
15   analysis of that literature to reach your own
16   opinion, if any, with regard to epigenetics?
17           MS. HUNT:  Object to the form
18   of the question.
19           You can answer.
20           THE WITNESS:  So I've seen that
21   literature, and I'm familiar with it,
22   but I do not use it in my weight of
23   evidence analysis.
24           I focus my weight of evidence
25   analysis on the preclinical

Page 272

1    literature.
2    QUESTIONS BY MR. PADGETT:
3        Q.    For example, you are not
4    relying on the Gervin 2017 study for your
5    weight of analysis opinions in this case?
6        A.    Gervin -- the Gervin study, I
7    assume, is a human biospecimen study looking
8    at epigenetics.
9        Q.    Correct.
10       A.    So then I would not have
11   included it in my weight of evidence
12   analysis.
13       Q.    Okay.  Did you rely on it in
14   any way in reaching your opinions in this
15   case?
16           MS. HUNT:  Object to form.
17           You can answer.
18           THE WITNESS:  So to the extent
19   that the epidemiological information
20   and evidence is part of the overall
21   scope of this topic, it's important to
22   the general context.
23           But again, in forming my
24   opinions for the weight of evidence
25   analysis, I limited the information to

Page 273

1    the scope of the preclinical
2    literature.
3            But I have a background in
4    epigenetics, and so I'm interested in
5    this topic as well, but I focus on
6    preclinical literature.
7    QUESTIONS BY MR. PADGETT:
8        Q.    In light of your interest in
9    epigenetics and your background, did you
10   review the Olstad 2020 study?
11       A.    Not in detail.
12       Q.    Did you take the Olstad 2023
13   study and its findings into account in
14   reaching your opinions in this case?
15       A.    The weight of evidence analysis
16   that I conducted is focused on the
17   preclinical literature.
18       Q.    I guess I'm a little bit
19   confused by your earlier testimony, so I'm
20   trying to clear it up, at least in my mind.
21           In reaching your opinions in
22   this case, did you rely on Gervin 2017 as a
23   basis for them?
24       A.    So I do not rely on the
25   observational epidemiological literature to

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 274

1  form my opinion in this case.
2          MR. PADGETT:  Take another
3  break?  I'm kind of at a breaking
4  point.
5          MS. HUNT:  Okay.
6          VIDEOGRAPHER:  The time right
7  now is 3:56 p.m., and we're off the
8  record.
9      (Off the record at 3:56 p.m.)
10         VIDEOGRAPHER:  The time right
11 now is 4:17 p.m., and we're back on
12 the record.
13 QUESTIONS BY MR. PADGETT:
14     Q.   Dr. Pearson, if you turn to
15 page 63 of your report, your amended report,
16 you discuss brain neuratrophic factors as a
17 mechanism.
18         And you state there that
19 evidence in the case demonstrates that BN --
20 BDNF in the developing brain is altered by
21 APAP exposure, and then you cite
22 Blecharz-Klin 2018, Lalert 2023 and Viberg
23 2014, correct?
24     A.   That's what it says.
25     Q.   Have animal studies on APAP

Page 275

1  reported consistent findings on altered BDNF?
2          MS. HUNT:  Object to the form.
3          You can answer.
4          THE WITNESS:  What is your
5  definition of consistent?
6  QUESTIONS BY MR. PADGETT:
7      Q.   You see a change in one area of
8  the brain, for example, and it's replicated
9  in another area of the brain.
10         MS. HUNT:  Object to form.
11         You can answer.
12         THE WITNESS:  So what's being
13 reviewed here is that all these
14 studies see disruptions to BDNF in
15 general.  It doesn't necessarily mean
16 that all the studies show the same
17 exact change, necessarily, or all the
18 same brain regions, but these studies
19 support that BDNF is disrupted by
20 acetaminophen.
21 QUESTIONS BY MR. PADGETT:
22     Q.   Is it your opinion that you do
23 not need consistency across studies assessing
24 the same parameter in order to make a
25 reliable conclusion regarding biologic

Page 276

1  plausibility?
2          MS. HUNT:  Object to form.
3          You can answer.
4          THE WITNESS:  So you're asking
5  whether I -- it's my assertion that
6  studies do not need to have
7  consistency across studies.  It's not
8  necessarily my assertion.
9          What I'm asserting is that the
10 particular outcome variables in
11 studies, the directionality of the
12 outcome variables in the studies, can
13 be bivalent.  So under certain
14 circumstances, the directionality of
15 the findings can be perturbed in
16 either direction.  That doesn't mean
17 the study's relevance -- the relevance
18 of those findings aren't important.
19         In general, though, concordance
20 is important when weighing the
21 outcomes of studies in a systematic
22 review.
23     (Pearson Exhibits 82 and 83
24 marked for identification.)
25

Page 277

1  QUESTIONS BY MR. PADGETT:
2      Q.   I'm going to hand you what's
3  been marked as Exhibit 82.  Is that Viberg --
4  the Viberg 2014 study article?
5      A.   Yes.
6      Q.   Going to hand you what's been
7  marked as Exhibit 83.
8          Is that the Blecharz-Klin 2018
9  article?
10     A.   Yes.
11         (Pearson Exhibit 84 marked for
12 identification.)
13 QUESTIONS BY MR. PADGETT:
14     Q.   Handing you what's been marked
15 as Exhibit 84.
16         Is that the Philippot 2018
17 article discussed in your report?
18     A.   This is Philippot 2018, yes.
19         (Pearson Exhibit 85 marked for
20 identification.)
21 QUESTIONS BY MR. PADGETT:
22     Q.   I'm handing you what's been
23 marked as Exhibit 85.
24         Is this -- and you may need to
25 look at your report for this one.  Is this

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 278

1  Blecharz-Klin 2015 B referenced in your
2  report?
3      A.   Yes.
4          (Pearson Exhibit 86 marked for
5      identification.)
6  QUESTIONS BY MR. PADGETT:
7      Q.   I'm now handing you what's been
8  marked as Exhibit 86.
9          Is this the Blecharz-Klin 2016
10  report?
11      A.   Yes.
12          (Pearson Exhibit 87 marked for
13      identification.)
14  QUESTIONS BY MR. PADGETT:
15      Q.   Now handing you what's been
16  marked as Exhibit 87.
17          Is this the Blecharz-Klin 2019
18  study article?
19      A.   Yes.
20      Q.   Dr. Baccarelli {sic}, do you --
21  is -- sorry.
22          Dr. Pearson, is Dr. Baccarelli,
23  is he considered your superior at Columbia?
24      A.   He's my department chair.
25      Q.   Is he -- would you characterize

Page 279

1  him as your boss at Columbia?
2      A.   He's -- yeah.
3      Q.   Okay.
4      A.   Yeah, that's fair.
5      Q.   Have you disclosed to Columbia
6  University that you're participating as a
7  paid expert witness in this litigation?
8      A.   I have.
9      Q.   Do you know whether
10  Dr. Baccarelli connected you with plaintiffs'
11  counsel?  Or connected plaintiffs' counsel to
12  you?
13          MS. HUNT:  Object to the form
14      of the question.
15          THE WITNESS:  I do not know.
16  QUESTIONS BY MR. PADGETT:
17      Q.   If you could turn to pages 64
18  to 65 of your report, your amended report.
19          You state there that -- it's a
20  section entitled "Effects on Serotonergic
21  Signaling," and you state that there --
22  quote, "There is also evidence that APAP may
23  affect normal serotonergic signaling and
24  function in the brain during
25  neurodevelopment," end quote.

Page 280

1          Is it your opinion -- is it
2  your opinion that APAP affects normal
3  serotonergic signaling and function in the
4  brain during neurodevelopment?
5      A.   It is among my opinion that the
6  mechanism of action that acetaminophen
7  influences in the brain is the serotonergic
8  system, and that's been supported in the
9  literature.
10      Q.   And then at page 65, you
11  indicate that animal studies show that APAP
12  has an effect on serotonin function and
13  signaling in the prefrontal cortex, and you
14  start -- you cite Blecharz-Klin 2017.
15          Do you see that?
16      A.   I see that.
17      Q.   Was that finding consistent
18  across the other Blecharz-Klin studies that
19  looked at, for example, 5-HT signaling
20  pathways?
21          Strike that.
22          Is 5-HT signaling pathway
23  related to the serotonin function?
24      A.   5-HT is serotonin.
25      Q.   Okay.  So was that finding in

Page 281

1  2017 consistent across the other
2  Blecharz-Klin studies?
3      A.   The other Blecharz-Klin studies
4  looked at other regions of the brain.
5      Q.   All right.  And other regions
6  of the brain show no changes in 5-HT
7  signaling in, for example, Blecharz-Klin
8  2015 B, 2016 and 2019?
9          MS. HUNT:  Object to the form
10      of the question.
11          You can answer.
12          THE WITNESS:  So we would -- we
13      would have to look at those studies
14      one by one if we want to evaluate what
15      the serotonin effects were.
16  QUESTIONS BY MR. PADGETT:
17      Q.   Sure.  Let's start with
18  Blecharz-Klin 26 -- 2015 B.
19          If you turn to Table 1.
20      A.   Let me see.  You gave me so
21  many papers.  Now I don't know which one it
22  is.
23          Which exhibit number is it?
24      Q.   It's the 2015 that I recently
25  handed -- 85.

71 (Pages 278 to 281)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 282

1    A.   85.  Thank you.
2    Q.   Was there a statistically
3  significant change in 5-HT signaling for the
4  P5 and P15, which is 5 milligram per kilogram
5  and 15 milligrams per kilogram?  Is that
6  right?
7    A.   According to Table 1, there was
8  not statistically significant changes, and
9  this is in spinal cord.
10       But if you look at P15, there's
11  quite a substantial increase.  It goes from
12  88, and the units here are -- I don't see --
13  nanograms per grams tissue, all the way up to
14  107 nanograms per gram.
15       So biologically significant
16  increase, but not statistically significant
17  increase.
18    Q.   What do you mean by a
19  biologically significant increase?
20    A.   Well, potentially biologically
21  meaningful, but not significantly reliably
22  increased.
23    Q.   Okay.  If you could turn to
24  Blecharz-Klin --
25    A.   I'm sorry, that was -- I'll

Page 283

1  clarify.
2       That was in 5-HIAA, which is a
3  metabolite of serotonin.  So I was reading
4  the wrong line.  I was reading below
5  serotonin.  I would caveat that.  I was
6  reading the wrong line.
7    Q.   Serotonin is not bio -- did not
8  show statistically significant changes?
9    A.   Serotonin didn't, but --
10  serotonin, actually 5-HT, showed a linear
11  trend upwards --
12    Q.   Okay.
13    A.   -- even it wasn't significantly
14  increased.
15    Q.   If you could turn to
16  Blecharz-Klin 2016.
17    A.   2016.
18    Q.   And that is exhibit --
19    A.   86, looks like.
20    Q.   86?
21       If you could turn to page 1161.
22    A.   Okay.
23    Q.   Table 1.
24    A.   Yeah.  So there serotonin is up
25  at the 5 milligrams per kilogram dose, but

Page 284

1  not statistically significant.
2       The metabolite, the primary
3  metabolite, 5-HIAA is significantly different
4  between groups.
5       And there's trends towards
6  differences in the 5-HIAA/5-HT ratio, which
7  is a utilization ratio, not statistically
8  significant.
9    Q.   5-HT was not statistically
10  significant.  And then even you're talking
11  from an increase from 5-HT from control to P5
12  to P15, there's not a dose response from P5
13  to P15, correct?
14       MS. HUNT:  Object to the form
15  of the question.
16       You can answer.
17       THE WITNESS:  Well, there's an
18  inverted U-dose response, so I don't
19  know what you mean by not a dose
20  response.  There's still a dose
21  response.
22  QUESTIONS BY MR. PADGETT:
23    Q.   Sorry.  If you'd turn to
24  Blecharz 2019, which is Exhibit 87, I
25  believe.

Page 285

1       If you look at Table 1, the
2  serotonin levels were not -- there were no
3  statistically significant differences for
4  control P5 or P15, correct?
5    A.   There are no statistically
6  significant differences here, and this is in
7  the hypothalamus.  Different brain region.
8       (Pearson Exhibit 88 marked for
9  identification.)
10  QUESTIONS BY MR. PADGETT:
11    Q.   Okay.  Dr. Pearson, I'm going
12  to hand you what's been marked as Exhibit 90
13  and -- strike that.
14       I'm going to hand you what's
15  been marked as Exhibit 88 and represent to
16  you that this is a -- sorry.
17       Do you ever -- do you refer to
18  the NIH as an authoritative body or
19  organization with regard to standards of
20  conducting scientific research?
21       MS. HUNT:  Object to the form
22  of the question.
23       You can answer.
24       THE WITNESS:  The NIH on the
25  whole, that's a fairly broad category.

72 (Pages 282 to 285)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 286

```
 1          The NIH is a really, really widespread
 2      organization that is involved in
 3      funding research and conducting
 4      research.
 5          NIH has organizations within it
 6      that has very, very specific standards
 7      for compliance within research, so I
 8      would say many of those organizations
 9      I would look to as authorities on
10      research compliance and research
11      ethics, if that's what you're asking
12      about, yeah.
13  QUESTIONS BY MR. PADGETT:
14      Q.   I'm going to represent to you
15  that Exhibit 88 is off the NIH website,
16  specifically a section on grants and funding,
17  NIH central resource for grants and funding
18  and for information.
19          Are you familiar with that
20  document?  Or that part of the NIH website?
21      A.   I'm familiar that the NIH,
22  through their grants offices, has these sorts
23  of offices on rigor and transparency and
24  research in funding, yes.
25          MS. HUNT:  I'm sorry, I would
```

Page 287

```
 1      just object.  I'm not sure this is a
 2      complete exhibit.
 3  QUESTIONS BY MR. PADGETT:
 4      Q.   On the second page of that
 5  exhibit it states, quote, "Two of the
 6  cornerstones of science advancement are rigor
 7  in designing and performing scientific
 8  research and the ability to reproduce
 9  biomedical research findings," period, end
10  quote.
11          Do you agree with that
12  statement?
13      A.   I certainly agree with that
14  statement.
15          But I want to extend this.
16  This isn't referring to the fact that
17  individual data points within research
18  studies have to be reproduced in order for
19  the research to be reliable.
20          They're referring to the fact
21  that people need to be transparent about the
22  way that they conduct their research so that
23  other people can perform work similarly, or
24  understand the way that people have performed
25  their research, so that they can follow up
```

Page 288

```
 1  and design their own research accordingly.
 2          So we don't want to misconstrue
 3  what's being stated here.  They're not saying
 4  that for -- in order for research to be
 5  considered reliable, that every single data
 6  point in everybody else's research has to be
 7  replicated in exactly the same way for it to
 8  be considered reliable.  It's false
 9  equivalence.
10      Q.   In the second -- and then
11  the -- a sentence two -- two more after that
12  one that we just discussed, it says, quote,
13  "When a result can be reproduced by multiple
14  scientists, it validates the original results
15  and readiness to progress to the next phase
16  of research," period, end quote.
17          Do you agree with that
18  statement?
19      A.   I agree with that statement.
20          But what defines a result
21  doesn't mean that the result is -- that the
22  study is performed in exactly the same way
23  and the datum, or the exact data point, is
24  exactly the same thing.
25      Q.   At pages 65 to 66 of your
```

Page 289

```
 1  report, you discuss prostaglandins?
 2      A.   Yes.
 3      Q.   You state that -- there on --
 4  it's on page 66 -- that APAP's effects on
 5  prostaglandins are likely interconnected with
 6  other processes and also affected by APAP,
 7  and then you reference AM404 again.
 8          Is it your opinion that any
 9  alleged effects on prostaglandins are the
10  result of the AM404 metabolite?
11          MS. HUNT:  Object to the form
12  of the question.
13          You can answer.
14          THE WITNESS:  That is not
15  what's meant by this paragraph.
16  QUESTIONS BY MR. PADGETT:
17      Q.   What is meant by that paragraph
18  in the reference to AM404?
19      A.   So what's meant here is that
20  acetaminophen's actions, mode of action, with
21  respect to antinociceptive effects can
22  involve prostaglandins.  Its effects on
23  neurodevelopment can also involve
24  prostaglandins.
25          It's also saying that
```

73 (Pages 286 to 289)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 290

1 acetaminophen can act through AM404 and the
2 endocannabinoid system and that these two
3 path -- these different pathways can also
4 intersect with each other.  But it's not
5 saying that prostaglandins necessarily
6 involve AM404.
7      Q.   Is an increase -- and you talk
8 about spinophilin in the -- I think it was
9 the...
10      A.   Oh, cealix {phonetic}
11 spinophilin, yeah.
12      Q.   Yes.
13      A.   A protein, yeah.
14      Q.   Is it your opinion that an
15 increase in spinophilin is a change seen in
16 ASD or ADHD brains that has been accepted in
17 the scientific community as a cause of ASD or
18 ADHD?
19      A.   Changes in synaptics, dendritic
20 spines has been seen as sa pathological
21 hallmark in a number of neurodevelopmental
22 disorders, including ASD.  But that
23 particular protein isn't necessarily a
24 diagnostic feature of those particular
25 neurodevelopmental disorders.

Page 291

1      And that particular protein
2 that you're discussing is involved in
3 plasticity of dendritic spines.
4      Q.   What is the function of the
5 cerebellar vermis area of the brain?
6      A.   The cerebellar vermis is just
7 one anatomical location within the
8 cerebellum.
9      The cerebellum in general is
10 involved in a lot of functions, in motor
11 behaviors, cognitive behaviors.  It's
12 recently been learned to be involved in a lot
13 of emotional-related functions as well.
14      The vermis area of the
15 cerebellum is -- I'm not particularly up on
16 what it's actually involved with, but in
17 general, again, the cerebellum has diverse
18 functions ranging from emotion to cognition.
19      And its involvement in ASD and
20 ADHD is -- is well -- it's linked to both
21 conditions.
22      Q.   I'm talking about specifically
23 the cerebellar vermis area of the brain.
24      Do you know whether that --
25 changes in that region have -- are thought to

Page 292

1 be a plausible biomech -- mechanism --
2 biological mechanism of ASD or ADHD?
3      MS. HUNT:  Object to the form
4 of the question.
5      You can answer.
6      THE WITNESS:  My recollection
7 is the vermis area of the cerebellum
8 is just an interfaced area of the
9 cerebellum, but I don't have deep
10 expertise about the vermis itself of
11 the cerebellum.
12      As I mentioned, the cerebellum
13 is a very involved, very rich area of
14 the brain that's -- that has very
15 diverse functions.
16      I think Dr. Hollander would be
17 able to give a much more direct and
18 complete answer to that.
19      MR. PADGETT:  We can take a
20 short break.  I may be near about
21 done.  The break may help facilitate
22 that.
23      MS. HUNT:  Party on.
24      VIDEOGRAPHER:  The time right
25 now is 4:43 p.m., and we're off the

Page 293

1 record.
2 (Off the record at 4:43 p.m.)
3      VIDEOGRAPHER:  The time right
4 now is 5:07 p.m., and we're back on
5 the record.
6      MR. PADGETT:  At this time we
7 have no further questions and pass the
8 witness.
9      CROSS-EXAMINATION
10 QUESTIONS BY MS. HUNT:
11      Q.   I just have a few questions.
12      Dr. Pearson, you testified
13 earlier that you were contacted by
14 plaintiffs' counsel sometime in 2022.
15      Is that right?
16      A.   That's right.  I stated that I
17 was contacted -- well, my answer shifted a
18 little bit.  I initially said 2023, and then
19 I said 2022.  I was a little bit confused.
20      Thinking about it more, I was
21 initially contacted more accurately in June
22 of 2022, but I didn't actually start working
23 with plaintiffs' counsel until --
24 substantively until February of 2023.  That's
25 when I started having billable work.

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 294

1    Q.    Okay.  And did any lawyer have
2    input on the analysis or the conclusions of
3    your study, Baker 2023?
4    A.    No.
5    Q.    And were you completely
6    objective in rendering the results of your
7    study?
8    A.    Yes.
9    Q.    Have you ever authored or
10   worked on any studies at the behest of
11   lawyers?
12   A.    No.
13   Q.    Dr. Pearson, do you recall your
14   earlier testimony about translationally
15   relevant APAP doses used in rodent studies?
16   A.    Yes.
17   Q.    Okay.  And in general, is the
18   translationally relevant dose for mice
19   different than the translationally relevant
20   dose for rats?
21   A.    Mice and rats have different
22   sensitivities to acetaminophen
23   administration, so the answer to that would
24   be to the affirmative.  They can have
25   different translationally relevant doses.

Page 295

1    Q.    Okay.  Can we turn to page 83
2    of your expert report?  I think that should
3    be...
4    A.    Yes.
5    Q.    Yes.
6         Dr. Pearson, can you tell me
7    what animal was used in the Beck 2001 study?
8    A.    Rats.
9    Q.    How about Lichtensteiger 2015?
10   A.    Rats.
11   Q.    How about Klein 2020?
12   A.    Rat.
13   Q.    How about Rigobello 2021?
14   A.    Also rats.
15   Q.    And in your expert opinion, did
16   these rat studies use translationally
17   relevant APAP doses?
18   A.    Yes.
19   Q.    Finally, Dr. Pearson, did you
20   rely on Dr. Baccarelli's opinions in terms of
21   his review of the human epidemiological
22   studies in rendering your opinion?
23   A.    I did.
24   Q.    And is the epidemiological
25   literature analyzed by Dr. Baccarelli part of

Page 296

1    what has informed your work both in this
2    litigation and outside of it?
3    A.    Yes.
4         So to add on to that, so
5    Dr. Baccarelli's expert report, which I
6    reviewed and rely upon for my expert report,
7    he uses the Bradford Hill approach.  And the
8    other approach that he uses, I rely upon that
9    in my expert report.  But also the
10   epidemiological literature that he's
11   reviewed, that also informs the scientific
12   research that I perform.
13        So not his expert report, per
14   se, but I'm just saying the epidemiological
15   findings that acetaminophen is linked to
16   these neurodevelopmental outcomes.  I would
17   not be performing preclinical literature --
18   preclinical research if there wasn't these
19   findings themselves.
20        MS. HUNT:  I have no more
21   questions.
22        VIDEOGRAPHER:  Off the record?
23        MR. PADGETT:  Off the record.
24        VIDEOGRAPHER:  The time right
25   now --

Page 297

1         MR. PADGETT:  Can I take a
2    break?  A short break?
3         VIDEOGRAPHER:  The time right
4    now is 5:10 p.m., and we're off the
5    record.
6    (Off the record at 5:10 p.m.)
7         VIDEOGRAPHER:  The time right
8    now is 5:15 p.m., and we're back on
9    the record.
10        REDIRECT EXAMINATION
11   QUESTIONS BY MR. PADGETT:
12   Q.    Dr. Pearson, you used mice as
13   the animal in the Baker 2023 study, correct?
14   A.    That is correct.
15   Q.    Okay.  And you mentioned
16   something about mice and rats having
17   different sensitivities to APAP during
18   Ms. Hunt's questioning.
19        Do you recall that?
20   A.    Yes, I recall that.
21   Q.    Okay.  Do you believe that mice
22   are a better model in terms of equivalency to
23   humans in terms of animal research on
24   acetaminophen?
25        MS. HUNT:  Object to the form

75 (Pages 294 to 297)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 298

1   of the question.
2        You can answer.
3        THE WITNESS:  I think that both
4   mice and rats are suitable for this
5   line of research.
6        What I was stating before is
7   that mice and rats have different
8   sensitivity to hepatotoxic doses of
9   acetaminophen.
10  QUESTIONS BY MR. PADGETT:
11       Q.   Is the sensitivity for mice
12  more akin to humans with regard to
13  acetaminophen than rats compared to humans?
14       MS. HUNT:  Object to the form
15  of the question.
16       You can answer.
17       THE WITNESS:  I've seen in the
18  literature some people have said that
19  mice can be more sensitive to modeling
20  hepatotoxicity because lower doses of
21  acetaminophen will cause
22  hepatotoxicity in mice than rats.
23       In other words, it takes a
24  higher dose -- it can, depending on
25  the strain and the circumstances, it

Page 299

1   can take a higher dose of
2   acetaminophen in a rat to cause
3   hepatotoxicity than a mouse.
4        But that does not mean it's a
5   better model for understanding
6   acetaminophen neurotoxicity, for
7   instance.  Both species can be
8   suitable to understand neurotoxicity
9   of acetaminophen.
10       MR. PADGETT:  That's all the
11  questions I have.  Thank you for your
12  time today.
13       THE WITNESS:  Thank you.
14       VIDEOGRAPHER:  The time right
15  now is 5:18 p.m., and we're off the
16  record.
17  (Deposition concluded at 5:18 p.m.)
18       - - - - - - -
19
20
21
22
23
24
25

Page 300

1              CERTIFICATE
2        I, CARRIE A. CAMPBELL, Registered
    Diplomate Reporter, Certified Realtime
3    Reporter and Certified Shorthand Reporter, do
    hereby certify that prior to the commencement
4    of the examination, Brandon Pearson, MS,
    Ph.D., was duly sworn by me to testify to the
5    truth, the whole truth and nothing but the
    truth.
6
7        I DO FURTHER CERTIFY that the
    foregoing is a verbatim transcript of the
8    testimony as taken stenographically by and
    before me at the time, place and on the date
9    hereinbefore set forth, to the best of my
    ability.
10       I DO FURTHER CERTIFY that I am
    neither a relative nor employee nor attorney
11   nor counsel of any of the parties to this
    action, and that I am neither a relative nor
12   employee of such attorney or counsel, and
    that I am not financially interested in the
13   action.
14
15
16
     _____
17   CARRIE A. CAMPBELL,
     NCRA Registered Diplomate Reporter
18   Certified Realtime Reporter
     California Certified Shorthand
19   Reporter #13921
     Missouri Certified Court Reporter #859
20   Illinois Certified Shorthand Reporter
     #084-004229
21   Texas Certified Shorthand Reporter #9328
     Kansas Certified Court Reporter #1715
22   New Jersey Certified Court Reporter
     #30XI00242600
23   Louisiana Certified Court Reporter
     #2021012
24   Notary Public
     Dated:  August 14, 2023
25

Page 301

1        INSTRUCTIONS TO WITNESS
2
3        Please read your deposition over
4   carefully and make any necessary corrections.
5   You should state the reason in the
6   appropriate space on the errata sheet for any
7   corrections that are made.
8        After doing so, please sign the
9   errata sheet and date it.  You are signing
10  same subject to the changes you have noted on
11  the errata sheet, which will be attached to
12  your deposition.
13       It is imperative that you return
14  the original errata sheet to the deposing
15  attorney within thirty (30) days of receipt
16  of the deposition transcript by you.  If you
17  fail to do so, the deposition transcript may
18  be deemed to be accurate and may be used in
19  court.
20
21
22
23
24
25

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 302

1    ACKNOWLEDGMENT OF DEPONENT
2
3
4       I,_____, do
     hereby certify that I have read the foregoing
5    pages and that the same is a correct
     transcription of the answers given by me to
6    the questions therein propounded, except for
     the corrections or changes in form or
7    substance, if any, noted in the attached
     Errata Sheet.
8
9
10
11
12
     _____
13   Brandon Pearson, MS, Ph.D.          DATE
14
15   Subscribed and sworn to before me this
16   _____ day of _____, 20 _____.
17   My commission expires: _____
18
19   Notary Public
20
21
22
23
24
25

Page 304

1       _ _ _ _ _ _ _
        LAWYER'S NOTES
2       _ _ _ _ _ _ _
3    PAGE  LINE
4    ____  ____  _____
5    ____  ____  _____
6    ____  ____  _____
7    ____  ____  _____
8    ____  ____  _____
9    ____  ____  _____
10   ____  ____  _____
11   ____  ____  _____
12   ____  ____  _____
13   ____  ____  _____
14   ____  ____  _____
15   ____  ____  _____
16   ____  ____  _____
17   ____  ____  _____
18   ____  ____  _____
19   ____  ____  _____
20   ____  ____  _____
21   ____  ____  _____
22   ____  ____  _____
23   ____  ____  _____
24   ____  ____  _____
25

Page 303

1       _ _ _ _ _ _ _
        ERRATA
2       _ _ _ _ _ _ _
3    PAGE  LINE  CHANGE
4    ____  ____  _____
5    ____  ____  _____
6    ____  ____  _____
7    ____  ____  _____
8    ____  ____  _____
9    ____  ____  _____
10   ____  ____  _____
11   ____  ____  _____
12   ____  ____  _____
13   ____  ____  _____
14   ____  ____  _____
15   ____  ____  _____
16   ____  ____  _____
17   ____  ____  _____
18   ____  ____  _____
19   ____  ____  _____
20   ____  ____  _____
21   ____  ____  _____
22   ____  ____  _____
23   ____  ____  _____
24   ____  ____  _____
25

