```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :      22md3043 (DLC)
IN RE: Acetaminophen – ASD-ADHD          :      22mc3043 (DLC)
Products Liability Litigation            :
                                         :      ORDER: DAUBERT
---------------------------------------- X         SCHEDULING
                                                   CONFERENCE
```

DENISE COTE, District Judge:

   The parties having filed their Rule 702 motions, and the defendants having requested a conference regarding the logistics of any Rule 702 hearing, it is hereby

   ORDERED that a telephone conference is scheduled for Wednesday, October 4, 2023 at 3:00 P.M.  The parties shall confer and file their proposals, either jointly or separately, by Monday, October 2.  The parties shall use the following dial-in credentials for the telephone conference:

       Dial-in:         888-363-4749
       Access Code:     4324948

The parties shall use a landline if one is available.

Dated:    New York, New York
          September 20, 2023

                                     _____
                                         DENISE COTE
                              United States District Judge