

James F. Murdica
390 Madison Avenue, FL 12
New York, NY 10017
Tel (646) 746-2000
Fax (646) 746-2001
JMurdica@btlaw.com

October 2, 2023

**VIA ECF**
The Honorable Denise L. Cote
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 1910
New York, New York 10007

>     *In Re: Acetaminophen ASD/ADHD Prods. Liab. Litig.*, **1:22-md-3043 (DLC)**
>     **Letter regarding Plaintiffs' Supplemental Expert Reports**

Dear Judge Cote,

      We write to provide an update to the Court regarding the issues raised by the Parties in their letters filed September 29 and 30 regarding Plaintiffs' Supplemental Expert Reports (DE 1206, 1209).

      Following the filing of Defendants' September 30 Letter (DE 1209), it was discovered that, through no fault of Plaintiffs, a communication between the Parties was missed that could have otherwise impacted meet and confer efforts. As a result, counsel for JJCI met and conferred with Plaintiffs' leadership again today. The Parties' efforts are ongoing, but we hope to reach an agreement that nullifies the issues raised in the Parties' letters and does not impact the existing Rule 702 briefing schedule in any way.

      We will update the Court on the status of these discussions no later than Tuesday.

                                              Respectfully submitted,

                                              James F. Murdica