UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: Acetaminophen – ASD-ADHD Products Liability Litigation<br><br>This Document Relates To:<br><br>*Krista Gil, et al. v. Johnson & Johnson Consumer Inc.*<br>Case No.: 1:23-cv-05425-DLC | Docket No.: 22-md-3043 (DLC) |

### STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties that, pursuant to Federal Rule of Civil Procedure 21 and 41(a)(1), all claims by Plaintiffs **Krista Gil, et al.** are dismissed without prejudice as to Defendant **Walmart, Inc.** with each party bearing its own attorneys' fees, costs, and expenses.

Dated: September 11, 2023

Respectfully submitted,

_____
Jennifer Neal
Watts Guerra LLP
875 E Ashby Pl, Suite 1200
San Antonio, Texas 78212
(210) 447-0500
jneal@wattsguerra.com

*Attorneys for Plaintiff*

Dated: September 11, 2023

Respectfully submitted,

*/s/ Kristen R. Fournier*
Kristen R. Fournier
King & Spalding
1185 Avenue of the Americas, 34th Floor
New York, NY 10036-2601
(212) 556-2100
kfournier@kslaw.com

*Attorneys for Walmart, Inc.*

SO ORDERED:

_____
DENISE COTE
United States District Judge

October 2, 2023