```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    22md3043 (DLC)
IN RE: Acetaminophen - ASD-ADHD          :    22mc3043 (DLC)
Products Liability Litigation            :
                                         :         ORDER
---------------------------------------- X
```

DENISE COTE, District Judge:

After reviewing the parties' letters of September 19, 2023, it is hereby

ORDERED that the requests to redact and seal non-public documents and communications of defendant Johnson & Johnson Consumer Inc., as well as its employees' names, are approved.

Dated:   New York, New York
         October 2, 2023

_____
DENISE COTE
United States District Judge