# Exhibit 21

Confidential - Subject to Protective Order

```
 1            UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF NEW YORK
 2

 3   IN RE: ACETAMINOPHEN –      ) MDL No. 3043
     ASD-ADHD PRODUCTS           )
 4   LIABILITY LITIGATION        ) Case No.
     _____     ) 1:22-md-03043-DLC
 5   THIS DOCUMENT RELATES TO: )
                                 ) JUDGE DENISE
 6   All Cases, 1:22-md-03043  ) COTE

 7

 8            FRIDAY, AUGUST 11, 2023

 9   CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

10                    – – –

11        Videotaped deposition of Brandon

12   Pearson, MS, Ph.D., held at the offices of

13   Lanier Law Firm, 126 East 56th Street,

14   New York, New York, commencing at 8:44 a.m.

15   Eastern, on the above date, before Carrie A.

16   Campbell, Registered Diplomate Reporter,

17   Certified Realtime Reporter, Illinois,

18   California & Texas Certified Shorthand

19   Reporter, Missouri, Kansas, Louisiana & New

20   Jersey Certified Court Reporter.

21                    – – –

22

23            GOLKOW LITIGATION SERVICES
                   877.370.DEPS
                 deps@golkow.com
24

25
```

Page 2

A P P E A R A N C E S :

KELLER POSTMAN LLC
BY:  AMANDA HUNT
     amanda.hunt@kellerpostman.com
     ASHLEY C. KELLER      (VIA ZOOM)
     ashley.keller@kellerpostman.com
     REBECCA A KING        (VIA ZOOM)
     rebecca.king@kellerpostman.com
     ASHLEY BARRIERE       (VIA ZOOM)
     ashley.barriere@kellerpostman.com
     ROSIE ROMANO          (VIA ZOOM)
     rosie.romano@kellerpostman.com
     LAUREN SCHULTZ        (VIA ZOOM)
     lauren.schultz@kellerpostman.com
150 North Riverside Plaza, Suite 4100
Chicago, Illinois  60606
(312) 741-5220

and

TRACEY & FOX
BY:  SEAN P. TRACEY       (VIA ZOOM)
     stracey@traceylawfirm.com
     LAWRENCE TRACEY       (VIA ZOOM)
     ltracey@traceylawfirm.com
440 Louisiana Street, Suite 1901
Houston, Texas  77002
(713) 495-2333

and

THE LANIER LAW FIRM, PLLC
BY:  EVAN M. JANUSH
     evan.janush@lanierlawfirm.com
     CATHERINE HEACOX      (VIA ZOOM)
     catherine.heacox@lanierlawfirm.com
     LEILA AYACHI         (VIA ZOOM)
     leila.ayachi@lanierlawfirm.com
126 East 56th Street, 6th Floor
New York, New York  11758
(212) 421-2800

Page 3

and

WATTS GUERRA LLC
BY:  MIKAL C. WATTS
     mcwatts@wattsguerra.com
     HAILEY WATTS          (VIA ZOOM)
     hwatts@wattsguerra.com
     RUSS ABNEY            (VIA ZOOM)
     rabney@wattsguerra.com
Millennium Park Plaza RFO
Suite 410, C112
Guaynabo, Puerto Rico  00966
(210) 447-0500

and

HOLWELL SHUSTER & GOLDBERG LLP
BY:  EILEEN MONAGHAN DELUCIA  (VIA ZOOM)
     edelucia@hsgllp.com
     DANIEL M. SULLIVAN    (VIA ZOOM)
     dsullivan@hsgllp.com
425 Lexington Avenue
New York, New York  10017
(646) 837-5151

and

WAGSTAFF & CARTMELL
BY:  LINDSEY SCARCELLO
     lscarcello@wcllp.com
     DARYL DOUGLAS         (VIA ZOOM)
     ddouglas@wcllp.com
4740 Grand Avenue, Suite 300
Kansas City, Missouri  64112
(816) 701-1100

and

Page 4

THE CARLSON LAW FIRM
BY:  EMILY MARLOWE         (VIA ZOOM)
     emarlowe@carlsonattorneys.com
1717 North Interstate Highway 35,
Suite 305
Round Rock, Texas  78664
(512) 671-7277

and

KRAUSE & KINSMAN
BY:  TRICIA CAMPBELL
     tcampbell@krauseandkinsman.com
4717 Grand Avenue, Suite 300
Kansas City, Missouri  64112
(816) 200-2900

and

HOLLAND LAW FIRM
BY:  MICHAEL DOWD          (VIA ZOOM)
     mdowd@hollandtriallawyers.com
211 North Broadway, Suite 2625
St. Louis, Missouri  63102
(314) 241-8111

and

DOVEL & LUNER
BY:  JULIEN ADAMS          (VIA ZOOM)
     julien@dovel.com
201 Santa Monica Boulevard, Suite 600
Santa Monica, California  90401
(310) 656-7066

and

Page 5

KERSHAW TALLEY BARLOW
BY:  WILLIAM J. LEE        (VIA ZOOM)
     VINH T. LE            (VIA ZOOM)
401 Watt Avenue, Suite
Sacramento, California  95864-7273
(916) 520-6639

and

COOPER LAW PARTNERS
BY:  DAVIS COOPER          (VIA ZOOM)
     davis@cooperlawpartners.com
999 Vanderbilt Beach Road, Suite 200
Naples, Florida  34108
(800) 872-3500
Counsel for Plaintiffs

BARNES & THORNBURG, LLP
BY:  WILLIAM E. PADGETT
     william.padgett@btlaw.com
     KARA KAPKE
     kara.kapke@btlaw.com
11 South Meridian Street
Indianapolis, Indiana  46204
(317) 236-1313

and

BARNES & THORNBURG LLP
BY:  JAMES F. MURDICA      (VIA ZOOM)
     jmurdica@btlaw.com
2029 Century Park East, Suite 300
Los Angeles, California  90067-2904
(310) 284-3880

and

Page 6

1  BARNES & THORNBURG LLP
2  BY: DEANNA LEE          (VIA ZOOM)
      dlee@btlaw.com
3  555 12th Street N.W., Suite 1200
   Washington, DC  20004-1275
4  (202) 289-1313

5  and

6
   BARNES & THORNBURG, LLP
7  BY: PRIYA D. SINKARA
      priya.sinkara@btlaw.com.
8  One North Wacker Drive, Suite 4400
   Chicago, Illinois  60606-2833
9  (312) 357-1313
   Counsel for Johnson & Johnson
10 Consumer, Inc.

11
   BARNES & THORNBURG LLP
12 BY: NADINE KOHANE          (VIA ZOOM)
      nkohane@btlaw.com.
13 390 Madison Avenue, 12th Floor
   New York  10017
14 (646) 746-2000
   Counsel for CVS Pharmacy, Inc., CVS
15 Health Corporation, Walgreen Co.,
   Walgreens Co., and Walgreens Boots
16 Alliance, Inc.
17

18
   BARNES & THORNBURG LLP
19 BY: SANDRA M. KO          (VIA ZOOM)
      sko@btlaw.com
20 555 12th Street N.W., Suite 1200
   Washington, DC  20004-1275
21 (202) 289-1313
   Counsel for Costco Wholesale
22 Corporation

23

24

25

Page 7

1  ARNOLD & PORTER, LLP
2  BY: RAYNE ELLIS          (VIA ZOOM)
      rayne.ellis@arnoldporter.com
3  250 West 55th Street
   New York, New York  10019
4  (212) 836-8000
   Counsel for Dollar Tree Inc.,
5  7-Eleven, and Family Dollar, Inc.

6

7  KING & SPALDING LLP
   BY: LUKE BOSSO          (VIA ZOOM)
8     lbosso@kslaw.com
   1700 Pennsylvania Avenue NW
9  Washington, DC  20006
   (202) 737-0500
10 Counsel for Walmart Inc., and
   Wal-Mart Stores, Inc.

11

12 MORRISON & FOERSTER LLP
   BY: LYNDSEY CAIN          (VIA ZOOM)
13    lcain@mofo.com.
   250 West 55th Street,
14 New York, New York  10019-9601
   (212) 468-8000
15 Counsel for Target Corporation

16

17 DUANE MORRIS LLP
   BY: DANA J. ASH          (VIA ZOOM)
18    djash@duanemorris.com
   30 South 17th Street
19 Philadelphia, Pennsylvania  19103
   (215) 979-1000
20 Counsel for Dollar General, Dollar
   General Corporation
21

22

23

24

25

Page 8

1  SMITH SOVIK KENDRICK & SUGNET
   BY: DAVID M. KATZ          (VIA ZOOM)
2     dkatz@smithsovik.com
   250 South Clinton Street, Suite 600
3  Syracuse, New York  13202
   (315) 474-2911
4  Counsel for Rite Aid

5

6  HAIGHT BROWN & BONESTEEL LLP
   BY: KATIE M. TRINH          (VIA ZOOM)
7     ktrinh@hbblaw.com
   555 South Flower Street, 55th Floor
8  Los Angeles, California  90071
   (213) 542-8000
9  Counsel for Big Lots Stores-PNS, LLC

10

11 ALSO PRESENT (VIA ZOOM):
12    JACKIE KOSTICK, King & Spalding
13    LAURA SHANNON, summer associate, Keller
   Postman LLC
14
      JOE MASTERMAN, firm unknown,
15

16

17 V I D E O G R A P H E R :
      JONATHAN JUAREZ,
18    Golkow Litigation Services
                – – –
19

20

21

22

23

24

25

Page 9

1              INDEX
2                      PAGE
3  APPEARANCES.................................  2
4  EXAMINATIONS
5    BY MR. PADGETT.............................  14
6    BY MS. HUNT................................ 293
7    BY MR. PADGETT............................. 297
8

9         EXHIBITS
10 No.   Description                  Page
11 64    Brandon Pearson invoices         16
12 65    Rule 26 Expert Report of Brandon    24
       Pearson, MS, Ph.D.
13
14 66    Rule 26 Expert Report Supplement    24
       of Brandon Pearson, MS, Ph.D.
15
   67    Rule 26 Rebuttal Expert Report of   25
16     Brandon Pearson, MS, Ph.D.
17 68    "Sex-specific neurobehavioral and   55
       prefrontal cortex gene expression
18     alterations following
       developmental acetaminophen
19     exposure in mice," Baker, et al.
20 69    Draft of "Sex-specific             55
       neurobehavioral and prefrontal
21     cortex gene expression
       alterations following
22     developmental acetaminophen
       exposure in mice," Baker, et al.
23 70    E-mail(s)                        91
       PEARSON_01335
24
25

Page 10

71    "Differential Gene Expression    135
      Patterns in Developing Sexually
      Dimorphic Rat Brain Regions
      Exposed to Antiandrogenic,
      Estrogenic, or Complex Endocrine
      Disruptor Mixtures:
      Glutamatergic Synapses as
      Target," Lichtensteiger, et al.

72    "Identification and    170
      interpretation of developmental
      neurotoxicity effects, A Report
      from the ILSI Research
      Foundation/Risk Science Institute
      expert working group on
      neurodevelopmental endpoints,"
      Tyl, et al.

73    "Spatial Glutathione and Cysteine    166
      Distribution and Chemical
      Modulation in the Early
      Organogenesis-Stage Rat Conceptus
      in Utero," Beck, et al.

74    CompTox Chemicals Dashboard    203

75    Marijuana and Pregnancy ACOG    228
      flyer

76    "Determinants of drug entry into    192
      the developing brain," Koehn, et
      al.

77    Pages 325 to 326 of Dr. Cabrera's    218
      deposition

78    "Examining associations between    253
      prenatal biomarkers of oxidative
      stress and ASD-related outcomes
      using quartile regression,"
      Carey, et al.

79    "Perinatal Acetaminophen Exposure    258
      and Childhood
      Attention-Deficit/Hyperactivity
      Disorder (ADHD): Exploring the
      Role of Umbilical Cord Plasma
      Metabolites in Oxidative Stress
      Pathways," Anand, et al.

Page 11

80    "The valproic acid-induced rodent    264
      model of autism," Nicolini, et
      al.

81    "A comprehensive weight of    265
      evidence assessment of published
      acetaminophen genotoxicity data:
      Implications for its carcinogenic
      hazard potential," Kirkland, et
      al.

82    "Paracetamol (Acetaminophen)    276
      Administration During Neonatal
      Brain Development Affects
      Cognitive Function and Alters Its
      Analgesic and Anxiolytic Response
      in Adult Male Mice," Viberg, et
      al.

83    "Early paracetamol exposure    276
      decreases brain-derived
      neurotrophic factor )BDNF) in
      striatum and affects social
      behaviour and exploration in
      rats," Blecharz-Klin, et al.

84    "A Cannabinoid Receptor Type 1    277
      (CB1R) Agonist Enhances the
      Developmental Neurotoxicity of
      Acetaminophen (Paracetamol),"
      Philippot, et al.

85    "Effect of prenatal and early    277
      life paracetamol exposure on the
      level of neurotransmitters in
      rats-Focus on the spinal cord,"
      Blecharz-Klin, et al.

86    "Cerebellar level of    278
      neurotransmitters in rats exposed
      to paracetamol during
      development," Blecharz-Klin, et
      al.

87    "Hypothalamus - Response to early    278
      paracetamol exposure in male rats
      offspring," Blecharz-Klin, et al.

88    NIH Grants & Funding printout    285

Page 12

(Exhibits attached to the deposition.)

CERTIFICATE.................................300
ACKNOWLEDGMENT OF DEPONENT..................302
ERRATA.......................................303
LAWYER'S NOTES..............................304

Page 13

VIDEOGRAPHER:  We are now on
the record.  My name is Jonathan
Juarez.  I am a legal videographer for
Golkow Litigation Services.

Today's date is August 11,
2023, and the time is 8:44 a.m.

This deposition is taking place
at 126 East 56th Street, New York,
New York, in the matter of
Acetaminophen (Tylenol) Products
Liability Litigation.

The deponent is Brandon
Pearson.

All counsel will be noted on
the stenographic record.

The court reporter is Carrie
Campbell and will now swear in the
witness.

BRANDON PEARSON, MS, Ph.D.,
of lawful age, having been first duly sworn
to tell the truth, the whole truth and
nothing but the truth, deposes and says on
behalf of the Defendant Johnson & Johnson, as
follows:

Page 14

1    DIRECT EXAMINATION
2 QUESTIONS BY MR. PADGETT:
3    Q.   Good morning.
4    A.   Good morning.
5    Q.   Can you state your full name
6 for the record, please?
7    A.   Brandon Lance Pearson.
8    Q.   Okay.  And you have a Ph.D.?
9    A.   I do.
10   Q.   Okay.  Have you even been
11 deposed before?
12   A.   I have not been deposed before.
13   Q.   Okay.  Just a quick rundown of
14 some basic ground rules.
15       You understand that the oath
16 you just took is the same one as if you were
17 in a court of law?
18   A.   I do understand this.
19   Q.   Okay.  And not a marathon
20 session.  We'll probably take breaks every 60
21 to 90 minutes.
22       Does that sound good to you?
23   A.   I understand.
24   Q.   Okay.  And probably the number
25 one rule today is that -- I'm going to make a

Page 15

1 deal.  I'm going to try not to start a
2 question before you finish your answer, and
3 in return, hopefully you'll not start to
4 answer until I'm done with my question.
5       Does that sound like a fair
6 deal?
7    A.   That's fair.
8    Q.   Okay.  Did you bring any
9 documents with you in the room today?
10   A.   I have a copy of my expert
11 report, my amended expert report, and with us
12 we have copies of the studies that were
13 reviewed as part of my expert report.
14   Q.   When you say -- so all of the
15 studies that you have with you, and I saw a
16 box brought in, are studies that are
17 discussed in your expert report?
18   A.   The studies that were a
19 component of the weight of evidence for the
20 levels of evidence.
21   Q.   I believe that was like 29
22 mouse and rat studies?
23   A.   That's the approximate number
24 that I recall, yes.
25   Q.   Okay.  Any other studies beyond

Page 16

1 those that were part of your weight of
2 analysis in your expert report?
3    A.   I do not believe we brought
4 anything in addition to that.
5    Q.   Okay.  Are there any notes --
6 any of your notes on those studies that you
7 brought with you in this room today?
8    A.   No.
9    Q.   Okay.  They're clean copies?
10   A.   Yes.
11   Q.   Okay.  At a break, is it -- we
12 may take a peek at them.
13       MS. HUNT:  Be my guest.
14 QUESTIONS BY MR. PADGETT:
15   Q.   Okay.  Any other documents that
16 you brought with you today, other than your
17 report and those studies you just discussed?
18   A.   No.
19       (Pearson Exhibit 64 marked for
20   identification.)
21 QUESTIONS BY MR. PADGETT:
22   Q.   Okay.  I'm going to hand you
23 what's been marked, Dr. Pearson, as Exhibit
24 Number 64.
25       Do you recognize that document?

Page 17

1    A.   Yes.
2    Q.   Okay.  And that is your
3 July 19, 2023 invoice for your work in this
4 case, correct?
5    A.   That appears to be what this
6 is.
7    Q.   And this will kind of -- may
8 short-circuit some of my questions.
9       There's a reference down there
10 for 6/14 and a description of your activities
11 that day.
12       Do you see that?  June 14?
13   A.   Yes, there's a couple of lines
14 that say 6/14.
15   Q.   Oh, okay.  The first one, I'm
16 looking at.
17   A.   Okay.
18   Q.   You reference there a 30-minute
19 morning meeting with Amanda Hunt, and that's
20 counsel sitting next to you, right?
21   A.   Yes.
22   Q.   But then it says 1:45-minute
23 meeting with Dr. Cabrera and 1:15-minute
24 meeting with Dr. Louie to discuss contents of
25 expert reports.

Page 18

1    Was counsel present for the
2 meeting -- meetings with Dr. Cabrera and
3 Dr. Louie?
4    A.    Yes.
5    Q.    Okay.  Have you had any
6 meetings or Zoom -- Zooms or calls with
7 plaintiffs' other named experts in this case
8 in which counsel was not present?
9    A.    Are you asking about
10 Dr. Cabrera or Dr. Louie specifically or
11 other --
12    Q.    No, you've already clarified
13 that -- any of them.
14    A.    Any other expert reports
15 involved in this case or these specific
16 expert reports?
17    Q.    No.  There's four other experts
18 named:  Dr. Cabrera, Dr. Baccarelli,
19 Dr. Louie and Dr. Hollander, right?
20    A.    So Dr. Baccarelli I would have
21 had meetings with independent of counsel.
22    Q.    And did you have meetings with
23 him discussing this case?
24    A.    No.
25    Q.    Did you have meetings with any

Page 19

1 other of the named experts we just went
2 through about your work on this case or your
3 expert report or their expert reports in the
4 absence of plaintiffs' counsel?
5    A.    No.
6    Q.    Okay.  Have you had any written
7 communications with any of plaintiffs' other
8 named experts in this case in which
9 plaintiffs' counsel were not copied or
10 somehow address -- addressees?
11    A.    Could you -- could you state
12 that again please?
13    Q.    Have you had any written
14 communications with any of the other named
15 plaintiffs' counsel in this case involving
16 your work on this case or your expert reports
17 or their expert reports that did not include
18 plaintiffs' counsel?
19    MS. HUNT:  Object to form.  I
20    think you said plaintiffs' counsel and
21    then plaintiffs' experts.
22    MR. PADGETT:  Thank you.
23    Just -- I want to go back to
24    the -- I understand you're clarifying,
25    but there is a strict rule on

Page 20

1 objection to form only.  But he could
2 have clarified that if he didn't
3 understand.
4 QUESTIONS BY MR. PADGETT:
5    Q.    Can you -- I'll rephrase.
6    Have you had any written
7 communications with any of other --
8 plaintiffs' other disclosed experts in this
9 case regarding your work on this litigation,
10 your expert report or their expert reports,
11 in which plaintiffs' counsel was not
12 involved?
13    A.    Not to my recollection.  If
14 that did exist, it would have been produced.
15    Q.    In response to the request for
16 production that was part of your deposition
17 notice?
18    A.    Yes.  But as I stated, I don't
19 believe that exists.
20    Q.    Okay.
21    A.    I don't believe any of that
22 correspondence exists.
23    Q.    How did you initially get
24 involved in this case, Dr. Pearson?
25    A.    I was contacted by Amanda

Page 21

1 directly.
2    Q.    And that was your first contact
3 about this litigation?
4    A.    Correct.
5    Q.    And when was that contact first
6 made?
7    A.    If my memory serves, it was
8 approximately February of this year?  Or
9 2022.  Sorry, my -- yeah, February.
10    Q.    February of this year?  2023?
11    A.    Sorry, no.  February of 2022.
12    It would be in the e-mails that
13 were produced.
14    Yeah, that timeline might --
15 I'm a little shaky on the line right now,
16 but --
17    Q.    So -- sorry.
18    A.    Yeah.  It would have been -- I
19 remember the month was February.  Yeah, it
20 would have been -- sorry.
21    February of 2022 I was
22 initially contacted.  I didn't start working
23 with the plaintiffs' attorneys until, I
24 believe, November, which, yeah, that would
25 have had to have been 2022.  It's 2023 now.

1    Q.   So you were initially contacted
2  about this case in February of 2022, about
3  16 months ago?
4    A.   That's my recollection.
5    Q.   When was -- and you were
6  coauthor on a paper, a study article, that
7  was published, the Baker 2023 study; is that
8  right?
9    A.   Yes.
10    Q.   When was that article submitted
11  for publication?
12    A.   I do not recall the exact --
13  exactly when that paper was submitted for
14  publication.  I would have to look.
15    Q.   Was it submitted for
16  publication after February 2022?
17    A.   No.  I do not believe it was.
18    Q.   And I believe we saw -- I
19  totaled up your invoices, and it came,
20  between your time and your hourly rate, which
21  is $450, to about $61,000 invoiced so far.
22       Does that sound about right?
23    A.   My hourly rate is $400.
24    Q.   Oh, sorry.
25    A.   And I haven't tallied the total

1  amount, but that number is probably not
2  outside the realm of possibility.
3    Q.    So the last time entry I saw on
4  your invoice was June 28.
5       How much more time have you
6  spent working on this litigation since
7  June 28?
8    A.   I haven't sat down and
9  calculated that number.
10    Q.   Can you give me an estimate
11  since June 28?
12       MS. HUNT:  Object to form.
13       You can answer.
14       THE WITNESS:  In the month of
15    July and now into August, I would
16    estimate, I mean, many dozens of
17    hours.
18       Somewhere between 50 and a
19    hundred, I would estimate.
20  QUESTIONS BY MR. PADGETT:
21    Q.    And how much time was spent
22  working on your reply report of the 50 to
23  100 hours?
24    A.   You're asking me about --
25    Q.   Your rebuttal report.

1    A.   -- the rebuttal report?
2    Q.   The rebuttal report.  Sorry.
3    A.   I can't say for certainty, but
4  that would include that time.  That 50 to
5  100 hours would include that time.
6       (Pearson Exhibit 65 marked for
7    identification.)
8  QUESTIONS BY MR. PADGETT:
9    Q.   Dr. Pearson, I'm going to hand
10  you what's been marked as Exhibit 65, which I
11  believe is the same thing as the report --
12  the amended report that you have in front of
13  you.
14       Can you confirm that that is
15  your -- a copy of your June 21 amended expert
16  report in this case?
17    A.   Yes.
18       (Pearson Exhibit 66 marked for
19    identification.)
20  QUESTIONS BY MR. PADGETT:
21    Q.   And I'm going to hand you also
22  what's been marked as Exhibit 66 and ask you
23  to confirm that that's your supplemental
24  expert report relating to the Klein 2023
25  study.

1       And a copy of that study is
2  attached to your supplemental report,
3  correct?
4    A.   This appears to be the
5  supplement in response to the Klein, et al.,
6  paper that was published, yes.
7       (Pearson Exhibit 67 marked for
8    identification.)
9  QUESTIONS BY MR. PADGETT:
10    Q.   And I'm going to hand you
11  what's been marked as Exhibit 67 and ask you
12  to confirm that that is your July 28, 2023
13  rebuttal report submitted in this case.
14    A.   Yes, this appears to be that
15  document.
16    Q.   Okay.  And I believe your CV is
17  Exhibit A to your amended expert report,
18  Exhibit 65.
19       Is the information on your CV
20  regarding employment and publications
21  current?
22    A.   It was current as of the date
23  that was on it, which was early June.
24    Q.   Any changes in position or
25  publications since early June 2023 with

Page 26

1 regard -- that you would put on your CV if
2 you updated it?
3     A.    Are you asking if there's
4 anything to update to date -- to now?
5     Q.    Yes.
6     A.    Certainly there's things that
7 would be updated, yeah.
8     Q.    What about employment
9 positions?  Are you in the same employment as
10 listed on your CV?
11     A.    My employment is the same.
12     Q.    Okay.  What other changes -- do
13 you have an updated version of your CV?
14     A.    I do not have an updated
15 version, no.
16     Q.    So if you were asked to create
17 a CV this coming Monday, what additional
18 things would you put on there?
19     A.    I'm on an editorial board for
20 another journal, for the Journal of
21 Scientific Reports.  I was appointed to
22 that -- to the editorial board of that
23 journal.  That's new.
24         I have another publication that
25 was accepted in the journal Frontiers in

Page 27

1 Neuroscience that has to do with
2 environmental exposures and mutations and
3 neurodevelopmental disorder genes.
4         There's other things that I
5 can't think of off the top of my head at the
6 moment.  That's just -- those are examples.
7     Q.    The article that was just
8 recently accepted for publication that you
9 just mentioned, does that relate in any way
10 to acetaminophen?
11     A.    It has relevance for
12 acetaminophen, but it doesn't study
13 acetaminophen directly.
14     Q.    Can you tell me a little bit
15 more about that particular study?
16     A.    That study evaluates how
17 carcinogens in particular can mutate genes
18 that are implicated in neurodevelopmental
19 disorders.
20         So individuals in the field of
21 genomics and psychiatric genomics consider
22 familial genetic risk and how alleles that
23 are implicated in neurodevelopmental
24 disorders are inherited, but they by and
25 large don't consider the fact that

Page 28

1 environmental exposures can also mutate those
2 genes.
3         And this particular study has
4 evaluated the fact that exposures can also
5 mutate those genes, and the study has
6 garnered a lot of support for the fact that
7 those genes are vulnerable to exposures,
8 including things that cause oxidative stress
9 and DNA damage.
10         And acetaminophen causes a lot
11 of oxidative stress and DNA damage, so in
12 that sense it's relevant.
13     Q.    I'm sorry.  What type of
14 environmental substances were reviewed in
15 that study?
16     A.    This particular study focuses
17 on environmental carcinogens, so things like
18 UV exposure, radiation, chemotherapeutic
19 drugs, things of that nature.  So things that
20 we know can cause cancer.
21     Q.    Who are the coauthors of that
22 study?
23     A.    So the lead author is
24 Dr. Brennan Baker, who is also the lead
25 author on some of the studies that are

Page 29

1 relevant to the acetaminophen work.
2         There's Dr. Wendy Chung, who I
3 see is written on your notebook there, who is
4 a geneticist and physician.
5     Q.    Any others?
6     A.    Yeah, there's a number of other
7 coauthors.
8         There's a student -- a former
9 student of mine, Mu Yang.
10         Sarah McLarnan, who is a
11 current doctoral student of mine, is a
12 coauthor.
13         Let me think about who else are
14 coauthors on that study.
15         Jeremy Simon, who's a
16 bioinformatician that I've worked with for a
17 number of years, he's at Boston Children's
18 Hospital now.  Harvard Medical School.
19         I'm not recollecting the other
20 coauthors of that study at the moment.
21     Q.    And I think you indicated in --
22 likely get into this a bit later -- but
23 you -- that the relevance to acetaminophen is
24 oxidative stress.
25         You mentioned that; is that

Page 30

1 right?
2     A.    Oxidative stress can be an
3 indirect mutagen.
4     Q.    And in what other respects,
5 other than this oxidative stress being an
6 indirect mutagen, as you put it?
7     A.    That's the -- that's the
8 relevance.
9     Q.    Are you aware of any specific
10 scientific research showing that
11 acetaminophen is a mutagen through an
12 oxidative stress mechanism?
13     A.    I mean, I have unpublished data
14 that shows that, but I don't have published
15 data that shows that.  There -- let me think
16 for a moment.
17         Could you restate the question
18 again?
19         MR. PADGETT:  Can you...
20         (Court Reporter read back
21     question.)
22         THE WITNESS:  Most of the
23     literature that's looked at mutagenic
24     properties of acetaminophen has relied
25     on assays such as the Ames test, and I

Page 31

1 believe such assays aren't really
2 capable of studying the phenomena of
3 direct mutagenesis in mammalian
4 systems that I'm studying.
5         The Ames test is a -- is
6 bacterial systems, procaryotic
7 systems.  I'm studying mammalian
8 mutagenesis systems.  It's not a
9 relevant assay system for some of the
10 phenomenon that I'm studying.
11         But on the other hand, this
12 types -- type of research is in its
13 infancy, so a lot more research that
14 needs to be done.
15 QUESTIONS BY MR. PADGETT:
16     Q.    The Ames test assay test
17 results on acetaminophen are negative for
18 mutagenicity, correct?
19         MS. HUNT:  Object to form.
20         You can answer.
21         THE WITNESS:  My understanding
22     is that a lot of the Ames test data
23     are negative.
24         But I would like to take a
25     moment to clarify some of my previous

Page 32

1 responses and say that there is
2 substantial scientific evidence that
3 acetaminophen causes substantial
4 hydroxyguanosine damage, which is DNA
5 damage.
6 QUESTIONS BY MR. PADGETT:
7     Q.    At thera -- sorry, go ahead.
8     A.    At therapeutic doses.
9     Q.    At therapeutic doses?
10     A.    At therapeutic doses.
11     Q.    Which study is that?
12     A.    I would have to go through the
13 studies in more detail, but let me -- if you
14 give me just a second.
15         There's recent study that shows
16 a biomarker data that -- in cord blood
17 studies that acetaminophen exposures are
18 linked with 8-oxo hydroxyguanosine levels in
19 cord blood.  And preclinical data as well.
20 There is hydroxyguanosine lesions associated
21 with acetaminophen exposures in addition to
22 that.
23         So the biomarker data supports
24 this.  And as I mentioned, that is DNA
25 damage.  It's a form of oxidative DNA damage.

Page 33

1     Q.    Would you agree that pain or
2 complications during labor can cause
3 oxidative stress?
4         MS. HUNT:  Object to form.
5         You can answer.
6         THE WITNESS:  I'm not aware of
7     literature that shows that pain or
8     complications during labor causes
9     hydroxyguanosine damage.
10 QUESTIONS BY MR. PADGETT:
11     Q.    My question was about oxidative
12 stress.
13         Are you aware of literature
14 showing that pain or complications during
15 labor can cause oxidative stress?
16         MS. HUNT:  Same objection.
17         You can answer.
18         THE WITNESS:  I'd be happy to
19     review any studies that you -- that
20     you put in front of me that show me
21     that, but I'm not aware of studies
22     that show that pain or complications
23     during labor that show
24     hydroxyguanosine DNA damage.
25

Page 34

1  QUESTIONS BY MR. PADGETT:
2      Q.    And again, you keep saying
3  hydroxyguanosine, and I'm saying oxidative
4  stress generally.
5          But -- so like my question is,
6  are you aware of scientific literature
7  showing that there -- the complications or
8  pain during pregnancy can cause increased
9  oxidative stress in a pregnant woman?
10          MS. HUNT:  Same objection.
11          You can answer.
12          THE WITNESS:  Well, I think
13  there's a problem with the question,
14  because oxidative stress is a fairly
15  diffuse term.  It's kind of a very,
16  very broad phenomenon.
17          It's like saying stress.  What
18  is stress?  What is your objective
19  definition?  It's an imbalance of
20  antioxidant versus prooxidant systems.
21  So you have to have operational
22  definitions of what oxidative stress
23  is.
24          So if you can show me the
25  specific studies you're referring to,

Page 35

1  I can evaluate that.  But I don't know
2  necessarily what you're referring to,
3  so I can't evaluate that.
4  QUESTIONS BY MR. PADGETT:
5      Q.    Okay.  Well, just to follow up
6  on that.
7          Stress can cause an imbalance
8  of oxidative stress in antioxidant systems.
9  Do you agree with that?
10          MS. HUNT:  Object to form.
11          You can answer.
12          THE WITNESS:  Stress is a very
13  poorly construed paradigm.  I spent
14  many years studying stress.  I don't
15  know what you mean by "stress."
16  QUESTIONS BY MR. PADGETT:
17      Q.    In the way that you just used
18  it and as it relates to imbalance of
19  oxidated -- oxidative -- oxygen species and
20  antioxidants.
21      A.    I was using that as an example
22  of how terminology is used without a precise
23  definition.
24          So you're just saying that --
25  the example that you were giving before is

Page 36

1  that pain or complications during pregnancy
2  can cause oxidative stress.
3          I was telling you that I don't
4  know what you mean by oxidative stress.  And
5  I was saying hydroxyguanosine DNA lesions are
6  a consequence of oxidative stress.  That's a
7  measurable, tangible consequence of oxidative
8  stress that damages the DNA.
9          I -- we can -- that's
10  operationalizeable.  We understand what that
11  is.
12      Q.    Okay.
13      A.    And it's DNA damage, which is
14  what we're discussing.
15      Q.    You mentioned you have
16  unpublished data that shows -- what were you
17  mentioning that you said you had unpublished
18  data showing acetaminophen and oxidative --
19  an oxidative mutagen relationship?
20      A.    Could you restate that
21  question, please?
22      Q.    You mentioned earlier that you
23  have unpublished data that shows -- and I
24  believe it was in response to a question
25  about oxidative -- oxidative mutagen type of

Page 37

1  mechanism when we were talking about the --
2  your unpublished article has been accepted.
3          What is that unpublished data
4  about?
5          MS. HUNT:  Object to form.
6          You can answer.
7          THE WITNESS:  Sorry, I didn't
8  let you get your objection out.
9          I'm actually really glad you
10  asked this, because it just reminded
11  me.  We actually have published data.
12          So in the Baker, et al., 2023
13  paper, there is actually data that
14  shows that there's mutational activity
15  in it.  So in the RNAC data, it shows
16  that there's DNA damage and mutation
17  happening.  So there's cell cycle
18  disruption.  There's p53 activation
19  that shows you there's DNA damage and
20  cell cycle disruption.
21          So it's not just our
22  unpublished data.  There's actually
23  published data that shows there's DNA
24  damage and cell cycle disruption.
25          Our unpublished data that we

Page 38

1   had shows, and you all have seen it in
2   my production, that there's gamma-H2AX
3   in tissue that's upregulated.  There's
4   53BP1 in tissue that's upregulated.
5   And you can see it.
6          There is -- so that's showing
7   you there's DNA double-strand breaks
8   in the tissue.  It's showing you that
9   there's oxidative DNA damage in the
10  tissue, all caused by acetaminophen
11  exposure prenatally.
12  QUESTIONS BY MR. PADGETT:
13     Q.    Are any of those related to
14  long genes?
15     A.    This is -- this has nothing to
16  do with long genes.  This is independent of
17  that data.
18     Q.    And have any of the effects
19  that you just mentioned been specifically
20  correlated as being associated with
21  mechanisms leading to ASD?
22     A.    Are you asking me with
23  reference to the mechanisms that I just
24  discussed with the DNA damage and the
25  oxidative stress?

Page 39

1      Q.    Specific to acetaminophen.  The
2   series -- starting with gamma, the series
3   like two or three that you mentioned.
4          Have any of those been
5   specifically associated with -- as a
6   mechanism leading to ASD?
7          MS. HUNT:  Object to form.
8          You can answer.
9          THE WITNESS:  Well, as I've
10  outlined in my expert report, the
11  oxidative stress in the tissue, the
12  DNA damage and the transcriptional
13  effects that we've seen, are
14  associated with -- and lead to
15  transcriptional signatures that
16  correspond with autism and other
17  neurodevelopmental disorders.
18         Using Gene Set Enrichment
19  Analysis and other bioinformatics
20  tools, we see enrichment with autism
21  spectrum disorder.
22  QUESTIONS BY MR. PADGETT:
23     Q.    What do you mean by enrichment?
24     A.    So, again, using bioinformatics
25  tools, we see signatures that correspond to

Page 40

1   these particular neurodevelopmental disorders
2   such as autism spectrum disorder.  So there's
3   concordance with and correspondence with
4   those particular neurodevelopmental
5   disorders.
6      Q.    You say "signatures."  Are
7   those specific genetic mutations identified
8   with ASD?
9      A.    No.
10     Q.    Same question for ADHD.
11         And can we agree, autism
12  spectrum disorder is going -- we're going to
13  refer to it as ASD, and
14  attention/hyperactivity deficit --
15  attention-deficit disorder we'll refer to as
16  ADHD?
17     A.    Yes.
18     Q.    Okay.
19     A.    That would be great.
20     Q.    And with re -- are there
21  specific -- with regard to the signature that
22  you just mentioned, are those specific
23  genetic mutations identified with ADHD?
24         MS. HUNT:  Object to form.
25         You can answer.

Page 41

1          THE WITNESS:  In the previous
2   research that I have worked on where
3   we've looked at transcriptional
4   profiles associated with these
5   exposures, excuse me, we haven't
6   necessarily looked for ADHD-relevant
7   gene expression signatures.  We've
8   largely focused on ASD signatures.
9   QUESTIONS BY MR. PADGETT:
10     Q.    Any other unpublished research
11  or data that you've -- that you're aware of
12  that supports a biochemical mechanism tying
13  acetaminophen to ASD or ADHD?
14         MS. HUNT:  Object to form.
15         And, Bill, I apologize in
16  advance, but to the extent this gets
17  into anything currently in peer
18  review, Dr. Pearson is not going to be
19  able to answer.
20         MR. PADGETT:  Understood.
21         THE WITNESS:  There's nothing
22  else that I can discuss.
23  QUESTIONS BY MR. PADGETT:
24     Q.    Okay.  Dr. Pearson, is it your
25  opinion that any compound that causes a

Page 42

1 change or changes in the developing brain can
2 lead to an increased risk for ASD?
3         MS. HUNT:  Object to form.
4         You can answer.
5         THE WITNESS:  I want to make
6 sure I understand your question.
7         You're asking me whether
8 anything that can cause a change in
9 the -- in the developing brain can
10 cause risk for autism or ADHD -- ASD
11 or ADHD?
12 QUESTIONS BY MR. PADGETT:
13     Q.     Increased risk, yes, correct.
14     A.     I would not -- I would not
15 respond to the affirmative to that.  That is
16 not my stance.
17     Q.     Same question with regard to
18 ADHD.  Is it your opinion that any compound
19 that causes a change or changes in the
20 developing brain can lead to an increased
21 risk for ADHD?
22         MS. HUNT:  Same objection.
23         You can answer.
24         THE WITNESS:  Anything that
25 leads to a change in the developing

Page 43

1 brain, any exposure that leads to a
2 change in the developing brain, does
3 not necessarily increase the risk for
4 ADHD or ASD.
5         However, things that have the
6 potential at translationally relevant
7 doses to disturb brain development
8 have to be looked at with higher
9 scrutiny for the potential effects on
10 any widespread effects.
11         So even if the effects of that
12 particular compound aren't specific to
13 ADHD or ASD, the -- it -- they can
14 exacerbate effects that are relevant
15 to ASD or ADHD.
16         In other words, if an
17 individual carries liability for ADHD
18 or ASD, those exposures may tip the
19 balance towards a particular outcome
20 even if the effects of that particular
21 exposure aren't specific to ADHD or
22 ASD risk.
23 QUESTIONS BY MR. PADGETT:
24     Q.     And if those specific effects
25 aren't specific to ASD or ADHD risk, the

Page 44

1 types of findings that you just described may
2 be a basis for conducting further research to
3 determine a more specific relationship?
4         MS. HUNT:  Object to form.
5         You can answer.
6         THE WITNESS:  That's not
7 exactly what I was stating in my
8 response, but it's not incompletely
9 true what you just stated.
10         In other words, I would have to
11 qualify that response by stating that,
12 you know, responses that -- again,
13 physiologically relevant exposures in
14 the brain that affect
15 neurodevelopment, even if those
16 responses aren't specific to ASD or
17 ADHD health outcomes,
18 neurodevelopmental outcomes, again,
19 they can contribute risk for those
20 particular health outcomes in
21 individuals that are exposed within a
22 background of risk in individuals.
23 QUESTIONS BY MR. PADGETT:
24     Q.     Which --
25     A.     Even if that's not the only

Page 45

1 risk.  Sorry.
2     Q.     Which biochemical changes in
3 the embryotic or fetal human brain have been
4 identified by the scientific community as
5 known, accepted mechanisms leading to ASD?
6         MS. HUNT:  Object to the form
7 of the question.
8         You can answer.
9         THE WITNESS:  Could you restate
10 the question, please?
11         MR. PADGETT:  Which -- can you
12 read it back, please?
13         (Court Reporter read back
14 question.)
15         THE WITNESS:  You know, that
16 can't answer that question the way
17 that you've asked it because that's --
18 that's calling to a specific, you
19 know -- that's -- you're asking me to
20 identify something that is
21 overprescriptive.  In other words,
22 you're asking me to say that there's
23 one or a set of specific biochemical
24 changes that exist, when in reality
25 such conditions such as ASD and ADHD

Page 46

1  are -- involve a plethora of
2  biochemical alterations in the
3  developing brain.
4       You have to consider that the
5  developing brain is so complicated,
6  and when you have health conditions
7  such as ASD and ADHD, the com --
8  it's -- let me take a second.  It's
9  incredibly heterogeneous from
10 individual to individual.
11      And as you've had from other
12 experts that have been in this case,
13 every individual is a little bit
14 different.  So you can't expect to say
15 that there's one set of biochemical
16 changes that's accepted as the, you
17 know, ASD or ADHD perturbations that
18 define that particular disorder.
19      There's set of clinical
20 perturbations that are typical to
21 these disorders but not specific to
22 these disorders.  So if you were to
23 try to pin me down on one or a set of
24 those, and then an individual actually
25 in reality has different sets of those

Page 47

1  or has something that's independent of
2  those, that's actually accepted to be
3  the case.
4       But you would try to catch
5  somebody out by saying, like, oh,
6  well, that person didn't actually have
7  this 1 or 2.  That's actually an
8  unfair characterization of the biology
9  of these highly complicated and
10 heterogeneous neurodevelopmental
11 disorders.
12      I don't know how clear I was in
13 that.  But what I'm trying to say is
14 that, again, it's highly
15 heterogeneous.  You're dealing with
16 the most complicated organ in known
17 existence.  Its development is highly
18 complicated.
19      When you -- when you think
20 about how the disorder comes to be,
21 you're dealing with a perturbation and
22 changes that are tipping the course of
23 the development to an extent to where
24 individuals aren't -- you know, can be
25 highly functional but have alterations

Page 48

1  in their development that you can't
2  just look on a brain scan and see.
3       But those individuals don't
4  behave completely neurotypically, so
5  you can't just define like a tumor,
6  oh, there's a tumor, and that's what
7  this individual is.
8       Essentially what you're asking
9  me to do is say, what's the tumor for
10 this individual.  It's sort of an
11 unfair question.
12 QUESTIONS BY MR. PADGETT:
13   Q.    You mentioned a plethora of set
14 of mechanisms.
15      Can you identify among the --
16 that plethora those mechanisms, biochemical
17 changes, those -- strike that.
18      Can you identify among the
19 plethora that you mentioned earlier those
20 specific biochemical changes in the embryonic
21 or fetal human brain that have been
22 identified by the scientific community as
23 known, accepted mechanisms leading to ASD?
24      MS. HUNT:  Object to the form
25 of the question.

Page 49

1       You can answer.
2       THE WITNESS:  So you just asked
3  the same question.  For the sake of
4  this deposition, I will go ahead and
5  start listing some.
6       So there are synaptic changes.
7  There's chromatin alterations.
8  There's columnar defects.  There are
9  epigenetic changes.  There are growth
10 and guidance factor alterations.
11 There's axonal guidance disruptions.
12 There are -- let me think for a
13 moment -- local hyperconnectivity,
14 large scale, global underconnectivity.
15 I mean, these are things that have
16 been replicated many times in many
17 different studies.
18      This is for autism, by the way.
19 This is not for ADHD.
20      These are the types of things
21 that you see many times that are
22 representative of autism.  That
23 doesn't mean for every individual that
24 has autism that they have all of those
25 things.  These are things that are in

Page 50

1 a bell curve. That's what's typical
2 across autism.
3        Again, it's highly
4 heterogeneous. It doesn't mean that
5 every individual that has autism has
6 those same white matter defects. That
7 doesn't mean that every individual is
8 going to have that. But those are
9 things that tend to happen. They're
10 synaptic alterations, cell adhesion
11 alterations. These are accepted
12 within the community as things that
13 are common amongst autism.
14        So when you think about
15 modeling and understanding mechanisms
16 and causality in autism, when you
17 model this preclinically and you
18 expose animals, if you expose them to
19 acetaminophen and then you see these
20 things, then there's no question that
21 there's causality.
22 QUESTIONS BY MR. PADGETT:
23     Q.    The various list of things that
24 you went through, synaptic changes,
25 epigenetic changes, axonal changes, growth

Page 51

1 factors, those are effects seen in
2 individuals with autism spectrum disorder,
3 correct?
4     A.    Yes.
5     Q.    Has the scientific community
6 identified those as -- those mechanisms as
7 things seen in the fetal brain that lead to
8 autism?
9        MS. HUNT: Object to the form
10 of the question.
11        But you can answer.
12        THE WITNESS: Well, there
13 wouldn't be a method to do an
14 experiment in people to resolve
15 whether it leads to that. You know,
16 so I -- that's an absurd question.
17 I'm sorry.
18 QUESTIONS BY MR. PADGETT:
19     Q.    Well, my -- let me put it this
20 way.
21        Has the scientific community
22 identified any of those mechanisms that
23 you've just listed as changes, generally
24 accepted changes, that are seen in the fetal
25 brain that lead to autism?

Page 52

1        MS. HUNT: Object to the form
2 of the question.
3        You can answer.
4        THE WITNESS: I would have to
5 hear that question again. I'm sorry.
6 I apologize.
7 QUESTIONS BY MR. PADGETT:
8     Q.    Has the scientific community
9 identified any of those mechanisms that
10 you've just -- that you listed as generally
11 accepted changes that occur in the fetal
12 brain that lead to autism?
13        MS. HUNT: Same objection.
14        You can answer.
15        THE WITNESS: These are
16 generally accepted. As leading to
17 autism.
18 QUESTIONS BY MR. PADGETT:
19     Q.    Changes in the fetal brain?
20     A.    These are seen in the fetal
21 brain as well.
22     Q.    Of humans?
23     A.    Well, again, you can't measure
24 them in the fetal brain and then track out if
25 individuals are going to have autism or not.

Page 53

1 It's not possible to do that.
2     Q.    Okay.
3     A.    It's not possible to answer
4 your question the way it's asked.
5     Q.    Which biochemical changes in
6 the embryonic or fetal human brain have been
7 identified by the scientific community as
8 known, accepted mechanisms leading to ADHD?
9        MS. HUNT: Object to the form
10 of the question.
11        You can answer.
12        THE WITNESS: I don't believe I
13 can answer your question.
14 QUESTIONS BY MR. PADGETT:
15     Q.    You can't -- you can't answer
16 my question because you can't sit -- as you
17 sit here today identify them?
18     A.    I don't think your question is
19 answerable based on logic.
20     Q.    You mentioned, you know, animal
21 studies have -- you know, have shown changes.
22        Which of those changes have
23 been ident -- in the fetal human brain, which
24 of those changes have been identified by the
25 scientific community as accepted prenatal

Page 54

¹ changes that lead to ADHD?
² MS. HUNT:  Object to form.
³ You can answer.
⁴ THE WITNESS:  So you mentioned
⁵ animals.  Are you asking about humans
⁶ or animals now?
⁷ QUESTIONS BY MR. PADGETT:
⁸ Q.   I'm asking which of the
⁹ change -- any changes seen in prenatal or,
¹⁰ you know, up to PN 10 dosing of chemicals --
¹¹ of any chemical that have been shown to be
¹² mechanisms accepted by the scientific
¹³ community as leading to ADHD.
¹⁴ A.   I'm sorry, I'm really confused
¹⁵ now because you were talking about human
¹⁶ prenatal, but now you're talking about
¹⁷ dosing.  I'm not trying to be difficult now.
¹⁸ I just really don't understand the question
¹⁹ now.
²⁰ Q.   Can you identify any
²¹ biochemical changes seen in any scientific
²² research, whether human or animal, that have
²³ been -- in the fetal brain that have been
²⁴ accepted by the scientific community as
²⁵ leading to ADHD?

Page 55

¹ MS. HUNT:  Object to the form
² of the question.
³ Answer, if you can.
⁴ QUESTIONS BY MR. PADGETT:
⁵ Q.   In humans.
⁶ A.   I don't know how to answer your
⁷ question.
⁸ Q.   Have you -- you know, we talked
⁹ briefly about Baker 2023.
¹⁰ Have you published any
¹¹ peer-reviewed articles or literature other
¹² than Baker 2023 on acetaminophen?
¹³ A.   I don't believe I have.
¹⁴ (Pearson Exhibit 68 marked for
¹⁵ identification.)
¹⁶ QUESTIONS BY MR. PADGETT:
¹⁷ Q.   I'm going to hand you what's
¹⁸ been marked as Exhibit 68 and ask you to
¹⁹ confirm that's a copy of the Baker 2023
²⁰ study.
²¹ A.   It is.
²² (Pearson Exhibit 69 marked for
²³ identification.)
²⁴ QUESTIONS BY MR. PADGETT:
²⁵ Q.   Okay.  I'm going to hand you

Page 56

¹ what's been marked as Exhibit 69 and
² represent to you this is a portion of a draft
³ of Baker 2023 with comments from a PBL1 and a
⁴ BBH2R1.
⁵ Do you see that?
⁶ A.   Yes.
⁷ Q.   And it's -- PEARSON_01872 is
⁸ the Bates number.
⁹ Do you see that?
¹⁰ A.   I see that.
¹¹ Q.   Okay.  Are you PBL1 there?
¹² A.   I am.
¹³ Q.   Okay.  And is Brennan Baker,
¹⁴ BBH2R1, the -- and eventually the lead author
¹⁵ of Baker 2023?
¹⁶ A.   Yes.
¹⁷ Q.   And do you see there, the first
¹⁸ comment says, quote, "The title needs to be
¹⁹ more provacative or at least signal the
²⁰ findings better," end quote.
²¹ Do you see that?
²² A.   Yes.
²³ Q.   Okay.  And you're referring to
²⁴ a previous proposed title of "Effect of
²⁵ acetaminophen exposure during gestation and

Page 57

¹ lactation on mouse behavior in frontal cortex
² gene expression," right?
³ A.   Yes.
⁴ Q.   Okay.  And is this red your
⁵ proposed new title, "Developmental
⁶ acetaminophen exposure produces ADHD-like
⁷ behavioral alterations in mice, paren, in a
⁸ sex-dependent manner"?
⁹ A.   That was probably my
¹⁰ suggestion, yes.
¹¹ Q.   Okay.  And does Mr. Baker have
¹² his Ph.D. now?
¹³ A.   He does, yes.
¹⁴ Q.   Okay.  We'll call him
¹⁵ Dr. Baker.
¹⁶ And Dr. Baker responded to your
¹⁷ comment, quote, "I don't think we can say
¹⁸ 'ADHD-like.'  Can we say 'anxiety'," end
¹⁹ quote?
²⁰ Do you see that?
²¹ A.   I see that.
²² Q.   Did you and Dr. Baker have any
²³ discussion about this particular issue
²⁴ offline, so to speak, about "ADHD-like" being
²⁵ included in the title?

1    MS. HUNT:  Object to form.
2    You can answer.
3    THE WITNESS:  I don't recall.
4  My assumption is we probably did.  And
5  I think I responded within the third
6  title, suggestion of the third title.
7  QUESTIONS BY MR. PADGETT:
8    Q.    Okay.  And the third title is
9  "Sex-specific neurobehavioral and frontal
10  cortex gene expression alterations following
11  developmental acetaminophen exposure in
12  mice," right?
13    A.    Yes.
14    Q.    Was that -- is that where you
15  landed?
16    A.    It's close, yeah.
17    Q.    Okay.
18    A.    It's close to where we landed,
19  yeah.
20    Q.    And the -- so the "ADHD-like"
21  language that you proposed is not included in
22  the title of the published study, right?
23    A.    It was not included, yes.
24    Q.    Did Dr. Baker feel that the
25  findings of the 20 -- Baker 2023 study did

1  not support using "ADHD-like" in the title?
2    MS. HUNT:  Object to form.
3    You can answer.
4    THE WITNESS:  You would have to
5  ask Dr. Baker himself.  I don't -- I
6  don't want to put words in his mouth.
7  QUESTIONS BY MR. PADGETT:
8    Q.    You don't specifically recall
9  whether in your conversations offline, so to
10  speak, he indicated that?
11    MS. HUNT:  Same objection.
12    You can answer.
13    THE WITNESS:  I don't remember
14  if we discussed this any further.
15  QUESTIONS BY MR. PADGETT:
16    Q.    And I've looked at some of the
17  other background materials related -- leading
18  up to the submission of Baker 2023 for
19  publication.
20    At the outset, Dr. Baker's
21  proposed research project was focused on
22  ADHD, right?
23    MS. HUNT:  Object to the form
24  of the question, including the
25  prefatory statement.

1    You can answer.
2    THE WITNESS:  Dr. Baker was
3  interested in understanding -- using a
4  mouse model to understand ADHD-like
5  effects of acetaminophen, yes.
6  QUESTIONS BY MR. PADGETT:
7    Q.    And that was the impetus for
8  the study that you -- that Dr. Baker and the
9  rest of the team, including you, put
10  together, right?
11    MS. HUNT:  Object to form.
12    You can answer.
13    THE WITNESS:  We were
14  interested in all of
15  neurodevelopmental effects, not just
16  ADHD, but ADHD was a central focus.
17  QUESTIONS BY MR. PADGETT:
18    Q.    Okay.
19    A.    Yeah.
20    Q.    Baker 2023 showed a lack of
21  hyperactivity in treated animals, right?
22    MS. HUNT:  Object to form.
23    You can answer.
24    THE WITNESS:  Well, there was a
25  change in local motor activity.  There

1  was less activity in males.
2  QUESTIONS BY MR. PADGETT:
3    Q.    So it was the -- it was
4  hypoactivity, the opposite of hyperactivity,
5  correct?
6    A.    Hypoactivity.
7    Q.    Okay.  So it showed a lack of
8  hyperactivity in treated animals, correct?
9    A.    There was a disruption in
10  activity.
11    Q.    That's not my question.
12    Baker 2023 showed a lack of
13  hyperactivity in treated animals, right?
14    MS. HUNT:  Object to form.
15    You can answer.
16    THE WITNESS:  There was,
17  strictly speaking, a lack of
18  hyperactivity.
19  QUESTIONS BY MR. PADGETT:
20    Q.    If you could turn to page 9 of
21  Baker 2023.  In the paragraph, the first full
22  paragraph, first sentence, it says right
23  there that the results demonstrate a lack of
24  hyperactivity, right?
25    A.    Yeah, but it does not preclude

Page 62

1  ADHD relevance.
2      Q.    Okay.  And I guess later in
3  that paragraph there's a reference to
4  spontaneously hyperactive rats, SHR rats --
5      A.    Yes.
6      Q.    -- show ac -- show
7  hyperactivity, impulsivity and inattention in
8  other tests, even though there was one study
9  that showed them being less active in an open
10  field test; is that right?
11      A.    Yes.  It says they're less
12  active than the Wistar Kyoto rats in the
13  running wheel and less active in Sprague
14  Dawley rats in open field tests.
15      Q.    Baker 2023 is a mouse study,
16  right?
17      A.    It is a mouse study.
18      Q.    And with regard to
19  hyperactivity, impulsivity and inattention,
20  there was no finding consistent with those
21  three behavioral traits for ADHD in Baker
22  2023, correct?
23          MS. HUNT:  Object to the form
24      of the question.
25          You can answer.

Page 63

1          THE WITNESS:  You're asking
2      whether Baker 2023 had findings with
3      respect to impulsivity,
4      inattentiveness and hyperactivity?
5  QUESTIONS BY MR. PADGETT:
6      Q.    Yes.  Consistent with ADHD.
7      A.    Well, animal models don't have
8  to have directional concordance to be
9  relevant, as I state clearly in my expert
10  report.  That's a -- that's misconstruing
11  the animal model literature.
12      Q.    I've already discussed
13  hyperactivity.
14          Was there any assay test in
15  Baker 2023 in which the findings were
16  consistent with the animal model for ADHD for
17  impulsivity?
18      A.    We didn't look directly at
19  impulsivity.  We looked at attention and
20  focused on attention, not impulsivity.
21      Q.    Was there any assay or test in
22  Baker 2023 that showed a finding consistent
23  with the ADHD animal model for -- with regard
24  to attention?
25          MS. HUNT:  Object to the form

Page 64

1  of the question.
2          You can answer.
3          THE WITNESS:  Well, we -- if
4  you look at the five-choice data, even
5  though it was not statistically
6  significant, we only had it in a four
7  per sex, we saw biologically
8  potentially meaningful differences in
9  omission data, for instance.
10          So in panel B on Figure 6,
11  males had higher omissions in the
12  variable delay probe.  So, for
13  instance, Figure 6B on the third
14  column, males had more omissions in
15  the premature responses.  They had
16  more premature responses, which
17  actually indicates maybe they had more
18  impulsivity.
19          So there's maybe some
20  suggestions that there's some
21  inattentiveness and some impulsivity,
22  but we were a bit underpowered.  But
23  this was a limitation in the number of
24  Bussey chambers, which are the
25  operative chambers that we have access

Page 65

1  to.
2          So unfortunately, in the Baker
3  2023 paper, we just don't have enough
4  data for the attentional and
5  impulsivity types of measures, so more
6  data are needed to actually say
7  anything about attention and
8  impulsivity.
9  QUESTIONS BY MR. PADGETT:
10      Q.    So you're unable -- strike
11  that.
12      A.    There might -- but there still
13  can be meaningful pilot information that
14  could be drawn from this study, regardless.
15  But we were conservative about the
16  conclusions we were trying to draw from it
17  because it's not very statistically powered
18  to try to draw any conclusions.
19      Q.    Can you go to the top -- the
20  bottom of page 9, please?
21      A.    Sure.
22      Q.    And it goes -- there's a
23  sentence that goes over to page 11, because
24  there's a chart there.
25          The study article specifically

Page 66

1 states that developmental APAP -- and can we
2 agree that APAP is the same as acetaminophen?
3    A.    Yes.
4    Q.    "Developmental APAP exposure
5 was not associated with mouse attention
6 deficits in the five-choice serial-reaction
7 task test."
8    A.    I'm not seeing what you're
9 seeing, but I'm sure that's what we say here.
10    Q.    It's at the top of page 11.
11    A.    Okay.  Yes.
12    Q.    And then you recall, I think
13 from -- I believe it was Exhibit 69,
14 Dr. Baker asks whether anxiety could be used
15 in the title.
16         With regard to anxiety, that's
17 discussed in the conclusion of the article.
18 Can you turn to that, please?
19         First, I have a couple of
20 questions about anxiety.  And if you want to
21 refer to your report, you can.
22         But at pages 22 to 23 and 27 of
23 your amended report, there's a discussion
24 about the DSM-5 and neurodevelopmental
25 disorders, including specifically with regard

Page 67

1 to ASD and ADHD.
2         Do you recall that?
3    A.    I'd like to get there.
4 You said 22?
5    Q.    Yes.  And 27 to 28.
6    A.    Okay.
7    Q.    Do you -- do the DSM-5 criteria
8 for ASD include anxiety?
9         MS. HUNT:  Object to form.
10         And, Counsel, I'll let this go,
11    but if we're going to go deep into the
12    DSM criteria, I'd ask that he have a
13    copy.
14         MR. PADGETT:  He discusses it
15    in detail in his report.
16         MS. HUNT:  That's fine.  But if
17    you're asking him about a specific
18    diagnostic criteria in detail, I'd ask
19    that he have a copy.  At this level,
20    it's fine.
21         THE WITNESS:  I don't believe
22    anxiety is a diagnostic criteria, but
23    anxiety is a large component of
24    autism.
25

Page 68

1 QUESTIONS BY MR. PADGETT:
2    Q.    Anxiety is a symptom of
3 numerous varied neurodevelopmental disorders.
4 Agree?
5         MS. HUNT:  Object to form.
6         You can answer.
7         THE WITNESS:  It may be, but
8    not necessarily.
9 QUESTIONS BY MR. PADGETT:
10    Q.    Do the DSM -- do you know
11 whether the DSM criteria for ADHD includes
12 anxiety?
13         MS. HUNT:  Object to form.
14         You can answer.
15         THE WITNESS:  I would have to
16    see the DSM criteria.
17 QUESTIONS BY MR. PADGETT:
18    Q.    Okay.  Did you look at the DSM
19 criteria when you were putting your report
20 together?
21         MS. HUNT:  Object to form.
22         You can answer.
23         THE WITNESS:  No, I didn't look
24    at them in detail.
25

Page 69

1 QUESTIONS BY MR. PADGETT:
2    Q.    Okay.  So are you aware whether
3 the only neurodevelopmental disorder that
4 includes anxiety in its diagnostic criteria
5 set forth in the DSM-5 is child --
6 childhood-onset fluency disorder, also known
7 as stuttering?
8         MS. HUNT:  Object to form.
9         You can answer.
10         THE WITNESS:  That's outside of
11    the purview of my mandate for this
12    proceedings.
13 QUESTIONS BY MR. PADGETT:
14    Q.    So you --
15    A.    I -- that's not something I
16 have expertise in.
17    Q.    So you don't know; is that
18 right?
19    A.    That's not -- that's not
20 something that's part of my expertise, is
21 that particular disorder, so...
22         MS. HUNT:  Counsel, if we're
23    going to do a pop quiz on the DSM, I
24    would ask that you bring a copy so we
25    can look at it together.

Confidential - Subject to Protective Order

1    MR. PADGETT:  He just said it
2    wasn't part of his purview.
3  QUESTIONS BY MR. PADGETT:
4    Q.    But my question is, so you
5  don't -- my -- is, so you don't know whether
6  or not stuttering is the only
7  neurodevelopmental disorder that has anxiety
8  in the DSM-5 criteria?  That's my question.
9    MS. HUNT:  Object to form.
10    You can answer.
11    THE WITNESS:  Yeah, again, I'm
12  not a clinician.  I know a large
13  amount about anxiety and how to
14  measure it in animals.  If you'd like
15  to ask me about that, I'd love to tell
16  you about that.
17    But this is -- the DSM -- this
18  is background information that was
19  intended to provide background and to
20  help the reader orient.
21  QUESTIONS BY MR. PADGETT:
22    Q.    It's -- similar question.
23    As you sit here today, do you
24  know whether or not stuttering is the only
25  neurodevelopmental disorder that includes

1  anxiety in its diagnostic criteria set forth
2  in the DSM-5?
3    MS. HUNT:  Objection.  Asked
4  and answered multiple times.
5    You can answer again.
6    THE WITNESS:  That is not
7  something I know about, no.
8    MS. HUNT:  Counsel, we've been
9  going a little over an hour.  Is this
10  a good time for a break?
11    MR. PADGETT:  Sure.
12    VIDEOGRAPHER:  The time right
13  now is 9:48 a.m., and we're off the
14  record.
15    (Off the record at 9:48 a.m.)
16    VIDEOGRAPHER:  The time right
17  now is 10:03 a.m., and we're back on
18  the record.
19  QUESTIONS BY MR. PADGETT:
20    Q.    Back from a little break,
21  Dr. Pearson.  Just a couple quick follow-up
22  questions on the Baker 2023 study.
23    If you could turn to page 11,
24  it's right before that last paragraph of the
25  article.

1    You indicate there that the
2  open field and pup ultrasonic vocalizations
3  tests indicated elevated anxiety in male
4  offspring exposed to -- developmentally to
5  APAP.
6    First of all, with regard to
7  pup ultrasonic vocalizations, you're talking
8  about the change seen with regard to
9  decreased -- sorry, increased vocalizations,
10  right?
11    A.    Yes.
12    Q.    And with regard to -- was there
13  any -- I don't -- I didn't see it.  Was there
14  anything in the study discussing that these
15  USVs, the ultrasonic vocalizations, were
16  unusual?
17    A.    In this paper we discuss the
18  vocalizations in the sense that they're --
19  there's sex differences in the presentation
20  of them and the fact that the pattern of them
21  are aberrant based on the prenatal exposure
22  to the medication.
23    Q.    So they're increased, and how
24  were they aberrant?
25    A.    So in that the males are

1  exhibiting more relative to the controls.
2  That exposed males are exhibiting more
3  vocalizations relative to the unexposed
4  males.
5    Q.    So when you say "aberrant,"
6  that's the same as more, or increased, right?
7    A.    Increased or decreased would be
8  aberrant.
9    Q.    Okay.  And with regard to the
10  open field test, are you -- the only thing
11  that I saw statistically significant was the
12  decreased total ambulatory movement for the
13  males as reflected in Figure 2.
14    Is that right?
15    A.    I'm going to Figure 2.
16    Q.    At least following a Bonferroni
17  correction, right?
18    A.    I'm sorry, could you say that
19  again?
20    Q.    The only -- the only finding
21  that was statistically significant with
22  regard to the open field testing following
23  Bonferroni correction was the total
24  ambulatory movement as reflected in Figure 2
25  on page 4, correct?

1   MS. HUNT: Object to the form
2   of the question.
3       You can answer.
4       THE WITNESS: That's not
5   correct.
6       So the ambulatory movements
7   were statistically different, the
8   rearings were different, and the
9   center durations were different based
10  on treatment.
11  QUESTIONS BY MR. PADGETT:
12      Q.    My question was following
13  Bonferroni.
14      A.    Bonferroni?
15      Q.    Bonferroni. Correction.
16      The plus sign is for Bonferroni
17  correction statistical significance, and the
18  asterisk is following Bonferroni correction,
19  correct?
20      MS. HUNT: Object to the form
21  of the question.
22      You can answer.
23      THE WITNESS: That's not
24  entirely correct. So I believe you're
25  looking at Figure 2B?

1   QUESTIONS BY MR. PADGETT:
2       Q.    Yes.
3       A.    That's for the sex stratified
4   analysis?
5       Q.    Okay. Let me put it -- let me
6   ask it this way.
7       The open field test finding of
8   anxiety was based on the finding of decreased
9   total ambulation and decreased rearings in
10  the male mice as reflected in Figure 2,
11  correct?
12      A.    That is the main finding in the
13  open field test, but the open field test is
14  not just measuring anxiety. In fact, that's
15  not the main finding of the open field.
16  That's locomotor -- locomotor behavior.
17      But you can also evaluate risk
18  assessment behavior, thigmotaxis behavior and
19  other behavioral paradigms, other behavioral
20  parameters, in the open field test.
21      Q.    All right. And the main --
22  when you say the main focus of the -- as it
23  relates to testing for ADHD, the main focus
24  of the open field test is that you're looking
25  for increased ambulation in the treated

1   animals, or increased rearings in the treated
2   animals, that would be consistent with the
3   ADHD model, correct?
4       MS. HUNT: Objection to form.
5       THE WITNESS: That is not
6   correct. Sorry. Apologies. That is
7   not correct.
8       We're not looking for
9   disturbances in these behavioral
10  paradigms. Directionality is not
11  required. We're looking for
12  perturbations in these behavioral
13  readouts. Increases in these
14  behaviors that are statistically
15  significant, decreases in these
16  behaviors that are statistically
17  significant can still be relevant for
18  ADHD-like behaviors.
19      We're not measuring ADHD in
20  these animals. They are animals, not
21  people.
22  QUESTIONS BY MR. PADGETT:
23      Q.    And then with regard to
24  anxiety, do you see where it says, second,
25  the open -- after you discussed the open

1   field and USV tests, there was no effect in
2   the elevated plus maze, which is a common
3   assay for anxiety-related behavior, right?
4       A.    You're on page 11?
5       Q.    Yes.
6       MS. HUNT: Object to the form
7   of the question.
8       You can answer.
9       THE WITNESS: So if you're
10  asking me whether there were changes
11  in the elevated plus maze -- is that
12  your question?
13  QUESTIONS BY MR. PADGETT:
14      Q.    Yes.
15      A.    There were not changes in the
16  elevated plus maze. Statistically
17  significant changes in the elevated plus
18  maze.
19      Q.    And as you state there, that --
20  that is a common assay for anxiety-related
21  behavior, right?
22      A.    It is a common rodent test for
23  anxiety-related behavior.
24      Q.    So to the extent the conclusion
25  is that open field and pup ultrasonic were

1  consistent with anxiety, the elevated plus
2  maze was not consistent with increased
3  anxiety --
4      MS. HUNT: Object to the --
5  QUESTIONS BY MR. PADGETT:
6      Q.  -- correct?
7      MS. HUNT: Sorry.  Object to
8  the form of the question.
9      You can answer.
10     THE WITNESS:  As I stated
11  previously, the open field test that
12  was run with these mice, the main
13  intention of this test was to look at
14  local motor behavior. But the task
15  can also be used to look at mood and
16  anxiety-relevant behaviors as well.
17  Not mood.  Anxiety-related behaviors
18  as well.  Risk assessment-related
19  behaviors.
20  QUESTIONS BY MR. PADGETT:
21     Q.  In your report, it looks like
22  pages 39 to 46, in the second half of that
23  section you discuss the ADHD model for --
24  ADHD animal model, right?  And various assays
25  used for it?

1      A.  In my -- my report, I
2  discuss behavioral paradigms and outcome
3  variables that could be used to assess
4  outcomes that can be relevant for
5  neurodevelopmental outcomes such as ADHD and
6  ASD-relevant effects.
7      Q.  And, you know, in terms of the
8  expected results consistent with the animal
9  model for ADHD, that increased ambulation and
10  increased rearings is what would be expected
11  for consistency with the ADHD animal model,
12  correct?
13     MS. HUNT: Object to form.
14     You can answer.
15     THE WITNESS:  That is not in
16  line with the testimony that I've
17  given.
18  QUESTIONS BY MR. PADGETT:
19     Q.  Okay.  If that's what it says
20  in your report -- well, let me ask you this.
21     Have you -- you haven't amended
22  that section describing the animal model
23  assays for ASD and ADHD since your June 28 --
24  sorry, June 21 amended report, right?
25     MS. HUNT: Object to form.

1      You can answer.
2      THE WITNESS:  Are you asking me
3  whether I've amended that section
4  where I discuss the behavioral
5  paradigms?
6  QUESTIONS BY MR. PADGETT:
7      Q.  Yes.
8      A.  No, that's not been amended.
9      Q.  Okay.
10     A.  So the behavioral readouts that
11  have been provided here are examples of
12  behavioral paradigms.  Any directionality of
13  discussion that's given here are provided as
14  examples.  They're not provided as the only
15  types of readouts that are required to have
16  relevance for these behavioral readouts.
17     This is background information
18  that's provided as examples. This is not
19  meant to be comprehensive or the litmus test
20  for what's -- the only -- it's not
21  prescriptive as to what's required for the
22  outcomes for neurodevelopmental relevance.
23     Q.  We discussed unpublished
24  research earlier, and there was some such
25  unpublished research that you indicated you

1  could not talk about because it was currently
2  in peer review.
3      Do you recall that discussion?
4      A.  I recall that discussion.
5      Q.  Okay.  Are you relying on any
6  data or research that is currently in peer
7  review for your opinions in this case?
8      A.  No.
9      Q.  Do you anticipate providing a
10  supplemental report regarding that
11  unpublished research?
12     MS. HUNT: Objection.
13     You can answer.
14     THE WITNESS:  As it states in
15  my report, I say that I'm open to any
16  new information that comes to light,
17  but my report is based solely on
18  published information -- published,
19  publicly accessible information in
20  forming my opinion and the weight of
21  evidence.
22  QUESTIONS BY MR. PADGETT:
23     Q.  I mean, the unpublished data
24  that has been submitted for peer review, do
25  you have an anticipated date on when you will

¹ learn of whether it's been accepted for
² publication?
³         MS. HUNT:  Objection.
⁴     Answer, if you can.
⁵         THE WITNESS:  I do not have --
⁶     I can't refer to anything specifically
⁷     and answer that question.
⁸ QUESTIONS BY MR. PADGETT:
⁹     Q.    Are you part of any peer review
¹⁰ group for any unpublished data or research
¹¹ relating to a study on acetaminophen and
¹² neurodevelopmental disorders?
¹³         MS. HUNT:  Objection.
¹⁴     Answer, if you can.
¹⁵         THE WITNESS:  I can't answer
¹⁶     that.
¹⁷ QUESTIONS BY MR. PADGETT:
¹⁸     Q.    Not even whether you are?
¹⁹     A.    It's -- it would not be proper
²⁰ for me to answer that question.
²¹     Q.    So when the unpublished
²² research was submitted for peer review, did
²³ you disclose to whatever journal or journals
²⁴ involved that you are doing -- you're being
²⁵ paid by plaintiffs' counsel for this

¹ litigation?
²         MS. HUNT:  Object to form.
³         You can answer.
⁴         THE WITNESS:  So I'm just going
⁵     to go ahead and give some
⁶     clarification and go on the record by
⁷     saying I'm not indicating that I've
⁸     submitted anything, and I'm not
⁹     indicating that I'm peer reviewing
¹⁰     anything here.  So we should just
¹¹     dispense with any discussion of any of
¹²     this.
¹³         If I were peer reviewing
¹⁴     anything, I'm not -- by the rules of
¹⁵     the journal, I'm not allowed to
¹⁶     discuss that.  So it would not be
¹⁷     proper for a continued discussion of
¹⁸     that.
¹⁹         And if I myself have data that
²⁰     I'm submitting for publication, that's
²¹     the purview of my own research in my
²²     own lab.
²³         But again, if there's stuff
²⁴     that's peer -- that I'm peer
²⁵     reviewing, I'm not allowed to discuss

¹     that as per the rules of the journal.
² QUESTIONS BY MR. PADGETT:
³     Q.    Let's go outside anything
⁴ specific.
⁵         If you were to submit in six
⁶ months a study for -- a study article for
⁷ publication involving acetaminophen and
⁸ possible neurodevelopmental effects, would
⁹ you disclose to the journal that you're
¹⁰ submitting it to that you were being paid by
¹¹ the plaintiffs' counsel in this case?
¹²         MS. HUNT:  Object to the form
¹³     of the question.
¹⁴         You can answer.
¹⁵         THE WITNESS:  I would not need
¹⁶     to disclose that because I do not
¹⁷     receive funding for my research.  The
¹⁸     only things I would need to disclose
¹⁹     are my funding sources.  So I'm not
²⁰     conflicted.
²¹         Now, if somebody would like to
²² give me a research for my -- give me
²³ funding for my research, then I would
²⁴ disclose that.
²⁵

¹ QUESTIONS BY MR. PADGETT:
²     Q.    I think your report reflects
³ this, but did you look at documents produced
⁴ by the FDA in producing -- preparing your
⁵ report?
⁶     A.    I did.
⁷     Q.    Okay.  And those documents are
⁸ as recent as 2022, right?
⁹     A.    I do -- I do not recall the
¹⁰ recency of those documents, the date of the
¹¹ recency of those documents, off the top of my
¹² head.
¹³     Q.    Okay.  In any event, the
¹⁴ conclusion that the FDA has reached with
¹⁵ regard to any developmental neurotoxicity of
¹⁶ therapeutic doses of acetaminophen is not in
¹⁷ agreement with your opinions here, correct?
¹⁸         MS. HUNT:  Objection.
¹⁹     Misstates evidence.
²⁰         You can answer.
²¹         THE WITNESS:  I've seen
²² opinions within FDA production that
²³ individuals -- that the opinions are
²⁴ mixed within the FDA, so I don't
²⁵ necessarily agree with that statement.

1 QUESTIONS BY MR. PADGETT:
2     Q.    Well, let me ask you this.
3         The FDA has not come up -- come
4 out with an FDA conclusion, publicly or
5 privately, as far as you know, based on the
6 documents reviewed, that are in agreement
7 with your conclusions in this case, agree?
8         MS. HUNT:  Object to the form
9     of the question.
10         Answer, if you can.
11         THE WITNESS:  To my knowledge,
12     the FDA hasn't seen my opinion, so how
13     would they be able to opine on my
14     conclusions?
15 QUESTIONS BY MR. PADGETT:
16     Q.    I'm not asking whether they've
17 seen it.  I'm asking whether the FDA has come
18 out, either publicly or privately, with a
19 conclusion on behalf of the FDA that is
20 consistent with your opinions in this case.
21         MS. HUNT:  Same objection.
22     You can answer.
23         THE WITNESS:  My understanding
24     is that the FDA is continuing to
25     evaluate information as it comes.

1 QUESTIONS BY MR. PADGETT:
2     Q.    Have you seen any such FDA --
3 any such conclusion on behalf of the FDA that
4 is consistent with your opinions in this
5 case?
6         MS. HUNT:  Object to the form
7     of the question.
8     You can answer.
9         THE WITNESS:  I haven't seen an
10     opinion from the FDA that is in
11     contradistinction to my opinion or
12     supports my opinion.
13 QUESTIONS BY MR. PADGETT:
14     Q.    Have you ever asked to serve on
15 any decision-making committee regarding drug
16 safety?
17         Have you ever been asked to
18 serve on any decision-making committee
19 regarding drug safety?
20     A.    Not to my recollection, no.
21     Q.    Have you ever been asked to
22 serve on any decision-making committee
23 regarding women's health?
24         MS. HUNT:  Object to form.
25     You can answer.

1         THE WITNESS:  Any safety
2     committee regarding women's health?  I
3     do not believe I have.
4 QUESTIONS BY MR. PADGETT:
5     Q.    As we're sitting here today,
6 August 2023, the American College of
7 Obstetricians and Gynecologists disagrees
8 with your general causation opinion that
9 acetaminophen is a developmental
10 neurotoxicant capable of causing ASD,
11 correct?
12     A.    My understanding is that the
13 ACOG has released their statement that -- to
14 that -- to that regard, yes.  But I don't
15 think that every single member of ACOG is
16 necessarily in agreement with that.
17     Q.    And the same is true for the
18 Society for Maternal-Fetal Medicine.  As of
19 today, the Society for Maternal-Fetal
20 Medicine does not agree with your opinion --
21 with your general causation opinion that
22 acetaminophen is a developmental
23 neurotoxicant capable of causing ASD,
24 correct?
25         MS. HUNT:  Object to form.

1         You can answer.
2         THE WITNESS:  Similar to the
3     FDA, I don't think they've been able
4     to see my report, but I've seen
5     allusions to the -- to that regard,
6     yes.
7 QUESTIONS BY MR. PADGETT:
8     Q.    And same questions with regard
9 to ACOG and Society for Maternal-Fetal
10 Medicine.
11         As of today, those
12 organizations do not agree with you with
13 regard to your general causation opinion that
14 acetaminophen is a developmental
15 neurotoxicant capable of causing ADHD,
16 correct?
17         MS. HUNT:  Same objection.
18     You can answer.
19         THE WITNESS:  I would give the
20     same answer as before.
21 QUESTIONS BY MR. PADGETT:
22     Q.    Okay.  Are you aware of any
23 medical organizations in the United States
24 that as of today agree with your general
25 causation opinion here?

1    MS. HUNT:  Object to form.
2    You can answer.
3    THE WITNESS:  I haven't
4  inventoried all the medical
5  organizations to see what their
6  opinions are with respect to this
7  topic, so it would be difficult for me
8  to answer that.
9  QUESTIONS BY MR. PADGETT:
10    Q.    Well, I'm just asking you, as
11  you sit here today, are you aware of any that
12  agree with your general causation opinion in
13  this case?
14    MS. HUNT:  Same objection.
15    You can answer.
16    THE WITNESS:  And I understand
17  from the Bauer consensus statement
18  that there's a lot of individuals that
19  are medical practitioners that have a
20  similar viewpoint.
21  QUESTIONS BY MR. PADGETT:
22    Q.    Are the signers of the Bauer
23  2021 consensus statement a medical
24  organization collectively?
25    A.    I don't know.

1    Q.    Do you have a draft of an
2  additional expert report that you're working
3  on now, or anything like that?
4    MS. HUNT:  Object to the form
5  of the question.
6    Answer, if you can.
7    THE WITNESS:  I don't believe I
8  have another draft of an expert
9  report.
10  QUESTIONS BY MR. PADGETT:
11    Q.    Okay.  So as of today, we have
12  in writing whatever your opinions are in this
13  case, correct?
14    MS. HUNT:  Object to form.
15    You can answer.
16    THE WITNESS:  My opinion -- my
17  expert report is subject to change
18  based on new information, as it says
19  in my expert report.
20  QUESTIONS BY MR. PADGETT:
21    Q.    But as of today, your opinions
22  are set forth in your expert report --
23  reports, plural?
24    A.    That is a fair statement.
25    (Pearson Exhibit 70 marked for

1  identification.)
2  QUESTIONS BY MR. PADGETT:
3    Q.    Okay.  I'm going to hand you
4  what's been marked as Exhibit 70.
5    Can you identify this
6  Exhibit 70 for me?
7    A.    Yes, this is a -- this is an
8  e-mail chain.
9    Q.    And there's an e-mail -- and
10  one of them -- this e-mail is from you, at
11  least the December 18, 2022, 11:21 a.m.
12  There's an e-mail from you to fellow
13  coauthors on the Baker 2023 study, right?
14    A.    Yes.
15    Q.    And it's Dr. Brennan -- sorry.
16  Dr. Baker, Dr. Hamblin and Dr. Yang, right?
17    A.    Yes.
18    Q.    And there you note that Baker
19  2023 has been accepted for publication,
20  correct?
21    A.    Yes.
22    Q.    Okay.  And then you state,
23  quote, "We are pissing off Johnson & Johnson
24  and all obstetricians simultaneously.  I'd
25  say that's impactful," period, end quote.

1    Correct?
2    A.    Yes.
3    Q.    Okay.  At this time, you had
4  been engaged by plaintiffs' counsel -- strike
5  that.
6    At this time, you had at least
7  been contacted by plaintiffs' counsel for
8  this litigation nine months earlier, based on
9  your prior testimony?
10    A.    That sounds about right.
11    Q.    Okay.  Was one of your research
12  team's goals in conducting this study to make
13  an impact by, quote, pissing off, end quote,
14  Johnson & Johnson?
15    A.    No, that would not have been
16  the goal.
17    Q.    Why did you say this then as to
18  Johnson & Johnson specifically?
19    A.    Well, this statement just
20  reflects the sort of frustration at sort of
21  the inaction and controversy and skepticism
22  about the preclinical literature and the
23  observational epi literature, and the fact
24  that many of us scientists have been working
25  on this topic, and the fact that there's just

1 inaction and continued skepticism.
2          And so working on this and
3 working on this, and the fact that we talk
4 about this topic and it's met with disdain or
5 met with, again, to use the same term over
6 and over again, skepticism, finally getting
7 this paper accepted elicited this response,
8 which was a bit tongue in cheek.
9     Q.    And as we -- strike that.
10          And was one of your research
11 team's goals in conducting the study to make
12 an impact by, quote, "pissing off...all
13 obstetricians," end quote?
14     A.    No.
15     Q.    Did you or any others on your
16 research team follow up to see the extent
17 of it -- of any impact paid by pissing off
18 Johnson & Johnson?
19     A.    We did not follow up on that,
20 no.
21     Q.    Did you or any your research
22 team follow up to see the extent of any
23 impact made by, quote, "pissing off," end
24 quote, all obstetricians?
25     A.    No.

1     Q.    Why did you find it impactful
2 to piss off all obstetricians?
3          MS. HUNT:  Object to the form
4     of the question.
5          You can answer.
6          THE WITNESS:  Can you restate
7     that question?  I'm sorry.
8 QUESTIONS BY MR. PADGETT:
9     Q.    Why did you find it impactful
10 to piss off all obstetricians, as you put it
11 here?
12     A.    We didn't.  Again, as I said,
13 this -- this statement just reflected our
14 excitement about finally getting our paper
15 published and being able to provide more
16 support for what we believe to be an
17 important topic.
18     Q.    So are you now retracting that
19 you'd say that this study was impactful?
20          MS. HUNT:  Object to --
21 QUESTIONS BY MR. PADGETT:
22     Q.    In pissing off J&J and all
23 obstetricians simultaneously?
24          MS. HUNT:  Object to the form
25     of the question.  Misstates testimony.

1          Dr. Pearson, you can answer.
2          THE WITNESS:  If you're asking
3     me whether I think the impact of the
4     study is that it frustrates the
5     corporate entity and it frustrates
6     clinicians, that's not what we believe
7     the impact of the study actually is.
8          We believe the impact of the
9     study is by providing more and strong
10     evidence that the medication is a
11     neurodevelopmental toxicant that can
12     contribute to these health outcomes.
13          We think that it does challenge
14     this view that the corporate entity
15     and the clinicians have, and that is
16     important to us.
17 QUESTIONS BY MR. PADGETT:
18     Q.    Do you believe it's
19 inappropriate for an OB/GYN or a
20 maternal-fetal medicine physician to consider
21 treatment of fever and pain in pregnant women
22 an important issue?
23          MS. HUNT:  Object to the form
24     of the question.
25          You can answer.

1          THE WITNESS:  Can you repeat
2     the question?
3 QUESTIONS BY MR. PADGETT:
4     Q.    Do you believe it's
5 inappropriate for an OB/GYN or a physician or
6 a maternal-fetal medicine physician to
7 consider treatment of fever and/or pain in
8 pregnant women an important issue?
9          MS. HUNT:  Same objection.
10          You can answer.
11          THE WITNESS:  I do -- I do not
12     think that a maternal-fetal medicine
13     doctor or obstetrician should not
14     consider that an important issue.
15     They should consider that an important
16     issue.
17          I would never argue the
18     alternative.
19 QUESTIONS BY MR. PADGETT:
20     Q.    And if you want to refer to
21 your report, you can.
22          In your summary of the study on
23 page 113 of your report, you note that a
24 single dose of 150 milligram per kilogram per
25 day was used, and you state that was at the

Page 98

1 high end of dosing, correct?
2    A.   You say on 113 on the report?
3    Q.   Yes.
4       MS. HUNT:  I'm sorry, can you
5 specify the study we're talking about?
6       MR. PADGETT:  We're talking --
7 sorry.  We're talking about Baker
8 2023.
9       MS. HUNT:  Thank you.
10       THE WITNESS:  Which paragraph?
11 QUESTIONS BY MR. PADGETT:
12    Q.   Strike that.
13       If you could turn to Baker
14 2023, it's exhibit...
15       Which exhibit is that?
16 Apologies.
17    A.   68.
18    Q.   68.
19       Turn to page 2, please.
20    A.   (Witness complies.)
21    Q.   And there on the right
22 common -- or column, you state that "the dose
23 of 150 milligrams per kilogram per day is
24 within the range of human exposure accounting
25 for allometric scaling and has previously

Page 99

1 been shown to result in the highest serum
2 concentrations of APAP without inducing liver
3 toxicity in mice."
4       Correct?
5    A.   That's what it states.
6    Q.   Okay.  Sorry.  Can you turn
7 back to page 113 of your report?
8    A.   I'm there.
9    Q.   Yeah.
10       Right after -- it's about the
11 fourth or fifth sentence there in your
12 summary for Baker 2023.  You state that you
13 opted to be at the high end of dosing to see
14 if an effect existed, right?
15    A.   That's what it states.
16    Q.   Okay.  And so this is --
17 150 milligrams per kilogram per day is not
18 just at the high end of dosing, but Baker
19 2023 confirms that doses above 100 milligrams
20 per kilogram per day can induce liver
21 toxicity, right?
22    A.   Baker, et al., does not say
23 that.
24    Q.   At what levels have liver
25 toxicity been shown in mice?

Page 100

1       MS. HUNT:  Objection.
2 QUESTIONS BY MR. PADGETT:
3    Q.   With acetaminophen.
4       MS. HUNT:  Object to the form
5 of the question.
6       You can answer.
7       THE WITNESS:  There's -- that's
8 a massive literature, so you might
9 have to narrow a bit.
10 QUESTIONS BY MR. PADGETT:
11    Q.   Has a 150 milligrams per
12 kilogram dose been shown to cause liver
13 toxicity in mice?
14       MS. HUNT:  Object to the form
15 of the question.
16       You can answer.
17       THE WITNESS:  It would depend
18 on your definition of liver toxicity.
19       If your measure is AS -- an AST
20 elevation, an ALT elevation, liver
21 necrosis, liver failure -- I mean, if
22 you're referring to a specific study,
23 I'd be happy to look at it.
24       But generally 100 milligrams
25 per kilogram does not cause liver

Page 101

1 toxicity in mice.
2 QUESTIONS BY MR. PADGETT:
3    Q.   But 150 milligrams per
4 kilogram?
5    A.   Generally, no.
6    Q.   Okay.  Has 150 milligrams per
7 kilogram been shown in published literature
8 to show liver toxicity in mice?
9    A.   I would repeat my response from
10 before.  It depends on your definition of
11 liver toxicity.
12    Q.   Did you review Dr. Cabrera's
13 report in this case?
14    A.   I did.
15    Q.   It was previously marked as
16 Exhibit 12 in this litigation.  I'll hand it
17 to you, if you want to have it handy.
18       But I'm referring to page 34.
19       MS. HUNT:  Do you have an extra
20 copy, Counsel?
21       MR. PADGETT:  Oh --
22       MS. KAPKE:  We don't.  I'm
23 sorry.
24       MR. PADGETT:  We don't.  I'm
25 sorry.

Page 102

1      MS. KAPKE:  It's the Cabrera
2  report.
3      MS. HUNT:  Okay.  In the
4  future, I'd just --
5      MR. PADGETT:  Yeah.
6      MS. HUNT:  -- ask for the
7  courtesy of having a copy for me,
8  please.
9  QUESTIONS BY MR. PADGETT:
10     Q.   Dr. Cabrera put the mouse
11 single therapeutic dose, and it's in bold on
12 page 34 there, at 150 to 200 milligrams per
13 kilogram, as reported from experimental
14 studies and calculated using human equivalent
15 conversions, right?
16     A.   In bold it states, "Based on
17 these data and calculations, a mouse dose of
18 approximately 150 to 200 milligrams per
19 kilogram."  And then it goes on.
20     Q.   Would be in the therapeutic --
21     A.   In the therapeutic range.
22     Q.   Okay.  And he also states that
23 a rat single therapeutic dose would be at 100
24 to 150 milligrams per kilogram, as reported
25 from experimental studies and calculated

Page 103

1  using AGD conversions, correct?
2      A.   That's what I read.
3      Q.   Okay.  So the human -- do you
4  agree that human equivalent therapeutic dose
5  in mice is there's -- is therefore somewhere
6  below 150 milligrams per kilogram per day?
7      MS. HUNT:  Object to form.
8  You can answer.
9      THE WITNESS:  You're asking
10 whether I think it's below this?
11 QUESTIONS BY MR. PADGETT:
12     Q.   Below 150 milligrams per
13 kilograms per day for mice.
14     A.   I don't --
15     MS. HUNT:  Same objection.
16     THE WITNESS:  -- necessarily
17 agree with that, no.
18 QUESTIONS BY MR. PADGETT:
19     Q.   Strike that.  Strike that.
20     Would you agree that the human
21 equivalent single therapeutic dose in mice is
22 somewhere below 150 milligrams per kilogram?
23     MS. HUNT:  Object to the form
24 of the question.
25     Answer, if you understand it.

Page 104

1      THE WITNESS:  No, I think
2  that's a -- I don't think you can
3  narrow it to a single point like that.
4  It depends on the study.  It depends
5  on the route of administration.  It
6  depends on the application.  It
7  depends on if you're looking for fever
8  reduction.  It depends on if you're
9  looking for pain.  It depends on if
10 you're doing toxicity.  Amongst other
11 things.
12 QUESTIONS BY MR. PADGETT:
13     Q.   And I'm talking about the human
14 equivalent therapeutic dose in mice.
15     Would you a -- as in per the
16 label, would you agree that it is somewhere
17 below 150 milligrams per kilogram for a
18 single dose?
19     MS. HUNT:  Objection.  Form.
20 Dr. Pearson, you can answer.
21     THE WITNESS:  Well, this is
22 Dr. Cabrera's report.  Dr. Cabrera is
23 saying it's between 100 --
24 approximately 150 to 200 milligrams
25 per kilogram.

Page 105

1      I don't have any strong reason
2  to disagree with Dr. Cabrera.
3  QUESTIONS BY MR. PADGETT:
4      Q.   Okay.
5      A.   So in that sense, I would not
6  agree with you.
7      Q.   Would you agree that a human
8  equivalent therapeutic dose in mice, using
9  Dr. Cabrera's numbers, would be below
10 200 milligrams per kilogram for a single
11 dose?
12     MS. HUNT:  Object to the form
13 of the question.
14     You can answer.
15     THE WITNESS:  I would concur
16 with Dr. Cabrera, which is
17 approximately 150 to 200 milligrams
18 per kilogram as a human equivalent
19 dose, as stated in his report.
20 QUESTIONS BY MR. PADGETT:
21     Q.   Therapeutic dose, right?
22     MS. HUNT:  Object to form.
23     You can answer.
24     THE WITNESS:  No.  He's saying
25 is therapeutic, not therapeutic dose.

1 QUESTIONS BY MR. PADGETT:
2    Q.    Okay.
3    A.    He's saying what is
4 therapeutic.  He's not saying a therapeutic
5 dose.
6    Q.    Did you exclude --
7    A.    There's a difference.
8    Q.    Sorry.
9         Did you exclude studies from
10 your report that administer a dose above
11 200 milligrams per kilogram in mice or rats?
12       MS. HUNT:  Object to form.
13 QUESTIONS BY MR. PADGETT:
14    Q.    In your weight of evidence
15 analysis.
16    A.    In my weight of evidence
17 analysis, I certainly excluded studies that
18 were not just above 200, but well above 200 I
19 excluded.
20    Q.    Beck -- the Beck study was
21 including your weight of analysis, correct?
22    A.    I included that, yes.
23    Q.    Okay.  And that was -- that
24 involved doses at 250 milligrams per kilogram
25 and 500 milligrams per kilogram, correct?

1    A.    It was, I believe, zero, 250
2 and 500, if I remember correctly.  I can
3 look.
4    Q.    And --
5    A.    125 as well.
6    Q.    But it did include 250 and
7 500 milligrams per kilogram single dose?
8    A.    Zero, 125, 250, 500.
9    Q.    Okay.  And Rigobello, among its
10 dosing -- doses included 350 milligrams per
11 kilogram, correct?
12    A.    I would have to look.
13    Q.    Sure.  It's in your...
14    A.    Rigobello was mouse.
15    Q.    You have a chart on mouse --
16 mice.
17    A.    Yeah, I'm looking for that
18 right now.
19    Q.    Rigobello was rat.
20    A.    Rigobello was rat?
21    Q.    Yes.  Page 83 of your report.
22    A.    Yeah, so that was zero, 35 and
23 350.
24    Q.    So you included Rigobello in
25 your weight of evidence analysis even though

1 it was -- included a dose of 350 milligrams
2 per kilogram single dose, right?
3    A.    I included Rigobello.
4    Q.    Okay.  Are your opinions in
5 this case not limited to answering the
6 question of whether exposure to therapeutic
7 doses in humans of acetaminophen in utero can
8 cause ASD or ADHD?
9    A.    The specific language I used in
10 my report was whether reasonable doses of
11 acetaminophen contribute to
12 neurodevelopmental disorders such as ASD-like
13 and ADHD-like outcomes in rodent models and
14 in vitro models.
15    Q.    Can you turn to page 4 of your
16 report?
17    A.    (Witness complies.)
18    Q.    Under mandate there --
19    A.    Yes.
20    Q.    -- you state, quote, "My expert
21 report addresses whether there is a
22 biologically plausible explanation for the
23 increased risk of neurodevelopmental
24 disorders ASD and ADHD in offspring with
25 prenatal use of APAP, and whether the

1 preclinical literature supports that
2 therapeutic, clinical and translationally
3 relevant preclinical doses of APAP show
4 evidence of harm to the central nervous
5 system, particularly to the developing
6 mammalian brain."
7         Did I read that right?
8    A.    Yeah.  And in parentheses,
9 "They were translationally relevant."
10         "What is translationally
11 relevant are rodent doses that are well below
12 those causing acute liver failure, and
13 particularly the doses that are analgesic or
14 antipyretic in that species and lower."
15    Q.    So regardless of whether it was
16 equivalent of a therapeutic human dose, if it
17 was below doses causing acute liver failure
18 in a rodent, you included it?
19       MS. HUNT:  Object to the form
20 of the question.
21       You can answer.
22       THE WITNESS:  And it states
23 here it's translationally relevant.
24 QUESTIONS BY MR. PADGETT:
25    Q.    If you could turn to page 2,

Page 110

1 left column, middle of the first column of
2 Baker 2023.
3       A.    Middle of the left column?
4       Q.    Yes.
5       A.    Okay.
6       Q.    It states -- do you see the
7 sentence that starts "Finally"?  About the
8 middle of the first full paragraph.
9       A.    Middle of the first full
10 paragraph.  I'm having trouble finding that.
11          MS. HUNT:  I am, too.
12 QUESTIONS BY MR. PADGETT:
13       Q.    Page 2, left column, first
14 paragraph, middle of that paragraph.  It
15 starts with "Finally, the mechanisms."
16       A.    Is it -- can you tell me...
17       Q.    It's right before Philippot
18 2018.
19          MS. HUNT:  Oh.
20          THE WITNESS:  Oh, I see it.
21 QUESTIONS BY MR. PADGETT:
22       Q.    Okay.
23       A.    I've got it.  "Finally, the
24 mechanisms linking."  Okay.
25       Q.    There you state, quote,

Page 111

1 "Finally, the mechanisms linking APAP
2 exposure to abnormal neurodevelopment are
3 unclear," period, end quote.
4          Do you still agree with that
5 statement?
6       A.    In part.  But what the
7 statement is indicating is that we don't know
8 everything.  Just because we don't know
9 everything doesn't mean we know anything.
10          So when we write in science,
11 when we're writing a grant proposal, when
12 we're writing a paper, we have to be very
13 conservative in how we write.  We have to say
14 that, you know, we don't know everything,
15 therefore, we need to learn more.  And that's
16 almost always the case.
17       Q.    What studies have been
18 published this year that now make clear --
19 that now make the mechanism linking APAP
20 exposure to abnormal neurodevelopment, quote,
21 clear, end quote?
22       A.    A lot of the studies are making
23 things clearer.  In 2021, 2022, 2023, there's
24 a lot that's been published.  In vitro
25 studies, in vivo studies, more epi, more

Page 112

1 biomarker studies.
2       Q.    I'm talking since publication
3 of Baker 2023.
4       A.    Klein, Xie, that's stuff
5 that --
6       Q.    Okay.
7       A.    -- that -- the rate that the
8 studies are coming out, it's compounding.
9       Q.    And Klein 2023 included dosing
10 at 350 milligrams per kilogram --
11       A.    Yes.
12       Q.    -- which is more than twice the
13 high end of the dosing referred to in Baker
14 2023 of 150 milligrams per kilogram, correct?
15          MS. HUNT:  Object to the form
16 of the question, as it relates to the
17 wrong species.
18          You can answer.
19          MR. PADGETT:  Object to form
20 only.
21          MS. HUNT:  Okay.
22          THE WITNESS:  So 350 milligrams
23 per kilogram can be appropriate if you
24 apply allometric scaling.
25          Rodents are not humans.  Rats

Page 113

1 and mice have heartbeats that are 500
2 times -- 500 beats per minute.  They
3 consume oxygen at rates that are much,
4 much higher than humans.
5          You can't do direct dosing
6 conversions between rodents and
7 humans.  That's not appropriate.
8 QUESTIONS BY MR. PADGETT:
9       Q.    But that's 150 milligrams per
10 kilogram higher than the high end of
11 Dr. Cabrera's therapeutic dose range of 150
12 to 200 milligrams per kilograms for a single
13 dose, right?
14          MS. HUNT:  Same objection.
15          You can answer.
16          THE WITNESS:  The Klein, et
17 al., study used allometric scaling in
18 their dose justification as well.
19          There's various approaches to
20 allometric scaling.  There's not
21 one -- there's not a single allometric
22 scaling approach.
23 QUESTIONS BY MR. PADGETT:
24       Q.    It's 150 milligrams per
25 kilograms higher, though, than the range

Page 114

1 provided by Dr. Cabrera for rats for
2 therapeutic allometric dosing per a single
3 dose pursuant to his HE -- human equivalent
4 dose analysis.  Agree?
5     A.    The --
6         MS. HUNT:  Objection.  Form.
7         You can answer.
8         THE WITNESS:  Klein and
9     colleagues aren't relying on
10    Dr. Cabrera's expertise in deciding on
11    their dosing.  They get to decide that
12    on their own.
13 QUESTIONS BY MR. PADGETT:
14    Q.    You reference -- you discuss in
15 Baker 2023 the upregulation of estrogen
16 response in females.  This is on page 7,
17 bottom right.
18        Did you or your team do any
19 analysis to determine if these changes seen
20 were adverse or adaptive?
21    A.    If they were adverse or
22 adaptive.  We did not have the funding to
23 follow up on those pathways.
24    Q.    Did you do any analysis to
25 determine if these changes were transient or

Page 115

1 permanent?
2     A.    We know these effects are not
3 transient because these effects were seen
4 after the dosing had ceased.
5     Q.    Does your -- does Baker 2023
6 describe how these findings would be
7 associated specifically with ASD?
8     A.    Are you asking me how these
9 effects are associated with ASD?
10    Q.    No.
11        Does Baker -- the Baker 2023
12 article describe how these findings would be
13 associated with ASD?
14    A.    The Baker 2023 paper does not
15 focus on ASD specifically.
16    Q.    Does Baker -- the Baker 2023
17 article describe how these findings would be
18 associated with ADHD?
19    A.    The relevance of these findings
20 to ADHD is discussed.  The potential
21 relevance of these findings to ADHD is
22 discussed.
23    Q.    And that's the anxiety
24 discussed -- issues discussed in the
25 conclusion?

Page 116

1         MS. HUNT:  Objection.
2 Misstates evidence.
3         You can answer.
4         THE WITNESS:  The exposure of
5 the study, acetaminophen prenatal and
6 the epidemiology discussion, is
7 focused on neurodevelopmental impacts
8 of prenatal acetaminophen on ADHD.
9 ASD is discussed in the introduction
10 as well.
11        But the outcomes are discussed
12 more agnostically for disease, and we
13 do that intentionally because
14 neurodevelopmental disorders are
15 highly comorbid with each other.  We
16 intentionally don't try to pin results
17 so tightly to one diagnostic outcome
18 for multiple reasons.
19        One, because of these
20 transdiagnostic effects.  Also, the
21 outcomes we found weren't so
22 ASD-specific -- or, sorry,
23 ADHD-specific.
24        Also, we are dealing with
25 rodents.  You know, rodents aren't

Page 117

1     little humans, as I've stated.
2     ADHD-like outcomes in rodents aren't
3     easy to model.  It takes strong
4     expertise to be able to do this work.
5     We're very equipped to do that work.
6         So in our results, we talk
7     about our results as we find them and
8     are very conservative about how we do
9     that.
10        Our RNA sequencing results we
11    talk about in terms of pathways and
12    avoid trying to overattribute these
13    pathways to ASD and ADHD influences.
14 QUESTIONS BY MR. PADGETT:
15    Q.    If you turn to the conclusion
16 of Baker 2023 on page 11.
17        You state there -- there's a
18 sentence that starts "It."
19    A.    "It is also possible"?
20    Q.    Yeah.
21        Quote, "It is also possible
22 that ADHD is too complex a human disorder to
23 be translated into human behavior," end
24 quote.
25        As you sit here today, do you

Page 118

1  agree with that statement in Baker 2023.
2      A.   What is -- what is attempting
3  to be communicated here is that you may not
4  be able to capture the full -- the full
5  entity that is human ADHD in a single animal
6  model.  You have to compartmentalize it into
7  symptoms and symptom domains.  So essentially
8  the idea that you can look for every aspect
9  of ADHD in one animal model might be
10  overambitious.
11     Q.   Is it your opinion that the
12  full range of ADHD in humans is captured by
13  the entirety of the animal models for ADHD?
14     MS. HUNT:  Object to the form
15     of the question.
16     You can answer.
17     THE WITNESS:  I believe that's
18     outside of the scope of my mandate for
19     this proceeding.
20  QUESTIONS BY MR. PADGETT:
21     Q.   I'm -- no, I think -- I think
22  it's very within your expert report, and it's
23  relevant to this quote, this line, from Baker
24  2023.
25     My question is, is it your

Page 119

1  opinion that the animal models for ADHD
2  collectively --
3      A.   Okay.  I understand.
4      Q.   -- capture the full range of
5  ADHD behaviors in humans?
6      A.   Yes.  That's a good question.
7      So I believe the animal models
8  can capture the full range of the behavior --
9  behavioral sequelae that are exhibited in
10  humans that are living with ADHD.
11     Q.   Animals cannot?
12     A.   Animals can.
13     Q.   Animals -- I'm sorry.  Animals
14  cannot talk, correct?
15     A.   Animals can communicate.
16     Q.   Animals cannot -- do you agree
17  that animals cannot talk like humans?
18     MS. HUNT:  Object to form.
19     You can -- you can answer.
20     THE WITNESS:  Animals can
21     communicate with vocal communication.
22  QUESTIONS BY MR. PADGETT:
23     Q.   Dr. Baker {sic}, my question
24  is, can rats or mice communicate in the
25  expressive language that humans can?

Page 120

1      MS. HUNT:  Object to form.
2      You can answer.
3      THE WITNESS:  Rats and mice do
4      not have a spoken language that is as
5      complex as humans do, but they do have
6      vocal communication, and they do have
7      a rich vocal repertoire that can be
8      measured.
9  QUESTIONS BY MR. PADGETT:
10     Q.   Are you consulting on any
11  litigated matters currently besides this
12  case?
13     A.   No.
14     Q.   Have you ever been involved in
15  any other litigation involving acetaminophen
16  exposure?
17     A.   No.
18     Q.   Have you ever been involved in
19  any litigation involving ASD or ADHD?
20     A.   I have not.
21     Q.   Have you ever been involved in
22  other litigation involving exposure to
23  medication or chemicals and allegations of
24  adverse health effects?
25     A.   I have not.

Page 121

1      Q.   Dr. Pearson, are you relying on
2  any other expert reports for your opinions in
3  this case?
4      A.   I relied on Dr. Cabrera,
5  Dr. Louie, Dr. Baccarelli, and Dr. Hollander.
6      Sorry.  I reviewed
7  Dr. Hollander; I didn't rely upon it.
8      Q.   And to be clear, I'm asking if
9  you relied on these other named experts.  You
10  already clarified you're not relying on
11  Dr. Hollander.
12     Have you relied on
13  Dr. Baccarelli, Dr. Cabrera, and Dr. Louie for
14  your opinions in this case?
15     MS. HUNT:  Object to form.
16     You can answer.
17     THE WITNESS:  I cite all of
18     these reports that I just listed to
19     you in my report and defer to them on
20     a lot of their expertise.  Their
21     expert reports don't change my expert
22     report.
23     So I drafted my full expert
24     report before I reviewed theirs, and
25     having reviewed their expert reports,

Page 122

1 it did not substantially change my
2 expert report.
3 QUESTIONS BY MR. PADGETT:
4 Q. You said did not?
5 A. It did not change my expert
6 report. So having reviewed theirs, I did not
7 need to modify mine.
8 Q. At page 3 of your expert
9 report, you describe, beginning of your
10 discussion, a weight of evidence methodology
11 that you reviewed published preclinical
12 studies evaluating the effects of gestational
13 and perinatal APAP exposure on
14 neurodevelopmental disorders.
15 And you are not limiting your
16 evaluation to ASD or ADHD specifically,
17 correct?
18 MS. HUNT: Object to form.
19 You can answer.
20 THE WITNESS: It's difficult
21 for me to answer your question.
22 Can you -- can you elaborate a
23 bit?
24 QUESTIONS BY MR. PADGETT:
25 Q. In your evaluation of this

Page 123

1 case, did you evaluate these animal studies
2 based on effects related to
3 neurodevelopmental orders {sic} broadly or
4 just ASD or ADHD specifically?
5 MS. HUNT: Objection. Form.
6 You can answer.
7 THE WITNESS: Animals don't
8 have ADHD or autism, so, accordingly,
9 I can't just -- I had to -- you know,
10 my catchment for the preclinical
11 studies has to include
12 neurodevelopmental search terms that
13 extend beyond ASD and ADHD. So it's
14 beyond just ASD and ADHD.
15 QUESTIONS BY MR. PADGETT:
16 Q. Okay. And then you used the
17 term "perinatal APAP exposure" there.
18 Can you define what you mean by
19 perinatal there?
20 A. So the exposure window includes
21 early postnatal exposures as well.
22 Q. And for mice and rats, can you
23 tell me where the postnatal window ends if
24 you're talking equivalent to human gestation
25 and neurodevelopment?

Page 124

1 MS. HUNT: Object to form.
2 You can answer.
3 THE WITNESS: So it's -- I
4 believe it states clearly in my report
5 where that catchment was, but without
6 looking super clearly, I believe it
7 was either postnatal day 14 or 15?
8 Yeah.
9 QUESTIONS BY MR. PADGETT:
10 Q. Was it PN -- is it postnatal
11 day 10 or postnatal day 14?
12 A. Before I say for certain, I
13 would need to find it.
14 But the first -- the first one
15 or two weeks postnatal are equivalent to the
16 third trimester in human brain development.
17 Q. Okay.
18 A. So that's the justification to
19 include that as the -- in the exposure --
20 exposure window, to include the human
21 prenatal equivalent.
22 Q. And did you include studies
23 in -- animal studies in your weight of
24 analysis evaluation that administered
25 acetaminophen after the equivalent of the

Page 125

1 human gestational neurodevelopmental period
2 of PN 10 or PN 14?
3 A. There are studies that continue
4 the exposure beyond that window, but the
5 requirement was the exposure needed to begin
6 before that early postnatal period.
7 Q. I'll probably butcher the
8 pronunciation here. There's a series of rat
9 studies, the Blecharz-Klin studies. There's
10 two, 2015, two studies, 2016, 2017, 2018 and
11 2019.
12 In those studies, the rats were
13 dosed until they were two months old, 60 days
14 old, right?
15 A. Yes.
16 Q. And if you could refer to
17 page 48 of your report, PN 60, postnatal day
18 60, is the equivalent of a young adult.
19 Agree?
20 A. I would agree with that.
21 In my narrative review of those
22 studies, I acknowledge that extension of that
23 window, clearly.
24 Q. And you mentioned that.
25 Did you knock off any points in

1  your scoring evaluation for that?
2       A.   I don't recall.
3       Q.   Is your -- is your response
4  that you do not recall knocking off points or
5  that you don't recall whether you did?
6       A.   I do not recall whether that
7  was a scorable criterion or not, the exposure
8  window.
9       Q.   Okay.
10      A.   I do not believe it was.
11      Q.   You agree that administration
12 of acetaminophen at -- in a rodent at two
13 months old does not correspond to human
14 gestation, right?
15           MS. HUNT:  Object to form.
16           You can answer.
17           THE WITNESS:  Exposure starting
18      at two months of age would certainly
19      be well outside of the exposure
20      window, but these animals were exposed
21      prenatally in addition to postnatally.
22 QUESTIONS BY MR. PADGETT:
23      Q.   So there's a couple of studies
24 that you excluded.  There's a long
25 footnote 7.  Do you remember a long footnote

1  7 --
2       A.   I do.
3       Q.   -- of studies you excluded?
4            The Ishida 2007, Viswanathan
5  2019 studies, you excluded those because they
6  involved administration of acetaminophen in
7  four- to five-week-old rodents, right?
8       A.   Yes.
9       Q.   And your basis for excluding
10 those but not the Blecharz-Klin series of
11 studies is because the Ishida and Viswanathan
12 studies didn't involve the equivalent of
13 human gestation dosing?
14      A.   The difference between those
15 studies is that any effects of acetaminophen
16 would be solely attributable to adult
17 exposures.
18      Q.   So if we talk -- I think you
19 reference in your report that 20 -- that rat
20 gestation is 23 days, right?
21      A.   Approximately.
22      Q.   Okay.  If we add 10 days or
23 14 days on for postnatal equivalent of the
24 third trimester of human gestation, that
25 would be 33, 37 days, right?

1       A.   That sounds about right.
2       Q.   And if you dose the rats all
3  the way up to 60, we're talking another
4  45 days or so of post-human equivalent
5  gestation dosing, right?
6       A.   I'll grant that, yeah.
7       Q.   And the testing, behavioral and
8  biochemical testing, in Blecharz-Klin in
9  those series of studies was immediately after
10 the last dosing at 60 days generally.
11           Is that correct?
12      A.   It depends on the study.  I
13 don't think they were all at 60 days.
14      Q.   Were many?
15      A.   I think some of them began --
16 began earlier.
17      Q.   All right.
18      A.   Some of the biochemical ones
19 started earlier, I thought.
20      Q.   In many of these studies,
21 though, the rats were dosed longer, like
22 45 days longer, than the human equivalent of
23 gestation and tested right after that dosing
24 ended, correct?
25      A.   They may have been, yeah.

1            I'll also point out that if
2  you're doing an observational epidemiological
3  study, those individuals that are followed
4  up, they're still getting acetaminophen
5  postnatal as well.  So it's -- it's not --
6  it's ecologically relevant in some ways as
7  well.
8       Q.   In this Blecharz-Klin series of
9  studies, how are you able to determine -- how
10 were you able to determine whether the
11 effects observed in those studies occurred
12 from those -- the dosing up through PN 10 or
13 PN 14 versus the dosing from days 15 to 60?
14           MS. HUNT:  Object to form.
15           You can answer.
16           THE WITNESS:  In the -- in the
17      Blecharz-Klin studies, they do not
18      have controls that would allow to
19      discriminate the exact time point when
20      the cellular, molecular, behavioral
21      perturbation would occur.
22           On the other hand, there's
23      still strengths in these studies
24      because it's still demonstrating that
25      these prolonged exposures starting in

Page 130

1    the prenatal periods are disturbing
2    biochemical and behavioral changes.
3          Now, it does limit the critical
4    window determination, these postnatal
5    exposures as well, and that's why I
6    fully acknowledge in my report the
7    limitations of these studies.  I
8    acknowledge fully that that is a
9    limitation, the post -- these
10   postnatal windows as well.
11   QUESTIONS BY MR. PADGETT:
12        Q.    But again, we don't know how --
13   you don't recall how that affected your
14   scoring in your weight of evidence analysis,
15   correct?
16          MS. HUNT:  Object to form.
17          You can answer.
18          THE WITNESS:  The scoring
19   system is to discuss the rigorousness
20   of the study design.  The scoring is
21   not to -- is not -- is not to -- is
22   not intended to -- the point of the
23   scoring is not to be able to tell you
24   whether every single study that's a
25   part of the weight of the evidence is

Page 131

1    suitable for understanding
2    acetaminophen and prenatal exposure
3    windows and neurodevelopmental health
4    outcomes.
5          The scoring system that I came
6    up with is to understand the
7    characteristics of the study and give
8    a transparency into my work into
9    understanding the parameters of
10   controls and those sorts of
11   characteristics of the study.
12         So not every aspect of the
13   study got a score, but that's why
14   there's a narrative box that came with
15   it to where I disclose, like, here are
16   strengths and weaknesses of these
17   studies as well.
18         So not every aspect of the
19   study has a score -- a score-driving
20   aspect to it.  It's unrealistic to
21   expect that.  This would be a
22   thousand-page report if it did.
23   QUESTIONS BY MR. PADGETT:
24        Q.    Dosing was given a score,
25   though, right, as part of your weight of the

Page 132

1    evidence analysis?
2         A.    Dosing?
3         Q.    Yes.
4         A.    Whether it had multiple doses
5    or not, yes.
6         Q.    But things like dosing duration
7    or dosing amount, you didn't adjust the
8    points given for a study based on differences
9    there, just based on whether there are
10   multiple doses given?
11          MS. HUNT:  Object to the form
12   of the question.
13          You can answer.
14          THE WITNESS:  There's an
15   infinite number of ways that I could
16   have designed the rubric.  This is the
17   system that I came up with.  The
18   exposure window was an inclusion
19   criteria for the studies.
20          If pre -- if gestational dosing
21   was included for acetaminophen and
22   neurodevelopmental relevant outcomes
23   were in the study, then it was
24   included in the weight of evidence.
25   That was not a scored criteria.

Page 133

1    QUESTIONS BY MR. PADGETT:
2         Q.    If you could turn to page 47 of
3    your report.
4         A.    Okay.
5         Q.    It's 46 to 47.  There's a
6    paragraph describing this -- what leads to a
7    chart, a figure.  And you've got different --
8    differently grayed or darkened dosing for a
9    mouse from therapeutic sublethal toxic dose,
10   lethal toxic dose, if untreated, and evidence
11   of neurodevelopmental, neurological damage.
12          Do you see that?
13         A.    I see it.
14         Q.    Okay.  The therapeutic dose you
15   list there for mice is 200 milligrams per
16   kilogram, correct?
17         A.    That's correct.
18         Q.    Okay.  And that's the top end.
19   That's the outer edge of the therapeutic dose
20   you've listed there, right?
21         A.    It is.
22         Q.    Okay.  And lethal toxic dose
23   appears to be potentially anything above
24   350 milligrams per kilogram; is that right?
25         A.    It's -- it's a spectrum,

Page 134

1 because it's hard to find exact numbers.
2    Q.    Would you agree that the line
3 that you drew here on lethal toxic dose of
4 350 milligrams per kilograms for mice in that
5 figure?
6    A.    I think it was maybe 325.
7    Q.    Okay.
8    A.    The reference numbers are 3 and
9 4 there.
10    Q.    So 325.
11    A.    I think those are coming from
12 overdose studies where they're looking for
13 liver damage.  I don't think they're
14 necessarily lethality studies, but...
15    Q.    It's listed as lethal toxic
16 dose, though, right, on Figure 23?
17        MS. HUNT:  Object to the form
18 of the question.
19        You can answer.
20        THE WITNESS:  If you look
21 inside of the box on Figure 2.3, it
22 says, "Note:  Concentrations in
23 delineations are approximate based on
24 a survey of literature for oral.  They
25 do not account for individual strain

Page 135

1 differences.  These are meant to be
2 approximate."
3 QUESTIONS BY MR. PADGETT:
4    Q.    Lichtensteiger 2015 only
5 administered a dose of 360 milligrams per
6 kilogram, right?
7    A.    Okay.  I'd have to look.
8        (Pearson Exhibit 71 marked for
9 identification.)
10 QUESTIONS BY MR. PADGETT:
11    Q.    I'm going to hand you what's
12 been marked as Exhibit 71.
13    A.    Okay.
14    Q.    Is that the Lichtensteiger 2015
15 study?
16    A.    It is.
17        MS. HUNT:  Counsel, before we
18 start on a new study, I think we've
19 been going about an hour and
20 20 minutes.
21        MR. PADGETT:  Sure.
22        MS. HUNT:  Can we take a break?
23        MR. PADGETT:  Can we just
24 finish this one?
25        MS. HUNT:  Sure.

Page 136

1        MR. PADGETT:  This question?
2 QUESTIONS BY MR. PADGETT:
3    Q.    What was the dose used in
4 Lichtensteiger?
5    A.    I'm looking.
6    Q.    As far as acetaminophen.
7        MS. HUNT:  Counsel, do you have
8 a copy for me or no?
9        MR. PADGETT:  Sorry.
10        MS. HUNT:  Thank you.
11        MR. PADGETT:  I believe it's --
12        THE WITNESS:  Buried in this
13 paper, yeah.
14 QUESTIONS BY MR. PADGETT:
15    Q.    -- Table 1.
16    A.    It's Table 1.
17    Q.    The...
18    A.    360.
19    Q.    That was -- that's the -- that
20 was the -- 360 milligrams per kilogram for
21 acetaminophen alone, correct?
22    A.    Yes.
23    Q.    Okay.  But this isn't -- this
24 was included in your weight of analysis?
25    A.    It was.

Page 137

1    Q.    Okay.  We already talked about
2 Klein 20 -- or actually I'm gonna --
3        MS. HUNT:  Can we take a break?
4        MR. PADGETT:  Yeah, let's go
5 ahead and take a break.
6        VIDEOGRAPHER:  The time right
7 now is 11:18 a.m., and we're off the
8 record.
9        (Off the record at 11:18 a.m.)
10        VIDEOGRAPHER:  The time right
11 now is 11:36 a.m., and we're back on
12 the record.
13 QUESTIONS BY MR. PADGETT:
14    Q.    Dr. Pearson, back from a little
15 break.
16        Page 4 of your report.  And I
17 should be keeping better track, but I believe
18 that was...
19        MS. KAPKE:  It's 65.
20 QUESTIONS BY MR. PADGETT:
21    Q.    Exhibit 65, your amended
22 report, at page 4.
23        You have a statement about
24 "preclinical studies account for confounding
25 that may be present in epidemiology studies."

Page 138

1    And --
2    A.   Can you show exactly where that
3 is or tell me where exactly that was?
4    Q.   You know what, strike that.
5    I'd like you to turn to
6 pages 60 -- page 66, please.
7    A.   Okay.
8    Q.   And you talk about your weight
9 of analysis methodology.  And there you list
10 five steps:  problem; formulation, where you
11 develop your hypothesis; evidence collection,
12 where you establish lines of evidence and
13 knowledge gaps; evidence evaluation,
14 determine data reliability, uncertainty and
15 relevance; and evidence-weighing, where you
16 assign weight of evidence; evidence
17 integration and reporting, weight of evidence
18 conclusions, when you examine evidence
19 coherence and the impact of uncertainty.
20    Those are the five steps of
21 your weight of evidence analysis?
22    Is that --
23    A.   Yes.
24    Q.   Okay.  And you talk about
25 problem formulation on page 67.

Page 139

1    Your problem formulation
2 evaluated in utero exposure to acetaminophen
3 and neurodevelopmental disorders generally,
4 right?
5    A.   It's -- it starts by saying
6 neurodevelopmental disorders, including ASD
7 and ADHD.
8    Q.   Okay.  But it was not specific
9 to ADHD and ASD, right?
10    MS. HUNT:  Object to the form
11    of the question.
12    You can answer.
13    THE WITNESS:  It goes back to
14    my previous testimony that in
15    preclinical literature, the
16    preclinical studies have limitations
17    in terms of being specific to ASD and
18    ADHD because animal models -- they're
19    animal models and in vitro models.
20 QUESTIONS BY MR. PADGETT:
21    Q.   And then on page 69, you talk
22 about evidence evaluation, and you
23 characterize it as arguably the most
24 important step in the weight of the
25 analysis -- weight of evidence analysis,

Page 140

1 correct?
2    A.   It says, "perhaps most
3 important," yes.
4    Q.   Okay.  If you'd jump ahead to
5 the data reliability discussion at pages 72
6 to 76, please.
7    A.   I'm there.
8    Q.   Okay.  And you discuss the
9 importance of assessing quality and quantity,
10 or sufficiency, and the consistency of data
11 across the lines of evidence, right?
12    A.   That's included in this area,
13 yes.
14    Q.   And you state, "The sufficiency
15 refers to the quantity of data that addresses
16 the hypothesis or problem, and consistency
17 refers to the level of consensus and
18 concordance among the data in the particular
19 line of evidence."
20    Right?
21    A.   I'm not sure where it says that
22 exact statement, but --
23    Q.   Page 73.
24    A.   Consistency refers to the level
25 of consensus and concordance amongst the data

Page 141

1 in a particular level of evidence.
2    Q.   Aside from a discussion -- and
3 I think it's on page 128 of your report --
4 consistency is not necessarily necess -- or
5 not necessarily needed.  You don't discuss
6 consistency among the studies included in
7 each of your lines of evidence in this
8 report, right?
9    MS. HUNT:  Objection.  Form.
10    You can answer.
11    THE WITNESS:  You're asking
12    whether I discuss consistency within
13    each of the lines of evidence?
14 QUESTIONS BY MR. PADGETT:
15    Q.   Right.
16    A.   I do.  There's a table at the
17 end of each line of evidence where
18 consistency is discussed.
19    Q.   And you're talking about the
20 mouse and the rat tables?
21    A.   Well, there's the -- there's
22 the lines of evidence and then tables, and
23 they discuss -- take us there.
24    Q.   Let me ask it this way.  Do you
25 discuss particularly -- particular

---

Page 142

1 inconsistencies between studies on certain
2 endpoint findings across these studies?
3          MS. HUNT:  Objection.  Form.
4    You can answer.
5          THE WITNESS:  So the way that I
6    perform my weight of evidence was not
7    to contrast each and individual --
8    each and every individual study to see
9    how they do and do not support one
10   another or whether the -- each
11   individual data set contrasts each
12   other.  That was not my goal.
13 QUESTIONS BY MR. PADGETT:
14   Q.    So, and correct me if I am
15 wrong, I don't recall a specific discussion
16 of, say, rat study X we found this finding on
17 a particular endpoint, which -- and address
18 an inconsistency with rat study Y that found
19 no change or something -- a change in a
20 different direction.
21          You didn't do that kind of
22 study-by-study analysis, right?
23          MS. HUNT:  Object to the form
24    of the question.
25          You can answer.

---

Page 143

1     THE WITNESS:  The example that
2  you gave would not -- would not be an
3  appropriate way that an expert would
4  do this, for multiple reasons.
5     One, as I explained multiple
6  times, the directionality is not an
7  appropriate way to look for things.
8  Directionality is something that we --
9  that's sort of a face validity thing.
10 Face validity is kind of lowest level
11 of evidence for animal models in
12 neuropsychiatric disorders.  These
13 studies aren't necessarily engineered
14 to fill gaps of other studies.
15     The weight of an evidence is to
16 look for the cumulative data across
17 all of the different studies on the
18 whole.  It's not -- the goal of this
19 endeavor isn't to say, are all of the
20 puzzle pieces filled.  It's to say
21 that is there a total -- an abundance
22 of evidence to suggest that
23 acetaminophen is a developmental
24 neurotoxicant that elicits the effects
25 that are relevant to these health

---

Page 144

1    outcomes.
2          It's not to -- again, it's not
3    what you're suggesting.
4 QUESTIONS BY MR. PADGETT:
5    Q.    Let me give you an example.
6 Let's take the five-choice serial-reaction
7 time test, which is focused on attention as
8 it relates to ADHD.  That's the focus the --
9 of that particular assay in the animal model,
10 right?
11   A.    Yes.
12   Q.    Okay.  This is just an example.
13          Did you do an analysis of,
14 across studies, the consistency for the
15 endpoints in terms of changes seen or no
16 changes seen on an endpoint like that --
17          MS. HUNT:  Object to form.
18 QUESTIONS BY MR. PADGETT:
19   Q.    -- as a part of your weight of
20 the evidence evaluation?
21          MS. HUNT:  Object to form.
22    You can answer.
23          THE WITNESS:  That was not my
24    goal with my weight of -- weight of
25    evidence analysis.

---

Page 145

1 QUESTIONS BY MR. PADGETT:
2    Q.    I understand it's not your
3  goal, but did -- you say it's not your goal,
4  and then you -- so did not do that because
5  that wasn't your goal, right?
6          MS. HUNT:  Objection.  Asked
7    and answered.
8          You can answer it again.
9          MR. PADGETT:  Object to form
10   only, please.
11          MS. HUNT:  My objections have
12   been appropriate, and in fact
13   conservative, compared to what some of
14   the counsel for Johnson & Johnson have
15   done.  And I'm not -- I'm happy to
16   argue with you about it if you want to
17   take up more time on your record.
18          There's nothing inappropriate
19   about my objections.  I'd like to get
20   back to the questioning.
21          MR. PADGETT:  Well, I'll just
22   remind you to object to form only, and
23   we don't -- you know, if it continues
24   beyond that, we don't want to have to
25   deal with the Court.

---

Page 146

1    MS. HUNT: We'll see.
2    QUESTIONS BY MR. PADGETT:
3        Q.    Go ahead.
4        A.    The example that you're giving
5    would not -- is not pertinent to the mandate
6    that I was given.  It would not be necessary.
7        Q.    So you didn't feel it was
8    necessary and therefore you did not do that
9    type of cross-studies analysis of
10   inconsistencies, correct?
11       MS. HUNT:  Again, objection.
12   Asked and answered.
13       You can answer.
14       THE WITNESS:  So in my report,
15   I do discuss where there's concordance
16   across studies.
17   QUESTIONS BY MR. PADGETT:
18       Q.    Do you discuss whether there's
19   inconsistencies across studies?
20       MS. HUNT: Objection.  Form.
21       You can answer.
22       THE WITNESS:  I do not recall
23   offhand where I discuss whether there
24   is or isn't inconsistencies.
25       But a weight of evidence

Page 147

1    analysis does not require
2    inconsistencies of all studies to be
3    evaluated.
4    QUESTIONS BY MR. PADGETT:
5        Q.    Data quality, I think, is
6    discussed pages 73 to 79 of your report.
7        For assessing data quality,
8    would you agree that you created your own
9    scoring system?
10       A.    I would not agree that for
11   assessing data quality I created my own
12   scoring system.
13       Q.    Can you identify a particular
14   peer-reviewed, preexisting scoring system
15   that you used?  And I'm talking specifically
16   as to a scoring system in putting together
17   your scoring system in your weight of
18   analysis -- weight of evidence analysis.
19       A.    As I stated previously, the
20   study design attributes, I put numerical
21   parameters to those to add transparency to my
22   evaluation of those.
23       Q.    That's in your report.  I
24   understand that.
25       My question is, in doing that

Page 148

1    exercise, did you rely on a peer-reviewed,
2    validated, preexisting scoring system that
3    was already in existence?
4        MS. HUNT: Object to form.
5        You can answer.
6        THE WITNESS:  I relied on the
7    same evaluation system that I use when
8    I peer-review grants and other
9    publications.  It's the same way that
10   I evaluate other studies.
11   QUESTIONS BY MR. PADGETT:
12       Q.    You use a scoring system when
13   you peer-review grants or articles?
14       A.    Yes.  That's pretty common,
15   actually.
16       Q.    And are you saying it's similar
17   to what you did in this weight of analysis
18   evaluation?
19       MS. HUNT:  Object to form.
20       You can answer.
21       THE WITNESS:  It's pretty
22   analogous to evaluation criteria for
23   any evaluation of publications or
24   grants.
25

Page 149

1    QUESTIONS BY MR. PADGETT:
2        Q.    Can you --
3        A.    Grants submitted to granting
4    agencies are scored on scoring systems, like
5    a 1 to 5 system or a 1 to 2 system.
6        It's the same for peer-reviewed
7    publications.  It's numerical scoring systems
8    based on innovation, based on quality of
9    controls, and it's a very similar type of
10   scoring system.
11       Q.    And have you done that exercise
12   outside of this litigation in the same manner
13   that you did it with regard to your scoring
14   system here in your weight of analysis -- or
15   weight of evidence analysis described in your
16   report?
17       A.    I -- as I said, it's fairly
18   analogous.  Just as I said, I just co-opted
19   it here to add transparency to the way that I
20   evaluated the preclinical literature for the
21   purposes of the weight of evidence.
22       And then in terms of
23   publications, I'm using the OECD framework,
24   which is a scientific approach to performing
25   a systematic review.

Page 150

1    Q.    You state on I think it's
2 page 74 your scoring template that you used
3 for each study.  The parameters were
4 direction of effect, controls, sample size,
5 outcomes, multi-dose, whether there was
6 multi-dosing, blinding, and bias conflict
7 flag.
8         Is that right?
9    A.    That's what's stated here.
10   Q.    Okay.  You did not define in
11 your report what an insufficient control is,
12 right?
13        MS. HUNT:  Object to form of
14    the question.
15        You can answer.
16        THE WITNESS:  Well, in the text
17    I refer to the table and give a little
18    bit of context into what the
19    parameters are that go into it.
20 QUESTIONS BY MR. PADGETT:
21   Q.    What page are you referring to?
22   A.    Let me find it.  I think it
23 might have gotten out of place accidentally.
24   Q.    I can't imagine that, a
25 130-page report.

Page 151

1    A.    I think it accidentally got
2 shifted around.  Bear with me, please.
3         Maybe I didn't expand on it any
4 further than what's in the table.
5    Q.    And which table are you
6 referring to?
7    A.    Table 1.
8         It's the blank scoring
9 template.
10   Q.    Okay.  Table 1 is the extent of
11 your explanation of -- or definitions or
12 explanation of these -- the parameters that
13 we just discussed?
14   A.    Not completely.  In the
15 narrative explanation for a lot of the
16 studies, there's oftentimes, but not always,
17 but oftentimes there's additional
18 clarification as to why a score was given.
19        The scores aren't meant to be
20 used as an actual grade, if you will.  It's
21 just meant to give sort of an ultimate
22 positive or negative for a weight towards
23 there's evidence for or to the contrary in
24 the end.
25   Q.    And beyond this table and what

Page 152

1 you're referring to in some of the -- your
2 summaries of the studies, did you explain
3 across your weight of evidence analysis what
4 the differences between acceptable and a good
5 control are?
6        MS. HUNT:  Object to form.
7        You can answer.
8        THE WITNESS:  I don't think I
9    provided much other explanation of
10   that.  But the thing you have to keep
11   in mind is that the weight of evidence
12   methodology ultimately requires expert
13   knowledge, and that's what I'm
14   bringing, is my expert knowledge and
15   my, you know, almost 20 years of
16   peer-reviewing hundreds of
17   publications, writing dozens of
18   publications.  So I'm bringing that
19   knowledge in my expert ability to
20   adjudicate on that.
21 QUESTIONS BY MR. PADGETT:
22   Q.    In your description of your
23 weight of analysis -- weight of evidence
24 analysis, you do not define what an
25 acceptable sample size is, correct?

Page 153

1    A.    I give some descriptions of
2 that in my expert report.
3    Q.    You don't in any way
4 quantitatively define, depending on the type
5 of study, what an acceptable sample size is,
6 right?
7        MS. HUNT:  Objection.  Asked
8    and answered.
9        You can answer.
10       THE WITNESS:  I don't recall
11   offhand where exactly it is, but I
12   give some general parameters as to
13   what's oftentimes needed.  But it
14   really is -- it depends on the study.
15   It's prescriptive to the study what
16   sorts of sample sizes are oftentimes
17   needed.
18 QUESTIONS BY MR. PADGETT:
19   Q.    Can you explain to me with
20 regard to outcomes what distinguishes a poor,
21 moderate and good quality outcome as
22 referenced here on page 74, Table 1?
23   A.    The quality of the outcomes
24 might have to do with the extent of the
25 outcomes.  So a study might have only one

1 outcome that's relevant, but because it's one
2 outcome, the score might not be as high.
3          Another study might have
4 outcomes that are on their own not quite as
5 relevant, but because the study has more of
6 them, the outcome score might be higher.
7          Another study might have only a
8 few outcomes, but each of them are very, very
9 high.
10          So to give you an example of a
11 study that's looking for ASD-relevant
12 behavioral outcomes or ASD-like outcomes as a
13 function of acetaminophen exposures, if they
14 have the three-chamber sociability test and
15 they have gene expression and they have, you
16 know -- let's see, what would be another good
17 example -- they have ultrasonic
18 vocalizations, maybe they only have those
19 three outcome variables, but those are highly
20 relevant, highly important variables
21 themselves, so the outcome score would be
22 higher. I don't think there's a study that
23 had those three things specifically.
24          So it -- you know, there's not
25 one hard-and-fast rule that says you have to

1 have three outcomes. You can have one
2 outcome that's highly -- high quality, but
3 you still might have a moderate outcome score
4 because you have fewer high quality. You
5 might have a higher number that are lower
6 quality, for instance.
7          So it's multi-dimensional, the
8 way that this is calculated.
9     Q.    And did you -- and so is
10 outcome as used here, outcomes, is that
11 essentially the same as endpoint findings in
12 a study?
13     A.    Yeah. That's fair.
14     Q.    Okay. And within individual
15 studies on various endpoint findings, did you
16 do an analysis for purposes of scoring of
17 whether those endpoint findings, there were
18 more than one for a particular behavioral
19 effect, were consistent within the study
20 pursuant to the animal models that you laid
21 out at pages 39 to 46 of your report?
22          MS. HUNT: Object to the form
23 of the question.
24          You can answer.
25          THE WITNESS: I want to make

1 sure I understand your question.
2          So are you asking about whether
3 the outcome score that I give depends
4 on what results they find?
5 QUESTIONS BY MR. PADGETT:
6     Q.    Yes.
7     A.    The score that I give is
8 independent of the outcome, what they find.
9 It's the measures that they --
10     Q.    Yeah.
11     A.    -- choose to use. The score is
12 independent of what they find.
13     Q.    And let me ask this. Whether
14 or not you put a study on the plus side of
15 the scale or the negative side of the scale,
16 did you do an analysis of the consistency
17 among assays for particular behavioral
18 endpoints within a study?
19          MS. HUNT: Object to form.
20          You can answer.
21          THE WITNESS: My understanding
22 of your question is whether the study
23 ended up on the plus end of the scale
24 or on the negative end of the scale
25 had anything to do with the

1 consistency of the measures within the
2 outcomes.
3          Is that a fair --
4 QUESTIONS BY MR. PADGETT:
5     Q.    Yes.
6     A.    No. It has to do with whether
7 the effects within those outcomes suggest
8 that acetaminophen affects
9 neurodevelopmental, neurochemical or
10 neurobehavioral outcomes that are relevant to
11 ASD-like or ADHD-like health.
12     Q.    So going beyond one specific
13 behavioral effect, I'm going to provide you a
14 hypothetical.
15          If a study showed one assay
16 with a statistically significant finding with
17 regard to increased activity, another finding
18 on increased activity that was no change --
19 are you following me? That -- that's the
20 activity domain -- and then another part of
21 that same study looked at -- or another set
22 of assays looked at inattention and
23 impulsivity and found no changes consistent
24 with the ADHD model, would you put that one
25 effect of increased activity as sufficient to

1 put it in the plus column?

2         MS. HUNT: Objection. Form.

3         You can answer.

4         THE WITNESS: In this

5 particular -- this hypothetical that

6 you've given me, if there was such a

7 study that looked at some measure of

8 impulsivity and attention and

9 activity, and in two tests of

10 activity -- and one of them found

11 increased activity and another one no

12 change, and then the other test found

13 no change --

14 QUESTIONS BY MR. PADGETT:

15     Q.    For impulsivity and attention,

16 correct.

17     A.    -- it would go in the plus --

18     Q.    Okay.

19     A.    -- certainly.

20     Q.    Okay.  In pages 76 and 77 of

21 your report, you discuss different methods of

22 administration commonly used in preclinical

23 developmental neurotoxicity studies, right?

24     A.    I see this.

25     Q.    Okay.  Would you agree that

1 doses by injections bypass the liver in

2 first-pass metabolism that would occur if a

3 drug was administered orally?

4     A.    Injection of drugs, a lot of

5 the initial bolus of that drug would bypass

6 first-pass, but it'll get there eventually.

7 Just takes a little bit longer.

8     Q.    At a -- depending on the

9 metabolism associated, it would be a lower

10 amount, correct?

11     A.    Are you asking if the amount of

12 the drug would be -- the amount of the drug

13 that's metabolized would be lower?

14     Q.    In a -- if you're going through

15 the liver in first-pass metabolism.

16         MS. HUNT: Object to form.

17         You can answer.

18 QUESTIONS BY MR. PADGETT:

19     Q.    Than an injection route.

20     A.    Oral versus injection?

21     Q.    Yes.

22     A.    The kinetics would certainly be

23 different.

24     Q.    And the kinetics for oral

25 involving first-pass metabolism in the liver

1 would result in lower concentration, correct?

2         MS. HUNT:  Object to form.

3         You can answer.

4         THE WITNESS:  It's hard to

5 answer that question because it's --

6 it depends on the route of injection.

7 If you -- to give you an example.

8         So if you give an intravenous

9 versus oral, the Cmax is certainly

10 very different.  There's data that

11 supports that.  But, for instance, the

12 area under the curve is very similar.

13         So, you know, it's -- are you

14 asking about bioavailability?  Are you

15 asking about area under the curve?

16         The first-pass metabolism is

17 different.  The Cmax is different.

18         So route of administration is

19 an important consideration, but

20 bioavailability can be very similar.

21 QUESTIONS BY MR. PADGETT:

22     Q.    You agree that drug and

23 metabolite concentrations from an injection

24 would be different from those that would

25 occur via oral exposure?

1         MS. HUNT:  Object to form.

2         You can answer.

3         THE WITNESS:  As I said, the

4 bioavailability can be very similar,

5 but the Cmax can differ.

6 QUESTIONS BY MR. PADGETT:

7     Q.    And I think after the table on

8 page 77 of your report, you note that orally

9 administered APAP products are the focus for

10 your inquiry and, as such, tests that utilize

11 other routes of administration require an

12 additional degree of extrapolation.

13         Would you agree that the

14 majority of the studies included in your

15 weight of evidence analysis did not use oral

16 administration of acetaminophen?

17     A.    I don't necessarily agree.  It

18 depends on the species.

19     Q.    Well, let's go to --

20     A.    Many of them use injection.  I

21 would concede that.

22     Q.    If we go to page 84 on rat

23 studies.

24         Seven of the 14 rat studies

25 used oral dose exposure route, right?

Page 162

1   MS. HUNT:  Object to form.
2   You can answer.
3   THE WITNESS:  I see that many
4   of them used oral, yes.
5   QUESTIONS BY MR. PADGETT:
6   Q.   Seven of 14, correct?
7   A.   No, that's not correct.
8   Q.   Can you explain what --
9   A.   Gavage is oral.
10   Q.   Is gavage go -- gavage goes
11   through a first pass?
12   A.   It does.
13   Q.   Okay.  So that would be ten
14   total --
15   A.   Yes.
16   Q.   -- of 14, right?
17   A.   Yes.
18   Q.   Okay.  And for the mouse
19   studies in your chart at page 101, the --
20   five of the 15 studies use -- there used
21   gavage or oral exposure route, correct?
22   A.   I think it's actually a
23   different number, but it's -- yeah, many of
24   them used injection.  Many of the mouse
25   studies used an injection.

Page 163

1   Q.   Overall, between the rat and
2   the mouse studies, about half of them used
3   injection as opposed to gavage or oral,
4   right?
5   A.   On the order of that, yeah.
6   Q.   Yeah.
7   What do you mean by "an
8   additional degree of extrapolation" there on
9   page 77 of your report?
10   A.   I'm not sure what I meant with
11   that statement.  I think -- I think that's --
12   I think that's probably something I wrote
13   late, and I -- it's a bit nonsensical.
14   Q.   Would your highest-scored
15   study -- and I believe it's page -- it's a
16   mouse study, page 101 -- is the Harshaw &
17   Warner study.  You gave that a 9 total,
18   correct?
19   A.   I think I might be off by
20   pages.  Oh, I'm -- we're --
21   Q.   Looking at your amended expert
22   report.
23   You're right.
24   A.   Okay.
25   Q.   The amended one is slightly

Page 164

1   different.  Page 100.
2   A.   Threw me off here.  Okay.
3   On 100 I have Viberg.
4   Or are you looking at the
5   table?
6   Q.   I'm looking at the table.
7   A.   Oh, okay.  Yes.
8   Q.   There are a number of studies
9   on your initial report that are not on the
10   list of studies on page 100.
11   I guess my question is, did you
12   make changes to this chart between your
13   initial report submitted on -- the first
14   report and this amended report?
15   A.   I do not remember if this chart
16   was changed.  I believe there was one table
17   that was corrected because there was a
18   duplication in the -- a table, but there
19   wasn't any substance that was changed.
20   Q.   So as far as mouse studies,
21   we're talking three oral, looking at
22   page 100, and six injection studies, right?
23   A.   That is what I see here.
24   Q.   And Harshaw & Warner is given
25   the highest score out of all of these studies

Page 165

1   in your weight of evidence analysis, right?
2   A.   It is.
3   Q.   And Harshaw used a subcutaneous
4   injection, right?
5   A.   They used a subcutaneous
6   injection.
7   Q.   Was there any discounting of
8   points at all based on the route of injection
9   due to that additional degree of
10   extrapolation that you mention on page 77 of
11   your report?
12   MS. HUNT:  Object to form.
13   You can answer.
14   THE WITNESS:  No.  No
15   difference of extrapolation is needed.
16   Again, the control animals
17   would have received an injection as
18   well in this study, so that's
19   perfectly controlled for, the
20   injection itself.  So they -- the
21   experimenters have accounted for that
22   manipulation itself.
23   QUESTIONS BY MR. PADGETT:
24   Q.   Did all of the studies included
25   in -- and you reference that as an important

Confidential - Subject to Protective Order

1 factor in offsetting any differences in the
2 route of administration, is that the controls
3 through vehicle received the same -- or water
4 received the same type of dosing route,
5 right?
6      A.    It's incredibly important.
7           (Pearson Exhibit 73 marked for
8      identification.)
9 QUESTIONS BY MR. PADGETT:
10     Q.    Okay.  Dr. Pearson, I'm going
11 to hand you what's been marked as Exhibit 73
12 and ask you if you recognize that study.
13     A.    I do.
14     Q.    And that is the Beck 2001
15 study, correct?
16     A.    Yes.
17     Q.    Does this -- and you can look
18 at your summary in your report on it.  Does
19 this article indicate that if controls were
20 gavaged in this study?
21     A.    Yes.  So I noticed in the
22 defense expert report that they caught, which
23 I may have missed, that they did not use an
24 appropriate control in this study.
25     Q.    Because gavage creates stress

1 that to be an appropriate control would need
2 to be replicated in the same type of gavage
3 administration in a control, right?
4           MS. HUNT:  Object to form.
5           You can answer.
6           THE WITNESS:  Yes.
7 QUESTIONS BY MR. PADGETT:
8      Q.    Okay.
9      A.    But I would like to point
10 something out.  So this study is not
11 completely at issue because they have
12 multiple time points, they have temporal
13 data, which can be used as controls.  So
14 later time points can be used as their own
15 controls.
16          So fortunately for these
17 authors, the ten-hour, 23 -- ten-hour time
18 point can be used as control for the 20, 30
19 40, 50 hour.
20          So the zero time point that's
21 not controlled for is unreliable because they
22 don't have a control gavage time point.  But
23 the other time point can be used as a control
24 for the subsequent time points.
25     Q.    I'm going to hand you what's

1 been marked as exhibit -- previously marked
2 as Exhibit 43.  I believe this was from
3 Dr. Louie's deposition.
4           Do you recognize that study?
5      A.    I do.
6      Q.    Does this study indicate --
7 study article indicate if controls also
8 received enteroperitoneal injections like the
9 treated animals did?
10     A.    I was not able to find in this
11 study whether or not the four different time
12 points received a control injection or not.
13     Q.    But would you agree, if we look
14 at page 84 of your chart -- I'm sorry --
15 page 83 of your report, Koehn 2020 -- or
16 actually, in your description of Koehn 2020,
17 it was given the highest score, a 2, for
18 controls?
19     A.    Yeah, I would amend that.
20 That's a mistake.
21     Q.    Okay.
22     A.    Now knowing that, I would give
23 it a zero.
24     Q.    Do you think it's proper for
25 study authors to use untreated controls?

1           MS. HUNT:  Object to -- sorry.
2 Are you done?
3           MR. PADGETT:  Yes.
4           MS. HUNT:  Object to form.
5           You can answer.
6           THE WITNESS:  In general,
7 researchers should use vehicle-treated
8 controls for their studies to have the
9 best controls.  That's why I have it
10 as a scorable criterion.
11          In the Koehn, et al., study,
12 there's aspects of the study that are
13 controlled.  So for some of their --
14 some of their comparisons where they
15 have cannulated dams in some of their
16 pups, they have -- they have controls
17 there.
18          But it's true for the
19 acetaminophen conditions with the
20 subchronic four-dose treatment, it
21 does not appear as though they have
22 the vehicle control, which is, again,
23 why I would revise the score for that
24 particular study as well as the Beck
25 study.  It is important.

1      (Pearson Exhibit 72 marked for
2    identification.)
3  QUESTIONS BY MR. PADGETT:
4      Q.   I'm going to hand you what's
5  been marked as Exhibit 72 and ask, do you
6  recognize that document?
7      A.   I do recognize this document.
8      Q.   Okay.  And that is the Tyl
9  article that's referenced many times in your
10  report, correct?
11     A.   Yes.
12     Q.    Come back to that, but I want
13  to ask you about the -- in the Koehn study
14  again.
15          If you turn to page 4 --
16     A.   Of Koehn?
17     Q.   Yes.
18          At page 97 of your report, if
19  you want to look at that, you scored the
20  sample size as appropriate, with a score of 1
21  for Koehn 2020.
22          Do you disagree with that?
23     A.    Koehn 2020 has a lot of
24  different comparisons.  I think for some of
25  their analyses they're well-powered; for some

1  of their analyses they have low sample size.
2  It's a bit of a -- it's a bit of a mixture.
3      Q.    And if you turn to page 4 of
4  Koehn under animals, it says, "Animal numbers
5  were" -- it's kind of about the middle of the
6  paragraph.  "Animal numbers were based on
7  previous experiments of such" -- "previous
8  experience of such experiments and where the
9  minimum number required to detect a
10  significance between groups at P less than
11  .05."
12          Do you see that?
13     A.   I see it.
14     Q.   Okay.  Is that a scientifically
15  appropriate method for determining sufficient
16  sample size?
17     A.    It can be.
18     Q.   And at times it cannot be,
19  correct?
20          MS. HUNT:  Object to form.
21          You can answer.
22          THE WITNESS:  When designing
23     and conducting research, researchers
24     can rely on their experience in
25     understanding how many animals are

1    appropriate to use for a particular
2    application.
3  QUESTIONS BY MR. PADGETT:
4      Q.    The results section on page 7
5  notes instances where only four animals were
6  used.
7          Do you -- do you think that is
8  a proper sample size?
9          MS. HUNT:  Object to form.
10          You can answer.
11          THE WITNESS:  A sample size of
12     four can be appropriate depending on
13     the study.
14  QUESTIONS BY MR. PADGETT:
15     Q.    Depending on the study.
16          How do you determine if there's
17  a sufficient number of pregnant animals to
18  ensure that an adequate number of offspring
19  are produced for developmental
20  neurotoxicology evaluation?
21          MS. HUNT:  Object to form.
22          You can answer.
23          THE WITNESS:  It's a
24     case-by-case study.  It depends -- it
25     really depends on what you're doing,

1    what the parameters are, if it's
2    regulatory, if it's nonregulatory, if
3    it's exploratory, if it's
4    confirmatory.  It very much depends.
5  QUESTIONS BY MR. PADGETT:
6      Q.    Generally, should an a priori
7  power analysis be used to determine the
8  animal -- the number of animals needed to see
9  an effect of a certain size?
10     A.    I would refer back to my
11  previous answer.  It depends on if it's an
12  exploratory study or if it's a confirmatory
13  study, if it's a regulatory study, if it's --
14  if it's exploratory empirical study.
15     Q.    You did an a priori analysis as
16  a part of the Baker 2023 study, right?
17     A.    Can you state that question
18  again?  I'm sorry.
19     Q.    You did an a priori analysis to
20  determine the number of animals needed as
21  part of your Baker 2023 study, right?
22     A.    I'm trying to recall.  For the
23  IACUC approval we did, yes.
24     Q.    Okay.  One of the things you
25  discuss out of the Koehn 2020 study -- and

Page 174

¹ this is on page 96 of your summary -- of your
² report where you summarize it -- is that
³ there was an increase of AFP levels in
⁴ treated dams.
⁵         What again are -- what again is
⁶ AFP?
⁷     A.   I believe it's
⁸ alpha-fetoprotein --
⁹     Q.   Okay.
¹⁰     A.   -- if I recall correctly.
¹¹     Q.   Given that -- and you point
¹² that out in your report, right?
¹³     A.   Yes.
¹⁴     Q.   Okay.  And given that -- if you
¹⁵ look at Figure 8 of Koehn, "AFP data are
¹⁶ based on a number of 1 or 2 per group" --
¹⁷ would you agree the differences could
¹⁸ possibly be due to individual variability?
¹⁹         MS. HUNT:  Can you give me a
²⁰     page number for Figure 8?
²¹         Sorry, it's a long paper.
²²         THE WITNESS:  Yeah, it is.
²³         MR. PADGETT:  Yeah, it is long.
²⁴         That would be page 22.
²⁵         MS. HUNT:  Thank you.

Page 175

¹         THE WITNESS:  So you said that
²     in my report I said -- I just -- from
³     what I read from my report, I just say
⁴     that they display full-length gels for
⁵     AFP Western Blots.  I don't say AFP is
⁶     elevated.
⁷ QUESTIONS BY MR. PADGETT:
⁸     Q.   I believe it's page 96 of your
⁹ summary.
¹⁰     A.   I don't think I drew the
¹¹ conclusion that AFP was significantly changed
¹² anywhere in my report.
¹³     I refer to the fact that they
¹⁴ give the full-length gels, which I appreciate
¹⁵ because it shows they're transparent.
¹⁶         And then I also say that some
¹⁷ analyses are qualitative, for example, the
¹⁸ permeability metrics and the
¹⁹ alpha-fetoprotein Western Blot.  So I'm
²⁰ saying that they're not including statistics
²¹ for that, which is a criticism.
²²     Q.   I'm sorry, it's on page 95,
²³ going over to 96.
²⁴     A.   Okay.
²⁵     Q.   You state, quote, "Results from

Page 176

¹ the placental permeability measures showed
² that placental transfer was potentially
³ affected by APAP treatment and demonstrated
⁴ increased levels of AFP detected in blood
⁵ plasma of dams treated with APAP, indicative
⁶ of elevated fetal-to maternal leakiness of
⁷ placenta," end quote.
⁸         Did I read that right?
⁹     A.   You did read that right.
¹⁰     Q.   Okay.
¹¹     A.   But I did not say it's
¹² sufficient.
¹³         And additionally, the exhibit
¹⁴ that you gave me before, which is -- now I've
¹⁵ lost it because my pile is huge here.  But
¹⁶ the Tyl, et al., or Tyl, et al., talks about
¹⁷ there's biological significance and there's
¹⁸ statistical significance.
¹⁹         The biological significance of
²⁰ this might be meaningful, even if it's not
²¹ statistically significant.  So it might be
²² worth mentioning, even if it's not
²³ statistically significant.
²⁴     Q.   Can you turn to page 33 of the
²⁵ Koehn study?

Page 177

¹     A.   33.  I'm there.
²     Q.   You see how it's -- the
³ italicized is the author response, and the
⁴ non-italicized are comments from reviews,
⁵ correct?
⁶     A.   Yes.
⁷     Q.   Okay.  Let me ask you this.
⁸         Are you familiar with the
⁹ F1000Research journal platform?
¹⁰     A.   A little bit.
¹¹     Q.   Have you ever -- have you ever
¹² submitted any study articles for publication
¹³ to F1000Research?
¹⁴     A.   I have not.
¹⁵     Q.   Have you ever submitted any
¹⁶ study articles to a journal platform that
¹⁷ publishes the study before peer review is
¹⁸ conducted?
¹⁹     A.   I have not.
²⁰     Q.   Would you submit a study
²¹ article done at Columbia University to a
²² re -- a journal platform that publishes
²³ article prior to peer review?
²⁴         MS. HUNT:  Objection.  Scope.
²⁵         You can answer.

THE WITNESS:  I would consider it.  I think it's an interesting model.

QUESTIONS BY MR. PADGETT:

Q.   What's a -- can you explain to me what's a positive control?

A.   Generally speaking, a positive control is using something to elicit a response in your system, that you know would elicit a response in your system, so that you can demonstrate that you can measure what you intend to measure.

Q.   And you indicate on page 7 of your -- 8 of your report that the absence of a positive control data does not necessarily disqualify a study from consideration unless there's a reason to believe the experimental lab -- or experimenter or lab is not capable of reliably measuring the outcome of interest, right?

A.   I maintain that --

Q.   Yeah.

A.   -- opinion.

Q.   If you turn to Exhibit 11, which is Tyl.  I'm sorry, Exhibit...

A.   Yeah.  72?

Q.   72?

Page 353 under Section 3.12, Positive Controls.

Do you see that?

A.   353 or 252?  I'm sorry?

Q.   353.

It's immediately under 3.12, Positive Controls.  Dr. Tyl states that "a critical element in the review of a DNT study is availability of adequate positive control data."

Do you agree with that statement?

A.   I agree -- I would agree with the statement under certain contexts.

Q.   And what -- under what context would you disagree with Dr. Tyl's statement there?

A.   I think it would be easier for me to agree with it on -- it would be easier for me to do the opposite, to do the inverse of that.

I think having positive control data is incredibly important under regulatory

context, under GLP, like Good Laboratory Practice, pharmaceutical, risk assessment situations.

If you're doing empirical research and you have laboratory scientists that have good track records and you're doing relatively straightforward assays, it's not necessarily applicable.

Q.   Do you agree that Dr. -- that Dr. Tyl's article here that you've quoted from and relied on extensively in your report is actually focused more on regulatory develop -- neuro -- neurotoxicology studies and --

A.   I think its general applicability as to -- is oftentimes to regulatory.

Q.   In evaluating the evidence included in your weight of evidence evaluation, you applied the same scoring system for in vivo and in vitro studies, right?

A.   I used the same scoring system for an ex utero and in vivo, yes.

Q.   Are you distinguishing between

in vitro and ex utero?

A.   Ex utero.

I -- I distinguish them because there's -- they're -- I'm -- in an umbrella sense, they're -- they can be lumped together, but there's also some distinctions between them.

Q.   Would you agree that the con -- first of all, what is publication bias?

A.   Publication bias is a phenomenon whereby people could selectively publish things that only support -- or could fail to publish things that don't fit their idea of what they think should happen.

So null findings don't get published, or only null findings get published, for instance.

Q.   Would you agree that the concept of publication bias weighs in favor of published studies ending up on the plus side of your scale in your weight of analysis -- weight of evidence evaluation done here?

MS. HUNT:  Object to form.

You can answer.

Page 182

1    THE WITNESS: I would not
2 necessarily agree with that. There
3 are null studies that are in my weight
4 of evidence analysis.
5 QUESTIONS BY MR. PADGETT:
6    Q.    Is there any other null study
7 other than Saad 2016 in your weight of
8 evidence analysis?
9    A.    Yes.
10    Q.    What one or ones?
11    A.    They are there. In the in --
12 the in vivo, ex utero, there are null
13 studies. There are multiple -- there's more
14 than -- yeah, let me find them.
15    Do I need to find them, or do
16 you want to --
17    Q.    Are there any in vivo studies
18 listed at pages 83 or 81 in your -- those two
19 tables of mouse and rat studies --
20    A.    Yes.
21    Q.    -- other than Saad that are --
22 that were null?
23    MS. HUNT: Object to form.
24    You can answer.
25    THE WITNESS: Yes, Philippot,

Page 183

1 et al., 2021.
2 QUESTIONS BY MR. PADGETT:
3    Q.    Okay.
4    A.    I don't believe there were any
5 in the rat.
6    So to elaborate, I think
7 publication bias can go -- can work in both
8 directions. There's an interest --
9 publication bias could work in the interest
10 of both perspectives.
11    Q.    When you say that, do you mean
12 that there's -- what do you mean by "both
13 directions"?
14    A.    "Both directions" meaning that
15 there's people who think that -- in this
16 particular case that acetaminophen is a
17 developmental neurotoxicant that can lead to
18 these health outcomes. There's people that
19 believe that that's not the case.
20    So people could perform studies
21 and then only study those -- only publish
22 studies that support that perspective.
23    Q.    You're speculating on that
24 right now, right?
25    MS. HUNT: Object to the form

Page 184

1 of the question.
2    You can answer.
3    THE WITNESS: We've been doing
4 plenty of hypotheticals here today,
5 so...
6    MR. PADGETT: I'm at a breaking
7 point if you want to take the lunch.
8    THE WITNESS: Lunchtime?
9    VIDEOGRAPHER: The time right
10 now is 12:36 p.m., and we're off the
11 record.
12    (Off the record at 12:36 p.m.)
13    VIDEOGRAPHER: The time right
14 now is 1:35 p.m., and we're back on
15 the record.
16 QUESTIONS BY MR. PADGETT:
17    Q.    Dr. Pearson, do you believe
18 that postnatal -- do you believe that use of
19 APAP in human offspring after delivery is a
20 risk factor for ASD or ADHD?
21    A.    I haven't evaluated the
22 comprehensive weight of evidence to determine
23 whether postnatal use of acetaminophen use is
24 associated with ASD and ADHD, so I'm not able
25 to determine that.

Page 185

1    From a biological plausibility,
2 I think it's possible.
3    Q.    You just said it's possible,
4 but as you sit here today, no conclusive
5 belief on whether postnatal use of APAP in
6 offspring after delivery is a risk factor for
7 ASD or ADHD?
8    A.    As I mentioned, I haven't done
9 a full weight of evidence analysis on that
10 particular topic, so I can't say for certain.
11    But as I mentioned, given
12 the mechanism of damage of acetaminophen on
13 neurological systems, and given that the
14 brain isn't fully developed in the postnatal
15 period, I believe it's plausible.
16    Q.    You said possible first, now
17 it's plausible?
18    MS. HUNT: Object to form.
19    You can answer.
20    THE WITNESS: I think possible
21 and plausible are within the same
22 realm of -- can be used
23 interchangeably.
24 QUESTIONS BY MR. PADGETT:
25    Q.    Okay. Do you think a child's

Page 186

¹ use of APAP after delivery is a confounder
² for human studies assessing in utero
³ exposure?
⁴     A.     You're asking me whether I
⁵ think a child's use of acetaminophen in the
⁶ postnatal period is a confounder?
⁷     Q.     Let's say perinatal period
⁸ after delivery.  Is that a confounder for
⁹ human studies assessing in utero exposure?
¹⁰     A.     I'm not familiar enough with
¹¹ that to know whether that's a confounder or
¹² not.
¹³     Q.     Do you intend to offer opinions
¹⁴ in this litigation that potential use of APAP
¹⁵ in human offspring causes ADHD or ASD?
¹⁶         MS. HUNT:  Object to the form
¹⁷     of the question.
¹⁸         You can answer.
¹⁹         THE WITNESS:  Could you repeat
²⁰     the question, please?
²¹ QUESTIONS BY MR. PADGETT:
²²     Q.     Yes, definitely, based on what
²³ I see here.
²⁴         Do you intend to offer opinions
²⁵ in this litigation that postnatal use of APAP

Page 187

¹ in human offspring causes ADHD or ASD?
²     A.     I reserve the right to offer
³ opinions based on any evidence that I'm --
⁴ that's made available to me that I can
⁵ review.
⁶     Q.     As you sit here today,
⁷ recognizing your reservation based on
⁸ additional evidence, do you -- as you sit
⁹ here today, do you intend to offer opinions
¹⁰ in this litigation that postnatal use of APAP
¹¹ in human offspring causes ADHD or ASD?
¹²     A.     This is outside of the scope of
¹³ my mandate.  The mandate that I have been
¹⁴ given for this particular proceeding is to
¹⁵ evaluate the preclinical evidence as to
¹⁶ whether acetaminophen is associated with the
¹⁷ particular health outcomes.  So I haven't
¹⁸ performed a weight of evidence analysis on
¹⁹ postnatal human exposures to acetaminophen
²⁰ and those health outcomes.
²¹     Q.     In light of the fact that you
²² have not performed the weight of evidence
²³ analysis of postnatal use of APAP in human
²⁴ offspring, is it fair to say you do not
²⁵ intend to offer opinions at this time in this

Page 188

¹ litigation that postnatal use of APAP in
² human offspring causes ADHD or ASD?
³     A.     Respectfully, my understanding
⁴ is, is that this point of the phase I of this
⁵ litigation is general causality about
⁶ prenatal exposures to acetaminophen and ASD
⁷ and ADHD.  And my expert testimony has to do
⁸ with the preclinical literature and the
⁹ weight of evidence that I performed pursuant
¹⁰ to that.
¹¹         You're asking me about
¹² something completely different, and I've not
¹³ reviewed the literature, nor have I been
¹⁴ offered any documents that I can review with
¹⁵ respect to that.
¹⁶     Q.     And my question is, in light of
¹⁷ what you just said, do you agree at this
¹⁸ point in time you do not intend to offer
¹⁹ opinions that postnatal use of APAP in human
²⁰ offspring causes ADHD or ASD in this
²¹ litigation?
²²     A.     As I said previously, if I'm
²³ given the opportunity and other information
²⁴ and other literature, I would reserve the
²⁵ opportunity to offer an opinion at such time.

Page 189

¹     Q.     I understand your reservation.
²         But as you sit here today, do
³ you intend to offer an opinion on postnatal
⁴ use of APAP in human offspring as to whether
⁵ it causes ADHD or ASD?
⁶         MS. HUNT:  Objection.  Asked
⁷     and answered.
⁸ QUESTIONS BY MR. PADGETT:
⁹     Q.     As you sit here today.
¹⁰     A.     I do not wish to give an
¹¹ opinion on that right now because, as I said,
¹² that's outside of the scope of my expert
¹³ testimony today.
¹⁴     Q.     And you have no intent to give
¹⁵ that opinion right now?
¹⁶     A.     I have been not -- I have not
¹⁷ been asked to give an opinion on that to
¹⁸ date.
¹⁹         If I am asked to give an
²⁰ opinion on that, I reserve the right to give
²¹ an opinion on that, given sufficient time and
²² literature.
²³     Q.     We talked earlier about the
²⁴ Koehn 2020 study, and that involved use of a
²⁵ radiolabeled drug, right?

Page 190

1     A.    I believe Koehn used a
2 tritiated acetaminophen, if I recall
3 correctly.
4     Q.    Is that a radiolabeled?
5     A.    It is.
6     Q.    Okay.  The study -- did the
7 study provide any information on -- would you
8 agree that the levels of acetaminophen in
9 that study are at a single point in time?
10         MS. HUNT:  Object to the form
11     of the question.
12         You can answer.
13         THE WITNESS:  You're asking me
14     whether in Koehn that the level of
15     acetaminophen is at a single point in
16     time?
17 QUESTIONS BY MR. PADGETT:
18     Q.    Is measured at a single point
19 in time.
20     A.    I think you would have to
21 clarify your question a little bit.
22         The level of acetaminophen is
23 measured in different compartments in the
24 Koehn, et al., study.
25     Q.    At individual points in time.

Page 191

1         In other words, the study
2 doesn't provide information on how quickly
3 those levels would change over time, right?
4     A.    Is there -- is there something
5 you can point me to in the study that you're
6 referring to?  Because I'm not necessarily
7 following what you're getting at.
8     Q.    You mentioned that it looked at
9 different areas of the brain.  And my
10 question is, when they look at the levels,
11 those are for a single point in time for
12 whatever area they're looking at.  It doesn't
13 assess across time in terms of those levels.
14 That's my question.
15     A.    So in the Koehn, et al., study,
16 they looked at gene expression in the brain
17 and the placenta.
18         You're saying that I testified
19 to something about different regions of the
20 brain.  I'm not sure to what you're referring
21 to that I stated.
22     Q.    Are you looking at 2020 or
23 2019?
24     A.    I would pose the question to
25 you on -- you're the one who brought up the

Page 192

1 study.
2     Q.    Are you currently looking at
3 the 20 -- Koehn 2019 or Koehn 2020?
4     A.    I -- in front of me I have
5 Koehn 2020.
6         (Pearson Exhibit 76 marked for
7     identification.)
8 QUESTIONS BY MR. PADGETT:
9     Q.    I'm going to hand you -- I'm
10 going to hand you what's been marked as
11 Exhibit 76.
12         Is this the Koehn 2019 study?
13     A.    This is Koehn 2019, yes.
14     Q.    Okay.  And did this use
15 radiolabeled acetaminophen?
16         It's right there in the
17 abstract, radiolabeled drugs, right?
18     A.    One point of clarification.  I
19 don't know that I used this study in my
20 weight of evidence analysis.  I think I used
21 this study in my background.
22     Q.    Okay.
23     A.    I just want to make sure that's
24 on the record.
25         So when you referred to it

Page 193

1 earlier, it threw me off because this was not
2 in my weight of evidence.  So let me just
3 make sure we're on the same page.
4         So in the abstract, you're
5 indicating that they -- they say that they
6 use a radiolabeled drug.
7         It does say that they used
8 radiolabeled substances in rats.
9     Q.    Okay.  And for the doses given,
10 my question is, did they assess the levels
11 and whether they changed over time in Koehn
12 2019?
13         MS. HUNT:  Object to form.
14         You can answer.
15         THE WITNESS:  Let me take a
16     moment and look at their figures.
17         They did.  Figure 6.
18 QUESTIONS BY MR. PADGETT:
19     Q.    Figure 6?
20     A.    Yes, on page 14.  Bottom
21 panels, acute administration and chronic
22 administration.
23     Q.    I'm talking for individual
24 doses.  Did they measure the levels for an
25 individual dose at different points in time

Page 194

¹ over time?  That's my question.
²     A.    Yes, that's what's being
³ measured here.  They're measuring
⁴ deprecations per minute, which is what the
⁵ radiolabeled gives you.
⁶     Q.    Okay.
⁷     A.    If you put tritium onto a drug,
⁸ it decays.  It's what a radioactive element
⁹ does.  It -- the protons within the nucleus
¹⁰ of that decay.  And if you put it inside --
¹¹ inside of a counter, it measures the
¹² deprecations.  And so this is a measurement
¹³ of how much a drug -- drug is in that sample.
¹⁴     Q.    And it was over the course of
¹⁵ one minute, did you say?
¹⁶     A.    No.  The course of, it looks
¹⁷ like, 150 minutes.
¹⁸     Q.    Okay.  Was there a comparison
¹⁹ between the levels examined there in fetus
²⁰ versus pregnant females?
²¹     A.    Yes.
²²     Q.    It wasn't adults that were
²³ nonpregnant females?
²⁴          MS. HUNT:  Object to the form
²⁵     of the question.

Page 195

¹          You can answer.
²          THE WITNESS:  My initial answer
³     was correct.
⁴ QUESTIONS BY MR. PADGETT:
⁵     Q.    Okay.  And I'm looking at
⁶ page 8, table...
⁷     A.    Figure 6 on the different lines
⁸ show the dam versus the fetus.
⁹     Q.    And I'm looking at page 8,
¹⁰ Table 5.  That's what I'm asking about, to be
¹¹ clear.
¹²          And I guess I'm specifically
¹³ looking at adults or nonpregnant females and
¹⁴ littermates of both sexes were included in
¹⁵ the E19 or P4 age groups.
¹⁶          The comparison there was made
¹⁷ between the offspring and nonpregnant
¹⁸ females, right?
¹⁹     A.    That appears to be between
²⁰ offspring and nonpregnant animals.
²¹     Q.    Okay.
²²     A.    But as I mentioned in
²³ Figure 4 -- or Figure -- what were we looking
²⁴ for? -- Figure 6, that's between the dam and
²⁵ the maternal plasma versus the fetal plasma.

Page 196

¹     Q.    And we talked about
² F1000Research previously, but based on the
³ front cover page where it says "first
⁴ published" --
⁵     A.    Yes.
⁶     Q.    -- August 7, 2019, and latest
⁷ published, August 7, 2019, would you agree
⁸ that there were no revisions made to this
⁹ article after initial publication without
¹⁰ peer review?
¹¹          MS. HUNT:  Object to form.
¹²          You can answer.
¹³          THE WITNESS:  I wouldn't know
¹⁴     because I didn't download this.  I
¹⁵     haven't looked.
¹⁶ QUESTIONS BY MR. PADGETT:
¹⁷     Q.    This Koehn 2019 used injection
¹⁸ method, right?
¹⁹          MS. HUNT:  Object to form.
²⁰          You can answer.
²¹ QUESTIONS BY MR. PADGETT:
²²     Q.    IP injection?
²³     A.    I would have to look at their
²⁴ methods briefly to recall.
²⁵          It says on page 5, in all

Page 197

¹ experiments involving postnatal animals,
² injections were at IP.  In pregnant animals,
³ radiolabeled marker was given intravenously.
⁴ Fetal animals were individually injected IP
⁵ while still in the intrauterine horn and --
⁶ the uterine horn.  And so a variety of
⁷ injection --
⁸     Q.    Okay.
⁹     A.    -- routes.
¹⁰     Q.    Do in vitro studies capture the
¹¹ inherent complexity of organ systems?
¹²          MS. HUNT:  Object to form.
¹³          You can answer.
¹⁴ QUESTIONS BY MR. PADGETT:
¹⁵     Q.    In an animal?
¹⁶     A.    Some in vitro systems can
¹⁷ capture some aspects of organ systems, but
¹⁸ they cannot -- they have limitations in terms
¹⁹ of capturing multi-organ systems in the
²⁰ entirety of an entire organism.
²¹     Q.    And they cannot account for
²² interactions between cell and biochemical
²³ processes that occur in a living animal,
²⁴ right?
²⁵     A.    I would not necessarily agree

Page 198

1  with that statement.
2      Q.    Would you agree that they
3  cannot account for all of the interactions
4  between cell and biochemical processes that
5  occur in a living animal?
6      A.    In vitro systems cannot account
7  for all cellular and biochemical interactions
8  of an intact organism, that is true.
9      Q.    And they do not have
10 absorption, distribution, metabolism or
11 excretion processes in place, right?
12     A.    They can have -- they can have
13 all of those processes.
14           To elaborate, so in vitro
15 systems can include each of those processes.
16     Q.    Can include all four at the
17 same time?
18     A.    So organ-on-a-chip systems.
19 Transwell systems.  There are advanced in
20 vitro systems that can incorporate hepatic
21 kidney-type systems and multi-organ-on-a-chip
22 systems that -- that can capture a lot of the
23 ADME properties.
24     Q.    And not to the -- would you
25 agree not to the same extent as a living

Page 199

1  organism?
2      A.    In vitro systems cannot capture
3  every aspect of a full, complete organism.
4      Q.    And you discuss in your report
5  in silico data, right?
6      A.    I discuss in silico data, yes.
7      Q.    And that has major limitations
8  in modeling human health and disease,
9  correct?
10           MS. HUNT:  Object to form.
11           You can answer.
12           THE WITNESS:  In silico systems
13     can have certain limitations.
14 QUESTIONS BY MR. PADGETT:
15     Q.    Would you characterize them as
16 major limitations?
17           MS. HUNT:  Object to form.
18           You can answer.
19           THE WITNESS:  It would depend
20     on the application.  They can have --
21     on the contrary, they can have major
22     strengths.
23 QUESTIONS BY MR. PADGETT:
24     Q.    If you turn to page 126 of your
25 report.

Page 200

1          There is the -- the only
2  paragraph of text there, as opposed to the
3  tables and charts, this -- that paragraph
4  relates to Comparative Toxicogenomics
5  Database.
6          Is that right?
7      A.    Yes.
8      Q.    But you're also -- you also
9  note that the relevance -- reliability is low
10 to medium for the in silico line of evidence,
11 right?
12     A.    That's correct.
13     Q.    The relevance is low, and the
14 weight assigned is low, right?
15     A.    That's what it says.
16     Q.    Okay.  And that is because, as
17 you note here, this type of high through --
18 quote, "high through-put data have several
19 major limitations in modeling human health
20 and disease," end quote.
21          Is that -- did I read that
22 correctly on page 126?
23     A.    You read that correctly.
24     Q.    Okay.  And mod -- with regard
25 to modeling human health and disease, the

Page 201

1  major limitations would include ASD and ADHD,
2  right?
3          MS. HUNT:  Object to the form
4     of the question.
5          You can answer.
6          THE WITNESS:  ASD and ADHD
7     are components of human health and
8     disease.
9  QUESTIONS BY MR. PADGETT:
10     Q.    You discussed early in -- well,
11 I guess about page 124, you talk about that
12 APAP has been tested in 970 assays in
13 something known as the EPA ToxCast dashboard?
14     A.    Yes.
15     Q.    And of those 979 assays you
16 identify here on pages 124 to 125, four that
17 showed active calls; is that right?
18     A.    That's correct.
19     Q.    Can you describe specifically
20 how these four active calls support a
21 specific finding of acetaminophen as a
22 causal -- that acetaminophen can cause ASD or
23 ADHD?
24     A.    On a weight of evidence
25 analysis, you don't rely on one level of

Page 202

1 analysis to -- or level of evidence to
2 support a causal framework. You rely on the
3 totality and multiple levels of evidence.
4         So to more directly answer your
5 question, I wouldn't rely just on this single
6 data to do that. But -- yeah.
7         But in the -- in the full
8 weight of evidence analysis, these kinds of
9 results can be supportive in that these
10 assays support the specificity of the types
11 of effects.
12         So the first assay where you
13 have activity and relatively low -- rather
14 high sensitivity where you have a low AC50 is
15 androgen receptor. And we know that
16 acetaminophen has activity on androgen
17 receptor, so that makes intuitive sense from
18 a toxicological perspective.
19         The second assay is a nuclear
20 hormone receptor, a progesterone receptor.
21         The third one, in HepaRG cells,
22 which are hepatocytes, it makes sense that
23 you have CYP450 activity there.
24         And the last one is SOX
25 activity, which is essentially a

Page 203

1 transcription factor that's involved in
2 development. So in that sense, the
3 development's maybe not surprising given the
4 neurodevelopmental activity that we're
5 interested in.
6     Q.    Did you actually go into the
7 EPA ToxCast dashboard and review the data
8 that these four calls -- assays were
9 reproduced in your report?
10         MS. HUNT: Object to form.
11         You can answer.
12         THE WITNESS: Are you asking
13     whether I read more about these
14     specific assays?
15 QUESTIONS BY MR. PADGETT:
16     Q.    Strike that.
17         Did you go into the EPA ToxCast
18 database and look at the information on that
19 database that's reflected in your report at
20 pages 124 to 25?
21         MS. HUNT: Object to form.
22         You can answer.
23         THE WITNESS: Yes.
24         (Pearson Exhibit 74 marked for
25     identification.)

Page 204

1 QUESTIONS BY MR. PADGETT:
2     Q.    Okay. I'm going to hand you
3 what's been marked as Exhibit 74.
4         Is this --
5         MS. HUNT: Can I have a copy?
6         MR. PADGETT: Oh, I'm sorry.
7         MS. HUNT: Thank you.
8 QUESTIONS BY MR. PADGETT:
9     Q.    And is exhibit -- which number
10 is that, please?
11     A.    74.
12     Q.    Is Exhibit 74 going to be
13 introductory material about the EPA ToxCast
14 database, followed by the specific
15 information on acetaminophen discussed in
16 your report there at pages 124 to 25?
17         MS. HUNT: Object to the form
18     of the question.
19         You can answer.
20         THE WITNESS: Are you asking is
21     this specific information discussed in
22     my report?
23 QUESTIONS BY MR. PADGETT:
24     Q.    No. Would you agree that that
25 is -- does that look familiar to you as --

Page 205

1 from EPA ToxCast database? At least the
2 materials on acetaminophen?
3     A.    Yes, it does.
4     Q.    And the ToxCast program has
5 acknowledged that false positive and negative
6 hit calls are possible using their automated
7 methods, and so they've added a processing
8 step to assign flags or warnings about the
9 data.
10         Do you understand that?
11     A.    I do.
12     Q.    Okay. Are there any flags or
13 warnings referenced in the data on pages 124
14 to 25 of your expert report with regard to
15 those four assays?
16     A.    There are no flags on my expert
17 report.
18     Q.    Did you understand that the
19 warnings -- do the warnings limit the
20 conclusions that can be drawn from the
21 results?
22     A.    If the ToxCast algorithms flag
23 a dose response, then it can trigger further
24 follow-up by the computational toxicologist
25 at the EPA to determine whether

Page 206

1 the curve-fitting algorithms need to be
2 refit, whether the assay performed well, or
3 whether the assay data are unreliable.
4    Q.   You state there -- it's on
5 page 124 of your report -- that the ToxCast
6 dashboard shows APAP has potent activity for
7 androgen receptor.
8         Is that -- did I read that
9 right?
10    A.   Yes.
11    Q.   Did you review all of the
12 results from the androgen receptor assays and
13 models in the ToxCast -- EPA ToxCast
14 database?
15         MS. HUNT:  Object to the form
16    of the question.
17         You can answer.
18 QUESTIONS BY MR. PADGETT:
19    Q.   As to acetaminophen?  Sorry.
20    A.   I do not remember what I looked
21 at. I believe that I did.
22    Q.   Okay.  So were you aware that
23 there were 14 other androgen receptor assays
24 that were represented as inactive?
25    A.   There's more nuclear receptors

Page 207

1 beyond androgen receptor.  There's --
2    Q.   I'm --
3    A.   -- receptor.  There's -- yeah.
4    Q.   I'm asking specifically about
5 the androgen receptor assays.
6    A.   I'm aware that there are other
7 androgen receptor assays --
8    Q.   Okay.
9    A.   -- that are up and -- that
10 would be up and down.
11    Q.   Could you turn to the graph
12 there with the date in the right-hand --
13 bottom right corner?  Says 8/1/23, 6:04 p.m.
14         And which assay is this for?
15 Is this a nuclear antagonist?
16    A.   I assume you're asking about
17 the one that says UPAHCLU2OSAR TIF2 nucleoli
18 antagonist?
19    Q.   Yes.
20    A.   Yes.
21    Q.   And that particular one has a
22 flag for hit call, and it says, "Potentially
23 confounding by overfitting.  Only one
24 concentration above baseline active."
25    A.   I see that.

Page 208

1    Q.   Okay.  Did you see that when
2 you were looking at the database?
3    A.   I do not recall whether I saw
4 that or not.
5    Q.   Okay.  But this is referring to
6 an androgen receptor, correct?
7    A.   This is referring to --
8 actually, no, it's not.  It's not an androgen
9 receptor.  I misread that earlier.  It's a
10 nucleoli antagonist.  Well, as it relates to
11 the gene AR.
12    Q.   I'm talking about the one on
13 the graph that we're looking at.
14    A.   Yeah, it's the same one that's
15 the top one in the table, though.
16    Q.   Okay.
17    A.   The most potent one with the
18 AC50 of .25, which is .25 micromolar or 251
19 nanomolar.
20    Q.   And would you agree that this
21 flag and the potential confounding by
22 overfitting calls into the question of
23 reliability of this hit?
24    A.   It certainly requires that the
25 toxicologist at the EPA should look more at

Page 209

1 this dose-response relationship and determine
2 whether that dose response is biologically
3 meaningful or whether one of these other
4 concentration response curves would be
5 better.
6         So the one that's fit, that
7 gives this AC50, was what they call the
8 winning model.  So that's computational.
9 That's why they give that dotted line.
10 That's the winning model, and that's the log
11 AC, that one that gives this .25 AC50.
12    Q.   You -- sorry, go ahead.
13    A.   So I was just going to continue
14 on.
15         They give other curves.
16 They're very, very faint in here.  There's a
17 hill curve, for instance, or a gain-loss
18 curve.  Those would render different AC 50s.
19         And so a toxicologist, a
20 computational toxicologist, could look at
21 this and determine, you know, based on this
22 scatter plot of dose response, it might be
23 more appropriate to not trust the computer
24 and apply one of the other ones.
25    Q.   You also state there on

Page 210

1  page 124 that it -- "the ToxCast dashboard
2  shows that APAP has potent activity for...the
3  nuclear receptor family in general," right?
4      A.    Yeah, I believe I would have
5  said that because the top two most potent
6  assays are for two intended target families
7  of nuclear receptor.
8      Q.    If you could look at the graph
9  with the bottom right date of 8/1/2023,
10  6:07 p.m., please.
11      A.    Yes.
12      Q.    And does that -- the assay for
13  binding of the human progesterone reception?
14      A.    Yes.
15      Q.    And that has a flag on it,
16  right?
17      A.    Yes.
18      Q.    And the flag says, quote, "Less
19  than 50 percent efficacy," end quote, right?
20      A.    It does.
21      Q.    But that's not discussed in
22  your report, correct?
23      A.    It is not discussed in my
24  report.
25      Q.    You also state on page 124 that

Page 211

1  "the ToxCast dashboard shows that APAP has
2  potent activity for...cytochrome P450
3  enzymes," correct?
4      MS. HUNT:  Object to the form
5  of the question.
6      You can answer.
7  QUESTIONS BY MR. PADGETT:
8      Q.    It's on page 124 of your
9  report.
10      A.    Yes.
11      Q.    And this was related to an
12  assay at CYP1A1 induction, correct?
13      A.    Yes.
14      Q.    Okay.  Is the CYP1A1 enzyme --
15  P450 enzyme typically associated with
16  acetaminophen metabolism?
17      MS. HUNT:  Object to the form
18  of the question.
19      You can answer.
20      THE WITNESS:  I've seen
21  literature associated with CYP1A1 and
22  APAP.  I've seen it more in respect to
23  aniline to APAP.
24      I've seen also CYP1A2 in
25  acetaminophen.

Page 212

1      I think some of these assays
2  can have some specificity problems
3  with respect to the fact they're
4  transcription factor reporter assays,
5  so sometimes the CYP specificity can
6  overlap.  So it's not surprising to me
7  to see CYP1A1 activity with respect to
8  acetaminophen.
9  QUESTIONS BY MR. PADGETT:
10      Q.    So is CYP1A1 typically
11  associated with acetaminophen metabolism
12  based on the literature you've seen?
13      MS. HUNT:  Objection.  Form.
14      You can answer.
15      THE WITNESS:  I don't know what
16  your definition of the -- of typically
17  is.  I've seen literature associating
18  CYP1A1 with acetaminophen.
19  QUESTIONS BY MR. PADGETT:
20      Q.    In any event, this -- if you
21  turn to the graph, 8/1/2023, for 6:09 p.m.,
22  is that the graph for the CYP1A1 induction
23  reflected in your expert report?
24      A.    It is reflected in my expert
25  report.

Page 213

1      Oh, I'm sorry.  Is the flag
2  reflected in my expert report?
3      Q.    Is the graph.
4      A.    Is the graph itself or is data
5  from the graph reflected?
6      Q.    Yeah, the data from the graph.
7      A.    The last entry into the table
8  on page 125 comes from that.
9      Q.    Okay.
10      A.    Oh, no, I'm sorry, it isn't,
11  actually.  No, it isn't.
12      Q.    This assay, C1P1A {sic} assay,
13  is reflected in your report as one of the
14  hits that you describe, right?
15      A.    No.  I don't see it.
16      Q.    You were talking about a CYP450
17  assay result was among the four at pages 124
18  to 125; is that right?
19      Which one of these four is it?
20  First, second, third or fourth?  Is it the
21  third where it says CYP1A1?
22      A.    Oh, yeah, there it is.  Thank
23  you.  It's that one.
24      Q.    Okay.  And the one that has
25  6:09 p.m. in the bottom right-hand --

Page 214

1    A.    Yes.
2    Q.    -- corner is the graph related
3 to that assay, right?
4    A.    It is.
5    Q.    And that graph has a flag as
6 well, right?
7    A.    It does.
8    Q.    And the flag is, quote, "noisy
9 data," end quote; is that correct?
10    A.    That is what it says.
11    Q.    And what does noisy data mean?
12    A.    It's referring to that the
13 replicates are widespread.
14    Q.    Could noisy data also mean
15 meaningless or corrupt data?
16    A.    That's not at all what that
17 means.  It just means that biology is
18 variable.  In fact, I would go on to say that
19 this is actually beautiful data.
20        If you look at the lower dose
21 range, the replicates are very tight.  If you
22 go to the higher dose range, log 1.5, then
23 the replicates become widespread.  But if you
24 actually look at the dose-response curve,
25 it's a beautiful sigmoidal curve.  So as

Page 215

1 someone who is a neurotoxicologist, it's a
2 beautiful curve.  It's actually wonderful
3 data.
4    Q.    But it's flagged as noisy data,
5 correct?
6    A.    It's flagged.  And so
7 computational toxicologists want to have
8 systems of checks and balances to make sure
9 that the -- that the -- they have ways to
10 have alerts.  But just because flags are
11 stimulated doesn't mean that the data are
12 bad.
13        So they may very well look at
14 this and say, oh, no, actually this looks
15 great, and the AC50s that are generated from
16 it are good.
17    Q.    And the last one -- I think
18 this is over on your table, page 125 -- is
19 the SOX1 assay that you described; is that
20 right?
21    A.    Yes.
22    Q.    And that one is in -- this
23 exhibit is the 6:10 p.m. in the bottom right
24 corner graph, right?
25    A.    I see it, yes.

Page 216

1    Q.    And that has a flag as well,
2 right?
3    A.    It does.
4    Q.    And it says, "less than
5 50 percent efficacy, hit call potentially
6 confounding by overfitting," right?
7    A.    Yes.
8    Q.    Has SOX1 activity been
9 associated with ASD or ADHD specifically?
10    A.    I don't know offhand if SOX1.
11 I'm aware that SOX2 has been implicated in
12 neurodevelopmental disorders such as ASD.  I
13 don't recall offhand if SOX1 is.
14        But the SOX family of
15 transcription factors is highly implicated in
16 such neurodevelopmental outcomes.
17    Q.    In any event, the less than
18 50 percent efficacy in hit call potentially
19 confounding by overfitting is not -- a
20 warning flag is not referenced in your
21 report, correct?
22    A.    It is not.
23    Q.    On page -- pages -- you discuss
24 in your report, it looks like Section 11,
25 Roman numeral XI, APAP's mechanisms of

Page 217

1 neurodevelopmental injury.
2        Do you recall that?
3    A.    Can you tell me what page that
4 is?
5    Q.    Page 50.
6    A.    Yes.
7    Q.    Have you -- I think earlier you
8 said you were -- you reviewed and relied upon
9 Dr. Cabrera's report, right?
10    A.    I read his report, and I
11 reference it in my report.
12    Q.    Have you reviewed Dr. Cabrera's
13 deposition transcript?
14    A.    I read his deposition
15 transcript.
16    Q.    And I'll represent to you --
17 I'll represent to you that Dr. Cabrera
18 testified in his deposition that the core
19 pathways for his opinions were oxidative
20 stress and endocannabinoid pathways, and that
21 for the other proposed mechanisms, at least
22 when applying the adverse outcomes pathways,
23 that, quote, "there would be gaps in the data
24 that would leave a gap in the biologic
25 plausibility that would need additional data

Page 218

1  to fill in those gaps."
2       Do you recall that?
3       MS. HUNT:  Object to the form
4  of the question.
5       You can answer, if you recall.
6       THE WITNESS:  I don't recall
7  that.
8       (Pearson Exhibit 77 marked for
9  identification.)
10  QUESTIONS BY MR. PADGETT:
11     Q.    Okay.  And I'll hand you what's
12  pages 325 to 326 of Dr. Cabrera's deposition,
13  if you want to take a look.
14       Can I have it back?  I'll go
15  ahead and mark it.
16       I'm going to hand you what's
17  been marked as Exhibit 77.  That's pages 325
18  to 326 of Dr. Cabrera's report {sic}.
19       Do you recall reading this
20  testimony at the end of page 325 over to
21  page 326 from Dr. Cabrera?
22     A.    I'll need just a second to look
23  at it.
24     Q.    Sure.
25     A.    It looks a little bit familiar,

Page 219

1  yeah.
2       Q.    Okay.  But he states with
3  regard to mechanisms -- or pathways,
4  biological systems -- he calls them the core
5  pathways -- beyond oxidative stress and
6  endocannabinoid pathways that there would --
7  quote, "there would be gaps in the data that
8  would leave a gap in the biological
9  plausibility that would need additional data
10  to fill in those gaps," period, end quote.
11       Did I read that correctly?
12       MS. HUNT:  Object to form.
13       You can answer.
14       THE WITNESS:  I'm not sure you
15  read that exactly correctly, but I
16  think you summarized it sufficiently
17  what was stated there.
18  QUESTIONS BY MR. PADGETT:
19     Q.    Do you agree with Dr. Cabrera's
20  statement here that beyond the
21  endocannabinoid pathways and oxidative stress
22  pathway, that the other mechanisms that have
23  been -- have gaps in biological plausibility
24  that would need additional data to fill in
25  those gaps?

Page 220

1       A.    I would not endorse that
2  precisely.  I do not -- I don't think that's
3  an accurate summarization, no.
4       Q.    And you don't think that's an
5  accurate summarization by Dr. Cabrera, is
6  what you're saying?
7       A.    Correct.
8       Q.    Okay.
9       A.    I think there's enough -- there
10  is sufficient information about mechanism,
11  biological-initiating mechanisms, of damage
12  by acetaminophen in nervous system tissues
13  beyond oxidative stress and how that leads to
14  neurodevelopmental injury in the developing
15  brain, and that includes synaptic
16  dysfunction, cellular disruption and
17  neurodevelopmental cascades that include --
18       Q.    Sorry.
19       A.    Sorry.
20       -- that include endocrine
21  disruption.  It includes serotonergic
22  alterations, dopaminergic dysfunction, and
23  includes various different pathways,
24  epigenetic disruption.
25       Q.    You discuss in your report a

Page 221

1  mechanism related to AM404, correct?
2       A.    I discuss mechanisms related to
3  4-Aminophenol that involve that pathway.
4       Q.    Okay.  When you say 4-Amin --
5  say it again?
6       A.    I think it's 4-Aminophenol.
7  Yeah.
8       Q.    Is that FAAH?
9       A.    FAAH is the enzyme that's
10  involved in the synthesis of that particular
11  metabolite.
12       Q.    Okay.  I think you indicate in
13  your report a key metabolite of acetaminophen
14  is PAP, or p-Aminophenon {sic}?
15       A.    Sorry.  p-Aminophenol, yeah.
16       Q.    PAP, correct?
17       A.    Yes.
18       Q.    Okay.
19       A.    Yeah.
20       Q.    And that in the brain and in
21  the presence of FAAH, PAP can conjugate with
22  arachidonic acid to form AM404; is that
23  correct?  Is that a correct representation of
24  your --
25       A.    That's my recollection without

Page 222

¹ seeing it in front of --
²     Q.    Okay.
³     A.    -- in front of my -- in front
⁴ of me.
⁵     Q.    What percentage of
⁶ acetaminophen is metabolized to PAP?
⁷         MS. HUNT:  Object to the form
⁸     of the question.
⁹         You can answer.
¹⁰         THE WITNESS:  I do not know the
¹¹     specific number.  My recollection is
¹²     it's a small percentage.
¹³ QUESTIONS BY MR. PADGETT:
¹⁴     Q.    Is it more or less than the
¹⁵ percentage of NAPQI that is formed during
¹⁶ acetaminophen metabolism?
¹⁷         And if you want to look to
¹⁸ page 8 of your report, there's a discussion
¹⁹ of this.
²⁰     A.    So on the bottom of page 8, it
²¹ shows a diagram that gives approximate
²² metabolic fates of acetaminophen products.
²³         And to answer your question
²⁴ specifically, it says 5 to 10 percent of
²⁵ acetaminophen ends up as NAPQI.

Page 223

¹         But that's state-dependent.
² That depends on, you know, how much CYP2E1
³ there is.  CYP2E1 is variable.
⁴         It also depends on how much
⁵ glucuronidation or sulfation is happening to
⁶ the parent molecule.
⁷         It also depends on how much
⁸ parent molecule there is.
⁹     Q.    Okay.
¹⁰     A.    It also depends on how much
¹¹ glutathione there is, of course.
¹²     Q.    And you're referring on page 8
¹³ to Figure 2, right?
¹⁴     A.    To Figure 2, yes.
¹⁵     Q.    Okay.  And based on Figure 2,
¹⁶ you would agree that 60 percent of
¹⁷ acetaminophen is metabolized through
¹⁸ glucocorn -- corn -- glucuren -- how do you
¹⁹ say it?
²⁰     A.    Glucuronidation.
²¹     Q.    Glucuronidation, and 30 percent
²² through sulfation, right?
²³     A.    These are approximate numbers.
²⁴ There are species differences.  There's
²⁵ developmental differences.  These are --

Page 224

¹ again, it's a snapshot to give approximate --
² approximations, but they can be helpful as
³ a -- as an approximation.
⁴     Q.    Okay.  But that's what -- those
⁵ numbers are what's reflected in Figure 2 of
⁶ your -- page 8 of your report, right?
⁷     A.    Yes.
⁸     Q.    Okay.  And the metabolite --
⁹ metabolism pathway for -- to NAPQI is APAP
¹⁰ conjugate -- is conju -- is bound with CYP2E1
¹¹ to create NAP -- NAPQI, right?
¹²     A.    CYP2E1 oxidizes acetaminophen
¹³ to NAPQI, yes.
¹⁴     Q.    Okay.  And then GSH,
¹⁵ essentially an antioxidant that converts
¹⁶ NAPQI to a harmless metabolite that's
¹⁷ excreted in the urine, right?
¹⁸     A.    That's an okay-enough
¹⁹ summarization, yes.
²⁰     Q.    Okay.  And some acetaminophen
²¹ is excreted as is -- in urine in unconjugated
²² form, right?
²³     A.    Very little.
²⁴     Q.    Okay.  Is it about 5 percent?
²⁵     A.    I don't know the exact number,

Page 225

¹ but most of it is processed.
²     Q.    PAP is not on this graphic in
³ Figure 2, correct?
⁴     A.    It is not.
⁵     Q.    And I don't believe I saw this
⁶ in any study cited in your report, but
⁷ correct me if I'm wrong, but are there any
⁸ studies that have measured AM404 in the human
⁹ embryotic fetal brain?
¹⁰         MS. HUNT:  Object to form.
¹¹         You can answer.
¹²         THE WITNESS:  I do not know.
¹³ QUESTIONS BY MR. PADGETT:
¹⁴     Q.    Okay.  In your opinion, is one
¹⁵ molecule of AM404 in the fetal brain
¹⁶ sufficient to cause ASD?
¹⁷         MS. HUNT:  Object to the form
¹⁸     of the question.
¹⁹         You can answer.
²⁰         THE WITNESS:  I do not have any
²¹     knowledge of how much AM404 would be
²²     required to cause ASD.
²³ QUESTIONS BY MR. PADGETT:
²⁴     Q.    And same question for ADHD.  Is
²⁵ one molecule of AM404 in the fetal brain

Page 226

1  sufficient to cause ADHD?
2       MS. HUNT: Same objection.
3       THE WITNESS: Asking a question
4  about an individual molecule causing a
5  complex human disease is, I think,
6  indicative of how -- why something
7  like a weight of evidence is
8  necessary, because that's just not how
9  disease risk works. We're dealing --
10  again, we're dealing with, like,
11  complex, pleiotropic disease.
12       It's -- so to more directly
13  answer your question, I cannot answer
14  that question. It's not possible to
15  answer that question.
16  QUESTIONS BY MR. PADGETT:
17       Q.  Okay. And to your point about
18  a weight of evidence, are you aware of any
19  studies that have measured AM404 in human
20  adults?
21       MS. HUNT: Object to the form
22  of the question.
23       You can answer.
24       THE WITNESS: I have not
25  reviewed the literature about whether

Page 227

1  AM404 has been measured in human
2  biospecimens. So I don't know.
3  QUESTIONS BY MR. PADGETT:
4       Q.  And is it your opinion that
5  AM404 increases anandamide and that this
6  increase of anandamide disrupts the
7  endocannabinoid system?
8       A.  My understanding is that AM404
9  is involved in endocannabinoid signaling, and
10  disruption to the endocannabinoid signaling
11  system is -- can perturb neurodevelopment.
12       Q.  And do you have any
13  understanding of the level at which a
14  decrease of AM404 would sufficiently perturb
15  the endocannabinoid system to result in an
16  increased risk of ASD?
17       MS. HUNT: Object to form.
18       You can answer.
19       THE WITNESS: That is not my
20  expertise. I'm not a person who is
21  trained in the dosimetry of AM404 in
22  the human brain to determine what the
23  levels are that are required to lead
24  to a human disorder. That's outside
25  of my training.

Page 228

1  QUESTIONS BY MR. PADGETT:
2       Q.  And you said it would lead to a
3  human disorder. So the same response would
4  be true with regard to ADHD, correct?
5       A.  Same answer.
6       Q.  You assert on page 63 of your
7  report that it is well-accepted that
8  endocannabinoid disruption during pregnancy
9  should be avoided, and there you cite ACOG,
10  right?
11       A.  Yes.
12       Q.  So there you do, in fact,
13  believe that ACOG is a valid source of
14  medical opinion, correct?
15       MS. HUNT: Object to the form
16  of the question.
17       You may answer.
18       THE WITNESS: Citing a
19  particular reference means that that
20  particular reference is what I'm
21  referring to to support that
22  statement.
23       (Pearson Exhibit 75 marked for
24  identification.)
25

Page 229

1  QUESTIONS BY MR. PADGETT:
2       Q.  I'm going to hand you what's
3  been marked as Exhibit Number 75. Is that
4  the source that you're referring to with
5  regard to your citation to ACOG?
6       A.  I believe it is. Yes.
7       Q.  And that is a flyer from ACOG
8  warning about using marijuana while pregnant,
9  correct?
10       MS. HUNT: Object to the form
11  of the question.
12       You can answer.
13       THE WITNESS: I'm sorry. The
14  question is whether this is a flyer?
15  QUESTIONS BY MR. PADGETT:
16       Q.  Is that a -- is that -- will
17  you confirm that Exhibit 78 is an ACOG flyer
18  advising against the use of marijuana during
19  pregnancy? Correct?
20       A.  This is a -- this is a couple
21  of documents from ACOG that discuss the topic
22  of marijuana in pregnancy.
23       Q.  And the bulletin that's
24  Exhibit 78, the ACOG bulletin, states, quote,
25  "Research is limited on the forms of

Confidential - Subject to Protective Order

Page 230

¹ marijuana use during pregnancy because all of
² the possible harms are not fully known.  ACOG
³ recommends that anyone who is pregnant,
⁴ planning to get pregnant or breastfeeding not
⁵ use marijuana," period, end quote.
⁶          Did I read that correctly?
⁷     A.    You did.
⁸     Q.    And THC use during pregnancy is
⁹ discouraged because research is limited on
¹⁰ the harms of marijuana use during pregnancy,
¹¹ and all of the possible harms are not fully
¹² known, correct?
¹³          MS. HUNT:  Object to form.
¹⁴          You can answer.
¹⁵          THE WITNESS:  You were asking
¹⁶     me about THC use?  I didn't understand
¹⁷     the question.
¹⁸          MR. PADGETT:  Can you read it
¹⁹     back, please?
²⁰          Strike that.
²¹ QUESTIONS BY MR. PADGETT:
²²     Q.    According to this ACOG
²³ bulletin, THC use during pregnancy is
²⁴ discouraged because research is limited on
²⁵ the harms of marijuana use during pregnancy

Page 231

¹ and all of the possible harms are not fully
² known, right?
³          MS. HUNT:  Object to form.
⁴          You can answer.
⁵          THE WITNESS:  I want to make
⁶     sure I understand the question.
⁷          So you're asking whether ACOG
⁸     is recommending that pregnant people
⁹     don't use THC while pregnant because
¹⁰     all of the harms aren't known?  And
¹¹     you're asking me to say yes or no to
¹²     that?
¹³ QUESTIONS BY MR. PADGETT:
¹⁴     Q.    Is that your understanding?
¹⁵ That's my question.
¹⁶     A.    I don't -- I wouldn't fully
¹⁷ agree with that, because as they're saying
¹⁸ here, they're saying possible effects on your
¹⁹ fetus - disruption of brain development
²⁰ before birth, smaller size at birth.  They're
²¹ listing many, many effects.
²²          So it's not just because the
²³ possible effects aren't known.  I can't
²⁴ endorse that particular response to the
²⁵ affirmative as you phrased the question.

Page 232

¹     Q.    Do you believe it's appropriate
² to extrapolate from the effects of one
³ endocannabinoid compound to make a causation
⁴ argument about another compound acting on an
⁵ endocannabinoid system?
⁶     A.    I think -- I think it's -- I
⁷ think that knowing that a particular ligand
⁸ of receptors affecting neurodevelopment can
⁹ tell you that.  You have to be careful with
¹⁰ other known ligands to those receptors when a
¹¹ full safety profile of that particular
¹² chemical in question has not been performed.
¹³     Q.    And we're talking about ASD and
¹⁴ ADHD.  Wouldn't you need to be specific as to
¹⁵ the particular neurochemicals or transmitters
¹⁶ that have been linked with ASD in terms of
¹⁷ perturbing of the endocannabinoid system?
¹⁸          MS. HUNT:  Object to form.
¹⁹          You can answer.
²⁰          THE WITNESS:  So with ASD and
²¹     ADHD -- so we're talking about now two
²²     different disorders, endocannabinoids
²³     and now neurotransmitters.  So now I'm
²⁴     a little bit confused about what
²⁵     specifically you're asking me.

Page 233

¹          So specificity about which
²     chemicals that act as ligands for the
³     endocannabinoid system?
⁴ QUESTIONS BY MR. PADGETT:
⁵     Q.    Yes.
⁶     A.    Or neurotransmitters?
⁷          So you're not asking me about
⁸ neurotransmitters?
⁹     Q.    Not right now.
¹⁰     A.    Okay.  So, no.
¹¹     Q.    Same question about
¹² neurotransmitters.
¹³          Don't you need to know the
¹⁴ particular neurotransmitters that have been
¹⁵ linked with ASD in terms of perturbing of the
¹⁶ endocannabinoid system in making a causal
¹⁷ assessment?
¹⁸     A.    I'm not certain I understand
¹⁹ what you mean with respect to
²⁰ endocannabinoids and now neurotransmitters.
²¹     Q.    What specific neurochemicals
²² have been identified as perturbing the
²³ endocannabinoid system as cause -- as
²⁴ specifically causing ASD?
²⁵          MS. HUNT:  Object to form.

Page 234

1    You can answer.
2    THE WITNESS:  I'm really having
3 a hard time understanding what you're
4 asking me.
5    So specificity about
6 neurotransmitters that are involved in
7 ASD and ADHD and how that relates to
8 endocannabinoids?
9    Look, I think what we're
10 discussing here is the involvement of
11 the endocannabinoid system and whether
12 acetaminophen is perturbing
13 endocannabinoid system.
14    If we're talking about the
15 endocannabinoid system as a mechanism
16 by which acetaminophen is disturbing
17 neurodevelopment, what that has to do
18 with neurotransmitters, serotonin,
19 dopamine, you know, norepinephrine, et
20 cetera, I don't see the link here,
21 like what -- how I'm supposed to
22 answer your question.
23 QUESTIONS BY MR. PADGETT:
24    Q.    Let me ask you this way.
25    Do you -- can you identify a

Page 235

1 single study that suggests or reports that
2 AM404 has neurodevelopmental effects,
3 including the development of ASD or ADHD?
4    MS. HUNT:  Object to the form
5 of the question.
6    You can answer.
7    THE WITNESS:  If AM404 has
8 neurodevelopmental effects.
9    I do not recall studies that
10 specifically look at AM404 and
11 directly linking to neurodevelopmental
12 effects in humans.
13    MR. PADGETT:  We've been going
14 over an hour.  Do you want to take a
15 break?
16    MS. HUNT:  Sounds good to me.
17    VIDEOGRAPHER:  The time right
18 now is 2:41 p.m., and we're off the
19 record.
20    (Off the record at 2:41 p.m.)
21    VIDEOGRAPHER:  The time right
22 now is 3:02 p.m., and we're back on
23 the record.
24 QUESTIONS BY MR. PADGETT:
25    Q.    Dr. Pearson, I'm going to take

Page 236

1 you all the way back to page 10 of your
2 amended expert report.
3    You have a statement there that
4 says that a fetus has, quote, "Less ability
5 to detoxify NAPQI," period, end quote.
6    It's at the very -- towards the
7 very bottom of the page.
8    Do you see that?
9    A.    Yes.
10    Q.    Okay.  Aside from the statement
11 about lower glucuronidation capacity, do you
12 have any other studies supporting the
13 proposition that fetuses have less ability to
14 detoxify NAPQI?
15    A.    It's well-understood that the
16 hepatic -- the liver enzymes and liver
17 activity of embryos and fetuses are limited,
18 so it's not until late term and postnatal
19 that the activity of the liver is fully on
20 board.  So the fetus is relying on maternal
21 detoxification to some degree.
22    Q.    Okay.
23    A.    And I don't know exactly where
24 I have that cited in here, but that's a
25 well-understood metabolic and toxicological

Page 237

1 phenomenon.
2    Q.    What about levels of GSH in the
3 fetal brain, do you have any understanding of
4 the levels of the GSH that are present in the
5 fetal brain shown by any scientific research?
6    MS. HUNT:  Object to form.
7    You can answer.
8    THE WITNESS:  There's the study
9 that we discussed earlier that had
10 some limitations in terms of controls
11 but nevertheless gave some information
12 on this.  And that is Beck, in rat,
13 shows us that low weight files are
14 reduced, that glutathione was reduced
15 in the fetal brain relative to other
16 tissues, and that acetaminophen
17 changes that.
18    And so there's developmental
19 dynamics of glutathione levels in
20 fetal tissues and in fetal brain, and
21 those change over time.
22 QUESTIONS BY MR. PADGETT:
23    Q.    But you're talking about rat --
24    A.    I am talking about rat.
25    Q.    Okay.  What about studies about

Page 238

¹ GSH in the fetal human brain?

² MS. HUNT: Object to the form

³ of the question.

⁴ You can answer.

⁵ QUESTIONS BY MR. PADGETT:

⁶ Q. Any do you have -- are you

⁷ aware of any studies looking at that?

⁸ A. Off the top of my head, I'm not

⁹ sure if the glutathione in human embryos or

¹⁰ fetuses has been measured. It may very well

¹¹ have.

¹² Q. I'm going to hand you what has

¹³ been previously marked as Exhibit 43. It was

¹⁴ in -- from Dr. Louie's deposition. It's got

¹⁵ a chicken scratch from Dr. Louie on it.

¹⁶ Have you -- have you read this

¹⁷ article before?

¹⁸ A. Let me look at the figures and

¹⁹ see if I recognize it.

²⁰ I don't know if I relied on

²¹ this or looked at it or not. I don't

²² recognize it. But I may have.

²³ Q. I do not believe it was on your

²⁴ list of materials, but you also don't recall

²⁵ looking at it within the past month or two?

Page 239

¹ A. I do not recall looking at it,

² no.

³ Q. Okay. And this article reports

⁴ on table -- in specifically Table 2, GSH

⁵ levels in the fetal brain and liver of -- as

⁶ of 13 weeks, correct?

⁷ A. I see that in Table 2.

⁸ Q. Okay. And you indicated

⁹ earlier that acetaminophen -- you said that

¹⁰ the -- that the P -- we rely on the mother's

¹¹ metabolism in the liver to deal with NAPQI;

¹² is that right?

¹³ A. I did not say that.

¹⁴ Q. Okay. What did you mean? You

¹⁵ were talking about it earlier.

¹⁶ A. I was saying that the liver on

¹⁷ the whole is not fully functional in a

¹⁸ developing embryo or fetus, and that some of

¹⁹ the detoxification of circulating xenobiotics

²⁰ would require hepatic function of the mother.

²¹ Q. Okay. At least here, brain GSH

²² shows 80 nanomole per milligrams systolic

²³ protein for GSH, correct?

²⁴ A. Nanograms per milligram, yes.

²⁵ Q. Okay. And have you reviewed --

Page 240

¹ strike that.

² I'm going to hand you what's

³ been marked previously in Dr. Louie's

⁴ deposition as Exhibit 40, ask do you

⁵ recognize that study?

⁶ A. I do not recognize this study

⁷ just based on the title page.

⁸ Q. If you turn to Table 2 in

⁹ Figure B of this -- and this is the Dutheil

¹⁰ 2009 study, correct?

¹¹ A. Yes.

¹² Q. And this is looking at CYP2E1

¹³ mRNA expression in the human brain and in the

¹⁴ liver and various other -- specifically in

¹⁵ the liver and various parts of the human

¹⁶ brain, correct?

¹⁷ MS. HUNT: I would just --

¹⁸ sorry. I object to the form.

¹⁹ You can answer, if you have a

²⁰ chance.

²¹ THE WITNESS: Which figure are

²² you wanting to --

²³ QUESTIONS BY MR. PADGETT:

²⁴ Q. Table 2.

²⁵ A. Table 2. Okay. I'm looking at

Page 241

¹ Table 2.

² Q. Do you see that with regard to

³ the liver, the expression of CYP2E1 mRNA

⁴ compared to the brain is 1,300-plus times

⁵ larger --

⁶ MS. HUNT: Object to the form.

⁷ QUESTIONS BY MR. PADGETT:

⁸ Q. -- in the liver than in the

⁹ brain?

¹⁰ MS. HUNT: Sorry.

¹¹ Object to the form of the

¹² question.

¹³ You may answer.

¹⁴ QUESTIONS BY MR. PADGETT:

¹⁵ Q. More than a thousand times

¹⁶ higher, correct?

¹⁷ MS. HUNT: Same objection.

¹⁸ THE WITNESS: So I've not

¹⁹ looked at the study before, but if

²⁰ you're asking me the question whether

²¹ the number 550,000 is larger than 413,

²² a thousand times larger, the answer to

²³ that would be yes.

²⁴ QUESTIONS BY MR. PADGETT:

²⁵ Q. Have you reviewed Dr. McGill's

Page 242

1  report in this case?
2      A.    I did not read his full report,
3  but I looked over parts of it.
4      Q.    Did you review the parts of it
5  related to the levels of CYP2E1 as compared
6  to GSH in the human and rodent brains
7  compared to the liver?
8          MS. HUNT:  Object to the form
9  of the question.
10         Answer, if you can.
11         THE WITNESS:  I did not review
12     all of that.  Part of what I read I
13     did not feel was accurate, so I didn't
14     spend the precious time that I had
15     looking at the rest of it.
16  QUESTIONS BY MR. PADGETT:
17     Q.    Which part did you feel was not
18  accurate?
19     A.    So various parts of it I did
20  not feel were accurate.  I can't quote to you
21  which parts of it.
22         But just to give you an
23  example, I can already tell you issues with
24  the interpretation of this.  This is giving
25  you transcript levels, which is not

Page 243

1  sufficient here.
2          I don't know whether they have
3  controlled for, for instance, the million map
4  reads.  I don't know if they're controlling
5  for the size of the -- I don't know if
6  they're controlling here for the protein
7  levels.
8          This is just transcripts.
9  There's a number of issues here of just
10  relying on only transcript level.  So making
11  these tissue-level comparisons is
12  insufficient with -- in terms of
13  understanding the abundance of the enzyme.
14         It would be better to support
15  this with -- or it would be helpful to
16  support this with either immunolabeling,
17  Western Blot, something of the sort,
18  proteomics, if one was to try to make the
19  conclusion that -- you know, the relative
20  abundance of the enzyme.  This is just
21  message.
22     Q.    Are you aware of any studies
23  that show that in the fetal brain the levels
24  of GSH are not abundant enough to take care
25  of NAPQI that would be created by whatever

Page 244

1  levels of CYP2E1 are in the fetal brain?
2          MS. HUNT:  Object to the form
3  of the question.
4          You can answer.
5          THE WITNESS:  Under what
6  circumstances?  Under any circumstance
7  or under the circumstances of
8  acetaminophen exposure?
9  QUESTIONS BY MR. PADGETT:
10     Q.    Under the circumstances of
11  acetaminophen exposure.
12     A.    Baker, et al., 2023.
13     Q.    Can you say that again?
14     A.    In our own study, Baker, et
15  al., 2023, demonstrates that.
16     Q.    And what does that demonstrate?
17     A.    It demonstrates that there's
18  oxidative stress in the brain.  If there's
19  oxidative stress in the brain, it
20  demonstrates that the antioxidant systems
21  such as glutathione are insufficient to deal
22  with the prooxidant imbalance.  As do any of
23  the other studies that show that there's
24  elevations in prooxidants or oxidative
25  stress.

Page 245

1          In other words, you don't have
2  to be able to measure glutathione.  You don't
3  necessarily have to measure CYP2E1.  You
4  don't necessarily have to measure or prove
5  that the glutathione is insufficient when you
6  can show that there's oxidative damage.
7          When there's evidence of
8  oxidative damage, you don't have to measure
9  the CYP2E1.  You don't have to measure the
10  glutathione.  Or you don't have to measure
11  the radical itself, which is a very difficult
12  thing to do.  There's plenty of studies that
13  show the damage of the radical and the
14  insufficiency of the antioxidant in the face
15  of the acetaminophen exposure.
16     Q.    Are you aware of any -- strike
17  that.
18         Have you -- are you familiar
19  with the Human Protein Atlas?
20     A.    I'm aware of the Human Protein
21  Atlas, yes.
22     Q.    Have you reviewed levels of
23  CYP2E1 protein expression and mRNA expression
24  for CYP2E1 in the Human Atlas?

Page 246

1    A.    Yes.  In my expert report, I
2  provide data -- I believe it's from the Human
3  Protein Atlas -- showing brain levels of
4  CYP2E1 to give an example of how in various
5  brain regions the expression can vary but
6  that it is expressed.
7        Oh, that's the BrainSpan.
8  Excuse me.  It's not the Human Protein Atlas,
9  but it's BrainSpan.  Just a similar type of a
10  database, though.
11    Q.    Okay.
12    A.    I'll point something out --
13  else that I believe is relevant to that as
14  well.
15        If you compare something like
16  the liver to the brain, the relative
17  abundance of something like CYP2E1 shouldn't
18  be compared on the same scale because, for
19  instance, in the liver, if you have lower
20  levels of an antioxidant in one versus the
21  other, or lower levels of an enzyme that
22  converts a drug, a parent drug, to a
23  prooxidant, even low levels of that enzyme
24  can be more harmful in an organ that doesn't
25  regenerate, like the brain, versus a tissue,

Page 247

1  like the liver, that can regenerate.
2        You can remove 90 percent of
3  your liver, and it can regenerate.  You can
4  damage a very small part of your brain, and
5  it doesn't regenerate.
6        So the relevance of this being
7  is that if you damage neurons in your brain
8  and they die, or they become comprised, they
9  cannot regenerate in the same way that your
10  liver can.
11        So the liver has different
12  mechanisms to deal with damage.  So
13  hepatocytes in the liver, if they're damaged,
14  if there's DNA damage, if there's oxidative
15  stress, they prefer to just die and replace
16  themselves.
17        Your brain cannot and does not
18  do that in the same way.
19        So the antioxidant systems are
20  different.  The way that they respond to
21  damage is different.
22        So small amounts of damage,
23  small amount of prooxidants in discrete areas
24  in the brain matter, and the impacts of that
25  are much, much larger.

Page 248

1        So saying that there's -- oh,
2  there's smaller amounts of CYP2E1 versus the
3  liver, it's not a fair comparison.
4    Q.    Can you identify a study that
5  quantifies the level of imbalance needed
6  between GSH and oxidative stress in the fetal
7  brain to cause ASD or ADHD?
8        MS. HUNT:  Object to form.
9        You can answer.
10        THE WITNESS:  That sort of a
11  study is not necessary when you can
12  just introduce the perturbagen, agent,
13  drug in question and then look if you
14  have relevant outcomes.
15        It's not necessary to sort of
16  do this sort of mathematical
17  hypothetical and say, what's the
18  relative amount, when you can actually
19  just do the experiment.  Does the test
20  agent elicit the effect.
21  QUESTIONS BY MR. PADGETT:
22    Q.    My question -- my question is,
23  can you identify a study that quantifies the
24  level of imbalance needed between GSH and
25  oxidative stress in the fetal brain to cause

Page 249

1  ASD or ADHD?
2        MS. HUNT:  Same objection.
3  QUESTIONS BY MR. PADGETT:
4    Q.    I understand you're saying you
5  don't need that, but I'm asking, do you --
6  can you identify one that does that?
7    A.    Can I identify a study that
8  compares the amount of imbalance between GSH
9  and oxidative stress that leads to ADHD or
10  ASD?
11    Q.    Yes.
12    A.    That's not how scientists
13  approach these problems.
14        Scientists approach these
15  problems by sort of a scientific method by
16  saying, there's the -- there's a question,
17  does this particular substance cause this
18  effect; what's our hypothesis; what's our
19  prediction; how can we set up the experiment
20  and look at it.
21        I don't think I can answer your
22  question the way that it's phrased.
23    Q.    My question is, can you
24  identify a study that compares the amount of
25  imbalance between GSH and oxidative stress

Page 250

¹ that leads to ADHD or ASD.
²        If your position is that my
³ question is irrelevant, fine.
⁴        But can you identify such a
⁵ study?
⁶        MS. HUNT:  Objection.  Asked
⁷ and answered.
⁸        You can answer again.
⁹        THE WITNESS:  Well, I'll try to
¹⁰ make it simpler.
¹¹        As my testimony from earlier in
¹² the day stated, the reason why the
¹³ question would be irrelevant is
¹⁴ because we're talking about health
¹⁵ outcomes that are highly
¹⁶ heterogeneous, that do not involve a
¹⁷ singular pathology, a singular tumor,
¹⁸ a singular, you know, take in a bone
¹⁹ or something like that that you could
²⁰ point to to say that, okay, this is
²¹ the thing that leads to the behavioral
²² outcome that you could say, oh, that's
²³ what we can pinpoint, say that is the
²⁴ individual thing, and then create that
²⁵ calculation.

Page 251

¹ QUESTIONS BY MR. PADGETT:
²    Q.    Baker 2023, the behavioral
³ studies there did not show any changes
⁴ consistent with the ADHD model of attention
⁵ deficits, correct?
⁶        MS. HUNT:  Objection.
⁷ Misstates evidence.
⁸        You can answer.
⁹        THE WITNESS:  So --
¹⁰        MR. PADGETT:  Object to form
¹¹ is -- pursuant to the order.
¹²        MS. HUNT:  Yeah, you should
¹³ have tell Ali Brown that for her next
¹⁴ deposition.
¹⁵ QUESTIONS BY MR. PADGETT:
¹⁶    Q.    Go ahead.
¹⁷    A.    In the Baker 2023 paper, we
¹⁸ showed disruptions to motor activation.  We
¹⁹ showed disturbances to pup ultrasonic
²⁰ vocalizations, which is a neurodevelopmental
²¹ phenotype that's early in development.  And
²² we showed suggestive, perhaps behavioral --
²³ behaviorally relevant but not statistically
²⁴ significant changes in impulsive, relevant
²⁵ and attentional -- attentioned -- sorry,

Page 252

¹ attention in the five-choice serial-reaction
² test in mice.
³    Q.    But not statistically
⁴ significant?
⁵    A.    Not statistically significant.
⁶    Q.    Okay.
⁷    A.    And multiple different
⁸ endocrine oxidative stress, DNA-damage-
⁹ related changes in the brains of the mice
¹⁰ that were prenatally exposed.
¹¹    Q.    Can we agree that studies of
¹² increased oxidative stress in individuals
¹³ with ASD or ADHD involve measurements taken
¹⁴ years after those individuals were born?
¹⁵ Correct?
¹⁶    A.    Some studies that look at
¹⁷ individuals diagnosed with ASD or ADHD, those
¹⁸ biomarker studies were collected from
¹⁹ individuals after diagnosis.  Not all of
²⁰ them.
²¹    Q.    Carey '22 was a study that
²² looked at oxidative biomarkers during
²³ gestation, correct?
²⁴    A.    I don't have that study in
²⁵ front of me, so I can't speak to it.

Page 253

¹        (Pearson Exhibit 78 marked for
²    identification.)
³ QUESTIONS BY MR. PADGETT:
⁴    Q.    Dr. Pearson, I'm going to hand
⁵ you what's been marked as Exhibit 78.
⁶        Is that -- first of all, are
⁷ you familiar with the Carey '22 -- 2022
⁸ study?
⁹    A.    I'm not sure --
¹⁰    Q.    Actually, the Carey -- now the
¹¹ Carey -- that was the online version in 2022.
¹²        Actually, are you familiar with
¹³ the published 2023 Carey study?
¹⁴    A.    I don't recall looking at the
¹⁵ study.
¹⁶    Q.    So you have not reviewed this
¹⁷ study?
¹⁸    A.    I do not recall having looked
¹⁹ at this study, no.
²⁰    Q.    You want to take a moment to
²¹ review it?
²²    A.    Yeah.  If I could have just a
²³ couple of minutes, that would be great.
²⁴        Okay.  I feel like I have a
²⁵ quick -- a quick glance of it, have a feel

Page 254

1 for it.
2     Q.   Can you turn to page 2976?
3     A.   Okay.
4     Q.   Left column, about halfway
5 down.
6     A.   Yes.
7     Q.   You see the word -- the
8 sentence that starts "However"?
9     A.   You said left column halfway
10 down or right column?
11     Q.   Left column, halfway down.
12     A.   Yes.
13     Q.   And it says, quote, "However,
14 retrospective studies in children already
15 diagnosed with ASD cannot provide evidence as
16 to whether oxidative stress differences are a
17 cause or a consequence of ASD," period, end
18 quote.
19     Did I read that right?
20     A.   You did.
21     Q.   Do you agree with that?
22     A.   Those studies have limitations
23 in that regard, certainly.
24     Q.   When you say "in that regard,"
25 you're -- you mean with regard to determining

Page 255

1 etiology during conception versus as a
2 consequence of ASD?
3     A.   I would in general agree with
4 their statement, is what I'm saying.
5     Q.   And would you agree that the
6 same is true with regard to whether oxidative
7 stress differences are a cause or a
8 consequence of ADHD?  Differences seen in
9 ADHD patients?
10     A.   I think this statement would
11 apply to that as well.
12     This is why we need preclinical
13 studies as well.
14     Q.   And the Carey 2023 study that
15 is Exhibit 78 looked at oxidative stress
16 biomarkers during gestation, correct?
17     A.   Yes.
18     Q.   Okay.  And it determined that
19 increased oxidative stress during gestation
20 did not have -- during late pregnancy did not
21 show a relationship with increased risk of
22 autism clinical diagnoses, correct?
23     MS. HUNT:  Object to the form
24 of the question.
25     You can answer.

Page 256

1     THE WITNESS:  I wouldn't agree
2 with that.  The abstract says,
3 "Results from this cohort with
4 increased risk for autism do not
5 support a strong relationship between
6 oxidative stress in late pregnancy and
7 autism-related outcomes."
8     They do not say there's no
9 relationship.
10 QUESTIONS BY MR. PADGETT:
11     Q.   There was not a statistically
12 significant relationship of such an
13 association, agreed?
14     A.   They are underpowered, so they
15 are not able to fully state that with
16 confidence.
17     Q.   Where do they state that
18 they're underpowered?
19     A.   I didn't read the whole
20 article, but I'm looking at their sample
21 size, so...
22     They have a sample size of 30
23 in the autism group.
24     Q.   Are you aware of any other
25 study looking at gestational exposure and

Page 257

1 increased oxidative stress during gestation
2 and clinical -- and any association with
3 clinical diagnoses of autism spectrum
4 disorder?
5     MS. HUNT:  Object to the form
6 of the question.
7     You can answer.
8     THE WITNESS:  So your question
9 is, am I aware of any other studies
10 that look at oxidative stress
11 biomarkers and autism or ADHD
12 outcomes?
13 QUESTIONS BY MR. PADGETT:
14     Q.   Autism clinical diagnosis
15 outcomes.
16     A.   Yes.  There is a study that
17 looked at hydroxyguanosine in cord blood, and
18 that is by -- oh, who did that study?
19     Q.   Are you thinking of the Anand
20 study?
21     A.   Anand.  Thank you.
22     Q.   That was ADHD, though, right?
23     A.   That was ADHD, yes.  That was
24 not autism.
25     And there's multiple postmortem

Page 258

1 brain tissue studies looking at oxidative
2 stress markers and autism.
3      Q.    That goes back to the
4 consequence or causation issue that we
5 discussed earlier, right?
6      A.    It would.
7      Q.    Anand -- are you referring to
8 Anand 2021?
9           (Pearson Exhibit 79 marked for
10      identification.)
11 QUESTIONS BY MR. PADGETT:
12      Q.    I'm going to hand you what's
13 been marked as Exhibit 79.
14           Is this the Anand 2021 study
15 that you were referring to?
16      A.    It is.
17      Q.    And this examined cord blood
18 and a specific -- well, you -- yeah, you
19 discuss this at page 52 of your report.
20           You state that it showed, "high
21 concentrations of acetaminophen have been
22 shown to be associated with higher levels of
23 a specific biomarker of oxidative stress and
24 higher odds of ADHD."
25           Is that -- is that correct?

Page 259

1      A.    I'm just going to go to that
2 page in my report real quick.
3           Yes.
4      Q.    And it states that the children
5 with cord acetaminophen in greater than 50th
6 percentile -- so that's in the top half --
7 had higher odds of ADHD when the -- when the
8 cord 8-hydroxydeoxyguanosine levels were less
9 than or equal to 50th percentile.
10           Is that right?
11      MS. HUNT:  Object to form.
12      You can answer.
13      THE WITNESS:  What this study
14      found was that the biomarker was
15      linearly associated with ADHD traits
16      when you looked at the top half of the
17      distribution of the biomarker.
18 QUESTIONS BY MR. PADGETT:
19      Q.    Would you agree that cord blood
20 only provides a snapshot of fetal metabolism?
21      MS. HUNT:  Object to the form
22      of the question.
23      You can answer.
24      THE WITNESS:  Would I agree
25      that cord blood only provides a

Page 260

1 snapshot of fetal metabolism?
2           So cord blood -- I would agree
3 that cord blood provides fetal -- a
4 window into fetal metabolism.
5           If you're asking whether it's
6 only representing a time point of a
7 window of gestation, that would be
8 accurate.
9 QUESTIONS BY MR. PADGETT:
10      Q.    Yeah.
11           And that window is right around
12 the time of delivery?
13      A.    It represents a window from the
14 time -- from the -- that reflects a limited
15 time from the birth window.
16      Q.    And based on the half-life of
17 acetaminophen in the human body, that time
18 window would be no more than a day or two
19 within the date of delivery, correct?
20      A.    I think the actual time that it
21 represents could represent longer than what's
22 known as the typical half-life of
23 acetaminophen in non-gestating individual --
24 like a nonfetal condition, but it's not going
25 to be -- it's not going to be much longer

Page 261

1 than that, certainly.
2      Q.    Okay.  You state at page 53 of
3 your report that "given the early life
4 neuroinflammatory etiology of ASD and ADHD,
5 any stressor that can cause oxidative
6 stress or" -- "and/or inflammatory signaling
7 has a potential to trigger the cellular and
8 synaptic changes that underline" -- "underlie
9 ADHD."
10           Did I read that correctly?
11      A.    Let me get to where it says
12 that.
13           Is that towards the top or --
14 you said that's on 53?
15      Q.    Yes.
16      A.    I don't see exactly where it
17 says that.  Maybe you can help me find that.
18      MS. HUNT:  I think your page
19      numbers may be off.
20      MR. PADGETT:  Yeah.
21      MS. HUNT:  Sorry.
22      MR. PADGETT:  Well, I'm looking
23      at your -- yes.
24 QUESTIONS BY MR. PADGETT:
25      Q.    Sorry.  Page 54.

Page 262

1    A.   Okay.

2    Q.   It's the end of -- under

3  number 3, Oxidative Stress and Inflammation.

4    "Given the early life and

5  neuroinflammatory etiology of ASD and ADHD,

6  any stressor that can cause oxidative stress

7  and/or inflammatory signaling has the

8  potential to trigger the cellular and

9  synaptic tinges that underlie ADHD."

10    Did I read that right?

11    A.   You did.

12    Q.   Okay.  And page 12 of Anand

13  actually acknowledges that cord plasma -- and

14  this is at page 12 -- measurements of

15  analytes collected at birth may reflect only

16  a snapshot of fetal metabolism.  And it's

17  difficult to draw temporal conclusions.

18    Do you see that?

19    A.   I see that, yeah.

20    Q.   Okay.  And given that

21  acknowledgement in Anand that cord blood

22  measurements are a snapshot and, as you

23  discuss, right around labor and delivery, how

24  can you exclude higher use of APAP due to a

25  more painful or complicated labor and

Page 263

1  delivery as being responsible for why there

2  may have been more APAP used right around the

3  time of delivery?

4    MS. HUNT:  Object to the form

5  of the question.

6    You can answer.

7    THE WITNESS:  I mean, I

8  really -- generally, I really

9  appreciate it when observational epi

10  folks acknowledge -- fully acknowledge

11  the limitations of their studies, just

12  like us experimentalists need to do.

13    I mean, this is, again, why

14  it's incredibly important why we look

15  at the epidemiology alongside the

16  preclinical studies.

17    The preclinical studies don't

18  suffer from that.  The mice don't take

19  medication at the end of term

20  pregnancy for any reason.  So we don't

21  have confounding.

22    So if epidemiology existed in

23  isolation, these types of concerns

24  would remain, and they would not be

25  backed by all the preclinical studies

Page 264

1  showing and bolstering the causality.

2  If we only had preclinical studies,

3  we'd be facing the limitations of

4  preclinical studies in isolation.

5    We are fortunate that we have

6  all of these things together that

7  bolster one another.

8    So in other words, they're

9  right that there are limitations of

10  the fact that there is this window,

11  that their analytical approaches are

12  measuring a relatively small window

13  because of the half-life.

14  QUESTIONS BY MR. PADGETT:

15    Q.   Would you agree that pain could

16  be one of the, quote, "anti-stressors," end

17  quote, that could cause oxidative stress

18  and/or inflammatory signaling towards the end

19  of a -- during labor or delivery?

20    MS. HUNT:  Object to form.

21    You can answer.

22    THE WITNESS:  I'm not aware

23  that pain causes hydroxyguanosine

24  radicals in brain tissue.

25    (Pearson Exhibit 80 marked for

Page 265

1  identification.)

2  QUESTIONS BY MR. PADGETT:

3    Q.   Dr. Pearson, I'm going to hand

4  you what's been marked as Exhibit 80.

5    Do you recognize that study?

6    A.   This looks like a review

7  article, not a study.

8    Q.   Sorry.

9    Do you recognize that review

10  article, Nicolini 2017?  Have you reviewed

11  that?

12    A.   I may have.  I do not recall.

13    (Pearson Exhibit 81 marked for

14  identification.)

15  QUESTIONS BY MR. PADGETT:

16    Q.   I'm going to hand you what's

17  been marked as Exhibit 81 to your deposition

18  and ask, do you recognize that review

19  article, Kirkland 2021?

20    A.   I have looked at this before.

21    Q.   You have?

22    A.   I have.

23    Q.   And do you have any -- do you

24  take issue with any of the conclusions in

25  this article?

Page 266

1    MS. HUNT:  Object to the form
2  of the question.
3    THE WITNESS:  I would -- I
4  would have to go through it in detail
5  again to -- because I don't remember
6  if I have any formal issues with
7  anything that's raised in this.
8  QUESTIONS BY MR. PADGETT:
9    Q.    Can you turn to page 57 of your
10  amended report?
11    A.    Okay.
12    Q.    Do you see the part where
13  you're talking about, there at the bottom of
14  page 57, DNA damage being implicated in the
15  development and progression of
16  neurodegenerative disease like ALS,
17  Parkinson's and Huntington's disease?
18    A.    Yes.
19    Q.    Are you -- are you analogizing
20  ASD and ADHD to neurodegenerative diseases
21  with average ages of onset of 55 for ALS, 60
22  for Parkinson's, and over 65 for Alzheimer's?
23    MS. HUNT:  Object to the form
24  of the question.
25    You can answer.

Page 267

1    THE WITNESS:  Are you asking me
2  if I'm drawing an analogy between ASD
3  and ADHD and these neurodegenerative
4  diseases?
5  QUESTIONS BY MR. PADGETT:
6    Q.    Yes.
7    A.    I am not saying that these are
8  the same thing, but I'm saying that these are
9  other neurological conditions, which ASD and
10  ADHD are.  They're not neurological disorders
11  that have DNA damage as components to them.
12    Q.    Okay.  Your report discusses
13  cell death and apoptosis, right?
14    A.    Yes.
15    Q.    Okay.  What studies support
16  that acetaminophen at therapeutic doses
17  causes apoptosis in human brain cells?
18    A.    Let me find it.  There is a
19  study in the -- in the -- in the in vitro
20  section.
21    Labba, et al., is one.
22    Sorry, that's -- may not --
23  that's not apoptosis, per se.  That's cell
24  death, but...
25    Q.    And while you're looking there,

Page 268

1  I'm talking at therapeutic human doses.
2    MS. HUNT:  Object to the form
3  of the question.
4    THE WITNESS:  Yeah.  So the
5  Posadas, et al. -- no, sorry, that's
6  cortical neurons from rats, so that's
7  not human cells.
8    I suppose the most relevant is
9  the Labba, et al., which is cell
10  line -- cell line study.
11  QUESTIONS BY MR. PADGETT:
12    Q.    The Labba, et al., 2022, is
13  that what you're referring to?
14    A.    Yes.
15    Q.    That study involved the use of
16  chicken granule cell neurons and human cancer
17  cells, right?
18    A.    Yes.
19    Q.    And regardless of the cell
20  types involved, that study involved 72 hours
21  of steady concentrations ranging from 200
22  micromolar to 1600 micromolar.
23    A.    100 to 1600, yes.
24    Q.    And were there effects seen at
25  100 micromolar?  Apoptosis, specifically?

Page 269

1    A.    Let me look at what they found
2  here.  Cell death was found only at the
3  higher dose range.
4    Q.    And that's -- was that 1600 or
5  was there -- was it seen below that?
6    A.    It was -- I think it was -- I
7  don't recall if it was at the 1600 or if it
8  was at the 800, but it was -- it was not at
9  the lower doses, which would have been more
10  physiologically relevant.
11    Q.    And is 72 hours of steady
12  concentration of acetaminophen biologically
13  relevant to human dosing of acetaminophen?
14    A.    I think that can be very
15  biologically relevant.
16    Q.    Staying at a steady
17  concentration for 72 hours from a single dose
18  is biologically relevant?
19    MS. HUNT:  Objection.  Form.
20    You can answer.
21    THE WITNESS:  I already
22  answered the question.
23    This is a drug that can be
24  given every four to six hours.
25

1  QUESTIONS BY MR. PADGETT:
2      Q.    Is 72 hours' steady
3  concentration at 800 micromolar to 1600
4  micromolar consistent with therapeutic dosing
5  of acetaminophen?
6      A.    That latter part is not what I
7  was saying, but I -- at 800 micromolar, I
8  don't necessarily think that's
9  physiologically relevant.
10          The lower end of the dosing
11  range I think is physiologically relevant,
12  but steady-state in an in vitro system can be
13  physiologically relevant.
14      Q.    But 72 hours of steady
15  concentrations below 1800 micromolar did not
16  show any apoptosis?
17      A.    In that study, no.
18      Q.    Do you rely on Posadas 2010 to
19  support that acetaminophen causes apoptosis
20  in human brain cells at therapeutic doses?
21      A.    No.
22      Q.    You have a subsection called
23  Epigenetics.  Page 60.  Do you see that in
24  your report?
25      A.    Epigenetic Changes, yes.

1      Q.    Are you relying on
2  Dr. Baccarelli's opinions with regard to
3  epigenetics, or have you reached your own
4  conclusions with regard to epigenetics?
5          You referenced Dr. Baccarelli's
6  report here, right?
7      A.    Yes, because Dr. Baccarelli --
8  so I do not review the observational
9  epidemiological literature, but
10  Dr. Baccarelli is an environmental
11  epigeneticist and epidemiologist, so I
12  reviewed his summary of that literature, and
13  so I refer to that here.
14      Q.    Did you do your own independent
15  analysis of that literature to reach your own
16  opinion, if any, with regard to epigenetics?
17          MS. HUNT:  Object to the form
18  of the question.
19          You can answer.
20          THE WITNESS:  So I've seen that
21  literature, and I'm familiar with it,
22  but I do not use it in my weight of
23  evidence analysis.
24          I focus my weight of evidence
25  analysis on the preclinical

1  literature.
2  QUESTIONS BY MR. PADGETT:
3      Q.    For example, you are not
4  relying on the Gervin 2017 study for your
5  weight of analysis opinions in this case?
6      A.    Gervin -- the Gervin study, I
7  assume, is a human biospecimen study looking
8  at epigenetics.
9      Q.    Correct.
10      A.    So then I would not have
11  included it in my weight of evidence
12  analysis.
13      Q.    Okay.  Did you rely on it in
14  any way in reaching your opinions in this
15  case?
16          MS. HUNT:  Object to form.
17          You can answer.
18          THE WITNESS:  So to the extent
19  that the epidemiological information
20  and evidence is part of the overall
21  scope of this topic, it's important to
22  the general context.
23          But again, in forming my
24  opinions for the weight of evidence
25  analysis, I limited the information to

1  the scope of the preclinical
2  literature.
3          But I have a background in
4  epigenetics, and so I'm interested in
5  this topic as well, but I focus on
6  preclinical literature.
7  QUESTIONS BY MR. PADGETT:
8      Q.    In light of your interest in
9  epigenetics and your background, did you
10  review the Olstad 2020 study?
11      A.    Not in detail.
12      Q.    Did you take the Olstad 2023
13  study and its findings into account in
14  reaching your opinions in this case?
15      A.    The weight of evidence analysis
16  that I conducted is focused on the
17  preclinical literature.
18      Q.    I guess I'm a little bit
19  confused by your earlier testimony, so I'm
20  trying to clear it up, at least in my mind.
21          In reaching your opinions in
22  this case, did you rely on Gervin 2017 as a
23  basis for them?
24      A.    So I do not rely on the
25  observational epidemiological literature to

Page 274

1 form my opinion in this case.
2         MR. PADGETT:  Take another
3 break?  I'm kind of at a breaking
4 point.
5         MS. HUNT:  Okay.
6         VIDEOGRAPHER:  The time right
7 now is 3:56 p.m., and we're off the
8 record.
9  (Off the record at 3:56 p.m.)
10         VIDEOGRAPHER:  The time right
11 now is 4:17 p.m., and we're back on
12 the record.
13 QUESTIONS BY MR. PADGETT:
14     Q.    Dr. Pearson, if you turn to
15 page 63 of your report, your amended report,
16 you discuss brain neuratrophic factors as a
17 mechanism.
18         And you state there that
19 evidence in the case demonstrates that BN --
20 BDNF in the developing brain is altered by
21 APAP exposure, and then you cite
22 Blecharz-Klin 2018, Lalert 2023 and Viberg
23 2014, correct?
24     A.    That's what it says.
25     Q.    Have animal studies on APAP

Page 275

1 reported consistent findings on altered BDNF?
2         MS. HUNT:  Object to the form.
3         You can answer.
4         THE WITNESS:  What is your
5 definition of consistent?
6 QUESTIONS BY MR. PADGETT:
7     Q.    You see a change in one area of
8 the brain, for example, and it's replicated
9 in another area of the brain.
10         MS. HUNT:  Object to form.
11         You can answer.
12         THE WITNESS:  So what's being
13 reviewed here is that all these
14 studies see disruptions to BDNF in
15 general.  It doesn't necessarily mean
16 that all the studies show the same
17 exact change, necessarily, or all the
18 same brain regions, but these studies
19 support that BDNF is disrupted by
20 acetaminophen.
21 QUESTIONS BY MR. PADGETT:
22     Q.    Is it your opinion that you do
23 not need consistency across studies assessing
24 the same parameter in order to make a
25 reliable conclusion regarding biologic

Page 276

1 plausibility?
2         MS. HUNT:  Object to form.
3         You can answer.
4         THE WITNESS:  So you're asking
5 whether I -- it's my assertion that
6 studies do not need to have
7 consistency across studies.  It's not
8 necessarily my assertion.
9         What I'm asserting is that the
10 particular outcome variables in
11 studies, the directionality of the
12 outcome variables in the studies, can
13 be bivalent.  So under certain
14 circumstances, the directionality of
15 the findings can be perturbed in
16 either direction.  That doesn't mean
17 the study's relevance -- the relevance
18 of those findings aren't important.
19         In general, though, concordance
20 is important when weighing the
21 outcomes of studies in a systematic
22 review.
23         (Pearson Exhibits 82 and 83
24 marked for identification.)
25

Page 277

1 QUESTIONS BY MR. PADGETT:
2     Q.    I'm going to hand you what's
3 been marked as Exhibit 82.  Is that Viberg --
4 the Viberg 2014 study article?
5     A.    Yes.
6     Q.    Going to hand you what's been
7 marked as Exhibit 83.
8         Is that the Blecharz-Klin 2018
9 article?
10     A.    Yes.
11         (Pearson Exhibit 84 marked for
12 identification.)
13 QUESTIONS BY MR. PADGETT:
14     Q.    Handing you what's been marked
15 as Exhibit 84.
16         Is that the Philippot 2018
17 article discussed in your report?
18     A.    This is Philippot 2018, yes.
19         (Pearson Exhibit 85 marked for
20 identification.)
21 QUESTIONS BY MR. PADGETT:
22     Q.    I'm handing you what's been
23 marked as Exhibit 85.
24         Is this -- and you may need to
25 look at your report for this one.  Is this

Page 278

1 Blecharz-Klin 2015 B referenced in your
2 report?
3      A.   Yes.
4      (Pearson Exhibit 86 marked for
5 identification.)
6 QUESTIONS BY MR. PADGETT:
7      Q.   I'm now handing you what's been
8 marked as Exhibit 86.
9          Is this the Blecharz-Klin 2016
10 report?
11     A.   Yes.
12     (Pearson Exhibit 87 marked for
13 identification.)
14 QUESTIONS BY MR. PADGETT:
15     Q.   Now handing you what's been
16 marked as Exhibit 87.
17         Is this the Blecharz-Klin 2019
18 study article?
19     A.   Yes.
20     Q.   Dr. Baccarelli {sic}, do you --
21 is -- sorry.
22         Dr. Pearson, is Dr. Baccarelli,
23 is he considered your superior at Columbia?
24     A.   He's my department chair.
25     Q.   Is he -- would you characterize

Page 279

1 him as your boss at Columbia?
2      A.   He's -- yeah.
3      Q.   Okay.
4      A.   Yeah, that's fair.
5      Q.   Have you disclosed to Columbia
6 University that you're participating as a
7 paid expert witness in this litigation?
8      A.   I have.
9      Q.   Do you know whether
10 Dr. Baccarelli connected you with plaintiffs'
11 counsel?  Or connected plaintiffs' counsel to
12 you?
13         MS. HUNT:  Object to the form
14     of the question.
15         THE WITNESS:  I do not know.
16 QUESTIONS BY MR. PADGETT:
17     Q.   If you could turn to pages 64
18 to 65 of your report, your amended report.
19         You state there that -- it's a
20 section entitled "Effects on Serotonergic
21 Signaling," and you state that there --
22 quote, "There is also evidence that APAP may
23 affect normal serotonergic signaling and
24 function in the brain during
25 neurodevelopment," end quote.

Page 280

1      Is it your opinion -- is it
2 your opinion that APAP affects normal
3 serotonergic signaling and function in the
4 brain during neurodevelopment?
5      A.   It is among my opinion that the
6 mechanism of action that acetaminophen
7 influences in the brain is the serotonergic
8 system, and that's been supported in the
9 literature.
10     Q.   And then at page 65, you
11 indicate that animal studies show that APAP
12 has an effect on serotonin function and
13 signaling in the prefrontal cortex, and you
14 start -- you cite Blecharz-Klin 2017.
15         Do you see that?
16     A.   I see that.
17     Q.   Was that finding consistent
18 across the other Blecharz-Klin studies that
19 looked at, for example, 5-HT signaling
20 pathways?
21         Strike that.
22         Is 5-HT signaling pathway
23 related to the serotonin function?
24     A.   5-HT is serotonin.
25     Q.   Okay.  So was that finding in

Page 281

1 2017 consistent across the other
2 Blecharz-Klin studies?
3      A.   The other Blecharz-Klin studies
4 looked at other regions of the brain.
5      Q.   All right.  And other regions
6 of the brain show no changes in 5-HT
7 signaling in, for example, Blecharz-Klin
8 2015 B, 2016 and 2019?
9          MS. HUNT:  Object to the form
10     of the question.
11         You can answer.
12         THE WITNESS:  So we would -- we
13     would have to look at those studies
14     one by one if we want to evaluate what
15     the serotonin effects were.
16 QUESTIONS BY MR. PADGETT:
17     Q.   Sure.  Let's start with
18 Blecharz-Klin 26 -- 2015 B.
19         If you turn to Table 1.
20     A.   Let me see.  You gave me so
21 many papers.  Now I don't know which one it
22 is.
23         Which exhibit number is it?
24     Q.   It's the 2015 that I recently
25 handed -- 85.

Page 282

1    A.   85.  Thank you.

2    Q.   Was there a statistically

3 significant change in 5-HT signaling for the

4 P5 and P15, which is 5 milligram per kilogram

5 and 15 milligrams per kilogram?  Is that

6 right?

7    A.   According to Table 1, there was

8 not statistically significant changes, and

9 this is in spinal cord.

10       But if you look at P15, there's

11 quite a substantial increase.  It goes from

12 88, and the units here are -- I don't see --

13 nanograms per grams tissue, all the way up to

14 107 nanograms per gram.

15       So biologically significant

16 increase, but not statistically significant

17 increase.

18    Q.   What do you mean by a

19 biologically significant increase?

20    A.   Well, potentially biologically

21 meaningful, but not significantly reliably

22 increased.

23    Q.   Okay.  If you could turn to

24 Blecharz-Klin --

25    A.   I'm sorry, that was -- I'll

Page 283

1 clarify.

2       That was in 5-HIAA, which is a

3 metabolite of serotonin.  So I was reading

4 the wrong line.  I was reading below

5 serotonin.  I would caveat that.  I was

6 reading the wrong line.

7    Q.   Serotonin is not bio -- did not

8 show statistically significant changes?

9    A.   Serotonin didn't, but --

10 serotonin, actually 5-HT, showed a linear

11 trend upwards --

12    Q.   Okay.

13    A.   -- even it wasn't significantly

14 increased.

15    Q.   If you could turn to

16 Blecharz-Klin 2016.

17    A.   2016.

18    Q.   And that is exhibit --

19    A.   86, looks like.

20    Q.   86?

21       If you could turn to page 1161.

22    A.   Okay.

23    Q.   Table 1.

24    A.   Yeah.  So there serotonin is up

25 at the 5 milligrams per kilogram dose, but

Page 284

1 not statistically significant.

2       The metabolite, the primary

3 metabolite, 5-HIAA is significantly different

4 between groups.

5       And there's trends towards

6 differences in the 5-HIAA/5-HT ratio, which

7 is a utilization ratio, not statistically

8 significant.

9    Q.   5-HT was not statistically

10 significant.  And then even you're talking

11 from an increase from 5-HT from control to P5

12 to P15, there's not a dose response from P5

13 to P15, correct?

14       MS. HUNT:  Object to the form

15    of the question.

16       You can answer.

17       THE WITNESS:  Well, there's an

18    inverted U-dose response, so I don't

19    know what you mean by not a dose

20    response.  There's still a dose

21    response.

22 QUESTIONS BY MR. PADGETT:

23    Q.   Sorry.  If you'd turn to

24 Blecharz 2019, which is Exhibit 87, I

25 believe.

Page 285

1       If you look at Table 1, the

2 serotonin levels were not -- there were no

3 statistically significant differences for

4 control P5 or P15, correct?

5    A.   There are no statistically

6 significant differences here, and this is in

7 the hypothalamus.  Different brain region.

8       (Pearson Exhibit 88 marked for

9    identification.)

10 QUESTIONS BY MR. PADGETT:

11    Q.   Okay.  Dr. Pearson, I'm going

12 to hand you what's been marked as Exhibit 90

13 and -- strike that.

14       I'm going to hand you what's

15 been marked as Exhibit 88 and represent to

16 you that this is a -- sorry.

17       Do you ever -- do you refer to

18 the NIH as an authoritative body or

19 organization with regard to standards of

20 conducting scientific research?

21       MS. HUNT:  Object to the form

22    of the question.

23       You can answer.

24       THE WITNESS:  The NIH on the

25    whole, that's a fairly broad category.

Page 286

1    The NIH is a really, really widespread
2    organization that is involved in
3    funding research and conducting
4    research.
5         NIH has organizations within it
6    that has very, very specific standards
7    for compliance within research, so I
8    would say many of those organizations
9    I would look to as authorities on
10   research compliance and research
11   ethics, if that's what you're asking
12   about, yeah.
13   QUESTIONS BY MR. PADGETT:
14   Q.    I'm going to represent to you
15   that Exhibit 88 is off the NIH website,
16   specifically a section on grants and funding,
17   NIH central resource for grants and funding
18   and for information.
19        Are you familiar with that
20   document?  Or that part of the NIH website?
21   A.    I'm familiar that the NIH,
22   through their grants offices, has these sorts
23   of offices on rigor and transparency and
24   research in funding, yes.
25        MS. HUNT:  I'm sorry, I would

Page 287

1    just object.  I'm not sure this is a
2    complete exhibit.
3    QUESTIONS BY MR. PADGETT:
4    Q.    On the second page of that
5    exhibit it states, quote, "Two of the
6    cornerstones of science advancement are rigor
7    in designing and performing scientific
8    research and the ability to reproduce
9    biomedical research findings," period, end
10   quote.
11        Do you agree with that
12   statement?
13   A.    I certainly agree with that
14   statement.
15        But I want to extend this.
16   This isn't referring to the fact that
17   individual data points within research
18   studies have to be reproduced in order for
19   the research to be reliable.
20        They're referring to the fact
21   that people need to be transparent about the
22   way that they conduct their research so that
23   other people can perform work similarly, or
24   understand the way that people have performed
25   their research, so that they can follow up

Page 288

1    and design their own research accordingly.
2         So we don't want to misconstrue
3    what's being stated here.  They're not saying
4    that for -- in order for research to be
5    considered reliable, that every single data
6    point in everybody else's research has to be
7    replicated in exactly the same way for it to
8    be considered reliable.  It's false
9    equivalence.
10   Q.    In the second -- and then
11   the -- a sentence two -- two more after that
12   one that we just discussed, it says, quote,
13   "When a result can be reproduced by multiple
14   scientists, it validates the original results
15   and readiness to progress to the next phase
16   of research," period, end quote.
17        Do you agree with that
18   statement?
19   A.    I agree with that statement.
20        But what defines a result
21   doesn't mean that the result is -- that the
22   study is performed in exactly the same way
23   and the datum, or the exact data point, is
24   exactly the same thing.
25   Q.    At pages 65 to 66 of your

Page 289

1    report, you discuss prostaglandins?
2    A.    Yes.
3    Q.    You state that -- there on --
4    it's on page 66 -- that APAP's effects on
5    prostaglandins are likely interconnected with
6    other processes and also affected by APAP,
7    and then you reference AM404 again.
8         Is it your opinion that any
9    alleged effects on prostaglandins are the
10   result of the AM404 metabolite?
11        MS. HUNT:  Object to the form
12   of the question.
13        You can answer.
14        THE WITNESS:  That is not
15   what's meant by this paragraph.
16   QUESTIONS BY MR. PADGETT:
17   Q.    What is meant by that paragraph
18   in the reference to AM404?
19   A.    So what's meant here is that
20   acetaminophen's actions, mode of action, with
21   respect to antinociceptive effects can
22   involve prostaglandins.  Its effects on
23   neurodevelopment can also involve
24   prostaglandins.
25        It's also saying that

Page 290

¹ acetaminophen can act through AM404 and the
² endocannabinoid system and that these two
³ path -- these different pathways can also
⁴ intersect with each other. But it's not
⁵ saying that prostaglandins necessarily
⁶ involve AM404.
⁷     Q.   Is an increase -- and you talk
⁸ about spinophilin in the -- I think it was
⁹ the...
¹⁰     A.   Oh, cealix {phonetic}
¹¹ spinophilin, yeah.
¹²     Q.   Yes.
¹³     A.   A protein, yeah.
¹⁴     Q.   Is it your opinion that an
¹⁵ increase in spinophilin is a change seen in
¹⁶ ASD or ADHD brains that has been accepted in
¹⁷ the scientific community as a cause of ASD or
¹⁸ ADHD?
¹⁹     A.   Changes in synaptics, dendritic
²⁰ spines has been seen as sa pathological
²¹ hallmark in a number of neurodevelopmental
²² disorders, including ASD. But that
²³ particular protein isn't necessarily a
²⁴ diagnostic feature of those particular
²⁵ neurodevelopmental disorders.

Page 291

¹     And that particular protein
² that you're discussing is involved in
³ plasticity of dendritic spines.
⁴     Q.   What is the function of the
⁵ cerebellar vermis area of the brain?
⁶     A.   The cerebellar vermis is just
⁷ one anatomical location within the
⁸ cerebellum.
⁹     The cerebellum in general is
¹⁰ involved in a lot of functions, in motor
¹¹ behaviors, cognitive behaviors. It's
¹² recently been learned to be involved in a lot
¹³ of emotional-related functions as well.
¹⁴     The vermis area of the
¹⁵ cerebellum is -- I'm not particularly up on
¹⁶ what it's actually involved with, but in
¹⁷ general, again, the cerebellum has diverse
¹⁸ functions ranging from emotion to cognition.
¹⁹     And its involvement in ASD and
²⁰ ADHD is -- is well -- it's linked to both
²¹ conditions.
²²     Q.   I'm talking about specifically
²³ the cerebellar vermis area of the brain.
²⁴     Do you know whether that --
²⁵ changes in that region have -- are thought to

Page 292

¹ be a plausible biomech -- mechanism --
² biological mechanism of ASD or ADHD?
³     MS. HUNT:  Object to the form
⁴ of the question.
⁵     You can answer.
⁶     THE WITNESS:  My recollection
⁷ is the vermis area of the cerebellum
⁸ is just an interfaced area of the
⁹ cerebellum, but I don't have deep
¹⁰ expertise about the vermis itself of
¹¹ the cerebellum.
¹²     As I mentioned, the cerebellum
¹³ is a very involved, very rich area of
¹⁴ the brain that's -- that has very
¹⁵ diverse functions.
¹⁶     I think Dr. Hollander would be
¹⁷ able to give a much more direct and
¹⁸ complete answer to that.
¹⁹     MR. PADGETT:  We can take a
²⁰ short break. I may be near about
²¹ done. The break may help facilitate
²² that.
²³     MS. HUNT:  Party on.
²⁴     VIDEOGRAPHER:  The time right
²⁵ now is 4:43 p.m., and we're off the

Page 293

¹ record.
²     (Off the record at 4:43 p.m.)
³     VIDEOGRAPHER:  The time right
⁴ now is 5:07 p.m., and we're back on
⁵ the record.
⁶     MR. PADGETT:  At this time we
⁷ have no further questions and pass the
⁸ witness.
⁹     CROSS-EXAMINATION
¹⁰ QUESTIONS BY MS. HUNT:
¹¹     Q.   I just have a few questions.
¹²     Dr. Pearson, you testified
¹³ earlier that you were contacted by
¹⁴ plaintiffs' counsel sometime in 2022.
¹⁵     Is that right?
¹⁶     A.   That's right. I stated that I
¹⁷ was contacted -- well, my answer shifted a
¹⁸ little bit. I initially said 2023, and then
¹⁹ I said 2022. I was a little bit confused.
²⁰     Thinking about it more, I was
²¹ initially contacted more accurately in June
²² of 2022, but I didn't actually start working
²³ with plaintiffs' counsel until --
²⁴ substantively until February of 2023. That's
²⁵ when I started having billable work.

Page 294

1    Q.    Okay.  And did any lawyer have
2    input on the analysis or the conclusions of
3    your study, Baker 2023?
4        A.    No.
5        Q.    And were you completely
6    objective in rendering the results of your
7    study?
8        A.    Yes.
9        Q.    Have you ever authored or
10   worked on any studies at the behest of
11   lawyers?
12       A.    No.
13       Q.    Dr. Pearson, do you recall your
14   earlier testimony about translationally
15   relevant APAP doses used in rodent studies?
16       A.    Yes.
17       Q.    Okay.  And in general, is the
18   translationally relevant dose for mice
19   different than the translationally relevant
20   dose for rats?
21       A.    Mice and rats have different
22   sensitivities to acetaminophen
23   administration, so the answer to that would
24   be to the affirmative.  They can have
25   different translationally relevant doses.

Page 295

1    Q.    Okay.  Can we turn to page 83
2    of your expert report?  I think that should
3    be...
4        A.    Yes.
5        Q.    Yes.
6            Dr. Pearson, can you tell me
7    what animal was used in the Beck 2001 study?
8        A.    Rats.
9        Q.    How about Lichtensteiger 2015?
10       A.    Rats.
11       Q.    How about Klein 2020?
12       A.    Rat.
13       Q.    How about Rigobello 2021?
14       A.    Also rats.
15       Q.    And in your expert opinion, did
16   these rat studies use translationally
17   relevant APAP doses?
18       A.    Yes.
19       Q.    Finally, Dr. Pearson, did you
20   rely on Dr. Baccarelli's opinions in terms of
21   his review of the human epidemiological
22   studies in rendering your opinion?
23       A.    I did.
24       Q.    And is the epidemiological
25   literature analyzed by Dr. Baccarelli part of

Page 296

1    what has informed your work both in this
2    litigation and outside of it?
3        A.    Yes.
4            So to add on to that, so
5    Dr. Baccarelli's expert report, which I
6    reviewed and rely upon for my expert report,
7    he uses the Bradford Hill approach.  And the
8    other approach that he uses, I rely upon that
9    in my expert report.  But also the
10   epidemiological literature that he's
11   reviewed, that also informs the scientific
12   research that I perform.
13           So in his expert report, per
14   se, but I'm just saying the epidemiological
15   findings that acetaminophen is linked to
16   these neurodevelopmental outcomes.  I would
17   not be performing preclinical literature --
18   preclinical research if there wasn't these
19   findings themselves.
20           MS. HUNT:  I have no more
21   questions.
22           VIDEOGRAPHER:  Off the record?
23           MR. PADGETT:  Off the record.
24           VIDEOGRAPHER:  The time right
25   now --

Page 297

1            MR. PADGETT:  Can I take a
2    break?  A short break?
3            VIDEOGRAPHER:  The time right
4    now is 5:10 p.m., and we're off the
5    record.
6        (Off the record at 5:10 p.m.)
7            VIDEOGRAPHER:  The time right
8    now is 5:15 p.m., and we're back on
9    the record.
10           REDIRECT EXAMINATION
11   QUESTIONS BY MR. PADGETT:
12       Q.    Dr. Pearson, you used mice as
13   the animal in the Baker 2023 study, correct?
14       A.    That is correct.
15       Q.    Okay.  And you mentioned
16   something about mice and rats having
17   different sensitivities to APAP during
18   Ms. Hunt's questioning.
19           Do you recall that?
20       A.    Yes, I recall that.
21       Q.    Okay.  Do you believe that mice
22   are a better model in terms of equivalency to
23   humans in terms of animal research on
24   acetaminophen?
25           MS. HUNT:  Object to the form

Page 298

1    of the question.
2            You can answer.
3            THE WITNESS:  I think that both
4    mice and rats are suitable for this
5    line of research.
6            What I was stating before is
7    that mice and rats have different
8    sensitivity to hepatotoxic doses of
9    acetaminophen.
10   QUESTIONS BY MR. PADGETT:
11   Q.    Is the sensitivity for mice
12   more akin to humans with regard to
13   acetaminophen than rats compared to humans?
14           MS. HUNT:  Object to the form
15   of the question.
16           You can answer.
17           THE WITNESS:  I've seen in the
18   literature some people have said that
19   mice can be more sensitive to modeling
20   hepatotoxicity because lower doses of
21   acetaminophen will cause
22   hepatotoxicity in mice than rats.
23           In other words, it takes a
24   higher dose -- it can, depending on
25   the strain and the circumstances, it

Page 299

1    can take a higher dose of
2    acetaminophen in a rat to cause
3    hepatotoxicity than a mouse.
4            But that does not mean it's a
5    better model for understanding
6    acetaminophen neurotoxicity, for
7    instance.  Both species can be
8    suitable to understand neurotoxicity
9    of acetaminophen.
10           MR. PADGETT:  That's all the
11   questions I have.  Thank you for your
12   time today.
13           THE WITNESS:  Thank you.
14           VIDEOGRAPHER:  The time right
15   now is 5:18 p.m., and we're off the
16   record.
17   (Deposition concluded at 5:18 p.m.)
18           _ _ _ _ _ _ _
19
20
21
22
23
24
25

Page 300

1            CERTIFICATE
2        I, CARRIE A. CAMPBELL, Registered
3    Diplomate Reporter, Certified Realtime
     Reporter and Certified Shorthand Reporter, do
4    hereby certify that prior to the commencement
     of the examination, Brandon Pearson, MS,
5    Ph.D., was duly sworn by me to testify to the
     truth, the whole truth and nothing but the
6    truth.
7        I DO FURTHER CERTIFY that the
     foregoing is a verbatim transcript of the
8    testimony as taken stenographically by and
     before me at the time, place and on the date
9    hereinbefore set forth, to the best of my
     ability.
10       I DO FURTHER CERTIFY that I am
     neither a relative nor employee nor attorney
11   nor counsel of any of the parties to this
     action, and that I am neither a relative nor
12   employee of such attorney or counsel, and
     that I am not financially interested in the
13   action.
14
15
16
17   CARRIE A. CAMPBELL,
     NCRA Registered Diplomate Reporter
18   Certified Realtime Reporter
     California Certified Shorthand
19   Reporter #13921
     Missouri Certified Court Reporter #859
20   Illinois Certified Shorthand Reporter
     #084-004270
21   Texas Certified Shorthand Reporter #9328
     Kansas Certified Court Reporter #1715
22   New Jersey Certified Court Reporter
     #30X100242600
23   Louisiana Certified Court Reporter
     #2021012
24   Notary Public
     Dated:  August 14, 2023
25

Page 301

1        INSTRUCTIONS TO WITNESS
2
3        Please read your deposition over
4    carefully and make any necessary corrections.
5    You should state the reason in the
6    appropriate space on the errata sheet for any
7    corrections that are made.
8        After doing so, please sign the
9    errata sheet and date it.  You are signing
10   same subject to the changes you have noted on
11   the errata sheet, which will be attached to
12   your deposition.
13       It is imperative that you return
14   the original errata sheet to the deposing
15   attorney within thirty (30) days of receipt
16   of the deposition transcript by you.  If you
17   fail to do so, the deposition transcript may
18   be deemed to be accurate and may be used in
19   court.
20
21
22
23
24
25

Page 302

## ACKNOWLEDGMENT OF DEPONENT

I _____, do
hereby certify that I have read the foregoing
pages and that the same is a correct
transcription of the answers given by me to
the questions therein propounded, except for
the corrections or changes in form or
substance, if any, noted in the attached
Errata Sheet.

_____
Brandon Pearson, MS, Ph.D.        DATE

Subscribed and sworn to before me this

_____ day of _____, 20 _____.

My commission expires: _____

Notary Public

---

Page 304

_ _ _ _ _ _ _
## LAWYER'S NOTES
_ _ _ _ _ _ _
PAGE  LINE

4  ____  ____  _____
5  ____  ____  _____
6  ____  ____  _____
7  ____  ____  _____
8  ____  ____  _____
9  ____  ____  _____
10 ____  ____  _____
11 ____  ____  _____
12 ____  ____  _____
13 ____  ____  _____
14 ____  ____  _____
15 ____  ____  _____
16 ____  ____  _____
17 ____  ____  _____
18 ____  ____  _____
19 ____  ____  _____
20 ____  ____  _____
21 ____  ____  _____
22 ____  ____  _____
23 ____  ____  _____
24 ____  ____  _____

---

Page 303

_ _ _ _ _ _ _
## ERRATA
_ _ _ _ _ _ _
PAGE  LINE  CHANGE

4  ____  ____  _____
5  ____  ____  _____
6  ____  ____  _____
7  ____  ____  _____
8  ____  ____  _____
9  ____  ____  _____
10 ____  ____  _____
11 ____  ____  _____
12 ____  ____  _____
13 ____  ____  _____
14 ____  ____  _____
15 ____  ____  _____
16 ____  ____  _____
17 ____  ____  _____
18 ____  ____  _____
19 ____  ____  _____
20 ____  ____  _____
21 ____  ____  _____
22 ____  ____  _____
23 ____  ____  _____
24 ____  ____  _____

**WORD INDEX**

**< $ >**
**$400**   22:*23*
**$450**   22:*21*
**$61,000**
  22:*21*

**< 0 >**
**00966**   3:*7*
**05**   171:*11*
**084-004229**
  300:*20*

**< 1 >**
**1**   5:*2*
  11:*14*   47:*7*
  136:*15*, *16*
  149:*5*
  151:*7*, *10*
  153:*22*
  170:*20*
  174:*16*
  281:*19*
  282:*7*
  283:*23*
  285:*1*
**1,300-plus**
  241:*4*
**1.5**   214:*22*
**1:15-minute**
  17:*23*
**1:22-md-**
**03043**   1:*6*
**1:22-md-**
**03043-DLC**
  1:*4*
**1:35**   184:*14*
**1:45-minute**
  17:*22*
**10**   54:*10*
  124:*11*
  125:*2*

127:*22*
129:*12*
222:*24*
236:*1*
**10:03**   71:*17*
**100**   23:*23*
  24:*5*   99:*19*
  100:*24*
  102:*23*
  104:*23*
  164:*1*, *3*, *10*,
  *22*   268:*23*,
  *25*
**10017**   3:*13*
  6:*14*
**10019**   7:*3*
**10019-9601**
  7:*14*
**101**   162:*19*
  163:*16*
**107**   282:*14*
**11**   1:*6*
  5:*14*   13:*5*
  65:*23*
  66:*10*
  71:*23*   77:*4*
  117:*16*
  178:*24*
  216:*24*
**11:18**   137:7,
*9*
**11:21**   92:*11*
**11:36**
  137:*11*
**113**   97:*23*
  98:*2*   99:*7*
**1161**   283:*21*
**11758**   2:*24*
**12**   101:*16*
  262:*12*, *14*
**12:36**
  184:*10*, *12*
**1200**   6:2, *20*

**124**   201:*11*,
*16*   203:*20*
  204:*16*
  205:*13*
  206:*5*
  210:*1*, *25*
  211:*8*
  213:*17*
**125**   107:*5*, *8*
  201:*16*
  213:*8*, *18*
  215:*18*
**126**   1:*13*
  2:*23*   13:*8*
  199:*24*
  200:*22*
**128**   141:*3*
**12th**   6:2, *13*,
*20*
**13**   239:*6*
**130-page**
  150:*25*
**13202**   8:*3*
**135**   10:*1*
**13921**
  300:*18*
**14**   9:*5*
  17:*12*
  124:*7*, *11*
  125:*2*
  127:*23*
  129:*13*
  161:*24*
  162:6, *16*
  193:*20*
  206:*23*
  300:*24*
**15**   124:*7*
  129:*13*
  162:*20*
  282:*5*
**150**   2:*9*
  97:*24*
  98:*23*

99:*17*
  100:*11*
  101:*3*, *6*
  102:*12*, *18*,
  *24*   103:6, *12*,
  *22*   104:*17*,
  *24*   105:*17*
  112:*14*
  113:9, *11*, *24*
  194:*17*
**16**   9:*11*
  22:*3*
**1600**   268:*22*,
*23*   269:*4*, *7*
  270:*3*
**166**   10:*10*
**170**   10:*4*
**1700**   7:*8*
**1715**   300:*21*
**1717**   4:*2*
**17th**   7:*18*
**18**   92:*11*
**1800**   270:*15*
**19**   17:*3*
**1901**   2:*16*
**19103**   7:*19*
**192**   10:*14*

**< 2 >**
**2**   9:*3*   47:*7*
  73:*13*, *15*, *24*
  75:*10*
  98:*19*
  109:*25*
  110:*13*
  149:*5*
  168:*17*
  174:*16*
  223:*13*, *14*,
  *15*   224:*5*
  225:*3*
  239:*4*, *7*
  240:8, *24*, *25*

241:*1*
**2.3**   134:*21*
**2:41**   235:*18*,
*20*
**20**   58:*25*
  127:*19*
  135:*20*
  137:*2*
  152:*15*
  167:*18*
  192:*3*
  302:*16*
**200**   5:*8*
  102:*12*, *18*
  104:*24*
  105:*10*, *17*
  106:*11*, *18*
  113:*12*
  133:*15*
  268:*21*
**20004-1275**
  6:*3*, *20*
**20006**   7:*8*
**2001**   166:*14*
  295:*7*
**200-2900**
  4:*9*
**2007**   127:*4*
**2009**   240:*10*
**201**   4:*19*
**2010**   270:*18*
**2014**   274:*23*
  277:*4*
**2015**   125:*10*
  135:*4*, *14*
  278:*1*
  281:*8*, *18*, *24*
  295:*9*
**2016**   125:*10*
  182:*7*
  278:*9*
  281:*8*
  283:*16*, *17*

**2017**  125:*10*
265:*10*
272:*4*
273:22
280:*14*
281:*1*
**2018**  110:*18*
125:*10*
274:22
277:*8, 16, 18*
**2019**  125:*11*
127:5
191:*23*
192:*3, 12, 13*
193:*12*
196:*6, 7, 17*
278:*17*
281:8
284:*24*
**202**  6:*3, 21*
7:9
**2020**  168:*15, 16*  170:*21, 23*  173:25
189:*24*
191:22
192:*3, 5*
273:*10*
295:*11*
**2021**  90:*23*
111:*23*
183:*1*
258:8, *14*
265:*19*
295:*13*
**2021012**
300:*23*
**2022**  21:*9, 11, 21, 25*
22:2, *16*
85:8  92:*11*
111:*23*
253:7, *11*
268:*12*

293:*14, 19, 22*
**2023**  1:*6*
13:6  17:*3*
21:*10, 25*
22:7  24:*24*
25:*12, 25*
37:*12*  55:*9, 12, 19*  56:*3, 15*  58:25
59:*18*
60:*20*
61:*12, 21*
62:*15, 22*
63:2, *15, 22*
65:*3*  71:22
88:*6*  92:*13, 19*  98:8, *14*
99:*12, 19*
110:2
111:*23*
112:*3, 9, 14*
114:*15*
115:5, *11, 14, 16*  117:16
118:*1, 24*
173:*16, 21*
244:*12, 15*
251:2, *17*
253:*13*
255:*14*
273:*12*
274:22
293:*18, 24*
294:*3*
297:*13*
300:*24*
**2029**  5:*20*
**203**  10:*13*
**21**  24:*15*
79:24
**210**  3:*7*
**211**  4:*14*

**212**  2:*24*
7:*3, 14*
**213**  8:*8*
**215**  7:*19*
**218**  10:*16*
**22**  66:22
67:*4*
174:*24*
252:*21*
253:7
**228**  10:*14*
**23**  66:22
127:*20*
134:*16*
167:*17*
**236-1313**
5:*15*
**24**  9:*12*
**241-8111**
4:*15*
**25**  9:*15*
203:*20*
204:*16*
205:*14*
208:*18*
209:*11*
**250**  7:*2, 13*
8:2  106:*24*
107:*1, 6, 8*
**251**  208:*18*
**252**  179:*6*
**253**  10:*19*
**258**  10:22
**26**  9:*12, 15*
281:*18*
**2625**  4:*14*
**264**  11:*1*
**265**  11:*3*
**27**  66:22
67:*5*
**276**  11:*5, 9*
**277**  11:*14, 17*

**278**  11:*20, 23*
**28**  23:*4, 7, 11*  25:*12*
67:5  79:*23*
**284-3880**
5:*21*
**285**  11:*25*
**289-1313**
6:*3, 21*
**29**  15:*21*
**293**  9:*6*
**297**  9:*7*
**2976**  254:*2*
**2B**  74:*25*

**< 3 >**
**3**  122:*8*
134:*8*  262:*3*
**3.12**  179:*3, 8*
**3:02**  235:22
**3:56**  274:*7, 9*
**30**  7:*18*
167:*18*
223:*21*
256:22
301:*15*
**300**  3:*19*
4:*8*  5:*20*
**3043**  1:*3*
**305**  4:*3*
**30-minute**
17:*18*
**30XI00242600**  300:22
**310**  4:*20*
5:*21*
**312**  2:*10*
6:*9*
**314**  4:*15*
**315**  8:*3*
**317**  5:*15*

**325**  10:*16*
134:6, *10*
218:*12, 17, 20*
**326**  10:*16*
218:*12, 18, 21*
**33**  127:*25*
176:*24*
177:*1*
**34**  101:*18*
102:*12*
**34108**  5:*8*
**35**  4:*2*
107:22
**350**  107:*10, 23*  108:*1*
112:*10, 22*
133:*24*
134:*4*
**353**  179:*3, 6, 7*
**357-1313**
6:*9*
**360**  135:*5*
136:*18, 20*
**37**  127:*25*
**39**  78:22
155:*21*
**390**  6:*13*

**< 4 >**
**4**  73:*25*
108:*15*
134:*9*
137:*16, 22*
170:*15*
171:*3*
195:*23*
**4:17**  274:*11*
**4:43**  292:*25*
293:2
**40**  167:*19*

240:*4*
**401**  5:2
**410**  3:*6*
**4100**  2:9
**413**  241:*21*
**421-2800**
 2:24
**425**  3:*13*
**43**  168:2
 238:*13*
**440**  2:16
**4400**  6:8
**447-0500**
 3:7
**45**  128:*4, 22*
**46**  78:22
 133:5
 155:*21*
**46204**  5:*15*
**468-8000**
 7:14
**47**  133:2, *5*
**4717**  4:8
**4740**  3:*19*
**474-2911**
 8:3
**48**  125:*17*
**495-2333**
 2:17
**4-Amin**
 221:4
**4-**
**Aminophenol**
 221:*3, 6*

< 5 >
**5**  149:*5*
 195:*10*
 196:25
 222:24
 224:*24*
 282:*4*
 283:25
**5:07**  293:*4*

**5:10**  297:*4,*
*6*
**5:15**  297:*8*
**5:18**  299:*15,*
*17*
**50**  23:*18, 22*
 24:*4*
 167:*19*
 210:*19*
 216:5, *18*
 217:5
**500**  106:*25*
 107:2, *7, 8*
 113:*1, 2*
**50s**  209:*18*
**50th**  259:*5,*
*9*
**512**  4:*4*
**52**  258:*19*
**520-6639**
 5:3
**53**  261:2, *14*
**53BP1**  38:*4*
**54**  261:25
**542-8000**
 8:8
**55**  9:*15, 18*
 266:*21*
**550,000**
 241:*21*
**555**  6:2, *20*
 8:7
**55th**  7:2, *13*
 8:7
**56th**  1:*13*
 2:23  13:8
**57**  266:*9, 14*
**5-HIAA**
 283:2  284:*3*
**5-HIAA/5-**
**HT**  284:6
**5-HT**
 280:*19, 22,*
*24*  281:6

282:*3*
283:*10*
284:*9, 11*

< 6 >
**6**  64:*10*
 193:*17, 19*
 195:7, *24*
**6/14**  17:*10,*
*14*
**6:04**  207:*13*
**6:07**  210:*10*
**6:09**  212:*21*
 213:25
**6:10**  215:23
**60**  14:*20*
 125:*13, 17,*
*18*  128:*3, 10,*
*13*  129:*13*
 138:*6*
 223:*16*
 266:*21*
 270:*23*
**600**  4:*19*
 8:2
**60606**  2:*10*
**60606-2833**
 6:8
**63**  228:6
 274:*15*
**63102**  4:*14*
**64**  9:*11*
 16:*19, 24*
 279:*17*
**64112**  3:*20*
 4:9
**646**  3:*14*
 6:*14*
**65**  9:*12*
 24:6, *10*
 25:*18*
 137:*19, 21*
 266:22
 279:*18*

280:*10*
288:25
**656-7066**
 4:20
**66**  9:*12*
 24:*18, 22*
 138:*6*
 288:25
 289:*4*
**67**  9:*15*
 25:7, *11*
 138:*25*
**671-7277**
 4:4
**68**  9:*15*
 55:*14, 18*
 98:*17, 18*
**69**  9:*18*
 55:22  56:*1*
 66:*13*
 139:*21*
**6B**  64:*13*
**6th**  2:*23*

< 7 >
**7**  114:*16*
 126:*25*
 127:*1*
 172:4
 178:*13*
 196:6, *7*
**70**  9:*23*
 91:*25*  92:*4,*
*6*
**701-1100**
 3:*20*
**71**  10:*1*
 135:8, *12*
**713**  2:*17*
**72**  10:*4*
 140:*5*
 170:*1, 5*
 179:*1, 2*
 268:*20*

269:*11, 17*
270:2, *14*
**73**  10:*10*
 140:*23*
 147:*6*
 166:7, *11*
**737-0500**
 7:9
**74**  10:*13*
 150:2
 153:22
 203:*24*
 204:*3, 11, 12*
**741-5220**
 2:*10*
**746-2000**
 6:*14*
**75**  10:*14*
 228:*23*
 229:*3*
**76**  10:*14*
 140:6
 158:*20*
 192:6, *11*
**77**  10:*16*
 158:*20*
 161:*8*
 163:9
 165:*10*
 218:8, *17*
**77002**  2:*16*
**78**  10:*19*
 229:*17, 24*
 253:*1, 5*
 255:*15*
**78664**  4:*3*
**79**  10:*22*
 147:*6*
 258:*9, 13*
**7-Eleven**  7:*4*

< 8 >
**8**  174:*15, 20*
 178:*14*

195:6, 9
222:18, 20
223:12
224:6
**8/1/2023**
210:9
212:21
**8/1/23**
207:13
**8:44**  1:14
13:6
**80**  11:1
239:22
264:25
265:4
**800**  5:9
269:8
270:3, 7
**81**  11:3
182:18
265:13, 17
**816**  3:20
4:9
**82**  11:5
276:23
277:3
**83**  11:9
107:21
168:15
182:18
276:23
277:7  295:1
**836-8000**
7:3
**837-5151**
3:14
**84**  11:14
161:22
168:14
277:11, 15
**85**  11:17
277:19, 23
281:25

**282**:1
**859**  300:19
**86**  11:20
278:4, 8
283:19, 20
**87**  11:23
278:12, 16
284:24
**872-3500**
5:9
**877.370.DEP
S**  1:23
**88**  11:25
282:12
285:8, 15
286:15
**8-
hydroxydeox
yguanosine**
259:8
**8-oxo**  32:18

**< 9 >**
**9**  61:20
65:20
163:17
**9:48**  71:13,
15
**90**  14:21
247:2
285:12
**90067-2904**
5:20
**90071**  8:8
**90401**  4:20
**91**  9:23
**916**  5:3
**9328**  300:20
**95**  175:22
**95864-7273**
5:3
**96**  174:1
175:8, 23

**97**  170:18
**970**  201:12
**979**  201:15
**979-1000**
7:19
**999**  5:8

**< A >**
**a.m**  1:14
13:6  71:13,
15, 17  92:11
137:7, 9, 11
**aberrant**
72:21, 24
73:5, 8
**ability**
152:19
236:4, 13
287:8  300:9
**able**  41:19
86:13  89:3
95:15
117:4
118:4
129:9, 10
130:23
168:10
184:24
245:2
256:15
292:17
**ABNEY**  3:5
**abnormal**
111:2, 20
**absence**
19:4  178:14
**absorption**
198:10
**abstract**
192:17
193:4  256:2
**absurd**
51:16

**abundance**
143:21
243:13, 20
246:17
**abundant**
243:24
**ac**  62:6
209:11, 18
**AC50**
202:14
208:18
209:7, 11
**AC50s**
215:15
**acceptable**
152:4, 25
153:5
**accepted**
26:25  27:8
37:2  45:5
46:16  47:2
48:23
50:11
51:24
52:11, 16
53:8, 25
54:12, 24
82:1  92:19
94:7  290:16
**access**  64:25
**accessible**
81:19
**accidentally**
150:23
151:1
**account**
134:25
137:24
197:21
198:3, 6
273:13
**accounted**
165:21

**accounting**
98:24
**accurate**
220:3, 5
242:13, 18,
20  260:8
301:18
**accurately**
293:21
**ACETAMIN
OPHEN**
1:3  9:18,
21  10:22
11:4, 5, 15
13:10
27:10, 12, 13
28:10  29:1,
23  30:11, 24
31:17  32:3,
17, 21  36:18
38:10  39:1
41:13
50:19
55:12
56:25  57:6
58:11  60:5
66:2  82:11
84:7  85:16
88:9, 22
89:14
100:3
108:7, 11
116:5, 8
120:15
124:25
126:12
127:6, 15
129:4
131:2
132:21
136:6, 21
139:2
143:23
154:13

157:8
161:16
169:19
183:16
184:23
185:12
186:5
187:16, 19
188:6
190:2, 8, 15, 22   192:15
201:21, 22
202:16
204:15
205:2
206:19
211:16, 25
212:8, 11, 18
220:12
221:13
222:6, 16, 22, 25   223:17
224:12, 20
234:12, 16
237:16
239:9
244:8, 11
245:16
258:21
259:5
260:17, 23
267:16
269:12, 13
270:5, 19
275:20
280:6
290:1
294:22
296:15
297:24
298:9, 13, 21
299:2, 6, 9
**acetaminoph**

**en's** 289:20
**acid** 221:22
**acid-induced**
11:1
**acknowledge**
125:22
130:6, 8
263:10
**acknowledge**
**d** 205:5
**acknowledge**
**ment** 262:21
**acknowledge**
**s** 262:13
**ACKNOWL**
**EDGMENT**
12:4   302:1
**ACOG**
10:14
88:13, 15
89:9   228:9,
13   229:5, 7,
17, 21, 24
230:2, 22
231:7
**act** 233:2
290:1
**acting** 232:4
**action**
280:6
289:20
300:11, 13
**actions**
289:20
**activation**
37:18
251:18
**active** 62:9,
12, 13
201:17, 20
207:24
**activities**
17:10

**activity**
37:14
60:25   61:1,
10   157:17,
18, 20, 25
158:9, 10, 11
202:13, 16,
23, 25   203:4
206:6
210:2
211:2
212:7
216:8
236:17, 19
**actual**
151:20
260:20
**acute**
109:12, 17
193:21
**ADAMS**
4:18
**adaptive**
114:20, 22
**add** 127:22
147:21
149:19
296:4
**added** 205:7
**addition**
16:4   32:21
126:21
**additional**
26:17   91:2
151:17
161:12
163:8
165:9
187:8
217:25
219:9, 24
**additionally**
176:13

**address**
19:10
142:17
**addressees**
19:10
**addresses**
108:21
140:15
**adequate**
172:18
179:11
**ADHD**
10:23
40:10, 16, 23
41:13
42:10, 11, 18,
21   43:4, 13,
15, 17, 21, 25
44:17
45:25   46:7,
17   49:19
53:8   54:1,
13, 25   59:22
60:16   62:1,
21   63:6, 16,
23   67:1
68:11
75:23   76:3,
19   78:23, 24
79:5, 9, 11,
23   89:15
108:8, 24
115:18, 20,
21   116:8
117:13, 22
118:5, 9, 12,
13   119:1, 5,
10   120:19
122:16
123:4, 8, 13,
14   139:7, 9,
18   144:8
157:24
184:20, 24

185:7
186:15
187:1, 11
188:2, 7, 20
189:5
201:1, 6, 23
216:9
225:24
226:1
228:4
232:14, 21
234:7
235:3
248:7
249:1, 9
250:1
251:4
252:13, 17
255:8, 9
257:11, 22,
23   258:24
259:7, 15
261:4, 9
262:5, 9
266:20
267:3, 10
290:16, 18
291:20
292:2
**ADHD-like**
57:6, 18, 24
58:20   59:1
60:4   76:18
108:13
117:2
157:11
**ADHD-**
**relevant**
41:6
**ADHD-**
**specific**
116:23
**adhesion**
50:10

adjudicate
152:20
adjust 132:7
ADME
198:23
administer
106:10
administered
124:24
135:5
159:3 161:9
Administrati
on 11:7
104:5
126:11
127:6
158:22
160:18
161:11, 16
166:2
167:3
193:21, 22
294:23
Adult 11:9
125:18
127:16
adults
194:22
195:13
226:20
advance
41:16
advanced
198:19
advancement
287:6
adverse
114:20, 21
120:24
217:22
advising
229:18

affect 44:14
279:23
affirmative
42:15
231:25
294:24
AFP 174:3,
6, 15 175:5,
11 176:4
AGD 103:1
age 13:21
126:18
195:15
agencies
149:4
agent
248:12, 20
ages 266:21
agnostically
116:12
ago 22:3
Agonist
11:14
agree 33:1
35:9 40:11
66:2 68:4
85:25 86:7
88:20
89:12, 24
90:12
103:4, 17, 20
104:16
105:6, 7
111:4
114:4
118:1
119:16
125:19, 20
126:11
134:2
147:8, 10
158:25
160:22
161:13, 17

168:13
174:17
179:13, 15,
21 180:9
181:8, 18
182:2
188:17
190:8
196:7
197:25
198:2, 25
204:24
208:20
219:19
223:16
231:17
252:11
254:21
255:3, 5
256:1
259:19, 24
260:2
264:15
287:11, 13
288:17, 19
agreed
256:13
agreement
85:17 86:6
88:16
ahead 32:7
49:4 83:5
137:5
140:4
146:3
209:12
218:15
251:16
Aid 8:4
akin 298:12
al 9:18, 22
10:4, 9, 12,
16, 21, 25
11:2, 5, 9, 13,

16, 19, 22, 24
25:5 37:12
99:22
113:17
169:11
176:16
183:1
190:24
191:15
244:12, 15
267:21
268:5, 9, 12
alerts
215:10
algorithms
205:22
206:1
Ali 251:13
allegations
120:23
alleged
289:9
alleles 27:22
Alliance
6:16
allometric
98:25
112:24
113:17, 20,
21 114:2
allow
129:18
allowed
83:15, 25
allusions
89:5
alongside
263:15
alpha-
fetoprotein
174:8
175:19
ALS 266:16,

21
ALT 100:20
alterations
9:17, 21
46:2 47:25
49:7, 10
50:10, 11
57:7 58:10
220:22
altered
274:20
275:1
alternative
97:18
Alters 11:8
Alzheimer's
266:22
AM404
221:1, 22
225:8, 15, 21,
25 226:19
227:1, 5, 8,
14, 21 235:2,
7, 10 289:7,
10, 18 290:1,
6
AMANDA
2:3 17:19
20:25
amanda.hunt
@kellerpost
man.com
2:4
ambulation
75:9, 25
79:9
ambulatory
73:12, 24
74:6
amend
168:19
amended
15:11
24:12, 15

25:*17*
66:*23*
79:2*1, 24*
80:*3, 8*
137:*21*
163:2*1, 25*
164:*14*
236:2
266:*10*
274:*15*
279:*18*
**American**
88:*6*
**Ames**  30:*25*
31:*5, 16, 22*
**amount**
23:*1*  70:*13*
132:7
159:*10, 11,*
*12*  247:*23*
248:*18*
249:*8, 24*
**amounts**
247:22
248:2
**Analgesic**
11:*8*  109:*13*
**analogizing**
266:*19*
**analogous**
148:22
149:*18*
**analogy**
267:2
**analyses**
170:25
171:*1*
175:17
**analysis**
16:2  39:*19*
75:4
106:*15, 17,*
*21*  107:25
114:*4, 19, 24*

124:*24*
130:*14*
132:*1*
136:*24*
138:*9, 21*
139:25
142:22
144:*13, 25*
146:9
147:*1, 18*
148:*17*
149:*14, 15*
152:*3, 23, 24*
155:*16*
156:*16*
161:*15*
165:*1*
173:*7, 15, 19*
181:22
182:*4, 8*
185:9
187:*18, 23*
192:20
201:25
202:*1, 8*
271:*15, 23,*
*25*  272:*5, 12,*
*25*  273:*15*
294:2
**analytes**
262:*15*
**analytical**
264:*11*
**analyzed**
295:25
**Anand**
10:25
257:*19, 21*
258:7, 8, *14*
262:*12, 21*
**anandamide**
227:5, 6
**anatomical**
291:7

**and/or**  97:7
261:*6*
262:7
264:*18*
**androgen**
202:*15, 16*
206:7, *12, 23*
207:*1, 5, 7*
208:*6, 8*
**Angeles**
5:*20*  8:8
**aniline**
211:*23*
**animal**
53:20
54:22  63:7,
*11, 16, 23*
78:24  79:*8,*
*11, 22*  118:*5,*
*9, 13*  119:*1,*
*7*  123:*1*
124:*23*
139:*18, 19*
143:*11*
144:9
155:*20*
171:*4, 6*
173:8
197:*15, 23*
198:5
274:25
280:*11*
295:7
297:*13, 23*
**animals**
50:*18*  54:5,
*6*  60:*21*
61:*8, 13*
70:*14*  76:*1,*
*2, 20*  119:*11,*
*12, 13, 15, 16,*
*17, 20*  123:7
126:*20*
165:*16*

168:9
171:*4, 25*
172:5, *17*
173:8, *20*
195:20
197:*1, 2, 4*
**answer**
15:2, *4*
23:*13*
31:*20*  33:5,
*17*  34:*11*
35:*11*  37:6
39:8  40:25
41:*19*  42:*4,*
*23*  44:5
45:8, *16*
49:*1*  51:*11*
52:3, *14*
53:3, *11, 13,*
*15*  54:*3*
55:3, 6
58:2  59:*3,*
*12*  60:*1, 12,*
*23*  61:*15*
62:25  64:2
68:*6, 14, 22*
69:9  70:*10*
71:5  74:*3,*
*22*  77:8
78:9  79:*14*
80:*1*  81:*13*
82:4, *7, 14,*
*15, 20*  83:3
84:*14*
85:20
86:*10, 22*
87:8, *25*
89:*1, 18, 20*
90:2, *8, 15*
91:6, *15*
95:5  96:*1,*
*25*  97:*10*
100:*6, 16*
103:8, *25*

104:*20*
105:*14, 23*
109:*21*
112:*18*
113:*15*
114:7
116:*3*
118:*16*
119:*19*
120:2
121:*16*
122:*19, 21*
123:*6*
124:2
126:*16*
129:*15*
130:*17*
132:*13*
134:*19*
139:*12*
141:*10*
142:*4, 25*
144:22
145:*8*
146:*13, 21*
148:*5, 20*
150:*15*
152:7
153:9
155:*24*
156:*20*
158:*3*
159:*17*
160:*3, 5*
161:2
162:2
165:*13*
167:5
169:5
171:2*1*
172:*10, 22*
173:*11*
177:*25*
181:*25*

182:*24*
184:*2*
185:*19*
186:*18*
190:*12*
193:*14*
195:*1, 2*
196:*12, 20*
197:*13*
199:*11, 18*
201:*5*
202:*4*
203:*11, 22*
204:*19*
206:*17*
211:*6, 19*
212:*14*
218:*5*
219:*13*
222:*9, 23*
225:*11, 19*
226:*13, 15, 23*  227:*18*
228:*5, 17*
229:*12*
230:*14*
231:*4*
232:*19*
234:*1, 22*
235:*6*
237:*7*
238:*4*
240:*19*
241:*13, 22*
242:*10*
244:*4*
248:*9*
249:*21*
250:*8*
251:*8*
255:*25*
257:*7*
259:*12, 23*
263:*6*

264:*21*
266:*25*
269:*20*
271:*19*
272:*17*
275:*3, 11*
276:*3*
281:*11*
284:*16*
285:*23*
289:*13*
292:*5, 18*
293:*17*
294:*23*
298:*2, 16*
**answerable**
53:*19*
**answered**
71:*4*  145:*7*
146:*12*
153:*8*
189:*7*
250:*7*
269:*22*
**answering**
108:*5*
**answers**
302:*5*
**antagonist**
207:*15, 18*
208:*10*
**Antiandroge nic**  10:*2*
**anticipate**
81:*9*
**anticipated**
81:*25*
**antinocicepti ve**  289:*21*
**antioxidant**
34:*20*  35:*8*
224:*15*
244:*20*
245:*15*

246:*20*
247:*19*
**antioxidants**
35:*20*
**antipyretic**
109:*14*
**anti-stressors**
264:*16*
**anxiety**
57:*18*
66:*14, 16, 20*
67:*8, 22, 23*
68:*2, 12*
69:*4*  70:*7, 13*  71:*1*
72:*3*  75:*8, 14*  76:*24*
78:*1, 3*
115:*23*
**anxiety-related**  77:*3, 20, 23*  78:*17*
**anxiety-relevant**
78:*16*
**Anxiolytic**
11:*8*
**APAP**  66:*1, 2, 4*  72:*5*
99:*2*
108:*25*
109:*3*
111:*1, 19*
122:*13*
123:*17*
161:*9*
176:*3, 5*
184:*19*
185:*5*
186:*1, 14, 25*
187:*10, 23*
188:*1, 19*
189:*4*

201:*12*
206:*6*
210:*2*
211:*1, 22, 23*
224:*9*
262:*24*
263:*2*
274:*21, 25*
279:*22*
280:*2, 11*
289:*6*
294:*15*
295:*17*
297:*17*
**APAP's**
216:*25*
289:*4*
**Apologies**
76:*6*  98:*16*
**apologize**
41:*15*  52:*6*
**apoptosis**
267:*13, 17, 23*  268:*25*
270:*16, 19*
**appear**
169:*21*
**APPEARAN CES**  9:*3*
**appears**
17:*5*  25:*4, 14*  133:*23*
195:*19*
**applicability**
180:*16*
**applicable**
180:*8*
**application**
104:*6*
172:*2*
199:*20*
**applied**
180:*20*

**apply**
112:*24*
209:*24*
255:*11*
**applying**
217:*22*
**appointed**
26:*21*
**appreciate**
175:*14*
263:*9*
**approach**
113:*22*
149:*24*
249:*13, 14*
296:*7, 8*
**approaches**
113:*19*
264:*11*
**appropriate**
112:*23*
113:*7*
143:*3, 7*
145:*12*
166:*24*
167:*1*
170:*20*
171:*15*
172:*1, 12*
209:*23*
232:*1*  301:*6*
**approval**
173:*23*
**approximate**
15:*23*
134:*23*
135:*2*
222:*21*
223:*23*
224:*1*
**approximatel y**  21:*8*
102:*18*
104:*24*

105:*17*
127:*21*
**approximatio**
**n** 224:*3*
**approximatio**
**ns** 224:*2*
**AR** 208:*11*
**arachidonic**
221:*22*
**area** 140:*12*
160:*12, 15*
191:*12*
275:*7, 9*
291:*5, 14, 23*
292:*7, 8, 13*
**areas** 191:*9*
247:*23*
**arguably**
139:*23*
**argue** 97:*17*
145:*16*
**argument**
232:*4*
**ARNOLD**
7:*1*
**article** 22:*6,*
*10* 27:*7*
37:*2* 65:*25*
66:*17*
71:*25* 84:*6*
115:*12, 17*
166:*19*
168:*7*
170:*9*
177:*21, 23*
180:*10*
196:*9*
238:*17*
239:*3*
256:*20*
265:*7, 10, 19,*
*25* 277:*4, 9,*
*17* 278:*18*

**articles**
55:*11*
148:*13*
177:*12, 16*
**ASD** 38:*21*
39:*6* 40:*8,*
*13* 41:*8, 13*
42:*2, 10*
43:*4, 13, 15,*
*18, 22, 25*
44:*16* 45:*5,*
*25* 46:*7, 17*
48:*23* 67:*1,*
*8* 79:*23*
88:*10, 23*
108:*8, 24*
115:*7, 9, 13,*
*15* 116:*9*
117:*13*
120:*19*
122:*16*
123:*4, 13, 14*
139:*6, 9, 17*
184:*20, 24*
185:*7*
186:*15*
187:*1, 11*
188:*2, 6, 20*
189:*5*
201:*1, 6, 22*
216:*9, 12*
225:*16, 22*
227:*16*
232:*13, 16,*
*20* 233:*15,*
*24* 234:*7*
235:*3*
248:*7*
249:*1, 10*
250:*1*
252:*13, 17*
254:*15, 17*
255:*2*
261:*4*

262:*5*
266:*20*
267:*2, 9*
290:*16, 17,*
*22* 291:*19*
292:*2*
**ASD-ADHD**
1:*3*
**ASD-like**
108:*12*
154:*12*
157:*11*
**ASD-related**
10:*20*
**ASD-**
**relevant**
79:*6* 154:*11*
**ASD-specific**
116:*22*
**ASH** 7:*17*
**ASHLEY**
2:*4, 6*
**ashley.barrie**
**re@kellerpos**
**tman.com**
2:*7*
**ashley.keller**
**@kellerpost**
**man.com**
2:*5*
**Aside** 141:*2*
236:*10*
**asked** 26:*16*
37:*10*
45:*17* 49:*2*
53:*4* 71:*3*
87:*14, 17, 21*
145:*6*
146:*12*
153:*7*
189:*6, 17, 19*
250:*6*
**asking** 18:*9*
23:*24* 26:*3*

38:*22* 42:*7*
45:*19, 22*
48:*8* 54:*5,*
*8* 63:*1*
67:*17*
77:*10* 80:*2*
86:*16, 17*
90:*10* 96:*2*
103:*9*
115:*8*
121:*8*
141:*11*
156:*2*
159:*11*
160:*14, 15*
186:*4*
188:*11*
190:*13*
195:*10*
203:*12*
204:*20*
207:*4, 16*
226:*3*
230:*15*
231:*7, 11*
232:*25*
233:*7*
234:*4*
241:*20*
249:*5*
260:*5*
267:*1*
276:*4*
286:*11*
**asks** 66:*14*
**aspect**
118:*8*
131:*12, 18,*
*20* 199:*3*
**aspects**
169:*12*
197:*17*
**assay** 31:*9,*
*16* 63:*14, 21*

77:*3, 20*
144:*9*
157:*15*
202:*12, 19*
206:2, *3*
207:*14*
210:*12*
211:*12*
213:*12, 17*
214:*3*
215:*19*
**assays**
30:*25* 31:*1*
78:*24*
79:*23*
156:*17*
157:*22*
180:*7*
201:*12, 15*
202:*10*
203:8, *14*
205:*15*
206:*12, 23*
207:*5, 7*
210:*6*
212:*1, 4*
**assert** 228:*6*
**asserting**
276:*9*
**assertion**
276:*5, 8*
**assess** 79:*3*
191:*13*
193:*10*
**assessing**
140:*9*
147:*7, 11*
186:2, *9*
275:*23*
**assessment**
11:*3* 75:*18*
180:*2*
233:*17*

assessment-
related
78:18
assign
138:16
205:8
assigned
200:14
associate
8:13
associated
32:20
38:20  39:5,
14  41:4
66:5  115:7,
9, 13, 18
159:9
184:24
187:16
211:15, 21
212:11
216:9
258:22
259:15
associating
212:17
association
256:13
257:2
associations
10:19
assume
207:16
272:7
assumption
58:4
AST  100:19
asterisk
74:18
Atlas
245:20, 22,
25  246:3, 8
attached
12:1  25:2

301:11
302:7
attempting
118:2
attention
63:19, 20, 24
65:7  66:5
144:7
158:8, 15
251:4  252:1
attention/hyp
eractivity
40:14
attentional
65:4  251:25
attention-
deficit  40:15
Attention-
Deficit/Hype
ractivity
10:23
attentioned
251:25
attorney
300:10, 12
301:15
attorneys
21:23
attributable
127:16
attributes
147:20
AUGUST
1:6  13:5
23:15  88:6
196:6, 7
300:24
author
28:23, 25
56:14  177:3
authored
294:9

authoritative
285:18
authorities
286:9
authors
167:17
168:25
autism  11:1
39:16, 20
40:2, 11
42:10
49:18, 22, 24
50:2, 5, 13,
16  51:2, 8,
25  52:12, 17,
25  67:24
123:8
255:22
256:4, 23
257:3, 11, 14,
24  258:2
autism-
related
256:7
automated
205:6
availability
179:11
available
187:4
Avenue
3:13, 19
4:8  5:2
6:13  7:8
average
266:21
avoid
117:12
avoided
228:9
aware  30:9
33:6, 13, 21
34:6  41:11

69:2  89:22
90:11
206:22
207:6
216:11
226:18
238:7
243:22
245:17, 21
256:24
257:9
264:22
axonal
49:11  50:25
AYACHI
2:22

< B >
Baccarelli
18:18, 20
121:5, 13
271:7, 10
278:20, 22
279:10
295:25
Baccarelli's
271:2, 5
295:20
296:5
back  19:23
30:20
45:12, 13
71:17, 20
99:7
137:11, 14
139:13
145:20
170:12
173:10
184:14
218:14
230:19
235:22
236:1

258:3
274:11
293:4  297:8
backed
263:25
background
44:22
59:17
70:18, 19
80:17
192:21
273:3, 9
bacterial
31:6
bad  215:12
Baker  9:18,
22  22:7
28:24
37:12  55:9,
12, 19  56:3,
13, 15  57:11,
15, 16, 22
58:24, 25
59:5, 18
60:2, 8, 20
61:12, 21
62:15, 21
63:2, 15, 22
65:2  66:14
71:22
92:13, 16, 18
98:7, 13
99:12, 18, 22
110:2
112:3, 13
114:15
115:5, 11, 14,
16  117:16
118:1, 23
119:23
173:16, 21
244:12, 14
251:2, 17

294:*3*
297:*13*
**Baker's**
59:*20*
**balance**
43:*19*
**balances**
215:8
**BARLOW**
5:*1*
**BARNES**
5:*12, 17*
6:*1, 5, 12, 16*
**BARRIERE**
2:*6*
**based** 53:*19*
72:*21* 74:*9*
75:8 81:*17*
86:5 91:*18*
93:8
102:*16*
123:2
132:8, *9*
134:*23*
149:8
165:8
171:*6*
174:*16*
186:22
187:*3, 7*
196:2
209:*21*
212:*12*
223:*15*
240:7
260:*16*
**baseline**
207:*24*
**basic** 14:*14*
**basis** 44:2
127:*9*
273:*23*
**Bates** 56:8

**Bauer**
90:*17, 22*
**BBH2R1**
56:*4, 14*
**BDNF**
11:*11*
274:*20*
275:*1, 14, 19*
**Beach** 5:8
**Bear** 151:2
**beats** 113:2
**beautiful**
214:*19, 25*
215:2
**Beck** 10:*12*
106:*20*
166:*14*
169:*24*
237:*12*
295:7
**began**
128:*15, 16*
**beginning**
122:9
**behalf**
13:*24*
86:*19* 87:*3*
**behave** 48:*4*
**behavior**
57:*1* 75:*16,
18* 77:*3, 21,
23* 78:*14*
117:*23*
119:8
**behavioral**
57:7 62:*21*
75:*19* 76:*9,
12* 79:2
80:*4, 10, 12,
16* 119:*9*
128:7
129:*20*
130:2
154:*12*

155:*18*
156:*17*
157:*13*
250:*21*
251:2, *22*
**behaviorally**
251:*23*
**behaviors**
76:*14, 16, 18*
78:*16, 17, 19*
119:5
291:*11*
**behaviour**
11:*12*
**behest**
294:*10*
**belief** 185:5
**believe**
15:*21* 16:*3*
20:*19, 21*
21:*24*
22:*17, 18*
24:*11*
25:*16* 31:*1*
36:*24*
53:*12*
55:*13*
66:*13*
67:*21*
74:*24* 88:*3*
91:7 95:*16*
96:6, 8, *18*
97:*4* 107:*1*
118:*17*
119:7
124:*4, 6*
126:*10*
136:*11*
137:*17*
163:*15*
164:*16*
168:2
174:7
175:8

178:*17*
183:*4, 19*
184:*17, 18*
185:*15*
190:*1*
206:*21*
210:*4*
225:5
228:*13*
229:6
232:*1*
238:*23*
246:2, *13*
284:*25*
297:*21*
**bell** 50:*1*
**best** 169:*9*
300:8
**better**
56:*20*
137:*17*
209:5
243:*14*
297:22
299:5
**beyond**
15:*25*
123:*13, 14*
125:*4*
145:*24*
151:*25*
157:*12*
207:*1*
219:5, *20*
220:*13*
**bias** 150:*6*
181:*9, 10, 19*
183:7, *9*
**Big** 8:*9*
**Bill** 41:*15*
**billable**
293:*25*
**binding**

210:*13*
**bio** 283:7
**bioavailabilit
y** 160:*14, 20*
161:*4*
**biochemical**
41:*12* 45:2,
*23* 46:2, *15*
48:*16, 20*
53:5 54:*21*
128:8, *18*
130:2
197:22
198:*4, 7*
**bioinformati
cian** 29:*16*
**bioinformati
cs** 39:*19, 24*
**biologic**
217:*24*
275:*25*
**biological**
176:*17, 19*
185:*1*
219:*4, 8, 23*
292:2
**biological-
initiating**
220:*11*
**biologically**
64:7
108:22
209:2
269:*12, 15,
18* 282:*15,
19, 20*
**biology**
47:8 214:*17*
**biomarker**
32:*16, 23*
112:*1*
252:*18*
258:*23*
259:*14, 17*

**biomarkers**
10:*19*
252:22
255:*16*
257:*11*
**biomech**
292:*1*
**biomedical**
287:*9*
**biospecimen**
272:7

**biospecimens**
227:2
**birth**
231:*20*
260:*15*
262:*15*
**bit**  27:*14*
29:22
46:*13*
64:22  94:*8*
100:*9*
122:23
150:*18*
159:7
163:*13*
171:2
177:*10*
190:*21*
218:25
232:24
273:*18*
293:*18, 19*
**bivalent**
276:*13*
**blank**  151:*8*
**Blecharz**
284:*24*
**Blecharz-**
**Klin**  11:*13,*
*19, 21, 24*
125:*9*
127:*10*

128:*8*
129:*8, 17*
274:22
277:*8*
278:*1, 9, 17*
280:*14, 18*
281:*2, 3, 7,*
*18*  282:*24*
283:*16*
**blinding**
150:6
**blood**  32:*16,*
*19*  176:4
257:*17*
258:*17*
259:*19, 25*
260:*2, 3*
262:*21*
**Blot**  175:*19*
243:*17*
**Blots**  175:*5*
**BN**  274:*19*
**board**
26:*19, 22*
236:*20*
**body**
260:*17*
285:*18*
**bold**  102:*11,*
*16*
**bolster**
264:7
**bolstering**
264:*1*
**bolus**  159:*5*
**bone**  250:*18*
**BONESTEE**
**L**  8:6
**Bonferroni**
73:*16, 23*
74:*13, 14, 15,*
*16, 18*
**Boots**  6:*16*

**born**  252:*14*
**boss**  279:*1*
**BOSSO**  7:7
**Boston**
29:*17*
**bottom**
65:*20*
114:*17*
193:*20*
207:*13*
210:*9*
213:25
215:23
222:*20*
236:7
266:*13*
**Boulevard**
4:*19*
**bound**
224:*10*
**box**  15:*16*
131:*14*
134:*21*
**Bradford**
296:7
**Brain**  10:*2,*
*16*  11:7
42:*1, 9, 20*
43:*1, 2, 7*
44:*14*  45:*3*
46:*3, 5*
48:2, *21*
51:7, 25
52:*12, 19, 21,*
*24*  53:*6, 23*
54:23
109:6
124:*16*
185:*14*
191:*9, 16, 20*
220:*15*
221:*20*
225:*9, 15, 25*
227:22

231:*19*
237:*3, 5, 15,*
*20*  238:*1*
239:*5, 21*
240:*13, 16*
241:*4, 9*
243:23
244:*1, 18, 19*
246:*3, 5, 16,*
*25*  247:*4, 7,*
*17, 24*  248:7,
*25*  258:*1*
264:24
267:*17*
270:*20*
274:*16, 20*
275:*8, 9, 18*
279:24
280:*4, 7*
281:*4, 6*
285:7
291:*5, 23*
292:*14*
**brain-**
**derived**
11:*11*
**brains**
242:6
252:*9*
290:*16*
**BrainSpan**
246:*7, 9*
**Brandon**
1:*11*  9:*11,*
*12, 14, 15*
13:*12, 20*
14:7  300:*4*
302:*12*
**break**  16:*11*
71:*10, 20*
135:22
137:*3, 5, 15*
235:*15*
250:*18*

274:*3*
292:*20, 21*
297:2
**breaking**
184:*6*  274:*3*
**breaks**
14:*20*  38:7

**breastfeeding**
230:*4*
**Brennan**
28:*24*
56:*13*  92:*15*
**briefly**  55:*9*
196:*24*
**bring**  15:*8*
69:*24*
**bringing**
152:*14, 18*
**broad**
34:*16*
285:*25*
**broadly**
123:*3*
**Broadway**
4:*14*
**brought**
15:*16*  16:*3,*
*7, 16*  191:*25*
**BROWN**
8:*6*  251:*13*
**bulletin**
229:*23, 24*
230:*23*
**Buried**
136:*12*
**Bussey**
64:*24*
**butcher**
125:7
**bypass**
159:*1, 5*

< C >
C112  3:6
C1P1A
213:12
Cabrera
17:23  18:2,
10, 18  102:1,
10  104:22
105:2, 16
114:1
121:4, 13
217:17
218:21
220:5
Cabrera's
10:16
101:12
104:22
105:9
113:11
114:10
217:9, 12
218:12, 18
219:19
CAIN  7:12
calculated
23:9
102:14, 25
155:8
calculation
250:25
calculations
102:17
California
1:18  4:20
5:3, 20  8:8
300:18
call  57:14
207:22
209:7
216:5, 18
called
270:22

calling
45:18
calls  18:6
201:17, 20
203:8
205:6
208:22
219:4
Campbell
1:16  4:7
13:17
300:2, 16
cancer
28:20
268:16

Cannabinoid
11:14
cannulated
169:15
capable
31:2  88:10,
23  89:15
178:18
capacity
236:11
capture
118:4
119:4, 8
197:10, 17
198:22
199:2
captured
118:12
capturing
197:19
carcinogenic
11:4
carcinogens
27:17  28:17
care  243:24
careful
232:9

carefully
301:4
Carey
10:21
252:21
253:7, 10, 11,
13  255:14
CARLSON
4:1
Carrie  1:15
13:16
300:2, 16
carries
43:17

CARTMELL
3:17
cascades
220:17
Case  1:4
17:4  18:7,
15, 23  19:2,
8, 15, 16
20:9, 24
22:2  24:16
25:13
46:12  47:3
81:7  84:11
86:7, 20
87:5  90:13
91:13
101:13
108:5
111:16
120:12
121:3, 14
123:1
183:16, 19
242:1
272:5, 15
273:14, 22
274:1, 19
case-by-case

172:24
Cases  1:6
catch  47:4
catchment
123:10
124:5
category
285:25
CATHERIN
E  2:21
catherine.hea
cox@lanierla
wfirm.com
2:22
caught
166:22
causal
201:22
202:2
233:16
causality
50:16, 21
188:5  264:1
causation
88:8, 21
89:13, 25
90:12
232:3  258:4
cause  28:8,
20  33:2, 15
34:8  35:7
36:2  42:8,
10  100:12,
25  108:8
201:22
225:16, 22
226:1
233:23
248:7, 25
249:17
254:17
255:7
261:5
262:6

264:17
290:17
298:21
299:2
caused
38:10
causes
28:10  32:3
33:8  41:25
42:19
186:15
187:1, 11
188:2, 20
189:5
264:23
267:17
270:19
causing
88:10, 23
89:15
109:12, 17
226:4
233:24
caveat  283:5
CB1R  11:14
cealix
290:10
ceased
115:4
cell  37:17,
20, 24  50:10
197:22
198:4
267:13, 23
268:9, 10, 16,
19  269:2
cells  202:21
267:17
268:7, 17
270:20
cellular
129:20
198:7

220:*16*
261:7  262:*8*
**center**  74:*9*
**central**
60:*16*
109:*4*
286:*17*
**Century**
5:*20*
**Cerebellar**
11:*20*
291:*5, 6, 23*
**cerebellum**
291:*8, 9, 15,*
*17*  292:*7, 9,*
*11, 12*
**certain**
124:*12*
142:*1*
173:9
179:*16*
185:*10*
199:*13*
233:*18*
276:*13*
**Certainly**
26:6
106:*17*
126:*18*
158:*19*
159:*22*
160:*9*
208:*24*
254:*23*
261:*1*
287:*13*
**certainty**
24:*3*
**CERTIFICA**
**TE**  300:*1*
**CERTIFICA**
**TE**..................

..................**300**
12:*3*
**Certified**
1:*17, 18, 20*
300:*2, 3, 17,*
*18, 19, 20, 21,*
*22*
**certify**
300:*3, 5, 10*
302:*4*
**cetera**
234:*20*
**chain**  92:*8*
**chair**  278:*24*
**challenge**
96:*13*
**chambers**
64:*24, 25*
**chance**
240:*20*
**change**  42:*1,*
*8, 19, 25*
43:*2*  54:*9*
60:*25*  72:*8*
91:*17*
121:*21*
122:*1, 5*
142:*19*
157:*18*
158:*12, 13*
191:*3*
237:*21*
275:*7, 17*
282:*3*
290:*15*
303:*3*
**changed**
164:*16, 19*
175:*11*
193:*11*
**changes**
25:*24*
26:*12*  42:*1,*
*19*  45:*2, 24*

46:*16*
47:*22*
48:*17, 20*
49:6, *9*
50:*24, 25*
51:*23, 24*
52:*11, 19*
53:*5, 21, 22,*
*24*  54:*1, 9,*
*21*  77:*10, 15,*
*17*  114:*19,*
*25*  130:*2*
144:*15, 16*
157:*23*
164:*12*
237:*17*
251:*3, 24*
252:9
261:*8*
270:*25*
281:*6*
282:*8*
283:*8*
290:*19*
291:*25*
301:*10*
302:*6*
**characteristi**
**cs**  131:*7, 11*
**characterizat**
**ion**  47:*8*
**characterize**
139:*23*
199:*15*
278:*25*
**chart**  65:*24*
107:*15*
133:7
162:*19*
164:*12, 15*
168:*14*
**charts**  200:*3*
**checks**

215:*8*
**cheek**  94:*8*
**Chemical**
10:*10*
54:*11*
232:*12*
**Chemicals**
10:*13*
54:*10*
120:*23*
233:*2*
**chemotherap**
**eutic**  28:*18*
**Chicago**
2:*10*  6:*8*
**chicken**
238:*15*
268:*16*
**child**  69:*5*
**Childhood**
10:*22*
**childhood-**
**onset**  69:*6*
**children**
254:*14*
259:*4*
**Children's**
29:*17*
**child's**
185:*25*
186:*5*
**choose**
156:*11*
**chromatin**
49:7
**chronic**
193:*21*
**Chung**  29:*2*
**circulating**
239:*19*

**circumstance**
244:*6*

**circumstance**
**s**  244:*6, 7,*
*10*  276:*14*
298:*25*
**citation**
229:*5*
**cite**  121:*17*
228:*9*
274:*21*
280:*14*
**cited**  225:*6*
236:*24*
**Citing**
228:*18*
**City**  3:*20*
4:*9*
**clarification**
83:*6*
151:*18*
192:*18*
**clarified**
18:*12*  20:*2*
121:*10*
**clarify**
31:*25*
190:*21*
283:*1*
**clarifying**
19:*24*
**clean**  16:*9*
**clear**  47:*12*
111:*18, 21*
121:*8*
195:*11*
273:*20*
**clearer**
111:*23*
**clearly**  63:*9*
124:*4, 6*
125:*23*
**clinical**
46:*19*
109:*2*

255:22
257:2, *3*, *14*
**clinician**
70:*12*
**clinicians**
96:6, *15*
**Clinton** 8:2
**close** 58:*16*,
*18*
**Cmax**
160:*9*, *17*
161:*5*
**coauthor**
22:6   29:*12*
**coauthors**
28:*21*   29:7,
*14*, *20*   92:*13*
**cognition**
291:*18*
**Cognitive**
11:8   291:*11*
**coherence**
138:*19*
**cohort**
256:3
**colleagues**
114:9
**collected**
252:*18*
262:*15*
**collection**
138:*11*
**collectively**
90:*24*   119:2
**College**   88:*6*
**Columbia**
177:*21*
278:*23*
279:*1*, 5
**column**
64:*14*
98:22
110:*1*, *3*, *13*
158:*1*

254:*4*, 9, *10*,
*11*
**columnar**
49:8
**com**   46:7
**come**   86:*3*,
*17*   170:*12*
**comes**
47:20
81:*16*
86:25   213:8
**coming**
26:*17*
112:8
134:*11*
**commenceme
nt**   300:*3*
**commencing**
1:*14*
**comment**
56:*18*   57:*17*
**comments**
56:*3*   177:*4*
**commission**
302:*17*
**committee**
87:*15*, *18*, *22*
88:2
**common**
50:*13*   77:2,
*20*, *22*   98:22
148:*14*
**commonly**
158:22

**communicate**
119:*15*, *21*,
*24*
**communicate
d**   118:*3*
**communicati
on**   119:*21*
120:6

**communicati
ons**   19:7, *14*
20:7
**community**
45:*4*   48:22
50:*12*   51:*5*,
*21*   52:8
53:7, 25
54:*13*, *24*
290:*17*
**comorbid**
116:*15*

**Comparative**
200:*4*
**compare**
246:*15*
**compared**
145:*13*
241:*4*
242:*5*, 7
246:*18*
298:*13*
**compares**
249:8, *24*
**comparison**
194:*18*
195:*16*
248:*3*
**comparisons**
169:*14*
170:*24*
243:*11*
**compartment
alize**   118:*6*
**compartment
s**   190:*23*
**complete**
199:*3*
287:2
292:*18*
**completely**
48:*4*
151:*14*

167:*11*
188:*12*
294:*5*
**Complex**
10:*3*
117:22
120:*5*
226:*5*, *11*
**complexity**
197:*11*
**compliance**
286:7, *10*
**complicated**
46:*5*   47:*9*,
*16*, *18*
262:25
**complication
s**   33:2, *8*, *14*,
*22*   34:7
36:*1*
**complies**
98:*20*
108:*17*
**component**
15:*19*   67:*23*
**components**
201:7
267:*11*
**compound**
41:25
42:*18*
43:*12*
232:*3*, *4*
**compoundin
g**   112:8
**comprehensi
ve**   11:*3*
80:*19*
184:22
**comprised**
247:8
**CompTox**
10:*13*

**computation
al**   205:*24*
209:8, *20*
215:7
**computer**
209:*23*
**con**   181:8
**concede**
161:*21*
**concentratio
n**   160:*1*
207:*24*
209:*4*
269:*12*, *17*
270:*3*
**concentratio
ns**   99:2
134:22
160:*23*
258:*21*
268:*21*
270:*15*
**concept**
181:*19*
**conception**
255:*1*
**Conceptus**
10:*11*
**concerns**
263:*23*
**concluded**
299:*17*
**conclusion**
66:*17*
77:*24*
85:*14*   86:*4*,
*19*   87:*3*
115:25
117:*15*
175:*11*
243:*19*
275:25
**conclusions**
65:*16*, *18*

86:7, *14*
138:*18*
205:*20*
262:*17*
265:*24*
271:*4* 294:*2*
**conclusive**
185:*4*
**concordance**
40:*3* 63:*8*
140:*18*, *25*
146:*15*
276:*19*
**concur**
105:*15*
**condition**
260:*24*
**conditions**
45:*25* 46:*6*
169:*19*
267:*9*
291:*21*
**conduct**
287:*22*
**conducted**
177:*18*
273:*16*
**conducting**
44:2 93:*12*
94:*11*
171:*23*
285:*20*
286:*3*
**confidence**
256:*16*
**CONFIDEN
TIAL** 1:*6*
**confirm**
24:*14*, *23*
25:*12*
55:*19*
229:*17*

**confirmatory**
173:*4*, *12*
**confirms**
99:*19*
**conflict**
150:*6*
**conflicted**
84:*20*
**confounder**
186:*1*, *6*, *8*,
*11*
**confounding**
137:*24*
207:*23*
208:*21*
216:*6*, *19*
263:*21*
**confused**
54:*14*
232:*24*
273:*19*
293:*19*
**conju**
224:*10*
**conjugate**
221:*21*
224:*10*
**connected**
279:*10*, *11*
**consensus**
90:*17*, *23*
140:*17*, *25*
**consequence**
36:*6*, *7*
254:*17*
255:*2*, *8*
258:*4*
**conservative**
65:*15*
111:*13*
117:*8*
145:*13*

**consider**
27:*21*, *25*
46:*4* 96:*20*
97:*7*, *14*, *15*
178:*1*

**consideration**
160:*19*
178:*16*
**considered**
278:*23*
288:*5*, *8*
**consistency**
79:*11*
140:*10*, *16*,
*24* 141:*4*, *6*,
*12*, *18*
144:*14*
156:*16*
157:*1*
275:*23*
276:*7*
**consistent**
62:*20* 63:*6*,
*16*, *22* 76:*2*
78:*1*, *2*
79:*8* 86:*20*
87:*4*
155:*19*
157:*23*
251:*4*
270:*4*
275:*1*, *5*
280:*17*
281:*1*
**construed**
35:*13*
**consulting**
120:*10*
**consume**
113:*3*
**Consumer**
6:*10*

**contact**
21:*2*, *5*
**contacted**
20:*25*
21:*22* 22:*1*
93:*7*
293:*13*, *17*,
*21*
**contents**
17:*24*
**context**
150:*18*
179:*17*
180:*1*
272:*22*
**contexts**
179:*16*
**continue**
125:*3*
209:*13*
**continued**
83:*17* 94:*1*
**continues**
145:*23*
**continuing**
86:*24*
**contradistinc
tion** 87:*11*
**contrary**
151:*23*
199:*21*
**contrast**
142:*7*
**contrasts**
142:*11*
**contribute**
44:*19*
96:*12*
108:*11*
**control**
150:*11*
152:*5*
165:*16*
166:*24*

167:*1*, *3*, *18*,
*22*, *23*
168:*12*
169:*22*
178:*6*, *8*, *15*
179:*11*, *24*
284:*11*
285:*4*
**controlled**
165:*19*
167:*21*
169:*13*
243:*3*
**controlling**
243:*4*, *6*
**controls**
73:*1*
129:*18*
131:*10*
149:*9*
150:*4*
166:2, *19*
167:*13*, *15*
168:*7*, *18*, *25*
169:*8*, *9*, *16*
179:*4*, *9*
237:*10*
**controversy**
93:*21*
**conversation
s** 59:*9*
**conversions**
102:*15*
103:*1* 113:*6*
**converts**
224:*15*
246:*22*
**COOPER**
5:*5*, *7*
**co-opted**
149:*18*
**copied** 19:*9*
**copies**
15:*12* 16:*9*

copy 15:*10*
24:*15* 25:*1*
55:*19*
67:*13, 19*
69:*24*
101:*20*
102:*7*
136:*8* 204:*5*
**Cord** 10:*24*
11:*18*
32:*16, 19*
257:*17*
258:*17*
259:*5, 8, 19,
25* 260:*2, 3*
262:*13, 21*
282:*9*
**core** 217:*18*
219:*4*
**corn** 223:*18*
**corner**
207:*13*
214:*2*
215:*24*
**cornerstones**
287:*6*
**corporate**
96:*5, 14*
**Corporation**
6:*15, 22*
7:*15, 20*
**correct**
17:*4* 21:*4*
25:*3* 31:*18*
42:*13* 51:*3*
61:*5, 8*
62:*22*
73:*25* 74:*5,
19, 24* 75:*11*
76:*3, 6, 7*
78:*6* 79:*12*
85:*17*
88:*11, 24*
89:*16*

91:*13*
92:*20* 93:*1*
98:*1* 99:*4*
103:*1*
106:*21, 25*
107:*11*
112:*14*
119:*14*
122:*17*
128:*11, 24*
130:*15*
133:*16, 17*
136:*21*
140:*1*
142:*14*
146:*10*
152:*25*
158:*16*
159:*10*
160:*1*
162:*6, 7, 21*
163:*18*
166:*15*
170:*10*
171:*19*
177:*5*
195:*3*
199:*9*
200:*12*
201:*18*
208:*6*
210:*22*
211:*3, 12*
214:*9*
215:*5*
216:*21*
220:*7*
221:*1, 16, 23*
225:*3, 7*
228:*4, 14*
229:*9, 19*
230:*12*
239:*6, 23*
240:*10, 16*

241:*16*
251:*5*
252:*15, 23*
255:*16, 22*
258:*25*
260:*19*
272:*9*
274:*23*
284:*13*
285:*4*
297:*13, 14*
302:*5*
**corrected**
164:*17*
**correction**
73:*17, 23*
74:*15, 17, 18*
**corrections**
301:*4, 7*
302:*6*
**correctly**
107:*2*
174:*10*
190:*3*
200:*22, 23*
219:*11, 15*
230:*6*
261:*10*
**correlated**
38:*20*
**correspond**
39:*16, 25*
126:*13*
**corresponde
nce** 20:*22*
40:*3*
**corrupt**
214:*15*
**cortex** 9:*17,
20* 57:*1*
58:*10*
280:*13*
**cortical**

268:*6*
**Costco** 6:*21*
**COTE** 1:*6*
**Counsel** 5:*9*
6:*9, 15, 21*
7:*4, 9, 15, 20*
8:*4, 9*
13:*14*
17:*20* 18:*1,
8, 21* 19:*4, 9,
15, 18, 20*
20:*11*
67:*10*
69:*22* 71:*8*
82:*25*
84:*11* 93:*4,
7* 101:*20*
135:*17*
136:*7*
145:*14*
279:*11*
293:*14, 23*
300:*11, 12*
**counter**
194:*11*
**couple**
17:*13*
66:*19*
71:*21*
126:*23*
229:*20*
253:*23*
**course**
47:*22*
194:*14, 16*
223:*11*
**COURT**
1:*1, 20*
13:*16*
14:*17*
30:*20*
45:*13*
145:*25*

300:*19, 21,
22* 301:*19*
**courtesy**
102:*7*
**cover** 196:*3*
**create**
26:*16*
224:*11*
250:*24*
**created**
147:*8, 11*
243:*25*
**creates**
166:*25*
**criteria**
67:*7, 12, 18,
22* 68:*11, 16,
19* 69:*4*
70:*8* 71:*1*
132:*19, 25*
148:*22*
**criterion**
126:*7*
169:*10*
**critical**
130:*3*
179:*10*
**criticism**
175:*21*
**CROSS-
EXAMINAT
ION** 293:*9*
**cross-studies**
146:*9*
**cumulative**
143:*16*
**current**
25:*21, 22*
29:*11*
**currently**
41:*17* 81:*1,
6* 120:*11*
192:*2*

**curve** 50:*1*
160:*12, 15*
209:*17, 18*
214:*24, 25*
215:2
**curve-fitting**
206:*1*
**curves**
209:*4, 15*
**CV** 25:*16,*
*19* 26:*1, 10,*
*13, 17*
**CVS** 6:*15*
**cycle** 37:*17,*
*20, 24*
**CYP** 212:5
**CYP1A1**
211:*12, 14,*
*21* 212:*7, 10,*
*18, 22*
213:*21*
**CYP1A2**
211:*24*
**CYP2E1**
223:2, *3*
224:*10, 12*
240:*12*
241:*3*
242:*5*
244:*1*
245:*3, 9, 24,*
*25* 246:*4, 17*
248:*2*
**CYP450**
202:*23*
213:*16*
**Cysteine**
10:*10*

**< D >**
**dam** 195:8,
*24*
**damage**
28:9, *11*

32:*4, 5, 25*
33:*9, 24*
36:*13*
37:*16, 19, 24*
38:*9, 24*
39:*12*
133:*11*
134:*13*
185:*12*
220:*11*
245:6, *8, 14*
247:*4, 7, 12,*
*14, 21, 22*
266:*14*
267:*11*
**damaged**
247:*13*
**damages**
36:*8*
**dams**
169:*15*
174:4 176:5
**DANA** 7:*17*
**DANIEL**
3:*12*
**darkened**
133:8
**DARYL**
3:*18*
**Dashboard**
10:*13*
201:*13*
203:7
206:6
210:*1* 211:*1*
**data** 11:*4*
30:*13, 15*
31:22
32:*16, 19, 23*
36:*16, 18, 23*
37:*3, 11, 13,*
*15, 22, 23, 25*
38:*17*
41:*11* 64:*4,*

9 65:*4, 6*
81:*6, 23*
82:*10*
83:*19*
102:*17*
138:*14*
140:*5, 10, 15,*
*18, 25*
142:*11*
143:*16*
147:*5, 7, 11*
160:*10*
167:*13*
174:*15*
178:*15*
179:*12, 25*
199:5, *6*
200:*18*
202:6
203:7
205:9, *13*
206:*3*
213:*4, 6*
214:9, *11, 14,*
*15, 19* 215:*3,*
*4, 11* 217:*23,*
*25* 219:*7, 9,*
*24* 246:*2*
287:*17*
288:*5, 23*
**Database**
200:*5*
203:*18, 19*
204:*14*
205:*1*
206:*14*
208:*2*
246:*10*
**date** 1:*15*
13:*5* 25:22
26:*4* 81:25
85:*10*
189:*18*
207:*12*

210:9
260:*19*
300:8
301:9
302:*12*
**Dated**
300:*24*
**datum**
288:*23*
**DAVID** 8:*1*
**DAVIS** 5:*7*
**davis@coope**
**rlawpartners**
**.com** 5:*7*
**Dawley**
62:*14*
**day** 17:*11*
97:*25*
98:*23*
99:*17, 20*
103:6, *13*
124:7, *11*
125:*17*
250:*12*
260:*18*
302:*16*
**days** 125:*13*
127:*20, 22,*
*23, 25* 128:*4,*
*10, 13, 22*
129:*13*
301:*15*
**DC** 6:*3, 20*
7:*8*
**ddouglas@w**
**cllp.com**
3:*19*
**deal** 15:*1, 6*
145:*25*
239:*11*
244:*21*
247:*12*
**dealing**
47:*15, 21*

116:*24*
226:9, *10*
**DEANNA**
6:*1*
**death**
267:*13, 24*
269:*2*
**decay**
194:*10*
**decays**
194:8
**December**
92:*11*
**decide**
114:*11*
**deciding**
114:*10*
**decision-**
**making**
87:*15, 18, 22*
**decrease**
227:*14*
**decreased**
72:9 73:7,
*12* 75:8, *9*
**decreases**
11:*11* 76:15
**deemed**
301:*18*
**deep** 67:*11*
292:*9*
**defects** 49:8
50:6
**Defendant**
13:*24*
**defense**
166:22
**defer** 121:*19*
**deficit** 40:*14*
**deficits**
66:6 251:5
**define**
46:*18* 48:*5*
123:*18*

150:*10*
152:*24*
153:*4*
**defines**
288:*20*
**definitely**
186:*22*
**definition**
34:*19*
35:*23*
100:*18*
101:*10*
212:*16*
275:*5*
**definitions**
34:*22*
151:*11*
**degree**
161:*12*
163:*8*
165:*9*
236:*21*
**delay** 64:*12*
**delineations**
134:*23*
**delivery**
184:*19*
185:*6*
186:*1, 8*
260:*12, 19*
262:*23*
263:*1, 3*
264:*19*
**DELUCIA**
3:*11*
**demonstrate**
61:*23*
178:*11*
244:*16*
**demonstrate**
**d** 176:*3*

**demonstrates**

244:*15, 17,*
*20* 274:*19*
**demonstratin**
**g** 129:*24*
**dendritic**
290:*19*
291:*3*
**DENISE** 1:*5*
**department**
278:*24*
**depend**
100:*17*
199:*19*
**depending**
153:*4*
159:*8*
172:*12, 15*
298:*24*
**depends**
101:*10*
104:*4, 6, 7, 8,*
*9* 128:*12*
153:*14*
156:*3*
160:*6*
161:*18*
172:*24, 25*
173:*4, 11*
223:*2, 4, 7,*
*10*
**deponent**
13:*12* 302:*1*
**DEPONENT**
...................30
**2** 12:*4*
**deposed**
14:*11, 12*
**deposes**
13:*23*
**deposing**
301:*14*
**deposition**
1:*11* 10:*18*
12:*1* 13:*7*

20:*16* 49:*4*
168:*3*
217:*13, 14,*
*18* 218:*12*
238:*14*
240:*4*
251:*14*
265:*17*
299:*17*
301:*3, 12, 16,*
*17*
**deprecations**
194:*4, 12*
**deps@golko**
**w.com** 1:*23*
**describe**
115:*6, 12, 17*
122:*9*
201:*19*
213:*14*
**described**
44:*1*
149:*15*
215:*19*
**describing**
79:*22* 133:*6*
**Description**
9:*10* 17:*10*
152:*22*
168:*16*
**descriptions**
153:*1*
**design**
130:*20*
147:*20*
288:*1*
**designed**
132:*16*
**designing**
171:*22*
287:*7*
**detail** 32:*13*
67:*15, 18*
68:*24*

266:*4*
273:*11*
**detect** 171:*9*
**detected**
176:*4*
**Determinant**
**s** 10:*14*
**determinatio**
**n** 130:*4*
**determine**
44:*3*
114:*19, 25*
129:*9, 10*
138:*14*
172:*16*
173:*7, 20*
184:*22, 25*
205:*25*
209:*1, 21*
227:*22*
**determined**
255:*18*
**determining**
171:*15*
254:*25*
**detoxificatio**
**n** 236:*21*
239:*19*
**detoxify**
236:*5, 14*
**develop**
138:*11*
180:*13*
**developed**
185:*14*
**Developing**
10:*1, 16*
42:*1, 9, 20,*
*25* 43:*2*
46:*3, 5*
109:*5*
220:*14*
239:*18*
274:*20*

**Development**
11:*7, 21*
43:*7* 47:*17,*
*23* 48:*1*
124:*16*
203:*2*
231:*19*
235:*3*
251:*21*
266:*15*
**development**
**al** 9:*18, 21*
10:*6* 11:*15*
57:*5* 58:*11*
66:*1, 4*
85:*15* 88:*9,*
*22* 89:*14*
143:*23*
158:*23*
172:*19*
183:*17*
223:*25*
237:*18*
**development**
**ally** 72:*4*
**development'**
**s** 203:*3*
**diagnosed**
252:*17*
254:*15*
**diagnoses**
255:*22*
257:*3*
**diagnosis**
252:*19*
257:*14*
**diagnostic**
67:*18, 22*
69:*4* 71:*1*
116:*17*
290:*24*
**diagram**
222:*21*

die 247:8, 15
differ 161:5
difference
106:7
127:14
165:15
differences
64:8 72:19
132:8
135:1
152:4
166:1
174:17
223:24, 25
254:16
255:7, 8
284:6
285:3, 6
different
46:14, 25
49:17 74:7, 8, 9 133:7
142:20
143:17
158:21
159:23
160:10, 17, 24 162:23
164:1
168:11
170:24
188:12
190:23
191:9, 19
193:25
195:7
209:18
220:23
232:22
247:11, 20, 21 252:7
284:3
285:7

290:3
294:19, 21, 25 297:17
298:7
Differential
10:1
differently
133:8
difficult
54:17 90:7
122:20
245:11
262:17
diffuse
34:15
Dimorphic
10:2
Diplomate
1:16 300:2, 17
DIRECT
14:1 31:3
113:5
292:17
direction
142:20
150:4
276:16
directional
63:8
Directionalit
y 76:10
80:12
143:6, 8
276:11, 14
directions
183:8, 13, 14
directly
21:1 27:13
63:18
202:4
226:12
235:11

disagree
105:2
170:22
179:18
disagrees
88:7
disclose
82:23 84:9, 16, 18, 24
131:15
disclosed
20:8 279:5
discounting
165:7
discouraged
230:9, 24
discrete
247:23
discriminate
129:19
discuss
17:24
41:22
72:17
78:23 79:2
80:4 83:16, 25 114:14
130:19
140:8
141:5, 12, 23, 25 146:15, 18, 23
158:21
173:25
199:4, 6
216:23
220:25
221:2
229:21
258:19
262:23
274:16
289:1

discussed
15:17
16:17
38:24
59:14
63:12
66:17
76:25
80:23
115:20, 22, 24 116:9, 11
141:18
147:6
151:13
201:10
204:15, 21
210:21, 23
237:9
258:5
277:17
288:12
discusses
67:14
267:12
discussing
18:23
36:14
72:14
234:10
291:2
discussion
57:23
66:23
80:13 81:3, 4 83:11, 17
116:6
122:10
140:5
141:2
142:15
222:18
disdain 94:4
disease
116:12

199:8
200:20, 25
201:8
226:5, 9, 11
266:16, 17
diseases
266:20
267:4
Disorder
10:23 27:3
39:21 40:2, 12, 15 46:18
47:20 51:2
69:3, 6, 21
70:7, 25
117:22
227:24
228:3 257:4
disorders
27:19, 24
39:17 40:1, 5 46:21, 22
47:11
66:25 68:3
82:12
108:12, 24
116:14
122:14
139:3, 6
143:12
216:12
232:22
267:10
290:22, 25
dispense
83:11
display
175:4
disqualify
178:16
disrupted
275:19
disruption
37:18, 20, 24

61:9
220:16, 21,
24 227:10
228:8
231:19
disruptions
49:11
251:18
275:14
Disruptor
10:3
disrupts
227:6
distinctions
181:6
distinguish
181:3
distinguishes
153:20
distinguishin
g 180:25
Distribution
10:10
198:10
259:17
DISTRICT
1:1
disturb 43:7
disturbances
76:9 251:19
disturbing
130:1
234:16
diverse
291:17
292:15
djash@duan
emorris.com
7:18
dkatz@smith
sovik.com
8:2
dlee@btlaw.c
om 6:2

DNA 28:9,
11 32:4, 24,
25 33:24
36:5, 8, 13
37:16, 19, 23
38:7, 9, 24
39:12
247:14
266:14
267:11
DNA-
damage
252:8
DNT 179:10
doctor
97:13
doctoral
29:11
DOCUMEN
T 1:5
16:25
25:15
170:6, 7
286:20
documents
15:9 16:15
85:3, 7, 10,
11 86:6
188:14
229:21
doing 82:24
104:10
129:2
147:25
172:25
180:4, 6
184:3 301:8
Dollar 7:4,
20
domain
157:20
domains
118:7

dopamine
234:19
dopaminergi
c 220:22
dose 97:24
98:22
100:12
102:11, 17,
23 103:4, 21
104:14, 18
105:8, 11, 19,
21, 25 106:5,
10 107:7
108:1, 2
109:16
113:11, 13,
18 114:3, 4
128:2
133:9, 10, 14,
19, 22 134:3,
16 135:5
136:3
161:25
193:25
205:23
209:2, 22
214:20, 22
269:3, 17
283:25
284:12, 19,
20 294:18,
20 298:24
299:1
dosed
125:13
128:21
dose-
response
209:1
214:24
doses 32:8,
9, 10 43:7
85:16
99:19

106:24
107:10
108:7, 10
109:3, 11, 13,
17 132:4, 10
159:1
193:9, 24
267:16
268:1
269:9
270:20
294:15, 25
295:17
298:8, 20
dosimetry
227:21
dosing
54:10, 17
98:1 99:13,
18 107:10
112:9, 13
113:5
114:2, 11
115:4
127:13
128:5, 10, 23
129:12, 13
131:24
132:2, 6, 7,
20 133:8
166:4
269:13
270:4, 10
dotted 209:9
double-
strand 38:7
DOUGLAS
3:18
DOVEL
4:18
DOWD 4:13
download
196:14

dozens
23:16
152:17
Dr 10:16
16:23
17:23, 24
18:2, 3, 10,
18, 19, 20
20:24 24:9
28:24 29:2
41:18, 24
57:15, 16, 22
58:24 59:5,
20 60:2, 8
66:14
71:21
92:15, 16
96:1
101:12
102:10
104:20, 22
105:2, 9, 16
113:11
114:1, 10
119:23
121:1, 4, 5, 7,
11, 13
137:14
166:10
168:3
179:9, 18
180:9, 10
184:17
217:9, 12, 17
218:12, 18,
21 219:19
220:5
235:25
238:14, 15
240:3
241:25
253:4
265:3
271:2, 5, 7,

Confidential - Subject to Protective Order

*10*  274:*14*
278:20, 22
279:*10*
285:*11*
292:*16*
293:*12*
294:*13*
295:6, *19, 20, 25*  296:*5*
297:*12*
**Draft**  9:*18*
56:2  91:*1, 8*
**drafted**
121:*23*
**draw**  65:*16, 18*  262:17
**drawing**
267:2
**drawn**
65:*14*
205:20
**drew**  134:*3*
175:10
**Drive**  6:8
**drug**  10:*14*
87:*15, 19*
159:*3, 5, 12*
160:22
189:25
193:6
194:*7, 13*
246:22
248:*13*
269:23
**drugs**  28:*19*
159:*4*
192:17
**DSM**  67:*12*
68:*10, 11, 16, 18*  69:23
70:17
**DSM-5**
66:*24*  67:7

69:5  70:8
71:2
**dsullivan@hs
gllp.com**
3:*12*
**DUANE**
7:*17*
**due**  165:*9*
174:*18*
262:24
**duly**  13:*21*
300:*4*
**duplication**
164:*18*
**duration**
132:6
**durations**
74:9
**Dutheil**
240:9
**dynamics**
237:*19*
**dysfunction**
220:*16, 22*

< E >
**E19**  195:*15*
**earlier**
36:22
48:*19*
80:*24*  93:8
128:*16, 19*
189:*23*
193:*1*
208:9
217:7
237:9
239:*9, 15*
250:11
258:5
273:*19*
293:*13*
294:*14*

**Early**  10:*11*
11:*9, 17, 23*
25:*23, 25*
123:*21*
125:6
201:*10*
251:*21*
261:*3*  262:*4*
**easier**
179:*20, 21*
**East**  1:*13*
2:*23*  5:20
13:8
**Eastern**
1:*15*
**easy**  117:*3*
**ecologically**
129:6
**edelucia@hs
gllp.com**
3:*11*
**edge**  133:*19*
**editorial**
26:*19, 22*
**Effect**
11:*17*
56:*24*  77:*1*
99:*14*
150:*4*
155:*19*
157:*13, 25*
173:9
248:20
249:*18*
280:*12*
**effects**  10:6
38:*18*
39:*13*  43:*9, 10, 11, 14, 20, 24*  51:*1*
60:5, *15*
79:6  84:8
115:2, *3, 9*
116:*20*

120:24
122:*12*
123:2
127:*15*
129:*11*
143:*24*
157:7
202:*11*
231:*18, 21, 23*  232:2
235:2, *8, 12*
268:24
279:20
281:*15*
289:*4, 9, 21, 22*
**efficacy**
210:*19*
216:5, *18*
**EILEEN**
3:*11*
**either**  86:*18*
124:7
243:*16*
276:*16*
**elaborate**
122:22
183:6
198:*14*
**element**
179:*10*
194:8
**elevated**
72:3  77:2, *11, 16, 17*
78:*1*  175:6
176:6
**elevation**
100:20
**elevations**
244:24
**elicit**  178:8, *10*  248:20
**elicited**  94:7

**elicits**
143:*24*
**ELLIS**  7:*1*
**else's**  288:6
**e-mail**  92:8, *9, 10, 12*
**E-mail(s**
9:*23*
**e-mails**
21:*12*
**emarlowe@c
arlsonattorne
ys.com**  4:*2*
**embryo**
239:*18*
**embryonic**
48:*20*  53:6
**embryos**
236:*17*
238:9
**embryotic**
45:*3*  225:9
**EMILY**  4:*1*
**emotion**
291:*18*
**emotional-
related**
291:*13*
**empirical**
173:*14*
180:*4*
**employee**
300:*10, 12*
**employment**
25:20  26:8, *9, 11*
**endeavor**
143:*19*
**ended**
128:24
156:23
**endocannabi
noid**  217:20
219:6, *21*

227:7, *9, 10, 15* 228:8 232:*3, 5, 17* 233:*3, 16, 23* 234:*11, 13, 15* 290:2

**endocannabi noids** 232:22 233:*20* 234:8

**Endocrine** 10:3 220:*20* 252:8

**endorse** 220:*1* 231:*24*

**endpoint** 142:2, *17* 144:*16* 155:*11, 15, 17*

**endpoints** 10:8 144:*15* 156:*18*

**ends** 123:*23* 222:25

**engaged** 93:*4*

**engineered** 143:*13*

**Enhances** 11:*14*

**Enrichment** 39:*18, 20, 23*

**ensure** 172:*18*

**enteroperito neal** 168:*8*

**entire** 197:*20*

**entirely** 74:*24*

**entirety** 118:*13* 197:*20*

**entitled** 279:*20*

**entity** 96:*5, 14* 118:*5*

**entry** 10:*14* 23:3 213:*7*

**environment al** 27:2 28:*1, 14, 17* 271:*10*

**enzyme** 211:*14, 15* 221:9 243:*13, 20* 246:*21, 23*

**enzymes** 211:*3* 236:*16*

**EPA** 201:*13* 203:7, *17* 204:*13* 205:*1, 25* 206:*13* 208:25

**epi** 93:*23* 111:25 263:9

**epidemiologi cal** 129:2 271:9 272:*19* 273:25 295:*21, 24* 296:*10, 14*

**epidemiologi st** 271:*11*

**epidemiology** 116:6

137:*25* 263:*15, 22*

**epigenetic** 49:9 50:25 220:*24* 270:25

**epigeneticist** 271:*11*

**Epigenetics** 270:*23* 271:*3, 4, 16* 272:8 273:*4, 9*

**equal** 259:*9*

**equipped** 117:*5*

**equivalence** 288:*9*

**equivalency** 297:*22*

**equivalent** 102:*14* 103:*4, 21* 104:*14* 105:*8, 18* 109:*16* 114:*3* 123:*24* 124:*15, 21, 25* 125:*18* 127:*12, 23* 128:*4, 22*

**errata** 301:*6, 9, 11, 14* 302:7 303:*1*

**ERRATA...... ....................... ..........303** 12:5

**Essentially** 48:*8* 118:*7* 155:*11*

202:25 224:*15*

**establish** 138:*12*

**estimate** 23:*10, 16, 19*

**estrogen** 114:*15*

**Estrogenic** 10:3

**et** 9:*18, 22* 10:*4, 9, 12, 16, 21, 25* 11:*1, 5, 13, 16, 19, 21, 24* 25:5 37:*12* 99:*22* 113:*16* 169:*11* 176:*16* 183:*1* 190:*24* 191:*15* 234:*19* 244:*12, 14* 267:*21* 268:*5, 9, 12*

**ethics** 286:*11*

**etiology** 255:*1* 261:*4* 262:*5*

**evaluate** 35:*1, 3* 75:*17* 86:25 123:*1* 148:*10* 187:*15* 281:*14*

**evaluated** 28:*4* 139:2 147:*3*

149:*20* 184:*21*

**evaluates** 27:*16*

**evaluating** 122:*12* 180:*18*

**evaluation** 122:*16, 25* 124:*24* 126:*1* 138:*13* 139:*22* 144:*20* 147:22 148:7, *18, 22, 23* 172:*20* 180:*20* 181:*22*

**EVAN** 2:*20*

**evan.janush @lanierlawfi rm.com** 2:*21*

**event** 85:*13* 212:*20* 216:*17*

**eventually** 56:*14* 159:*6*

**everybody** 288:*6*

**evidence** 11:*3* 15:*19, 20* 32:2 81:*21* 85:*19* 96:*10* 106:*14, 16* 107:25 109:*4* 116:*2* 122:*10* 130:*14, 25* 132:*1, 24*

Confidential - Subject to Protective Order

133:*10*
138:*11, 12, 13, 16, 17, 18, 21* 139:*22, 25* 140:*11, 19* 141:*1, 7, 13, 17, 22*
142:*6*
143:*11, 15, 22* 144:*20, 25* 146:*25*
147:*18*
149:*15, 21*
151:*23*
152:*3, 11, 23*
161:*15*
165:*1*
180:*18, 19*
181:*22*
182:*4, 8*
184:*22*
185:*9*
187:*3, 8, 15, 18, 22* 188:*9*
192:*20*
193:*2*
200:*10*
201:*24*
202:*1, 3, 8*
226:*7, 18*
245:*7*
251:*7*
254:*15*
271:*23, 24*
272:*11, 20, 24* 273:*15*
274:*19*
279:*22*
**evidence-
weighing**
138:*15*
**ex** 180:*24*
181:*1, 2*
182:*12*

**exacerbate**
43:*14*
**exact** 22:*12*
129:*19*
134:*1*
140:*22*
224:*25*
275:*17*
288:*23*
**exactly**
22:*13* 44:*7*
138:*2, 3*
153:*11*
219:*15*
236:*23*
261:*16*
288:*7, 22, 24*
**EXAMINAT
ION** 14:*1*
297:*10*
300:*4*
**EXAMINAT
IONS** 9:*4*
**examine**
138:*18*
**examined**
194:*19*
258:*17*
**Examining**
10:*19*
**example**
35:*21, 25*
143:*1*
144:*5, 12*
146:*4*
154:*10, 17*
160:*7*
175:*17*
242:*23*
246:*4*
272:*3*
275:*8*
280:*19*
281:*7*

**examples**
27:*6* 80:*11, 14, 18*
**excitement**
95:*14*
**exclude**
106:*6, 9*
262:*24*
**excluded**
106:*17, 19*
126:*24*
127:*3, 5*
**excluding**
127:*9*
**excreted**
224:*17, 21*
**excretion**
198:*11*
**excuse** 41:*5*
246:*8*
**exercise**
148:*1*
149:*11*
**Exhibit**
16:*19, 23*
24:*6, 10, 18, 22* 25:*7, 11, 17, 18* 55:*14, 18, 22* 56:*1*
66:*13*
91:*25* 92:*4, 6* 98:*14, 15*
101:*16*
135:*8, 12*
137:*21*
166:*7, 11*
168:*1, 2*
170:*1, 5*
176:*13*
178:*24, 25*
192:*6, 11*
203:*24*
204:*3, 9, 12*
215:*23*

218:*8, 17*
228:*23*
229:*3, 17, 24*
238:*13*
240:*4*
253:*1, 5*
255:*15*
258:*9, 13*
264:*25*
265:*4, 13, 17*
277:*3, 7, 11, 15, 19, 23*
278:*4, 8, 12, 16* 281:*23*
283:*18*
284:*24*
285:*8, 12, 15*
286:*15*
287:*2, 5*
**exhibited**
119:*9*
**exhibiting**
73:*1, 2*
**EXHIBITS**
9:*9* 12:*1*
276:*23*
**exist** 20:*14*
45:*24*
**existed**
99:*14*
263:*22*
**existence**
47:*17* 148:*3*
**exists** 20:*19, 22*
**expand**
151:*3*
**expect**
46:*14*
131:*21*
**expected**
79:*8, 10*
**experience**
171:*8, 24*

**experiment**
51:*14*
248:*19*
249:*19*

**experimental**
102:*13, 25*
178:*17*
**experimental
ists** 263:*12*

**experimenter**
178:*18*
**experimenter
s** 165:*21*
**experiments**
171:*7, 8*
197:*1*
**Expert** 9:*12, 15* 10:*8*
15:*10, 11, 13, 17* 16:*2*
17:*25*
18:*14, 16*
19:*3, 16, 17*
20:*10*
24:*15, 24*
25:*17*
39:*10* 63:*9*
91:*2, 8, 17, 19, 22*
108:*20*
118:*22*
121:*2, 21, 23, 25* 122:*2, 5, 8* 143:*3*
152:*12, 14, 19* 153:*2*
163:*21*
166:*22*
188:*7*
189:*12*
205:*14, 16*
212:*23, 24*

Confidential - Subject to Protective Order

213:2
236:2
246:1
279:7
295:2, 15
296:5, 6, 9,
13
**expertise**
69:16, 20
114:10
117:4
121:20
227:20
292:10
**experts**
18:7, 17
19:1, 8, 21
20:8  46:12
121:9
**expires**
302:17
**explain**
152:2
153:19
162:8  178:5
**explained**
143:5
**explanation**
108:22
151:11, 12,
15  152:9
**exploration**
11:12
**exploratory**
173:3, 12, 14
**Exploring**
10:23
**expose**
50:18
**Exposed**
10:2  11:20
44:21  72:4
73:2

126:20
252:10
**exposure**
9:18, 22
10:22  11:9,
17, 23  28:18
38:11  43:1,
21  56:25
57:6  58:11
66:4  72:21
98:24
108:6
111:2, 20
116:4
120:16, 22
122:13
123:17, 20
124:19, 20
125:4, 5
126:7, 17, 19
131:2
132:18
139:2
160:25
161:25
162:21
186:3, 9
244:8, 11
245:16
256:25
274:21
**exposures**
27:2  28:1,
4, 7  32:17,
21  41:5
43:18
44:13
123:21
127:17
129:25
130:5
154:13
187:19
188:6

**expressed**
246:6
**expression**
9:17, 20
10:1  41:7
57:2  58:10
154:15
191:16
240:13
241:3
245:24
246:5
**expressive**
119:25
**extend**
123:13
287:15
**extension**
125:22
**extensively**
180:11
**extent**
41:16
47:23
77:24
94:16, 22
151:10
153:24
198:25
272:18
**extra**  101:19
**extrapolate**
232:2

**extrapolation**
161:12
163:8
165:10, 15

**< F >**
**F1000Resear**
**ch**  177:9, 13
196:2

**FAAH**
221:8, 9, 21
**face**  143:9,
10  245:15
**facilitate**
292:21
**facing**  264:3
**fact**  27:25
28:4, 6
72:20
75:14
93:23, 25
94:3
145:12
175:13
187:21
212:3
214:18
228:12
264:10
287:16, 20
**factor**
11:11
49:10
166:1
184:20
185:6
203:1  212:4
**factors**  51:1
216:15
274:16
**fail**  181:13
301:17
**failure**
100:21
109:12, 17
**faint**  209:16
**fair**  15:5, 7
91:24
155:13
157:3
187:24
248:3  279:4

**fairly**  34:14
149:17
285:25
**false**  205:5
288:8
**familial**
27:22
**familiar**
177:8
186:10
204:25
218:25
245:19
253:7, 12
271:21
286:19, 21
**families**
210:6
**Family**  7:4
210:3
216:14
**far**  22:21
86:5  136:6
164:20
**fates**  222:22
**favor**
181:19
**FDA**  85:4,
14, 22, 24
86:3, 4, 12,
17, 19, 24
87:2, 3, 10
89:3
**feature**
290:24
**February**
21:8, 9, 10,
11, 19, 21
22:2, 16
293:24
**feel**  58:24
146:7
242:13, 17,

20 253:24, 25
fellow 92:12
females 114:16
194:20, 23
195:13, 18
fetal 45:3
48:21 51:7, 24 52:11, 19, 20, 24 53:6, 23 54:23
195:25
197:4
225:9, 15, 25
237:3, 5, 15, 20 238:1
239:5
243:23
244:1
248:6, 25
259:20
260:1, 3, 4
262:16
fetal-to 176:6
fetus 194:19
195:8
231:19
236:4, 20
239:18
fetuses 236:13, 17
238:10
fever 96:21
97:7 104:7
fewer 155:4
field 27:20
62:10, 14
72:2 73:10, 22 75:7, 13, 15, 20, 24

77:1, 25
78:11
fifth 99:11
Figure 64:10, 13
73:13, 15, 24
74:25
75:10
133:7
134:5, 16, 21
174:15, 20
193:17, 19
195:7, 23, 24
223:13, 14, 15 224:5
225:3
240:9, 21
figures 193:16
238:18
files 237:13
fill 143:14
218:1
219:10, 24
filled 143:20
finally 94:6
95:14
110:7, 15, 23
111:1
295:19
financially 300:12
find 95:1, 9
117:7
124:13
134:1
150:22
156:4, 8, 12
168:10
182:14, 15
261:17
267:18
finding 62:20

63:22
73:20 75:7, 8, 12, 15
110:10
142:16
157:16, 17
201:21
280:17, 25
findings 44:1 56:20
58:25 63:2, 15 115:6, 12, 17, 19, 21
142:2
155:11, 15, 17 181:15, 16 273:13
275:1
276:15, 18
287:9
296:15, 19
fine 67:16, 20 250:3
finish 15:2
135:24
Firm 1:13
2:20 4:1, 11 8:13
first 13:21
17:15 21:2, 5 56:17
61:21, 22
66:19 72:6
110:1, 8, 9, 13 124:14
162:11
164:13
181:9
185:16
196:3
202:12
213:20
253:6

first-pass 159:2, 6, 15, 25 160:16
fit 181:13
209:6
five 138:10, 20 162:20
five-choice 64:4 66:6
144:6 252:1
five-week-old 127:7
flag 150:7
205:22
207:22
208:21
210:15, 18
213:1
214:5, 8
216:1, 20
flagged 215:4, 6
flags 205:8, 12, 16
215:10
Floor 2:23
6:13 8:7
Florida 5:8
Flower 8:7
fluency 69:6
flyer 10:14
229:7, 14, 17
focus 60:16
75:22, 23
115:15
144:8
161:9
271:24
273:5
focused 41:8 59:21
63:20
116:7
144:7

180:12
273:16
focuses 28:16
FOERSTER 7:12
folks 263:10
follow 35:5
94:16, 19, 22
114:23
287:25
followed 129:3
204:14
following 9:17, 21
58:10
73:16, 22
74:12, 18
157:19
191:7
follows 13:25
follow-up 71:21
205:24
footnote 126:25
for...cytochrome 211:2
for...the 210:2
foregoing 300:7 302:4
form 19:19
20:1 23:12
31:19
32:25 33:4
35:10 37:5
39:7 40:24
41:14 42:3
44:4 45:6
48:24 51:9
52:1 53:9

Confidential - Subject to Protective Order

| | | | | |
|---|---|---|---|---|
| 54:2 55:*1* | 148:*4, 19* | 232:*18* | **formulation** | 222:*1, 3* |
| 58:*1* 59:*2,* | 150:*13* | 233:*25* | 138:*10, 25* | 252:*25* |
| *23* 60:*11, 22* | 152:*6* | 235:*4* | 139:*1* | **frontal** 57:*1* |
| 61:*14* | 155:*22* | 237:*6* | **forth** 69:*5* | 58:*9* |
| 62:*23* | 156:*19* | 238:*2* | 71:*1* 91:*22* | **Frontiers** |
| 63:*25* 67:*9* | 158:*2* | 240:*18* | 300:*8* | 26:*25* |
| 68:*5, 13, 21* | 159:*16* | 241:*6, 11* | **fortunate** | **frustrates** |
| 69:*8* 70:*9* | 160:*2* | 242:*8* | 264:*5* | 96:*4, 5* |
| 74:*1, 20* | 161:*1* | 244:*2* | **fortunately** | **frustration** |
| 76:*4* 77:*6* | 162:*1* | 248:*8* | 167:*16* | 93:*20* |
| 78:*8* 79:*13,* | 165:*12* | 251:*10* | **found** | **full** 14:*5* |
| *25* 83:*2* | 167:*4* | 255:*23* | 116:*21* | 61:*21* |
| 84:*12* 86:*8* | 169:*4* | 257:*5* | 142:*16, 18* | 110:*8, 9* |
| 87:*6, 24* | 171:*20* | 259:*11, 21* | 157:*23* | 118:*4, 12* |
| 88:*25* 90:*1* | 172:*9, 21* | 263:*4* | 158:*10, 12* | 119:*4, 8* |
| 91:*4, 14* | 181:*24* | 264:*20* | 259:*14* | 121:*23* |
| 95:*3, 24* | 182:*23* | 266:*1, 23* | 269:*1, 2* | 185:*9* |
| 96:*23* | 183:*25* | 268:*2* | **Foundation/** | 199:*3* |
| 100:*4, 14* | 185:*18* | 269:*19* | **Risk** 10:*7* | 202:*7* |
| 103:*7, 23* | 186:*16* | 271:*17* | **four** 18:*17* | 232:*11* |
| 104:*19* | 190:*10* | 272:*16* | 64:*6* 127:*7* | 242:*2* |
| 105:*12, 22* | 193:*13* | 274:*1* | 168:*11* | **full-length** |
| 106:*12* | 194:*24* | 275:*2, 10* | 172:*5, 12* | 175:*4, 14* |
| 109:*19* | 196:*11, 19* | 276:*2* | 198:*16* | **fully** 130:*6,* |
| 112:*15, 19* | 197:*12* | 279:*13* | 201:*16, 20* | *8* 185:*14* |
| 114:*6* | 199:*10, 17* | 281:*9* | 203:*8* | 230:*2, 11* |
| 118:*14* | 201:*3* | 284:*14* | 205:*15* | 231:*1, 16* |
| 119:*18* | 203:*10, 21* | 285:*21* | 213:*17, 19* | 236:*19* |
| 120:*1* | 204:*17* | 289:*11* | 269:*24* | 239:*17* |
| 121:*15* | 206:*15* | 292:*3* | **four-dose** | 256:*15* |
| 122:*18* | 211:*4, 17* | 297:*25* | 169:*20* | 263:*10* |
| 123:*5* | 212:*13* | 298:*14* | **fourth** | **Function** |
| 124:*1* | 218:*3* | 302:*6* | 99:*11* | 11:*8* |
| 126:*15* | 219:*12* | **formal** | 213:*20* | 154:*13* |
| 129:*14* | 221:*22* | 266:*6* | **FOX** 2:*12* | 239:*20* |
| 130:*16* | 222:*7* | **formed** | **framework** | 279:*24* |
| 132:*11* | 224:*22* | 222:*15* | 149:*23* | 280:*3, 12, 23* |
| 134:*17* | 225:*10, 17* | **former** 29:*8* | 202:*2* | 291:*4* |
| 139:*10* | 226:*21* | **forming** | **FRIDAY** | **functional** |
| 141:*9* | 227:*17* | 81:*20* | 1:*6* | 47:*25* |
| 142:*3, 23* | 228:*15* | 272:*23* | **front** 24:*12* | 239:*17* |
| 144:*17, 21* | 229:*10* | **forms** | 33:*20* | **functions** |
| 145:*9, 22* | 230:*13* | 229:*25* | 192:*4* | 291:*10, 13,* |
| 146:*20* | 231:*3* | | 196:*3* | *18* 292:*15* |

**Funding**
11:25
84:17, 19, 23
114:22
286:3, 16, 17, 24
**further**
44:2 59:14
151:4
205:23
293:7
300:5, 10
**future** 102:4

**< G >**
**gain-loss**
209:17
**gamma** 39:2
**gamma-H2AX** 38:2
**gap** 217:24
219:8
**gaps** 138:13
143:14
217:23
218:1
219:7, 10, 23, 25
**garnered**
28:6
**Gavage**
162:9, 10, 21
163:3
166:25
167:2, 22
**gavaged**
166:20
**gels** 175:4, 14
**gene** 9:17, 20 10:1
39:18 41:7
57:2 58:10
154:15

191:16
208:11
**General**
7:20 88:8, 21 89:13, 24
90:12
153:12
169:6
180:15
188:5
210:3
255:3
272:22
275:15
276:19
291:9, 17
294:17
**generally**
34:4 51:23
52:10, 16
100:24
101:5
128:10
139:3
173:6
178:7 263:8
**generated**
215:15
**genes** 27:3, 17 28:2, 5, 7
38:14, 16
**genetic**
27:22 40:7, 23
**geneticist**
29:4
**genomics**
27:21
**genotoxicity**
11:4
**Gervin**
272:4, 6
273:22

**gestation**
56:25
123:24
126:14
127:13, 20, 24 128:5, 23
252:23
255:16, 19
257:1 260:7
**gestational**
122:12
125:1
132:20
256:25
**getting** 94:6
95:14
129:4 191:7
**give** 23:10
32:14 83:5
84:22
89:19
131:7
144:5
150:17
151:21
153:1, 12
154:10
156:3, 7
160:7, 8
168:22
174:19
175:14
189:10, 14, 17, 19, 20
209:9, 15
224:1
242:22
246:4
292:17
**given** 79:17
80:13
131:24
132:8, 10
146:6

151:18
158:6
164:24
168:17
174:11, 14
185:11, 13
187:14
188:23
189:21
193:9
197:3
203:3
261:3
262:4, 20
269:24
302:5
**gives** 194:5
209:7, 11
222:21
**giving**
35:25
146:4
242:24
**glad** 37:9
**glance**
253:25
**global** 49:14
**GLP** 180:1
**glucocorn**
223:18
**glucuren**
223:18
**glucuronidati on** 223:5, 20, 21
236:11
**Glutamatergi c** 10:4
**Glutathione**
10:10
223:11
237:14, 19
238:9

244:21
245:2, 5, 10
**go** 19:23
32:7, 12
49:4 65:19
67:10, 11
83:5, 6
84:3 137:4
146:3
150:19
158:17
161:19, 22
162:10
183:7
203:6, 17
209:12
214:18, 22
218:14
251:16
259:1 266:4
**goal** 93:16
142:12
143:18
144:24
145:3, 5
**goals** 93:12
94:11
**goes** 65:22, 23 102:19
139:13
162:10
258:3
282:11
**going** 14:25
15:1 16:22
24:9, 21
25:10
40:12
41:18 50:8
52:25
55:17, 25
67:11
69:23 71:9
73:15 83:4

Confidential - Subject to Protective Order

92:3
135:11, 19
157:12, 13
159:14
166:10
167:25
170:4
175:23
192:9, 10
204:2, 12
209:13
218:16
229:2
235:13, 25
238:12
240:2
253:4
258:12
259:1
260:24, 25
265:3, 16
277:2, 6
285:11, 14
286:14

**GOLDBERG**
3:9
**GOLKOW**
1:21  8:17
13:4
**gonna**  137:2
**Good**  14:3,
4, 22  71:10
119:6
152:4
153:21
154:16
180:1, 6
215:16
235:16
**gotten**
150:23
**grade**
151:20

**gram**
282:14
**grams**
282:13
**Grand**  3:19
4:8
**grant**
111:11
128:6
**granting**
149:3
**Grants**
11:25
148:8, 13, 24
149:3
286:16, 17,
22
**granule**
268:16
**graph**
207:11
208:13
210:8
212:21, 22
213:3, 4, 5, 6
214:2, 5
215:24
**graphic**
225:2
**grayed**
133:8
**great**  40:19
215:15
253:23
**greater**
259:5
**ground**
14:14
**group**  10:8
82:10
174:16
256:23
**groups**
171:10

195:15
284:4
**growth**
49:9  50:25
**GSH**
224:14
237:2, 4
238:1
239:4, 21, 23
242:6
243:24
248:6, 24
249:8, 25
**Guaynabo**
3:7
**GUERRA**
3:1
**guess**  62:2
164:11
195:12
201:11
273:18
**guest**  16:13
**guidance**
49:10, 11
**Gynecologist
s**  88:7

**< H >**
**HAIGHT**
8:6
**HAILEY**
3:4
**half**  78:22
163:2
259:6, 16
**half-life**
260:16, 22
264:13
**halfway**
254:4, 9, 11
**hallmark**
290:21

**Hamblin**
92:16
**hand**  16:22
24:9, 21
25:10
31:11
55:17, 25
92:3
101:16
129:22
135:11
166:11
167:25
170:4
192:9, 10
204:2
218:11, 16
229:2
238:12
240:2
253:4
258:12
265:3, 16
277:2, 6
285:12, 14
**handed**
281:25
**Handing**
277:14, 22
278:7, 15
**handy**
101:17
**happen**
50:9  181:14
**happening**
37:17  223:5
**happy**
33:18
100:23
145:15
**hard**  134:1
160:4  234:3
**hard-and-**

**fast**  154:25
**harm**  109:4
**harmful**
246:24
**harmless**
224:16
**harms**
230:2, 10, 11,
25  231:1, 10
**Harshaw**
163:16
164:24
165:3
**Harvard**
29:18
**hazard**  11:5
**HEACOX**
2:21
**head**  27:5
85:12  238:8
**Health**  6:15
44:17, 20
46:6  87:23
88:2  96:12
120:24
131:3
143:25
157:11
183:18
187:17, 20
199:8
200:19, 25
201:7
250:14
**hear**  52:5
**heartbeats**
113:1
**held**  1:12
**help**  70:20
261:17
292:21
**helpful**
224:2
243:15

Confidential - Subject to Protective Order

**HepaRG** 202:21
**hepatic** 198:20 236:16 239:20
**hepatocytes** 202:22 247:13
**hepatotoxic** 298:8
**hepatotoxicity** 298:20, 22 299:3
**hereinbefore** 300:8
**heterogeneous** 46:9 47:10, 15 50:4 250:16
**high** 98:1 99:13, 18 112:13 113:10 154:2, 9 155:2, 4 200:17, 18 202:14 258:20
**higher** 43:8 64:11 113:4, 10, 25 154:6, 22 155:5 214:22 241:16 258:22, 24 259:7 262:24 269:3 298:24 299:1
**highest** 99:1

164:25 168:17
**highest-scored** 163:14
**highly** 47:9, 14, 17, 25 50:3 116:15 154:19, 20 155:2 216:15 250:15
**Highway** 4:2
**hill** 209:17 296:7
**hit** 205:6 207:22 208:23 216:5, 18
**hits** 213:14
**HOLLAND** 4:11
**Hollander** 18:19 121:5, 7, 11 292:16
**HOLWELL** 3:9
**hopefully** 15:3
**hormone** 202:20
**horn** 197:5, 6
**Hospital** 29:18
**hour** 71:9 135:19 167:19 235:14
**hourly** 22:20, 23

**hours** 23:17, 23 24:5 268:20 269:11, 17, 24 270:2, 14
**Houston** 2:16
**huge** 176:15
**human** 45:3 48:21 53:6, 23 54:15, 22 98:24 102:14 103:3, 4, 20 104:13 105:7, 18 109:16 114:3 117:22, 23 118:5 123:24 124:16, 20 125:1 126:13 127:13, 24 128:22 184:19 186:2, 9, 15 187:1, 11, 19, 23 188:2, 19 189:4 199:8 200:19, 25 201:7 210:13 225:8 226:5, 19 227:1, 22, 24 228:3 238:1, 9 240:13, 15 242:6 245:20, 21, 25 246:2, 8

260:17 267:17 268:1, 7, 16 269:13 270:20 272:7 295:21
**humans** 52:22 54:5 55:5 108:7 112:25 113:4, 7 117:1 118:12 119:5, 10, 17, 25 120:5 235:12 297:23 298:12, 13
**hundred** 23:19
**hundreds** 152:16
**HUNT** 2:3 9:6 16:13 17:19 19:19 23:12 31:19 33:4, 16 34:10 35:10 37:5 39:7 40:24 41:14 42:3, 22 44:4 45:6 48:24 51:9 52:1, 13 53:9 54:2 55:1 58:1 59:2, 11, 23 60:11, 22 61:14 62:23 63:25 67:9, 16 68:5, 13,

21 69:8, 22 70:9 71:3, 8 74:1, 20 76:4 77:6 78:4, 7 79:13, 25 81:12 82:3, 13 83:2 84:12 85:18 86:8, 21 87:6, 24 88:25 89:17 90:1, 14 91:4, 14 95:3, 20, 24 96:23 97:9 98:4, 9 100:1, 4, 14 101:19 102:3, 6 103:7, 15, 23 104:19 105:12, 22 106:12 109:19 110:11, 19 112:15, 21 113:14 114:6 116:1 118:14 119:18 120:1 121:15 122:18 123:5 124:1 126:15 129:14 130:16 132:11 134:17 135:17, 22, 25 136:7, 10

137:*3*
139:*10*
141:*9*
142:*3, 23*
144:*17, 21*
145:*6, 11*
146:*1, 11, 20*
148:*4, 19*
150:*13*
152:*6*
153:*7*
155:*22*
156:*19*
158:*2*
159:*16*
160:*2*
161:*1*
162:*1*
165:*12*
167:*4*
169:*1, 4*
171:*20*
172:*9, 21*
174:*19, 25*
177:*24*
181:*24*
182:*23*
183:*25*
185:*18*
186:*16*
189:*6*
190:*10*
193:*13*
194:*24*
196:*11, 19*
197:*12*
199:*10, 17*
201:*3*
203:*10, 21*
204:*5, 7, 17*
206:*15*
211:*4, 17*
212:*13*
218:*3*

219:*12*
222:*7*
225:*10, 17*
226:*2, 21*
227:*17*
228:*15*
229:*10*
230:*13*
231:*3*
232:*18*
233:*25*
235:*4, 16*
237:*6*
238:*2*
240:*17*
241:*6, 10, 17*
242:*8*
244:*2*
248:*8*
249:*2*
250:*6*
251:*6, 12*
255:*23*
257:*5*
259:*11, 21*
261:*18, 21*
263:*4*
264:*20*
266:*1, 23*
268:*2*
269:*19*
271:*17*
272:*16*
274:*5*
275:*2, 10*
276:*2*
279:*13*
281:*9*
284:*14*
285:*21*
286:*25*
289:*11*
292:*3, 23*
293:*10*

296:*20*
297:*25*
298:*14*

**Huntington's**
  266:*17*
**Hunt's**
  297:*18*
**hwatts@watt**
**sguerra.com**
  3:*4*
**hydroxyguan**
**osine** 32:*4,*
  *18, 20* 33:*9,*
  *24* 34:*3*
  36:*5*
  257:*17*
  264:*23*
**hyperactive**
  62:*4*

**hyperactivity**
  60:*21* 61:*4,*
  *8, 13, 18, 24*
  62:*7, 19*
  63:*4, 13*
**hyperconnect**
**ivity** 49:*13*
**hypoactivity**
  61:*4, 6*
**Hypothalam**
**us** 11:*23*
  285:*7*
**hypothesis**
  138:*11*
  140:*16*
  249:*18*
**hypothetical**
  157:*14*
  158:*5*
  248:*17*

**hypotheticals**

184:*4*

**< I >**
**IACUC**
  173:*23*
**idea** 118:*8*
  181:*14*
**ident** 53:*23*

**Identification**
  10:*4* 16:*20*
  24:*7, 19*
  25:*8* 55:*15,*
  *23* 92:*1*
  135:*9*
  166:*8*
  170:*2*
  192:*7*
  203:*25*
  218:*9*
  228:*24*
  253:*2*
  258:*10*
  265:*1, 14*
  276:*24*
  277:*12, 20*
  278:*5, 13*
  285:*9*
**identified**
  40:*7, 23*
  45:*4* 48:*22*
  51:*6, 22*
  52:*9* 53:*7,*
  *24* 233:*22*
**identify**
  45:*20*
  48:*15, 18*
  53:*17*
  54:*20* 92:*5*
  147:*13*
  201:*16*
  234:*25*
  248:*4, 23*

249:*6, 7, 24*
250:*4*
**Illinois** 1:*17*
  2:*10* 6:*8*
  300:*19*
**ILSI** 10:*7*
**imagine**
  150:*24*
**imbalance**
  34:*19* 35:*7,*
  *18* 244:*22*
  248:*5, 24*
  249:*8, 25*
**immediately**
  128:*9* 179:*8*
**immunolabel**
**ing** 243:*16*
**impact**
  93:*13*
  94:*12, 17, 23*
  96:*3, 7, 8*
  138:*19*
**impactful**
  92:*25* 95:*1,*
  *9, 19*
**impacts**
  116:*7*
  247:*24*
**imperative**
  301:*13*
**impetus**
  60:*7*
**implicated**
  27:*18, 23*
  216:*11, 15*
  266:*14*
**Implications**
  11:*4*
**importance**
  140:*9*
**important**
  95:*17*
  96:*16, 22*
  97:*8, 14, 15*

139:*24*
140:*3*
154:*20*
160:*19*
165:*25*
166:*6*
169:*25*
179:*25*
263:*14*
272:*21*
276:*18, 20*
**impulsive**
251:*24*
**impulsivity**
62:*7, 19*
63:*3, 17, 19,*
*20*  64:*18, 21*
65:*5, 8*
157:*23*
158:*8, 15*
**inaction**
93:*21*  94:*1*
**inactive**
206:*24*
**inappropriat**
**e**  96:*19*
97:*5*  145:*18*
**inattention**
62:*7, 19*
157:*22*
**inattentivene**
**ss**  63:*4*
64:*21*
**include**
19:*17*  24:*4,*
*5*  67:*8*
107:*6*
123:*11*
124:*19, 20,*
*22*  198:*15,*
*16*  201:*1*
220:*17, 20*
**included**
57:*25*

58:*21, 23*
106:*22*
107:*10, 24*
108:*1, 3*
109:*18*
112:*9*
132:*21, 24*
136:*24*
140:*12*
141:*6*
161:*14*
165:*24*
180:*19*
195:*14*
272:*11*
**includes**
68:*11*  69:*4*
70:*25*
123:*20*
220:*15, 21,*
*23*
**including**
28:*8*  59:*24*
60:*9*  66:*25*
106:*21*
139:*6*
175:*20*
235:*3*
290:*22*
**inclusion**
132:*18*
**incompletely**
44:*8*
**inconsistenci**
**es**  142:*1*
146:*10, 19,*
*24*  147:*2*

**inconsistency**
142:*18*
**incorporate**
198:*20*
**increase**
43:*3*  174:*3*

227:*6*
282:*11, 16,*
*17, 19*
284:*11*
290:*7, 15*
**increased**
34:*8*  42:*2,*
*13, 20*  72:*9,*
*23*  73:*6, 7*
75:*25*  76:*1*
78:*2*  79:*9,*
*10*  108:*23*
157:*17, 18,*
*25*  158:*11*
176:*4*
227:*16*
252:*12*
255:*19, 21*
256:*4*
257:*1*
282:*22*
283:*14*
**Increases**
76:*13*  227:*5*
**incredibly**
46:*9*  166:*6*
179:*25*
263:*14*
**independent**
18:*21*
38:*16*  47:*1*
156:*8, 12*
271:*14*
**INDEX**  9:*1*
**Indiana**
5:*15*
**Indianapolis**
5:*15*
**indicate**
72:*1*
166:*19*
168:*6, 7*
178:*13*

221:*12*
280:*11*
**indicated**
29:*21*
59:*10*  72:*3*
80:*25*  239:*8*
**indicates**
64:*17*
**indicating**
83:*7, 9*
111:*7*  193:*5*
**indicative**
176:*5*  226:*6*
**indirect**
30:*3, 6*
**individual**
43:*17*
46:*10, 13, 24*
48:*7, 10*
49:*23*  50:*5,*
*7*  134:*25*
142:*7, 8, 11*
155:*14*
174:*18*
190:*25*
193:*23, 25*
226:*4*
250:*24*
260:*23*
287:*17*
**individually**
197:*4*
**individuals**
27:*20*
44:*21, 22*
47:*24*  48:*3*
51:*2*  52:*25*
85:*23*
90:*18*
129:*3*
252:*12, 14,*
*17, 19*
**induce**
99:*20*

**inducing**
99:*2*
**induction**
211:*12*
212:*22*
**infancy**
31:*13*
**infinite**
132:*15*
**Inflammatio**
**n**  262:*3*
**inflammator**
**y**  261:*6*
262:*7*
264:*18*
**influences**
117:*13*
280:*7*
**information**
25:*19*
65:*13*
70:*18*
80:*17*
81:*16, 18, 19*
86:*25*
91:*18*
188:*23*
190:*7*
191:*2*
203:*18*
204:*15, 21*
220:*10*
237:*11*
272:*19, 25*
286:*18*
**informed**
296:*1*
**informs**
296:*11*
**inherent**
197:*11*
**inherited**
27:*24*

**initial** 159:5 164:9, 13 195:2 196:9
**initially** 20:23 21:22 22:1 293:18, 21
**injected** 197:4
**Injection** 159:4, 19, 20 160:6, 23 161:20 162:24, 25 163:3 164:22 165:4, 6, 8, 17, 20 168:12 196:17, 22 197:7
**injections** 159:1 168:8 197:2
**injury** 217:1 220:14
**innovation** 149:8
**input** 294:2
**inquiry** 161:10
**inside** 134:21 194:10, 11
**instance** 64:9, 13 155:6 160:11 181:17 209:17 243:3 246:19 299:7

**instances** 172:5
**Institute** 10:7
**INSTRUCTIONS** 301:1
**insufficiency** 245:15
**insufficient** 150:11 243:12 244:21 245:5
**intact** 198:8
**integration** 138:17
**intend** 178:12 186:13, 24 187:9, 25 188:18 189:3
**intended** 70:19 130:22 210:6
**intent** 189:14
**intention** 78:13
**intentionally** 116:13, 16
**interactions** 197:22 198:3, 7
**interchangeably** 185:23
**interconnected** 289:5
**interest** 178:20 183:8, 9 273:8

**interested** 60:3, 14 203:5 273:4 300:12
**interesting** 178:2
**interfaced** 292:8
**interpretation** 10:6 242:24
**intersect** 290:4
**Interstate** 4:2
**intrauterine** 197:5
**intravenous** 160:8
**intravenously** 197:3
**introduce** 248:12
**introduction** 116:9
**introductory** 204:13
**intuitive** 202:17
**inventoried** 90:4
**inverse** 179:22
**inverted** 284:18
**invoice** 17:3 23:4
**invoiced** 22:21
**invoices** 9:11 22:19
**involve** 46:1

127:12 221:3 250:16 252:13 289:22, 23 290:6
**involved** 18:15 20:12, 24 82:24 106:24 120:14, 18, 21 127:6 189:24 203:1 221:10 227:9 234:6 268:15, 20 286:2 291:2, 10, 12, 16 292:13
**involvement** 234:10 291:19
**involving** 19:15 84:7 120:15, 19, 22 159:25 197:1
**IP** 196:22 197:2, 4
**irrelevant** 250:3, 13
**Ishida** 127:4, 11
**isolation** 263:23 264:4
**issue** 57:23 96:22 97:8, 14, 16 167:11

258:4 265:24
**issues** 115:24 242:23 243:9 266:6
**italicized** 177:3
**it'll** 159:6
**its** 11:4, 8 31:12 47:17 69:4 71:1 107:9 180:15 273:13 289:22 291:19

**< J >**
**J&J** 95:22
**JACKIE** 8:12
**JAMES** 5:19
**JANUSH** 2:20
**Jeremy** 29:15
**Jersey** 1:20 300:21
**jmurdica@btlaw.com** 5:19
**JOE** 8:13
**Johnson** 6:9 13:24 92:23 93:14, 18 94:18 145:14

**JONATHAN** 8:17 13:2

**journal**
26:*20, 23, 25*
82:*23*
83:*15* 84:*1,*
*9* 177:*9, 16,*
*22*
**journals**
82:*23*
**JUAREZ**
8:*17* 13:*3*
**JUDGE** 1:*5*
**JULIEN**
4:*18*
**julien@dovel**
**.com** 4:*19*
**July** 17:*3*
23:*15* 25:*12*
**jump** 140:*4*
**June** 17:*12*
23:*4, 7, 11*
24:*15*
25:*23, 25*
79:*23, 24*
293:*21*
**justification**
113:*18*
124:*18*

**< K >**
**Kansas**
1:*19* 3:*20*
4:*9* 300:*21*
**KAPKE**
5:*13*
101:*22*
102:*1*
137:*19*
**KARA** 5:*13*
**kara.kapke@**
**btlaw.com**
5:*14*
**KATIE** 8:*6*
**KATZ** 8:*1*

**keep** 34:*2*
152:*10*
**keeping**
137:*17*
**KELLER**
2:*3, 4* 8:*13*
**KENDRICK**
8:*1*
**KERSHAW**
5:*1*
**key** 221:*13*
**kidney-type**
198:*21*
**kilogram**
97:*24*
98:*23*
99:*17, 20*
100:*12, 25*
101:*4, 7*
102:*13, 19,*
*24* 103:*6, 22*
104:*17, 25*
105:*10, 18*
106:*11, 24,*
*25* 107:*7, 11*
108:*2*
112:*10, 14,*
*23* 113:*10*
133:*16, 24*
135:*6*
136:*20*
282:*4, 5*
283:*25*
**kilograms**
103:*13*
113:*12, 25*
134:*4*
**kind** 17:*7*
34:*15*
142:*21*
143:*10*
171:*5* 274:*3*
**kinds** 202:*8*

**kinetics**
159:*22, 24*
**KING** 2:*5*
7:*4* 8:*12*
**KINSMAN**
4:*7*
**Kirkland**
11:*5* 265:*19*
**Klein** 24:*24*
25:*5* 112:*4,*
*9* 113:*16*
114:*8*
137:*2*
295:*11*
**knock**
125:*25*
**knocking**
126:*4*
**know** 28:*20*
35:*1, 15*
36:*4* 44:*12*
45:*15, 19*
46:*17*
47:*12, 24*
51:*15*
53:*20, 21*
54:*10* 55:*6,*
*8* 68:*10*
69:*17* 70:*5,*
*12, 24* 71:*7*
79:*7* 86:*5*
90:*25*
111:*7, 8, 9,*
*14* 115:*2*
116:*25*
123:*9*
130:*12*
138:*4*
145:*23*
152:*15*
154:*16, 24*
160:*13*
178:*9*
186:*11*

192:*19*
196:*13*
202:*15*
209:*21*
212:*15*
216:*10*
222:*10*
223:*2*
224:*25*
225:*12*
227:*2*
233:*13*
234:*19*
236:*23*
238:*20*
243:*2, 4, 5,*
*19* 250:*18*
279:*9, 15*
281:*21*
284:*19*
291:*24*
**knowing**
168:*22*
232:*7*
**knowledge**
86:*11*
138:*13*
152:*13, 14,*
*19* 225:*21*
**known** 45:*5*
47:*16*
48:*23* 53:*8*
69:*6*
201:*13*
230:*2, 12*
231:*2, 10, 23*
232:*10*
260:*22*
**KO** 6:*19*
**Koehn**
10:*16*
168:*15, 16*
169:*11*
170:*13, 16,*

*21, 23* 171:*4*
173:*25*
174:*15*
176:*25*
189:*24*
190:*1, 14, 24*
191:*15*
192:*3, 5, 12,*
*13* 193:*11*
196:*17*
**KOHANE**
6:*12*
**KOSTICK**
8:*12*
**KRAUSE**
4:*7*
**ktrinh@hbbl**
**aw.com** 8:*7*
**Kyoto** 62:*12*

**< L >**
**lab** 83:*22*
178:*18*
**Labba**
267:*21*
268:*9, 12*
**label** 104:*16*
**labor** 33:*2,*
*8, 15, 23*
262:*23, 25*
264:*19*
**Laboratory**
180:*1, 5*
**lack** 60:*20*
61:*7, 12, 17,*
*23*
**lactation**
57:*1*
**laid** 155:*20*
**Lalert**
274:*22*
**Lance** 14:*7*
**landed**
58:*15, 18*

language
58:21
108:9
119:25
120:4
**Lanier** 1:13
2:20
**large** 27:25
49:14
67:23 70:12
**largely** 41:8
**larger**
241:5, 21, 22
247:25
**late** 163:13
236:18
255:20
256:6
**latest** 196:6
**LAURA**
8:13
**LAUREN**
2:8
**lauren.schult**
**z@kellerpost**
**man.com**
2:9
**Law** 1:13
2:20 4:1,
11 5:5
14:17
**lawful** 13:21
**LAWRENC**
**E** 2:15
**lawyer**
294:1
**lawyers**
294:11
**LAWYER'S**
12:6 304:1
**lbosso@ksla**
**w.com** 7:7
**lcain@mofo.**

**com** 7:13
**LE** 5:2
**lead** 28:23,
24 39:14
42:2, 20
51:7, 25
52:12 54:1
56:14
183:17
227:23
228:2
**leading**
38:21 39:6
45:5 48:23
52:16 53:8
54:13, 25
59:17
**leads** 42:25
43:1 51:15
133:6
220:13
249:9
250:1, 21
**leakiness**
176:6
**learn** 82:1
111:15
**learned**
291:12
**leave**
217:24
219:8
**LEE** 5:1
6:1
**left** 110:1, 3,
13 254:4, 9,
11
**legal** 13:3
**LEILA** 2:22
**leila.ayachi@**
**lanierlawfir**
**m.com** 2:23
**lesions**
32:20 36:5

**lethal**
133:10, 22
134:3, 15
**lethality**
134:14
**level** 11:18,
20 67:19
140:17, 24
141:1
143:10
190:14, 22
201:25
202:1
227:13
243:10
248:5, 24
**levels** 15:20
32:18
99:24
174:3
176:4
190:8
191:3, 10, 13
193:10, 24
194:19
202:3
227:23
237:2, 4, 19
239:5
242:5, 25
243:7, 23
244:1
245:23
246:3, 20, 21,
23 258:22
259:8 285:2
**Lexington**
3:13
**LIABILITY**
1:4 13:11
43:17
**Lichtensteige**
**r** 10:4

135:4, 14
136:4 295:9
**life** 11:17
261:3 262:4
**ligand** 232:7
**ligands**
232:10
233:2
**light** 81:16
187:21
188:16
273:8
**limit** 130:3
205:19
**limitation**
64:23 130:9
**limitations**
130:7
139:16
197:18
199:7, 13, 16
200:19
201:1
237:10
254:22
263:11
264:3, 9
**limited**
108:5
229:25
230:9, 24
236:17
260:14
272:25
**limiting**
122:15
**LINDSEY**
3:17
**line** 21:15
79:16
118:23
134:2
140:19
141:17

200:10
209:9
268:10
283:4, 6
298:5
303:3 304:3
**linear**
283:10
**linearly**
259:15
**lines** 17:13
138:12
140:11
141:7, 13, 22
195:7
**link** 234:20
**linked**
32:18
232:16
233:15
291:20
296:15
**linking**
110:24
111:1, 19
235:11
**list** 50:23
133:15
138:9
164:10
238:24
**listed** 26:10
51:23
52:10
121:18
133:20
134:15
182:18
**listing** 49:5
231:21
**literature**
30:23 33:7,
13 34:6
55:11

Confidential - Subject to Protective Order

63:*11*
93:*22, 23*
100:*8*
101:7
109:*1*
134:*24*
139:*15*
149:*20*
188:8, *13, 24*
189:22
211:*21*
212:*12, 17*
226:25
271:*9, 12, 15,
21*  272:*1*
273:*2, 6, 17,
25*  280:9
295:25
296:*10, 17*
298:*18*
**litigated**
120:*11*
**LITIGATIO
N**  1:*4, 21*
8:*17*  13:*4,
11*  20:9
21:*3*  23:6
83:*1*  93:8
101:*16*
120:*15, 19,
22*  149:*12*
186:*14, 25*
187:*10*
188:*1, 5, 21*
279:7  296:2
**litmus**  80:*19*
**littermates**
195:*14*
**little**  21:*15*
27:*14*
46:*13*  71:*9,
20*  117:*1*
137:*14*
150:*17*

159:7
177:*10*
190:*21*
218:25
224:*23*
232:24
273:*18*
293:*18, 19*
**liver**  99:*2,
20, 24*
100:*12, 18,
20, 21, 25*
101:*8, 11*
109:*12, 17*
134:*13*
159:*1, 15, 25*
236:*16, 19*
239:*5, 11, 16*
240:*14, 15*
241:*3, 8*
242:7
246:*16, 19*
247:*1, 3, 10,
11, 13*  248:*3*
**living**
119:*10*
197:*23*
198:*5, 25*
**LLC**  2:*3*
3:*1*  8:*9, 13*
**LLP**  3:*9*
5:*12, 17*
6:*1, 5, 12, 16*
7:*1, 4, 12, 17*
8:*6*
**local**  49:*13*
60:*25*  78:*14*
**location**
291:7
**locomotor**
75:*16*
**log**  209:*10*
214:*22*
**logic**  53:*19*

**long**  38:*14,
16*  126:*24,
25*  174:*21,
23*
**longer**
128:*21, 22*
159:7
260:*21, 25*
**look**  22:*14*
48:2  63:*18*
64:4  68:*18,
23*  69:*25*
78:*13, 15*
85:*3*
100:*23*
107:*3, 12*
118:*8*
134:*20*
135:7
143:*7, 16*
166:*17*
168:*13*
170:*19*
174:*15*
191:*10*
193:*16*
196:*23*
203:*18*
204:*25*
208:*25*
209:*20*
210:*8*
214:*20, 24*
215:*13*
218:*13, 22*
222:*17*
234:9
235:*10*
238:*18*
248:*13*
249:*20*
252:*16*
257:*10*
263:*14*

269:*1*
277:*25*
281:*13*
282:*10*
285:*1*  286:*9*
**looked**
30:*23*  41:*3,
6*  43:*8*
59:*16*
63:*19*
157:*21, 22*
158:7
191:*8, 16*
196:*15*
206:*20*
238:*21*
241:*19*
242:*3*
252:*22*
253:*18*
255:*15*
257:*17*
259:*16*
265:*20*
280:*19*
281:*4*
**looking**
17:*16*
74:*25*
75:*24*  76:*8,
11*  104:*7, 9*
107:*17*
124:6
134:*12*
136:*5*
154:*11*
163:*21*
164:*4, 6, 21*
191:*12, 22*
192:*2*
195:*5, 9, 13,
23*  208:*2, 13*
238:*7, 25*
239:*1*

240:*12, 25*
242:*15*
253:*14*
256:*20, 25*
258:*1*
261:22
267:25
272:7
**looks**  78:*21*
194:*16*
215:*14*
216:*24*
218:25
265:6
283:*19*
**Los**  5:*20*
8:8
**lost**  176:*15*
**lot**  28:6, *10*
31:*13, 22*
90:*18*
111:*22, 24*
121:*20*
151:*15*
159:*4*
170:*23*
198:22
291:*10, 12*
**Lots**  8:9
**Louie**  17:*24*
18:*3, 10, 19*
121:*5, 13*
238:*15*
**Louie's**
168:*3*
238:*14*
240:*3*
**Louis**  4:*14*
**Louisiana**
1:*19*  2:*16*
300:22
**love**  70:*15*
**low**  171:*1*
200:*9, 13, 14*

Confidential - Subject to Protective Order

202:*13*, *14*
237:*13*
246:*23*
**lower**
109:*14*
155:*5*
159:*9*, *13*
160:*1*
214:*20*
236:*11*
246:*19*, *21*
269:*9*
270:*10*
298:*20*
**lowest**
143:*10*
**lscarcello@w**
**cllp.com**
3:*18*
**ltracey@trac**
**eylawfirm.co**
**m** 2:*15*
**LUKE** 7:*7*
**lumped**
181:*5*
**lunch** 184:*7*
**Lunchtime**
184:*8*
**LUNER**
4:*18*
**LYNDSEY**
7:*12*

**< M >**
**Madison**
6:*13*
**main** 75:*12*,
*15*, *21*, *22*, *23*
78:*12*
**maintain**
178:*21*
**major**
199:*7*, *16*, *21*

200:*19*
201:*1*
**majority**
161:*14*
**making**
111:*22*
233:*16*
243:*10*
**Male** 11:*9*,
*23* 72:*3*
75:*10*
**males** 61:*1*
64:*11*, *14*
72:*25* 73:*2*,
*4*, *13*
**mammalian**
31:*3*, *7*
109:*6*
**mandate**
69:*11*
108:*18*
118:*18*
146:*5*
187:*13*

**manipulation**
165:*22*
**manner**
57:*8* 149:*12*
**map** 243:*3*
**marathon**
14:*19*
**Marijuana**
10:*14*
229:*8*, *18*, *22*
230:*1*, *5*, *10*,
*25*
**mark**
218:*15*
**marked**
16:*19*, *23*
24:*6*, *10*, *18*,
*22* 25:*7*, *11*
55:*14*, *18*, *22*

56:*1* 91:*25*
92:*4*
101:*15*
135:*8*, *12*
166:*7*, *11*
168:*1*
170:*1*, *5*
192:*6*, *10*
203:*24*
204:*3*
218:*8*, *17*
228:*23*
229:*3*
238:*13*
240:*3*
253:*1*, *5*
258:*9*, *13*
264:*25*
265:*4*, *13*, *17*
276:*24*
277:*3*, *7*, *11*,
*14*, *19*, *23*
278:*4*, *8*, *12*,
*16* 285:*8*, *12*,
*15*
**marker**
197:*3*
**markers**
258:*2*
**MARLOWE**
4:*1*
**massive**
100:*8*
**MASTERM**
**AN** 8:*13*
**material**
204:*13*
**materials**
59:*17*
205:*2*
238:*24*
**maternal**
176:*6*

195:*25*
236:*20*
**Maternal-**
**Fetal** 88:*18*,
*19* 89:*9*
96:*20* 97:*6*,
*12*
**mathematica**
**l** 248:*16*
**matter** 13:*9*
50:*6* 247:*24*
**matters**
120:*11*
**maze** 77:*2*,
*11*, *16*, *18*
78:*2*
**McGill's**
241:*25*
**McLarnan**
29:*10*
**mcwatts@wa**
**ttsguerra.co**
**m** 3:*3*
**MDL** 1:*3*
**mdowd@holl**
**andtriallawy**
**ers.com**
4:*13*
**mean** 23:*16*
30:*13*
35:*15* 36:*4*
39:*23*
49:*15*, *23*
50:*4*, *7*
81:*23*
100:*21*
111:*9*
123:*18*
163:*7*
183:*11*, *12*
214:*11*, *14*
215:*11*
233:*19*
239:*14*

254:*25*
263:*7*, *13*
275:*15*
276:*16*
282:*18*
284:*19*
288:*21*
299:*4*
**meaning**
183:*14*
**meaningful**
64:*8* 65:*13*
176:*20*
209:*3*
282:*21*
**meaningless**
214:*15*
**means**
214:*17*
228:*19*
**meant**
80:*19*
135:*1*
151:*19*, *21*
163:*10*
289:*15*, *17*,
*19*
**measurable**
36:*7*
**measure**
52:*23*
70:*14*
100:*19*
158:*7*
178:*11*, *12*
193:*24*
245:*2*, *3*, *4*, *8*,
*9*, *10*
**measured**
120:*8*
190:*18*, *23*
194:*3*
225:*8*
226:*19*

227:*1*
238:*10*

**measurement**
194:*12*
**measurement
s** 252:*13*
262:*14, 22*
**measures**
65:5 156:*9*
157:*1*
176:*1*
194:*11*
**measuring**
75:*14*
76:*19*
178:*19*
194:*3*
264:*12*
**mechanism**
30:*12* 37:*1*
39:6 41:*12*
111:*19*
185:*12*
220:*10*
221:*1*
234:*15*
274:*17*
280:6
292:*1, 2*
**mechanisms**
38:*21, 23*
45:5 48:*14,
16, 23* 50:*15*
51:6, 22
52:9 53:8
54:*12*
110:*15, 24*
111:*1*
216:*25*
217:*21*
219:*3, 22*
220:*11*

221:*2*
247:*12*
**Medical**
29:*18*
89:*23* 90:*4,
19, 23*
228:*14*
**medication**
72:22
96:*10*
120:*23*
263:*19*
**Medicine**
88:*18, 20*
89:*10*
96:20 97:*6,
12*
**medium**
200:*10*
**meeting**
17:*19, 23, 24*
18:2
**meetings**
18:2, *6, 21,
22, 25*
**member**
88:*15*
**memory**
21:7
**mention**
165:*10*
**mentioned**
27:9 29:*25*
32:24
36:*15, 22*
38:*19* 39:*3*
40:22
48:*13, 19*
53:20 54:*4*
125:*24*
185:8, *11*
191:8
195:22

292:*12*
297:*15*
**mentioning**
36:*17*
176:22
**Meridian**
5:*14*
**message**
243:*21*
**met** 94:*4, 5*
**metabolic**
222:22
236:*25*
**metabolism**
159:2, *9, 15,
25* 160:*16*
198:*10*
211:*16*
212:*11*
222:*16*
224:9
239:*11*
259:*20*
260:*1, 4*
262:*16*
**metabolite**
160:*23*
221:*11, 13*
224:8, *16*
283:*3*
284:*2, 3*
289:*10*
**Metabolites**
10:*24*
**metabolized**
159:*13*
222:6
223:*17*
**method**
51:*13*
171:*15*
196:*18*
249:*15*

**methodology**
122:*10*
138:9
152:*12*
**methods**
158:*21*
196:*24*
205:7
**metrics**
175:*18*
**mice** 9:*18,
22* 11:9
57:7 58:*12*
75:*10*
78:*12* 99:*3,
25* 100:*13*
101:*1, 8*
103:5, *13, 21*
104:*14*
105:8
106:*11*
107:*16*
113:*1*
119:*24*
120:*3*
123:22
133:*15*
134:*4*
252:2, *9*
263:*18*
294:*18, 21*
297:*12, 16,
21* 298:*4, 7,
11, 19, 22*
**MICHAEL**
4:*13*
**micromolar**
208:*18*
268:*22, 25*
270:*3, 4, 7,
15*
**middle**
110:*1, 3, 8, 9,*

*14* 171:*5*
**MIKAL** 3:*3*
**Millennium**
3:*6*
**milligram**
97:*24*
239:*24*
282:*4*
**milligrams**
98:*23*
99:*17, 19*
100:*11, 24*
101:*3, 6*
102:*12, 18,
24* 103:*6, 12,
22* 104:*17,
24* 105:*10,
17* 106:*11,
24, 25* 107:*7,
10* 108:*1*
112:*10, 14,
22* 113:*9, 12,
24* 133:*15,
24* 134:*4*
135:*5*
136:*20*
239:22
282:*5*
283:*25*
**million**
243:*3*
**mind**
152:*11*
273:20
**mine** 29:*9,
11* 122:*7*
**minimum**
171:*9*
**minute**
113:2
194:*4, 15*
**minutes**
14:*21*
135:*20*

Confidential - Subject to Protective Order

194:*17*
253:*23*
**misconstrue**
288:*2*
**misconstruin**
**g** 63:*10*
**misread**
208:*9*
**missed**
166:*23*
**Missouri**
1:*19* 3:*20*
4:*9, 14*
300:*19*
**Misstates**
85:*19*
95:*25*
116:2 251:7
**mistake**
168:*20*
**mixed** 85:*24*
**mixture**
171:2
**Mixtures**
10:*3*
**mod** 200:*24*
**mode**
289:*20*
**model** 11:*1*
50:*17* 60:*4*
63:*11, 16, 23*
76:*3* 78:*23,*
*24* 79:*9, 11,*
*22* 117:*3*
118:*6, 9*
144:*9*
157:*24*
178:*3*
209:*8, 10*
251:*4*
297:*22*
299:*5*
**modeling**
50:*15*

199:*8*
200:*19, 25*
298:*19*
**models** 63:*7*
108:*13, 14*
118:*13*
119:*1, 7*
139:*18, 19*
143:*11*
155:*20*
206:*13*
**moderate**
153:*21*
155:*3*
**modify**
122:*7*
**Modulation**
10:*11*
**molecular**
129:*20*
**molecule**
223:*6, 8*
225:*15, 25*
226:*4*
**moment**
27:6 29:*20*
30:*16*
31:*25*
49:*13*
193:*16*
253:*20*
**MONAGHA**
**N** 3:*11*
**Monday**
26:*17*
**Monica**
4:*19, 20*
**month**
21:*19*
23:*14*
238:*25*
**months**
22:*3* 84:*6*
93:*8*

125:*13*
126:*13, 18*
**mood** 78:*15,*
*17*
**morning**
14:*3, 4*
17:*19*
**MORRIS**
7:*17*

**MORRISON**
7:*12*
**mother**
239:*20*
**mother's**
239:*10*
**motor**
60:*25*
78:*14*
251:*18*
291:*10*
**mouse**
15:*22* 57:*1*
60:*4* 62:*15,*
*17* 66:*5*
102:*10, 17*
107:*14, 15*
133:*9*
141:*20*
162:*18, 24*
163:*2, 16*
164:*20*
182:*19*
299:*3*
**mouth** 59:*6*
**movement**
73:*12, 24*
**movements**
74:*6*
**mRNA**
240:*13*
241:*3*
245:*24*
**Mu** 29:*9*

**multi-**
**dimensional**
155:*7*
**multi-dose**
150:*5*
**multi-dosing**
150:*6*
**multi-organ**
197:*19*
**multi-organ-**
**on-a-chip**
198:*21*
**multiple**
71:*4*
116:*18*
132:*4, 10*
143:*4, 5*
167:*12*
182:*13*
202:*3*
252:*7*
257:*25*
288:*13*
**MURDICA**
5:*19*
**mutagen**
30:*3, 6, 11*
36:*19, 25*
**mutagenesis**
31:*3, 8*
**mutagenic**
30:*23*

**mutagenicity**
31:*18*
**mutate**
27:*17* 28:*1,*
*5*
**mutation**
37:*16*
**mutational**
37:*14*

**mutations**
27:2 40:*7,*
*23*

**< N >**
**N.W** 6:*2, 20*
**NADINE**
6:*12*
**name** 13:*2*
14:*5*
**named** 18:*7,*
*18* 19:*1, 8,*
*14* 121:*9*
**Nanograms**
239:*24*
282:*13, 14*
**nanomolar**
208:*19*
**nanomole**
239:*22*
**NAP** 224:*11*
**Naples** 5:*8*
**NAPQI**
222:*15, 25*
224:*9, 11, 13,*
*16* 236:*5, 14*
239:*11*
243:*25*
**narrative**
125:*21*
131:*14*
151:*15*
**narrow**
100:*9* 104:*3*
**nature**
28:*19*
**NCRA**
300:*17*
**near** 292:*20*
**necess** 141:*4*
**necessarily**
35:2 41:*6*
43:*3* 68:*8*
85:*25*

88:*16*
103:*16*
134:*14*
141:*4, 5*
143:*13*
161:*17*
178:*15*
180:*8*
182:*2*
191:*6*
197:*25*
245:*3, 4*
270:*8*
275:*15, 17*
276:*8*
290:*5, 23*
**necessary**
146:*6, 8*
226:*8*
248:*11, 15*
301:*4*
**necrosis**
100:*21*
**need** 84:*15,*
*18* 111:*15*
122:*7*
124:*13*
167:*1*
182:*15*
206:*1*
217:*25*
218:*22*
219:*9, 24*
232:*14*
233:*13*
249:*5*
255:*12*
263:*12*
275:*23*
276:*6*
277:*24*
287:*21*
**needed** 65:*6*
125:*5*

141:*5*
153:*13, 17*
165:*15*
173:*8, 20*
248:*5, 24*
**needs** 31:*14*
56:*18*
**negative**
31:*17, 23*
151:*22*
156:*15, 24*
205:*5*
**neither**
300:*10, 11*
**Neonatal**
11:*7*
**nervous**
109:*4*
220:*12*

**neuratrophic**
274:*16*
**neuro**
180:*13*
**neurobehavi
oral** 9:*15,*
*20* 58:*9*
157:*10*
**neurochemic
al** 157:*9*
**neurochemic
als** 232:*15*
233:*21*
**neurodegene
rative**
266:*16, 20*
267:*3*
**neurodevelop
ment** 44:*15*
111:*2, 20*
123:*25*
227:*11*
232:*8*
234:*17*

279:*25*
280:*4*
289:*23*
**neurodevelop
mental** 10:*8*
27:*3, 18, 23*
39:*17* 40:*1,
4* 44:*18*
47:*10*
60:*15*
66:*24* 68:*3*
69:*3* 70:*7,
25* 79:*5*
80:*22*
82:*12* 84:*8*
96:*11*
108:*12, 23*
116:*7, 14*
122:*14*
123:*3, 12*
125:*1*
131:*3*
132:*22*
133:*11*
139:*3, 6*
157:*9*
203:*4*
216:*12, 16*
217:*1*
220:*14, 17*
235:*2, 8, 11*
251:*20*
290:*21, 25*
296:*16*
**neuroinflam
matory**
261:*4* 262:*5*
**neurological**
133:*11*
185:*13*
267:*9, 10*
**neurons**
247:*7*
268:*6, 16*

**neuropsychia
tric** 143:*12*

**Neuroscience**
27:*1*
**neurotoxican
t** 88:*10, 23*
89:*15*
143:*24*
183:*17*

**neurotoxicity**
10:*6* 11:*15*
85:*15*
158:*23*
299:*6, 8*
**neurotoxicol
ogist** 215:*1*
**neurotoxicol
ogy** 172:*20*
180:*13*
**neurotransm
itters** 11:*18,
20* 232:*23*
233:*6, 8, 12,
14, 20* 234:*6,
18*

**neurotrophic**
11:*11*
**neurotypicall
y** 48:*4*
**never** 97:*17*
**nevertheless**
237:*11*
**NEW** 1:*1,
14, 19* 2:*24*
3:*13* 6:*14*
7:*3, 14* 8:*3*
13:*8, 9*
26:*23* 57:*5*
81:*16*
91:*18*

135:*18*
300:*21*
**Nicolini**
11:*1* 265:*10*
**NIH** 11:*25*
285:*18, 24*
286:*1, 5, 15,
17, 20, 21*
**nine** 93:*8*
**nkohane@btl
aw.com** 6:*13*
**noisy** 214:*8,
11, 14* 215:*4*
**nonfetal**
260:*24*
**non-
gestating**
260:*23*
**non-
italicized**
177:*4*
**nonpregnant**
194:*23*
195:*13, 17,
20*
**nonregulator
y** 173:*2*
**nonsensical**
163:*13*
**norepinephri
ne** 234:*19*
**normal**
279:*23*
280:*2*
**North** 2:*9*
4:*2, 14* 6:*8*
**Notary**
300:*23*
302:*19*
**note** 92:*18*
97:*23*
134:*22*
161:*8*
200:*9, 17*

Confidential - Subject to Protective Order

| | | | | |
|---|---|---|---|---|
| **notebook** | 222:*11* | 68:*5, 13, 21* | 171:*20* | 266:*1, 23* |
| 29:*3* | 224:*25* | 69:*8*  70:*9* | 172:*9, 21* | 268:*2* |
| **noted**  13:*14* | 229:*3* | 74:*1, 20* | 181:*24* | 271:*17* |
| 301:*10* | 241:*21* | 77:*6*  78:*4,* | 182:*23* | 272:*16* |
| 302:*7* | 243:*9* | *7*  79:*13, 25* | 183:*25* | 275:*2, 10* |
| **notes**  16:*5,* | 262:*3* | 83:*2*  84:*12* | 185:*18* | 276:*2* |
| *6*  172:*5* | 281:*23* | 86:*8*  87:*6,* | 186:*16* | 279:*13* |
| 304:*1* | 290:*21* | *24*  88:*25* | 190:*10* | 281:*9* |
| **NOTES.........** | **numbers** | 90:*1*  91:*4,* | 193:*13* | 284:*14* |
| **....................** | 105:*9* | *14*  95:*3, 20,* | 194:*24* | 285:*21* |
| **304**  12:*6* | 134:*1, 8* | *24*  96:*23* | 196:*11, 19* | 287:*1* |
| **notice**  20:*17* | 171:*4, 6* | 100:*4, 14* | 197:*12* | 289:*11* |
| **noticed** | 223:*23* | 103:*7, 23* | 199:*10, 17* | 292:*3* |
| 166:*21* | 224:*5* | 105:*12, 22* | 201:*3* | 297:*25* |
| **November** | 261:*19* | 106:*12* | 203:*10, 21* | 298:*14* |
| 21:*24* | **numeral** | 109:*19* | 204:*17* | **objection** |
| **nuclear** | 216:*25* | 112:*15, 19* | 206:*15* | 20:*1*  33:*16* |
| 202:*19* | **numerical** | 118:*14* | 211:*4, 17* | 34:*10*  37:*8* |
| 206:*25* | 147:*20* | 119:*18* | 218:*3* | 42:*22* |
| 207:*15* | 149:*7* | 120:*1* | 219:*12* | 52:*13* |
| 210:*3, 7* | **numerous** | 121:*15* | 222:*7* | 59:*11*  71:*3* |
| **nucleoli** | 68:*3* | 122:*18* | 225:*10, 17* | 76:*4*  81:*12* |
| 207:*17* | **NW**  7:*8* | 124:*1* | 226:*21* | 82:*3, 13* |
| 208:*10* | | 126:*15* | 227:*17* | 85:*18* |
| **nucleus** | **< O >** | 129:*14* | 228:*15* | 86:*21* |
| 194:*9* | **oath**  14:*15* | 130:*16* | 229:*10* | 89:*17* |
| **null**  181:*15,* | **OB/GYN** | 132:*11* | 230:*13* | 90:*14*  97:*9* |
| *16*  182:*3, 6,* | 96:*19*  97:*5* | 134:*17* | 231:*3* | 100:*1* |
| *12, 22* | **Object** | 139:*10* | 232:*18* | 103:*15* |
| **number** | 19:*19* | 142:*23* | 233:*25* | 104:*19* |
| 14:*24* | 23:*12* | 144:*17, 21* | 235:*4* | 113:*14* |
| 15:*23* | 31:*19*  33:*4* | 145:*9, 22* | 237:*6* | 114:*6* |
| 16:*24*  23:*1,* | 35:*10*  37:*5* | 148:*4, 19* | 238:*2* | 116:*1* |
| *9*  29:*6, 17* | 39:*7*  40:*24* | 150:*13* | 240:*18* | 123:*5* |
| 56:*8*  64:*23* | 41:*14*  42:*3* | 152:*6* | 241:*6, 11* | 141:*9* |
| 132:*15* | 44:*4*  45:*6* | 155:*22* | 242:*8* | 142:*3* |
| 155:*5* | 48:*24*  51:*9* | 156:*19* | 244:*2* | 145:*6* |
| 162:*23* | 52:*1*  53:*9* | 159:*16* | 248:*8* | 146:*11, 20* |
| 164:*8* | 54:*2*  55:*1* | 160:*2* | 251:*10* | 153:*7* |
| 171:*9* | 58:*1*  59:*2,* | 161:*1* | 255:*23* | 158:*2* |
| 172:*17, 18* | *23*  60:*11, 22* | 162:*1* | 257:*5* | 177:*24* |
| 173:*8, 20* | 61:*14* | 165:*12* | 259:*11, 21* | 189:*6* |
| 174:*16, 20* | 62:*23* | 167:*4* | 263:*4* | 212:*13* |
| 204:*9* | 63:*25*  67:*9* | 169:*1, 4* | 264:*20* | 226:*2* |

241:*17*
249:2
250:6
251:6
269:*19*
**objections**
145:*11, 19*
**objective**
34:*18* 294:6

**observational**
93:*23*
129:2
263:9
271:8
273:25
**observed**
129:*11*
**obstetrician**
97:*13*

**Obstetricians**
88:7 92:24
94:*13, 24*
95:2, *10, 23*
**occur** 52:*11*
129:*21*
159:2
160:25
197:*23*
198:5
**occurred**
129:*11*
**odds** 258:*24*
259:7
**OECD**
149:*23*
**off...all**
94:*12*
**offer**
186:*13, 24*
187:2, *9, 25*
188:*18, 25*
189:3

**offered**
188:*14*
**offhand**
146:*23*
153:*11*
216:*10, 13*
**offices** 1:*12*
286:*22, 23*
**offline**
57:*24* 59:9
**offsetting**
166:*1*
**offspring**
11:*24* 72:4
108:*24*
172:*18*
184:*19*
185:6
186:*15*
187:*1, 11, 24*
188:*2, 20*
189:*4*
195:*17, 20*
**oftentimes**
151:*16, 17*
153:*13, 16*
180:*16*
**Oh** 17:*15*
22:*24* 47:5
48:6
101:*21*
110:*19, 20*
163:*20*
164:7
204:6
213:*1, 10, 22*
215:*14*
246:7
248:*1*
250:*22*
257:*18*
290:*10*
**Okay** 14:*8,*
*10, 13, 19, 24*

15:*8, 25*
16:*5, 9, 11,*
*15, 22* 17:2,
*15, 17* 18:5
19:6 20:*20*
25:*16*
26:*12* 35:5
36:*12*
40:*18*
41:*24* 53:2
55:*25*
56:*11, 13, 23*
57:*4, 11, 14*
58:8, *17*
60:*18* 61:7
62:2 66:*11*
67:6 68:*18*
69:2 73:9
75:5 79:*19*
80:9 81:5
85:7, *13*
89:*22*
91:*11* 92:*3,*
*22* 93:*3, 11*
99:6, *16*
101:6
102:*3, 22*
103:3
105:4
106:2, *23*
107:9
108:4
110:5, *22, 24*
112:6, *21*
119:*3*
123:*16*
124:*17*
126:9
127:*22*
133:*4, 14, 18,*
*22* 134:7
135:7, *13*
136:*23*
137:*1*

138:7, *24*
139:8
140:*4, 8*
144:*12*
150:*10*
151:*10*
155:*14*
158:*18, 20,*
*25* 162:*13,*
*18* 163:*24*
164:2, *7*
166:*10*
167:8
168:*21*
170:8
171:*14*
173:*24*
174:9, *14*
175:*24*
176:*10*
177:7
183:*3*
185:*25*
190:6
192:*14, 22*
193:9
194:6, *18*
195:5, *21*
197:8
200:*16, 24*
204:2
205:*12*
206:*22*
207:8
208:*1, 5, 16*
211:*14*
213:9, *24*
218:*11*
219:2
220:8
221:*4, 12, 18*
222:2
223:9, *15*
224:*4, 8, 14,*

20, *24*
225:*14*
226:*17*
233:*10*
236:*10, 22*
237:*25*
239:*3, 8, 14,*
*21, 25*
240:*25*
246:*11*
250:*20*
252:6
253:*24*
254:*3*
255:*18*
261:2
262:*1, 12, 20*
266:*11*
267:*12, 15*
272:*13*
274:5
279:*3*
280:*25*
282:*23*
283:*12, 22*
285:*11*
294:*1, 17*
295:*1*
297:*15, 21*
**okay-enough**
224:*18*
**old** 125:*13,*
*14* 126:*13*
**Olstad**
273:*10, 12*
**omission**
64:9
**omissions**
64:*11, 14*
**ones** 128:*18*
182:*10*
209:*24*
**online**

253:*11*
onset 266:*21*
open 62:*9,*
*14* 72:2
73:*10, 22*
75:7, *13, 15,*
*20, 24* 76:25
77:25
78:*11* 81:*15*
operational
34:*21*
operationaliz
eable 36:*10*
operative
64:*25*
opine 86:*13*
opinion
41:*25*
42:*18*
81:*20*
86:*12*
87:*10, 11, 12*
88:8, *20, 21*
89:*13, 25*
90:*12*
91:*16*
118:*11*
119:*1*
178:*23*
188:*25*
189:*3, 11, 15,*
*17, 20, 21*
225:*14*
227:*4*
228:*14*
271:*16*
274:*1*
275:22
280:*1, 2, 5*
289:8
290:*14*
295:*15, 22*
opinions
81:7 85:*17,*

22, 23 86:*20*
87:*4* 90:*6*
91:*12, 21*
108:*4*
121:2, *14*
186:*13, 24*
187:*3, 9, 25*
188:*19*
217:*19*
271:2
272:5, *14, 24*
273:*14, 21*
295:*20*
opportunity
188:*23, 25*
opposed
163:*3* 200:2
opposite
61:*4* 179:22
opted 99:*13*
oral 134:*24*
159:*20, 24*
160:9, *25*
161:*15, 25*
162:*4, 9, 21*
163:*3*
164:*21*
orally 159:*3*
161:8
ORDER
1:*6* 163:*5*
251:*11*
275:*24*
287:*18*
288:*4*
orders
123:*3*
organ 47:*16*
197:*11, 17*
246:*24*
organism
197:*20*
198:8
199:*1, 3*

organization
90:*24*
285:*19*
286:2

organizations
89:*12, 23*
90:*5* 286:*5,*
8
**Organogenes**
**is-Stage**
10:*11*
organ-on-a-
chip 198:*18*
orient 70:*20*
original
288:*14*
301:*14*
outcome
43:*19* 79:2
116:*17*
153:*21*
154:*1, 2, 6,*
*19, 21* 155:2,
*3, 10* 156:*3,*
*8* 178:*19*
250:22
276:*10, 12*
outcomes
10:*20*
44:*17, 18, 20*
79:*4, 5*
80:22
96:*12*
108:*13*
116:*11, 21*
117:2
131:*4*
132:22
144:*1*
150:5
153:*20, 23,*
*25* 154:*4, 8,*
*12* 155:*1, 10*

157:2, 7, *10*
183:*18*
187:*17, 20*
216:*16*
217:22
248:*14*
250:*15*
256:7
257:*12, 15*
276:*21*
296:*16*
outer
133:*19*
outlined
39:*10*
outset 59:*20*
outside
23:2 69:*10*
84:*3*
118:*18*
126:*19*
149:*12*
187:*12*
189:*12*
227:24
296:2
**Overall**
163:*1*
272:20
overambitiou
s 118:*10*

overattribute
117:*12*
overdose
134:*12*
overfitting
207:*23*
208:22
216:6, *19*
overlap
212:6
overprescript
ive 45:*21*

oxidated
35:*19*
oxidative
10:*19, 24*
28:8, *11*
29:24 30:*2,*
*5, 12* 32:*25*
33:*3, 11, 15*
34:*3, 9, 14,*
*22* 35:8, *19*
36:*2, 4, 6, 7,*
*18, 19, 25*
38:9, *25*
39:*11*
217:*19*
219:5, *21*
220:*13*
244:*18, 19,*
*24* 245:*6, 8*
247:*14*
248:6, *25*
249:9, *25*
252:8, *12, 22*
254:*16*
255:6, *15, 19*
256:6
257:*1, 10*
258:*1, 23*
261:5
262:*3, 6*
264:*17*
oxidizes
224:*12*
oxygen
35:*19* 113:*3*

**< P >**
p.m 184:*10,*
*12, 14*
207:*13*
210:*10*
212:*21*
213:*25*
215:*23*

235:*18*, 20,
22  274:*7*, *9*,
11  292:25
293:2, *4*
297:*4*, 6, 8
299:*15*, 17
**P15**  282:*4*,
10  284:*12*,
13  285:*4*
**P4**  195:*15*
**P450**  211:2,
15
**P5**  282:*4*
284:*11*, 12
285:*4*
**p53**  37:*18*
**PADGETT**
5:*12*  9:5, 7
14:2  16:*14*,
21  19:22
20:4  23:*20*
24:8, 20
25:9  30:*19*
31:*15*  32:6
33:*10*  34:*1*
35:*4*, 16
38:*12*
39:22  41:*9*,
20, 23  42:*12*
43:*23*
44:*23*
45:*11*
48:*12*
50:22
51:*18*  52:*7*,
18  53:*14*
54:*7*  55:*4*,
16, 24  58:*7*
59:*7*, 15
60:*6*, 17
61:2, *19*
63:5  65:9
67:*14*  68:*1*,
9, 17  69:*1*,

*13*  70:*1*, 3,
21  71:*11*, 19
74:*11*  75:*1*
76:22
77:*13*  78:*5*,
20  79:*18*
80:*6*  81:22
82:*8*, 17
84:2  85:*1*
86:*1*, 15
87:*1*, 13
88:*4*  89:*7*,
21  90:*9*, 21
91:*10*, 20
92:2  95:*8*,
21  96:*17*
97:*3*, 19
98:*6*, 11
100:2, *10*
101:2, *21*, 24
102:*5*, 9
103:*11*, 18
104:*12*
105:*3*, 20
106:*1*, 13
109:24
110:*12*, 21
112:*19*
113:*8*, 23
114:*13*
117:*14*
118:20
119:22
120:9
122:*3*, 24
123:*15*
124:9
126:22
130:*11*
131:23
133:*1*
135:*3*, 10, 21,
23  136:*1*, 2,
9, 11, 14

137:*4*, 13, 20
139:20
141:*14*
142:*13*
144:*4*, 18
145:*1*, 9, 21
146:2, *17*
147:*4*
148:*11*
149:*1*
150:20
152:*21*
153:*18*
156:5
157:*4*
158:*14*
159:*18*
160:*21*
161:6
162:5
165:*23*
166:9
167:7
169:3
170:3
172:*3*, 14
173:5
174:*23*
175:7
178:*4*
182:5
183:2
184:*6*, 16
185:*24*
186:*21*
189:*8*
190:*17*
192:8
193:*18*
195:*4*
196:*16*, 21
197:*14*
199:*14*, 23
201:9

203:*15*
204:*1*, 6, 8,
23  206:*18*
211:7
212:*9*, 19
218:*10*
219:*18*
222:*13*
225:*13*, 23
226:*16*
227:*3*
228:*1*
229:*1*, 15
230:*18*, 21
231:*13*
233:*4*
234:*23*
235:*13*, 24
237:22
238:5
240:*23*
241:*7*, 14, 24
242:*16*
244:9
248:*21*
249:*3*
251:*1*, 10, 15
253:*3*
256:*10*
257:*13*
258:*11*
259:*18*
260:9
261:*20*, 22,
24  264:*14*
265:2, *15*
266:*8*
267:*5*
268:*11*
270:*1*
272:2
273:7
274:2, *13*
275:*6*, 21

277:*1*, 13, 21
278:*6*, 14
279:*16*
281:*16*
284:22
285:*10*
286:*13*
287:*3*
289:*16*
292:*19*
293:6
296:*23*
297:*1*, 11
298:*10*
299:*10*
**PAGE**  9:2,
10  61:*20*
65:*20*, 23
66:*10*
71:*23*
73:*25*  77:*4*
97:*23*
98:*19*  99:7
101:*18*
102:*12*
107:*21*
108:*15*
109:*25*
110:*13*
114:*16*
117:*16*
122:8
125:*17*
133:2
137:*16*, 22
138:*6*, 25
139:*21*
140:*23*
141:*3*
150:2, *21*
153:22
161:*8*, 22
162:*19*
163:*9*, 15, 16

164:*1, 10, 22*
165:*10*
168:*14, 15*
170:*15, 18*
171:*3*
172:*4*
174:*1, 20, 24*
175:*8, 22*
176:*24*
178:*13*
179:*3*
193:*3, 20*
195:*6, 9*
196:*3, 25*
199:*24*
200:*22*
201:*11*
206:*5*
210:*1, 25*
211:*8*
213:*8*
215:*18*
216:*23*
217:*3, 5*
218:*20, 21*
222:*18, 20*
223:*12*
224:*6*
228:*6*
236:*1, 7*
240:*7*
254:*2*
258:*19*
259:*2*
261:*2, 18, 25*
262:*12, 14*
266:*9, 14*
270:*23*
274:*15*
280:*10*
283:*21*
287:*4*
289:*4*

295:*1*
303:*3*   304:*3*
**Pages**   10:*16*
66:*22*
78:*22*
138:*6*
140:*5*
147:*6*
155:*21*
158:*20*
163:*20*
182:*18*
201:*16*
203:*20*
204:*16*
205:*13*
213:*17*
216:*23*
218:*12, 17*
279:*17*
288:*25*
302:*5*
**paid**   82:*25*
84:*10*
94:*17*   279:*7*
**pain**   33:*1, 7,
14, 22*   34:*8*
36:*1*   96:*21*
97:*7*   104:*9*
264:*15, 23*
**painful**
262:*25*
**p-
Aminophenol**
221:*15*
**p-
Aminopheno
n**   221:*14*
**panel**   64:*10*
**panels**
193:*21*
**PAP**   221:*14,
16, 21*   222:*6*
225:*2*

**paper**   22:*6,
13*   25:*6*
37:*13*   65:*3*
72:*17*   94:*7*
95:*14*
111:*12*
115:*14*
136:*13*
174:*21*
251:*17*
**papers**
281:*21*
**Paracetamol**
11:*5, 9, 15,
17, 21, 23*
**paradigm**
35:*13*
**paradigms**
75:*19*
76:*10*   79:*2*
80:*5, 12*
**paragraph**
61:*21, 22*
62:*3*   71:*24*
98:*10*
110:*8, 10, 14*
133:*6*
171:*6*
200:*2, 3*
289:*15, 17*
**parameter**
275:*24*
**parameters**
75:*20*
131:*9*
147:*21*
150:*3, 19*
151:*12*
153:*12*
173:*1*
**paren**   57:*7*
**parent**
223:*6, 8*
246:*22*

**parentheses**
109:*8*
**Park**   3:*6*
5:*20*
**Parkinson's**
266:*17, 22*
**part**   15:*13*
16:*1*   20:*16*
69:*20*   70:*2*
82:*9*   111:*6*
130:*25*
131:*25*
144:*19*
157:*20*
173:*16, 21*
242:*12, 17*
247:*4*
266:*12*
270:*6*
272:*20*
286:*20*
295:*25*

**participating**
279:*6*
**particular**
27:*15, 17*
28:*3, 16*
40:*1, 4*
43:*12, 19, 20*
44:*20*
46:*18*
57:*23*
69:*21*
140:*18*
141:*1, 25*
142:*17*
144:*9*
147:*13*
155:*18*
156:*17*
158:*5*
169:*24*
172:*1*

183:*16*
185:*10*
187:*14, 17*
207:*21*
221:*10*
228:*19, 20*
231:*24*
232:*7, 11, 15*
233:*14*
249:*17*
276:*10*
290:*23, 24*
291:*1*
**particularly**
109:*5, 13*
141:*25*
291:*15*
**parties**
300:*11*
**PARTNERS**
5:*5*
**parts**
240:*15*
242:*3, 4, 19,
21*
**Party**
292:*23*
**pass**   162:*11*
293:*7*
**path**   290:*3*
**pathological**
290:*20*
**pathology**
250:*17*
**pathway**
219:*22*
221:*3*
224:*9*
280:*22*
**Pathways**
10:*25*
114:*23*
117:*11, 13*
217:*19, 20,*

22  219:*3, 5,
6, 21*  220:*23*
280:*20*
290:*3*
**patients**
255:*9*
**pattern**
72:*20*
**Patterns**
10:*1*
**PBL1**  56:*3,
11*
**Pearson**
1:*12*  9:*11,
12, 14, 15*
13:*13, 20*
14:*7*  16:*19,
23*  20:*24*
24:*6, 9, 18*
25:*7*  41:*18,
24*  55:*14, 22*
71:*21*
91:*25*  96:*1*
104:*20*
121:*1*
135:*8*
137:*14*
166:*7, 10*
170:*1*
184:*17*
192:*6*
203:*24*
218:*8*
228:*23*
235:*25*
253:*1, 4*
258:*9*
264:*25*
265:*3, 13*
274:*14*
276:*23*
277:*11, 19*
278:*4, 12, 22*
285:*8, 11*

293:*12*
294:*13*
295:*6, 19*
297:*12*
300:*4*
302:*12*
**PEARSON_0
1335**  9:*23*
**PEARSON_0
1872**  56:*7*
**peek**  16:*12*
**peer**  41:*17*
81:*2, 6, 24*
82:*9, 22*
83:*9, 13, 24*
177:*17, 23*
196:*10*
**peer-review**
148:*8, 13*
**peer-
reviewed**
55:*11*
147:*14*
148:*1*  149:*6*
**peer-
reviewing**
152:*16*

**Pennsylvania**
7:*8, 19*
**people**
51:*14*
76:*21*
181:*11*
183:*15, 18,
20*  231:*8*
287:*21, 23,
24*  298:*18*
**percent**
210:*19*
216:*5, 18*
222:*24*
223:*16, 21*

224:*24*
247:*2*
**percentage**
222:*5, 12, 15*
**percentile**
259:*6, 9*
**perfectly**
165:*19*
**perform**
142:*6*
183:*20*
287:*23*
296:*12*
**performed**
187:*18, 22*
188:*9*
206:*2*
232:*12*
287:*24*
288:*22*
**performing**
149:*24*
287:*7*
296:*17*
**Perinatal**
10:*22*
122:*13*
123:*17, 19*
186:*7*
**period**
92:*25*
111:*3*
125:*1, 6*
185:*15*
186:*6, 7*
219:*10*
230:*5*
236:*5*
254:*17*
287:*9*
288:*16*
**periods**
130:*1*

**permanent**
115:*1*
**permeability**
175:*18*
176:*1*
**person**  47:*6*
227:*20*
**perspective**
183:*22*
202:*18*
**perspectives**
183:*10*
**pertinent**
146:*5*
**perturb**
227:*11, 14*
**perturbagen**
248:*12*
**perturbation**
47:*21*
129:*21*
**perturbation
s**  46:*17, 20*
76:*12*
**perturbed**
276:*15*
**perturbing**
232:*17*
233:*15, 22*
234:*12*
**Ph.D**  1:*12*
9:*12, 14, 15*
13:*20*  14:*8*
57:*12*
300:*4*
302:*12*
**pharmaceuti
cal**  180:*2*
**Pharmacy**
6:*15*
**phase**  188:*4*
288:*15*
**phenomena**
31:*2*

**phenomenon**
31:*10*
34:*16*
181:*11*
237:*1*
**phenotype**
251:*21*
**Philadelphia**
7:*19*
**Philippot**
11:*16*
110:*17*
182:*25*
277:*16, 18*
**phonetic**
290:*10*
**phrased**
231:*25*
249:*22*
**physician**
29:*4*  96:*20*
97:*5, 6*
**physiological
ly**  44:*13*
269:*10*
270:*9, 11, 13*
**pieces**
143:*20*
**pile**  176:*15*
**pilot**  65:*13*
**pin**  46:*23*
116:*16*
**pinpoint**
250:*23*
**piss**  95:*2, 10*
**pissing**
92:*23*
93:*13*
94:*12, 17, 23*
95:*22*
**place**  13:*7*
150:*23*
198:*11*
300:*8*

**placenta**
176:*7*
191:*17*
**placental**
176:*1, 2*
**Plaintiffs**
5:*9*  18:*7*
19:*4, 7, 9, 15,*
*18, 20, 21*
20:*8, 11*
21:*23*
82:*25*
84:*11*  93:*4,*
*7*  279:*10, 11*
293:*14, 23*
**planning**
230:*4*
**Plasma**
10:*24*
176:*5*
195:*25*
262:*13*
**plasticity**
291:*3*
**platform**
177:*9, 16, 22*
**plausibility**
185:*1*
217:*25*
219:*9, 23*
276:*1*
**plausible**
108:*22*
185:*15, 17,*
*21*  292:*1*
**Plaza**  2:*9*
3:*6*
**please**  14:*6*
19:*12*
36:*21*
45:*10, 12*
65:*20*
66:*18*
98:*19*

102:*8*
138:*6*
140:*6*
145:*10*
151:*2*
186:*20*
204:*10*
210:*10*
230:*19*
301:*3, 8*
**pleiotropic**
226:*11*
**plenty**
184:*4*
245:*13*
**plethora**
46:*1*  48:*13,*
*16, 19*
**PLLC**  2:*20*
**plot**  209:*22*
**plural**  91:*23*
**plus**  74:*16*
77:*2, 11, 16,*
*17*  78:*1*
156:*14, 23*
158:*1, 17*
181:*20*
**PN**  54:*10*
124:*10*
125:*2, 17*
129:*12, 13*
**point**  104:*3*
129:*1, 19*
130:*22*
167:*9, 18, 20,*
*22, 23*
174:*11*
184:*7*
188:*4, 18*
190:*9, 15, 18*
191:*5, 11*
192:*18*
226:*17*
246:*12*

250:*20*
260:*6*
274:*4*
288:*6, 23*
**points**
125:*25*
126:*4*
132:*8*
165:*8*
167:*12, 14,*
*24*  168:*12*
190:*25*
193:*25*
287:*17*
**poor**  153:*20*
**poorly**
35:*13*
**pop**  69:*23*
**PORTER**
7:*1*
**portion**  56:*2*
**Posadas**
268:*5*
270:*18*
**pose**  191:*24*
**position**
25:*24*  250:*2*
**positions**
26:*9*
**positive**
151:*22*
178:*6, 7, 15*
179:*4, 9, 11,*
*24*  205:*5*
**possibility**
23:*2*
**possible**
53:*1, 3*
84:*8*
117:*19, 21*
185:*2, 3, 16,*
*20*  205:*6*
226:*14*

230:*2, 11*
231:*1, 18, 23*
**possibly**
174:*18*
**post**  130:*9*
**post-human**
128:*4*
**POSTMAN**
2:*3*  8:*13*
**postmortem**
257:*25*
**postnatal**
123:*21, 23*
124:*7, 10, 11,*
*15*  125:*6, 17*
127:*23*
129:*5*
130:*4, 10*
184:*18, 23*
185:*5, 14*
186:*6, 25*
187:*10, 19,*
*23*  188:*1, 19*
189:*3*
197:*1*
236:*18*
**postnatally**
126:*21*
**potent**
206:*6*
208:*17*
210:*2, 5*
211:*2*
**potential**
11:*5*  43:*6,*
*9*  115:*20*
186:*14*
208:*21*
261:*7*  262:*8*
**potentially**
64:*8*
133:*23*
176:*2*
207:*22*

216:*5, 18*
282:*20*
**power**  173:*7*
**powered**
65:*17*
**Practice**
180:*2*
**practitioners**
90:*19*
**pre**  132:*20*
**precious**
242:*14*
**precise**
35:*22*
**precisely**
220:*2*
**preclinical**
32:*19*
93:*22*
109:*1, 3*
122:*11*
123:*10*
137:*24*
139:*15, 16*
149:*20*
158:*22*
187:*15*
188:*8*
255:*12*
263:*16, 17,*
*25*  264:*2, 4*
271:*25*
273:*1, 6, 17*
296:*17, 18*
**preclinically**
50:*17*
**preclude**
61:*25*
**prediction**
249:*19*
**preexisting**
147:*14*
148:*2*

prefatory 59:*25*

prefer 247:*15*

prefrontal 9:*17, 20* 280:*13*

Pregnancy 10:*14* 34:*8* 36:*1* 228:*8* 229:*19, 22* 230:*1, 8, 10, 23, 25* 255:*20* 256:*6* 263:*20*

pregnant 34:*9* 96:*21* 97:*8* 172:*17* 194:*20* 197:*2* 229:*8* 230:*3, 4* 231:*8, 9*

premature 64:*15, 16*

prenatal 10:*19* 11:*17* 53:*25* 54:*9, 16* 72:*21* 108:*25* 116:*5, 8* 124:*21* 130:*1* 131:*2* 188:*6*

prenatally 38:*11* 126:*21* 252:*10*

preparing 85:*4*

prescriptive 80:*21* 153:*15*

presence 221:*21*

PRESENT 8:*9* 18:*1, 8* 137:*25* 237:*4*

presentation 72:*19*

pretty 148:*14, 21*

previous 31:*25* 41:*1* 56:*24* 139:*14* 171:*7* 173:*11*

previously 78:*11* 98:*25* 101:*15* 147:*19* 168:*1* 188:*22* 196:*2* 238:*13* 240:*3*

primary 284:*2*

printout 11:*25*

prior 93:*9* 177:*23* 300:*3*

priori 173:*6, 15, 19*

privately 86:*5, 18*

PRIYA 6:*7*

priya.sunkara@btlaw.com 6:*7*

probably 14:*20, 24* 23:*1* 57:*9* 58:*4* 125:*7* 163:*12*

probe 64:*12*

problem 34:*13* 138:*10, 25* 139:*1* 140:*16*

problems 212:*2* 249:*13, 15*

procaryotic 31:*6*

proceeding 118:*19* 187:*14*

proceedings 69:*12*

processed 225:*1*

processes 197:*23* 198:*4, 11, 13, 15* 289:*6*

processing 205:*7*

produced 20:*14* 21:*13* 85:*3* 172:*19*

produces 57:*6*

producing 85:*4*

production 20:*16* 38:*2* 85:*22*

PRODUCTS 1:*3* 13:*10* 161:*9* 222:*22*

profile 232:*11*

profiles 41:*4*

progesterone 202:*20* 210:*13*

program 205:*4*

progress 288:*15*

progression 266:*15*

project 59:*21*

prolonged 129:*25*

pronunciation 125:*8*

prooxidant 34:*20* 244:*22* 246:*23*

prooxidants 244:*24* 247:*23*

proper 82:*19* 83:*17* 168:*24* 172:*8*

properties 30:*24* 198:*23*

proposal 111:*11*

proposed 56:*24* 57:*5* 58:*21* 59:*21* 217:*21*

proposition 236:*13*

propounded 302:*6*

prostaglandins 289:*1, 5, 9, 22, 24* 290:*5*

PROTECTIVE 1:*6*

protein 239:*23* 243:*6* 245:*20, 21, 24* 246:*3, 8* 290:*13, 23* 291:*1*

proteomics 243:*18*

protons 194:*9*

provacative 56:*19*

prove 245:*4*

provide 70:*19* 95:*15* 157:*13* 190:*7* 191:*2* 246:*2* 254:*15*

provided 80:*11, 13, 14, 18* 114:*1* 152:*9*

provides 259:*20, 25* 260:*3*

providing 81:*9* 96:*9*

psychiatric 27:*21*

Public 300:*23* 302:*19*

Confidential - Subject to Protective Order

publication
22:11, 14, 16
26:24  27:8
59:19  82:2
83:20  84:7
92:19
112:2
177:12
181:9, 10, 19
183:7, 9
196:9
publications
25:20, 25
148:9, 23
149:7, 23
152:17, 18
publicly
81:19  86:4,
18
publish
181:12, 13
183:21
published
11:3  22:7
25:6  30:14
37:11, 23
55:10
58:22
81:18
95:15
101:7
111:18, 24
122:11
181:16, 17,
20  196:4, 7
253:13
publishes
177:17, 22
Puerto  3:7
pup  72:2, 7
77:25
251:19
pups  169:16

purposes
149:21
155:16
PURSUANT
1:6  114:3
155:20
188:9
251:11
purview
69:11  70:2
83:21
put  26:1, 18
30:6  33:20
51:19  59:6
60:9  75:5
95:10
102:10
147:20
156:14
157:24
158:1
194:7, 10
putting
68:19
147:16
puzzle
143:20

< Q >
qualify
44:11
qualitative
175:17
quality
140:9
147:5, 7, 11
149:8
153:21, 23
155:2, 4, 6
quantifies
248:5, 23
quantitativel
y  153:4

quantity
140:9, 15
quartile
10:20
question
15:2, 4
30:17, 21
33:11  34:5,
13  36:21, 24
40:10  42:6,
17  45:7, 10,
14, 16  48:11,
25  49:3
50:20
51:10, 16
52:2, 5
53:4, 10, 13,
16, 18  54:18
55:2, 7
59:24
61:11
62:24  64:1
70:4, 8, 22
74:2, 12, 21
77:7, 12
78:8  82:7,
20  84:13
86:9  87:7
91:5  95:4,
7, 25  96:24
97:2  100:5,
15  103:24
105:13
108:6
109:20
112:16
118:15, 25
119:6, 23
122:21
132:12
134:18
136:1
139:11
142:24

147:25
150:14
155:23
156:1, 22
160:5
164:11
173:17
184:1
186:17, 20
188:16
190:11, 21
191:10, 14,
24  193:10
194:1, 25
201:4
202:5
204:18
206:16
208:22
211:5, 18
218:4
222:8, 23
225:18, 24
226:3, 13, 14,
15, 22
228:16
229:11, 14
230:17
231:6, 15, 25
232:12
233:11
234:22
235:5
238:3
241:12, 20
242:9
244:3
248:13, 22
249:16, 22,
23  250:3, 13
255:24
257:6, 8
259:22
263:5

266:2, 24
268:3
269:22
271:18
279:14
281:10
284:15
285:22
289:12
292:4
298:1, 15
questioning
145:20
297:18
QUESTION
S  14:2
16:14, 21
17:8  20:4
23:20  24:8,
20  25:9
31:15  32:6
33:10  34:1
35:4, 16
38:12
39:22  41:9,
23  42:12
43:23
44:23
48:12
50:22
51:18  52:7,
18  53:14
54:7  55:4,
16, 24  58:7
59:7, 15
60:6, 17
61:2, 19
63:5  65:9
66:20  68:1,
9, 17  69:1,
13  70:3, 21
71:19, 22
74:11  75:1
76:22

77:*13*  78:5,
*20*  79:*18*
80:6  81:*22*
82:8, *17*
84:*2*  85:*1*
86:*1, 15*
87:*1, 13*
88:*4*  89:7,
*8, 21*  90:9,
*21*  91:*10, 20*
92:2  95:8,
*21*  96:*17*
97:3, *19*
98:*11*
100:2, *10*
101:2
102:9
103:*11, 18*
104:*12*
105:3, *20*
106:*1, 13*
109:*24*
110:*12, 21*
113:8, *23*
114:*13*
117:*14*
118:*20*
119:22
120:9
122:3, *24*
123:*15*
124:9
126:22
130:*11*
131:*23*
133:*1*
135:3, *10*
136:2, *14*
137:*13, 20*
139:*20*
141:*14*
142:*13*
144:*4, 18*
145:*1*

146:2, *17*
147:*4*
148:*11*
149:*1*
150:*20*
152:*21*
153:*18*
156:5
157:*4*
158:*14*
159:*18*
160:*21*
161:6
162:5
165:*23*
166:9
167:7
170:*3*
172:*3, 14*
173:5
175:7
178:*4*
182:5
183:2
184:*16*
185:*24*
186:*21*
189:8
190:*17*
192:8
193:*18*
195:*4*
196:*16, 21*
197:*14*
199:*14, 23*
201:9
203:*15*
204:*1, 8, 23*
206:*18*
211:7
212:9, *19*
218:*10*
219:*18*
222:*13*

225:*13, 23*
226:*16*
227:*3*
228:*1*
229:*1, 15*
230:*21*
231:*13*
233:*4*
234:*23*
235:*24*
237:*22*
238:5
240:*23*
241:7, *14, 24*
242:*16*
244:9
248:*21*
249:*3*
251:*1, 15*
253:*3*
256:*10*
257:*13*
258:*11*
259:*18*
260:9
261:*24*
264:*14*
265:2, *15*
266:8
267:5
268:*11*
270:*1*
272:2
273:7
274:*13*
275:6, *21*
277:*1, 13, 21*
278:6, *14*
279:*16*
281:*16*
284:*22*
285:*10*
286:*13*
287:*3*

289:*16*
293:7, *10, 11*
296:*21*
297:*11*
298:*10*
299:*11*
302:6
**quick**  14:*13*
71:*21*
253:*25*
259:2
**quickly**
191:2
**quite**  154:*4*
282:*11*
**quiz**  69:*23*
**quote**  56:*18,*
*20*  57:*17, 19*
92:*23, 25*
93:*13*
94:*12, 13, 23,*
*24*  108:*20*
110:*25*
111:*3, 20, 21*
117:*21, 24*
118:*23*
175:*25*
176:7
200:*18, 20*
210:*18, 19*
214:8, *9*
217:*23*
219:7, *10*
229:*24*
230:5
236:4, *5*
242:*20*
254:*13, 18*
264:*16, 17*
279:*22, 25*
287:5, *10*
288:*12, 16*
**quoted**

180:*10*

**< R >**
**rabney@wat**

**tsguerra.com**
3:5
**radiation**
28:*18*
**radical**
245:*11, 14*
**radicals**
264:*24*
**radioactive**
194:8
**radiolabeled**
189:*25*
190:*4*
192:*15, 17*
193:6, *8*
194:5  197:*3*
**raised**  266:7
**range**  98:*24*
102:*21*
113:*11, 25*
118:*12*
119:*4, 8*
214:*21, 22*
269:*3*
270:*11*
**ranging**
268:*21*
291:*18*
**Rat**  10:*2,*
*11*  15:*22*
102:*23*
107:*19, 20*
125:8
127:*19*
141:*20*
142:*16, 18*
161:*22, 24*
163:*1*
182:*19*

183:5
237:12, 23, 24  295:12, 16  299:2
**rate**  22:20, 23  112:7
**rates**  113:3
**ratio**  284:6, 7
**rats**  11:13, 20, 23  62:4, 12, 14
106:11
112:25
114:1
119:24
120:3
123:22
125:12
128:2, 21
193:8
268:6
294:20, 21
295:8, 10, 14
297:16
298:4, 7, 13, 22
**rats-Focus**  11:18
**RAYNE**  7:1
**rayne.ellis@a rnoldporter.c om**  7:2
**reach**  271:15
**reached**  85:14  271:3
**reaching**  272:14
273:14, 21
**read**  30:20
45:12, 13
103:2
109:7

175:3
176:8, 9
200:21, 23
203:13
206:8
217:10, 14
219:11, 15
230:6, 18
238:16
242:2, 12
254:19
256:19
261:10
262:10
301:3  302:4
**reader**  70:20
**readiness**  288:15
**reading**  218:19
283:3, 4, 6
**readouts**  76:13
80:10, 15, 16
**reads**  243:4
**real**  259:2
**reality**  45:24  46:25
**really**  31:1
37:9  54:14, 18  153:14
172:25
234:2
263:8  286:1
**realm**  23:2
185:22
**Realtime**  1:17  300:2, 17
**rearings**  74:8  75:9
76:1  79:10

**reason**
105:1
178:17
250:12
263:20
301:5
**reasonable**  108:10
**reasons**  116:18
143:4
**REBECCA**  2:5
**rebecca.king @kellerpost man.com**  2:6
**Rebuttal**  9:15  23:25
24:1, 2
25:13
**recall**  15:24
22:12  58:3
59:8  66:12
67:2  81:3, 4  85:9
126:2, 4, 5, 6
130:13
142:15
146:22
153:10
173:22
174:10
190:2
196:24
208:3
216:13
217:2
218:2, 5, 6, 19  235:9
238:24
239:1
253:14, 18
265:12

269:7
294:13
297:19, 20
**receipt**
301:15
**receive**
84:17
**received**
165:17
166:3, 4
168:8, 12
**recency**
85:10, 11
**reception**
210:13
**Receptor**
11:14
202:15, 17, 20  206:7, 12, 23  207:1, 3, 5, 7  208:6, 9
210:3, 7
**receptors**
206:25
232:8, 10
**recognize**
16:25
166:12
168:4
170:6, 7
238:19, 22
240:5, 6
265:5, 9, 18
**recognizing**
187:7
**recollecting**
29:19
**recollection**
20:13  22:4
87:20
221:25
222:11
292:6

**recommendi ng**  231:8
**recommends**  230:3
**record**  13:2, 15  14:6
71:14, 15, 18
83:6  137:8, 9, 12  145:17
184:11, 12, 15  192:24
235:19, 20, 23  274:8, 9, 12  293:1, 2, 5  296:22, 23
297:5, 6, 9
299:16
**records**
180:6
**red**  57:4
**REDIRECT**
297:10
**reduced**
237:14
**reduction**
104:8
**refer**  40:13, 15  66:21
82:6  97:20
125:16
150:17
173:10
175:13
271:13
285:17
**reference**
17:9, 18
38:23  62:3
114:14
127:19
134:8
165:25
217:11

228:*19*, *20*
289:*7*, *18*
**referenced**
153:*22*
170:*9*
205:*13*
216:*20*
271:*5* 278:*1*
**referred**
112:*13*
192:*25*
**referring**
34:*25* 35:*2*
56:*23*
100:*22*
101:*18*
150:*21*
151:*6*
152:*1*
191:*6*, *20*
208:*5*, *7*
214:*12*
223:*12*
228:*21*
229:*4*
258:*7*, *15*
268:*13*
287:*16*, *20*
**refers**
140:*15*, *17*, *24*
**refit** 206:*2*
**reflect**
262:*15*
**reflected**
73:*13*, *24*
75:*10*
95:*13*
203:*19*
212:*23*, *24*
213:*2*, *5*, *13*
224:*5*

**reflects**
85:*2* 93:*20*
260:*14*
**regard** 26:*1*
40:*21*
42:*17*
62:*18*
63:*23*
66:*16*, *25*
72:*6*, *8*, *12*
73:*9*, *22*
76:*23*
85:*15*
88:*14* 89:*5*, *8*, *13* 149:*13*
153:*20*
157:*17*
200:*24*
205:*14*
219:*3*
228:*4*
229:*5*
241:*2*
254:*23*, *24*, *25* 255:*6*
271:*2*, *4*, *16*
285:*19*
298:*12*
**regarding**
20:*9* 25:*20*
81:*10*
87:*15*, *19*, *23*
88:*2* 275:*25*
**regardless**
65:*14*
109:*15*
268:*19*
**regenerate**
246:*25*
247:*1*, *3*, *5*, *9*
**region**
285:*7*
291:*25*

**Regions**
10:*2*
191:*19*
246:*5*
275:*18*
281:*4*, *5*
**Registered**
1:*16* 300:*2*, *17*
**regression**
10:*20*
**regulatory**
173:*2*, *13*
179:*25*
180:*12*, *17*
**relate** 27:*9*
**related**
38:*13*
59:*17*
123:*2*
211:*11*
214:*2*
221:*1*, *2*
242:*5*
252:*9*
280:*23*
**RELATES**
1:*5* 35:*18*
75:*23*
112:*16*
144:*8*
200:*4*
208:*10*
234:*7*
**relating**
24:*24* 82:*11*
**relationship**
36:*19* 44:*3*
209:*1*
255:*21*
256:*5*, *9*, *12*
**relative**
73:*1*, *3*
237:*15*

243:*19*
246:*16*
248:*18*
300:*10*, *11*
**relatively**
180:*7*
202:*13*
264:*12*
**released**
88:*13*
**relevance**
27:*11*
29:*23* 30:*8*
62:*1* 80:*16*, *22* 115:*19*, *21* 138:*15*
200:*9*, *13*
247:*6*
276:*17*
**relevant**
28:*12* 29:*1*
31:*9* 43:*6*, *14* 44:*13*
63:*9* 76:*17*
79:*4* 109:*3*, *9*, *11*, *23*
118:*23*
129:*6*
132:*22*
143:*25*
154:*1*, *5*, *20*
157:*10*
246:*13*
248:*14*
251:*23*, *24*
268:*8*
269:*10*, *13*, *15*, *18* 270:*9*, *11*, *13*
294:*15*, *18*, *19*, *25*
295:*17*
**reliability**
138:*14*

140:*5*
200:*9*
208:*23*
**reliable**
275:*25*
287:*19*
288:*5*, *8*
**reliably**
178:*19*
282:*21*
**relied** 30:*24*
121:*4*, *9*, *12*
148:*6*
180:*11*
217:*8*
238:*20*
**rely** 121:*7*
148:*1*
171:*24*
201:*25*
202:*2*, *5*
239:*10*
270:*18*
272:*13*
273:*22*, *24*
295:*20*
296:*6*, *8*
**relying** 81:*5*
114:*9*
121:*1*, *10*
236:*20*
243:*10*
271:*1* 272:*4*
**remain**
263:*24*
**remember**
21:*19*
59:*13*
107:*2*
126:*25*
164:*15*
206:*20*
266:*5*

**remind**
145:*22*
**reminded**
37:*10*
**remove**
247:*2*
**render**
209:*18*
**rendering**
294:*6*
295:*22*
**repeat**  97:*1*
101:*9*
186:*19*
**repertoire**
120:*7*
**rephrase**
20:*5*
**replace**
247:*15*
**replicated**
49:*16*
167:*2*
275:*8*  288:*7*
**replicates**
214:*13, 21,
23*
**reply**  23:*22*
**Report**  9:*12,
15*  10:*6*
15:*11, 13, 17*
16:*2, 17*
19:*3*  20:*10*
23:*22, 25*
24:*1, 2, 11,
12, 16, 24*
25:*2, 13, 17*
39:*10*
63:*10*
66:*21, 23*
67:*15*
68:*19*
78:*21*  79:*1,
20, 24*  81:*10,*

*15, 17*  85:*2,
5*  89:*4*
91:*2, 9, 17,
19, 22*  97:*21,
23*  98:*2*
99:*7*
101:*13*
102:*2*
104:*22*
105:*19*
106:*10*
107:*21*
108:*10, 16,
21*  118:*22*
121:*19, 22,
24*  122:*2, 6,
9*  124:*4*
125:*17*
127:*19*
130:*6*
131:*22*
133:*3*
137:*16, 22*
141:*3, 8*
146:*14*
147:*6, 23*
149:*16*
150:*11, 25*
153:*2*
155:*21*
158:*21*
161:*8*
163:*9, 22*
164:*9, 13, 14*
165:*11*
166:*18, 22*
168:*15*
170:*10, 18*
174:*2, 12*
175:*2, 3, 12*
178:*14*
180:*11*
199:*4, 25*
203:*9, 19*

204:*16, 22*
205:*14, 17*
206:*5*
210:*22, 24*
211:*9*
212:*23, 25*
213:*2, 13*
216:*21, 24*
217:*9, 10, 11*
218:*18*
220:*25*
221:*13*
222:*18*
224:*6*
225:*6*
228:*7*
236:*2*
242:*1, 2*
246:*1*
258:*19*
259:*2*
261:*3*
266:*10*
267:*12*
270:*24*
271:*6*
274:*15*
277:*17, 25*
278:*2, 10*
279:*18*
289:*1*
295:*2*
296:*5, 6, 9,
13*
**reported**
102:*13, 24*
275:*1*
**Reporter**
1:*16, 17, 19,
20*  13:*16*
30:*20*
45:*13*
212:*4*
300:*2, 3, 17,*

*18, 19, 20, 21,
22*
**reporting**
138:*17*
**reports**
17:*25*
18:*14, 16*
19:*3, 16, 17*
20:*10*
26:*21*
91:*23*
121:*2, 18, 21,
25*  235:*1*
239:*3*
**represent**
56:*2*
217:*16, 17*
260:*21*
285:*15*
286:*14*
**representatio**
**n**  221:*23*
**representativ**
**e**  49:*22*
**represented**
206:*24*
**representing**
260:*6*
**represents**
260:*13, 21*
**reproduce**
287:*8*
**reproduced**
203:*9*
287:*18*
288:*13*
**request**
20:*15*
**require**
147:*1*
161:*11*
239:*20*
**required**
76:*11*

80:*15, 21*
171:*9*
225:*22*
227:*23*
**requirement**
125:*5*
**requires**
152:*12*
208:*24*
**Research**
10:*7*  30:*10*
31:*12, 13*
41:*2, 10*
44:*2*  54:*22*
59:*21*
80:*24, 25*
81:*6, 11*
82:*10, 22*
83:*21*
84:*17, 22, 23*
93:*11*
94:*10, 16, 21*
171:*23*
180:*5*
229:*25*
230:*9, 24*
237:*5*
285:*20*
286:*3, 4, 7,
10, 24*  287:*8,
9, 17, 19, 22,
25*  288:*1, 4,
6, 16*  296:*12,
18*  297:*23*
298:*5*
**researchers**
169:*7*
171:*23*
**reservation**
187:*7*  189:*1*
**reserve**
187:*2*
188:*24*
189:*20*

**resolve**
51:*14*
**resource**
286:*17*
**respect**
63:*3*  90:*6*
188:*15*
211:22
212:*3, 7*
233:*19*
289:*21*
**Respectfully**
188:*3*
**respects**
30:*4*
**respond**
42:*15*
247:*20*
**responded**
57:*16*  58:*5*
**Response**
11:*8, 23*
20:*15*  25:*5*
36:*24*  44:*8,*
*11*  94:*7*
101:*9*
114:*16*
126:*3*
177:*3*
178:*9, 10*
205:*23*
209:*2, 4, 22*
228:*3*
231:*24*
284:*12, 18,*
*20, 21*
**responses**
32:*1*  44:*12,*
*16*  64:*15, 16*
**responsible**
263:*1*
**rest**  60:*9*
242:*15*

**restate**
30:*17*
36:*20*  45:*9*
95:*6*
**result**  99:*1*
160:*1*
213:*17*
227:*15*
288:*13, 20,*
*21*  289:*10*
**results**
31:*17*
61:*23*  79:*8*
116:*16*
117:*6, 7, 10*
156:*4*
172:*4*
175:*25*
202:*9*
205:*21*
206:*12*
256:*3*
288:*14*
294:*6*
**retracting**
95:*18*

**retrospective**
254:*14*
**return**  15:*3*
301:*13*
**review**
33:*19*
41:*18*  81:*2,*
*7, 24*  82:*9,*
*22*  101:*12*
125:*21*
149:*25*
177:*17, 23*
179:*10*
187:*5*
188:*14*
196:*10*
203:*7*

206:*11*
242:*4, 11*
253:*21*
265:*6, 9, 18*
271:*8*
273:*10*
276:*22*
295:*21*
**reviewed**
15:*13*
28:*14*  86:*6*
121:*6, 24, 25*
122:*6, 11*
188:*13*
217:*8, 12*
226:*25*
239:*25*
241:*25*
245:*23*
253:*16*
265:*10*
271:*12*
275:*13*
296:*6, 11*
**reviewing**
83:*9, 13, 25*
**reviews**
177:*4*
**revise**
169:*23*
**revisions**
196:*8*
**RFO**  3:*6*
**rich**  120:*7*
292:*13*
**Rico**  3:*7*
**right**  17:*20*
18:*19*
21:*15*  22:*8,*
*22*  30:*1*
57:*2*  58:*12,*
*22*  59:*22*
60:*10, 21*
61:*13, 22, 24*

62:*10, 16*
69:*18*
71:*12, 16, 24*
72:*10*  73:*6,*
*14, 17*  75:*21*
77:*3, 21*
78:*24*
79:*24*  85:*8*
92:*13, 16*
93:*10*
98:*21*
99:*10, 14, 21*
102:*15*
105:*21*
107:*18*
108:*2*
109:*7*
110:*17*
113:*13*
114:*17*
125:*14*
126:*14*
127:*7, 20, 25*
128:*1, 5, 17,*
*23*  131:*25*
133:*20, 24*
134:*16*
135:*6*
137:*6, 10*
139:*4, 9*
140:*11, 20*
141:*8, 15*
142:*22*
144:*10*
145:*5*
150:*8, 12*
153:*6*
158:*23*
161:*25*
162:*16*
163:*4, 23*
164:*22*
165:*1, 4*
166:*5*

167:*3*
173:*16, 21*
174:*12*
176:*8, 9*
178:*20*
180:*22*
183:*24*
184:*9, 13*
187:*2*
189:*11, 15,*
*20, 25*  191:*3*
192:*16, 17*
195:*18*
196:*18*
197:*24*
198:*11*
199:*5*
200:*6, 11, 14*
201:*2, 17*
206:*9*
207:*13*
210:*3, 9, 16,*
*19*  213:*14,*
*18*  214:*3, 6*
215:*20, 23,*
*24*  216:*2, 6*
217:*9*
223:*13, 22*
224:*6, 11, 17,*
*22*  228:*10*
231:*2*
233:*9*
235:*17, 21*
239:*12*
254:*10, 19*
257:*22*
258:*5*
259:*10*
260:*11*
262:*10, 23*
263:*2*
264:*9*
267:*13*
268:*17*

Confidential - Subject to Protective Order

271:*6*
274:*6, 10*
281:*5*
282:*6*
292:*24*
293:*3, 15, 16*
296:*24*
297:*3, 7*
299:*14*
**right-hand**
207:*12*
213:*25*
**Rigobello**
107:*9, 14, 19,
20, 24* 108:*3*
295:*13*
**rigor**
286:*23*
287:*6*
**rigorousness**
130:*19*
**risk** 27:*22*
42:2, *10, 13,
21* 43:*3, 22,
25* 44:*19, 22*
45:*1* 75:*17*
78:*18*
108:*23*
180:*2*
184:*20*
185:*6*
226:*9*
227:*16*
255:*21*
256:*4*
**Rite** 8:*4*
**Riverside**
2:*9*
**RNA** 117:*10*
**RNAC**
37:*15*
**Road** 5:*8*
**Rock** 4:*3*

**rodent** 11:*1*
77:*22*
108:*13*
109:*11, 18*
126:*12*
242:*6*
294:*15*
**Rodents**
112:*25*
113:*6*
116:*25*
117:*2* 127:*7*
**Role** 10:*24*
**Roman**
216:*25*
**ROMANO**
2:*7*
**room** 15:*9*
16:*7*
**ROSIE** 2:*7*
**rosie.romano**
**@kellerpost**
**man.com**
2:*8*
**Round** 4:*3*
**route** 104:*5*
159:*19*
160:*6, 18*
161:*25*
162:*21*
165:*8*
166:2, *4*
**routes**
161:*11*
197:*9*
**rubric**
132:*16*
**Rule** 9:*12,
15* 14:*25*
19:*25*
154:*25*
**rules** 14:*14*
83:*14* 84:*1*
**run** 78:*12*

**rundown**
14:*13*
**running**
62:*13*
**RUSS** 3:*5*

< S >
sa 290:*20*
**Saad** 182:7,
*21*
**Sacramento**
5:*3*
**safety** 87:*16,
19* 88:*1*
232:*11*
**sake** 49:*3*
**sample**
150:*4*
152:*25*
153:5, *16*
170:*20*
171:*1, 16*
172:8, *11*
194:*13*
256:20, *22*
**SANDRA**
6:*19*
**Santa** 4:*19,
20*
**Sarah** 29:*10*
**sat** 23:*8*
**saw** 15:*15*
22:18 23:*3*
64:7 73:*11*
208:*3* 225:*5*
**saying** 34:2,
*3, 17* 35:*24*
36:5 47:*5*
83:*7*
104:*23*
105:*24*
106:3, *4*
139:*5*
148:*16*

175:*20*
191:*18*
220:*6*
231:17, *18*
239:*16*
248:*1*
249:4, *16*
255:*4*
267:7, *8*
270:*7*
288:*3*
289:*25*
290:*5*
296:*14*
**says** 13:*23*
17:*22*
56:*18*
61:*22*
62:*11*
76:*24*
79:*19*
91:*18*
134:*22*
140:2, *21*
154:*25*
171:*4*
196:3, *25*
200:*15*
207:13, *17,
22* 210:*18*
213:*21*
214:*10*
216:*4*
222:*24*
236:*4*
254:*13*
256:*2*
261:11, *17*
274:*24*
288:*12*
**scale** 49:*14*
156:15, *23,
24* 181:*21*
246:*18*

**scaling**
98:*25*
112:*24*
113:17, *20,
22*
**scan** 48:*2*
**SCARCELL**
**O** 3:*17*
**scatter**
209:*22*
**School**
29:*18*
**SCHULTZ**
2:*8*
**Science**
10:*7*
111:*10*
287:*6*
**Scientific**
26:*21*
30:*10* 32:*2*
34:6 45:*4*
48:22 51:*5,
21* 52:*8*
53:7, *25*
54:12, *21, 24*
149:*24*
237:*5*
249:*15*
285:*20*
287:*7*
290:*17*
296:*11*
**scientifically**
171:*14*
**scientists**
93:*24*
180:*5*
249:12, *14*
288:*14*
**scope**
118:*18*
177:*24*
187:*12*

189:*12*
272:*21*
273:*1*
**scorable**
126:7
169:*10*
**score**
131:*13, 19,
24* 151:*18*
154:2, 6, 21
155:3
156:*3, 7, 11*
164:25
168:*17*
169:23
170:20
**scored**
132:25
149:*4*
170:*19*
**score-
driving**
131:*19*
**scores**
151:*19*
**scoring**
126:*1*
130:*14, 18,
20, 23* 131:5
147:*9, 12, 14,
16, 17* 148:*2,
12* 149:*4, 7,
10, 13* 150:2
151:8
155:16
180:*20, 23*
**scratch**
238:*15*
**scrutiny**
43:9
**se** 267:*23*
296:*14*
**SEAN** 2:*14*

**search**
123:*12*
**second**
32:*14* 46:8
76:24
78:22
202:*19*
213:*20*
218:22
287:*4*
288:*10*
**section**
78:*23*
79:22 80:*3*
172:*4*
179:*3*
216:*24*
267:*20*
279:*20*
286:*16*
**see** 17:*12*
29:*3* 38:5
39:*20, 25*
48:2 49:*21*
50:*19* 56:5,
9, 10, 17, 21
57:*20, 21*
68:16
72:13
76:24 89:*4*
90:5 94:*16,
22* 99:*13*
110:6, 20
133:*12, 13*
142:8
146:*1*
154:*16*
158:24
162:*3*
164:23
171:*12, 13*
173:8
177:2
179:5

186:*23*
207:*25*
208:*1*
212:7
213:*15*
215:25
234:*20*
236:8
238:*19*
239:7
241:2
254:7
261:*16*
262:*18, 19*
266:*12*
270:*23*
275:*7, 14*
280:*15, 16*
281:*20*
282:*12*
**seeing** 66:*8,
9* 222:*1*
**seen** 38:*1*
39:*13* 51:*1,
7, 24* 52:*20*
54:*9, 21*
72:8 85:*21*
86:*12, 17*
87:2, 9
89:*4*
114:*19*
115:3
144:*15, 16*
211:*20, 22,
24* 212:*12,
17* 255:*8*
268:*24*
269:5
271:*20*
290:*15, 20*
298:*17*
**selectively**
181:*11*

**sense** 28:*12*
72:*18*
105:5
181:5
202:*17, 22*
203:2
**sensitive**
298:*19*
**sensitivities**
294:22
297:*17*
**sensitivity**
202:*14*
298:*8, 11*
**sentence**
61:22
65:*23*
99:*11*
110:7
117:*18*
254:8
288:*11*
**sequelae**
119:9
**sequencing**
117:*10*
**serial-
reaction**
66:6 144:*6*
252:*1*
**series** 39:2
125:8
127:*10*
128:9 129:8
**serotonergic**
220:*21*
279:*20, 23*
280:*3, 7*
**serotonin**
234:*18*
280:*12, 23,
24* 281:*15*
283:*3, 5, 7, 9,*

*10, 24* 285:2
**serum** 99:*1*
**serve** 87:*14,
18, 22*
**serves** 21:7
**SERVICES**
1:*21* 8:*17*
13:*4*
**session**
14:*20*
**Set** 39:*18*
45:*23*
46:*15, 19, 23*
48:*13* 69:5
71:*1* 91:22
142:*11*
157:*21*
249:*19*
300:8
**sets** 46:*25*
**Seven**
161:*24*
162:6
**sex** 64:7
72:*19* 75:*3*
**sex-
dependent**
57:8
**sexes** 195:*14*
**Sex-specific**
9:*15, 18*
58:9
**Sexually**
10:*1*
**shaky** 21:*15*
**SHANNON**
8:*13*
**sheet** 301:*6,
9, 11, 14*
302:7
**shifted**
151:2
293:*17*

**short**
292:*20*
297:2
**short-circuit**
17:8
**Shorthand**
1:*18*  300:*3,
18, 19, 20*
**show**  33:*20,
22, 23*  34:*24*
62:6  101:8
109:*3*
138:2
195:8
243:*23*
244:*23*
245:*6, 14*
251:*3*
255:*21*
270:*16*
275:*16*
280:*11*
281:6  283:8
**showed**
60:*20*  61:*7,
12*  62:*9*
63:22
157:*15*
176:*1*
201:*17*
251:*18, 19,
22*  258:*20*
283:*10*
**showing**
30:*10*
33:*14*  34:*7*
36:*18*  38:*6,
8*  246:*3*
264:*1*
**shown**
53:*21*
54:*11*  99:*1,
25*  100:*12*
101:7

237:*5*
258:22
**shows**
30:*14, 15*
32:*15*  33:*7*
36:*16, 23*
37:*14, 15, 19,
23*  38:*1*
175:*15*
206:6
210:2
211:*1*
222:*21*
237:*13*
239:22
**SHR**  62:*4*
**SHUSTER**
3:*9*
**sic**  119:*23*
123:*3*
213:*12*
218:*18*
221:*14*
278:*20*
**side**  156:*14,
15*  181:*21*
**sigmoidal**
214:*25*
**sign**  74:*16*
301:8
**signal**  56:*19*
**signaling**
227:*9, 10*
261:6
262:7
264:*18*
279:*21, 23*
280:*3, 13, 19,
22*  281:7
282:*3*
**signature**
40:*21*

**signatures**
39:*15, 25*
40:6  41:*7, 8*
**signers**
90:22
**significance**
74:*17*
171:*10*
176:*17, 18,
19*
**significant**
64:6  73:*11,
21*  76:*15, 17*
77:*17*
157:*16*
176:*21, 23*
251:*24*
252:*4, 5*
256:*12*
282:*3, 8, 15,
16, 19*  283:*8*
284:*1, 8, 10*
285:*3, 6*
**significantly**
175:*11*
282:*21*
283:*13*
284:*3*
**signing**
301:*9*
**silico**  199:*5,
6, 12*  200:*10*
**similar**
70:22  89:2
90:20
148:*16*
149:9
160:*12, 20*
161:*4*  246:*9*
**similarly**
287:*23*
**Simon**  29:*15*
**simpler**
250:*10*

**simultaneous
ly**  92:*24*
95:*23*
**single**  88:*15*
97:*24*
102:*11, 23*
103:*21*
104:*3, 18*
105:*10*
107:7
108:2
113:*12, 21*
114:2
118:5
130:*24*
190:*9, 15, 18*
191:*11*
202:*5*
235:*1*
269:*17*
288:*5*
**singular**
250:*17, 18*
**sit**  53:*16, 17*
70:23
90:*11*
117:*25*
185:*4*
187:*6, 8*
189:*2, 9*
**sitting**
17:*20*  88:*5*
**situations**
180:*3*
**six**  84:*5*
164:22
269:*24*
**size**  150:*4*
152:*25*
153:*5*
170:*20*
171:*1, 16*
172:*8, 11*
173:9

231:*20*
243:*5*
256:*21, 22*
**sizes**  153:*16*
**skepticism**
93:*21*  94:*1,
6*
**sko@btlaw.c
om**  6:*19*
**slightly**
163:*25*
**small**
222:*12*
247:*4, 22, 23*
264:*12*
**smaller**
231:*20*
248:2
**SMITH**  8:*1*
**snapshot**
224:*1*
259:*20*
260:*1*
262:*16, 22*
**social**  11:*12*
**sociability**
154:*14*
**Society**
88:*18, 19*
89:9
**solely**  81:*17*
127:*16*
**somebody**
47:5  84:*21*
**Sorry**  21:*9,
11, 17, 20*
22:*24*  24:*2*
28:*13*  32:*7*
37:7  45:*1*
51:*17*  52:*5*
54:*14*  72:*9*
73:*18*  76:*6*
78:7  79:*24*
92:*15*  95:*7*

98:*4, 7*
99:*6*
101:*23, 25*
106:*8*
116:*22*
119:*13*
121:*6*
136:*9*
168:*14*
169:*1*
173:*18*
174:*21*
175:*22*
178:*25*
179:*6*
204:*6*
206:*19*
209:*12*
213:*1, 10*
220:*18, 19*
221:*15*
229:*13*
240:*18*
241:*10*
251:*25*
261:*21, 25*
265:*8*
267:*22*
268:*5*
278:*21*
282:*25*
284:*23*
285:*16*
286:*25*
**sort** 48:*10*
93:*20*
143:*9*
151:*21*
243:*17*
248:*10, 15,*
*16* 249:*15*
**sorts**
131:*10*

153:*16*
286:*22*
**sound**
14:*22* 15:*5*
22:*22*
**sounds**
93:*10*
128:*1*
235:*16*
**source**
228:*13*
229:*4*
**sources**
84:*19*
**South** 5:*14*
7:*18* 8:*2, 7*

**SOUTHERN**
1:*1*
**SOVIK** 8:*1*
**SOX**
202:*24*
216:*14*
**SOX1**
215:*19*
216:*8, 10, 13*
**SOX2**
216:*11*
**space** 301:*6*
**SPALDING**
7:*4* 8:*12*
**Spatial**
10:*10*
**speak** 57:*24*
59:*10*
252:*25*
**speaking**
61:*17* 178:*7*
**species**
35:*19*
109:*14*
112:*17*
161:*18*

223:*24*
299:*7*
**specific**
18:*15* 30:*9*
34:*25* 39:*1*
40:7, *21, 22*
43:*12, 21, 24,*
*25* 44:*3, 16*
45:*18, 23*
46:*21*
48:*20*
67:*17* 84:*4*
100:*22*
108:*9*
139:*8, 17*
142:*15*
157:*12*
201:*21*
203:*14*
204:*14, 21*
222:*11*
232:*14*
233:*21*
258:*18, 23*
286:*6*
**specifically**
18:*10*
38:*19* 39:*5*
59:*8* 65:*25*
66:*25* 82:*6*
93:*18*
115:7, *15*
122:*16*
123:*4*
147:*15*
154:*23*
195:*12*
201:*19*
207:*4*
216:*9*
222:*24*
232:*25*
233:*24*
235:*10*

239:*4*
240:*14*
268:*25*
286:*16*
291:*22*
**specificity**
202:*10*
212:2, *5*
233:*1* 234:*5*
**specify** 98:*5*
**spectrum**
39:*21* 40:*2,*
*12* 51:*2*
133:*25*
257:*3*
**speculating**
183:*23*
**spend**
242:*14*
**spent** 23:*6,*
*21* 35:*13*
**spinal**
11:*18* 282:*9*
**spines**
290:*20*
291:*3*
**spinophilin**
290:8, *11, 15*
**spoken**
120:*4*
**spontaneousl**
**y** 62:*4*
**Sprague**
62:*13*
**St** 4:*14*
**stance** 42:*16*
**standards**
285:*19*
286:*6*
**start** 15:*1, 3*
21:*22* 49:*5*
135:*18*
280:*14*

281:*17*
293:*22*
**started**
128:*19*
293:*25*
**starting**
39:*2*
126:*17*
129:*25*
**starts** 110:7,
*15* 117:*18*
139:*5* 254:*8*
**state** 14:*5*
19:*11* 63:*9*
77:*19*
92:*22*
97:*25*
98:*22*
99:*12*
108:*20*
110:*25*
117:*17*
140:*14*
150:*1*
173:*17*
175:*25*
206:*4*
209:*25*
210:*25*
256:*15, 17*
258:*20*
261:*2*
274:*18*
279:*19, 21*
289:*3* 301:*5*
**stated**
20:*18* 44:*9*
78:*10*
105:*19*
117:*1*
147:*19*
150:*9*
191:*21*
219:*17*

250:*12*
288:*3*
293:*16*
**state-**
**dependent**
223:*1*
**statement**
59:25
85:25
88:*13*
90:*17, 23*
91:*24*
93:*19*
95:*13*
111:*5, 7*
118:*1*
137:*23*
140:22
163:*11*
179:*14, 16,*
*18* 198:*1*
219:*20*
228:22
236:*3, 10*
255:*4, 10*
287:*12, 14*
288:*18, 19*
**STATES**
1:*1* 66:*1*
81:*14*
89:*23* 99:*5,*
*15* 102:*16,*
*22* 109:22
110:*6*
124:*4*
179:*9*
219:*2*
229:*24*
259:*4* 287:*5*
**stating** 44:*7,*
*11* 298:*6*
**statistical**
74:*17*
176:*18*

**statistically**
64:*5* 65:*17*
73:*11, 21*
74:*7* 76:*14,*
*16* 77:*16*
157:*16*
176:*21, 23*
251:*23*
252:*3, 5*
256:*11*
282:*2, 8, 16*
283:*8*
284:*1, 7, 9*
285:*3, 5*
**statistics**
175:*20*
**Staying**
269:*16*
**steady**
268:*21*
269:*11, 16*
270:*2, 14*
**steady-state**
270:*12*
**stenographic**
13:*15*
**stenographic**
**ally** 300:*7*
**step** 139:*24*
205:*8*
**steps**
138:*10, 20*
**stimulated**
215:*11*
**Stores** 7:*10*
**Stores-PNS**
8:*9*
**stracey@trac**
**eylawfirm.co**
**m** 2:*14*
**straightforw**
**ard** 180:*7*

**strain**
134:*25*
298:*25*
**stratified**
75:*3*
**Street** 1:*13*
2:*16, 23*
5:*14* 6:2,
*20* 7:*2, 13,*
*18* 8:*2, 7*
13:*8*
**strengths**
129:*23*
131:*16*
199:22
**stress** 10:*20,*
*24* 28:*8, 11*
29:*24* 30:*2,*
*5, 12* 33:*3,*
*12, 15* 34:*4,*
*9, 14, 17, 18,*
*22* 35:*7, 8,*
*12, 14, 15*
36:*2, 4, 6, 8*
38:*25*
39:*11*
166:*25*
217:*20*
219:*5, 21*
220:*13*
244:*18, 19,*
*25* 247:*15*
248:*6, 25*
249:*9, 25*
252:*8, 12*
254:*16*
255:*7, 15, 19*
256:*6*
257:*1, 10*
258:*2, 23*
261:*6*
262:*3, 6*
264:*17*

**stressor**
261:*5* 262:*6*
**striatum**
11:*12*
**strict** 19:*25*
**strictly**
61:*17*
**strike** 48:*17*
65:*10* 93:*4*
94:*9* 98:*12*
103:*19*
138:*4*
203:*16*
230:*20*
240:*1*
245:*17*
280:*21*
285:*13*
**strong** 96:*9*
105:*1*
117:*3* 256:*5*
**student**
29:*8, 9, 11*
**studies**
15:*12, 15, 16,*
*18, 22, 25*
16:*6, 17*
28:*25*
32:*13, 17*
33:*19, 21*
34:*25*
49:*17*
53:*21*
102:*14, 25*
106:*9, 17*
111:*17, 22,*
*25* 112:*1, 8*
122:*12*
123:*1, 11*
124:*22, 23*
125:*3, 9, 10,*
*12, 22*
126:*23*
127:*3, 5, 11,*

*12, 15* 128:*9,*
*20* 129:*9, 11,*
*17, 23* 130:*7*
131:*17*
132:*19*
134:*12, 14*
137:*24, 25*
139:*16*
141:*6*
142:*1, 2*
143:*13, 14,*
*17* 144:*14*
146:*16, 19*
147:*2*
148:*10*
151:*16*
152:*2*
155:*15*
158:*23*
161:*14, 23,*
*24* 162:*19,*
*20, 25* 163:*2*
164:*8, 10, 20,*
*22, 25*
165:*24*
169:*8*
180:*13, 21*
181:*20*
182:*3, 13, 17,*
*19* 183:*20,*
*22* 186:*2, 9*
197:*10*
225:*8*
226:*19*
235:*9*
236:*12*
237:*25*
238:*7*
243:22
244:*23*
245:*13*
251:*3*
252:*11, 16,*
*18* 254:*14,*

Confidential - Subject to Protective Order

*22* 255:*13*
257:*9*
258:*1*
263:*11, 16,*
*17, 25* 264:*2,*
*4* 267:*15*
274:*25*
275:*14, 16,*
*18, 23* 276:*6,*
*7, 11, 12, 21*
280:*11, 18*
281:*2, 3, 13*
287:*18*
294:*10, 15*
295:*16, 22*
**study** 22:*6,*
*7* 24:*25*
25:*1* 27:*12,*
*15, 16* 28:*3,*
*5, 15, 16, 22*
29:*14, 20*
32:*11, 15*
55:*20*
58:*22, 25*
60:*8* 62:*8,*
*15, 17* 65:*14,*
*25* 71:*22*
72:*14*
82:*11* 84:*6*
92:*13*
93:*12*
94:*11*
95:*19* 96:*4,*
*7, 9* 97:*22*
98:*5*
100:*22*
104:*4*
106:*20*
113:*17*
116:*5*
128:*12*
129:*3*
130:*20, 24*
131:*7, 11, 13,*

*19* 132:*8, 23*
135:*15, 18*
142:*8, 16, 18*
147:*20*
150:*3*
153:*5, 14, 15,*
*25* 154:*3, 5,*
*7, 11, 22*
155:*12, 19*
156:*14, 18,*
*22* 157:*15,*
*21* 158:*7*
163:*15, 16,*
*17* 165:*18*
166:*12, 15,*
*20, 24*
167:*10*
168:*4, 6, 7,*
*11, 25*
169:*11, 12,*
*24, 25*
170:*13*
172:*13, 15,*
*24* 173:*12,*
*13, 14, 16, 21,*
*25* 176:*25*
177:*12, 16,*
*17, 20*
178:*16*
179:*10*
182:*6*
183:*21*
189:*24*
190:*6, 7, 9,*
*24* 191:*1, 5,*
*15* 192:*1, 12,*
*19, 21* 225:*6*
235:*1*
237:*8*
240:*5, 6, 10*
241:*19*
244:*14*
248:*4, 11, 23*
249:*7, 24*

250:*5*
252:*21, 24*
253:*8, 13, 15,*
*17, 19*
255:*14*
256:*25*
257:*16, 18,*
*20* 258:*14*
259:*13*
265:*5, 7*
267:*19*
268:*10, 15,*
*20* 270:*17*
272:*4, 6, 7*
273:*10, 13*
277:*4*
278:*18*
288:*22*
294:*3, 7*
295:*7*
297:*13*
**study-by-**
**study**
142:*22*
**studying**
31:*2, 4, 7, 10*
35:*14*
**study's**
276:*17*
**stuff** 83:*23*
112:*4*
**stuttering**
69:*7* 70:*6,*
*24*
**subchronic**
169:*20*
**subcutaneous**
165:*3, 5*
**subject**
91:*17*
301:*10*
**sublethal**
133:*9*

**submission**
59:*18*
**submit** 84:*5*
177:*20*
**submitted**
22:*10, 13, 15*
25:*13*
81:*24*
82:*22* 83:*8*
149:*3*
164:*13*
177:*12, 15*
**submitting**
83:*20* 84:*10*
**Subscribed**
302:*15*
**subsection**
270:*22*
**subsequent**
167:*24*
**substance**
164:*19*
249:*17*
302:*7*
**substances**
28:*14* 193:*8*
**substantial**
32:*2, 3*
282:*11*
**substantially**
122:*1*

**substantively**
293:*24*
**suffer**
263:*18*
**sufficiency**
140:*10, 14*
**sufficient**
157:*25*
171:*15*
172:*17*
176:*12*
189:*21*

220:*10*
225:*16*
226:*1* 243:*1*
**sufficiently**
219:*16*
227:*14*
**suggest**
143:*22*
157:*7*
**suggesting**
144:*3*
**suggestion**
57:*10* 58:*6*
**suggestions**
64:*20*
**suggestive**
251:*22*
**suggests**
235:*1*
**SUGNET**
8:*1*
**suitable**
131:*1*
298:*4* 299:*8*
**Suite** 2:*9,*
*16* 3:*6, 19*
4:*3, 8, 14, 19*
5:*2, 8, 20*
6:*2, 8, 20*
8:*2*
**sulfation**
223:*5, 22*
**SULLIVAN**
3:*12*
**summaries**
152:*2*
**summarizati**
**on** 220:*3, 5*
224:*19*
**summarize**
174:*2*
**summarized**
219:*16*

summary
97:22
99:12
166:18
174:1
175:9
271:12
summer
8:13
SUNKARA
6:7
super  124:6
superior
278:23
Supplement
9:12  25:5

supplemental
24:23  25:2
81:10
support
28:6  59:1
95:16
142:9
181:12
183:22
201:20
202:2, 10
228:21
243:14, 16
256:5
267:15
270:19
275:19
supported
280:8
supporting
236:12
supportive
202:9
supports
32:23
41:12
87:12

109:1
160:11
suppose
268:8
supposed
234:21
sure  42:6
65:21  66:9
71:11
107:13
135:21, 25
140:21
156:1
163:10
191:20
192:23
193:3
215:8
218:24
219:14
231:6
238:9
253:9
281:17
287:1
surprising
203:3  212:6
survey
134:24
swear  13:17
sworn
13:21
300:4
302:15
symptom
68:2  118:7
symptoms
118:7
Synapses
10:4
synaptic
49:6  50:10,
24  220:15
261:8  262:9

synaptics
290:19
synthesis
221:10
Syracuse
8:3
system  31:9
109:5
130:19
131:5
132:17
147:9, 12, 14,
16, 17  148:2,
7, 12  149:5,
10, 14  178:9,
10  180:21,
23  220:12
227:7, 11, 15
232:5, 17
233:3, 16, 23
234:11, 13,
15  270:12
280:8  290:2
systematic
149:25
276:21
systems
31:4, 6, 7, 8
34:20  35:8
149:4, 7
185:13
197:11, 16,
17, 19  198:6,
15, 18, 19, 20,
21, 22  199:2,
12  215:8
219:4
244:20
247:19
systolic
239:22

< T >

Table
136:15, 16
141:16
150:17
151:4, 5, 7,
10, 25
153:22
161:7
164:5, 6, 16,
18  195:6, 10
208:15
213:7
215:18
239:4, 7
240:8, 24, 25
241:1
281:19
282:7
283:23
285:1
tables
141:20, 22
182:19
200:3
take  14:20
16:12
31:24  46:8
135:22
137:3, 5
141:23
144:6
145:17
184:7
193:15
218:13
235:14, 25
243:24
253:20
263:18
265:24
273:12
274:2
292:19
297:1  299:1

taken
252:13
300:7
takes  117:3
159:7
298:23
talk  81:1
94:3  117:6,
11  119:14,
17  127:18
138:8, 24
139:21
201:11
290:7
talked  55:8
137:1
189:23
196:1
talking  37:1
54:15, 16
72:7  98:5,
6, 7  104:13
112:2
123:24
128:3
141:19
147:15
164:21
193:23
208:12
213:16
232:13, 21
234:14
237:23, 24
239:15
250:14
266:13
268:1
284:10
291:22
talks  176:16
TALLEY
5:1
tallied  22:25

tangible
36:7
**Target** 7:15
10:4 210:6
**task** 66:7
78:14
tcampbell@k
rauseandkins
man.com
4:8
**team** 60:9
94:16, 22
114:18
**team's**
93:12 94:11
**tell** 13:22
27:14
70:15
110:16
123:23
130:23
138:3
217:3
232:9
242:23
251:13
295:6
**telling** 36:3
**template**
150:2 151:9
**temporal**
167:12
262:17
**ten** 162:13
**tend** 50:9
**ten-hour**
167:17
**term** 34:15
94:5
123:17
236:18
263:19
**terminology**
35:22

**terms** 79:7
117:11
123:12
139:17
144:15
149:22
191:13
197:18
232:16
233:15
237:10
243:12
295:20
297:22, 23
**test** 30:25
31:5, 16, 22
62:10
63:14, 21
66:7 73:10
75:7, 13, 20,
24 77:22
78:11, 13
80:19
144:7
154:14
158:12
248:19
252:2
**tested**
128:23
201:12
**testified**
191:18
217:18
293:12
**testify** 300:4
**testimony**
79:16 93:9
95:25
139:14
188:7
189:13
218:20
250:11

273:19
294:14
300:7
**testing**
73:22
75:23
128:7, 8
**tests** 62:8,
14 72:3
77:1 158:9
161:10
**Texas** 1:18
2:16 4:3
300:20
**text** 150:16
200:2
**Thank**
19:22 98:9
136:10
174:25
204:7
213:22
257:21
282:1
299:11, 13
**THC** 230:8,
16, 23 231:9
**theirs**
121:24
122:6
**thera** 32:7
**therapeutic**
32:8, 9, 10
85:16
102:11, 20,
21, 23 103:4,
21 104:14
105:8, 21, 25
106:4
108:6
109:2, 16
113:11
114:2
133:9, 14, 19

267:16
268:1
270:4, 20
**thigmotaxis**
75:18
**thing** 24:11
73:10
143:9
152:10
245:12
250:21, 24
267:8
288:24
**things** 26:6,
18 27:4
28:8, 17, 19
43:5 49:15,
20, 25 50:9,
12, 20, 23
51:7 84:18
104:11
111:23
132:6
143:7
154:23
173:24
181:12, 13
264:6
**think** 19:20
27:5 29:13,
21 30:15
34:12
47:19
49:12
50:14
53:18
57:17 58:5
66:12 85:2
88:15 89:3
96:3, 13
97:12
103:10
104:1, 2
118:21

127:18
128:13, 15
134:6, 11, 13
135:18
141:3
147:5
150:1, 22
151:1
152:8
154:22
161:7
162:22
163:11, 12,
19 168:24
170:24
172:7
175:10
178:2
179:20, 24
180:15
181:14
183:6, 15
185:2, 20, 25
186:5
190:20
192:20
212:1
215:17
217:7
219:16
220:2, 4, 9
221:6, 12
226:5
232:6, 7
234:9
249:21
255:10
260:20
261:18
269:6, 14
270:8, 11
290:8
292:16
295:2 298:3

Confidential - Subject to Protective Order

thinking 257:*19* 293:*20*

third 58:*5, 6, 8* 64:*13* 124:*16* 127:*24* 202:*21* 213:*20, 21*

thirty 301:*15*

THORNBURG 5:*12, 17* 6:*1, 5, 12, 16*

thought 128:*19* 291:*25*

thousand 241:*15, 22*

thousand-page 131:*22*

three 39:*3* 62:*21* 154:*19, 23* 155:*1* 164:*21*

three-chamber 154:*14*

Threw 164:*2* 193:*1*

through-put 200:*18*

TIF2 207:*17*

tight 214:*21*

tightly 116:*17*

time 13:*6* 22:*20* 23:*3, 5, 21* 24:*4, 5* 71:*10, 12, 16* 93:*3, 6* 129:*19* 137:*6, 10*

144:*7* 145:*17* 167:*12, 14, 17, 20, 22, 23, 24* 168:*11* 184:*9, 13* 187:*25* 188:*18, 25* 189:*21* 190:*9, 16, 19, 25* 191:*3, 11, 13* 193:*11, 25* 194:*1* 198:*17* 234:*3* 235:*17, 21* 237:*21* 242:*14* 260:*6, 12, 14, 15, 17, 20* 263:*3* 274:*6, 10* 292:*24* 293:*3, 6* 296:*24* 297:*3, 7* 299:*12, 14* 300:*8*

timeline 21:*14*

times 49:*16, 21* 71:*4* 113:*2* 143:*6* 170:*9* 171:*18* 241:*4, 15, 22*

tinges 262:*9*

tip 43:*18*

tipping 47:*22*

tissue 38:*3, 4, 8, 10* 39:*11*

246:*25* 258:*1* 264:*24* 282:*13*

tissue-level 243:*11*

tissues 220:*12* 237:*16, 20*

title 56:*18, 24* 57:*5, 25* 58:*6, 8, 22* 59:*1* 66:*15* 240:*7*

today 14:*25* 15:*9* 16:*7, 16* 53:*17* 70:*23* 88:*5, 19* 89:*11, 24* 90:*11* 91:*11, 21* 117:*25* 184:*4* 185:*4* 187:*6, 9* 189:*2, 9, 13* 299:*12*

Today's 13:*5*

tongue 94:*8*

tools 39:*20, 25*

top 27:*5* 65:*19* 66:*10* 85:*11* 133:*18* 208:*15* 210:*5* 238:*8* 259:*6, 16* 261:*13*

topic 90:*7* 93:*25* 94:*4*

95:*17* 185:*10* 229:*21* 272:*21* 273:*5*

total 22:*25* 73:*12, 23* 75:*9* 143:*21* 162:*14* 163:*17*

totaled 22:*19*

totality 202:*3*

ToxCast 201:*13* 203:*7, 17* 204:*13* 205:*1, 4, 22* 206:*5, 13* 210:*1* 211:*1*

toxic 133:*9, 10, 22* 134:*3, 15*

toxicant 96:*11*

toxicity 99:*3, 21, 25* 100:*13, 18* 101:*1, 8, 11* 104:*10*

Toxicogenomics 200:*4*

toxicological 202:*18* 236:*25*

toxicologist 205:*24* 208:*25* 209:*19, 20*

toxicologists 215:*7*

TRACEY 2:*12, 14, 15*

track 52:*24* 137:*17* 180:*6*

trained 227:*21*

training 227:*25*

traits 62:*21* 259:*15*

transcript 217:*13, 15* 242:*25* 243:*10* 300:*7* 301:*16, 17*

transcription 203:*1* 212:*4* 216:*15* 302:*5*

transcriptional 39:*12, 15* 41:*3*

transcripts 243:*8*

transdiagnostic 116:*20*

transfer 176:*2*

transient 114:*25* 115:*3*

translated 117:*23*

translationally 43:*6* 109:*2, 9, 10, 23* 294:*14, 18, 19, 25* 295:*16*

transmitters
232:15

transparency
131:8
147:21
149:19
286:23
transparent
175:15
287:21
Transwell
198:19
treated
60:21  61:8,
13  75:25
76:1  168:9
174:4  176:5
treatment
74:10
96:21  97:7
169:20
176:3
Tree  7:4
trend
283:11
trends  284:5
TRICIA  4:7
trigger
205:23
261:7  262:8
trimester
124:16
127:24
TRINH  8:6
tritiated
190:2
tritium
194:7
trouble
110:10
true  44:9
88:17
169:18

198:8
228:4  255:6
trust  209:23
truth  13:22,
23  300:5
try  15:1
46:23  47:4
65:18
116:16
243:18
250:9
trying
47:13
54:17
65:16
117:12
173:22
273:20
tumor  48:5,
6, 9  250:17
turn  61:20
66:18
71:23
98:13, 19
99:6
108:15
109:25
117:15
133:2
138:5
170:15
171:3
176:24
178:24
199:24
207:11
212:21
240:8
254:2
266:9
274:14
279:17
281:19
282:23

283:15, 21
284:23
295:1
twice  112:12
two  39:3
124:15
125:10, 13
126:12, 18
158:9
182:18
210:5, 6
232:21
238:25
260:18
287:5
288:11
290:2
tying  41:12
Tyl  10:9
170:8
176:16
178:25
179:9
Tylenol
13:10
Tyl's
179:18
180:10
Type  11:14
28:13
31:12
36:25
146:9
149:9
153:4
166:4
167:2
200:17
246:9
types  31:12
44:1  49:20
65:5  80:15
202:10

263:23
268:20
typical
46:20  50:1
260:22
typically
211:15
212:10, 16

< U >
U-dose
284:18
ultimate
151:21
ultimately
152:12
ultrasonic
72:2, 7, 15
77:25
154:17
251:19
Umbilical
10:24
umbrella
181:4
unable
65:10
uncertainty
138:14, 19
unclear
111:3
unconjugate
d  224:21
underconnec
tivity  49:14
underlie
261:8  262:9
underline
261:8
underpowere
d  64:22
256:14, 18
understand
14:15, 18, 23

19:24  20:3
36:10  42:6
54:18  60:4
90:16
103:25
119:3
131:6
145:2
147:24
156:1
189:1
205:10, 18
230:16
231:6
233:18
249:4
287:24
299:8
understandin
g  31:21
50:15  60:3
86:23
88:12
131:1, 9
156:21
171:25
188:3
227:8, 13
231:14
234:3
237:3
243:13
299:5
Understood
41:20
unexposed
73:3
unfair  47:8
48:11
unfortunatel
y  65:2
UNITED
1:1  89:23
units  282:12

**University**
177:*21*
279:*6*
**unknown**
8:*13*
**unpublished**
30:*13*
36:*16, 17, 23*
37:*2, 3, 22,*
*25* 41:*10*
80:*23, 25*
81:*11, 23*
82:*10, 21*
**unrealistic**
131:*20*
**unreliable**
167:*21*
206:*3*
**untreated**
133:*10*
168:*25*
**unusual**
72:*16*
**UPAHCLU2**
**OSAR**
207:*17*
**update** 26:*4*
**updated**
26:*2, 7, 13,*
*14*
**upregulated**
38:*3, 4*
**upregulation**
114:*15*
**upwards**
283:*11*
**urine**
224:*17, 21*
**use** 94:*5*
108:*25*
148:*7, 12*
156:*11*
161:*15, 20*
162:*20*

166:*23*
168:*25*
169:*7*
172:*1*
184:*18, 23*
185:*5*
186:*1, 5, 14,*
*25* 187:*10,*
*23* 188:*1, 19*
189:*4, 24*
192:*14*
193:*6*
229:*18*
230:*1, 5, 8,*
*10, 16, 23, 25*
231:*9*
262:*24*
268:*15*
271:*22*
295:*16*
**uses** 296:*7,*
*8*
**USV** 77:*1*
**USVs** 72:*15*
**uterine**
197:*6*
**Utero** 10:*12*
108:*7*
139:*2*
180:*24*
181:*1, 2*
182:*12*
186:*2, 9*
**utilization**
284:*7*
**utilize**
161:*10*
**UV** 28:*18*

**< V >**
**valid** 228:*13*
**validated**
148:*2*

**validates**
288:*14*
**validity**
143:*9, 10*
**valproic**
11:*1*
**Vanderbilt**
5:*8*
**variability**
174:*18*
**variable**
64:*12*
214:*18*
223:*3*
**variables**
79:*3*
154:*19, 20*
276:*10, 12*
**varied** 68:*3*
**variety**
197:*6*
**various**
50:*23*
78:*24*
113:*19*
155:*15*
220:*23*
240:*14, 15*
242:*19*
246:*4*
**vary** 246:*5*
**vehicle**
166:*3*
169:*22*
**vehicle-**
**treated**
169:*7*
**verbatim**
300:*7*
**vermis**
291:*5, 6, 14,*
*23* 292:*7, 10*

**version**
26:*13, 15*
253:*11*
**versus**
34:*20*
129:*13*
159:*20*
160:*9*
194:*20*
195:*8, 25*
246:*20, 25*
248:*2* 255:*1*
**Viberg**
164:*3*
274:*22*
277:*3, 4*
**Viberg,et**
11:*9*
**VIDEOGRA**
**PHER** 13:*1,*
*3* 71:*12, 16*
137:*6, 10*
184:*9, 13*
235:*17, 21*
274:*6, 10*
292:*24*
293:*3*
296:*22, 24*
297:*3, 7*
299:*14*
**Videotaped**
1:*11*
**view** 96:*14*
**viewpoint**
90:*20*
**VINH** 5:*2*

**Viswanathan**
127:*4, 11*
**vitro**
108:*14*
111:*24*
139:*19*
180:*21*

181:*1*
197:*10, 16*
198:*6, 14, 20*
199:*2*
267:*19*
270:*12*
**vivo** 111:*25*
180:*21, 24*
182:*12, 17*
**vocal**
119:*21*
120:*6, 7*
**vocalizations**
72:*2, 7, 9, 15,*
*18* 73:*3*
154:*18*
251:*20*
**vulnerable**
28:*7*

**< W >**
**Wacker** 6:*8*

**WAGSTAFF**
3:*17*
**Walgreen**
6:*15*
**Walgreens**
6:*16*
**Walmart**
7:*9*
**Wal-Mart**
7:*10*
**want** 19:*23*
42:*5* 59:*6*
66:*20*
97:*20*
101:*17*
145:*16, 24*
155:*25*
170:*12, 19*
182:*16*
184:*7*
192:*23*

Confidential - Subject to Protective Order

215:7
218:13
222:17
231:5
235:14
253:20
281:14
287:15
288:2
**wanting**
240:22
**Warner**
163:17
164:24
**warning**
216:20
229:8
**warnings**
205:8, 13, 19
**Washington**
6:3, 20  7:8
**water**  166:3
**Watt**  5:2
**WATTS**
3:1, 3, 4
**way**  27:9
35:17
45:16
49:18
51:20  53:4
75:6  128:3
141:24
142:5
143:3, 7
148:9
149:19
153:3
155:8
234:24
236:1
247:9, 18, 20
249:22
272:14
282:13

287:22, 24
288:7, 22
**ways**  129:6
132:15
215:9
**weaknesses**
131:16
**website**
286:15, 20
**weeks**
124:15
239:6
**weighing**
276:20
**weighs**
181:19
**weight**  11:3
15:19  16:1
81:20
106:14, 16,
21  107:25
122:10
124:23
130:14, 25
131:25
132:24
136:24
138:8, 16, 17,
21  139:24,
25  142:6
143:15
144:19, 24
146:25
147:17, 18
148:17
149:14, 15,
21  151:22
152:3, 11, 23
161:15
165:1
180:19
181:21, 22
182:3, 7
184:22

185:9
187:18, 22
188:9
192:20
193:2
200:14
201:24
202:8
226:7, 18
237:13
271:22, 24
272:5, 11, 24
273:15
**well**  32:19
34:12  35:5
39:9  47:6
51:12, 19
52:21, 23
60:24  63:7
64:3  78:16,
18  79:20
86:2  90:10
93:19
104:21
106:18
107:5
109:11
113:18
116:10
123:21
126:19
129:5, 7
130:5, 10
131:17
141:21
145:21
150:16
161:19
165:18
169:24
201:10
206:2
208:10
214:6

215:13
216:1
238:10
246:14
250:9
255:11, 13
258:18
261:22
273:5
282:20
284:17
291:13, 20
293:17
**well-**
**accepted**
228:7
**well-**
**powered**
170:25
**well-**
**understood**
236:15, 25
**Wendy**  29:2
**went**  19:1
50:24
**we're**  36:14
40:12
67:11
69:22
71:13, 17
76:8, 11, 19
88:5  98:5,
6, 7  111:11,
12  117:5
128:3
137:7, 11
163:20
164:21
184:10, 14
193:3
203:4
208:13
226:9, 10
232:13, 21

234:9, 14
235:18, 22
250:14
274:7, 11
292:25
293:4
297:4, 8
299:15
**West**  7:2, 13
**Western**
175:5, 19
243:17
**we've**  39:13
41:3, 7
71:8
135:18
184:3
235:13
**wheel**  62:13
**white**  50:6
**Wholesale**
6:21
**widespread**
43:10
214:13, 23
286:1
**WILLIAM**
5:1, 12
**william.padg**
**ett@btlaw.co**
**m**  5:13
**window**
123:20, 23
124:20
125:4, 23
126:8, 20
130:4
132:18
260:4, 7, 11,
13, 15, 18
264:10, 12
**windows**
130:10
131:3

**winning**
209:*8, 10*
**wish** 189:*10*
**Wistar**
62:*12*
**witness**
13:*18*
23:*14*
30:22
31:*21* 33:6,
*18* 34:*12*
35:*12* 37:7
39:*9* 41:*1,
21* 42:5, *24*
44:6 45:*9,
15* 49:2
51:*12* 52:4,
*15* 53:*12*
54:4 58:*3*
59:4, *13*
60:2, *13, 24*
61:*16* 63:*1*
64:3 67:*21*
68:7, *15, 23*
69:*10*
70:*11* 71:6
74:4, *23*
76:5 77:9
78:*10*
79:*15* 80:2
81:*14* 82:5,
*15* 83:*4*
84:*15*
85:*21*
86:*11, 23*
87:9 88:*1*
89:2, *19*
90:*3, 16*
91:7, *16*
95:6 96:2
97:*1, 11*
98:*10, 20*
100:7, *17*
103:9, *16*

104:*1, 21*
105:*15, 24*
108:*17*
109:22
110:20
112:22
113:*16*
114:*8*
116:*4*
118:*17*
119:20
120:*3*
121:*17*
122:20
123:7
124:*3*
126:*17*
129:*16*
130:*18*
132:*14*
134:20
136:*12*
139:*13*
141:*11*
142:5
143:*1*
144:*23*
146:*14, 22*
148:6, *21*
150:*16*
152:8
153:*10*
155:25
156:*21*
158:*4*
160:*4*
161:*3*
162:*3*
165:*14*
167:6
169:6
171:22
172:*11, 23*
174:22

175:*1*
178:*1*
182:*1, 25*
184:*3, 8*
185:20
186:*19*
190:*13*
193:*15*
195:2
196:*13*
199:*12, 19*
201:6
203:*12, 23*
204:20
211:20
212:*15*
218:6
219:*14*
222:*10*
225:*12, 20*
226:*3, 24*
227:*19*
228:*18*
229:*13*
230:*15*
231:5
232:20
234:2
235:7
237:8
240:*21*
241:*18*
242:*11*
244:5
248:*10*
250:9
251:9
256:*1*
257:8
259:*13, 24*
263:7
264:22
266:*3*
267:*1*

268:*4*
269:*21*
271:20
272:*18*
275:*4, 12*
276:*4*
279:7, *15*
281:*12*
284:*17*
285:*24*
289:*14*
292:6
293:8
298:*3, 17*
299:*13*
301:*1*
**woman** 34:9
**women**
96:*21* 97:8
**women's**
87:*23* 88:2
**wonderful**
215:2
**word** 254:7
**words**
43:*16*
44:*10*
45:*21* 59:6
191:*1*
245:*1*
264:8
298:*23*
**work** 17:*3*
19:2, *16*
20:9 29:*1*
117:*4, 5*
131:8
183:7, *9*
287:*23*
293:*25*
296:*1*
**worked**
29:*16* 41:2
294:*10*

**working**
10:8 21:22
23:6, *22*
91:2 93:*24*
94:2, *3*
293:22
**works** 226:9
**worth**
176:22
**write**
111:*10, 13*
**writing**
91:*12*
111:*11, 12*
152:*17*
**written**
19:6, *13*
20:6 29:*3*
**wrong**
112:*17*
142:*15*
225:7
283:*4, 6*
**wrote**
163:*12*

< **X** >
**xenobiotics**
239:*19*
**XI** 216:*25*
**Xie** 112:*4*

< **Y** >
**Yang** 29:9
92:*16*
**yeah** 21:*9,
14, 18, 19, 24*
26:7 29:*6*
58:*16, 19*
60:*19*
61:*25*
70:*11* 99:9
102:5
107:*17, 22*

Confidential - Subject to Protective Order

109:8
117:20
124:8
128:6, 25
136:13
137:4
155:13
156:10
162:23
163:5, 6
168:19
174:22, 23
178:22
179:1
182:14
202:6
207:3
208:14
210:4
213:6, 22
219:1
221:7, 15, 19
251:12
253:22
258:18
260:10
261:20
262:19
268:4
279:2, 4
283:24
286:12
290:11, 13
**year** 21:8,
10  111:18
**years** 29:17
35:14
152:15
252:14
**YORK** 1:1,
14  2:24
3:13  6:14
7:3, 14  8:3
13:8, 9

**young**
125:18

< Z >
**zero** 107:1,
8, 22  167:20
168:23
**ZOOM** 2:4,
5, 6, 7, 8, 14,
15, 21, 22
3:4, 5, 11, 12,
18  4:1, 13,
18  5:1, 2, 7,
19  6:1, 12,
19  7:1, 7, 12,
17  8:1, 6, 9
18:6
**Zooms** 18:6