77 (Pages 302 to 304)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

**A**

**a.m** 1:14 13:6
71:13,15,17
92:11 137:7,9
137:11
**aberrant** 72:21
72:24 73:5,8
**ability** 152:19
236:4,13 287:8
300:9
**able** 41:19 86:13
89:3 95:15
117:4 118:4
129:9,10
130:23 168:10
184:24 245:2
256:15 292:17
**ABNEY** 3:5
**abnormal** 111:2
111:20
**absence** 19:4
178:14
**absorption**
198:10
**abstract** 192:17
193:4 256:2
**absurd** 51:16
**abundance**
143:21 243:13
243:20 246:17
**abundant**
243:24
**ac** 62:6 209:11
209:18
**AC50** 202:14
208:18 209:7
209:11
**AC50s** 215:15
**acceptable**
152:4,25 153:5
**accepted** 26:25
27:8 37:2 45:5
46:16 47:2
48:23 50:11
51:24 52:11,16
53:8,25 54:12

54:24 82:1
92:19 94:7
290:16
**access** 64:25
**accessible** 81:19
**accidentally**
150:23 151:1
**account** 134:25
137:24 197:21
198:3,6 273:13
**accounted**
165:21
**accounting**
98:24
**accurate** 220:3,5
242:13,18,20
260:8 301:18
**accurately**
293:21
**acetaminophen**
1:3 9:18,21
10:22 11:4,6
11:15 13:10
27:10,12,13
28:10 29:1,23
30:11,24 31:17
32:3,17,21
36:18 38:10
39:1 41:13
50:19 55:12
56:25 57:6
58:11 60:5
66:2 82:11
84:7 85:16
88:9,22 89:14
100:3 108:7,11
116:5,8 120:15
124:25 126:12
127:6,15 129:4
131:2 132:21
136:6,21 139:2
143:23 154:13
157:8 161:16
169:19 183:16
184:23 185:12
186:5 187:16
187:19 188:6

190:2,8,15,22
192:15 201:21
201:22 202:16
204:15 205:2
206:19 211:16
211:25 212:8
212:11,18
220:12 221:13
222:6,16,22,25
223:17 224:12
224:20 234:12
234:16 237:16
239:9 244:8,11
245:16 258:21
259:5 260:17
260:23 267:16
269:12,13
270:5,19
275:20 280:6
290:1 294:22
296:15 297:24
298:9,13,21
299:2,6,9
**acetaminophe...**
289:20
**acid** 221:22
**acid-induced**
11:1
**acknowledge**
125:22 130:6,8
263:10,10
**acknowledged**
205:5
**acknowledge...**
262:21
**acknowledges**
262:13
**ACKNOWLE...**
12:4 302:1
**ACOG** 10:14
88:13,15 89:9
228:9,13 229:5
229:7,17,21,24
230:2,22 231:7
**act** 233:2 290:1
**acting** 232:4
**action** 280:6

289:20 300:11
300:13
**actions** 289:20
**activation** 37:18
251:18
**active** 62:9,12
62:13 201:17
201:20 207:24
**activities** 17:10
**activity** 37:14
60:25 61:1,10
157:17,18,20
157:25 158:9
158:10,11
202:13,16,23
202:25 203:4
206:6 210:2
211:2 212:7
216:8 236:17
236:19
**actual** 151:20
260:20
**acute** 109:12,17
193:21
**ADAMS** 4:18
**adaptive** 114:20
114:22
**add** 127:22
147:21 149:19
296:4
**added** 205:7
**addition** 16:4
32:21 126:21
**additional** 26:17
91:2 151:17
161:12 163:8
165:9 187:8
217:25 219:9
219:24
**additionally**
176:13
**address** 19:10
142:17
**addressees**
19:10
**addresses**
108:21 140:15

**adequate** 172:18
179:11
**ADHD** 10:23
40:10,16,23
41:13 42:10,11
42:18,21 43:4
43:13,15,17,21
43:25 44:17
45:25 46:7,17
49:19 53:8
54:1,13,25
59:22 60:16,16
62:1,21 63:6
63:16,23 67:1
68:11 75:23
76:3,19 78:23
78:24 79:5,9
79:11,23 89:15
108:8,24
115:18,20,21
116:8 117:13
117:22 118:5,9
118:12,13
119:1,5,10
120:19 122:16
123:4,8,13,14
139:7,9,18
144:8 157:24
184:20,24
185:7 186:15
187:1,11 188:2
188:7,20 189:5
201:1,6,23
216:9 225:24
226:1 228:4
232:14,21
234:7 235:3
248:7 249:1,9
250:1 251:4
252:13,17
255:8,9 257:11
257:22,23
258:24 259:7
259:15 261:4,9
262:5,9 266:20
267:3,10
290:16,18

291:20 292:2
**ADHD-like** 57:6
57:24 58:20
59:1 60:4
76:18 108:13
117:2 157:11
**ADHD-like.'**
57:18
**ADHD-relevant**
41:6
**ADHD-specific**
116:23
**adhesion** 50:10
**adjudicate**
152:20
**adjust** 132:7
**ADME** 198:23
**administer**
106:10
**administered**
124:24 135:5
159:3 161:9
**administration**
11:7 104:5
126:11 127:6
158:22 160:18
161:11,16
166:2 167:3
193:21,22
294:23
**adult** 11:9
125:18 127:16
**adults** 194:22
195:13 226:20
**advance** 41:16
**advanced**
198:19
**advancement**
287:6
**adverse** 114:20
114:21 120:24
217:22
**advising** 229:18
**affect** 44:14
279:23
**affirmative**
42:15 231:25

**AFP** 174:3,6,15
175:5,5,11
176:4
**AGD** 103:1
**age** 13:21
126:18 195:15
**agencies** 149:4
**agent** 248:12,20
**ages** 266:21
**agnostically**
116:12
**ago** 22:3
**Agonist** 11:14
**agree** 33:1 35:9
40:11 66:2
68:4 85:25
86:7 88:20
89:12,24 90:12
103:4,17,20
104:16 105:6,7
111:4 114:4
118:1 119:16
125:19,20
126:11 134:2
147:8,10
158:25 160:22
161:13,17
168:13 174:17
179:13,15,15
179:21 180:9
181:8,18 182:2
188:17 190:8
196:7 197:25
198:2,25
204:24 208:20
219:19 223:16
231:17 252:11
254:21 255:3,5
256:1 259:19
259:24 260:2
264:15 287:11
287:13 288:17
288:19
**agreed** 256:13
**agreement**
85:17 86:6

88:16
**ahead** 32:7 49:4
83:5 137:5
140:4 146:3
209:12 218:15
251:16
**Aid** 8:4
**akin** 298:12
**al** 9:18,22 10:4,9
10:12,16,21,25
11:2,5,9,13,16
11:19,22,24
25:5 37:12
99:22 113:17
169:11 176:16
176:16 183:1
190:24 191:15
244:12,15
267:21 268:5,9
268:12
**alerts** 215:10
**algorithms**
205:22 206:1
**Ali** 251:13
**allegations**
120:23
**alleged** 289:9
**alleles** 27:22
**Alliance** 6:16
**allometric** 98:25
112:24 113:17
113:20,21
114:2
**allow** 129:18
**allowed** 83:15
83:25
**allusions** 89:5
**alongside**
263:15
**alpha-fetopro...**
174:8 175:19
**ALS** 266:16,21
**ALT** 100:20
**alterations** 9:17
9:21 46:2
47:25 49:7,10
50:10,11 57:7

58:10 220:22
**altered** 274:20
275:1
**alternative**
97:18
**Alters** 11:8
**Alzheimer's**
266:22
**AM404** 221:1,22
225:8,15,21,25
226:19 227:1,5
227:8,14,21
235:2,7,10
289:7,10,18
290:1,6
**Amanda** 2:3
17:19 20:25
**amanda.hunt...**
2:4
**ambulation** 75:9
75:25 79:9
**ambulatory**
73:12,24 74:6
**amend** 168:19
**amended** 15:11
24:12,15 25:17
66:23 79:21,24
80:3,8 137:21
163:21,25
164:14 236:2
266:10 274:15
279:18
**American** 88:6
**Ames** 30:25 31:5
31:16,22
**amount** 23:1
70:13 132:7
159:10,11,12
247:23 248:18
249:8,24
**amounts** 247:22
248:2
**analgesic** 11:8
109:13
**analogizing**
266:19
**analogous**

148:22 149:18
**analogy** 267:2
**analyses** 170:25
171:1 175:17
**analysis** 16:2
39:19 75:4
106:15,17,21
107:25 114:4
114:19,24
124:24 130:14
132:1 136:24
138:9,21
139:25,25
142:22 144:13
144:25 146:9
147:1,18,18
148:17 149:14
149:15 152:3
152:23,24
155:16 156:16
161:15 165:1
173:7,15,19
181:22 182:4,8
185:9 187:18
187:23 192:20
201:25 202:1,8
271:15,23,25
272:5,12,25
273:15 294:2
**analytes** 262:15
**analytical**
264:11
**analyzed** 295:25
**Anand** 10:25
257:19,21
258:7,8,14
262:12,21
**anandamide**
227:5,6
**anatomical**
291:7
**and/or** 97:7
261:6 262:7
264:18
**androgen**
202:15,16
206:7,12,23

207:1,5,7
208:6,8
**Angeles** 5:20 8:8
aniline 211:23
**animal** 53:20
54:22 63:7,11
63:16,23 78:24
79:8,11,22
118:5,9,13
119:1,7 123:1
124:23 139:18
139:19 143:11
144:9 155:20
171:4,6 173:8
197:15,23
198:5 274:25
280:11 295:7
297:13,23
**animals** 50:18
54:5,6 60:21
61:8,13 70:14
76:1,2,20,20
119:11,12,13
119:13,15,16
119:17,20
123:7 126:20
165:16 168:9
171:4,25 172:5
172:17 173:8
173:20 195:20
197:1,2,4
**answer** 15:2,4
23:13 31:20
33:5,17 34:11
35:11 37:6
39:8 40:25
41:19 42:4,23
44:5 45:8,16
49:1 51:11
52:3,14 53:3
53:11,13,15
54:3 55:3,6
58:2 59:3,12
60:1,12,23
61:15 62:25
64:2 68:6,14
68:22 69:9

70:10 71:5
74:3,22 77:8
78:9 79:14
80:1 81:13
82:4,7,14,15
82:20 83:3
84:14 85:20
86:10,22 87:8
87:25 89:1,18
89:20 90:2,8
90:15 91:6,15
95:5 96:1,25
97:10 100:6,16
103:8,25
104:20 105:14
105:23 109:21
112:18 113:15
114:7 116:3
118:16 119:19
120:2 121:16
122:19,21
123:6 124:2
126:16 129:15
130:17 132:13
134:19 139:12
141:10 142:4
142:25 144:22
145:8 146:13
146:21 148:5
148:20 150:15
152:7 153:9
155:24 156:20
158:3 159:17
160:3,5 161:2
162:2 165:13
167:5 169:5
171:21 172:10
172:22 173:11
177:25 181:25
182:24 184:2
185:19 186:18
190:12 193:14
195:1,2 196:12
196:20 197:13
199:11,18
201:5 202:4
203:11,22

204:19 206:17
211:6,19
212:14 218:5
219:13 222:9
222:23 225:11
225:19 226:13
226:13,15,23
227:18 228:5
228:17 229:12
230:14 231:4
232:19 234:1
234:22 235:6
237:7 238:4
240:19 241:13
241:22 242:10
244:4 248:9
249:21 250:8
251:8 255:25
257:7 259:12
259:23 263:6
264:21 266:25
269:20 271:19
272:17 275:3
275:11 276:3
281:11 284:16
285:23 289:13
292:5,18
293:17 294:23
298:2,16
**answerable**
53:19
**answered** 71:4
145:7 146:12
153:8 189:7
250:7 269:22
**answering** 108:5
**answers** 302:5
**antagonist**
207:15,18
208:10
**anti-stressors**
264:16
**Antiandrogenic**
10:2
**anticipate** 81:9
**anticipated**
81:25

**antinociceptive**
289:21
**antioxidant**
34:20 35:8
224:15 244:20
245:15 246:20
247:19
**antioxidants**
35:20
**antipyretic**
109:14
**anxiety** 66:14,16
66:20 67:8,22
67:23 68:2,12
69:4 70:7,13
71:1 72:3 75:8
75:14 76:24
78:1,3 115:23
**anxiety'** 57:18
**anxiety-related**
77:3,20,23
78:17
**anxiety-releva...**
78:16
**Anxiolytic** 11:8
**APAP** 66:1,2,4
72:5 99:2
108:25 109:3
111:1,19
122:13 123:17
161:9 176:3,5
184:19 185:5
186:1,14,25
187:10,23
188:1,19 189:4
201:12 206:6
210:2 211:1,22
211:23 224:9
262:24 263:2
274:21,25
279:22 280:2
280:11 289:6
294:15 295:17
297:17
**APAP's** 216:25
289:4
**Apologies** 76:6

98:16
**apologize** 41:15
52:6
**apoptosis**
267:13,17,23
268:25 270:16
270:19
**appear** 169:21
**APPEARAN...**
9:3
**appears** 17:5
25:4,14 133:23
195:19
**applicability**
180:16
**applicable** 180:8
**application**
104:6 172:2
199:20
**applied** 180:20
**apply** 112:24
209:24 255:11
**applying** 217:22
**appointed** 26:21
**appreciate**
175:14 263:9
**approach**
113:22 149:24
249:13,14
296:7,8
**approaches**
113:19 264:11
**appropriate**
112:23 113:7
143:3,7 145:12
166:24 167:1
170:20 171:15
172:1,12
209:23 232:1
301:6
**approval** 173:23
**approximate**
15:23 134:23
135:2 222:21
223:23 224:1
**approximately**
21:8 102:18

104:24 105:17
127:21
**approximation**
224:3
**approximations**
224:2
**AR** 208:11
**arachidonic**
221:22
**area** 140:12
160:12,15
191:12 275:7,9
291:5,14,23
292:7,8,13
**areas** 191:9
247:23
**arguably** 139:23
**argue** 97:17
145:16
**argument** 232:4
**ARNOLD** 7:1
**article** 22:6,10
27:7 37:2
65:25 66:17
71:25 84:6
115:12,17
166:19 168:7
170:9 177:21
177:23 180:10
196:9 238:17
239:3 256:20
265:7,10,19,25
277:4,9,17
278:18
**articles** 55:11
148:13 177:12
177:16
**ASD** 38:21 39:6
40:8,13 41:8
41:13 42:2,10
43:4,13,15,18
43:22,25 44:16
45:5,25 46:7
46:17 48:23
67:1,8 79:23
88:10,23 108:8
108:24 115:7,9

115:13,15
116:9 117:13
120:19 122:16
123:4,13,14
139:6,9,17
184:20,24
185:7 186:15
187:1,11 188:2
188:6,20 189:5
201:1,6,22
216:9,12
225:16,22
227:16 232:13
232:16,20
233:15,24
234:7 235:3
248:7 249:1,10
250:1 252:13
252:17 254:15
254:17 255:2
261:4 262:5
266:20 267:2,9
290:16,17,22
291:19 292:2
**ASD-ADHD** 1:3
**ASD-like** 108:12
154:12 157:11
**ASD-related**
10:20
**ASD-relevant**
79:6 154:11
**ASD-specific**
116:22
**ASH** 7:17
**ASHLEY** 2:4,6
**ashley.barrier...**
2:7
**ashley.keller...**
2:5
**Aside** 141:2
236:10
**asked** 26:16
37:10 45:17
49:2 53:4 71:3
87:14,17,21
145:6 146:12
153:7 189:6,17

189:19 250:6
**asking** 18:9
23:24 26:3
38:22 42:7
45:19,22 48:8
54:5,8 63:1
67:17 77:10
80:2 86:16,17
90:10 96:2
103:9 115:8
121:8 141:11
156:2 159:11
160:14,15
186:4 188:11
190:13 195:10
203:12 204:20
207:4,16 226:3
230:15 231:7
231:11 232:25
233:7 234:4
241:20 249:5
260:5 267:1
276:4 286:11
**asks** 66:14
**aspect** 118:8
131:12,18,20
199:3
**aspects** 169:12
197:17
**assay** 31:9,16
63:14,21 77:3
77:20 144:9
157:15 202:12
202:19 206:2,3
207:14 210:12
211:12 213:12
213:12,17
214:3 215:19
**assays** 30:25
31:1 78:24
79:23 156:17
157:22 180:7
201:12,15
202:10 203:8
203:14 205:15
206:12,23
207:5,7 210:6

212:1,4
**assert** 228:6
**asserting** 276:9
**assertion** 276:5
276:8
**assess** 79:3
191:13 193:10
**assessing** 140:9
147:7,11 186:2
186:9 275:23
**assessment** 11:3
75:18 180:2
233:17
**assessment-re...**
78:18
**assign** 138:16
205:8
**assigned** 200:14
**associate** 8:13
**associated** 32:20
38:20 39:5,14
41:4 66:5
115:7,9,13,18
159:9 184:24
187:16 211:15
211:21 212:11
216:9 258:22
259:15
**associating**
212:17
**association**
256:13 257:2
**associations**
10:19
**assume** 207:16
272:7
**assumption** 58:4
**AST** 100:19
**asterisk** 74:18
**Atlas** 245:20,22
245:25 246:3,8
**attached** 12:1
25:2 301:11
302:7
**attempting**
118:2
**attention** 63:19

63:20,24 65:7
66:5 144:7
158:8,15 251:4
252:1
**attention-deficit**
40:15
**Attention-Def...**
10:23
**attention/hyp...**
40:14
**attentional** 65:4
251:25
**attentioned**
251:25
**attorney** 300:10
300:12 301:15
**attorneys** 21:23
**attributable**
127:16
**attributes**
147:20
**August** 1:7 13:5
23:15 88:6
196:6,7 300:24
**author** 28:23,25
56:14 177:3
**authored** 294:9
**authoritative**
285:18
**authorities**
286:9
**authors** 167:17
168:25
**autism** 11:1
39:16,20 40:2
40:11 42:10
49:18,22,24
50:2,5,13,16
51:2,8,25
52:12,17,25
67:24 123:8
255:22 256:4
256:23 257:3
257:11,14,24
258:2
**autism-related**
256:7

automated
  205:6
availability
  179:11
available 187:4
Avenue 3:13,19
  4:8 5:2 6:13
  7:8
average 266:21
avoid 117:12
avoided 228:9
aware 30:9 33:6
  33:13,21 34:6
  41:11 69:2
  89:22 90:11
  206:22 207:6
  216:11 226:18
  238:7 243:22
  245:17,21
  256:24 257:9
  264:22
axonal 49:11
  50:25
AYACHI 2:22

_____
      B
B 64:10 240:9
  278:1 281:8,18
Baccarelli 18:18
  18:20 121:5,13
  271:7,10
  278:20,22
  279:10 295:25
Baccarelli's
  271:2,5 295:20
  296:5
back 19:23
  30:20 45:12,13
  71:17,20 99:7
  137:11,14
  139:13 145:20
  170:12 173:10
  184:14 218:14
  230:19 235:22
  236:1 258:3
  274:11 293:4
  297:8

backed 263:25
background
  44:22 59:17
  70:18,19 80:17
  192:21 273:3,9
bacterial 31:6
bad 215:12
Baker 9:18,22
  22:7 28:24
  37:12 55:9,12
  55:19 56:3,13
  56:15 57:11,15
  57:16,22 58:24
  58:25 59:5,18
  60:2,8,20
  61:12,21 62:15
  62:21 63:2,15
  63:22 65:2
  66:14 71:22
  92:13,16,18
  98:7,13 99:12
  99:18,22 110:2
  112:3,13
  114:15 115:5
  115:11,11,14
  115:16,16
  117:16 118:1
  118:23 119:23
  173:16,21
  244:12,14
  251:2,17 294:3
  297:13
Baker's 59:20
balance 43:19
balances 215:8
BARLOW 5:1
BARNES 5:12
  5:18 6:1,6,12
  6:18
BARRIERE 2:6
based 53:19
  72:21 74:9
  75:8 81:17
  86:5 91:18
  93:8 102:16
  123:2 132:8,9
  134:23 149:8,8

165:8 171:6
  174:16 186:22
  187:3,7 196:2
  209:21 212:12
  223:15 240:7
  260:16
baseline 207:24
basic 14:14
basis 44:2 127:9
  273:23
Bates 56:8
Bauer 90:17,22
BBH2R1 56:4
  56:14
BDNF 11:11
  274:20 275:1
  275:14,19
Beach 5:8
Bear 151:2
beats 113:2
beautiful 214:19
  214:25 215:2
Beck 10:12
  106:20,20
  166:14 169:24
  237:12 295:7
began 128:15,16
beginning 122:9
behalf 13:24
  86:19 87:3
behave 48:4
behavior 57:1
  75:16,18,18
  77:3,21,23
  78:14 117:23
  119:8
behavioral 57:7
  62:21 75:19,19
  76:9,12 79:2
  80:4,10,12,16
  119:9 128:7
  129:20 130:2
  154:12 155:18
  156:17 157:13
  250:21 251:2
  251:22
behaviorally

251:23
behaviors 76:14
  76:16,18 78:16
  78:17,19 119:5
  291:11,11
behaviour 11:12
behest 294:10
belief 185:5
believe 15:21
  16:3 20:19,21
  21:24 22:17,18
  24:11 25:16
  31:1 36:24
  53:12 55:13
  66:13 67:21
  74:24 88:3
  91:7 95:16
  96:6,8,18 97:4
  107:1 118:17
  119:7 124:4,6
  126:10 136:11
  137:17 163:15
  164:16 168:2
  174:7 175:8
  178:17 183:4
  183:19 184:17
  184:18 185:15
  190:1 206:21
  210:4 225:5
  228:13 229:6
  232:1 238:23
  246:2,13
  284:25 297:21
bell 50:1
best 169:9 300:8
better 56:20
  137:17 209:5
  243:14 297:22
  299:5
beyond 15:25
  123:13,14
  125:4 145:24
  151:25 157:12
  207:1 219:5,20
  220:13
bias 150:6 181:9
  181:10,19

183:7,9
Big 8:9
Bill 41:15
billable 293:25
binding 210:13
bio 283:7
bioavailability
  160:14,20
  161:4
biochemical
  41:12 45:2,23
  46:2,15 48:16
  48:20 53:5
  54:21 128:8,18
  130:2 197:22
  198:4,7
bioinformatici...
  29:16
bioinformatics
  39:19,24
biologic 217:24
  275:25
biological
  176:17,19
  185:1 219:4,8
  219:23 292:2
biological-init...
  220:11
biologically 64:7
  108:22 209:2
  269:12,15,18
  282:15,19,20
biology 47:8
  214:17
biomarker
  32:16,23 112:1
  252:18 258:23
  259:14,17
biomarkers
  10:19 252:22
  255:16 257:11
biomech 292:1
biomedical
  287:9
biospecimen
  272:7
biospecimens

CONFIDENTIAL – PURSUANT TO PROTECTIVE ORDER

227:2
**birth** 231:20,20
260:15 262:15
**bit** 27:14 29:22
46:13 64:22
94:8 100:9
122:23 150:18
159:7 163:13
171:2,2 177:10
190:21 218:25
232:24 273:18
293:18,19
**bivalent** 276:13
**blank** 151:8
**Blecharz** 284:24
**Blecharz-Klin**
11:13,19,21,24
125:9 127:10
128:8 129:8,17
274:22 277:8
278:1,9,17
280:14,18
281:2,3,7,18
282:24 283:16
**blinding** 150:6
**blood** 32:16,19
176:4 257:17
258:17 259:3
259:25 260:2,3
262:21
**Blot** 175:19
243:17
**Blots** 175:5
**BN** 274:19
**board** 26:19,22
236:20
**body** 260:17
285:18
**bold** 102:11,16
**bolster** 264:7
**bolstering** 264:1
**bolus** 159:5
**bone** 250:18
**BONESTEEL**
8:6
**Bonferroni**
73:16,23 74:13

74:14,15,16,18
**Boots** 6:16
**born** 252:14
**boss** 279:1
**BOSSO** 7:7
**Boston** 29:17
**bottom** 65:20
114:17 193:20
207:13 210:9
213:25 215:23
222:20 236:7
266:13
**Boulevard** 4:19
**bound** 224:10
**box** 15:16
131:14 134:21
**Bradford** 296:7
**brain** 10:2,16
11:7 42:1,9,20
43:1,2,7 44:14
45:3 46:3,5
48:2,21 51:7
51:25 52:12,19
52:21,24 53:6
53:23 54:23
109:6 124:16
185:14 191:9
191:16,20
220:15 221:20
225:9,15,25
227:22 231:19
237:3,5,15,20
238:1 239:5,21
240:13,16
241:4,9 243:23
244:1,18,19
246:3,5,16,25
247:4,7,17,24
248:7,25 258:1
264:24 267:17
270:20 274:16
274:20 275:8,9
275:18 279:24
280:4,7 281:4
281:6 285:7
291:5,23
292:14

**brain-derived**
11:11
**brains** 242:6
252:9 290:16
**BrainSpan**
246:7,9
**Brandon** 1:11
9:11,12,14,15
13:12,20 14:7
300:4 302:12
**break** 16:11
71:10,20
135:22 137:3,5
137:15 235:15
250:18 274:3
292:20,21
297:2,2
**breaking** 184:6
274:3
**breaks** 14:20
38:7
**breastfeeding**
230:4
**Brennan** 28:24
56:13 92:15
**briefly** 55:9
196:24
**bring** 15:8 69:24
**bringing** 152:14
152:18
**broad** 34:16
285:25
**broadly** 123:3
**Broadway** 4:14
**brought** 15:16
16:3,7,16
191:25
**Brown** 8:6
251:13
**bulletin** 229:23
229:24 230:23
**Buried** 136:12
**Bussey** 64:24
**butcher** 125:7
**bypass** 159:1,5

————— **C** —————

**C** 2:1,4 3:3
**C112** 3:6
**C1P1A** 213:12
**Cabrera** 17:23
18:2,10,18
102:1,10
104:22 105:2
105:16 114:1
121:4,13
217:17 218:21
220:5
**Cabrera's** 10:17
101:12 104:22
105:9 113:11
114:10 217:9
217:12 218:12
218:18 219:19
**CAIN** 7:12
**calculated** 23:9
102:14,25
155:8
**calculation**
250:25
**calculations**
102:17
**California** 1:18
4:20 5:3,20 8:8
300:18
**call** 57:14
207:22 209:7
216:5,18
**called** 270:22
**calling** 45:18
**calls** 18:6 201:17
201:20 203:8
205:6 208:22
219:4
**Campbell** 1:16
4:7 13:17
300:2,16
**cancer** 28:20
268:16
**Cannabinoid**
11:14
**cannulated**
169:15
**capable** 31:2

88:10,23 89:15
178:18
**capacity** 236:11
**capture** 118:4
119:4,8 197:10
197:17 198:22
199:2
**captured** 118:12
**capturing**
197:19
**carcinogenic**
11:4
**carcinogens**
27:17 28:17
**care** 243:24
**careful** 232:9
**carefully** 301:4
**Carey** 10:21
252:21 253:7
253:10,11,13
255:14
**CARLSON** 4:1
**Carrie** 1:15
13:16 300:2,16
**carries** 43:17
**CARTMELL**
3:17
**cascades** 220:17
**case** 1:4 17:4
18:7,15,23
19:2,8,15,16
20:9,24 22:2
24:16 25:13
46:12 47:3
81:7 84:11
86:7,20 87:5
90:13 91:13
101:13 108:5
111:16 120:12
121:3,14 123:1
183:16,19
242:1 272:5,15
273:14,22
274:1,19
**case-by-case**
172:24
**Cases** 1:6

catch 47:4
catchment
   123:10 124:5
category 285:25
CATHERINE
   2:21
catherine.hea...
   2:22
caught 166:22
causal 201:22
   202:2 233:16
causality 50:16
   50:21 188:5
   264:1
causation 88:8
   88:21 89:13,25
   90:12 232:3
   258:4
cause 28:8,20
   33:2,15 34:8
   35:7 36:2 42:8
   42:10 100:12
   100:25 108:8
   201:22 225:16
   225:22 226:1
   233:23 248:7
   248:25 249:17
   254:17 255:7
   261:5 262:6
   264:17 290:17
   298:21 299:2
caused 38:10
causes 28:10
   32:3 33:8
   41:25 42:19
   186:15 187:1
   187:11 188:2
   188:20 189:5
   264:23 267:17
   270:19
causing 88:10
   88:23 89:15
   109:12,17
   226:4 233:24
caveat 283:5
CB1R 11:14
cealix 290:10

ceased 115:4
cell 37:17,20,24
   50:10 197:22
   198:4 267:13
   267:23 268:9
   268:10,16,19
   269:2
cells 202:21
   267:17 268:7
   268:17 270:20
cellular 129:20
   198:7 220:16
   261:7 262:8
center 74:9
central 60:16
   109:4 286:17
Century 5:20
cerebellar 11:20
   291:5,6,23
cerebellum
   291:8,9,15,17
   292:7,9,11,12
certain 124:12
   142:1 173:9
   179:16 185:10
   199:13 233:18
   276:13
certainly 26:6
   106:17 126:18
   158:19 159:22
   160:9 208:24
   254:23 261:1
   287:13
certainty 24:3
CERTIFICA...
   12:3 300:1
Certified 1:17
   1:18,20 300:2
   300:3,17,18,19
   300:19,20,21
   300:21,22
certify 300:3,6
   300:10 302:4
cetera 234:20
chain 92:8
chair 278:24
challenge 96:13

chambers 64:24
   64:25
chance 240:20
change 42:1,8
   42:19,25 43:2
   54:9 60:25
   72:8 91:17
   121:21 122:1,5
   142:19,19
   157:18 158:12
   158:13 191:3
   237:21 275:7
   275:17 282:3
   290:15 303:3
changed 164:16
   164:19 175:11
   193:11
changes 25:24
   26:12 42:1,19
   45:2,24 46:16
   47:22 48:17,20
   49:6,9 50:24
   50:25,25 51:23
   51:24 52:11,19
   53:5,21,22,24
   54:1,9,21
   77:10,15,17
   114:19,25
   130:2 144:15
   144:16 157:23
   164:12 237:17
   251:3,24 252:9
   261:8 270:25
   281:6 282:8
   283:8 290:19
   291:25 301:10
   302:6
characteristics
   131:7,11
characterizati...
   47:8
characterize
   139:23 199:15
   278:25
chart 65:24
   107:15 133:7
   162:19 164:12

164:15 168:14
charts 200:3
checks 215:8
cheek 94:8
chemical 10:10
   54:11 232:12
chemicals 10:13
   54:10 120:23
   233:2
chemotherape...
   28:18
Chicago 2:10
   6:8
chicken 238:15
   268:16
child 69:5
child's 185:25
   186:5
Childhood
   10:22
childhood-onset
   69:6
children 254:14
   259:4
Children's
   29:17
choose 156:11
chromatin 49:7
chronic 193:21
Chung 29:2
circulating
   239:19
circumstance
   244:6
circumstances
   244:6,7,10
   276:14 298:25
citation 229:5
cite 121:17
   228:9 274:21
   280:14
cited 225:6
   236:24
Citing 228:18
City 3:20 4:9
clarification
   83:6 151:18

192:18
clarified 18:12
   20:2 121:10
clarify 31:25
   190:21 283:1
clarifying 19:24
clean 16:9
clear 47:12
   111:18,21
   121:8 195:11
   273:20
clearer 111:23
clearly 63:9
   124:4,6 125:23
clinical 46:19
   109:2 255:22
   257:2,3,14
clinician 70:12
clinicians 96:6
   96:15
Clinton 8:2
close 58:16,18
Cmax 160:9,17
   161:5
co-opted 149:18
coauthor 22:6
   29:12
coauthors 28:21
   29:7,14,20
   92:13
cognition
   291:18
cognitive 11:8
   291:11
coherence
   138:19
cohort 256:3
colleagues 114:9
collected 252:18
   262:15
collection
   138:11
collectively
   90:24 119:2
College 88:6
Columbia
   177:21 278:23

279:1,5
column 64:14
  98:22 110:1,1
  110:3,13 158:1
  254:4,9,10,11
columnar 49:8
com 46:7
come 86:3,3,17
  170:12
comes 47:20
  81:16 86:25
  213:8
coming 26:17
  112:8 134:11
commencement
  300:3
commencing
  1:14
comment 56:18
  57:17
comments 56:3
  177:4
commission
  302:17
committee
  87:15,18,22
  88:2
common 50:13
  77:2,20,22
  98:22 148:14
commonly
  158:22
communicate
  119:15,21,24
communicated
  118:3
communication
  119:21 120:6
communicatio...
  19:7,14 20:7
community 45:4
  48:22 50:12
  51:5,21 52:8
  53:7,25 54:13
  54:24 290:17
comorbid
  116:15

Comparative
  200:4
compare 246:15
compared
  145:13 241:4
  242:5,7 246:18
  298:13
compares 249:8
  249:24
comparison
  194:18 195:16
  248:3
comparisons
  169:14 170:24
  243:11
compartment...
  118:6
compartments
  190:23
complete 199:3
  287:2 292:18
completely 48:4
  151:14 167:11
  188:12 294:5
complex 10:3
  117:22 120:5
  226:5,11
complexity
  197:11
compliance
  286:7,10
complicated
  46:5 47:9,16
  47:18 262:25
complications
  33:2,8,14,22
  34:7 36:1
complies 98:20
  108:17
component
  15:19 67:23
components
  201:7 267:11
compound
  41:25 42:18
  43:12 232:3,4
compounding

112:8
comprehensive
  11:3 80:19
  184:22
comprised
  247:8
CompTox 10:13
computational
  205:24 209:8
  209:20 215:7
computer
  209:23
con 181:8
concede 161:21
concentration
  160:1 207:24
  209:4 269:12
  269:17 270:3
concentrations
  99:2 134:22
  160:23 258:21
  268:21 270:15
concept 181:19
conception
  255:1
Conceptus
  10:11
concerns 263:23
concluded
  299:17
conclusion
  66:17 77:24
  85:14 86:4,19
  87:3 115:25
  117:15 175:11
  243:19 275:25
conclusions
  65:16,18 86:7
  86:14 138:18
  205:20 262:17
  265:24 271:4
  294:2
conclusive 185:4
concordance
  40:3 63:8
  140:18,25
  146:15 276:19

concur 105:15
condition
  260:24
conditions 45:25
  46:6 169:19
  267:9 291:21
conduct 287:22
conducted
  177:18 273:16
conducting 44:2
  93:12 94:11
  171:23 285:20
  286:3
confidence
  256:16
CONFIDENT...
  1:8
confirm 24:14
  24:23 25:12
  55:19 229:17
confirmatory
  173:4,12
confirms 99:19
conflict 150:6
conflicted 84:20
confounder
  186:1,6,8,11
confounding
  137:24 207:23
  208:21 216:6
  216:19 263:21
confused 54:14
  232:24 273:19
  293:19
conju 224:10
conjugate
  221:21 224:10
connected
  279:10,11
consensus 90:17
  90:23 140:17
  140:25
consequence
  36:6,7 254:17
  255:2,8 258:4
conservative
  65:15 111:13

117:8 145:13
consider 27:21
  27:25 46:4
  96:20 97:7,14
  97:15 178:1
consideration
  160:19 178:16
considered
  278:23 288:5,8
consistency
  79:11 140:10
  140:16,24
  141:4,6,12,18
  144:14 156:16
  157:1 275:23
  276:7
consistent 62:20
  63:6,16,22
  76:2 78:1,2
  79:8 86:20
  87:4 155:19
  157:23 251:4
  270:4 275:1,5
  280:17 281:1
construed 35:13
consulting
  120:10
consume 113:3
Consumer 6:10
contact 21:2,5
contacted 20:25
  21:22 22:1
  93:7 293:13,17
  293:21
contents 17:24
context 150:18
  179:17 180:1
  272:22
contexts 179:16
continue 125:3
  209:13
continued 83:17
  94:1
continues
  145:23
continuing
  86:24

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

contradistinct...
  87:11
contrary 151:23
  199:21
contrast 142:7
contrasts 142:11
contribute
  44:19 96:12
  108:11
control 150:11
  152:5 165:16
  166:24 167:1,3
  167:18,22,23
  168:12 169:22
  178:6,8,15
  179:11,24
  284:11 285:4
controlled
  165:19 167:21
  169:13 243:3
controlling
  243:4,6
controls 73:1
  129:18 131:10
  149:9 150:4
  166:2,19
  167:13,15
  168:7,18,25
  169:8,9,16
  179:4,9 237:10
controversy
  93:21
conversations
  59:9
conversions
  102:15 103:1
  113:6
converts 224:15
  246:22
COOPER 5:6,7
copied 19:9
copies 15:12
  16:9
copy 15:10
  24:15 25:1
  55:19 67:13,19
  69:24 101:20

102:7 136:8
  204:5
cord 10:24
  11:18 32:16,19
  257:17 258:17
  259:5,8,19,25
  260:2,3 262:13
  262:21 282:9
core 217:18
  219:4
corn 223:18
corner 207:13
  214:2 215:24
cornerstones
  287:6
corporate 96:5
  96:14
Corporation
  6:15,22 7:15
  7:20
correct 17:4
  21:4 25:3
  31:18 42:13
  51:3 61:5,8
  62:22 73:25
  74:5,19,24
  75:11 76:3,6,7
  78:6 79:12
  85:17 88:11,24
  89:16 91:13
  92:20 93:1
  98:1 99:4
  103:1 106:21
  106:25 107:11
  112:14 119:14
  122:17 128:11
  128:24 130:15
  133:16,17
  136:21 140:1
  142:14 146:10
  152:25 158:16
  159:10 160:1
  162:6,7,21
  163:18 166:15
  170:10 171:19
  177:5 195:3
  199:9 200:12

201:18 208:6
  210:22 211:3
  211:12 214:9
  215:5 216:21
  220:7 221:1,16
  221:23,23
  225:3,7 228:4
  228:14 229:9
  229:19 230:12
  239:6,23
  240:10,16
  241:16 251:5
  252:15,23
  255:16,22
  258:25 260:19
  272:9 274:23
  284:13 285:4
  297:13,14
  302:5
corrected
  164:17
correction 73:17
  73:23 74:15,17
  74:18
corrections
  301:4,7 302:6
correctly 107:2
  174:10 190:3
  200:22,23
  219:11,15
  230:6 261:10
correlated 38:20
correspond
  39:16,25
  126:13
correspondence
  20:22 40:3
corrupt 214:15
cortex 9:17,20
  57:1 58:10
  280:13
cortical 268:6
Costco 6:21
COTE 1:6
counsel 5:9 6:9
  6:15,21 7:4,9
  7:15,20 8:4,9

13:14 17:20
  18:1,8,21 19:4
  19:9,15,18,20
  20:11 67:10
  69:22 71:8
  82:25 84:11
  93:4,7 101:20
  135:17 136:7
  145:14 279:11
  279:11 293:14
  293:23 300:11
  300:12
counter 194:11
couple 17:13
  66:19 71:21
  126:23 229:20
  253:23
course 47:22
  194:14,16
  223:11
court 1:1,20
  13:16 14:17
  30:20 45:13
  145:25 300:19
  300:21,21,22
  301:19
courtesy 102:7
cover 196:3
create 26:16
  224:11 250:24
created 147:8,11
  243:25
creates 166:25
criteria 67:7,12
  67:18,22 68:11
  68:16,19 69:4
  70:8 71:1
  132:19,25
  148:22
criterion 126:7
  169:10
critical 130:3
  179:10
criticism 175:21
CROSS-EXA...
  293:9
cross-studies

146:9
cumulative
  143:16
current 25:21
  25:22 29:11
currently 41:17
  81:1,6 120:11
  192:2
curve 50:1
  160:12,15
  209:17,18
  214:24,25
  215:2
curve-fitting
  206:1
curves 209:4,15
CV 25:16,19
  26:1,10,13,17
CVS 6:15,15
cycle 37:17,20
  37:24
CYP 212:5
CYP1A1 211:12
  211:14,21
  212:7,10,18,22
  213:21
CYP1A2 211:24
CYP2E1 223:2
  223:3 224:10
  224:12 240:12
  241:3 242:5
  244:1 245:3,9
  245:24,25
  246:4,17 248:2
CYP450 202:23
  213:16
Cysteine 10:10
cytochrome
  211:2

— D —

D 6:7 8:16
dam 195:8,24
damage 28:9,11
  32:4,5,25,25
  33:9,24 36:13
  37:16,19,24

38:9,24 39:12
133:11 134:13
185:12 220:11
245:6,8,14
247:4,7,12,14
247:21,22
266:14 267:11
**damaged** 247:13
**damages** 36:8
**dams** 169:15
174:4 176:5
**DANA** 7:17
**DANIEL** 3:12
**darkened** 133:8
**DARYL** 3:18
**dashboard**
10:13 201:13
203:7 206:6
210:1 211:1
**data** 11:4 30:13
30:15 31:22
32:16,19,23
36:16,18,23
37:3,11,13,15
37:22,23,25
38:17 41:11
64:4,9 65:4,6
81:6,23 82:10
83:19 102:17
138:14 140:5
140:10,15,18
140:25 142:11
143:16 147:5,7
147:11 160:10
167:13 174:15
178:15 179:12
179:25 199:5,6
200:18 202:6
203:7 205:9,13
206:3 213:4,6
214:9,11,14,15
214:19 215:3,4
215:11 217:23
217:25 219:7,9
219:24 246:2
287:17 288:5
288:23

**database** 200:5
203:18,19
204:14 205:1
206:14 208:2
246:10
**date** 1:15 13:5
25:22 26:4
81:25 85:10
189:18 207:12
210:9 260:19
300:8 301:9
302:12
**Dated** 300:24
**datum** 288:23
**DAVID** 8:1
**DAVIS** 5:7
**davis@cooper...**
5:7
**Dawley** 62:14
**day** 17:11 97:25
98:23 99:17,20
103:6,13 124:7
124:11,11
125:17 250:12
260:18 302:16
**days** 125:13
127:20,22,23
127:25 128:4
128:10,13,22
129:13 301:15
**DC** 6:3,20 7:8
**ddouglas@wc...**
3:19
**deal** 15:1,6
145:25 239:11
244:21 247:12
**dealing** 47:15,21
116:24 226:9
226:10
**DEANNA** 6:1
**death** 267:13,24
269:2
**decay** 194:10
**decays** 194:8
**December** 92:11
**decide** 114:11
**deciding** 114:10

**decision-maki...**
87:15,18,22
**decrease** 227:14
**decreased** 72:9
73:7,12 75:8,9
**decreases** 11:11
76:15
**deemed** 301:18
**deep** 67:11
292:9
**defects** 49:8
50:6
**Defendant**
13:24
**defense** 166:22
**defer** 121:19
**deficit** 40:14
**deficits** 66:6
251:5
**define** 46:18
48:5 123:18
150:10 152:24
153:4
**defines** 288:20
**definitely**
186:22
**definition** 34:19
35:23 100:18
101:10 212:16
275:5
**definitions**
34:22 151:11
**degree** 161:12
163:8 165:9
236:21
**delay** 64:12
**delineations**
134:23
**delivery** 184:19
185:6 186:1,8
260:12,19
262:23 263:1,3
264:19
**DELUCIA** 3:11
**demonstrate**
61:23 178:11
244:16

**demonstrated**
176:3
**demonstrates**
244:15,17,20
274:19
**demonstrating**
129:24
**dendritic** 290:19
291:3
**DENISE** 1:5
**department**
278:24
**depend** 100:17
199:19
**depending**
153:4 159:8
172:12,15
298:24
**depends** 101:10
104:4,4,6,7,8,9
128:12 153:14
156:3 160:6
161:18 172:24
172:25 173:4
173:11 223:2,4
223:7,10
**deponent** 12:4
13:12 302:1
**deposed** 14:11
14:12
**deposes** 13:23
**deposing** 301:14
**deposition** 1:11
10:18 12:1
13:7 20:16
49:4 168:3
217:13,14,18
218:12 238:14
240:4 251:14
265:17 299:17
301:3,12,16,17
**deprecations**
194:4,12
**deps@golkow...**
1:23
**describe** 115:6
115:12,17

122:9 201:19
213:14
**described** 44:1
149:15 215:19
**describing**
79:22 133:6
**description** 9:10
17:10 152:22
168:16
**descriptions**
153:1
**design** 130:20
147:20 288:1
**designed** 132:16
**designing**
171:22 287:7
**detail** 32:13
67:15,18 68:24
266:4 273:11
**detect** 171:9
**detected** 176:4
**Determinants**
10:15
**determination**
130:4
**determine** 44:3
114:19,25
129:9,10
138:14 172:16
173:7,20
184:22,25
205:25 209:1
209:21 227:22
**determined**
255:18
**determining**
171:15 254:25
**detoxification**
236:21 239:19
**detoxify** 236:5
236:14
**develop** 138:11
180:13
**developed**
185:14
**developing** 10:1
10:16 42:1,9

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

42:20,25 43:2
46:3,5 109:5
220:14 239:18
274:20
**development**
11:7,21 43:7
47:17,23 48:1
124:16 203:2
231:19 235:3
251:21 266:15
**development's**
203:3
**developmental**
9:18,21 10:6
11:15 57:5
58:11 66:1,4
85:15 88:9,22
89:14 143:23
158:23 172:19
183:17 223:25
237:18
**developmenta...**
72:4
**diagnosed**
252:17 254:15
**diagnoses**
255:22 257:3
**diagnosis**
252:19 257:14
**diagnostic** 67:18
67:22 69:4
71:1 116:17
290:24
**diagram** 222:21
**die** 247:8,15
**differ** 161:5
**difference** 106:7
127:14 165:15
**differences** 64:8
72:19 132:8
135:1 152:4
166:1 174:17
223:24,25
254:16 255:7,8
284:6 285:3,6
**different** 46:14
46:25 49:17

74:7,8,9 133:7
142:20 143:17
158:21 159:23
160:10,17,17
160:24 162:23
164:1 168:11
170:24 188:12
190:23 191:9
191:19 193:25
195:7 209:18
220:23 232:22
247:11,20,21
252:7 284:3
285:7 290:3
294:19,21,25
297:17 298:7
**Differential**
10:1
**differently**
133:8
**difficult** 54:17
90:7 122:20
245:11 262:17
**diffuse** 34:15
**Dimorphic** 10:2
**Diplomate** 1:16
300:2,17
**direct** 14:1 31:3
113:5 292:17
**direction** 142:20
150:4 276:16
**directional** 63:8
**directionality**
76:10 80:12
143:6,8 276:11
276:14
**directions** 183:8
183:13,14
**directly** 21:1
27:13 63:18
202:4 226:12
235:11
**disagree** 105:2
170:22 179:18
**disagrees** 88:7
**disclose** 82:23
84:9,16,18,24

131:15
**disclosed** 20:8
279:5
**discounting**
165:7
**discouraged**
230:9,24
**discrete** 247:23
**discriminate**
129:19
**discuss** 17:24
41:22 72:17
78:23 79:2
80:4 83:16,25
114:14 130:19
140:8 141:5,12
141:23,25
146:15,18,23
158:21 173:25
199:4,6 216:23
220:25 221:2
229:21 258:19
262:23 274:16
289:1
**discussed** 15:17
16:17 38:24
59:14 63:12
66:17 76:25
80:23 115:20
115:22,24,24
116:9,11
141:18 147:6
151:13 201:10
204:15,21
210:21,23
237:9 258:5
277:17 288:12
**discusses** 67:14
267:12
**discussing** 18:23
36:14 72:14
234:10 291:2
**discussion** 57:23
66:23 80:13
81:3,4 83:11
83:17 116:6
122:10 140:5

141:2 142:15
222:18
**disdain** 94:4
**disease** 116:12
199:8 200:20
200:25 201:8
226:5,9,11
266:16,17
**diseases** 266:20
267:4
**disorder** 10:23
27:3 39:21
40:2,12,15
46:18 47:20
51:2 69:3,6,21
70:7,25 117:22
227:24 228:3
257:4
**disorders** 27:19
27:24 39:17
40:1,5 46:21
46:22 47:11
66:25 68:3
82:12 108:12
108:24 116:14
122:14 139:3,6
143:12 216:12
232:22 267:10
290:22,25
**dispense** 83:11
**display** 175:4
**disqualify**
178:16
**disrupted**
275:19
**disruption**
37:18,20,24
61:9 220:16,21
220:24 227:10
228:8 231:19
**disruptions**
49:11 251:18
275:14
**Disruptor** 10:3
**disrupts** 227:6
**distinctions**
181:6

**distinguish**
181:3
**distinguishes**
153:20
**distinguishing**
180:25
**distribution**
10:10 198:10
259:17
**DISTRICT** 1:1
1:1
**disturb** 43:7
**disturbances**
76:9 251:19
**disturbing**
130:1 234:16
**diverse** 291:17
292:15
**djash@duane...**
7:18
**dkatz@smiths...**
8:2
**dlee@btlaw.c...**
6:2
**DNA** 28:9,11
32:4,24,25
33:24 36:5,8
36:13 37:16,19
37:23 38:7,9
38:24 39:12
247:14 266:14
267:11
**DNA-damage-**
252:8
**DNT** 179:10
**doctor** 97:13
**doctoral** 29:11
**document** 1:5
16:25 25:15
170:6,7 286:20
**documents** 15:9
16:15 85:3,7
85:10,11 86:6
188:14 229:21
**doing** 82:24
104:10 129:2
147:25 172:25

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

180:4,6 184:3
301:8
**Dollar** 7:4,4,20
7:20
**domain** 157:20
**domains** 118:7
**dopamine**
234:19
**dopaminergic**
220:22
**dose** 97:24 98:22
100:12 102:11
102:17,23
103:4,21
104:14,18
105:8,11,19,21
105:25 106:5
106:10 107:7
108:1,2 109:16
113:11,13,18
114:3,4 128:2
133:9,10,14,19
133:22 134:3
134:16 135:5
136:3 161:25
193:25 205:23
209:2,22
214:20,22
269:3,17
283:25 284:12
284:19,20
294:18,20
298:24 299:1
**dose-response**
209:1 214:24
**dosed** 125:13
128:21
**doses** 32:8,9,10
43:7 85:16
99:19 106:24
107:10 108:7
108:10 109:3
109:11,13,17
132:4,10 159:1
193:9,24
267:16 268:1
269:9 270:20

294:15,25
295:17 298:8
298:20
**dosimetry**
227:21
**dosing** 54:10,17
98:1 99:13,18
107:10 112:9
112:13 113:5
114:2,11 115:4
127:13 128:5
128:10,23
129:12,13
131:24 132:2,6
132:7,20 133:8
166:4 269:13
270:4,10
**dotted** 209:9
**double-strand**
38:7
**DOUGLAS**
3:18
**DOVEL** 4:18
**DOWD** 4:13
**download**
196:14
**dozens** 23:16
152:17
**Dr** 10:17 16:23
17:23,24 18:2
18:3,10,10,18
18:18,19,19,20
20:24 24:9
28:24 29:2
41:18,24 57:15
57:16,22 58:24
59:5,20 60:2,8
66:14 71:21
92:15,16,16,16
96:1 101:12
102:10 104:20
104:22,22
105:2,9,16
113:11 114:1
114:10 119:23
121:1,4,5,5,5,7
121:11,13,13

121:13 137:14
166:10 168:3
179:9,18 180:9
180:10 184:17
217:9,12,17
218:12,18,21
219:19 220:5
235:25 238:14
238:15 240:3
241:25 253:4
265:3 271:2,5
271:7,10
274:14 278:20
278:22,22
279:10 285:11
292:16 293:12
294:13 295:6
295:19,20,25
296:5 297:12
**draft** 9:19 56:2
91:1,8
**drafted** 121:23
**draw** 65:16,18
262:17
**drawing** 267:2
**drawn** 65:14
205:20
**drew** 134:3
175:10
**Drive** 6:8
**drug** 10:15
87:15,19 159:3
159:5,12,12
160:22 189:25
193:6 194:7,13
194:13 246:22
246:22 248:13
269:23
**drugs** 28:19
159:4 192:17
**DSM** 67:12
68:10,11,16,18
69:23 70:17
**DSM-5** 66:24
67:7 69:5 70:8
71:2
**dsullivan@hs...**

3:12
**DUANE** 7:17
**due** 165:9
174:18 262:24
**duly** 13:21 300:4
**duplication**
164:18
**duration** 132:6
**durations** 74:9
**Dutheil** 240:9
**dynamics**
237:19
**dysfunction**
220:16,22

**E**

**E** 2:1,1 5:12
8:16,16
**e-mail** 92:8,9,10
92:12
**E-mail(s)** 9:23
**e-mails** 21:12
**E19** 195:15
**earlier** 36:22
48:19 80:24
93:8 128:16,19
189:23 193:1
208:9 217:7
237:9 239:9,15
250:11 258:5
273:19 293:13
294:14
**early** 10:11
11:10,17,23
25:23,25
123:21 125:6
201:10 251:21
261:3 262:4
**easier** 179:20,21
**East** 1:13 2:23
5:20 13:8
**Eastern** 1:15
**easy** 117:3
**ecologically**
129:6
**edelucia@hsg...**
3:11

**edge** 133:19
**editorial** 26:19
26:22
**effect** 11:17
56:24 77:1
99:14 150:4
155:19 157:13
157:25 173:9
248:20 249:18
280:12
**effects** 10:6
38:18 39:13
43:9,10,11,14
43:20,24 51:1
60:5,15 79:6
84:8 115:2,3,9
116:20 120:24
122:12 123:2
127:15 129:11
143:24 157:7
202:11 231:18
231:21,23
232:2 235:2,8
235:12 268:24
279:20 281:15
289:4,9,21,22
**efficacy** 210:19
216:5,18
**EILEEN** 3:11
**either** 86:18
124:7 243:16
276:16
**elaborate**
122:22 183:6
198:14
**element** 179:10
194:8
**elevated** 72:3
77:2,11,16,17
78:1 175:6
176:6
**elevation** 100:20
100:20
**elevations**
244:24
**elicit** 178:8,10
248:20

elicited 94:7
elicits 143:24
ELLIS 7:1
else's 288:6
emarlowe@ca...
    4:2
embryo 239:18
embryonic
    48:20 53:6
embryos 236:17
    238:9
embryotic 45:3
    225:9
EMILY 4:1
emotion 291:18
emotional-rel...
    291:13
empirical
    173:14 180:4
employee
    300:10,12
employment
    25:20 26:8,9
    26:11
endeavor
    143:19
ended 128:24
    156:23
endocannabin...
    217:20 219:6
    219:21 227:7,9
    227:10,15
    228:8 232:3,5
    232:17 233:3
    233:16,23
    234:11,13,15
    290:2
endocannabin...
    232:22 233:20
    234:8
endocrine 10:3
    220:20 252:8
endorse 220:1
    231:24
endpoint 142:2
    142:17 144:16
    155:11,15,17

endpoints 10:8
    144:15 156:18
ends 123:23
    222:25
engaged 93:4
engineered
    143:13
Enhances 11:14
enrichment
    39:18,20,23
ensure 172:18
enteroperiton...
    168:8
entire 197:20
entirely 74:24
entirety 118:13
    197:20
entitled 279:20
entity 96:5,14
    118:5
entry 10:15 23:3
    213:7
environmental
    27:2 28:1,14
    28:17 271:10
enzyme 211:14
    211:15 221:9
    243:13,20
    246:21,23
enzymes 211:3
    236:16
EPA 201:13
    203:7,17
    204:13 205:1
    205:25 206:13
    208:25
epi 93:23 111:25
    263:9
epidemiological
    129:2 271:9
    272:19 273:25
    295:21,24
    296:10,14
epidemiologist
    271:11
epidemiology
    116:6 137:25

263:15,22
epigenetic 49:9
    50:25 220:24
    270:25
epigeneticist
    271:11
epigenetics
    270:23 271:3,4
    271:16 272:8
    273:4,9
equal 259:9
equipped 117:5
equivalence
    288:9
equivalency
    297:22
equivalent
    102:14 103:4
    103:21 104:14
    105:8,18
    109:16 114:3
    123:24 124:15
    124:21,25
    125:18 127:12
    127:23 128:4
    128:22
errata 12:5
    301:6,9,11,14
    302:7 303:1
essentially 48:8
    118:7 155:11
    202:25 224:15
establish 138:12
estimate 23:10
    23:16,19
estrogen 114:15
Estrogenic 10:3
et 9:18,22 10:4,9
    10:12,16,21,25
    11:1,5,13,16
    11:19,21,24
    25:5 37:12
    99:22 113:16
    169:11 176:16
    176:16 183:1
    190:24 191:15
    234:19 244:12

244:14 267:21
    268:5,9,12
ethics 286:11
etiology 255:1
    261:4 262:5
evaluate 35:1,3
    75:17 86:25
    123:1 148:10
    187:15 281:14
evaluated 28:4
    139:2 147:3
    149:20 184:21
evaluates 27:16
evaluating
    122:12 180:18
evaluation
    122:16,25
    124:24 126:1
    138:13 139:22
    144:20 147:22
    148:7,18,22,23
    172:20 180:20
    181:22
EVAN 2:20
evan.janush@...
    2:21
event 85:13
    212:20 216:17
eventually 56:14
    159:6
everybody
    288:6
evidence 11:3
    15:19,20 32:2
    81:21 85:19
    96:10 106:14
    106:16 107:25
    109:4 116:2
    122:10 130:14
    130:25 132:1
    132:24 133:10
    138:11,12,13
    138:16,16,17
    138:18,21
    139:22,25
    140:11,19
    141:1,7,13,17

141:22 142:6
    143:11,15,22
    144:20,25
    146:25 147:18
    149:15,21
    151:23 152:3
    152:11,23
    161:15 165:1
    180:18,19
    181:22 182:4,8
    184:22 185:9
    187:3,8,15,18
    187:22 188:9
    192:20 193:2
    200:10 201:24
    202:1,3,8
    226:7,18 245:7
    251:7 254:15
    271:23,24
    272:11,20,24
    273:15 274:19
    279:22
evidence-weig...
    138:15
ex 180:24 181:1
    181:2 182:12
exacerbate
    43:14
exact 22:12
    129:19 134:1
    140:22 224:25
    275:17 288:23
exactly 22:13
    44:7 138:2,3
    153:11 219:15
    236:23 261:16
    288:7,22,24
examination
    14:1 297:10
    300:4
EXAMINATI...
    9:4
examine 138:18
examined
    194:19 258:17
Examining
    10:19

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

**example** 35:21
35:25 143:1
144:5,12 146:4
154:10,17
160:7 175:17
242:23 246:4
272:3 275:8
280:19 281:7
**examples** 27:6
80:11,14,18
**excitement**
95:14
**exclude** 106:6,9
262:24
**excluded** 106:17
106:19 126:24
127:3,5
**excluding** 127:9
**excreted** 224:17
224:21
**excretion**
198:11
**excuse** 41:5
246:8
**exercise** 148:1
149:11
**exhibit** 16:19,23
24:6,10,18,22
25:7,11,17,18
55:14,18,22
56:1 66:13
91:25 92:4,6
98:14,15
101:16 135:8
135:12 137:21
166:7,11 168:1
168:2 170:1,5
176:13 178:24
178:25 192:6
192:11 203:24
204:3,9,12
215:23 218:8
218:17 228:23
229:3,17,24
238:13 240:4
253:1,5 255:15
258:9,13

264:25 265:4
265:13,17
277:3,7,11,15
277:19,23
278:4,8,12,16
281:23 283:18
284:24 285:8
285:12,15
286:15 287:2,5
**exhibited** 119:9
**exhibiting** 73:1
73:2
**Exhibits** 9:9
12:1 276:23
**exist** 20:14
45:24
**existed** 99:14
263:22
**existence** 47:17
148:3
**exists** 20:19,22
**expand** 151:3
**expect** 46:14
131:21
**expected** 79:8
79:10
**experience**
171:8,24
**experiment**
51:14 248:19
249:19
**experimental**
102:13,25
178:17
**experimentali...**
263:12
**experimenter**
178:18
**experimenters**
165:21
**experiments**
171:7,8 197:1
**expert** 9:12,13
9:15 10:8
15:10,11,13,17
16:2 17:25
18:14,16 19:3

19:3,16,17
20:10,10 24:15
24:24 25:17
39:10 63:9
91:2,8,17,19
91:22 108:20
118:22 121:2
121:21,21,23
121:25 122:2,5
122:8 143:3
152:12,14,19
153:2 163:21
166:22 188:7
189:12 205:14
205:16 212:23
212:24 213:2
236:2 246:1
279:7 295:2,15
296:5,6,9,13
**expertise** 69:16
69:20 114:10
117:4 121:20
227:20 292:10
**experts** 18:7,17
19:1,8,21 20:8
46:12 121:9
**expires** 302:17
**explain** 152:2
153:19 162:8
178:5
**explained** 143:5
**explanation**
108:22 151:11
151:12,15
152:9
**exploration**
11:12
**exploratory**
173:3,12,14
**Exploring** 10:23
**expose** 50:18,18
**exposed** 10:2
11:20 44:21
72:4 73:2
126:20 252:10
**exposure** 9:18
9:22 10:22

11:10,17,23
28:18 38:11
43:1,21 56:25
57:6 58:11
66:4 72:21
98:24 108:6
111:2,20 116:4
120:16,22
122:13 123:17
123:20 124:19
124:20 125:4,5
126:7,17,19
131:2 132:18
139:2 160:25
161:25 162:21
186:3,9 244:8
244:11 245:16
256:25 274:21
**exposures** 27:2
28:1,4,7 32:17
32:21 41:5
43:18 44:13
123:21 127:17
129:25 130:5
154:13 187:19
188:6
**expressed** 246:6
**expression** 9:17
9:20 10:1 41:7
57:2 58:10
154:15 191:16
240:13 241:3
245:24,24
246:5
**expressive**
119:25
**extend** 123:13
287:15
**extension**
125:22
**extensively**
180:11
**extent** 41:16
47:23 77:24
94:16,22
151:10 153:24
198:25 272:18

**extra** 101:19
**extrapolate**
232:2
**extrapolation**
161:12 163:8
165:10,15

_____

**F**

**F** 5:19
**F1000Research**
177:9,13 196:2
**FAAH** 221:8,9
221:21
**face** 143:9,10
245:15
**facilitate** 292:21
**facing** 264:3
**fact** 27:25 28:4,6
72:20 75:14
93:23,25 94:3
145:12 175:13
187:21 212:3
214:18 228:12
264:10 287:16
287:20
**factor** 11:11
49:10 166:1
184:20 185:6
203:1 212:4
**factors** 51:1
216:15 274:16
**fail** 181:13
301:17
**failure** 100:21
109:12,17
**faint** 209:16
**fair** 15:5,7 91:24
155:13 157:3
187:24 248:3
279:4
**fairly** 34:14
149:17 285:25
**false** 205:5
288:8
**familial** 27:22
**familiar** 177:8
186:10 204:25

218:25 245:19
253:7,12
271:21 286:19
286:21
**families** 210:6
**family** 7:4 210:3
216:14
**far** 22:21 86:5
136:6 164:20
**fates** 222:22
**favor** 181:19
**FDA** 85:4,14,22
85:24 86:3,4
86:12,17,19,24
87:2,3,10 89:3
**feature** 290:24
**February** 21:8,9
21:10,11,19,21
22:2,16 293:24
**feel** 58:24 146:7
242:13,17,20
253:24,25
**fellow** 92:12
**females** 114:16
194:20,23
195:13,18
**fetal** 45:3 48:21
51:7,24 52:11
52:19,20,24
53:6,23 54:23
195:25 197:4
225:9,15,25
237:3,5,15,20
237:20 238:1
239:5 243:23
244:1 248:6,25
259:20 260:1,3
260:4 262:16
**fetal-to** 176:6
**fetus** 194:19
195:8 231:19
236:4,20
239:18
**fetuses** 236:13
236:17 238:10
**fever** 96:21 97:7
104:7

**fewer** 155:4
**field** 27:20 62:10
62:14 72:2
73:10,22 75:7
75:13,13,15,20
75:24 77:1,25
78:11
**fifth** 99:11
**figure** 64:10,13
73:13,15,24
74:25 75:10
133:7 134:5,16
134:21 174:15
174:20 193:17
193:19 195:7
195:23,23,24
223:13,14,15
224:5 225:3
240:9,21
**figures** 193:16
238:18
**files** 237:13
**fill** 143:14 218:1
219:10,24
**filled** 143:20
**finally** 94:6
95:14 110:7,15
110:23 111:1
295:19
**financially**
300:12
**find** 95:1,9
117:7 124:13
134:1 150:22
156:4,8,12
168:10 182:14
182:15 261:17
267:18
**finding** 62:20
63:22 73:20
75:7,8,12,15
110:10 142:16
157:16,17
201:21 280:17
280:25
**findings** 44:1
56:20 58:25

63:2,15 115:6
115:12,17,19
115:21 142:2
155:11,15,17
181:15,16
273:13 275:1
276:15,18
287:9 296:15
296:19
**fine** 67:16,20
250:3
**finish** 15:2
135:24
**firm** 1:13 2:20
4:1,12 8:14
**first** 13:21 17:15
21:2,5 56:17
61:21,22 66:19
72:6 110:1,8,9
110:13 124:14
124:14 162:11
164:13 181:9
185:16 196:3
202:12 213:20
253:6
**first-pass** 159:2
159:6,15,25
160:16
**fit** 181:13 209:6
**five** 138:10,20
162:20
**five-choice** 64:4
66:6 144:6
252:1
**five-week-old**
127:7
**flag** 150:7
205:22 207:22
208:21 210:15
210:18 213:1
214:5,8 216:1
216:20
**flagged** 215:4,6
**flags** 205:8,12
205:16 215:10
**Floor** 2:23 6:13
8:7

**Florida** 5:8
**Flower** 8:7
**fluency** 69:6
**flyer** 10:14
229:7,14,17
**focus** 60:16
75:22,23
115:15 144:8
161:9 271:24
273:5
**focused** 41:8
59:21 63:20
116:7 144:7
180:12 273:16
**focuses** 28:16
**FOERSTER**
7:12
**folks** 263:10
**follow** 35:5
94:16,19,22
114:23 287:25
**follow-up** 71:21
205:24
**followed** 129:3
204:14
**following** 9:17
9:21 58:10
73:16,22 74:12
74:18 157:19
191:7
**follows** 13:25
**footnote** 126:25
126:25
**foregoing** 300:7
302:4
**form** 19:19 20:1
23:12 31:19
32:25 33:4
35:10 37:5
39:7 40:24
41:14 42:3
44:4 45:6
48:24 51:9
52:1 53:9 54:2
55:1 58:1 59:2
59:23 60:11,22
61:14 62:23

63:25 67:9
68:5,13,21
69:8 70:9 74:1
74:20 76:4
77:6 78:8
79:13,25 83:2
84:12 86:8
87:6,24 88:25
90:1 91:4,14
95:3,24 96:23
100:4,14 103:7
103:23 104:19
105:12,22
106:12 109:19
112:15,19
114:6 118:14
119:18 120:1
121:15 122:18
123:5 124:1
126:15 129:14
130:16 132:11
134:17 139:10
141:9 142:3,23
144:17,21
145:9,22
146:20 148:4
148:19 150:13
152:6 155:22
156:19 158:2
159:16 160:2
161:1 162:1
165:12 167:4
169:4 171:20
172:9,21
181:24 182:23
183:25 185:18
186:16 190:10
193:13 194:24
196:11,19
197:12 199:10
199:17 201:3
203:10,21
204:17 206:15
211:4,17
212:13 218:3
219:12 221:22
222:7 224:22

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

225:10,17
226:21 227:17
228:15 229:10
230:13 231:3
232:18 233:25
235:4 237:6
238:2 240:18
241:6,11 242:8
244:2 248:8
251:10 255:23
257:5 259:11
259:21 263:4
264:20 266:1
266:23 268:2
269:19 271:17
272:16 274:1
275:2,10 276:2
279:13 281:9
284:14 285:21
289:11 292:3
297:25 298:14
302:6
**formal** 266:6
**formed** 222:15
**former** 29:8
**forming** 81:20
272:23
**forms** 229:25
**formulation**
138:10,25
139:1
**forth** 69:5 71:1
91:22 300:8
**fortunate** 264:5
**fortunately**
167:16
**found** 116:21
142:16,18
157:23 158:10
158:12 259:14
269:1,2
**Foundation/R...**
10:7
**four** 18:17 64:6
168:11 172:5
172:12 198:16
201:16,20

203:8 205:15
213:17,19
269:24
**four-** 127:7
**four-dose**
169:20
**fourth** 99:11
213:20
**FOX** 2:13
**framework**
149:23 202:2
**FRIDAY** 1:7
**front** 24:12
33:20 192:4
196:3 222:1,3
222:3 252:25
**frontal** 57:1
58:9
**Frontiers** 26:25
**frustrates** 96:4,5
**frustration**
93:20
**full** 14:5 61:21
110:8,9 118:4
118:4,12 119:4
119:8 121:23
185:9 199:3
202:7 232:11
242:2
**full-length**
175:4,14
**fully** 130:6,8
185:14 230:2
230:11 231:1
231:16 236:19
239:17 256:15
263:10
**function** 11:8
154:13 239:20
279:24 280:3
280:12,23
291:4
**functional** 47:25
239:17
**functions**
291:10,13,18
292:15

**funding** 11:25
84:17,19,23
114:22 286:3
286:16,17,24
**further** 44:2
59:14 151:4
205:23 293:7
300:6,10
**future** 102:4

———————
**G**
———————
**G** 8:16
**gain-loss** 209:17
**gamma** 39:2
**gamma-H2AX**
38:2
**gap** 217:24
219:8
**gaps** 138:13
143:14 217:23
218:1 219:7,10
219:23,25
**garnered** 28:6
**gavage** 162:9,10
162:10,21
163:3 166:25
167:2,22
**gavaged** 166:20
**gels** 175:4,14
**gene** 9:17,20
10:1 39:18
41:7 57:2
58:10 154:15
191:16 208:11
**general** 7:20,20
88:8,21 89:13
89:24 90:12
153:12 169:6
180:15 188:5
210:3 255:3
272:22 275:15
276:19 291:9
291:17 294:17
**generally** 34:4
51:23 52:10,16
100:24 101:5
128:10 139:3

173:6 178:7
263:8
**generated**
215:15
**genes** 27:3,17
28:2,5,7 38:14
38:16
**genetic** 27:22
40:7,23
**geneticist** 29:4
**genomics** 27:21
27:21
**genotoxicity**
11:4
**Gervin** 272:4,6
272:6 273:22
**gestation** 56:25
123:24 126:14
127:13,20,24
128:5,23
252:23 255:16
255:19 257:1
260:7
**gestational**
122:12 125:1
132:20 256:25
**getting** 94:6
95:14 129:4
191:7
**give** 23:10 32:14
83:5 84:22,22
89:19 131:7
144:5 150:17
151:21 153:1
153:12 154:10
156:3,7 160:7
160:8 168:22
174:19 175:14
189:10,14,17
189:19,20
209:9,15 224:1
242:22 246:4
292:17
**given** 79:17
80:13 131:24
132:8,10 146:6
151:18 158:6

164:24 168:17
174:11,14
185:11,13
187:14 188:23
189:21 193:9
197:3 203:3
261:3 262:4,20
269:24 302:5
**gives** 194:5
209:7,11
222:21
**giving** 35:25
146:4 242:24
**glad** 37:9
**glance** 253:25
**global** 49:14
**GLP** 180:1
**glucocorn**
223:18
**glucuren** 223:18
**glucuronidation**
223:5,20,21
236:11
**Glutamatergic**
10:4
**glutathione**
10:10 223:11
237:14,19
238:9 244:21
245:2,5,10
**go** 19:23 32:7,12
49:4 65:19
67:10,11 83:5
83:6 84:3
137:4 146:3
150:19 158:17
161:19,22
162:10 183:7
203:6,17
209:12 214:18
214:22 218:14
251:16 259:1
266:4
**goal** 93:16
142:12 143:18
144:24 145:3,3
145:5

goals 93:12
  94:11
goes 65:22,23
  102:19 139:13
  162:10 258:3
  282:11
going 14:25 15:1
  16:22 24:9,21
  25:10 40:12,12
  41:18 50:8
  52:25 55:17,25
  67:11 69:23
  71:9 73:15
  83:4 92:3
  135:11,19
  157:12,13
  159:14 166:10
  167:25 170:4
  175:23 192:9
  192:10 204:2
  204:12 209:13
  218:16 229:2
  235:13,25
  238:12 240:2
  253:4 258:12
  259:1 260:24
  260:25 265:3
  265:16 277:2,6
  285:11,14
  286:14
GOLDBERG
  3:10
Golkow 1:22
  8:17 13:4
gonna 137:2
good 14:3,4,22
  71:10 119:6
  152:4 153:21
  154:16 180:1,6
  215:16 235:16
gotten 150:23
grade 151:20
gram 282:14
grams 282:13
Grand 3:19 4:8
grant 111:11
  128:6

granting 149:3
grants 11:25
  148:8,13,24
  149:3 286:16
  286:17,22
granule 268:16
graph 207:11
  208:13 210:8
  212:21,22
  213:3,4,5,6
  214:2,5 215:24
graphic 225:2
grayed 133:8
great 40:19
  215:15 253:23
greater 259:5
ground 14:14
group 10:8
  82:10 174:16
  256:23
groups 171:10
  195:15 284:4
growth 49:9
  50:25
GSH 224:14
  237:2,4 238:1
  239:4,21,23
  242:6 243:24
  248:6,24 249:8
  249:25
Guaynabo 3:7
GUERRA 3:2
guess 62:2
  164:11 195:12
  201:11 273:18
guest 16:13
guidance 49:10
  49:11
Gynecologists
  88:7

_____ H _____

H 8:16
HAIGHT 8:6
HAILEY 3:4
half 78:22 163:2
  259:6,16

half-life 260:16
  260:22 264:13
halfway 254:4,9
  254:11
hallmark
  290:21
Hamblin 92:16
hand 16:22 24:9
  24:21 25:10
  31:11 55:17,25
  92:3 101:16
  129:22 135:11
  166:11 167:25
  170:4 192:9,10
  204:2 218:11
  218:16 229:2
  238:12 240:2
  253:4 258:12
  265:3,16 277:2
  277:6 285:12
  285:14
handed 281:25
handing 277:14
  277:22 278:7
  278:15
handy 101:17
happen 50:9
  181:14
happening
  37:17 223:5
happy 33:18
  100:23 145:15
hard 134:1
  160:4 234:3
hard-and-fast
  154:25
harm 109:4
harmful 246:24
harmless 224:16
harms 230:2,10
  230:11,25
  231:1,10
Harshaw 163:16
  164:24 165:3
Harvard 29:18
hazard 11:5
HEACOX 2:21

head 27:5 85:12
  238:8
health 6:15
  44:17,20 46:6
  87:23 88:2
  96:12 120:24
  131:3 143:25
  157:11 183:18
  187:17,20
  199:8 200:19
  200:25 201:7
  250:14
hear 52:5
heartbeats
  113:1
held 1:12
help 70:20
  261:17 292:21
helpful 224:2
  243:15
HepaRG 202:21
hepatic 198:20
  236:16 239:20
hepatocytes
  202:22 247:13
hepatotoxic
  298:8
hepatotoxicity
  298:20,22
  299:3
hereinbefore
  300:8
heterogeneous
  46:9 47:10,15
  50:4 250:16
high 98:1 99:13
  99:18 112:13
  113:10 154:2,9
  155:2,4 200:17
  200:18 202:14
  258:20
higher 43:8
  64:11 113:4,10
  113:25 154:6
  154:22 155:5
  214:22 241:16
  258:22,24

259:7 262:24
  269:3 298:24
  299:1
highest 99:1
  164:25 168:17
highest-scored
  163:14
highly 47:9,14
  47:17,25 50:3
  116:15 154:19
  154:20 155:2
  216:15 250:15
Highway 4:2
hill 209:17 296:7
hit 205:6 207:22
  208:23 216:5
  216:18
hits 213:14
HOLLAND
  4:12
Hollander 18:19
  121:5,7,11
  292:16
HOLWELL
  3:10
hopefully 15:3
hormone 202:20
horn 197:5,6
Hospital 29:18
hour 71:9
  135:19 167:19
  235:14
hourly 22:20,23
hours 23:17,23
  24:5 268:20
  269:11,17,24
  270:14
hours' 270:2
Houston 2:16
huge 176:15
human 45:3
  48:21 53:6,23
  54:15,22 98:24
  102:14 103:3,4
  103:20 104:13
  105:7,18
  109:16 114:3

117:22,23
118:5 123:24
124:16,20
125:1 126:13
127:13,24
128:22 184:19
186:2,9,15
187:1,11,19,23
188:2,19 189:4
199:8 200:19
200:25 201:7
210:13 225:8
226:5,19 227:1
227:22,24
228:3 238:1,9
240:13,15
242:6 245:20
245:21,25
246:2,8 260:17
267:17 268:1,7
268:16 269:13
270:20 272:7
295:21
**humans** 52:22
54:5 55:5
108:7 112:25
113:4,7 117:1
118:12 119:5
119:10,17,25
120:5 235:12
297:23 298:12
298:13
**hundred** 23:19
**hundreds**
152:16
**Hunt** 2:3 9:6
16:13 17:19
19:19 23:12
31:19 33:4,16
34:10 35:10
37:5 39:7
40:24 41:14
42:3,22 44:4
45:6 48:24
51:9 52:1,13
53:9 54:2 55:1
58:1 59:2,11

59:23 60:11,22
61:14 62:23
63:25 67:9,16
68:5,13,21
69:8,22 70:9
71:3,8 74:1,20
76:4 77:6 78:4
78:7 79:13,25
81:12 82:3,13
83:2 84:12
85:18 86:8,21
87:6,24 88:25
89:17 90:1,14
91:4,14 95:3
95:20,24 96:23
97:9 98:4,9
100:1,4,14
101:19 102:3,6
103:7,15,23
104:19 105:12
105:22 106:12
109:19 110:11
110:19 112:15
112:21 113:14
114:6 116:1
118:14 119:18
120:1 121:15
122:18 123:5
124:1 126:15
129:14 130:16
132:11 134:17
135:17,22,25
136:7,10 137:3
139:10 141:9
142:3,23
144:17,21
145:6,11 146:1
146:11,20
148:4,19
150:13 152:6
153:7 155:22
156:19 158:2
159:16 160:2
161:1 162:1
165:12 167:4
169:1,4 171:20
172:9,21

174:19,25
177:24 181:24
182:23 183:25
185:18 186:16
189:6 190:10
193:13 194:24
196:11,19
197:12 199:10
199:17 201:3
203:10,21
204:5,7,17
206:15 211:4
211:17 212:13
218:3 219:12
222:7 225:10
225:17 226:2
226:21 227:17
228:15 229:10
230:13 231:3
232:18 233:25
235:4,16 237:6
238:2 240:17
241:6,10,17
242:8 244:2
248:8 249:2
250:6 251:6,12
255:23 257:5
259:11,21
261:18,21
263:4 264:20
266:1,23 268:2
269:19 271:17
272:16 274:5
275:2,10 276:2
279:13 281:9
284:14 285:21
286:25 289:11
292:3,23
293:10 296:20
297:25 298:14
**Hunt's** 297:18
**Huntington's**
266:17
**hwatts@watts...**
3:4
**hydroxyguan...**
32:4,18,20

33:9,24 34:3
36:5 257:17
264:23
**hyperactive**
62:4
**hyperactivity**
60:21 61:4,8
61:13,18,24
62:7,19 63:4
63:13
**hyperconnecti...**
49:13
**hypoactivity**
61:4,6
**hypothalamus**
11:23 285:7
**hypothesis**
138:11 140:16
249:18
**hypothetical**
157:14 158:5
248:17
**hypotheticals**
184:4

**I**

**IACUC** 173:23
**idea** 118:8
181:14
**ident** 53:23
**identification**
10:5 16:20
24:7,19 25:8
55:15,23 92:1
135:9 166:8
170:2 192:7
203:25 218:9
228:24 253:2
258:10 265:1
265:14 276:24
277:12,20
278:5,13 285:9
**identified** 40:7
40:23 45:4
48:22 51:6,22
52:9 53:7,24
233:22

**identify** 45:20
48:15,18 53:17
54:20 92:5
147:13 201:16
234:25 248:4
248:23 249:6,7
249:24 250:4
**Illinois** 1:17
2:10 6:8
300:19
**ILSI** 10:7
**imagine** 150:24
**imbalance** 34:19
35:7,18 244:22
248:5,24 249:8
249:25
**immediately**
128:9 179:8
**immunolabeli...**
243:16
**impact** 93:13
94:12,17,23
96:3,7,8
138:19
**impactful** 92:25
95:1,9,19
**impacts** 116:7
247:24
**imperative**
301:13
**impetus** 60:7
**implicated**
27:18,23
216:11,15
266:14
**Implications**
11:4
**importance**
140:9
**important** 95:17
96:16,22 97:8
97:14,15
139:24 140:3
154:20 160:19
165:25 166:6
169:25 179:25
263:14 272:21

276:18,20
**impulsive**
251:24
**impulsivity** 62:7
62:19 63:3,17
63:19,20 64:18
64:21 65:5,8
157:23 158:8
158:15
**inaction** 93:21
94:1
**inactive** 206:24
**inappropriate**
96:19 97:5
145:18
**inattention** 62:7
62:19 157:22
**inattentiveness**
63:4 64:21
**include** 19:17
24:4,5 67:8
107:6 123:11
124:19,20,22
198:15,16
201:1 220:17
220:20
**included** 57:25
58:21,23
106:22 107:10
107:24 108:1,3
109:18 112:9
132:21,24
136:24 140:12
141:6 161:14
165:24 180:19
195:14 272:11
**includes** 68:11
69:4 70:25
123:20 220:15
220:21,23
**including** 28:8
59:24 60:9
66:25 106:21
139:6 175:20
235:3 290:22
**inclusion** 132:18
**incompletely**

44:8
**inconsistencies**
142:1 146:10
146:19,24
147:2
**inconsistency**
142:18
**incorporate**
198:20
**increase** 43:3
174:3 227:6
282:11,16,17
282:19 284:11
290:7,15
**increased** 34:8
42:2,13,20
72:9,23 73:6,7
75:25 76:1
78:2 79:9,10
108:23 157:17
157:18,25
158:11 176:4
227:16 252:12
255:19,21
256:4 257:1
282:22 283:14
**increases** 76:13
227:5
**incredibly** 46:9
166:6 179:25
263:14
**independent**
18:21 38:16
47:1 156:8,12
271:14
**INDEX** 9:1
**Indiana** 5:15
**Indianapolis**
5:15
**indicate** 72:1
166:19 168:6,7
178:13 221:12
280:11
**indicated** 29:21
59:10 72:3
80:25 239:8
**indicates** 64:17

**indicating** 83:7
83:9 111:7
193:5
**indicative** 176:5
226:6
**indirect** 30:3,6
**individual** 43:17
46:10,10,13,24
48:7,10 49:23
50:5,7 134:25
142:7,8,11
155:14 174:18
190:25 193:23
193:25 226:4
250:24 260:23
287:17
**individually**
197:4
**individuals**
27:20 44:21,22
47:24 48:3
51:2 52:25
85:23 90:18
129:3 252:12
252:14,17,19
**induce** 99:20
**inducing** 99:2
**induction**
211:12 212:22
**infancy** 31:13
**infinite** 132:15
**Inflammation**
262:3
**inflammatory**
261:6 262:7
264:18
**influences**
117:13 280:7
**information**
25:19 65:13
70:18 80:17
81:16,18,19
86:25 91:18
188:23 190:7
191:2 203:18
204:15,21
220:10 237:11

272:19,25
286:18
**informed** 296:1
**informs** 296:11
**inherent** 197:11
**inherited** 27:24
**initial** 159:5
164:9,13 195:2
196:9
**initially** 20:23
21:22 22:1
293:18,21
**injected** 197:4
**injection** 159:4
159:19,20
160:6,23
161:20 162:24
162:25 163:3
164:22 165:4,6
165:8,17,20
168:12 196:11
196:22 197:7
**injections** 159:1
168:8 197:2
**injury** 217:1
220:14
**innovation**
149:8
**input** 294:2
**inquiry** 161:10
**inside** 134:21
194:10,11
**instance** 64:9,13
155:6 160:11
181:17 209:17
243:3 246:19
299:7
**instances** 172:5
**Institute** 10:7
**INSTRUCTI...**
301:1
**insufficiency**
245:15
**insufficient**
150:11 243:12
244:21 245:5
**intact** 198:8

**integration**
138:17
**intend** 178:12
186:13,24
187:9,25
188:18 189:3
**intended** 70:19
130:22 210:6
**intent** 189:14
**intention** 78:13
**intentionally**
116:13,16
**interactions**
197:22 198:3,7
**interchangeably**
185:23
**interconnected**
289:5
**interest** 178:20
183:8,9 273:8
**interested** 60:3
60:14 203:5
273:4 300:12
**interesting**
178:2
**interfaced** 292:8
**interpretation**
10:6 242:24
**intersect** 290:4
**Interstate** 4:2
**intrauterine**
197:5
**intravenous**
160:8
**intravenously**
197:3
**introduce**
248:12
**introduction**
116:9
**introductory**
204:13
**intuitive** 202:17
**inventoried** 90:4
**inverse** 179:22
**inverted** 284:18
**invoice** 17:3

23:4
**invoiced** 22:21
**invoices** 9:11
  22:19
**involve** 46:1
  127:12 221:3
  250:16 252:13
  289:22,23
  290:6
**involved** 18:15
  20:12,24 82:24
  106:24 120:14
  120:18,21
  127:6 189:24
  203:1 221:10
  227:9 234:6
  268:15,20,20
  286:2 291:2,10
  291:12,16
  292:13
**involvement**
  234:10 291:19
**involving** 19:15
  84:7 120:15,19
  120:22 159:25
  197:1
**IP** 196:22 197:2
  197:4
**irrelevant** 250:3
  250:13
**Ishida** 127:4,11
**isolation** 263:23
  264:4
**issue** 57:23
  96:22 97:8,14
  97:16 167:11
  258:4 265:24
**issues** 115:24
  242:23 243:9
  266:6
**it'll** 159:6
**italicized** 177:3

━━━━━━━
**J**
**J** 5:1 7:17
**J&J** 95:22
**JACKIE** 8:12

**JAMES** 5:19
**JANUSH** 2:20
**Jeremy** 29:15
**Jersey** 1:20
  300:21
**jmurdica@btl...**
  5:19
**JOE** 8:14
**Johnson** 6:9,9
  13:24,24 92:23
  92:23 93:14,14
  93:18,18 94:18
  94:18 145:14
  145:14
**Jonathan** 8:17
  13:2
**journal** 26:20,20
  26:23,25 82:23
  83:15 84:1,9
  177:9,16,22
**journals** 82:23
**Juarez** 8:17 13:3
**JUDGE** 1:5
**JULIEN** 4:18
**julien@dovel....**
  4:19
**July** 17:3 23:15
  25:12
**jump** 140:4
**June** 17:12 23:4
  23:7,11 24:15
  25:23,25 79:23
  79:24 293:21
**justification**
  113:18 124:18

━━━━━━━
**K**
**Kansas** 1:19
  3:20 4:9
  300:21
**KAPKE** 5:13
  101:22 102:1
  137:19
**KARA** 5:13
**kara.kapke@...**
  5:14
**KATIE** 8:6

**KATZ** 8:1
**keep** 34:2
  152:10
**keeping** 137:17
**Keller** 2:3,4
  8:13
**KENDRICK**
  8:1
**KERSHAW** 5:1
**key** 221:13
**kidney-type**
  198:21
**kilogram** 97:24
  98:23 99:17,20
  100:12,25
  101:4,7 102:13
  102:19,24
  103:6,22
  104:17,25
  105:10,18
  106:11,24,25
  107:7,11 108:2
  112:10,14,23
  113:10 133:16
  133:24 135:6
  136:20 282:4,5
  283:25
**kilograms**
  103:13 113:12
  113:25 134:4
**kind** 17:7 34:15
  142:21 143:10
  171:5 274:3
**kinds** 202:8
**kinetics** 159:22
  159:24
**King** 2:5 7:6
  8:12
**KINSMAN** 4:7
**Kirkland** 11:5
  265:19
**Klein** 24:24 25:5
  112:4,9 113:16
  114:8 137:2
  295:11
**knock** 125:25
**knocking** 126:4

**know** 28:20 35:1
  35:15 36:4
  44:12 45:15,19
  46:17 47:12,24
  51:15 53:20,21
  54:10 55:6,8
  68:10 69:17
  70:5,12,24
  71:7 79:7 86:5
  90:25 111:7,8
  111:9,14,14
  115:2 116:25
  123:9 130:12
  138:4 145:23
  152:15 154:16
  154:24 160:13
  178:9 186:11
  192:19 196:13
  202:15 209:21
  212:15 216:10
  222:10 223:2
  224:25 225:12
  227:2 233:13
  234:19 236:23
  238:20 243:2,4
  243:5,19
  250:18 279:9
  279:15 281:21
  284:19 291:24
**knowing** 168:22
  232:7
**knowledge**
  86:11 138:13
  152:13,14,19
  225:21
**known** 45:5
  47:16 48:23
  53:8 69:6
  201:13 230:2
  230:12 231:2
  231:10,23
  232:10 260:22
**KO** 6:19
**Koehn** 10:16
  168:15,16
  169:11 170:13
  170:16,21,23

171:4 173:25
  174:15 176:25
  189:24 190:1
  190:14,24
  191:15 192:3,3
  192:5,12,13
  193:11 196:17
**KOHANE** 6:12
**KOSTICK** 8:12
**KRAUSE** 4:7
**ktrinh@hbbla...**
  8:7
**Kyoto** 62:12

━━━━━━━
**L**
**lab** 83:22 178:18
  178:18
**Labba** 267:21
  268:9,12
**label** 104:16
**labor** 33:2,8,15
  33:23 262:23
  262:25 264:19
**laboratory**
  180:1,5
**lack** 60:20 61:7
  61:12,17,23
**lactation** 57:1
**laid** 155:20
**Lalert** 274:22
**Lance** 14:7
**landed** 58:15,18
**language** 58:21
  108:9 119:25
  120:4
**Lanier** 1:13 2:20
**large** 27:25
  49:14 67:23
  70:12
**largely** 41:8
**larger** 241:5,21
  241:22 247:25
**late** 163:13
  236:18 255:20
  256:6
**latest** 196:6
**LAURA** 8:13

**LAUREN** 2:8
**lauren.schultz...**
  2:9
**law** 1:13 2:20
  4:1,12 5:6
  14:17
**lawful** 13:21
**LAWRENCE**
  2:15
**lawyer** 294:1
**LAWYER'S**
  12:6 304:1
**lawyers** 294:11
**lbosso@kslaw...**
  7:7
**lcain@mofo.c...**
  7:13
**LE** 5:2
**lead** 28:23,24
  39:14 42:2,20
  51:7,25 52:12
  54:1 56:14
  183:17 227:23
  228:2
**leading** 38:21
  39:6 45:5
  48:23 52:16
  53:8 54:13,25
  59:17
**leads** 42:25 43:1
  51:15 133:6
  220:13 249:9
  250:1,21
**leakiness** 176:6
**learn** 82:1
  111:15
**learned** 291:12
**leave** 217:24
  219:8
**LEE** 5:1 6:1
**left** 110:1,3,13
  254:4,9,11
**legal** 13:3
**LEILA** 2:22
**leila.ayachi@l...**
  2:23
**lesions** 32:20

36:5
**let's** 84:3 137:4
  144:6 154:16
  161:19 186:7
  281:17
**lethal** 133:10,22
  134:3,15
**lethality** 134:14
**level** 11:18,20
  67:19 140:17
  140:24 141:1
  143:10 190:14
  190:22 201:25
  202:1 227:13
  243:10 248:5
  248:24
**levels** 15:20
  32:18 99:24
  174:3 176:4
  190:8 191:3,10
  191:13 193:10
  193:24 194:19
  202:3 227:23
  237:2,4,19
  239:5 242:5,25
  243:7,23 244:1
  245:23 246:3
  246:20,21,23
  258:22 259:8
  285:2
**Lexington** 3:13
**liability** 1:4
  13:11 43:17
**Lichtensteiger**
  10:4 135:4,14
  136:4 295:9
**life** 11:17 261:3
  262:4
**ligand** 232:7
**ligands** 232:10
  233:2
**light** 81:16
  187:21 188:16
  273:8
**limit** 130:3
  205:19
**limitation** 64:23

130:9
**limitations**
  130:7 139:16
  197:18 199:7
  199:13,16
  200:19 201:1
  237:10 254:22
  263:11 264:3,9
**limited** 108:5
  229:25 230:9
  230:24 236:17
  260:14 272:25
**limiting** 122:15
**LINDSEY** 3:17
**line** 21:15 79:16
  118:23 134:2
  140:19 141:17
  200:10 209:9
  268:10,10
  283:4,6 298:5
  303:3 304:3
**linear** 283:10
**linearly** 259:15
**lines** 17:13
  138:12 140:11
  141:7,13,22
  195:7
**link** 234:20
**linked** 32:18
  232:16 233:15
  291:20 296:15
**linking** 110:24
  111:1,19
  235:11
**list** 50:23 133:15
  138:9 164:10
  238:24
**listed** 26:10
  51:23 52:10
  121:18 133:20
  134:15 182:18
**listing** 49:5
  231:21
**literature** 30:23
  33:7,13 34:6
  55:11 63:11
  93:22,23 100:8

101:7 109:1
  134:24 139:15
  149:20 188:8
  188:13,24
  189:22 211:21
  212:12,17
  226:25 271:9
  271:12,15,21
  272:1 273:2,6
  273:17,25
  280:9 295:25
  296:10,17
  298:18
**litigated** 120:11
**litigation** 1:4,22
  8:17 13:4,11
  20:9 21:3 23:6
  83:1 93:8
  101:16 120:15
  120:19,22
  149:12 186:14
  186:25 187:10
  188:1,5,21
  279:7 296:2
**litmus** 80:19
**littermates**
  195:14
**little** 21:15
  27:14 46:13
  71:9,20 117:1
  137:14 150:17
  159:7 177:10
  190:21 218:25
  224:23 232:24
  273:18 293:18
  293:19
**liver** 99:2,20,24
  100:12,18,20
  100:21,25
  101:8,11
  109:12,17
  134:13 159:1
  159:15,25
  236:16,16,19
  239:5,11,16
  240:14,15
  241:3,8 242:7

246:16,19
  247:1,3,10,11
  247:13 248:3
**living** 119:10
  197:23 198:5
  198:25
**LLC** 2:3 3:2 8:9
  8:13
**LLP** 3:10 5:12
  5:18 6:1,6,12
  6:18 7:1,6,12
  7:17 8:6
**local** 49:13
  60:25 78:14
**location** 291:7
**locomotor** 75:16
  75:16
**log** 209:10
  214:22
**logic** 53:19
**long** 38:14,16
  126:24,25
  174:21,23
**longer** 128:21
  128:22 159:7
  260:21,25
**look** 22:14 48:2
  63:18 64:4
  68:18,23 69:25
  78:13,15 85:3
  100:23 107:3
  107:12 118:8
  134:20 135:7
  143:7,16
  166:17 168:13
  170:19 174:15
  191:10 193:16
  196:23 203:18
  204:25 208:25
  209:20 210:8
  214:20,24
  215:13 218:13
  218:22 222:17
  234:9 235:10
  238:18 248:13
  249:20 252:16
  257:10 263:14

269:1 277:25
281:13 282:10
285:1 286:9
**looked** 30:23
41:3,6 43:8
59:16 63:19
157:21,22
158:7 191:8,16
196:15 206:20
238:21 241:19
242:3 252:22
253:18 255:15
257:17 259:16
265:20 280:19
281:4
**looking** 17:16
74:25 75:24
76:8,11 104:7
104:9 107:17
124:6 134:12
136:5 154:11
163:21 164:4,6
164:21 191:12
191:22 192:2
195:5,9,13,23
208:2,13 238:7
238:25 239:1
240:12,25
242:15 253:14
256:20,25
258:1 261:22
267:25 272:7
**looks** 78:21
194:16 215:14
216:24 218:25
265:6 283:19
**Los** 5:20 8:8
**lost** 176:15
**lot** 28:6,10 31:13
31:22 90:18
111:22,24
121:20 151:15
159:4 170:23
198:22 291:10
291:12
**Lots** 8:9
**Louie** 17:24

18:3,10,19
121:5,13
238:15
**Louie's** 168:3
238:14 240:3
**Louis** 4:14
**Louisiana** 1:19
2:16 300:22
**love** 70:15
**low** 171:1 200:9
200:13,14
202:13,14
237:13 246:23
**lower** 109:14
155:5 159:9,13
160:1 214:20
236:11 246:19
246:21 269:9
270:10 298:20
**lowest** 143:10
**lscarcello@wc...**
3:18
**ltracey@trace...**
2:15
**LUKE** 7:7
**lumped** 181:5
**lunch** 184:7
**Lunchtime**
184:8
**LUNER** 4:18
**LYNDSEY** 7:12

---

## M

**M** 2:20 3:12
6:19 8:1,6
**Madison** 6:13
**main** 75:12,15
75:21,22,23
78:12
**maintain** 178:21
**major** 199:7,16
199:21 200:19
201:1
**majority** 161:14
**making** 111:22
233:16 243:10
**male** 11:9,23

72:3 75:10
**males** 61:1
64:11,14 72:25
73:2,4,13
**mammalian**
31:3,7 109:6
**mandate** 69:11
108:18 118:18
146:5 187:13
187:13
**manipulation**
165:22
**manner** 57:8
149:12
**map** 243:3
**marathon** 14:19
**marijuana**
10:14 229:8,18
229:22 230:1,5
230:10,25
**mark** 218:15
**marked** 16:19
16:23 24:6,10
24:18,22 25:7
25:11 55:14,18
55:22 56:1
91:25 92:4
101:15 135:8
135:12 166:7
166:11 168:1,1
170:1,5 192:6
192:10 203:24
204:3 218:8,17
228:23 229:3
238:13 240:3
253:1,5 258:9
258:13 264:25
265:4,13,17
276:24 277:3,7
277:11,14,19
277:23 278:4,8
278:12,16
285:8,12,15
**marker** 197:3
**markers** 258:2
**MARLOWE**
4:1

**massive** 100:8
**MASTERMAN**
8:14
**material** 204:13
**materials** 59:17
205:2 238:24
**maternal** 176:6
195:25 236:20
**maternal-fetal**
88:18,19 89:9
96:20 97:6,12
**mathematical**
248:16
**matter** 13:9 50:6
247:24
**matters** 120:11
**maze** 77:2,11,16
77:18 78:2
**McGill's** 241:25
**McLarnan**
29:10
**mcwatts@wat...**
3:3
**MDL** 1:3
**mdowd@holl...**
4:13
**mean** 23:16
30:13 35:15
36:4 39:23
49:15,23 50:4
50:7 81:23
100:21 111:9
123:18 163:7
183:11,12
214:11,14
215:11 233:19
239:14 254:25
263:7,13
275:15 276:16
282:18 284:19
288:21 299:4
**meaning** 183:14
**meaningful** 64:8
65:13 176:20
209:3 282:21
**meaningless**
214:15

**means** 214:17
214:17 228:19
**meant** 80:19
135:1 151:19
151:21 163:10
289:15,17,19
**measurable**
36:7
**measure** 52:23
70:14 100:19
158:7 178:11
178:12 193:24
245:2,3,4,8,9
245:10
**measured** 120:8
190:18,23
194:3 225:8
226:19 227:1
238:10
**measurement**
194:12
**measurements**
252:13 262:14
262:22
**measures** 65:5
156:9 157:1
176:1 194:11
**measuring**
75:14 76:19
178:19 194:3
264:12
**mechanism**
30:12 37:1
39:6 41:12
111:19 185:12
220:10 221:1
234:15 274:17
280:6 292:1,2
**mechanisms**
38:21,23 45:5
48:14,16,23
50:15 51:6,22
52:9 53:8
54:12 110:15
110:24 111:1
216:25 217:21
219:3,22

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

220:11 221:2
247:12
**medical** 29:18
89:23 90:4,19
90:23 228:14
**medication**
72:22 96:10
120:23 263:19
**medicine** 88:18
88:20 89:10
96:20 97:6,12
**medium** 200:10
**meeting** 17:19
17:23,24 18:2
**meetings** 18:2,6
18:21,22,25
**member** 88:15
**memory** 21:7
**mention** 165:10
**mentioned** 27:9
29:25 32:24
36:15,22 38:19
39:3 40:22
48:13,19 53:20
54:4 125:24
185:8,11 191:8
195:22 292:12
297:15
**mentioning**
36:17 176:22
**Meridian** 5:14
**message** 243:21
**met** 94:4,5
**metabolic**
222:22 236:25
**metabolism**
159:2,9,15,25
160:16 198:10
211:16 212:11
222:16 224:9
239:11 259:20
260:1,4 262:16
**metabolite**
160:23 221:11
221:13 224:8
224:16 283:3
284:2,3 289:10

**Metabolites**
10:24
**metabolized**
159:13 222:6
223:17
**method** 51:13
171:15 196:18
249:15
**methodology**
122:10 138:9
152:12
**methods** 158:21
196:24 205:7
**metrics** 175:18
**mice** 9:18,22
11:9 57:7
58:12 75:10
78:12 99:3,25
100:13 101:1,8
103:5,13,21
104:14 105:8
106:11 107:16
113:1 119:24
120:3 123:22
133:15 134:4
252:2,9 263:18
294:18,21
297:12,16,21
298:4,7,11,19
298:22
**MICHAEL** 4:13
**micromolar**
208:18 268:22
268:22,25
270:3,4,7,15
**middle** 110:1,3
110:8,9,14
171:5
**MIKAL** 3:3
**Millennium** 3:6
**milligram** 97:24
239:24 282:4
**milligrams**
98:23 99:17,19
100:11,24
101:3,6 102:12
102:18,24

103:6,12,22
104:17,24
105:10,17
106:11,24,25
107:7,10 108:1
112:10,14,22
113:9,12,24
133:15,24
134:4 135:5
136:20 239:22
282:5 283:25
**million** 243:3
**mind** 152:11
273:20
**mine** 29:9,11
122:7
**minimum** 171:9
**minute** 113:2
194:4,15
**minutes** 14:21
135:20 194:17
253:23
**misconstrue**
288:2
**misconstruing**
63:10
**misread** 208:9
**missed** 166:23
**Missouri** 1:19
3:20 4:9,14
300:19
**Misstates** 85:19
95:25 116:2
251:7
**mistake** 168:20
**mixed** 85:24
**mixture** 171:2
**Mixtures** 10:3
**mod** 200:24
**mode** 289:20
**model** 11:1
50:17 60:4
63:11,16,23
76:3 78:23,24
79:9,11,22
117:3 118:6,9
144:9 157:24

178:3 209:8,10
251:4 297:22
299:5
**modeling** 50:15
199:8 200:19
200:25 298:19
**models** 63:7
108:13,14
118:13 119:1,7
139:18,19,19
143:11 155:20
206:13
**moderate**
153:21 155:3
**modify** 122:7
**Modulation**
10:11
**molecular**
129:20
**molecule** 223:6
223:8 225:15
225:25 226:4
**moment** 27:6
29:20 30:16
31:25 49:13
193:16 253:20
**MONAGHAN**
3:11
**Monday** 26:17
**Monica** 4:19,20
**month** 21:19
23:14 238:25
**months** 22:3
84:6 93:8
125:13 126:13
126:18
**mood** 78:15,17
**morning** 14:3,4
17:19
**MORRIS** 7:17
**MORRISON**
7:12
**mother** 239:20
**mother's** 239:10
**motor** 60:25
78:14 251:18
291:10

**mouse** 15:22
57:1 60:4
62:15,17 66:5
102:10,17
107:14,15
133:9 141:20
162:18,24
163:2,16
164:20 182:19
299:3
**mouth** 59:6
**movement**
73:12,24
**movements** 74:6
**mRNA** 240:13
241:3 245:24
**Mu** 29:9
**multi-dimensi...**
155:7
**multi-dose**
150:5
**multi-dosing**
150:6
**multi-organ**
197:19
**multi-organ-o...**
198:21
**multiple** 71:4
116:18 132:4
132:10 143:4,5
167:12 182:13
202:3 252:7
257:25 288:13
**MURDICA** 5:19
**mutagen** 30:3,6
30:11 36:19,25
**mutagenesis**
31:3,8
**mutagenic**
30:23
**mutagenicity**
31:18
**mutate** 27:17
28:1,5
**mutation** 37:16
**mutational**
37:14

CONFIDENTIAL – PURSUANT TO PROTECTIVE ORDER

mutations 27:2
40:7,23

**N**

N 2:1
N.W 6:2,20
NADINE 6:12
name 13:2 14:5
named 18:7,18
19:1,8,14
121:9
nanograms
239:24 282:13
282:14
nanomolar
208:19
nanomole
239:22
NAP 224:11
Naples 5:8
NAPQI 222:15
222:25 224:9
224:11,13,16
236:5,14
239:11 243:25
narrative
125:21 131:14
151:15
narrow 100:9
104:3
nature 28:19
NCRA 300:17
near 292:20
necess 141:4
necessarily 35:2
41:6 43:3 68:8
85:25 88:16
103:16 134:14
141:4,5 143:13
161:17 178:15
180:8 182:2
191:6 197:25
245:3,4 270:8
275:15,17
276:8 290:5,23
necessary 146:6
146:8 226:8

248:11,15
301:4
necrosis 100:21
need 84:15,18
111:15 122:7
124:13 167:1
182:15 206:1
217:25 218:22
219:9,24
232:14 233:13
249:5 255:12
263:12 275:23
276:6 277:24
287:21
needed 65:6
125:5 141:5
153:13,17
165:15 173:8
173:20 248:5
248:24
needs 31:14
56:18
negative 31:17
31:23 151:22
156:15,24
205:5
neither 300:10
300:11
Neonatal 11:7
nervous 109:4
220:12
neuratrophic
274:16
neuro 180:13
neurobehavio...
9:16,20 58:9
157:10
neurochemical
157:9
neurochemicals
232:15 233:21
neurodegener...
266:16,20
267:3
neurodevelop...
44:15 111:2,20
123:25 227:11

232:8 234:17
279:25 280:4
289:23
neurodevelop...
10:8 27:3,18
27:23 39:17
40:1,4 44:18
47:10 60:15
66:24 68:3
69:3 70:7,25
79:5 80:22
82:12 84:8
96:11 108:12
108:23 116:7
116:14 122:14
123:3,12 125:1
131:3 132:22
133:11 139:3,6
157:9 203:4
216:12,16
217:1 220:14
220:17 235:2,8
235:11 251:20
290:21,25
296:16
neuroinflamm...
261:4 262:5
neurological
133:11 185:13
267:9,10
neurons 247:7
268:6,16
neuropsychiat...
143:12
Neuroscience
27:1
neurotoxicant
88:10,23 89:15
143:24 183:17
neurotoxicity
10:6 11:15
85:15 158:23
299:6,8
neurotoxicolo...
215:1
neurotoxicology
172:20 180:13

neurotransmi...
11:18,20
232:23 233:6,8
233:12,14,20
234:6,18
neurotrophic
11:11
neurotypically
48:4
never 97:17
nevertheless
237:11
new 1:1,14,14
1:19 2:24,24
3:13,13 6:14
6:14 7:3,3,14
7:14 8:3 13:8,9
26:23 57:5
81:16 91:18
135:18 300:21
Nicolini 11:1
265:10
NIH 11:25
285:18,24
286:1,5,15,17
286:20,21
nine 93:8
nkohane@btl...
6:13
noisy 214:8,11
214:14 215:4
non-gestating
260:23
non-italicized
177:4
nonfetal 260:24
nonpregnant
194:23 195:13
195:17,20
nonregulatory
173:2
nonsensical
163:13
norepinephrine
234:19
normal 279:23
280:2

North 2:9 4:2,14
6:8
Notary 300:23
302:19
note 92:18 97:23
134:22 161:8
200:9,17
notebook 29:3
noted 13:14
301:10 302:7
notes 12:6 16:5
16:6 172:5
304:1
notice 20:17
noticed 166:21
November
21:24
nuclear 202:19
206:25 207:15
210:3,7
nucleoli 207:17
208:10
nucleus 194:9
null 181:15,16
182:3,6,12,22
number 14:24
15:23 16:24
23:1,9 29:6,17
56:8 64:23
132:15 155:5
162:23 164:8
171:9 172:17
172:18 173:8
173:20 174:16
174:20 204:9
222:11 224:25
229:3 241:21
243:9 262:3
281:23 290:21
numbers 105:9
134:1,8 171:4
171:6 223:23
224:5 261:19
numeral 216:25
numerical
147:20 149:7
numerous 68:3

**NW** 7:8

**O**

**O** 8:16
**oath** 14:15
**OB/GYN** 96:19
97:5
**object** 19:19
23:12 31:19
33:4 35:10
37:5 39:7
40:24 41:14
42:3 44:4 45:6
48:24 51:9
52:1 53:9 54:2
55:1 58:1 59:2
59:23 60:11,22
61:14 62:23
63:25 67:9
68:5,13,21
69:8 70:9 74:1
74:20 77:6
78:4,7 79:13
79:25 83:2
84:12 86:8
87:6,24 88:25
90:1 91:4,14
95:3,20,24
96:23 100:4,14
103:7,23
105:12,22
106:12 109:19
112:15,19
118:14 119:18
120:1 121:15
122:18 124:1
126:15 129:14
130:16 132:11
134:17 139:10
142:23 144:17
144:21 145:9
145:22 148:4
148:19 150:13
152:6 155:22
156:19 159:16
160:2 161:1
162:1 165:12

167:4 169:1,4
171:20 172:9
172:21 181:24
182:23 183:25
185:18 186:16
190:10 193:13
194:24 196:11
196:19 197:12
199:10,17
201:3 203:10
203:21 204:17
206:15 211:4
211:17 218:3
219:12 222:7
225:10,17
226:21 227:17
228:15 229:10
230:13 231:3
232:18 233:25
235:4 237:6
238:2 240:18
241:6,11 242:8
244:2 248:8
251:10 255:23
257:5 259:11
259:21 263:4
264:20 266:1
266:23 268:2
271:17 272:16
275:2,10 276:2
279:13 281:9
284:14 285:21
287:1 289:11
292:3 297:25
298:14
**objection** 20:1
33:16 34:10
37:8 42:22
52:13 59:11
71:3 76:4
81:12 82:3,13
85:18 86:21
89:17 90:14
97:9 100:1
103:15 104:19
113:14 114:6
116:1 123:5

141:9 142:3
145:6 146:11
146:20 153:7
158:2 177:24
189:6 212:13
226:2 241:17
249:2 250:6
251:6 269:19
**objections**
145:11,19
**objective** 34:18
294:6
**observational**
93:23 129:2
263:9 271:8
273:25
**observed** 129:11
**obstetrician**
97:13
**obstetricians**
88:7 92:24
94:13,24 95:2
95:10,23
**occur** 52:11
129:21 159:2
160:25 197:23
198:5
**occurred** 129:11
**odds** 258:24
259:7
**OECD** 149:23
**offer** 186:13,24
187:2,9,25
188:18,25
189:3
**offered** 188:14
**offhand** 146:23
153:11 216:10
216:13
**offices** 1:12
286:22,23
**offline** 57:24
59:9
**offsetting** 166:1
**offspring** 11:24
72:4 108:24
172:18 184:19

185:6 186:15
187:1,11,24
188:2,20 189:4
195:17,20
**oftentimes**
151:16,17
153:13,16
180:16
**oh** 17:15 22:24
47:5 48:6
101:21 110:19
110:20 163:20
164:7 204:6
213:1,10,22
215:14 246:7
248:1 250:22
257:18 290:10
**okay** 14:8,10,13
14:19,24 15:8
15:25 16:5,9
16:11,15,22
17:2,15,17
18:5 19:6
20:20 25:16
26:12 35:5
36:12 40:18
41:24 53:2
55:25 56:11,13
56:23 57:4,11
57:14 58:8,17
60:18 61:7
62:2 66:11
67:6 68:18
69:2 73:9 75:5
79:19 80:9
81:5 85:7,13
89:22 91:11
92:3,22 93:3
93:11 99:6,16
101:6 102:3,22
103:3 105:4
106:2,23 107:9
108:4 110:5,22
110:24 112:6
112:21 119:3
123:16 124:17
126:9 127:22

133:4,14,18,22
134:7 135:7,13
136:23 137:1
138:7,24 139:8
140:4,8 144:12
150:4 151:10
155:14 158:18
158:20,25
162:13,18
163:24 164:2,7
166:10 167:8
168:21 170:8
171:14 173:24
174:9,14
175:24 176:10
177:7 183:3
185:25 190:6
192:14,22
193:9 194:6,18
195:5,21 197:8
200:16,24
204:2 205:12
206:22 207:8
208:1,5,16
211:14 213:9
213:24 218:11
219:2 220:8
221:4,12,18
222:2 223:9,15
224:4,8,14,20
224:24 225:14
226:17 233:10
236:10,22
237:25 239:3,8
239:14,21,25
240:25 246:11
250:20 252:6
253:24 254:3
255:18 261:2
262:1,12,20
266:11 267:12
267:15 272:13
274:5 279:3
280:25 282:23
283:12,22
285:11 294:1
294:17 295:1

297:15,21
okay-enough
  224:18
old 125:13,14
  126:13
Olstad 273:10
  273:12
omission 64:9
omissions 64:11
  64:14
ones 128:18
  182:10 209:24
online 253:11
onset 266:21
open 62:9,14
  72:2 73:10,22
  75:7,13,13,15
  75:20,24 76:25
  76:25 77:25
  78:11 81:15
operational
  34:21
operationalize...
  36:10
operative 64:25
opine 86:13
opinion 41:25
  42:18 81:20
  86:12 87:10,11
  87:12 88:8,20
  88:21 89:13,25
  90:12 91:16
  118:11 119:1
  178:23 188:25
  189:3,11,15,17
  189:20,21
  225:14 227:4
  228:14 271:16
  274:1 275:22
  280:1,2,5
  289:8 290:14
  295:15,22
opinions 81:7
  85:17,22,23
  86:20 87:4
  90:6 91:12,21
  108:4 121:2,14

186:13,24
187:3,9,25
188:19 217:19
271:2 272:5,14
272:24 273:14
273:21 295:20
opportunity
  188:23,25
opposed 163:3
  200:2
opposite 61:4
  179:22
opted 99:13
oral 134:24
  159:20,24
  160:9,25
  161:15,25
  162:4,9,21
  163:3 164:21
orally 159:3
  161:8
order 1:8 163:5
  251:11 275:24
  287:18 288:4
orders 123:3
organ 47:16
  197:11,17
  246:24
organ-on-a-chip
  198:18
organism
  197:20 198:8
  199:1,3
organization
  90:24 285:19
  286:2
organizations
  89:12,23 90:5
  286:5,8
Organogenesi...
  10:11
orient 70:20
original 288:14
  301:14
outcome 43:19
  79:2 116:17
  153:21 154:1,2

154:6,19,21
155:2,3,10
156:3,8 178:19
250:22 276:10
276:12
outcomes 10:20
  44:17,18,20
  79:4,5 80:22
  96:12 108:13
  116:11,21
  117:2 131:4
  132:22 144:1
  150:5 153:20
  153:23,25
  154:4,8,12,12
  155:1,10 157:2
  157:7,10
  183:18 187:17
  187:20 216:16
  217:22 248:14
  250:15 256:7
  257:12,15
  276:21 296:16
outer 133:19
outlined 39:10
outset 59:20
outside 23:2
  69:10 84:3
  118:18 126:19
  149:12 187:12
  189:12 227:24
  296:2
overall 163:1
  272:20
overambitious
  118:10
overattribute
  117:12
overdose 134:12
overfitting
  207:23 208:22
  216:6,19
overlap 212:6
overprescripti...
  45:21
oxidated 35:19
oxidative 10:19

10:24 28:8,11
29:24 30:2,5
30:12 32:25
33:3,11,15
34:3,9,14,22
35:8,19 36:2,4
36:6,7,18,19
36:25,25 38:9
38:25 39:11
217:19 219:5
219:21 220:13
244:18,19,24
245:6,8 247:14
248:6,25 249:9
249:25 252:8
252:12,22
254:16 255:6
255:15,19
256:6 257:1,10
258:1,3 261:5
262:3,6 264:17
oxidizes 224:12
oxygen 35:19
  113:3

────────
        P
────────
P 2:1,1,14 8:16
  171:10 239:10
p-Aminophenol
  221:15
p-Aminophen...
  221:14
p.m 184:10,12
  184:14 207:13
  210:10 212:21
  213:25 215:23
  235:18,20,22
  274:7,9,11
  292:25 293:2,4
  297:4,6,8
  299:15,17
P15 282:4,10
  284:12,13
  285:4
P4 195:15
P450 211:2,15
P5 282:4 284:11

284:12 285:4
p53 37:18
PADGETT 5:12
  9:5,7 14:2
  16:14,21 19:22
  20:4 23:20
  24:8,20 25:9
  30:19 31:15
  32:6 33:10
  34:1 35:4,16
  38:12 39:22
  41:9,20,23
  42:12 43:23
  44:23 45:11
  48:12 50:22
  51:18 52:7,18
  53:14 54:7
  55:4,16,24
  58:7 59:7,15
  60:6,17 61:2
  61:19 63:5
  65:9 67:14
  68:1,9,17 69:1
  69:13 70:1,3
  70:21 71:11,19
  74:11 75:1
  76:22 77:13
  78:5,20 79:18
  80:6 81:22
  82:8,17 84:2
  85:1 86:1,15
  87:1,13 88:4
  89:7,21 90:9
  90:21 91:10,20
  92:2 95:8,21
  96:17 97:3,19
  98:6,11 100:2
  100:10 101:2
  101:21,24
  102:5,9 103:11
  103:18 104:12
  105:3,20 106:1
  106:13 109:24
  110:12,21
  112:19 113:8
  113:23 114:13
  117:14 118:20

119:22 120:9
122:3,24
123:15 124:9
126:22 130:11
131:23 133:1
135:3,10,21,23
136:1,2,9,11
136:14 137:4
137:13,20
139:20 141:14
142:13 144:4
144:18 145:1,9
145:21 146:2
146:17 147:4
148:11 149:1
150:20 152:21
153:18 156:5
157:4 158:14
159:18 160:21
161:6 162:5
165:23 166:9
167:7 169:3
170:3 172:3,14
173:5 174:23
175:7 178:4
182:5 183:2
184:6,16
185:24 186:21
189:8 190:17
192:8 193:18
195:4 196:16
196:21 197:14
199:14,23
201:9 203:15
204:1,6,8,23
206:18 211:7
212:9,19
218:10 219:18
222:13 225:13
225:23 226:16
227:3 228:1
229:1,15
230:18,21
231:13 233:4
234:23 235:13
235:24 237:22
238:5 240:23

241:7,14,24
242:16 244:9
248:21 249:3
251:1,10,15
253:3 256:10
257:13 258:11
259:18 260:9
261:20,22,24
264:14 265:2
265:15 266:8
267:5 268:11
270:1 272:2
273:7 274:2,13
275:6,21 277:1
277:13,21
278:6,14
279:16 281:16
284:22 285:10
286:13 287:3
289:16 292:19
293:6 296:23
297:1,11
298:10 299:10
**page** 9:2,10
61:20 65:20,23
66:10 71:23
73:25 77:4
97:23 98:19
99:7 101:18
102:12 107:21
108:15 109:25
110:13 114:16
117:16 122:8
125:17 133:2
137:16,22
138:6,25
139:21 140:23
141:3 150:2,21
153:22 161:8
161:22 162:19
163:9,15,16
164:1,10,22
165:10 168:14
168:15 170:15
170:18 171:3
172:4 174:1,20
174:24 175:8

175:22 176:24
178:13 179:3
193:3,20 195:6
195:9 196:3,25
199:24 200:22
201:11 206:5
210:1,25 211:8
213:8 215:18
216:23 217:3,5
218:20,21
222:18,20
223:12 224:6
228:6 236:1,7
240:7 254:2
258:19 259:2
261:2,18,25
262:12,14
266:9,14
270:23 274:15
280:10 283:21
287:4 289:4
295:1 303:3
304:3
**pages** 10:17
66:22 78:22
138:6 140:5
147:6 155:21
158:20 163:20
182:18 201:16
203:20 204:16
205:13 213:17
216:23 218:12
218:17 279:17
288:25 302:5
**paid** 82:25 84:10
94:17 279:7
**pain** 33:1,7,14
33:22 34:8
36:1 96:21
97:7 104:9
264:15,23
**painful** 262:25
**panel** 64:10
**panels** 193:21
**PAP** 221:14,16
221:21 222:6
225:2

**paper** 22:6,13
25:6 37:13
65:3 72:17
94:7 95:14
111:12 115:14
136:13 174:21
251:17
**papers** 281:21
**paracetamol**
11:6,10,15,17
11:21,23
**paradigm** 35:13
**paradigms**
75:19 76:10
79:2 80:5,12
**paragraph**
61:21,22 62:3
71:24 98:10
110:8,10,14,14
133:6 171:6
200:2,3 289:15
289:17
**parameter**
275:24
**parameters**
75:20 131:9
147:21 150:3
150:19 151:12
153:12 173:1
**paren** 57:7
**parent** 223:6,8
246:22
**parentheses**
109:8
**Park** 3:6 5:20
**Parkinson's**
266:17,22
**part** 15:13 16:1
20:16 69:20
70:2 82:9
111:6 130:25
131:25 144:19
157:20 173:16
173:21 242:12
242:17 247:4
266:12 270:6
272:20 286:20

295:25
**participating**
279:6
**particular** 27:15
27:17 28:3,16
40:1,4 43:12
43:19,20 44:20
46:18 57:23
69:21 140:18
141:1,25
142:17 144:9
147:13 155:18
156:17 158:5
169:24 172:1
183:16 185:10
187:14,17
207:21 221:10
228:19,20
231:24 232:7
232:11,15
233:14 249:17
276:10 290:23
290:24 291:1
**particularly**
109:5,13
141:25 291:15
**parties** 300:11
**PARTNERS** 5:6
**parts** 240:15
242:3,4,19,21
**Party** 292:23
**pass** 162:11
293:7
**path** 290:3
**pathological**
290:20
**pathology**
250:17
**pathway** 219:22
221:3 224:9
280:22
**pathways** 10:25
114:23 117:11
117:13 217:19
217:20,22
219:3,5,6,21
220:23 280:20

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

290:3
**patients** 255:9
**pattern** 72:20
**Patterns** 10:1
**PBL1** 56:3,11
**Pearson** 1:12
  9:11,12,14,15
  13:13,20 14:7
  16:19,23 20:24
  24:6,9,18 25:7
  41:18,24 55:14
  55:22 71:21
  91:25 96:1
  104:20 121:1
  135:8 137:14
  166:7,10 170:1
  184:17 192:6
  203:24 218:8
  228:23 235:25
  253:1,4 258:9
  264:25 265:3
  265:13 274:14
  276:23 277:11
  277:19 278:4
  278:12,22
  285:8,11
  293:12 294:13
  295:6,19
  297:12 300:4
  302:12
**PEARSON_0...**
  9:23
**PEARSON_0...**
  56:7
**peek** 16:12
**peer** 41:17 81:2
  81:6,24 82:9
  82:22 83:9,13
  83:24,24
  177:17,23
  196:10
**peer-review**
  148:8,13
**peer-reviewed**
  55:11 147:14
  148:1 149:6
**peer-reviewing**

152:16
**Pennsylvania**
  7:8,19
**people** 51:14
  76:21 181:11
  183:15,18,20
  231:8 287:21
  287:23,24
  298:18
**percent** 210:19
  216:5,18
  222:24 223:16
  223:21 224:24
  247:2
**percentage**
  222:5,12,15
**percentile** 259:6
  259:9
**perfectly** 165:19
**perform** 142:6
  183:20 287:23
  296:12
**performed**
  187:18,22
  188:9 206:2
  232:12 287:24
  288:22
**performing**
  149:24 287:7
  296:17
**perinatal** 10:22
  122:13 123:17
  123:19 186:7
**period** 92:25
  111:3 125:1,6
  185:15 186:6,7
  219:10 230:5
  236:5 254:17
  287:9 288:16
**periods** 130:1
**permanent**
  115:1
**permeability**
  175:18 176:1
**person** 47:6
  227:20
**perspective**

183:22 202:18
**perspectives**
  183:10
**pertinent** 146:5
**perturb** 227:11
  227:14
**perturbagen**
  248:12
**perturbation**
  47:21 129:21
**perturbations**
  46:17,20 76:12
**perturbed**
  276:15
**perturbing**
  232:17 233:15
  233:22 234:12
**Ph.D** 1:12 9:12
  9:14,15 13:20
  14:8 57:12
  300:4 302:12
**pharmaceutical**
  180:2
**Pharmacy** 6:15
**phase** 188:4
  288:15
**phenomena**
  31:2
**phenomenon**
  31:10 34:16
  181:11 237:1
**phenotype**
  251:21
**Philadelphia**
  7:19
**Philippot** 11:16
  110:17 182:25
  277:16,18
**phonetic** 290:10
**phrased** 231:25
  249:22
**physician** 29:4
  96:20 97:5,6
**physiologically**
  44:13 269:10
  270:9,11,13
**pieces** 143:20

**pile** 176:15
**pilot** 65:13
**pin** 46:23 116:16
**pinpoint** 250:23
**piss** 95:2,10
**pissing** 92:23
  93:13 94:12,17
  94:23 95:22
**place** 13:7
  150:23 198:11
  300:8
**placenta** 176:7
  191:17
**placental** 176:1
  176:2
**plaintiffs'** 18:7
  19:4,7,9,15,18
  19:20,21 20:8
  20:11 21:23
  82:25 84:11
  93:4,7 279:10
  279:11 293:14
  293:23
**Plaintiffs** 5:9
**planning** 230:4
**plasma** 10:24
  176:5 195:25
  195:25 262:13
**plasticity** 291:3
**platform** 177:9
  177:16,22
**plausibility**
  185:1 217:25
  219:9,23 276:1
**plausible** 108:22
  185:15,17,21
  292:1
**Plaza** 2:9 3:6
**please** 14:6
  19:12 36:21
  45:10,12 65:20
  66:18 98:19
  102:8 138:6
  140:6 145:10
  151:2 186:20
  204:10 210:10
  230:19 301:3,8

**pleiotropic**
  226:11
**plenty** 184:4
  245:13
**plethora** 46:1
  48:13,16,19
**PLLC** 2:20
**plot** 209:22
**plural** 91:23
**plus** 74:16 77:2
  77:11,16,17
  78:1 156:14,23
  158:1,17
  181:20
**PN** 54:10 124:10
  125:2,2,17
  129:12,13
**point** 104:3
  129:1,19
  130:22 167:9
  167:18,20,22
  167:23 174:11
  184:7 188:4,18
  190:9,15,18
  191:5,11
  192:18 226:17
  246:12 250:20
  260:6 274:4
  288:6,23
**points** 125:25
  126:4 132:8
  165:8 167:12
  167:14,24
  168:12 190:25
  193:25 287:17
**poor** 153:20
**poorly** 35:13
**pop** 69:23
**PORTER** 7:1
**portion** 56:2
**Posadas** 268:5
  270:18
**pose** 191:24
**position** 25:24
  250:2
**positions** 26:9
**positive** 151:22

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

178:6,7,15
179:4,9,11,24
205:5
**possibility** 23:2
**possible** 53:1,3
84:8 117:19,21
185:2,3,16,20
205:6 226:14
230:2,11 231:1
231:18,23
**possibly** 174:18
**post** 130:9
**post-human**
128:4
**Postman** 2:3
8:13
**postmortem**
257:25
**postnatal**
123:21,23
124:7,10,11,15
125:6,17
127:23 129:5
130:4,10
184:18,23
185:5,14 186:6
186:25 187:10
187:19,23
188:1,19 189:3
197:1 236:18
**postnatally**
126:21
**potent** 206:6
208:17 210:2,5
211:2
**potential** 11:5
43:6,9 115:20
186:14 208:21
261:7 262:8
**potentially** 64:8
133:23 176:2
207:22 216:5
216:18 282:20
**power** 173:7
**powered** 65:17
**Practice** 180:2
**practitioners**

90:19
**pre** 132:20
**precious** 242:14
**precise** 35:22
**precisely** 220:2
**preclinical**
32:19 93:22
109:1,3 122:11
123:10 137:24
139:15,16
149:20 158:22
187:15 188:8
255:12 263:16
263:17,25
264:2,4 271:25
273:1,6,17
296:17,18
**preclinically**
50:17
**preclude** 61:25
**prediction**
249:19
**preexisting**
147:14 148:2
**prefatory** 59:25
**prefer** 247:15
**prefrontal** 9:17
9:20 280:13
**pregnancy**
10:14 34:8
36:1 228:8
229:19,22
230:1,8,10,23
230:25 255:20
256:6 263:20
**pregnant** 34:9
96:21 97:8
172:17 194:20
197:2 229:8
230:3,4 231:8
231:9
**premature**
64:15,16
**prenatal** 10:19
11:17 53:25
54:9,16 72:21
108:25 116:5,8

124:21 130:1
131:2 188:6
**prenatally** 38:11
126:21 252:10
**preparing** 85:4
**prescriptive**
80:21 153:15
**presence** 221:21
**present** 8:11
18:1,8 137:25
237:4
**presentation**
72:19
**pretty** 148:14,21
**previous** 31:25
41:1 56:24
139:14 171:7,7
173:11
**previously**
78:11 98:25
101:15 147:19
168:1 188:22
196:2 238:13
240:3
**primary** 284:2
**printout** 11:25
**prior** 93:9
177:23 300:3
**priori** 173:6,15
173:19
**privately** 86:5
86:18
**PRIYA** 6:7
**priya.sunkara...**
6:7
**probably** 14:20
14:24 23:1
57:9 58:4
125:7 163:12
**probe** 64:12
**problem** 34:13
138:10,25
139:1 140:16
**problems** 212:2
249:13,15
**procaryotic**
31:6

**proceeding**
118:19 187:14
**proceedings**
69:12
**processed** 225:1
**processes**
197:23 198:4
198:11,13,15
289:6
**processing**
205:7
**produced** 20:14
21:13 85:3
172:19
**produces** 57:6
**producing** 85:4
**production**
20:16 38:2
85:22
**products** 1:3
13:10 161:9
222:22
**profile** 232:11
**profiles** 41:4
**progesterone**
202:20 210:13
**program** 205:4
**progress** 288:15
**progression**
266:15
**project** 59:21
**prolonged**
129:25
**pronunciation**
125:8
**prooxidant**
34:20 244:22
246:23
**prooxidants**
244:24 247:23
**proper** 82:19
83:17 168:24
172:8
**properties** 30:24
198:23
**proposal** 111:11
**proposed** 56:24

57:5 58:21
59:21 217:21
**proposition**
236:13
**propounded**
302:6
**prostaglandins**
289:1,5,9,22
289:24 290:5
**PROTECTIVE**
1:8
**protein** 239:23
243:6 245:20
245:21,24
246:3,8 290:13
290:23 291:1
**proteomics**
243:18
**protons** 194:9
**provacative**
56:19
**prove** 245:4
**provide** 70:19
95:15 157:13
190:7 191:2
246:2 254:15
**provided** 80:11
80:13,14,18
114:1 152:9
**provides** 259:20
259:25 260:3
**providing** 81:9
96:9
**psychiatric**
27:21
**Public** 300:23
302:19
**publication**
22:11,14,16
26:24 27:8
59:19 82:2
83:20 84:7
92:19 112:2
177:12 181:9
181:10,19
183:7,9 196:9
**publications**

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

25:20,25 148:9
148:23 149:7
149:23 152:17
152:18
**publicly** 81:19
86:4,18
**publish** 181:12
181:13 183:21
**published** 11:3
22:7 25:6
30:14 37:11,23
55:10 58:22
81:18,18 95:15
101:7 111:18
111:24 122:11
181:16,17,20
196:4,7 253:13
**publishes**
177:17,22
**Puerto** 3:7
**pup** 72:2,7
77:25 251:19
**pups** 169:16
**purposes** 149:21
155:16
**pursuant** 1:8
114:3 155:20
188:9 251:11
**purview** 69:11
70:2 83:21
**put** 26:1,18 30:6
33:20 51:19
59:6 60:9 75:5
95:10 102:10
147:20 156:14
157:24 158:1
194:7,10
**putting** 68:19
147:16
**puzzle** 143:20

**Q**

**qualify** 44:11
**qualitative**
175:17
**quality** 140:9
147:5,7,11

149:8 153:21
153:23 155:2,4
155:6
**quantifies** 248:5
248:23
**quantitatively**
153:4
**quantity** 140:9
140:15
**quartile** 10:20
**question** 15:2,4
30:17,21 33:11
34:5,13 36:21
36:24 40:10
42:6,17 45:7
45:10,14,16
48:11,25 49:3
50:20 51:10,16
52:2,5 53:4,10
53:13,16,18
54:18 55:2,7
59:24 61:11
62:24 64:1
70:4,8,22 74:2
74:12,21 77:7
77:12 78:8
82:7,20 84:13
86:9 87:7 91:5
95:4,7,25
96:24 97:2
100:5,15
103:24 105:13
108:6 109:20
112:16 118:15
118:25 119:6
119:23 122:21
132:12 134:18
136:1 139:11
142:24 147:25
150:14 155:23
156:1,22 160:5
164:11 173:17
184:1 186:17
186:20 188:16
190:11,21
191:10,14,24
193:10 194:1

194:25 201:4
202:5 204:18
206:16 208:22
211:5,18 218:4
222:8,23
225:18,24
226:3,13,14,15
226:22 228:16
229:11,14
230:17 231:6
231:15,25
232:12 233:11
234:22 235:5
238:3 241:12
241:20 242:9
244:3 248:13
248:22,22
249:16,22,23
250:3,13
255:24 257:6,8
259:22 263:5
266:2,24 268:3
269:22 271:18
279:14 281:10
284:15 285:22
289:12 292:4
298:1,15
**questioning**
145:20 297:18
**questions** 14:2
16:14,21 17:8
20:4 23:20
24:8,20 25:9
31:15 32:6
33:10 34:1
35:4,16 38:12
39:22 41:9,23
42:12 43:23
44:23 48:12
50:22 51:18
52:7,18 53:14
54:7 55:4,16
55:24 58:7
59:7,15 60:6
60:17 61:2,19
63:5 65:9
66:20 68:1,9

68:17 69:1,13
70:3,21 71:19
71:22 74:11
75:1 76:22
77:13 78:5,20
79:18 80:6
81:22 82:8,17
84:2 85:1 86:1
86:15 87:1,13
88:4 89:7,8,21
90:9,21 91:10
91:20 92:2
95:8,21 96:17
97:3,19 98:11
100:2,10 101:2
102:9 103:11
103:18 104:12
105:3,20 106:1
106:13 109:24
110:12,21
113:8,23
114:13 117:14
118:20 119:22
120:9 122:3,24
123:15 124:9
126:22 130:11
131:23 133:1
135:3,10 136:2
136:14 137:13
137:20 139:20
141:14 142:13
144:4,18 145:1
146:2,17 147:4
148:11 149:1
150:20 152:21
153:18 156:5
157:4 158:14
159:18 160:21
161:6 162:5
165:23 166:9
167:7 170:3
172:3,14 173:5
175:7 178:4
182:5 183:2
184:16 185:24
186:21 189:8
190:17 192:8

193:18 195:4
196:16,21
197:14 199:14
199:23 201:9
203:15 204:1,8
204:23 206:18
211:7 212:9,19
218:10 219:18
222:13 225:13
225:23 226:16
227:3 228:1
229:1,15
230:21 231:13
233:4 234:23
235:24 237:22
238:5 240:23
241:7,14,24
242:16 244:9
248:21 249:3
251:1,15 253:3
256:10 257:13
258:11 259:18
260:9 261:24
264:14 265:2
265:15 266:8
267:5 268:11
270:1 272:2
273:7 274:13
275:6,21 277:1
277:13,21
278:6,14
279:16 281:16
284:22 285:10
286:13 287:3
289:16 293:7
293:10,11
296:21 297:11
298:10 299:11
302:6
**quick** 14:13
71:21 253:25
253:25 259:2
**quickly** 191:2
**quite** 154:4
282:11
**quiz** 69:23
**quote** 56:18,20

92:25 93:13,13
94:12,13,23,24
108:20 110:25
111:3,20,21
117:21,24
118:23 175:25
176:7 200:18
200:20 210:18
210:19 214:8,9
217:23 219:7
219:10 229:24
230:5 236:4,5
242:20 254:13
254:18 264:16
264:17 279:22
279:25 287:5
287:10 288:12
288:16
**quoted** 180:10

**R**
**R** 2:1 8:16,16
**rabney@watt...**
  3:5
**radiation** 28:18
**radical** 245:11
  245:14
**radicals** 264:24
**radioactive**
  194:8
**radiolabeled**
  189:25 190:4
  192:15,17
  193:6,8 194:5
  197:3
**raised** 266:7
**range** 98:24
  102:21 113:11
  113:25 118:12
  119:4,8 214:21
  214:22 269:3
  270:11
**ranging** 268:21
  291:18
**rat** 10:2,11
  15:22 102:23
  107:19,20

125:8 127:19
141:20 142:16
142:18 161:22
161:24 163:1
182:19 183:5
237:12,23,24
295:12,16
299:2
**rate** 22:20,23
  112:7
**rates** 113:3
**ratio** 284:6,7
**rats** 11:13,20,23
  62:4,4,12,14
  106:11 112:25
  114:1 119:24
  120:3 123:22
  125:12 128:2
  128:21 193:8
  268:6 294:20
  294:21 295:8
  295:10,14
  297:16 298:4,7
  298:13,22
**rats-Focus**
  11:18
**RAYNE** 7:1
**rayne.ellis@a...**
  7:2
**reach** 271:15
**reached** 85:14
  271:3
**reaching** 272:14
  273:14,21
**read** 30:20
  45:12,13 103:2
  109:7 175:3
  176:8,9 200:21
  200:23 203:13
  206:8 217:10
  217:14 219:11
  219:15 230:6
  230:18 238:16
  242:2,12
  254:19 256:19
  261:10 262:10
  301:3 302:4

**reader** 70:20
**readiness**
  288:15
**reading** 218:19
  283:3,4,6
**readouts** 76:13
  80:10,15,16
**reads** 243:4
**real** 259:2
**reality** 45:24
  46:25
**really** 31:1 37:9
  54:14,18
  153:14 172:25
  234:2 263:8,8
  286:1,1
**realm** 23:2
  185:22
**Realtime** 1:17
  300:2,17
**rearings** 74:8
  75:9 76:1
  79:10
**reason** 105:1
  178:17 250:12
  263:20 301:5
**reasonable**
  108:10
**reasons** 116:18
  143:4
**REBECCA** 2:5
**rebecca.king...**
  2:6
**rebuttal** 9:15
  23:25 24:1,2
  25:13
**recall** 15:24
  22:12 58:3
  59:8 66:12
  67:2 81:3,4
  85:9 126:2,4,5
  126:6 130:13
  142:15 146:22
  153:10 173:22
  174:10 190:2
  196:24 208:3
  216:13 217:2

218:2,5,6,19
235:9 238:24
239:1 253:14
253:18 265:12
269:7 294:13
297:19,20
**receipt** 301:15
**receive** 84:17
**received** 165:17
  166:3,4 168:8
  168:12
**recency** 85:10
  85:11
**reception**
  210:13
**receptor** 11:14
  202:15,17,20
  202:20 206:7
  206:12,23
  207:1,3,5,7
  208:6,9 210:3
  210:7
**receptors**
  206:25 232:8
  232:10
**recognize** 16:25
  166:12 168:4
  170:6,7 238:19
  238:22 240:5,6
  265:5,9,18
**recognizing**
  187:7
**recollecting**
  29:19
**recollection**
  20:13 22:4
  87:20 221:25
  222:11 292:6
**recommending**
  231:8
**recommends**
  230:3
**record** 13:2,15
  14:6 71:14,15
  71:18 83:6
  137:8,9,12
  145:17 184:11

184:12,15
192:24 235:19
235:20,23
274:8,9,12
293:1,2,5
296:22,23
297:5,6,9
299:16
**records** 180:6
**red** 57:4
**REDIRECT**
  297:10
**reduced** 237:14
  237:14
**reduction** 104:8
**refer** 40:13,15
  66:21 82:6
  97:20 125:16
  150:17 173:10
  175:13 271:13
  285:17
**reference** 17:9
  17:18 38:23
  62:3 114:14
  127:19 134:8
  165:25 217:11
  228:19,20
  289:7,18
**referenced**
  153:22 170:9
  205:13 216:20
  271:5 278:1
**referred** 112:13
  192:25
**referring** 34:25
  35:2 56:23
  100:22 101:18
  150:21 151:6
  152:1 191:6,20
  208:5,7 214:12
  223:12 228:21
  229:4 258:7,15
  268:13 287:16
  287:20
**refers** 140:15,17
  140:24
**refit** 206:2

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

**reflect** 262:15
**reflected** 73:13
73:24 75:10
95:13 203:19
212:23,24
213:2,5,13
224:5
**reflects** 85:2
93:20 260:14
**regard** 26:1
40:21 42:17
62:18 63:23
66:16,25 72:6
72:8,12 73:9
73:22 76:23
85:15 88:14
89:5,8,13
149:13 153:20
157:17 200:24
205:14 219:3
228:4 229:5
241:2 254:23
254:24,25
255:6 271:2,4
271:16 285:19
298:12
**regarding** 20:9
25:20 81:10
87:15,19,23
88:2 275:25
**regardless** 65:14
109:15 268:19
**regenerate**
246:25 247:1,3
247:5,9
**region** 285:7
291:25
**regions** 10:2
191:19 246:5
275:18 281:4,5
**Registered** 1:16
300:2,17
**regression** 10:20
**regulatory**
173:2,13
179:25 180:12
180:17

**relate** 27:9
**related** 38:13
59:17 123:2
211:11 214:2
221:1,2 242:5
252:9 280:23
**relates** 1:5 35:18
75:23 112:16
144:8 200:4
208:10 234:7
**relating** 24:24
82:11
**relationship**
36:19 44:3
209:1 255:21
256:5,9,12
**relative** 73:1,3
237:15 243:19
246:16 248:18
300:10,11
**relatively** 180:7
202:13 264:12
**released** 88:13
**relevance** 27:11
29:23 30:8
62:1 80:16,22
115:19,21
138:15 200:9
200:13 247:6
276:17,17
**relevant** 28:12
29:1 31:9 43:6
43:14 44:13
63:9 76:17
79:4 109:3,9
109:11,23
118:23 129:6
132:22 143:25
154:1,5,20
157:10 246:13
248:14 251:23
251:24 268:8
269:10,13,15
269:18 270:9
270:11,13
294:15,18,19
294:25 295:17

**reliability**
138:14 140:5
200:9 208:23
**reliable** 275:25
287:19 288:5,8
**reliably** 178:19
282:21
**relied** 30:24
121:4,9,12
148:6 180:11
217:8 238:20
**rely** 121:7 148:1
171:24 201:25
202:2,5 239:10
270:18 272:13
273:22,24
295:20 296:6,8
**relying** 81:5
114:9 121:1,10
236:20 243:10
271:1 272:4
**remain** 263:24
**remember**
21:19 59:13
107:2 126:25
164:15 206:20
266:5
**remind** 145:22
**reminded** 37:10
**remove** 247:2
**render** 209:18
**rendering** 294:6
295:22
**repeat** 97:1
101:9 186:19
**repertoire** 120:7
**rephrase** 20:5
**replace** 247:15
**replicated** 49:16
167:2 275:8
288:7
**replicates**
214:13,21,23
**reply** 23:22
**report** 9:12,13
9:15 10:6
15:11,11,13,17

16:2,17 19:3
20:10 23:22,25
24:1,2,11,12
24:16,24 25:2
25:13,17 39:10
63:10 66:21,23
67:15 68:19
78:21 79:1,20
79:24 81:10,15
81:17 85:2,5
89:4 91:2,9,17
91:19,22 97:21
97:23 98:2
99:7 101:13
102:2 104:22
105:19 106:10
107:21 108:10
108:16,21
118:22 121:19
121:22,24
122:2,6,9
124:4 125:17
127:19 130:6
131:22 133:3
137:16,22
141:3,8 146:14
147:6,23
149:16 150:11
150:25 153:2
155:21 158:21
161:8 163:9,22
164:9,13,14,14
165:11 166:18
166:22 168:15
170:10,18
174:2,12 175:2
175:3,12
178:14 180:11
199:4,25 203:9
203:19 204:16
204:22 205:14
205:17 206:5
210:22,24
211:9 212:23
212:25 213:2
213:13 216:21
216:24 217:9

217:10,11
218:18 220:25
221:13 222:18
224:6 225:6
228:7 236:2
242:1,2 246:1
258:19 259:2
261:3 266:10
267:12 270:24
271:6 274:15
274:15 277:17
277:25 278:2
278:10 279:18
279:18 289:1
295:2 296:5,6
296:9,13
**reported** 102:13
102:24 275:1
**reporter** 1:16,17
1:19,20 13:16
30:20 45:13
212:4 300:2,3
300:3,17,17,18
300:19,19,20
300:21,21,22
**reporting**
138:17
**reports** 17:25
18:14,16 19:3
19:16,17 20:10
26:21 91:23
121:2,18,21,25
235:1 239:3
**represent** 56:2
217:16,17
260:21 285:15
286:14
**representation**
221:23
**representative**
49:22
**represented**
206:24
**representing**
260:6
**represents**
260:13,21

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

reproduce 287:8
reproduced
  203:9 287:18
  288:13
request 20:15
require 147:1
  161:11 239:20
required 76:11
  80:15,21 171:9
  225:22 227:23
requirement
  125:5
requires 152:12
  208:24
research 10:7
  30:10 31:12,13
  41:2,10 44:2
  54:22 59:21
  80:24,25 81:6
  81:11 82:10,22
  83:21 84:17,22
  84:23 93:11
  94:10,16,21
  171:23 180:5
  229:25 230:9
  230:24 237:5
  285:20 286:3,4
  286:7,10,10,24
  287:8,9,17,19
  287:22,25
  288:1,4,6,16
  296:12,18
  297:23 298:5
researchers
  169:7 171:23
reservation
  187:7 189:1
reserve 187:2
  188:24 189:20
resolve 51:14
resource 286:17
respect 63:3
  90:6 188:15
  211:22 212:3,7
  233:19 289:21
Respectfully
  188:3

respects 30:4
respond 42:15
  247:20
responded
  57:16 58:5
response 11:8
  11:23 20:15
  25:5 36:24
  44:8,11 94:7
  101:9 114:16
  126:3 177:3
  178:9,10
  205:23 209:2,4
  209:22 228:3
  231:24 284:12
  284:18,20,21
responses 32:1
  44:12,16 64:15
  64:16
responsible
  263:1
rest 60:9 242:15
restate 30:17
  36:20 45:9
  95:6
result 99:1
  160:1 213:17
  227:15 288:13
  288:20,21
  289:10
results 31:17
  61:23 79:8
  116:16 117:6,7
  117:10 156:4
  172:4 175:25
  202:9 205:21
  206:12 256:3
  288:14 294:6
retracting 95:18
retrospective
  254:14
return 15:3
  301:13
review 33:19
  41:18 81:2,7
  81:24 82:9,22
  101:12 125:21

149:25 177:17
  177:23 179:10
  187:5 188:14
  196:10 203:7
  206:11 242:4
  242:11 253:21
  265:6,9,18
  271:8 273:10
  276:22 295:21
reviewed 15:13
  28:14 86:6
  121:6,24,25
  122:6,11
  188:13 217:8
  217:12 226:25
  239:25 241:25
  245:23 253:16
  265:10 271:12
  275:13 296:6
  296:11
reviewing 83:9
  83:13,25
reviews 177:4
revise 169:23
revisions 196:8
RFO 3:6
rich 120:7
  292:13
Rico 3:7
right 17:20
  18:19 21:15
  22:8,22 30:1
  57:2 58:12,22
  59:22 60:10,21
  61:13,22,24
  62:10,16 69:18
  71:12,16,24
  72:10 73:6,14
  73:17 75:21
  77:3,21 78:24
  79:24 85:8
  92:13,16 93:10
  98:21 99:10,14
  99:21 102:15
  105:21 107:18
  108:2 109:7
  110:17 113:13

114:17 125:14
  126:14 127:7
  127:20,25
  128:1,5,17,23
  131:25 133:20
  133:24 134:16
  135:6 137:6,10
  139:4,9 140:11
  140:20 141:8
  141:15 142:22
  144:10 145:5
  150:8,12 153:6
  158:23 161:25
  162:16 163:4
  163:23 164:22
  165:1,4 166:5
  167:3 173:16
  173:21 174:12
  176:8,9 178:20
  180:22 183:24
  183:24 184:9
  184:13 187:2
  189:11,15,20
  189:25 191:3
  192:16,17
  195:18 196:18
  197:24 198:11
  199:5 200:6,11
  200:14 201:2
  201:17 206:9
  207:13 210:3,9
  210:16,19
  213:14,18
  214:3,6 215:20
  215:23,24
  216:2,6 217:9
  223:13,22
  224:6,11,17,22
  228:10 231:2
  233:9 235:17
  235:21 239:12
  254:10,19
  257:22 258:5
  259:10 260:11
  262:10,23
  263:2 264:9
  267:13 268:17

271:6 274:6,10
  281:5 282:6
  292:24 293:3
  293:15,16
  296:24 297:3,7
  299:14
right-hand
  207:12 213:25
Rigobello 107:9
  107:14,19,20
  107:24 108:3
  295:13
rigor 286:23
  287:6
rigorousness
  130:19
risk 27:22 42:2
  42:10,13,21
  43:3,22,25
  44:19,22 45:1
  75:17 78:18
  108:23 180:2
  184:20 185:6
  226:9 227:16
  255:21 256:4
Rite 8:4
Riverside 2:9
RNA 117:10
RNAC 37:15
Road 5:8
Rock 4:3
rodent 11:1
  77:22 108:13
  109:11,18
  126:12 242:6
  294:15
rodents 112:25
  113:6 116:25
  116:25 117:2
  127:7
Role 10:24
Roman 216:25
ROMANO 2:7
room 15:16 16:7
ROSIE 2:7
rosie.romano...
  2:8

**Round** 4:3
**route** 104:5
   159:19 160:6
   160:18 161:25
   162:21 165:8
   166:2,4
**routes** 161:11
   197:9
**rubric** 132:16
**rule** 9:12,13,15
   14:25 19:25
   154:25
**rules** 14:14
   83:14 84:1
**run** 78:12
**rundown** 14:13
**running** 62:13
**RUSS** 3:5

---
**S**

**S** 2:1
**sa** 290:20
**Saad** 182:7,21
**Sacramento** 5:3
**safety** 87:16,19
   88:1 232:11
**sake** 49:3
**sample** 150:4
   152:25 153:5
   153:16 170:20
   171:1,16 172:8
   172:11 194:13
   256:20,22
**SANDRA** 6:19
**Santa** 4:19,20
**Sarah** 29:10
**sat** 23:8
**saw** 15:15 22:18
   23:3 64:7
   73:11 208:3
   225:5
**saying** 34:2,3,17
   35:24 36:5
   47:5 83:7
   104:23 105:24
   106:3,4 139:5
   148:16 175:20

191:18 220:6
231:17,18
239:16 248:1
249:4,16 255:4
267:7,8 270:7
288:3 289:25
290:5 296:14
**says** 13:23 17:22
   56:18 61:22
   62:11 76:24
   79:19 91:18
   134:22 140:2
   140:21 154:25
   171:4 196:3,25
   200:15 207:13
   207:17,22
   210:18 213:21
   214:10 216:4
   222:24 236:4
   254:13 256:2
   261:11,17
   274:24 288:12
**scale** 49:14
   156:15,15,23
   156:24 181:21
   246:18
**scaling** 98:25
   112:24 113:17
   113:20,22
**scan** 48:2
**SCARCELLO**
   3:17
**scatter** 209:22
**School** 29:18
**SCHULTZ** 2:8
**science** 10:7
   111:10 287:6
**scientific** 26:21
   30:10 32:2
   34:6 45:4
   48:22 51:5,21
   52:8 53:7,25
   54:12,21,24
   149:24 237:5
   249:15 285:20
   287:7 290:17
   296:11

**scientifically**
   171:14
**scientists** 93:24
   180:5 249:12
   249:14 288:14
**scope** 118:18
   177:24 187:12
   189:12 272:21
   273:1
**scorable** 126:7
   169:10
**score** 131:13,19
   131:24 151:18
   154:2,6,21
   155:3 156:3,7
   156:11 164:25
   168:17 169:23
   170:20
**score-driving**
   131:19
**scored** 132:25
   149:4 170:19
**scores** 151:19
**scoring** 126:1
   130:14,18,20
   130:23 131:5
   147:9,12,14,16
   147:17 148:2
   148:12 149:4,7
   149:10,13
   150:2 151:8
   155:16 180:20
   180:23
**scratch** 238:15
**scrutiny** 43:9
**se** 267:23 296:14
**SEAN** 2:14
**search** 123:12
**second** 32:14
   46:8 76:24
   78:22 202:19
   213:20 218:22
   287:4 288:10
**section** 78:23
   79:22 80:3
   172:4 179:3
   216:24 267:20

279:20 286:16
**see** 17:12 29:3
   38:5 39:20,25
   48:2 49:21
   50:19 56:5,9
   56:10,17,21
   57:20,21 68:16
   72:13 76:24
   89:4 90:5
   94:16,22 99:13
   110:6,20
   133:12,13
   142:8 146:1
   154:16 158:24
   162:3 164:23
   171:12,13
   173:8 177:2
   179:5 186:23
   207:25 208:1
   212:7 213:15
   215:25 234:20
   236:8 238:19
   239:7 241:2
   254:7 261:16
   262:18,19
   266:12 270:23
   275:7,14
   280:15,16
   281:20 282:12
**seeing** 66:8,9
   222:1
**seen** 38:1 39:13
   51:1,7,24
   52:20 54:9,21
   72:8 85:21
   86:12,17 87:2
   87:9 89:4
   114:19 115:3
   144:15,16
   211:20,22,24
   212:12,17
   255:8 268:24
   269:5 271:20
   290:15,20
   298:17
**selectively**
   181:11

**sense** 28:12
   72:18 105:5
   181:5 202:17
   202:22 203:2
**sensitive** 298:19
**sensitivities**
   294:22 297:17
**sensitivity**
   202:14 298:8
   298:11
**sentence** 61:22
   65:23 99:11
   110:7 117:18
   254:8 288:11
**sequelae** 119:9
**sequencing**
   117:10
**serial-reaction**
   66:6 144:6
   252:1
**series** 39:2,2
   125:8 127:10
   128:9 129:8
**serotonergic**
   220:21 279:20
   279:23 280:3,7
**serotonin**
   234:18 280:12
   280:23,24
   281:15 283:3,5
   283:7,9,10,24
   285:2
**serum** 99:1
**serve** 87:14,18
   87:22
**serves** 21:7
**Services** 1:22
   8:17 13:4
**session** 14:20
**set** 39:18 45:23
   46:15,19,23
   48:13 69:5
   71:1 91:22
   142:11 157:21
   249:19 300:8
**sets** 46:25
**Seven** 161:24

162:6
**sex** 64:7 72:19
  75:3
**sex-dependent**
  57:8
**Sex-specific**
  9:16,19 58:9
**sexes** 195:14
**Sexually** 10:1
**shaky** 21:15
**SHANNON**
  8:13
**sheet** 301:6,9,11
  301:14 302:7
**shifted** 151:2
  293:17
**short** 292:20
  297:2
**short-circuit**
  17:8
**Shorthand** 1:18
  300:3,18,19,20
**show** 33:20,22
  33:23 34:24
  62:6,6 101:8
  109:3 138:2
  195:8 243:23
  244:23 245:6
  245:14 251:3
  255:21 270:16
  275:16 280:11
  281:6 283:8
**showed** 60:20
  61:7,12 62:9
  63:22 157:15
  176:1 201:17
  251:18,19,22
  258:20 283:10
**showing** 30:10
  33:14 34:7
  36:18 38:6,8
  246:3 264:1
**shown** 53:21
  54:11 99:1,25
  100:12 101:7
  237:5 258:22
**shows** 30:14,15

32:15 33:7
36:16,23 37:14
37:15,19,23
38:1 175:15
206:6 210:2
211:1 222:21
237:13 239:22
**SHR** 62:4
**SHUSTER** 3:10
**sic** 119:23 123:3
  213:12 218:18
  221:14 278:20
**side** 156:14,15
  181:21
**sigmoidal**
  214:25
**sign** 74:16 301:8
**signal** 56:19
**signaling** 227:9
  227:10 261:6
  262:7 264:18
  279:21,23
  280:3,13,19,22
  281:7 282:3
**signature** 40:21
**signatures** 39:15
  39:25 40:6
  41:7,8
**signers** 90:22
**significance**
  74:17 171:10
  176:17,18,19
**significant** 64:6
  73:11,21 76:15
  76:17 77:17
  157:16 176:21
  176:23 251:24
  252:4,5 256:12
  282:3,8,15,16
  282:19 283:8
  284:1,8,10
  285:3,6
**significantly**
  175:11 282:21
  283:13 284:3
**signing** 301:9
**silico** 199:5,6,12

200:10
**similar** 70:22
  89:2 90:20
  148:16 149:9
  160:12,20
  161:4 246:9
**similarly** 287:23
**Simon** 29:15
**simpler** 250:10
**simultaneously**
  92:24 95:23
**single** 88:15
  97:24 102:11
  102:23 103:21
  104:3,18
  105:10 107:7
  108:2 113:12
  113:21 114:2
  118:5 130:24
  190:9,15,18
  191:11 202:5
  235:1 269:17
  288:5
**singular** 250:17
  250:17,18
**sit** 53:16,17
  70:23 90:11
  117:25 185:4
  187:6,8 189:2
  189:9
**sitting** 17:20
  88:5
**situations** 180:3
**six** 84:5 164:22
  269:24
**size** 150:4
  152:25 153:5
  170:20 171:1
  171:16 172:8
  172:11 173:9
  231:20 243:5
  256:21,22
**sizes** 153:16
**skepticism**
  93:21 94:1,6
**sko@btlaw.com**
  6:19

**slightly** 163:25
**small** 222:12
  247:4,22,23
  264:12
**smaller** 231:20
  248:2
**SMITH** 8:1
**snapshot** 224:1
  259:20 260:1
  262:16,22
**social** 11:12
**socialability**
  154:14
**Society** 88:18,19
  89:9
**solely** 81:17
  127:16
**somebody** 47:5
  84:21
**sorry** 21:9,11,17
  21:20 22:24
  24:2 28:13
  32:7 37:7 45:1
  51:17 52:5
  54:14 72:9
  73:18 76:6
  78:7 79:24
  92:15 95:7
  98:4,7 99:6
  101:23,25
  106:8 116:22
  119:13 121:6
  136:9 168:14
  169:1 173:18
  174:21 175:22
  178:25 179:6
  204:6 206:19
  209:12 213:1
  213:10 220:18
  220:19 221:15
  229:13 240:18
  241:10 251:25
  261:21,25
  265:8 267:22
  268:5 278:21
  282:25 284:23
  285:16 286:25

**sort** 48:10 93:20
  93:20 143:9
  151:21 243:17
  248:10,15,16
  249:15
**sorts** 131:10
  153:16 286:22
**sound** 14:22
  15:5 22:22
**sounds** 93:10
  128:1 235:16
**source** 228:13
  229:4
**sources** 84:19
**South** 5:14 7:18
  8:2,7
**SOUTHERN**
  1:1
**SOVIK** 8:1
**SOX** 202:24
  216:14
**SOX1** 215:19
  216:8,10,13
**SOX2** 216:11
**space** 301:6
**Spalding** 7:6
  8:12
**Spatial** 10:10
**speak** 57:24
  59:10 252:25
**speaking** 61:17
  178:7
**species** 35:19
  109:14 112:17
  161:18 223:24
  299:7
**specific** 18:15
  30:9 34:25
  39:1 40:7,21
  40:22 43:12,21
  43:24,25 44:3
  44:16 45:18,23
  46:21 48:20
  67:17 84:4
  100:22 108:9
  139:8,17
  142:15 157:12

CONFIDENTIAL – PURSUANT TO PROTECTIVE ORDER

201:21 203:14
204:14,21
222:11 232:14
233:21 258:18
258:23 286:6
**specifically**
18:10 38:19
39:5 59:8
65:25 66:25
82:6 93:18
115:7,15
122:16 123:4
147:15 154:23
195:12 201:19
207:4 216:9
222:24 232:25
233:24 235:10
239:4 240:14
268:25 286:16
291:22
**specificity**
202:10 212:2,5
233:1 234:5
**specify** 98:5
**spectrum** 39:21
40:2,12 51:2
133:25 257:3
**speculating**
183:23
**spend** 242:14
**spent** 23:6,21
35:13
**spinal** 11:18
282:9
**spines** 290:20
291:3
**spinophilin**
290:8,11,15
**spoken** 120:4
**spontaneously**
62:4
**Sprague** 62:13
**St** 4:14
**stance** 42:16
**standards**
285:19 286:6
**start** 15:1,3

21:22 49:5
135:18 280:14
281:17 293:22
**started** 128:19
293:25
**starting** 39:2
126:17 129:25
**starts** 110:7,15
117:18 139:5
254:8
**state** 14:5 19:11
63:9 77:19
92:22 97:25
98:22 99:12
108:20 110:25
117:17 140:14
150:1 173:17
175:25 206:4
209:25 210:25
256:15,17
258:20 261:2
274:18 279:19
279:21 289:3
301:5
**state-dependent**
223:1
**stated** 20:18
44:9 78:10
105:19 117:1
147:19 150:9
191:21 219:17
250:12 288:3
293:16
**statement** 59:25
85:25 88:13
90:17,23 91:24
93:19 95:13
111:5,7 118:1
137:23 140:22
163:11 179:14
179:16,18
198:1 219:20
228:22 236:3
236:10 255:4
255:10 287:12
287:14 288:18
288:19

**states** 1:1 66:1
81:14 89:23
99:5,15 102:16
102:22 109:22
110:6 124:4
179:9 219:2
229:24 259:4
287:5
**stating** 44:7,11
298:6
**statistical** 74:17
176:18
**statistically** 64:5
65:17 73:11,21
74:7 76:14,16
77:16 157:16
176:21,23
251:23 252:3,5
256:11 282:2,8
282:16 283:8
284:1,7,9
285:3,5
**statistics** 175:20
**Staying** 269:16
**steady** 268:21
269:11,16
270:2,14
**steady-state**
270:12
**stenographic**
13:15
**stenographica...**
300:7
**step** 139:24
205:8
**steps** 138:10,20
**stimulated**
215:11
**Stores** 7:10
**Stores-PNS** 8:9
**stracey@trac...**
2:14
**straightforward**
180:7
**strain** 134:25
298:25
**stratified** 75:3

**Street** 1:13 2:16
2:23 5:14 6:2
6:20 7:2,13,18
8:2,7 13:8
**strengths**
129:23 131:16
199:22
**stress** 10:20,24
28:8,11 29:24
30:2,5,12 33:3
33:12,15 34:4
34:9,14,17,18
34:22 35:7,8
35:12,14,15
36:2,4,6,8
38:25 39:11
166:25 217:20
219:5,21
220:13 244:18
244:19,25
247:15 248:6
248:25 249:9
249:25 252:8
252:12 254:16
255:7,15,19
256:6 257:1,10
258:2,23 261:6
262:3,6 264:17
**stressor** 261:5
262:6
**striatum** 11:12
**strict** 19:25
**strictly** 61:17
**strike** 48:17
65:10 93:4
94:9 98:12
103:19,19
138:4 203:16
230:20 240:1
245:17 280:21
285:13
**strong** 96:9
105:1 117:3
256:5
**student** 29:8,9
29:11
**studies** 15:12,15

15:16,18,22,25
16:6,17 28:25
32:13,17 33:19
33:21 34:25
49:17 53:21
102:14,25
106:9,17
111:17,22,25
111:25 112:1,8
122:12 123:1
123:11 124:22
124:23 125:3,9
125:9,10,12,22
126:23 127:3,5
127:11,12,15
128:9,20 129:9
129:11,17,23
130:7 131:17
132:19 134:12
134:14 137:24
137:25 139:16
141:6 142:1,2
143:13,14,17
144:14 146:16
146:19 147:2
148:10 151:16
152:2 155:15
158:23 161:14
161:23,24
162:19,20,25
163:2 164:8,10
164:20,22,25
165:24 169:8
180:13,21
181:20 182:3
182:13,17,19
183:20,22
186:2,9 197:10
225:8 226:19
235:9 236:12
237:25 238:7
243:22 244:23
245:13 251:3
252:11,16,18
254:14,22
255:13 257:9
258:1 263:11

263:16,17,25
264:2,4 267:15
274:25 275:14
275:16,18,23
276:6,7,11,12
276:21 280:11
280:18 281:2,3
281:13 287:18
294:10,15
295:16,22
study 22:6,7
24:25 25:1
27:12,15,16
28:3,5,15,16
28:22 29:14,20
32:11,15 55:20
58:22,25 60:8
62:8,15,17
65:14,25 71:22
72:14 82:11
84:6,6 92:13
93:12 94:11
95:19 96:4,7,9
97:22 98:5
100:22 104:4
106:20 113:17
116:5 128:12
129:3 130:20
130:24 131:7
131:11,13,19
132:8,23
135:15,18
142:8,16,18
147:20 150:3
153:5,14,15,25
154:3,5,7,11
154:22 155:12
155:19 156:14
156:18,22
157:15,21
158:7 163:15
163:16,17
165:18 166:12
166:15,20,24
167:10 168:4,6
168:7,11,25
169:11,12,24

169:25 170:13
172:13,15,24
173:12,13,13
173:14,16,21
173:25 176:25
177:12,16,17
177:20 178:16
179:10 182:6
183:21 189:24
190:6,7,9,24
191:1,5,15
192:1,12,19,21
225:6 235:1
237:8 240:5,6
240:10 241:19
244:14 248:4
248:11,23
249:7,24 250:5
252:21,24
253:8,13,15,17
253:19 255:14
256:25 257:16
257:18,20
258:14 259:13
265:5,7 267:19
268:10,15,20
270:17 272:4,6
272:7 273:10
273:13 277:4
278:18 288:22
294:3,7 295:7
297:13
study's 276:17
study-by-study
142:22
studying 31:2,4
31:7,10 35:14
stuff 83:23
112:4
stuttering 69:7
70:6,24
subchronic
169:20
subcutaneous
165:3,5
subject 91:17
301:10

sublethal 133:9
submission
59:18
submit 84:5
177:20
submitted 22:10
22:13,15 25:13
81:24 82:22
83:8 149:3
164:13 177:12
177:15
submitting
83:20 84:10
Subscribed
302:15
subsection
270:22
subsequent
167:24
substance
164:19 249:17
302:7
substances
28:14 193:8
substantial 32:2
32:3 282:11
substantially
122:1
substantively
293:24
suffer 263:18
sufficiency
140:10,14
sufficient
157:25 171:15
172:17 176:12
189:21 220:10
225:16 226:1
243:1
sufficiently
219:16 227:14
suggest 143:22
157:7
suggesting
144:3
suggestion
57:10 58:6

suggestions
64:20
suggestive
251:22
suggests 235:1
SUGNET 8:1
suitable 131:1
298:4 299:8
Suite 2:9,16 3:6
3:19 4:3,8,14
4:19 5:2,8,20
6:2,8,20 8:2
sulfation 223:5
223:22
SULLIVAN
3:12
summaries
152:2
summarization
220:3,5 224:19
summarize
174:2
summarized
219:16
summary 97:22
99:12 166:18
174:1 175:9
271:12
summer 8:13
SUNKARA 6:7
super 124:6
superior 278:23
supplement
9:13 25:5
supplemental
24:23 25:2
81:10
support 28:6
59:1 95:16
142:9 181:12
183:22 201:20
202:2,10
228:21 243:14
243:16 256:5
267:15 270:19
275:19
supported 280:8

supporting
236:12
supportive
202:9
supports 32:23
41:12 87:12
109:1 160:11
suppose 268:8
supposed
234:21
sure 42:6 65:21
66:9 71:11
107:13 135:21
135:25 140:21
156:1 163:10
191:20 192:23
193:3 215:8
218:24 219:14
231:6 238:9
253:9 281:17
287:1
surprising 203:3
212:6
survey 134:24
swear 13:17
sworn 13:21
300:4 302:15
symptom 68:2
118:7
symptoms 118:7
Synapses 10:4
synaptic 49:6
50:10,24
220:15 261:8
262:9
synaptics
290:19
synthesis 221:10
Syracuse 8:3
system 31:9
109:5 130:19
131:5 132:17
147:9,12,14,16
147:17 148:2,7
148:12 149:5,5
149:10,14
178:9,10

180:21,23
220:12 227:7
227:11,15
232:5,17 233:3
233:16,23
234:11,13,15
270:12 280:8
290:2
**systematic**
149:25 276:21
**systems** 31:4,6,7
31:8 34:20
35:8 149:4,7
185:13 197:11
197:16,17,19
198:6,15,18,19
198:20,21,22
199:2,12 215:8
219:4 244:20
247:19
**systolic** 239:22

**T**

**T** 5:2
**table** 136:15,16
141:16 150:17
151:4,5,7,10
151:25 153:22
161:7 164:5,6
164:16,18
195:6,10
208:15 213:7
215:18 239:4,4
239:7 240:8,24
240:25 241:1
281:19 282:7
283:23 285:1
**tables** 141:20,22
182:19 200:3
**take** 14:20 16:12
31:24 46:8
135:22 137:3,5
141:23 144:6
145:17 184:7
193:15 218:13
235:14,25
243:24 253:20

263:18 265:24
273:12 274:2
292:19 297:1
299:1
**taken** 252:13
300:7
**takes** 117:3
159:7 298:23
**talk** 81:1 94:3
117:6,11
119:14,17
127:18 138:8
138:24 139:21
201:11 290:7
**talked** 55:8
137:1 189:23
196:1
**talking** 37:1
54:15,16 72:7
98:5,6,7
104:13 112:2
123:24 128:3
141:19 147:15
164:21 193:23
208:12 213:16
232:13,21
234:14 237:23
237:24 239:15
250:14 266:13
268:1 284:10
291:22
**talks** 176:16
**TALLEY** 5:1
**tallied** 22:25
**tangible** 36:7
**target** 7:15 10:4
210:6
**task** 66:7 78:14
**tcampbell@k...**
4:8
**team** 60:9 94:16
94:22 114:18
**team's** 93:12
94:11
**tell** 13:22 27:14
70:15 110:16
123:23 130:23

138:3 217:3
232:9 242:23
251:13 295:6
**telling** 36:3
**template** 150:2
151:9
**temporal** 167:12
262:17
**ten** 162:13
**ten-hour** 167:17
167:17
**tend** 50:9
**term** 34:15 94:5
123:17 236:18
263:19
**terminology**
35:22
**terms** 79:7
117:11 123:12
139:17 144:15
149:22 191:13
197:18 232:16
233:15 237:10
243:12 295:20
297:22,23
**test** 30:25 31:5
31:16,16,22
62:10 63:14,21
66:7 73:10
75:7,13,13,20
75:24 77:22
78:11,13 80:19
144:7 154:14
158:12 248:19
252:2
**tested** 128:23
201:12
**testified** 191:18
217:18 293:12
**testify** 300:4
**testimony** 79:16
93:9 95:25
139:14 188:7
189:13 218:20
250:11 273:19
294:14 300:7
**testing** 73:22

75:23 128:7,8
**tests** 62:8,14
72:3 77:1
158:9 161:10
**Texas** 1:18 2:16
4:3 300:20
**text** 150:16
200:2
**Thank** 19:22
98:9 136:10
174:25 204:7
213:22 257:21
282:1 299:11
299:13
**THC** 230:8,16
230:23 231:9
**theirs** 121:24
122:6
**thera** 32:7
**therapeutic** 32:8
32:9,10 85:16
102:11,20,21
102:23 103:4
103:21 104:14
105:8,21,25,25
106:4,4 108:6
109:2,16
113:11 114:2
133:9,14,19
267:16 268:1
270:4,20
**thigmotaxis**
75:18
**thing** 24:11
73:10 143:9
152:10 245:12
250:21,24
267:8 288:24
**things** 26:6,18
27:4 28:8,17
28:19,19 43:5
49:15,20,25,25
50:9,12,20,23
51:7 84:18
104:11 111:23
132:6 143:7
154:23 173:24

181:12,13
264:6
**think** 19:20 27:5
29:13,21 30:15
34:12 47:19
49:12 50:14
53:18 57:17
58:5 66:12
85:2 88:15
89:3 96:3,13
97:12 103:10
104:1,2 118:21
118:21 127:18
128:13,15
134:6,11,13
135:18 141:3
147:5 150:1,22
151:1 152:8
154:22 161:7
162:22 163:11
163:11,12,19
168:24 170:24
172:7 175:10
178:2 179:20
179:24 180:15
181:14 183:6
183:15 185:2
185:20,25
186:5 190:20
192:20 212:1
215:17 217:7
219:16 222:22
220:9 221:6,12
226:5 232:6,6
232:7 234:9
249:21 255:10
260:20 261:18
269:6,14 270:8
270:11 290:8
292:16 295:2
298:3
**thinking** 257:19
293:20
**third** 58:5,6,8
64:13 124:16
127:24 202:21
213:20,21

**thirty** 301:15
**THORNBURG**
5:12,18 6:1,6
6:12,18
**thought** 128:19
291:25
**thousand**
241:15,22
**thousand-page**
131:22
**three** 39:3 62:21
154:19,23
155:1 164:21
**three-chamber**
154:14
**threw** 164:2
193:1
**through-put**
200:18
**TIF2** 207:17
**tight** 214:21
**tightly** 116:17
**time** 13:6 22:20
23:3,5,21 24:4
24:5 71:10,12
71:16 93:3,6
129:19 137:6
137:10 144:7
145:17 167:12
167:14,17,20
167:22,23,24
168:11 184:9
184:13 187:25
188:18,25
189:21 190:9
190:16,19,25
191:3,11,13
193:11,25
194:1 198:17
234:3 235:17
235:21 237:21
242:14 260:6
260:12,14,15
260:17,20
263:3 274:6,10
292:24 293:3,6
296:24 297:3,7

299:12,14
300:8
**timeline** 21:14
**times** 49:16,21
71:4 113:2
143:6 170:9
171:18 241:4
241:15,22
**tinges** 262:9
**tip** 43:18
**tipping** 47:22
**tissue** 38:3,4,8
38:10 39:11
246:25 258:1
264:24 282:13
**tissue-level**
243:11
**tissues** 220:12
237:16,20
**title** 56:18,24
57:5,25 58:6,6
58:8,22 59:1
66:15 240:7
**today** 14:25 15:9
16:7,16 53:17
70:23 88:5,19
89:11,24 90:11
91:11,21
117:25 184:4
185:4 187:6,9
189:2,9,13
299:12
**Today's** 13:5
**tongue** 94:8
**tools** 39:20,25
**top** 27:5 65:19
66:10 85:11
133:18 208:15
210:5 238:8
259:6,16
261:13
**topic** 90:7 93:25
94:4 95:17
185:10 229:21
272:21 273:5
**total** 22:25
73:12,23 75:9

143:21 162:14
163:17
**totaled** 22:19
**totality** 202:3
**ToxCast** 201:13
203:7,17
204:13 205:1,4
205:22 206:5
206:13,13
210:1 211:1
**toxic** 133:9,10
133:22 134:3
134:15
**toxicant** 96:11
**toxicity** 99:3,21
99:25 100:13
100:18 101:1,8
101:11 104:10
**Toxicogenomics**
200:4
**toxicological**
202:18 236:25
**toxicologist**
205:24 208:25
209:19,20
**toxicologists**
215:7
**TRACEY** 2:13
2:14,15
**track** 52:24
137:17 180:6
**trained** 227:21
**training** 227:25
**traits** 62:21
259:15
**transcript**
217:13,15
242:25 243:10
300:7 301:16
301:17
**transcription**
203:1 212:4
216:15 302:5
**transcriptional**
39:12,15 41:3
**transcripts**
243:8

**transdiagnostic**
116:20
**transfer** 176:2
**transient** 114:25
115:3
**translated**
117:23
**translationally**
43:6 109:2,9
109:10,23
294:14,18,19
294:25 295:16
**transmitters**
232:15
**transparency**
131:8 147:21
149:19 286:23
**transparent**
175:15 287:21
**Transwell**
198:19
**treated** 60:21
61:8,13 75:25
76:1 168:9
174:4 176:5
**treatment** 74:10
96:21 97:7
169:20 176:3
**Tree** 7:4
**trend** 283:11
**trends** 284:5
**TRICIA** 4:7
**trigger** 205:23
261:7 262:8
**trimester**
124:16 127:24
**TRINH** 8:6
**tritiated** 190:2
**tritium** 194:7
**trouble** 110:10
**true** 44:9 88:17
169:18 198:8
228:4 255:6
**trust** 209:23
**truth** 13:22,22
13:23 300:5,5
300:5

**try** 15:1 46:23
47:4 65:18
116:16 243:18
250:9
**trying** 47:13
54:17 65:16
117:12 173:22
273:20
**tumor** 48:5,6,9
250:17
**turn** 61:20 66:18
71:23 98:13,19
99:6 108:15
109:25 117:15
133:2 138:5
170:15 171:3
176:24 178:24
199:24 207:11
212:21 240:8
254:2 266:9
274:14 279:17
281:19 282:23
283:15,21
284:23 295:1
**twice** 112:12
**two** 39:3 124:15
125:10,10,13
126:12,18
158:9 182:18
210:5,6 232:21
238:25 260:18
287:5 288:11
288:11 290:2
**tying** 41:12
**Tyl** 10:9 170:8
176:16,16
178:25 179:9
**Tyl's** 179:18
180:10
**Tylenol** 13:10
**type** 11:14 28:13
31:12 36:25
146:9 149:9
153:4 166:4
167:2 200:17
246:9
**types** 31:12 44:1

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

49:20 65:5
80:15 202:10
263:23 268:20
**typical** 46:20
50:1 260:22
**typically** 211:15
212:10,16

---

**U**

**U-dose** 284:18
**ultimate** 151:21
**ultimately**
152:12
**ultrasonic** 72:2
72:7,15 77:25
154:17 251:19
**Umbilical** 10:24
**umbrella** 181:4
**unable** 65:10
**uncertainty**
138:14,19
**unclear** 111:3
**unconjugated**
224:21
**underconnecti...**
49:14
**underlie** 261:8
262:9
**underline** 261:8
**underpowered**
64:22 256:14
256:18
**understand**
14:15,18,23
19:24 20:3
36:10 42:6
54:18 60:4
90:16 103:25
119:3 131:6
145:2 147:24
156:1 189:1
205:10,18
230:16 231:6
233:18 249:4
287:24 299:8
**understanding**
31:21 50:15

60:3 86:23
88:12 131:1,9
156:21 171:25
188:3 227:8,13
231:14 234:3
237:3 243:13
299:5
**Understood**
41:20
**unexposed** 73:3
**unfair** 47:8
48:11
**unfortunately**
65:2
**United** 1:1 89:23
**units** 282:12
**University**
177:21 279:6
**unknown** 8:14
**unpublished**
30:13 36:16,17
36:23 37:2,3
37:22,25 41:10
80:23,25 81:11
81:23 82:10,21
**unrealistic**
131:20
**unreliable**
167:21 206:3
**untreated**
133:10 168:25
**unusual** 72:16
**UPAHCLU2...**
207:17
**update** 26:4
**updated** 26:2,7
26:13,14
**upregulated**
38:3,4
**upregulation**
114:15
**upwards** 283:11
**urine** 224:17,21
**use** 94:5 108:25
148:7,12
156:11 161:15
161:20 162:20

166:23 168:25
169:7 172:1
184:18,23,23
185:5 186:1,5
186:14,25
187:10,23
188:1,19 189:4
189:24 192:14
193:6 229:18
230:1,5,8,10
230:16,23,25
231:9 262:24
268:15 271:22
295:16
**uses** 296:7,8
**USV** 77:1
**USVs** 72:15
**uterine** 197:6
**utero** 10:12
108:7 139:2
180:24 181:1,2
182:12 186:2,9
**utilization** 284:7
**utilize** 161:10
**UV** 28:18

---

**V**

**V** 8:16
**valid** 228:13
**validated** 148:2
**validates** 288:14
**validity** 143:9
143:10
**valproic** 11:1
**Vanderbilt** 5:8
**variability**
174:18
**variable** 64:12
214:18 223:3
**variables** 79:3
154:19,20
276:10,12
**varied** 68:3
**variety** 197:6
**various** 50:23
78:24 113:19
155:15 220:23

240:14,15
242:19 246:4
**vary** 246:5
**vehicle** 166:3
169:22
**vehicle-treated**
169:7
**verbatim** 300:7
**vermis** 291:5,6
291:14,23
292:7,10
**version** 26:13,15
253:11
**versus** 34:20
129:13 159:20
160:9 194:20
195:8,25
246:20,25
248:2 255:1
**Viberg** 164:3
274:22 277:3,4
**Viberg,et** 11:9
**videographer**
13:1,3 71:12
71:16 137:6,10
184:9,13
235:17,21
274:6,10
292:24 293:3
296:22,24
297:3,7 299:14
**Videotaped** 1:11
**view** 96:14
**viewpoint** 90:20
**VINH** 5:2
**Viswanathan**
127:4,11
**vitro** 108:14
111:24 139:19
180:21 181:1
197:10,16
198:6,14,20
199:2 267:19
270:12
**vivo** 111:25
180:21,24
182:12,17

**vocal** 119:21
120:6,7
**vocalizations**
72:2,7,9,15,18
73:3 154:18
251:20
**vulnerable** 28:7

---

**W**

**Wacker** 6:8
**WAGSTAFF**
3:17
**Wal-Mart** 7:10
**Walgreen** 6:15
**Walgreens** 6:16
6:16
**Walmart** 7:9
**want** 19:23 42:5
59:6 66:20
97:20 101:17
145:16,24
155:25 170:12
170:19 182:16
184:7 192:23
215:7 218:13
222:17 231:5
235:14 253:20
281:14 287:15
288:2
**wanting** 240:22
**Warner** 163:17
164:24
**warning** 216:20
229:8
**warnings** 205:8
205:13,19,19
**Washington** 6:3
6:20 7:8
**wasn't** 70:2
145:5 164:19
194:22 283:13
296:18
**water** 166:3
**Watt** 5:2
**WATTS** 3:2,3,4
**way** 27:9 35:17
45:16 49:18

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

51:20 53:4
75:6 128:3
141:24 142:5
143:3,7 148:9
149:19 153:3
155:8 234:24
236:1 247:9,18
247:20 249:22
272:14 282:13
287:22,24
288:7,22
**ways** 129:6
132:15 215:9
**we'll** 14:20
40:15 57:14
146:1
**we're** 36:14
40:12 67:11
69:22 71:13,17
76:8,11,19
88:5 98:5,6,7
111:11,12
117:5 128:3
137:7,11
163:20 164:21
184:10,14
193:3 203:4
208:13 226:9
226:10 232:13
232:21 234:9
234:14 235:18
235:22 250:14
274:7,11
292:25 293:4
297:4,8 299:15
**we've** 39:13 41:3
41:7 71:8
135:18 184:3
235:13
**weaknesses**
131:16
**website** 286:15
286:20
**weeks** 124:15
239:6
**weighing** 276:20
**weighs** 181:19

**weight** 11:3
15:19 16:1
81:20 106:14
106:16,21
107:25 122:10
124:23 130:14
130:25 131:25
132:24 136:24
138:8,16,17,21
139:24,25
142:6 143:15
144:19,24,24
146:25 147:17
147:18 148:17
149:14,15,21
151:22 152:3
152:11,23,23
161:15 165:1
180:19 181:21
181:22 182:3,7
184:22 185:9
187:18,22
188:9 192:20
193:2 200:14
201:24 202:8
226:7,18
237:13 271:22
271:24 272:5
272:11,24
273:15
**well-accepted**
228:7
**well-powered**
170:25
**well-understood**
236:15,25
**Wendy** 29:2
**went** 19:1 50:24
**weren't** 116:21
**West** 7:2,13
**Western** 175:5
175:19 243:17
**wheel** 62:13
**white** 50:6
**Wholesale** 6:21
**widespread**
43:10 214:13

214:23 286:1
**WILLIAM** 5:1
5:12
**william.padge...**
5:13
**window** 123:20
123:23 124:20
125:4,23 126:8
126:20 130:4
132:18 260:4,7
260:11,13,15
260:18 264:10
264:12
**windows** 130:10
131:3
**winning** 209:8
209:10
**wish** 189:10
**Wistar** 62:12
**witness** 13:18
23:14 30:22
31:21 33:6,18
34:12 35:12
37:7 39:9 41:1
41:21 42:5,24
44:6 45:9,15
49:2 51:12
52:4,15 53:12
54:4 58:3 59:4
59:13 60:2,13
60:24 61:16
63:1 64:3
67:21 68:7,15
68:23 69:10
70:11 71:6
74:4,23 76:5
77:9 78:10
79:15 80:2
81:14 82:5,15
83:4 84:15
85:21 86:11,23
87:9 88:1 89:2
89:19 90:3,16
91:7,16 95:6
96:2 97:1,11
98:10,20 100:7
100:17 103:9

103:16 104:1
104:21 105:15
105:24 108:17
109:22 110:20
112:22 113:16
114:8 116:4
118:17 119:20
120:3 121:17
122:20 123:7
124:3 126:17
129:16 130:18
132:14 134:20
136:12 139:13
141:11 142:5
143:1 144:23
146:14,22
148:6,21
150:16 152:8
153:10 155:25
156:21 158:4
160:4 161:3
162:3 165:14
167:6 169:6
171:22 172:11
172:23 174:22
175:1 178:1
182:1,25 184:3
184:8 185:20
186:19 190:13
193:15 195:2
196:13 199:12
199:19 201:6
203:12,23
204:20 211:20
212:15 218:6
219:14 222:10
225:12,20
226:3,24
227:19 228:18
229:13 230:15
231:5 232:20
234:2 235:7
237:8 240:21
241:18 242:11
244:5 248:10
250:9 251:9
256:1 257:8

259:13,24
263:7 264:22
266:3 267:1
268:4 269:21
271:20 272:18
275:4,12 276:4
279:7,15
281:12 284:17
285:24 289:14
292:6 293:8
298:3,17
299:13 301:1
**woman** 34:9
**women** 96:21
97:8
**women's** 87:23
88:2
**wonderful** 215:2
**word** 254:7
**words** 43:16
44:10 45:21
59:6 191:1
245:1 264:8
298:23
**work** 17:3 19:2
19:16 20:9
29:1 117:4,5
131:8 183:7,9
287:23 293:25
296:1
**worked** 29:16
41:2 294:10
**working** 10:8
21:22 23:6,22
91:2 93:24
94:2,3 293:22
**works** 226:9
**worth** 176:22
**wouldn't** 51:13
196:13 202:5
231:16 232:14
256:1
**write** 111:10,13
**writing** 91:12
111:11,12
152:17
**written** 19:6,13

20:6 29:3
**wrong** 112:17
142:15 225:7
283:4,6
**wrote** 163:12

**X**

**X** 142:16
**xenobiotics**
239:19
**XI** 216:25
**Xie** 112:4

**Y**

**Y** 142:18
**Yang** 29:9 92:16
**yeah** 21:9,14,18
21:19,24 26:7
29:6 58:16,19
60:19 61:25
70:11 99:9
102:5 107:17
107:22 109:8
117:20 124:8
128:6,25
136:13 137:4
155:13 156:10
162:23 163:5,6
168:19 174:22
174:23 178:22
179:1 182:14
202:6 207:3
208:14 210:4
213:6,22 219:1
221:7,15,19
251:12 253:22
258:18 260:10
261:20 262:19
268:4 279:2,4
283:24 286:12
290:11,13
**year** 21:8,10
111:18
**years** 29:17
35:14 152:15
252:14
**York** 1:1,14,14

2:24,24 3:13
3:13 6:14,14
7:3,3,14,14 8:3
13:8,9
**young** 125:18

**Z**

**zero** 107:1,8,22
167:20 168:23
**Zoom** 2:4,5,6,7
2:8,14,15,21
2:22 3:4,5,11
3:12,18 4:1,13
4:18 5:1,2,7,19
6:1,12,19 7:1,7
7:12,17 8:1,6
8:11 18:6
**Zooms** 18:6

**0**

**00966** 3:7
**05** 171:11
**084-004229**
300:20

**1**

**1** 5:2 11:14 47:7
136:15,16
149:5,5 151:7
151:10 153:22
170:20 174:16
281:19 282:7
283:23 285:1
**1,300-plus** 241:4
**1.5** 214:22
**1:15-minute**
17:23
**1:22-md-03043**
1:6
**1:22-md-0304...**
1:4
**1:35** 184:14
**1:45-minute**
17:22
**10** 54:10 124:11
125:2 127:22
129:12 222:24

236:1
**10:03** 71:17
**100** 23:23 24:5
99:19 100:24
102:23 104:23
164:1,3,10,22
268:23,25
**10017** 3:13 6:14
**10019** 7:3
**10019-9601** 7:14
**101** 162:19
163:16
**107** 282:14
**11** 1:7 5:14 13:5
65:23 66:10
71:23 77:4
117:16 178:24
216:24
**11:18** 137:7,9
**11:21** 92:11
**11:36** 137:11
**113** 97:23 98:2
99:7
**1161** 283:21
**11758** 2:24
**12** 101:16
262:12,14
**12:36** 184:10,12
**1200** 6:2,20
**124** 201:11,16
203:20 204:16
205:13 206:5
210:1,25 211:8
213:17
**125** 107:5,8
201:16 213:8
213:18 215:18
**126** 1:13 2:23
13:8 199:24
200:22
**128** 141:3
**12th** 6:2,13,20
**13** 239:6
**130-page** 150:25
**13202** 8:3
**135** 10:1
**13921** 300:18

**14** 9:5 17:12
124:7,11 125:2
127:23 129:13
161:24 162:6
162:16 193:20
206:23 300:24
**15** 124:7 129:13
162:20 282:5
**150** 2:9 97:24
98:23 99:17
100:11 101:3,6
102:12,18,24
103:6,12,22
104:17,24
105:17 112:14
113:9,11,24
194:17
**16** 9:11 22:3
**1600** 268:22,23
269:4,7 270:3
**166** 10:10
**170** 10:5
**1700** 7:8
**1715** 300:21
**1717** 4:2
**17th** 7:18
**18** 92:11
**1800** 270:15
**19** 17:3
**1901** 2:16
**19103** 7:19
**192** 10:15

**2**

**2** 9:3 47:7 73:13
73:15,24 75:10
98:19 109:25
110:13 149:5
168:17 174:16
223:13,14,15
224:5 225:3
239:4,7 240:8
240:24,25
241:1
**2.3** 134:21
**2:41** 235:18,20
**20** 58:25 127:19

135:20 137:2
152:15 167:18
192:3 302:16
**200** 5:8 102:12
102:18 104:24
105:10,17
106:11,18,18
113:12 133:15
268:21
**200-2900** 4:9
**20004-1275** 6:3
6:20
**20006** 7:8
**2001** 166:14
295:7
**2007** 127:4
**2009** 240:10
**201** 4:19
**2010** 270:18
**2014** 274:23
277:4
**2015** 125:10
135:4,14 278:1
281:8,18,24
295:9
**2016** 125:10
182:7 278:9
281:8 283:16
283:17
**2017** 125:10
265:10 272:4
273:22 280:14
281:1
**2018** 110:18
125:10 274:22
277:8,16,18
**2019** 125:11
127:5 191:23
192:3,12,13
193:12 196:6,7
196:17 278:17
281:8 284:24
**202** 6:3,21 7:9
**2020** 168:15,16
170:21,23
173:25 189:24
191:22 192:3,5

273:10 295:11
**2021** 90:23
  111:23 183:1
  258:8,14
  265:19 295:13
**2021012** 300:23
**2022** 21:9,11,21
  21:25 22:2,16
  85:8 92:11
  111:23 253:7
  253:11 268:12
  293:14,19,22
**2023** 1:7 13:6
  17:3 21:10,25
  22:7 24:24
  25:12,25 37:12
  55:9,12,19
  56:3,15 58:25
  59:18 60:20
  61:12,21 62:15
  62:22 63:2,15
  63:22 65:3
  71:22 88:6
  92:13,19 98:8
  98:14 99:12,19
  110:2 111:23
  112:3,9,14
  114:15 115:5
  115:11,14,16
  117:16 118:1
  118:24 173:16
  173:21 244:12
  244:15 251:2
  251:17 253:13
  255:14 273:12
  274:22 293:18
  293:24 294:3
  297:13 300:24
**2029** 5:20
**203** 10:13
**21** 24:15 79:24
**210** 3:7
**211** 4:14
**212** 2:24 7:3,14
**213** 8:8
**215** 7:19
**218** 10:17

**22** 66:22 67:4
  174:24 252:21
  253:7
**228** 10:14
**23** 66:22 127:20
  134:16 167:17
**236-1313** 5:15
**24** 9:12,13
**241-8111** 4:15
**25** 9:15 203:20
  204:16 205:14
  208:18,18
  209:11
**250** 7:2,13 8:2
  106:24 107:1,6
  107:8
**251** 208:18
**252** 179:6
**253** 10:19
**258** 10:22
**26** 9:12,13,15
  281:18
**2625** 4:14
**264** 11:1
**265** 11:3
**27** 66:22 67:5
**276** 11:6,10
**277** 11:14,17
**278** 11:20,23
**28** 23:4,7,11
  25:12 67:5
  79:23
**284-3880** 5:21
**285** 11:25
**289-1313** 6:3,21
**29** 15:21
**293** 9:6
**297** 9:7
**2976** 254:2
**2B** 74:25

___**3**___
**3** 122:8 134:8
  262:3
**3.12** 179:3,8
**3:02** 235:22
**3:56** 274:7,9

**30** 7:18 167:18
  223:21 256:22
  301:15
**30-minute** 17:18
**300** 3:19 4:8
  5:20 12:3
**302** 12:4
**303** 12:5
**304** 12:6
**3043** 1:3
**305** 4:3
**30XI00242600**
  300:22
**310** 4:20 5:21
**312** 2:10 6:9
**314** 4:15
**315** 8:3
**317** 5:15
**325** 10:17 134:6
  134:10 218:12
  218:17,20
**326** 10:17
  218:12,18,21
**33** 127:25
  176:24 177:1
**34** 101:18
  102:12
**34108** 5:8
**35** 4:2 107:22
**350** 107:10,23
  108:1 112:10
  112:22 133:24
  134:4
**353** 179:3,6,7
**357-1313** 6:9
**360** 135:5
  136:18,20
**37** 127:25
**39** 78:22 155:21
**390** 6:13

___**4**___
**4** 73:25 108:15
  134:9 137:16
  137:22 170:15
  171:3 195:23
**4-Amin** 221:4

**4-Aminophenol**
  221:3,6
**4:17** 274:11
**4:43** 292:25
  293:2
**40** 167:19 240:4
**400** 22:23
**401** 5:2
**410** 3:6
**4100** 2:9
**413** 241:21
**421-2800** 2:24
**425** 3:13
**43** 168:2 238:13
**440** 2:16
**4400** 6:8
**447-0500** 3:7
**45** 128:4,22
**450** 22:21
**46** 78:22 133:5
  155:21
**46204** 5:15
**468-8000** 7:14
**47** 133:2,5
**4717** 4:8
**474-2911** 8:3
**4740** 3:19
**48** 125:17
**495-2333** 2:17

___**5**___
**5** 149:5 195:10
  196:25 222:24
  224:24 282:4
  283:25
**5-HIAA** 283:2
  284:3
**5-HIAA/5-HT**
  284:6
**5-HT** 280:19,22
  280:24 281:6
  282:3 283:10
  284:9,11
**5:07** 293:4
**5:10** 297:4,6
**5:15** 297:8
**5:18** 299:15,17

**50** 23:18,22 24:4
  167:19 210:19
  216:5,18 217:5
**500** 106:25
  107:2,7,8
  113:1,2
**50s** 209:18
**50th** 259:5,9
**512** 4:4
**52** 258:19
**520-6639** 5:3
**53** 261:2,14
**53BP1** 38:4
**54** 261:25
**542-8000** 8:8
**55** 9:16,19
  266:21
**550,000** 241:21
**555** 6:2,20 8:7
**55th** 7:2,13 8:7
**56th** 1:13 2:23
  13:8
**57** 266:9,14

___**6**___
**6** 64:10 193:17
  193:19 195:7
  195:24
**6/14** 17:10,14
**6:04** 207:13
**6:07** 210:10
**6:09** 212:21
  213:25
**6:10** 215:23
**60** 14:20 125:13
  125:17,18
  128:3,10,13
  129:13 138:6
  223:16 266:21
  270:23
**600** 4:19 8:2
**60606** 2:10
**60606-2833** 6:8
**61,000** 22:21
**63** 228:6 274:15
**63102** 4:14
**64** 9:11 16:19,24

279:17
**64112** 3:20 4:9
**646** 3:14 6:14
**65** 9:12 24:6,10
25:18 137:19
137:21 266:22
279:18 280:10
288:25
**656-7066** 4:20
**66** 9:13 24:18,22
138:6 288:25
289:4
**67** 9:15 25:7,11
138:25
**671-7277** 4:4
**68** 9:16 55:14,18
98:17,18
**69** 9:19 55:22
56:1 66:13
139:21
**6B** 64:13
**6th** 2:23

——————
**7**
**7** 114:16 126:25
127:1 172:4
178:13 196:6,7
**7-Eleven** 7:4
**70** 9:23 91:25
92:4,6
**701-1100** 3:20
**71** 10:1 135:8,12
**713** 2:17
**72** 10:5 140:5
170:1,5 179:1
179:2 268:20
269:11,17
270:2,14
**73** 10:10 140:23
147:6 166:7,11
**737-0500** 7:9
**74** 10:13 150:2
153:22 203:24
204:3,11,12
**741-5220** 2:10
**746-2000** 6:14
**75** 10:14 228:23

229:3
**76** 10:15 140:6
158:20 192:6
192:11
**77** 10:17 158:20
161:8 163:9
165:10 218:8
218:17
**77002** 2:16
**78** 10:19 229:17
229:24 253:1,5
255:15
**78664** 4:3
**79** 10:22 147:6
258:9,13

——————
**8**
**8** 174:15,20
178:14 195:6,9
222:18,20
223:12 224:6
**8-hydroxydeo...**
259:8
**8-oxo** 32:18
**8/1/2023** 210:9
212:21
**8/1/23** 207:13
**8:44** 1:14 13:6
**80** 11:1 239:22
264:25 265:4
**800** 5:9 269:8
270:3,7
**81** 11:3 182:18
265:13,17
**816** 3:20 4:9
**82** 11:6 276:23
277:3
**83** 11:10 107:21
168:15 182:18
276:23 277:7
295:1
**836-8000** 7:3
**837-5151** 3:14
**84** 11:14 161:22
168:14 277:11
277:15
**85** 11:17 277:19

277:23 281:25
282:1
**859** 300:19
**86** 11:20 278:4,8
283:19,20
**87** 11:23 278:12
278:16 284:24
**872-3500** 5:9
**877.370.DEPS**
1:23
**88** 11:25 282:12
285:8,15
286:15

——————
**9**
**9** 61:20 65:20
163:17
**9:48** 71:13,15
**90** 14:21 247:2
285:12
**90067-2904** 5:20
**90071** 8:8
**90401** 4:20
**91** 9:23
**916** 5:3
**9328** 300:20
**95** 175:22
**95864-7273** 5:3
**96** 174:1 175:8
175:23
**97** 170:18
**970** 201:12
**979** 201:15
**979-1000** 7:19
**999** 5:8