# Exhibit 22

Confidential - Subject to Protective Order

```
 1           UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF NEW YORK
 2

 3   IN RE: ACETAMINOPHEN -    ) MDL No. 3043
     ASD-ADHD PRODUCTS         )
 4   LIABILITY LITIGATION      ) Case No.
     _____   ) 1:22-md-03043-DLC
 5   THIS DOCUMENT RELATES TO: )
                               ) JUDGE DENISE
 6   All Cases, 1:22-md-03043  ) COTE

 7

 8            WEDNESDAY, AUGUST 2, 2023

     CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
 9
                      - - -
10

11          Videotaped deposition of Robert

12   Cabrera, Ph.D., held at the offices of Tracey

13   Fox & Walters, 440 Louisiana Street, Suite

14   1901, Houston, Texas, commencing at 8:55 a.m.

15   Central, on the above date, before Carrie A.

16   Campbell, Registered Diplomate Reporter,

17   Certified Realtime Reporter, Illinois,

18   California & Texas Certified Shorthand

19   Reporter, Missouri, Kansas, Louisiana & New

20   Jersey Certified Court Reporter.

21                    - - -

22

             GOLKOW LITIGATION SERVICES
23                877.370.DEPS
                deps@golkow.com
24

25
```

**Page 2**

```
 1      A P P E A R A N C E S :
 2
 3  TRACEY & FOX
 4  BY:  SEAN P. TRACEY        (VIA ZOOM)
        stracey@traceylawfirm.com
 5        LAWRENCE TRACEY
        ltracey@traceylawfirm.com
 6  440 Louisiana Street, Suite 1901
    Houston, Texas  77002
 7  (713) 495-2333
 8      and
 9
10  KELLER POSTMAN LLC
    BY:  REBECCA KING
11        rebecca.king@kellerpostman.com
          AMANDA HUNT
12        amanda.hunt@kellerpostman.com
          ASHLEY BARRIERE      (VIA ZOOM)
13        ashley.barriere@kellerpostman.com
          ROSIE ROMANO         (VIA ZOOM)
14        rosie.romano@kellerpostman.com
          LAUREN SCHULTZ       (VIA ZOOM)
15        lauren.schultz@kellerpostman.com
          J.J. SNIDOW          (VIA ZOOM)
16        jj.snidow@kellerpostman.com
    150 North Riverside Plaza, Suite 4100
17  Chicago, Illinois  60606
    (312) 741-5220
18
19      and
20
    THE LANIER LAW FIRM, PLLC
21  BY:  EVAN M. JANUSH        (VIA ZOOM)
          evan.janush@lanierlawfirm.com
22        CRISTINA DELISE      (VIA ZOOM)
          cristina.delise@lanierlawfirm.com
23        CATHERINE HEACOX     (VIA ZOOM)
          catherine.heacox@lanierlawfirm.com
24  126 East 56th Street, 6th Floor
    New York, New York  11758
25  (212) 421-2800
```

**Page 3**

```
 1      and
 2
 3  WATTS GUERRA LLC
    BY:  MIKAL C. WATTS
 4        mcwatts@wattsguerra.com
          HAILEY WATTS         (VIA ZOOM)
 5        hwatts@wattsguerra.com
          RUSS ABNEY           (VIA ZOOM)
 6        rabney@wattsguerra.com
    Millennium Park Plaza RFO
 7  Suite 410, C112
    Guaynabo, Puerto Rico  00966
 8  (210) 447-0500
 9      and
10
11  WAGSTAFF & CARTMELL
    BY:  LINDSEY SCARCELLO     (VIA ZOOM)
12        lscarcello@wcllp.com
    4740 Grand Avenue, Suite 300
13  Kansas City, Missouri  64112
    (816) 701-1100
14
15      and
16
    KRAUSE & KINSMAN
17  BY:  TRICIA CAMPBELL       (VIA ZOOM)
          tcampbell@krausekinsman.com
18  4717 Grand Avenue, Suite 300
    Kansas City, Missouri  64112
19  (816) 200-2900
20      and
21
22  BEASLEY, ALLEN, CROW, METHVIN,
    PORTIS & MILES
23  BY:  W. ROGER SMITH, III   (VIA ZOOM)
          roger.smith@beasleyallen.com
24  218 Commerce Street
    Montgomery, Alabama  36104
25  (800) 898-2034
```

**Page 4**

```
 1      and
 2
 3  DOVEL & LUNER
    BY:  JULIEN ADAMS          (VIA ZOOM)
 4        julien@dovel.com
          GREG DOVEL           (VIA ZOOM)
 5        greg@dovel.com
    201 Santa Monica Boulevard, Suite 600
 6  Santa Monica, California  90401
    (310) 656-7066
 7  Counsel for Plaintiffs
 8
 9  BARNES & THORNBURG LLP
    BY:  JAMES F. MURDICA
10        jmurdica@btlaw.com
          SARAH E. JOHNSTON
11        sjohnston@btlaw.com
          MITCHELL CHARCHALIS
12        mcharchalis@btlaw.com
    2029 Century Park East, Suite 300
13  Los Angeles, California  90067-2904
    (310) 284-3880
14
15      and
16  BARNES & THORNBURG LLP
    BY:  DEANNA LEE            (VIA ZOOM)
17        dlee@btlaw.com
    555 12th Street N.W., Suite 1200
18  Washington, DC  20004-1275
    (202) 289-1313
19      and
20  BARNES & THORNBURG LLP
    BY:  JESSICA BRENNAN       (VIA ZOOM)
21        jessica.brennan@btlaw.com
    67 East Park Place, Suite 500
22  Morristown, New Jersey  07960
    (973) 775-6101
23  Counsel for Johnson & Johnson
    Consumer, Inc.
24
25
```

**Page 5**

```
 1  BARNES & THORNBURG LLP
    BY:  SANDRA M. KO          (VIA ZOOM)
 2        sko@btlaw.com
    555 12th Street N.W., Suite 1200
 3  Washington, DC  20004-1275
    (202) 289-1313
 4  Counsel for Costco Wholesale
    Corporation
 5
 6
 7  ARNOLD & PORTER, LLP
    BY:  RAYNE ELLIS           (VIA ZOOM)
 8        rayne.ellis@arnoldporter.com
    250 West 55th Street
 9  New York, New York  10019
    (212) 836-8000
10  Counsel for Dollar Tree Inc.,
    7-Eleven, and Family Dollar, Inc.
11
12  KING & SPALDING LLP
    BY:  EVA CANAAN            (VIA ZOOM)
13        ecanaan@kslaw.com
    1185 Avenue of the Americas
14  New York, New York  10036
    (212) 556-2100
15
16      and
17  KING & SPALDING LLP
    BY:  LUKE BOSSO            (VIA ZOOM)
18        lbosso@kslaw.com
    1700 Pennsylvania Avenue NW
19  Washington, DC  20006
    (202) 737-0500
20  Counsel for Walmart Inc., and
    Wal-Mart Stores, Inc.
21
22  MORRISON & FOERSTER LLP
    BY:  ASHLEY E. QUINN       (VIA ZOOM)
23        aquinn@mofo.com
    250 West 55th Street
24  New York, New York  10019-9601
    (212) 468-8000
25  Counsel for Target Corporation
```

Page 6

DUANE MORRIS LLP
BY: DANA J. ASH (VIA ZOOM)
djash@duanemorris.com
30 South 17th Street
Philadelphia, Pennsylvania 19103
(215) 979-1000
Counsel for Dollar General, Dollar
General Corporation

SMITH SOVIK KENDRICK & SUGNET
BY: DAVID M. KATZ (VIA ZOOM)
dkatz@smithsovik.com
250 South Clinton Street, Suite 600
Syracuse, New York 13202
(315) 474-2911
Counsel for Rite Aid

STONE DEAN LLP
BY: JOSEPH A. LARA (VIA ZOOM)
jlara@stonedeanlaw.com
21052 Oxnard Street
Woodland Hills, California 91367
(818) 999-2232
Counsel for The Kroger Co.

HAIGHT BROWN & BONESTEEL LLP
BY: KATIE M. TRINH (VIA ZOOM)
ktrinh@hbblaw.com
555 South Flower Street, 55th Floor
Los Angeles, California 90071
(213) 542-8000
Counsel for Unknown Party

ALSO PRESENT:
    DANIEL OLIVO, Tracey Fox & Walters

    LAURA SHANNON, summer associate, Keller
Postman

Page 7

# V I D E O G R A P H E R :
BRIAN ROBBITT,
Golkow Litigation Services

— — —

Page 8

INDEX

PAGE

APPEARANCES.................................  2

EXAMINATIONS

BY MR. MURDICA..........................  12

BY MR. TRACEY............................. 387

BY MR. MURDICA........................... 424

BY MR. TRACEY............................. 435

BY MR. MURDICA........................... 440

EXHIBITS

No.   Description                    Page

1     OECD Series on Adverse Outcomes      64
      Pathways No. 20, Binding of
      electrophilic chemicals to
      SH(thiol)-group of proteins
      and/or to seleno-proteins
      involved in protection against
      oxidative stress during brain
      development leading to impairment
      of learning and memory

2     Rule 26 Rebuttal Expert Report of   111
      Robert M. Cabrera, Ph.D.

3     Multicenter Study of                118
      Acetaminophen Hepatotoxicity
      Reveals the Importance of
      Biological Endpoints in Genomic
      Analyses, Beyer, et al.

4     A Role of Gene-Environment          125
      Interactions in Autism Spectrum
      Disorder is Supported by Variants
      in Genes Regulating the Effects
      of Exposure to Xenobiotics,
      Santos, et al.

Page 9

5     Comparative Toxicogenomics          127
      Database, Acetaminophen

6     Comparative Toxicogenomics          128
      Database, Acetaminophen, Autism
      Spectrum Disorder

7     Recessive gene disruptions in       133
      autism spectrum disorder, Doan,
      et al.

8     Can In-Utero Exposure to            149
      Acetaminophen Cause Autism and
      ADHD?, Carr

9     Acetaminophen use in pregnancy      205
      and neurodevelopment: Attention
      function and autism spectrum
      symptoms, Avella-Garcia, et al.

10    Association of Cord Plasma          222
      Biomarkers of In Utero
      Acetaminophen Exposure With Risk
      of Attention-Deficit/
      Hyperactivity Disorder and Autism
      Spectrum Disorder in Childhood,
      Jr, et al.

11    Rule 26(a)(2)(B) Expert Report of   256
      Robert M. Cabrera, Ph.D.

12    Amended Expert Report of Robert     256
      M. Cabrera, Ph.D.

13    Acetaminophen use during            266
      pregnancy and offspring attention
      deficit hyperactivity disorder -
      a longitudinal sibling control
      study, Gustavson, et al.

14    Pharmacovigilance Risk Assessment   279
      Committee (PRAC) Minutes from the
      meeting on 30 August - 02
      September 2016

Page 10

15   Case study on the utility of       298
      hepatic global gene expression
      profiling in the risk assessment
      of the carcinogen furan, Jackson,
      et al.

16   Interval review charge questions    312
      - February 2018, AOP Information

17   TSI 1355: Acetaminophen and         331
      Effects during Pregnancy, January
      24, 2018.
      FDACDER000145 - FDACDER000301

18   Acetaminophen use in pregnancy:     364
      Examining prevalence, timing and
      indication for use in a
      prospective birth cohort,
      Bandoli, et al.

19   Association of Prenatal             369
      Acetaminophen Exposure Measured
      in Meconium With Risk of
      Attention-Deficit/Hyperactivity
      Disorder Mediated by
      Frontoparietal Network Brain
      Connectivity, Baker, et al.

20   Prenatal Exposure to               380
      Acetaminophen and Risk of ADHD,
      Ystrom, et al.

(Exhibits attached to the deposition.)

CERTIFICATE...................................445

ACKNOWLEDGMENT OF DEPONENT...................447

ERRATA.......................................448

LAWYER'S NOTES...............................449

Page 11

VIDEOGRAPHER:  We are now on the record.  My name is Brian Bobbitt. I'm a videographer for Golkow Litigation Services.

Today's date is August 2, 2023, and the time is 8:55 a.m. Central Time.

This video deposition is being held in Houston, Texas, in the matter of Acetaminophen, Tylenol, ASD/ADHD Products Liability Litigation for the United States District Court, Southern District of New York.

The deponent is Robert Cabrera.

Counsel will be noted on the stenographic record.

Our court reporter may now swear in the witness.

ROBERT CABRERA, Ph.D., of lawful age, having been first duly sworn to tell the truth, the whole truth and nothing but the truth, deposes and says on behalf of the Defendant Johnson & Johnson, as follows:

Page 12

DIRECT EXAMINATION
QUESTIONS BY MR. MURDICA:

Q.    Good morning.

A.    Good morning.

Q.    Could you state your name for the record.

MR. TRACEY:  Jim?  Jim, can you hear me?

MR. MURDICA:  Yes, sir.

MR. TRACEY:  Yeah.  So before we get started, I think Rebecca has four or five articles that when Robert was preparing, he looked at his notes and found them, and they were not on his MCL.  She's going to give those to you.

There's also one article that was published like from two days ago, and until we get our agreement on how to supplement the articles that are continuing to come out, we thought we better hand it to you this morning.

So Rebecca is going to give that to you now before we start, those -- those articles.

Page 13

MS. KING:  Okay.  And I counted seven.

MR. TRACEY:  Okay.  Sorry.

MR. MURDICA:  All right.  Let's try this again.  Anything else before we get started?

MR. TRACEY:  No, no, no.  Sorry about that.

MR. WATTS:  Welcome to Houston, Jim.

MR. MURDICA:  Yeah.  Yes, I'm sure those couldn't have been transmitted earlier than right now. Thank you.

QUESTIONS BY MR. MURDICA:

Q.    Good morning.

A.    Good morning.

Q.    Please state your name for the record.

A.    Robert Matthew Cabrera.

Q.    Robert Matthew Cabrera, we've never met before right now; is that correct?

A.    That's correct.

Q.    How do you refer to yourself?

A.    Robert.

Page 14

1    Q.    Okay.  How would you like me to
2  refer to you during this deposition?
3    A.    Okay.
4    Q.    Dr. Cabrera, what are your
5  qualifications as a doctor, sir?
6    A.    I have a doctorate in medical
7  sciences.
8    Q.    Are you a medical doctor?
9    A.    I'm a medical scientist, not a
10  medical doctor.
11    Q.    Are -- I understand you're part
12  of a lab.
13        Do the other people in the lab
14  refer to each other as doctors when they're
15  not medical doctors?
16    A.    If you're in the lab, we refer
17  to each other as first names.  If you're
18  outside of the lab, then we generally refer
19  to each other by our titles.
20    Q.    Okay.  And you understand
21  you're here in relation to a litigation,
22  correct?
23    A.    Yes, I do.
24    Q.    And that's not your normal
25  work; it's not litigation, right?

Page 15

1    A.    No.  It's not my normal,
2  everyday job.
3    Q.    Okay.  Who employs you in your
4  everyday job?
5    A.    Baylor College of Medicine.
6    Q.    Does Baylor College of Medicine
7  know that you're here today?
8    A.    I'm on vacation.
9    Q.    Okay.  Does Baylor College of
10  Medicine know the opinions that you've put
11  forth in this litigation with respect to the
12  acetaminophen?
13    A.    I'm not submitting them on
14  behalf of Baylor.
15    Q.    Okay.  So they have not taken a
16  position one way or another whether it's
17  appropriate for you to opine on acetaminophen
18  outside of work?
19    A.    I have not.
20    Q.    Okay.  Do they know you're
21  doing this work?
22    A.    They do not.
23    Q.    Your training is primarily in
24  teratology; is that right?
25    A.    That's correct.

Page 16

1    Q.    Okay.  And your focus through
2  your career thus far has primarily been
3  neural tube defects and major congenital
4  malformations, right?
5    A.    I work primarily in neural
6  development, which includes neural tube
7  defects.
8    Q.    Okay.  Has your focus in neural
9  development been neural tube defects?
10    A.    Predominantly, yes.
11    Q.    And predominantly it's been in
12  identifying causes and finding protective
13  measures to prevent them; is that fair?
14    A.    We look at both the cause and
15  the prevention of birth defects, including
16  neural tube defects.
17    Q.    And in this litigation, you
18  submitted an expert report in June; is that
19  right?
20    A.    That's correct.
21    Q.    It was about 200 pages?
22    A.    Approximately.
23    Q.    A week later you amended your
24  report, correct?
25    A.    That's correct.

Page 17

1    Q.    Okay.  Why did you amend your
2  report?
3    A.    There was some minor edits that
4  needed to be corrected that we had noticed.
5    Q.    What do you mean "we had
6  noticed"?
7    A.    Well, reading through the
8  documents afterwards, it was -- there were
9  some things that were done that were left
10  incomplete and needed to be corrected.
11    Q.    So were they things you added
12  to or things you corrected?
13    A.    Corrections, just corrections
14  that were made.
15    Q.    Did you remove anything?
16    A.    Specifically, I don't -- I
17  don't recall that we removed anything.
18    Q.    You don't recall that you
19  removed anything?
20    A.    No.
21    Q.    Did you add anything?
22    A.    Edits.  There was edits as far
23  as -- just edits.
24    Q.    Typos or anything substantive
25  to your recollection?

Confidential - Subject to Protective Order

1    A.    Not anything substantive, just
2 typos, typographical errors.
3    Q.    So between your original report
4 and your amended report a week later, there
5 were no substantive changes?
6    A.    I didn't make any substantive
7 changes, no.
8    Q.    Okay.  At some point you
9 provided a further supplemental report
10 related to one article, correct?
11    A.    That's correct.
12    Q.    And just now I was handed
13 additional articles.
14        Are those articles that you've
15 reviewed?
16    A.    Yes, they are.
17    Q.    Okay.  Are they articles that
18 you have additional opinions about?
19    A.    They're consistent with my
20 opinions that I've put forth in my report and
21 my supplemental.
22    Q.    Okay.  Is there anything you
23 reviewed since your supplemental report
24 that's not consistent with your report that
25 you haven't provided?

1    A.    No.
2    Q.    Okay.  Do you have a draft of
3 an additional report in the works now or
4 anything like that?
5    A.    I think -- I haven't started a
6 new draft, no, not for the --
7    Q.    So as of today, I have in
8 writing whatever your opinions are, correct?
9    A.    I believe so, yes.
10    Q.    Okay.  I want to talk to you a
11 little bit about teratology in early
12 pregnancy in particular.
13        In the first 14 days of
14 pregnancy, do you generally agree that any
15 teratologic event is an all-or-nothing event?
16    A.    Classically that was believed.
17 That is not necessarily the case, and that's
18 been shown with -- particularly with alcohol
19 and retinoic acid.  Those are exceptions.
20    Q.    There's been so few mitoses in
21 the first few days of pregnancy that an
22 environmental effect or a teratological
23 effect would most likely kill the embryo.
24        Is that fair?
25    A.    Classically, that's -- that's

1 the way it was presented.  The hypothesis
2 would put forth that there was an
3 all-or-nothing effect.
4        What has been shown is that
5 early exposures, even before organogenesis
6 with specific teratogens, have been noted to
7 be able to produce malformations and not
8 necessarily produce an all-or-nothing with
9 those early exposures, and two of those
10 examples would be retinoic acid and alcohol.
11    Q.    Okay.  And going beyond the
12 14 days, there are some structural defects
13 that can be induced by teratogens, right?
14    A.    Yes.
15    Q.    And with time, we've come to
16 learn that some of them are induced at
17 specific times, like cleft lip, for example.
18        Is that fair?
19    A.    There is what's referred to as
20 critical windows of exposure that tend to
21 define when particular organ systems are
22 susceptible to teratogenic effects of
23 teratogens.
24    Q.    And is one of those cleft lip?
25    A.    Yes.  There's a -- there's a

1 time window as well for clefting or cleft
2 lip.
3    Q.    And would you say 21 to 28 days
4 is the key window for that?
5    A.    That would actually be a little
6 bit early for cleft lip.
7    Q.    Is that anything that you've
8 ever studied, Doctor?
9    A.    Cleft lip?
10    Q.    Yes.
11    A.    Yes.
12    Q.    And specifically the
13 teratologic window for cleft lip?
14    A.    Yes.
15    Q.    Okay.  How about for autism?
16 What's the teratologic window for autism?
17    A.    So the neurodevelopment in the
18 human, it's continuous with neurulation,
19 which is the start of neural tube closure and
20 continues throughout gestation through both
21 the second and the third trimester of
22 pregnancy.
23    Q.    Yeah, okay.  And I'm asking
24 specifically about autism.
25        When is the teratologic

1  effect that can -- I assume your testimony
2  here is that a teratologic effect can cause
3  autism in development, right?
4      A.    Yes.
5      Q.    And when is the window for that
6  teratologic effect for autism specifically,
7  not neurodevelopment?
8      A.    Right.  Well, it coincides
9  because autism is a neurodevelopmental
10  disorder.  A teratogenic effect that occurs
11  during its critical window of exposure, which
12  includes development of the nervous system,
13  and the development of the nervous system
14  continues throughout gestation, both the
15  second and third trimester.
16      Q.    Okay.  And so when would be the
17  first window that a teratogen can affect the
18  neuro -- neurological development?
19      A.    So we've shown that -- in the
20  animal model that it coincides with
21  neurulation, so we can do exposures as early
22  as eight and a half days of gestation which
23  is the beginning of the neural tube closure,
24  which would coincide with approximately, as
25  you mentioned, 14 to 28 days in pregnancy.

1          And during that critical window
2  of exposure in the animal model, we're able
3  to produce autism in animals that have been
4  exposed during neurulation, so as early as
5  neurulation, but continues throughout
6  pregnancy.
7      Q.    Okay.  So is it fair that the
8  most critical -- to say that the most
9  critical window to induce autism in the
10  opinion of Dr. Cabrera is 14 to 28 days of
11  the human pregnancy?
12      A.    That is not my opinion, no.
13      Q.    Okay.  Please state for the
14  record Dr. Cabrera's opinion as to the most
15  important time for a tera -- teratogenic
16  inductions of autism in human pregnancy.
17      A.    So --
18      MR. TRACEY:  Objection.  Form.
19      THE WITNESS:  So throughout
20      neurulation and neural development,
21      that is the critical window of
22      exposure.  I think the time of most
23      sensitivity would be during the second
24      trimester of pregnancy.
25          And that's been supported by

1      animal models and also consistent with
2      the studies of fever in humans.
3  QUESTIONS BY MR. MURDICA:
4      Q.    A neural tube defect, which you
5  referred to earlier in the early part of
6  neurologic development, that would be much
7  more profound than autism, correct?
8      A.    Yes.  It's a severe congenital
9  malformation.  It's often not compatible with
10  life.
11      Q.    When you were first -- you're a
12  member of the Teratologic Society, right?
13      A.    I -- what was referred to as
14  the Teratologic Society, which I still like
15  to think of as the Teratologic Society, I am
16  still a member, yes.
17      Q.    You're still a member.
18          You're not a member -- are you
19  familiar with OTIS?
20      A.    I -- I am.
21      Q.    You're not a member of that,
22  are you?
23      A.    I am not.
24      Q.    Were you ever invited to be?
25      A.    No, I haven't applied.

1      Q.    Okay.  When did you first take
2  an interest in autism in particular,
3  Dr. Cabrera, in your research?
4      A.    So for the last five years,
5  I've been working on another compound that
6  was associated with neural tube defects, and
7  part of what we're doing is behavioral
8  testing.
9          So that's when I started to
10  look at interactions and some overlap between
11  early neural development and autism spectrum
12  disorder, behaviors in animal models.
13      Q.    And you're doing that at
14  Baylor?
15      A.    Yes.
16      Q.    And what's the compound?
17      A.    Dolutegravir.  It's an HIV
18  antiviral.
19      Q.    And is that funded by any
20  particular company?
21      A.    It's funded by the National
22  Institutes of Health, the National Institutes
23  of Mental Health.
24      Q.    Whose drug is that, if
25  anybody's, or is it an old drug?

1 A. No. No. It's -- I can
2 double-check on that, but maybe Gilead.
3 Q. Okay. I want to talk to you a
4 little bit about the human brain for a
5 minute.
6 Where in the human brain are
7 the features that result in autism?
8 A. So different parts of the brain
9 have been associated with autism. I don't
10 know that there's any one portion of the
11 brain that specifically causes autism as a
12 neurobehavioral disorder.
13 Q. So, in other words, whatever --
14 well, do you believe that there are
15 structural abnormalities in the brain of
16 patients with autism?
17 A. Those have been documented
18 in -- and, you know, one example is there was
19 a publication in the New England Journal of
20 Medicine by Stoner that demonstrated what
21 I -- what I refer to as neural layering
22 defects, and those are predominantly in the
23 frontal and occipital cortex.
24 Q. But your testimony here today
25 is that the structural manifestations of

1 autism can be in any portion, any anatomic
2 portion, of the human brain?
3 A. Well, not any anatomic portion.
4 It would be predominantly those involved in
5 executive function, reasoning, although some
6 other ones have demonstrated that there's
7 also some cerebellar involvement in some
8 patients with autism.
9 Q. So what -- tell us the anatomic
10 regions of the brain where there would be
11 structural changes that are a part of autism
12 or indicative of autism?
13 A. So what's been documented
14 includes impacts on the neural laminal
15 layers, which -- largely different areas of
16 the cerebral cortex and then also the
17 cerebellum.
18 Q. Okay. How about the
19 hippocampus?
20 A. There is some data to support
21 interaction with the hippocampus as well.
22 Q. Okay. And I -- you used the
23 word "interaction." I didn't ask about
24 interaction.
25 Are there structural changes in

1 the hippocampus that are either signs or
2 causal for autism?
3 A. There have been documented some
4 structural changes. Actually, one of the
5 papers we gave you today shows some
6 structural changes in the hippocampus that
7 were associated with acetaminophen exposures,
8 particularly in the autism model.
9 Q. Yeah. And my questions were
10 about human beings, and I think what you're
11 referring to is a study in mice, correct?
12 A. That is correct.
13 Q. Out of Wuhan, China?
14 A. Yes.
15 Q. Are you familiar with the lab
16 there?
17 A. I'm -- not particularly.
18 Q. How important is your reliance
19 on a mouse hippocampus study from Wuhan,
20 China?
21 A. It's part of the totality of
22 evidence. I've considered it.
23 Q. Okay. But you had the opinions
24 you're going to talk to us today before
25 seeing that study, right?

1 A. Yes.
2 Q. At what point did you come to
3 the conclusion that acetaminophen --
4 acetaminophen causes autism -- well, we'll --
5 do -- we'll take it one at a time.
6 At what point in time did you
7 come to that opinion?
8 A. So while I was reviewing the
9 literature systematically, I realized that
10 there was a -- had accumulated an
11 overwhelming amount of evidence that
12 supported that position.
13 Q. Okay. And was that in 2023?
14 A. Yes, that's this year.
15 Q. Okay. And were you
16 doing that -- were you systematically
17 reviewing the literature for fun or for some
18 other reason?
19 A. Because I was asked to.
20 Q. Okay. You were asked to, not
21 for your job, right?
22 A. For the -- for why I'm here
23 today --
24 Q. Yeah.
25 A. -- as a consultant.

Page 30

1  Q.   And I'm going to ask you the
2  same question for ADHD.
3       At what point in time did you
4  come to the conclusion that acetaminophen
5  causes ADHD in human beings?
6  A.   It's concurrently.
7  Q.   In other words, concurrently in
8  2023?
9  A.   Yes.
10 Q.   Had you ever looked at
11 literature on acetaminophen and autism prior
12 to 2023?
13 A.   I looked at literature on
14 acetaminophen generally, and I had also been
15 following it sometime during COVID, but
16 not -- hadn't conducted a systematic review.
17 Q.   Right.
18      And hadn't conducted a review
19 with respect to autism or ADHD in particular,
20 correct?
21 A.   Incorrect.  I had been
22 reviewing studies, particularly the
23 meta-analysis that had been published in the
24 last several years for my own class.
25 Q.   And what class is that?  The

Page 31

1  nutrition class?
2  A.   No.  I also teach two other
3  classes.  One of them is medical
4  biochemistry, in addition to a genetic
5  counseling class, and it was for the genetic
6  counseling class.
7  Q.   Okay.  And what degrees or
8  board certifications do you have in genetics?
9  A.   I'm not a -- my boss is a
10 board-certified geneticist.  I'm not a
11 board-certified geneticist.
12 Q.   And why are you talking about
13 your boss?
14 A.   Well, the class, I was referred
15 to as being able to teach this class.  And so
16 that was who referred me as a -- said that I
17 could teach the class.
18 Q.   Does your boss teach the class,
19 or do you teach the class?
20 A.   I teach the class.
21 Q.   Okay.  So you teach a class
22 about genetics and are not certified in
23 genetics in any way, correct?
24 A.   Well, the person -- again, my
25 boss, and then also the person that is the

Page 32

1  primary instructor, is certified in genetics.
2  So I'm a lecturer in that class.
3  Q.   Oh, I see.
4       So the class, if we looked at a
5  syllabus -- or the class is actually taught
6  by your boss?
7  A.   So, well, my boss's colleague.
8  Q.   Correct?
9       Okay.  Now I'm just confused.
10      If we went and looked at the
11 program for the school, does it say
12 Dr. Cabrera is the professor?
13 A.   As a lecturer.
14 Q.   Okay.  So much like I go to
15 Baylor as a guest lecturer in a law class,
16 that doesn't make me a professor, correct?
17 A.   No, not unless you're appointed
18 a professor.
19 Q.   Okay.  Are you appointed a
20 professor?
21 A.   Associate professor.
22 Q.   In -- at Baylor or at UT or
23 where?
24 A.   At Baylor.
25 Q.   Okay.  Where do you teach your

Page 33

1  nutrition class?
2  A.   So I'm not currently teaching
3  my nutrition class.  I was teaching it at San
4  Jacinto College and also UT in Austin.
5  Q.   And your nutrition class, was
6  that more in the vein of maternal nutrition
7  to prevent neural tube defects?
8  A.   It's, let's say, a core class.
9  So we were required to teach a class as part
10 of our faculty appointment, and I was
11 teaching a core credit class in nutrition.
12 So it was a general science class.
13 Q.   Was that the first class you
14 were -- you ever regularly taught?
15 A.   No, it was not.
16 Q.   Okay.  What was the first class
17 you ever taught?
18 A.   I -- before that, I was
19 teaching a class in the philosophy of science
20 as well.
21 Q.   And does the philosophy of
22 science have anything to do with autism or
23 ADHD?
24 A.   It did not, no.
25 Q.   Okay.  And you said you teach a

1 biochemistry class right now?
2       A.    That's correct.
3       Q.    And what degrees do you have in
4 chemistry or biology or biochemistry?
5       A.    I trained in biology.
6 That's my -- my undergrad was in biology.
7       Q.    Okay.
8       A.    And the class that I teach, I
9 teach genetics in that class.  That's -- I
10 cover the genetics lecture in that class.  So
11 I'm the lecturer in that class.
12       Q.    And is the audience medical
13 students?
14       A.    There's two different
15 audiences.  One is graduate students.  We
16 have a graduate student section, and then I
17 also teach a professional student section,
18 which is physician's assistants and
19 orthopedic and nurse anesthesiologists.  So
20 not medical students, professional students.
21       Q.    Okay.  I asked you a couple
22 minutes ago about when you first became
23 interested in autism, and I think you said
24 you've been working on a compound for the
25 last five years in relation to that.

1       How does the compound that
2 you're doing -- how does your research relate
3 to autism?  Is it whether the drug induces
4 autism?
5       A.    So initially there was a report
6 that there was neural tube defects in
7 Botswana that happened just over five years
8 ago, approximately five years, and we
9 followed up that study with producing an
10 animal model of that that would show that it
11 was fully responsive.  And we've followed
12 that up with now a mouse model that's also
13 shown that it's fully responsive just to show
14 that this drug can produce neural tube
15 defects that are fully responsive.
16       Q.    Okay.  And I asked you about
17 autism.
18       A.    Right.
19       Q.    Autism is not neural tube
20 defects, correct?
21       A.    And then the -- on the
22 follow-up for that, we were also funded to
23 look at the neurological impacts because
24 these are also associated with neurological
25 problems in people -- both adults taking the

1 medication and so we looked at that as well.
2       And so while we were doing
3 behavioral studies on those animals, we also
4 looked at the effect of in utero exposure on
5 the behavior of offspring, and that was where
6 we started to look at autism.
7       Q.    Okay.  And that was a -- you
8 said that was a follow-up grant, right?
9       A.    That was -- yeah, that was a
10 follow-up.
11       Q.    When did you get that follow-up
12 grant?
13       A.    About three years ago.
14       Q.    Okay.  So is it really three
15 years then you've been looking at autism?
16       A.    Well, that's when we got the
17 grant to look at that, yes.
18       Q.    And then you began after that,
19 correct?
20       A.    Right.  Right.
21       Q.    Okay.  So it's not five years.
22 You weren't studying autism five years ago,
23 correct?
24       A.    Initially we were studying
25 neurodevelopment, and then that led into us

1 studying autism.
2       Q.    Okay.  And it wasn't
3 specifically autism that you were studying.
4 Even in the last three years, it was
5 neurological effects of that compound,
6 correct?
7       A.    That is correct.
8       Q.    That includes more than autism,
9 right?
10       A.    Yes.
11       Q.    What else does it include?
12       A.    Well, in human patients, it's
13 predominantly what's referred to as adverse
14 events.  And so adverse events reported
15 included things like headache in patients,
16 potentially, and other, I guess, complaints
17 that were neurological in people that were
18 taking the medication.
19       Q.    And has this research been
20 published?
21       A.    The neural tube defects paper
22 was just published, I believe, a couple weeks
23 ago.
24       Q.    Uh-huh.
25       A.    And the behavioral studies we

Page 38

1  haven't published yet.
2      Q.    Are you intending to?
3      A.    Yes, we do.
4      Q.    Okay.  What, if any,
5  conclusions did you come to as to what you're
6  calling behavioral effects of that compound?
7      A.    So we've seen increased
8  activity in those animals that we documented
9  in open field testing.
10     Q.    And what does that increased
11 activity mean to you?
12     A.    Well, there's different
13 interpretations, but potentially anxiety in
14 the animals.
15     Q.    Okay.  And does the anxiety
16 allow you to opine that that compound causes
17 any particular neurologic effect or defect?
18     A.    Yeah.  So we follow that up
19 with looking at the brain and doing brain
20 pathology, and also metabolomics on the brain
21 as well.
22     Q.    Okay.  So you sacrifice the
23 animal and examine the mouse brain?
24     A.    Yes.
25     Q.    Okay.  And what conclusions, if

Page 39

1  any, did you draw between that compound and
2  causation as to any particular neurologic
3  effect?
4      A.    Suffice it to say, we do see
5  changes in single carb metabolism that
6  appears to be affecting dopaminergic
7  pathways, but we haven't drawn any
8  conclusions other than the fact that there --
9  the animal has increased anxiety at this
10 point.
11     Q.    Okay.  So increased anxiety in
12 a mouse model doesn't necessarily mean that
13 it causes any particular neurologic defect?
14     A.    It can be consistent with other
15 problems, but we haven't seen other problems
16 in the animal.  That was one of the things
17 that we noted that was statistically
18 significant in the study that we did.
19     Q.    And what other problems would
20 you look for?
21     A.    So some of the things that can
22 be looked for is we also do three-chamber for
23 socialization.  We didn't see changes in
24 socialization in that animal.
25     Q.    Okay.  And if you had, then it

Page 40

1  might change your conclusion?  Is that what
2  you're saying?
3      A.    Yes.
4      Q.    Okay.  So if we went and looked
5  at the grant that you got that you're talking
6  about for this compound, would it say that
7  you were investigating autism?
8      A.    It does not.
9      Q.    Okay.  Would it say that you're
10 investigating ADHD?
11     A.    It would not.
12     Q.    Okay.  So is this work that
13 you're doing here, this is the first time you
14 actually examined specifically autism and
15 ADHD in relation to any particular
16 environmental exposure.
17         Is that fair?
18     A.    That is not correct.
19     Q.    Okay.  What else have you --
20 what other work have you done evaluating
21 autism and ADHD as an outcome to an exposure?
22     A.    When I was in graduate school,
23 we also did a behavioral study looking at the
24 exposure of valproic acid and heavy metals in
25 autism core behaviors.

Page 41

1      Q.    Okay.  And that -- was that in
2  a particular lab in grad school?
3      A.    Yes, it was.
4      Q.    And is it the same lab you work
5  in now?
6      A.    Well, we've come a long ways,
7  but, yes, I still work for the same person.
8      Q.    Okay.  So in grad school, was
9  that Richard Finnell's lab?
10     A.    Yeah, he was the director of
11 the institute and also the PI of the lab.
12     Q.    And he was looking at Depakote,
13 or valproic acid, and neurologic outcomes?
14     A.    Not exactly.  A colleague of
15 mine, Denise Hill, was interested in heavy
16 metal toxicity, and we appreciated that
17 valproic acid was the model for autism in
18 animal models, particularly in mice.  And so
19 we compared heavy metal exposure with
20 valproic acid in those animal models.
21     Q.    To what endpoint?  To see if
22 the heavy metal exposure could induce autism?
23     A.    Autism-like behaviors, yes.
24     Q.    Okay.  And was that published?
25     A.    Yes, it was.

1    Q.    Okay.  And had you ever done
2  neural tube defect research on valproic acid
3  before that?
4    A.    Yes.
5    Q.    Was that also in your grad
6  school research?
7    A.    Yes, it was.
8    Q.    Okay.  So your role, when you
9  were in grad school, I take it, you weren't a
10 lead investigator or anything like that on
11 that study?
12    A.    In graduate school, I was --
13 well, one of those studies I was first author
14 but not the PI of the study.
15    Q.    Okay.  How about the autism and
16 valproic acid study, were you first author
17 there?
18    A.    I was -- Denise was the -- that
19 was her first author publication.  I
20 followed, second author.
21    Q.    And on that publication, if we
22 looked at it, was that in an animal model, or
23 were you making determinations as to human
24 effects?
25    A.    That was in an animal model.

1    Q.    Okay.  So let me try again
2  then.
3          Is this the first time you've
4  ever opined that a compound -- an exposure
5  can cause -- can induce autism in a human
6  being?
7    A.    Yes, it is.
8    Q.    Okay.  And you've never done
9  that or made that conclusion outside of
10 litigation ever before today in this year,
11 correct?
12    A.    Yeah, this is my first time
13 offering an opinion on autism.
14    Q.    Okay.
15    A.    Or ADHD.
16    Q.    Back to valproic acid.
17          Valproic acid has been known to
18 be a human teratogen for decades, correct?
19    A.    That is correct.
20    Q.    It was one of the early
21 antiepileptic drugs, the first -- first-line
22 antiepileptic drug a long time ago, correct?
23    A.    Discovered by chance, it was
24 shown to be an effective antiepileptic drug.
25    Q.    And those first-line

1  treatments, like valproic acid and
2  phenobarbital, those are known teratogens,
3  correct?
4    A.    Particularly valproic acid
5  is -- they're potent teratogens.
6    Q.    By the time you were in grad
7  school, everybody agreed and knew that
8  first-line AEDs could induce major congenital
9  malformations in human beings, correct?
10    A.    I would like to think that
11 everyone knew, but there were still people
12 defending the position that they didn't.  I
13 still argue incorrectly, but it was generally
14 understood that they were -- caused birth
15 defects.
16    Q.    Well -- and that's one of the
17 reasons that you used it in the mouse model,
18 correct?
19    A.    That's correct.
20    Q.    All right.  And one of the
21 reasons that you knew that is because there
22 had been prospective, double-blind pregnancy
23 registries that showed a profound effect of
24 valproic acid on human pregnancy, correct?
25    A.    Well, there had been initially

1  retrospective studies that had identified
2  there was an effect of valproic acid, and
3  then those were followed up by both animal
4  models that demonstrated that, in addition to
5  prospective studies in women with epilepsy
6  treated and untreated.
7    Q.    Okay.  Are you familiar with
8  the North American Antiepileptic Drug
9  Registry?
10    A.    I am.
11    Q.    Do you know Lew Holmes?
12    A.    I do.
13    Q.    Sonia Hernandez-Diaz?
14    A.    I've met her a couple of times.
15    Q.    Okay.  So you know -- you know
16 how they conducted that registry, right?
17    A.    Not at its inception, but I'm
18 familiar with them.
19    Q.    You're familiar that it's a
20 human exposure registry?
21    A.    Ongoing.
22    Q.    Ongoing.
23          In human pregnancies, right?
24    A.    That's correct.
25    Q.    With exposure to anti- --

1 unknown, blinded antiepileptic drugs,
2 correct?
3      A.    A variety of them now, yes.
4      Q.    And it's prospective.  They're
5 followed -- they're enrolled right at the
6 beginning of pregnancy, right?
7      A.    That's correct.
8      Q.    Okay.  And the Holmes and
9 Hernandez-Diaz are blind to the patient and
10 the drugs, right?
11      A.    That is my understanding until
12 the analysis is done.
13      Q.    And it's double-blind, right?
14      A.    I -- I'm not sure about the
15 double-blinding.  I'd have to check that
16 particular publication you're referring to.
17      Q.    Okay.  Well, there's many
18 publications, right?
19      A.    Yes.
20      Q.    The pregnancy registry, they
21 constantly publish any time something becomes
22 significant, right?
23      A.    They publish updates regularly.
24      Q.    Right.
25           And that level of evidence

1 is -- would you agree it's about as good as
2 you get in human pregnancy?
3      A.    The combination of having an
4 animal model, having first observed this
5 prospectively -- or excuse me,
6 retrospectively and then doing the
7 prospective study, that's -- that is strong
8 evidence.
9      Q.    Okay.  Well, I didn't ask you
10 about the animal model.
11      A.    Yeah.
12      Q.    What matters to people now, we
13 have double-blind, prospective pregnancy
14 registry human evidence now today, correct?
15      A.    That is -- we do.
16      Q.    And if you ask anybody in the
17 field what the best evidence is, they're not
18 going to start talking about animal studies.
19 They're going to talk about the
20 North American Antiepileptic Drug Pregnancy
21 Registry and the publications that came out
22 of that, correct?
23      A.    I disagree.
24      Q.    Okay.  You disagree because you
25 think now that we have human evidence, the

1 animal evidence is what matters?
2      A.    Well, I disagree because I talk
3 to physicians regularly that counsel women
4 that take anticonvulsant drugs, and they
5 quite often ask me what I see in the animal
6 models to help inform them on the relative
7 risk of medications that they use that don't
8 have enough data on them.
9      Q.    Are you talking about the
10 third-line antiepileptics?
11      A.    Well, looking at particularly
12 the newer ones, yes.
13      Q.    Well, you know -- you know
14 there isn't registry data on those yet,
15 right, because they haven't reached
16 significance?
17      A.    Well, yes, because there's not
18 enough exposures in the database yet.
19      Q.    Right.  Right.
20           So I don't think we're
21 understanding each other because I'm asking
22 you about drugs when we have human data, and
23 we do have a publication because it did
24 become significant in the registry.
25           Okay?

1           For those drugs, not the newer
2 ones, for those drugs, nobody is talking
3 about the animal data.  They're talking about
4 the actual human data that became significant
5 in a prospective, double-blind pregnancy
6 registry, correct?
7      A.    That's largely what you will
8 hear about as far as -- for clinical
9 analysis.
10      Q.    That's the highest level of
11 evidence you can get in human pregnancy
12 within the bounds of current ethics, correct?
13      A.    Well, in addition to that, that
14 can be distilled further into meta-analysis.
15 That would be the best set of data.
16      Q.    If there's multiple studies.
17      A.    If there's multiple studies.
18      Q.    Okay.  All right.  And valproic
19 acid has had a major congenital malformation
20 warning on the label, as the drug Depakote,
21 for decades, correct?
22      A.    As far as I know, yes.
23      Q.    Okay.  And then eventually,
24 after it was already, essentially, not used
25 in pregnancy unless no other AED would work,

Confidential - Subject to Protective Order

Page 50

1 an autism warning was added to it, correct?
2    A.    That is correct.
3    Q.    Okay.  Throughout your reports
4 you mentioned many times an adverse outcome
5 pathway.
6    A.    (Witness nods head.)
7    Q.    In particular, an AOP 20.  Do
8 you remember including that in all of your
9 reports --
10    A.    Yes, I do.
11    Q.    -- or at least your original
12 report, your amended report and your
13 supplemental -- your rebuttal report all have
14 AOP 20, correct?
15    A.    That is correct.
16    Q.    Okay.  And what organization
17 came up with that pathway?
18    A.    Well, that was published by the
19 OECD, is -- it's where I found that
20 originally.
21    Q.    Okay.  And what is the basis
22 behind OECD?  How do you know about them, and
23 how do you use them in your regular work?
24    A.    So the AOPs themselves I'm
25 familiar with because I've done some work

Page 51

1 with the EPA in the past, and it's common for
2 us to put AOPs together; to look for the
3 existing evidence on a particular molecular
4 interaction and whether it can have an impact
5 on an organism; and how it has an impact on
6 the organisms and whether there's any gaps in
7 the data on having that impact on an
8 organism.
9    Q.    Okay.  And the AOP 20 that you
10 refer to a lot, you didn't publish that or
11 put that together, correct?
12    A.    I did not.  That was
13 independently done by researchers I -- I'm
14 unfamiliar with before I had seen the AOP.
15    Q.    Okay.  And did you see that AOP
16 for the first time in connection with this
17 litigation?
18    A.    Yes.  It was published, I
19 think, while I was doing the review of the
20 literature for this litigation.
21    Q.    Okay.  And you mentioned EPA.
22 You mean the Environmental Protective
23 Association?
24    A.    Agency, yes.
25    Q.    Agency.  Agency.

Page 52

1         You don't know if FDA uses
2 AOPs, do you?
3    A.    I'm not familiar with them
4 using AOPs.
5    Q.    You've never seen them using an
6 AOP, correct?
7    A.    Like I said, I'm not familiar
8 with their use --
9    Q.    By --
10    A.    -- by the FDA.
11    Q.    By the way, have you ever been
12 contacted by the FDA for assistance with
13 regard to any particular compound?
14    A.    Yes, I have.
15    Q.    Okay.  And is it the one that
16 you were -- that you were talking about
17 earlier that you're working on now?
18    A.    Well, with the entire class of
19 molecules, the HIV integrase inhibitors, I
20 was asked to go with the -- with the FDA,
21 with the World Health Organization at the
22 National Institutes of Health and National
23 Institutes of Child Health and Development
24 and present the work I had done on that
25 compound.

Page 53

1    Q.    Okay.  And that was a -- some
2 sort of meeting?
3    A.    It was a meeting, yes, a
4 conference.
5    Q.    And when was that?
6    A.    I believe it's approximately
7 six years ago now.  I think I have it on my
8 résumé for a conference I attended.
9    Q.    Okay.  So that was the neural
10 tube defect work that was funded by the
11 National Institutes of Health?
12    A.    It ultimately led to the
13 funding of that work, yes.
14    Q.    Led to the funding of the work.
15 And then at some point you presented at a
16 conference, and were you presenting on behalf
17 of FDA?
18    A.    No.  I was meeting with -- it
19 was a conference with shareholders in the
20 medications, different shareholders for each
21 one of the HIV antiviral integrase
22 inhibitors, and we met with them in addition
23 to the FDA and the World Health Organization.
24    Q.    Okay.  So who asked you to
25 attend that meeting?

Page 54

1    A.    The NIH.
2    Q.    Okay.  So not the FDA?
3    A.    Well, the NIH would -- who had
4  contacted us.  The FDA was there also.
5    Q.    Right.  I understand they were
6  there.
7          My original question was
8  whether the FDA ever asked you to do any work
9  in particular on a compound.
10   A.    Right.
11   Q.    And FDA has not asked you to do
12 work on a compound, correct?
13   A.    Well, multiple organizations
14 that were -- that were asking for that.
15   Q.    Let me try this again.  FDA
16 didn't invite you to that conference,
17 correct?
18   A.    It's hosted by the NIH.
19   Q.    Okay.  Did you have any contact
20 with the FDA other than talking to them at
21 that meeting?
22   A.    Yes, I did.
23   Q.    Okay.  What was that?
24   A.    Other people at the -- at the
25 FDA had contacted me, and I had some

Page 55

1  correspondence with them about the work we
2  were doing.
3    Q.    Okay.  Before or after the
4  meeting?
5    A.    Both.
6    Q.    Okay.  And it was in regards to
7  those compounds --
8    A.    Yes.
9    Q.    -- correct?
10         Did they ever -- ever ask you
11 for -- to provide them a report or any
12 specific research?
13   A.    They did ask for the data that
14 we were -- that we planned on presenting.
15   Q.    And this was all with regard to
16 neural tube defects, correct?
17   A.    Yes, it was.
18   Q.    Okay.  Back to the -- to the
19 AOP.
20         Is AOP 20 the only AOP that is
21 important to your opinions here?
22   A.    Well, in addition, there was
23 also another publication that came out in
24 regards to the cannabinoid pathway, which was
25 also another adverse outcome pathway that was

Page 56

1  published by -- not an OECD publication but
2  an independently published.
3    Q.    Okay.  And the reason I'm
4  asking about AOP 20, you mentioned your heavy
5  metal research just a little bit ago.
6          AOP 20 is about using mercury
7  to induce neurologic effects, correct?
8    A.    The primary compound that is
9  described in that AOP is mercury, but it also
10 includes acetaminophen as a common compound
11 that can also produce the same oxidative
12 damage in -- in cells and produce the same
13 outcomes.
14   Q.    Well, the pathway itself has
15 multiple steps, correct?
16   A.    That's correct.
17   Q.    And the one that's published
18 that you're relying on uses mercury to induce
19 the depletion of glutathione, right?
20   A.    Well, they specifically look at
21 mercury and the depletion of glutathione, in
22 addition to the AOP cascade.  And the
23 analysis they conduct is then a weight of the
24 evidence analysis on that AOP, specific to
25 mercury.

Page 57

1          But they include acetaminophen
2  as another compound that can produce the same
3  effects as far as the oxidative damage and
4  the interaction with thiol groups and
5  specifically with glutathione.
6    Q.    They do not, Dr. Cabrera,
7  include acetaminophen as something that can
8  be the first step to deplete the glutathione
9  in that AOP, correct?
10   A.    It's not in the group of
11 compounds like mercury.  It's not -- it's not
12 listed with mercury.
13   Q.    Right.
14         So the only place that -- if we
15 look at it, and we probably will later today,
16 the only place we would see acetaminophen is
17 in a list -- in that pathway on the third
18 step, I believe.  It's in a list of stressors
19 that once the glutathione is gone because of
20 the mercury can induce damage in the pathway,
21 correct?
22   A.    That's not correct.  It's a
23 list of stressors that can produce the same
24 biological effect, molecular and biological
25 effect.

1    Q.    Okay.
2    A.    And that is oxidative stress.
3    Q.    Do you agree that step one only
4  includes mercury and that step one is to
5  deplete the glutathione so that there's no
6  glutathione in the system, correct?
7    A.    Well, there are other compounds
8  listed in addition to mercury that can
9  produce those effects.
10   Q.    Okay.  And the other compounds
11 are other heavy metals that are not
12 acetaminophen, correct?
13   A.    They're not just heavy metals.
14   Q.    Okay.  They're not
15 acetaminophen in the other compounds that can
16 deplete the glutathione, correct?
17   A.    Well, acetaminophen can deplete
18 glutathione, but it's not specifically listed
19 in the AOP with mercury.  It's listed as a
20 stressor in that pathway.
21   Q.    Let me -- let me -- let me
22 clarify that question because I think -- I
23 think we're on the same page.
24       In the AOP 20, which you rely
25 on in your report, acetaminophen is not part

1  of step one of depleting the glutathione.
2  That is not listed as one of the things it
3  can, correct?
4    A.    So, in the AOP, it's not listed
5  with mercury in those first set of compounds.
6    Q.    And then the next step or
7  further down the cascade -- you used the term
8  cascade, right?  It's the pathway?
9    A.    Yes.
10   Q.    There's -- once the glutathione
11 is depleted, there's the stressors, and
12 there's a list of them, correct?
13   A.    Generally speaking, the effect
14 of glutathione can be made worse or can be
15 caused by the stressors as well.
16   Q.    And does it say that in the
17 AOP?
18   A.    It describes the effect of the
19 stressors as creating oxidative damage, which
20 is consistent with the same effect that the
21 mercury and other compounds cause.
22   Q.    But it doesn't say it in the
23 AOP, correct?
24   A.    It says exactly what I said.
25   Q.    Okay.  Did you look at the

1  underlying -- you saw there were references
2  for the list of stressors, correct?
3    A.    Yes.
4    Q.    Did you look at the underlying
5  papers?
6    A.    Yes, I did.
7    Q.    Okay.  And did you see the data
8  for why acetaminophen is in there?
9    A.    Why -- I'm familiar with the
10 data, yes.
11   Q.    Well, in the published -- in
12 the literature references, there's nothing
13 behind it, right?  It's just acetaminophen is
14 in a list of things that can cause --
15 potentially cause damage in the setting of
16 depleted glutathione?
17   A.    Well, acetaminophen itself can
18 cause decreases in glutathione.
19   Q.    I know you believe that, but
20 that's not in the AOP, correct?
21   A.    That's not a belief.  That's
22 supported by factual, scientific data.
23   Q.    Well, it's -- Dr. Cabrera, it's
24 not in AOP 20, is it?
25   A.    It does deplete glutathione in

1  AOP 20.  It can cause depletion of
2  glutathione.
3    Q.    Okay.  Okay.  We're going to
4  have to look at that because that's...
5       So your testimony right now is
6  that AOP 20 says that acetaminophen depletes
7  glutathione?
8    A.    Not absolutely, but it --
9  certainly as a stressor, it can decrease
10 glutathione.
11   Q.    And you're saying that AOP 20
12 says that?
13   A.    That as a stressor,
14 acetaminophen can decrease glutathione.
15   Q.    Okay.  Did you look into the
16 other stressors that are listed in AOP 20 --
17   A.    Yes, I did.
18   Q.    -- do you recall them?
19       Okay.  So furan, you saw that?
20   A.    Furan, yes.
21   Q.    Did you look at the literature
22 behind that?
23   A.    I'm familiar with it.
24   Q.    Did you look at the references
25 that are actually in AOP 20?

Page 62

1    A.    Some of them.
2    Q.    Okay.  Do you know why not
3 every -- not all the stressors that were
4 listed in the reference literature were
5 included in AOP 20?
6    A.    Well, because they only did a
7 weight of the evidence analysis on mercury.
8    Q.    How do you know that?
9    A.    It's evident in the document.
10    Q.    So carbon tetrachloride isn't a
11 stressor in the setting of mercury.
12        Is that your testimony?
13    A.    It's -- it's listed in the AOP,
14 but the AOP is specific in regards to a
15 weight of an evidence analysis for mercury.
16    Q.    Carbon tetrachloride is listed
17 in the AOP?
18    A.    We should -- we should look at
19 the AOP for specific compounds.  I don't
20 remember them all.
21    Q.    Okay.  And the outcome --
22 because it's an adverse outcome pathway, the
23 outcome is what in AOP 20?
24    A.    Again, we should look at the
25 document if you want a specific -- the

Page 63

1 specific language, but in regards to learning
2 and development.
3    Q.    Right.
4        In learning and development,
5 you're using that as a marker for autism in
6 your report, correct?
7    A.    It's described in the document
8 itself, that it can overlap with autism.
9    Q.    Okay.  Your testimony is AOP 20
10 describes in the document that learning --
11 decreased learning can overlap with autism?
12    A.    That's correct.  I quoted
13 that -- those specific statements in my
14 report.
15    Q.    And you are relying on AOP 20
16 as proof that a pathway exists between --
17 well, it only has mercury in there, but a, I
18 guess, demonstrative that such a pathway
19 could exist between an exposure and autism,
20 correct?
21    A.    It doesn't only have mercury in
22 there.  It has other compounds, and one of
23 those stressors includes acetaminophen
24 interacting with the same pathway.
25        And as I'm well aware, it can

Page 64

1 also affect glutathione as part of its
2 metabolism, just like mercury.
3        (Cabrera Exhibit 1 marked for
4 identification.)
5 QUESTIONS BY MR. MURDICA:
6    Q.    Why don't we mark that, the
7 AOP 20.
8        Okay.  Is that the AOP that you
9 have in front of you, Doctor?
10    A.    Yes, it is.
11        MR. WATTS:  Jim, what is the
12 exhibit number?
13        MR. MURDICA:  It is AOP 20
14 that's cited in this --
15        MS. KING:  It's 1.
16        MR. MURDICA:  Exhibit 1, yeah.
17        MR. WATTS:  There you go.
18        MR. MURDICA:  We didn't mark
19 anything yet.
20 QUESTIONS BY MR. MURDICA:
21    Q.    And, Dr. Cabrera, prior to this
22 being -- well, is this -- is this published
23 in peer-reviewed literature?
24    A.    Yes, I believe it is.
25    Q.    Okay.  And where is it?

Page 65

1    A.    I -- I'd have to look.
2    Q.    Okay.  You found this online,
3 though, right?
4    A.    It is correct.
5    Q.    Not in any particular
6 literature citation or anything like that?
7    A.    Initially I found it online --
8    Q.    Okay.
9    A.    -- when I was searching the
10 database for adverse outcome pathways.
11    Q.    Okay.  And have you ever been a
12 part of the review for this adverse outcome
13 pathway?
14    A.    I was not part of the review
15 for this adverse outcome pathway.
16        MS. KING:  Do you have another
17 copy?  Is that going to be the case
18 with all of the exhibits?  Because I'm
19 going to want a copy so I can look at
20 it all along.
21        Depending on how we go, I might
22 need to ask for a break and get a copy
23 made.
24        MR. MURDICA:  You know what,
25 we'll --

1      MS. KING:  Go ahead.
2      MR. MURDICA:  We'll come back
3  to it, that way you have -- you have
4  your own copy --
5      MS. KING:  Thank you.
6      MR. MURDICA:  -- when we do.
7  QUESTIONS BY MR. MURDICA:
8      Q.    Let's go back to genetics.
9  We'll come back to this later.
10         In your -- in your practice, do
11  you treat any human patients?
12     A.    Treat, we do not -- I do not
13  treat patients.
14     Q.    Okay.  You do not diagnose
15  patients, correct?
16     A.    I do genetic analysis
17  consistent with identifying mutations in
18  human patients, but I'm not allowed to
19  diagnose patients.
20     Q.    And that's -- is that because
21  you're not a medical doctor?
22     A.    It's because I'm not a licensed
23  geneticist or medical doctor or medical
24  geneticist.
25     Q.    In your rebuttal report, you

1  reference Dr. Chung many times.
2          Do you know Dr. Chung?
3      A.    Not personally.
4      Q.    Okay.  Have you ever interacted
5  with Dr. Chung in any way?
6      A.    Not personally.
7      Q.    Okay.  Is there any reason why
8  you would like or dislike Dr. Chung
9  personally?
10     A.    No.
11     Q.    When you compared Dr. Chung to
12  defending war criminals, that wasn't from any
13  personal opinion?
14         MR. TRACEY:  Object to the
15     form.
16         THE WITNESS:  I was referring
17     to the drugs as -- and the fact that
18     they were human teratogens, that they
19     were similar to war criminals in the
20     fact that they had maimed and hurt
21     people, the chemicals.
22  QUESTIONS BY MR. MURDICA:
23     Q.    Is that -- is accusing people
24  of defending war criminals something that
25  you -- is that the way you talk in your

1  normal work outside of litigation?
2      A.    If it's in regards to
3  teratogens that can have a detrimental effect
4  on people, I reckon everyone's entitled to a
5  defense in our -- in our country, but
6  nevertheless, those compounds are
7  particularly dangerous.
8      Q.    Right.
9          And what Dr. Chung was talking
10  about was whether or not they induce autism,
11  not whether or not they're dangerous or
12  induce major congenital malformations,
13  correct?
14     A.    Compounds that can cause
15  congenital malformations and autism are
16  dangerous compounds.
17     Q.    Yeah, and that's not -- that's
18  not what I was asking.
19         You realize the portion of
20  Dr. Chung's opinion that you were criticizing
21  was about whether those compounds cause
22  autism and other effects, not whether they
23  cause major congenital malformations,
24  correct?
25     A.    Well, as autism is represented

1  as a functional deficit that is correlated
2  with congenital malformations, specifically
3  like neural tube defects, those are similar
4  in that regard.
5      Q.    Is autism a structural birth
6  defect?
7      A.    That's -- it's diagnosed by
8  behavioral testing clinically.
9      Q.    Right.
10         So it's not diagnosed as a
11  structural birth defect, correct?
12     A.    There are structural defects
13  associated with it, but it's not part of its
14  diagnosis.
15     Q.    Okay.  And not every -- not
16  every compound that induces structural birth
17  defects also induce autism, correct?
18     A.    That is correct.
19     Q.    Okay.  In fact, of the -- of
20  the antiepileptic drugs -- of which you
21  believe many cause major congenital
22  malformations, correct?
23     A.    That's correct.
24     Q.    Only one has been associated
25  with autism to date, correct?

Page 70

1    A.    We're currently conducting
2  those studies in animal models, but in the --
3  as far as the handbook for physicians, it was
4  specific to valproic acid.
5    Q.    Okay.  Are there other
6  antiepileptics that you believe cause autism?
7    A.    We're currently looking at
8  that.
9    Q.    Okay.  Are there any that you
10 believe so far cause autism?
11   A.    We're still blinded to that
12 data, and I'm not ready to draw conclusions
13 on it.
14   Q.    Okay.  And when you say "we,"
15 you're doing more animal studies on
16 antiepileptics?
17   A.    Yes, we are.
18   Q.    Which antiepileptics are
19 included in your studies?
20   A.    Well, valproic acid, in
21 addition to -- and I don't have them all in
22 front of me, but there's several other
23 compounds that we're testing that are also
24 anticonvulsant drugs.
25   Q.    Okay.  But you can't think of

Page 71

1  any of them?
2    A.    Not just the top of my head.  I
3  have to have the grant in front of me to tell
4  you which one of the compounds we're looking
5  at.
6    Q.    Okay.  Are you doing that at
7  Baylor?
8    A.    Yes, we are.
9    Q.    And who is funding that?
10   A.    Right now, it's not funded.
11   Q.    Is that -- what portion of the
12 work you're doing now in -- at Baylor is
13 that, is antiepileptic animal studies?
14   A.    I've only had one grant funded
15 in antiepileptic drugs, even though we've
16 studied it for decades, and none of our
17 funded work right now is in anticonvulsant
18 drugs.
19   Q.    Okay.  What is your funded work
20 now?
21   A.    In anti -- the HIV antivirals.
22   Q.    Oh, it's what we've talked
23 about before?
24   A.    Yes.
25   Q.    Is that the majority of your

Page 72

1  time right now?
2    A.    Yes.
3    Q.    Understanding that you -- I
4  think you said you can't -- even though you
5  can conduct genetic testing, you can't
6  diagnose anyone; is that right?  You can't
7  diagnose a human patient?
8    A.    Yes.  So we run human patients
9  for what's referred to as sequencing or
10 resequencing.  We also can send out for whole
11 genome, and I do the analysis of that, but I
12 provide the reports back to whomever is the
13 intended physician or the medical geneticist
14 for diagnosis.
15   Q.    Okay.  And I assume you've
16 never diagnosed anyone with autism or ADHD.
17       Is that fair?
18   A.    We've had patients that have
19 mutations that were consistent with autism
20 that we identified in our laboratory.
21   Q.    Okay.  And you, Dr. Cabrera,
22 never diagnosed a patient with autism or
23 ADHD, correct?
24   A.    I don't do diagnosis for
25 autism.

Page 73

1    Q.    Okay.
2    A.    But the patient herself was --
3  did have autism.
4    Q.    Do you know the diagnostic
5  criteria to diagnose a patient with autism?
6    A.    I'm familiar with the DSM for
7  diagnostic, but I'm not -- haven't performed
8  the test, nor am I licensed to do such.
9    Q.    Okay.  What are the -- what are
10 the diagnostic criteria for autism?
11   A.    So typically it's -- has to do
12 with focus and attention, repetitive behavior
13 and then social communication disorder.
14   Q.    And do you know to what extent
15 any or all of those need -- boxes need to be
16 checked in order to render an autism
17 diagnosis?
18   A.    There's a score system that's
19 based on that, and -- again, I'm not a
20 diagnostician in that regard.  And then the
21 last one is that they should have a negative
22 effect on the person that has autism.  And so
23 meeting all those criteria is enough to
24 create the diagnosis.  But I -- I'm not
25 familiar with the scoring because I don't do

1   that in my -- in my regular work.

2       Q.   Okay.  What do you mean by

3   "negative effect"?

4       A.   That it has a detrimental

5   effect on the well-being of the person.

6       Q.   Okay.  So if somebody is a

7   savant, is that a detrimental effect?

8       A.   Well, if it has negative

9   effects on them otherwise, as far as social

10  and communication, then that could be an

11  indication of that.

12      Q.   Okay.  And if I asked you the

13  same questions with regard to ADHD, would you

14  give me the same answers; in that you don't

15  know the exact criteria and you don't

16  diagnose?

17      A.   I don't do the diagnostics for

18  ADHD.

19      Q.   And you don't know the

20  diagnostic criteria exactly, correct?

21      A.   Outside of what's in the DSM, I

22  have not and never plan on performing those

23  tests.

24      Q.   Okay.  And you just testified

25  about genetic changes that you thought were

1   consistent with autism.

2           Was that following whole-exome

3   sequencing?

4       A.   We did perform whole-exome

5   sequencing on that -- on that individual.

6       Q.   Okay.  And you've seen -- have

7   you seen point mutations that you thought

8   were consistent with autism?

9       A.   In this particular case, we saw

10  a mutation that was in a particular gene that

11  we then produced a mouse model for, and the

12  mouse model displayed behaviors also that

13  were consistent with autism.  And so

14  collectively, we reported that this gene was

15  associated with core behaviors in the mouse

16  and would be specific for this human.

17          And then another colleague at

18  Baylor identified multiple other patients

19  with the same mutation, the same gene with

20  similar presentation.

21      Q.   And there's multiple mutations

22  that have been identified in patients with

23  autism, correct?

24      A.   That is correct.

25      Q.   And is there any consistent

1   pattern of mutations that's known for

2   autistic patients at this point?

3       A.   There are some major genes that

4   have been associated with autism, and there

5   are also other minor genes that have been

6   shown to interact with the autism risk.

7       Q.   Right.

8           And interaction itself, it's

9   still equine right, right, as to what actually

10  causes autism genetically, in your mind?

11      A.   Well, it depends on the

12  particular case.

13      Q.   Right.

14          It's not a -- it's not a

15  uniform presentation genetically, even for

16  genetically caused autism, correct?

17      A.   It depends on the case.

18      Q.   Okay.  Well, did autism exist

19  before pharmaceutical compounds existed?

20      A.   As far as I know, yes.

21      Q.   Okay.  There's autism

22  documented back in ancient Egypt, right?

23      A.   I'm not familiar with that

24  record.  I'd like to see that document.

25      Q.   Okay.  When do you first know

1   of autism being diagnosed in human beings?

2   Not diagnosed.

3           When do you first know of

4   autism symptoms being observed in human

5   beings, in the human record?

6       A.   Well, consistent with a

7   clinical diagnosis, I was only following the

8   literature since probably the -- me

9   personally, since the DSMs had been in

10  development and listed autism and infantile

11  autism as particular outcomes.

12          Prior to that, there are

13  behaviors consistent with what we now think

14  of as autism but not a clinical diagnosis of

15  autism.

16      Q.   And when you were following --

17  so how long has that been that you've had

18  some awareness of autism?

19      A.   Since -- I think since I was

20  being trained in teratology.

21      Q.   Okay.  And since you were being

22  trained in teratology, had you ever looked

23  into thimerosal as a cause of autism?

24      A.   I did look at heavy metals and

25  particularly thimerosal as well.

Page 78

1    Q.   Okay.  And sitting here today,
2  do you believe that thimerosal causes autism?
3       A.   Not thimerosal as a particular
4  compound, but mercury, as a causative agent,
5  is associated with the same endpoints that
6  are identified in AOP 20.
7    Q.   Right.
8         So do you believe -- do you
9  believe that mercury induces autism?
10      A.   I believe that mercury can
11  increase the risk for autism, yes.
12      Q.   So mercury can cause autism in
13  a particular patient, correct, in your view?
14      A.   Depending on the exposure, it's
15  been shown that mercury exposure can increase
16  the risk for autism.
17      Q.   Okay.  Can --
18      A.   And that is causative in
19  regards to the AOP.
20      Q.   Okay.  Can -- so the AOP itself
21  is enough for you to determine causation in
22  that instance?
23      A.   It's not enough to determine
24  causation, but it's enough to demonstrate
25  molecular interactions that can produce a

Page 79

1  presentation based on biological structure.
2       Q.   And then you, Dr. Cabrera, make
3  the additional leap and say that it's
4  causative, correct?
5       A.   There -- there's no leap there.
6  Then you would apply Bradford Hill in order
7  to determine whether there's a -- there's
8  causality.
9       Q.   So you, Dr. Cabrera, then apply
10  Bradford Hill as you see it and determine
11  causality, correct?
12      A.   So -- well, you systematically
13  review the literature and see if -- how the
14  different factors in regards to Bradford Hill
15  support causality or not.
16      Q.   And you've done that for
17  mercury and determined that it's causative,
18  correct?
19      A.   I've looked at that for
20  mercury.
21      Q.   Okay.  Have you looked at it
22  for thimerosal?
23      A.   Not as thimerosal as a, you
24  know, derivative of a mercury-containing
25  compound, no.

Page 80

1    Q.   Sitting here today, do you
2  believe that thimerosal causes autism?
3       A.   I haven't looked at it in
4  detail enough to know that.
5       Q.   Okay.  Can you exclude it as a
6  cause of autism?
7       A.   I would say that there's -- in
8  regards to vaccination, that that literature
9  has not supported thimerosal specifically as
10  a -- as a cause.
11      Q.   Did you ever look at all the
12  thimerosal vaccine literature?
13      A.   Yes, I did.
14      Q.   Okay.  And did you look at it
15  prior to that being debunked?
16      A.   Concurrently.
17      Q.   Concurrently.
18         So you didn't look at it before
19  it was debunked, correct?
20      A.   Well, I was familiar with the
21  study when it came out, and then with, would
22  you say, this controversy surrounding how the
23  study was conducted, and then the aftermath
24  of that.  I was familiar with all that, yes.
25      Q.   Okay.  So you know that there

Page 81

1  were something like 14 studies that initially
2  indicated that thimerosal might induce autism
3  via vaccination, correct?
4       A.   I'm -- I don't know what the
5  count is on that.
6       Q.   Okay.  But you know that at
7  some point there were a whole bunch of
8  studies, whatever number, that people -- some
9  scientists believed indicated that thimerosal
10  could cause autism, correct?
11      A.   I'm familiar with of that.
12      Q.   Okay.  And at the time you
13  hadn't looked at those, right?
14      A.   At the time?
15      Q.   At -- well, when they were only
16  those studies that had some people, some
17  scientists, some plaintiffs' lawyers,
18  believing that thimerosal could induce
19  autism, you hadn't looked at those, right?
20      A.   I was familiar with the
21  literature --
22         MR. TRACEY:  Objection to the
23  form.
24         THE WITNESS:  I was familiar
25  with the literature supporting that

Page 82

1    position.
2  QUESTIONS BY MR. MURDICA:
3      Q.    Okay.  And did you believe at
4  the time that thimerosal could cause autism?
5      A.    Well, I was familiar with the
6  fact that mercury could produce neurotoxicity
7  and neurodevelopmental toxicity, but I
8  wasn't -- specific in regards to thimerosal,
9  I wasn't -- I hadn't drawn any conclusions in
10 regard to -- specifically to thimerosal.
11     Q.    Okay.  And you know that since
12 then, it's the unanimous opinion of
13 scientists that thimerosal does not cause
14 autism, correct?
15     A.    I don't know about the
16 unanimous decision, but I can say it's
17 generally accepted.
18     Q.    Okay.  And do you accept that,
19 Dr. Cabrera?
20     A.    I think that it's still unclear
21 in regards to the effects that mercury can
22 have.  And I know people know now that
23 they've removed it out of all of the
24 vaccines, but there's not going to be any
25 more data on that.

Page 83

1         So it's still open, and I don't
2  think it'll be ever closed completely.
3      Q.    Do you consider yourself an
4  anti-vaxxer?
5      A.    I do not.
6      Q.    Okay.  You accept the science
7  as it comes, right?
8      A.    I weigh it as I'm trained to
9  do.
10     Q.    Okay.  Does maternal fever
11 cause autism?
12     A.    Maternal fever can also
13 increase the risk for autism.
14     Q.    Okay.  So you keep saying
15 "increase the risk," when I say "cause."
16         Here, you're proposing to tell
17 the world that acetaminophen can cause
18 autism, correct?
19     A.    Well, I've conducted an
20 analysis consistent with causality for
21 acetaminophen.  I haven't done the same
22 analysis for fever, but I'm familiar with the
23 literature on fever increasing the risk for
24 autism, and that can be consistent with a
25 causal effect.

Page 84

1      Q.    Okay.  And you realize that
2  many of the patients that are pregnant that
3  take acetaminophen have maternal fever and
4  that's why they take it, right?  That's one
5  of the indications?
6      A.    I think it's a compound
7  question, but one of the indications for
8  acetaminophen is -- taking acetaminophen is
9  fever.
10     Q.    Right.
11         But yet, you haven't done a
12 full study of fever as a causative agent --
13 as a causative exposure for autism, correct?
14     A.    I have a proposal to do that,
15 but we have not --
16     Q.    And where is that proposal?
17     A.    On my computer.
18     Q.    Okay.  I mean --
19     A.    I've sent it off once.  I'm
20 going to be resubmitting that for funding.
21     Q.    Okay.  And I guess that's what
22 I was asking.
23         So it's a proposal to get
24 funding to, what, the NIH or something like
25 that?

Page 85

1      A.    Yeah.  So when I was in
2  graduate school, we did increase in maternal
3  body temperature as another model for neural
4  tube defects and showed that fever can
5  produce neural tube defects, and I would like
6  to follow up that work with the effect of
7  fever on autism as an outcome.
8      Q.    Okay.  In Dr. Cabrera's view,
9  what else are you -- what other exposures, if
10 any, are you convinced can cause autism?
11     A.    Things that's supported in the
12 literature, fever would be one of them, in
13 addition to heavy metals such as mercury.
14 And there's also -- and I'd say that the
15 data, at least at this point, is insufficient
16 but supportive of -- would be small particle,
17 air pollution particularly, benzopyrene and
18 some industrial compounds in that -- in those
19 particles.
20     Q.    Okay.  And have you looked at
21 any of those in the context of litigation?
22     A.    I have not.  Well, some heavy
23 metals I have, but not in regards to autism.
24     Q.    Okay.  In regards to autism or
25 ADHD, have you looked at any other

1 environmental exposures outside of the
2 context of litigation?
3      A.    I have not.
4           MR. WATTS:  Hey, Jim, we've
5 been going about an hour.
6           MR. MURDICA:  Yeah.
7           MR. WATTS:  First break?
8           MR. MURDICA:  Sure, that's
9 fine.
10          VIDEOGRAPHER:  Off the record,
11 10:01.
12     (Off the record at 10:01 a.m.)
13          VIDEOGRAPHER:  The time is
14 10:22, back on the record.  Beginning
15 of Media 2.
16 QUESTIONS BY MR. MURDICA:
17     Q.    Okay.  Dr. Cabrera, are you
18 ready to proceed?
19     A.    I am.
20     Q.    Okay.  I'm going to ask you
21 some questions about basics of statistics in
22 reviewing some of the articles that are part
23 of your report.
24          Dr. Cabrera, do you believe
25 that results need to be statistically

1 significant to be meaningful?
2      A.    Not necessarily.
3      Q.    Okay.  Are you part of a group
4 supporting abandonment of statistical
5 significance in epidemiology?
6      A.    Not abandonment, but just
7 clarification inasmuch as when those
8 statistics were introduced, they weren't
9 introduced for the -- for the kind of line in
10 the sand that has been drawn with them.  That
11 was not their intention when they were
12 introduced.
13     Q.    Okay.  In your opinions here,
14 in forming a causation opinion, are you
15 relying for causation on any results that did
16 not achieve statistical significance?
17     A.    I'm relying on the totality of
18 evidence, and some of that did not achieve
19 statistical significance.
20     Q.    Okay.  And just so we
21 understand, statistical significance would be
22 where a result finds an odds ratio or a
23 relative risk that does not include the null,
24 correct?
25     A.    The confidence interval that

1 doesn't include the null typically.
2      Q.    Okay.  And conversely -- so
3 that could be a finding that's significant
4 that shows an effect, right?  Because it's
5 over 1 in the -- in both ends of the
6 confidence interval, correct?
7      A.    To clarify, you can have an
8 increase in risk, and that would be greater
9 than 1, or a decrease in risk, and that would
10 be less than 1 --
11     Q.    Right.
12     A.    -- as far as the point
13 estimate.
14     Q.    And if the confidence interval
15 and the point estimate are all less than 1,
16 that is a decrease in risk, correct?
17     A.    That can be interpreted as a
18 decrease in risk.
19     Q.    And it could be interpreted as
20 whatever that exposure is is protective
21 against whatever the effect is, correct?
22     A.    So, yeah.  I mean, effectively
23 it's whether you're accepting or rejecting a
24 null hypothesis.  In that case, you can say,
25 you know, we're not accepting, we're

1 rejecting.
2      Q.    Right.
3           And if an exposure has a point
4 estimate and a confidence interval that's
5 entirely under 1, in that study, in that
6 population, it would be -- it would show a
7 protectiveness of that exposure to the end
8 effect, correct?
9      A.    A decrease in risk.
10     Q.    Okay.  Sure.
11          P-value, what does a p-value
12 need to be to be meaningful to you,
13 Dr. Cabrera?
14     A.    So p-values generally would be
15 set as a -- as a function of whatever
16 analysis you're doing, preferably before you
17 conduct the analysis.  And most commonly,
18 it's the -- the alpha set it to -- it's
19 referred to a 0.05.  So it's a 5 percent
20 false discovery.
21     Q.    Right.
22          That's the statistical
23 convention that most people use, correct?
24     A.    Depending on the type of
25 analysis you're doing.  In some cases it may

1 be lowered depending on the type of analysis
2 you're doing.
3      Q.    You've seen p-values that come
4 out to be .00001, right?
5      A.    Yes, I have.
6      Q.    And that would be more
7 meaningful to you than .05, wouldn't it?
8      A.    It's not a more meaningful.
9 It's just in regards to whether we're looking
10 that as a -- as part of our false discovery,
11 or you're not liable to find that as part of
12 your false discovery.
13     Q.    And as part of false discovery,
14 if your p-value is .1, that would be an
15 increased chance that you made a false
16 discovery, correct?
17     A.    Yeah, you -- it's correct.
18     Q.    .1 -- by convention, .1
19 wouldn't be a very good p-value, right?
20     A.    Passing judgment, if you set
21 out in your statistical testing to set it at
22 something less than 0.05, generally you would
23 need to justify that, why you're setting that
24 at .1, so it would depend on the analysis
25 you're doing.

1      Q.    Okay, sure.
2           But that wouldn't -- that
3 wouldn't be a result that would be very
4 exciting to you based on statistical
5 convention, correct?
6      A.    Depending on the analysis I'm
7 doing, but generally speaking, particularly
8 with tests that you haven't run before, you
9 would start out with an alpha of 0.05.
10     Q.    Okay.  I'm going to ask you
11 some questions about SSRIs.
12          Dr. Cabrera, do you believe
13 sitting here today that SSRIs cause autism?
14     A.    I haven't looked in the
15 literature in regards to the SSRIs and
16 autism.
17     Q.    Do you believe that SSRIs cause
18 ADHD?
19     A.    I haven't looked in the
20 literature with regards to SSRIs and ADHD.
21     Q.    Okay.  Did you ever work out --
22 did you ever work on SSRIs at Baylor?
23     A.    I -- we -- I believe we did
24 publish a paper.  I'm not sure if it was
25 while we were at Baylor or just before we

1 came to Baylor on SSRIs.
2      Q.    Okay.
3      A.    Particularly sertraline.
4      Q.    I'm sorry?
5      A.    Particularly sertraline.
6      Q.    Oh, sertraline.
7      A.    Yes.
8      Q.    Got it.  Got it.
9           And do you recall what the
10 conclusion was of your research or your
11 paper?
12     A.    Yes.  We found that it had a
13 teratogenic effect.  Specifically we found
14 clefting in the animals.
15     Q.    And that was a paper right when
16 you started your work at Baylor?
17     A.    Yeah, it coincided -- I'm not
18 sure if we published that while we were at
19 Baylor or while we were at UT, just before we
20 left.  I would have to look at specifically
21 when we published that.
22     Q.    Got it.
23          In the context of litigation,
24 have you ever worked on SSRIs?
25     A.    Yes, I have.

1      Q.    Okay.  And when was that?
2      A.    It's on my CV.  I don't have
3 the exact year.
4      Q.    Okay.
5      A.    It's been several years.
6      Q.    Did you draw any conclusions in
7 the context of litigation regarding SSRIs?
8      A.    Yes.  We were looking at
9 outcomes for developmental toxicity and
10 particularly impacts on congenital
11 malformations.
12     Q.    Okay.  And that was for
13 litigation, right?
14     A.    Yes.
15     Q.    And was that for lawyers based
16 in Houston?
17     A.    In part.
18     Q.    Okay.  Was that for Mr. Tracey?
19     A.    In part.
20     Q.    And what did you conclude in
21 that litigation?  Did you find a relationship
22 between SSRIs and developmental outcomes?
23     A.    We did find support for that,
24 yes.
25     Q.    And did you render an opinion

¹ that SSRIs cause developmental issues?
²      A.    Yes, I did.
³      Q.    And what issues did you say
⁴ SSRIs caused?
⁵      A.    At the time the major
⁶ congenital malformation that was of interest
⁷ was congenital heart defects.
⁸      Q.    In the context of litigation,
⁹ have you evaluated any other exposures and
¹⁰ developmental outcomes?
¹¹      A.    Can you repeat the question?
¹²      Q.    Sure.  No problem.  We had a
¹³ little unexpected phone call there.
¹⁴          In the context of litigation,
¹⁵ outside of your regular work --
¹⁶      A.    Uh-huh.
¹⁷      Q.    -- have you evaluated any other
¹⁸ exposures and developmental outcomes?
¹⁹      A.    Yes.
²⁰      Q.    And what are those?
²¹      A.    Largely occupational exposures
²² and environmental exposures.
²³      Q.    Okay.  Have you -- have you
²⁴ ever done work in the context of litigation
²⁵ on the drug Paxil?

¹      A.    Yes, I have.
²      Q.    And that was also for
³ plaintiffs' lawyers in Houston, correct?
⁴      A.    That's correct.
⁵      Q.    Okay.  Was your work on Paxil
⁶ the first work that you did with plaintiffs'
⁷ lawyers?
⁸      A.    I believe the first work we did
⁹ was with sertraline.
¹⁰      Q.    Okay.  And it's all been in
¹¹ part with the same firm that we're sitting in
¹² now, the Tracey law firm, correct?
¹³      A.    No, it's not correct.
¹⁴      Q.    Okay.  What other firms has it
¹⁵ been with?
¹⁶      A.    I've also worked with some
¹⁷ other firms in our area and then also in
¹⁸ Colorado as well.
¹⁹      Q.    Okay.  And which firms are
²⁰ those?
²¹      A.    Here, Clark -- Clark Love
²² Hutson.
²³      Q.    Uh-huh.
²⁴      A.    And in Colorado, I would have
²⁵ to get the particular firm name.  It's --

¹      Q.    All right.  I'll ask you again
² in case you remember it.
³      A.    Yeah.  Pozner.  Maybe Pozner,
⁴ Pozner.
⁵      Q.    Oh, yes.  Reilly -- Reilly
⁶ Pozner.
⁷      A.    Yeah.
⁸      Q.    Or Pozner Reilly.  Yeah, okay.
⁹          Dr. Cabrera, do you know if
¹⁰ your opinion on SSRIs -- you said SSRIs cause
¹¹ developmental defects, correct?
¹²      A.    Yes.
¹³      Q.    And was that opinion accepted
¹⁴ in court?
¹⁵      A.    As far as --
¹⁶          MR. TRACEY:  Objection.  Form.
¹⁷      Go ahead.  You can answer,
¹⁸ Robert.
¹⁹          THE WITNESS:  As far as my
²⁰ opinion, it's -- there was --
²¹ accepted.  I think there was also
²² some -- also another expert was
²³ rejected, and so overall, that was not
²⁴ accepted.
²⁵

¹ QUESTIONS BY MR. MURDICA:
²      Q.    You have an understanding that
³ you were excluded as -- you were not
⁴ determined to be a qualified expert.  You
⁵ were excluded from that litigation, correct?
⁶      A.    I was qualified as an expert,
⁷ but my understanding is that based on the
⁸ exclusion of the epidemiologist, the case
⁹ didn't move forward.
¹⁰      Q.    Do you know you were excluded
¹¹ as an expert?
¹²      A.    I think collectively because of
¹³ the exclusion of the epidemiologist, we were
¹⁴ excluded.
¹⁵      Q.    Okay.  So you don't deny that
¹⁶ you were excluded as an expert in SSRI
¹⁷ litigation, correct?
¹⁸          MR. TRACEY:  Object to the
¹⁹      form.
²⁰          THE WITNESS:  Yeah.  To be
²¹ clear, there were some criticisms
²² rendered in regards to my opinion, but
²³ my understanding is that the exclusion
²⁴ was based on the rejection of the
²⁵ epidemiologist.

1 QUESTIONS BY MR. MURDICA:

2 Q. Have you ever seen the opinion?

3 A. I've read it.

4 Q. When's the last time you read

5 it?

6 A. It's been several years.

7 Q. Okay. We'll take a look at it

8 later.

9 In Paxil, what opinion did you

10 render there?

11 A. That it could also increase the

12 risk of adverse outcome in -- with in utero

13 exposure.

14 Q. Okay. So to be clear,

15 plaintiffs' lawyers hired you in Paxil

16 litigation, and you offered an opinion that

17 Paxil could cause developmental defects,

18 correct?

19 A. That's correct.

20 Q. Okay. Did you ever testify in

21 court on that?

22 A. I did not.

23 Q. Do you know if your opinion --

24 did you ever testify at a deposition about

25 that?

1 A. Yes, I did.

2 Q. Okay. Do you have a copy of

3 that transcript?

4 A. I do not.

5 Q. Do you generally -- when you do

6 work for plaintiffs' lawyers, do you get

7 copies of the transcripts afterwards?

8 A. Sometimes. Not always.

9 Q. Okay. Do you keep them?

10 A. From that long ago, I wouldn't

11 still have it.

12 Q. Okay. How about from SSRIs, do

13 you have those transcripts?

14 A. I do not think I have any of

15 those S -- SSRI transcripts.

16 Q. Okay. When is the last time

17 you testified at deposition before today?

18 A. My last depositions were just

19 in the last few years. I've given some

20 depositions.

21 Q. Okay.

22 A. But not on SSRIs.

23 Q. Were they on -- were they in

24 litigation?

25 A. Yes.

1 Q. Were they on environmental

2 exposures?

3 A. And occupational --

4 environmental and occupational exposures.

5 Q. Okay. And in each of those

6 instances where you gave a deposition, were

7 you being paid by the plaintiffs' attorney?

8 A. Yes, I was.

9 Q. And is that the case going back

10 all the way to Paxil, that whenever you've

11 given a deposition rendering an opinion about

12 an exposure, it has been for a plaintiff's

13 attorney?

14 A. That is correct.

15 Q. And in each of those, when

16 you've given a deposition being paid by a

17 plaintiff's attorney, you've always come to

18 the conclusion that the exposure caused a

19 defect, correct?

20 A. To be clear, in the cases I

21 reviewed where I didn't support that opinion,

22 I haven't been deposed on them.

23 Q. Well, let me -- let me ask

24 again because I understand what you're

25 saying, but I want to get a clear answer on

1 this one.

2 Every time that you've been

3 deposed in litigation, it has been when

4 you've been paid by a plaintiff's attorney

5 and when you've come to the conclusion that

6 the exposure caused the -- a defect in a

7 human being, correct?

8 A. So I've been paid by

9 plaintiffs' attorneys to offer my opinion.

10 When I found that there wasn't evidence

11 enough, I've never been deposed about that

12 opinion.

13 Other times, I have been

14 deposed, and in those cases, they were

15 plaintiff opinions or opinions that I

16 submitted because I was asked to by a

17 plaintiff attorney.

18 Q. Do you remember my question?

19 A. Yes.

20 Q. What was it?

21 A. You were asking me if I had

22 ever rendered an opinion asked by plaintiffs'

23 attorneys to -- if all of the opinions that I

24 rendered were asked for by plaintiffs'

25 attorneys.

Page 102

1    Q.    My question was, every time
2  that you've been deposed in litigation, it
3  has been in an instance where you're being
4  paid by a plaintiff's attorney and where
5  you've rendered an opinion that the exposure
6  caused an outcome of a defect in a human
7  being, correct?
8    A.    So -- and I'm just clarifying
9  that.
10    Q.    Is that a "yes" or a "no"?
11    A.    Well, my clarification is I
12  have rendered those opinions, and the ones
13  that were at deposition, I was paid by a
14  plaintiff's attorney.
15        But I've also been asked to
16  render opinions, and when I found that there
17  wasn't evidence, then I didn't go to
18  deposition.  I wasn't asked to provide a
19  deposition in that regard.
20    Q.    Okay.  And do you have any
21  proof of any kind that you've rendered
22  opinions finding a lack of a causal
23  connection between an exposure and a -- an
24  outcome in a human being where you haven't
25  gone to deposition?

Page 103

1    A.    Regular conversations --
2        MR. TRACEY:  Objection to form.
3        THE WITNESS:  Regular
4    conversations I have with -- when I am
5    consulting, right.
6  QUESTIONS BY MR. MURDICA:
7    Q.    There's nothing you can show me
8  or the Court here that that's ever actually
9  happened, right?
10    A.    Well, it's confidential, so I
11  can't -- I can't --
12        MR. TRACEY:  Yeah, Robert.  Be
13    careful about confidentiality, Robert.
14  QUESTIONS BY MR. MURDICA:
15    Q.    Yeah.  I just want to be clear
16  for the record, for the Court, because that's
17  who's ultimately going to read this.
18        Sitting here today, there's
19  nothing you could show the Court to verify
20  what you just said about ever opining other
21  than the exposure caused the defect, correct?
22        MR. TRACEY:  So, Robert, hold
23    on.  I want you to be careful about
24    that question, because if there exists
25    evidence that satisfies that question,

Page 104

1  that is, if there is evidence where
2  you have told lawyers that they don't
3  have a case, but that is confidential,
4  that exists, but you may not be able
5  to disclose it.
6        Are you with me?
7        THE WITNESS:  Yes, and that's
8    what I've conveyed.  I can't disclose
9    that.
10  QUESTIONS BY MR. MURDICA:
11    Q.    Okay.  And I'm just saying,
12  there's nothing you can disclose to show that
13  you've ever rendered an opinion other than
14  the exposure caused the defect for a
15  plaintiff's attorney, correct?
16        MR. TRACEY:  Well, no, object
17    to the form.  It's other than
18    confidential information.
19        MR. MURDICA:  Okay.  I will ask
20    it again, Mr. Tracey.
21  QUESTIONS BY MR. MURDICA:
22    Q.    Is it your testimony that you
23  have confidential information that you would
24  be able to show if it wasn't confidential and
25  that we may be able to get a Court to protect

Page 105

1  or maybe you could provide to the Court
2  directly to show that you've ever rendered an
3  opinion for a plaintiff's attorney other than
4  one that supported their theory that an
5  exposure caused an outcome in a human being?
6    A.    Yes, I have.  I provided that
7  opinion confidentially before.
8    Q.    Okay.  And you have proof of
9  that.  You -- it's just -- you just can't
10  show it to us because it's confidential,
11  correct?
12    A.    I could produce proof of that,
13  but it's confidential.
14    Q.    Okay.  For the stuff that we
15  are able to discover and that the Court can
16  see, you've always sided with the plaintiff
17  when it comes to an exposure and an adverse
18  outcome in a human being in litigation,
19  correct?
20    A.    To be clear, I've only been
21  asked by plaintiffs' attorneys to render
22  opinions in the past.
23    Q.    Okay.  And when you do that
24  kind of work for plaintiffs' attorneys, do
25  you seek the permission of UT or Baylor to do

Page 106

1 it?

2 A. I have not. I consult

3 independently for that.

4 Q. Okay. Do you know if Baylor or

5 UT have a policy about work outside of the

6 universities?

7 A. I'm required to file conflict

8 of interest.

9 Q. Okay. And you did so here, I

10 assume?

11 A. I've filed a conflict of

12 interest with my company.

13 Q. What does that mean, with your

14 company?

15 A. So my -- I file a conflict of

16 interest under my company with Baylor.

17 Q. Okay. So Baylor does know that

18 you are testifying against the entire

19 industry of manufacturers of acetaminophen,

20 correct?

21 A. Baylor knows that I work for a

22 consulting company --

23 MR. TRACEY: Object to form.

24 THE WITNESS: -- that is

25 working in litigation, not the

Page 107

1 specific cases.

2 QUESTIONS BY MR. MURDICA:

3 Q. So they don't know your actual

4 opinion here, correct?

5 A. They do not.

6 Q. Okay. Have you shared your

7 opinion here with anyone other than the

8 plaintiffs' attorneys and anyone that they've

9 given your reports to?

10 A. Yes, I have.

11 Q. Who is that?

12 A. My laboratory.

13 Q. Okay. Outside of your

14 laboratory, have you shared it with anyone

15 else?

16 A. My wife.

17 Q. Okay. Outside of a personal

18 relationship, have you shared it with anyone

19 else?

20 A. Outside of my laboratory and

21 personal relationships, I have not.

22 Q. You haven't, for example,

23 contacted any of the scientists involved in

24 the studies that are contained in your

25 report, have you?

Page 108

1 A. I have had some Zoom

2 interactions with other experts in this

3 regard, but not with any other scientists

4 in the literature.

5 Q. Okay. And by other experts,

6 you mean other hired experts by plaintiffs?

7 A. That's correct.

8 Q. Okay. Outside of hired experts

9 by plaintiffs, have you discussed your

10 opinions that we're -- that we're talking

11 about today with any other scientist outside

12 of your lab or outside of hired experts?

13 A. And outside of personal?

14 Q. Right.

15 A. I have not.

16 Q. Okay. Have you contacted any

17 regulatory authorities or Teratology Society

18 or Maternal-Fetal Medicine or American

19 College of Obstetricians about your opinions?

20 A. I've spoke with an obstetrician

21 in our laboratory, but outside of that, no.

22 Q. Do you think it's important

23 that maternal fever is treated during

24 pregnancy?

25 A. It is important.

Page 109

1 Q. Okay. Why is it important?

2 A. Because fevers have adverse

3 outcomes during pregnancy if they're not

4 controlled.

5 Q. Do they have adverse outcomes

6 for the fetus?

7 A. Yes, they can.

8 Q. And what adverse outcomes can

9 those be?

10 A. Fevers can increase risk for

11 congenital malformations specifically. It's

12 been widely published in the literature and

13 also supported in animal models.

14 Q. And I think you testified

15 earlier that fevers can cause autism,

16 correct?

17 A. That is correct.

18 Q. And fevers can cause ADHD?

19 A. There are studies that support

20 that, yes.

21 Q. Okay. And you don't dispute

22 it, do you?

23 A. I'm not disputing that fevers

24 are dangerous, particularly for --

25 Q. Okay.

Page 110

1    A.    -- anyone to have a fever or
2 too high of a fever or particularly for
3 pregnant women to have a high fever for a
4 prolonged period of time is dangerous --
5    Q.    What --
6    A.    -- for the mother and the fetus
7 or the embryo.
8    Q.    What other
9 antipyretics would -- what could treat fever
10 in a pregnant woman that's available on the
11 market right now?
12    A.    It depends on when the
13 medication is taken.  There are different
14 contraindications for other antipyretics.
15    Q.    Okay.  How about opioids, do
16 you think women should treat fever with
17 opioids?
18    A.    I don't think opioids would be
19 a good way to treat fevers.
20    Q.    Why not?
21    A.    Well, one, they're known to be
22 addictive.  That's a potential problem with
23 an opioid use, particularly with a pregnant
24 mother.
25    Q.    Okay.  When you just testified

Page 111

1 a minute ago about talking to the other
2 plaintiffs' experts in this litigation, I
3 have a couple of questions about that.
4         When was the last time --
5         MR. TRACEY:  Wait.  Wait.
6 Wait.  Wait.
7         Jim, I thought we had an
8 agreement that we weren't going to
9 talk about that.
10         MR. MURDICA:  About experts
11 talking to experts?  I'll look at our
12 agreement.  I thought it was about
13 lawyers.
14         MR. TRACEY:  I thought it was
15 any communication -- well, so, I was
16 there, so it's kind of hard to tease
17 it out.
18         MR. MURDICA:  All right.
19 I'll think about that and move on.
20         MR. TRACEY:  Okay.  Okay.
21         (Cabrera Exhibit 2 marked for
22 identification.)
23 QUESTIONS BY MR. MURDICA:
24    Q.    Okay.  Can I have the rebuttal
25 report?  Or did you bring your reports?

Page 112

1    A.    I brought a rebuttal report.  I
2 do have my rebuttal report.
3    Q.    You have your rebuttal report?
4    A.    Yes.
5    Q.    Well, I'll mark a copy so you
6 can go with an exhibit copy.
7         Dr. Cabrera, you now have in
8 front of you Exhibit 2, which is titled your
9 rebuttal report.
10         Do you see it?
11    A.    Yes, I do.
12    Q.    Does that look like your
13 rebuttal report?
14    A.    It does.
15    Q.    Okay.  Is this the last report
16 in writing that you've rendered with regard
17 to this litigation?
18    A.    Yes, it is.
19    Q.    Okay.  Right as we started the
20 deposition today, your counsel handed me a
21 stack of articles.
22         Were those provided by you?
23    A.    Yes, they were.
24    Q.    Okay.  And those were since the
25 rebuttal report, correct?

Page 113

1    A.    Yes.
2    Q.    Okay.  And that you first
3 reviewed them since the rebuttal report?
4    A.    Concurrently.  I hadn't
5 included them in the rebuttal report when I
6 was reading through the literature, and I
7 believe one of your criteria was that I
8 provide all the information that I had
9 reviewed in my opinion, but they aren't
10 specifically referenced, but I was provided.
11    Q.    Okay.  Some of the studies are
12 not -- one of the studies is from this week,
13 right?
14    A.    Yes.
15    Q.    Okay.  But the rest of them are
16 from 30, 20, 15 years ago, correct?
17    A.    They vary, yes.
18    Q.    There's no reason you couldn't
19 have found those before your rebuttal report,
20 correct?
21    A.    Oh, it wasn't a matter of
22 finding them.  I had found them.  They were
23 just still open on my browser, and I felt it
24 appropriate that I send them all to counsel
25 because I had reviewed them.

Page 114

1    Q.    Okay.  Are they referenced in
2  your rebuttal report or your other report?
3    A.    They're references in regard to
4  some of the other expert's opinion that were
5  provided that I hadn't had a chance to
6  include in my report.
7    Q.    Okay.  So if we looked in your
8  reports, we wouldn't see the citations to the
9  new articles that were handed to me this
10  morning, correct?
11    A.    I do not think you would see
12  them, no.
13    Q.    Okay.  And your testimony is
14  that you wanted to make sure we had
15  everything you ever looked at, even if you
16  didn't reference it, correct?
17    A.    Well, because I was looking at
18  it in response to the expert reports that
19  were provided to me that are appropriate,
20  that I provide all of the reports that I did
21  look at.
22    Q.    Okay.  So now we can be
23  comfortable that we -- between your reliance
24  list and everything I was handed this
25  morning, we have everything you looked at,

Page 115

1  considered in rendering this, correct?
2    A.    Well, I looked at some other
3  stuff last night as well, but --
4    Q.    Okay.  What did you look at
5  last night?
6    A.    A couple of studies that
7  were -- I did print them out, but I haven't
8  sent them for counsel yet.
9    Q.    Okay.  Do you have those with
10  you?
11    A.    I do.
12    Q.    All right.  Can I have them,
13  please?
14        MR. TRACEY:  Can we, excuse me,
15    identify them on the record?
16        MR. MURDICA:  Yeah, I'll
17    identify them.
18        MR. TRACEY:  Okay.
19        MR. MURDICA:  Dr. Cabrera just
20    handed me a paper from 2015 called
21    Biochimica et Biophysica Acta.  That's
22    the journal article.  "Glutathione
23    during embryonic development."
24        We'll get copies and mark them
25    later.

Page 116

1
2  QUESTIONS BY MR. MURDICA:
3    Q.    Anything else, Doctor?  Oh, you
4  have a whole stack?
5    A.    No, just this.  Just these two.
6    Q.    And the paper on oxidative
7  stress from 2019 by an author called Moore.
8        Okay.  With those two papers,
9  Dr. Cabrera, can we be satisfied that we have
10  everything you relied on up to this point
11  today?
12    A.    I think so, yes.
13    Q.    Okay.
14        All right.  Is there anything
15  about Exhibit 2, your supplement report --
16  supplemental report, that you don't stand by,
17  that you need to change, that you need to
18  revise, that you need to withdraw, sitting
19  here right now?
20    A.    No.
21    Q.    Okay.  All right.  If you turn
22  to the last page of Exhibit 2, that's your
23  signature, correct?
24    A.    Yes.
25    Q.    This is your report?

Page 117

1    A.    Yes, it is.
2    Q.    Okay.  So first thing I want to
3  ask you about is on page 5.
4        In your supplemental report,
5  for the first time you list genes that you
6  say, quote, "interact with acetaminophen."
7        Correct?
8    A.    That's correct.
9    Q.    Okay.  And you start talking
10  about catechol-O-methyltransferase, right?
11    A.    That is listed there, yes.
12    Q.    And I'm going to butcher the
13  pronunciation because I don't know this one.
14  Capicua?
15    A.    Capicua.
16    Q.    Capicua?
17    A.    Yes.
18    Q.    And capicua is something that
19  you've studied in at least one study in your
20  lab, or that Finnell has in his lab, correct?
21    A.    Yes, it's one thing we've
22  studied in the group.
23    Q.    And you say here in your
24  supplemental report that capicua interacts
25  with acetaminophen in a study of

Page 118

1 acetaminophen toxicity.  And you say that on
2 page 5, correct?
3      A.    Just to be clear, I do report
4 that on a multicenter study that was based on
5 murine hepatotoxicity that they looked at
6 this interaction.
7      Q.    I'm looking at the sentence
8 "CIC" --
9           Which is capicua, right?
10     A.    Yes.
11     Q.    -- "was reported to interact
12 with acetaminophen in a multicenter study of
13 acetaminophen toxicity."
14          Right?
15     A.    That's correct.
16     Q.    And then you cite Beyer.
17     A.    Yes.
18     Q.    Okay.  Can we mark this,
19 please?
20          (Cabrera Exhibit 3 marked for
21     identification.)
22 QUESTIONS BY MR. MURDICA:
23     Q.    Okay.  Dr. Cabrera, I marked as
24 Exhibit 3 is -- well, you tell me what it is.
25     A.    This is a report by first

Page 119

1 author Beyer titled "Multicenter study of
2 acetaminophen hepatotoxicity reveals the
3 importance of biological endpoints in genomic
4 analysis."
5      Q.    Okay.  And is this what you
6 cited as footnote 15?
7      A.    Yes.
8      Q.    Okay.  Could you show me where
9 in this exhibit it says that capicua
10 interacts with acetaminophen?
11     A.    I think it's actually in the
12 data, in the dataset.
13     Q.    Okay.  And where is the
14 dataset?
15     A.    Online.  It's in the dataset
16 here.
17     Q.    Okay.  If we look in the
18 article, it won't say it anywhere, right?
19     A.    No, it's actually in the data.
20     Q.    Okay.  When is the last time
21 you looked at the data?
22     A.    When I wrote the report.
23     Q.    Okay.  So three weeks ago, a
24 month ago?
25     A.    Yes.

Page 120

1      Q.    Something like that?
2           And this is about -- this
3 Exhibit 3 is about hepatotoxicity, which is
4 liver, correct?
5      A.    It is about hepatotoxicity,
6 which I do indicate in the report.
7      Q.    And this capicua is not
8 mentioned in your initial or amended reports,
9 only in your rebuttal report, correct?
10     A.    That is correct.
11     Q.    How many other genes, if you
12 remember, were mentioned in that -- in the
13 data supplement to this article?
14     A.    I would have to go through and
15 count them, but several.
16     Q.    Several or a lot?
17     A.    Several other genes.  I don't
18 know -- what is a lot?
19     Q.    Well, hundreds?  Tens?
20     A.    Not hundreds.
21     Q.    Okay.
22     A.    They're -- in regards to gene
23 interactions, I did report that there were
24 273 genes that were reported to interact with
25 acetaminophen in ASD, and that's from the

Page 121

1 database, which I previously cited in my
2 first report.
3      Q.    Right.
4           Okay.  Let's talk about that
5 database.
6           Who hosts that database?
7      A.    I'd have to look back.  Maybe
8 in North Carolina, or one of the Carolinas.
9 I'll have to look back specifically at the
10 study.
11     Q.    Right.
12          And what databases are
13 available, other than that database, if you
14 want to do this type of research on genes and
15 interactions?
16     A.    There are numerous databases
17 for looking at these types of interactions.
18     Q.    Okay.  What databases do
19 geneticists generally rely on?
20     A.    Typically, most geneticists,
21 and what I teach the geneticists because I
22 also cover this in my lectures for genetic
23 counselors, is the use of, like, the Online
24 Mendelian Inheritance in Man.  And not a
25 specific endorsement, but that would be one.

Page 122

1    Q.   OMIM?
2    A.   Yes, referred to as OMIM.
3    Q.   How about SFARI?
4    A.   As far as autism genes, it's a
5 database that's also used.
6    Q.   SFARI is?
7    A.   Yes.
8    Q.   Right.
9         Okay.  How about ClinGen?
10   A.   It is another database that's
11 used, yes.
12   Q.   Okay.  This one that you cite
13 is not one that's commonly used, correct?
14   A.   This is a database for
15 archiving molecular interactions, where those
16 are more specific to genetics and the
17 presentation of various gene pathologies.
18   Q.   Okay.  And when you went --
19 when is the last time you went into this
20 database?  Was it when you did this rebuttal
21 report?
22   A.   That is correct.
23   Q.   Okay.  Well, I'll ask you if
24 you remember; but if not, we'll take a look
25 at it.

Page 123

1         Do you know what the criteria
2 is for a gene to become part of these 273
3 genes that you report interact with
4 acetaminophen?
5    A.   They're -- if they're listed as
6 changing an expression in the database or
7 physically interacting -- there are different
8 criteria in the database that are identified,
9 and you can specify what criteria you want to
10 use.
11   Q.   It's changing any expression,
12 right, at all?
13   A.   You can select whether it's up
14 or down or an interaction.
15   Q.   And when you get to the page
16 where the 273 genes are listed, there's a
17 link where you can look at the backup for
18 that, right?
19   A.   Yes, you can.
20   Q.   Did you do that?
21   A.   Yes, I did.
22   Q.   Okay.  Did you see that one of
23 the 273, the vast majority of them, were in
24 one study, one paper?
25   A.   Generally, they derive from

Page 124

1 particular studies using expression data.  So
2 a lot of it do come from individual studies.
3    Q.   Okay.  And did you look at
4 the -- did you know that, that
5 200-and-something of the 273 all come from
6 one study?
7    A.   I was aware of that.
8    Q.   Okay.  And did you look at that
9 study?
10   A.   I did.
11   Q.   Okay.  And did you see
12 acetaminophen in that study?
13   A.   Might have to go back and look
14 at it specifically and what the different
15 exposures were.
16   Q.   Okay.  Is it your understanding
17 that that study that included more than 200
18 genes that are attributed here connected
19 acetaminophen and autism with those genes?
20   A.   The -- this is a data risk
21 report in regards to those that were
22 associated with ASD and acetaminophen
23 exposure.  So that is consistent with what I
24 found in the database.
25        MR. MURDICA:  We'll mark this

Page 125

1 as Exhibit 4, please.
2        (Cabrera Exhibit 4 marked for
3        identification.)
4 QUESTIONS BY MR. MURDICA:
5    Q.   Dr. Cabrera, you have in front
6 of you Exhibit 4, which is an article by
7 Santos.
8        Now, if you recall, this is the
9 one that's attributed -- to which is
10 attributed more than 200 of those genes.  If
11 you need me -- if you don't remember that it
12 was Santos, I can show you how we got there.
13   A.   I reference Santos in my --
14   Q.   Okay.
15   A.   -- in my report.
16   Q.   Okay.  So if you take a look at
17 this, could you show us where the
18 acetaminophen reference is here?
19        And did you actually look at
20 the -- did you pull this paper and look at
21 it --
22   A.   Yes, I have.
23   Q.   -- when you did your rebuttal
24 report?
25   A.   Yes, I have.

Page 126

1    Yeah, so this describes the
2  methodology that I used.  It doesn't
3  specifically indicate acetaminophen.
4    Q.    But your rebuttal report says
5  acetaminophen?
6    A.    Yes, because I used
7  acetaminophen and applied the methodology in
8  this paper.
9    Q.    If we look through Exhibit 4
10  and all the supplemental materials, we'll
11  never see a mention of the word
12  "acetaminophen."  We'll never see the drug,
13  the compound, correct?
14    A.    As I indicated, I used the
15  methodology in this paper and put
16  acetaminophen into the database and used the
17  methodology that's described in this paper.
18    Q.    You signed your name to a
19  report that says 273 genes are reported to
20  interact with acetaminophen and ASD, correct?
21    A.    In the Comparative
22  Toxicogenomics Database, yes.
23    Q.    Okay.  And the backup for that,
24  in that database, doesn't say the word
25  "acetaminophen," correct?

Page 127

1    A.    The database does say
2  acetaminophen.  If you query acetaminophen, I
3  believe the second hit to come up is autism.
4    Q.    And, Dr. Cabrera, my question
5  is different.
6    The backup for that 273, when
7  you -- in the database is this paper, right?
8    A.    It's not only this paper.
9    (Cabrera Exhibit 5 marked for
10    identification.)
11  QUESTIONS BY MR. MURDICA:
12    Q.    Well, let's take a look.  Can
13  we mark that as Exhibit 5, please?
14    Dr. Cabrera, you now have in
15  front of you what's been marked as Exhibit 5.
16    Do you have that in front of
17  you?
18    A.    Yes, I do.
19    Q.    Okay.  Does this look like the
20  database that you queried online?
21    A.    It is a printout from the
22  database.
23    Q.    Okay.  And the second line is
24  what you were talking about in this rebuttal
25  report, correct?

Page 128

1    A.    That is correct.
2    Q.    Okay.  And in the database, you
3  see it says 273 genes, and then there's a
4  little plus sign?
5    A.    I do see that, yes.
6    Q.    Okay.  Did you click on that
7  when you were in the database?
8    A.    Yes, I did.
9    Q.    Okay.  And that's how you got
10  to Santos, right?
11    A.    No.  If you click on the
12  references, which is two over, it indicates
13  there are 35 references supporting those 273
14  genes.  And so if you click on those 273, you
15  should see 35 references listed.
16    MR. MURDICA:  Can we mark this
17    as Exhibit 6, please?
18    (Cabrera Exhibit 6 marked for
19    identification.)
20  QUESTIONS BY MR. MURDICA:
21    Q.    Okay.  Dr. Cabrera, you now
22  have in front of you what's been marked as
23  Exhibit 6.
24    Do you recognize this?
25    A.    Yes, I do.

Page 129

1    Q.    Okay.  Is this what you would
2  see if you click the link?
3    A.    Yes, it is.
4    Q.    Okay.  The first reference is
5  Santos, correct?
6    A.    Yes, it is.
7    Q.    Santos is the reference for 219
8  of the 273 genes you're saying interact with
9  acetaminophen in ASD, correct?
10    A.    That is correct.
11    Q.    So 219 of the 273, we looked at
12  the article, has absolutely nothing to do
13  with acetaminophen in the words on the page,
14  correct?
15    A.    To be clear, it indicates
16  xenobiotics, and it doesn't list all of the
17  xenobiotics it analyzed in that publication.
18    Q.    Dr. Cabrera, Santos represents
19  219 of the 273 gene interactions you're
20  relying on in this statement in your rebuttal
21  report, correct?
22    A.    It does.
23    Q.    Okay.  And Santos does not
24  contain the word "acetaminophen" anywhere in
25  the paper or the supplemental materials as

Page 130

1  far as you know, correct?
2      A.    As I indicated, it indicates
3  that they've studied 397 gene environment
4  interactions.  And the database indicates
5  that it's inferred and, therein, one of those
6  gene interactions would be acetaminophen.
7      Q.    Okay.  Was this page of the
8  database peer reviewed, to your knowledge?
9      A.    Not that I'm aware.
10     Q.    And you have no proof, other
11 than it says it's inferred in this database,
12 that Santos actually stands for anything to
13 do with acetaminophen, correct?
14     A.    Well, as I -- as I sit here not
15 in front of the database, and I can't pull up
16 the Santos data to show you, I would simply
17 say there are 397 gene environmental
18 interaction pairs that they looked at in
19 Santos, and they don't list all 397 of them
20 in the report.
21     Q.    Right.
22         And, Dr. Cabrera, did you look
23 at any of these other on Exhibit 6 here?
24     A.    Yes, I did.
25     Q.    You did?  Okay.

Page 131

1         And did you find any that
2  actually had the word "acetaminophen" in
3  them?
4      A.    Yes, I did.
5      Q.    Okay.  Do you know which ones?
6  Well, let's -- how about we try the second
7  one?
8      A.    Yes.
9      Q.    Have you looked at the second
10 one, Doan, D-o-a-n?
11     A.    Well, all of them indicate,
12 inferred, except for 3, which is G, and G
13 indicates it's not an inferred.  That's a
14 mechanistic interaction.
15     Q.    Okay.  So if we look at
16 everything except reference 3, we're not
17 going to find any reference to acetaminophen
18 in the publications, correct?
19     A.    We'd have to look at them
20 individually, but the -- but the inferred
21 versus the mechanistic interactions are --
22 typically it's based on database analysis of
23 those interactions.
24     Q.    I mean, I have them all.  We
25 can look at them all.

Page 132

1         None of them say
2  "acetaminophen" in the data or the
3  supplements.
4         Do you disagree with that?
5      A.    G says "acetaminophen," and
6  that I've reviewed that study previously, and
7  it says "acetaminophen" specifically in that
8  title and provides dose-responsive evidence
9  of interactions with ADHD and ASD.
10     Q.    G is one of the human studies
11 that we're going to -- well, it's the cord
12 blood study we're going to be looking at
13 that's throughout your report, correct?
14     A.    Yes, it is.
15     Q.    Okay.  The others, every other
16 one of these, did you pull them?
17     A.    I did look at them.
18     Q.    Okay.  And you never saw the
19 word "acetaminophen" in any of them, correct?
20     A.    Yeah, there -- they -- it's
21 based on genetic interactions.  That is,
22 genes that have been associated with ASD that
23 have been associated with exposures.
24     Q.    Right.
25         But those papers don't actually

Page 133

1  stand for that proposition that the genes
2  have been associated with acetaminophen and
3  ADHD in the words that are on the page,
4  correct?
5      A.    We would have to look at them
6  individually.  That being said, the database
7  indicates that there's -- they're inferred
8  interactions based on a gene in a given study
9  or based on a number of genes depending on
10 the study.
11         (Cabrera Exhibit 7 marked for
12         identification.)
13 QUESTIONS BY MR. MURDICA:
14     Q.    Well, let's look at another one
15 just so you feel comfortable that I'm
16 representing it correctly to you.  You have
17 in front of you what's been marked as
18 Exhibit 7.
19         Do you see that, Dr. Cabrera?
20     A.    Yes, I do.
21     Q.    This is what is reference 2 on
22 Exhibit 6, which is the reliance list for
23 your 273 genes, correct?
24     A.    And what reference study is
25 this?

Page 134

1    Q.   It's reference 2 on the exhibit
2 in front of you.
3    A.   Oh, I see, yes.
4    Q.   Do you agree?
5    A.   Yes.
6    Q.   Okay.  And this is -- you're
7 counting this as six genes that, according to
8 you in your supplemental -- in your rebuttal
9 report, are genes that interact with
10 acetaminophen in ASD, right?
11    A.   To be clear, that's from the
12 database that there's -- it's inferred that
13 these six genes interact with acetaminophen.
14    Q.   You're relying on the database
15 that the database has it right, correct?
16    A.   I am.
17    Q.   Okay.  Take the time if you
18 want to look through there.  You're not going
19 to find acetaminophen, but when you're
20 comfortable that you can't find it, you let
21 us know.
22    A.   Okay.  My reading of this is
23 that the genes that we reported in this
24 genome-wide association study are also genes
25 that have been reported to be changed in

Page 135

1 expression with acetaminophen.
2    Q.   Okay.  And it says that in
3 there?
4    A.   It doesn't mention
5 acetaminophen specifically, but in another
6 part of the database, you can look at the
7 specific gene interactions that are reported
8 that you don't -- you didn't present before
9 me.
10    Q.   And it's not -- so you're
11 saying it's not cited in the article, but
12 somehow that article still stands for the
13 proposition about acetaminophen?
14    A.   So the genes that are in this
15 article --
16    Q.   Yeah.
17    A.   -- are genes that are -- have
18 changes in regulations in response to
19 acetaminophen, and the genes that are
20 reported in this article are associated with
21 autism.
22    Q.   Okay.  And the information
23 about their interaction with acetaminophen is
24 not coming from that article, correct?
25    A.   It's not, so that's -- the

Page 136

1 expression data shows that there's changes in
2 genes, and those same genes are in this study
3 where there's an increased risk for autism.
4    Q.   And that's a supposition,
5 right?  You didn't go and look at every gene
6 in the database, did you?
7    A.   I did not check all 273 genes.
8    Q.   You're relying on --
9    A.   I did look at them all, and I
10 did -- didn't do analysis on them, all of
11 them, but I -- you know, as I -- as I say
12 here, I couldn't -- I don't have the list in
13 front of me.
14    Q.   Okay.  Did you look at the
15 methodology of how the database infers that
16 genes are related to something?
17    A.   Yes, just how I described here.
18    Q.   You looked at their stated
19 methodology on their -- in the database?
20    A.   Yes.
21    Q.   There's a page that says it,
22 right?
23    A.   Yes, there is.
24    Q.   And what it essentially does is
25 it combs the literature for any one of

Page 137

1 200 words it -- that in any way correlate,
2 relate, associate, any gene to any compound,
3 exposure or outcome in any way, just in words
4 in the English language, correct?
5    A.   That is the query, but you can
6 also then query further and look for specific
7 interactions.  So if you want to look at
8 genes that went up, you can actually look for
9 genes that went up.
10         If you want to look for genes
11 that went down, you can look for specifically
12 genes that went down.
13         If you want to look for
14 physical interactions, mechanistic
15 interactions, you can also look at
16 mechanistic interactions.
17         Each one of those is an option
18 for the database.
19    Q.   This query that resulted in
20 273, however, was what I described; it was
21 not a more specific inquiry, correct?
22    A.   Yes, it was the general
23 analysis of interactions.
24    Q.   Okay.  Now, throughout this
25 rebuttal report that we marked as Exhibit 2,

1 I believe, you criticized -- most of it is
2 spent criticizing the analysis of Dr. Chung,
3 correct?
4     A.    That is correct.
5     Q.    And you understand Dr. Chung
6 has offered an opinion here that for ASD and
7 ADHD, the predominant cause in any human
8 being is genetics, correct?
9     A.    That's my understanding.
10     Q.    And you, Dr. Cabrera, disagree
11 with that, right?
12     A.    The principles of teratology
13 indicate that it's genes and environment,
14 that any exposure that can produce an outcome
15 can be modified by the genotype or the
16 background of that exposure.
17     Q.    There are human beings with
18 autism and ADHD that have those conditions
19 100 percent because of a genetic mutation,
20 correct?
21     A.    They're all -- there are some
22 genes that are what is referred to as
23 necessary and sufficient to cause autism or
24 autism behaviors in people with those
25 mutations, that it's part of the different

1 types of genes that interact.
2          As I mentioned earlier, it's
3 oligogenic, some genes that are necessary and
4 sufficient in themselves to cause autism, and
5 there's also the polygenic and those that can
6 modify risk with interactions between
7 gene-gene interactions and gene-environment
8 interactions.
9     Q.    And, in fact, in your -- in
10 Exhibit 2, your rebuttal report, you
11 criticize Dr. Chung in that you say she
12 relies on -- primarily on the most severe
13 versions of autism and ADHD in her data,
14 correct?
15     A.    To be clear, I was pointing out
16 the exclusion of literature in regards to a
17 clinical diagnosis of autism based on the
18 current guidelines as opposed to some other
19 measures of parameters consistent with autism
20 or consistent with ADHD, that excluding those
21 is one way to strengthen a genetic
22 interaction.
23     Q.    And the implication, is it not,
24 is that you think the more severe versions of
25 autism and ASD are -- autism and ADHD are

1 genetic, correct?
2     A.    There -- it's been shown that
3 they're -- they have a stronger genetic
4 interaction or a stronger likelihood of being
5 caused by genetics.
6     Q.    And did you look at Dr. Chung's
7 qualifications prior to criticizing her in
8 your rebuttal report?
9     A.    Yes, I did.
10     Q.    Okay.  And you don't have any
11 of the qualifications that she has, correct?
12     A.    I don't have her same
13 qualifications.
14     Q.    Right.
15          No board certifications in
16 genetics, correct?
17     A.    I'm not boarded in genetics.
18     Q.    Okay.  Right.
19          None of the degrees or
20 accomplishments that she has publicly in
21 genetics are held by Dr. Cabrera, correct?
22     A.    I don't have the same accolades
23 as her, if you will.
24     Q.    Okay.  And you do know that
25 Dr. Chung's opinions that she's rendered here

1 are consistent with all of the medical
2 organizations that have looked at this,
3 correct?
4     A.    I disagree --
5          MR. TRACEY:  Objection to form.
6          THE WITNESS:  -- inasmuch as
7 Dr. -- Dr. Chung's opinions aren't
8 consistent with Dr. Chung inasmuch as
9 her own presentations and her work
10 outside of defense work.
11 QUESTIONS BY MR. MURDICA:
12     Q.    I know you -- I know you --
13 well, I'm not going to argue with you about
14 that.
15          Have you seen what the medical
16 organizations have said about acetaminophen
17 and whether or not they relate to autism and
18 ADHD?
19          MR. TRACEY:  Objection.  Form.
20          THE WITNESS:  Collectively, my
21 understanding is they're still under
22 review by the FDA.
23          Outside of that, I'm -- you
24 know, unless you're speaking to a
25 specific medical organization, I can't

Page 142

1    comment.
2    QUESTIONS BY MR. MURDICA:
3    Q.    Sure.
4          How about -- well, let's talk
5    about in your field.
6          Did you see what OTIS said
7    about this?
8    A.    I have, yes.
9    Q.    They disagree with you,
10   correct?
11   A.    Apparently.
12   Q.    Not apparently, they do,
13   correct?  You've seen it?
14   A.    I've seen it.
15   Q.    Yeah.
16         And it's not just -- OTIS is
17   more than one person, correct?
18   A.    It's a group.
19   Q.    It's a group, and the whole
20   group disagrees with you, correct?
21   A.    I don't know that the whole
22   group does.  I didn't --
23   Q.    Well, as a group --
24   A.    I can't -- I can't say that.
25   Q.    As a group, they disagree with

Page 143

1    you, correct?
2    A.    OTIS did put out a position
3    piece, and I don't know that it was OTIS in
4    its entirety, but OTIS did put out a position
5    piece to that effect.
6    Q.    And what does OTIS stand for?
7    A.    It's the --
8    Q.    Is the "T" teratology?
9    A.    Yes, Obstetrics, Teratology
10   Information Society {sic}, I believe.
11   Q.    Okay.  MotherToBaby?
12   A.    It's part of it.
13   Q.    Okay.  And FDA disagrees with
14   you, correct?
15   A.    My understanding is FDA is
16   still reviewing the information.
17   Q.    Well, have you looked at what
18   they've said?
19   A.    Recently as -- 2015 was the
20   recent opinions that they offered, but that
21   was -- there's been quite a bit of data since
22   then.
23   Q.    Okay.  Dr. Cabrera, didn't you
24   look at documents produced by the FDA in the
25   litigation?

Page 144

1    A.    Yes, I have.
2    Q.    Aren't those more recent than
3    2015?
4    A.    Oh, yes.
5    Q.    They're as recent as 2022,
6    correct?
7    A.    Yes.
8    Q.    And the conclusion that they
9    have and the reason why nothing has changed
10   with respect to acetaminophen is because they
11   disagree with you, correct?
12         MR. TRACEY:  Object to form.
13   This is not a re -- {inaudible} --
14   deposition.
15         THE WITNESS:  Yeah.  I don't
16   agree with that.  I think it's still
17   under review at the FDA.  That's my
18   understanding.
19   QUESTIONS BY MR. MURDICA:
20   Q.    Okay.  They have not come to
21   the conclusions, publicly or privately, as
22   far as we know, based on the documents you
23   reviewed that you have, correct?
24   A.    I have not seen --
25         MR. TRACEY:  Object -- object

Page 145

1    to the form.
2          THE WITNESS:  Yeah, I have not
3    seen that -- a public opinion that has
4    changed since the 2015 statement by
5    the FDA.
6    QUESTIONS BY MR. MURDICA:
7    Q.    You have not seen a public
8    opinion or documents that are consistent with
9    your opinion here, correct, from FDA?
10   A.    I have not seen that from the
11   FDA publicly or in their other documents,
12   other than the fact it's still under review.
13   Q.    And did you see what FDA said
14   about this as recently as last month?
15   A.    There was a statement last
16   month.  I'm not sure I've seen that
17   statement.
18   Q.    Okay.  I'll show you in a
19   minute, in the interest of moving this along.
20         I asked you about OTIS and FDA.
21         Did you look at what ACOG has
22   said?
23   A.    I'm familiar with the ACOG
24   rebuttal statement.
25   Q.    Right.

Page 146

1    Okay. So you know they
2  disagree with your position here as well,
3  right?
4    A.    Consistent with the rebuttal
5  statement, I'm familiar with that.
6    Q.    Okay. And same with the
7  Society for Maternal-Fetal Medicine, right?
8    A.    I haven't seen the statement
9  for Society for Maternal and Fetal Medicine.
10   Q.    Okay. Well, let me ask it this
11 way. Have you seen any medical organization
12 that agrees with you -- that agrees with your
13 opinions here, Dr. Cabrera, as it relates to
14 acetaminophen and autism and ADHD?
15   A.    I have not seen a statement
16 from a medical organization, no --
17   Q.    Are you --
18   A.    -- in that regard.
19   Q.    -- concerned by helping the
20 plaintiffs here you're contributing to a
21 public health crisis?
22   A.    To be clear --
23   MR. TRACEY: Objection. Form.
24   THE WITNESS: To be clear, I'm
25 not -- there is -- there is a public

Page 147

1  health concern for safety, and that's
2  the lack of warning on the label.
3  QUESTIONS BY MR. MURDICA:
4    Q.    You're not concerned that by
5  being a part of a lawyer movement to scare
6  pregnant women about the use of acetaminophen
7  that you can harm them --
8    MR. TRACEY: Robert, Robert,
9    don't answer that question. It's
10   nonsensical. It's argumentative, and
11   it's outrageous for a scientific
12   deposition.
13      If you want to ask a question
14   grounded in science, that's relevant
15   to general causation, do it. If you
16   want to make speeches, go out on the
17   street.
18   MR. MURDICA: Okay. Well, my
19   response to that is that he's offering
20   labeling opinions in his -- in his
21   report, Sean. I could cite the pages
22   to you, but there's several pages on
23   it, so...
24      He also, Sean, just testified
25   that there is a public health concern,

Page 148

1  so I'll come back to that in a minute.
2    MR. TRACEY: It was -- it was
3    the way you asked your question loaded
4    with all sorts of arguments that were
5    probably created within the confines
6    of your firm or Johnson & Johnson.
7      Ground your questions in
8    something factual.
9    MR. MURDICA: Sure.
10 QUESTIONS BY MR. MURDICA:
11   Q.    Dr. Cabrera, earlier we talked
12 about the thimerosal literature and the
13 events surrounding thimerosal and the concern
14 for autism.
15      Do you recall that?
16   A.    Yes, I do.
17   Q.    There was a public health issue
18 with thimerosal that caused children to not
19 be vaccinated because of a scare of autism in
20 the vaccine, correct?
21   A.    I'm familiar with that idea. I
22 don't know about that endpoint.
23   Q.    Okay. And that ended up being
24 not true. I think we talked about that
25 earlier, or at least the data has not proven

Page 149

1  it, correct?
2    A.    Fair enough.
3    Q.    And you know, as a human being
4  in society, that that has had long-term
5  consequences where some people don't want to
6  vaccinate their children, correct?
7    A.    I'm aware that that has created
8  some vaccine hesitancy in the population.
9    Q.    So my question is, as a
10 researcher at an institution like Baylor, are
11 you not concerned that you are causing
12 thimerosal part 2 by rendering an opinion
13 like you are here?
14   A.    So there are potential public
15 health impacts in that regard. I am aware of
16 that.
17   MR. MURDICA: Okay. Let's mark
18   this as Exhibit 8.
19      (Cabrera Exhibit 8 marked for
20   identification.)
21 QUESTIONS BY MR. MURDICA:
22   Q.    Dr. Cabrera, you have in front
23 of you Exhibit 8, and I just asked you about
24 whether you had seen a recent FDA statement
25 on this topic. You seemed unfamiliar with

Page 150

1  it.
2         Have you seen this before?
3     A.    I can't say that I have.
4         MR. WATTS:  What's the date on
5  it, Jim?
6         MR. MURDICA:  It's July 10,
7  2023.
8         MR. WATTS:  Thanks.
9  QUESTIONS BY MR. MURDICA:
10    Q.    Doctor, if you turn to --
11  unfortunately, the pages aren't numbered.  I
12  will -- let me help.
13        And feel free, you can read
14  anything you want.  My question is going to
15  be about this paragraph.
16    A.    If we could take a break so I
17  can actually read this and do a bio break.
18        MR. MURDICA:  Totally fine.
19  Yeah.  Yeah.
20        MS. KING:  Can we go off the
21  record?
22        MR. MURDICA:  Yeah.  We'll go
23  off the record.
24        VIDEOGRAPHER:  Off the record,
25  11:25.

Page 151

1     (Off the record at 11:25 a.m.)
2         VIDEOGRAPHER:  The time is
3  11:43, back on the record, beginning
4  of Media 3.
5  QUESTIONS BY MR. MURDICA:
6     Q.    Dr. Cabrera, are you ready to
7  proceed?
8     A.    Yes.
9     Q.    Okay.  I had asked you a
10  question before we took a break.  I can ask
11  it again, but in the meantime, did you have a
12  chance to review what's been marked as
13  Exhibit 8?
14    A.    Yes, I did.
15    Q.    Okay.  And my question for you
16  was about -- you see it's dated July 10,
17  2023?
18    A.    Yes, I do.
19    Q.    Okay.  And in it, it is a -- a
20  reporter is attributing to FDA Press Officer
21  Charlie Kohler an e-mail where FDA has said,
22  "'While the agency continues to monitor the
23  issue, it closed the formal tracking process
24  in 2020,' said Kohler, because extensive
25  reviews failed to turn up solid evidence of

Page 152

1  the link between the drug and
2  neurodevelopment issues."
3         Do you see that?
4     A.    One second here.
5     Q.    Do you want me to give you the
6  page?
7         It's before that.  Oh, no --
8     A.    This one here?
9     Q.    Yep.
10    A.    Okay.
11    Q.    You have it flagged, I think.
12    A.    Yeah.  Okay.  Yes.
13    Q.    Okay.  You saw that when you
14  reviewed it --
15    A.    Yes, I did.
16    Q.    -- during the break, right?
17        Did you know before today that
18  as recently as July 10th of 2023, the FDA
19  made such a statement?
20    A.    I see that this press officer
21  has made this in this article.  I hadn't seen
22  this article previously.
23    Q.    Okay.
24    A.    So I was unaware of both this
25  article and that statement.

Page 153

1     Q.    Okay.  And the statement here
2  by an FDA press officer less than a month ago
3  disagrees with the opinions you've rendered
4  in this litigation, correct?
5     A.    Well, what it indicates is, as
6  you -- as you've read, according to this
7  press officer, that the formal tracking
8  processes in 2020 closed, and that they
9  failed to turn up solid evidence of a link
10  between the drug and neurodevelopmental
11  issues.  And I do disagree with that
12  statement.
13    Q.    Right.
14        Because you believe you turned
15  up a solid evidence of a link between
16  acetaminophen and neurodevelopmental issues,
17  correct?
18    A.    Because there is solid evidence
19  of that.
20    Q.    As of when -- Dr. Cabrera, as
21  of what date, based on your review, is there
22  solid evidence of a link between
23  acetaminophen and neurodevelopmental issues?
24    A.    I would say there's been
25  growing evidence since at least 2015.

1    Q.    Okay.  Since FDA first said --
2  you referred to earlier in response to a
3  question of mine that you were aware of an
4  FDA statement in 2015, correct?
5    A.    Yes.
6    Q.    And we're both talking about
7  the same thing.  It's what you can find on
8  FDA's website that says while there have been
9  these studies, there's no reason to change
10 current guidance for how acetaminophen is
11 used, correct?
12   A.    That is correct.
13   Q.    Okay.  And you're saying right
14 about then is when there was a solid link
15 between acetaminophen and neurodevelopmental
16 issues?
17   A.    I'm saying there's been growing
18 evidence since then in support of a causative
19 interaction between acetaminophen and
20 neurodevelopmental issues.
21   Q.    Right.
22         And at what point -- is it
23 2015 -- what was available as of 2015 would
24 have led you to the conclusion that it causes
25 ASD and ADHD?

1    A.    I would say the authoritative
2  reference in Maternal and Fetal Medicine
3  changed its warning about acetaminophen in
4  2015.  So that would be consistent with the
5  growing evidence, and that's the same warning
6  that it still carries to this day.
7    Q.    Well, I'm asking about your
8  opinions, Dr. Cabrera.
9         Based on your review, because
10 you looked at -- we're going to go into all
11 the stuff that you looked at over lunch, but
12 you looked at articles from the 1980s, right,
13 the 1990s, 2000s?  You looked at -- you
14 handed me today something from two days ago,
15 right?
16   A.    (Witness nods head.)
17   Q.    At what point in time,
18 according to Dr. Cabrera, was there enough
19 evidence to believe that there was a causal
20 relationship between acetaminophen and ADHD
21 and ASD?
22   A.    I would have difficulty
23 retrospectively telling you as someone that
24 wasn't following it longitudinally to tell
25 you when the exact time that these things

1  should have changed.  But I can tell you that
2  the reference textbook, which is considered
3  essential for education in the health
4  sciences, indicates that that label
5  changed -- or their labeling of acetaminophen
6  changed in 2015.
7    Q.    And which reference textbook is
8  that?
9    A.    That's Briggs.
10   Q.    Briggs.
11        And was that with respect to
12 ADHD and ASD or just ADHD?
13   A.    Initially, it is with ADHD, but
14 it also includes other neurodevelopmental
15 disorders.
16   Q.    And when was that?
17   A.    That started in 2015.
18   Q.    Okay.  So in 2015, it included
19 autism in Briggs?
20   A.    It didn't include autism
21 initially.  It was ADHD initially.
22   Q.    And that is -- Briggs is a
23 textbook that you used?
24   A.    It is a textbook that I -- that
25 I reference.

1    Q.    Okay.  And do you know what
2  Briggs did to come to that conclusion?
3    A.    They conducted an analysis of
4  the literature.
5    Q.    And they said that it's causal?
6    A.    They made a pregnancy summary
7  specific to that in 2015 and highlighted it
8  as a fetal risk summary and then described
9  the literature in that regard.  And it
10 changed from being compatible with pregnancy
11 to human data suggests low risk and fetal
12 risk and then described the summary of that
13 risk.
14   Q.    Okay.  And is Briggs something
15 that you use to make your causation
16 determination, or did you do that
17 independently?
18   A.    I looked because I -- as I
19 mentioned previously, I do have a specialist
20 in maternal-fetal medicine, and she said to
21 look at it in the book and see what they
22 said.  Like, that would be what would be the
23 current guidance for actual medical
24 professionals.  And so that's what I looked.
25 This is what they get educated with.

Page 158

1    Q.   Right.
2         Medical professionals which you
3    are not, correct?
4    A.   I am not a medical
5    professional.
6    Q.   And in your work in teratology,
7    had you ever looked at Briggs before?
8    A.   I've looked up things in Briggs
9    before, yes.
10   Q.   Okay.  Is that a reference
11   textbook you use in teratology?
12   A.   For looking up compounds, you
13   can, absolutely.  It's online, so it's easy
14   to access.
15   Q.   Yeah.
16        I'm saying in your work, is
17   Briggs a standard reference for you as a
18   teratologist and has been?
19   A.   Yes, specific for human
20   exposures because they tend to focus more on
21   what's the clinical recommendations in
22   regards to patients.
23   Q.   Okay.  So Dr. Cabrera, for his
24   opinions here, is relying on Briggs summary
25   of articles in 2015, correct?

Page 159

1    A.   I included it as part of the
2    data, their review as well.
3    Q.   Right.
4         And that is an underlying part
5    of your causation opinion, to rely on their
6    review of articles from 2015, correct?
7    A.   I did review their work as well
8    as part of the literature that I looked at.
9    Q.   Okay.  I just want to be clear.
10        As part of your causation
11   opinion here, you are relying on Briggs' own
12   review of the literature in 2015, correct?
13   A.   I'm simply referencing them as
14   authoritative texts.  Authoritative texts are
15   not part of causation.  So that's not part of
16   the causation analysis, but it was part of
17   the analysis I conducted --
18   Q.   Okay.
19   A.   -- in regards to background.
20   Q.   Right.
21        Because you can look at the
22   articles yourself.  You don't need to rely on
23   Briggs' interpretation to come up with your
24   interpretation, correct?
25   A.   That is correct.

Page 160

1    Q.   And nothing in Briggs says
2    that, 2015 or now, that acetaminophen causes
3    ADHD, correct?
4    A.   The pregnancy summary
5    indicates, "Although the risk is very low,
6    use of the drug for several weeks or longer
7    has been associated with cryptorchidism,
8    decreased IQ, ADHD and other problems in
9    neurodevelopment."  And "other problems" are
10   largely referenced.  Some of them overlap
11   with autism and including intellectual
12   disability.
13   Q.   Okay.  And so back to my
14   question.
15        Whether it be in 2015 or today,
16   Briggs does not say that acetaminophen causes
17   ADHD or autism, correct?
18   A.   It says that it has been
19   associated with and that short-term use
20   suggests low risk, long-term use suggests
21   risk of, as I just mentioned, cryptorchidism,
22   decreased IQ, ADHD and other problems in
23   neurodevelopment.
24   Q.   Okay.  Is there a difference
25   between association and causation,

Page 161

1    Dr. Cabrera?
2    A.   There is.
3    Q.   Okay.  And association is not
4    causation, correct?
5    A.   That is correct.
6    Q.   Your opinion here is that
7    acetaminophen causes ADHD, correct?
8    A.   That is correct.
9    Q.   Your opinion here is that
10   acetaminophen causes autism, correct?
11   A.   That is correct.
12   Q.   Briggs, whether it be in 2015
13   or now, does not say that acetaminophen
14   causes ADHD or autism, correct?
15   A.   It's not a causation analysis.
16   Q.   Okay.  Thank you.
17        Now, let's talk about some
18   other things that you considered and --
19   because I want to know if they're a part of
20   your causation opinion or just things that
21   you considered.
22        I saw on your reliance list
23   that you looked at documents from the
24   manufacturer of Tylenol.
25        Is that right?

Page 162

1   A.   Yes.
2   Q.   Okay.  And that was your idea,
3 right?
4   A.   I asked for documents in
5 regards to preclinical studies.
6   Q.   Okay.  And how do you know that
7 you got everything that was available?
8   A.   I don't know that for a fact.
9   Q.   Okay.  So did you ask anyone
10 how many pages or how many documents were
11 produced in litigation with respect to
12 Tylenol?
13   A.   I haven't asked that.
14   Q.   Okay.  Do you know how many
15 pages you did get?
16   A.   I -- all the pages I did get
17 are in my work cited or my reliance list.
18 Outside of that, I -- I probably haven't seen
19 it, if it's not in my reliance.
20   Q.   Okay.  So before I ask you any
21 questions about them, are these things like
22 Briggs that you considered but they aren't
23 part of your causation opinion, or are they
24 part of your causation opinion?
25   A.   Things that I considered.

Page 163

1 They're not part of a causation analysis.
2   Q.   Okay.  And in your normal work,
3 you're looking at science, not at company
4 e-mails or anything like that, correct?
5   A.   That is correct.
6   Q.   Company e-mails and deposition
7 transcripts don't really elucidate the data
8 that you're considering for causation,
9 correct?
10   A.   That's generally outside the
11 scope of -- other than e-mails within Baylor,
12 as an institution, I wouldn't normally look
13 at institutions from -- e-mails from other
14 institutions.
15   Q.   Okay.
16   A.   Or other companies.
17   Q.   All right.  Before we break for
18 lunch, I just want to go back to some of the
19 questions I had for you earlier regarding
20 pregnancy -- we talked about a pregnancy
21 registry.
22     Do you remember that?
23   A.   Yes.
24   Q.   I just want to talk to you
25 briefly about hierarchy of evidence.

Page 164

1     Here, when you're looking at
2 acetaminophen and whether it can cause ADHD
3 or autism, is -- do you agree with me that we
4 don't have the quality of data that would be
5 the equivalent of the NAAED we were talking
6 about earlier?  In other words, a pregnancy
7 registry double-blinded in humans?
8   A.   It's two questions.  Which one
9 do you want me to answer?
10   Q.   Okay.  Here --
11     MR. TRACEY:  Objection.
12   Compound.
13     MR. MURDICA:  You cheated.  He
14   gave you that one.
15     MR. WATTS:  Objection.  The
16   witness is leading Mr. Tracey.
17 QUESTIONS BY MR. MURDICA:
18   Q.   Dr. Cabrera, with respect to
19 the data available for acetaminophen exposure
20 in utero, does a pregnancy -- a
21 double-blinded pregnancy registry exist?
22   A.   Yes.
23     Oh, no, no.  For acetaminophen,
24 no.
25   Q.   Okay.  And so we don't have

Page 165

1 prospective, double-blinded human pregnancy
2 data with respect to acetaminophen, correct?
3   A.   Not that I'm aware.
4   Q.   Okay.  And in the hierarchy of
5 evidence, that would be really high if we had
6 it, correct?
7   A.   In the hierarchy of evidence, I
8 would -- I would put that just below
9 meta-analysis.
10   Q.   Okay.  And below that, what do
11 we have?
12   A.   Well, any prospective studies
13 and then retrospective studies.
14   Q.   Okay.  And there's very --
15 there's differences in prospective studies,
16 right?  Some are a higher quality than
17 others, right?
18   A.   There can be, yes.
19   Q.   Okay.  And whether they're
20 controlled or not, correct, makes a
21 difference?
22   A.   Yes.
23   Q.   Do you agree?
24     Clinical trials, for example,
25 would be high up on the scale of evidence,

Page 166

1 right?
2    A.    Well, clinical trials would
3 normally fall in double-blind, you know,
4 studies. So those would be high.
5    Q.    And generally, in the United
6 States, as an ethical matter, we don't
7 intentionally test drugs on pregnant people,
8 correct?
9    A.    Yeah. To be clear, I think
10 that's fairly global, that we don't include
11 pregnant women in drug testing.
12       MR. MURDICA: Okay. All right.
13    I'll get into this stuff after lunch
14    so that the food doesn't get cold.
15    All right. Thanks. I don't want
16    anybody getting mad.
17       VIDEOGRAPHER: Off the record?
18       MR. MURDICA: Yeah. We'll go
19    off the record.
20       MR. TRACEY: How long is the
21    lunch break?
22       VIDEOGRAPHER: Off the record,
23    11:59.
24    (Off the record at 11:59 a.m.)
25       VIDEOGRAPHER: The time is

Page 167

1    12:48 p.m., back on the record,
2    beginning of Media 4.
3 QUESTIONS BY MR. MURDICA:
4    Q.    Welcome back from lunch,
5 Dr. Cabrera.
6       Are you ready to proceed?
7    A.    Yes, I am.
8    Q.    Okay. All right. We're going
9 to get back into it with some easy ones.
10       I think you acknowledged
11 earlier that you're being paid for your time
12 here by plaintiffs' lawyers, correct?
13    A.    Yes, I am.
14    Q.    And what's your hourly rate?
15    A.    500.
16    Q.    Okay. And how much have you
17 charged them so far in this litigation,
18 ballpark?
19    A.    I think I had about 200 hours
20 or so. Maybe just over 200 hours.
21    Q.    So over $100,000, thereabouts?
22    A.    Approximately, yes.
23    Q.    Okay. And how does that
24 compare to your -- whatever you get paid by
25 Baylor or your lab?

Page 168

1    A.    It's -- relatively speaking,
2 it's about --
3       MR. TRACEY: Hold on, Robert.
4    You don't have to answer personal
5    financial information about how much
6    money you make. That's not relevant.
7       MR. MURDICA: It does go to
8    bias, if it's 100 percent of what he
9    makes, Sean.
10       MR. TRACEY: Are you going to
11    let me ask all your witnesses how much
12    their salary is at their places of
13    employment?
14       MR. MURDICA: I'm not asking
15    his salary. I didn't ask his salary.
16    I just asked how it compared to what
17    he's being paid. Could be
18    significant, could be insignificant.
19    I didn't -- I didn't tell him how to
20    answer it.
21       MR. TRACEY: Well, I know, but
22    you left -- that question is
23    open-ended. I don't know how else
24    any, you know, nonnormal lawyer would
25    answer that.

Page 169

1       MR. MURDICA: If I didn't ask
2    it open-ended, you'd object.
3       MR. TRACEY: Well, try me and
4    see.
5       MR. WATTS: Are we going to ask
6    about money at every deposition, or do
7    you want to not do it? I don't care.
8    You decide.
9       MR. MURDICA: I'll pass.
10 QUESTIONS BY MR. MURDICA:
11    Q.    Okay. One of the principles of
12 teratology is to consider all evidence when
13 you're trying to make a causation
14 determination, correct?
15    A.    The totality of evidence, yes.
16    Q.    Okay. Do you feel that you
17 followed that here?
18    A.    Yes.
19    Q.    Okay. So there's nothing you
20 intentionally didn't consider, correct?
21    A.    Not intentionally.
22    Q.    Okay. In your -- you have
23 access to your lab that you were talking
24 about earlier, right?
25    A.    That's correct.

Page 170

1    Q.    And in your regular work,
2 you -- your primary work, you conduct rodent
3 tests, right?
4    A.    We do three things in my
5 laboratory that is both genetics, and that
6 includes human and animal genetics.
7         And so we have a human genetic
8 side, and we make mouse models of human
9 disease, we refer to that as the mouse side.
10 And then we also do tissue culture and
11 produce cellular models of diseases.  And
12 that's -- by and large, it's turned into stem
13 cell cultures.  So we make -- induce
14 pluripotent stem cells, and we do embryo
15 cultures or neural cultures.
16    Q.    So you work with cells?
17    A.    Yes.
18    Q.    And you work with rodents, and
19 you do process or -- do you do genetic
20 testing there, or do you send it out?
21    A.    For clinical testing, that gets
22 sent to Baylor Genetics.  For research
23 purposes, we do -- we do research.
24    Q.    Okay.  And when you were asked
25 to look into acetaminophen here, did you

Page 171

1 conduct any tests in your lab?
2    A.    I have not.
3    Q.    Okay.  You didn't conduct any
4 cellular tests?
5    A.    To be clear, that would be a
6 conflict of interest if I was doing tests
7 with acetaminophen while I was being paid.  I
8 would have to file that as a conflict of
9 interest with Baylor.
10    Q.    Okay.  Can you explain that to
11 me?  I don't really understand how that's a
12 conflict of interest.
13    A.    Because I'm being paid, in
14 order to do research at Baylor with the
15 resources that I -- that I have, I would have
16 to file that with Baylor; that I would be
17 using my resources to do research --
18    Q.    I see.
19         You can't use your lab to do
20 outside research; is that what you're saying?
21    A.    To do my personal research.
22    Q.    Okay.  You could have used your
23 expertise to borrow a lab or rent a lab and
24 done acetaminophen research, correct?
25    A.    That would be a possibility.

Page 172

1    Q.    Okay.  And you didn't do that,
2 right?
3    A.    I have not.
4    Q.    Okay.
5    A.    Well, not in this case, no.
6    Q.    Do you anticipate doing that in
7 this case, sitting here today?
8    A.    That is not something I planned
9 on doing.
10    Q.    Okay.  Have you looked at the
11 records of any person in relation to this
12 litigation, any human being?
13    A.    Case-specific?
14    Q.    Yes.
15    A.    I have not looked at any
16 case-specific.
17    Q.    Okay.  By the way, earlier you
18 said that somebody told you to look at
19 Briggs, and we talked about that for a while.
20    A.    (Witness nods head.)
21    Q.    Who is the person who told you
22 to look at Briggs?
23    A.    One of the people in our group.
24 Her name's Jackie Parchem.
25    Q.    Okay.  And what's her

Page 173

1 specialty?
2    A.    She's maternal-fetal health.
3 She's an -- she's an obstetrician,
4 gynecologist.
5    Q.    And can you -- I didn't hear
6 the last name.  Jackie?
7    A.    Parchem.
8    Q.    Parchem?
9    A.    Yeah.
10    Q.    Okay.  And I believe you said
11 you recognized Briggs as an authoritative
12 textbook?
13    A.    Yes, I do.
14    Q.    Okay.  What other textbooks do
15 you recognize as authoritative?
16    A.    So what I was trained in for
17 human development is human embryology is --
18 usually they are -- I think that's some --
19 Moore's is the textbook --
20    Q.    Moore's.
21    A.    -- we use for human embryology.
22    Q.    Okay.
23    A.    And it's the same -- it's a
24 medical school class.  It's the same book
25 that they teach both graduate and medical

Page 174

¹ students in that class and under the -- and
² using the same book.
³      So for human embryology, that
⁴ was the book we used for human embryology.
⁵    Q.    Any others?
⁶    A.    Yeah, there were -- there were
⁷ others.
⁸    Q.    Okay.  Well, I know you
⁹ testified earlier that you looked to Briggs
¹⁰ as an authority, and you use it in your
¹¹ regular teratology practice.  So now we --
¹² now we have one more.
¹³      Are there any others that are,
¹⁴ you know, your regular teratology books you
¹⁵ look towards?
¹⁶    A.    I reference Moore, I believe,
¹⁷ in my report as well, as part of my reliance.
¹⁸ I -- I'd have to look at my reliance list to
¹⁹ see what other texts that I did reference in
²⁰ there, but those are -- those are two that I
²¹ refer to regularly.
²²    Q.    Okay.  And just going back to
²³ something earlier, Mr. Tracey objected when I
²⁴ asked about your meetings with other experts.
²⁵ So I'm not going to ask about -- anything

Page 175

¹ about those.
²      But did you have any role in
³ responding to our deposition notice and the
⁴ answers to those?
⁵    A.    We went through them.
⁶    Q.    Okay.  Do you recall answering
⁷ that you had not interacted with any other
⁸ experts in this litigation?
⁹    A.    Inasmuch as we went through
¹⁰ the -- I -- it was only with the lawyers, and
¹¹ so I think they would be familiar with that,
¹² if that was --
¹³    Q.    Yeah.  I'm not going to ask
¹⁴ about anything that happened, but my
¹⁵ understanding, unless I misread it, is that
¹⁶ your answer was that you hadn't interacted
¹⁷ with any of the other experts.
¹⁸      But that -- we know now that's
¹⁹ not the case, right?
²⁰    A.    With the -- with the lawyers
²¹ and on call, we did have -- I have -- I have
²² spoken with some other --
²³    MR. TRACEY:  Robert, don't say
²⁴ anything else.
²⁵    THE WITNESS:  Okay.

Page 176

¹    MR. TRACEY:  That's all
² privileged.
³    MR. MURDICA:  I'm not going to
⁴ ask anything else.
⁵    THE WITNESS:  Okay.
⁶    MR. MURDICA:  I was just asking
⁷ in the context of the discovery
⁸ responses.
⁹ QUESTIONS BY MR. MURDICA:
¹⁰    Q.    Okay.  And one last follow-up
¹¹ on something we talked about earlier.
¹²      You remember I showed you I
¹³ believe it was Exhibit 4, the Beyer study,
¹⁴ and I asked you about CIC, and you said it
¹⁵ was in the supplemental tables online.
¹⁶    A.    Oh, I told you this was the
¹⁷ methodology that we used -- are you talking
¹⁸ about Santos?
¹⁹    Q.    No.
²⁰    A.    It was 4.
²¹    Q.    Sorry.
²²    A.    Oh.
²³    Q.    3 maybe.
²⁴    MR. CHARCHALIS:  Beyer is 3.
²⁵    MR. MURDICA:  3, okay.

Page 177

¹    THE WITNESS:  Okay.  Yes.
² QUESTIONS BY MR. MURDICA:
³    Q.    Remember I -- this was from
⁴ your rebuttal report.  We were talking about
⁵ I believe it was capicua and CIC in your
⁶ report?
⁷    A.    Yes.
⁸    Q.    And I said where is it in the
⁹ study, and you said it's in the supplemental
¹⁰ tables?
¹¹    A.    I said I'd need to check the
¹² supplemental tables, yes.
¹³    Q.    Okay.  So we had checked
¹⁴ before --
¹⁵    A.    Yes.
¹⁶    Q.    -- and we checked again.
¹⁷      We don't see it.  Is there --
¹⁸ is there anything else -- other than CIC or
¹⁹ capicua, is there anything else that you
²⁰ would look to, any names somehow we're
²¹ missing?
²²    A.    I -- I'd have to look at the
²³ database --
²⁴    Q.    Okay.  But you --
²⁵    A.    -- in front of me and --

Page 178

1    Q.    I'm not asking you to agree.
2  I'm just asking you if there's any other name
3  you would refer to that gene by or --
4    A.    Oh, the name of the gene?
5    Q.    Yeah.
6    A.    Those are both the gene names
7  that we -- we've used.  It may have had a
8  name before that, but I would -- I'd have to
9  look that up in the database.
10       That should be available in
11  GeneCards if you were looking for aliases.
12    Q.    Okay.  So sitting here today,
13  you're not telling us that it's definitely in
14  the tables.  You agree it's not in the
15  article, but you're also not telling us that
16  it's in the tables; you just don't know?
17    A.    I would have to look
18  specifically at the -- at the database and
19  mine in the database to show you exactly
20  where everything is, but the interactions are
21  there.
22       I can -- I looked at them.
23  I've seen them.  I think you're just --
24  you're not in the right place in the
25  database.

Page 179

1    Q.    Okay.  But you believe you
2  either saw CIC or capicua in the database?
3    A.    It's in the database.
4    Q.    Okay.  And not in that article,
5  Exhibit 3, itself?
6    A.    I'm looking at -- I -- as we
7  just looked at the article, I did not see
8  capicua in that article, but it is in the
9  database.
10    Q.    Okay.  All right.  Let's talk
11  about one more principle of teratology.
12       You know that the Teratology
13  Society about 15 years ago published
14  guidelines for considering causation in
15  litigation, right?
16    A.    I mean, if you're asking me if
17  there's a publication about that, I'm aware
18  that there's a publication about it.
19    Q.    Right.
20       You've seen it before.  It's
21  been shown to you before in litigation,
22  right?
23    A.    I have seen it before.
24    Q.    Okay.  Did you look at it
25  before rendering your opinions here?

Page 180

1    A.    I'm -- yes, I am familiar with
2  it.
3    Q.    Okay.  And any causation
4  opinion and any data you used to reach the
5  opinion, one of the principles is it needs to
6  be outcome-specific, correct?
7    A.    Specificity is part of Bradford
8  Hill in that regard.
9    Q.    Yeah.
10       And I'm asking you about your
11  Teratology Society and the principles.  When
12  you render an opinion as a member of that
13  society, it's supposed to be
14  outcome-specific, right?
15    A.    Just to clarify, that position
16  paper, which, you know, if we're going to
17  talk about it, we should -- we should have it
18  in front of us, but I am familiar with it, in
19  as much as the correspondence on that's Tony
20  Scialli, and that position is not a position
21  of the Teratology Society as a whole.  I
22  believe that was part of the public affairs
23  committee.
24    Q.    Okay.  What it means -- well,
25  do you -- did you disagree that you should be

Page 181

1  looking at evidence that refers to the
2  outcome you are opining about?
3    A.    You should absolutely look
4  at -- look at the outcome.
5    Q.    Right.
6       And here, the outcome is ASD or
7  ADHD.  You have two outcomes you're looking
8  at, correct?
9    A.    I did look at those two
10  outcomes, yes.
11    Q.    Those are the two outcomes that
12  you were asked to look at, correct?
13    A.    I was asked to look at ASD,
14  ADHD and -- as specific outcomes, yes.
15    Q.    Okay.  And so according to that
16  principle, the evidence on which you base
17  your causation opinion should be ASD and ADHD
18  data, correct?
19    A.    Well, I'm not going to say that
20  those principles are the -- are definitive or
21  even authoritative in that regard, but if you
22  want to talk about those -- what the
23  publication says, then we should have it in
24  front of us specifically.
25    Q.    Well, you don't know?  It's --

1 you're a member of the Teratology Society.
2      A.    I wouldn't take it upon myself
3 to memorize anything Tony Scialli said.
4      Q.    Okay. So I'm just asking you
5 then, do you think that that's what you
6 should consider in rendering a causation
7 opinion?
8      A.    You should consider the
9 totality of data. We already talked about
10 that.
11      Q.    And the totality of data
12 specific to the outcome, correct?
13      A.    We should -- we should consider
14 those outcomes and also intermediates of
15 those and then parallel outcomes with those.
16      Q.    Okay. Well, you testified in a
17 litigation attributing mental retardation in
18 a patient to trichloroethylene exposure,
19 correct?
20      A.    I'd have to see the particular
21 case you're referring to.
22      Q.    Okay. You don't remember that?
23      A.    I'm -- I would have to see the
24 particular case you're referring to.
25      Q.    How many cases have you

1 testified in for plaintiffs?
2      A.    I would have to see the
3 particular case --
4      Q.    Too many to remember, right?
5      A.    I have a list of them.
6      Q.    Where is it? You didn't
7 provide it to us. Where's the list?
8      A.    I was told that the information
9 that I was to provide was within the last few
10 years.
11      Q.    Okay.
12      A.    And that's what I did provide.
13      Q.    Do you have -- do you have a
14 list of all of your testimony you've ever
15 done?
16      A.    Of course.
17      Q.    Okay. And where is that?
18      A.    On my computer.
19      Q.    Okay. Okay. So you don't
20 remember attributing mental retardation to
21 TCE exposure?
22      A.    I'm --
23           MR. TRACEY: Objection. Form.
24           THE WITNESS: No. If it's --
25      if you're referring to a particular

1      case that is sealed, I'm not at
2      liberty to discuss.
3 QUESTIONS BY MR. MURDICA:
4      Q.    It's not sealed.
5      A.    So...
6      Q.    Do you remember a plaintiff
7 Trujillo, Trujillo?
8      A.    I'm familiar with Trujillo.
9      Q.    Okay. Do you remember now
10 what you were alleging the outcome was?
11      A.    I mean, if you want to provide
12 case-specific stuff, we can review it.
13      Q.    Well, what I'm asking you is,
14 mental retardation is a different outcome
15 than autism or ADHD, correct?
16      A.    It is.
17      Q.    Okay. So are you going to rely
18 on the outcome of mental retardation in
19 rendering a causation opinion on autism or
20 ASD?
21      A.    As a different outcome, unless
22 they have overlapping pathology, I would not
23 include it in part of my analysis.
24      Q.    Okay. How about learning
25 disabilities?

1      A.    So inasmuch as there are some
2 cases with ADHD and ASD that also include
3 learning disabilities, they would be part of
4 an analysis.
5      Q.    But not all -- I mean, we
6 talked earlier, right? Someone autistic can
7 be a savant and they don't have a learning
8 disability, correct?
9      A.    That is a possibility.
10      Q.    So you're going to use, and you
11 did use, outcomes that were not the target
12 outcome as reliance for your causation
13 opinion?
14      A.    If there's overlap in the
15 presentation as part of what's understood
16 about -- particularly with autism itself or
17 animal models of autism is not every case of
18 autism is the same, and some of them have
19 overlap with other pathologies.
20           And so if those other
21 pathologies included -- were included, then I
22 would -- then I would often include them as
23 part of the analysis.
24      Q.    Is it fair to say that if an
25 outcome in a study was a symptom of autism in

Page 186

1  some patients or some animals, you included
2  that in your analysis?
3      A.    I tried to include the totality
4  of data so that I would be fair in that
5  regard.
6      Q.    In your mind, in Dr. Cabrera's
7  mind, is it -- is it reliable to use
8  symptomatic outcomes rather than the target
9  outcome of ASD or ADHD?
10      A.    It could be informative if
11  it -- if it is occurring with other outcomes
12  that are core behaviors of ADHD or ASD.
13          If it -- if it's occurring as
14  an endpoint specifically and without overlap
15  of ADHD or ASD, then I would not consider
16  that.
17      Q.    Right.
18          But in Dr. Cabrera's opinion,
19  any study where the outcome was learning
20  disability counts towards autism, correct?
21      A.    Is not correct.
22      Q.    Why not?
23      A.    Because there are some impacts,
24  and it's even referenced in the -- in the AOP
25  where they indicate that some indications of

Page 187

1  learning disability can be core symptoms of
2  autism or of ADHD.
3      Q.    Right.
4          And that's why you think that
5  AOP speaks to autism, correct?
6      A.    Well, that's -- not just the
7  AOP, but those are part of the OECD
8  guidelines for testing, that some learning
9  and behavioral effects overlap with autism
10  and ADHD core behaviors.
11      Q.    Okay.  And according to
12  Dr. Cabrera, that AOP also speaks directly to
13  autism and that -- the pathway, correct?
14      A.    Yes, because the -- some of the
15  learning and developmental endpoints do
16  overlap with autism, and that's even in the
17  OECD guidelines.  Not just the AOP, the OECD
18  guidelines.
19      Q.    Okay.  And according to
20  Dr. Cabrera, any neurodevelopmental toxicity
21  also is an outcome that you're looking at to
22  attribute causation for ASD and ADHD,
23  correct?
24      A.    I did include in my analysis
25  any neurotoxicity.

Page 188

1      Q.    Right.
2          But not -- all neurotoxicity
3  does not equate to ASD or ADHD, correct?
4      A.    That's correct.  The --
5  particularly for ASD or ADHD, it would be
6  developmental neurotoxicity that would be
7  more specific for those outcomes, but I did
8  consider neurotoxicity generally as well.
9      Q.    And even if you, Dr. Cabrera,
10  considered only developmental neurotoxicity,
11  that's still a larger pool than ASD and ADHD,
12  correct?
13      A.    There are other endpoints with
14  developmental neurotoxicity such as neural
15  tube defects would be evidence of
16  developmental neurotoxicity that's not ADHD
17  or ASD.
18      Q.    Right.
19          I think we agreed earlier,
20  neural tube defects are something totally and
21  profoundly different than ASD or ADHD,
22  correct?
23      A.    Well, I don't know about
24  totally different because inasmuch as there
25  appears to be some overlap in the molecular

Page 189

1  pathways, but certainly the -- one is a
2  phenotypic presentation, and one is a
3  diagnostic determination based on clinical
4  diagnostics.
5      Q.    The appearance and the outcome
6  are profoundly different, correct?
7      A.    I agree with that.
8      Q.    Okay.  Before the break, we
9  were talking about different levels of
10  evidence that are available, and we were
11  talking about evidence that could be
12  available in humans.
13          I'm going to ask you -- you
14  focused a lot in your report on animals,
15  right?
16      A.    That's correct.
17      Q.    And you work with animals?
18      A.    I work with people, too, but,
19  yes.
20      Q.    And the animals you work with
21  are -- do you work with rats or just mice?
22      A.    Mice.
23      Q.    The outcomes that you looked at
24  in mice is any developmental toxicity,
25  correct?

1    A.   I look for developmental
2 toxicity generally, yes.
3    Q.    You included in your review
4 articles that really had anything to do with
5 toxicity in a -- in a mouse embryo, right?
6    A.    So my approach as a
7 teratologist was to look at what Wilson
8 referred to as the four manifestations of
9 deviant development, and those include
10 congenital malformations in addition to
11 functional deficit.
12        And it may also include death
13 as a potential outcome, which would be the
14 most severe form of that -- of toxicity.
15    Q.    For ASD and ADHD in particular,
16 what outcomes were you looking for in the
17 mouse model?
18    A.    Well, part of looking for these
19 outcomes is understanding the study designs
20 and what information is available in there.
21        As an example, you have to
22 examine also maternal toxicity.  So you have
23 to consider maternal toxicity, even though
24 your -- your question may be, What's the
25 outcome in the offspring, ADHD or ASD, you

1 also have to consider maternal toxicity as
2 one of those factors.
3        So there are -- there are
4 different levels of toxicity because the
5 maternal system is providing the environment,
6 so you have to consider other types of
7 toxicity when you're looking at a particular
8 outcome.
9    Q.    What specifically are you
10 looking for in the mouse to look for autism?
11    A.    So typically we do
12 neurobehavioral testing in the mouse to look
13 for what's referred to as core autistic
14 behaviors.
15    Q.    And in the mouse, since they
16 can't talk to us, you can't actually
17 diagnosis a mouse with autism, correct?
18    A.    They do vocalize, but it's
19 supersonic, so we can't hear them, but we do
20 not use that as part of our diagnosis like
21 you would with a human patient.
22    Q.    And it's the same thing with
23 ADHD, right?
24    A.    So we do neurobehavioral
25 testing on them, and we look for behaviors

1 that are consistent -- what's referred to as
2 consistent with ADHD in the animal model.
3    Q.    You look -- right.
4        You have -- you have guidelines
5 that you believe are behaviors consistent
6 with those, but you can't diagnose a mouse
7 with ADHD or autism, correct?
8    A.    Right.  So clinical diagnosis
9 of ADHD or autism requires a clinical
10 diagnosis, and we don't do that type of
11 assessment on the animals.  We do
12 neurobehavioral, behavioral testing on them.
13    Q.    Right.
14        And those are different
15 techniques developed over time that
16 researchers like yourself believe are
17 consistent with neurodevelopmental behaviors,
18 right?
19    A.    I'd say they're generally
20 accepted that these behaviors parallel what
21 we see in the human with similar exposures.
22    Q.    Well, in fairness, humans
23 aren't burying marbles in tanks, correct?
24    A.    They could, but it -- as a
25 normal behavior, burying is perhaps something

1 that people and animals may have shared in
2 the past, but not something that we commonly
3 engage in anymore.
4    Q.    You're not looking at human
5 beings who are repetitively -- repetitively
6 grooming or nest-seeking or burying marbles,
7 correct?
8    A.    So we do look at repetitive
9 behaviors in humans.  That's part of a
10 clinical diagnosis.  So that is part of it,
11 actually.
12        But in regards to specific
13 behaviors of nest-seeking or marble burying,
14 that's not part of the human clinical
15 diagnosis.
16    Q.    Right.
17        And, by the way, is
18 nest-seeking in the rodent model a measure
19 for ASD or ADHD?
20    A.    In their recognition of
21 things -- so, like, socialization is part of
22 the ASD or core behaviors.  And so disruption
23 in what is partially thought as the olfactory
24 system is -- can be related to that, in that
25 the mouse, unlike the human, which is largely

Page 194

¹ visual, the mouse uses smells in order to
² recognize where it belongs and new people --
³ or new mice, in this case.  As we might
⁴ recognize somebody visually, they recognize
⁵ it as smell.
⁶        So it's part of an assessment
⁷ for their social behavior, which would be an
⁸ important core behavior for the -- for the
⁹ mouse.
¹⁰    Q.    That answer was about
¹¹ nest-seeking?
¹²    A.    Yes, in order for them to --
¹³    Q.    So according to Dr. Cabrera,
¹⁴ nest-seeking is a relevant behavior in the
¹⁵ mouse model for autism and ADHD, right?
¹⁶    A.    Well, it assesses a behavior in
¹⁷ the mouse that's part of social -- a social
¹⁸ behavior.  So you're testing a social
¹⁹ behavior of the mouse.
²⁰    Q.    So if you have a litter of mice
²¹ that are more nest -- are nest-seeking more
²² than normal, you would say that's an autistic
²³ or ADHD signalling behavior or something like
²⁴ that?
²⁵    A.    So you could go either way.  So

Page 195

¹ if they spent too much time there, this could
² be associated with anxiety.  If they didn't
³ spend any time there, then this could be a
⁴ problem with their social behavior.  So you
⁵ have to interpret the data as it comes.
⁶    Q.    And when you first started
⁷ doing these experiments on mice, did these
⁸ behavioral beliefs and tests in mice exist?
⁹    A.    They've evolved over time.
¹⁰    Q.    And do you agree that those
¹¹ behavioral observations are really theories
¹² because you can't diagnose and talk to the
¹³ mice?
¹⁴    A.    Well, just to clarify, a theory
¹⁵ is a very strong word in science, and I would
¹⁶ say that there -- our understanding of those
¹⁷ behaviors, that they are part of the social
¹⁸ behaviors in the animals.  And I don't think
¹⁹ that's theoretical.  I think that's part of
²⁰ just the reality that they -- that they exist
²¹ in.
²²        Our interpretation of those is
²³ certainly open as far as what that means and
²⁴ how we interpret their behaviors.
²⁵    Q.    I guess that -- let me ask a

Page 196

¹ better question, because that was a good
² point.
³        Our hypothesis, your
⁴ hypothesis, is that those behaviors translate
⁵ in some way to neurodevelopmental outcomes --
⁶ neurodevelopmental behaviors in human beings,
⁷ right?
⁸    A.    So what we do in -- what I've
⁹ done for the majority of my career is to make
¹⁰ animal models of human disease.  And part of
¹¹ making those models of human disease is to
¹² see if the animal behaviors any way parallel
¹³ what we would find in human behaviors, and we
¹⁴ do find some parallels in that regard.
¹⁵    Q.    Right.
¹⁶        But the behaviors that the
¹⁷ animals exhibit are not identical behaviors
¹⁸ that are -- that human beings exhibit,
¹⁹ correct?
²⁰    A.    Neither -- the diagnosis
²¹ criteria is not the same as would be used
²² clinically for a clinical diagnosis in
²³ humans.  It does -- it is different with the
²⁴ animals.
²⁵    Q.    And you agree that the animal

Page 197

¹ model, in all aspects, not just
² neurodevelopment, does not translate directly
³ to humans in many cases, right?
⁴    A.    There are -- there can be
⁵ differences, both by differences in species.
⁶ Thalidomide is the classic example inasmuch
⁷ as it had a profound effect in humans, but it
⁸ was initially missed in animals.  It was only
⁹ after they retested in a sensitive rabbit
¹⁰ species that they found -- they found the
¹¹ same effect.
¹²        So there can even be
¹³ species-specific differences that have to be
¹⁴ considered, and they can be different between
¹⁵ different species.
¹⁶    Q.    One does not assume that what
¹⁷ happens in an animal is going to happen in a
¹⁸ human or vice versa, correct?
¹⁹    A.    Yeah, you can't just assume
²⁰ based on a singular dataset.  You need to
²¹ look at the totality of the data, and you
²² build strength when you start to see effects
²³ across multiple species, or particularly even
²⁴ across multiple kingdoms in biology when you
²⁵ start to see similar effects.  This builds

Page 198

1  strength that a similar outcome will also
2  occur in humans.
3      Q.    Okay.  So if you're looking at
4  an outcome in an animal model for ASD or
5  ADHD, what is the most -- most direct, best
6  evidence you can come up with in an animal
7  model?
8      A.    Well, there's two parts to that
9  in my work.  And so one is that to look at
10  the behavior, so we have the behavior
11  analysis, then we compare to what's
12  considered as kind of a core set.
13          And in my work, it's typically
14  compared to valproic acid, so we would
15  compare the core behaviors to valproic acid
16  exposures in the animal.
17          And then we would also do
18  pathology on the brains of the animals in
19  addition to, if available, functional
20  genomics, that is gene expression studies, or
21  metabolomics to look at the particular active
22  molecules in the brain.
23      Q.    And the behaviors you would be
24  looking for in an autism model are what?
25      A.    So the same core behaviors that

Page 199

1  we might see in humans.  So differences in
2  social interactions, repetitive behaviors.
3  And so we're looking for this core set of --
4  referred to as autism behaviors in the mouse,
5  and there are representative tests for that.
6      Q.    They're very specific in the
7  mouse, though, right?
8          One is -- the repetitive
9  behavior is grooming, the social behavior is
10  either being around other mice or not.
11  Right?
12      A.    So one example of a social
13  behavior would be referred to as a
14  three-chamber test, or what we call the
15  Jackie box, where the animal -- we see if it
16  prefers or doesn't prefer to be around other
17  animals, which would be a social behavior.
18  And there are different types of social
19  behavior.
20          And what's currently
21  recommended is to use multiple tests per
22  behavior -- or per core behavior to
23  strengthen the information you have about
24  those behaviors.
25      Q.    And if you're trying to gather

Page 200

1  behavior on an outcome, like ASD and ADHD,
2  after an exposure in a pregnant mouse,
3  studies that are examining effects on adult
4  mice are not directly on point, correct?
5      A.    They may be informative on
6  concentrations or mechanism, but they're not
7  going to be necessarily informative on the
8  outcome, the specific ASD or ADHD outcome.
9      Q.    Okay. Let's talk now about
10  human studies and acetaminophen.
11          In order for an in utero
12  exposure to happen in a human, the exposure
13  has to first be -- the mother has to take
14  acetaminophen, right?  You agree?
15          There's, like, four steps here.
16  I'll see if you agree with them.
17      A.    So there is some background of
18  acetaminophen exposure in the general
19  population, and it has to do with
20  environmental exposure.  And so there's an
21  underlying exposure initially.
22      Q.    Dr. Cabrera, your causation
23  opinion here is focused on women who actually
24  ingest pharmaceutical acetaminophen, correct?
25      A.    That is correct.

Page 201

1      Q.    Okay.  So the pregnant woman
2  first takes acetaminophen, right?  In the
3  mouth?
4      A.    Predominantly.  There is also
5  IV indications, but, yes, predominantly.
6      Q.    Your opinion is about pill
7  ingestion predominantly, correct?
8      A.    I haven't been asked for
9  case-specific as far as exposures, but
10  we're -- the exposure happens, and there are
11  currently two routes of exposure commonly.  I
12  think there's also a rectal exposure as well,
13  but the majority of them, the vast majority
14  of them, would be an oral exposure.
15      Q.    The human exposure studies
16  where it specified what it was, it was pill
17  ingestion, correct?
18      A.    Predominantly, yeah, it's going
19  to be pill ingestion.
20      Q.    Okay.  The first stop is --
21  where the body takes on any acetaminophen is
22  in the small intestine, correct?
23      A.    As far as absorption, yes.
24      Q.    Absorption.
25      A.    Yes.

Page 202

1    Q.    Then it goes to liver, correct,
2  in the mother?
3        A.    Well, in -- yeah, as far as
4  metabolism goes, it goes into a particle,
5  it's referred to as a chylomicron, and then
6  that would end up in the liver.
7        Q.    Okay.  Whatever is not
8  metabolized by the liver is now in the blood
9  in the mother, right?
10      A.    Fair enough.  It -- yeah.  So
11  it's going to go into circulation as well.
12      Q.    Into circulation.
13            And in circulation, that is the
14  first time it has access to the placenta,
15  right?
16      A.    So within circulation, yes, it
17  would have access to the placenta.
18      Q.    Okay.  It has to cross the
19  placenta, right?
20      A.    In order to have access, which
21  we refer to as access in teratology, it would
22  have to cross the placenta.
23      Q.    In order to have access to the
24  baby, we're through the mouth, small
25  intestine, metabolized by the liver, into the

Page 203

1  bloodstream, it has to cross into the
2  placenta, correct?
3        A.    No.  I'd say as far as first or
4  second-pass metabolism, I have to look
5  specifically at that, but that's at least in
6  part correct, yes.
7        Q.    Okay.  And then next to
8  actually access the baby, it -- the brain,
9  right, which is what you're talking about in
10  this opinion, it has to cross the blood-brain
11  barrier, right?
12      A.    Acetaminophen readily crosses
13  the blood-brain barrier.  So if it has access
14  to the baby, it will have access to the
15  brain.
16      Q.    Right.
17            All of those things have to
18  happen before it makes it to the fetal brain,
19  correct?
20      A.    That is correct.
21      Q.    Okay.  And you haven't --
22  you've cited various studies, but you haven't
23  cited anything that directly measures the
24  availability of acetaminophen following that
25  exposure route in the fetal brain, correct?

Page 204

1        A.    I have looked at fetal brain
2  exposure in the animal models, and I have
3  cited that in my report.
4        Q.    I was talking about human.
5        A.    As we've already indicated,
6  those studies would be unethical.
7        Q.    And all I'm doing, for the
8  record, is clarifying what we have and what
9  we don't.
10            We don't have any study or data
11  that shows the availability in the fetal
12  brain at this -- at this point in time
13  because of ethics and things like that, fair?
14      A.    Yeah.  Just to be clear, I'm
15  fairly sure that's, like, even against the
16  law in Texas.  But with that being said, that
17  data doesn't exist.
18      Q.    Right.
19      A.    For any drug.
20      Q.    But we have it in the mouse
21  model.
22      A.    We do have it in animal models.
23      Q.    Right.
24            All right.  I'm going to stick
25  with humans for a while.

Page 205

1            One of the database studies you
2  cite is Avella-Garcia.  And that's an autism
3  study, right?
4        A.    Yes, it is.
5        Q.    Okay.  And you rely on this to
6  support your causation opinion, right?
7        A.    I have, yes.
8            MR. MURDICA:  We'll mark it as
9  Exhibit 9.
10          (Cabrera Exhibit 9 marked for
11  identification.)
12  QUESTIONS BY MR. MURDICA:
13      Q.    Okay.  This one was from --
14  well, you have in front of you Exhibit 9,
15  right, Dr. Cabrera?
16      A.    Yes, I do.
17      Q.    Okay.  And that's the
18  Avella-Garcia study, right?
19      A.    It is.
20      Q.    This is the one you cited in
21  your opinions, fair?
22      A.    I believe so, yes.
23      Q.    From 2016?
24      A.    Looks correct.
25      Q.    Okay.  So this was at the point

1 that you already formulated an opinion that
2 acetaminophen could cause autism and ADHD,
3 right?
4     A.    As I indicated, there was
5 growing evidence of that since 2015.
6     Q.    I think you said earlier
7 that -- well, correct me if I am wrong.  I
8 thought you -- your causation of -- you
9 believed that it was causal as of 2016, I
10 thought you said.
11        Is that not right?
12     A.    I hadn't done this research in
13 2016.
14     Q.    Okay.  So sitting here today,
15 you can't say when, in Dr. Cabrera's mind,
16 this became causal until -- except for 2023,
17 right?
18     A.    That's when I did the causation
19 analysis.  So I couldn't say I had determined
20 causality before then because I hadn't done
21 that analysis.
22     Q.    And you couldn't say anybody
23 could have determined causation before then
24 because you didn't do that analysis, right?
25     A.    Well, I can't offer my opinion

1 about what other people did because I'm not
2 other people.
3     Q.    But you, Dr. Cabrera, when I
4 asked you, you -- based on the totality of
5 the evidence that you've reviewed, you can't
6 say there was enough there in 2022, right?
7     A.    2022?
8     Q.    Yeah.
9     A.    I wasn't looking at the
10 question in 2022.
11     Q.    Right.
12        But based on what you know
13 today, you -- you're not going to sit here
14 and say there was enough evidence in 2022 for
15 this to be causal, right?
16        MR. TRACEY:  Jim, let me just
17     interrupt you for a second.
18        Are we doing liability
19     depositions?  Because if we are, I'm
20     happy to join with your experts, but I
21     thought this was a general causation
22     deposition.
23        MR. MURDICA:  It is.  And
24     that's not what --
25        MR. TRACEY:  So we're going to

1 do what we knew and when we knew it?
2        MR. MURDICA:  I'm not doing
3     that.  I'm -- Sean, I'm asking him
4     questions about general causation.
5        MR. TRACEY:  No, you're not.
6     You're asking him questions about when
7     anybody could have known that Tylenol
8     caused autism.
9        I'm happy to play that game
10     with your experts, if you want, but I
11     thought this was a general causation
12     deposition.
13        MR. MURDICA:  Okay.  I'm not
14     going to argue on the record with you,
15     but all I asked him to say is he's not
16     going to say when somebody could have
17     known it, and he didn't answer that
18     question.
19        MR. TRACEY:  Well, I know,
20     because he hasn't been asked that
21     question, and he hasn't developed that
22     opinion.  That's a phase II opinion.
23     He may very well have that opinion
24     when we finish depositions.
25        MR. MURDICA:  Okay.  Well, let

1     me try and --
2        MR. TRACEY:  I just -- it just
3     feels like it's part of the phase I.
4 QUESTIONS BY MR. MURDICA:
5     Q.    Sitting here today,
6 Dr. Cabrera, do you have any opinion on when
7 the relationship, in your view, was causal,
8 one way or another?
9     A.    I only have my personal
10 experience in that when I conducted the
11 analysis, I found it to be causal.  I can't
12 say when other people should or shouldn't
13 have found it.
14     Q.    In 2023, correct?
15     A.    That's correct.
16     Q.    Okay.  Now, on Exhibit 9, so
17 this was a database study in human beings,
18 right?
19     A.    I'm not sure what you mean by
20 "a database study."
21     Q.    Okay.  There were maternal
22 interviews at 12 and 32 weeks during
23 pregnancy, correct?
24     A.    That is correct.
25     Q.    Okay.  And there were about

Page 210

1 1,300 participants?
2    A.   So there was 2,644 mother-child
3 pairs.  So as a -- as a child outcome, there
4 would be 1,300.
5    Q.   Okay.  And if you look at
6 Table 3, which is on page 1992 in the
7 journal, these are the outcomes.  And what
8 you cite in your report is for males --
9       Are you on Table 3?
10    A.   Yes, I am.
11    Q.   Okay.
12       -- for males with persistent --
13 that were exposed to persistent acetaminophen
14 exposure which was defined in this study as
15 the mother saying that acetaminophen was used
16 during both interviews, I believe.  The score
17 in the right column is a 1.91 from .44 to
18 3.38, right?
19    A.   Could you repeat the question?
20    Q.   Sure.
21       If you look under males --
22 well, let's start with all participants.
23       Do you see that part, where it
24 says "All participants, never sporadic,
25 persistent," Dr. Cabrera?

Page 211

1    A.   Yes, I do.
2    Q.   So if you look at any of those
3 for all participants, the total score is
4 never positive and statistically significant,
5 correct?
6    A.   So that's part of the data.
7 There is significant effects in regards to
8 omission of errors.  The total score is not
9 significant.
10    Q.   Okay.  And if you look -- then
11 they break it down by sex, right, between
12 male and female children?
13    A.   They do.
14    Q.   Okay.  And if you look at males
15 with persistent use, it is -- the effect
16 is -- the score is 1.91, and it's
17 significant, correct?
18    A.   To be clear, it's 1.91, and the
19 odds ratio crosses -- crosses 1.  So that
20 would not be reported as significant,
21 although in the omission errors, the risk is
22 1.56 and that is statistically significant.
23 It does not cross 1 with the confidence
24 interval of 1.09 to 2.24.
25    Q.   Okay.  And that's for 21 of the

Page 212

1 1,300 children that are behind that score,
2 correct?
3    A.   You may want to ask that
4 question again.
5    Q.   Sure.
6       You're looking under males --
7    A.   Yes.
8    Q.   -- with persistent use?
9    A.   (Witness nods head.)
10    Q.   And is 21.  That's 21 boys,
11 correct?
12    A.   That's correct.
13    Q.   And then you're looking at the
14 omissions and errors column, and you just
15 cited to use the 1.56 from 1.09 to 2.24,
16 correct?
17    A.   Sorry.  That's correct.
18    Q.   Okay.  And the -- that data is
19 based on 21 children of the 1,300
20 participants, correct?
21    A.   That is what it says, yes.
22    Q.   Okay.  That's about, what, 1,
23 1 and a half percent of the study population?
24    A.   Approximately.
25    Q.   When Dr. Cabrera decided how to

Page 213

1 weigh, quote/unquote, evidence like this, did
2 Dr. Cabrera consider miniscule population
3 sizes within a larger study to give credit or
4 discredit to a result like this?
5    A.   I did not discredit the study
6 based on a small number of participants.  I
7 considered the totality of data.
8    Q.   Okay.  And the totality, with
9 the total score, for all participants, as we
10 saw above, was not significant, right?
11    A.   In regard to the CAST total
12 score, it was still an increased risk at
13 1.91, but it was not significant based on the
14 confidence interval.
15    Q.   Okay.  And that's for males,
16 but with all participants, when you consider
17 males and females, it would -- it would be
18 even more attenuated, right?
19    A.   It was.
20    Q.   Okay.  And then if we look at
21 females, and we look at -- let's take, for
22 example, sporadic use of acetaminophen during
23 pregnancy.
24       Are you with me --
25    A.   Yes, I am.

Page 214

Q.  -- that row?

And we look at the total score, for 287 female children, the score is -- you didn't like when I used the word "protective," so you could use your own.  But it's protective and statistically significant, correct?

A.  It was deemed to be statistically significant and with a reduced risk.

Q.  Right.

So if we were blindly practicing medicine and relying only on this study and we knew that our patient was going to have a girl, this would indicate we should give sporadic dosing of acetaminophen throughout pregnancy to protect from autism, correct?

A.  I would not practice medicine like that.  And I hope no one else does either.

Q.  Doctor, based on this study and this study alone, in this population, the mothers who were having girls who took acetaminophen actually protected their

Page 215

daughters from autism, according to this dataset, correct?

A.  There was a decreased risk with sporadic use.

Q.  And you just said if you could prescribe medicine, you would not prescribe acetaminophen based on this one number, and that you would agree that applies to any number in any study, right?

A.  I wouldn't propose that sporadic use should be used protectively outside of its use to treat fevers, and in which case it very well could provide a protective effect.

Q.  And you don't -- you don't make a decision based on one of many findings statistically in a study, correct?

A.  To be clear, the expectation is that none of the findings will be significant or, if any, that they would only be whatever the alpha is.  So you would expect a false discovery of, say, 5 percent of that data.

And so we consider all of the data under that -- under those understanding.

Q.  Right.

Page 216

And, in fact, when we look at most of the human data that we have on acetaminophen and pregnancy, it was not collected for that purpose at all, right?

A.  I'm --

Q.  Did you say right?

A.  I don't understand the question.

Q.  Okay.  Sure.  Let me lay a little more foundation for you.

You cited and looked at several ADHD, in particular, but some autism, database studies that looked at pregnancy databases particularly in Norway and the Scandinavian countries, correct?

A.  So maybe that's just a difference in definition, but I think of these as -- they're cohort studies.

Q.  Okay.  Cohort studies.

A.  Right.  Database makes it sound like their virtual.

Q.  Okay.  Well, there's a dataset that's based on -- in those countries, it's based on health registries because of national -- you know, public insurance,

Page 217

right?

A.  I'm familiar, yeah.

Q.  Okay.

A.  I've done some work with those studies.

Q.  Okay.  So that data was collected by the -- by the government of those countries not to study acetaminophen, right?

A.  Similar to what we do here with National Birth Defects Prevention Study, which we're also a part of, it's a surveillance.  It's to surveil a population for adverse outcomes.

Q.  And they run and other researchers run tons and tons of analysis across that data because it collects it for everybody because it's a national insurance program, right?

A.  I don't know that it collects it for everyone, but it does collect it for everyone that's part of the national health care system.

And it then goes into the system that can be queried in that regard

1  and -- but the samples themselves are both
2  archived and analyzed because I've been part
3  of the analysis for those samples as well.
4      Q.    Right.
5          My point is, right now someone
6  could be running comparisons and studies
7  across that data for tons of outcomes, and we
8  will never hear about them because they turn
9  out to not be anything, right?
10     A.    Well, you're saying if they're
11  negative results -- encouraged to also
12  publish the negative results, but I couldn't
13  say whether they would or wouldn't publish
14  them.
15     Q.    Right.
16          But by and large what gets
17  published are -- even if there's negative
18  results with them, it's the positive results
19  that people find interesting and that make it
20  into the journals most likely, right, most
21  often I should say?
22     A.    Most often.  I think it's
23  common to like headlines, unfortunately.
24     Q.    Right.
25          And there's a name for that,

1  right?
2      A.    What is the name for that?
3  Does it say it here?
4      Q.    Publication bias, right,
5  Doctor?  There's a name you -- people who do
6  this use, and it's called publication bias
7  for what we just discussed?
8      A.    Ah, in regards to being more
9  likely to publish positive findings, that
10  there's potential publication bias there.  In
11  addition, there's potential publication bias
12  for repackaging results to pile the
13  literature with a particular outcome.
14     Q.    And we see that sometimes with
15  meta-analyses of one or two studies that
16  really just repeat the same thing, but now
17  they're a meta-analysis, right?
18     A.    Well, a specific example we see
19  quite often with clinical studies to try to
20  promote the use of particular medications,
21  this packing of the literature, but there is
22  the potential for it in meta-analysis if you
23  don't consider the same group publishing
24  multiple times.
25     Q.    So the answer to my question

1  was "yes," and then you gave me another
2  example of clinical studies, right?
3      A.    I -- that was my answer, so...
4      Q.    Okay.  Fine, then I'll ask it
5  again.
6          Another example of publication
7  bias is that if you have a study finding a
8  positive association and then a second one
9  comes out, that first author sometimes might
10  do a meta-analysis of the two and republish
11  the same thing.
12          And they'll get published
13  again, and now it looks like there's three
14  studies and a meta-analysis when really it's
15  just still just two studies, correct?
16     A.    Is this a hypothetical?
17     Q.    Yeah.
18     A.    If that happened
19  hypothetically, then it could create some
20  bias in the literature.
21     Q.    Okay.  Let's go back to
22  literature.
23          How important was Exhibit 9 to
24  your causation opinion?
25     A.    I'd say it was a study I

1  considered as part of -- part of the
2  analysis, so...
3      Q.    Which number in Table 3 is most
4  significant to you for your causation
5  opinion?
6      A.    So my general question is, are
7  there findings of increased risk in these
8  tables?  And I see that there are increased
9  risks, particularly with persistent use in
10  omission errors.
11          So that would be a finding
12  that's consistent in the different groups in
13  omission errors.
14     Q.    And how do you balance that
15  with the lack of findings in several of these
16  results and the opposite findings, the
17  protective findings?
18     A.    So in regards to the CAST score
19  in particular, it's simply a matter of is --
20  are we consistently finding negative or
21  decreased risk in multiple studies, if you
22  wanted to say that there was a protective
23  effect.  We could look for the same thing,
24  and so to consider that also, so...
25     Q.    Right.

Page 222

1   So if you only had this paper,
2 Exhibit 9, would you say that acetaminophen
3 causes autism in human children?
4   A.   I would say it was still
5 unclear.
6   (Cabrera Exhibit 10 marked for
7 identification.)
8 QUESTIONS BY MR. MURDICA:
9   Q.   Let's take a look at another
10 one.
11   Okay.  Dr. Cabrera, I've marked
12 and put in front of you Exhibit 10, and I'm
13 going to represent to you that it's a
14 Ji study from 2020.
15   Do you have it?
16   A.   I do, yes.
17   Q.   Are you familiar with it?
18   A.   Yes, I am.
19   Q.   Do you rely on it in your
20 report?
21   A.   Yes, I do.
22   Q.   Okay.  Now, in Dr. Cabrera's
23 world, how important are cord blood studies?
24   A.   It can be very important.
25   Q.   Okay.  And where do they fall

Page 223

1 in your hierarchy of evidence?
2   A.   If supportive, they provide
3 strong evidence.
4   Q.   Okay.  And do all cord blood
5 studies only capture the peripartum period of
6 time?
7   A.   Well, it could be pre or peri
8 in regards to cord blood, depending on when
9 the medication was administered.
10   Q.   The cord blood studies that
11 you're aware of are taken around the time of
12 birth, though.  This is not like a genetic
13 testing in the first 15 weeks tests we're
14 talking about, correct?
15   A.   So the collection of the cord
16 blood itself is perinatally, during delivery.
17   Q.   That's what I was asking you
18 originally.
19   Okay.  So what would be in the
20 cord blood would reflect -- depending on the
21 half-life of whatever we're looking for, it
22 would reflect what was in the cord -- or what
23 the cord was exposed to around the time of
24 delivery, correct?
25   A.   Preceding delivery.

Page 224

1   Q.   Preceding delivery, okay.
2   But immediately or close to
3 that preceding delivery depending on the
4 half-life of whatever is being studied,
5 right?
6   A.   As a function of the half-life.
7   Q.   Okay.  And you looked at the
8 study already, right?
9   A.   Yes, I have.
10   Q.   Okay.  And was the cord blood
11 in this study collected specifically to study
12 acetaminophen?
13   A.   Well, initially -- I don't know
14 that they were initially.  I'm looking for
15 that, so...
16   Q.   Okay.  Do you know how often
17 the mother's exposure to acetaminophen during
18 the pregnancies that resulted in the cord
19 were collected?
20   A.   Could you repeat that question,
21 please?
22   Q.   Sure.
23   Ultimately for however many --
24 so not everyone who was enrolled in this
25 dataset ended up having harvested cord blood,

Page 225

1 correct?
2   A.   That is correct.
3   Q.   Okay.  Only about a third
4 actually had their cord blood harvested that
5 had been enrolled, correct, a little less
6 than a third?
7   A.   To be clear, the math again is
8 mother-infant dyads at 3,163, so...
9   Q.   You're right.  It's more like
10 two-thirds, not one-third, fair?
11   A.   I -- yes, that's -- closer to
12 two-thirds, yes.
13   Q.   Okay.  And what measurements
14 were taken throughout the pregnancy as to
15 exposures to different medications?
16   A.   So the information that they
17 include in the study includes maternal age of
18 delivery, maternal race and ethnicity,
19 maternal education level, maternal status,
20 stress during pregnancy, smoking before or
21 during pregnancy, alcohol use before and
22 during pregnancy, maternal BMI, parity, child
23 sex, delivery type, preterm birth and low
24 birth weight.
25   And then there's additional

Page 226

¹ stratification, but I don't see specific
² indication about other medication.
³     Q.    Right.
⁴         Dr. Cabrera, they never asked
⁵ the mothers who -- whose cord blood was
⁶ sampled here whether they -- whether they
⁷ took acetaminophen ever once or how often,
⁸ correct?
⁹     A.    I -- my understanding is, as
¹⁰ indicated in my report, they did not ask.
¹¹ They measured for acetaminophen in the cord
¹² blood but didn't correlate that with a
¹³ recall.
¹⁴     Q.    Right.
¹⁵         And another way -- so they
¹⁶ didn't ask the mothers if they were exposed
¹⁷ to acetaminophen.  They also didn't ask them
¹⁸ when they were exposed to acetaminophen,
¹⁹ correct?
²⁰     A.    That is my understanding.
²¹     Q.    Okay.  So the only thing we
²² have from Exhibit 10 is this one snapshot of
²³ time right before delivery, correct?
²⁴     A.    Well, we have acetaminophen
²⁵ exposure or documented acetaminophen

Page 227

¹ exposure.
²     Q.    Only at this one period, small
³ window of time at the very last hour of
⁴ pregnancy, correct?
⁵     A.    I disagree with that.  It's not
⁶ the very last hour --
⁷     Q.    Okay.
⁸     A.    -- but preceding pregnancy
⁹ based on the half-life, which is a few hours.
¹⁰     Q.    Okay.
¹¹     A.    And so the expectation is
¹² within -- it would be reasonable to say half
¹³ a day of an exposure beforehand.
¹⁴     Q.    Okay.  And I asked you before
¹⁵ if this was intentionally -- if this study
¹⁶ was intentionally done to study
¹⁷ acetaminophen.
¹⁸         Do you now -- do you now agree
¹⁹ that it was just done to study any
²⁰ metabolites in cord blood?
²¹     A.    Based on the study criteria
²² initially, it was to look at metabolites
²³ in cord blood.
²⁴     Q.    Right.
²⁵         So this is -- this is one paper

Page 228

¹ that came out of this study, but you know
² that many other things were studied other
³ than acetaminophen, right?
⁴     A.    They did study other things --
⁵     Q.    Okay.
⁶     A.    -- in this cohort.
⁷     Q.    And you just said, you know,
⁸ it's probably a snapshot of the -- of the
⁹ half a day before delivery.
¹⁰         They didn't ask the mothers
¹¹ whether they took acetaminophen for the
¹² initial pains of labor, right?
¹³     A.    As far as I know, there -- they
¹⁴ didn't ask the mom about medication usage in
¹⁵ regards to acetaminophen.
¹⁶     Q.    And you know that -- well, you
¹⁷ haven't experienced personally, I assume, but
¹⁸ you know that labor is painful, right?
¹⁹     A.    I -- I've been told.
²⁰     Q.    You know that one indication
²¹ for acetaminophen is pain, right?
²²     A.    I'm aware of that.
²³     Q.    Okay.  Wouldn't you expect,
²⁴ based on those two facts, that some women
²⁵ would have acetaminophen in their cord blood

Page 229

¹ because they took acetaminophen shortly
² before they went to the hospital or on their
³ way to the hospital until they got proper
⁴ pain management?
⁵     A.    To be clear, if it was a --
⁶ that would be something similar to a random
⁷ effect error.  You wouldn't expect to find a
⁸ dose-response with an outcome.
⁹     Q.    Well, I just --
¹⁰     A.    Something like a random effect
¹¹ error.  A random exposure.
¹²     Q.    Sure.
¹³         Oh, and we're going to get to
¹⁴ that.  I'm just asking you as a
¹⁵ logical-thinking, breathing human being who
¹⁶ knows a little something about the real
¹⁷ world, would it surprise you if mothers were
¹⁸ taking acetaminophen for the pains of labor
¹⁹ before were properly treated as a -- at a
²⁰ hospital?
²¹     A.    If they didn't know the
²² potential risks, then I could understand them
²³ taking it to help with the pain.
²⁴     Q.    And if somebody takes
²⁵ acetaminophen because of the pain of labor on

Page 230

1 the way to the hospital, what scientifically
2 does that tell you about days in their
3 pregnancy that they took acetaminophen for
4 other reasons?
5     A.    Scientifically you can only
6 draw assumptions about their behavior prior
7 to that.
8     Q.    Right.
9          We really know nothing other
10 than this one snapshot, right?
11     A.    Quantitatively, we don't know
12 behaviors prior to that.
13     Q.    Okay.  By the way, we're
14 talking about cord blood now, but on your --
15 on Dr. Cabrera's hierarchy, is a cord blood
16 study better or less good than a meconium
17 study for looking for pregnancy outcomes like
18 this?
19     A.    The, I think, meconium study is
20 better.
21     Q.    Okay.  All right.  Let's get
22 into this a little bit.
23          On Table 1, which is on journal
24 page 184.  Let me know when you're there.
25     A.    I'm -- Table 1, yes, I'm there.

Page 231

1     Q.    Yeah.
2          So what this is showing is for
3 the 998 mothers who had their cord blood
4 taken, this is some of that background
5 information on basically demographics, right?
6     A.    Yes.  So it's -- Table 1 is
7 titled "Maternal and child characteristics
8 according to child physician-diagnosed
9 conditions."
10     Q.    Right.
11          And for -- let's look at
12 something like preterm birth.
13          Are you there?
14     A.    Yes.
15     Q.    Okay.  So the babies who were
16 born preterm have more than double rate --
17 actually, sorry.
18          The babies who were born
19 preterm, about 20 percent of them had ADHD
20 and 28 percent had autism, right?
21     A.    So 28.8 percent had ASD,
22 autism, and 20.6 percent had ADHD.
23     Q.    All right.  And that's
24 increased over the first column, right?  The
25 first column is what?  It's no developmental

Page 232

1 issue, right?
2     A.    Yes.
3     Q.    Okay.  So no developmental
4 issue, only 8.9 percent of them were born
5 preterm, right?
6     A.    That's what it says, yes.
7     Q.    And then for developmental
8 issues, for ADHD and ASD in particular, you
9 know, one is double, ADHD is double the
10 amount of the percentage of preterm birth,
11 and ASD is triple, correct?
12     A.    Approximately.
13     Q.    Right.
14          And you'd expect that, wouldn't
15 you?  Because you know that preterm birth is
16 one risk of developing ADHD and autism,
17 right?
18     A.    There are potentially
19 neurodevelopmental impacts from a preterm
20 birth.
21     Q.    Okay.  And in Dr. Cabrera's
22 opinion, are those causal, or are those still
23 under investigation?
24     A.    In what capacity?
25     Q.    Is preterm birth something that

Page 233

1 can be causally associated with ADHD and
2 autism?
3     A.    I'd say those are associated.
4 I don't know that one causes the other.
5     Q.    Okay.  Is that because you
6 haven't done a full Dr. Cabrera analysis on
7 it yet?
8     A.    Because as far as I know in the
9 literature, there's association, and I
10 haven't done the analysis either.
11     Q.    Okay.  And association is not
12 causation, right?
13     A.    Association in itself is not
14 sufficient for a causation.
15     Q.    Okay.  Let's look at maternal
16 smoking during -- before or during pregnancy.
17          Do you see that?  It's about
18 halfway down the column.
19     A.    Yes, I do.
20     Q.    Okay.  And for a continuous
21 smoker, somebody who smoked throughout
22 pregnancy, do you see that about 4 percent
23 had no neurodevelopmental issue, 9 percent
24 had ADHD, and 10.6 percent had autism, right?
25     A.    That is correct.

Page 234

1    Q.    So smokers had a significant
2  increase in ADHD and ASD as a proportion --
3  as a percentage, right?
4    A.    There was a significant
5  difference in regards to smoking --
6    Q.    And --
7    A.    -- and the outcomes.
8    Q.    And that's not a surprise to
9  you because you know that ADHD and autism are
10  caused by smoking, right?
11    A.    I would say that there's --
12  there is an association with smoking and
13  autism.
14    Q.    Okay.  So it's the same answer.
15  There's an association, but you don't know
16  for sure that a mom smoking throughout
17  pregnancy causes autism or ADHD?
18    A.    I haven't personally done a
19  Bradford Hill on that, but in regards to
20  smoking, smoking has been contraindicated
21  during pregnancy as associated with various
22  neurodevelopmental and congenital outcomes.
23    Q.    Okay.  But you're not ready to
24  attribute causation yet, right?
25    A.    Well, I would say it's a risk

Page 235

1  factor.
2    Q.    Okay.  It's a risk factor.
3        In Dr. Cabrera's opinion, is
4  acetaminophen more likely to induce autism in
5  a pregnancy than continuous maternal smoking?
6    A.    I would say if you wanted to
7  analyze the risk of autism, you should adjust
8  for maternal smoking as another risk factor
9  because you wouldn't want to influence the
10  outcome.
11        So independently, I haven't
12  compared them quantitatively with each other.
13    Q.    But you're going to -- you will
14  stand up and you will tell the judge in this
15  case that acetaminophen causes autism, but
16  you won't stand up and say that continuous
17  smoking during pregnancy causes autism?
18    A.    I would say that there --
19  they -- you have to modify as -- is it a risk
20  factor for causing ADHD and ASD if you're
21  analyzing autism.  And I'm simply saying I
22  haven't -- I haven't done, nor have I seen, a
23  Bradford Hill on smoking and autism or ADHD
24  as an outcome.  I'd have to look at that
25  specifically.

Page 236

1        I haven't -- I haven't asked,
2  and so I can't answer that question.
3    Q.    But that's not defending war
4  criminals, right?
5    A.    So Philip Morris isn't in the
6  room, so that's -- it depends on who you ask.
7    Q.    All right.  Let's go on to
8  Table 2.
9        Let me know when you're there.
10    A.    I'm there.
11    Q.    Okay.  So what Ji did is took
12  that -- took the acetaminophen metabolite
13  level in the cord blood from that one
14  snapshot in time at delivery, correct?
15    A.    They're analyzing the cord
16  blood that was collected during delivery.
17    Q.    And in particular, they're
18  analyzing it for acetaminophen, right?
19    A.    Acetaminophen and metabolites
20  of acetaminophen.
21    Q.    Right.  Right.
22        They're using the metabolite as
23  a proxy for acetaminophen, right?
24    A.    Yes.  And it's important to
25  note the metabolites also have a longer

Page 237

1  half-life than just acetaminophen as well.
2    Q.    Okay.  How much longer?  Are we
3  talking days?
4    A.    Days.
5    Q.    Weeks?
6    A.    Weeks is probably farther out
7  than the metabolites would be expected, but
8  some of them may be within weeks, not longer
9  than that.
10    Q.    Okay.  And then what Ji did is,
11  depending on the measurement of the cord
12  blood acetaminophen metabolites, broke it
13  into three groupings.  Basically took
14  every -- all 998 measurements, and not
15  everyone had acetaminophen, right?
16    A.    Yes.
17    Q.    Okay.  Took the ones that did,
18  put them all in order, right, from least to
19  most or vice versa, and broke it into three
20  groups, right?
21    A.    So it's referred to as
22  tertiles.  They've done an analysis and split
23  the group into three based on where they fell
24  within the group.
25    Q.    Right.

Page 238

1       But they were even groups.
2  It's not like there was a threshold for one
3  group and a threshold for another.  They just
4  broke it into three groups, right?
5       A.    Well, it's a -- how
6  distributions work, you can just apply a
7  cutoff, and you end up with thirds based on
8  the distribution of a normal distribution.
9       Q.    Right.
10      But it wasn't like we're going
11 to ignore this group that has -- that has the
12 low level or anything like that.  It was just
13 three even groups, right?
14      A.    So the group defines what a low
15 level is.
16      Q.    Okay.  And it was broken up
17 into three levels, right?  The third tertile
18 just marked the high -- the grouping of the
19 highest levels of cord blood acetaminophen
20 metabolite, right?
21      A.    Yeah.  So they're grouping
22 based on the tertiles, and the third group
23 appears to have the highest exposure.
24      Q.    In terms of the cord blood
25 measurement, right?

Page 239

1       A.    Yes.
2       Q.    Okay.  So the third group had
3  the highest exposure for whatever snapshot in
4  time the cord blood was able to capture
5  around -- right before delivery, right?
6       A.    Yes.
7       Q.    Okay.  And so then if we look
8  at some measurements, the first tertile, that
9  ended up being our control, right?
10      A.    Yeah, they're giving that a
11 measure or odds ratio of 1, so that's our --
12 becomes our control.
13      Q.    Right.  And then so then we
14 look at the second and third tertile.
15      And so let's look at, for
16 example, the first piece of data in here.
17 It's ADHD and -- in the second tertile for
18 unchanged acetaminophen.
19      And that is not statistically
20 significant, correct?
21      A.    It's an increased risk, 1.48,
22 but it does cross -- it does cross 1.
23      Q.    Okay.
24      A.    In regards to the confidence
25 interval.

Page 240

1       Q.    And that alone, even
2  Dr. Cabrera would not say that that is
3  evidence that you would rely on that ADHD
4  causes -- or sorry, that acetaminophen causes
5  ADHD, correct?
6       A.    Well, to be clear, that's one
7  part of this data.
8       Q.    Yeah.
9       A.    And so if that was the only
10 part, I would say that it would still be
11 unclear.  But that's -- it's not the only
12 part.  There's also the third tertile where
13 there's -- where the risk continues to go up,
14 and that's where we see this
15 concentration-dependent effect or a
16 dose-effect with risk.
17      Q.    Yeah.
18      And so I said that alone, and
19 you wouldn't rely on that alone.  And don't
20 worry, we're going to go through all of
21 these.
22      So back to that second tertile
23 number.  The .92, the way statistics works is
24 it could very well be that the actual data
25 there is that the risk effect is .92 below

Page 241

1  the null, correct?
2       A.    There's a miniscule possibility
3  that it could be 0.92 based on the variation
4  of the point estimate.
5       Q.    Well, these are statistics.  So
6  define "miniscule."
7       A.    Well, the distribution is the
8  point estimate of 1.48 is the central
9  tendency.  So that's where you would expect
10 it to be.
11      Q.    Right.
12      A.    The further you get away from
13 that, the less is the likelihood that those
14 numbers represent what the point estimate is;
15 that the point estimate is the central
16 tendency.
17      Q.    Right.
18      And it very well could be
19 there's a -- there's a small possibility that
20 it's 2.39, but there's an equally small
21 possibility that it's 0.92, correct?
22      A.    Within the variation, those are
23 possibilities.
24      Q.    Okay.  And if we look over to
25 the next column, for autism, and unchanged

1 acetaminophen in the second tertile, we see
2 something similar, right?  1.32, but not
3 statistically significant, correct?
4     A.    I see 1.33 for the adjusted
5 odds ratio.
6     Q.    Oh, I have a pen mark over
7 mine.  So thank you.
8         So then if we go down to -- and
9 then there's -- Dr. Cabrera, there's other
10 measures for the metabolites, right?
11     A.    Yes, there are.
12     Q.    And there's data reported for
13 each of those, right?
14     A.    Yes, there are.
15     Q.    So, for example, under
16 glucuronide, one of the metabolites, if there
17 was -- if it was detected -- and it was only
18 detected in 192 of them, right?
19     A.    Yes.  Any detection, 192.
20     Q.    They didn't break this down
21 into tertiles because the numbers were too
22 low, right?
23     A.    Well, because there's -- there
24 was a no detection and any detection, and so
25 they broke it down that way.

1     Q.    Because only 192 had any
2 detection.  So they didn't break it up
3 because the numerosity wasn't high enough,
4 right?
5     A.    Oh, in regards to tertiles?
6     Q.    Yeah.
7     A.    I can't say the decision on why
8 they didn't break it into tertiles other than
9 the fact that they had a what's referred to
10 as an unexposed group that was no detection.
11     Q.    Okay.  And if you look across
12 to -- they also measured ADHD and ASD
13 together in the same patient, right?
14     A.    They did group them.
15     Q.    So in the third column for
16 that, when there's some detection of this
17 metabolite, it was, again, 1.55 from .053 to
18 4.15, not statistically significant, right?
19     A.    So to be fair, the adjusted
20 odds ratio for ADHD was significant with an
21 increased risk of 2.25.
22         And the adjusted odds ratio for
23 ASD was also significant for 2.29, but ADHD
24 and ASD, the adjusted odds ratio was 1.55,
25 and it did cross 1.  Also an increased risk,

1 but it was -- it could be considered not
2 statistically significant.
3     Q.    Right.
4         And, Dr. Cabrera, just to make
5 this easier, the plaintiffs' counsel is going
6 to have an opportunity to ask you questions
7 after I'm done, so you're going to get to
8 talk about all the things that you think
9 support your opinion, if I forget to ask you
10 about them or choose not to.
11         Okay?
12         If you go down to cord
13 acetaminophen burden, you understand that to
14 be a measure of the unchanged acetaminophen,
15 the glucuronide and the acetyl cysteine
16 metabolite as well, right?  The three that
17 they measured?
18     A.    The N-acetyl cysteine
19 metabolite?
20     Q.    Yeah.
21     A.    Okay.  I'm looking at that.  Do
22 you have a question about it?
23     Q.    So -- sorry.  We're down in the
24 last section of rows where it says "cord
25 acetaminophen burden"?

1     A.    Okay.  Yeah.  So you're --
2 okay.  We're skipping over N-acetyl cysteine?
3     Q.    Yeah.  Yeah, my -- I mean, we
4 can -- we can do it if you want, or you could
5 do it with your counsel later, but I was just
6 going to ask you about the total
7 acetaminophen burden.
8         And my question for you, and I
9 think we got a little confused there, is the
10 total cord acetaminophen burden is all of --
11 it's the two metabolites they measured plus
12 pure acetaminophen, right?
13     A.    My understanding, they are
14 looking at all of the metabolites of
15 acetaminophen in that regard.  Total burden.
16     Q.    Okay.  And if we look in the
17 second tertile for autism and autism and ADHD
18 together, we have positive point estimates
19 that are not statistically significant,
20 right?
21     A.    In the second tertile?
22     Q.    Yes.  For ASD and ADHD with
23 ASD.
24     A.    Okay.  So just to be clear, the
25 points there for ADHD, there's a significant

1 increased risk for ADHD of 2.26, that's
2 significant statistically; an increased risk
3 or odds ratio of 2.14, that is not
4 statistically significant; and then for ADHD
5 and ASD, the odds ratio is 2.1, and it would
6 be considered not statistically significant.
7     Q.    Okay.  And in the third
8 tertile, if we look over to ADHD and ASD
9 together, the point estimate is positive, but
10 that one is not statistically significant,
11 correct?
12     A.    And, again, for -- to cover all
13 of the data --
14     Q.    Doctor, your counsel --
15     A.    -- the third tertile --
16     Q.    Your counsel's going to --
17     A.    -- in the ADHD is 2.86, and
18 it's statistically significant.  For ASD,
19 it's 3.62, and it's statistically
20 significant.  But for ADHD and ASD, it is
21 also an increase odds ratio, but it was not
22 statistically significant.  But it was an
23 increased odds ratio of 2.44.
24     Q.    Okay.  And, Doctor, when you
25 were looking at this, did you -- were you

1 able to figure out the percentage of the cord
2 acetaminophen burden that was the metabolites
3 versus the unchanged acetaminophen?
4     A.    As far as I know, I didn't see
5 a -- quantitative values for them.
6     Q.    It's not reported, right?
7     A.    I haven't seen that data.
8     Q.    Okay.  So you don't know, for
9 example, for ADHD in the second tertile for
10 unchanged acetaminophen, it wasn't
11 statistically significant, but when
12 considering the total burden, it was,
13 correct?
14     A.    Can you repeat the question,
15 please?
16     Q.    Sure.
17         For ADHD -- for the outcome of
18 ADHD --
19     A.    Okay.
20     Q.    -- looking at the second
21 tertile, for unchanged acetaminophen, there
22 was no statistically significant effect, but
23 for total acetaminophen burden for the second
24 tertile and ADHD, there was, right?
25     A.    That is correct.

1     Q.    Didn't you wonder what changed,
2 which metabolite -- what was the burden of
3 the other two metabolites?
4     A.    Inasmuch as we can see that
5 both of the other metabolites showed an
6 increased risk when they were detected, or an
7 increased odds ratio when they were detected
8 for ADHD, it appears that they were
9 driving -- that is, those longer-lived
10 metabolites are -- were driving that
11 increased risk.
12     Q.    On a very -- on a comparatively
13 small number of patients, right, compared to
14 the unchanged acetaminophen?
15     A.    Well, it's still the total
16 number in the second tertile with the cord
17 acetaminophen burden, but it appears to be
18 enough to move the odds ratio to an increased
19 risk.
20     Q.    Have you -- have you talked
21 to -- do you know Yuelong Ji?
22     A.    I do not.
23     Q.    You've never communicated with
24 Yuelong Ji?
25     A.    I did not.

1     Q.    Okay.  So you didn't ask any
2 questions about this study, I take it?
3     A.    I have not asked -- I have not
4 been in communication with the authors.
5     Q.    Okay.  Did you presume,
6 Dr. Cabrera, that this -- that the
7 acetaminophen present in the cord blood at
8 the time of birth, did you extrapolate that
9 in your causation analysis to the entire
10 pregnancy of this dataset?
11     A.    To be clear, I took it at face
12 value in that it shows a
13 concentration-dependent or referred to as a
14 dose-dependent increase in risk.
15     Q.    Which could be eliminated,
16 corrupted or completely attenuated in the
17 circumstance I described where a woman was
18 taking acetaminophen for the pains of labor,
19 right?
20     A.    Well, you wouldn't expect that
21 to result in an increased risk that was
22 dose-responsive in that regard.
23         Moreover, the fact that there's
24 also increased risks associated with the
25 longer-lived half-lives of the other

Page 250

1 metabolites, including the glucuronide and
2 the N-acetyl cysteine, which is, at least in
3 specific cases, would be indicating that it
4 interacted with glutathione and that it's
5 actually -- you're detecting acetaminophen
6 and glutathione in the newborn's cord blood.
7      Q.   Did Ji say that in the study?
8      A.   I'm familiar enough with the
9 biochemistry to understand that.
10     Q.   You've testified before that
11 weeks 2 to 4 of the human pregnancy are the
12 most sensitive to neurodevelopmental outcomes
13 like autism and ADHD.
14          Do you recall that?
15     A.   Specifically for neural tube
16 defects, those are the sensitive window for
17 neural tube defects.
18     Q.   Okay.  You have no idea for
19 this dataset what acetaminophen, if any, each
20 of the 998 mothers took during weeks 2 to 4
21 of their pregnancy, correct?
22     A.   Can you clarify what
23 acetaminophen, if any?
24     Q.   Well, yes.  I'll rephrase.
25          Dr. Cabrera, for each of the

Page 251

1 998 women whose cord blood were measured in
2 the study, you don't know if they took
3 acetaminophen in weeks 2 to 4 of their
4 pregnancies at all, correct?
5      A.   I have no way of determining
6 whether they took medication during the first
7 trimester of pregnancy.
8      Q.   You don't know if they were
9 exposed to acetaminophen during any of the --
10 of the relevant periods of brain development
11 that even you would testify to, other than
12 this one day before they gave birth, correct?
13     A.   I would say this data is
14 actually most consistent with a third
15 trimester exposure.  I wouldn't be
16 comfortable saying that it included any
17 exposures before that.
18     Q.   You only know that they were
19 exposed one time within six to eight hours
20 before the cord blood was taken, right?
21     A.   In regards to the unchanged
22 acetaminophen, that is the correct
23 assumption.
24          In regards to the metabolites,
25 as I've already indicated, the metabolites

Page 252

1 have a longer half-life, and those wouldn't
2 be on the order of hours.  It would be days.
3      Q.   Right.
4          And if they -- if the exposure
5 was days for the longer half-life, it would
6 be at a very low dose because days before it
7 would be depleting as the half-lives went,
8 right?
9      A.   Not necessarily inasmuch as
10 there's evidence and -- not yet in humans,
11 but in, I believe, the ewe, which is a --
12 lamb studies, that showed that these
13 metabolites may actually be circulating in
14 the uterine environment and swallowed and
15 then recirculated by the -- by the developing
16 fetus.
17          They can actually by and large
18 accumulate there.
19     Q.   That's a -- that's a
20 hypothesis, correct, Dr. Cabrera?
21     A.   That's -- it hasn't been shown
22 in humans, but it has -- it has been shown
23 that those metabolites are found in lambs.
24     Q.   Okay.  Understanding that
25 they've been found in lambs, Dr. Cabrera,

Page 253

1 you're not going to testify in front of this
2 Court that that's a mechanism of action here
3 that you could say with certainty, correct?
4      A.   I can't say that it works just
5 like that in humans.  There's a study on it
6 in lambs.
7      Q.   All right.  If you turn to
8 page 187 of this, we're under Limitations.
9          You see the Ji identified what
10 we're just talking about, that a limitation
11 is that it was only a one-time measurement of
12 acetaminophen, and it at most reflects
13 maternal use -- may at most reflect maternal
14 use of acetaminophen during the peripartum
15 period.
16          You agree with that, right?
17     A.   As I indicated for free
18 acetaminophen, that's -- that is correct.
19     Q.   Okay.  And Ji doesn't say
20 anything else about the metabolites, other
21 than what I just read to you, right?
22     A.   Not that I've read in the
23 study.
24     Q.   Okay.  And one other thing that
25 Ji says is that liver is the primary location

Page 254

1  for metabolite -- metabolism of
2  acetaminophen.
3       And you don't disagree with
4  that, right?
5       A.    The predominant -- the majority
6  of acetaminophen one consumes would be
7  metabolized by the liver, which is why
8  there's increased risk for hepatotoxicity.
9       Q.    Okay.  And one more question on
10 this, and then we can move on.
11      Yeah, we can take a break.
12      Back on page 181, Ji notes in
13 here -- and this is in 2020 he's noting this.
14 The American Academy of Pediatrics grand
15 rounds concluded there's no definitive causal
16 link between acetaminophen exposure and ADHD.
17 That was in 2020.
18      I take it you disagree now with
19 the American Academy of Pediatrics, right?
20      A.    You didn't tell me exactly
21 where you're reading that from.
22      Q.    Oh, I apologize, Dr. Cabrera.
23 I use my finger-pointing right here.
24      A.    Okay.  All right.
25      Q.    My question to you is, you

Page 255

1  disagree with the American Academy of
2  Pediatrics as reported by Dr. Ji here, right?
3       A.    I -- inasmuch as this is part
4  of the introduction, they're saying prior to
5  this study that the American Academy of
6  Pediatrics grand rounds concluded that there
7  was no definitive causal link between
8  acetaminophen exposure and ADHD.
9       MR. MURDICA:  Okay.  We can
10 take a break.  Thank you, Dr. Cabrera.
11      VIDEOGRAPHER:  Off the record,
12 2:21.
13  (Off the record at 2:21 p.m.)
14      VIDEOGRAPHER:  The time is
15 2:41 p.m.  Back on the record,
16 beginning of Media 5.
17 QUESTIONS BY MR. MURDICA:
18      Q.    Welcome back, Dr. Cabrera.
19      Are you ready to proceed?
20      A.    Yes, I am.
21      Q.    Okay.
22      MR. TRACEY:  How about sound?
23 I need the sound on.
24      MR. MURDICA:  Oh, I'm muted.
25 All right.

Page 256

1       MS. KING:  How's that?
2       MR. TRACEY:  Yeah, that's good.
3  It was nothing.  Now it's something.
4       MR. MURDICA:  I tried.  Didn't
5  work.
6  QUESTIONS BY MR. MURDICA:
7       Q.    All right.  Dr. Cabrera, are
8  you ready to proceed?
9       A.    Yes, I am.
10      Q.    Okay.  Earlier this morning
11 when we talked about the various reports
12 you've submitted, two of them were your
13 original report, and then the amended report
14 you submitted a week later.
15      Do you remember those
16 questions?
17      A.    Yes, I do.
18      Q.    Okay.  And your testimony was
19 that you made some typographical changes but
20 nothing substantive, right?
21      A.    That's correct.
22      (Cabrera Exhibits 11 and 12
23 marked for identification.)
24 QUESTIONS BY MR. MURDICA:
25      Q.    Okay.  Marked as Exhibit 11 and

Page 257

1  12 are your original report and your amended
2  report.
3       Do you have those in front of
4  you now, Doctor?
5       A.    Yes, I do.
6       Q.    Okay.  What I'd like you to do
7  is turn to page 135 in the original report,
8  which is the taller stack.
9       A.    Okay.
10      Q.    Okay.  Let me know when you're
11 there.
12      A.    I'm there.
13      Q.    Okay.  You have a section,
14 weight of evidence for the APAP, ASD studies?
15      A.    Yes.
16      Q.    Okay.  And then you have a
17 chart on the next page.
18      A.    Yes.
19      Q.    Do you see that?
20      A.    Yes.
21      Q.    Okay.  Now, I want you to open
22 the amended report to the same section --
23      A.    Okay.
24      Q.    -- which I think is -- you got
25 it?

1    A.    Yes.
2    Q.    Okay.  In the chart on the
3 amended report, is the Saunders study in
4 there?
5    A.    I do not see it.
6    Q.    Is it on the original?
7    A.    I -- yes, it is.
8    Q.    And in the original, it's in
9 the chart, and then if you look at the text
10 following it, turn -- if you turn the page --
11    A.    Oh, yeah.
12    Q.    -- there's a description of
13 Saunders as well, right?
14    A.    Yeah, I think it was a -- it
15 was a typo because there's not a description
16 of Saunders.
17    Q.    Okay.  Dr. Cabrera, Saunders
18 didn't help you, right?
19        Saunders found no correlation
20 between acetaminophen exposure and autism,
21 correct?
22    A.    Well, it's two different
23 questions.  Which one do you want me to
24 answer?
25    Q.    Okay.  How about this?  I'll

1 start over.
2        Saunders found no correlation
3 between acetaminophen exposure in utero and
4 autism, correct?
5    A.    They did not.
6    Q.    Okay.  And you had it in your
7 original report, correct?
8    A.    Yes, it was.
9    Q.    And then it is -- it is not in
10 your current report, correct?
11    A.    That's correct.
12    Q.    Okay.  And you only made
13 typographical changes in your amended report,
14 correct?
15    A.    Yes.  And to clarify, the
16 information that's listed there with Saunders
17 is not the correct Saunders information, so
18 that's why it was removed.  That is, the
19 information that follows Saunders is not
20 Saunders information.
21    Q.    Okay.  What is it?
22    A.    I believe that's actually a
23 spillover from Liew.
24    Q.    Okay.  So Saunders 2019
25 shouldn't have been in there from the start?

1    A.    Yes, exactly.
2    Q.    You weren't cherry-picking data
3 and realized you didn't like it?
4    A.    It wasn't about cherry-picking
5 data.  It was just that the -- when I was
6 formatting the table, that should have been a
7 Liew citation with a hyperkinetic syndrome,
8 and it ended up being a Saunders.
9    Q.    And somehow the word "Saunders"
10 just showed up there?
11    A.    Well, I was reviewing the
12 Saunders work as well, and that's how it
13 ended up in the table.
14    Q.    So it turns out Saunders is not
15 considered in your weight of evidence,
16 correct?
17    A.    It was part of my analysis.
18    Q.    It was?
19    A.    Yes.
20    Q.    But now it's no longer in the
21 section on weight of evidence?
22    A.    Well, no longer in that they
23 didn't have a significant increase in risk in
24 that section.
25    Q.    So because they didn't have a

1 significant increase in risk, it wasn't
2 included in your weight of evidence?
3    A.    It was part of the weight of
4 evidence.
5        In regards to that particular
6 study, it was referencing the wrong study,
7 and so that's the reason why Saunders was
8 removed.
9    Q.    Do you recall any other
10 substantive changes you made in your amended
11 report?
12    A.    That wasn't substantive --
13        MR. TRACEY:  Objection to form.
14        THE WITNESS:  It was the fact
15    that it wasn't referencing the right
16    material too.
17 QUESTIONS BY MR. MURDICA:
18    Q.    Do you recall changing your
19 description of Baker 2020?
20    A.    There -- for the tables,
21 there were other editorial typos in the
22 tables that I had to correct as well.
23    Q.    Okay.  But it included
24 substance, right?
25    A.    Well, you know, inasmuch as the

Page 262

¹ name was referencing the wrong study or the
² study didn't match the reference, those had
³ to be corrected.  There were, you know,
⁴ editorial changes because it -- basically I
⁵ typed the wrong name there.
⁶     Q.    And now I'm asking you about
⁷ something different now, Dr. Cabrera.  You
⁸ also made changes, additions, substantive
⁹ additions, in your description of the
¹⁰ meconium study, right?
¹¹     A.    I mean, if we want to look at
¹² those particularly, we can discuss them.
¹³     Q.    I'm asking if you remember.
¹⁴         Do you remember that?
¹⁵     A.    I did make some other changes
¹⁶ in regards to similar problems with the
¹⁷ tables that I had to correct.
¹⁸     Q.    Okay.  You don't recall making
¹⁹ any other changes than to two tables?
²⁰     A.    I just said I had to make
²¹ similar changes to tables that --
²²     Q.    Right.  Sorry.  You know what,
²³ that was a poor question.
²⁴         Other than changes to tables,
²⁵ you don't recall making any other substantive

Page 263

¹ changes in your amended report.
²         Is that fair?
³     A.    I didn't make substantive
⁴ changes.  It was -- these were typos on my
⁵ part where I had referenced the wrong study
⁶ with the wrong data.
⁷     Q.    Okay.  You can put those aside
⁸ for now.
⁹         Oh, you know what, while you
¹⁰ have it, turn to page 136 in the original
¹¹ report.  Where's the current report?  This is
¹² the original.  Where's the current?  This is
¹³ the current?
¹⁴         Okay.  If you -- in your
¹⁵ description -- in your original report,
¹⁶ Exhibit 11, on page 138, you have a
¹⁷ description of Baker, right?
¹⁸     A.    Yes.
¹⁹     Q.    Okay.  And then in your amended
²⁰ report, on page 138, you have a description
²¹ of Baker.
²²         Right?
²³     A.    Yes.
²⁴     Q.    Okay.  Now, if you look at the
²⁵ third paragraph from the bottom of your

Page 264

¹ description, right above results, you don't
² have anything -- or sorry.
³         Do you see the limitation
⁴ section?
⁵     A.    On 138?
⁶     Q.    Yeah, in your original report.
⁷     A.    Yes.
⁸     Q.    Okay.  Compare that to your
⁹ amended report.
¹⁰     A.    I did add additional
¹¹ information regarding the meconium.
¹²     Q.    Okay.  So that was -- that was
¹³ not an adjustment to a table, right?  That
¹⁴ was a substantive change, Doctor.
¹⁵     A.    Well, I don't know about
¹⁶ substantive.  It was just to define what the
¹⁷ exposure in meconium represents.
¹⁸     Q.    It would also offer as an
¹⁹ opinion about what meconium can capture,
²⁰ correct?
²¹     A.    Well, it's more or less by
²² definition of what meconium has been reported
²³ to capture, but I didn't include a reference
²⁴ in that regard.  It's just generally
²⁵ understood.

Page 265

¹     Q.    It's not -- was not -- was not
² a typo and was not fixing a table with a
³ typo, correct?
⁴     A.    That is correct.
⁵     Q.    Okay.  All right.  Let's move
⁶ on.
⁷         In study design, one thing that
⁸ can account for something like genetics,
⁹ which here is -- well, you agree that for ASD
¹⁰ and ADHD, genetics is, even you'd agree, the
¹¹ predominant influence on the outcome, right?
¹²     A.    It depends on the case.
¹³     Q.    Okay.  It has 80 to 90 percent
¹⁴ inheritability, right, both ASD and ADHD?
¹⁵     A.    In twinning studies, there have
¹⁶ been some studies that have reported
¹⁷ inheritability as high as 80 or 90 percent.
¹⁸     Q.    Okay.  One way in a study
¹⁹ design to account in a situation like this
²⁰ where you'd expect a large genetic component
²¹ is to have sibling controlling, right?
²²     A.    That is a potential study
²³ design for controlling such things.
²⁴     Q.    And one sibling would have been
²⁵ exposed to an outcome -- sorry, to an

1 exposure. The other would not have. And you
2 see if they end up having the same or
3 different outcomes, right?
4     A.    So based on what's referred to
5 as discordant siblings, you can perform an
6 analysis that way.
7     Q.    Yeah.
8         And you looked at a study that
9 did just that with respect to human beings
10 and ADHD, correct?
11    A.    I did.
12    Q.    And what's it called?
13    A.    It was -- I assume you're
14 referring to the Gustavson study.
15    Q.    I am.
16        MR. MURDICA:  We'll take --
17 we'll mark it as Exhibit 13.
18        MR. TRACEY:  What exhibit
19 number?
20        MR. MURDICA:  13.
21        (Cabrera Exhibit 13 marked for
22 identification.)
23 QUESTIONS BY MR. MURDICA:
24    Q.    Now, Dr. Cabrera, this dataset,
25 the same dataset had previously been examined

1 by the same authors and found an association
2 between ADHD and acetaminophen exposure in
3 the Norwegian health care database, right?
4     A.    Yes, they have.
5     Q.    And this Gustavson study
6 incorporated a sibling control design like we
7 just discussed, right?
8     A.    This study did, as did the
9 previous study.
10    Q.    And when -- and the previous
11 study, you're referring to Ystrom, right?
12    A.    Yes.
13    Q.    Okay.  And in Gustavson, when
14 the sibling control was looked at, the effect
15 of acetaminophen in correlation with the
16 outcome of ADHD was completely attenuated or
17 went away in layman's terms, right?
18    A.    So to be clear, under the --
19 long-term exposure was associated with a
20 twofold increased risk of ADHD diagnosis, and
21 the adjusted hazard ratio is 2.02,
22 statistically significant.
23        In the sibling control model,
24 the association between long-term
25 acetaminophen use and ADHD in the child was

1 an adjusted hazard ratio of 2.77, was
2 statistically significant.
3         At the between family level,
4 the -- and adjusted hazard ratio of 1.06,
5 which was not statistically significant, the
6 confidence interval was 0.51 to 2.05 at the
7 within family level.
8     Q.    Right.
9         And you agree that a sibling --
10 a sibling -- a controlled study is better
11 than an uncontrolled study, right?
12    A.    I generally teach the
13 controls -- having controls is important for
14 studies.
15    Q.    And sibling control in
16 pregnancy outcomes is one manner of control,
17 right?
18    A.    That is an approach to doing
19 these studies.
20    Q.    Okay.  And that result, even to
21 the authors here, was surprising, right?
22        MR. TRACEY:  Object to form.
23        THE WITNESS:  What do you mean
24 by that result?
25

1 QUESTIONS BY MR. MURDICA:
2     Q.    Did the -- when sibling control
3 was applied, even though in Ystrom, it didn't
4 attenuate the effect.  In Gustavson the
5 same database on the same data with it just
6 more updated, it did, right?
7         Would you like me to --
8     A.    My reading of this is they
9 indicate that these results must be
10 interpreted with caution and need to be
11 replicated in other studies.
12    Q.    And while we're on that topic,
13 replication is one of the most important
14 things you can have when trying to determine
15 a causation of an effect to an exposure,
16 correct?
17    A.    Just to clarify, replication
18 is important, yes.
19    Q.    Okay.  Isn't that one of the
20 things you most try to do in order to prove
21 an effect?
22    A.    Generally in science you expect
23 results to be repeatable.
24    Q.    Right.
25        Okay.  And so if you look at

1 Table 2 on page 7 of 10 of Exhibit 13, you
2 would see that when you look at acetaminophen
3 use of 29 days or more and its correlation
4 with ADHD, it was 2.02, and it was
5 significant, right?  That would be the fourth
6 column over.
7        Model 2 -- you can look at
8 model 1 unadjusted or model 2 adjusted.  Both
9 found a positive correlation or an
10 association that was significant, right?
11    A.    They're both reporting a
12 significant increase --
13    Q.    Right.
14    A.    -- in the hazard ratio.
15    Q.    And then if you look at the --
16 when sibling control was applied in the next
17 column over, regardless of the number of days
18 acetaminophen was used during pregnancy,
19 the -- there's no effect, and it's not
20 significant, right?
21    A.    When they controlled for family
22 effect, the hazard ratio was 1.06 and was not
23 significant.
24    Q.    And if you look at the two rows
25 above that, for lower durations of use of

1 acetaminophen in the pregnancy, it's the
2 same, right?  There's not a positive effect,
3 and it's not significant, right?
4    A.    That is correct.
5    Q.    Okay.  And that, to a
6 geneticist or somebody who speaks about
7 genetics like yourself, when you have a
8 complete attenuation of a large -- a
9 statistically significant effect by applying
10 sibling control, that speaks to this being a
11 genetic -- a genetic cause, does it not?
12    A.    It does not specifically speak
13 to that.  And there's multiple reasons for
14 that.
15        To begin with, when adjusting
16 for these sibling control, you're only
17 adjusting for those factors that are shared.
18 You're not adjusting for those factors that
19 may be unshared, and it's one of the
20 weaknesses with these studies.
21    Q.    Okay.
22    A.    So unshared environmental
23 factors between the two individuals that are
24 discordant is a problem because you're
25 missing them.

1    Q.    Well, we know of siblings,
2 right -- if you look at a pair of siblings,
3 or a dyad or triad or whatever you want to
4 call it, we know in this study what was
5 looked at was one that was -- the same
6 mother, right?  This was not an adoption
7 study?
8    A.    (Witness nods head.)
9    Q.    They both had the same mother,
10 correct?
11        You've got to say it for the
12 transcript.
13    A.    Yes.  My understanding is
14 they both have the same mother at least.
15    Q.    One was exposed to
16 acetaminophen during the pregnancy, and one
17 was not, correct?
18    A.    So to be clear, that's based on
19 the reporting.  Even that is a problem with
20 the sib-pair design in that it's more likely
21 that the exposure would be both, but they're
22 reported as discordant.  And that's potential
23 grounds for error as well in these studies.
24    Q.    Every study that you rely on in
25 your analysis, Dr. Cabrera, relies on

1 reported acetaminophen usage, does it not?
2    A.    That is correct, and that
3 generally biases towards the null.  And so
4 the criticism there is actually that that
5 would bias the study toward the null.  In all
6 of those studies as well.
7    Q.    According to Dr. Cabrera.
8    A.    According to statistics and
9 epidemiology.
10    Q.    Everybody who reported
11 acetaminophen usage in the studies was doing
12 so based on memory, correct?
13    A.    I mean, could have been an app
14 on their phone.  I don't know exactly what
15 their recollection was based upon.  A lot of
16 them are referred to as recall.  So however
17 manner of recall that they used to recall
18 what they had taken previously.
19    Q.    And like this study, they
20 generally lump the days together into the
21 number of days' use without regard for
22 whether it was at day 47 or day 90 of
23 pregnancy, right, or later?
24    A.    As far as the exposures go,
25 they lump, you know, 1 through 7 days and 8

1 through 28 days together and then more than
2 29 days together.
3      Q.    And you, Dr. Cabrera, as a
4 teratologist, would be much more interested
5 in data that actually identified the days and
6 the lengths of exposure for each particular
7 day in pregnancy, correct?
8      A.    The -- I would like -- I would
9 like data that showed the particular time
10 during pregnancy and what's also referred to
11 as dose and duration as well.  And so --
12      Q.    It would be much more -- oh,
13 sorry, go ahead.
14      A.    And so this is showing duration
15 but not necessarily the dose during that
16 duration.
17      Q.    And most -- if we looked at
18 every study in your report that evaluated
19 human data, most of them -- not all of them,
20 but most of them did just this, right?
21      A.    That is to say other studies
22 also reported dose based on duration.
23      Q.    Right.
24            And it would be much more
25 illuminating for you as a teratologist to see

1 exactly what the pregnancy was exposed to at
2 the exact morphological time of the embryo,
3 correct?
4      A.    I would say it would be more
5 informative to have both dose and duration,
6 but duration is -- can also be considered a
7 dose in that it's a longer period of
8 exposure.
9      Q.    Right.
10            But seven days, Dr. Cabrera, if
11 it was, you know, pregnancy day 3 to 4 and
12 then not again for four months for one day
13 and not again for three months for one day,
14 that's not really meaningful to you as a
15 teratologist, right?
16      A.    When the seven -- or one to
17 seven-day exposure occurs would also be
18 informative.
19      Q.    Right.
20            Okay.  So back to the sibling
21 control.  You are criticizing the sibling
22 control design, but it's better than no
23 control, right?
24      A.    Well, if you're overcorrecting
25 and you're biasing towards the null, that's a

1 potential problem as well, and inasmuch as in
2 their unadjusted model and their adjusted
3 model, there's increased risk -- there's
4 cause for concern that they may be
5 overadjusting, as I already mentioned, in
6 regards to unshared environment variables.
7      Q.    Unless Dr. Chung is right and
8 this is a genetic disease, right,
9 Dr. Cabrera?
10      A.    There's no data to show that
11 this is strictly a genetically caused
12 disease.
13      Q.    Okay.  Did you rely on any
14 other sibling-controlled studies?
15      A.    I did review the previous
16 Gustavson study, the group that preceded this
17 one.
18      Q.    Yeah.  It was Brandlistuen.  I
19 said it wrong before.  Brandlistuen, not --
20      A.    Yes.  And I also reviewed
21 Brandlistuen as well.
22      Q.    Okay.  And this could not -- on
23 the same dataset, this didn't replicate
24 Brandlistuen on sibling control, right?
25      A.    Well, to be clear, Brandlistuen

1 actually looked at different endpoints.  And
2 so there were some overlapping endpoints, but
3 they also looked at different endpoints.
4      Q.    Okay.  And Gustavson explains
5 why the outcome was different this time,
6 right?
7      A.    They do have some -- they
8 propose some reasons why they may have been
9 different, and one of them was also loss of
10 power because it's based on the discordant
11 siblings that have the particular outcomes.
12      Q.    And the passage of time and the
13 improvement of monitoring and things like
14 that, right?
15      A.    Potentially.
16      Q.    Okay.  Even though you
17 criticize sibling control, regulatory
18 authorities recognize it as a -- something
19 that is positive for trying to find a real
20 association versus a non-real association,
21 correct?
22      A.    I don't agree with that.
23 Typically, it's actually the adoption studies
24 that carry the most weight in regards to
25 separating gene environment interactions, not

1 sibling-based designs.
2       Q.    Yeah, I didn't say which were
3 the best.  I said, you are aware that
4 regulatory bodies recognize sibling-control
5 as superior to not using sibling-controlled,
6 correct?
7       A.    I'm not aware of that.
8       Q.    Okay.  And did you find any
9 adoptive studies that evaluated acetaminophen
10 exposure?
11      A.    I did not.
12      Q.    Did you read Dr. Chung's
13 report?
14      A.    I have.
15      Q.    Okay.  Did you see her citation
16 to an adoption study?
17      A.    I -- if I did, I hadn't --
18 didn't notice she had a reference to an
19 adoption study.
20      Q.    Okay.  In your work, Doctor, on
21 SSRIs for the plaintiff's Bar, did you
22 encounter what the European regulatory
23 authorities said about the association or
24 lack thereof between SSRIs and autism?
25      A.    I'm not familiar with the

1 European statement on that regard.
2       Q.    Okay.  Did you ever render an
3 opinion that SSRIs cause autism?
4       A.    I have not.
5       Q.    Did you ever render an
6 opinion that SSRIs cause ADHD?
7       A.    I have not.
8             (Cabrera Exhibit 14 marked for
9             identification.)
10 QUESTIONS BY MR. MURDICA:
11      Q.    Doctor, I've marked as
12 Exhibit 14 a PRAC document.  You may not be
13 familiar with what PRAC is, but it's a risk
14 assessment committee from the European
15 Regulatory Authority.
16            And do you have that in front
17 of you?
18      A.    Yes, I do.
19      Q.    And I only marked it because
20 they were looking -- and I know you've opined
21 on SSRIs before.  They were looking at
22 whether SSRIs can cause autism, and they
23 determined that it -- the evidence does not.
24            But in the context of a drug
25 exposure and autism, they suggest on page --

1 it's 27 of the document on the bottom.  It
2 says 27 of 140.  They agreed that sibling
3 study design to be the most appropriate to
4 examine such risks in relation to exposure
5 during pregnancy.
6             And I take it you dis -- you've
7 just testified you disagree with that, right?
8       A.    As I indicated, there is risk
9 for biasing towards a null with those study
10 designs.
11      Q.    Okay.  You don't have better
12 data that's better controlled than what we
13 just looked at in Gustavson, correct?
14      A.    Is this a quality assessment?
15 I don't have other sib-paired data in that
16 regard.  I think as far as dose effects, we
17 can look at Baker and Ji, and they provide
18 very strong data in regards to those types of
19 interactions.
20      Q.    Right.
21            But just in a human study like
22 Gustavson, you don't have better control than
23 the sibling control present in Gustavson,
24 right?
25            If you do, point me to it.

1       A.    Well, I think the unmatched
2 control in Gustavson itself speaks for itself
3 in regards to that it demonstrates that
4 there's an increased risk.  The application
5 of the sib-pair, or particularly the
6 in-family design, as I've already indicated,
7 can bias towards the null, and that's a --
8 that's a cause for concern.
9       Q.    And your testimony here is that
10 you believe it did bias towards the null, so
11 you do not accept it in your analysis,
12 correct?
13      A.    Oh, I accept it, but I accept
14 it with the understanding that that's one of
15 the risks of doing the sib-pairing design.
16      Q.    Okay.  That it is your
17 belief -- Dr. Cabrera believes that a
18 sib-pair design has a risk that it biases
19 towards the null, right?
20      A.    That's correct.
21      Q.    And did Dr. Cabrera do any
22 analysis whether that, in fact, happened in
23 Gustavson?
24      A.    Simply I went over their data
25 analysis and noticed the design that they've

Page 282

1  undertaken and what happened when they
2  applied the model.  And so that is a concern
3  with sib-pair design that's understood,
4  generally, as in reference to my report as
5  well.
6      Q.    All right.  Did you call on
7  that group at all?  Did you contact them in
8  any way?
9      A.    I have not.
10      Q.    Okay.  Did you let them know
11  your feelings that what it reflects instead
12  is bias?
13      A.    I wasn't opining about my
14  feelings.
15      Q.    Okay.  Well, I mean, if you're
16  genuinely concerned about what you think is
17  causation, wouldn't you go try to tell
18  people, talk to the -- talk to the scientists
19  who found the opposite?
20      A.    If I thought they had an error
21  in the study, then I may reach out to them,
22  if not the editor; more likely the authors
23  first.  But it's not that it's an error, I
24  think it's even understood by the people
25  conducting the study that that is a risk.

Page 283

1      Q.    Okay.  You have no specific
2  facts based on Gustavson to challenge the
3  sibling control.  You just have concerns
4  generally about the methodology and bias,
5  right?
6      A.    No.  Gustavson, I think,
7  identifies that that's a potential risk in
8  the study itself, and I'm happy to find that
9  for you.
10      Q.    Potential risk, right?
11      A.    Potential risk, yes.
12      Q.    Okay.  So how did you -- how
13  did that factor into your analysis, something
14  that powerful?  Did you write it off?
15      A.    I wrote up the Gustavson study.
16  It's in my report.
17      Q.    You wrote it up, or you wrote
18  it off?
19      A.    No, I wrote the study up in my
20  report.
21      Q.    Okay.  Okay.  But then you
22  discredited the findings.
23      A.    I didn't discredit them.  I
24  weighed them based on my understanding of
25  that study design and potential limitations

Page 284

1  of it.
2      Q.    And you came to the opposite
3  conclusion of what Gustavson came to in your
4  final analysis, correct?
5      A.    My --
6          MR. TRACEY:  Object to the
7  form.
8          Robert, read him the conclusion
9  of the authors so we can disaviews
10  {sic} everybody of what they actually
11  said instead of Murdica's version.
12          MR. MURDICA:  Hey, Sean, if you
13  want to testify, I'll put you under
14  oath.  But you can't tell the witness
15  where to go and what to do in the
16  middle of an examination whether
17  you're here or not.  I'm sorry, but
18  you can't.
19          MR. TRACEY:  Okay.  Then I'll
20  object to the form.  You're
21  misrepresenting what the authors said.
22  And the easiest way to do this is to
23  look at what they said.
24          MR. MURDICA:  Okay.  Thank you,
25  Sean.  I appreciate the advice.  Send

Page 285

1  me a bill.
2  QUESTIONS BY MR. MURDICA:
3      Q.    All right.  Dr. Cabrera, where
4  publicly have you ever espoused your view
5  that sibling-control design is not a good way
6  to control a study because of the risk of
7  bias?
8      A.    I haven't performed a sib-pair
9  design myself, and so that's not something I
10  needed to voice publicly.  But there's
11  literature in that, both in the reference
12  literature and in the published literature,
13  about limitations, and I reference that in
14  my report as well.
15      Q.    Okay.
16      A.    My supplemental report.
17      Q.    You, Dr. Cabrera, haven't
18  published any such thing, correct?
19      A.    Not specifically in that
20  regard, I have not published on that.
21      Q.    All right.  Let's talk a little
22  bit about dose.
23          You, Dr. Cabrera, used FDA
24  guidance to calculate an animal equivalent of
25  a human equivalent dose, correct?

Page 286

1    A.    I calculated an animal
2  equivalent dose.
3    Q.    Right.
4    A.    And I also calculated a human
5  equivalent dose.
6    Q.    Right.
7          And I saw in your rebuttal
8  report that you acknowledged, I believe --
9  well, let me ask you this.
10         Do you acknowledge that the
11 guidance that you cited was for calculating
12 an initial safe dose for a first-in-human
13 trial --
14   A.    That --
15   Q.    -- where there's only animal
16 evidence available?
17   A.    That is one application of that
18 calculation.
19   Q.    Well, it's the very title of
20 the document.  That's what it says it's for,
21 right?
22   A.    As I indicated, it is the title
23 of the document.
24   Q.    Okay.  And you, Dr. Cabrera,
25 then took, even though there's human data,

Page 287

1  you reverse-engineered it back to mouse dose
2  to determine what a safe dose was, right?
3    A.    There's no reverse-engineering.
4  It's simply math.  You can multiply or you
5  can divide, and you can then use the scaling
6  between animals and humans to determine
7  whether it's a human equivalent dose or an
8  animal-equivalent dose.
9    Q.    Right.
10         But in this instance,
11 acetaminophen has been -- we're not doing
12 first-in-human trials, right?
13   A.    It was not a first-in-human
14 trial.
15   Q.    We know what a safe human dose
16 is, right?
17   A.    That's open for debate.
18   Q.    Okay.  Well, for 60-plus years,
19 our regulatory authorities have told us what
20 a safe human dose is, right?
21   A.    And they apparently got that
22 wrong, but that's the reason why it's the
23 most frequently caused cases of acute liver
24 failure.
25   Q.    Because the dose is wrong and

Page 288

1  not because it's abused or taken with
2  something else?
3    A.    Because even at clinically
4  recommended dosages, there's been reports of
5  increase in liver enzymes consistent with
6  liver damage.
7    Q.    Dr. Cabrera, regardless of what
8  you think of the approved dose -- and I agree
9  every regulator in the world disagrees with
10 you, and you're entitled to your opinions,
11 but I'm entitled to ask about them.
12         There is an approved, safe
13 human dose, correct?
14   A.    There is a recommended dose.
15   Q.    Okay.  And the guidance that
16 you're using is for when there's not a
17 recommended human dose, correct?
18   A.    The title of that document is
19 in regards to selecting a dose using
20 allometric scaling between an animal and a
21 human.
22   Q.    Okay.  So when you already know
23 the human dose, why not -- why are you still
24 using the model for calculating a safe dose
25 for a first-in-human trial?

Page 289

1    A.    Because allometric scaling
2  still applies.
3    Q.    Okay.  Is this -- is this FDA
4  guidance?  Have you used it ever outside the
5  context of litigation?
6    A.    I mean -- just using as an
7  example, this is -- actually, it's not even
8  open for debate.  If you look at the label in
9  the Ofirmev, which I've also referenced, and
10 I think we would all agree that at this time,
11 they understood what a recommended dose was.
12 They used the example here in mice of 357 mgs
13 per kg per day, 715 mgs per kgs per day, and
14 1,430 mgs per kgs per day.
15         And then they report that as,
16 "These doses are approximately 0.43, 0.87 and
17 1.7 times the maximum human daily dose
18 respectively based on a body surface area
19 comparison."
20         That is allometric scaling.
21   Q.    Okay.  Did I ask you about
22 that, whatever you're reading?
23   A.    That's exactly what you just
24 asked me about.
25   Q.    Okay.  Can I have that folder?

Confidential - Subject to Protective Order

Page 290

1      What else do you have over
2  there?
3      A.   I've already showed you.  This
4  is my documents that I've already referenced
5  in my report.
6      Q.   Okay.
7      A.   I gave you the ones that you
8  don't have.  And you have that label.
9      Q.   Okay.  So this is -- you're
10  referencing a label for acetaminophen that
11  doesn't get processed by the liver?
12      A.   It's a IV acetaminophen.
13      Q.   Right.
14      A.   And part of the utility in that
15  calculation would also include an injection
16  volume, if you wanted to do the calculation
17  that way.
18      Q.   Doctor, you can use whatever
19  tortured method you want.  I just got to get
20  a record on it.
21          So you just showed me an IV
22  application, right?
23      A.   So to be clear, the dosing
24  there is an oral dose that's using allometric
25  scaling.

Page 291

1          The label is for an IV drug.
2  The maximum recommended human dose is based
3  on oral exposure, and the data that they're
4  studying is at animal oral exposure --
5      Q.   I --
6      A.   -- based on a NTP guideline
7  study.
8      Q.   I agree it's based on oral
9  exposure.
10          IV medication does not first
11  get processed through the small intestine and
12  absorbed into the liver -- absorbed through
13  the small intestine and processed first in
14  the liver, correct?
15      A.   Yes, that is correct.
16      Q.   Okay.
17      A.   That had nothing to do with
18  allometric scaling.
19      Q.   Have -- do you know of -- my
20  original question was whether, outside of the
21  context of litigation, you've used this FDA
22  guidance to calculate either a human dose or
23  an animal dose.  And I don't think -- I don't
24  think you answered that.
25          What's your answer?

Page 292

1      A.   Yes.  That is -- this is the
2  standard.  As it was written into that label,
3  that is what is used.
4      Q.   Okay.  When have you used this
5  guidance that we're talking about to
6  calculate a first-in-human dose?
7      A.   Well, not a first-in-human
8  dose.  I use the table for allometric
9  scaling.  It's literally posted on my wall at
10  work, and we use it to adjust doses.  It's
11  based on human exposures to convert them to
12  animal dosages.
13      Q.   Okay.  And you don't look at
14  the recommended -- what do you look at, the
15  recommended human dose --
16      A.   Yes.
17      Q.   -- of an approved drug?
18      A.   Yes.
19      Q.   Okay.  You've never used it in
20  the way that the guidance is spelled out; in
21  other words, for first-in-human?
22      A.   We use the allometric scaling
23  table, which is consistent with the way it's
24  used in the literature, which is consistent
25  with the way it's used in other labels, if

Page 293

1  you go and you look through the literature.
2          Even for the acetaminophen
3  label, they're using allometric scaling to
4  determine the maximum human daily dose and
5  then convert that to an animal equivalent
6  dose.
7      Q.   And you saw that all of our --
8  all of the defense experts criticized your --
9  the way you calculated the animal dose and
10  said that you're essentially giving them
11  toxic doses, right?  You just disagree?
12      A.   Well, they suggested that
13  applying a safety factor would be required
14  for just the allometric scaling, and you
15  don't need an allometric scaling.
16          The whole idea to find a
17  safe-in-human dose would be if you've already
18  tested in animals and you know the NOAEL,
19  then you could then calculate a human dose,
20  apply tenfold less.  That's your tenfold
21  safety factor, and then apply that for
22  first-in-human studies.
23          That's how that safety factor
24  applies.  That's not specific to the
25  allometric scaling, which is based on mixed

1 per meter square metabolism differences
2 between humans and animals.
3     Q.    Right.
4         So you skipped the safety
5 factor part, right?
6     A.    You don't -- you don't -- the
7 safety factor part is part of first-in-human
8 dosing.  The allometric scaling is not only
9 used there, but it's also used in EPA
10 guidance in regards to power calculations for
11 converting for animal to human dosage.
12         It's used throughout the
13 literature.  It's used throughout labels.  If
14 you pull out any label, you'll see the type
15 of calculation that I did.
16     Q.    Okay.  So you just disagree
17 with the defense experts' criticism of the
18 way you calculated that?
19     A.    I think they're
20 misinterpreting.
21     Q.    Okay.  Well, you just mentioned
22 EPA.  So let's look at EPA guidance -- or not
23 EPA guidance.
24         AOP 20, which we were talking
25 about before, which your counsel now has a

1 copy of, is marked as -- I believe it's
2 marked as Exhibit 1.
3         If you turn to --
4 unfortunately, Doctor, these pages are not
5 numbered the way they appear.
6         So -- well, I have it, but I --
7 if you're able to turn to Appendix 1.  It's a
8 little after that.  It's maybe 20 --
9     A.    There's pages at the top.
10    Q.    Okay.
11    A.    Maybe yours is stapled.  Under
12 your staple.  Under your binder.
13    Q.    Oh, they're on that side.
14 26, Doctor.  Okay.  You see it
15 says Appendix 1, and it talks about the MIE
16 and KE and AO, right?
17    A.    Yes.
18    Q.    Okay.  The MIEs are listed
19 first, right?
20    A.    Yes, they are.
21    Q.    And that is the binding of
22 essentially glutathione, right?
23    A.    Well, this is sulfhydryl
24 groups, so it doesn't necessarily mean
25 glutathione per se, but it's sulfhydryl

1 groups including sulfhydryl groups of
2 proteins involved in the protection against
3 oxidative stress.
4     Q.    Right.
5         And so it goes from the MIE to
6 the key event to the adverse outcome, right?
7 That's how you get an adverse outcome
8 pathway, fair?
9     A.    Well, each one of the key
10 events is indicated by biological
11 organization, and -- but, yeah, you would --
12 you would generally follow the key events
13 towards an adverse outcome.
14    Q.    Right.
15         And the MIE is what you start
16 with, right?
17    A.    In this example, they're
18 described here as molecular-initiating
19 events.
20    Q.    All right.  And then
21 molecular-initiating event here is the
22 binding of the thiols by methylmercury
23 chloride, mercury chloride and acrylamide,
24 right?
25    A.    Those are three -- three

1 examples of stressors that can initiate these
2 events.
3     Q.    Right.
4         And it doesn't say
5 acetaminophen is one of the MIEs here to
6 initiate the event with the -- with binding
7 of thiol, right?
8     A.    It's listed as a stressor later
9 in this study.
10    Q.    Not for this MIE, correct?
11    A.    It's not -- it's not under this
12 MIE.
13    Q.    Okay.  So if you -- if you now
14 turn to the page with the top 42.  Now, this
15 is -- this is the next step in the cascade.
16 This is the key event, right?
17    A.    It's oxidative stress.  So it's
18 a key event in this pathway.
19    Q.    Right.
20         First you have the MIE, right?
21 So the thiols were bound.  Now, you have the
22 key event of oxidative stress, right?
23    A.    This is a key event that occurs
24 in the pathway.
25    Q.    Okay.  Did I say anything wrong

Confidential - Subject to Protective Order

Page 298

¹ in my question?
²      A.    I'm just clarifying.
³      Q.    Okay.  And there's three
⁴ stressors listed here.  One is acetaminophen,
⁵ one is chloroform, and one is furan, right?
⁶      A.    That's correct.
⁷      Q.    Okay.  And do you know how
⁸ chloroform works?
⁹      A.    In what capacity?
¹⁰     Q.    As a stressor.
¹¹     A.    I haven't looked into it
¹² specifically.
¹³     Q.    Okay.  Did you look at the
¹⁴ references underlying this key event in the
¹⁵ AOP?
¹⁶     A.    Yes, I did.
¹⁷     Q.    Okay.  And do you remember what
¹⁸ it showed?
¹⁹     A.    I'd have to look at them
²⁰ specifically.
²¹          (Cabrera Exhibit 15 marked for
²²     identification.)
²³ QUESTIONS BY MR. MURDICA:
²⁴     Q.    Let's take a look.  This is
²⁵ Exhibit 15.

Page 299

¹      Doctor, you now have in front
² of you Exhibit 15.  This, I'll represent to
³ you, and I can show you if you need to, is
⁴ one of the references for this section of the
⁵ AOP.
⁶      And it's what's specifically
⁷ referenced for acetaminophen, chloroform and
⁸ furan as stressors, and you can see it's
⁹ listed in the references.
¹⁰     Have you seen this before?
¹¹     A.    I believe I did see this
¹² reference when I was going through the AOP.
¹³     Q.    Okay.  And do you consider
¹⁴ ethanol an oxidative stressor?
¹⁵     A.    It can produce oxidative
¹⁶ stress.
¹⁷     Q.    Okay.  And when I asked you
¹⁸ before about carbon tetrachloride as an
¹⁹ oxidative stressor, do you remember your
²⁰ answer?
²¹     A.    You had asked me if it was in
²² the pathway.  I told you I wasn't sure I had
²³ seen that in the pathway previously.
²⁴     Q.    I think you said yes, but
²⁵ regardless, it's not -- it's not listed here,

Page 300

¹ right, in -- on page 42 of the pathway?
²      A.    It is not.
³      Q.    But chloroform is?
⁴      A.    That's correct.
⁵      Q.    And in your report, you have
⁶ lots of drawings of molecules,
⁷ representations of them.
⁸          Do you know the difference
⁹ between chloroform and carbon tetrachloride?
¹⁰     A.    Not off the top of my head.
¹¹     Q.    Do you know what chloroform
¹² looks like molecularly?
¹³     A.    I couldn't draw it for you
¹⁴ right now if you asked.
¹⁵     Q.    Okay.  Do you have a chemistry
¹⁶ degree?
¹⁷     A.    I have a background in
¹⁸ chemistry.
¹⁹     Q.    Okay.  The things in your
²⁰ report that are drawings of molecules, did
²¹ you copy those from somewhere?
²²     A.    If I referenced them, then
²³ there would be reference for those studies.
²⁴     Q.    If the pictorial representation
²⁵ is in the report, you didn't draw those,

Page 301

¹ right?
²      A.    It's likely I'm referencing in
³ the studies.
⁴      Q.    Okay.  So if I asked you to
⁵ draw a carbon tetrachloride right now, you
⁶ couldn't?
⁷      A.    Carbon tetrachloride I could
⁸ draw.
⁹      Q.    Okay.
¹⁰     A.    That's a simple compound.
¹¹     Q.    Okay.  But chloroform you
¹² couldn't?
¹³     A.    I might not get it right.  If
¹⁴ this is a -- I don't study chloroforms, so --
¹⁵     Q.    Okay.
¹⁶     A.    -- how different it is from
¹⁷ carbon tetrachloride, I'm not sure.
¹⁸     Q.    It's very similar.
¹⁹     A.    Okay.
²⁰     Q.    It's only one small difference.
²¹     A.    And that, I'm not sure about.
²²     Q.    Okay.  One of the -- one of the
²³ chlorines are replaced with hydrogen.
²⁴     A.    Okay.  I could draw that.
²⁵     Q.    Yep.  Okay.

Page 302

1    So in any event, going back to
2 Exhibit 15, if you turn to the second page
3 which has 64 on the top -- sorry, we're back
4 on this. Sorry.
5    A.    Oh, we're going back.
6    Q.    Did I give you the wrong one?
7 It's Jackson. I believe it's 15.
8    A.    What -- which reference are we?
9    Q.    Jackson.
10    A.    What number?
11    Q.    15, I believe.
12    A.    15. Okay.
13    Q.    Flip the page.
14    A.    Yes.
15    Q.    It's the second page.
16       I'm going to represent to you
17 that this is -- the only mention of
18 acetaminophen in any of the references is
19 right here for why it's included as a
20 stressor.
21       Do you see in that paragraph it
22 says low-molecular-weight ligands including
23 ethanol, acetaminophen, carbon tetrachloride,
24 chloroform, furan, increase CYP2E's --
25 CYP2E1's half-life from 7 to 32 hours?

Page 303

1    A.    I do see that statement, but it
2 also specifically mentions acetaminophen,
3 particularly in Figure 2, in regards to
4 interactions.
5    Q.    All right. Well, I apologize
6 if I missed that.
7       Figure 2?
8    A.    Yes.
9       It's listed as APAP multiple
10 times.
11    Q.    Okay. You're looking at the
12 first and third line?
13    A.    Multiple times. It's listed
14 both under the CYP2E1 ligands based on
15 clustering analysis, if we're looking at risk
16 of cancer generation and inflammation.
17    Q.    Right.
18       And this is listing the
19 lengthening of the half-life, right? That's
20 what this figure is about?
21    A.    This looks like it's comparing
22 gene expression that results from these
23 exposures that reflect liver cancer, liver
24 regeneration or CYP2E1 ligand interactions
25 and hepatocarcinogens and

Page 304

1 non-hepatocarcinogens.
2    Q.    All right. It's not about
3 oxidative stress, right? It's about the
4 half-life and the hepatocarcinogenicity?
5    A.    Well, to be clear, CYP2E1 is an
6 oxidation pathway, so it is actually about
7 oxidation, yes.
8    Q.    Right.
9       But nowhere in here does it
10 come to the conclusion that acetaminophen is
11 an oxidative stressor in this article, right?
12    A.    Well, by simply saying it is
13 oxidized by CYP2E1, it becomes an oxidative
14 stressor. It's -- that's -- that pathway is
15 called oxidation.
16    Q.    And you see in this -- in
17 Figure 2 where it's CYP2E1 ligands, it's
18 talking about six-hour half-life, right?
19 That's how it's labeled, 300 milligrams
20 per kilogram, six hours?
21    A.    In that example, there's a
22 12-hour. There's 24-hour, and then there's
23 also a six-hour, and my --
24    Q.    Oh, you're looking above?
25    A.    -- understanding is there's

Page 305

1 clustering -- that's right.
2    Q.    You're looking above. Okay.
3 Okay.
4       So you think on the basis of
5 the presence in that figure is why it's
6 listed as a stressor in this adverse outcome
7 pathway?
8    A.    The fact that it's metabolized
9 by CYP2E1 and then consumes glutathione in
10 the production of NAPQI is why it's listed
11 there as being part of an oxidative stressor.
12 Quite literally, that pathway of CYP2E1, it's
13 an oxidation pathway.
14    Q.    But, Doctor, this doesn't say
15 NAPQI anywhere in this article or in this
16 chart, right? That's your -- that's what you
17 were saying, separate and apart from this
18 article, right?
19    A.    CYP2E1 is an oxidation pathway,
20 so being metabolized by CYP2E1, the process
21 is called oxidation. That's why it's part of
22 this pathway.
23    Q.    Yes.
24       And I just asked you if NAPQI
25 is anywhere in this article.

Page 306

1    A.    That -- that's the product of
2 the oxidation of acetaminophen is NAPQI.
3    Q.    And we'll talk about this
4 later, but NAPQI is bound by glutathione if
5 it's produced in the liver, correct?
6    A.    Not entirely, but that is the
7 primary antioxidant that normally would
8 absorb.
9    Q.    And in this -- in this --
10    A.    NAPQI.
11    Q.    In this AOP, the first event
12 was binding the thiols, and then you're
13 stressing it with acetaminophen or some other
14 stressor as listed here, right?  So the
15 thiols are already gone?
16    A.    So the -- this stressor as
17 listed is oxidation, and so acetaminophen can
18 produce oxidation, and it produces oxidation
19 through being oxidized by CYP2E1, so it
20 itself becomes a stressor.
21    Q.    In this pathway, the stressor
22 is applied after the first event, which was
23 the heavy metal, correct?
24    A.    If you -- if you wanted to
25 start with a mercury exposure, then

Page 307

1 acetaminophen could be a risk factor in
2 regards to the outcome for heavy metal
3 exposure.
4        What I've done is shown that
5 acetaminophen is also reducing the amount of
6 glutathione, even at clinical levels in
7 humans, and that that's an oxidative stressor
8 consistent with the AOP 20.
9    Q.    And you've shown that not in
10 your own work, right?
11    A.    I've shown that --
12    Q.    You mean in your report?
13    A.    -- in this report.
14    Q.    Okay.  And you saw the -- every
15 defense expert who works on this stuff
16 disagrees with you because they say that
17 there's plenty of glutathione to process the
18 maximum recommended dose with a 90 percent
19 margin of excess glutathione, right?
20    A.    Well, to be clear, we just
21 looked at a study, if you recall, and they
22 had N-acetyl cysteine APAP detected in the
23 cord blood, and so clearly there's not enough
24 glutathione to soak up all of the
25 acetaminophen or the NAPQI.

Page 308

1        Otherwise it wouldn't be in the
2 fetus.
3    Q.    In the cord blood?
4    A.    In the -- in the -- yeah, in
5 the cord blood of the fetus.
6    Q.    Okay.  Just because of its
7 mere -- because of its presence, which could
8 have appeared just before the time of
9 sampling, that's your theory?
10    A.    It's not a theory.  It's there.
11    Q.    Oh, Doctor, I know -- I believe
12 that you believe all of the opinions that
13 nobody else agrees with in the entire world.
14 I believe you believe them.  I'm just trying
15 to get a record.
16        MR. TRACEY:  Objection.
17    Argumentative.
18        MR. MURDICA:  There's not a
19    pending question, Mr. Tracey.
20 QUESTIONS BY MR. MURDICA:
21    Q.    Okay.  So the ultimate part of
22 this pathway is the outcome, and the outcome
23 here is something you attribute to autism,
24 right?
25    A.    It's not just a -- what I

Page 309

1 attribute.  It's consistent with the OECD
2 guidelines as I indicated in my report.
3    Q.    Okay.  So the outcome of this
4 pathway is, in part, autism according to
5 Dr. Cabrera, correct?
6    A.    The -- no.  As the pathway
7 reads, it's an impairment of learning and
8 memory in the AOP, but the AOP also offers
9 guidance in what that means.
10        And that guidance, which I'll
11 be happy to read into the record, has also
12 been linked to neurodevelopmental diseases
13 and deficits like autism spectrum disorder
14 and postnatal motor coordination deficits.
15    Q.    Okay.  So you would link it to
16 autism through this AOP, correct, and you do
17 in your report; is that fair?
18    A.    So those are based on the OECD
19 guidelines.
20    Q.    Do you agree, yes or no?  You
21 would link this -- you would link this AOP to
22 autism, and you do in your report, correct?
23    A.    Consistent with the OECD
24 guidelines, I would say that impairments in
25 learning and in memory in children and animal

Page 310

1 models and regarding the oxidative stress
2 that caused neurodevelopment disorders, the
3 AOP indicates oxidative stress, and I'll
4 quote, "Has also been linked to
5 neurodevelopmental diseases and deficits like
6 autism spectrum disorder and postnatal
7 coordination motor deficits."
8     Q.    And you rely on this AOP for
9 your causation opinion on autism, right?
10     A.    So I apply that AOP to see if
11 there's any gaps in the mechanism for
12 understanding whether there's a biological
13 plausibility.
14     Q.    Right.
15         And the outcome here is
16 learning disability, right?
17     A.    Impairment of learning and
18 memory.
19     Q.    Impairment of learning and
20 memory.
21         And you use this outcome and
22 extrapolate it to autism and ADHD, correct?
23     A.    So to be clear, it's not just
24 my extrapolation.  It's consistent with OECD
25 guidelines on what have also been linked

Page 311

1 with these -- with these outcomes.
2     Q.    I understand that.
3         But you also -- you you can
4 read what you read, but you also --
5 Dr. Cabrera extrapolates it to autism as well
6 in your report, right?
7     A.    I -- the testing that is used,
8 some of those also measure the same
9 developmental neurotoxicity guideline testing
10 that are also -- that are also included in
11 autism core behaviors and in animals as well.
12     Q.    Right.
13         So you took all of that, and
14 you extrapolated this AOP to autism for your
15 causation opinion, right?
16     A.    I used it to see if there
17 was -- to identify whether there was deficits
18 in the mechanistic cascade as part of
19 biological plausibility for my causality
20 analysis.
21     Q.    And you found this compelling
22 for your causality analysis for autism,
23 correct?
24     A.    I found that there weren't gaps
25 in the data in regards to a biological

Page 312

1 plausibility.
2     Q.    Okay.  Are you -- is there some
3 reason you can't give a direct answer to my
4 question?  Do you find this compelling for
5 autism as an outcome in this pathway or not?
6     A.    As indicated, these -- and I'm
7 happy to, you know, speak specifically to
8 that.  The testing in the animals, they
9 produce core behaviors that are consistent
10 with what we refer to as autism core
11 behaviors in the animal.  So that's part of
12 the animal impacts.
13         Those parallel to human.  And
14 so there is a parallel there.  I'm not
15 extrapolating.  It's just a parallel.
16     Q.    Okay.  And that parallel is why
17 you used AOP 20 for your causation opinion as
18 to autism, right, among other things?
19     A.    Among other things.
20         MR. MURDICA:  Okay.  Let's mark
21     this as 16.
22         (Cabrera Exhibit 16 marked for
23     identification.)
24 QUESTIONS BY MR. MURDICA:
25     Q.    Doctor, did you know that this

Page 313

1 was -- that AOP 20 was rejected with respect
2 to autism before its publication?
3     A.    I have not seen this --
4     Q.    Okay.  So --
5     A.    -- internal review.
6     Q.    So this is new to you; that
7 they specifically rejected connecting it to
8 autism?
9     A.    I haven't seen this document
10 that you've just given me.
11     Q.    Okay.  Do you want to take some
12 time to look at it?  Because I'll represent
13 to you that AOP 20 originally had an outcome
14 of autism, and it was rejected for lack of
15 validity.
16         MS. KING:  Do you have a copy?
17         MR. MURDICA:  I don't.  I only
18     have my copy.
19         THE WITNESS:  Do you want to go
20     off the record?  We can make copies
21     and --
22         MR. TRACEY:  Yeah, make a copy
23     of it and read it, Robert.  And
24     somebody send me a copy.
25         MS. JOHNSTON:  No problem.

Page 314

1  Let's go off the record and handle
2  that.
3      VIDEOGRAPHER:  Off the record,
4  3:40.
5  (Off the record at 3:40 p.m.)
6      VIDEOGRAPHER:  The time is
7  3:56 p.m., back on the record.
8  Beginning of Media 6.
9  QUESTIONS BY MR. MURDICA:
10     Q.   Dr. Cabrera, are you ready to
11 proceed?
12     A.   Yes, I am.
13     Q.   Okay.  Welcome back.
14          Dr. Cabrera, what's in front of
15 you is marked Exhibit 16, and before we get
16 into it, I have some questions for you.
17 You -- we've talked a lot about AOPs today.
18          Have you ever been part of an
19 AOP review?
20     A.   I have not.
21     Q.   Okay.  Have you ever submitted
22 an AOP yourself for review?
23     A.   I have not.
24     Q.   Okay.  Is the -- are you
25 familiar with the review process that AOPs go

Page 315

1  through?
2      A.   Yes, I am.
3      Q.   Okay.  Is it from reading this
4  document, or did you know beforehand?
5      A.   I actually -- there was a
6  presentation on it this year at Birth Defects
7  Research Prevention, and I had lunch with the
8  person that had just submitted an AOP, so we
9  talked about it extensively.
10     Q.   So in other words, you were at
11 a conference and somebody -- another attendee
12 explained to you the process because they
13 were going through it?
14     A.   Well, I was already familiar
15 with it, but then he also gave me a firsthand
16 account.
17     Q.   Okay.  And you see on the first
18 page of Exhibit 16, there are reviewers,
19 right?
20     A.   Yes.
21     Q.   And there's a primary reviewer
22 and two secondary reviewers, correct?
23     A.   That's what I see, yes.
24     Q.   Okay.  And the first one has an
25 e-mail extension of @canada.ca.

Page 316

1      Do you know if that's someone
2  in the Canadian government?
3      A.   It looks like they might be,
4  that canada.ca, or is that -- yes.
5      Q.   It may -- it may be
6  governmental, right, Doctor?
7      A.   Maybe.
8      Q.   Okay.  And the secondary
9  reviewer, number 1, is someone who appears to
10 be from some regulatory body in the
11 Netherlands potentially?
12     A.   I'm not sure what rivm is
13 related to.
14     Q.   Okay.  But the third reviewer,
15 the secondary reviewer, number 2, you know
16 where that person is from, right?
17     A.   Yes.
18     Q.   And where is that?
19     A.   Their domain is epa.gov.
20     Q.   Okay.  And I take it you've had
21 a chance to review this document now --
22     A.   Yes, I have.
23     Q.   -- on the break?
24          Okay.  And you understand it to
25 be the review of AOP 20, correct?

Page 317

1      A.   I do.
2      Q.   And this was a prepublication
3  review, right?
4      A.   Yes.
5      Q.   Okay.  And one of the things we
6  see is that AOP 20 had been copied from
7  another AOP, correct?  Based on your review,
8  does that -- what it appears to have been?
9      A.   It sounds like it was modified
10 from an existing one.
11     Q.   Right.
12          It was essentially copied,
13 pasted and then modified, right, with a
14 different MIE?
15     A.   Potentially.  I didn't get the
16 specifics of that in my reading, but it
17 sounded like at least part of it was used in
18 this AOP.
19     Q.   And one of the -- and you
20 correct me where I'm wrong here, but I'm just
21 trying to make it easier so we can get
22 through it.
23          One of the main points of
24 feedback from all reviewers is that the
25 outcome in this pathway that's explained

Page 318

1 should not be autism, correct?

2     A.   I think the, you know -- my

3 reading, we can do particular quotes if you

4 want, but my reading of it is that if it's

5 going to be autism, they need to state that

6 it's autism.  If it's going to be as

7 endpoints in impairment to learning and

8 memory, then they need to make it impairment

9 to learning and memory, to pick one.

10     Q.   And they need to have the data

11 to back it up if they're going to keep autism

12 in, correct?

13     A.   Yeah, there was some

14 conversation in regards to what it would

15 mean -- what changes would be required if it

16 was autism as opposed to learning and memory.

17     Q.   And, in fact, the author's

18 response was, quote, "We can totally remove

19 the autism aspect and consider only learning

20 and memory impairment, for which there is

21 enough experimental support."

22         Correct?  Do you see that?

23     A.   If you're doing a quote, I'm

24 not sure what page you're on.

25     Q.   I wish I could tell you.

Page 319

1 They're not numbered.  I can show you my

2 copy.  It's right there.

3         So my question is, the author

4 of AOP 20 in response to the feedback on

5 removing autism from the three reviewers

6 said, quote, "We can totally remove the

7 autism aspect and consider only learning and

8 impairment for which there is enough

9 experimental support."

10         Did I read that correctly?

11     A.   That is a correct reading.

12     Q.   Okay.  Did you know before we

13 sat here today that AOP 20 didn't have enough

14 experimental support to include autism as an

15 outcome?

16     A.   I hadn't seen this study prior

17 to you showing this internal review.  I

18 hadn't seen this internal review.

19     Q.   Okay.  All right.  We can put

20 that aside.

21         In your report, you have

22 numerous potential proposed pathways?

23     MS. KING:  I'm sorry, I just

24 got that text.  So I'm taking over

25 now, if that's okay.  Just letting you

Page 320

1 know.

2     MR. MURDICA:  Okay.  You're

3 defending the deposition in person?

4     MS. KING:  Yes.

5     MR. MURDICA:  Okay.  Is Sean

6 okay?

7     MS. KING:  It's okay.  It's

8 okay.  I'm sorry to interrupt.  I just

9 wanted to -- everybody to know if I

10 start talking, that's why.

11     MR. MURDICA:  Okay.  All right.

12 We can take a break at any time if

13 necessary, and we're all fine with

14 that.

15     MS. KING:  It's okay.  I'm

16 good.

17 QUESTIONS BY MR. MURDICA:

18     Q.   Okay.  I believe you would put

19 them all in the categories of biologic

20 plausibility, but you proposed several

21 mechanisms, I would say, by which

22 acetaminophen could affect neurologic

23 outcomes in your report, right?

24         Let me give you some examples.

25         You proposed that

Page 321

1 acetaminophen, as we just talked about with

2 the AOP, could cause oxidative stress via

3 depletion of glutathione and generation of

4 excess NAPQI that the glutathione can't

5 process, right?

6     A.   I've seen in studies that

7 acetaminophen can lower glutathione levels

8 and cause oxidative stress.

9     Q.   Right.

10         And then your theory goes that

11 the oxidative stress can happen not just in

12 the liver, it can happen in the fetal brain,

13 and that stress -- right -- am I with you so

14 far?

15     A.   I'm following you.

16     Q.   Yep.  And you say that, right?

17 The oxidative stress can happen in the fetal

18 brain, right?

19     A.   Yes.

20     Q.   Okay.  And then the outcome of

21 that from oxidative stress in the fetal brain

22 is some sort of neurological damage, right?

23     A.   Well, it influences the

24 behavior of cells by changing the oxidation

25 in the -- in the cells.

1    Q.   Right.
2         And the effect on the cells in
3   your theory would be the exact right way to
4   induce ADHD or autism, right?
5    A.   You --
6         (Discussion held off the
7   record.)
8   QUESTIONS BY MR. MURDICA:
9    Q.   I can do that again, if you'd
10  like.
11   A.   Please.
12   Q.   Okay.  That the proposed
13  oxidative stress in the fetal brain can cause
14  some sort of neurologic damage that's the
15  exact type of cellular damage necessary to
16  create the presentation of ADHD or autism,
17  correct?
18   A.   So there's a lot there in that
19  interaction inasmuch as changing the redox --
20  the redox potential of cells changes their
21  behavior.  So it can influence the behavior
22  of cells during the developing nervous
23  system, and that can produce adverse outcomes
24  specific with increased risk of autism --
25  autistic core behaviors.

1    Q.   Right.
2         And in the section of your
3   report that discusses that mechanism, most of
4   the endpoints are just neurologic toxicity,
5   not autism and ADHD themselves, correct?
6    A.   Well, it works through there
7   sequentially.  So at a molecular level, you
8   don't see autism or autistic core behaviors
9   neither at a cellular or a tissue level, per
10  se.  You would only see those at an organism
11  level.
12   Q.   Right.
13        But the pathway that I just
14  described is your -- it's your oxidative
15  stress proposed pathway to get from ingestion
16  of acetaminophen to autism in a human baby,
17  right?
18   A.   That is one application, yes.
19   Q.   Right.
20        Now, you included, I think,
21  five or six other potential pathways in your
22  report as well, right?
23   A.   I reference interactions,
24  things that happen in parallel with that.
25   Q.   Yeah.  Antagonism of the

1   endocannabinoid pathway, right?  That's one?
2    A.   I did mention, yes,
3   endocannabinoids.
4    Q.   Okay.  You gave me a paper
5   today that talks about notch signalling and
6   SOX2, right?
7    A.   That's correct.
8    Q.   Are you adding that as a
9   proposed mechanism?
10   A.   Not currently, other than the
11  fact that they did acetaminophen exposure and
12  they're looking at particular changes in that
13  signalling pathway.  So that's a proposed
14  signalling pathway for impacts on the
15  hippocampus, but I'm not -- I haven't started
16  drafting anything about that as a pathway.
17   Q.   Right.
18        And I'm just asking you today,
19  regardless of whether you started drafting
20  something, are you -- are you going to
21  propose that as a biologically plausible
22  pathway based on the -- on the Xie article
23  that you handed me today?
24   A.   In and of itself, there is some
25  other hippocampal data and impacts, but I --

1   that's not something I currently plan to do.
2    Q.   Okay.  Ultimately, when you
3   came to your causation conclusion in this
4   case, which pathway -- because you proposed
5   many others, which pathway did you pick?
6    A.   So the two that I found
7   evidence for when applying the AOP model was
8   the oxidative stress and the endocannabinoid
9   pathways.
10   Q.   Okay.  And the rest of them you
11  included as background, essentially?
12   A.   Well, just in regards to there
13  are other things that happen -- biological
14  systems that can interact with those
15  pathways, but those are the core pathways.
16   Q.   Right.
17        The other ones outside of the
18  endocannabinoid and the oxidative stress you
19  agree are not -- they either don't make it
20  all the way along the pathway or they're not
21  specific to autism or ADHD, correct?
22   A.   So specifically applying the
23  AOP, there would be gaps in the data that
24  would leave a gap in the biological
25  plausibility that would need additional data

1 to fill in those gaps.
2    Q.    So Dr. Cabrera, for his
3 causation opinion, is going on oxidative
4 stress and endocannabinoid antagonism, right,
5 as pathways?
6    A.    Well, I don't know about
7 antagonism inasmuch as increasing agonist
8 signal through an anandamide would also be --
9 would also be an interaction.  So not
10 strictly just antagonism because there's also
11 some agonism going on there.
12    Q.    But that's still an -- the
13 endocannabinoid pathway?
14    A.    It's still the endocannabinoid
15 pathway.
16    Q.    Okay.  And now that you've seen
17 that AOP 20 was not intended to be used for
18 the outcome of autism, are you going to stand
19 by your opinions here?
20    A.    So I use the same methodology
21 as described in -- as I had already
22 mentioned, the same methodology that was
23 described in AOP, to come to the similar
24 adverse events, which include impairment of
25 learning and memory, which overlap with core

1 autism behaviors.
2    Q.    Right.
3          Some autistic patients have
4 impairment of learning as a symptom.  Some,
5 but not all, correct?
6    A.    That is correct.
7    Q.    Okay.  So you're going to rely
8 on a pathway that leads to a symptom for some
9 autistic patients to apply to ADHD and autism
10 for all patients, correct?
11    A.    Not for all patients.  It would
12 have to be -- I mean, if we're talking about
13 case-specific, you have to consider both
14 genetic and environment interactions.  This
15 is simply looking at the biological
16 plausibility of those interactions.
17    Q.    Right.
18          So according to Dr. Cabrera on
19 the AOP 20 pathway, it's biologically
20 plausible to get to impaired learning,
21 correct?
22    A.    So using the AOP 20 as a
23 framework, we can move from -- and I can walk
24 through that.
25          Acetaminophen can reduce

1 glutathione and that can increase risk for
2 oxidative stress.  It's been shown in humans,
3 even in regards to modeling in pregnant
4 mothers.  There's NAPQI there.
5          And you can look at that
6 effect.  In particular, if you want to look
7 at embryos or fetuses, you have to look at
8 animal models.  But we've seen that there's
9 changes in glutathione in the animal models,
10 the presence of acetaminophen in those animal
11 models, and we've seen the adverse events
12 that are produced in those animal models.
13 And those parallel what we see in the
14 literature in regards to epidemiological
15 studies.
16          So that's a totality of data
17 there when we -- when we apply this model to
18 those experiments.
19    Q.    Right.
20          And the impaired learning that
21 you get to from AOP 20, because it's a
22 symptom of one of your two outcomes, because
23 it's a symptom of autism, you're
24 extrapolating it to the -- to the entire
25 autism population as a possible causal factor

1 and to ADHD, correct?
2    A.    Well, it's not just impairment
3 in learning because we also see some other
4 autistic core behaviors in the animals that
5 are exposed to acetaminophen.
6    Q.    Okay.  And your theory, without
7 human evidence for legal and ethical reasons,
8 is that acetaminophen can make it across the
9 fetal blood-brain barrier in enough quantity
10 to deplete all the glutathione in the fetal
11 brain and generate enough NAPQI in the fetal
12 brain to cause oxidative stress and cause
13 neurologic changes during development,
14 correct?
15    A.    It doesn't need to be a
16 complete depletion of glutathione.  So that's
17 not correct.
18    Q.    Okay.  Anything else about what
19 I just said wrong?  Is there anything else
20 wrong with what I just said?
21    A.    Well, just to clarify, it
22 doesn't need to be a complete depletion of
23 glutathione.
24    Q.    Is glutathione not -- in the
25 opinion of Dr. Cabrera, not effective at

1 finding NAPQI?

2     A.   It is, but it doesn't need to
3 be a complete depletion in order to change
4 the cell behavior of stem cells or neuro stem
5 cells.

6     Q.   Is it your testimony that NAPQI
7 that's bound with glutathione -- to
8 glutathione can still change stem cells?

9     A.   Changing the reduction
10 potential in a stem cell population will
11 change the behavior of the cells as indicated
12 in my report.

13     Q.   Okay.  Even if -- does that
14 apply, according to Dr. Cabrera, even if only
15 10 percent of the glutathione is needed to
16 bind all of the present NAPQI?

17     A.   As has been shown, the --
18 that's not a true statement because there's
19 already N-acetyl cysteine bound to
20 glutathione found in the cord blood.  So it's
21 not enough in order to bind all of it.

22         So some of it is getting to the
23 fetus, and some of it is being metabolized by
24 glutathione in the fetal compartment.

25     Q.   So now you're relying today,

1 Dr. Cabrera, on the 118 patients in the 2020
2 Ji study that had acetyl cysteine metabolite
3 in their cord blood to substantiate your
4 theory?

5     A.   That also supports the
6 biological plausibility and the causality.
7 It's in totality.  You can look at the
8 breadth and the depth of the data, and it
9 supports this interaction and this causality.

10     Q.   I believe that you believe
11 that, Dr. Cabrera.  I do.  I can tell you're
12 earnest.

13         All right.  Let's take a look
14 at -- one of the things I think you said you
15 looked at, Dr. Cabrera, is the documents
16 produced about FDA's own analysis of this,
17 right?

18     A.   Yes.

19     Q.   I take it you didn't bring it
20 with you?

21     A.   I did not.

22         (Cabrera Exhibit 17 marked for
23 identification.)

24 QUESTIONS BY MR. MURDICA:

25     Q.   Okay.  Dr. Cabrera, you should

1 now have in front of you what's been marked
2 as Exhibit 17.

3         Do you have that?

4     A.   Yes, I do.

5     Q.   All right.  And these are
6 documents that you reviewed before, right?

7     A.   I've seen them.

8     Q.   They're on -- they're in your
9 reliance materials?

10     A.   I believe they are, yes.

11     Q.   Okay.  And they're -- you can
12 tell from the appearance of the first page,
13 can you not, that these are documents
14 authored by the United States Food and Drug
15 Administration?

16     A.   Yes.

17     Q.   Okay.  Doctor, you have never
18 been asked by FDA to weigh in on a drug
19 label, have you?

20     A.   I'm not a labeling expert.

21     Q.   Okay.

22     A.   I've not been asked.

23     Q.   Okay.  In your report and at
24 your deposition today, you've offered
25 opinions about what warnings or what labeling

1 is present on acetaminophen.

2         Do you remember saying that?

3     A.   I don't know about
4 specifically, but we did have a conversation
5 about that.

6     Q.   Let me -- let me -- let me ask
7 you a question.

8         Are you intending to offer an
9 opinion on what the acetaminophen packaging
10 or labeling should say?

11     A.   I'm not.

12     Q.   Okay.  So the section in your
13 report criticizing the labeling, should that
14 even be in there?

15     A.   I didn't -- I didn't know that
16 I had a specific criticism of the label.  I
17 would need to see the specific reference
18 you're referring to.

19     Q.   Okay.  In any event, is it
20 accurate that you're not here today to offer
21 any opinion, expert or otherwise, as to what
22 the label should or should not say with
23 respect to pregnancy with respect to
24 acetaminophen?

25     A.   I mean, I have an opinion on

Page 334

¹ it, but I'm not a labeling expert, so I
² wouldn't be offering my expert opinion on
³ that.
⁴     Q.    Okay.  And you do know, though,
⁵ what the FDA to date has said about whether
⁶ or not the label should say anything about
⁷ the risk of autism or ASD or any neurologic
⁸ defect during pregnancy with the use of
⁹ acetaminophen, right?
¹⁰     A.    I'm aware that they're planning
¹¹ on continuing studying this matter and that
¹² it's still open for debate.
¹³     Q.    And that they have been looking
¹⁴ at it for -- since at least 2014, right?
¹⁵     A.    At least since 2015, in their
¹⁶ report, so I assume it started somewhere
¹⁷ before then.
¹⁸     Q.    Uh-huh.
¹⁹          And even though they're looking
²⁰ at it, they've had opportunities for -- you
²¹ know, since that period of time to come out
²² and say that the label should be changed, and
²³ that has never happened.
²⁴          They've stuck by the advice
²⁵ that women should contact their physicians

Page 335

¹ before taking any medication, right?
²          MS. KING:  Objection.  Form.
³          THE WITNESS:  I think that's
⁴     good advice.  That being said,
⁵     unfortunately, even in the absence of
⁶     evidence, it has been widely assumed
⁷     to be safe during pregnancy.
⁸ QUESTIONS BY MR. MURDICA:
⁹     Q.    Right.
¹⁰          And it's up to the physician to
¹¹ advise if a patient follows the current
¹² labeling and calls a physician, it's up to
¹³ the physician to offer his or her
¹⁴ recommendation on whether, for that
¹⁵ particular patient in that particular
¹⁶ circumstance, acetaminophen is an appropriate
¹⁷ treatment, correct?
¹⁸          MS. KING:  Objection.  Form.
¹⁹          THE WITNESS:  If it says to
²⁰     contact your physician during
²¹     pregnancy, and the physician could
²²     make that opinion, but I guess the
²³     concern is whether they're fully
²⁴     informed on making that opinion.
²⁵

Page 336

¹ QUESTIONS BY MR. MURDICA:
²     Q.    Right.
³          And you don't know one way or
⁴ the other because you don't know what every
⁵ physician in the country knows or believes or
⁶ thinks, right?
⁷     A.    I do not know what every
⁸ physician in the country knows or believes or
⁹ thinks.
¹⁰     Q.    And even though you don't
¹¹ prescribe medicine, it's a risk-benefit
¹² analysis no matter what, right?
¹³     A.    I'm familiar with risk-benefit
¹⁴ analysis and, yes, that would apply here.
¹⁵     Q.    You know there are women with
¹⁶ epilepsy who stay on antiepileptic
¹⁷ medications during pregnancy, despite known
¹⁸ risk of birth defects with the medication
¹⁹ they may be taking, right?
²⁰     A.    I'm aware of that.
²¹     Q.    And you don't doubt that that's
²² a better gamble than the woman and the child
²³ dying if, for example, in a motor vehicle
²⁴ accident due to an epileptic seizure, right?
²⁵          MS. KING:  Objection to form.

Page 337

¹          THE WITNESS:  To be clear,
²     the -- I -- I've spoken about this
³     with treating physicians, and they've
⁴     indicated they would normally switch
⁵     to medications that have not been --
⁶     such as away from valproic acid, to
⁷     switch to medications that have not
⁸     been associated with adverse outcomes.
⁹          And then try to stabilize the
¹⁰     epilepsy prior to pregnancy would be
¹¹     the preferable route.
¹² QUESTIONS BY MR. MURDICA:
¹³     Q.    Yeah.  If they can, but that's
¹⁴ not always a possibility.  You know that,
¹⁵ right?
¹⁶     A.    I'm aware of that.
¹⁷     Q.    Okay.  Back to Exhibit 17, if
¹⁸ you turn to Bates label 158.  So you've never
¹⁹ looked at FDA's internal regulatory documents
²⁰ before, I take it, unless it was in the
²¹ context of litigation?
²²     A.    In the context of litigation, I
²³ have.
²⁴     Q.    Okay.  And I know you're not
²⁵ going to offer a labeling opinion, but did

1  you see in your review that revising a label
2  was something FDA put a red X on when they
3  reviewed the data that we're going to -- the
4  pregnancy data we're going to review here?
5          Had you seen this before today?
6      MS. KING: Objection. Form.
7      THE WITNESS: So my read of
8  this document was there was some
9  questions raised in regards to
10  reviewing the label, but I do see the
11  red X that you've indicated on the
12  page.
13      MR. WATTS: What's the exhibit
14  number?
15      MR. MURDICA: It's 17.
16  QUESTIONS BY MR. MURDICA:
17      Q.   Okay. Do you recall reading --
18  you know FDA did their own epidemiologic
19  analysis with their own science -- scientists
20  at various points in '14, '15, '18, '20 and
21  '22, right?
22      MS. KING: Objection. Form.
23      THE WITNESS: I -- I'm aware
24  that they've had ongoing analysis. I
25  have to look specifically in regards

1   to the years that you've mentioned.
2  QUESTIONS BY MR. MURDICA:
3      Q.   Okay. Without reference to the
4  years, did you see that they review many of
5  the human studies that you reviewed in your
6  report?
7      A.   They've reviewed some of them,
8  not all of them.
9      Q.   Okay. Yeah, I said many.
10         So it depends on when you look,
11  right? The most recent review that we have,
12  I believe, is in 2022, so it would be missing
13  whatever came out in the rest of '22 and '23.
14         Is that what you're referring
15  to?
16      A.   In part, yes.
17      Q.   Okay. Did you compare your
18  review of the studies to FDA's review of the
19  studies before you finalized your report?
20      A.   I was already familiar with the
21  FDA's review of the studies, the past.
22      Q.   Okay. You know FDA review --
23  reviewed animal studies about in utero
24  acetaminophen exposure, right?
25      A.   I did see some of that as well,

1  yes.
2      Q.   And did you see -- and that's
3  called nonclinical review, right?
4      A.   Well, we generally refer to it
5  as preclinical.
6      Q.   Preclinical?
7         In their pre -- their
8  preclinical reviewers came to a conclusion
9  that additional animal data was not likely to
10  be informative.
11         Did you see that?
12      MS. KING: Objection. Form.
13      THE WITNESS: I read some
14  correspondence where the findings were
15  of concern, but in regards to
16  conclusions, there was, to me, some
17  mixed signals. In the epidemiology,
18  they needed some more mechanism data
19  which can be found in the animal
20  models.
21         And in the animal models, they
22  wanted more specific information on
23  outcomes, which is found in the human
24  studies. So you really need to look
25  at those together.

1  QUESTIONS BY MR. MURDICA:
2      Q.   Dr. Cabrera, the preclinical
3  reviewers, what they were really saying is
4  that the outcomes in animal models aren't
5  close enough, predictive enough to ASD and
6  ADHD in humans for further studies to
7  elucidate the issue, right?
8      MS. KING: Objection. Form.
9  QUESTIONS BY MR. MURDICA:
10      Q.   Whether you agree with it or
11  not, that's what they -- you know that's what
12  they said, right?
13      MS. KING: Objection. Form.
14      THE WITNESS: Well, if you want
15  to find a particular quote, we can --
16  we can look at that, but...
17  QUESTIONS BY MR. MURDICA:
18      Q.   Okay. I'm just asking -- let
19  me ask it this way.
20         Do you remember them -- do you
21  remember that being their rationale for
22  saying that additional animal studies are not
23  likely to be informative?
24      A.   For their rationale behind
25  that?

Page 342

1    Q.   Yeah.
2    A.   The applicability, as I
3  mentioned, because these are animal models,
4  whether that was informative on a human
5  outcome.
6    Q.   Right.
7         Because animal outcomes like we
8  were talking about earlier, where you're
9  looking at marbles and socialization and
10  everything, the FDA reviewer didn't see those
11  as being relevant enough to human symptoms in
12  autism and ADHD, correct?
13         MS. KING:  Objection.  Form.
14         THE WITNESS:  I can't say.  You
15    know, I can't read the person's mind,
16    per se, but the -- my takeaway from
17    this information was that there were
18    some reservations in regards to the
19    utility of the animal data for
20    application in the clinical outcomes.
21         The clinical outcomes claim the
22    same deficiency, that they needed more
23    mechanistic data, which is provided
24    with the animal studies, which really
25    you have to look at that data in total

Page 343

1    to understand what's going on.
2  QUESTIONS BY MR. MURDICA:
3    Q.   And, Dr. Cabrera, that -- that
4  somebody who works on animals every day, that
5  must have jumped out to you, that they didn't
6  think any additional animal data would be --
7  would provide more information, right?
8    A.   It's -- it's not the first time
9  I've heard something like that.
10    Q.   I take it you disagree since
11  you work on animals.
12         Is that fair?
13    A.   That's a -- I think that's
14  partially correct inasmuch as we do develop
15  animal models of human disease.  We do
16  appreciate, as I've already mentioned,
17  there's differences in species, and that
18  those are models of human disease.
19         And I think that inasmuch as we
20  can do experiments on them that we couldn't
21  do on humans, they serve their purpose in
22  that regard.
23    Q.   All right.  If it -- I take
24  it -- I may have asked you this before.  You
25  haven't attempted to tell FDA that you think

Page 344

1  you've got the animal model better than they
2  do, right?
3    A.   I haven't done my own
4  acetaminophen studies in my laboratory.
5    Q.   Okay.  So you just review the
6  existing studies differently than the FDA
7  reviewers do, right?
8         MS. KING:  Objection.  Form.
9         THE WITNESS:  I don't -- I
10    don't know that I review them
11    differently inasmuch as I just
12    performed a systematic review, but I'm
13    considering the totality of data, not
14    just siloed data.
15  QUESTIONS BY MR. MURDICA:
16    Q.   Okay.  In other words, you
17  don't know what FDA reviewed or didn't
18  review; is that what you're saying?
19    A.   Not in total.
20    Q.   Okay.  So if you were to -- I
21  know you haven't done any studies on
22  acetaminophen.
23         If you were to do one, what
24  would you do in your lab or -- well, you
25  can't do one in your lab.  If you were to do

Page 345

1  one in a lab, what would you do?
2    A.   Are you just asking me to
3  design an acetaminophen study?
4    Q.   Yeah.
5         Have you thought about it?
6    A.   I have.
7    Q.   Okay.  And what would you do?
8    A.   So our normal study design, we
9  would -- we would actually follow guidelines.
10  We do guideline studies predominantly in my
11  laboratory, so we would follow study
12  guidelines in regard to animal models and the
13  number of animals required.
14         We would do exposures.  Our
15  exposures, we would include a dose-response
16  in regards to exposures, typically at the
17  minimum, two-dose, but typically three
18  dosages.
19         And we would determine changes
20  in maternal weight to make sure there's not
21  maternal toxicity per se, and then we would
22  look at the weight of the dam throughout
23  pregnancy.  We would look at the weight of
24  the pups when they're born.
25         And then we would divide them

Page 346

¹ up beforehand blindly between what their
² exposure was or non-exposure into different
³ testing groups, and those would go then
⁴ downstairs into the behavioral testing
⁵ facility for analysis.
⁶     Q.    And you would give them the
⁷ same behavioral tests that we talked about
⁸ earlier, the three-chamber test, for example?
⁹     A.    That is one test that we could
¹⁰ run, yes.
¹¹     Q.    Okay.  You don't have any
¹² additional or special tests compared to
¹³ what's in the literature?
¹⁴     A.    I don't know about special.  A
¹⁵ lot of -- our strength is that it's -- our
¹⁶ system has largely been automated, so we can
¹⁷ do tracking that doesn't require an
¹⁸ attendant.  You can review the data, but it's
¹⁹ largely automated to remove any potential
²⁰ bias.
²¹         So you're blinded to the
²² treatment of the animals and the groups, and
²³ the machines do the -- do the data
²⁴ collection.
²⁵     Q.    And the data you collect in

Page 347

¹ your hypothetical study would only be as good
² as the model is in terms of measuring those
³ behaviors that you associate to human autism
⁴ and ADHD outcomes, correct?
⁵     MS. KING:  Objection.  Form.
⁶     THE WITNESS:  If -- I mean, in
⁷ turn, the model is as good as the
⁸ model can be, and as a potential
⁹ comparison, we could do a valproic
¹⁰ acid exposure as a -- as a control in
¹¹ addition to treatment with
¹² acetaminophen.
¹³ QUESTIONS BY MR. MURDICA:
¹⁴     Q.    But even valproic acid doesn't
¹⁵ induce autism or ADHD in every exposure,
¹⁶ right?
¹⁷     A.    It produces autism core
¹⁸ behaviors in a majority of animals, but not
¹⁹ in every animal.
²⁰     Q.    If you turn to 147, which is
²¹ like the third page in on this, and you look
²² at the second paragraph down.
²³         Now, this is -- this is talking
²⁴ about 2016.
²⁵         Do you see where it says

Page 348

¹ "nonclinical data"?
²     A.    Can you give me the Bates
³ number on that?
⁴     Q.    Sure.  It's 147 at the bottom.
⁵ The top of the page, second paragraph.
⁶     A.    Okay.
⁷     Q.    So, Dr. Cabrera, you know,
⁸ because we talked about it earlier and you
⁹ volunteered, that around this time, FDA came
¹⁰ out with a statement about ADHD and
¹¹ acetaminophen, right?
¹²     A.    Could you repeat the question?
¹³     Q.    FDA issued a statement -- a
¹⁴ guidance online about ADHD and acetaminophen
¹⁵ and said they would continue to monitor the
¹⁶ data, but essentially recommendations on use
¹⁷ haven't changed?
¹⁸     A.    I'm familiar with that
¹⁹ statement.
²⁰     Q.    Okay.  And you see here the
²¹ conclusions that led to it internally, right?
²² Oh, sorry.
²³     A.    I see specifically the
²⁴ paragraph, their comments in regards to the
²⁵ animal studies.

Page 349

¹     Q.    Right.
²         Okay.  And this is what I
³ was -- this is what I relayed to you before,
⁴ right, that behavioral responses in animals
⁵ that are most likely predictive of an ADHD
⁶ response in humans are uncertain and,
⁷ therefore, additional animal studies are not
⁸ likely to be informative.
⁹         That was their view, right?
¹⁰     A.    That is a quote in this
¹¹ document.
¹²     Q.    Okay.  And then the next
¹³ paragraph on March 1st of 2016, whoever was
¹⁴ doing this review at FDA agreed, the data did
¹⁵ not support a causal association between
¹⁶ acetaminophen and ADHD at the time, and the
¹⁷ TSI would be closed?
¹⁸     A.    I see that as well.
¹⁹     Q.    Yeah.
²⁰         And you know you disagree with
²¹ that today, but you don't know if you would
²² have disagreed with that in 2016, right?
²³     A.    I do not know.
²⁴     Q.    Okay.  All right.  And then if
²⁵ you look down at the bottom of the page,

1 there was also human data reviewed, and this
2 was later. This was a year later.
3         And the reviewers said,
4 "Although we have more studies, we do not
5 have higher quality data to better inform
6 drug causality, and with these findings being
7 in clinical practice, all of these studies
8 had significant limitations, uncertainty and
9 critical missing information that precludes
10 reliable inference of drug attribution."
11         Do you see that?
12     A.   So I -- just to be fair, the
13 statement begins with "We acknowledge the
14 consistency of findings of positive
15 association between APAP and adverse
16 neurodevelopmental outcomes in the majority
17 of published observational studies reviewed
18 to date.
19         And then it follows, "Although
20 we have more studies, we do not have higher
21 quality data to better inform drug causality
22 and what these findings mean in clinical
23 studies. All of these studied has
24 significant limitations, uncertainties and
25 critical missing information that precede --

1 preclude reliable inference of drug
2 attribution."
3     Q.   Right.
4         And you're familiar with the
5 ADHD studies that existed as of February
6 2017, right?
7     A.   I've reviewed them.
8     Q.   Yeah.
9         And we haven't gone through all
10 of them, and it would -- it would take a
11 while to do so, and we're not going to do
12 that today.
13         But you know that many of them
14 were -- they were data collected essentially
15 by surveys, right?
16     A.   Several of them were survey
17 data.
18     Q.   Yeah.
19         And they relied on maternal
20 memory sometimes years after the pregnancy,
21 right?
22     A.   I -- I'm not going to comment
23 generally on how close temporality --
24 temporally they were to when they collected
25 the data, but several of the studies did use

1 questionnaires in order to collect the data
2 based on maternal recall.
3         And just to reiterate,
4 generally maternal recall would bias towards
5 the null, not away from.
6     Q.   Well, that's -- I understand
7 you're saying that generally, but in the case
8 of surveying for mothers for children with
9 neurodevelopmental issues, you know it's the
10 opposite, right? The -- there is a bias for
11 responders for children that actually have
12 the condition, right?
13     A.   Well, if -- that would assume
14 that they were developing a bias based on
15 they're not sure what they're supposed to be
16 recalling in regards to that bias.
17     Q.   Well, did you see, Dr. Cabrera,
18 that in some of the studies -- some of the
19 surveys, the questionnaires, large
20 percentages of the respondents were lost to
21 follow-up over the years because some of
22 these went to, you know, age 7 of the
23 children, right?
24     A.   That does happen.
25     Q.   Right.

1         And it happened in the studies.
2 You saw that, right?
3     A.   It does happen.
4     Q.   Yeah.
5         And the people who were still
6 responding at year 7 are biased towards
7 mothers who are concerned about their
8 children that actually have problems, right?
9         MS. KING: Objection. Form.
10         THE WITNESS: I don't know that
11 that's a bias in that regard, but
12 there may be -- and I'd have to look
13 specifically at that, whether that
14 was -- there was a correlation between
15 having an affected child and not being
16 lost to follow-up.
17         MR. MURDICA: Okay. Why don't
18 we take a break at this point. I need
19 about five minutes, just figure out
20 what the last bit we're going to do
21 is.
22         Does that work for you, Doctor?
23         THE WITNESS: I can do that.
24         VIDEOGRAPHER: Off the record,
25 4:36.

1    (Off the record at 4:36 p.m.)
2         VIDEOGRAPHER:  The time is
3    4:56 p.m., back on the record.  The
4    beginning of Media 7.
5    QUESTIONS BY MR. MURDICA:
6    Q.    All right.  Dr. Cabrera, are
7    you ready to proceed?
8    A.    Yes, I am.
9    Q.    Okay.  Doctor, we're going to
10   talk about some things that Dr. Cabrera
11   believes acetaminophen can and cannot cause.
12        Okay?
13        Can acetaminophen, in the
14   opinion of Dr. Cabrera, cause neural tube
15   defects?
16   A.    Only at doses that wouldn't --
17   that would be outside the normal intake.
18   Q.    Okay.  So I'm -- that's a good
19   point.  I'm going to limit my questions to
20   therapeutic -- normal therapeutic doses in
21   line with the labeling.
22        For a normal therapeutic dose,
23   does Dr. Cabrera believe that acetaminophen
24   causes major congenital malformations in
25   human beings?

1    A.    I've only seen one study that
2    would support that in regards to the National
3    Birth Defects Prevention Study, and that
4    wouldn't be enough data to draw that
5    conclusion.
6    Q.    Okay.  Does Dr. Cabrera believe
7    that acetaminophen at a therapeutic dose can
8    cause trisomy in an offspring?
9    A.    I haven't seen any data that
10   would support that it would cause a trisomy.
11   Q.    Okay.  Does Dr. Cabrera believe
12   that acetaminophen at a therapeutic dose in
13   any human, not just during pregnancy, can
14   cause hard cancers?
15   A.    Solid tumors, is that --
16   Q.    Solid tumors.
17   A.    I've only seen data, as I've
18   indicated in my report, consistent with
19   leukemias, not solid tumors.
20   Q.    Okay.  So the answer on solid
21   tumors would be no, right?
22   A.    Correct.
23   Q.    Has Dr. Cabrera seen enough
24   data to say that acetaminophen at therapeutic
25   doses can cause and does cause leukemia in

1    patients taking acetaminophen?
2    A.    I've seen data that supports
3    that.  I haven't done a causality analysis in
4    that regard, but I would say there's data
5    that's consistent with causality.  But I
6    haven't performed a causality analysis for
7    that.
8    Q.    Okay.  And the data that you've
9    seen that you say is consistent with
10   causality relies on induced de novo
11   mutations, essentially, from acetaminophen as
12   a pathway, correct?
13   A.    It's oxidative damage that can
14   increase the risk of de novo mutations.
15   Q.    Right.
16        And --
17   A.    And chromosome breaks.
18   Q.    -- and Dr. Cabrera knows that
19   if that was true, you'd also see solid tumors
20   as well as blood cancers, correct?
21   A.    Not necessarily, as solid
22   tumors weren't found in the animal models,
23   nor have I seen reports in humans for solid
24   tumors in that regard.
25   Q.    Okay.

1    A.    And I'll add that it,
2    oftentimes, particularly may affect highly
3    proliferative cells.  And that may be why
4    it's leukemias as opposed to other solid
5    tumors.
6    Q.    In any event, as of today,
7    Dr. Cabrera hasn't seen enough to say and put
8    out for the world that you believe
9    acetaminophen in therapeutic doses causes
10   blood cancers, do you?
11   A.    I haven't conducted a causality
12   analysis on that, so I would not be willing
13   to make that opinion.
14   Q.    Okay.  What confounders should
15   we be accounting for in assessing causality
16   between acetaminophen exposure and the
17   pregnancy outcomes of discussion ASD and
18   ADHD?
19   A.    So to be clear, our animal
20   models remove those confounders.  That's one
21   of the strengths of them.  And so we don't
22   have to worry about environmental or genetic
23   confounders in our animal models.  But I can
24   also speak specifically in regards to human
25   studies as well, if you'd like.

1    Q.    Yeah, let's talk about human
2  studies.
3          What confounders should be
4  taken into account?
5    A.    So some of the things that have
6  also been determined as risk factors, and
7  we've talked about earlier, so potentially
8  smoking or the use of other medications.  And
9  that would include things like valproic acid,
10  exposures to heavy metals, whether those are
11  environmental or occupational exposures.
12          And as a more general
13  statement, you need to consider -- those are
14  just known risk factors in that regard.  You
15  need to consider all the various factors in
16  order to do a weighted analysis for that.
17    Q.    How about maternal or paternal
18  ADHD?
19    A.    You have to consider this as a
20  potential risk in that there may be some
21  genetic liability as well if there's maternal
22  or paternal ADHD or ASD, even, for that
23  matter, present on the mother or father.
24  It's a potential genetic component.
25    Q.    Particularly if the offspring

1  ends up with ADHD and the parents or parent
2  have ADHD, even Dr. Cabrera would be
3  suspicious of a genetic cause there, right?
4    A.    I don't know about "even
5  Dr. Cabrera," but actually one of the first
6  things we do is normally conduct a genetic
7  analysis.
8    Q.    Okay.  Because you would be
9  suspicious for genetics as a cause there,
10  right?
11    A.    Well, it's because it's one of
12  the tools we have in the laboratory.  We like
13  to apply the tool to see if there is a
14  genetic cause.  It's --
15    Q.    Right.
16    A.    -- an open question that we
17  normally apply upfront.
18    Q.    And if the parents have the
19  condition, you're not doing it for laughs;
20  you're doing it because you suspect that's a
21  possibility, right?
22    A.    Yeah, we do -- typically we do
23  a trio analysis, and we'll look for rare
24  variance or mutations in the mother or
25  father, or look for de novo mutations as

1  well.  So you could have two rare mutations
2  come together in the offspring and that could
3  increase disease risk, or you could have de
4  novo mutations that could also increase
5  disease risk as potential genetic factors.
6    Q.    Okay.  Back to confounding in
7  human data that Dr. Cabrera believes we need
8  to account for here.
9          Is impulsivity in the mother a
10  risk factor?
11    A.    I haven't seen specifically
12  impulsivity as a -- as a risk factor for
13  autism.
14    Q.    How about anxiety?
15    A.    I think there's some overlap in
16  regards to anxiety and autism or ADHD
17  behaviors, and so there -- that could be a
18  facet of the presentation that should be
19  considered.
20    Q.    Okay.  So anxiety in the mother
21  is something you would consider as potential
22  confounding?
23    A.    Something in -- as reviewed --
24  if you think about this as a part of the
25  nurturing environment, then you have the

1  potential for mom and dad to not just provide
2  genetics in regards to the offspring, but
3  also how they influence the environment; both
4  the in utero environment and also the
5  environment that the child would be exposed
6  to, you know, afterwards.
7    Q.    Have you seen data on whether
8  anxiety in a mother increases the risk of
9  ADHD or autism in the child?
10    A.    I've seen analysis on various
11  behavioral interactions.  I'd have to look
12  back specifically for anxiety.
13    Q.    Okay.  Would Dr. Cabrera today
14  consider that confounding for the outcome of
15  interest or potentially confounding or not?
16    A.    I think potentially it should
17  be considered if it -- particularly if it's
18  severe or debilitating.
19    Q.    And if I asked you that same
20  series of questions for depression in the
21  mother, would I get the same answer?
22    A.    Well, actually, slightly
23  different answers.  And the question is
24  whether the depression is being treated and
25  with what other medications it could

1  potentially being treated with, and you'd
2  have to be concerned about potential
3  exposures to those medications as well.
4      Q.   Okay.  How about untreated
5  depression, potentially confounding or no?
6      A.   It depends on the severity and
7  whether it's -- has -- oftentimes, I'm sure
8  you're aware, there can be risk behaviors
9  associated with depression.  And so you would
10  need to account for that if there's
11  particular risks associated with that
12  depression.
13      Q.   Okay.  Any other confounders
14  you can think of other than the ones we
15  discussed?
16      A.   So generally what is also often
17  adjusted for is -- drinking or smoking is
18  also usually adjusted for in those models as
19  well.
20      Q.   One quick question, and this
21  was just something I wasn't sure.
22          In your report you have a
23  biological gradient section, right?
24      A.   Okay.
25      Q.   And it says, "Meta-regression

1  analyses indicate," and I think there's two
2  that you were referring to.
3          Do you happen to know, as you
4  sit here today, what you were referring to
5  there with meta-regression analyses, by any
6  chance?
7      A.   Could you tell me what page
8  that's on?
9      Q.   Yeah, it's 191.
10      A.   Okay.  That was my reference to
11  meta-analysis that was performed at the
12  meta-analysis that I reviewed.
13      Q.   Yeah.
14          Do you know which one?
15      A.   I reviewed all the ones I could
16  find, and they're in my report.
17      Q.   Oh, okay.  So it was the prior
18  meta-analysis in your report.
19      A.   Yes.
20      Q.   Got it.
21          Back to the questions I just
22  asked about depression and anxiety.  Are you
23  aware that there are studies showing that the
24  population of acetaminophen users have a much
25  higher rate of -- the moms have a much higher

1  rate of anxiety and depression?
2      A.   I've seen studies specific to
3  neuroticism.  I'm not sure in regards to
4  anxiety and depression.
5      Q.   Okay.  You didn't have any
6  citation in your report to any study like
7  that, right?
8      A.   Initially, no.  I did review
9  some of the work -- or some of the references
10  by Dr. Chung in that regard.
11      Q.   Okay.  Have you ever seen a
12  study by Bandoli?  Does that sound familiar
13  to you?
14      A.   I need to see the study to let
15  you know.
16      Q.   Okay.  I'm going to mark it and
17  hand it to you.
18          MS. JOHNSTON:  18?
19          MR. MURDICA:  It's going to be
20      18, yeah.
21          (Cabrera Exhibit 18 marked for
22      identification.)
23  QUESTIONS BY MR. MURDICA:
24      Q.   Doctor, you now have in front
25  of you what's been marked as Exhibit 18.

1          Take as long as you need to
2  review it.  I can tell you that my question
3  is going to be on page 5 under the topic --
4  under the section Characteristics of Women By
5  Duration of Use.
6          Do you want to go off the
7  record, Doctor?
8      A.   I just finished.
9      Q.   Oh, okay.
10          Okay.  Doctor, I know your
11  counsel had volunteered that he had reviewed
12  this paper before today and knew it by name
13  and year, but I take it Dr. Cabrera didn't
14  know about?
15      A.   I had looked over it in regards
16  to some of the interactions.
17      Q.   Okay.  And you see, and I
18  directed you to the section, that the -- in
19  this study of the 1,515 women who reported
20  prospectively acetaminophen use during
21  pregnancy, the ones that had the longest use
22  were more likely, among other things, to
23  report depression and anxiety, right?
24      A.   That is consistent with the
25  fourth paragraph on page 5.

1    Q.    Okay.  And is the possibility
2  of confounding from the symptoms of
3  depression and anxiety in long-term users
4  during pregnancy something you considered in
5  your opinions before you rendered them?
6    A.    Inasmuch as these are things
7  that could be influencing the population.
8  They would also -- with the expectation that
9  a particular exposure to a -- to
10  acetaminophen could have some correlations
11  with depression, anxiety or mental health.
12  I'm not aware that depression, anxiety or
13  mental health themselves can cause the
14  condition of ADHD or ASD in the offspring.
15    Q.    Notwithstanding that,
16  Dr. Cabrera, in this study, at least,
17  long-term users were different than other
18  users in terms of their weight, their tobacco
19  use, their use of antidepressants in
20  pregnancy and their depression and anxiety,
21  right?
22    A.    Right.  So, well, weight, it
23  should be adjusted for.  And as I already
24  mentioned, potentially alcohol or smoking
25  should be adjusted for.

1    Q.    And the studies you looked at
2  didn't adjust for depression or anxiety,
3  correct?
4    A.    Some of them -- I have to look
5  specifically in that regard, but using
6  measures of depression or anxiety, I don't
7  recall those specifically mentioned variables
8  in the studies I reviewed.
9    Q.    Okay.  And those are not things
10  that Dr. Cabrera adjusted for in his
11  causation analysis when evaluating the
12  studies, correct?
13    A.    As I indicated, I'm unaware
14  that depression or anxiety in and of
15  themselves can cause an adverse outcome in
16  the offspring.
17    Q.    So accordingly, you didn't
18  adjust for it, right?
19    A.    I didn't know that they're a
20  risk factor in that regard.  And as I
21  mentioned, unless they're associated with a
22  risk exposure and then those should be
23  adjusted for.
24    Q.    Okay.  Dr. Cabrera, in your
25  review of human autism studies, did you note

1  that one of the studies that you cited,
2  Richey from this year, determined that there
3  wasn't enough homogeneity among the autism
4  data that's out there in humans to conduct a
5  meta-analysis?
6    A.    Are you -- are you referring to
7  the -- the heterogeneity analysis in Richey?
8    Q.    Yes.
9    A.    I am familiar with that Richey
10  analysis in regard to the -- they refer to as
11  a heterogeneity analysis.
12    Q.    Okay.
13    A.    Typically indicated as an
14  I-squared value.
15    Q.    Right.
16      The data wasn't similar enough
17  to put it all together in a meta-analysis in
18  plain language, correct?
19    A.    There was -- there was -- and I
20  don't know about it wasn't similar enough,
21  but there was -- the studies have been
22  conducted in different ways to create some
23  difficulties in that regard.
24    Q.    Right.
25      And you don't deny that Richey,

1  at least, determined that it wasn't possible
2  to do a meta-analysis on the existing human
3  data with autism and acetaminophen?
4    A.    I mean, we can look
5  specifically at Richey.  I don't -- I don't
6  think I drew any specific conclusions in
7  regards to what Richey said about that.  We
8  can look at it specifically, though.
9    Q.    Okay.  You don't recall whether
10  or not Richey determined that a meta-analysis
11  couldn't be done?
12    A.    Well, they did a meta-analysis.
13  I think you're asking me some very specifics
14  about the meta-analysis that they did, and I
15  think we should look at the study if you want
16  to discuss specifics about Richey.
17      (Cabrera Exhibit 19 marked for
18      identification.)
19  QUESTIONS BY MR. MURDICA:
20    Q.    Okay.  If I have time, we will.
21      I'm going to move to the next
22  one first.
23      We talked about meconium
24  earlier, and you know there's a meconium
25  study with respect to ADHD and acetaminophen,

Page 370

1 right, Doctor?

2    A.    Yes, I do.

3    Q.    And this is -- do you see it's
4 in front of you marked as Exhibit 19?

5    A.    Yes, I do.

6    Q.    And this is something that you
7 looked at and relied on in your paper, right?

8    A.    Yes, it is.

9    Q.    And, in fact, this is something
10 that you changed regarding this paper in your
11 amended report, right, we talked about
12 earlier.

13    A.    I -- I did mention as far as
14 the period of exposure, that was consistent
15 with meconium.

16    Q.    Okay.  If you turn to page 5 of
17 Exhibit 19, I'm going to ask you a question
18 on the third paragraph -- a couple questions,
19 actually.

20         So my first question is this,
21 the authors of this study write, "No single
22 observational study is sufficient for causal
23 inference, and more observational studies
24 using direct measurements of fetal
25 acetaminophen exposure are needed."

Page 371

1         Do you see that sentence?

2    A.    Yes, I do.

3    Q.    Okay.  Do you agree with that,
4 as of the publication date of this article?

5    A.    I -- at the time there was
6 only, I believe, the one cord blood study in
7 regard to -- actually, this is -- well, it
8 depends on the endpoint.

9         So there was -- for ADHD --
10 well, as far as measuring concentrations, we
11 had the cord blood study that we already
12 mentioned.

13         And so we would prefer to have
14 some sort of replication in that regards.

15    Q.    Right.

16         These authors thought that more
17 observational studies were needed using
18 direct measurements of fetal acetaminophen
19 exposure to reach causal inference, correct?

20    A.    And that is what they say, yes.

21    Q.    And that was as of 2020,
22 correct, September 28, 2020?

23    A.    That is what is indicated, yes.

24    Q.    Okay.  In going down a couple
25 sentences, it says, "Third, no prior studies

Page 372

1 have examined the potential mechanisms
2 mediating the association of prenatal
3 acetaminophen exposure with neurodevelopment,
4 a key component for assessing the potential
5 for causation."

6         Did I read that correctly?

7    A.    I -- you did, yes.

8    Q.    Okay.  And as of September 28,
9 2020, do you disagree with that?

10    A.    I would say there had been
11 numerous mechanistic studies, but nothing
12 that had put all of the steps in regards to
13 neurodevelopmental toxicity together.

14    Q.    Okay.  By the way, do you know
15 any of the authors of this study?

16    A.    I'm familiar with Andrea
17 Baccarelli.

18    Q.    And you know Baccarelli is one
19 of the plaintiffs' experts in this
20 litigation, right?

21    A.    I'm aware.

22    Q.    Okay.  You don't disagree with
23 Dr. Baccarelli's statements that I just read
24 to you?

25    A.    I do not.

Page 373

1    Q.    Okay.  Dr. Baccarelli and his
2 colleagues include a strengths and
3 limitations section at the end of the
4 article.

5         My question for you is, on
6 page 11 where Dr. Baccarelli and his
7 colleagues write, "Another possibility is
8 confounding by unknown genetic, social and
9 familial factors associated with
10 acetaminophen use."

11         Just -- sorry.

12    A.    Where exactly?

13    Q.    Yeah.

14    A.    Last page?

15    Q.    Yeah.  About halfway down from
16 the top.

17    A.    Got it.

18    Q.    Do you see that sentence,
19 "Another possibility is confounding by
20 unknown genetic, social and familial factors
21 associated with acetaminophen use"?

22    A.    Yes, I do.

23    Q.    Okay.  And do you acknowledge
24 that that's a possibility?

25    A.    I acknowledge that it's a

¹ possibility.  I also knowledge that he
² followed that up with, "This concern has been
³ recently addressed with negative control
⁴ exposure analysis, maternal acetaminophen --
⁵ acetaminophen use before and after pregnancy
⁶ and a partner's acetaminophen use were not
⁷ associated with child ADHD in populations in
⁸ which maternal acetaminophen use during
⁹ pregnancy increased the risk."
¹⁰     Q.    Right.
¹¹         And my question is,
¹² Dr. Baccarelli and colleagues are
¹³ acknowledging that unknown genetic, social
¹⁴ and familial factors associated with
¹⁵ acetaminophen use are still a possibility,
¹⁶ although he cites one study that he believes
¹⁷ addresses it, correct?
¹⁸         MS. KING:  Objection to form.
¹⁹         THE WITNESS:  To be clear, he
²⁰     actually cites three studies that
²¹     refute that, that being both the
²²     negative control exposure studies.
²³         And then he follows that by
²⁴     saying, "Furthermore, our study
²⁵     population has high genetic and

¹ sociodemographic homogeneity."
²         So he's rejecting that
³     possibility also within reference 50
⁴     as well.
⁵ QUESTIONS BY MR. MURDICA:
⁶     Q.    Okay.  If you look at the first
⁷ sentence on this page, Dr. Cabrera,
⁸ Dr. Baccarelli and colleagues also write,
⁹ "Confounding by unmeasured or unknown risk
¹⁰ factors is always a possibility."
¹¹         Correct?
¹² A.    He did write that.
¹³     Q.    Do you disagree with him on
¹⁴ that?
¹⁵     A.    Well, I will make the general
¹⁶ statement, there's always the potential for
¹⁷ residual confounding, and I believe that's
¹⁸ what he's referencing there.
¹⁹     Q.    Yeah.  And that's what
²⁰ Dr. Chung attributes the associations in some
²¹ of the studies to, right?
²² A.    Right, but it's -- based on the
²³ analysis that's been done, it's not
²⁴ sufficient to account for the increased risk
²⁵ that's been reported in multiple studies.

¹     Q.    I -- that's what Dr. Cabrera
² believes, correct?
³     A.    That's the reality we live in.
⁴     Q.    Okay.  Well, Dr. Cabrera,
⁵ you've seen today that I've shown you
⁶ everybody in the world disagrees with you
⁷ except other plaintiffs' experts?
⁸         MS. KING:  Objection.  Form.
⁹ QUESTIONS BY MR. MURDICA:
¹⁰     Q.    So I appreciate your answer,
¹¹ but I'll ask Dr. Baccarelli about this in two
¹² weeks.
¹³         MS. KING:  Objection.  Form.
¹⁴ QUESTIONS BY MR. MURDICA:
¹⁵     Q.    Do you disagree, Dr. Cabrera,
¹⁶ with this sentence that Dr. Baccarelli and
¹⁷ colleagues wrote, "confounding by unmeasured
¹⁸ our unknown factors is always a possibility
¹⁹ in relation to the effects observed in this
²⁰ study"?
²¹     A.    As I indicated, I -- my reading
²² of that is that he's indicating he's -- or
²³ referencing unmeasured confounding and
²⁴ as a -- or unknown confounding, and so
²⁵ that's -- it is a possibility.

¹         You can't control every
² variable in that regard, but they've also
³ accounted for that as well.
⁴     Q.    They accounted for -- oh,
⁵ really?  They unaccounted for unmeasured and
⁶ unknown factors?
⁷     A.    Well, you can't -- you can't
⁸ account for the unknown.
⁹     Q.    Okay.
¹⁰     A.    But the whole point is through
¹¹ using their methods of analysis, they're, I
¹² would say, mitigating that as much as
¹³ possible.
¹⁴     Q.    Okay.  But they didn't write
¹⁵ that because they don't believe it's a
¹⁶ possibility, right?
¹⁷     A.    You don't -- you don't know
¹⁸ what you don't know that.
¹⁹     Q.    Okay.  We can agree on that,
²⁰ Dr. Cabrera.
²¹         All right.  Let's go on to the
²² next one.
²³         All right.  Dr. Cabrera, do you
²⁴ agree that 70 percent of adverse birth
²⁵ outcomes are of an unknown cause?

Page 378

1   MS. KING: Objection. Form.
2   THE WITNESS: Can you repeat
3   the question?
4   QUESTIONS BY MR. MURDICA:
5   Q.   Sure.
6       Dr. Cabrera, do you believe
7   that 70 percent of adverse birth outcomes are
8   of an unknown -- or from an unknown cause?
9   A.   I believe I have indicated that
10  before.
11  Q.   You've testified to that before
12  under oath, correct?
13  A.   That's correct.
14  Q.   Okay.  And you stand by that?
15  A.   I would say that over time
16  we learn more, and over time, that percentage
17  has gotten smaller.
18  Q.   Do you agree that most issues
19  with the fetal-developing brain are for
20  as-yet unknown reasons?
21      MS. KING: Objection. Form.
22      THE WITNESS: We -- as -- over
23  time, we've learned more about the
24  particular genetic and environmental
25  factors can impact those.

Page 379

1       And I would say it's -- it
2   would be fair that we're maybe
3   approaching, and we can determine
4   risks, both environmental and genetic,
5   for the majority of cases now.
6   QUESTIONS BY MR. MURDICA:
7   Q.   Okay.  Understanding that when
8   you said it under oath five years ago, you
9   believed it was true then, right?
10  A.   Yes.
11  Q.   Okay.  When you said under oath
12  five years ago that animal -- knockout animal
13  models haven't been fruitful in converting to
14  human effect, did you mean that?
15      MS. KING: Objection. Form.
16      If you're going to quote from
17  his testimony, I would ask that you
18  show it to him.
19      MR. MURDICA: Okay.
20  QUESTIONS BY MR. MURDICA:
21  Q.   Do you agree with that or no?
22  A.   I think our knockout models
23  have done fairly well in some regards for
24  animal models of human disease.
25  Q.   Has that changed in the last

Page 380

1   five years?
2   A.   Well, there -- there's still
3   mouse models in that regard, but I think they
4   are informative into understanding the --
5   particularly when we find rare mutations, and
6   we make animal models.
7       I'm currently working on a
8   mouse model with the rare gene mutation
9   that's also associated with autism, and the
10  animal model has been very informative.
11  Q.   And that's changed in the last
12  five years?
13  A.   It's on a case-by-case basis.
14      (Cabrera Exhibit 20 marked for
15  identification.)
16  QUESTIONS BY MR. MURDICA:
17  Q.   Okay.  Last exhibit.  We talked
18  a little bit about Ystrom.
19      Do you remember that,
20  Dr. Cabrera?
21  A.   Yes.
22  Q.   Mark that.
23      You should have Exhibit 20 in
24  front of you now, Dr. Cabrera.
25  A.   Yes, I do.

Page 381

1       MS. KING: Can I have a copy?
2       MR. MURDICA: Yes.
3   QUESTIONS BY MR. MURDICA:
4   Q.   All right.  Dr. Cabrera, do you
5   remember I asked you if impulsivity was
6   associated with acetaminophen use during
7   pregnancy?
8   A.   Yes, I do.
9   Q.   Okay.  If you look on page 2 in
10  the second column, will you agree with me
11  that this group found that that -- previously
12  found that that was the case?
13      It's the second sentence in the
14  middle column on page 2.
15  A.   I do see that, yes.
16  Q.   Okay.  And assuming that's
17  true -- well, they obviously claim they found
18  it, and they have a citation, right?
19  A.   They do.
20  Q.   Have you looked at that
21  citation, Doctor?
22  A.   Yeah.  I believe they're
23  referencing their previous work.
24  Q.   Okay.  Is that a potential sign
25  of confounding that you need to count --

Page 382

1  account for?
2      A.    Impulsivity?
3      Q.    A trait in the maternal
4  population that uses acetaminophen that seems
5  to be common.
6      A.    I --
7          MS. KING: Objection. Form.
8          THE WITNESS: As I previously
9      indicated, I -- I'm unaware that
10     impulsivity as a trait can necessarily
11     lead to adverse outcome.
12 QUESTIONS BY MR. MURDICA:
13     Q.    Dr. Cabrera, impulsivity could
14 be a symptom of an underlying condition
15 that could be associated with the two
16 outcomes we are interested in, correct?
17         MS. KING: Objection. Form.
18         THE WITNESS: I would say that
19     there's -- impulsivity could be --
20     there could be overlap between ADHD
21     and impulsivity.
22 QUESTIONS BY MR. MURDICA:
23     Q.    Okay. If you'd turn to
24 Table 1.
25         This is the -- essentially the

Page 383

1  outcome table from their study, right?
2      A.    Yes, it is.
3      Q.    Okay. And if you look at the
4  far right, the last row, last column for
5  mothers who were exposed to acetaminophen in
6  all three trimesters, the adjusted confidence
7  interval is not statistically significant,
8  correct?
9      A.    In the fully adjusted model,
10 it's -- there's still an increased risk.
11 It's 1.27, and confidence interval goes from
12 0.99 to 1.63. It would not be statistically
13 significant based on --
14     Q.    And if you look --
15     A.    -- crossing 1.
16     Q.    Thank you, Dr. Cabrera.
17         And if you look further up in
18 that column, you'll see there's quite a bit
19 of inconsistency between uses in the
20 different trimesters.
21         For example, there's no
22 statistical significance for use in the
23 second and third or first and third
24 trimester, but there is for the first and
25 second trimesters.

Page 384

1      Right?
2      MS. KING: Objection. Form.
3      THE WITNESS: I will say
4  there is consistency in that there's
5  an increased risk in each one of their
6  models, in regards to model 1, model 2
7  and model 3, consistently show an
8  increased risk, although not
9  consistently statistically
10     significant.
11 QUESTIONS BY MR. MURDICA:
12     Q.    Right.
13         In fact, in their adjusted
14 model, the majority of the outcomes are not
15 statistically significant, right?
16     A.    In their fully adjusted model,
17 as they have applied more adjustments, the
18 odds ratios remain positive, but there
19 appears to be three that would not cross 1 in
20 regards to their confidence intervals.
21     Q.    Well, if you look at the far
22 right, there's more than three, right? Only
23 one -- only three of them do have statistical
24 significance, right?
25     A.    Right. That's three of them do

Page 385

1  not cross 1.
2      Q.    Okay. Sorry.
3          The rest of them, Dr. Cabrera,
4  so seven or eight of them, are not
5  statistically significant, right?
6      A.    Still an increase in risk, but
7  they're not statistically significant.
8      Q.    Okay. And this is another one
9  of those studies where all this document is
10 used at some particular time for some
11 particular duration in a trimester, not a
12 length of use or the actual portion of the
13 trimester when the use was, correct?
14     A.    Yes. So this -- their analysis
15 is largely based on duration of use. It
16 doesn't necessarily tell you within a
17 trimester when it was used.
18     Q.    And that's unfortunate from a
19 perspective of a teratologist like yourself,
20 right?
21         MS. KING: Objection. Form.
22         THE WITNESS: The more
23     information we have on the dose and
24     the duration and the frequency of
25     exposure, the better.

Page 386

1  QUESTIONS BY MR. MURDICA:
2      Q.    Okay.  And if we turn to the
3  very end of the study in conclusions, the
4  last two sentences -- the last sentence the
5  authors conclude, "We do not provide
6  definitive evidence for or against a causal
7  relation between maternal use of
8  acetaminophen and ADHD."
9          Do you see that?
10     A.    I do see that.
11     Q.    And based on the table we just
12  saw, you would agree, would you not,
13  Dr. Cabrera, that this study in and of itself
14  doesn't provide evidence for or against a
15  causal relationship between acetaminophen and
16  ADHD, correct?
17     A.    An individual study typically
18  isn't going to provide enough data to
19  demonstrate a causal relation in that regard.
20         MR. MURDICA:  Okay.
21         Anything else?
22         All right.  I don't have
23  anything else.
24         Do you have any questions,
25  Rebecca?

Page 387

1          Oh, Sean's going to do it.
2          MR. WATTS:  Sean, wake up.
3          MR. TRACEY:  Yeah, I think I'm
4  going to do it.  Can we take, like, a
5  five-minute break?
6          THE WITNESS:  Please.
7          MR. TRACEY:  Or do you want to
8  just roll now?
9          MR. WATTS:  No, he wants to
10  take a five-minute break and go to the
11  restroom.
12         MS. KING:  Five minutes?  Is it
13  really five minutes?
14         VIDEOGRAPHER:  Off the record,
15  5:36.
16      (Off the record at 5:36 p.m.)
17         VIDEOGRAPHER:  The time is
18  5:49 p.m., back on the record.
19  Beginning of Media 8.
20         CROSS-EXAMINATION
21  QUESTIONS BY MR. TRACEY:
22     Q.    Hi, Dr. Cabrera.  How are you?
23     A.    I'm doing well.
24     Q.    I've got a few -- my name is
25  Sean Tracey, as you know.  You and I have

Page 388

1  known each other for years, haven't we?
2      A.    Yes, we have.
3      Q.    I've got a few questions that I
4  want to ask you, and the first one is, you
5  have a lab called that's the Finnell/Cabrera
6  lab; is that right?
7      A.    The Finnell/Cabrera Birth
8  Defects Research Laboratory.
9      Q.    And what academic -- is that
10  associated with any academic institutions?
11     A.    That's at Baylor College of
12  Medicine.
13     Q.    Okay.  And prior to Baylor
14  College of Medicine, was it affiliated with
15  another academic institution?
16     A.    Prior to that, we were at the
17  University of Texas at Austin --
18     Q.    And --
19     A.    -- and also part of the Dell
20  Medical School.
21     Q.    And are you known as a
22  principal investigator?
23     A.    Yes, I am.
24     Q.    What's a principal
25  investigator?

Page 389

1      A.    That means I lead National
2  Institutes of Health-funded research.
3      Q.    And what is the National
4  Institutes of Health?
5      A.    Well, it's the governing body
6  of our health sciences in the United States.
7      Q.    And what is the primary purpose
8  of the Finnell/Cabrera lab at Baylor College
9  of Medicine?
10     A.    It's our -- our catch slogan is
11  prevention of preventable birth defects.
12     Q.    Okay.  And you mentioned your
13  boss a few times during the deposition.
14         Is that Rick Finnell?
15     A.    Yes, it is.
16     Q.    And what is Rick Finnell's job?
17     A.    He's a clinical geneticist by
18  training, and currently the -- also a co-PI
19  in the laboratory and a chair in the -- in
20  our department.
21     Q.    And how long have you worked
22  with Rick Finnell professionally?
23     A.    I met Rick Finnell in 1995 as
24  an undergraduate student when I was appointed
25  to his lab by his wife as part of the honors

Page 390

1  program at Texas A&M University.
2  Q.    Okay.  What percentage of the
3  work at your lab deals in some form or
4  fashion with genetics?
5  A.    I would say the majority of the
6  work we do has -- deals with genetics.
7  Q.    But you're a teratologist,
8  right?
9  A.    That is correct.
10  Q.    How does -- how does genetics,
11  if it does, intersect with teratology?
12  A.    So part of what we do is we
13  often start by looking at particular chemical
14  exposures, and then we look for what's called
15  gene environment interactions.  And that is
16  particular changes in genetics that increase
17  the risk for an adverse outcome with an
18  exposure.
19  Q.    And that's what you do in your
20  lab, that's your day job.
21  A.    That's the bread and butter.
22  Q.    Okay.  Do you remember during
23  your -- Mr. Murdica's examination, he brought
24  up this toxicogenomic database in the context
25  of talking about some other databases.

Page 391

1      Do you remember that?
2  A.    Yes, I do.
3  Q.    And are we in a position where
4  we can pull up the database and put it on the
5  screen share?
6  A.    I would be happy to.
7  Q.    Because what you -- what
8  Mr. Murdica had in front of you were printout
9  of screenshots, right?
10  A.    That's correct.
11  Q.    But this is the actual live
12  database, right?
13  A.    Yes, it is.
14  Q.    And if we go over to home --
15  oh, sorry.  If you go over to CT -- yeah, go
16  to about us.  There you go.
17      I want you to explain to the
18  judge and the jury what is the CTD, the
19  comparative toxicogenomic's database?
20  A.    So as described in the
21  overview, that "CTD is a robust, publicly
22  available database that aims to advance
23  understanding about how environmental
24  exposures affect human health.  It provides
25  manually curated information about

Page 392

1  chemical-gene/protein interactions,
2  chemical-disease and gene-disease
3  relationships.  These data are integrated
4  with functional and pathway data to aid in
5  the development of hypotheses about the
6  mechanisms underlying environmentally
7  influenced diseases."
8  Q.    Let me stop you there for a
9  second.
10      That section that says
11  "chemical-gene/protein interactions," is that
12  what you do every day at your lab?
13      MR. MURDICA:  Object to the
14      form.
15      THE WITNESS:  Yes, that's what
16      I described just previously as gene
17      environment interactions.
18  QUESTIONS BY MR. TRACEY:
19  Q.    Okay.  And then the next
20  sentence says, "We also have additional
21  ongoing projects involving manual curation of
22  the exposome data and chemical-phenotype
23  relationships to help identify pre-disease
24  biomarkers resulting from experimental {sic}
25  exposures."

Page 393

1      Do you know what that means?
2  A.    Yes, I do.
3  Q.    What does that mean?
4  A.    So the exposome is the idea
5  that similar to a lot of the other OMIC data,
6  in the environment we're exposed to a lot of
7  different compounds that can influence,
8  what's referred here, as chemical and
9  phenotype relationships.  And the idea is
10  that these models can be used to help drive
11  research looking at potential biomarkers that
12  may be indicative of particular exposures.
13  Q.    Okay.  And then it says, the
14  next sentence says, "The initial release of
15  the CTD was November 12, 2004."
16      And then under Support, it
17  says, "This program is supported by funds
18  from the National Institutes of Environmental
19  Health Sciences."
20      Do you know what that is?
21  A.    Yes, I do.
22  Q.    What is that?
23  A.    That's an institute under the
24  National Institutes of Health that
25  specifically focuses on the effects of

Page 394

1 environments on health.
2     Q.    Okay.  So this database is
3 supported by the federal government.
4         MR. MURDICA:  Objection to the
5 form.
6         THE WITNESS:  The NIH and the
7     NIEHS are part of the federal
8     government.
9 QUESTIONS BY MR. TRACEY:
10     Q.    And the NIH is who you told us
11 a few minutes ago gave you the grants.
12     A.    They do fund my research, yes.
13     Q.    Yeah.
14         And then they go on to say,
15 "We're also proud to be part of the NIEHS
16 Environmental Health Science Center at
17 NC State, the Center for Human Health and the
18 Environment."
19         And are you familiar with that
20 organization at NC State?
21     A.    I haven't been there, but
22 apparently they have a program project there
23 that's funding their center, similar to what
24 we have at Baylor.
25     Q.    Okay.  And then just quickly

Page 395

1 scroll down, they've got data categories,
2 because we're going to look at some of these.
3 Mr. Murdica had the printouts, and we're
4 going to look at the realtime search.
5         They say the data categories
6 they have are chemicals, diseases, genes,
7 phenotypes and chemical-gene/protein
8 interactions.
9         Is there any more?
10         If we scroll down, is there
11 more?
12     A.    Well, the last one would be
13 anatomy they have here for their references.
14 It's also in the figure.
15     Q.    Okay.  And you mentioned
16 phenotypes, and I think y'all talked about it
17 today, but nobody defined it.
18         What's a phenotype?
19     A.    So the genotype-phenotype
20 relationship would be best characterized by
21 Mendelian genetics where the phenotype of a
22 plant can be shorter or tall in regards to
23 the genes are the genotype that control
24 whether the plant was short or tall, and
25 short or tall is the phenotype.  So that's

Page 396

1 just the presentation that we see is the
2 phenotype.
3     Q.    Okay.  Now, if we scroll back
4 up, and we want to do what you did in your
5 report -- for example, if you go over and
6 you -- under Search, can you click on Search?
7     A.    Well, this is what I would do.
8 I would put chemicals --
9     Q.    Okay.
10     A.    -- here, and I can type in --
11     Q.    But I want you to start with
12 Disease.
13     A.    Oh, I can do diseases as well.
14         And I can --
15     Q.    And type in "autism spectrum
16 disorder," and I want you to tell us what
17 shows up and why it's important.
18     A.    So it defines autism spectrum
19 disorder as a continuum of associated
20 cognitive and neurobehavioral disorders,
21 including, but not limited to, three
22 core-defining features, impairments of
23 socialization, impairments of verbal and
24 nonverbal communication, and restricted and
25 repetitive patterns of behavior, according to

Page 397

1 the DSM-5.
2     Q.    And then it's got a bunch of
3 tabs up there, and you can click on these and
4 get information; is that right?
5     A.    That is correct.
6     Q.    And so if you click on
7 "chemicals" -- let's do that, and tell us
8 what shows up.
9     A.    So the top hit is valproic acid
10 followed by acetaminophen.
11     Q.    Okay.  And valproic acid, you
12 and Mr. Murdica talked about, didn't you?
13     A.    Yes, we have.
14     Q.    You -- I thought I heard you
15 say, that's actually the model for causing
16 autism.
17     A.    That is correct.
18     Q.    And so on this Comparative
19 Toxicogenomics Database, when you type in the
20 disease autism, does it mean that the number
21 one chemical interaction is valproic acid?
22         MR. MURDICA:  Objection to
23     form.
24         THE WITNESS:  Based on the
25     direct evidence of mechanistic

Page 398

1    interactions, valproic acid is the
2    number one chemical.
3  QUESTIONS BY MR. TRACEY:
4    Q.    And is there a general -- is it
5  generally accepted in the medical and
6  scientific community, or the teratology
7  community, that valproic acid causes autism
8  spectrum disorder?
9    A.    Yes.
10    Q.    Have you yourself proven that
11  in your lab?
12    A.    We've tested that in animal
13  model, yes.
14    Q.    Okay.  Number two on the list
15  is acetaminophen.
16    A.    That's correct.
17    Q.    And we're going to come back to
18  that.
19        Number three is Bisphenol A.
20  What is that?
21    A.    That's a monitor -- monomer
22  that used to be used in the production of
23  plastics.
24    Q.    And was that removed from
25  plastics?

Page 399

1    A.    It was banned.
2    Q.    It was banned by who?
3    A.    The federal government.
4    Q.    Okay.  Is that known and
5  generally understood to be associated with
6  autism spectrum disorder?
7    A.    There were concerns that it
8  could potentially increase risk for endocrine
9  disruption and autism spectrum disorder.
10    Q.    Okay.  6 and 7, I'm just going
11  to get you to highlight because you talked
12  about them with Mr. Murdica in terms of
13  confounding.
14        And that's air pollutants in
15  particular -- particulate matter, right?
16    A.    That's correct.
17    Q.    And is there some evidence that
18  air pollutants and particulate matter may
19  contribute to cause autism?
20    A.    Yes, there is.
21    Q.    Okay.  Folic acid is number 9.
22  I know you know a lot about folic acid,
23  right?
24    A.    Yes, I do.
25    Q.    What is folic acid?

Page 400

1    A.    Folic acid is a provitamin in
2  the production of vitamin B9, which are a
3  family of folates, which are considered
4  essential vitamins.
5    Q.    And does folic acid cause
6  autism?
7    A.    It does not.  Its indication
8  there is that use of folic acid has been
9  shown to reduce the risk of autism.
10    Q.    And Rick Finnell was one of the
11  pioneers in that research, wasn't he?
12        MR. MURDICA:  Objection to
13    form.
14        THE WITNESS:  So we have done
15    some work in regards to the neural
16    tube defect decreased risk and autism
17    as well in regards to interaction with
18    folate.
19  QUESTIONS BY MR. TRACEY:
20    Q.    And do you know, Dr. Cabrera,
21  whether it is recommended for all pregnant
22  mothers in the United States to take folic
23  acid to, in part, reduce the risk of autism?
24    A.    Originally folic acid was used
25  to fortify the food supply in order to reduce

Page 401

1  the risk of neural tube defects.
2        More recently, it's been shown
3  to reduce the risk of autism as well.
4    Q.    Okay.  So some of the things on
5  this list of the top ten, let's say, are
6  associated with autism in a negative way in
7  the sense that they cause it, and some are
8  associated with it in a positive way in that
9  they help reduce it; is that right?
10        MR. MURDICA:  Object to form.
11        Sean, if you're going to keep
12    making misrepresentations and lead
13    like this, you just got to stop.
14    You're testifying.
15        MR. TRACEY:  Well,
16    Dr. Cabrera --
17        MR. MURDICA:  You got to stop,
18    Sean.
19  QUESTIONS BY MR. TRACEY:
20    Q.    Dr. Cabrera, tell us what it
21  means when I see valproic acid,
22  acetaminophen, bisphenol A, et cetera, on
23  this -- on this chart from the toxicogenomic
24  databases, why is this important to you in
25  your opinion?

A. Well, there's --

MR. MURDICA: Objection to form.

THE WITNESS: -- two parts. One in that it's showing that there's, what we refer to, as direct evidence for an interaction between valproic acid and the disease.

And that's indicated here when you highlight over this -- M is for mechanistic interactions.

And then also, it will identify genes that have been previously associated or been shown to cause or increase the risk of autism that have also been shown to be influenced by exposure to either valproic acid or acetaminophen.

QUESTIONS BY MR. TRACEY:

Q. And do you see -- can you go back to that? There you go.

So that score, valproic acid and autism has a score of 264.59, right?

A. That's correct.

Q. And there are 50 references

there to the right, and there's 311 genes there under the Inference Network, right?

A. That is correct.

Q. And there is no question in the medical and scientific community that valproic acid causes autism, is there?

MR. MURDICA: Object to the form.

Sean, you can't testify. I mean, that's not the way this works.

QUESTIONS BY MR. TRACEY:

Q. Can you answer my question, Dr. Cabrera?

A. There was no question.

Q. Okay. Now, when you were -- when Mr. Murdica was showing you the 35 and the references and he clicked on that and he did a little -- when we look at these studies, we don't see any mention of acetaminophen or Tylenol.

Do you remember that?

A. Yes, I do.

Q. And you told him later on he wasn't doing it right.

Do you remember that?

A. Yes.

Q. And so I want you to show the judge and the jury how to do this right so they can understand your testimony.

MR. MURDICA: Objection to form. That's not a question.

MR. TRACEY: It is.

QUESTIONS BY MR. TRACEY:

Q. Can you show us how to do this right, Dr. Cabrera, so that we can see how this database funded by the federal government shows that acetaminophen interacts with genes and is associated with autism?

A. Yes, I can.

And so as an example here, if you click on the genes that are indicated in the network, those genes come up. They're part of a gene list where if you look at a database, or actually even within this database, there are genes that have been associated with or been shown to cause autism.

And if you click on an individual gene, as an example, it will then show you the references that support those

interactions.

And so I'll use an example here of clicking on COMT, one of the ones that we mentioned, or clicking on capicua, CIC, where they ask where it was in the database. If you click on that, it then opens up the reference that indicates "acetaminophen affects the expression of capicua messenger RNA," and it provides you with a reference.

And if you click on that reference, it will then provide you the study that shows that acetaminophen was used in hepatotoxicity, as I indicated in my report, and shows the change in expression for capicua.

And that can be done with any of the genes in that -- in the gene family. So it could also be done with COMT as I'd also mentioned, and you'll get changes in COMT as well. And you can do that with any of the genes in the list.

That's where the references are.

Q. Is it true, Doctor, and we can do some more if we need to, but if I -- you

¹ click on any one of those genes --
²        And that's what those are,
³ genes, right?
⁴     A.    That's correct.
⁵     Q.    -- there is studies in this
⁶ federally supported database that link the
⁷ exposure to acetaminophen to either the
⁸ downregulation or the upregulation of the
⁹ expression of these genes?
¹⁰       MR. MURDICA:  Objection to
¹¹ form.
¹² QUESTIONS BY MR. TRACEY:
¹³     Q.    Is that right?
¹⁴     A.    There are studies for each one
¹⁵ of those genes.  They'll be supported --
¹⁶ there will be studies that support that
¹⁷ acetaminophen changes their expression.  And
¹⁸ you can also filter that if you want to look
¹⁹ particularly at upregulation, or increase in
²⁰ expression, or downregulation, or decrease
²¹ expression.
²²     Q.    Okay.  And the score there for
²³ acetaminophen and autism is 231, and the
²⁴ score for valproic acid is 264.
²⁵     A.    That is correct.

¹        MR. MURDICA:  Objection --
² QUESTIONS BY MR. TRACEY:
³     Q.    Is that right?
⁴        MR. MURDICA:  Objection to
⁵ form.
⁶ QUESTIONS BY MR. TRACEY:
⁷     Q.    The inference score.
⁸        Is that right?
⁹     A.    That is correct.
¹⁰     Q.    And in terms -- what is an
¹¹ "inference score"?
¹²     A.    So --
¹³        MR. MURDICA:  Objection to
¹⁴ form.
¹⁵        THE WITNESS:  So as indicated,
¹⁶     that's querying the database.  It
¹⁷     shows you the strength of this
¹⁸     interaction.
¹⁹ QUESTIONS BY MR. TRACEY:
²⁰     Q.    And so number 1, the highest
²¹ inference score is valproic acid.  Number 2
²² is acetaminophen.
²³        MR. MURDICA:  There's no
²⁴ question.  Objection to form.
²⁵

¹ QUESTIONS BY MR. TRACEY:
²     Q.    Is that right?
³     A.    That is correct.
⁴     Q.    It is a question.
⁵     A.    And there's two parts of this.
⁶        So partially sorted by direct
⁷ evidence and then by the inference score,
⁸ those are highest reported interactions.
⁹     Q.    Okay.  Let's do something.
¹⁰ Does anybody in the world that you know of
¹¹ think that ibuprofen causes autism?
¹²     A.    Not that I'm aware.
¹³     Q.    Let's do something just for
¹⁴ fun.  Let's go back and type in "ibuprofen"
¹⁵ and see if autism comes up.
¹⁶     A.    You want to look at diseases?
¹⁷     Q.    Diseases, yeah.
¹⁸        Do you see any autism there?
¹⁹     A.    I do not see that as a -- at
²⁰ least as a top hit, and the inferences scores
²¹ are rather low.
²²     Q.    And then if you go to
²³ hypertension, that's number one for
²⁴ ibuprofen?
²⁵     A.    That is correct.

¹     Q.    Do you know whether or not
² ibuprofen is associated with hypertension?
³     A.    It is associated with
⁴ hypertension.  It's one of the reasons why
⁵ it's contraindicated in late pregnancy.
⁶     Q.    Okay.  Okay.
⁷        Now, how did you use this
⁸ database, if you did, to support your
⁹ opinion?
¹⁰     A.    I used it to -- actually, and
¹¹ largely in response to criticism that was
¹² brought up by Dr. Chung in regards to having
¹³ no gene or gene-drug interactions identified
¹⁴ in the literature.
¹⁵     Q.    Okay.  And this is the proof
¹⁶ that that's false.
¹⁷        MR. MURDICA:  Objection to
¹⁸ form.
¹⁹        THE WITNESS:  So --
²⁰ QUESTIONS BY MR. TRACEY:
²¹     Q.    Is that right?
²²     A.    As indicated in my report, this
²³ data does report that there are overlapping
²⁴ etiology in regards to genes between ADHD and
²⁵ ASD, and I reported that in my report.

Page 410

1    Q.   Can you go back to the main
2 page again, just for a second, then we're
3 going to leave this.
4        Do you know -- do you know if
5 Johnson & Johnson has anything to do with
6 this database?
7    A.   I --
8        MR. MURDICA:  Objection.
9        THE WITNESS:  Not that I'm
10   aware.
11 QUESTIONS BY MR. TRACEY:
12   Q.   Okay.  Do you know if Johnson &
13 Johnson gives any money to support this
14 database?
15   A.   Not that I'm aware.
16   Q.   All right.  Anything else we
17 need to talk about on this database for now?
18   A.   I think we've covered the
19 deficiencies that I've noticed earlier.
20   Q.   Okay.  I want to flip and talk
21 about this adverse outcome pathway for a
22 second.
23        If somebody could bring up
24 adverse outcome pathway 20 so we can put it
25 on the screen like we did this database.

Page 411

1        By the way, you did -- you told
2 Mr. Murdica what you did was a weight of the
3 evidence analysis, correct?
4    A.   That is correct.
5    Q.   And weight of the evidence
6 analysis means -- does it -- does it mean you
7 weighed all the different lines of evidence?
8    A.   That is correct.
9    Q.   And is there any one piece in
10 your weight of the evidence analysis that if
11 it, you know, wasn't there, your opinion
12 would crumble to dust?
13        MR. MURDICA:  Objection to
14   form.
15        THE WITNESS:  Any one piece.
16   If there were deficiencies at multiple
17   steps, then you would be -- you would
18   have trouble drawing conclusions.
19 QUESTIONS BY MR. TRACEY:
20   Q.   Well, let me ask it this way.
21        If the toxicogenomic database
22 didn't exist, would you still have the same
23 opinion?
24   A.   I could still draw -- I could
25 still make the opinions in the absence of the

Page 412

1 database.
2    Q.   Okay.  And if the adverse
3 outcome pathway that's been published as
4 number 20 didn't exist, would you still have
5 the same opinions?
6    A.   Yes, and I would still go
7 through the same analysis, even in the
8 absence of adverse outcome pathway number 20.
9    Q.   What I want to do just for fun
10 is, can you search this pathway for the word
11 "autism"?
12   A.   Yes, I can.
13   Q.   Hold on.  Before you do that,
14 before you hit -- oh, sorry.  I was going to
15 read the actual title of the pathway.
16        It's called "The binding of
17 electrophilic chemicals to the SH thiol group
18 of proteins and/or to selenoproteins involved
19 in protection against oxidative stress during
20 brain development leading to impairment of
21 learning and memory."
22        Did I read that right?
23   A.   That's correct.
24   Q.   And then over to the right are
25 a bunch of authors, right?

Page 413

1    A.   That is correct.
2    Q.   Do you know if any of them work
3 for Johnson & Johnson?
4    A.   I do not know that any of them
5 work for Johnson & Johnson.
6    Q.   Okay.  Go back and search for
7 "autism."  I want to see whether it comes up
8 in this document.
9    A.   So it indicates there's 15
10 mentions of autism within the document.
11   Q.   Okay.  Can we -- let's just
12 look at a couple.  I don't know if you can
13 make that bigger.  I'm blind, and I have some
14 my glasses on.
15   A.   That good?
16   Q.   So there's a reference that
17 says, "The relationship between mercury and
18 autism, a comprehensive review and
19 discussion."  And that's referenced in this
20 paper?
21   A.   That is correct.
22   Q.   And then down below, it's got
23 "Landa, diagnosis of autism spectrum
24 disorders in the first three years of life."
25        That's another one?

Page 414

1    A.    Yes.

2    Q.    Let's go to the next one.  "The

3 role of epigenetic change in autism spectrum

4 disorders," and that's in the Frontiers of

5 Neurology, there at the top page 23?  "The

6 role of epigenetic change in autism

7 spectrum" -- oh.

8    A.    I -- yes.

9    Q.    It's a stream site, isn't it?

10 Yeah.

11    A.    Yes, it is.

12    Q.    Okay.  Do you know whether or

13 not epigenetic change has been associated

14 with autism?

15         MR. MURDICA:  Objection to

16    form.

17         THE WITNESS:  Yes, I do know it

18    has been associated.

19 QUESTIONS BY MR. TRACEY:

20    Q.    Okay.  In your lab, do you

21 spend a great deal of your time studying and

22 researching epigenetic changes?

23         MR. MURDICA:  Objection to

24    form.

25         THE WITNESS: Yes, we do.  We

Page 415

1    recently published an epigenetic study

2    looking at the interaction of folate

3    or folic acid specifically on

4    epigenetic changes in the animal model

5    or mice.

6 QUESTIONS BY MR. TRACEY:

7    Q.    Okay.  Keep clicking.  Let's

8 see what else comes up in this adverse

9 outcome pathway on autism.

10         Okay.  "The putative role of

11 environmental mercury and the pathogenesis

12 and pathophysiology of autism spectrum

13 disorders and subtypes."

14         What's next?  There we go.

15         Is this in the body of the AOP

16 here?

17         MR. MURDICA:  Objection to

18    form.

19 QUESTIONS BY MR. TRACEY:

20    Q.    Can we tell?

21    A.    This is page 47 of the AOP.

22    Q.    And they mention there in the

23 middle, "Indeed, disruption of glutamate,

24 signalling is thought to be part of the

25 etiology underlying some neurodevelopmental

Page 416

1 disorders such as autism and schizophrenia."

2         Do you agree with that?

3    A.    I -- yes, that has been

4 reported.

5    Q.    Okay.  Same -- next paragraph,

6 they mention autism again saying, "Genes

7 involved in gluta -- glutamatergic pathways

8 affecting receptor signalling metabolism and

9 transport were enriched in genetic variants

10 associated with autism spectrum disorder."

11         Is that right?

12    A.    Yes, it is.

13    Q.    What does that mean?

14    A.    Simply that if you looked at

15 those genes that have been associated with

16 autism spectrum disorder, and that is, genes

17 that have been known to modify or increase

18 risk for autism, that they also overlap

19 functionally and mechanistically with

20 glutaminergic pathways.

21    Q.    Just click on another one.

22 Just go to one more through there.

23         There we got another paper.

24 That may be the same guy.

25    A.    Yeah.  I think this is the

Page 417

1 reference that they were referencing in those

2 studies.

3    Q.    Yeah.  Okay.  Click one more in

4 that.

5         "Autism and intellectual

6 disability:  Two sides of the same coin."

7 That's referenced in this paper, isn't it?

8    A.    Yes, it is.

9    Q.    Now, the name of this adverse

10 outcome pathway though isn't autism; they're

11 talking about memory and learning, right?

12    A.    That is correct.

13    Q.    Do you know why autism is

14 referenced so many times in this adverse

15 outcome pathway that's been published and

16 publicly available?

17         MR. MURDICA:  Object.  Object

18    to the form.

19         THE WITNESS:  Because there's

20    overlap in the outcome with particular

21    exposures and their impact on

22    neurodevelopment that can lead to both

23    intellectual disability, autism and

24    other neurodevelopmental disorders,

25    including ADHD.

1 QUESTIONS BY MR. TRACEY:
2     Q.     And do you use adverse outcome
3 pathways in your -- in your -- during your --
4 in your day job?
5     A.     I find them helpful, and the
6 answer is yes.  I find them helpful for
7 identifying where there's deficiencies in
8 research so that we can develop hypotheses
9 and obtain funding to test those hypotheses.
10     Q.     And do you teach that to
11 students?
12     A.     I do teach it to my students,
13 yes.
14     Q.     Okay.  The toxicogenomic
15 database that we were on a few minutes ago
16 supported by the federal government, do you
17 use that database in your day job?
18     A.     Occasionally.  When I have to
19 look up data on a -- on a chemical that I'm
20 researching, I'll often start with the
21 database searches as it's normal to start
22 with what's known in the databases, both the
23 chemistry databases and the genetics and
24 genomics databases.
25     Q.     Do you remember when

1 Mr. Murdica was clicking on 35 and bringing
2 up those papers and said none of them said
3 acetaminophen?
4     Do you remember that?
5     A.     Yes, I do.
6     Q.     How come he couldn't find
7 acetaminophen?
8     A.     Well, that study that's -- we
9 were -- that I would reference in regard to
10 Santos was a methodology.  It's describing
11 the method I was using.
12     It wasn't describing the
13 genetic analysis that I did, which you have
14 to click on the genes in order to look at the
15 genetic analysis.
16     Q.     So he was just in the wrong
17 place?
18     A.     That is correct.
19     Q.     Okay.  Do you -- Dr. Cabrera,
20 you're familiar with the peer review process?
21     A.     Yes, I am.
22     Q.     What is the peer review
23 process?
24     A.     If you want to publish a paper
25 that is going to be in a reputable,

1 scientific journal, then it's -- it will be
2 sent out by multiple reviewers, and that's
3 part of what we refer to as the peer review
4 process.
5     We find reviewers for a paper
6 based on common publications of those
7 reviewers with the topic of the publication,
8 and then they review it and criticize it or
9 find deficiencies in it.
10     And that gets returned back to
11 the author to correct or to respond to those
12 criticisms in order to have the paper meet an
13 expected scientific standard.
14     Q.     Okay.  And have you yourself
15 been a peer reviewer?
16     A.     I've acted as both peer
17 reviewer and editor for various journals.
18     Q.     And on the topic of birth
19 defects or adverse birth outcomes?
20     A.     Yes.  I've been guest editor
21 for Birth Defects Research, and I'm currently
22 acting as a guest editor for Reproductive
23 Toxicology.
24     Q.     And so you -- you've done
25 what -- you've been the peer reviewer where

1 you looked at somebody else's scientific
2 work; you made edits; you made comments; you
3 asked questions, right?
4     A.     I still do that as well, yes.
5     Q.     And you yourself -- you've had
6 your homework graded when you've submitted it
7 to peer review by other experts in the field,
8 haven't you?
9     A.     Yes, I have.
10     Q.     And all that is part of the
11 scientific process that is so important to
12 worldwide scientific knowledge, isn't it?
13     MR. MURDICA:  Objection to
14 form.
15     You're doing it again, Sean.
16 See if you can ask a non-leading
17 question.  You're obligated to.
18     MR. TRACEY:  Okay.  I'm trying
19 to move us out of here quickly, but,
20 Robert --
21     MR. MURDICA:  Doesn't --
22 doesn't feel that way.
23 QUESTIONS BY MR. TRACEY:
24     Q.     Tell us why the peer review
25 process is important.

Page 422

1    A.   It's important that the
2  research meets a standard and that people
3  that are proficient in the field can
4  understand it and potentially reproduce it.
5        In order for -- to provide that
6  information, it needs to be reviewed by
7  others to meet that standard.
8    Q.   Okay.  And you participate and
9  support the peer review process; is that
10  right?
11    A.   Yes, I do.
12    Q.   Mr. Murdica showed you a
13  document, I think it might be Exhibit 17, but
14  was that a peer review of AOP 20?
15    A.   Yes, that has been
16  peer-reviewed as well.
17    Q.   Okay.  Anything in that peer
18  review that you read on your break that
19  alters one word of your opinion?
20        MR. MURDICA:  Objection to
21    form.
22        THE WITNESS:  No, there's not.
23  QUESTIONS BY MR. TRACEY:
24    Q.   Okay.  That looked like a
25  typical peer review process?

Page 423

1    A.   Well, they -- some of them can
2  be pretty intense, so I would say it was --
3  it was a -- maybe an average -- yeah, an
4  average peer review process.
5    Q.   Okay.  All right.  All of your
6  opinions that you've given and gave in your
7  report are based on reasonable scientific
8  certainty?
9    A.   Yes.  All the opinions I've
10  given have been provided within a reasonable
11  degree of scientific certainty.
12    Q.   Tell me what percentage of your
13  adult life you've been engaged in trying to
14  find out the cause of and ways to prevent
15  birth defects.
16    A.   Actually, all of my adult life
17  I've been working either in genetics or birth
18  defects research.
19    Q.   Your entire professional life?
20    A.   Yeah, starting as an
21  undergraduate and continuing on thereafter.
22        MR. TRACEY:  And -- okay.  All
23    right.  Dr. Cabrera, I'll save the
24    rest for later.  Thank you.
25        I'll pass the witness.

Page 424

1        REDIRECT EXAMINATION
2  QUESTIONS BY MR. MURDICA:
3    Q.   Dr. Cabrera, do you stand by
4  the answers that you gave me under oath so
5  far today?
6    A.   I do.
7    Q.   Okay.  Mr. Tracey started
8  asking you questions, several of them, about
9  Rick Finnell and Rick Finnell's
10  qualifications and lab you share with Rick
11  Finnell.
12        Do you remember those?
13    A.   Yes.
14    Q.   You also know, Dr. Cabrera,
15  that Rick Finnell has taken a lot of money
16  from Sean Tracey and other plaintiffs'
17  lawyers involved in this litigation, right?
18        MS. KING:  Objection, form.
19        MR. TRACEY:  Object to the
20    form.
21        THE WITNESS:  I don't -- I
22    don't know how much money he's
23    received.
24  QUESTIONS BY MR. MURDICA:
25    Q.   You know that Mr. Tracey has

Page 425

1  hired him for other birth defect litigation,
2  right?
3        MR. TRACEY:  Object to the
4    form.
5        THE WITNESS:  I -- I'm aware.
6  QUESTIONS BY MR. MURDICA:
7    Q.   You're aware.  You've testified
8  under oath about it before, right?
9    A.   I'm aware.
10    Q.   Okay.  And it goes, you got
11  into this business of taking money from
12  plaintiffs' lawyers from Dr. Finnell who
13  originally was the one taking money from
14  plaintiffs' lawyers, right?
15        MS. KING:  Objection.  Form.
16  QUESTIONS BY MR. MURDICA:
17    Q.   He got you into it?
18    A.   To be clear, Richard Finnell
19  has worked with both the defense and
20  plaintiffs in the past and has been --
21  because I recall he's been retained in the
22  past also by defense.
23        Particularly I think he was
24  actually on a panel for Johnson & Johnson in
25  the past.

1    Q.    You testified under oath before
2 that he did one case for one defendant for a
3 short amount of time.
4         Do you remember testifying to
5 that in 2018?
6    A.    As I just indicated.
7    Q.    Okay.  And you know that
8 Dr. Finnell has worked for plaintiffs'
9 lawyers on birth defect cases.  By and large
10 that's been his expert involvement in
11 litigation, right?
12    A.    He has done that, yes.
13    Q.    And that's how you got
14 introduced to this, right?
15    A.    We used to have a company
16 together.
17    Q.    Okay.  When you brought up the
18 database onto the computer screen, one of the
19 things Mr. Tracey had you read was the
20 base -- the background on the database, and
21 it said -- well, you read into the record
22 that it was intended to aid with the
23 development of hypotheses.
24         Correct?
25    A.    That's correct.

1    Q.    And that's what you used it
2 for, right?
3    A.    Initially, as I just told you,
4 I looked at that database in order to see if
5 there -- if and how many genes there were
6 that were common to the etiology of ADHD and
7 ASD.
8    Q.    Right.
9         And what the database says --
10 there's a disclaimer that I'm sure you've
11 seen that says, this should not be used to
12 diagnose any condition or disease, right?
13    A.    That is correct.  It's not for
14 diagnosis.
15    Q.    Right.
16         And the fact that there's a
17 number of genes allegedly connected to a
18 particular compound and an outcome doesn't
19 mean that it's causative, correct?
20    A.    That in and of itself is not
21 enough evidence to conclude causality.
22    Q.    And the example he showed you,
23 you clicked on CIC.  That was the first gene
24 you clicked on, right?
25    A.    As indicated earlier, I -- the

1 question had come up about where was CIC in
2 the database, and so that was what I clicked
3 on to show you.
4    Q.    And it gave the Beyer article,
5 which we previously marked as an exhibit,
6 right?
7    A.    That's correct.
8    Q.    And you weren't able to show
9 where CIC was in the article, correct?
10    A.    I told you it was in the data.
11    Q.    Right.
12         And we didn't see that on what
13 you just brought up on the -- on the computer
14 screen, correct?
15    A.    We didn't -- we didn't dig
16 that deep into the data.
17    Q.    That didn't fill in the gap of
18 what we were missing, right?
19         MS. KING:  Objection.  Form.
20         THE WITNESS:  We didn't dig
21    that deep into the data.
22 QUESTIONS BY MR. MURDICA:
23    Q.    Okay.  If I leave a blank in
24 the transcript right here, will you fill in
25 when you -- when you get -- review and sign

1 the transcript, will you fill in where that
2 mention is actually found in Beyer?
3    A.    I can --
4         MS. KING:  Objection.  Form.
5         THE WITNESS:  I can -- I can
6    look into it.
7 QUESTIONS BY MR. MURDICA:
8    Q.    Thank you, Doctor.
9         If, when we get the transcript,
10 the blank that we're going to put is not
11 filled in, can we agree that it doesn't
12 exist, and it's not actually in that
13 citation?
14         MS. KING:  Objection.  Form.
15         THE WITNESS:  We could agree
16    that I didn't find it.
17 QUESTIONS BY MR. MURDICA:
18    Q.    Okay.  Fair enough.
19         Mr. Tracey had you reading
20 from -- oh, by the way, if you were to click
21 on more of those genes, we would end up with
22 the other article marked that was responsible
23 for 217 of those 273, right, the one I showed
24 you earlier.
25    A.    Potentially.

Page 430

1    Q.   Right.
2         And that -- we never found --
3    in two of the articles I showed you, we never
4    found mention of the genes of the two that we
5    actually looked at, right?
6    A.   In that particular article, we
7    did not see them.
8    Q.   Right.
9         And that's responsible for the
10   majority of the alleged gene interactions
11   that Mr. Tracey had you click on, right?
12   A.   I can certainly look into that.
13   Q.   Okay.  And if we were to open
14   others, I'm not going to make you do it right
15   now, but you tell me if you know this, I just
16   clicked on, on my own computer, FMO1, which
17   was one of those genes, and it lists a couple
18   different references.  And one says that
19   acetaminophen upregulates FM01 and then right
20   there, there is another reference that says
21   acetaminophen downregulates FMO1.
22        You've seen that, right?
23   A.   There are examples where the
24   expression can change, depending on both
25   which tissues they're testing, which cell

Page 431

1    lines they're testing or the dosages they're
2    testing.  You find differences in response.
3    Q.   Yeah.  There's -- you agreed
4    with me earlier that the criteria for
5    including a gene in that is just that some
6    article somewhere mentions it somehow as
7    associated in some way, right?  There's a --
8    you could look at the listing of what words
9    they pick up on to determine whether to
10   include it, right?
11   A.   It is a text-based query, and
12   you can then sort through that text base.  So
13   if you want to look at just the genes that
14   are downregulated, you can find that, or just
15   the genes that are upregulated.  You can also
16   look at protein interactions if you want to
17   look at mechanistic interactions as well.
18   Q.   It's someone's attempt to put
19   all the data they can find together in one
20   place and let the viewer decide what to do
21   with it for hypothesis generation, correct?
22   A.   Well, it's also the state of
23   the art right now for mining existing
24   scientific literature for information that
25   can be helpful for regulatory purposes.

Page 432

1    Q.   Right.
2         And for identifying potential
3    gene compound outcome interactions, right?
4    A.   It's used that -- for that as
5    well.
6    Q.   Yeah.
7         It doesn't prove causation in
8    any given circumstance by itself, correct?
9    A.   By itself, currently, it does
10   not --
11   Q.   Okay.
12   A.   -- demonstrate causation.
13   Q.   Then Mr. Tracey showed you
14   AOP 20, and he had you read the instances
15   where the word "autism" appeared.
16        Do you remember that?
17   A.   Yes, I do.
18   Q.   Okay.  And one of them he had
19   you read about, that autism shares pathways
20   with glute -- shares -- has commonality with
21   glutamatergic pathways.
22        Do you remember that?
23   A.   Yes, I do.
24   Q.   Okay.  And that has nothing do
25   with this case.  That's GABA, right?

Page 433

1    A.   That is GABA.
2    Q.   Yeah.  And GABA is not one of
3    the mechanisms of action you've postulated in
4    any way to do with acetaminophen and the two
5    outcomes here, right?
6    A.   I did not discuss GABA.
7    Q.   And when you looked carefully
8    at what we're calling the peer review part of
9    AOP 20, you saw clearly that the reviewers
10   said, "Unless the authors want to change the
11   ad" -- "the adverse outcome to autism, then
12   they should delete it.  The authors must
13   delete the sentence in the overall assessment
14   domain of applicability section where they
15   refer to autism.  This is not an AOP for
16   autism, and if that's the intention, it must
17   be changed."
18        You saw that when you were
19   reviewing it, right?
20        MS. KING:  Objection.  Form.
21        THE WITNESS:  I read that.
22   QUESTIONS BY MR. MURDICA:
23   Q.   Yeah.  You don't agree with
24   Mr. Tracey that this is about autism in any
25   way, shape or form, correct?

Page 434

1    MS. KING: Objection. Form.
2    THE WITNESS: So to be clear,
3    the AOP still has language in regard
4    to interaction with autism and
5    reference with autism as an endpoint.
6    QUESTIONS BY MR. MURDICA:
7    Q.    It has -- it has the mentions
8    like what you looked at with Mr. Tracey,
9    right?
10    A.    In addition to what I've
11    referenced in my report.
12    Q.    Right.
13    What it -- what it doesn't say
14    is that autism is an outcome as part of that
15    AOP.  And it's very clear, is it not, from
16    the review, that that was not permitted to be
17    part of it?
18    MS. KING: Objection.  Form.
19    THE WITNESS: But -- I don't
20    know about permission, but they ask
21    that it's either -- the AOP itself be
22    changed to autism-specific AOP, or
23    that it be removed, and they chose to
24    remove it.
25

Page 435

1    QUESTIONS BY MR. MURDICA:
2    Q.    Right.
3    And the author acknowledged, in
4    what we read before, that they couldn't
5    change it to autism because there wasn't
6    enough data to support it, correct?
7    MS. KING: Objection.  Form.
8    THE WITNESS: That was, in
9    part, what we read earlier.
10    MR. MURDICA: Okay.  I don't
11    have any other questions.
12    RECROSS-EXAMINATION
13    QUESTIONS BY MR. TRACEY:
14    Q.    Dr. Cabrera, Mr. Murdica likes
15    to talk a lot about money and plaintiffs'
16    lawyers.
17    Have you noticed that?
18    A.    I've heard it a few times.
19    Q.    Yeah.  I want to talk about
20    money and Johnson & Johnson for a minute.
21    Okay?
22    A.    Okay.
23    Q.    Do you know whether or not
24    Baylor College of Medicine receives money
25    from Johnson & Johnson?

Page 436

1    A.    Yes, they do.
2    Q.    Do you know whether or not
3    Baylor College of Medicine, because they
4    receive money from Johnson & Johnson, forbid
5    Rick Finnell from testifying in this case?
6    A.    That is correct.
7    Q.    What do you think of that?
8    MR. MURDICA: Objection to
9    form.
10    THE WITNESS: Well, it's a
11    little bit upsetting.  A little bit
12    disturbing.
13    QUESTIONS BY MR. TRACEY:
14    Q.    That someone can throw their
15    money around and stop scientists from
16    testifying?
17    MR. MURDICA: Hang on.
18    Objection to form.
19    THE WITNESS: That's correct.
20    MR. MURDICA: Sean, you said
21    that Baylor -- you're testifying,
22    Sean, but you're testifying that
23    Baylor is preventing Finnell, correct?
24    MR. TRACEY: That's right.
25    Because they receive money from

Page 437

1    Johnson & Johnson, they are preventing
2    him from testifying in this case.
3    MR. MURDICA: Yeah.  Okay.  You
4    don't -- you don't know that.  That is
5    improper.  That is definitely not --
6    MR. TRACEY: I do know it,
7    because I've seen the letter.
8    MR. MURDICA: Well, you're not
9    under oath, and you're not giving
10    witness testimony, so you need to
11    stop.
12    MR. TRACEY: Well, I know.
13    That's why I'm asking Robert
14    Cabrera --
15    MR. MURDICA: You told him.
16    MR. TRACEY: -- because he
17    knows it, and I need to get the
18    testimony from him.
19    MR. MURDICA: I think you
20    forgot how to ask a question,
21    Mr. Tracey.  But you need to stop.
22    MR. TRACEY: I've forgot --
23    I've forgotten so much, Jim, I don't
24    know where to begin.
25

¹ QUESTIONS BY MR. TRACEY:
²    Q.   But let me ask you this.
³      Dr. Cabrera, you know, sir,
⁴ don't you, that Baylor College of Medicine
⁵ refused to allow Rick Finnell to testify in
⁶ this case because they receive money from
⁷ Johnson & Johnson?
⁸      MR. MURDICA:  Objection to the
⁹    form.  I mean, that is literally --
¹⁰      MR. TRACEY:  Do you --
¹¹      MR. MURDICA:  Can you ask a
¹²    non-leading question?
¹³ QUESTIONS BY MR. TRACEY:
¹⁴    Q.   Let me flip it around.
¹⁵      Do you know whether or not
¹⁶ Baylor College of Medicine forbid Rick
¹⁷ Finnell from testifying in this case because
¹⁸ they received money from Johnson & Johnson?
¹⁹      MR. MURDICA:  Objection to
²⁰    form.
²¹      THE WITNESS:  That is correct.
²² QUESTIONS BY MR. TRACEY:
²³    Q.   Okay.
²⁴    A.   That was the reason they gave
²⁵ him that he could not testify.

¹    Q.   That was the reason they gave
² him.
³      MR. MURDICA:  Objection to
⁴    form.
⁵      MR. TRACEY:  Sorry, I spoke
⁶    over you.
⁷ QUESTIONS BY MR. TRACEY:
⁸    Q.   I just want to make sure.
⁹      Is that what you said?
¹⁰    A.   That is the reason they gave
¹¹ him; that he was -- that he would not be
¹² allowed to testify.
¹³      MR. MURDICA:  Objection to
¹⁴    form.
¹⁵ QUESTIONS BY MR. TRACEY:
¹⁶    Q.   Okay.  Do you know whether he
¹⁷ agrees with you?
¹⁸      MR. MURDICA:  Objection to
¹⁹    form.  This is not -- if you want
²⁰    Dr. Finnell, get Dr. Finnell.  This is
²¹    not about Dr. Finnell.
²²      THE WITNESS:  He does agree
²³    with me.
²⁴      MR. TRACEY:  All right.  Thank
²⁵    you, Dr. Cabrera.  Pass the witness.

¹      FURTHER REDIRECT EXAMINATION
² QUESTIONS BY MR. MURDICA:
³    Q.   Dr. Cabrera, you testified
⁴ earlier that Baylor doesn't even know the
⁵ crazy opinions you're espousing here, right?
⁶ You never told them?
⁷      MS. KING:  Objection.  Form.
⁸ QUESTIONS BY MR. MURDICA:
⁹    Q.   Do they know you're out here
¹⁰ creating a health hazard?
¹¹      MS. KING:  Objection.  Form.
¹² QUESTIONS BY MR. MURDICA:
¹³    Q.   Dr. Cabrera, does Baylor know
¹⁴ what you're doing?
¹⁵      MS. KING:  Objection.  Form.
¹⁶      MR. TRACEY:  Don't answer those
¹⁷    questions.  Those are abusive and
¹⁸    insulting and unbecoming.
¹⁹ QUESTIONS BY MR. MURDICA:
²⁰    Q.   Dr. Cabrera, does Baylor know
²¹ what you're doing today and the opinions that
²² you're offering?
²³    A.   As I already indicated, I'm on
²⁴ vacation today.
²⁵    Q.   Right.

¹      Did you ask Baylor anything
² about Dr. Finnell and whether or not he could
³ testify in this litigation?
⁴    A.   I didn't ask Baylor about
⁵ what -- whether Dr. Finnell could, but he did
⁶ disclose that information to me.  And he told
⁷ me that Baylor said that he would not be
⁸ allowed to testify.
⁹    Q.   So Dr. Finnell told you
¹⁰ something that he allegedly heard from
¹¹ Baylor, correct?
¹²      MS. KING:  Object to form.
¹³      THE WITNESS:  It's not that he
¹⁴    allegedly heard.  He had communication
¹⁵    in that regard.
¹⁶ QUESTIONS BY MR. MURDICA:
¹⁷    Q.   But you did not.  You didn't
¹⁸ hear it, did you?  Did you see a
¹⁹ communication?
²⁰    A.   I have -- I have not seen a
²¹ communication.
²²    Q.   Okay.  Did Dr. Finnell ask
²³ Baylor before deciding whether or not he
²⁴ could do that here?
²⁵    A.   He asked before he could

Confidential - Subject to Protective Order

Page 442

1  testify.
2      Q.    He asked, but you didn't,
3  right?
4      A.    I -- my conflict of interest is
5  through my company.  He was going to testify
6  as an individual employee of Baylor.
7      Q.    So if he had a company, it
8  would be different?
9      A.    As it used to be when we were
10 part of the same company, we consulted under
11 our company.
12     Q.    Okay.  So you were just asked
13 questions about something that you heard
14 third-hand from Dr. Finnell that he allegedly
15 asked Baylor about but you didn't, right?
16         MS. KING:  Objection.  Form.
17         THE WITNESS:  I heard firsthand
18     from Dr. Finnell in that regard.
19 QUESTIONS BY MR. MURDICA:
20     Q.    Right.
21         About something he allegedly
22 heard from Baylor itself, right?
23     A.    About his communication with
24 Baylor.
25     Q.    Okay.

Page 443

1      A.    He told me that it wasn't that
2  I went out and asked him.  He told me that --
3  about what was going on.
4      Q.    So other people at Baylor, if
5  they don't have a company, have to ask Baylor
6  if they can testify as an expert, but you
7  don't, right?
8      A.    Anybody that has a company and
9  files conflict of interests through their
10 company, I have it on my disclaimer and I'm
11 under a conflict of interest that I have to
12 disclose what I'm doing in my company, and I
13 have to identify whether it's creating a
14 conflict of interest with my funded research.
15 And if it does, then I'll have to disclose
16 that, and that's one of the reasons why I
17 mentioned earlier that I would not be able to
18 do acetaminophen work at Baylor College of
19 Medicine.
20     Q.    And Baylor hasn't stopped you
21 in any way from testifying here or offering
22 your opinions, correct?
23     A.    They have not.
24         MR. MURDICA:  Okay.  I have no
25     further questions.

Page 444

1         MR. TRACEY:  Thanks,
2  Dr. Cabrera.
3         THE WITNESS:  Thank you.
4         VIDEOGRAPHER:  Okay.  Off the
5  record.  6:38.
6  (Deposition concluded at 6:38 p.m.)
7             – – – – – – –
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 445

1              CERTIFICATE
2      I, CARRIE A. CAMPBELL, Registered
3  Diplomate Reporter, Certified Realtime
   Reporter and Certified Shorthand Reporter, do
4  hereby certify that prior to the commencement
   of the examination, Robert Cabrera, Ph.D.,
5  was duly sworn by me to testify to the truth,
   the whole truth and nothing but the truth.
6      I DO FURTHER CERTIFY that the
7  foregoing is a verbatim transcript of the
   testimony as taken stenographically by and
8  before me at the time, place and on the date
   hereinbefore set forth, to the best of my
9  ability.
10     I DO FURTHER CERTIFY that I am
   neither a relative nor employee nor attorney
11 nor counsel of any of the parties to this
   action, and that I am neither a relative nor
12 employee of such attorney or counsel, and
   that I am not financially interested in the
13 action.
14
15     _____
16     CARRIE A. CAMPBELL,
17     NCRA Registered Diplomate Reporter
   Certified Realtime Reporter
18 California Certified Shorthand
   Reporter #13921
   Missouri Certified Court Reporter #859
19 Illinois Certified Shorthand Reporter
   #084-004279
20 Texas Certified Shorthand Reporter #9328
   Kansas Certified Court Reporter #1715
21 New Jersey Certified Court Reporter
   #30XI00242600
22 Louisiana Certified Court Reporter
   #2021012
23 Notary Public
   Dated:  August 3, 2023
24
25

Page 446

## INSTRUCTIONS TO WITNESS

Please read your deposition over carefully and make any necessary corrections. You should state the reason in the appropriate space on the errata sheet for any corrections that are made.

After doing so, please sign the errata sheet and date it. You are signing same subject to the changes you have noted on the errata sheet, which will be attached to your deposition.

It is imperative that you return the original errata sheet to the deposing attorney within thirty (30) days of receipt of the deposition transcript by you. If you fail to do so, the deposition transcript may be deemed to be accurate and may be used in court.

Page 448

## _ _ _ _ _ _ _
## ERRATA
_ _ _ _ _ _ _

PAGE  LINE  CHANGE

Page 447

## ACKNOWLEDGMENT OF DEPONENT

I, _____, do hereby certify that I have read the foregoing pages and that the same is a correct transcription of the answers given by me to the questions therein propounded, except for the corrections or changes in form or substance, if any, noted in the attached Errata Sheet.

_____
Robert Cabrera, Ph.D.          DATE

Subscribed and sworn to before me this

_____ day of _____, 20 _____.

My commission expires: _____

Notary Public

Page 449

## _ _ _ _ _ _ _
## LAWYER'S NOTES
_ _ _ _ _ _ _

PAGE  LINE

## WORD INDEX

**< $ >**
**$100,000**
 167:*21*

**< 0 >**
**0.05** 89:*19*
 90:*22* 91:*9*
**0.43** 289:*16*
**0.51** 268:*6*
**0.87** 289:*16*
**0.92** 241:*3,*
*21*
**0.99** 383:*12*
**00001** 90:*4*
**00966** 3:*7*
**02** 9:*22*
**05** 90:*7*
**053** 243:*17*
**07960** 4:*21*
**084-004229**
 445:*19*

**< 1 >**
**1** 8:*13*
 64:*3, 15, 16*
 88:*5, 9, 10,*
*15* 89:*5*
 90:*14, 18, 24*
 211:*19, 23*
 212:*22, 23*
 230:*23, 25*
 231:*6*
 239:*11, 22*
 243:*25*
 270:*8*
 273:*25*
 295:*2, 7, 15*
 316:*9*
 382:*24*
 383:*15*
 384:*6, 19*

 385:*1*
 407:*20*
**1,300** 210:*1,*
*4* 212:*1, 19*
**1,430** 289:*14*
**1,515** 365:*19*
**1.06** 268:*4*
 270:*22*
**1.09** 211:*24*
 212:*15*
**1.27** 383:*11*
**1.32** 242:*2*
**1.33** 242:*4*
**1.48** 239:*21*
 241:*8*
**1.55** 243:*17,*
*24*
**1.56** 211:*22*
 212:*15*
**1.63** 383:*12*
**1.7** 289:*17*
**1.91** 210:*17*
 211:*16, 18*
 213:*13*
**1:22-md-**
**03043** 1:*6*
**1:22-md-**
**03043-DLC**
 1:*4*
**10** 9:*11*
 150:*6*
 151:*16*
 222:*6, 12*
 226:*22*
 270:*1*
 330:*15*
**10.6** 233:*24*
**10:01** 86:*11,*
*12*
**10:22** 86:*14*
**100** 138:*19*
 168:*8*
**10019** 5:*8*

**10019-9601**
 5:*24*
**10036** 5:*14*
**10th** 152:*18*
**11** 9:*15*
 256:*22, 25*
 263:*16*
 373:*6*
**11:25**
 150:*25*
 151:*1*
**11:43** 151:*3*
**11:59**
 166:*23, 24*
**111** 8:*18*
**11758** 2:*24*
**118** 8:*18*
 331:*1*
**1185** 5:*13*
**12** 8:*5*
 9:*15*
 209:*22*
 256:*22*
 257:*1*
 393:*15*
**12:48** 167:*1*
**1200** 4:*16*
 5:*2*
**125** 8:*21*
**126** 2:*23*
**127** 9:*1*
**128** 9:*1*
**12-hour**
 304:*22*
**12th** 4:*16*
 5:*2*
**13** 9:*18*
 266:*17, 20,*
*21* 270:*1*
**13202** 6:*8*
**133** 9:*3*
**135** 257:*7*
**1355** 10:*4*
**136** 263:*10*

**138** 263:*16,*
*20* 264:*5*
**13921**
 445:*18*
**14** 9:*21*
 19:*13*
 20:*12*
 22:*25*
 23:*10* 81:*1*
 279:*8, 12*
 338:*20*
**140** 280:*2*
**147** 347:*20*
 348:*4*
**149** 9:*5*
**15** 10:*1*
 113:*16*
 119:*6*
 179:*13*
 223:*13*
 298:*21, 25*
 299:*2*
 302:*2, 7, 11,*
*12* 338:*20*
 413:*9*
**150** 2:*16*
**158** 337:*18*
**16** 10:*4*
 312:*21, 22*
 314:*15*
 315:*18*
**17** 10:*4*
 331:*22*
 332:*2*
 337:*17*
 338:*15*
 422:*13*
**1700** 5:*18*
**1715** 445:*20*
**17th** 6:*2*
**18** 10:*8*
 338:*20*
 364:*18, 20,*

 *21, 25*
**181** 254:*12*
**184** 230:*24*
**187** 253:*8*
**19** 10:*11*
 369:*17*
 370:*4, 17*
**1901** 1:*14*
 2:*5*
**191** 363:*9*
**19103** 6:*3*
**192** 242:*18,*
*19* 243:*1*
**1980s**
 155:*12*
**1990s**
 155:*13*
**1992** 210:*6*
**1995** 389:*23*
**1st** 349:*13*

**< 2 >**
**2** 1:*6* 8:*3,*
*18* 11:*5*
 86:*15*
 111:*21*
 112:*8*
 116:*15, 22*
 133:*21*
 134:*1*
 137:*25*
 139:*10*
 149:*12*
 236:*8*
 250:*11, 20*
 251:*3*
 270:*1, 7, 8*
 303:*3, 7*
 304:*17*
 316:*15*
 381:*9, 14*
 384:*6*
 407:*21*
**2,644** 210:*2*

**2.02** 267:*21* 270:*4*

**2.05** 268:*6*

**2.1** 246:*5*

**2.14** 246:*3*

**2.24** 211:*24* 212:*15*

**2.25** 243:*21*

**2.26** 246:*1*

**2.29** 243:*23*

**2.39** 241:*20*

**2.44** 246:*23*

**2.77** 268:*1*

**2.86** 246:*17*

**2:21** 255:*12, 13*

**2:41** 255:*15*

**20** 8:*13* 10:*15* 50:*7, 14* 51:*9* 55:*20* 56:*4, 6* 58:*24* 60:*24* 61:*1, 6, 11, 16, 25* 62:*5, 23* 63:*9, 15* 64:*7, 13* 78:*6* 113:*16* 231:*19* 294:*24* 295:*8* 307:*8* 312:*17* 313:*1, 13* 316:*25* 317:*6* 319:*4, 13* 326:*17* 327:*19, 22* 328:*21* 338:*20* 380:*14, 23* 410:*24*

412:*4, 8*

422:*14*

432:*14*

433:*9*

447:*16*

**20.6** 231:*22*

**200** 16:*21* 124:*17* 125:*10* 137:*1* 167:*19, 20*

**20004-1275** 4:*17* 5:*3*

**20006** 5:*18*

**2000s** 155:*13*

**200-2900** 3:*18*

**2004** 393:*15*

**200-and-something** 124:*5*

**201** 4:*5*

**2014** 334:*14*

**2015** 115:*20* 143:*19* 144:*3* 145:*4* 153:*25* 154:*4, 23* 155:*4* 156:*6, 17, 18* 157:*7* 158:*25* 159:*6, 12* 160:*2, 15* 161:*12* 206:*5* 334:*15*

**2016** 9:*22* 205:*23* 206:*9, 13* 347:*24*

349:*13, 22*

**2017** 351:*6*

**2018** 10:*4, 6* 426:*5*

**2019** 116:*7* 259:*24*

**202** 4:*17* 5:*3, 19*

**2020** 151:*24* 153:*8* 222:*14* 254:*13, 17* 261:*19* 331:*1* 371:*21, 22* 372:*9*

**2021012** 445:*22*

**2022** 144:*5* 207:*6, 7, 10, 14* 339:*12*

**2023** 1:*6* 11:*5* 29:*13* 30:*8, 12* 150:*7* 151:*17* 152:*18* 206:*16* 209:*14* 445:*23*

**2029** 4:*12*

**205** 9:*7*

**21** 21:*3* 211:*25* 212:*10, 19*

**210** 3:*7*

**21052** 6:*13*

**212** 2:*24* 5:*9, 14, 24*

**213** 6:*19*

**215** 6:*3*

**217** 429:*23*

**218** 3:*23*

**219** 129:*7, 11, 19*

**22** 338:*21* 339:*13*

**222** 9:*11*

**23** 339:*13* 414:*5*

**231** 406:*23*

**24** 10:*6*

**24-hour** 304:*22*

**250** 5:*8, 23* 6:*8*

**256** 9:*15*

**26** 8:*18* 295:*14*

**26(a)(2)(B** 9:*15*

**264** 406:*24*

**264.59** 402:*23*

**266** 9:*18*

**27** 280:*1, 2*

**273** 120:*24* 123:*2, 16, 23* 124:*5* 126:*19* 127:*6* 128:*3, 13, 14* 129:*8, 11, 19* 133:*23* 136:*7* 137:*20* 429:*23*

**279** 9:*21*

**28** 21:*3* 22:*25* 23:*10* 231:*20* 274:*1* 371:*22* 372:*8*

**28.8** 231:*21*

**284-3880** 4:*13*

**287** 214:*3*

**289-1313** 4:*17* 5:*3*

**29** 270:*3* 274:*2*

**298** 10:*1*

**< 3 >**

**3** 8:*18* 118:*20, 24* 120:*3* 131:*12, 16* 151:*4* 176:*23, 24, 25* 179:*5* 210:*6, 9* 221:*3* 275:*11* 384:*7* 445:*23*

**3,163** 225:*8*

**3.38** 210:*18*

**3.62** 246:*19*

**3:40** 314:*4, 5*

**3:56** 314:*7*

**30** 6:*2* 9:*22* 113:*16* 446:*15*

**300** 3:*12, 17* 4:*12* 304:*19*

**3043** 1:*3*

**30XI0024260 0** 445:*21*

**310** 4:*6, 13*

**311** 403:*1*

**312** 2:*17* 10:*4*

**315** 6:*9*

**32** 209:*22*

302:25
331  10:4
35  128:13, 15  403:16
419:1
357  289:12
36104  3:24
364  10:8
369  10:11
380  10:15
387  8:6
397  130:3, 17, 19

< 4 >
4  8:21
125:1, 2, 6
126:9
167:2
176:13, 20
233:22
250:11, 20
251:3
275:11
4.15  243:18
4:36  353:25
354:1
4:56  354:3
410  3:6
4100  2:16
42  297:14
300:1
421-2800
2:24
424  8:7
435  8:8
44  210:17
440  1:13
2:5  8:9
447-0500
3:7
468-8000
5:24

47  273:22
415:21
4717  3:17
4740  3:12
474-2911
6:9
495-2333
2:6

< 5 >
5  9:1
89:19
117:3
118:2
127:9, 13, 15
215:22
255:16
365:3, 25
370:16
5:36  387:15, 16
5:49  387:18
50  375:3
402:25
500  4:21
167:15
542-8000
6:19
555  4:16
5:2  6:18
556-2100
5:14
55th  5:8, 23
6:18
56th  2:23

< 6 >
6  9:1
128:17, 18, 23  130:23
133:22
314:8
399:10

6:38  444:5, 6
600  4:5  6:8
60606  2:16
60-plus
287:18
64  8:13
302:3
64112  3:12, 18
656-7066
4:6
67  4:21
6th  2:23

< 7 >
7  9:3
133:11, 18
270:1
273:25
302:25
352:22
353:6
354:4
399:10
70  377:24
378:7
701-1100
3:13
713  2:6
715  289:13
737-0500
5:19
741-5220
2:17
77002  2:6
775-6101
4:22
7-Eleven
5:10

< 8 >
8  9:5
149:18, 19,

23  151:13
273:25
387:19
8.9  232:4
8:55  1:14
11:6
80  265:13, 17
800  3:24
816  3:13, 18
818  6:14
836-8000
5:9
859  445:18
877.370.DEPS  1:23
898-2034
3:24

< 9 >
9  9:7
205:9, 10, 14
209:16
220:23
222:2
233:23
399:21
90  265:13, 17  273:22
307:18
90067-2904
4:12
90071  6:18
90401  4:5
91367  6:13
92  240:23, 25
9328  445:20
973  4:22
979-1000
6:3
998  231:3
237:14

250:20
251:1
999-2232
6:14

< A >
A&M  390:1
a.m  1:14
11:6  86:12
151:1
166:24
abandonment  87:4, 6
ability  445:8
able  20:7
23:2  31:15
104:4, 24, 25
105:15
239:4
247:1
295:7
428:8
443:17
ABNEY  3:5
abnormalities  26:15
absence
335:5
411:25
412:8
absolutely
61:8
129:12
158:13
181:3
absorb
306:8
absorbed
291:12
absorption
201:23, 24
abused
288:1

Confidential - Subject to Protective Order

abusive
440:*17*
academic
388:*9, 10, 15*
Academy
254:*14, 19*
255:*1, 5*
accept
82:*18* 83:*6*
281:*11, 13*
accepted
82:*17*
96:*13, 21, 24*
192:*20*
398:*5*
accepting
88:*23, 25*
access
158:*14*
169:*23*
202:*14, 17,*
*20, 21, 23*
203:*8, 13, 14*
accident
336:*24*
accolades
140:*22*
accomplishm
ents  140:*20*
account
265:*8, 19*
315:*16*
358:*4*
360:*8*
362:*10*
375:*24*
377:*8* 382:*1*
accounted
377:*3, 4*
accounting
357:*15*
accumulate
252:*18*

accumulated
29:*10*
accurate
333:*20*
446:*18*
accusing
67:*23*
ACETAMIN
OPHEN
1:*3* 8:*20*
9:*1, 3, 7, 12,*
*18* 10:*4, 8,*
*11, 15* 11:*10*
15:*12, 17*
28:*7* 29:*3,*
*4* 30:*4, 11,*
*14* 56:*10*
57:*1, 7, 16*
58:*12, 15, 17,*
*25* 60:*8, 13,*
*17* 61:*6, 14*
63:*23*
83:*17, 21*
84:*3, 8*
106:*19*
117:*6, 25*
118:*1, 12, 13*
119:*2, 10*
120:*25*
123:*4*
124:*12, 19,*
*22* 125:*18*
126:*3, 5, 7,*
*12, 16, 20, 25*
127:*2*
129:*9, 13, 24*
130:*6, 13*
131:*2, 17*
132:*2, 5, 7,*
*19* 133:*2*
134:*10, 13,*
*19* 135:*1, 5,*
*13, 19, 23*
141:*16*

144:*10*
146:*14*
147:*6*
153:*16, 23*
154:*10, 15,*
*19* 155:*3, 20*
156:*5*
160:*2, 16*
161:*7, 10, 13*
164:*2, 19, 23*
165:*2*
170:*25*
171:*7, 24*
200:*10, 14,*
*18, 24* 201:*2,*
*21* 203:*12,*
*24* 206:*2*
210:*13, 15*
213:*22*
214:*16, 25*
215:*7*
216:*3*
217:*8*
222:*2*
224:*12, 17*
226:*7, 11, 17,*
*18, 24, 25*
227:*17*
228:*3, 11, 15,*
*21, 25* 229:*1,*
*18, 25* 230:*3*
235:*4, 15*
236:*12, 18,*
*19, 20, 23*
237:*1, 12, 15*
238:*19*
239:*18*
240:*4*
242:*1*
244:*13, 14,*
*25* 245:*7, 10,*
*12, 15* 247:*2,*
*3, 10, 21, 23*
248:*14, 17*

249:*7, 18*
250:*5, 19, 23*
251:*3, 9, 22*
253:*12, 14,*
*18* 254:*2, 6,*
*16* 255:*8*
258:*20*
259:*3*
267:*2, 15, 25*
270:*2, 18*
271:*1*
272:*16*
273:*1, 11*
278:*9*
287:*11*
290:*10, 12*
293:*2*
297:*5*
298:*4*
299:*7*
302:*18, 23*
303:*2*
304:*10*
306:*2, 13, 17*
307:*1, 5, 25*
320:*22*
321:*1, 7*
323:*16*
324:*11*
327:*25*
328:*10*
329:*5, 8*
333:*1, 9, 24*
334:*9*
335:*16*
339:*24*
344:*4, 22*
345:*3*
347:*12*
348:*11, 14*
349:*16*
354:*11, 13,*
*23* 355:*7, 12,*
*24* 356:*1, 11*

357:*9, 16*
363:*24*
365:*20*
366:*10*
369:*3, 25*
370:*25*
371:*18*
372:*3*
373:*10, 21*
374:*4, 5, 6, 8,*
*15* 381:*6*
382:*4*
383:*5*
386:*8, 15*
397:*10*
398:*15*
401:*22*
402:*18*
403:*20*
404:*12*
405:*7, 12*
406:*7, 17, 23*
407:*22*
419:*3, 7*
430:*19, 21*
433:*4*
443:*18*
acetyl
244:*15*
331:*2*
achieve
87:*16, 18*
acid  19:*19*
20:*10*
40:*24*
41:*13, 17, 20*
42:*2, 16*
43:*16, 17*
44:*1, 4, 24*
45:*2* 49:*19*
70:*4, 20*
198:*14, 15*
337:*6*
347:*10, 14*

358:*9*
397:*9, 11, 21*
398:*1, 7*
399:*21, 22, 25*  400:*1, 5, 8, 23, 24*
401:*21*
402:*8, 17, 22*
403:*6*
406:*24*
407:*21*
415:*3*
**acknowledge**
286:*10*
350:*13*
373:*23, 25*
**acknowledged**  167:*10*
286:*8*  435:*3*
**acknowledging**  374:*13*
**ACKNOWLEDGMENT**
10:*20*  447:*1*
**ACOG**
145:*21, 23*
**acrylamide**
296:*23*
**Acta**  115:*21*
**acted**
420:*16*
**acting**
420:*22*
**action**
253:*2*
433:*3*
445:*11, 12*
**active**
198:*21*
**activity**
38:*8, 11*
**actual**  49:*4*
107:*3*
157:*23*

240:*24*
385:*12*
391:*11*
412:*15*
**acute**
287:*23*
**ad**  433:*11*
**ADAMS**  4:*3*
**add**  17:*21*
264:*10*
357:*1*
**added**
17:*11*  50:*1*
**addictive**
110:*22*
**adding**
324:*8*
**addition**
31:*4*  45:*4*
49:*13*
53:*22*
55:*22*
56:*22*  58:*8*
70:*21*
85:*13*
190:*10*
198:*19*
219:*11*
347:*11*
434:*10*
**additional**
18:*13, 18*
19:*3*  79:*3*
225:*25*
264:*10*
325:*25*
340:*9*
341:*22*
343:*6*
346:*12*
349:*7*
392:*20*
**additions**
262:*8, 9*

**addressed**
374:*3*
**addresses**
374:*17*
**ADHD**  9:*7*
10:*15*  30:*2, 5, 19*  33:*23*
40:*10, 15, 21*
43:*15*
72:*16, 23*
74:*13, 18*
85:*25*
91:*18, 20*
109:*18*
132:*9*
133:*3*
138:*7, 18*
139:*13, 20, 25*  141:*18*
146:*14*
154:*25*
155:*20*
156:*12, 13, 21*  160:*3, 8, 17, 22*  161:*7, 14*  164:*2*
181:*7, 14, 17*
184:*15*
185:*2*
186:*9, 12, 15*
187:*2, 10, 22*
188:*3, 5, 11, 16, 21*
190:*15, 25*
191:*23*
192:*2, 7, 9*
193:*19*
194:*15, 23*
198:*5*
200:*1, 8*
206:*2*
216:*12*
231:*19, 22*
232:*8, 9, 16*

233:*1, 24*
234:*2, 9, 17*
235:*20, 23*
239:*17*
240:*3, 5*
243:*12, 20, 23*  245:*17, 22, 25*  246:*1, 4, 8, 17, 20*
247:*9, 17, 18, 24*  248:*8*
250:*13*
254:*16*
255:*8*
265:*10, 14*
266:*10*
267:*2, 16, 20, 25*  270:*4*
279:*6*
310:*22*
322:*4, 16*
323:*5*
325:*21*
327:*9*
329:*1*
341:*6*
342:*12*
347:*4, 15*
348:*10, 14*
349:*5, 16*
351:*5*
357:*18*
358:*18, 22*
359:*1, 2*
360:*16*
361:*9*
366:*14*
369:*25*
371:*9*
374:*7*
382:*20*
386:*8, 16*
409:*24*

417:*25*
427:*6*
**adjust**
235:*7*
292:*10*
367:*2, 18*
**adjusted**
242:*4*
243:*19, 22, 24*  267:*21*
268:*1, 4*
270:*8*
276:*2*
362:*17, 18*
366:*23, 25*
367:*10, 23*
383:*6, 9*
384:*13, 16*
**adjusting**
271:*15, 17, 18*
**adjustment**
264:*13*
**adjustments**
384:*17*

**administered**
223:*9*
**Administration**  332:*15*
**adoption**
272:*6*
277:*23*
278:*16, 19*
**adoptive**
278:*9*
**adult**  200:*3*
423:*13, 16*
**adults**  35:*25*
**advance**
391:*22*
**Adverse**
8:*13*  37:*13, 14*  50:*4*

Confidential - Subject to Protective Order

55:25
62:22
65:10, 12, 15
98:12
105:17
109:2, 5, 8
217:14
296:6, 7, 13
305:6
322:23
326:24
328:11
337:8
350:15
367:15
377:24
378:7
382:11
390:17
410:21, 24
412:2, 8
415:8
417:9, 14
418:2
420:19
433:11
**advice**
284:25
334:24
335:4
**advise**
335:11
**AED**  49:25
**AEDs**  44:8
**affairs**
180:22
**affect**  22:17
64:1
320:22
357:2
391:24
**affiliated**
388:14

**aftermath**
80:23
**age**  11:21
225:17
352:22
**Agency**
51:24, 25
151:22
**agent**  78:4
84:12
**ago**  12:18
34:22  35:8
36:13, 22
37:23
43:22  53:7
56:5  99:10
111:1
113:16
119:23, 24
153:2
155:14
179:13
379:8, 12
394:11
418:15
**agonism**
326:11
**agonist**
326:7
**agree**  19:14
47:1  58:3
134:4
144:16
164:3
165:23
178:1, 14
189:7
195:10
196:25
200:14, 16
215:8
227:18
253:16
265:9, 10

268:9
277:22
288:8
289:10
291:8
309:20
325:19
341:10
371:3
377:19, 24
378:18
379:21
381:10
386:12
416:2
429:11, 15
433:23
439:22
**agreed**  44:7
188:19
280:2
349:14
431:3
**agreement**
12:19
111:8, 12
**agrees**
146:12
308:13
439:17
**Ah**  219:8
**ahead**  66:1
96:17
274:13
**Aid**  6:9
392:4
426:22
**aims**  391:22
**air**  85:17
399:14, 18
**al**  8:21, 25
9:5, 10, 14,
20  10:3, 10,
14, 16

**Alabama**
3:24
**alcohol**
19:18
20:10
225:21
366:24
**aliases**
178:11
**alleged**
430:10
**allegedly**
427:17
441:10, 14
442:14, 21
**alleging**
184:10
**ALLEN**
3:20
**allometric**
288:20
289:1, 20
290:24
291:18
292:8, 22
293:3, 14, 15,
25  294:8
**all-or-
nothing**
19:15  20:3,
8
**allow**  38:16
438:5
**allowed**
66:18
439:12
441:8
**alpha**  89:18
91:9  215:21
**alters**
422:19
**AMANDA**
2:11

**amanda.hunt
@kellerpost
man.com**
2:11
**amend**  17:1
**Amended**
9:15  16:23
18:4  50:12
120:8
256:13
257:1, 22
258:3
259:13
261:10
263:1, 19
264:9
370:11
**American**
45:8  47:20
108:18
254:14, 19
255:1, 5
**Americas**
5:13
**amount**
29:11
232:10
307:5  426:3
**Analyses**
8:21  363:1,
5
**analysis**
46:12  49:9
56:23, 24
62:7, 15
66:16
72:11
83:20, 22
89:16, 17, 25
90:1, 24
91:6  119:4
131:22
136:10
137:23

Confidential - Subject to Protective Order

| | | | | |
|---|---|---|---|---|
| 138:2 | analyze | 204:2, 22 | 293:18 | Antagonism |
| 157:3 | 235:7 | 285:24 | 294:2 | 323:25 |
| 159:16, 17 | analyzed | 286:1, 15 | 311:11 | 326:4, 7, 10 |
| 161:15 | 129:17 | 288:20 | 312:8 | anti 45:25 |
| 163:1 | 218:2 | 291:4, 23 | 329:4 | 71:21 |
| 184:23 | analyzing | 292:12 | 343:4, 11 | anticipate |
| 185:4, 23 | 235:21 | 293:5, 9 | 345:13 | 172:6 |
| 186:2 | 236:15, 18 | 294:11 | 346:22 | anticonvulsa |
| 187:24 | anandamide | 309:25 | 347:18 | nt 48:4 |
| 198:11 | 326:8 | 312:11, 12 | 349:4 | 70:24 71:17 |
| 206:19, 21, | anatomic | 328:8, 9, 10, | answer | antidepressa |
| 24 209:11 | 27:1, 3, 9 | 12 339:23 | 96:17 | nts 366:19 |
| 217:16 | anatomy | 340:9, 19, 21 | 100:25 | antiepileptic |
| 218:3 | 395:13 | 341:4, 22 | 147:9 | 43:21, 22, 24 |
| 221:2 | ancient | 342:3, 7, 19, | 164:9 | 45:8 46:1 |
| 233:6, 10 | 76:22 | 24 343:6, 15 | 168:4, 20, 25 | 47:20 |
| 237:22 | and/or 8:15 | 344:1 | 175:16 | 69:20 |
| 249:9 | 412:18 | 345:12 | 194:10 | 71:13, 15 |
| 260:17 | Andrea | 347:19 | 208:17 | 336:16 |
| 266:6 | 372:16 | 348:25 | 219:25 | |
| 272:25 | anesthesiolog | 349:7 | 220:3 | antiepileptics |
| 281:11, 22, | ists 34:19 | 356:22 | 234:14 | 48:10 70:6, |
| 25 283:13 | Angeles | 357:19, 23 | 236:2 | 16, 18 |
| 284:4 | 4:12 6:18 | 379:12, 24 | 258:24 | antioxidant |
| 303:15 | animal | 380:6, 10 | 291:25 | 306:7 |
| 311:20, 22 | 22:20 23:2 | 398:12 | 299:20 | antipyretics |
| 331:16 | 24:1 25:12 | 415:4 | 312:3 | 110:9, 14 |
| 336:12, 14 | 35:10 | animal- | 355:20 | anti-vaxxer |
| 338:19, 24 | 38:23 39:9, | equivalent | 361:21 | 83:4 |
| 346:5 | 16, 24 41:18, | 287:8 | 376:10 | antiviral |
| 356:3, 6 | 20 42:22, 25 | animals | 403:12 | 25:18 53:21 |
| 357:12 | 45:3 47:4, | 23:3 36:3 | 418:6 | antivirals |
| 358:16 | 10, 18 48:1, | 38:8, 14 | 440:16 | 71:21 |
| 359:7, 23 | 5 49:3 | 92:14 | answered | anxiety |
| 361:10 | 70:2, 15 | 186:1 | 291:24 | 38:13, 15 |
| 367:11 | 71:13 | 189:14, 17, | answering | 39:9, 11 |
| 368:7, 10, 11 | 109:13 | 20 192:11 | 175:6 | 195:2 |
| 374:4 | 170:6 | 193:1 | answers | 360:14, 16, |
| 375:23 | 185:17 | 195:18 | 74:14 | 20 361:8, 12 |
| 377:11 | 192:2 | 196:17, 24 | 175:4 | 363:22 |
| 385:14 | 196:10, 12, | 197:8 | 361:23 | 364:1, 4 |
| 411:3, 6, 10 | 25 197:17 | 198:18 | 424:4 447:5 | 365:23 |
| 412:7 | 198:4, 6, 16 | 199:17 | | 366:3, 11, 12, |
| 419:13, 15 | 199:15 | 287:6 | | |

*20* 367:*2, 6, 14*

**anybody**
47:*16*
166:*16*
206:*22*
208:*7*
408:*10*
443:*8*

**anybody's**
25:*25*

**anymore**
193:*3*

**AO** 295:*16*

**AOP** 10:*4*
50:*7, 14*
51:*9, 14, 15*
52:*6* 55:*19, 20* 56:*4, 6, 9, 22, 24* 57:*9*
58:*19, 24*
59:*4, 17, 23*
60:*20, 24*
61:*1, 6, 11, 16, 25* 62:*5, 13, 14, 17, 19, 23* 63:*9, 15*
64:*7, 8, 13*
78:*6, 19, 20*
186:*24*
187:*5, 7, 12, 17* 294:*24*
298:*15*
299:*5, 12*
306:*11*
307:*8*
309:*8, 16, 21*
310:*3, 8, 10*
311:*14*
312:*17*
313:*1, 13*
314:*19, 22*
315:*8*
316:*25*

317:*6, 7, 18*
319:*4, 13*
321:*2*
325:*7, 23*
326:*17, 23*
327:*19, 22*
328:*21*
415:*15, 21*
422:*14*
432:*14*
433:*9, 15*
434:*3, 15, 21, 22*

**AOPs** 50:*24*
51:*2* 52:*2, 4* 314:*17, 25*

**APAP**
257:*14*
303:*9*
307:*22*
350:*15*

**apart**
305:*17*

**apologize**
254:*22*
303:*5*

**app** 273:*13*

**Apparently**
142:*11, 12*
287:*21*
394:*22*

**appear**
295:*5*

**appearance**
189:*5*
332:*12*

**APPEARAN CES** 8:*3*

**appeared**
308:*8*
432:*15*

**appears**
39:*6*
188:*25*

238:*23*
248:*8, 17*
316:*9*
317:*8*
384:*19*

**Appendix**
295:*7, 15*

**applicability**
342:*2*
433:*14*

**application**
281:*4*
286:*17*
290:*22*
323:*18*
342:*20*

**applied**
24:*25*
126:*7*
269:*3*
270:*16*
282:*2*
306:*22*
384:*17*

**applies**
215:*8*
289:*2*
293:*24*

**apply** 79:*6, 9* 238:*6*
293:*20, 21*
310:*10*
327:*9*
328:*17*
330:*14*
336:*14*
359:*13, 17*

**applying**
271:*9*
293:*13*
325:*7, 22*

**appointed**
32:*17, 19*
389:*24*

**appointment**
33:*10*

**appreciate**
284:*25*
343:*16*
376:*10*

**appreciated**
41:*16*

**approach**
190:*6*
268:*18*

**approaching**
379:*3*

**appropriate**
15:*17*
113:*24*
114:*19*
280:*3*
335:*16*
446:*6*

**approved**
288:*8, 12*
292:*17*

**Approximate ly** 16:*22*
22:*24* 35:*8*
53:*6*
167:*22*
212:*24*
232:*12*
289:*16*

**aquinn@mof o.com** 5:*23*

**archived**
218:*2*

**archiving**
122:*15*

**area** 95:*17*
289:*18*

**areas** 27:*15*

**argue** 44:*13*
141:*13*
208:*14*

**argumentativ e** 147:*10*
308:*17*

**arguments**
148:*4*

**ARNOLD**
5:*4*

**art** 431:*23*

**article**
12:*17*
18:*10*
115:*22*
119:*18*
120:*13*
125:*6*
129:*12*
135:*11, 12, 15, 20, 24*
152:*21, 22, 25* 178:*15*
179:*4, 7, 8*
304:*11*
305:*15, 18, 25* 324:*22*
371:*4*
373:*4*
428:*4, 9*
429:*22*
430:*6* 431:*6*

**articles**
12:*12, 20, 25*
18:*13, 14, 17*
86:*22*
112:*21*
114:*9*
155:*12*
158:*25*
159:*6, 22*
190:*4* 430:*3*

**ASD** 120:*25*
124:*22*
126:*20*
129:*9*
132:*9, 22*

Confidential - Subject to Protective Order

134:*10*
138:*6*
139:*25*
154:*25*
155:*21*
156:*12*
181:*6, 13, 17*
184:*20*
185:*2*
186:*9, 12, 15*
187:*22*
188:*3, 5, 11, 17, 21*
190:*15, 25*
193:*19, 22*
198:*4*
200:*1, 8*
231:*21*
232:*8, 11*
234:*2*
235:*20*
243:*12, 23, 24* 245:*22, 23* 246:*5, 8, 18, 20*
257:*14*
265:*9, 14*
334:*7*
341:*5*
357:*17*
358:*22*
366:*14*
409:*25*
427:*7*
**ASD/ADHD**
11:*10*
**ASD-ADHD**
1:*3*
**ASH** 6:*1*
**ASHLEY**
2:*12* 5:*22*
**ashley.barrie**
**re@kellerpos**

**tman.com**
2:*12*
**aside** 263:*7*
319:*20*
**asked** 29:*19, 20* 34:*21*
35:*16*
52:*20*
53:*24* 54:*8, 11* 74:*12*
101:*16, 22, 24* 102:*15, 18* 105:*21*
145:*20*
148:*3*
149:*23*
151:*9*
162:*4, 13*
168:*16*
170:*24*
174:*24*
176:*14*
181:*12, 13*
201:*8*
207:*4*
208:*15, 20*
226:*4*
227:*14*
236:*1*
249:*3*
289:*24*
299:*17, 21*
300:*14*
301:*4*
305:*24*
332:*18, 22*
343:*24*
361:*19*
363:*22*
381:*5*
421:*3*
441:*25*
442:2, *12, 15*
443:*2*

**asking**
21:*23*
48:*21*
54:*14* 56:*4*
68:*18*
84:22
101:*21*
155:*7*
168:*14*
176:*6*
178:*1, 2*
179:*16*
180:*10*
182:*4*
184:*13*
208:*3, 6*
223:*17*
229:*14*
262:*6, 13*
324:*18*
341:*18*
345:*2*
369:*13*
424:*8*
437:*13*
**aspect**
318:*19*
319:*7*
**aspects**
197:*1*
**assesses**
194:*16*
**assessing**
357:*15*
372:*4*
**Assessment**
9:*21* 10:*2*
192:*11*
194:*6*
279:*14*
280:*14*
433:*13*
**assistance**
52:*12*

**assistants**
34:*18*
**associate**
6:*23* 32:*21*
137:*2* 347:*3*
**associated**
25:*6* 26:*9*
28:*7* 35:*24*
69:*13, 24*
75:*15* 76:*4*
78:*5*
124:*22*
132:*22, 23*
133:*2*
135:*20*
160:*7, 19*
195:*2*
233:*1, 3*
234:*21*
249:*24*
267:*19*
337:*8*
362:*9, 11*
367:*21*
373:*9, 21*
374:*7, 14*
380:*9*
381:*6*
382:*15*
388:*10*
396:*19*
399:*5*
401:*6, 8*
402:*14*
404:*13, 21*
409:*2, 3*
414:*13, 18*
416:*10, 15*
431:*7*
**Association**
9:*11* 10:*11*
51:*23*
134:*24*
160:*25*

161:*3*
220:*8*
233:9, *11, 13*
234:*12, 15*
267:*1, 24*
270:*10*
277:*20*
278:*23*
349:*15*
350:*15*
372:*2*
**associations**
375:*20*
**assume**
22:*1* 72:*15*
106:*10*
197:*16, 19*
228:*17*
266:*13*
334:*16*
352:*13*
**assumed**
335:*6*
**assuming**
381:*16*
**assumption**
251:*23*
**assumptions**
230:*6*
**as-yet**
378:*20*
**attached**
10:*17*
446:*11*
447:*7*
**attempt**
431:*18*
**attempted**
343:*25*
**attend** 53:*25*
**attendant**
346:*18*
**attended**
53:*8*

**attendee**
315:*11*
**Attention**
9:*9, 18*
73:*12*
**Attention-**
**Deficit** 9:*12*
**Attention-**
**Deficit/Hype**
ractivity
10:*12*
**attenuate**
269:*4*
**attenuated**
213:*18*
249:*16*
267:*16*
**attenuation**
271:*8*
**attorney**
100:*7, 13, 17*
101:*4, 17*
102:*4, 14*
104:*15*
105:*3*
445:*10, 11*
446:*15*
**attorneys**
101:*9, 23, 25*
105:*21, 24*
107:*8*
**attribute**
187:*22*
234:*24*
308:*23*
309:*1*
**attributed**
124:*18*
125:*9, 10*
**attributes**
375:*20*
**attributing**
151:*20*

182:*17*
183:*20*
**attribution**
350:*10*
351:*2*
**audience**
34:*12*
**audiences**
34:*15*
**AUGUST**
1:*6* 9:*22*
11:*5* 445:*23*
**Austin** 33:*4*
388:*17*
**author**
42:*13, 16, 19,*
*20* 116:*7*
119:*1*
220:*9*
319:*3*
420:*11*
435:*3*
**authored**
332:*14*

**authoritative**
155:*1*
159:*14*
173:*11, 15*
181:*21*
**authorities**
108:*17*
277:*18*
278:*23*
287:*19*
**authority**
174:*10*
279:*15*
**authors**
249:*4*
267:*1*
268:*21*
282:*22*
284:*9, 21*

370:*21*
371:*16*
372:*15*
386:*5*
412:*25*
433:*10, 12*
**author's**
318:*17*
**Autism**
8:*23* 9:*3, 5,*
*7, 9, 13*
21:*15, 16, 24*
22:*3, 6, 9*
23:*3, 9, 16*
24:*7* 25:*2,*
*11* 26:*7, 9,*
*11, 16* 27:*1,*
*8, 11, 12*
28:*2, 8*
29:*4* 30:*11,*
*19* 33:22
34:*23* 35:*3,*
*4, 17, 19*
36:*6, 15, 22*
37:*1, 3, 8*
40:*7, 14, 21,*
*25* 41:*17, 22*
42:*15* 43:*5,*
*13* 50:*1*
63:*5, 8, 11,*
*19* 68:*10, 15,*
*22, 25* 69:*5,*
*17, 25* 70:*6,*
*10* 72:*16, 19,*
*22, 25* 73:*3,*
*5, 10, 16, 22*
75:*1, 8, 13,*
*23* 76:*4, 6,*
*10, 16, 18, 21*
77:*1, 4, 10,*
*11, 14, 15, 18,*
*23* 78:*2, 9,*
*11, 12, 16*
80:*2, 6*

81:*2, 10, 19*
82:*4, 14*
83:*11, 13, 18,*
*24* 84:*13*
85:*7, 10, 23,*
*24* 91:*13, 16*
109:*15*
122:*4*
124:*19*
127:*3*
135:*21*
136:*3*
138:*18, 23,*
*24* 139:*4, 13,*
*17, 19, 25*
141:*17*
146:*14*
148:*14, 19*
156:*19, 20*
160:*11, 17*
161:*10, 14*
164:*3*
184:*15, 19*
185:*16, 17,*
*18, 25*
186:*20*
187:*2, 5, 9,*
*13, 16*
191:*10, 17*
192:*7, 9*
194:*15*
198:*24*
199:*4*
205:*2*
206:*2*
208:*8*
214:*17*
215:*1*
216:*12*
222:*3*
231:*20, 22*
232:*16*
233:*2, 24*
234:*9, 13, 17*

235:*4, 7, 15,*
*17, 21, 23*
241:*25*
245:*17*
250:*13*
258:*20*
259:*4*
278:*24*
279:*3, 22, 25*
308:*23*
309:*4, 13, 16,*
*22* 310:*6, 9,*
*22* 311:*5, 11,*
*14, 22* 312:*5,*
*10, 18* 313:*2,*
*8, 14* 318:*1,*
*5, 6, 11, 16,*
*19* 319:*5, 7,*
*14* 322:*4, 16,*
*24* 323:*5, 8,*
*16* 325:*21*
326:*18*
327:*1, 9*
328:*23, 25*
334:*7*
342:*12*
347:*3, 15, 17*
360:*13, 16*
361:*9*
367:*25*
368:*3*
369:*3*
380:*9*
396:*15, 18*
397:*16, 20*
398:*7*
399:*6, 9, 19*
400:*6, 9, 16,*
*23* 401:*3, 6*
402:*15, 23*
403:*6*
404:*13, 22*
406:*23*
408:*11, 15,*

*18* 412:*11*
413:*7, 10, 18,*
*23* 414:*3, 6,*
*14* 415:9, *12*
416:*1, 6, 10,*
*16, 18* 417:*5,*
*10, 13, 23*
432:*15, 19*
433:*11, 15,*
*16, 24* 434:*4,*
*5, 14* 435:*5*
**Autism-like**
41:*23*
**autism-**
**specific**
434:*22*
**autistic**
76:2 185:*6*
191:*13*
194:*22*
322:*25*
323:*8*
327:*3, 9*
329:*4*
**automated**
346:*16, 19*
**availability**
203:*24*
204:*11*
**available**
110:*10*
121:*13*
154:*23*
162:7
164:*19*
178:*10*
189:*10, 12*
190:*20*
198:*19*
286:*16*
391:*22*
417:*16*

**Avella-**
**Garcia** 9:*10*
205:2, *18*
**Avenue**
3:*12, 17*
5:*13, 18*
**average**
423:*3, 4*
**aware**
63:*25*
124:7
130:9
149:*7, 15*
154:*3*
165:*3*
179:*17*
223:*11*
228:22
278:*3, 7*
334:*10*
336:*20*
337:*16*
338:*23*
362:8
363:*23*
366:*12*
372:*21*
408:*12*
410:*10, 15*
425:*5, 7, 9*
**awareness**
77:*18*

**< B >**
**B9** 400:*2*
**babies**
231:*15, 18*
**baby**
202:*24*
203:*8, 14*
323:*16*
**Baccarelli**
372:*17, 18*
373:*1, 6*

374:*12*
375:*8*
376:*11, 16*
**Baccarelli's**
372:*23*
**Back** 43:*16*
55:*18* 66:2,
*8, 9* 72:*12*
76:22
86:*14*
100:9
121:*7, 9*
124:*13*
148:*1*
151:*3*
160:*13*
163:*18*
167:*1, 4, 9*
174:22
220:*21*
240:22
254:*12*
255:*15, 18*
275:*20*
287:*1*
302:*1, 3, 5*
314:*7, 13*
318:*11*
337:*17*
354:*3*
360:*6*
361:*12*
363:*21*
387:*18*
396:*3*
398:*17*
402:*21*
408:*14*
410:*1*
413:*6*
420:*10*
**background**
138:*16*
159:*19*

200:*17*
231:*4*
300:*17*
325:*11*
426:*20*
**backup**
123:*17*
126:*23*
127:*6*
**Baker**
10:*14*
261:*19*
263:*17, 21*
280:*17*
**balance**
221:*14*
**ballpark**
167:*18*
**Bandoli**
10:*10*
364:*12*
**banned**
399:*1, 2*
**Bar** 278:*21*
**BARNES**
4:*6, 15, 17*
5:*1*
**barrier**
203:*11, 13*
329:9
**BARRIERE**
2:*12*
**base** 181:*16*
426:*20*
431:*12*
**based** 73:*19*
79:*1* 91:*4*
93:*15* 97:*7,*
*24* 118:*4*
131:22
132:*21*
133:*8, 9*
139:*17*
144:22

153:*21*
155:9
189:*3*
197:*20*
207:*4, 12*
212:*19*
213:*6, 13*
214:22
215:*7, 16*
216:*23, 24*
227:*9, 21*
228:*24*
237:*23*
238:*7, 22*
241:*3*
266:*4*
272:*18*
273:*12, 15*
274:22
277:*10*
283:2, *24*
289:*18*
291:*2, 6, 8*
292:*11*
293:*25*
303:*14*
309:*18*
317:7
324:22
352:2, *14*
375:22
383:*13*
385:*15*
386:*11*
397:*24*
420:*6* 423:*7*
**basically**
231:*5*
237:*13*
262:*4*
**basics** 86:*21*
**basis** 50:*21*
305:*4*
380:*13*

**Bates**
337:*18*
348:*2*
**Baylor** 15:*5,*
*6, 9, 14*
25:*14*
32:*15, 22, 24*
71:*7, 12*
75:*18*
91:*22, 25*
92:*1, 16, 19*
105:*25*
106:*4, 16, 17,*
*21* 149:*10*
163:*11*
167:*25*
170:*22*
171:*9, 14, 16*
388:*11, 13*
389:*8*
394:*24*
435:*24*
436:*3, 21, 23*
438:*4, 16*
440:*4, 13, 20*
441:*1, 4, 7,*
*11, 23* 442:*6,*
*15, 22, 24*
443:*4, 5, 18,*
*20*
**BEASLEY**
*3:20*
**began** 36:*18*
**beginning**
22:*23* 46:*6*
86:*14*
151:*3*
167:*2*
255:*16*
314:*8*
354:*4*
387:*19*
**begins**
350:*13*

**behalf**
11:*24*
15:*14* 53:*16*
**behavior**
36:*5* 73:*12*
192:*25*
194:*7, 8, 14,*
*16, 18, 19, 23*
195:*4*
198:*10*
199:*9, 13, 17,*
*19, 22* 200:*1*
230:*6*
321:*24*
322:*21*
330:*4, 11*
396:*25*
**behavioral**
25:*7* 36:*3*
37:*25* 38:*6*
40:*23* 69:*8*
187:*9*
192:*12*
195:*8, 11*
346:*4, 7*
349:*4*
361:*11*
**behaviors**
25:*12*
40:*25*
41:*23*
75:*12, 15*
77:*13*
138:*24*
186:*12*
187:*10*
191:*14, 25*
192:*5, 17, 20*
193:*9, 13, 22*
195:*17, 18,*
*24* 196:*4, 6,*
*12, 13, 16, 17*
198:*15, 23,*
*25* 199:*2, 4,*

*24* 230:*12*
311:*11*
312:*9, 11*
322:*25*
323:*8*
327:*1*
329:*4*
347:*3, 18*
360:*17*
362:*8*
**beings**
28:*10* 30:*5*
44:*9* 77:*1,*
*5* 138:*17*
193:*5*
196:*6, 18*
209:*17*
266:*9*
354:*25*
**belief** 60:*21*
281:*17*
**beliefs** 195:*8*
**believe** 19:*9*
26:*14*
37:*22* 53:*6*
57:*18*
60:*19*
64:*24*
69:*21* 70:*6,*
*10* 78:*2, 8, 9,*
*10* 80:*2*
82:*3* 86:*24*
91:*12, 17, 23*
95:*8* 113:*7*
127:*3*
138:*1*
143:*10*
153:*14*
155:*19*
173:*10*
174:*16*
176:*13*
177:*5*
179:*1*

180:*22*
192:*5, 16*
205:*22*
210:*16*
252:*11*
259:*22*
281:*10*
286:*8*
295:*1*
299:*11*
302:*7, 11*
308:*11, 12,*
*14* 320:*18*
331:*10*
332:*10*
339:*12*
354:*23*
355:*6, 11*
357:*8*
371:*6*
375:*17*
377:*15*
378:*6, 9*
381:*22*
**believed**
19:*16* 81:*9*
206:*9* 379:*9*
**believes**
281:*17*
336:*5, 8*
354:*11*
360:*7*
374:*16*
376:*2*
**believing**
81:*18*
**belongs**
194:*2*
**benzopyrene**
85:*17*
**best** 47:*17*
49:*15*
198:*5*
278:*3*

395:*20*
445:*8*
**better**
12:*22*
196:*1*
230:*16, 20*
268:*10*
275:*22*
280:*11, 12,*
*22* 336:*22*
344:*1*
350:*5, 21*
385:*25*
**Beyer** 8:*21*
118:*16*
119:*1*
176:*13, 24*
428:*4* 429:*2*
**beyond**
20:*11*
**bias** 168:*8*
219:*4, 6, 10,*
*11* 220:*7, 20*
273:*5*
281:*7, 10*
282:*12*
283:*4*
285:*7*
346:*20*
352:*4, 10, 14,*
*16* 353:*11*
**biased** 353:*6*
**biases**
273:*3*
281:*18*
**biasing**
275:*25*
280:*9*
**bigger**
413:*13*
**bill** 285:*1*
**bind** 330:*16,*
*21*

Confidential - Subject to Protective Order

binder
295:12
**Binding**
8:13
295:21
296:22
297:6
306:12
412:16
**bio** 150:17

**biochemistry**
31:4 34:1,
4 250:9
**Biochimica**
115:21
**biologic**
320:19
**Biological**
8:21 57:24
79:1 119:3
296:10
310:12
311:19, 25
325:13, 24
327:15
331:6
362:23
**biologically**
324:21
327:19
**biology**
34:4, 5, 6
197:24
**Biomarkers**
9:11
392:24
393:11
**Biophysica**
115:21
**birth** 10:9
16:15
44:14 69:5,
11, 16

217:11
223:12
225:23, 24
231:12
232:10, 15,
20, 25 249:8
251:12
315:6
336:18
355:3
377:24
378:7
388:7
389:11
420:18, 19,
21 423:15,
17 425:1
426:9
**Bisphenol**
398:19
401:22
**bit** 19:11
21:6 26:4
56:5
143:21
230:22
285:22
353:20
380:18
383:18
436:11
**blank**
428:23
429:10
**blind** 46:9
413:13
**blinded**
46:1 70:11
346:21
**blindly**
214:12
346:1
**blood**
132:12

202:8
222:23
223:4, 8, 10,
16, 20
224:10, 25
225:4
226:5, 12
227:20, 23
228:25
230:14, 15
231:3
236:13, 16
237:12
238:19, 24
239:4
249:7
250:6
251:1, 20
307:23
308:3, 5
330:20
331:3
356:20
357:10
371:6, 11
**blood-brain**
203:10, 13
329:9
**bloodstream**
203:1
**BMI** 225:22
**board** 31:8
140:15
**board-
certified**
31:10, 11
**boarded**
140:17
**BOBBITT**
7:1 11:2
**bodies** 278:4
**body** 85:3
201:21
289:18

316:10
389:5
415:15
**BONESTEE
L** 6:14
**book**
157:21
173:24
174:2, 4
**books**
174:14
**born**
231:16, 18
232:4
345:24
**borrow**
171:23
**boss** 31:9,
13, 18, 25
32:6 389:13
**BOSSO**
5:17
**boss's** 32:7
**Botswana**
35:7
**bottom**
263:25
280:1
348:4
349:25
**Boulevard**
4:5
**bound**
297:21
306:4
330:7, 19
**bounds**
49:12
**box** 199:15
**boxes** 73:15
**boys** 212:10
**Bradford**
79:6, 10, 14
180:7

234:19
235:23
**brain** 8:16
10:13 26:4,
6, 8, 11, 15
27:2, 10
38:19, 20, 23
198:22
203:8, 15, 18,
25 204:1, 12
251:10
321:12, 18,
21 322:13
329:11, 12
378:19
412:20
**brains**
198:18

**Brandlistuen**
276:18, 19,
21, 24, 25
**bread**
390:21
**breadth**
331:8
**break** 65:22
86:7
150:16, 17
151:10
152:16
163:17
166:21
189:8
211:11
242:20
243:2, 8
254:11
255:10
316:23
320:12
353:18
387:5, 10
422:18

Confidential - Subject to Protective Order

**breaks**
356:*17*
**breathing**
229:*15*
**BRENNAN**
4:*20*
**BRIAN**  7:*1*
11:*2*
**briefly**
163:*25*
**Briggs**
156:*9, 10, 19,*
22  157:*2, 14*
158:*7, 8, 17,*
*24*  159:*11,*
*23*  160:*1, 16*
161:*12*
162:*22*
172:*19, 22*
173:*11*
174:*9*
**bring**
111:*25*
331:*19*
410:*23*
**bringing**
419:*1*
**broke**
237:*12, 19*
238:*4*
242:*25*
**broken**
238:*16*
**brought**
112:*1*
390:*23*
409:*12*
426:*17*
428:*13*
**BROWN**
6:*14*
**browser**
113:*23*
**build**  197:*22*

**builds**
197:*25*
**bunch**  81:*7*
397:*2*
412:*25*
**burden**
244:*13, 25*
245:*7, 10, 15*
247:*2, 12, 23*
248:*2, 17*
**burying**
192:*23, 25*
193:*6, 13*
**business**
425:*11*
**butcher**
117:*12*
**butter**
390:*21*

**< C >**
**C112**  3:*6*
**Cabrera**
1:*12*  8:*18*
9:*15, 17*
11:*14, 20*
13:*20, 21*
14:*4*  23:*10*
25:*3*  32:*12*
57:*6*  60:*23*
64:*3, 21*
72:*21*  79:*2,*
*9*  82:*19*
86:*17, 24*
89:*13*
91:*12*  96:*9*
111:*21*
112:*7*
115:*19*
116:*9*
118:*20, 23*
125:*2, 5*
127:*4, 9, 14*
128:*18, 21*

129:*18*
130:*22*
133:*11, 19*
138:*10*
140:*21*
143:*23*
146:*13*
148:*11*
149:*19, 22*
151:*6*
153:*20*
155:*8, 18*
158:*23*
161:*1*
164:*18*
167:*5*
187:*12, 20*
188:*9*
194:*13*
200:*22*
205:*10, 15*
207:*3*
209:*6*
210:*25*
212:*25*
213:*2*
222:*6, 11*
226:*4*
233:*6*
240:*2*
242:*9*
244:*4*
249:*6*
250:*25*
252:*20, 25*
254:*22*
255:*10, 18*
256:*7, 22*
258:*17*
262:*7*
266:*21, 24*
272:*25*
273:*7*
274:*3*

275:*10*
276:*9*
279:*8*
281:*17, 21*
285:*3, 17, 23*
286:*24*
288:*7*
298:*21*
309:*5*
311:*5*
312:*22*
314:*10, 14*
326:*2*
327:*18*
329:*25*
330:*14*
331:*1, 11, 15,*
*22, 25*  341:*2*
343:*3*
348:*7*
352:*17*
354:*6, 10, 14,*
*23*  355:*6, 11,*
*23*  356:*18*
357:*7*
359:*2, 5*
360:*7*
361:*13*
364:*21*
365:*13*
366:*16*
367:*10, 24*
369:*17*
375:*7*
376:*1, 4, 15*
377:*20, 23*
378:*6*
380:*14, 20,*
*24*  381:*4*
382:*13*
383:*16*
385:*3*
386:*13*
387:*22*

400:*20*
401:*16, 20*
403:*13*
404:*10*
419:*19*
423:*23*
424:*3, 14*
435:*14*
437:*14*
438:*3*
439:*25*
440:*3, 13, 20*
444:*2*
445:*4*
447:*12*
**Cabrera's**
23:*14*  85:*8*
186:*6, 18*
206:*15*
222:*22*
230:*15*
232:*21*
235:*3*
**calculate**
285:*24*
291:*22*
292:*6*
293:*19*
**calculated**
286:*1, 4*
293:*9*
294:*18*
**calculating**
286:*11*
288:*24*
**calculation**
286:*18*
290:*15, 16*
294:*15*
**calculations**
294:*10*
**California**
1:*18*  4:*5,*

Confidential - Subject to Protective Order

12 6:13, 18
445:17
**call** 94:13
175:21
199:14
272:4 282:6
**called**
115:20
116:7
219:6
266:12
304:15
305:21
340:3
388:5
390:14
412:16
**calling** 38:6
433:8
**calls** 335:12
**Campbell**
1:16 3:16
445:2, 16
**CANAAN**
5:12
**canada.ca**
315:25
316:4
**Canadian**
316:2
**cancer**
303:16, 23
**cancers**
355:14
356:20
357:10
**cannabinoid**
55:24
**capacity**
232:24
298:9
**Capicua**
117:14, 15,
16, 18, 24

118:9
119:9
120:7
177:5, 19
179:2, 8
405:4, 8, 15
**capture**
223:5
239:4
264:19, 23
**carb** 39:5
**carbon**
62:10, 16
299:18
300:9
301:5, 7, 17
302:23
**carcinogen**
10:2
**care** 169:7
217:23
267:3
**career** 16:2
196:9
**careful**
103:13, 23
**carefully**
433:7 446:4
**Carolina**
121:8
**Carolinas**
121:8
**Carr** 9:7
**Carrie** 1:15
445:2, 16
**carries**
155:6
**carry**
277:24

**CARTMELL**
3:9
**cascade**
56:22 59:7,

8 297:15
311:18
**Case** 1:4
10:1 19:17
65:17 75:9
76:12, 17
88:24 96:2
97:8 100:9
104:3
172:5, 7
175:19
182:21, 24
183:3
184:1
185:17
194:3
215:13
235:15
265:12
325:4
352:7
381:12
426:2
432:25
436:5
437:2
438:6, 17
**case-by-case**
380:13
**Cases** 1:6
89:25
100:20
101:14
107:1
182:25
185:2
197:3
250:3
287:23
379:5 426:9
**Case-
specific**
172:13, 16
184:12

201:9
327:13
**CAST**
213:11
221:18
**catch**
389:10
**catechol-O-
methyltransf
erase** 117:10
**categories**
320:19
395:1, 5
**CATHERIN
E** 2:22
**catherine.hea
cox@lanierla
wfirm.com**
2:23
**causal** 28:2
83:25
102:22
155:19
157:5
206:9, 16
207:15
209:7, 11
232:22
254:15
255:7
328:25
349:15
370:22
371:19
386:6, 15, 19
**causality**
79:8, 11, 15
83:20
206:20
311:19, 22
331:6, 9
350:6, 21
356:3, 5, 6,

10 357:11,
15 427:21
**causally**
233:1
**causation**
39:2 78:21,
24 87:14, 15
147:15
157:15
159:5, 10, 15,
16 160:25
161:4, 15, 20
162:23, 24
163:1, 8
169:13
179:14
180:3
181:17
182:6
184:19
185:12
187:22
200:22
205:6
206:8, 18, 23
207:21
208:4, 11
220:24
221:4
233:12, 14
234:24
249:9
269:15
282:17
310:9
311:15
312:17
325:3
326:3
367:11
372:5
432:7, 12
**causative**
78:4, 18

79:*4*, *17*
84:*12*, *13*
154:*18*
427:*19*
**Cause** 9:7
16:*14* 22:2
43:*5* 59:*21*
60:*14*, *15*, *18*
61:*1* 68:*14*,
*21*, *23* 69:*21*
70:*6*, *10*
77:*23*
78:*12* 80:*6*,
*10* 81:*10*
82:*4*, *13*
83:*11*, *15*, *17*
85:*10*
91:*13*, *17*
94:*1* 96:*10*
98:*17*
109:*15*, *18*
138:*7*, *23*
139:*4*
164:2
206:2
271:*11*
276:4
279:*3*, *6*, *22*
281:*8*
321:2, *8*
322:*13*
329:*12*
354:*11*, *14*
355:*8*, *10*, *14*,
*25* 359:*3*, *9*,
*14* 366:*13*
367:*15*
377:*25*
378:*8*
399:*19*
400:*5*
401:*7*
402:*14*

404:*21*
423:*14*
**caused**
44:*14*
59:*15*
76:*16* 94:*4*
100:*18*
101:*6*
102:*6*
103:*21*
104:*14*
105:*5*
140:*5*
148:*18*
208:*8*
234:*10*
276:*11*
287:*23*
310:2
**causes**
16:*12*
26:*11* 29:*4*
30:*5* 38:*16*
39:*13*
76:*10* 78:2
80:2
154:*24*
160:2, *16*
161:*7*, *10*, *14*
222:*3*
233:*4*
234:*17*
235:*15*, *17*
240:*4*
354:*24*
357:*9*
398:*7*
403:*6*
408:*11*
**causing**
149:*11*
235:*20*
397:*15*

**caution**
269:*10*
**cell** 170:*13*
330:*4*, *10*
430:*25*
**cells** 56:*12*
170:*14*, *16*
321:*24*, *25*
322:2, *20*, *22*
330:*4*, *5*, *8*,
*11* 357:*3*
**cellular**
170:*11*
171:*4*
322:*15*
323:*9*
**Center**
394:*16*, *17*,
*23*
**Central**
1:*15* 11:*6*
241:*8*, *15*
**Century**
4:*12*
**cerebellar**
27:*7*
**cerebellum**
27:*17*
**cerebral**
27:*16*
**certainly**
61:*9* 189:*1*
195:*23*
430:*12*
**certainty**
253:*3*
423:*8*, *11*
**CERTIFICA
TE** 445:*1*
**CERTIFICA
TE**.................
.................**445**
10:*19*

**certifications**
31:*8* 140:*15*
**Certified**
1:*17*, *18*, *20*
31:*22* 32:*1*
445:2, *3*, *17*,
*18*, *19*, *20*, *21*,
*22*
**certify**
445:*3*, *6*, *8*
447:*4*
**cetera**
401:*22*
**chair** 389:*19*
**challenge**
283:2
**chance**
43:*23*
90:*15*
114:*5*
151:*12*
316:*21*
363:*6*
**change** 40:*1*
116:*17*
154:*9*
264:*14*
330:*3*, *8*, *11*
405:*14*
414:*3*, *6*, *13*
430:*24*
433:*10*
435:*5* 448:*3*
**changed**
134:*25*
144:*9*
145:*4*
155:*3*
156:*1*, *5*, *6*
157:*10*
248:*1*
334:*22*
348:*17*

370:*10*
379:*25*
380:*11*
433:*17*
434:*22*
**changes**
18:*5*, *7*
27:*11*, *25*
28:*4*, *6*
39:*5*, *23*
74:*25*
135:*18*
136:*1*
256:*19*
259:*13*
261:*10*
262:*4*, *8*, *15*,
*19*, *21*, *24*
263:*1*, *4*
318:*15*
322:*20*
324:*12*
328:*9*
329:*13*
345:*19*
390:*16*
405:*19*
406:*17*
414:*22*
415:*4*
446:*10*
447:*6*
**changing**
123:*6*, *11*
261:*18*
321:*24*
322:*19*
330:*9*
**characteristi
cs** 231:*7*
365:*4*
**characterize
d** 395:*20*

Confidential - Subject to Protective Order

**CHARCHA LIS**  4:*11*
176:*24*
**charge**  10:*4*
**charged**
167:*17*
**Charlie**
151:*21*
**chart**
257:*17*
258:2, *9*
305:*16*
401:*23*
**cheated**
164:*13*
**check**  46:*15*
136:7
177:*11*
**checked**
73:*16*
177:*13, 16*
**chemical**
390:*13*
393:8
397:*21*
398:2
418:*19*
**chemical-disease**
392:2
**chemical-gene/protein**
392:*1, 11*
395:7
**chemical-phenotype**
392:22
**chemicals**
8:*14*  67:*21*
395:6
396:8
397:7
412:*17*

**chemistry**
34:4
300:*15, 18*
418:23
**cherry-picking**
260:2, *4*
**Chicago**
2:*16*
**Child**  52:*23*
210:*3*
225:22
231:7, *8*
267:25
336:22
353:*15*
361:5, *9*
374:7
**Childhood**
9:*13*
**children**
148:*18*
149:6
211:*12*
212:*1, 19*
214:*3*
222:*3*
309:25
352:8, *11, 23*
353:8
**China**
28:*13, 20*
**chloride**
296:23
**chlorines**
301:*23*
**chloroform**
298:5, *8*
299:7
300:*3, 9, 11*
301:*11*
302:24
**chloroforms**
301:*14*

**choose**
244:*10*
**chose**
434:23
**chromosome**
356:17
**Chung**  67:*1, 2, 5, 8, 11*
68:*9*  138:2, *5*  139:*11*
141:8
276:7
364:*10*
375:20
409:*12*
**Chung's**
68:*20*
140:6, *25*
141:7
278:*12*
**chylomicron**
202:5
**CIC**  118:8
176:*14*
177:5, *18*
179:2
405:*4*
427:23
428:*1, 9*
**circulating**
252:*13*
**circulation**
202:*11, 12, 13, 16*
**circumstance**
249:*17*
335:*16*
432:8
**citation**
65:6  260:7
278:*15*
364:6

381:*18, 21*
429:13
**citations**
114:8
**cite**  118:*16*
122:12
147:*21*
205:2  210:8
**cited**  64:*14*
119:6
121:*1*
135:*11*
162:*17*
203:22, *23*
204:3
205:20
212:*15*
216:*11*
286:*11*
368:*1*
**cites**  374:*16, 20*
**City**  3:*12, 18*
**claim**
342:*21*
381:*17*
**clarification**
87:7  102:*11*
**clarify**
58:22  88:7
180:*15*
195:*14*
250:22
259:*15*
269:*17*
329:*21*
**clarifying**
102:8
204:8  298:2
**Clark**  95:*21*
**class**  30:*24, 25*  31:*1, 5, 6, 14, 15, 17, 18,*

*19, 20, 21*
32:2, *4, 5, 15*
33:*1, 3, 5, 8, 9, 11, 12, 13, 16, 19*  34:*1, 8, 9, 10, 11*
52:*18*
173:*24*
174:*1*
**classes**  31:*3*
**classic**  197:*6*
**Classically**
19:*16, 25*
**clear**  97:*21*
98:*14*
100:*20, 25*
103:*15*
105:*20*
118:*3*
129:*15*
134:*11*
139:*15*
146:22, *24*
159:9
166:9
171:*5*
204:*14*
211:*18*
215:*18*
225:7
229:5
240:6
245:24
249:*11*
267:*18*
272:*18*
276:*25*
290:*23*
304:*5*
307:*20*
310:*23*
337:*1*
357:*19*
374:*19*

425:*18*
434:2, *15*
**clearly**
307:*23*
433:9
**cleft**  20:*17,*
*24*  21:*1, 6, 9,*
*13*
**clefting**
21:*1*  92:*14*
**click**  128:*6,*
*11, 14*  129:2
396:6
397:*3, 6*
404:*16, 23*
405:6, *10*
406:*1*
416:2*1*
417:*3*
419:*14*
429:20
430:*11*
**clicked**
403:*17*
427:*23, 24*
428:2
430:*16*
**clicking**
405:*3, 4*
415:7  419:*1*
**ClinGen**
122:9
**clinical**
49:*8*  77:7,
*14*  139:*17*
158:2*1*
165:*24*
166:2
170:2*1*
189:*3*
192:*8, 9*
193:*10, 14*
196:*22*
219:*19*

220:2
307:6
342:*20, 21*
350:7, *22*
389:*17*
**clinically**
69:*8*
196:*22*
288:*3*
**Clinton**  6:*8*
**close**  224:2
341:5
351:*23*
**closed**  83:2
151:*23*
153:*8*
349:*17*
**closer**
225:*11*
**closure**
21:*19*  22:*23*
**clustering**
303:*15*
305:*1*
**cognitive**
396:*20*
**cohort**  10:*9*
216:*18, 19*
228:6
**coin**  417:6
**coincide**
22:*24*
**coincided**
92:*17*
**coincides**
22:*8, 20*
**cold**  166:*14*
**colleague**
32:7  41:*14*
75:*17*
**colleagues**
373:2, *7*
374:*12*

375:*8*
376:*17*
**collect**
217:2*1*
346:*25*
352:*1*
**collected**
216:*4*
217:*7*
224:*11, 19*
236:*16*
351:*14, 24*
**collection**
223:*15*
346:*24*
**collectively**
75:*14*
97:*12*
141:*20*
**collects**
217:*17, 20*
**College**
15:5, *6, 9*
33:*4*
108:*19*
388:*11, 14*
389:*8*
435:*24*
436:*3*
438:*4, 16*
443:*18*
**Colorado**
95:*18, 24*
**column**
210:*17*
212:*14*
231:*24, 25*
233:*18*
241:*25*
243:*15*
270:6, *17*
381:*10, 14*
383:*4, 18*

**combination**
47:*3*
**combs**
136:*25*
**come**  12:2*1*
20:*15*  29:2,
*7*  30:*4*
38:5  41:6
66:2, *9*
90:*3*
100:*17*
101:5
124:2, *5*
127:*3*
144:*20*
148:*1*
157:2
159:*23*
198:6
304:*10*
326:*23*
334:2*1*
360:2
398:*17*
404:*17*
419:6  428:*1*
**comes**  83:7
105:*17*
195:5
220:9
408:*15*
413:7  415:*8*
**comfortable**
114:*23*
133:*15*
134:*20*
251:*16*
**coming**
135:*24*
**commencement**  445:*3*
**commencing**
1:*14*

**comment**
142:*1*
351:*22*
**comments**
348:*24*
421:2
**Commerce**
3:*23*
**commission**
447:*17*
**Committee**
9:2*1*
180:*23*
279:*14*
**common**
51:*1*  56:*10*
218:*23*
382:5
420:6  427:6

**commonality**
432:*20*
**commonly**
89:*17*
122:*13*
193:2
201:*11*
**communicated**  248:*23*
**communication**  73:*13*
74:*10*
111:*15*
249:*4*
396:*24*
441:*14, 19,*
*21*  442:*23*
**community**
398:6, *7*
403:5
**companies**
163:*16*
**company**
25:*20*

106:*12, 14, 16, 22* 163:*3, 6* 426:*15* 442:*5, 7, 10, 11* 443:*5, 8, 10, 12*

**Comparative** 9:*1* 126:*21* 391:*19* 397:*18*

**comparatively** 248:*12*

**compare** 167:*24* 198:*11, 15* 264:*8* 339:*17*

**compared** 41:*19* 67:*11* 168:*16* 198:*14* 235:*12* 248:*13* 346:*12*

**comparing** 303:*21*

**comparison** 289:*19* 347:*9*

**comparisons** 218:*6*

**compartment** 330:*24*

**compatible** 24:*9* 157:*10*

**compelling** 311:*21* 312:*4*

**complaints** 37:*16*

**complete** 271:*8* 329:*16, 22* 330:*3*

**completely** 83:*2* 249:*16* 267:*16*

**component** 265:*20* 358:*24* 372:*4*

**compound** 25:*5, 16* 34:*24* 35:*1* 37:*5* 38:*6, 16* 39:*1* 40:*6* 43:*4* 52:*13, 25* 54:*9, 12* 56:*8, 10* 57:*2* 69:*16* 78:*4* 79:*25* 84:*6* 126:*13* 137:*2* 164:*12* 301:*10* 427:*18* 432:*3*

**compounds** 55:*7* 57:*11* 58:*7, 10, 15* 59:*5, 21* 62:*19* 63:*22* 68:*6, 14, 16, 21* 70:*23* 71:*4* 76:*19* 85:*18* 158:*12* 393:*7*

**comprehensive** 413:*18*

**computer** 84:*17* 183:*18* 426:*18* 428:*13* 430:*16*

**COMT** 405:*3, 18, 20*

**concentration-dependent** 240:*15* 249:*13*

**concentrations** 200:*6* 371:*10*

**concern** 147:*1, 25* 148:*13* 276:*4* 281:*8* 282:*2* 335:*23* 340:*15* 374:*2*

**concerned** 146:*19* 147:*4* 149:*11* 282:*16* 353:*7* 362:*2*

**concerns** 283:*3* 399:*7*

**conclude** 93:*20* 386:*5* 427:*21*

**concluded** 254:*15* 255:*6* 444:*6*

**conclusion** 29:*3* 30:*4* 40:*1* 43:*9* 92:*10* 100:*18*

101:*5* 144:*8* 154:*24* 157:*2* 284:*3, 8* 304:*10* 325:*3* 340:*8* 355:*5*

**conclusions** 38:*5, 25* 39:*8* 70:*12* 82:*9* 93:*6* 144:*21* 340:*16* 348:*21* 369:*6* 386:*3* 411:*18*

**concurrently** 30:*6, 7* 80:*16, 17* 113:*4*

**condition** 352:*12* 359:*19* 366:*14* 382:*14* 427:*12*

**conditions** 138:*18* 231:*9*

**conduct** 56:*23* 72:*5* 89:*17* 170:*2* 171:*1, 3* 359:*6* 368:*4*

**conducted** 30:*16, 18* 45:*16* 80:*23* 83:*19* 157:*3* 159:*17*

209:*10* 357:*11* 368:*22*

**conducting** 70:*1* 282:*25*

**conference** 53:*4, 8, 16, 19* 54:*16* 315:*11*

**confidence** 87:*25* 88:*6, 14* 89:*4* 211:*23* 213:*14* 239:*24* 268:*6* 383:*6, 11* 384:*20*

**CONFIDENTIAL** 1:*6* 103:*10* 104:*3, 18, 23, 24* 105:*10, 13*

**confidentiality** 103:*13*

**confidentially** 105:*7*

**confines** 148:*5*

**conflict** 106:*7, 11, 15* 171:*6, 8, 12* 442:*4* 443:*9, 11, 14*

**confounders** 357:*14, 20, 23* 358:*3* 362:*13*

**confounding** 360:*6, 22* 361:*14, 15* 362:*5* 366:*2*

373:8, *19*
375:9, *17*
376:17, *23*,
*24*  381:25
399:*13*
**confused**
32:9  245:9
**congenital**
16:*3*  24:*8*
44:8  49:*19*
68:*12, 15, 23*
69:2, *21*
93:*10*  94:*6*,
*7*  109:*11*
190:*10*
234:22
354:24
**connected**
124:*18*
427:17
**connecting**
313:7
**connection**
51:*16*
102:*23*
**Connectivity**
10:*14*

**consequences**
149:5
**consider**
83:*3*
169:*12, 20*
182:6, 8, *13*
186:*15*
188:8
190:*23*
191:*1, 6*
213:2, *16*
215:23
219:23
221:24
299:*13*
318:*19*

319:7
327:*13*
358:*13, 15*,
*19*  360:*21*
361:*14*
**considered**
28:22
115:*1*
156:2
161:*18, 21*
162:22, 25
188:*10*
197:*14*
198:*12*
213:7
221:*1*
244:*1*
246:6
260:*15*
275:6
360:*19*
361:*17*
366:*4*  400:*3*
**considering**
163:8
179:*14*
247:*12*
344:*13*
**consistency**
350:*14*
384:*4*
**consistent**
18:*19, 24*
24:*1*  39:*14*
59:20
66:*17*
72:*19*  75:*1*,
*8, 13, 25*
77:6, *13*
83:20, *24*
124:23
139:*19, 20*
141:*1, 8*
145:8

146:*4*
155:*4*
192:*1, 2, 5*,
*17*  221:*12*
251:*14*
288:5
292:*23, 24*
307:8
309:*1, 23*
310:24
312:9
355:*18*
356:5, *9*
365:24
370:*14*
**consistently**
221:*20*
384:7, *9*
**constantly**
46:*21*
**consult**
106:2
**consultant**
29:*25*
**consulted**
442:*10*
**consulting**
103:5
106:22
**Consumer**
4:*23*
**consumes**
254:6  305:9
**contact**
54:*19*
282:7
334:25
335:20
**contacted**
52:*12*  54:*4*,
*25*  107:*23*
108:*16*
**contain**
129:*24*

**contained**
107:24
**context**
85:*21*  86:2
92:*23*  93:7
94:8, *14, 24*
176:7
279:*24*
289:5
291:*21*
337:*21, 22*
390:*24*
**continue**
348:*15*
**continues**
21:*20*
22:*14*  23:5
151:22
240:*13*
**continuing**
12:*21*
334:*11*
423:*21*
**continuous**
21:*18*
233:*20*
235:5, *16*
**continuum**
396:*19*
**contraindicat
ed** 234:*20*
409:5
**contraindicat
ions**  110:*14*
**contribute**
399:*19*
**contributing**
146:*20*
**control**
9:*19*  239:*9*,
*12*  267:6, *14*,
*23*  268:*15*,
*16*  269:2
270:*16*

271:*10, 16*
275:21, 22,
*23*  276:24
277:*17*
280:22, *23*
281:2
283:*3*
285:6
347:*10*
374:3, *22*
377:*1*
395:23
**controlled**
109:*4*
165:*20*
268:*10*
270:*21*
280:*12*
**controlling**
265:*21, 23*
**controls**
268:*13*
**controversy**
80:22
**convention**
89:*23*
90:*18*  91:5
**conversation**
318:*14*
333:*4*
**conversation
s**  103:*1, 4*
**conversely**
88:2
**convert**
292:*11*
293:5
**converting**
294:*11*
379:*13*
**conveyed**
104:8
**convinced**
85:*10*

**coordination**
309:*14*
310:*7*
**co-PI**
389:*18*
**copied**
317:*6, 12*
**copies** 99:*7*
115:*24*
313:*20*
**copy** 65:*17,*
*19, 22* 66:*4*
99:*2* 112:*5,*
*6* 295:*1*
300:*21*
313:*16, 18,*
*22, 24* 319:*2*
381:*1*
**Cord** 9:*11*
132:*11*
222:*23*
223:*4, 8, 10,*
*15, 20, 22, 23*
224:*10, 18,*
*25* 225:*4*
226:*5, 11*
227:*20, 23*
228:*25*
230:*14, 15*
231:*3*
236:*13, 15*
237:*11*
238:*19, 24*
239:*4*
244:*12, 24*
245:*10*
247:*1*
248:*16*
249:*7*
250:*6*
251:*1, 20*
307:*23*
308:*3, 5*
330:*20*

331:*3*
371:*6, 11*
**core** 33:*8,*
*11* 40:*25*
75:*15*
186:*12*
187:*1, 10*
191:*13*
193:*22*
194:*8*
198:*12, 15,*
*25* 199:*3, 22*
311:*11*
312:*9, 10*
322:*25*
323:*8*
325:*15*
326:*25*
329:*4*
347:*17*
**core-**
**defining**
396:*22*
**Corporation**
5:*4, 25* 6:*4*
**correct**
13:*22, 23*
14:*22*
15:*25*
16:*20, 24, 25*
18:*10, 11*
19:*8* 24:*7*
28:*11, 12*
30:*20*
31:*23* 32:*8,*
*16* 34:*2*
35:*20*
36:*19, 23*
37:*6, 7*
40:*18*
43:*11, 18, 19,*
*22* 44:*3, 9,*
*18, 19, 24*
45:*24* 46:*2,*

*7* 47:*14, 22*
49:*6, 12, 21*
50:*1, 2, 14,*
*15* 51:*11*
52:*6* 54:*12,*
*17* 55:*9, 16*
56:*7, 15, 16*
57:*9, 21, 22*
58:*6, 12, 16*
59:*3, 12, 23*
60:*2, 20*
63:*6, 12, 20*
65:*4* 66:*15*
68:*13, 24*
69:*11, 17, 18,*
*22, 23, 25*
72:*23*
74:*20*
75:*23, 24*
76:*16*
78:*13* 79:*4,*
*11, 18* 80:*19*
81:*3, 10*
82:*14*
83:*18*
84:*13*
87:*24* 88:*6,*
*16, 21* 89:*8,*
*23* 90:*16, 17*
91:*5* 95:*3,*
*4, 12, 13*
96:*11* 97:*5,*
*17* 98:*18, 19*
100:*14, 19*
101:*7*
102:*7*
103:*21*
104:*15*
105:*11, 19*
106:*20*
107:*4*
108:*7*
109:*16, 17*
112:*25*

113:*16, 20*
114:*10, 16*
115:*1*
117:*7, 8, 20*
118:*2, 15*
120:*4, 9, 10*
122:*13, 22*
126:*13, 20,*
*25* 127:*25*
128:*1*
129:*5, 9, 10,*
*14, 21* 130:*1,*
*13* 131:*18*
132:*13, 19*
133:*4, 23*
134:*15*
135:*24*
137:*4, 21*
138:*3, 4, 8,*
*20* 139:*14*
140:*1, 11, 16,*
*21* 141:*3*
142:*10, 13,*
*17, 20* 143:*1,*
*14* 144:*6, 11,*
*23* 145:*9*
148:*20*
149:*1, 6*
153:*4, 17*
154:*4, 11, 12*
158:*3, 25*
159:*6, 12, 24,*
*25* 160:*3, 17*
161:*4, 5, 7, 8,*
*10, 11, 14*
163:*4, 5, 9*
165:*2, 6, 20*
166:*8*
167:*12*
169:*14, 20,*
*25* 171:*24*
180:*6*
181:*8, 12, 18*
182:*12, 19*

184:*15*
185:*8*
186:*20, 21*
187:*5, 13, 23*
188:*3, 4, 12,*
*22* 189:*6, 16,*
*25* 191:*17*
192:*7, 23*
193:*7*
196:*19*
197:*18*
200:*4, 24, 25*
201:*7, 17, 22*
202:*1*
203:*2, 6, 19,*
*20, 25*
205:*24*
206:*7*
209:*14, 15,*
*23, 24* 211:*5,*
*17* 212:*2, 11,*
*12, 16, 17, 20*
214:*7, 18*
215:*2, 17*
216:*15*
220:*15*
223:*14, 24*
225:*1, 2, 5*
226:*8, 19, 23*
227:*4*
232:*11*
233:*25*
236:*14*
239:*20*
240:*5*
241:*1, 21*
242:*3*
246:*11*
247:*13, 25*
250:*21*
251:*4, 12, 22*
252:*20*
253:*3, 18*
256:*21*

258:*21*
259:*4, 7, 10,*
*11, 14, 17*
260:*16*
261:*22*
262:*17*
264:*20*
265:*3, 4*
266:*10*
269:*16*
271:*4*
272:*10, 17*
273:*2, 12*
274:*7*
275:*3*
277:*21*
278:*6*
280:*13*
281:*12, 20*
284:*4*
285:*18, 25*
288:*13, 17*
291:*14, 15*
297:*10*
298:*6*
300:*4*
306:*5, 23*
309:*5, 16, 22*
310:*22*
311:*23*
315:*22*
316:*25*
317:*7, 20*
318:*1, 12, 22*
319:*11*
322:*17*
323:*5*
324:*7*
325:*21*
327:*5, 6, 10,*
*21*  329:*1, 14,*
*17*  335:*17*
342:*12*
343:*14*

347:*4*
355:*22*
356:*12, 20*
367:*3, 12*
368:*18*
371:*19, 22*
374:*17*
375:*11*
376:*2*
378:*12, 13*
382:*16*
383:*8*
385:*13*
386:*16*
390:*9*
391:*10*
397:*5, 17*
398:*16*
399:*16*
402:*24*
403:*3*
406:*4, 25*
407:*9*
408:*3, 25*
411:*3, 4, 8*
412:*23*
413:*1, 21*
417:*12*
419:*18*
420:*11*
426:*24, 25*
427:*13, 19*
428:*7, 9, 14*
431:*21*
432:*8*
433:*25*
435:*6*
436:*6, 19, 23*
438:*21*
441:*11*
443:*22*
447:*5*

**corrected**
17:*4, 10, 12*
262:*3*
**Corrections**
17:*13*
446:*4, 7*
447:*6*
**correctly**
133:*16*
319:*10*
372:*6*
**correlate**
137:*1*
226:*12*
**correlated**
69:*1*
**correlation**
258:*19*
259:*2*
267:*15*
270:*3, 9*
353:*14*
**correlations**
366:*10*
**corresponde**
**nce**  55:*1*
180:*19*
340:*14*
**corrupted**
249:*16*
**cortex**
26:*23*  27:*16*
**Costco**  5:*4*
**COTE**  1:*6*
**Counsel**  4:*6,*
*22*  5:*4, 9, 19,*
*25*  6:*4, 9, 14,*
*19*  11:*15*
48:*3*
112:*20*
113:*24*
115:*8*
244:*5*
245:*5*

246:*14*
294:*25*
365:*11*
445:*10, 11*
**counseling**
31:*5, 6*
**counselors**
121:*23*
**counsel's**
246:*16*
**count**  81:*5*
120:*15*
381:*25*
**counted**
13:*1*
**counting**
134:*7*
**countries**
216:*15, 23*
217:*8*
**country**
68:*5*  336:*5,*
*8*
**counts**
186:*20*
**couple**
34:*21*
37:*22*
45:*14*
111:*3*
115:*6*
370:*18*
371:*24*
413:*12*
430:*17*
**course**
183:*16*
**COURT**
1:*1, 20*
11:*12, 17*
96:*14*
98:*21*
103:*8, 16, 19*
104:*25*

105:*1, 15*
253:*2*
445:*18, 20,*
*21, 22*
446:*19*
**cover**  34:*10*
121:*22*
246:*12*
**covered**
410:*18*
**COVID**
30:*15*
**crazy**  440:*5*
**create**
73:*24*
220:*19*
322:*16*
368:*22*
**created**
148:*5*  149:*7*
**creating**
59:*19*
440:*10*
443:*13*
**credit**  33:*11*
213:*3*
**criminals**
67:*12, 19, 24*
236:*4*
**crisis**  146:*21*
**CRISTINA**
2:*21*
**cristina.delis**
**e@lanierlawf**
**irm.com**
2:*22*
**criteria**
73:*5, 10, 23*
74:*15, 20*
113:*7*
123:*1, 8, 9*
196:*21*
227:*21*
431:*4*

critical
20:*20*
22:*11*  23:*1,
8, 9, 21*
350:*9, 25*
criticism
273:*4*
294:*17*
333:*16*
409:*11*
criticisms
97:*21*
420:*12*
criticize
139:*11*
277:*17*
420:*8*
criticized
138:*1*  293:*8*
criticizing
68:*20*
138:*2*
140:*7*
275:*21*
333:*13*
cross
202:*18, 22*
203:*1, 10*
211:*23*
239:*22*
243:*25*
384:*19*
385:*1*
crosses
203:*12*
211:*19*
CROSS-
EXAMINAT
ION  387:*20*
crossing
383:*15*
CROW  3:*20*
crumble
411:*12*

cryptorchidis
m  160:*7, 21*
CT  391:*15*
CTD
391:*18, 21*
393:*15*
culture
170:*10*
cultures
170:*13, 15*
curated
391:*25*
curation
392:*21*
current
49:*12*
139:*18*
154:*10*
157:*23*
259:*10*
263:*11, 12,
13*  335:*11*
currently
33:*2*  70:*1,
7*  199:*20*
201:*11*
324:*10*
325:*1*
380:*7*
389:*18*
420:*21*
432:*9*
cutoff  238:*7*
CV  93:*2*
CYP2E1
303:*14, 24*
304:*5, 13, 17*
305:*9, 12, 19,
20*  306:*19*
CYP2E1's
302:*25*
CYP2E's
302:*24*

cysteine
244:*15, 18*
245:*2*
250:*2*
307:*22*
330:*19*
331:*2*

< D >
dad  361:*1*
daily
289:*17*
293:*4*
dam  345:*22*
damage
56:*12*  57:*3,
20*  59:*19*
60:*15*
288:*6*
321:*22*
322:*14, 15*
356:*13*
DANA  6:*1*
dangerous
68:*7, 11, 16*
109:*24*
110:*4*
DANIEL
6:*22*
data  27:*20*
48:*8, 14, 22*
49:*3, 4, 15*
51:*7*  55:*13*
60:*7, 10, 22*
70:*12*
82:*25*
85:*15*
119:*12, 19,
21*  120:*13*
124:*1, 20*
130:*16*
132:*2*
136:*1*
139:*13*

143:*21*
148:*25*
157:*11*
159:*2*
163:*7*
164:*4, 19*
165:*2*
180:*4*
181:*18*
182:*9, 11*
186:*4*
195:*5*
197:*21*
204:*10, 17*
211:*6*
212:*18*
213:*7*
215:*22, 24*
216:*2*
217:*6, 17*
218:*7*
239:*16*
240:*7, 24*
242:*12*
246:*13*
247:*7*
251:*13*
260:*2, 5*
263:*6*
269:*5*
274:*5, 9, 19*
276:*10*
280:*12, 15,
18*  281:*24*
286:*25*
291:*3*
311:*25*
318:*10*
324:*25*
325:*23, 25*
328:*16*
331:*8*
338:*3, 4*
340:*9, 18*

342:*19, 23,
25*  343:*6*
344:*13, 14*
346:*18, 23,
25*  348:*1, 16*
349:*14*
350:*1, 5, 21*
351:*14, 17,
25*  352:*1*
355:*4, 9, 17,
24*  356:*2, 4,
8*  360:*7*
361:*7*
368:*4, 16*
369:*3*
386:*18*
392:*3, 4, 22*
393:*5*
395:*1, 5*
409:*23*
418:*19*
428:*10, 16,
21*  431:*19*
435:*6*
Database
9:*1, 3*
48:*18*
65:*10*
121:*1, 5, 6,
13*  122:*5, 10,
14, 20*  123:*6,
8*  124:*24*
126:*16, 22,
24*  127:*1, 7,
20, 22*  128:*2,
7*  130:*4, 8,
11, 15*
131:*22*
133:*6*
134:*12, 14,
15*  135:*6*
136:*6, 15, 19*
137:*18*
177:*23*

178:*9, 18, 19, 25* 179:*2, 3, 9* 205:*1*
209:*17, 20*
216:*13, 20*
267:*3*
269:*5*
390:*24*
391:*4, 12, 19, 22* 394:*2*
397:*19*
404:*11, 19, 20* 405:*5*
406:*6*
407:*16*
409:*8*
410:*6, 14, 17, 25* 411:*21*
412:*1*
418:*15, 17, 21* 426:*18, 20* 427:*4, 9*
428:*2*
**databases**
121:*12, 16, 18* 216:*14*
390:*25*
401:*24*
418:*22, 23, 24*
**dataset**
119:*12, 14, 15* 197:*20*
215:*2*
216:*22*
224:*25*
249:*10*
250:*19*
266:*24, 25*
276:*23*
**date** 1:*15*
11:*5* 69:*25*
150:*4*
153:*21*

334:*5*
350:*18*
371:*4*
445:*7*
446:*9*
447:*12*
**dated**
151:*16*
445:*23*
**daughters**
215:*1*
**DAVID** 6:*7*
**day** 155:*6*
227:*13*
228:*9*
251:*12*
273:*22*
274:*7*
275:*11, 12, 13* 289:*13, 14* 343:*4*
390:*20*
392:*12*
418:*4, 17*
447:*16*
**days** 12:*18*
19:*13, 21*
20:*12* 21:*3*
22:*22, 25*
23:*10*
155:*14*
230:*2*
237:*3, 4*
252:*2, 5, 6*
270:*3, 17*
273:*20, 21, 25* 274:*1, 2, 5* 275:*10*
446:*15*
**DC** 4:*17*
5:*3, 18*
**de** 356:*10, 14* 359:*25*

360:*3*
**deal** 414:*21*
**deals** 390:*3, 6*
**DEAN** 6:*9*
**DEANNA**
4:*15*
**death**
190:*12*
**debate**
287:*17*
289:*8*
334:*12*
**debilitating**
361:*18*
**debunked**
80:*15, 19*
**decades**
43:*18*
49:*21* 71:*16*
**decide**
169:*8*
431:*20*
**decided**
212:*25*
**deciding**
441:*23*
**decision**
82:*16*
215:*16*
243:*7*
**decrease**
61:*9, 14*
88:*9, 16, 18*
89:*9* 406:*20*
**decreased**
63:*11*
160:*8, 22*
215:*3*
221:*21*
400:*16*
**decreases**
60:*18*

**deemed**
214:*8*
446:*18*
**deep** 428:*16, 21*
**defect** 24:*4*
38:*17*
39:*13* 42:*2*
53:*10* 69:*6, 11* 100:*19*
101:*6*
102:*6*
103:*21*
104:*14*
334:*8*
400:*16*
425:*1* 426:*9*
**defects** 16:*3, 7, 9, 15, 16*
20:*12* 25:*6*
26:*22* 33:*7*
35:*6, 15, 20*
37:*21*
44:*15*
55:*16* 69:*3, 12, 17* 85:*4, 5* 94:*7*
96:*11*
98:*17*
188:*15, 20*
217:*11*
250:*16, 17*
315:*6*
336:*18*
354:*15*
355:*3*
388:*8*
389:*11*
401:*1*
420:*19, 21*
423:*15, 18*
**Defendant**
11:*24* 426:*2*

**defending**
44:*12*
67:*12, 24*
236:*3* 320:*3*
**defense**
68:*5*
141:*10*
293:*8*
294:*17*
307:*15*
425:*19, 22*
**deficiencies**
410:*19*
411:*16*
418:*7* 420:*9*
**deficiency**
342:*22*
**deficit** 9:*19*
69:*1* 190:*11*
**deficits**
309:*13, 14*
310:*5, 7*
311:*17*
**define**
20:*21*
241:*6*
264:*16*
**defined**
210:*14*
395:*17*
**defines**
238:*14*
396:*18*
**definitely**
178:*13*
437:*5*
**definition**
216:*17*
264:*22*
**definitive**
181:*20*
254:*15*
255:*7* 386:*6*

Confidential - Subject to Protective Order

degree
300:*16*
423:*11*
degrees
31:*7*  34:*3*
140:*19*
delete
433:*12, 13*
DELISE
2:*21*
delivery
223:*16, 24,*
*25*  224:*1, 3*
225:*18, 23*
226:*23*
228:*9*
236:*14, 16*
239:*5*
Dell  388:*19*
demographic
s  231:*5*
demonstrate
78:*24*
386:*19*
432:*12*
demonstrate
d  26:*20*
27:*6*  45:*4*

demonstrates
281:*3*
demonstrativ
e  63:*18*
DENISE
1:*5*  41:*15*
42:*18*
deny  97:*15*
368:*25*
Depakote
41:*12*  49:*20*
department
389:*20*
depend
90:*24*

Depending
65:*21*
78:*14*
89:*24*  90:*1*
91:*6*  133:*9*
223:*8, 20*
224:*3*
237:*11*
430:*24*
depends
76:*11, 17*
110:*12*
236:*6*
265:*12*
339:*10*
362:*6*  371:*8*
deplete
57:*8*  58:*5,*
*16, 17*  60:*25*
329:*10*
depleted
59:*11*  60:*16*
depletes
61:*6*
depleting
59:*1*  252:*7*
depletion
56:*19, 21*
61:*1*  321:*3*
329:*16, 22*
330:*3*
deponent
11:*14*  447:*1*
DEPONENT
..................44
7  10:*20*
deposed
100:*22*
101:*3, 11, 14*
102:*2*
deposes
11:*23*
deposing
446:*14*

deposition
1:*11*  10:*17*
11:*8*  14:*2*
98:*24*
99:*17*
100:*6, 11, 16*
102:*13, 18,*
*19, 25*
112:*20*
144:*14*
147:*12*
163:*6*
169:*6*
175:*3*
207:*22*
208:*12*
320:*3*
332:*24*
389:*13*
444:*6*
446:*3, 12, 16,*
*17*
depositions
99:*18, 20*
207:*19*
208:*24*
depression
361:*20, 24*
362:*5, 9, 12*
363:*22*
364:*1, 4*
365:*23*
366:*3, 11, 12,*
*20*  367:*2, 6,*
*14*
deps@golko
w.com  1:*23*
depth  331:*8*
derivative
79:*24*
derive
123:*25*
described
56:*9*  63:*7*

126:*17*
136:*17*
137:*20*
157:*8, 12*
249:*17*
296:*18*
323:*14*
326:*21, 23*
391:*20*
392:*16*
describes
59:*18*
63:*10*  126:*1*
describing
419:*10, 12*
Description
8:*12*
258:*12, 15*
261:*19*
262:*9*
263:*15, 17,*
*20*  264:*1*
design
265:*7, 19, 23*
267:*6*
272:*20*
275:*22*
280:*3*
281:*6, 15, 18,*
*25*  282:*3*
283:*25*
285:*5, 9*
345:*3, 8*
designs
190:*19*
278:*1*
280:*10*
despite
336:*17*
detail  80:*4*
detected
242:*17, 18*
248:*6, 7*
307:*22*

detecting
250:*5*
detection
242:*19, 24*
243:*2, 10, 16*
determinatio
n  157:*16*
169:*14*
189:*3*
determinatio
ns  42:*23*
determine
78:*21, 23*
79:*7, 10*
269:*14*
287:*2, 6*
293:*4*
345:*19*
379:*3*  431:*9*
determined
79:*17*  97:*4*
206:*19, 23*
279:*23*
358:*6*
368:*2*
369:*1, 10*
determining
251:*5*
detrimental
68:*3*  74:*4, 7*
develop
343:*14*
418:*8*
developed
192:*15*
208:*21*
developing
232:*16*
252:*15*
322:*22*
352:*14*
development
8:*16*  16:*6,*
*9*  22:*3, 12,*

Confidential - Subject to Protective Order

13, 18  23:20
24:6  25:11
52:23  63:2,
4  77:10
115:23
173:17
190:9
251:10
329:13
392:5
412:20
426:23
**development
al**  93:9, 22
94:1, 10, 18
96:11
98:17
187:15
188:6, 10, 14,
16  189:24
190:1
231:25
232:3, 7
311:9
**deviant**
190:9
**diagnose**
66:14, 19
72:6, 7
73:5  74:16
192:6
195:12
427:12
**diagnosed**
69:7, 10
72:16, 22
77:1, 2
**diagnosis**
69:14
72:14, 24
73:17, 24
77:7, 14
139:17
191:17, 20

192:8, 10
193:10, 15
196:20, 22
267:20
413:23
427:14
**diagnostic**
73:4, 7, 10
74:20  189:3

**diagnostician**
73:20
**diagnostics**
74:17  189:4
**difference**
160:24
165:21
216:17
234:5
300:8
301:20
**differences**
165:15
197:5, 13
199:1
294:1
343:17
431:2
**different**
26:8  27:15
34:14
38:12
53:20
79:14
110:13
123:7
124:14
127:5
138:25
184:14, 21
188:21, 24
189:6, 9
191:4
192:14

196:23
197:14, 15
199:18
221:12
225:15
258:22
262:7
266:3
277:1, 3, 5, 9
301:16
317:14
346:2
361:23
366:17
368:22
383:20
393:7
411:7
430:18
442:8
**differently**
344:6, 11
**difficulties**
368:23
**difficulty**
155:22
**dig**  428:15,
20
**Diplomate**
1:16  445:2,
16
**DIRECT**
12:1  198:5
312:3
370:24
371:18
397:25
402:6  408:6
**directed**
365:18
**directly**
105:2
187:12
197:2

200:4
203:23
**director**
41:10
**dis**  280:6
**disabilities**
184:25
185:3
**disability**
160:12
185:8
186:20
187:1
310:16
417:6, 23
**disagree**
47:23, 24
48:2  132:4
138:10
141:4
142:9, 25
144:11
146:2
153:11
180:25
227:5
254:3, 18
255:1
280:7
293:11
294:16
343:10
349:20
372:9, 22
375:13
376:15
**disagreed**
349:22
**disagrees**
142:20
143:13
153:3
288:9

307:16
376:6
**disaviews**
284:9
**disclaimer**
427:10
443:10
**disclose**
104:5, 8, 12
441:6
443:12, 15
**discordant**
266:5
271:24
272:22
277:10
**discover**
105:15
**Discovered**
43:23
**discovery**
89:20
90:10, 12, 13,
16  176:7
215:22
**discredit**
213:4, 5
283:23
**discredited**
283:22
**discuss**
184:2
262:12
369:16
433:6
**discussed**
108:9
219:7
267:7
362:15
**discusses**
323:3
**Discussion**
322:6

Confidential - Subject to Protective Order

357:*17*
413:*19*
**disease**
170:*9*
196:*10, 11*
276:8, *12*
343:*15, 18*
360:*3, 5*
379:*24*
396:*12*
397:*20*
402:*8*
427:*12*
**diseases**
170:*11*
309:*12*
310:*5*
392:7
395:6
396:*13*
408:*16, 17*
**dislike** 67:*8*
**Disorder**
8:*23* 9:*3, 5,*
*13, 19* 10:*13*
22:*10*
25:*12*
26:*12*
73:*13*
309:*13*
310:6
396:*16, 19*
398:8
399:6, *9*
416:*10, 16*
**disorders**
156:*15*
310:2
396:*20*
413:*24*
414:*4*
415:*13*
416:*1*
417:*24*

**displayed**
75:*12*
**dispute**
109:*21*
**disputing**
109:*23*
**disruption**
193:*22*
399:*9*
415:*23*
**disruptions**
9:*3*
**distilled**
49:*14*
**distribution**
238:8 241:7
**distributions**
238:6
**DISTRICT**
1:*1* 11:*12,*
*13*
**disturbing**
436:*12*
**divide**
287:5
345:*25*
**djash@duan**
**emorris.com**
6:*2*
**dkatz@smith**
**sovik.com**
6:*7*
**dlee@btlaw.c**
**om** 4:*16*
**Doan** 9:*5*
131:*10*
**D-o-a-n**
131:*10*
**doctor** 14:*5,*
*8, 10* 21:*8*
64:9 66:*21,*
*23* 116:*3*
150:*10*
214:22

219:*5*
246:*14, 24*
257:*4*
264:*14*
278:*20*
279:*11*
290:*18*
295:*4, 14*
299:*1*
305:*14*
308:*11*
312:*25*
316:6
332:*17*
353:22
354:9
364:*24*
365:*7, 10*
370:*1*
381:*21*
405:*24*
429:8
**doctorate**
14:6
**doctors**
14:*14, 15*
**DOCUMEN**
**T** 1:*5* 62:*9,*
*25* 63:*7, 10*
76:*24*
279:*12*
280:*1*
286:*20, 23*
288:*18*
313:9
315:*4*
316:*21*
338:8
349:*11*
385:9
413:*8, 10*
422:*13*
**documented**
26:*17*

27:*13* 28:*3*
38:8 76:*22*
226:*25*
**documents**
17:*8*
143:*24*
144:*22*
145:8, *11*
161:*23*
162:*4, 10*
290:*4*
331:*15*
332:6, *13*
337:*19*
**doing** 15:*21*
25:7, *13*
29:*16* 35:*2*
36:2 38:*19*
40:*13* 47:6
51:*19* 55:2
70:*15* 71:6,
*12* 89:*16, 25*
90:2, *25*
91:7 171:6
172:6, *9*
195:7
204:7
207:*18*
208:2
268:*18*
273:*11*
281:*15*
287:*11*
318:*23*
349:*14*
359:*19, 20*
387:*23*
403:*24*
421:*15*
440:*14, 21*
443:*12*
446:8
**Dollar** 5:*9,*
*10* 6:*4*

**Dolutegravir**
25:*17*
**domain**
316:*19*
433:*14*
**dopaminergi**
**c** 39:6
**dosage**
294:*11*
**dosages**
288:*4*
292:*12*
345:*18*
431:*1*
**dose** 252:6
274:*11, 15,*
*22* 275:5, 7
280:*16*
285:22, *25*
286:2, 5, *12*
287:*1, 2, 7, 8,*
*15, 20, 25*
288:8, *13, 14,*
*17, 19, 23, 24*
289:*11, 17*
290:*24*
291:2, *22, 23*
292:*6, 8, 15*
293:*4, 6, 9,*
*17, 19*
307:*18*
354:22
355:7, *12*
385:*23*
**dose-**
**dependent**
249:*14*
**dose-effect**
240:*16*
**dose-**
**response**
229:8
345:*15*

dose-
responsive
132:8
249:22
doses
289:16
292:10
293:11
354:16, 20
355:25
357:9
dosing
214:16
290:23
294:8
double
231:16
232:9
double-blind
44:22
46:13
47:13   49:5
166:3
double-
blinded
164:7, 21
165:1
double-
blinding
46:15
double-
check   26:2
doubt
336:21
DOVEL
4:1, 4
downregulat
ed   431:14
downregulat
es   430:21
downregulati
on   406:8, 20
downstairs
346:4

Dr   14:4
23:10, 14
25:3   32:12
57:6   60:23
64:21   67:1,
2, 5, 8, 11
68:9, 20
72:21   79:2,
9   82:19
85:8   86:17,
24   89:13
91:12   96:9
112:7
115:19
116:9
118:23
125:5
127:4, 14
128:21
129:18
130:22
133:19
138:2, 5, 10
139:11
140:6, 21, 25
141:7, 8
143:23
146:13
148:11
149:22
151:6
153:20
155:8, 18
158:23
161:1
164:18
167:5
186:6, 18
187:12, 20
188:9
194:13
200:22
205:15
206:15

207:3
209:6
210:25
212:25
213:2
222:11, 22
226:4
230:15
232:21
233:6
235:3
240:2
242:9
244:4
249:6
250:25
252:20, 25
254:22
255:2, 10, 18
256:7
258:17
262:7
266:24
272:25
273:7
274:3
275:10
276:7, 9
278:12
281:17, 21
285:3, 17, 23
286:24
288:7
309:5
311:5
314:10, 14
326:2
327:18
329:25
330:14
331:1, 11, 15,
25   341:2
343:3
348:7

352:17
354:6, 10, 14,
23   355:6, 11,
23   356:18
357:7
359:2, 5
360:7
361:13
364:10
365:13
366:16
367:10, 24
372:23
373:1, 6
374:12
375:7, 8, 20
376:1, 4, 11,
15, 16
377:20, 23
378:6
380:20, 24
381:4
382:13
383:16
385:3
386:13
387:22
400:20
401:16, 20
403:13
404:10
409:12
419:19
423:23
424:3, 14
425:12
426:8
435:14
438:3
439:20, 21,
25   440:3, 13,
20   441:2, 5,
9, 22   442:14,

18   444:2
draft   19:2, 6
drafting
324:16, 19
draw   39:1
70:12   93:6
230:6
300:13, 25
301:5, 8, 24
355:4
411:24
drawing
411:18
drawings
300:6, 20
drawn   39:7
82:9   87:10
drew   369:6
drinking
362:17
drive   393:10
driving
248:9, 10
drug   25:24,
25   35:3, 14
43:22, 24
45:8   47:20
49:20
94:25
126:12
152:1
153:10
160:6
166:11
204:19
279:24
291:1
292:17
332:14, 18
350:6, 10, 21
351:1
drugs   43:21
46:1, 10
48:4, 22

49:*1, 2*
67:*17*
69:*20*
70:*24*
71:*15, 18*
166:*7*
**DSM** 73:*6*
74:*21*
**DSM-5**
397:*1*
**DSMs** 77:*9*
**DUANE** 6:*1*
**due** 336:*24*
**duly** 11:*21*
445:*4*
**duration**
274:*11, 14,
16, 22* 275:*5,
6* 365:*5*
385:*11, 15,
24*
**durations**
270:*25*
**dust** 411:*12*
**dyad** 272:*3*
**dyads** 225:*8*
**dying**
336:*23*

< E >
**earlier**
13:*13* 24:*5*
52:*17*
109:*15*
139:*2*
148:*11, 25*
154:*2*
163:*19*
164:*6*
167:*11*
169:*24*
172:*17*
174:*9, 23*
176:*11*

185:*6*
188:*19*
206:*6*
256:*10*
342:*8*
346:*8*
348:*8*
358:*7*
369:*24*
370:*12*
410:*19*
427:*25*
429:*24*
431:*4*
435:*9*
440:*4*
443:*17*
**early** 19:*11*
20:*5, 9*
21:*6* 22:*21*
23:*4* 24:*5*
25:*11* 43:*20*
**earnest**
331:*12*
**easier** 244:*5*
317:*21*
**easiest**
284:*22*
**East** 2:*23*
4:*12, 21*
**easy** 158:*13*
167:*9*
**ecanaan@ksl
aw.com** 5:*13*
**editor**
282:*22*
420:*17, 20,
22*
**editorial**
261:*21*
262:*4*
**edits** 17:*3,
22, 23* 421:*2*

**educated**
157:*25*
**education**
156:*3*
225:*19*
**effect** 19:*22,
23* 20:*3*
22:*1, 2, 6, 10*
36:*4* 38:*17*
39:*3* 44:*23*
45:*2* 57:*24,
25* 59:*13, 18,
20* 68:*3*
73:*22* 74:*3,
5, 7* 83:*25*
85:*6* 88:*4,
21* 89:*8*
92:*13*
143:*5*
197:*7, 11*
211:*15*
215:*14*
221:*23*
229:*7, 10*
240:*15, 25*
247:*22*
267:*14*
269:*4, 15, 21*
270:*19, 22*
271:*2, 9*
322:*2*
328:*6*
379:*14*
**effective**
43:*24*
329:*25*
**effectively**
88:*22*
**Effects** 8:*24*
10:*6* 20:*22*
37:*5* 38:*6*
42:*24* 56:*7*
57:*3* 58:*9*
68:*22* 74:*9*

82:*21*
187:*9*
197:*22, 25*
200:*3*
211:*7*
280:*16*
376:*19*
393:*25*
**Egypt** 76:*22*
**eight** 22:*22*
251:*19*
385:*4*
**either** 28:*1*
179:*2*
194:*25*
199:*10*
214:*21*
233:*10*
291:*22*
325:*19*
402:*17*
406:*7*
423:*17*
434:*21*
**electrophilic**
8:*14* 412:*17*
**eliminated**
249:*15*
**ELLIS** 5:*7*
**else's** 421:*1*
**elucidate**
163:*7* 341:*7*
**e-mail**
151:*21*
315:*25*
**e-mails**
163:*4, 6, 11,
13*
**embryo**
19:*23*
110:*7*
170:*14*
190:*5* 275:*2*

**embryology**
173:*17, 21*
174:*3, 4*
**embryonic**
115:*23*
**embryos**
328:*7*
**employee**
442:*6*
445:*10, 11*
**employment**
168:*13*
**employs**
15:*3*
**encounter**
278:*22*
**encouraged**
218:*11*
**ended**
148:*23*
224:*25*
239:*9*
260:*8, 13*
**endocannabi
noid** 324:*1*
325:*8, 18*
326:*4, 13, 14*
**endocannabi
noids** 324:*3*
**endocrine**
399:*8*
**endorsement**
121:*25*
**endpoint**
41:*21*
148:*22*
186:*14*
371:*8* 434:*5*
**Endpoints**
8:*21* 78:*5*
119:*3*
187:*15*
188:*13*

Confidential - Subject to Protective Order

277:*1, 2, 3*
318:7  323:*4*
**ends**  88:*5*
359:*1*
**engage**
193:*3*
**engaged**
423:*13*
**England**
26:*19*
**English**
137:*4*
**enriched**
416:9
**enrolled**
46:*5*
224:*24*
225:*5*
**entire**  52:*18*
106:*18*
249:9
308:*13*
328:*24*
423:*19*
**entirely**
89:*5*  306:*6*
**entirety**
143:*4*
**entitled**
68:*4*
288:*10, 11*
**environment**
130:*3*
138:*13*
191:*5*
252:*14*
276:*6*
277:*25*
327:*14*
360:*25*
361:*3, 4, 5*
390:*15*
392:*17*

393:*6*
394:*18*
**environment
al**  19:*22*
40:*16*
51:*22*  86:*1*
94:*22*
100:*1, 4*
130:*17*
200:*20*
271:*22*
357:*22*
358:*11*
378:*24*
379:*4*
391:*23*
393:*18*
394:*16*
415:*11*
**environment
ally**  392:*6*
**environment
s**  394:*1*
**enzymes**
288:*5*
**EPA**  51:*1,
21*  294:*9, 22,
23*
**epa.gov**
316:*19*
**epidemiologi
c**  338:*18*
**epidemiologi
cal**  328:*14*
**epidemiologi
st**  97:*8, 13,
25*
**epidemiology**
87:*5*  273:9
340:*17*
**epigenetic**
414:*3, 6, 13,
22*  415:*1, 4*

**epilepsy**
45:*5*
336:*16*
337:*10*
**epileptic**
336:*24*
**equally**
241:*20*
**equate**
188:*3*
**equivalent**
164:*5*
285:*24, 25*
286:*2, 5*
287:*7*  293:*5*
**errata**
446:*6, 9, 11,
14*  447:*7*
448:*1*
**ERRATA......
......................
..........448**
10:*21*
**error**  229:*7,
11*  272:*23*
282:*20, 23*
**errors**  18:*2*
211:*8, 21*
212:*14*
221:*10, 13*
**espoused**
285:*4*
**espousing**
440:*5*
**essential**
156:*3*  400:*4*
**essentially**
49:*24*
136:*24*
293:*10*
295:*22*
317:*12*
325:*11*
348:*16*

351:*14*
356:*11*
382:*25*
**estimate**
88:*13, 15*
89:*4*  241:*4,
8, 14, 15*
246:9
**estimates**
245:*18*
**et**  8:*21, 25*
9:*5, 10, 14,
20*  10:*3, 10,
14, 16*
115:*21*
401:*22*
**ethanol**
299:*14*
302:*23*
**ethical**
166:*6*  329:*7*
**ethics**  49:*12*
204:*13*
**ethnicity**
225:*18*
**etiology**
409:*24*
415:*25*
427:*6*
**European**
278:*22*
279:*1, 14*
**EVA**  5:*12*
**evaluated**
94:9, *17*
274:*18*
278:9
**evaluating**
40:*20*
367:*11*
**EVAN**  2:*20*
**evan.janush
@lanierlawfi**

**rm.com**
2:*21*
**event**  19:*15*
296:*6, 21*
297:*6, 16, 18,
22, 23*
298:*14*
302:*1*
306:*11, 22*
333:*19*
357:*6*
**events**
37:*14*
148:*13*
296:*10, 12,
19*  297:*2*
326:*24*
328:*11*
**eventually**
49:*23*
**everybody**
44:*7*
217:*18*
273:*10*
284:*10*
320:9  376:*6*
**everyday**
15:*2, 4*
**everyone's**
68:*4*
**evidence**
28:*22*
29:*11*
46:*25*  47:*8,
14, 17, 25*
48:*1*  49:*11*
51:*3*  56:*24*
62:*7, 15*
87:*18*
101:*10*
102:*17*
103:*25*
104:*1*
132:*8*

Confidential - Subject to Protective Order

151:*25*
153:*9, 15, 18, 22, 25*
154:*18*
155:*5, 19*
163:*25*
165:*5, 7, 25*
169:*12, 15*
181:*1, 16*
188:*15*
189:*10, 11*
198:*6*
206:*5*
207:*5, 14*
213:*1*
223:*1, 3*
240:*3*
252:*10*
257:*14*
260:*15, 21*
261:*2, 4*
279:*23*
286:*16*
325:*7*
329:*7*
335:*6*
386:*6, 14*
397:*25*
399:*17*
402:*6*
408:*7*
411:*3, 5, 7, 10*   427:*21*
**evident**  62:*9*
**evolved**
195:*9*
**ewe**  252:*11*
**exact**  74:*15*
93:*3*
155:*25*
275:*2*
322:*3, 15*
**exactly**
41:*14*

59:*24*
74:*20*
178:*19*
254:*20*
260:*1*
273:*14*
275:*1*
289:*23*
373:*12*
**EXAMINAT ION**  12:*1*
284:*16*
390:*23*
424:*1*
440:*1*  445:*4*
**EXAMINAT IONS**  8:*4*
**examine**
38:*23*
190:*22*
280:*4*
**examined**
40:*14*
266:*25*
372:*1*
**Examining**
10:*8*  200:*3*
**example**
20:*17*
26:*18*
107:*22*
165:*24*
190:*21*
197:*6*
199:*12*
213:*22*
219:*18*
220:*2, 6*
239:*16*
242:*15*
247:*9*
289:*7, 12*
296:*17*
304:*21*

336:*23*
346:*8*
383:*21*
396:*5*
404:*15, 24*
405:*2*
427:*22*
**examples**
20:*10*
297:*1*
320:*24*
430:*23*
**exceptions**
19:*19*
**excess**
307:*19*
321:*4*
**exciting**
91:*4*
**exclude**  80:*5*
**excluded**
97:*3, 5, 10, 14, 16*
**excluding**
139:*20*
**exclusion**
97:*8, 13, 23*
139:*16*
**excuse**  47:*5*
115:*14*
**executive**
27:*5*
**Exhibit**
64:*3, 12, 16*
111:*21*
112:*6, 8*
116:*15, 22*
118:*20, 24*
119:*9*
120:*3*
125:*1, 2, 6*
126:*9*
127:*9, 13, 15*
128:*17, 18,*

*23*  130:*23*
133:*11, 18, 22*  134:*1*
137:*25*
139:*10*
149:*18, 19, 23*  151:*13*
176:*13*
179:*5*
196:*17, 18*
205:*9, 10, 14*
209:*16*
220:*23*
222:*2, 6, 12*
226:*22*
256:*25*
263:*16*
266:*17, 18, 21*  270:*1*
279:*8, 12*
295:*2*
298:*21, 25*
299:*2*
302:*2*
312:*22*
314:*15*
315:*18*
331:*22*
332:*2*
337:*17*
338:*13*
364:*21, 25*
369:*17*
370:*4, 17*
380:*14, 17, 23*  422:*13*
428:*5*
**EXHIBITS**
8:*11*  10:*17*
65:*18*
256:*22*
**exist**  63:*19*
76:*18*
164:*21*

195:*8, 20*
204:*17*
411:*22*
412:*4*
429:*12*
**existed**
76:*19*  351:*5*
**existing**
51:*3*
317:*10*
344:*6*
369:*2*
431:*23*
**exists**  63:*16*
103:*24*
104:*4*
**expect**
215:*21*
228:*23*
229:*7*
232:*14*
241:*9*
249:*20*
265:*20*
269:*22*
**expectation**
215:*18*
227:*11*
366:*8*
**expected**
237:*7*
420:*13*
**experience**
209:*10*
**experienced**
228:*17*
**experimental**
318:*21*
319:*9, 14*
392:*24*
**experiments**
195:*7*

328:*18*
343:*20*
**Expert** 8:*18*
9:*15* 16:*18*
96:*22* 97:*4,*
*6, 11, 16*
114:*18*
307:*15*
332:*20*
333:*21*
334:*1, 2*
426:*10*
443:*6*
**expertise**
171:*23*
**experts**
108:*2, 5, 6, 8,*
*12* 111:*2, 10,*
*11* 174:*24*
175:*8, 17*
207:*20*
208:*10*
293:*8*
294:*17*
372:*19*
376:*7* 421:*7*
**expert's**
114:*4*
**expires**
447:*17*
**explain**
171:*10*
391:*17*
**explained**
315:*12*
317:*25*
**explains**
277:*4*
**exposed**
23:*4*
210:*13*
223:*23*
226:*16, 18*
251:*9, 19*

265:*25*
272:*15*
275:*1*
329:*5*
361:*5*
383:*5* 393:*6*
**exposome**
392:*22*
393:*4*
**Exposure**
8:*24* 9:*5,*
*12* 10:*11, 15*
20:*20*
22:*11* 23:*2,*
*22* 36:*4*
40:*16, 21, 24*
41:*19, 22*
43:*4* 45:*20,*
*25* 63:*19*
78:*14, 15*
84:*13*
88:*20* 89:*3,*
*7* 98:*13*
100:*12, 18*
101:*6*
102:*5, 23*
103:*21*
104:*14*
105:*5, 17*
124:*23*
137:*3*
138:*14, 16*
164:*19*
182:*18*
183:*21*
200:*2, 12, 18,*
*20, 21*
201:*10, 11,*
*12, 14, 15*
203:*25*
204:*2*
210:*14*
224:*17*
226:*25*

227:*1, 13*
229:*11*
238:*23*
239:*3*
251:*15*
252:*4*
254:*16*
255:*8*
258:*20*
259:*3*
264:*17*
266:*1*
267:*2, 19*
269:*15*
272:*21*
274:*6*
275:*8, 17*
278:*10*
279:*25*
280:*4*
291:*3, 4, 9*
306:*25*
307:*3*
324:*11*
339:*24*
346:*2*
347:*10, 15*
357:*16*
366:*9*
367:*22*
370:*14, 25*
371:*19*
372:*3*
374:*4, 22*
385:*25*
390:*18*
402:*17*
406:*7*
**exposures**
20:*5, 9*
22:*21* 28:*7*
48:*18* 85:*9*
86:*1* 94:*9,*
*18, 21, 22*

100:*2, 4*
124:*15*
132:*23*
158:*20*
192:*21*
198:*16*
201:*9*
225:*15*
251:*17*
273:*24*
292:*11*
303:*23*
345:*14, 15,*
*16* 358:*10,*
*11* 362:*3*
390:*14*
391:*24*
392:*25*
393:*12*
417:*21*
**expression**
10:*1* 123:*6,*
*11* 124:*1*
135:*1*
136:*1*
198:*20*
303:*22*
405:*8, 14*
406:*9, 17, 20,*
*21* 430:*24*
**extension**
315:*25*
**extensive**
151:*24*
**extensively**
315:*9*
**extent** 73:*14*
**extrapolate**
249:*8*
310:*22*
**extrapolated**
311:*14*
**extrapolates**
311:*5*

**extrapolating**
312:*15*
328:*24*

**extrapolation**
310:*24*

**< F >**
**face** 249:*11*
**facet** 360:*18*
**facility**
346:*5*
**fact** 39:*8*
67:*17, 20*
69:*19* 82:*6*
139:*9*
145:*12*
162:*8*
216:*1*
243:*9*
249:*23*
261:*14*
281:*22*
305:*8*
318:*17*
324:*11*
370:*9*
384:*13*
427:*16*
**factor**
235:*1, 2, 8,*
*20* 283:*13*
293:*13, 21,*
*23* 294:*5, 7*
307:*1*
328:*25*
360:*10, 12*
367:*20*
**factors**
79:*14*
191:*2*
271:*17, 18,*
*23* 358:*6, 14,*

Confidential - Subject to Protective Order

*15* 360:*5*
373:*9, 20*
374:*14*
375:10
376:*18*
377:6
378:*25*
**facts** 228:*24*
283:2
**factual**
60:*22* 148:*8*
**faculty**
33:*10*
**fail** 446:*17*
**failed**
151:*25*
153:*9*
**failure**
287:*24*
**fair** 16:*13*
19:*24*
20:*18* 23:7
40:*17*
72:*17*
149:2
185:*24*
186:*4*
202:*10*
204:*13*
205:*21*
225:*10*
243:*19*
263:2
296:8
309:*17*
343:*12*
350:*12*
379:2
429:*18*
**fairly**
166:*10*
204:*15*
379:*23*

**fairness**
192:22
**fall** 166:*3*
222:25
**false** 89:*20*
90:*10, 12, 13,*
*15* 215:*21*
409:*16*
**familial**
373:*9, 20*
374:*14*
**familiar**
24:*19*
28:*15* 45:7,
*18, 19* 50:25
52:*3, 7*
60:*9* 61:*23*
73:6, *25*
76:*23*
80:*20, 24*
81:*11, 20, 24*
82:*5* 83:22
145:*23*
146:*5*
148:*21*
175:*11*
180:*1, 18*
184:*8*
217:2
222:*17*
250:*8*
278:*25*
279:*13*
314:*25*
315:*14*
336:*13*
339:*20*
348:*18*
351:*4*
364:*12*
368:9
372:*16*
394:*19*
419:*20*

**Family** 5:*10*
268:*3, 7*
270:*21*
400:*3*
405:*17*
**far** 16:2
17:*22* 49:*8,*
*22* 57:*3*
70:*3, 10*
74:*9* 76:*20*
88:*12*
96:*15, 19*
122:*4*
130:*1*
144:22
167:*17*
195:*23*
201:*9, 23*
202:*3*
203:*3*
228:*13*
233:8
247:*4*
273:*24*
280:*16*
321:*14*
370:*13*
371:*10*
383:*4*
384:*21*
424:*5*
**farther**
237:6
**fashion**
390:*4*
**father**
358:*23*
359:*25*
**FDA** 52:*1,*
*10, 12, 20*
53:*17, 23*
54:*2, 4, 8, 11,*
*15, 20, 25*
141:22

143:*13, 15,*
*24* 144:*17*
145:*5, 9, 11,*
*13, 20*
149:*24*
151:*20, 21*
152:*18*
153:2
154:*1, 4*
285:*23*
289:*3*
291:*21*
332:*18*
334:5
338:2, *18*
339:22
342:*10*
343:*25*
344:6, *17*
348:9, *13*
349:*14*
**FDACDER0
00145** 10:7
**FDACDER0
00301** 10:7
**FDA's**
154:*8*
331:*16*
337:*19*
339:*18, 21*
**features**
26:7 396:22
**February**
10:*4* 351:5
**federal**
394:*3, 7*
399:*3*
404:*11*
418:*16*
**federally**
406:6
**feedback**
317:*24*
319:4

**feel** 133:*15*
150:*13*
169:*16*
421:22
**feelings**
282:*11, 14*
**feels** 209:*3*
**fell** 237:*23*
**felt** 113:*23*
**female**
211:*12*
214:*3*
**females**
213:*17, 21*
**Fetal** 146:*9*
155:2
157:*8, 11*
203:*18, 25*
204:*1, 11*
321:*12, 17,*
*21* 322:*13*
329:9, *10, 11*
330:*24*
370:*24*
371:*18*
**fetal-
developing**
378:*19*
**fetus** 109:*6*
110:*6*
252:*16*
308:2, *5*
330:*23*
**fetuses**
328:7
**fever** 24:2
83:*10, 12, 22,*
*23* 84:*3, 9,*
*12* 85:*4, 7,*
*12* 108:*23*
110:*1, 2, 3, 9,*
*16*
**fevers**
109:2, *10, 15,*

Confidential - Subject to Protective Order

18, 23
110:19
215:12
**field** 38:9
47:17
142:5
421:7 422:3
**figure**
247:1
303:3, 7, 20
304:17
305:5
353:19
395:14
**file** 106:7,
15 171:8, 16
**filed** 106:11
**files** 443:9
**fill** 326:1
428:17, 24
429:1
**filled** 429:11
**filter** 406:18
**final** 284:4
**finalized**
339:19
**financial**
168:5
**financially**
445:12
**find** 90:11
93:21, 23
131:1, 17
134:19, 20
154:7
196:13, 14
218:19
229:7
277:19
278:8
283:8
293:16
312:4
341:15

363:16
380:5
418:5, 6
419:6
420:5, 9
423:14
429:16
431:2, 14, 19
**finding**
16:12 88:3
102:22
113:22
220:7
221:11, 20
330:1
**findings**
215:16, 19
219:9
221:7, 15, 16,
17 283:22
340:14
350:6, 14, 22
**finds** 87:22
**fine** 86:9
150:18
220:4
320:13
**finger-
pointing**
254:23
**finish**
208:24
**finished**
365:8
**Finnell**
117:20
389:14, 22,
23 400:10
424:9, 11, 15
425:12, 18
426:8
436:5, 23
438:5, 17
439:20, 21

441:2, 5, 9,
22 442:14,
18
**Finnell/Cabr
era** 388:5, 7
389:8
**Finnell's**
41:9
389:16
424:9
**FIRM** 2:20
95:11, 12, 25
148:6
**firms** 95:14,
17, 19
**first** 11:21
14:17
19:13, 21
22:17
24:11 25:1
33:13, 16
34:22
40:13
42:13, 16, 19
43:3, 12, 21
47:4 51:16
57:8 59:5
76:25 77:3
86:7 95:6,
8 113:2
117:2, 5
118:25
121:2
129:4
154:1
195:6
200:13
201:2, 20
202:14
203:3
220:9
223:13
231:24, 25
239:8, 16

251:6
282:23
291:10, 13
295:19
297:20
303:12
306:11, 22
315:17, 24
332:12
343:8
359:5
369:22
370:20
375:6
383:23, 24
388:4
413:24
427:23
**firsthand**
315:15
442:17
**first-in-
human**
286:12
287:12, 13
288:25
292:6, 7, 21
293:22
294:7
**first-line**
43:21, 25
44:8
**five** 12:12
25:4 34:25
35:7, 8
36:21, 22
323:21
353:19
379:8, 12
380:1, 12
387:12, 13
**five-minute**
387:5, 10
**fixing** 265:2

**flagged**
152:11
**Flip** 302:13
410:20
438:14
**Floor** 2:23
6:18
**Flower** 6:18
**FM01**
430:19
**FMO1**
430:16, 21
**focus** 16:1,
8 73:12
158:20
**focused**
189:14
200:23
**focuses**
393:25
**FOERSTER**
5:22
**folate**
400:18
415:2
**folates**
400:3
**folder**
289:25
**Folic**
399:21, 22,
25 400:1, 5,
8, 22, 24
415:3
**follow**
38:18 85:6
296:12
345:9, 11
**followed**
35:9, 11
42:20 45:3
46:5
169:17

374:2
397:*10*
**following**
30:*15* 75:2
77:*7, 16*
155:24
203:24
258:*10*
321:*15*
**follows**
11:*25*
259:*19*
335:*11*
350:*19*
374:23
**follow-up**
35:22 36:*8, 10, 11*
176:*10*
352:21
353:16
**food** 166:*14*
332:14
400:25
**footnote**
119:6
**forbid**
436:4
438:16
**foregoing**
445:6 447:4
**forget** 244:9
**forgot**
437:*20, 22*
**forgotten**
437:23
**Form** 23:*18*
67:*15*
81:23
96:16
97:19
103:2
104:*17*
106:23

141:*5, 19*
144:*12*
145:*1*
146:23
183:23
190:*14*
261:*13*
268:22
284:*7, 20*
335:2, *18*
336:25
338:*6, 22*
340:*12*
341:*8, 13*
342:*13*
344:*8*
347:*5*
353:9
374:*18*
376:*8, 13*
378:*1, 21*
379:*15*
382:*7, 17*
384:*2*
385:*21*
390:*3*
392:*14*
394:*5*
397:23
400:*13*
401:*10*
402:*3*
403:*8*
404:*6*
406:*11*
407:*5, 14, 24*
409:*18*
411:*14*
414:*16, 24*
415:*18*
417:*18*
421:*14*
422:*21*
424:*18, 20*

425:*4, 15*
428:*19*
429:*4, 14*
433:*20, 25*
434:*1, 18*
435:*7*
436:*9, 18*
438:*9, 20*
439:*4, 14, 19*
440:*7, 11, 15*
441:*12*
442:*16*
447:*6*
**formal**
151:*23*
153:*7*
**formatting**
260:*6*
**forming**
87:*14*
**formulated**
206:*1*
**forth** 15:*11*
18:*20* 20:2
445:*8*
**fortify**
400:*25*
**forward**
97:*9*
**found** 12:*14*
50:*19* 65:2,
7 92:*12, 13*
101:*10*
102:*16*
113:*19, 22*
124:24
197:*10*
209:*11, 13*
252:*23, 25*
258:*19*
259:*2*
267:*1*
270:*9*
282:*19*

311:*21, 24*
325:6
330:*20*
340:*19, 23*
356:22
381:*11, 12,
17* 429:2
430:*2, 4*
**foundation**
216:*10*
**four** 12:*12*
190:*8*
200:*15*
275:*12*
**fourth**
270:*5*
365:*25*
**Fox** 1:*13*
2:*3* 6:22
**framework**
327:23
**free** 150:*13*
253:*17*
**frequency**
385:*24*
**frequently**
287:23
**front** 64:*9*
70:22 71:*3*
112:8
125:*5*
127:*15, 16*
128:22
130:*15*
133:*17*
134:*2*
136:*13*
149:22
177:*25*
180:*18*
181:24
205:*14*
222:*12*
253:*1*

257:*3*
279:*16*
299:*1*
314:*14*
332:*1*
364:24
370:*4*
380:24
391:*8*
**frontal**
26:*23*
**Frontiers**
414:*4*
**Frontopariet**
**al** 10:*13*
**fruitful**
379:*13*
**full** 84:*12*
233:*6*
**fully** 35:*11,
13, 15*
335:23
383:*9*
384:*16*
**fun** 29:*17*
408:*14*
412:*9*
**function**
9:*9* 27:*5*
89:*15* 224:6
**functional**
69:*1*
190:*11*
198:*19*
392:*4*
**functionally**
416:*19*
**fund** 394:*12*
**funded**
25:*19, 21*
35:22
53:*10*
71:*10, 14, 17,*

*19* 404:*11*
443:*14*
**funding**
53:*13, 14*
71:9  84:*20,
24*  394:*23*
418:*9*
**funds**
393:*17*
**furan**  10:*2*
61:*19, 20*
298:*5*
299:*8*
302:*24*
**further**
18:*9*  49:*14*
59:7  137:*6*
241:*12*
341:*6*
383:*17*
440:*1*
443:*25*
445:*6, 8*

**Furthermore**
374:*24*

**< G >**
**GABA**
432:*25*
433:*1, 2, 6*
**gamble**
336:*22*
**game**  208:*9*
**gap**  325:*24*
428:*17*
**gaps**  51:*6*
310:*11*
311:*24*
325:*23*
326:*1*
**gather**
199:*25*

**gene**  9:*3*
10:*1*  75:*10,
14, 19*
120:*22*
122:*17*
123:*2*
129:*19*
130:*3, 6, 17*
133:*8*
135:*7*
136:*5*
137:*2*
178:*3, 4, 6*
198:*20*
277:*25*
303:*22*
380:*8*
390:*15*
392:*16*
404:*18, 24*
405:*17*
409:*13*
427:*23*
430:*10*
431:*5*  432:*3*
**GeneCards**
178:*11*
**gene-disease**
392:*2*
**gene-drug**
409:*13*
**Gene-
Environment**
8:*21*  139:*7*
**gene-gene**
139:*7*
**General**  6:*4*
33:*12*
137:*22*
147:*15*
200:*18*
207:*21*
208:*4, 11*
221:*6*

358:*12*
375:*15*
398:*4*
**generally**
14:*18*
19:*14*
30:*14*
44:*13*
59:*13*
82:*17*
89:*14*
90:22  91:7
99:*5*
121:*19*
123:*25*
163:*10*
166:*5*
188:*8*
190:*2*
192:*19*
264:*24*
268:*12*
269:*22*
273:*3, 20*
282:*4*
283:*4*
296:*12*
340:*4*
351:*23*
352:*4, 7*
362:*16*
398:*5*  399:*5*
**generate**
329:*11*
**generation**
303:*16*
321:*3*
431:*21*
**Genes**  8:*24*
76:*3, 5*
117:*5*
120:*11, 17,
24*  121:*14*
122:*4*

123:*3, 16*
124:*18, 19*
125:*10*
126:*19*
128:*3, 14*
129:*8*
132:*22*
133:*1, 9, 23*
134:*7, 9, 13,
23, 24*
135:*14, 17,
19*  136:*2, 7,
16*  137:*8, 9,
10, 12*
138:*13, 22*
139:*1, 3*
395:*6, 23*
402:*13*
403:*1*
404:*13, 16,
17, 20*
405:*17, 21*
406:*1, 3, 9,
15*  409:*24*
416:*6, 15, 16*
419:*14*
427:*5, 17*
429:*21*
430:*4, 17*
431:*13, 15*
**genetic**  31:*4,
5*  66:*16*
72:5  74:*25*
121:*22*
132:*21*
138:*19*
139:*21*
140:*1, 3*
170:*7, 19*
223:*12*
265:*20*
271:*11*
276:*8*
327:*14*

357:*22*
358:*21, 24*
359:*3, 6, 14*
360:*5*
373:*8, 20*
374:*13, 25*
378:*24*
379:*4*
416:*9*
419:*13, 15*
**genetically**
76:*10, 15, 16*
276:*11*
**geneticist**
31:*10, 11*
66:*23, 24*
72:*13*
271:*6*
389:*17*
**geneticists**
121:*19, 20,
21*
**genetics**
31:*8, 22, 23*
32:*1*  34:*9,
10*  66:*8*
122:*16*
138:*8*
140:*5, 16, 17,
21*  170:*5, 6,
22*  265:*8, 10*
271:*7*
359:*9*
361:*2*
390:*4, 6, 10,
16*  395:*21*
418:*23*
423:*17*
**genome**
72:*11*
**genome-
wide**  134:*24*
**Genomic**
8:*21*  119:*3*

Confidential - Subject to Protective Order

**genomics**
198:*20*
418:*24*
**genotype**
138:*15*
395:*23*
**genotype-**
**phenotype**
395:*19*
**genuinely**
282:*16*
**gestation**
21:*20*
22:*14, 22*
**getting**
166:*16*
330:*22*
**Gilead**  26:*2*
**girl**  214:*15*
**girls**  214:*24*
**give**  12:*15,*
*23*  74:*14*
152:*5*
213:*3*
214:*16*
302:*6*
312:*3*
320:*24*
346:*6*  348:*2*
**given**  99:*19*
100:*11, 16*
107:*9*
133:*8*
313:*10*
423:*6, 10*
432:*8*  447:*5*
**gives**  410:*13*
**giving**
239:*10*
293:*10*
437:*9*
**glasses**
413:*14*

**global**  10:*1*
166:*10*
**glucuronide**
242:*16*
244:*15*
250:*1*
**gluta**  416:*7*
**glutamate**
415:*23*
**glutamatergi**
**c**  416:*7*
432:*21*
**glutaminergi**
**c**  416:*20*
**glutathione**
56:*19, 21*
57:*5, 8, 19*
58:*5, 6, 16,*
*18*  59:*1, 10,*
*14*  60:*16, 18,*
*25*  61:*2, 7,*
*10, 14*  64:*1*
115:*22*
250:*4, 6*
295:*22, 25*
305:*9*
306:*4*
307:*6, 17, 19,*
*24*  321:*3, 4,*
*7*  328:*1, 9*
329:*10, 16,*
*23, 24*  330:*7,*
*8, 15, 20, 24*
**glute**  432:*20*
**go**  32:*14*
52:*20*
64:*17*
65:*21*  66:*1,*
*8*  96:*17*
102:*17*
112:*6*
120:*14*
124:*13*
136:*5*

147:*16*
150:*20, 22*
155:*10*
163:*18*
166:*18*
168:*7*
194:*25*
202:*11*
220:*21*
236:*7*
240:*13, 20*
242:*8*
244:*12*
273:*24*
274:*13*
282:*17*
284:*15*
293:*1*
313:*19*
314:*1, 25*
346:*3*
365:*6*
377:*21*
387:*10*
391:*14, 15,*
*16*  394:*14*
396:*5*
402:*20, 21*
408:*14, 22*
410:*1*
412:*6*
413:*6*
414:*2*
415:*14*
416:*22*
**goes**  202:*1,*
*4*  217:*24*
296:*5*
321:*10*
383:*11*
425:*10*
**going**  12:*15,*
*23*  20:*11*
28:*24*  30:*1*

47:*18, 19*
61:*3*  65:*17,*
*19*  82:*24*
84:*20*  86:*5,*
*20*  91:*10*
100:*9*
103:*17*
111:*8*
117:*12*
131:*17*
132:*11, 12*
134:*18*
141:*13*
150:*14*
155:*10*
167:*8*
168:*10*
169:*5*
174:*22, 25*
175:*13*
176:*3*
180:*16*
181:*19*
184:*17*
185:*10*
189:*13*
197:*17*
200:*7*
201:*18*
202:*11*
204:*24*
207:*13, 25*
208:*14, 16*
214:*14*
222:*13*
229:*13*
235:*13*
238:*10*
240:*20*
244:*5, 7*
245:*6*
246:*16*
253:*1*
299:*12*

302:*1, 5, 16*
315:*13*
318:*5, 6, 11*
324:*20*
326:*3, 11, 18*
327:*7*
337:*25*
338:*3, 4*
343:*1*
351:*11, 22*
353:*20*
354:*9, 19*
364:*16, 19*
365:*3*
369:*21*
370:*17*
371:*24*
379:*16*
386:*18*
387:*1, 4*
395:*2, 4*
398:*17*
399:*10*
401:*11*
410:*3*
412:*14*
419:*25*
429:*10*
430:*14*
442:*5*  443:*3*
**GOLKOW**
1:*21*  7:*2*
11:*3*
**Good**  12:*3,*
*4*  13:*16, 17*
47:*1*  90:*19*
110:*19*
196:*1*
230:*16*
256:*2*
285:*5*
320:*16*
335:*4*
347:*1, 7*

354:*18*
413:*15*
**gotten**
378:*17*
**governing**
389:*5*
**government**
217:*7*
316:*2*
394:*3, 8*
399:*3*
404:*12*
418:*16*
**governmenta
l** 316:*6*
**grad** 41:*2, 8*
42:*5, 9* 44:*6*
**graded**
421:*6*
**gradient**
362:*23*
**graduate**
34:*15, 16*
40:*22*
42:*12* 85:*2*
173:*25*
**Grand** 3:*12,
17* 254:*14*
255:*6*
**grant** 36:*8,
12, 17* 40:*5*
71:*3, 14*
**grants**
394:*11*
**great** 414:*21*
**greater** 88:*8*
**GREG** 4:*4*
**greg@dovel.c
om** 4:*4*
**grooming**
193:*6* 199:*9*
**Ground**
148:*7*

**grounded**
147:*14*
**grounds**
272:*23*
**group**
57:*10* 87:*3*
117:*22*
142:*18, 19,
20, 22, 23, 25*
172:*23*
219:*23*
237:*23, 24*
238:*3, 11, 14,
22* 239:*2*
243:*10, 14*
276:*16*
282:*7*
381:*11*
412:*17*
**grouping**
238:*18, 21*
**groupings**
237:*13*
**groups** 57:*4*
221:*12*
237:*20*
238:*1, 4, 13*
295:*24*
296:*1*
346:*3, 22*
**growing**
153:*25*
154:*17*
155:*5* 206:*5*
**Guaynabo**
3:*7*
**GUERRA**
3:*1*
**guess** 37:*16*
63:*18*
84:*21*
195:*25*
335:*22*

**guest** 32:*15*
420:*20, 22*
**guidance**
154:*10*
157:*23*
285:*24*
286:*11*
288:*15*
289:*4*
291:*22*
292:*5, 20*
294:*10, 22,
23* 309:*9, 10*
348:*14*
**guideline**
291:*6*
311:*9*
345:*10*
**guidelines**
139:*18*
179:*14*
187:*8, 17, 18*
192:*4*
309:*2, 19, 24*
310:*25*
345:*9, 12*
**Gustavson**
9:*20*
266:*14*
267:*5, 13*
269:*4*
276:*16*
277:*4*
280:*13, 22,
23* 281:*2, 23*
283:*2, 6, 15*
284:*3*
**guy** 416:*24*
**gynecologist**
173:*4*

**< H >**
**HAIGHT**
6:*14*

**HAILEY**
3:*4*
**half** 22:*22*
212:*23*
227:*12*
228:*9*
**half-life**
223:*21*
224:*4, 6*
227:*9*
237:*1*
252:*1, 5*
302:*25*
303:*19*
304:*4, 18*
**half-lives**
249:*25*
252:*7*
**halfway**
233:*18*
373:*15*
**hand** 12:*22*
364:*17*
**handbook**
70:*3*
**handed**
18:*12*
112:*20*
114:*9, 24*
115:*20*
155:*14*
324:*23*
**handle**
314:*1*
**Hang**
436:*17*
**happen**
197:*17*
200:*12*
203:*18*
321:*11, 12,
17* 323:*24*
325:*13*

352:*24*
353:*3* 363:*3*
**happened**
35:*7* 103:*9*
175:*14*
220:*18*
281:*22*
282:*1*
334:*23*
353:*1*
**happens**
197:*17*
201:*10*
**happy**
207:*20*
208:*9*
283:*8*
309:*11*
312:*7* 391:*6*
**hard**
111:*16*
355:*14*
**harm** 147:*7*
**harvested**
224:*25*
225:*4*
**hazard**
267:*21*
268:*1, 4*
270:*14, 22*
440:*10*
**HEACOX**
2:*22*
**head** 50:*6*
71:*2*
155:*16*
172:*20*
212:*9*
272:*8*
300:*10*
**headache**
37:*15*
**headlines**
218:*23*

**Health**
25:22, 23
52:21, 22, 23
53:11, 23
146:21
147:1, 25
148:17
149:15
156:3
173:2
216:24
217:22
267:3
366:11, 13
389:4, 6
391:24
393:19, 24
394:1, 16, 17
440:10
**Health-funded**
389:2
**hear** 12:8
49:8 173:5
191:19
218:8
441:18
**heard** 343:9
397:14
435:18
441:10, 14
442:13, 17, 22
**heart** 94:7
**heavy** 40:24
41:15, 19, 22
56:4 58:11, 13 77:24
85:13, 22
306:23
307:2
358:10
**held** 1:12
11:9

140:21
322:6
**help** 48:6
150:12
229:23
258:18
392:23
393:10
401:9
**helpful**
418:5, 6
431:25
**helping**
146:19
**hepatic** 10:1
**hepatocarcin ogenicity**
304:4
**hepatocarcin ogens**
303:25
**Hepatotoxicit y** 8:20
118:5
119:2
120:3, 5
254:8
405:13
**hereinbefore**
445:8
**Hernandez-Diaz** 45:13
46:9
**hesitancy**
149:8

**heterogeneity**
368:7, 11
**Hey** 86:4
284:12
**Hi** 387:22
**hierarchy**
163:25
165:4, 7

223:1
230:15
**high** 110:2, 3 165:5, 25
166:4
238:18
243:3
265:17
374:25
**higher**
165:16
350:5, 20
363:25
**highest**
49:10
238:19, 23
239:3
407:20
408:8
**highlight**
399:11
402:10
**highlighted**
157:7
**highly** 357:2
**Hill** 41:15
79:6, 10, 14
180:8
234:19
235:23
**Hills** 6:13

**hippocampal**
324:25

**hippocampus**
27:19, 21
28:1, 6, 19
324:15
**hired** 98:15
108:6, 8, 12
425:1
**hit** 127:3
397:9

408:20
412:14
**HIV** 25:17
52:19
53:21 71:21
**hold** 103:22
168:3
412:13
**Holmes**
45:11 46:8
**home**
391:14
**homework**
421:6
**homogeneity**
368:3 375:1
**honors**
389:25
**hope** 214:20
**hospital**
229:2, 3, 20
230:1
**hosted**
54:18
**hosts** 121:6
**hour** 86:5
227:3, 6
**hourly**
167:14
**hours**
167:19, 20
227:9
251:19
252:2
302:25
304:20
**Houston**
1:14 2:6
11:9 13:9
93:16 95:3
**How's** 256:1
**human**
21:18
23:11, 16

26:4, 6
27:2 28:10
30:5 37:12
42:23 43:5, 18 44:9, 24
45:20, 23
47:2, 14, 25
48:22 49:4, 11 66:11, 18
67:18 72:7, 8 75:16
77:1, 4, 5
101:7
102:6, 24
105:5, 18
132:10
138:7, 17
149:3
157:11
158:19
165:1
170:6, 7, 8
172:12
173:17, 21
174:3, 4
191:21
192:21
193:4, 14, 25
196:6, 10, 11, 13, 18
197:18
200:10, 12
201:15
204:4
209:17
216:2
222:3
229:15
250:11
266:9
274:19
280:21
285:25
286:4, 25

Confidential - Subject to Protective Order

287:7, *15*, *20*
288:*13*, *17*,
*21*, *23*
289:*17*
291:2, *22*
292:*11*, *15*
293:*4*, *19*
294:*11*
312:*13*
323:*16*
329:7
339:5
340:*23*
342:*4*, *11*
343:*15*, *18*
347:*3*
350:*1*
354:25
355:*13*
357:24
358:*1*
360:7
367:25
369:2
379:*14*, *24*
391:*24*
394:*17*
**humans**
24:2 164:7
189:*12*
192:22
193:9
196:*23*
197:*3*, *7*
198:2
199:*1*
204:25
252:*10*, *22*
253:5
287:6
294:2
307:7
328:2
341:6

343:*21*
349:6
356:*23*
368:*4*
**hundreds**
120:*19*, *20*
**HUNT** 2:*11*
**hurt** 67:*20*
**Hutson**
95:22
**hwatts@watt**
**sguerra.com**
3:*4*
**hydrogen**
301:*23*
**Hyperactivit**
**y** 9:*13*, *19*
**hyperkinetic**
260:7

**hypertension**
408:*23*
409:2, *4*
**hypotheses**
392:5
418:*8*, *9*
426:*23*
**hypothesis**
20:*1* 88:*24*
196:*3*, *4*
252:*20*
431:*21*
**hypothetical**
220:*16*
347:*1*
**hypotheticall**
**y** 220:*19*

**< I >**
**ibuprofen**
408:*11*, *14*,
*24* 409:2
**idea** 148:*21*
162:2

250:*18*
293:*16*
393:*4*, 9
**identical**
196:*17*

**identification**
64:*4*
111:22
118:*21*
125:*3*
127:*10*
128:*19*
133:*12*
149:*20*
205:*11*
222:7
256:*23*
266:22
279:9
298:22
312:*23*
331:*23*
364:22
369:*18*
380:*15*
**identified**
45:*1* 72:*20*
75:*18*, *22*
78:6 123:8
253:9
274:5
409:*13*
**identifies**
283:7
**identify**
115:*15*, *17*
311:*17*
392:*23*
402:*12*
443:*13*
**identifying**
16:*12*

66:*17*
418:7 432:2
**ignore**
238:*11*
**II** 208:22
**III** 3:*22*
**Illinois** 1:*17*
2:*16* 445:*19*
**illuminating**
274:*25*
**immediately**
224:2
**impact** 51:*4*,
*5*, *7* 378:*25*
417:*21*
**impacts**
27:*14*
35:*23*
93:*10*
149:*15*
186:*23*
232:*19*
312:*12*
324:*14*, *25*
**impaired**
327:*20*
328:*20*
**impairment**
8:*16* 309:7
310:*17*, *19*
318:7, *8*, *20*
319:8
326:*24*
327:*4*
329:2
412:*20*
**impairments**
309:*24*
396:22, *23*
**imperative**
446:*13*
**implication**
139:*23*

**Importance**
8:*20* 119:*3*
**important**
23:*15*
28:*18*
55:*21*
108:22, *25*
109:*1*
194:*8*
220:*23*
222:*23*, *24*
236:*24*
268:*13*
269:*13*, *18*
396:*17*
401:*24*
421:*11*, *25*
422:*1*
**improper**
437:5

**improvement**
277:*13*
**impulsivity**
360:9, *12*
381:*5*
382:2, *10*, *13*,
*19*, *21*
**inasmuch**
87:7 141:*6*,
*8* 175:9
185:*1*
188:*24*
197:6
248:*4*
252:9
255:*3*
261:25
276:*1*
322:*19*
326:7
343:*14*, *19*
344:*11*
366:6

**inaudible**
144:*13*
**inception**
45:*17*
**include**
37:*11*  57:*1,*
*7*  87:*23*
88:*1*  114:*6*
156:*20*
166:*10*
184:*23*
185:*2, 22*
186:*3*
187:*24*
190:*9, 12*
225:*17*
264:*23*
290:*15*
319:*14*
326:*24*
345:*15*
358:*9*
373:*2*
431:*10*
**included**
37:*15*  62:*5*
70:*19*
113:*5*
124:*17*
156:*18*
159:*1*
185:*21*
186:*1*
190:*3*
251:*16*
261:*2, 23*
302:*19*
311:*10*
323:*20*
325:*11*
**includes**
16:*6*  22:*12*
27:*14*  37:*8*
56:*10*  58:*4*

63:*23*
156:*14*
170:*6*
225:*17*
**including**
16:*15*  50:*8*
160:*11*
250:*1*
296:*1*
302:*22*
396:*21*
417:*25*
431:*5*
**incomplete**
17:*10*
**inconsistency**
383:*19*
**incorporated**
267:*6*
**Incorrect**
30:*21*
**incorrectly**
44:*13*
**increase**
78:*11, 15*
83:*13, 15*
85:*2*  88:*8*
98:*11*
109:*10*
234:*2*
246:*21*
249:*14*
260:*23*
261:*1*
270:*12*
288:*5*
302:*24*
328:*1*
356:*14*
360:*3, 4*
385:*6*
390:*16*

399:*8*
402:*15*
406:*19*
416:*17*
**increased**
38:*7, 10*
39:*9, 11*
90:*15*
136:*3*
213:*12*
221:*7, 8*
231:*24*
239:*21*
243:*21, 25*
246:*1, 2, 23*
248:*6, 7, 11,*
*18*  249:*21,*
*24*  254:*8*
267:*20*
276:*3*
281:*4*
322:*24*
374:*9*
375:*24*
383:*10*
384:*5, 8*
**increases**
361:*8*
**increasing**
83:*23*  326:*7*
**independentl**
**y**  51:*13*
56:*2*  106:*3*
157:*17*
235:*11*
**INDEX**  8:*1*
**indicate**
120:*6*
126:*3*
131:*11*
138:*13*
186:*25*
214:*15*
269:*9*  363:*1*

**indicated**
81:*2, 9*
126:*14*
130:*2*
204:*5*
206:*4*
226:*10*
251:*25*
253:*17*
280:*8*
281:*6*
286:*22*
296:*10*
309:*2*
312:*6*
330:*11*
337:*4*
338:*11*
355:*18*
367:*13*
368:*13*
371:*23*
376:*21*
378:*9*
382:*9*
402:*9*
404:*16*
405:*13*
407:*15*
409:*22*
426:*6*
427:*25*
440:*23*
**indicates**
128:*12*
129:*15*
130:*2, 4*
131:*13*
133:*7*
153:*5*
156:*4*
160:*5*
310:*3*
405:*7*  413:*9*

**indicating**
250:*3*
376:*22*
**indication**
10:*9*  74:*11*
226:*2*
228:*20*
400:*7*
**indications**
84:*5, 7*
186:*25*
201:*5*
**indicative**
27:*12*
393:*12*
**individual**
75:*5*  124:*2*
386:*17*
404:*24*
442:*6*
**individually**
131:*20*
133:*6*
**individuals**
271:*23*
**induce**  23:*9*
41:*22*  43:*5*
44:*8*  56:*7,*
*18*  57:*20*
68:*10, 12*
69:*17*  81:*2,*
*18*  170:*13*
235:*4*
322:*4*
347:*15*
**induced**
20:*13, 16*
356:*10*
**induces**
35:*3*  69:*16*
78:*9*
**inductions**
23:*16*

industrial
85:18
industry
106:19
in-family
281:6
infantile
77:10
inference
350:10
351:1
370:23
371:19
403:2
407:7, 11, 21
408:7
inferences
408:20
inferred
130:5, 11
131:12, 13,
20  133:7
134:12
infers
136:15

inflammation
303:16
influence
235:9
265:11
322:21
361:3  393:7
influenced
392:7
402:16
influences
321:23
influencing
366:7
inform  48:6
350:5, 21
Information
10:4

104:18, 23
113:8
135:22
143:10, 16
168:5
183:8
190:20
199:23
225:16
231:5
259:16, 17,
19, 20
264:11
340:22
342:17
343:7
350:9, 25
385:23
391:25
397:4
422:6
431:24
441:6
informative
186:10
200:5, 7
275:5, 18
340:10
341:23
342:4
349:8
380:4, 10
informed
335:24
ingest
200:24
ingestion
201:7, 17, 19
323:15

inheritability
265:14, 17
Inheritance
121:24

inhibitors
52:19  53:22
initial  120:8
228:12
286:12
393:14
initially
35:5  36:24
44:25  65:7
81:1
156:13, 21
197:8
200:21
224:13, 14
227:22
364:8  427:3
initiate
297:1, 6
injection
290:15
inquiry
137:21
insignificant
168:18
instance
78:22
102:3
287:10
instances
100:6
432:14
institute
41:11
393:23
Institutes
25:22
52:22, 23
53:11
389:2, 4
393:18, 24
institution
149:10
163:12
388:15

institutions
163:13, 14
388:10
INSTRUCTI
ONS  446:1
instructor
32:1
insufficient
85:15
insulting
440:18
insurance
216:25
217:18
intake
354:17
integrase
52:19  53:21
integrated
392:3
intellectual
160:11
417:5, 23
intended
72:13
326:17
426:22
intending
38:2  333:8
intense
423:2
intention
87:11
433:16
intentionally
166:7
169:20, 21
227:15, 16
interact
76:6  117:6
118:11
120:24
123:3
126:20

129:8
134:9, 13
139:1
325:14
interacted
67:4  175:7,
16  250:4
interacting
63:24  123:7
interaction
27:21, 23, 24
51:4  57:4
76:8  118:6
123:14
130:18
131:14
135:23
139:22
140:4
154:19
322:19
326:9
331:9
397:21
400:17
402:7
407:18
415:2  434:4
Interactions
8:23  25:10
78:25
108:2
120:23
121:15, 17
122:15
129:19
130:4, 6
131:21, 23
132:9, 21
133:8
135:7
137:7, 14, 15,
16, 23  139:6,
7, 8  178:20

199:2
277:25
280:19
303:4, 24
323:23
327:14, 16
361:11
365:16
390:15
392:1, 11, 17
395:8
398:1
402:11
405:1
408:8
409:13
430:10
431:16, 17
432:3
**interacts**
117:24
119:10
404:12
**interest**
25:2  94:6
106:8, 12, 16
145:19
171:6, 9, 12
361:15
442:4
443:11, 14
**interested**
34:23
41:15
274:4
382:16
445:12
**interesting**
218:19
**interests**
443:9
**intermediate**
s  182:14

**internal**
313:5
319:17, 18
337:19
**internally**
348:21
**interpret**
195:5, 24
**interpretatio**
n  159:23,
24  195:22
**interpretatio**
ns  38:13
**interpreted**
88:17, 19
269:10
**interrupt**
207:17
320:8
**intersect**
390:11
**Interval**
10:4  87:25
88:6, 14
89:4
211:24
213:14
239:25
268:6
383:7, 11
**intervals**
384:20
**interviews**
209:22
210:16
**intestine**
201:22
202:25
291:11, 13
**introduced**
87:8, 9, 12
426:14
**introduction**

255:4
**In-Utero**  9:5
**investigating**
40:7, 10
**investigation**
232:23
**investigator**
42:10
388:22, 25
**invite**  54:16
**invited**
24:24
**involved**
8:15  27:4
107:23
296:2
412:18
416:7
424:17
**involvement**
27:7  426:10
**involving**
392:21
**IQ**  160:8, 22
**I-squared**
368:14
**issue**
148:17
151:23
232:1, 4
233:23
341:7
**issued**
348:13
**issues**  94:1,
3  152:2
153:11, 16,
23  154:16,
20  232:8
352:9
378:18
**it'll**  83:2
**its**  22:11
45:17  64:1

69:13
143:4
155:3
215:12
270:3
308:6, 7
313:2  400:7
**IV**  201:5
290:12, 21
291:1, 10

**< J >**
**J.J**  2:15
**Jacinto**  33:4
**Jackie**
172:24
173:6
199:15
**Jackson**
10:2  302:7,
9
**JAMES**  4:9
**January**
10:6
**JANUSH**
2:20
**Jersey**  1:20
4:21  445:21
**JESSICA**
4:20
**jessica.brenn**
**an@btlaw.co**
**m**  4:20
**Ji**  9:14
222:14
236:11
237:10
248:21, 24
250:7
253:9, 19, 25
254:12
255:2
280:17
331:2

**Jim**  12:7
13:10
64:11  86:4
111:7
150:5
207:16
437:23
**jj.snidow@k**
**ellerpostman**
**.com**  2:15
**jlara@stoned**
**eanlaw.com**
6:12
**jmurdica@bt**
**law.com**  4:9
**job**  15:2, 4
29:21
389:16
390:20
418:4, 17
**Johnson**
4:22  11:24
148:6
410:5, 12, 13
413:3, 5
425:24
435:20, 25
436:4
437:1
438:7, 18
**JOHNSTON**
4:10
313:25
364:18
**join**  207:20
**JOSEPH**
6:12
**Journal**
26:19
115:22
210:7
230:23
420:1

Confidential - Subject to Protective Order

**journals**
218:*20*
420:*17*
**JUDGE**  1:*5*
235:*14*
391:*18*
404:*3*
**judgment**
90:*20*
**JULIEN**  4:*3*
**julien@dovel**
**.com**  4:*3*
**July**  150:*6*
151:*16*
152:*18*
**jumped**
343:*5*
**June**  16:*18*
**jury**  391:*18*
404:*3*
**justify**  90:*23*

**< K >**
**Kansas**
1:*19*  3:*12*,
*18*  445:*20*
**KATIE**  6:*17*
**KATZ**  6:*7*
**KE**  295:*16*
**keep**  83:*14*
99:*9*
318:*11*
401:*11*
415:*7*
**KELLER**
2:*8*  6:*23*
**KENDRICK**
6:*4*
**key**  21:*4*
296:*6, 9, 12*
297:*16, 18,*
*22, 23*
298:*14*

372:*4*
**kg**  289:*13*
**kgs**  289:*13,*
*14*
**kill**  19:*23*
**kilogram**
304:*20*
**kind**  87:*9*
102:*21*
105:*24*
111:*16*
198:*12*
**KING**  2:*10*
5:*12, 14*
13:*1*  64:*15*
65:*16*  66:*1,*
*5*  150:*20*
256:*1*
313:*16*
319:*23*
320:*4, 7, 15*
335:*2, 18*
336:*25*
338:*6, 22*
340:*12*
341:*8, 13*
342:*13*
344:*8*
347:*5*
353:*9*
374:*18*
376:*8, 13*
378:*1, 21*
379:*15*
381:*1*
382:*7, 17*
384:*2*
385:*21*
387:*12*
424:*18*
425:*15*
428:*19*
429:*4, 14*
433:*20*

434:*1, 18*
435:*7*
440:*7, 11, 15*
441:*12*
442:*16*
**kingdoms**
197:*24*
**KINSMAN**
3:*16*
**knew**  44:*7,*
*11, 21*  208:*1*
214:*14*
365:*12*
**knockout**
379:*12, 22*
**know**  15:*7,*
*10, 20*  26:*10,*
*18*  45:*11, 15*
48:*13*
49:*22*
50:*22*  52:*1*
60:*19*  62:*2,*
*8*  65:*24*
67:*2*  73:*4,*
*14*  74:*15, 19*
76:*20, 25*
77:*3*  79:*24*
80:*4, 25*
81:*4, 6*
82:*11, 15, 22*
88:*25*  96:*9*
97:*10*
98:*23*
106:*4, 17*
107:*3*
117:*13*
120:*18*
123:*1*
124:*4*
130:*1*
131:*5*
134:*21*
136:*11*
140:*24*

141:*12, 24*
142:*21*
143:*3*
144:*22*
146:*1*
148:*22*
149:*3*
152:*17*
157:*1*
161:*19*
162:*6, 8, 14*
166:*3*
168:*21, 23,*
*24*  174:*8, 14*
175:*18*
178:*16*
179:*12*
180:*16*
181:*25*
188:*23*
207:*12*
208:*19*
216:*25*
217:*20*
224:*13, 16*
228:*1, 7, 13,*
*16, 18, 20*
229:*21*
230:*9, 11, 24*
232:*9, 15*
233:*4, 8*
234:*9, 15*
236:*9*
247:*4, 8*
248:*21*
251:*2, 8, 18*
257:*10*
261:*25*
262:*3, 22*
263:*9*
264:*15*
272:*1, 4*
273:*14, 25*
275:*11*

279:*20*
282:*10*
287:*15*
288:*22*
291:*19*
293:*18*
298:*7*
300:*8, 11*
308:*11*
312:*7, 25*
315:*4*
316:*1, 15*
318:*2*
319:*12*
320:*1, 9*
326:*6*
333:*3, 15*
334:*4, 21*
336:*3, 4, 7,*
*15*  337:*14,*
*24*  338:*18*
339:*22*
341:*11*
342:*15*
344:*10, 17,*
*21*  346:*14*
348:*7*
349:*20, 21,*
*23*  351:*13*
352:*9, 22*
353:*10*
359:*4*
361:*6*
363:*3, 14*
364:*15*
365:*10, 14*
367:*19*
368:*20*
369:*24*
372:*14, 18*
377:*17, 18*
387:*25*
393:*1, 20*
399:*22*

400:*20*
408:*10*
409:*1*
410:*4*, *12*
411:*11*
413:2, *4*, 12
414:*12*, 17
417:*13*
424:*14*, 22,
25  426:7
430:*15*
434:*20*
435:*23*
436:2
437:*4*, 6, *12*,
24  438:*3*, 15
439:*16*
440:*4*, 9, *13*,
20
**knowledge**
130:*8*
374:*1*
421:*12*
**known**
43:*17*  44:2
76:*1*
110:*21*
208:7, *17*
336:*17*
358:*14*
388:*1*, 21
399:*4*
416:*17*
418:22
**knows**
106:*21*
229:*16*
336:5, *8*
356:*18*
437:*17*
**KO**  5:*1*
**Kohler**
151:*21*, 24

**KRAUSE**
3:*16*
**Kroger**  6:*14*
**ktrinh@hbbl**
**aw.com**  6:*17*

**< L >**
**lab**  14:*12*,
*13*, 16, *18*
28:*15*  41:2,
*4*, 9, 11
108:*12*
117:*20*
167:*25*
169:*23*
171:*1*, *19*, 23
344:*24*, 25
345:*1*
388:*5*, 6
389:*8*, 25
390:*3*, 20
392:*12*
398:*11*
414:*20*
424:*10*
**label**  49:*20*
147:2
156:*4*
289:8
290:*8*, 10
291:*1*
292:2
293:*3*
294:*14*
332:*19*
333:*16*, 22
334:6, 22
337:*18*
338:*1*, 10
**labeled**
304:*19*
**labeling**
147:*20*
156:5

332:*20*, 25
333:*10*, 13
334:*1*
335:*12*
337:*25*
354:*21*
**labels**
292:*25*
294:*13*
**labor**
228:*12*, 18
229:*18*, 25
249:*18*
**laboratory**
72:*20*
107:*12*, 14,
20  108:*21*
170:*5*
344:*4*
345:*11*
359:*12*
388:*8*
389:*19*
**lack**  102:*22*
147:2
221:*15*
278:*24*
313:*14*
**lamb**  252:*12*
**lambs**
252:*23*, 25
253:6
**laminal**
27:*14*
**Landa**
413:*23*
**language**
63:*1*  137:*4*
368:*18*
434:*3*
**LANIER**
2:*20*
**LARA**  6:*12*

**large**
170:*12*
218:*16*
252:*17*
265:*20*
271:8
352:*19*
426:9
**largely**
27:*15*  49:7
94:*21*
160:*10*
193:*25*
346:*16*, 19
385:*15*
409:*11*
**larger**
188:*11*
213:3
**late**  409:*5*
**laughs**
359:*19*
**LAURA**
6:*23*
**LAUREN**
2:*14*
**lauren.schult**
**z@kellerpost**
**man.com**
2:*14*
**LAW**  2:*20*
32:*15*
95:*12*
204:*16*
**lawful**  11:*21*
**LAWRENC**
**E**  2:*4*
**lawyer**
147:*5*
168:*24*
**lawyers**
81:*17*
93:*15*  95:*3*,
*7*  98:*15*

99:*6*  104:*2*
111:*13*
167:*12*
175:*10*, 20
424:*17*
425:*12*, 14
426:*9*
435:*16*
**LAWYER'S**
10:*22*  449:*1*
**lay**  216:*9*
**layering**
26:*21*
**layers**  27:*15*
**layman's**
267:*17*
**lbosso@ksla**
**w.com**  5:*17*
**lead**  42:*10*
382:*11*
389:*1*
401:*12*
417:*22*
**leading**
8:*16*
164:*16*
412:*20*
**leads**  327:8
**leap**  79:*3*, 5
**learn**  20:*16*
378:*16*
**learned**
378:*23*
**learning**
8:*17*  63:*1*,
*4*, 10, 11
184:*24*
185:*3*, 7
186:*19*
187:*1*, 8, 15
309:*7*, 25
310:*16*, 17,
19  318:7, *9*,
16, 19  319:7

Confidential - Subject to Protective Order

326:25
327:4, 20
328:20
329:3
412:21
417:11
**leave**
325:24
410:3
428:23
**lecture**
34:10
**lecturer**
32:2, 13, 15
34:11
**lectures**
121:22
**led** 36:25
53:12, 14
154:24
348:21
**LEE** 4:15
**left** 17:9
92:20
168:22
**legal** 329:7
**length**
385:12
**lengthening**
303:19
**lengths**
274:6
**letter** 437:7
**letting**
319:25
**leukemia**
355:25
**leukemias**
355:19
357:4
**level** 46:25
49:10
225:19
236:13

238:12, 15
268:3, 7
323:7, 9, 11
**levels** 189:9
191:4
238:17, 19
307:6 321:7
**Lew** 45:11
**LIABILITY**
1:4 11:11
207:18
358:21
**liable** 90:11
**liberty**
184:2
**licensed**
66:22 73:8
**Liew**
259:23
260:7
**life** 24:10
413:24
423:13, 16,
19
**ligand**
303:24
**ligands**
302:22
303:14
304:17
**likelihood**
140:4
241:13
**likes** 435:14
**limit** 354:19
**limitation**
253:10
264:3
**Limitations**
253:8
283:25
285:13
350:8, 24
373:3

**limited**
396:21
**LINDSEY**
3:11
**line** 87:9
127:23
303:12
354:21
448:3 449:3
**lines** 411:7
431:1
**link** 123:17
129:2
152:1
153:9, 15, 22
154:14
254:16
255:7
309:15, 21
406:6
**linked**
309:12
310:4, 25
**lip** 20:17,
24 21:2, 6, 9,
13
**list** 57:17,
18, 23 59:12
60:2, 14
114:24
117:5
129:16
130:19
133:22
136:12
161:22
162:17
174:18
183:5, 7, 14
398:14
401:5
404:18
405:21

**listed** 57:12
58:8, 18, 19
59:2, 4
61:16 62:4,
13, 16 77:10
117:11
123:5, 16
128:15
259:16
295:18
297:8
298:4
299:9, 25
303:9, 13
305:6, 10
306:14, 17
**listing**
303:18
431:8
**lists** 430:17
**literally**
292:9
305:12
438:9
**literature**
29:9, 17
30:11, 13
51:20
60:12
61:21 62:4
64:23 65:6
77:8 79:13
80:8, 12
81:21, 25
83:23
85:12
91:15, 20
108:4
109:12
113:6
136:25
139:16
148:12
157:4, 9

159:8, 12
219:13, 21
220:20, 22
233:9
285:11, 12
292:24
293:1
294:13
328:14
346:13
409:14
431:24
**LITIGATIO
N** 1:4, 21
7:2 11:4,
11 14:21, 25
15:11
16:17
43:10
51:17, 20
68:1 85:21
86:2 92:23
93:7, 13, 21
94:8, 14, 24
97:5, 17
98:16
99:24
101:3
102:2
105:18
106:25
111:2
112:17
143:25
153:4
162:11
167:17
172:12
175:8
179:15, 21
182:17
289:5
291:21
337:21, 22

372:*20*
424:*17*
425:*1*
426:*11*
441:*3*
**litter**  194:*20*
**little**  19:*11*
21:*5*  26:*4*
56:*5*  94:*13*
128:*4*
216:*10*
225:*5*
229:*16*
230:*22*
245:*9*
285:*21*
295:*8*
380:*18*
403:*18*
436:*11*
**live**  376:*3*
391:*11*
**liver**  120:*4*
202:*1, 6, 8,*
*25*  253:*25*
254:*7*
287:*23*
288:*5, 6*
290:*11*
291:*12, 14*
303:*23*
306:*5*
321:*12*
**LLC**  2:*8*
3:*1*
**LLP**  4:*6, 15,*
*17*  5:*1, 4, 12,*
*14, 22*  6:*1, 9,*
*14*
**loaded**
148:*3*
**location**
253:*25*

**logical-
thinking**
229:*15*
**long**  41:*6*
43:*22*
77:*17*
99:*10*
166:*20*
365:*1*
389:*21*
**longer**
160:*6*
236:*25*
237:*2, 8*
252:*1, 5*
260:*20, 22*
275:*7*
**longer-lived**
248:*9*
249:*25*
**longest**
365:*21*
**longitudinal**
9:*19*
**longitudinall
y**  155:*24*
**long-term**
149:*4*
160:*20*
267:*19, 24*
366:*3, 17*
**look**  16:*14*
25:*10*
35:*23*  36:*6,*
*17*  39:*20*
51:*2*  56:*20*
57:*15*
59:*25*  60:*4*
61:*4, 15, 21,*
*24*  62:*18, 24*
65:*1, 19*
77:*24*
80:*11, 14, 18*
92:*20*  98:*7*

111:*11*
112:*12*
114:*21*
115:*4*
119:*17*
121:*7, 9*
122:*24*
123:*17*
124:*3, 8, 13*
125:*16, 19,*
*20*  126:*9*
127:*12, 19*
130:*22*
131:*15, 19,*
*25*  132:*17*
133:*5, 14*
134:*18*
135:*6*
136:*5, 9, 14*
137:*6, 7, 8,*
*10, 11, 13, 15*
140:*6*
143:*24*
145:*21*
157:*21*
159:*21*
163:*12*
170:*25*
172:*18, 22*
174:*15, 18*
177:*20, 22*
178:*9, 17*
179:*24*
181:*3, 4, 9,*
*12, 13*  190:*1,*
*7*  191:*10, 12,*
*25*  192:*3*
193:*8*
197:*21*
198:*9, 21*
203:*4*
210:*5, 21*
211:*2, 10, 14*
213:*20, 21*

214:2
216:*1*
221:*23*
222:9
227:22
231:*11*
233:*15*
235:24
239:*7, 14, 15*
241:24
243:*11*
245:16
246:8
258:9
262:*11*
263:24
269:25
270:2, 7, 15,
*24*  272:2
280:*17*
284:*23*
289:8
292:*13, 14*
293:*1*
294:22
298:*13, 19,*
*24*  313:*12*
328:*5, 6, 7*
331:*7, 13*
338:25
339:*10*
340:24
341:*16*
342:25
345:*22, 23*
347:*21*
349:25
353:*12*
359:*23, 25*
361:*11*
367:4
369:*4, 8, 15*
375:6
381:9

383:*3, 14, 17*
384:*21*
390:*14*
395:2, *4*
403:*18*
404:*18*
406:*18*
408:*16*
413:*12*
418:*19*
419:*14*
429:6
430:*12*
431:*8, 13, 16,*
*17*
**looked**
12:*13*
30:*10, 13*
32:*4, 10*
36:*1, 4*
39:22  40:*4*
42:22
77:22
79:*19, 21*
80:*3*  81:*13,*
*19*  85:*20, 25*
91:*14, 19*
114:*7, 15, 25*
115:2
118:5
119:*21*
129:*11*
130:*18*
131:9
136:*18*
141:2
143:*17*
155:*10, 11,*
*12, 13*
157:*18, 24*
158:*7, 8*
159:*8*
161:*23*
172:*10, 15*

174:9
178:22
179:7
189:23
204:1
216:11, 13
224:7
266:8
267:14
272:5
274:17
277:1, 3
280:13
298:11
307:21
331:15
337:19
365:15
367:1
370:7
381:20
416:14
421:1
422:24
427:4
430:5
433:7  434:8
**looking**
36:15
38:19
40:23
41:12
48:11  70:7
71:4  90:9
93:8
114:17
118:7
121:17
132:12
158:12
163:3
164:1
178:11
179:6

181:1, 7
187:21
190:16, 18
191:7, 10
193:4
198:3, 24
199:3
207:9
212:6, 13
223:21
224:14
230:17
244:21
245:14
246:25
247:20
279:20, 21
303:11, 15
304:24
305:2
324:12
327:15
334:13, 19
342:9
390:13
393:11
415:2
**Looks**
205:24
220:13
300:12
303:21
316:3
**Los**  4:12
6:18
**loss**  277:9
**lost**  352:20
353:16
**lot**  51:10
120:16, 18
124:2
189:14
273:15
314:17

322:18
346:15
393:5, 6
399:22
424:15
435:15
**lots**  300:6
**Louisiana**
1:13, 19
2:5  445:22
**Love**  95:21
**low**  157:11
160:5, 20
225:23
238:12, 14
242:22
252:6
408:21
**lower**
270:25
321:7
**lowered**
90:1
**low-**
**molecular-**
**weight**
302:22
lscarcello@w
cllp.com
3:11
ltracey@trac
eylawfirm.co
m  2:5
**LUKE**  5:17
**lump**
273:20, 25
**lunch**
155:11
163:18
166:13, 21
167:4  315:7
**LUNER**  4:1

**< M >**

**machines**
346:23
**mad**  166:16
**maimed**
67:20
**main**
317:23
410:1
**major**  16:3
44:8  49:19
68:12, 23
69:21  76:3
94:5  354:24
**majority**
71:25
123:23
196:9
201:13
254:5
347:18
350:16
379:5
384:14
390:5
430:10
**making**
42:23
196:11
262:18, 25
335:24
401:12
**male**  211:12
**males**  210:8,
12, 21
211:14
212:6
213:15, 17
**malformatio**
**n**  24:9
49:19  94:6
**malformatio**
**ns**  16:4
20:7  44:9
68:12, 15, 23

69:2, 22
93:11
109:11
190:10
354:24
**Man**  121:24
**management**
229:4
**manifestatio**
**ns**  26:25
190:8
**manner**
268:16
273:17
**manual**
392:21
**manually**
391:25
**manufacture**
**r**  161:24
**manufacture**
**rs**  106:19
**marble**
193:13
**marbles**
192:23
193:6  342:9
**March**
349:13
**margin**
307:19
**mark**  64:6,
18  112:5
115:24
118:18
124:25
127:13
128:16
149:17
205:8
242:6
266:17
312:20

364:*16*
380:*22*
**marked**
64:*3*
111:*21*
118:*20, 23*
125:*2*
127:*9, 15*
128:*18, 22*
133:*11, 17*
137:*25*
149:*19*
151:*12*
205:*10*
222:6, *11*
256:*23, 25*
266:*21*
279:*8, 11, 19*
295:*1, 2*
298:*21*
312:*22*
314:*15*
331:*22*
332:*1*
364:*21, 25*
369:*17*
370:*4*
380:*14*
428:*5*
429:*22*
**marker**  63:*5*
**market**
110:*11*
**match**  262:*2*
**material**
261:*16*
**materials**
126:*10*
129:*25*
332:*9*
**maternal**
33:*6*  83:*10, 12*  84:*3*
85:*2*

108:*23*
146:*9*
155:*2*
190:*22, 23*
191:*1, 5*
209:*21*
225:*17, 18, 19, 22*  231:*7*
233:*15*
235:*5, 8*
253:*13*
345:*20, 21*
351:*19*
352:2, *4*
358:*17, 21*
374:*4, 8*
382:*3*  386:*7*
**Maternal-Fetal**
108:*18*
146:*7*
157:*20*
173:*2*
**math**  225:*7*
287:*4*
**matter**  11:*9*
113:*21*
166:*6*
221:*19*
334:*11*
336:*12*
358:*23*
399:*15, 18*
**matters**
47:*12*  48:*1*
**Matthew**
13:*20, 21*
**maximum**
289:*17*
291:*2*
293:*4*
307:*18*

mcharchalis
@btlaw.com
4:*11*
**MCL**  12:*15*
mcwatts@wa
ttsguerra.co
m  3:*3*
**MDL**  1:*3*
**mean**  17:*5*
38:*11*
39:*12*
51:22  74:*2*
84:*18*
88:*22*
106:*13*
108:*6*
131:*24*
179:*16*
184:*11*
185:*5*
209:*19*
245:*3*
262:*11*
268:*23*
273:*13*
282:*15*
289:*6*
295:*24*
307:*12*
318:*15*
327:*12*
333:*25*
347:*6*
350:*22*
369:*4*
379:*14*
393:*3*
397:*20*
403:*10*
411:*6*
416:*13*
427:*19*
438:*9*

**meaningful**
87:*1*  89:*12*
90:*7, 8*
275:*14*
**means**
180:*24*
195:*23*
309:*9*
389:*1*
393:*1*
401:*21*
411:*6*
**meant**
238:*18*
**measure**
193:*18*
239:*11*
244:*14*
311:*8*
**Measured**
10:*11*
226:*11*
243:*12*
244:*17*
245:*11*
251:*1*

**measurement**
237:*11*
238:*25*
253:*11*
**measurements**  225:*13*
237:*14*
239:*8*
370:*24*
371:*18*
**measures**
16:*13*
139:*19*
203:*23*
242:*10*
367:*6*

**measuring**
347:*2*
371:*10*
**mechanism**
200:*6*
253:*2*
310:*11*
323:*3*
324:*9*
340:*18*
**mechanisms**
320:*21*
372:*1*
392:*6*  433:*3*
**mechanistic**
131:*14, 21*
137:*14, 16*
311:*18*
342:*23*
372:*11*
397:*25*
402:*11*
431:*17*
**mechanistically**  416:*19*
**Meconium**
10:*12*
230:*16, 19*
262:*10*
264:*11, 17, 19, 22*
369:*23, 24*
370:*15*
**Media**
86:*15*
151:*4*
167:*2*
255:*16*
314:*8*
354:*4*
387:*19*
**Mediated**
10:*13*

Confidential - Subject to Protective Order

mediating
372:2
medical
14:6, 8, 9, 10,
15  31:3
34:12, 20
66:21, 23
72:13
141:1, 15, 25
146:11, 16
157:23
158:2, 4
173:24, 25
388:20
398:5  403:5
medication
36:1  37:18
110:13
223:9
226:2
228:14
251:6
291:10
335:1
336:18
medications
48:7  53:20
219:20
225:15
336:17
337:5, 7
358:8
361:25
362:3
Medicine
15:5, 6, 10
26:20
108:18
146:7, 9
155:2
157:20
214:13, 19
215:6
336:11

388:12, 14
389:9
435:24
436:3
438:4, 16
443:19
meet
420:12
422:7
meeting
9:22  53:2,
3, 18, 25
54:21  55:4
73:23
meetings
174:24
meets  422:2
member
24:12, 16, 17,
18, 21
180:12
182:1
memorize
182:3
memory
8:17
273:12
309:8, 25
310:18, 20
318:8, 9, 16,
20  326:25
351:20
412:21
417:11
Mendelian
121:24
395:21
Mental
25:23
182:17
183:20
184:14, 18
366:11, 13

mention
126:11
135:4
302:17
324:2
370:13
403:19
415:22
416:6
429:2  430:4
mentioned
22:25  50:4
51:21  56:4
120:8, 12
139:2
157:19
160:21
276:5
294:21
326:22
339:1
342:3
343:16
366:24
367:7, 21
371:12
389:12
395:15
405:4, 19
443:17
mentions
303:2
413:10
431:6  434:7
mercury
56:6, 9, 18,
21, 25  57:11,
12, 20  58:4,
8, 19  59:5,
21  62:7, 11,
15  63:17, 21
64:2  78:4,
9, 10, 12, 15
79:17, 20

82:6, 21
85:13
296:23
306:25
413:17
415:11
mercury-
containing
79:24
mere  308:7
messenger
405:8
met  13:22
45:14
53:22
389:23
meta-
analyses
219:15
363:18
meta-
analysis
30:23
49:14
165:9
219:17, 22
220:10, 14
363:11, 12
368:5, 17
369:2, 10, 12,
14
metabolism
39:5  64:2
202:4
203:4
254:1
294:1  416:8
metabolite
236:12, 22
238:20
243:17
244:16, 19
248:2
254:1  331:2

metabolites
227:20, 22
236:19, 25
237:7, 12
242:10, 16
245:11, 14
247:2
248:3, 5, 10
250:1
251:24, 25
252:13, 23
253:20
metabolized
202:8, 25
254:7
305:8, 20
330:23
metabolomic
s  38:20
198:21
metal  41:16,
19, 22  56:5
306:23
307:2
metals
40:24
58:11, 13
77:24
85:13, 23
358:10
Meta-
regression
362:25
363:5
meter  294:1
method
290:19
419:11
methodology
126:2, 7, 15,
17  136:15,
19  176:17
283:4

326:*20, 22*
419:*10*
**methods**
377:*11*
**METHVIN**
3:*20*
**methylmercury** 296:*22*
**mgs** 289:*12, 13, 14*
**mice** 28:*11*
41:*18*
189:*21, 22, 24* 194:*3, 20*
195:*7, 8, 13*
199:*10*
200:*4*
289:*12*
415:*5*
**middle**
284:*16*
381:*14*
415:*23*
**MIE** 295:*15*
296:*5, 15*
297:*10, 12, 20* 317:*14*
**MIEs**
295:*18*
297:*5*
**MIKAL** 3:*3*
**MILES** 3:*22*
**Millennium**
3:*6*
**milligrams**
304:*19*
**mind** 76:*10*
186:*6, 7*
206:*15*
342:*15*
**mine** 41:*15*
154:*3*
178:*19*
242:*7*

**minimum**
345:*17*
**mining**
431:*23*
**miniscule**
213:*2*
241:*2, 6*
**minor** 17:*3*
76:*5*
**minute** 26:*5*
111:*1*
145:*19*
148:*1*
435:*20*
**Minutes**
9:*21* 34:*22*
353:*19*
387:*12, 13*
394:*11*
418:*15*
**misinterpreting** 294:*20*
**misread**
175:*15*
**misrepresentations**
401:*12*
**misrepresenting** 284:*21*
**missed**
197:*8* 303:*6*
**missing**
177:*21*
271:*25*
339:*12*
350:*9, 25*
428:*18*
**Missouri**
1:*19* 3:*12, 18* 445:*18*
**MITCHELL**
4:*11*
**mitigating**
377:*12*

**mitoses**
19:*20*
**mixed**
293:*25*
340:*17*
**model**
22:*20* 23:*2*
28:*8* 35:*10, 12* 39:*12*
41:*17*
42:*22, 25*
44:*17* 47:*4, 10* 75:*11, 12*
85:*3*
190:*17*
192:*2*
193:*18*
194:*15*
197:*1*
198:*4, 7, 24*
204:*21*
267:*23*
270:*7, 8*
276:*2, 3*
282:*2*
288:*24*
325:*7*
328:*17*
344:*1*
347:*2, 7, 8*
380:*8, 10*
383:*9*
384:*6, 7, 14, 16* 397:*15*
398:*13*
415:*4*
**modeling**
328:*3*
**models** 24:*1*
25:*12*
41:*18, 20*
45:*4* 48:*6*
70:*2*
109:*13*

170:*8, 11*
185:*17*
196:*10, 11*
204:*2, 22*
310:*1*
328:*8, 9, 11, 12* 340:*20, 21* 341:*4*
342:*3*
343:*15, 18*
345:*12*
356:*22*
357:*20, 23*
362:*18*
379:*13, 22, 24* 380:*3, 6*
384:*6*
393:*10*
**modified**
138:*15*
317:*9, 13*
**modify**
139:*6*
235:*19*
416:*17*
**molecular**
51:*3* 57:*24*
78:*25*
122:*15*
188:*25*
323:*7*
**molecular-initiating**
296:*18, 21*
**molecularly**
300:*12*
**molecules**
52:*19*
198:*22*
300:*6, 20*
**mom**
228:*14*
234:*16*
361:*1*

**moms**
363:*25*
**money**
168:*6*
169:*6*
410:*13*
424:*15, 22*
425:*11, 13*
435:*15, 20, 24* 436:*4, 15, 25* 438:*6, 18*
**Monica** 4:*5*
**monitor**
151:*22*
348:*15*
398:*21*
**monitoring**
277:*13*
**monomer**
398:*21*

**Montgomery**
3:*24*
**month**
119:*24*
145:*14, 16*
153:*2*
**months**
275:*12, 13*
**Moore**
116:*7*
174:*16*
**Moore's**
173:*19, 20*
**morning**
12:*3, 4, 22*
13:*16, 17*
114:*10, 25*
256:*10*
**morphological** 275:*2*
**MORRIS**
6:*1* 236:*5*

Confidential - Subject to Protective Order

**MORRISON**
5:*22*
**Morristown**
4:*21*
**mother**
110:*6, 24*
200:*13*
202:2, *9*
210:*15*
272:6, *9, 14*
358:*23*
359:*24*
360:*9, 20*
361:*8, 21*
**mother-child** 210:*2*
**mother-infant** 225:*8*
**mothers**
214:*24*
226:*5, 16*
228:*10*
229:*17*
231:*3*
250:*20*
328:*4*
352:*8*
353:*7*
383:*5*
400:*22*
**mother's**
224:*17*
**MotherToBaby** 143:*11*
**motor**
309:*14*
310:*7*
336:*23*
**mouse**
28:*19*
35:*12*
38:*23*
39:*12*

44:*17*
75:*11, 12, 15*
170:*8, 9*
190:*5, 17*
191:*10, 12, 15, 17* 192:*6*
193:*25*
194:*1, 9, 15, 17, 19* 199:*4, 7* 200:*2*
204:*20*
287:*1*
380:*3, 8*
**mouth**
201:*3*
202:*24*
**move** 97:*9*
111:*19*
248:*18*
254:*10*
265:*5*
327:*23*
369:*21*
421:*19*
**movement**
147:*5*
**moving**
145:*19*
**Multicenter**
8:*18* 118:*4, 12* 119:*1*
**multiple**
49:*16, 17*
54:*13*
56:*15*
75:*18, 21*
197:*23, 24*
199:*21*
219:*24*
221:*21*
271:*13*
303:*9, 13*
375:*25*

411:*16*
420:*2*
**multiply**
287:*4*
**MURDICA**
4:*9* 8:*5, 7, 9* 12:*2, 9*
13:*4, 11, 15*
24:*3* 64:*5, 13, 16, 18, 20*
65:*24* 66:*2, 6, 7* 67:*22*
82:*2* 86:*6, 8, 16* 97:*1*
98:*1* 103:*6, 14* 104:*10, 19, 21* 107:*2*
111:*10, 18, 23* 115:*16, 19* 116:*2*
118:*22*
124:*25*
125:*4*
127:*11*
128:*16, 20*
133:*13*
141:*11*
142:*2*
144:*19*
145:*6*
147:*3, 18*
148:*9, 10*
149:*17, 21*
150:*6, 9, 18, 22* 151:*5*
164:*13, 17*
166:*12, 18*
167:*3*
168:*7, 14*
169:*1, 9, 10*
176:*3, 6, 9, 25* 177:*2*
184:*3*
205:*8, 12*

207:*23*
208:*2, 13, 25*
209:*4*
222:*8*
255:*9, 17, 24*
256:*4, 6, 24*
261:*17*
266:*16, 20, 23* 269:*1*
279:*10*
284:*12, 24*
285:*2*
298:*23*
308:*18, 20*
312:*20, 24*
313:*17*
314:*9*
320:*2, 5, 11, 17* 322:*8*
331:*24*
335:*8*
336:*1*
337:*12*
338:*15, 16*
339:*2*
341:*1, 9, 17*
343:*2*
344:*15*
347:*13*
353:*17*
354:*5*
364:*19, 23*
369:*19*
375:*5*
376:*9, 14*
378:*4*
379:*6, 19, 20*
380:*16*
381:*2, 3*
382:*12, 22*
384:*11*
386:*1, 20*
391:*8*
392:*13*

394:*4*
395:*3*
397:*12, 22*
399:*12*
400:*12*
401:*10, 17*
402:*2*
403:*7, 16*
404:*5*
406:*10*
407:*1, 4, 13, 23* 409:*17*
410:*8*
411:*2, 13*
414:*15, 23*
415:*17*
417:*17*
419:*1*
421:*13, 21*
422:*12, 20*
424:*2, 24*
425:*6, 16*
428:*22*
429:*7, 17*
433:*22*
434:*6*
435:*1, 10, 14*
436:*8, 17, 20*
437:*3, 8, 15, 19* 438:*8, 11, 19* 439:*3, 13, 18* 440:*2, 8, 12, 19*
441:*16*
442:*19*
443:*24*
**Murdica's**
284:*11*
390:*23*
**murine**
118:*5*
**mutation**
75:*10, 19*

138:*19*
380:8
**mutations**
66:*17*
72:*19*  75:*7,*
*21*  76:*1*
138:*25*
356:*11, 14*
359:*24, 25*
360:*1, 4*
380:*5*
**muted**
255:*24*

**< N >**
**N.W**  4:*16*
5:*2*
**NAAED**
164:*5*
**N-acetyl**
244:*18*
245:*2*
250:*2*
307:*22*
330:*19*
**name**  11:*2*
12:*5*  13:*18*
95:*25*
126:*18*
173:*6*
178:*2, 4, 8*
218:*25*
219:*2, 5*
262:*1, 5*
365:*12*
387:*24*
417:*9*
**names**
14:*17*
177:*20*
178:*6*
**name's**
172:*24*

**NAPQI**
305:*10, 15,*
*24*  306:*2, 4,*
*10*  307:*25*
321:*4*
328:*4*
329:*11*
330:*1, 6, 16*
**National**
25:*21, 22*
52:*22*
53:*11*
216:*25*
217:*11, 18,*
*22*  355:*2*
389:*1, 3*
393:*18, 24*
**NC**  394:*17,*
*20*
**NCRA**
445:*16*
**necessarily**
19:*17*  20:*8*
39:*12*  87:*2*
200:*7*
252:*9*
274:*15*
295:*24*
356:*21*
382:*10*
385:*16*
**necessary**
138:*23*
139:*3*
320:*13*
322:*15*
446:*4*
**need**  65:*22*
73:*15*
86:*25*
89:*12*
90:*23*
116:*17, 18*
125:*11*

159:*22*
177:*11*
197:*20*
255:*23*
269:*10*
293:*15*
299:*3*
318:*5, 8, 10*
325:*25*
329:*15, 22*
330:*2*
333:*17*
340:*24*
353:*18*
358:*13, 15*
360:*7*
362:*10*
364:*14*
365:*1*
381:*25*
405:*25*
410:*17*
437:*10, 17,*
*21*
**needed**  17:*4,*
*10*  285:*10*
330:*15*
340:*18*
342:*22*
370:*25*
371:*17*
**needs**  180:*5*
422:*6*
**negative**
73:*21*  74:*3,*
*8*  218:*11, 12,*
*17*  221:*20*
374:*3, 22*
401:*6*
**Neither**
196:*20*
323:*9*
445:*10, 11*

**nervous**
22:*12, 13*
322:*22*
**nest**  194:*21*
**nest-seeking**
193:*6, 13, 18*
194:*11, 14,*
*21*
**Netherlands**
316:*11*
**Network**
10:*13*
403:*2*
404:*17*
**neural**  16:*3,*
*5, 6, 8, 9, 16*
21:*19*
22:*23*
23:*20*  24:*4*
25:*6, 11*
26:*21*
27:*14*  33:*7*
35:*6, 14, 19*
37:*21*  42:*2*
53:*9*  55:*16*
69:*3*  85:*3,*
*5*  170:*15*
188:*14, 20*
250:*15, 17*
354:*14*
400:*15*
401:*1*
**neuro**  22:*18*
330:*4*
**neurobehavi**
**oral**  26:*12*
191:*12, 24*
192:*12*
396:*20*
**neurodevelop**
**ment**  9:*9*
21:*17*  22:*7*
36:*25*
152:*2*

160:*9, 23*
197:*2*
310:*2*
372:*3*
417:*22*
**neurodevelop**
**mental**  22:*9*
82:*7*
153:*10, 16,*
*23*  154:*15,*
*20*  156:*14*
187:*20*
192:*17*
196:*5, 6*
232:*19*
233:*23*
234:*22*
250:*12*
309:*12*
310:*5*
350:*16*
352:*9*
372:*13*
415:*25*
417:*24*
**neurologic**
24:*6*  38:*17*
39:*2, 13*
41:*13*  56:*7*
320:*22*
322:*14*
323:*4*
329:*13*
334:*7*
**neurological**
22:*18*
35:*23, 24*
37:*5, 17*
321:*22*
**Neurology**
414:*5*
**neuroticism**
364:*3*

**neurotoxicity**
82:6
187:25
188:2, 6, 8,
10, 14, 16
311:9
**neurulation**
21:18
22:21 23:4,
5, 20
**never** 13:22
43:8 52:5
72:16, 22
74:22
101:11
126:11, 12
132:18
210:24
211:4
218:8
226:4
248:23
292:19
332:17
334:23
337:18
430:2, 3
440:6
**nevertheless**
68:6
**NEW** 1:1,
19 2:24
4:21 5:8,
14, 24 6:8
11:13 19:6
26:19
114:9
194:2, 3
313:6
445:21
**newborn's**
250:6

**newer**
48:12 49:1
**NIEHS**
394:7, 15
**night** 115:3,
5
**NIH** 54:1, 3,
18 84:24
394:6, 10
**NOAEL**
293:18
**nods** 50:6
155:16
172:20
212:9 272:8
**nonclinical**
340:3 348:1
**non-
exposure**
346:2
**non-
hepatocarcin
ogens** 304:1
**non-leading**
421:16
438:12
**nonnormal**
168:24
**non-real**
277:20
**nonsensical**
147:10
**nonverbal**
396:24
**normal**
14:24 15:1
68:1 163:2
192:25
194:22
238:8
345:8
354:17, 20,
22 418:21

**normally**
163:12
166:3
306:7
337:4
359:6, 17
**North** 2:16
45:8 47:20
121:8
**Norway**
216:14
**Norwegian**
267:3
**Notary**
445:23
447:19
**notch** 324:5
**note** 236:25
367:25
**noted** 11:15
20:6 39:17
446:10
447:7
**notes** 12:13
254:12
449:1
**NOTES.........
.....................**
**449** 10:22
**notice**
175:3
278:18
**noticed**
17:4, 6
281:25
410:19
435:17
**noting**
254:13
**Notwithstand
ing** 366:15
**November**
393:15

**novo**
356:10, 14
359:25
360:4
**NTP** 291:6
**null** 87:23
88:1, 24
241:1
273:3, 5
275:25
280:9
281:7, 10, 19
352:5
**number**
64:12 81:8
133:9
213:6
215:7, 9
221:3
240:23
248:13, 16
266:19
270:17
273:21
302:10
316:9, 15
338:14
345:13
348:3
397:20
398:2, 14, 19
399:21
407:20, 21
408:23
412:4, 8
427:17
**numbered**
150:11
295:5 319:1
**numbers**
241:14
242:21
**numerosity**
243:3

**numerous**
121:16
319:22
372:11
**nurse** 34:19
**nurturing**
360:25
**nutrition**
31:1 33:1,
3, 5, 6, 11
**NW** 5:18

**< O >**
**oath** 284:14
378:12
379:8, 11
424:4
425:8
426:1 437:9
**Object**
67:14
97:18
104:16
106:23
144:12, 25
169:2
268:22
284:6, 20
392:13
401:10
403:7
417:17
424:19
425:3
441:12
**objected**
174:23
**Objection**
23:18
81:22
96:16
103:2
141:5, 19
146:23

164:*11*, *15*
183:*23*
261:*13*
308:*16*
335:2, *18*
336:25
338:6, *22*
340:*12*
341:8, *13*
342:*13*
344:8
347:5
353:9
374:*18*
376:8, *13*
378:*1*, *21*
379:*15*
382:7, *17*
384:2
385:*21*
394:*4*
397:22
400:*12*
402:2
404:5
406:*10*
407:*1*, *4*, *13*, *24*  409:*17*
410:8
411:*13*
414:*15*, *23*
415:*17*
421:*13*
422:20
424:*18*
425:*15*
428:*19*
429:*4*, *14*
433:20
434:*1*, *18*
435:7
436:8, *18*
438:8, *19*
439:*3*, *13*, *18*

440:7, *11*, *15*
442:*16*
**obligated**
421:*17*

**observational**
350:*17*
370:22, *23*
371:*17*
**observations**
195:*11*
**observed**
47:4  77:4
376:*19*
**obstetrician**
108:*20*
173:*3*

**Obstetricians**
108:*19*
**Obstetrics**
143:9
**obtain**  418:9
**obviously**
381:*17*
**Occasionally**
418:*18*
**occipital**
26:*23*
**occupational**
94:*21*
100:*3*, *4*
358:*11*
**occur**  198:2
**occurring**
186:*11*, *13*
**occurs**
22:*10*
275:*17*
297:*23*
**odds**  87:*22*
211:*19*
239:*11*
242:5

243:*20*, *22*, *24*  246:*3*, *5*, *21*, *23*  248:7, *18*  384:*18*
**OECD**  8:*13*
50:*19*, *22*
56:*1*  187:7, *17*  309:*1*, *18*, *23*  310:*24*
**offer**  101:9
206:25
264:*18*
333:8, *20*
335:*13*
337:25
**offered**
98:*16*
138:6
143:*20*
332:24
**offering**
43:*13*
147:*19*
334:2
440:22
443:*21*
**offers**  309:8
**Officer**
151:*20*
152:*20*
153:*2*, *7*
**offices**  1:*12*
**offspring**
9:*18*  36:5
190:*25*
355:8
358:25
360:2
361:2
366:*14*
367:*16*
**Ofirmev**
289:9

**oftentimes**
357:2  362:7
**Oh**  32:3
71:22  92:6
96:5
113:*21*
116:*3*
134:*3*
144:*4*
152:7
164:*23*
176:*16*, *22*
178:*4*
229:*13*
242:6
243:5
254:22
255:24
258:*11*
263:9
274:*12*
281:*13*
295:*13*
302:5
304:24
308:*11*
348:22
363:*17*
365:9
377:*4*
387:*1*
391:*15*
396:*13*
412:*14*
414:7
429:*20*
**Okay**  13:*1*, *3*  14:*1*, *3*, 20
15:*3*, *9*, *15*, 20  16:*1*, 8
17:*1*  18:*8*, *17*, 22  19:*2*, *10*  20:*11*
21:*15*, *23*

22:*16*  23:7, *13*  25:*1*
26:*3*  27:*18*, 22  28:*23*
29:*13*, *15*, 20
31:*7*, *21*
32:*9*, *14*, *19*, 25  33:*16*, 25
34:*7*, *21*
35:*16*  36:7, *14*, *21*  37:2
38:*4*, *15*, 22, 25  39:*11*, 25
40:*4*, *9*, *12*, *19*  41:*1*, *8*, *24*  42:*1*, *8*, *15*  43:*1*, *8*, *14*  45:7, *15*
46:8, *17*
47:9, *24*
48:25
49:*18*, *23*
50:*3*, *16*, *21*
51:9, *15*, *21*
52:*15*  53:*1*, *9*, *24*  54:2, *19*, *23*  55:*3*, *6*, *18*  56:*3*
58:*1*, *10*, *14*
59:25  60:7
61:*3*, *15*, *19*
62:2, *21*
63:9  64:8, *25*  65:*2*, *8*, *11*  66:*14*
67:*4*, *7*
69:*15*, *19*
70:5, *9*, *14*, 25  71:6, *19*
72:*15*, *21*
73:*1*, *9*
74:*2*, *6*, *12*, 24  75:6
76:*18*, *21*, 25

77:21 78:1,
17, 20 79:21
80:5, 14, 25
81:6, 12
82:3, 11, 18
83:6, 10, 14
84:1, 18, 21
85:8, 20, 24
86:17, 20
87:3, 13, 20
88:2 89:10
91:1, 10, 21
92:2 93:1,
4, 12, 18
94:23 95:5,
10, 14, 19
96:8 97:15
98:7, 14, 20
99:2, 9, 12,
16, 21 100:5
102:20
104:11, 19
105:8, 14, 23
106:4, 9, 17
107:6, 13, 17
108:5, 8, 16
109:1, 21, 25
110:15, 25
111:20, 24
112:15, 19,
24 113:2, 11,
15 114:1, 7,
13, 22 115:4,
9, 18 116:8,
13, 21 117:2,
9 118:18, 23
119:5, 8, 13,
17, 20, 23
120:21
121:4, 18
122:9, 12, 18,
23 123:22
124:3, 8, 11,
16 125:14,

16 126:23
127:19, 23
128:2, 6, 9,
21 129:1, 4,
23 130:7, 25
131:5, 15
132:15, 18
134:6, 17, 22
135:2, 22
136:14
137:24
140:10, 18,
24 143:11,
13, 23
144:20
145:18
146:1, 6, 10
147:18
148:23
149:17
151:9, 15, 19
152:10, 12,
13, 23 153:1
154:1, 13
156:18
157:1, 14
158:10, 23
159:9, 18
160:13, 24
161:3, 16
162:2, 6, 9,
14, 20 163:2,
15 164:10,
25 165:4, 10,
14, 19
166:12
167:8, 16, 23
169:11, 16,
19, 22
170:24
171:3, 10, 22
172:1, 4, 10,
17, 25
173:10, 14,

22 174:8, 22
175:6, 25
176:5, 10, 25
177:1, 13, 24
178:12
179:1, 4, 10,
24 180:3, 24
181:15
182:4, 16, 22
183:11, 17,
19 184:9, 17,
24 187:11,
19 189:8
198:3
200:9
201:1, 20
202:7, 18
203:7, 21
205:5, 13, 17,
25 206:14
208:13, 25
209:16, 21,
25 210:5, 11
211:10, 14,
25 212:18,
22 213:8, 15,
20 216:9, 19,
22 217:3, 6
220:4, 21
222:11, 22,
25 223:4, 19
224:1, 7, 10,
16 225:3, 13
226:21
227:7, 10, 14
228:5, 23
230:13, 21
231:15
232:3, 21
233:5, 11, 15,
20 234:14,
23 235:2
236:11
237:2, 10, 17

238:16
239:2, 7, 23
241:24
243:11
244:11, 21
245:1, 2, 16,
24 246:7, 24
247:8, 19
249:1, 5
250:18
252:24
253:19, 24
254:9, 24
255:9, 21
256:10, 18,
25 257:6, 9,
10, 13, 16, 21,
23 258:2, 17,
25 259:6, 12,
21, 24
261:23
262:18
263:7, 14, 19,
24 264:8, 12
265:5, 13, 18
267:13
268:20
269:19, 25
271:5, 21
275:20
276:13, 22
277:4, 16
278:8, 15, 20
279:2, 5
280:11
281:16
282:10, 15
283:1, 12, 21
284:19, 24
285:15
286:24
287:18
288:15, 22
289:3, 21, 25

290:6, 9
291:16
292:4, 13, 19
294:16, 21
295:10, 14,
18 297:13,
25 298:3, 7,
13, 17
299:13, 17
300:15, 19
301:4, 9, 11,
15, 19, 22, 24,
25 302:12
303:11
305:2, 3
307:14
308:6, 21
309:3, 15
312:2, 16, 20
313:4, 11
314:13, 21,
24 315:3, 17,
24 316:8, 14,
20, 24 317:5
319:12, 19,
25 320:2, 5,
6, 7, 8, 11, 15,
18 321:20
322:12
324:4
325:2, 10
326:16
327:7
329:6, 18
330:13
331:25
332:11, 17,
21, 23
333:12, 19
334:4
337:17, 24
338:17
339:3, 9, 17,
22 341:18

344:5, 16, 20
345:7
346:11
348:6, 20
349:2, 12, 24
353:17
354:9, 12, 18
355:6, 11, 20
356:8, 25
357:14
359:8
360:6, 20
361:13
362:4, 13, 24
363:10, 17
364:5, 11, 16
365:9, 10, 17
366:1
367:9, 24
368:12
369:9, 20
370:16
371:3, 24
372:8, 14, 22
373:1, 23
375:6
376:4
377:9, 14, 19
378:14
379:7, 11, 19
380:17
381:9, 16, 24
382:23
383:3
385:2, 8
386:2, 20
388:13
389:12
390:2, 22
392:19
393:13
394:2, 25
395:15
396:3, 9

397:11
398:14
399:4, 10, 21
401:4
403:15
406:22
408:9
409:6, 15
410:12, 20
412:2
413:6, 11
414:12, 20
415:7, 10
416:5
417:3
418:14
419:19
420:14
421:18
422:8, 17, 24
423:5, 22
424:7
425:10
426:7, 17
428:23
429:18
430:13
432:11, 18,
24   435:10,
21, 22   437:3
438:23
439:16
441:22
442:12, 25
443:24
444:4
**old**   25:25
**olfactory**
193:23
**oligogenic**
139:3
**OLIVO**
6:22

**OMIC**
393:5
**OMIM**
122:1, 2
**omission**
211:8, 21
221:10, 13
**omissions**
212:14
**once**   57:19
59:10
84:19   226:7
**ones**   27:6
48:12   49:2
102:12
131:5
167:9
237:17
290:7
325:17
362:14
363:15
365:21
405:3
**one-third**
225:10
**one-time**
253:11
**Ongoing**
45:21, 22
338:24
392:21
**online**   65:2,
7   119:15
121:23
127:20
158:13
176:15
348:14
**open**   38:9
76:9   83:1
113:23
195:23
257:21

287:17
289:8
334:12
359:16
430:13
**open-ended**
168:23
169:2
**opens**   405:6
**opine**   15:17
38:16
**opined**   43:4
279:20
**opining**
103:20
181:2
282:13
**opinion**
23:10, 12, 14
29:7   43:13
67:13
68:20
82:12
87:14
93:25
96:10, 13, 20
97:22   98:2,
9, 16, 23
100:11, 21
101:9, 12, 22
102:5
104:13
105:3, 7
107:4, 7
113:9
114:4
138:6
145:3, 8, 9
149:12
159:5, 11
161:6, 9, 20
162:23, 24
180:4, 5, 12
181:17

182:7
184:19
185:13
186:18
200:23
201:6
203:10
205:6
206:1, 25
208:22, 23
209:6
220:24
221:5
232:22
235:3
244:9
264:19
279:3, 6
310:9
311:15
312:17
326:3
329:25
333:9, 21, 25
334:2
335:22, 24
337:25
354:14
357:13
401:25
409:9
411:11, 23
422:19
**opinions**
15:10
18:18, 20
19:8   28:23
55:21
87:13
101:15, 23
102:12, 16,
22   105:22
108:10, 19
140:25

| | | | | |
|---|---|---|---|---|
| 141:7 | **ORDER** | 263:*10, 12,* | 267:16 | 217:*14* |
| 143:*20* | 1:*6*  73:*16* | *15*  264:6 | 277:5 | 218:7 |
| 146:*13* | 79:6 | 291:*20* | 296:*6, 7, 13* | 230:17 |
| 147:20 | 171:*14* | 446:*14* | 305:6 | 234:7, 22 |
| 153:*3* | 194:*1, 12* | **originally** | 307:2 | 250:12 |
| 155:8 | 200:*11* | 50:*20* | 308:22 | 266:*3* |
| 158:*24* | 202:*20, 23* | 223:*18* | 309:*3* | 268:*16* |
| 179:*25* | 237:*18* | 313:*13* | 310:*15, 21* | 277:11 |
| 205:*21* | 252:2 | 400:*24* | 312:5 | 311:*1* |
| 288:*10* | 269:*20* | 425:*13* | 313:*13* | 320:23 |
| 308:*12* | 330:*3, 21* | **orthopedic** | 317:25 | 322:23 |
| 326:*19* | 352:*1* | 34:*19* | 319:15 | 328:22 |
| 332:*25* | 358:*16* | **OTIS**  24:*19* | 321:20 | 337:8 |
| 366:*5* | 400:*25* | 142:*6, 16* | 326:18 | 340:23 |
| 411:*25* | 419:*14* | 143:*2, 3, 4, 6* | 342:5 | 341:4 |
| 412:5 | 420:*12* | 145:*20* | 361:*14* | 342:7, *20, 21* |
| 423:*6, 9* | 422:5  427:*4* | **outcome** | 367:15 | 347:4 |
| 440:*5, 21* | **organ**  20:*21* | 40:*21*  50:*4* | 382:*11* | 350:*16* |
| 443:22 | **organism** | 55:*25* | 383:*1* | 357:17 |
| **opioid** | 51:*5, 8* | 62:*21, 22, 23* | 390:*17* | 377:25 |
| 110:*23* | 323:*10* | 65:*10, 12, 15* | 410:*21, 24* | 378:7 |
| **opioids** | **organisms** | 85:*7*  98:*12* | 412:*3, 8* | 382:*16* |
| 110:*15, 17,* | 51:*6* | 102:*6, 24* | 415:*9* | 384:*14* |
| *18* | **organization** | 105:*5, 18* | 417:*10, 15,* | 420:*19* |
| | 50:*16* | 137:*3* | *20*  418:2 | 433:*5* |
| **opportunities** | 52:*21* | 138:*14* | 427:*18* | **outcome-** |
| 334:*20* | 53:*23* | 181:*2, 4, 6* | 432:*3* | **specific** |
| **opportunity** | 141:*25* | 182:*12* | 433:*11* | 180:*6, 14* |
| 244:6 | 146:*11, 16* | 184:*10, 14,* | 434:*14* | **outrageous** |
| **opposed** | 296:*11* | *18, 21* | **Outcomes** | 147:*11* |
| 139:*18* | 394:*20* | 185:*12, 25* | 8:*13*  41:*13* | **outside** |
| 318:*16* | | 186:*9, 19* | 56:*13* | 14:*18* |
| 357:*4* | **organizations** | 187:*21* | 77:*11*  93:*9,* | 15:*18*  43:*9* |
| **opposite** | 54:*13* | 189:*5* | *22*  94:*10, 18* | 68:*1*  74:*21* |
| 221:*16* | 141:*2, 16* | 190:*13, 25* | 109:*3, 5, 8* | 86:*1*  94:*15* |
| 282:*19* | **organogenesi** | 191:*8* | 181:*7, 10, 11,* | 106:*5* |
| 284:*2* | **s**  20:*5* | 198:*1, 4* | *14*  182:*14,* | 107:*13, 17,* |
| 352:*10* | **original** | 200:*1, 8* | *15*  185:*11* | *20*  108:*8, 11,* |
| **option** | 18:*3*  50:*11* | 210:*3* | 186:*8, 11* | *12, 13, 21* |
| 137:*17* | 54:7 | 219:*13* | 188:7 | 141:*10, 23* |
| **oral**  201:*14* | 256:*13* | 229:*8* | 189:*23* | 162:*18* |
| 290:*24* | 257:*1, 7* | 235:*10, 24* | 190:*16, 19* | 163:*10* |
| 291:*3, 4, 8* | 258:*6, 8* | 247:*17* | 196:*5* | 171:*20* |
| | 259:7 | 265:*11, 25* | 210:7 | 215:*12* |

289:*4*
291:*20*
325:*17*
354:*17*
**overadjustin**
**g** 276:*5*
**overall**
96:*23*
433:*13*
**overcorrectin**
**g** 275:*24*
**overlap**
25:*10* 63:*8,*
*11* 160:*10*
185:*14, 19*
186:*14*
187:*9, 16*
188:*25*
326:*25*
360:*15*
382:*20*
416:*18*
417:*20*
**overlapping**
184:*22*
277:*2*
409:*23*
**overview**
391:*21*
**overwhelmin**
**g** 29:*11*
**oxidation**
304:*6, 7, 15*
305:*13, 19,*
*21* 306:*2, 17,*
*18* 321:*24*
**oxidative**
8:*16* 56:*11*
57:*3* 58:*2*
59:*19*
116:*6*
296:*3*
297:*17, 22*
299:*14, 15,*

*19* 304:*3, 11,*
*13* 305:*11*
307:*7*
310:*1, 3*
321:*2, 8, 11,*
*17, 21*
322:*13*
323:*14*
325:*8, 18*
326:*3*
328:*2*
329:*12*
356:*13*
412:*19*
**oxidized**
304:*13*
306:*19*
**Oxnard**
6:*13*

**< P >**
**p.m** 167:*1*
255:*13, 15*
314:*5, 7*
354:*1, 3*
387:*16, 18*
444:*6*
**packaging**
333:*9*
**packing**
219:*21*
**PAGE** 8:*2,*
*12* 58:*23*
116:*22*
117:*3*
118:*2*
123:*15*
129:*13*
130:*7*
133:*3*
136:*21*
152:*6*
210:*6*
230:*24*

253:*8*
254:*12*
257:*7, 17*
258:*10*
263:*10, 16,*
*20* 270:*1*
279:*25*
297:*14*
300:*1*
302:*2, 13, 15*
315:*18*
318:*24*
332:*12*
338:*12*
347:*21*
348:*5*
349:*25*
363:*7*
365:*3, 25*
370:*16*
373:*6, 14*
375:*7*
381:*9, 14*
410:*2*
414:*5*
415:*21*
448:*3* 449:*3*
**pages** 16:*21*
147:*21, 22*
150:*11*
162:*10, 15,*
*16* 295:*4, 9*
447:*5*
**paid** 100:*7,*
*16* 101:*4, 8*
102:*4, 13*
167:*11, 24*
168:*17*
171:*7, 13*
**pain** 228:*21*
229:*4, 23, 25*
**painful**
228:*18*

**pains**
228:*12*
229:*18*
249:*18*
**pair** 272:*2*
**pairs**
130:*18*
210:*3*
**panel**
425:*24*
**paper** 37:*21*
91:*24*
92:*11, 15*
115:*20*
116:*6*
123:*24*
125:*20*
126:*8, 15, 17*
127:*7, 8*
129:*25*
180:*16*
222:*1*
227:*25*
324:*4*
365:*12*
370:*7, 10*
413:*20*
416:*23*
417:*7*
419:*24*
420:*5, 12*
**papers** 28:*5*
60:*5* 116:*8*
132:*25*
419:*24*
**paragraph**
150:*15*
263:*25*
302:*21*
347:*22*
348:*5, 24*
349:*13*
365:*25*

370:*18*
416:*5*
**parallel**
182:*15*
192:*20*
196:*12*
312:*13, 14,*
*15, 16*
323:*24*
328:*13*
**parallels**
196:*14*
**parameters**
139:*19*
**Parchem**
172:*24*
173:*7, 8*
**parent**
359:*1*
**parents**
359:*1, 18*
**parity**
225:*22*
**Park** 3:*6*
4:*12, 21*
**part** 14:*11*
24:*5* 25:*7*
27:*11*
28:*21* 33:*9*
58:*25* 64:*1*
65:*12, 14*
69:*13*
86:*22* 87:*3*
90:*10, 11, 13*
93:*17, 19*
95:*11*
123:*2*
135:*6*
138:*25*
143:*12*
147:*5*
149:*12*
159:*1, 4, 8,*
*10, 15, 16*

161:*19*
162:*23, 24*
163:*1*
174:*17*
180:*7, 22*
184:*23*
185:*3, 15, 23*
187:*7*
190:*18*
191:*20*
193:*9, 10, 14, 21*  194:*6, 17*
195:*17, 19*
196:*10*
203:*6*
209:*3*
210:*23*
211:*6*
217:*12, 22*
218:*2*
221:*1*
240:*7, 10, 12*
255:*3*
260:*17*
261:*3*
263:*5*
290:*14*
294:*5, 7*
305:*11, 21*
308:*21*
309:*4*
311:*18*
312:*11*
314:*18*
317:*17*
339:*16*
360:*24*
388:*19*
389:*25*
390:*12*
394:*7, 15*
400:*23*
404:*18*
415:*24*

420:*3*
421:*10*
433:*8*
434:*14, 17*
435:*9*
442:*10*
**partially**
193:*23*
343:*14*
408:*6*
**participants**
210:*1, 22, 24*
211:*3*
212:*20*
213:*6, 9, 16*
**participate**
422:*8*
**particle**
85:*16*  202:*4*
**particles**
85:*19*
**particular**
19:*12*
20:*21*  25:*2, 20*  30:*19*
38:*17*  39:*2, 13*  40:*15*
41:*2*  46:*16*
50:*7*  51:*3*
52:*13*  54:*9*
65:*5*  75:*9, 10*  76:*12*
77:*11*  78:*3, 13*  95:*25*
124:*1*
182:*20, 24*
183:*3, 25*
190:*15*
191:*7*
198:*21*
216:*12*
219:*13, 20*
221:*19*
232:*8*

236:*17*
261:*5*
274:*6, 9*
277:*11*
318:*3*
324:*12*
328:*6*
335:*15*
341:*15*
362:*11*
366:*9*
378:*24*
385:*10, 11*
390:*13, 16*
393:*12*
399:*15*
417:*20*
427:*18*
430:*6*
**particularly**
19:*18*  28:*8, 17*  30:*22*
41:*18*  44:*4*
48:*11*  68:*7*
77:*25*
85:*17*  91:*7*
92:*3, 5*
93:*10*
109:*24*
110:*2, 23*
185:*16*
188:*5*
197:*23*
216:*14*
221:*9*
262:*12*
281:*5*
303:*3*
357:*2*
358:*25*
361:*17*
380:*5*
406:*19*
425:*23*

**particulate**
399:*15, 18*
**parties**
445:*10*
**partner's**
374:*6*
**parts**  26:*8*
198:*8*
402:*4*  408:*5*
**Party**  6:*19*
**pass**  169:*9*
423:*25*
439:*25*
**passage**
277:*12*
**Passing**
90:*20*
**pasted**
317:*13*
**paternal**
358:*17, 22*
**pathogenesis**
415:*11*
**pathologies**
122:*17*
185:*19, 21*
**pathology**
38:*20*
184:*22*
198:*18*
**pathophysiol ogy**  415:*12*
**pathway**
50:*5, 17*
55:*24, 25*
56:*14*
57:*17, 20*
58:*20*  59:*8*
62:*22*
63:*16, 18, 24*
65:*13, 15*
187:*13*
296:*8*
297:*18, 24*

299:*22, 23*
300:*1*
304:*6, 14*
305:*7, 12, 13, 19, 22*
306:*21*
308:*22*
309:*4, 6*
312:*5*
317:*25*
323:*13, 15*
324:*1, 13, 14, 16, 22*  325:*4, 5, 20*  326:*13, 15*  327:*8, 19*
356:*12*
392:*4*
410:*21, 24*
412:*3, 8, 10, 15*  415:*9*
417:*10, 15*
**Pathways**
8:*13*  39:*7*
65:*10*
189:*1*
319:*22*
323:*21*
325:*9, 15*
326:*5*
416:*7, 20*
418:*3*
432:*19, 21*
**patient**  46:*9*
72:*7, 22*
73:*2, 5*
78:*13*
182:*18*
191:*21*
214:*14*
243:*13*
335:*11, 15*
**patients**
26:*16*  27:*8*
37:*12, 15*

66:*11, 13, 15,*
*18, 19* 72:*8,*
*18* 75:*18, 22*
76:*2* 84:*2*
158:*22*
186:*1*
248:*13*
327:*3, 9, 10,*
*11* 331:*1*
356:*1*
**pattern** 76:*1*
**patterns**
396:*25*
**Paxil** 94:*25*
95:*5* 98:*9,*
*15, 17*
100:*10*
**Pediatrics**
254:*14, 19*
255:*2, 6*
**peer** 130:*8*
419:*20, 22*
420:*3, 15, 16,*
*25* 421:*7, 24*
422:*9, 14, 17,*
*25* 423:*4*
433:*8*
**peer-**
**reviewed**
64:*23*
422:*16*
**pen** 242:*6*
**pending**
308:*19*

**Pennsylvania**
5:*18* 6:*3*
**people**
14:*13*
35:*25*
37:*17*
44:*11*
47:*12*
54:*24*

67:*21, 23*
68:*4* 81:*8,*
*16* 82:*22*
89:*23*
138:*24*
149:*5*
166:*7*
172:*23*
189:*18*
193:*1*
194:*2*
207:*1, 2*
209:*12*
218:*19*
219:*5*
282:*18, 24*
353:*5*
422:*2* 443:*4*
**percent**
89:*19*
138:*19*
168:*8*
212:*23*
215:*22*
231:*19, 20,*
*21, 22* 232:*4*
233:*22, 23,*
*24* 265:*13,*
*17* 307:*18*
330:*15*
377:*24*
378:*7*
**percentage**
232:*10*
234:*3*
247:*1*
378:*16*
390:*2*
423:*12*
**percentages**
352:*20*
**perform**
75:*4* 266:*5*

**performed**
73:*7* 285:*8*
344:*12*
356:*6*
363:*11*
**performing**
74:*22*
**peri** 223:*7*
**perinatally**
223:*16*
**period**
110:*4*
223:*5*
227:*2*
253:*15*
275:*7*
334:*21*
370:*14*
**periods**
251:*10*
**peripartum**
223:*5*
253:*14*
**permission**
105:*25*
434:*20*
**permitted**
434:*16*
**persistent**
210:*12, 13,*
*25* 211:*15*
212:*8* 221:*9*
**person**
31:*24, 25*
41:*7* 73:*22*
74:*5*
142:*17*
172:*11, 21*
315:*8*
316:*16*
320:*3*
**personal**
67:*13*
107:*17, 21*

108:*13*
168:*4*
171:*21*
209:*9*
**personally**
67:*3, 6, 9*
77:*9*
228:*17*
234:*18*
**person's**
342:*15*
**perspective**
385:*19*
**Ph.D** 1:*12*
8:*18* 9:*15,*
*17* 11:*20*
445:*4*
447:*12*
**pharmaceuti**
**cal** 76:*19*
200:*24*
**Pharmacovig**
**ilance** 9:*21*
**phase**
208:*22*
209:*3*
**phenobarbita**
**l** 44:*2*
**phenotype**
393:*9*
395:*18, 21,*
*25* 396:*2*
**phenotypes**
395:*7, 16*
**phenotypic**
189:*2*
**Philadelphia**
6:*3*
**Philip** 236:*5*
**philosophy**
33:*19, 21*
**phone**
94:*13*
273:*14*

**physical**
137:*14*
**physically**
123:*7*
**physician**
72:*13*
335:*10, 12,*
*13, 20, 21*
336:*5, 8*
**physician-**
**diagnosed**
231:*8*
**physicians**
48:*3* 70:*3*
334:*25*
337:*3*
**physician's**
34:*18*
**PI** 41:*11*
42:*14*
**pick** 318:*9*
325:*5* 431:*9*
**pictorial**
300:*24*
**piece** 143:*3,*
*5* 239:*16*
411:*9, 15*
**pile** 219:*12*
**pill** 201:*6,*
*16, 19*
**pioneers**
400:*11*
**Place** 4:*21*
57:*14, 16*
178:*24*
419:*17*
431:*20*
445:*7*
**placenta**
202:*14, 17,*
*19, 22* 203:*2*
**places**
168:*12*
**plain** 368:*18*

plaintiff
101:*15, 17*
105:*16*
184:*6*
**Plaintiffs**
4:*6* 81:*17*
95:*3, 6*
98:*15* 99:*6*
100:*7*
101:*9, 22, 24*
105:*21, 24*
107:*8*
108:*6, 9*
111:*2*
146:*20*
167:*12*
183:*1*
244:*5*
372:*19*
376:*7*
424:*16*
425:*12, 14,*
*20* 426:*8*
435:*15*
**plaintiff's**
100:*12, 17*
101:*4*
102:*4, 14*
104:*15*
105:*3*
278:*21*
**plan** 74:*22*
325:*1*
**planned**
55:*14* 172:*8*
**planning**
334:*10*
**plant**
395:*22, 24*
**Plasma** 9:*11*
**plastics**
398:*23, 25*
**plausibility**
310:*13*

311:*19*
312:*1*
320:*20*
325:*25*
327:*16*
331:*6*
**plausible**
324:*21*
327:*20*
**play** 208:*9*
**Plaza** 2:*16*
3:*6*
**Please**
13:*18*
23:*13*
115:*13*
118:*19*
125:*1*
127:*13*
128:*17*
224:*21*
247:*15*
322:*11*
387:*6*
446:*3, 8*
**plenty**
307:*17*
**PLLC** 2:*20*
**pluripotent**
170:*14*
**plus** 128:*4*
245:*11*
**point** 18:*8*
29:*2, 6*
30:*3* 39:*10*
53:*15* 75:*7*
76:*2* 81:*7*
85:*15*
88:*12, 15*
89:*3*
116:*10*
154:*22*
155:*17*
196:*2*

200:*4*
204:*12*
205:*25*
218:*5*
241:*4, 8, 14,*
*15* 245:*18*
246:*9*
280:*25*
353:*18*
354:*19*
377:*10*
**pointing**
139:*15*
**points**
245:*25*
317:*23*
338:*20*
**policy** 106:*5*
**pollutants**
399:*14, 18*
**pollution**
85:*17*
**polygenic**
139:*5*
**pool** 188:*11*
**poor** 262:*23*
**population**
89:*6* 149:*8*
200:*19*
212:*23*
213:*2*
214:*23*
217:*13*
328:*25*
330:*10*
363:*24*
366:*7*
374:*25*
382:*4*
**populations**
374:*7*
**PORTER**
5:*4*

**portion**
26:*10* 27:*1,*
*2, 3* 68:*19*
71:*11*
385:*12*
**PORTIS**
3:*22*
**position**
15:*16*
29:*12*
44:*12* 82:*1*
143:*2, 4*
146:*2*
180:*15, 20*
391:*3*
**positive**
211:*4*
218:*18*
219:*9*
220:*8*
245:*18*
246:*9*
270:*9*
271:*2*
277:*19*
350:*14*
384:*18*
401:*8*
**possibilities**
241:*23*
**possibility**
171:*25*
185:*9*
241:*2, 19, 21*
337:*14*
359:*21*
366:*1*
373:*7, 19, 24*
374:*1, 15*
375:*3, 10*
376:*18, 25*
377:*16*
**possible**
328:*25*

369:*1*
377:*13*
**posted**
292:*9*
**POSTMAN**
2:*8* 6:*23*
**postnatal**
309:*14*
310:*6*
**postulated**
433:*3*
**potent** 44:*5*
**potential**
110:*22*
149:*14*
190:*13*
219:*10, 11,*
*22* 229:*22*
265:*22*
272:*22*
276:*1*
283:*7, 10, 11,*
*25* 319:*22*
322:*20*
323:*21*
330:*10*
346:*19*
347:*8*
358:*20, 24*
360:*5, 21*
361:*1*
362:*2*
372:*1, 4*
375:*16*
381:*24*
393:*11*
432:*2*
**potentially**
37:*16*
38:*13*
60:*15*
232:*18*
277:*15*
316:*11*

317:*15*
358:*7*
361:*15, 16*
362:*1, 5*
366:*24*
399:*8*
422:*4*
429:*25*
**power**
277:*10*
294:*10*
**powerful**
283:*14*
**Pozner** 96:*3, 4, 6, 8*
**PRAC** 9:*21*
279:*12, 13*
**practice**
66:*10*
174:*11*
214:*19*
350:*7*
**practicing**
214:*13*
**pre** 223:*7*
340:*7*
**precede**
350:*25*
**preceded**
276:*16*
**Preceding**
223:*25*
224:*1, 3*
227:*8*
**preclinical**
162:*5*
340:*5, 6, 8*
341:*2*
**preclude**
351:*1*
**precludes**
350:*9*
**predictive**
341:*5* 349:*5*

**pre-disease**
392:*23*

**predominant**
138:*7*
254:*5*
265:*11*
**Predominantly** 16:*10, 11*
26:*22* 27:*4*
37:*13*
201:*4, 5, 7, 18* 345:*10*
**prefer**
199:*16*
371:*13*
**preferable**
337:*11*
**preferably**
89:*16*
**prefers**
199:*16*
**pregnancies**
45:*23*
224:*18*
251:*4*
**pregnancy**
9:*7, 18*
10:*6, 8*
19:*12, 14, 21*
21:*22*
22:*25* 23:*6, 11, 16, 24*
44:*22, 24*
46:*6, 20*
47:*2, 13, 20*
49:*5, 11, 25*
108:*24*
109:*3*
157:*6, 10*
160:*4*
163:*20*
164:*6, 20, 21*
165:*1*

209:*23*
213:*23*
214:*17*
216:*3, 13*
225:*14, 20, 21, 22* 227:*4, 8* 230:*3, 17*
233:*16, 22*
234:*17, 21*
235:*5, 17*
249:*10*
250:*11, 21*
251:*7*
268:*16*
270:*18*
271:*1*
272:*16*
273:*23*
274:*7, 10*
275:*1, 11*
280:*5*
333:*23*
334:8
335:*7, 21*
336:*17*
337:*10*
338:*4*
345:*23*
351:*20*
355:*13*
357:*17*
365:*21*
366:*4, 20*
374:*5, 9*
381:*7* 409:*5*
**pregnant**
84:*2* 110:*3, 10, 23* 147:*6*
166:*7, 11*
200:*2*
201:*1*
328:*3*
400:*21*

**Prenatal**
10:*11, 15*
372:*2*
**preparing**
12:*13*
**prepublication** 317:*2*
**prescribe**
215:*6*
336:*11*
**presence**
305:*5*
308:*7*
328:*10*
**PRESENT**
6:*19* 52:*24*
135:*8*
249:*7*
280:*23*
330:*16*
333:*1*
358:*23*
**presentation**
75:*20*
76:*15* 79:*1*
122:*17*
185:*15*
189:*2*
315:*6*
322:*16*
360:*18*
396:*1*

**presentations**
141:*9*
**presented**
20:*1* 53:*15*
**presenting**
53:*16* 55:*14*
**Press**
151:*20*
152:*20*
153:*2, 7*

**presume**
249:*5*
**preterm**
225:*23*
231:*12, 16, 19* 232:*5, 10, 15, 19, 25*
**pretty** 423:*2*
**prevalence**
10:*8*
**prevent**
16:*13* 33:*7*
423:*14*
**preventable**
389:*11*
**preventing**
436:*23*
437:*1*
**prevention**
16:*15*
217:*11*
315:*7*
355:*3*
389:*11*
**previous**
267:*9, 10*
276:*15*
381:*23*
**previously**
121:*1*
132:*6*
152:*22*
157:*19*
266:*25*
273:*18*
299:*23*
381:*11*
382:*8*
392:*16*
402:*13*
428:*5*
**primarily**
15:*23* 16:*2, 5* 139:*12*

primary
32:*1* 56:8
170:2
253:*25*
306:7
315:*21*
389:7
principal
388:*22, 24*
principle
179:*11*
181:*16*
principles
138:*12*
169:*11*
180:*5, 11*
181:*20*
print 115:7
printout
127:*21*
391:8
printouts
395:3
prior 30:*11*
64:*21*
77:*12*
80:*15*
140:7
230:*6, 12*
255:4
319:*16*
337:*10*
363:*17*
371:*25*
388:*13, 16*
445:3
privately
144:*21*
privileged
176:2
probably
57:*15* 77:8
148:5

162:*18*
228:8 237:*6*
problem
94:*12*
110:22
195:*4*
271:*24*
272:*19*
276:*1*
313:*25*
problems
35:*25*
39:*15, 19*
160:*8, 9, 22*
262:*16*
353:*8*
proceed
86:*18*
151:7
167:*6*
255:*19*
256:8
314:*11*
354:7
process
151:*23*
170:*19*
305:*20*
307:*17*
314:*25*
315:*12*
321:5
419:*20, 23*
420:*4*
421:*11, 25*
422:*9, 25*
423:*4*
processed
290:*11*
291:*11, 13*
processes
153:8
produce
20:*7, 8*

23:*3* 35:*14*
56:*11, 12*
57:2, *23*
58:*9* 78:*25*
82:6 85:*5*
105:*12*
138:*14*
170:*11*
299:*15*
306:*18*
312:*9*
322:*23*
produced
75:*11*
143:*24*
162:*11*
306:5
328:*12*
331:*16*
produces
306:*18*
347:*17*
producing
35:*9*
product
306:*1*
production
305:*10*
398:*22*
400:2
PRODUCTS
1:*3* 11:*11*
professional
34:*17, 20*
158:*5*
423:*19*
professionall
y 389:*22*

professionals
157:*24*
158:2

professor
32:*12, 16, 18,
20, 21*
proficient
422:*3*
profiling
10:2
profound
24:*7* 44:*23*
197:*7*
profoundly
188:*21*
189:6
program
32:*11*
217:*19*
390:*1*
393:*17*
394:22
project
394:22
projects
392:*21*
proliferative
357:*3*
prolonged
110:*4*
promote
219:*20*
pronunciatio
n 117:*13*
proof 63:*16*
102:*21*
105:*8, 12*
130:*10*
409:*15*
proper
229:*3*
properly
229:*19*
proportion
234:2
proposal
84:*14, 16, 23*

propose
215:*10*
277:8
324:*21*
proposed
319:*22*
320:*20, 25*
322:*12*
323:*15*
324:*9, 13*
325:*4*
proposing
83:*16*
proposition
133:*1*
135:*13*
propounded
447:*6*
prospective
10:*9* 44:*22*
45:*5* 46:*4*
47:*7, 13*
49:*5* 165:*1,
12, 15*

prospectively
47:*5* 365:*20*
protect
104:*25*
214:*17*
protected
214:*25*
protection
8:*15* 296:2
412:*19*
PROTECTI
VE 1:*6*
16:*12*
51:*22*
88:*20*
214:*5, 6*
215:*14*
221:*17, 22*

protectively
215:*11*
protectiveness 89:*7*
protein
431:*16*
proteins
8:*14*  296:*2*
412:*18*
proud
394:*15*
prove
269:*20*
432:7
proven
148:*25*
398:*10*
provide
55:*11*
72:*12*
102:*18*
105:*1*
113:8
114:*20*
183:7, *9, 12*
184:*11*
215:*13*
223:2
280:*17*
343:7
361:*1*
386:*5, 14, 18*
405:*11*
422:5
**provided**
18:*9, 25*
105:6
112:22
113:*10*
114:*5, 19*
342:*23*
423:*10*
**provides**
132:8

391:*24*
405:9
**providing**
191:5
**provitamin**
400:*1*
**proxy**
236:*23*
**public**
145:*3, 7*
146:*21, 25*
147:25
148:*17*
149:*14*
180:22
216:*25*
445:*23*
447:*19*
**publication**
26:*19*
42:*19, 21*
46:*16*
48:*23*
55:*23*  56:*1*
129:*17*
179:*17, 18*
181:*23*
219:*4, 6, 10, 11*  220:6
313:2
371:*4*  420:7
**publications**
46:*18*
47:*21*
131:*18*
420:6
**publicly**
140:*20*
144:*21*
145:*11*
285:*4, 10*
391:*21*
417:*16*

**publish**
46:*21, 23*
51:*10*
91:*24*
218:*12, 13*
219:9
419:*24*
**published**
12:*18*
30:*23*
37:*20, 22*
38:*1*  41:*24*
50:*18*
51:*18*  56:*1, 2, 17*  60:*11*
64:22
92:*18, 21*
109:*12*
179:*13*
218:*17*
220:*12*
285:*12, 18, 20*  350:*17*
412:3
415:*1*
417:*15*
**publishing**
219:*23*
**Puerto**  3:7
**pull**  125:*20*
130:*15*
132:*16*
294:*14*
391:*4*
**pups**  345:*24*
**pure**  245:*12*
**purpose**
216:*4*
343:*21*
389:7
**purposes**
170:*23*
431:*25*

**PURSUANT**
1:*6*
**put**  15:*10*
18:*20*  20:*2*
51:2, *11*
126:*15*
143:2, *4*
165:8
222:*12*
237:*18*
263:7
284:*13*
319:*19*
320:*18*
338:2
357:7
368:*17*
372:*12*
391:*4*
396:8
410:*24*
429:*10*
431:*18*
**putative**
415:*10*
**P-value**
89:*11*
90:*14, 19*
**p-values**
89:*14*  90:*3*

< Q >

**qualifications**
14:*5*  140:7, *11, 13*
424:*10*
**qualified**
97:*4, 6*
**quality**
164:*4*
165:*16*
280:*14*
350:*5, 21*

**quantitative**
247:5
**Quantitatively**  230:*11*
235:*12*
**quantity**
329:9
**queried**
127:*20*
217:*25*
**query**  127:2
137:*5, 6, 19*
431:*11*
**querying**
407:*16*
**question**
30:2  54:7
58:22  84:7
94:*11*
101:*18*
102:*1*
103:*24, 25*
127:*4*
147:*9, 13*
148:*3*
149:9
150:*14*
151:*10, 15*
154:*3*
160:*14*
168:22
190:*24*
196:*1*
207:*10*
208:*18, 21*
210:*19*
212:*4*
216:8
219:*25*
221:6
224:*20*
236:2
244:22
245:8

247:*14*
254:*9, 25*
262:23
291:20
298:*1*
308:*19*
312:4
319:*3*
333:7
348:*12*
359:*16*
361:23
362:20
365:2
370:*17, 20*
373:5
374:*11*
378:*3*
403:*4, 12, 14*
404:6
407:24
408:4
421:*17*
428:*1*
437:*20*
438:*12*
**questionnair es** 352:*1, 19*
**questions** 10:4  12:2  13:*15*  24:*3*  28:9  64:5, 20  66:7  67:22  74:*13*  82:2  86:*16, 21*  91:*11*  97:*1*  98:*1*  103:6, 14  104:*10, 21*  107:2  111:*3, 23*  116:2  118:22  125:4

127:*11*
128:20
133:*13*
141:*11*
142:2
144:*19*
145:6
147:*3*
148:7, *10*
149:*21*
150:9
151:5
162:21
163:*19*
164:8, *17*
167:*3*
169:*10*
176:9
177:2
184:*3*
205:*12*
208:4, 6
209:4
222:8
244:6
249:2
255:*17*
256:6, *16, 24*
258:23
261:*17*
266:23
269:*1*
279:*10*
285:2
298:23
308:20
312:24
314:*9, 16*
320:*17*
322:8
331:24
335:8
336:*1*
337:*12*

338:*9, 16*
339:2
341:*1, 9, 17*
343:2
344:*15*
347:*13*
354:5, *19*
361:20
363:21
364:23
369:*19*
370:*18*
375:5
376:9, *14*
378:4
379:*6, 20*
380:*16*
381:3
382:*12, 22*
384:*11*
386:*1, 24*
387:*21*
388:3
392:*18*
394:9
398:*3*
400:*19*
401:*19*
402:*19*
403:*11*
404:*8*
406:*12*
407:2, *6, 19*
408:*1*
409:20
410:*11*
411:*19*
414:*19*
415:6, *19*
418:*1*
421:*3, 23*
422:23
424:2, *8, 24*
425:6, *16*

428:22
429:7, *17*
433:22
434:6
435:*1, 11, 13*
436:13
438:*1, 13, 22*
439:7, *15*
440:2, 8, *12, 17, 19*
441:16
442:*13, 19*
443:25
447:6
**quick** 362:2
**quickly** 394:25  421:*19*
**QUINN** 5:22
**quite** 48:5  143:*21*  219:*19*  305:*12*  383:*18*
**quote** 117:6  310:4  318:*18, 23*  319:6  341:*15*  349:*10*  379:16
**quote/unquot e** 213:*1*
**quoted** 63:*12*
**quotes** 318:*3*

**< R >**
**rabbit** 197:9
**rabney@wat**

**tsguerra.com** 3:5
**race** 225:*18*
**raised** 338:9
**random** 229:6, *10, 11*
**rare** 359:23  360:*1*  380:5, 8
**rate** 167:*14*  231:16  363:25  364:*1*
**ratio** 87:22  211:*19*  239:*11*  242:5  243:*20, 22, 24*  246:*3, 5, 21, 23*  248:7, *18*  267:21  268:*1, 4*  270:14, 22
**rationale** 341:*21, 24*
**ratios** 384:*18*
**rats** 189:*21*
**RAYNE** 5:7
**rayne.ellis@a rnoldporter.c om** 5:7
**reach** 180:4  282:*21*  371:*19*
**reached** 48:*15*
**read** 98:*3, 4*  103:*17*  150:*13, 17*  153:6  253:*21, 22*  278:*12*  284:8

309:*11*
311:*4*
313:*23*
319:*10*
338:7
340:*13*
342:*15*
372:*6, 23*
412:*15, 22*
422:18
426:*19, 21*
432:*14, 19*
433:*21*
435:*4, 9*
446:*3* 447:*4*
**readily**
203:*12*
**reading**
17:7 113:6
134:22
254:*21*
269:8
289:22
315:*3*
317:16
318:*3, 4*
319:*11*
338:17
376:*21*
429:*19*
**reads** 309:7
**ready** 70:*12*
86:*18*
151:6
167:6
234:*23*
255:*19*
256:8
314:*10*
354:7
**real** 229:*16*
277:*19*

**reality**
195:*20*
376:*3*
**realize**
68:*19* 84:*1*
**realized**
29:9 260:*3*
**really** 36:*14*
163:7
165:5
171:*11*
190:*4*
195:*11*
219:16
220:14
230:9
275:*14*
340:*24*
341:*3*
342:*24*
377:5
387:*13*
**Realtime**
1:*17* 395:*4*
445:2, *17*
**reason**
29:*18* 56:*3*
67:7
113:*18*
144:9
154:9
261:7
287:22
312:*3*
438:*24*
439:*1, 10*
446:5
**reasonable**
227:*12*
423:7, *10*
**reasoning**
27:5
**reasons**
44:*17, 21*

230:*4*
271:*13*
277:8
329:7
378:*20*
409:*4*
443:*16*
**REBECCA**
2:*10* 12:*11,
23* 386:*25*
**rebecca.king
@kellerpost
man.com**
2:*10*
**Rebuttal**
8:*18* 50:*13*
66:*25*
111:*24*
112:*1, 2, 3, 9,
13, 25* 113:*3,
5, 19* 114:*2*
120:9
122:20
125:23
126:*4*
127:*24*
129:*20*
134:8
137:*25*
139:*10*
140:8
145:*24*
146:*4*
177:*4* 286:7
**recall** 17:*17,
18* 61:*18*
92:9 125:8
148:*15*
175:6
226:*13*
250:*14*
261:*9, 18*
262:*18, 25*
273:*16, 17*

307:*21*
338:*17*
352:2, *4*
367:7
369:9
425:*21*
**recalling**
352:*16*
**receipt**
446:*15*
**receive**
436:*4, 25*
438:6
**received**
424:*23*
438:*18*
**receives**
435:*24*
**receptor**
416:8
**Recessive**
9:*3*
**recirculated**
252:*15*
**reckon** 68:*4*
**recognition**
193:*20*
**recognize**
128:*24*
173:*15*
194:2, *4*
277:*18*
278:*4*
**recognized**
173:*11*
**recollection**
17:*25*
273:*15*
**recommenda
tion** 335:*14*
**recommenda
tions**
158:*21*
348:*16*

**recommende
d** 199:*21*
288:*4, 14, 17*
289:*11*
291:2
292:*14, 15*
307:*18*
400:*21*
**record** 11:2,
*16* 12:6
13:*19*
23:*14*
76:*24* 77:5
86:*10, 12, 14*
103:*16*
115:*15*
150:*21, 23,
24* 151:*1, 3*
166:*17, 19,
22, 24* 167:*1*
204:8
208:*14*
255:*11, 13,
15* 290:*20*
308:*15*
309:*11*
313:*20*
314:*1, 3, 5, 7*
322:7
353:*24*
354:*1, 3*
365:7
387:*14, 16,
18* 426:*21*
444:5
**records**
172:*11*
**RECROSS-
EXAMINAT
ION** 435:*12*
**rectal**
201:*12*
**red** 338:2,
*11*

**REDIRECT**
424:*1* 440:*1*
**redox**
322:*19, 20*
**reduce**
327:*25*
400:*9, 23, 25*
401:*3, 9*
**reduced**
214:*9*
**reducing**
307:*5*
**reduction**
330:*9*
**refer** 13:*24*
14:*2, 14, 16,
18* 26:*21*
51:*10*
170:*9*
174:*21*
178:*3*
202:*21*
312:*10*
340:*4*
368:*10*
402:*6*
420:*3*
433:*15*
**reference**
62:*4* 67:*1*
114:*16*
125:*13, 18*
129:*4, 7*
131:*16, 17*
133:*21, 24*
134:*1*
155:*2*
156:*2, 7, 25*
158:*10, 17*
174:*16, 19*
262:*2*
264:*23*
278:*18*
282:*4*

285:*11, 13*
299:*12*
300:*23*
302:8
323:*23*
333:*17*
339:*3*
363:*10*
375:*3*
405:*7, 9, 11*
413:*16*
417:*1*
419:9
430:*20*
434:*5*
**referenced**
113:*10*
114:*1*
160:*10*
186:*24*
263:*5*
289:*9*
290:*4*
299:*7*
300:*22*
413:*19*
417:*7, 14*
434:*11*
**references**
60:*1, 12*
61:*24*
114:*3*
128:*12, 13,
15* 298:*14*
299:*4, 9*
302:*18*
364:9
395:*13*
402:*25*
403:*17*
404:*25*
405:*22*
430:*18*

**referencing**
159:*13*
261:*6, 15*
262:*1*
290:*10*
301:*2*
375:*18*
376:*23*
381:*23*
417:*1*
**referred**
20:*19* 24:*5,
13* 31:*14, 16*
37:*13* 72:*9*
89:*19*
122:*2*
138:*22*
154:*2*
190:*8*
191:*13*
192:*1*
199:*4, 13*
202:*5*
237:*21*
243:*9*
249:*13*
266:*4*
273:*16*
274:*10*
393:*8*
**referring**
28:*11*
46:*16*
67:*16*
182:*21, 24*
183:*25*
266:*14*
267:*11*
333:*18*
339:*14*
363:*2, 4*
368:*6*
**refers** 181:*1*

**reflect**
223:*20, 22*
253:*13*
303:*23*
**reflects**
253:*12*
282:*11*
**refused**
438:*5*
**refute**
374:*21*
**regard**
52:*13*
55:*15* 69:*4*
73:*20*
74:*13*
82:*10*
102:*19*
108:*3*
112:*16*
114:*3*
146:*18*
149:*15*
157:9
180:*8*
181:*21*
186:*5*
196:*14*
213:*11*
217:*25*
245:*15*
249:*22*
264:*24*
273:*21*
279:*1*
280:*16*
285:*20*
343:*22*
345:*12*
353:*11*
356:*4, 24*
358:*14*
364:*10*
367:*5, 20*

368:*10, 23*
371:*7*
377:*2*
380:*3*
386:*19*
419:9
434:*3*
441:*15*
442:*18*
**regarding**
93:*7*
163:*19*
264:*11*
310:*1*
370:*10*
**regardless**
270:*17*
288:*7*
299:*25*
324:*19*
**regards**
55:*6, 24*
62:*14* 63:*1*
68:*2* 78:*19*
79:*14* 80:*8*
82:*8, 21*
85:*23, 24*
90:*9* 91:*15,
20* 97:*22*
120:*22*
124:*21*
139:*16*
158:*22*
159:*19*
162:*5*
193:*12*
211:*7*
219:*8*
221:*18*
223:*8*
228:*15*
234:*5, 19*
239:*24*
243:*5*

251:*21, 24*
261:*5*
262:*16*
276:*6*
277:*24*
280:*18*
281:*3*
288:*19*
294:*10*
303:*3*
307:*2*
311:*25*
318:*14*
325:*12*
328:*3, 14*
338:*9, 25*
340:*15*
342:*18*
345:*16*
348:*24*
352:*16*
355:*2*
357:*24*
360:*16*
361:*2*
364:*3*
365:*15*
369:*7*
371:*14*
372:*12*
379:*23*
384:*6, 20*
395:*22*
400:*15, 17*
409:*12, 24*
**regeneration**
303:*24*
**regions**
27:*10*
**Registered**
1:*16*  445:*2, 16*

**registries**
44:*23*
216:*24*
**Registry**
45:*9, 16, 20*
46:*20*
47:*14, 21*
48:*14, 24*
49:*6*
163:*21*
164:*7, 21*
**regular**
50:*23*  74:*1*
94:*15*
103:*1, 3*
170:*1*
174:*11, 14*
**regularly**
33:*14*
46:*23*  48:*3*
174:*21*
**Regulating**
8:*24*
**regulations**
135:*18*
**regulator**
288:*9*
**regulatory**
108:*17*
277:*17*
278:*4, 22*
279:*15*
287:*19*
316:*10*
337:*19*
431:*25*
**Reilly**  96:*5, 8*
**reiterate**
352:*3*
**rejected**
96:*23*
313:*1, 7, 14*

**rejecting**
88:*23*  89:*1*
375:*2*
**rejection**
97:*24*
**relate**  35:*2*
137:*2*
141:*17*
**related**
18:*10*
136:*16*
193:*24*
316:*13*
**RELATES**
1:*5*  146:*13*
**relation**
14:*21*
34:*25*
40:*15*
172:*11*
280:*4*
376:*19*
386:*7, 19*
**relationship**
93:*21*
107:*18*
155:*20*
209:*7*
386:*15*
395:*20*
413:*17*
**relationships**
107:*21*
392:*3, 23*
393:*9*
**relative**
48:*6*  87:*23*
445:*10, 11*
**relatively**
168:*1*
**relayed**
349:*3*
**release**
393:*14*

**relevant**
147:*14*
168:*6*
194:*14*
251:*10*
342:*11*
**reliable**
186:*7*
350:*10*
351:*1*
**reliance**
28:*18*
114:*23*
133:*22*
161:*22*
162:*17, 19*
174:*17, 18*
185:*12*
332:*9*
**relied**
116:*10*
351:*19*
370:*7*
**relies**
139:*12*
272:*25*
356:*10*
**rely**  58:*24*
121:*19*
159:*5, 22*
184:*17*
205:*5*
222:*19*
240:*3, 19*
272:*24*
276:*13*
310:*8*  327:*7*
**relying**
56:*18*
63:*15*
87:*15, 17*
129:*20*
134:*14*
136:*8*

158:*24*
159:*11*
214:*13*
330:*25*
**remain**
384:*18*
**remember**
50:*8*  62:*20*
96:*2*
101:*18*
120:*12*
122:*24*
125:*11*
163:*22*
176:*12*
177:*3*
182:*22*
183:*4, 20*
184:*6, 9*
256:*15*
262:*13, 14*
298:*17*
299:*19*
333:*2*
341:*20, 21*
380:*19*
381:*5*
390:*22*
391:*1*
403:*21, 25*
418:*25*
419:*4*
424:*12*
426:*4*
432:*16, 22*
**remove**
17:*15*
318:*18*
319:*6*
346:*19*
357:*20*
434:*24*
**removed**
17:*17, 19*

82:*23*
259:*18*
261:*8*
398:*24*
434:*23*
**removing**
319:*5*
**render**
73:*16*
93:*25*
98:*10*
102:*16*
105:*21*
180:*12*
279:*2, 5*
**rendered**
97:*22*
101:*22, 24*
102:*5, 12, 21*
104:*13*
105:*2*
112:*16*
140:*25*
153:*3*  366:*5*
**rendering**
100:*11*
115:*1*
149:*12*
179:*25*
182:*6*
184:*19*
**rent**  171:*23*
**repackaging**
219:*12*
**repeat**
94:*11*
210:*19*
219:*16*
224:*20*
247:*14*
348:*12*
378:*2*
**repeatable**
269:*23*

**repetitive**
73:*12*
193:*8*
199:*2, 8*
396:*25*
**repetitively**
193:*5*
**rephrase**
250:*24*
**replaced**
301:*23*
**replicate**
276:*23*
**replicated**
269:*11*
**replication**
269:*13, 17*
371:*14*
**Report**  8:*18*
9:*15*  16:*18,
24*  17:*2*
18:*3, 4, 9, 20,
23, 24*  19:*3*
35:*5*  50:*12,
13*  55:*11*
58:*25*  63:*6,
14*  66:*25*
86:*23*
107:*25*
111:*25*
112:*1, 2, 3, 9,
13, 15, 25*
113:*3, 5, 19*
114:*2, 6*
116:*15, 16,
25*  117:*4, 24*
118:*3, 25*
119:*22*
120:*6, 9, 23*
121:*2*
122:*21*
123:*3*
124:*21*
125:*15, 24*

126:*4, 19*
127:*25*
129:*21*
130:*20*
132:*13*
134:*9*
137:*25*
139:*10*
140:*8*
147:*21*
174:*17*
177:*4, 6*
189:*14*
204:*3*
210:*8*
222:*20*
226:*10*
256:*13*
257:*1, 2, 7,
22*  258:*3*
259:*7, 10, 13*
261:*11*
263:*1, 11, 15,
20*  264:*6, 9*
274:*18*
278:*13*
282:*4*
283:*16, 20*
285:*14, 16*
286:*8*
289:*15*
290:*5*
300:*5, 20, 25*
307:*12, 13*
309:*2, 17, 22*
311:*6*
319:*21*
320:*23*
323:*3, 22*
330:*12*
332:*23*
333:*13*
334:*16*
339:*6, 19*

355:*18*
362:*22*
363:*16, 18*
364:*6*
365:*23*
370:*11*
396:*5*
405:*13*
409:*22, 23,
25*  423:*7*
434:*11*
**reported**
37:*14*
75:*14*
118:*11*
120:*24*
126:*19*
134:*23, 25*
135:*7, 20*
211:*20*
242:*12*
247:*6*
255:*2*
264:*22*
265:*16*
272:*22*
273:*1, 10*
274:*22*
365:*19*
375:*25*
408:*8*
409:*25*
416:*4*
**Reporter**
1:*16, 17, 19,
20*  11:*17*
151:*20*
445:*2, 3, 16,
17, 18, 19, 20,
21, 22*
**reporting**
270:*11*
272:*19*

**reports**
50:*3, 9*
72:*12*
107:*9*
111:*25*
114:*8, 18, 20*
120:*8*
256:*11*
288:*4*
356:*23*
**represent**
222:*13*
241:*14*
299:*2*
302:*16*
313:*12*
**representatio
n**  300:*24*
**representatio
ns**  300:*7*
**representativ
e**  199:*5*
**represented**
68:*25*
**representing**
133:*16*
**represents**
129:*18*
264:*17*
**reproduce**
422:*4*

**Reproductive**
420:*22*
**republish**
220:*10*
**reputable**
419:*25*
**require**
346:*17*
**required**
33:*9*  106:*7*
293:*13*

318:*15*
345:*13*
**requires**
192:*9*
**research**
25:*3* 35:*2*
37:*19* 42:*2,*
*6* 55:*12*
56:*5* 92:*10*
121:*14*
170:22, *23*
171:*14, 17,*
*20, 21, 24*
206:*12*
315:*7*
388:*8*
389:*2*
393:*11*
394:*12*
400:*11*
418:*8*
420:*21*
422:*2*
423:*18*
443:*14*
**researcher**
149:*10*
**researchers**
51:*13*
192:*16*
217:*16*
**researching**
414:*22*
418:*20*

**resequencing**
72:*10*
**reservations**
342:*18*
**residual**
375:*17*
**resources**
171:*15, 17*

**respect**
15:*11*
30:*19*
144:*10*
156:*11*
162:*11*
164:*18*
165:*2*
266:*9*
313:*1*
333:*23*
369:*25*
**respectively**
289:*18*
**respond**
420:*11*
**respondents**
352:*20*
**responders**
352:*11*
**responding**
175:*3* 353:*6*
**response**
114:*18*
135:*18*
147:*19*
154:*2*
318:*18*
319:*4*
349:*6*
409:*11*
431:*2*
**responses**
176:*8* 349:*4*
**responsible**
429:*22*
430:*9*
**responsive**
35:*11, 13, 15*
**rest** 113:*15*
325:*10*
339:*13*
385:*3*
423:*24*

**restricted**
396:*24*
**restroom**
387:*11*
**resubmitting**
84:*20*
**result** 26:*7*
87:*22* 91:*3*
213:*4*
249:*21*
268:*20, 24*
**resulted**
137:*19*
224:*18*
**resulting**
392:*24*
**results**
86:*25*
87:*15*
218:*11, 12,*
*18* 219:*12*
221:*16*
264:*1*
269:*9, 23*
303:*22*
**résumé** 53:*8*
**retained**
425:*21*
**retardation**
182:*17*
183:*20*
184:*14, 18*
**retested**
197:*9*
**retinoic**
19:*19* 20:*10*
**retrospective**
45:*1* 165:*13*
**retrospective**
**ly** 47:*6*
155:*23*
**return**
446:*13*

**returned**
420:*10*
**Reveals**
8:*20* 119:*2*
**reverse-**
**engineered**
287:*1*
**reverse-**
**engineering**
287:*3*
**review** 10:*4*
30:*16, 18*
51:*19*
65:*12, 14*
79:*13*
141:*22*
144:*17*
145:*12*
151:*12*
153:*21*
155:*9*
159:*2, 6, 7,*
*12* 184:*12*
190:*3*
276:*15*
313:*5*
314:*19, 22,*
*25* 316:*21,*
*25* 317:*3, 7*
319:*17, 18*
338:*1, 4*
339:*4, 11, 18,*
*21, 22* 340:*3*
344:*5, 10, 12,*
*18* 346:*18*
349:*14*
364:*8*
365:*2*
367:*25*
413:*18*
419:*20, 22*
420:*3, 8*
421:*7, 24*
422:*9, 14, 18,*

*25* 423:*4*
428:*25*
433:*8*
434:*16*
**reviewed**
18:*15, 23*
100:*21*
113:*3, 9, 25*
130:*8*
132:*6*
144:*23*
152:*14*
207:*5*
276:*20*
332:*6*
338:*3*
339:*5, 7, 23*
344:*17*
350:*1, 17*
351:*7*
360:*23*
363:*12, 15*
365:*11*
367:*8* 422:*6*
**reviewer**
315:*21*
316:*9, 14, 15*
342:*10*
420:*15, 17,*
*25*
**reviewers**
315:*18, 22*
317:*24*
319:*5*
340:*8*
341:*3*
344:*7*
350:*3*
420:*2, 5, 7*
433:*9*
**reviewing**
29:*8, 17*
30:*22*
86:*22*

143:*16*
260:*11*
338:*10*
433:*19*
**reviews**
151:*25*
**revise**
116:*18*
**revising**
338:*1*
**RFO**   3:*6*
**Richard**
41:*9*   425:*18*
**Richey**
368:2, 7, 9,
25   369:5, 7,
10, 16
**Rick**   389:*14*,
*16, 22, 23*
400:*10*
424:*9, 10, 15*
436:5
438:5, 16
**Rico**   3:7
**right**   13:*4*,
*13, 22*   14:25
15:24   16:*4*,
*19*   20:*13*
22:*3, 8*
24:*12*
28:25
29:21
30:*17*   34:*1*
35:*18*   36:8,
*20*   37:9
44:*20*
45:*16, 23*
46:5, 6, 10,
13, 18, 22, 24
48:*15, 19*
49:*18*   54:5,
*10*   56:*19*
57:*13*   59:8
60:*13*   61:5

63:*3*   65:*3*
68:8   69:9
71:*10, 17*
72:*1, 6*
76:7, 9, 13,
22   78:7
81:*13, 19*
83:7   84:*4,
10*   88:*4, 11*
89:2, 21
90:*4, 19*
92:15
93:*13*   96:*1*
103:5, 9
108:*14*
110:*11*
111:*18*
112:*19*
113:*13*
115:*12*
116:*14, 19,
21, 23*
117:*10*
118:9, *14*
119:*18*
121:*3, 11*
122:8
123:*12, 18*
127:7
128:*10*
130:*21*
132:24
134:*10, 15*
136:5, 22
138:*11*
140:*14, 18*
145:25
146:*3, 7*
152:16
153:13
154:*13, 21*
155:*12, 15*
158:*1*
159:*3, 20*

161:*25*
162:*3*
163:*17*
165:*16, 17*
166:*1, 12, 15*
167:8
169:24
170:*3*
172:2
175:*19*
178:24
179:*10, 15,
19, 22*
180:*14*
181:5
183:*4*
185:6
186:*17*
187:*3*
188:*1, 18*
189:*15*
190:5
191:23
192:*3, 8, 13,
18*   193:*16*
194:*15*
196:7, 15
197:*3*
199:7, *11*
200:*14*
201:2
202:9, *15, 19*
203:9, *11, 16*
204:*18, 23,
24*   205:*3, 6,
15, 18*   206:*3,
11, 17, 24*
207:6, *11, 15*
209:*18*
210:*17, 18*
211:*11*
213:*10, 18*
214:*11*
215:9, 25

216:*4, 6, 20*
217:*1, 9, 19*
218:*4, 5, 9,
15, 20, 24*
219:*1, 4, 17*
220:2
221:25
224:*5, 8*
225:9
226:*3, 14, 23*
227:24
228:*3, 12, 18,
21*   230:*8, 10,
21*   231:*5, 10,
20, 23, 24*
232:*1, 5, 13,
17*   233:*12,
24*   234:*3, 10,
24*   236:*4, 7,
18, 21, 23*
237:*15, 18,
20, 25*   238:*4,
9, 13, 17, 20,
25*   239:*5, 9,
13*   241:*11,
17*   242:*2, 10,
13, 18, 22*
243:*4, 13, 18*
244:*3, 16*
245:*12, 20*
247:6, 24
248:*13*
249:*19*
251:*20*
252:*3, 8*
253:*7, 16, 21*
254:*4, 19, 23,
24*   255:*2, 25*
256:*7, 20*
258:*13, 18*
261:*15, 24*
262:*10, 22*
263:*17, 22*
264:*1, 13*

265:*5, 11, 14,
21*   266:*3*
267:*3, 7, 11,
17*   268:*8, 11,
17, 21*   269:*6,
24*   270:*5, 10,
13, 20*   271:*2,
3*   272:*2, 6*
273:23
274:*20, 23*
275:*9, 15, 19,
23*   276:*7, 8,
24*   277:*6, 14*
280:*7, 20, 24*
281:*19*
282:6
283:*5, 10*
285:*3, 21*
286:*3, 6, 21*
287:*2, 9, 12,
16, 20*
290:*13, 22*
293:*11*
294:*3, 5*
295:*16, 19,
22*   296:*4, 6,
14, 16, 20, 24*
297:*3, 7, 16,
19, 20, 22*
298:5
300:*1, 14*
301:*1, 5, 13*
302:*19*
303:*5, 17, 19*
304:*2, 3, 8,
11, 18*   305:*1,
16, 18*
306:*14*
307:*10, 19*
308:24
310:*9, 14, 16*
311:*6, 12, 15*
312:*18*
315:*19*

Confidential - Subject to Protective Order

316:6, *16*
317:*3, 11, 13*
319:2, *19*
320:*11, 23*
321:*5, 9, 13,
16, 18, 22*
322:*1, 3, 4*
323:*1, 12, 17,
19, 22* 324:*1,
6, 17* 325:16
326:4
327:2, *17*
328:*19*
331:*13, 17*
332:*5, 6*
334:*9, 14*
335:*1, 9*
336:2, *6, 12,
19, 24*
337:*15*
338:*21*
339:*11, 24*
340:*3*
341:*7, 12*
342:6
343:*7, 23*
344:*2, 7*
347:*16*
348:*11, 21*
349:*1, 4, 9,
22, 24* 351:*3,
6, 15, 21*
352:*10, 12,
23, 25* 353:*2,
8* 354:*6*
355:*21*
356:*15*
359:*3, 10, 15,
21* 362:*23*
364:7
365:*23*
366:*21, 22*
367:*18*
368:*15, 24*

370:*1, 7, 11*
371:*15*
372:*20*
374:*10*
375:*21, 22*
377:*16, 21,
23* 379:*9*
381:*4, 18*
383:*1, 4*
384:*1, 12, 15,
22, 24, 25*
385:*5, 20*
386:*22*
388:*6*
390:*8*
391:*9, 12*
397:*4*
399:*15, 23*
401:*9*
402:*23*
403:*1, 2, 24*
404:*3, 10*
406:*3, 13*
407:*3, 8*
408:*2*
409:*21*
410:*16*
412:*22, 24,
25* 416:*11*
417:*11*
421:*3*
422:*10*
423:*5, 23*
424:*17*
425:*2, 8, 14*
426:*11, 14*
427:*2, 8, 12,
15, 24* 428:*6,
11, 18, 24*
429:*23*
430:*1, 5, 8,
11, 14, 19, 22*
431:*7, 10, 23*
432:*1, 3, 25*

433:*5, 19*
434:*9, 12*
435:*2*
436:*24*
439:*24*
440:*5, 25*
442:*3, 15, 20,
22* 443:*7*
**Risk** 9:*12,
21* 10:*2, 12,
15* 48:*7*
76:*6* 78:*11,
16* 83:*13, 15,
23* 87:*23*
88:*8, 9, 16,
18* 89:*9*
98:*12*
109:*10*
124:*20*
136:*3*
139:*6*
157:*8, 11, 12,
13* 160:*5, 20,
21* 211:*21*
213:*12*
214:*10*
215:*3*
221:*7, 21*
232:*16*
234:*25*
235:*2, 7, 8,
19* 239:*21*
240:*13, 16,
25* 243:*21,
25* 246:*1, 2*
248:*6, 11, 19*
249:*14, 21*
254:*8*
260:*23*
261:*1*
267:*20*
276:*3*
279:*13*
280:*8*

281:*4, 18*
282:*25*
283:*7, 10, 11*
285:*6*
303:*15*
307:*1*
322:*24*
328:*1*
334:*7*
336:*18*
356:*14*
358:*6, 14, 20*
360:*3, 5, 10,
12* 361:*8*
362:*8*
367:*20, 22*
374:*9*
375:*9, 24*
383:*10*
384:*5, 8*
385:*6*
390:*17*
399:*8*
400:*9, 16, 23*
401:*1, 3*
402:*15*
416:*18*
**risk-benefit**
336:*11, 13*
**risks** 221:*9*
229:*22*
249:*24*
280:*4*
281:*15*
362:*11*
379:*4*
**Rite** 6:*9*
**Riverside**
2:*16*
**rivm** 316:*12*
**RNA** 405:*9*
**Robert** 1:*11*
8:*18* 9:*15*
11:*14, 20*

12:*12*
13:*20, 21, 25*
96:*18*
103:*12, 13,
22* 147:*8*
168:*3*
175:*23*
284:*8*
313:*23*
421:*20*
437:*13*
445:*4*
447:*12*
**robust**
391:*21*
**rodent**
170:*2*
193:*18*
**rodents**
170:*18*
**ROGER**
3:*22*
**roger.smith
@beasleyalle
n.com** 3:*23*
**Role** 8:*21*
42:*8* 175:*2*
414:*3, 6*
415:*10*
**roll** 387:*8*
**ROMANO**
2:*13*
**room** 236:*6*
**ROSIE** 2:*13*
**rosie.romano
@kellerpost
man.com**
2:*13*
**rounds**
254:*15*
255:*6*
**route**
203:*25*
337:*11*

routes
201:*11*
row 214:*1*
383:*4*
rows
244:*24*
270:*24*
Rule 8:*18*
9:*15*
run 72:*8*
91:*8*
217:*15, 16*
346:*10*
running
218:*6*
RUSS 3:*5*

< S >
sacrifice
38:*22*
safe 286:*12*
287:*2, 15, 20*
288:*12, 24*
335:*7*
safe-in-
human
293:*17*
safety 147:*1*
293:*13, 21,*
*23* 294:*4, 7*
salary
168:*12, 15*
sampled
226:*6*
samples
218:*1, 3*
sampling
308:*9*
San 33:*3*
sand 87:*10*
SANDRA
5:*1*
Santa 4:*5*

Santos 8:*25*
125:*7, 12, 13*
128:*10*
129:*5, 7, 18,*
*23* 130:*12,*
*16, 19*
176:*18*
419:*10*
SARAH
4:*10*
sat 319:*13*
satisfied
116:*9*
satisfies
103:*25*
Saunders
258:*3, 13, 16,*
*17, 19* 259:*2,*
*16, 17, 19, 20,*
*24* 260:*8, 9,*
*12, 14* 261:*7*
savant 74:*7*
185:*7*
save 423:*23*
saw 60:*1*
61:*19* 75:*9*
132:*18*
152:*13*
161:*22*
179:*2*
213:*10*
286:*7*
293:*7*
307:*14*
353:*2*
386:*12*
433:*9, 18*
saying 40:*2*
61:*11*
83:*14*
100:*25*
104:*11*
129:*8*
135:*11*

154:*13, 17*
158:*16*
171:*20*
210:*15*
218:*10*
235:*21*
251:*16*
255:*4*
304:*12*
305:*17*
333:*2*
341:*3, 22*
344:*18*
352:*7*
374:*24*
416:*6*
says 11:*23*
59:*24* 61:*6,*
*12* 119:*9*
126:*4, 19*
128:*3*
130:*11*
132:*5, 7*
135:*2*
136:*21*
154:*8*
160:*1, 18*
181:*23*
210:*24*
212:*21*
232:*6*
244:*24*
253:*25*
280:*2*
286:*20*
295:*15*
302:*22*
335:*19*
347:*25*
362:*25*
371:*25*
392:*10, 20*
393:*13, 14,*
*17* 413:*17*

427:*9, 11*
430:*18, 20*
scale 165:*25*
scaling
287:*5*
288:*20*
289:*1, 20*
290:*25*
291:*18*
292:*9, 22*
293:*3, 14, 15,*
*25* 294:*8*

Scandinavian
216:*15*
SCARCELL
O 3:*11*
scare 147:*5*
148:*19*
schizophreni
a 416:*1*
school
32:*11*
40:*22* 41:*2,*
*8* 42:*6, 9, 12*
44:*7* 85:*2*
173:*24*
388:*20*
SCHULTZ
2:*14*
Scialli
180:*20*
182:*3*
science
33:*12, 19, 22*
83:*6*
147:*14*
163:*3*
195:*15*
269:*22*
338:*19*
394:*16*
sciences
14:*7* 156:*4*

389:*6*
393:*19*
scientific
60:*22*
147:*11*
398:*6*
403:*5*
420:*1, 13*
421:*1, 11, 12*
423:*7, 11*
431:*24*
scientifically
230:*1, 5*
scientist
14:*9* 108:*11*
scientists
81:*9, 17*
82:*13*
107:*23*
108:*3*
282:*18*
338:*19*
436:*15*
scope
163:*11*
score 73:*18*
210:*16*
211:*3, 8, 16*
212:*1*
213:*9, 12*
214:*2, 3*
221:*18*
402:*22, 23*
406:*22, 24*
407:*7, 11, 21*
408:*7*
scores
408:*20*
scoring
73:*25*
screen
391:*5*
410:*25*

Confidential - Subject to Protective Order

426:*18*
428:*14*
**screenshots**
391:*9*
**scroll**  395:*1,*
*10*  396:*3*
**se**  295:*25*
323:*10*
342:*16*
345:*21*
**sealed**
184:*1, 4*
**SEAN**  2:*3*
147:*21, 24*
168:*9*
208:*3*
284:*12, 25*
320:*5*
387:*2, 25*
401:*11, 18*
403:*9*
421:*15*
424:*16*
436:*20, 22*
**Sean's**  387:*1*
**search**
395:*4*
396:*6*
412:*10*
413:*6*
**searches**
418:*21*
**searching**
65:*9*
**second**
21:*21*
22:*15*
23:*23*
42:*20*
127:*3, 23*
131:*6, 9*
152:*4*
207:*17*
220:*8*

239:*14, 17*
240:*22*
242:*1*
245:*17, 21*
247:*9, 20, 23*
248:*16*
302:*2, 15*
347:*22*
348:*5*
381:*10, 13*
383:*23, 25*
392:*9*
410:*2, 22*
**secondary**
315:*22*
316:*8, 15*
**second-pass**
203:*4*
**section**
34:*16, 17*
244:*24*
257:*13, 22*
260:*21, 24*
264:*4*
299:*4*
323:*2*
333:*12*
362:*23*
365:*4, 18*
373:*3*
392:*10*
433:*14*
**see**  32:*3*
39:*4, 23*
41:*21*  48:*5*
51:*15*
57:*16*  60:*7*
76:*24*
79:*10, 13*
105:*16*
112:*10*
114:*8, 11*
123:*22*
124:*11*

126:*11, 12*
128:*3, 5, 15*
129:*2*
133:*19*
134:*3*
142:*6*
145:*13*
151:*16*
152:*3, 20*
157:*21*
169:*4*
171:*18*
174:*19*
177:*17*
179:*7*
182:*20, 23*
183:*2*
192:*21*
196:*12*
197:*22, 25*
199:*1, 15*
200:*16*
210:*23*
219:*14, 18*
221:*8*
226:*1*
233:*17, 22*
240:*14*
242:*1, 4*
247:*4*
248:*4*
253:*9*
257:*19*
258:*5*
264:*3*
266:*2*
270:*2*
274:*25*
278:*15*
294:*14*
295:*14*
299:*8, 11*
302:*21*
303:*1*

304:*16*
310:*10*
311:*16*
315:*17, 23*
317:*6*
318:*22*
323:*8, 10*
328:*13*
329:*3*
333:*17*
338:*1, 10*
339:*4, 25*
340:*2, 11*
342:*10*
347:*25*
348:*20, 23*
349:*18*
350:*11*
352:*17*
356:*19*
359:*13*
364:*14*
365:*17*
370:*3*
371:*1*
373:*18*
381:*15*
383:*18*
386:*9, 10*
396:*1*
401:*21*
402:*20*
403:*19*
404:*10*
408:*15, 18,*
*19*  413:*7*
415:*8*
421:*16*
427:*4*
428:*12*
430:*7*
441:*18*
**seeing**  28:*25*
**seek**  105:*25*

**seen**  38:*7*
39:*15*
51:*14*  52:*5*
75:*6, 7*
90:*3*  98:*2*
141:*15*
142:*13, 14*
144:*24*
145:*3, 7, 10,*
*16*  146:*8, 11,*
*15*  149:*24*
150:*2*
152:*21*
162:*18*
178:*23*
179:*20, 23*
235:*22*
247:*7*
299:*10, 23*
313:*3, 9*
319:*16, 18*
321:*6*
326:*16*
328:*8, 11*
332:*7*
338:*5*
355:*1, 9, 17,*
*23*  356:*2, 9,*
*23*  357:*7*
360:*11*
361:*7, 10*
364:*2, 11*
376:*5*
427:*11*
430:*22*
437:*7*
441:*20*
**seizure**
336:*24*
**select**
123:*13*
**selecting**
288:*19*

**selenoprotein s** 412:*18*
**seleno- proteins** 8:*15*
**send** 72:*10* 113:*24* 170:*20* 284:*25* 313:*24*
**sense** 401:*7*
**sensitive** 197:*9* 250:*12*, *16*
**sensitivity** 23:*23*
**sent** 84:*19* 115:*8* 170:*22* 420:*2*
**sentence** 118:*7* 371:*1* 373:*18* 375:*7* 376:*16* 381:*13* 386:*4* 392:*20* 393:*14* 433:*13*
**sentences** 371:*25* 386:*4*
**separate** 305:*17*
**separating** 277:*25*
**September** 9:*22* 371:*22* 372:*8*
**sequencing** 72:*9* 75:*3*, *5*

**sequentially** 323:*7*
**Series** 8:*13* 361:*20*
**sertraline** 92:*3*, *5*, *6* 95:*9*
**serve** 343:*21*
**SERVICES** 1:*21* 7:*2* 11:*4*
**set** 49:*15* 59:*5* 89:*15*, *18* 90:*20*, *21* 198:*12* 199:*3* 445:*8*
**setting** 60:*15* 62:*11* 90:*23*
**seven** 13:*2* 275:*10*, *16* 385:*4*
**seven-day** 275:*17*
**severe** 24:*8* 139:*12*, *24* 190:*14* 361:*18*
**severity** 362:*6*
**sex** 211:*11* 225:*23*
**SFARI** 122:*3*, *6*
**SH** 412:*17*
**SH(thiol)- group** 8:*14*
**SHANNON** 6:*23*
**shape** 433:*25*
**share** 391:*5* 424:*10*

**shared** 107:*6*, *14*, *18* 193:*1* 271:*17*
**shareholders** 53:*19*, *20*
**shares** 432:*19*, *20*
**sheet** 446:*6*, *9*, *11*, *14* 447:*7*
**short** 395:*24*, *25* 426:*3*
**shorter** 395:*22*
**Shorthand** 1:*18* 445:*3*, *17*, *19*, *20*
**shortly** 229:*1*
**short-term** 160:*19*
**show** 35:*10*, *13* 89:*6* 103:*7*, *19* 104:*12*, *24* 105:*2*, *10* 119:*8* 125:*12*, *17* 130:*16* 145:*18* 178:*19* 276:*10* 299:*3* 319:*1* 379:*18* 384:*7* 404:*2*, *9*, *25* 428:*3*, *8*
**showed** 44:*23* 85:*4* 176:*12* 248:*5*

252:*12* 260:*10* 274:*9* 290:*3*, *21* 298:*18* 422:*12* 427:*22* 429:*23* 430:*3* 432:*13*
**showing** 231:*2* 274:*14* 319:*17* 363:*23* 402:*5* 403:*16*
**shown** 19:*18* 20:*4* 22:*19* 35:*13* 43:*24* 76:*6* 78:*15* 140:*2* 179:*21* 252:*21*, *22* 307:*4*, *9*, *11* 328:*2* 330:*17* 376:*5* 400:*9* 401:*2* 402:*14*, *16* 404:*21*
**shows** 28:*5* 88:*4* 136:*1* 204:*11* 249:*12* 396:*17* 397:*8* 404:*12* 405:*12*, *14* 407:*17*

**sibling** 9:*19* 265:*21*, *24* 267:*6*, *14*, *23* 268:*9*, *10*, *15* 269:*2* 270:*16* 271:*10*, *16* 275:*20*, *21* 276:*24* 277:*17* 280:*2*, *23* 283:*3*
**sibling- based** 278:*1*
**sibling- control** 278:*4* 285:*5*
**sibling- controlled** 276:*14* 278:*5*
**siblings** 266:*5* 272:*1*, *2* 277:*11*
**sib-pair** 272:*20* 281:*5*, *18* 282:*3* 285:*8*
**sib-paired** 280:*15*
**sib-pairing** 281:*15*
**sic** 143:*10* 284:*10* 392:*24*
**side** 170:*8*, *9* 295:*13*
**sided** 105:*16*
**sides** 417:*6*
**sign** 128:*4* 381:*24* 428:*25*

446:8
signal 326:8
signalling
194:23
324:5, 13, 14
415:24
416:8
signals
340:17
signature
116:23
signed
126:18
significance
48:16 87:5,
16, 19, 21
383:22
384:24
significant
39:18
46:22
48:24 49:4
87:1 88:3
168:18
211:4, 7, 9,
17, 20, 22
213:10, 13
214:7, 9
215:19
221:4
234:1, 4
239:20
242:3
243:18, 20,
23 244:2
245:19, 25
246:2, 4, 6,
10, 18, 20, 22
247:11, 22
260:23
261:1
267:22
268:2, 5
270:5, 10, 12,

20, 23 271:3,
9 350:8, 24
383:7, 13
384:10, 15
385:5, 7
signing
446:9
signs 28:1
siloed
344:14
similar
67:19 69:3
75:20
192:21
197:25
198:1
217:10
229:6
242:2
262:16, 21
301:18
326:23
368:16, 20
393:5
394:23
simple
301:10
simply
130:16
159:13
221:19
235:21
281:24
287:4
304:12
327:15
416:14
single 39:5
370:21
singular
197:20
sir 12:9
14:5 438:3

sit 130:14
207:13
363:4
site 414:9
sitting 78:1
80:1 91:13
95:11
103:18
116:18
172:7
178:12
206:14
209:5
situation
265:19
six 53:7
134:7, 13
251:19
304:20
323:21
six-hour
304:18, 23
sizes 213:3
sjohnston@b
tlaw.com
4:10
skipped
294:4
skipping
245:2
sko@btlaw.c
om 5:2
slightly
361:22
slogan
389:10
small 85:16
201:22
202:24
213:6
227:2
241:19, 20
248:13

291:11, 13
301:20
smaller
378:17
smell 194:5
smells 194:1
SMITH
3:22 6:4
smoked
233:21
smoker
233:21
smokers
234:1
smoking
225:20
233:16
234:5, 10, 12,
16, 20 235:5,
8, 17, 23
358:8
362:17
366:24
snapshot
226:22
228:8
230:10
236:14
239:3
SNIDOW
2:15
soak 307:24
social 73:13
74:9 194:7,
17, 18 195:4,
17 199:2, 9,
12, 17, 18
373:8, 20
374:13
socialization
39:23, 24
193:21
342:9
396:23

Society
24:12, 14, 15
108:17
143:10
146:7, 9
149:4
179:13
180:11, 13,
21 182:1
sociodemogr
aphic 375:1
solid 151:25
153:9, 15, 18,
22 154:14
355:15, 16,
19, 20
356:19, 21,
23 357:4
somebody
74:6
172:18
194:4
208:16
229:24
233:21
271:6
313:24
315:11
343:4
410:23
421:1
someone's
431:18
Sonia 45:13
Sorry 13:3,
7 92:4
176:21
212:17
231:17
240:4
244:23
262:22
264:2
265:25

Confidential - Subject to Protective Order

274:*13*
284:*17*
302:*3, 4*
319:*23*
320:*8*
348:*22*
373:*11*
385:*2*
391:*15*
412:*14*
439:*5*
**sort**  53:*2*
321:*22*
322:*14*
371:*14*
431:*12*
**sorted**  408:*6*
**sorts**  148:*4*
**sound**
216:*20*
255:*22, 23*
364:*12*
**sounded**
317:*17*
**sounds**
317:*9*
**South**  6:*2, 8,*
*18*

**SOUTHERN**
1:*1*  11:*12*
**SOVIK**  6:*4*
**SOX2**  324:*6*
**space**  446:*6*
**SPALDING**
5:*12, 14*
**speak**
271:*12*
312:*7*
357:*24*
**speaking**
59:*13*  91:*7*
141:*24*
168:*1*

**speaks**
187:*5, 12*
271:*6, 10*
281:*2*
**special**
346:*12, 14*
**specialist**
157:*19*
**specialty**
173:*1*
**species**
197:*5, 10, 15,*
*23*  343:*17*
**species-**
**specific**
197:*13*
**specific**
20:*6, 17*
55:*12*
56:*24*
62:*14, 19, 25*
63:*1, 13*
70:*4*  75:*16*
82:*8*  107:*1*
121:*25*
122:*16*
135:*7*
137:*6, 21*
141:*25*
157:*7*
158:*19*
181:*14*
182:*12*
188:*7*
193:*12*
199:*6*
200:*8*
219:*18*
226:*1*
250:*3*
283:*1*
293:*24*
322:*24*
325:*21*

333:*16, 17*
340:*22*
364:*2*  369:*6*
**Specifically**
17:*16*
21:*12, 24*
22:*6*  26:*11*
37:*3*  40:*14*
56:*20*  57:*5*
58:*18*  69:*2*
80:*9*  82:*10*
92:*13, 20*
109:*11*
113:*10*
121:*9*
124:*14*
126:*3*
132:*7*
135:*5*
137:*11*
178:*18*
181:*24*
186:*14*
191:*9*
203:*5*
224:*11*
235:*25*
250:*15*
271:*12*
285:*19*
298:*12, 20*
299:*6*
303:*2*
312:*7*
313:*7*
325:*22*
333:*4*
338:*25*
348:*23*
353:*13*
357:*24*
360:*11*
361:*12*
367:*5, 7*

369:*5, 8*
393:*25*
415:*3*
**Specificity**
180:*7*
**specifics**
317:*16*
369:*13, 16*
**specified**
201:*16*
**specify**
123:*9*
**Spectrum**
8:*23*  9:*3, 5,*
*9, 13*  25:*11*
309:*13*
310:*6*
396:*15, 18*
398:*8*
399:*6, 9*
413:*23*
414:*3, 7*
415:*12*
416:*10, 16*
**speeches**
147:*16*
**spelled**
292:*20*
**spend**  195:*3*
414:*21*
**spent**  138:*2*
195:*1*
**spillover**
259:*23*
**split**  237:*22*
**spoke**
108:*20*
439:*5*
**spoken**
175:*22*
337:*2*
**sporadic**
210:*24*
213:*22*

214:*16*
215:*4, 11*
**square**
294:*1*
**SSRI**  97:*16*
99:*15*
**SSRIs**
91:*11, 13, 15,*
*17, 20, 22*
92:*1, 24*
93:*7, 22*
94:*1, 4*
96:*10*
99:*12, 22*
278:*21, 24*
279:*3, 6, 21,*
*22*
**stabilize**
337:*9*
**stack**
112:*21*
116:*4*  257:*8*
**stand**
116:*16*
133:*1*
143:*6*
235:*14, 16*
326:*18*
378:*14*
424:*3*
**standard**
158:*17*
292:*2*
420:*13*
422:*2, 7*
**stands**
130:*12*
135:*12*
**staple**
295:*12*
**stapled**
295:*11*
**start**  12:*24*
21:*19*

47:*18* 91:*9*
117:*9*
197:*22, 25*
210:*22*
259:*1, 25*
296:*15*
306:*25*
320:*10*
390:*13*
396:*11*
418:*20, 21*
**started**
12:*11* 13:*6*
19:*5* 25:*9*
36:*6* 92:*16*
112:*19*
156:*17*
195:*6*
324:*15, 19*
334:*16*
424:*7*
**starting**
423:*20*
**state** 12:*5*
13:*18*
23:*13*
318:*5*
394:*17, 20*
431:*22*
446:*5*
**stated**
136:*18*
**statement**
129:*20*
145:*4, 15, 17,
24* 146:*5, 8,
15* 149:*24*
152:*19, 25*
153:*1, 12*
154:*4*
279:*1*
303:*1*
330:*18*
348:*10, 13,*

*19* 350:*13*
358:*13*
375:*16*
**statements**
63:*13*
372:*23*
**STATES**
1:*1* 11:*12*
166:*6*
332:*14*
389:*6*
400:*22*
**statistical**
87:*4, 16, 19,
21* 89:*22*
90:*21* 91:*4*
383:*22*
384:*23*
**statistically**
39:*17*
86:*25*
211:*4, 22*
214:*6, 9*
215:*17*
239:*19*
242:*3*
243:*18*
244:*2*
245:*19*
246:*2, 4, 6,
10, 18, 19, 22*
247:*11, 22*
267:*22*
268:*2, 5*
271:*9*
383:*7, 12*
384:*9, 15*
385:*5, 7*
**statistics**
86:*21* 87:*8*
240:*23*
241:*5* 273:*8*
**status**

225:*19*
**stay** 336:*16*
**stem** 170:*12,
14* 330:*4, 8,
10*
**stenographic**
11:*16*
**stenographic
ally** 445:*7*
**step** 57:*8,
18* 58:*3, 4*
59:*1, 6*
297:*15*
**steps** 56:*15*
200:*15*
372:*12*
411:*17*
**stick** 204:*24*
**STONE** 6:*9*
**Stoner**
26:*20*
**stop** 201:*20*
392:*8*
401:*13, 17*
436:*15*
437:*11, 21*
**stopped**
443:*20*
**Stores** 5:*20*
**stracey@trac
eylawfirm.co
m** 2:*4*
**stratification**
226:*1*
**stream**
414:*9*
**Street** 1:*13*
2:*5, 23*
3:*23* 4:*16*
5:*2, 8, 23*
6:*2, 8, 13, 18*
147:*17*
**strength**
197:*22*

198:*1*
346:*15*
407:*17*
**strengthen**
139:*21*
199:*23*
**strengths**
357:*12*
373:*2*
**stress** 8:*16*
58:*2* 116:*7*
225:*20*
296:*3*
297:*17, 22*
299:*16*
304:*3*
310:*1, 3*
321:*2, 8, 11,
13, 17, 21*
322:*13*
323:*15*
325:*8, 18*
326:*4*
328:*2*
329:*12*
412:*19*
**stressing**
306:*13*
**stressor**
58:*20* 61:*9,
13* 62:*11*
297:*8*
298:*10*
299:*14, 19*
302:*20*
304:*11, 14*
305:*6, 11*
306:*14, 16,
20, 21* 307:*7*
**stressors**
57:*18, 23*
59:*11, 15, 19*
60:*2* 61:*16*
62:*3* 63:*23*

297:*1*
298:*4* 299:*8*
**strictly**
276:*11*
326:*10*
**strong** 47:*7*
195:*15*
223:*3*
280:*18*
**stronger**
140:*3, 4*
**structural**
20:*12*
26:*15, 25*
27:*11, 25*
28:*4, 6*
69:*5, 11, 12,
16*
**structure**
79:*1*
**stuck**
334:*24*
**student**
34:*16, 17*
389:*24*
**students**
34:*13, 15, 20*
174:*1*
418:*11, 12*
**studied**
21:*8* 71:*16*
117:*19, 22*
130:*3*
224:*4*
228:*2*
350:*23*
**studies** 24:*2*
30:*22* 36:*3*
37:*25*
42:*13* 45:*1,
5* 47:*18*
49:*16, 17*
70:*2, 15, 19*
71:*13* 81:*1,*

| | | | | |
|---|---|---|---|---|
| *8, 16* 107:*24* | 341:*6, 22* | 176:*13* | 297:*9* | **Subscribed** |
| 109:*19* | 342:*24* | 177:*9* | 301:*14* | 447:*15* |
| 113:*11, 12* | 344:*4, 6, 21* | 185:*25* | 307:*21* | **substance** |
| 115:*6* | 345:*10* | 186:*19* | 319:*16* | 261:*24* |
| 124:*1, 2* | 348:*25* | 190:*19* | 331:*2* | 447:*7* |
| 132:*10* | 349:*7* | 204:*10* | 345:*3, 8, 11* | **substantiate** |
| 154:*9* | 350:*4, 7, 17,* | 205:*3, 18* | 347:*1* | 331:*3* |
| 162:*5* | *20, 23* 351:*5,* | 209:*17, 20* | 355:*1, 3* | **substantive** |
| 165:*12, 13,* | *25* 352:*18* | 210:*14* | 364:*6, 12, 14* | 17:*24* 18:*1,* |
| *15* 166:*4* | 353:*1* | 212:*23* | 365:*19* | *5, 6* 256:*20* |
| 198:*20* | 357:*25* | 213:*3, 5* | 366:*16* | 261:*10, 12* |
| 200:*3, 10* | 358:*2* | 214:*14, 22,* | 369:*15, 25* | 262:*8, 25* |
| 201:*15* | 363:*23* | *23* 215:*9, 17* | 370:*21, 22* | 263:*3* |
| 203:*22* | 364:*2* | 217:*8, 11* | 371:*6, 11* | 264:*14, 16* |
| 204:*6* | 367:*1, 8, 12,* | 220:*7, 25* | 372:*15* | **subtypes** |
| 205:*1* | *25* 368:*1, 21* | 222:*14* | 374:*16, 24* | 415:*13* |
| 216:*13, 18,* | 370:*23* | 224:*8, 11* | 376:*20* | **Suffice** 39:*4* |
| *19* 217:*5* | 371:*17, 25* | 225:*17* | 383:*1* | **sufficient** |
| 218:*6* | 372:*11* | 227:*15, 16,* | 386:*3, 13, 17* | 138:*23* |
| 219:*15, 19* | 374:*20, 22* | *19, 21* 228:*1,* | 405:*11* | 139:*4* |
| 220:*2, 14, 15* | 375:*21, 25* | *4* 230:*16, 17,* | 415:*1* 419:*8* | 233:*14* |
| 221:*21* | 385:*9* | *19* 249:*2* | **studying** | 370:*22* |
| 222:*23* | 403:*19* | 250:*7* | 36:*22, 24* | 375:*24* |
| 223:*5, 10* | 406:*5, 14, 16* | 251:*2* | 37:*1, 3* | **suggest** |
| 252:*12* | 417:*2* | 253:*5, 23* | 291:*4* | 279:*25* |
| 257:*14* | **Study** 8:*18* | 255:*5* | 334:*11* | **suggested** |
| 265:*15, 16* | 9:*20* 10:*1* | 258:*3* | 414:*21* | 293:*12* |
| 268:*14, 19* | 28:*11, 19, 25* | 261:*6* | **stuff** 105:*14* | **suggests** |
| 269:*11* | 35:*9* 39:*18* | 262:*1, 2, 10* | 115:*3* | 157:*11* |
| 271:*20* | 40:*23* | 263:*5* | 155:*11* | 160:*20* |
| 272:*23* | 42:*11, 14, 16* | 265:*7, 18, 22* | 166:*13* | **SUGNET** |
| 273:*6, 11* | 47:*7* 80:*21,* | 266:*8, 14* | 184:*12* | 6:*4* |
| 274:*21* | *23* 84:*12* | 267:*5, 8, 9,* | 307:*15* | **Suite** 1:*13* |
| 276:*14* | 89:*5* | *11* 268:*10,* | **subject** | 2:*5, 16* 3:*6,* |
| 277:*23* | 117:*19, 25* | *11* 272:*4, 7,* | 446:*10* | *12, 17* 4:*5,* |
| 278:*9* | 118:*4, 12* | *24* 273:*5, 19* | **submitted** | *12, 16, 21* |
| 293:*22* | 119:*1* | 274:*18* | 16:*18* | 5:*2* 6:*8* |
| 300:*23* | 121:*10* | 276:*16* | 101:*16* | **sulfhydryl** |
| 301:*3* | 123:*24* | 278:*16, 19* | 256:*12, 14* | 295:*23, 25* |
| 321:*6* | 124:*6, 9, 12,* | 280:*3, 9, 21* | 314:*21* | 296:*1* |
| 328:*15* | *17* 132:*6, 12* | 282:*21, 25* | 315:*8* 421:*6* | **summary** |
| 339:*5, 18, 19,* | 133:*8, 10, 24* | 283:*8, 15, 19,* | **submitting** | 157:*6, 8, 12* |
| *21, 23* | 134:*24* | *25* 285:*6* | 15:*13* | 158:*24* |
| 340:*24* | 136:*2* | 291:*7* | | 160:*4* |

**summer**
6:*23*

**superior**
278:*5*

**supersonic**
191:*19*

**supplement**
12:*20*
116:*15*
120:*13*

**supplemental**
18:*9, 21, 23*
50:*13*
116:*16*
117:*4, 24*
126:*10*
129:*25*
134:*8*
176:*15*
177:*9, 12*
285:*16*

**supplements**
132:*3*

**supply**
400:*25*

**support**
27:*20*
79:*15*
93:*23*
100:*21*
109:*19*
154:*18*
205:*6*
244:*9*
318:*21*
319:*9, 14*
349:*15*
355:*2, 10*
393:*16*
404:*25*
406:*16*
409:*8*

410:*13*
422:*9* 435:*6*

**Supported**
8:*23* 23:*25*
29:*12*
60:*22* 80:*9*
85:*11*
105:*4*
109:*13*
393:*17*
394:*3*
406:*6, 15*
418:*16*

**supporting**
81:*25* 87:*4*
128:*13*

**supportive**
85:*16* 223:*2*

**supports**
331:*5, 9*
356:*2*

**supposed**
180:*13*
352:*15*

**supposition**
136:*4*

**sure** 13:*12*
46:*14* 86:*8*
89:*10* 91:*1,*
*24* 92:*18*
94:*12*
114:*14*
142:*3*
145:*16*
148:*9*
204:*15*
209:*19*
210:*20*
212:*5*
216:*9*
224:*22*
229:*12*
234:*16*
247:*16*

299:*22*
301:*17, 21*
316:*12*
318:*24*
345:*20*
348:*4*
352:*15*
362:*7, 21*
364:*3*
378:*5*
427:*10*
439:*8*

**surface**
289:*18*

**surprise**
229:*17*
234:*8*

**surprising**
268:*21*

**surrounding**
80:*22*
148:*13*

**surveil**
217:*13*

**surveillance**
217:*13*

**survey**
351:*16*

**surveying**
352:*8*

**surveys**
351:*15*
352:*19*

**susceptible**
20:*22*

**suspect**
359:*20*

**suspicious**
359:*3, 9*

**swallowed**
252:*14*

**swear** 11:*18*

**switch**
337:*4, 7*

**sworn**
11:*21*
445:*4*
447:*15*

**syllabus**
32:*5*

**symptom**
185:*25*
327:*4, 8*
328:*22, 23*
382:*14*

**symptomatic**
186:*8*

**symptoms**
9:*10* 77:*4*
187:*1*
342:*11*
366:*2*

**syndrome**
260:*7*

**Syracuse**
6:*8*

**system**
22:*12, 13*
58:*6* 73:*18*
191:*5*
193:*24*
217:*23, 25*
322:*23*
346:*16*

**systematic**
30:*16*
344:*12*

**systematicall
y** 29:*9, 16*
79:*12*

**systems**
20:*21*
325:*14*

**< T >**
**Table** 210:*6,*
*9* 221:*3*
230:*23, 25*

231:*6*
236:*8*
260:*6, 13*
264:*13*
265:*2*
270:*1*
292:*8, 23*
382:*24*
383:*1*
386:*11*

**tables**
176:*15*
177:*10, 12*
178:*14, 16*
221:*8*
261:*20, 22*
262:*17, 19,*
*21, 24*

**tabs** 397:*3*

**take** 25:*1*
29:*5* 42:*9*
48:*4* 84:*3,*
*4* 98:*7*
122:*24*
125:*16*
127:*12*
134:*17*
150:*16*
182:*2*
200:*13*
213:*21*
222:*9*
249:*2*
254:*11, 18*
255:*10*
266:*16*
280:*6*
298:*24*
313:*11*
316:*20*
320:*12*
331:*13, 19*
337:*20*
343:*10, 23*

351:*10*
353:*18*
365:*1, 13*
387:*4, 10*
400:*22*
**takeaway**
342:*16*
**taken**  15:*15*
110:*13*
223:*11*
225:*14*
231:*4*
251:*20*
273:*18*
288:*1*
358:*4*
424:*15*
445:*7*
**takes**  201:*2,*
*21*  229:*24*
**talk**  19:*10*
26:*3*  28:*24*
47:*19*  48:*2*
67:*25*
111:*9*
121:*4*
142:*4*
161:*17*
163:*24*
179:*10*
180:*17*
181:*22*
191:*16*
195:*12*
200:*9*
244:*8*
282:*18*
285:*21*
306:*3*
354:*10*
358:*1*
410:*17, 20*
435:*15, 19*

**talked**
71:*22*
148:*11, 24*
163:*20*
172:*19*
176:*11*
182:*9*
185:*6*
248:*20*
256:*11*
314:*17*
315:*9*
321:*1*
346:*7*
348:*8*
358:*7*
369:*23*
370:*11*
380:*17*
395:*16*
397:*12*
399:*11*
**talking**
31:*12*  40:*5*
47:*18*  48:*9*
49:*2, 3*
52:*16*
54:*20*  68:*9*
108:*10*
111:*1, 11*
117:*9*
127:*24*
154:*6*
164:*5*
169:*23*
176:*17*
177:*4*
189:*9, 11*
203:*9*
204:*4*
223:*14*
230:*14*
237:*3*
253:*10*

292:*5*
294:*24*
304:*18*
320:*10*
327:*12*
342:*8*
347:*23*
390:*25*
417:*11*
**talks**
295:*15*
324:*5*
**tall**  395:*22,*
*24, 25*
**taller**  257:*8*
**tanks**
192:*23*
**Target**  5:*25*
185:*11*
186:*8*
**taught**  32:*5*
33:*14, 17*
**tcampbell@k**
**rauseandkins**
**man.com**
3:*17*
**TCE**  183:*21*
**teach**  31:*2,*
*15, 17, 18, 19,*
*20, 21*  32:*25*
33:*9, 25*
34:*8, 9, 17*
121:*21*
173:*25*
268:*12*
418:*10, 12*
**teaching**
33:*2, 3, 11,*
*19*
**tease**  111:*16*
**techniques**
192:*15*
**tell**  11:*22*
27:*9*  71:*3*

83:*16*
118:*24*
155:*24*
156:*1*
168:*19*
230:*2*
235:*14*
254:*20*
282:*17*
284:*14*
318:*25*
331:*11*
332:*12*
343:*25*
363:*7*
365:*2*
385:*16*
396:*16*
397:*7*
401:*20*
415:*20*
421:*24*
423:*12*
430:*15*
**telling**
155:*23*
178:*13, 15*
**temperature**
85:*3*
**temporality**
351:*23*
**temporally**
351:*24*
**ten**  401:*5*
**tend**  20:*20*
158:*20*
**tendency**
241:*9, 16*
**tenfold**
293:*20*
**Tens**  120:*19*
**tera**  23:*15*
**teratogen**
22:*17*  43:*18*

**teratogenic**
20:*22*
22:*10*
23:*15*  92:*13*
**teratogens**
20:*6, 13, 23*
44:*2, 5*
67:*18*  68:*3*
**teratologic**
19:*15*
21:*13, 16, 25*
22:*2, 6*
24:*12, 14, 15*
**teratological**
19:*22*
**teratologist**
158:*18*
190:*7*
274:*4, 25*
275:*15*
385:*19*
390:*7*
**teratology**
15:*24*
19:*11*
77:*20, 22*
108:*17*
138:*12*
143:*8, 9*
158:*6, 11*
169:*12*
174:*11, 14*
179:*11, 12*
180:*11, 21*
182:*1*
202:*21*
390:*11*
398:*6*
**term**  59:*7*
**terms**
238:*24*
267:*17*
347:*2*
366:*18*

399:*12*
407:*10*
**tertile**
238:*17*
239:*8, 14, 17*
240:*12, 22*
242:*1*
245:*17, 21*
246:*8, 15*
247:*9, 21, 24*
248:*16*
**tertiles**
237:*22*
238:*22*
242:*21*
243:*5, 8*
**test** 73:*8*
166:*7*
199:*14*
346:*8, 9*
418:*9*
**tested**
293:*18*
398:*12*
**testified**
74:*24*
99:*17*
109:*14*
110:*25*
147:*24*
174:*9*
182:*16*
183:*1*
250:*10*
280:*7*
378:*11*
425:*7*
426:*1* 440:*3*
**testify**
98:*20, 24*
251:*11*
253:*1*
284:*13*
403:*9*

438:*5, 25*
439:*12*
441:*3, 8*
442:*1, 5*
443:*6* 445:*4*
**testifying**
106:*18*
401:*14*
426:*4*
436:*5, 16, 21, 22* 437:*2*
438:*17*
443:*21*
**testimony**
22:*1* 26:*24*
61:*5* 62:*12*
63:*9*
104:*22*
114:*13*
183:*14*
256:*18*
281:*9*
330:*6*
379:*17*
404:*4*
437:*10, 18*
445:*7*
**testing** 25:*8*
38:*9* 69:*8*
70:*23* 72:*5*
90:*21*
166:*11*
170:*20, 21*
187:*8*
191:*12, 25*
192:*12*
194:*18*
223:*13*
311:*7, 9*
312:*8*
346:*3, 4*
430:*25*
431:*1, 2*

**tests** 74:*23*
91:*8* 170:*3*
171:*1, 4, 6*
195:*8*
199:*5, 21*
223:*13*
346:*7, 12*

**tetrachloride**
62:*10, 16*
299:*18*
300:*9*
301:*5, 7, 17*
302:*23*
**Texas** 1:*14,*
*18* 2:*6*
11:*9*
204:*16*
388:*17*
390:*1*
445:*20*
**text** 258:*9*
319:*24*
431:*12*
**text-based**
431:*11*
**textbook**
156:*2, 7, 23,*
*24* 158:*11*
173:*12, 19*
**textbooks**
173:*14*
**texts** 159:*14*
174:*19*
**Thalidomide**
197:*6*
**Thank**
13:*14* 66:*5*
161:*16*
242:*7*
255:*10*
284:*24*
383:*16*
423:*24*

429:*8*
439:*24*
444:*3*
**Thanks**
150:*8*
166:*15*
444:*1*
**theoretical**
195:*19*
**theories**
195:*11*
**theory**
105:*4*
195:*14*
308:*9, 10*
321:*10*
322:*3*
329:*6* 331:*4*
**therapeutic**
354:*20, 22*
355:*7, 12, 24*
357:*9*
**thereabouts**
167:*21*
**thereof**
278:*24*
**thimerosal**
77:*23, 25*
78:*2, 3*
79:*22, 23*
80:*2, 9, 12*
81:*2, 9, 18*
82:*4, 8, 10,*
*13* 148:*12,*
*13, 18*
149:*12*
**thing** 117:*2,*
*21* 154:*7*
191:*22*
219:*16*
220:*11*
221:*23*
226:*21*
253:*24*

265:*7*
285:*18*
**things** 17:*9,*
*11, 12* 37:*15*
39:*16, 21*
59:*2* 60:*14*
85:*11*
155:*25*
158:*8*
161:*18, 20*
162:*21, 25*
170:*4*
193:*21*
203:*17*
204:*13*
228:*2, 4*
244:*8*
265:*23*
269:*14, 20*
277:*13*
300:*19*
312:*18, 19*
317:*5*
323:*24*
325:*13*
331:*14*
354:*10*
358:*5, 9*
359:*6*
365:*22*
366:*6*
367:*9*
401:*4*
426:*19*
**think** 12:*11*
19:*5* 23:*22*
24:*15*
28:*10*
34:*23*
44:*10*
47:*25*
48:*20*
51:*19* 53:*7*
58:*22, 23*

70:25 72:4
77:13, 19
82:20 83:2
84:6 96:21
97:12
99:14
108:22
109:14
110:16, 18
111:19
114:11
116:12
119:11
139:24
144:16
148:24
152:11
166:9
167:10, 19
173:18
175:11
178:23
182:5
187:4
188:19
195:18, 19
201:12
206:6
216:17
218:22
230:19
244:8
245:9
257:24
258:14
280:16
281:1
282:16, 24
283:6
288:8
289:10
291:23, 24
294:19
299:24

305:4
318:2
323:20
331:14
335:3
343:6, 13, 19,
25 360:15,
24 361:16
362:14
363:1
369:6, 13, 15
379:22
380:3
387:3
395:16
408:11
410:18
416:25
422:13
425:23
436:7
437:19
**thinks**
336:6, 9
**thiol** 57:4
297:7
412:17
**thiols**
296:22
297:21
306:12, 15
**third** 21:21
22:15
57:17
225:3, 6
238:17, 22
239:2, 14
240:12
243:15
246:7, 15
251:14
263:25
303:12
316:14

347:21
370:18
371:25
383:23
**third-hand**
442:14
**third-line**
48:10
**thirds** 238:7
**thirty**
446:15
**THORNBUR
G** 4:6, 15,
17 5:1
**thought**
12:21
74:25 75:7
111:7, 12, 14
193:23
206:8, 10
207:21
208:11
282:20
345:5
371:16
397:14
415:24
**three** 36:13,
14 37:4
119:23
170:4
220:13
237:13, 19,
23 238:4, 13,
17 244:16
275:13
296:25
298:3
319:5
345:17
374:20
383:6
384:19, 22,
23, 25

396:21
398:19
413:24
**three-
chamber**
39:22
199:14
346:8
**threshold**
238:2, 3
**throw**
436:14
**time** 11:6, 7
20:15 21:1
23:15, 22
29:5, 6
30:3 40:13
43:3, 12, 22
44:6 46:21
51:16 72:1
81:12, 14
82:4 86:13
94:5 98:4
99:16
101:2
102:1
110:4
111:4
117:5
119:20
122:19
134:17
151:2
155:17, 25
166:25
167:11
192:15
195:1, 3, 9
202:14
204:12
223:6, 11, 23
226:23
227:3
236:14

239:4
249:8
251:19
255:14
274:9
275:2
277:5, 12
289:10
308:8
313:12
314:6
320:12
334:21
343:8
348:9
349:16
354:2
369:20
371:5
378:15, 16,
23 385:10
387:17
414:21
426:3 445:7
**times** 20:17
45:14 50:4
67:1
101:13
219:24
289:17
303:10, 13
389:13
417:14
435:18
**timing** 10:8
**tissue**
170:10
323:9
**tissues**
430:25
**title** 132:8
286:19, 22
288:18
412:15

**titled** 112:8
119:1 231:7
**titles** 14:19
**tobacco**
366:18
**today** 15:7
19:7 26:24
28:5, 24
29:23
43:10
47:14
57:15 78:1
80:1 91:13
99:17
103:18
108:11
112:20
116:11
152:17
155:14
160:15
172:7
178:12
206:14
207:13
209:5
314:17
319:13
324:5, 18, 23
330:25
332:24
333:20
338:5
349:21
351:12
357:6
361:13
363:4
365:12
376:5
395:17
424:5
440:21, 24

**Today's**
11:5
**told** 104:2
172:18, 21
176:16
183:8
228:19
287:19
299:22
394:10
403:23
411:1
427:3
428:10
437:15
440:6
441:6, 9
443:1, 2
**tons** 217:16
218:7
**Tony**
180:19
182:3
**tool** 359:13
**tools** 359:12
**top** 71:2
295:9
297:14
300:10
302:3
348:5
373:16
397:9
401:5
408:20
414:5
**topic**
149:25
269:12
365:3
420:7, 18
**tortured**
290:19

**total** 211:3,
8 213:9, 11
214:2
245:6, 10, 15
247:12, 23
248:15
342:25
344:19
**totality**
28:21
87:17
169:15
182:9, 11
186:3
197:21
207:4
213:7, 8
328:16
331:7
344:13
**Totally**
150:18
188:20, 24
318:18
319:6
**toxic** 293:11
**toxicity**
41:16 82:7
93:9 118:1,
13 187:20
189:24
190:2, 5, 14,
22, 23 191:1,
4, 7 323:4
345:21
372:13
**toxicogenomi
c** 390:24
401:23
411:21
418:14
**Toxicogenom
ics** 9:1

126:22
397:19
**toxicogenomi
c's** 391:19
**Toxicology**
420:23
**Tracey** 1:12
2:3, 4 6:22
8:6, 8 12:7,
10 13:3, 7
23:18
67:14
81:22
93:18
95:12
96:16
97:18
103:2, 12, 22
104:16, 20
106:23
111:5, 14, 20
115:14, 18
141:5, 19
144:12, 25
146:23
147:8
148:2
164:11, 16
166:20
168:3, 10, 21
169:3
174:23
175:23
176:1
183:23
207:16, 25
208:5, 19
209:2
255:22
256:2
261:13
266:18
268:22
284:6, 19

308:16, 19
313:22
387:3, 7, 21,
25 392:18
394:9
398:3
400:19
401:15, 19
402:19
403:11
404:7, 8
406:12
407:2, 6, 19
408:1
409:20
410:11
411:19
414:19
415:6, 19
418:1
421:18, 23
422:23
423:22
424:7, 16, 19,
25 425:3
426:19
429:19
430:11
432:13
433:24
434:8
435:13
436:13, 24
437:6, 12, 16,
21, 22 438:1,
10, 13, 22
439:5, 7, 15,
24 440:16
444:1
**tracking**
151:23
153:7
346:17

trained 34:5  77:20, 22  83:8 173:16

training 15:23 389:18

trait 382:3, 10

transcript 99:3 272:12 428:24 429:1, 9 445:6 446:16, 17

transcription 447:5

transcripts 99:7, 13, 15 163:7

translate 196:4  197:2

transmitted 13:13

transport 416:9

treat 66:11, 12, 13  110:9, 16, 19 215:12

treated 45:6 108:23 229:19 361:24 362:1

treating 337:3

treatment 335:17 346:22 347:11

treatments 44:1

Tree 5:9

triad 272:3

trial 286:13 287:14 288:25

trials 165:24 166:2 287:12

trichloroethy lene 182:18

TRICIA 3:16

tried 186:3 256:4

trimester 21:21 22:15 23:24 251:7, 15 383:24 385:11, 13, 17

trimesters 383:6, 20, 25

TRINH 6:17

trio 359:23

triple 232:11

trisomy 355:8, 10

trouble 411:18

true 148:24 330:18 356:19 379:9 381:17 405:24

Trujillo 184:7, 8

truth 11:22, 23  445:4, 5

try 13:5 43:1  54:15 131:6 169:3 209:1 219:19 269:20 282:17 337:9

trying 169:13 199:25 269:14 277:19 308:14 317:21 421:18 423:13

TSI 10:4 349:17

tube 16:3, 6, 9, 16  21:19 22:23  24:4 25:6  33:7 35:6, 14, 19 37:21  42:2 53:10 55:16  69:3 85:4, 5 188:15, 20 250:15, 17 354:14 400:16 401:1

tumors 355:15, 16, 19, 21 356:19, 22, 24  357:5

turn 116:21 150:10 151:25

153:9 218:8 253:7 257:7 258:10 263:10 295:3, 7 297:14 302:2 337:18 347:7, 20 370:16 382:23 386:2

turned 153:14 170:12

turns 260:14

twinning 265:15

two 12:18 20:9  31:2 34:14 116:5, 8 128:12 155:14 164:8 174:20 181:7, 9, 11 198:8 201:11 219:15 220:10, 15 228:24 245:11 248:3 256:12 258:22 262:19 270:24 271:23 315:22 325:6

328:22 360:1 363:1 376:11 382:15 386:4 398:14 402:4 408:5 417:6 430:3, 4 433:4

two-dose 345:17

twofold 267:20

two-thirds 225:10, 12

Tylenol 11:10 161:24 162:12 208:7 403:20

type 89:24 90:1 121:14 192:10 225:23 294:14 322:15 396:10, 15 397:19 408:14

typed 262:5

types 121:17 139:1 191:6 199:18 280:18

typical 422:25

Confidential - Subject to Protective Order

**typically**
73:*11* 88:*1*
121:*20*
131:*22*
191:*11*
198:*13*
277:*23*
345:*16*, *17*
359:*22*
368:*13*
386:*17*
**typo** 258:*15*
265:*2*, *3*
**typographical** 18:*2*
256:*19*
259:*13*
**Typos**
17:*24* 18:*2*
261:*21*
263:*4*

**< U >**
**Uh-huh**
37:*24*
94:*16*
95:*23*
334:*18*
**ultimate**
308:*21*
**ultimately**
53:*12*
103:*17*
224:*23*
325:*2*
**unaccounted**
377:*5*
**unadjusted**
270:*8* 276:*2*
**unanimous**
82:*12*, *16*
**unaware**
152:*24*

367:*13*
382:*9*
**unbecoming**
440:*18*
**uncertain**
349:*6*

**uncertainties**
350:*24*
**uncertainty**
350:*8*
**unchanged**
239:*18*
241:*25*
244:*14*
247:*3*, *10*, *21*
248:*14*
251:*21*
**unclear**
82:*20*
222:*5*
240:*11*
**uncontrolled**
268:*11*
**undergrad**
34:*6*
**undergraduate** 389:*24*
423:*21*
**underlying**
60:*1*, *4*
159:*4*
200:*21*
298:*14*
382:*14*
392:*6*
415:*25*
**understand**
14:*11*, *20*
54:*5* 87:*21*
100:*24*
138:*5*
171:*11*
216:*7*

229:*22*
244:*13*
250:*9*
311:*2*
316:*24*
343:*1*
352:*6*
404:*4* 422:*4*
**understanding** 46:*11*
48:*21* 72:*3*
97:*2*, *7*, *23*
124:*16*
138:*9*
141:*21*
143:*15*
144:*18*
175:*15*
190:*19*
195:*16*
215:*24*
226:*9*, *20*
245:*13*
252:*24*
272:*13*
281:*14*
283:*24*
304:*25*
310:*12*
379:*7*
380:*4*
391:*23*
**understood**
44:*14*
185:*15*
264:*25*
282:*3*, *24*
289:*11*
399:*5*
**undertaken**
282:*1*
**unethical**
204:*6*

**unexpected**
94:*13*
**unexposed**
243:*10*
**unfamiliar**
51:*14*
149:*25*
**unfortunate**
385:*18*
**unfortunately** 150:*11*
218:*23*
295:*4* 335:*5*
**uniform**
76:*15*
**UNITED**
1:*1* 11:*12*
166:*5*
332:*14*
389:*6*
400:*22*
**universities**
106:*6*
**University**
388:*17*
390:*1*
**Unknown**
6:*19* 46:*1*
373:8, *20*
374:*13*
375:*9*
376:*18*, *24*
377:*6*, *8*, *25*
378:8, *20*
**unmatched**
281:*1*
**unmeasured**
375:*9*
376:*17*, *23*
377:*5*
**unshared**
271:*19*, *22*
276:*6*

**untreated**
45:*6* 362:*4*
**updated**
269:*6*
**updates**
46:*23*
**upfront**
359:*17*
**upregulated**
431:*15*
**upregulates**
430:*19*
**upregulation**
406:8, *19*
**upsetting**
436:*11*
**usage**
228:*14*
273:*1*, *11*
**use** 9:*7*, *18*
10:8, *9*
48:*7* 50:*23*
52:8 89:*23*
110:*23*
121:*23*
123:*10*
147:*6*
157:*15*
158:*11*
160:*6*, *19*, *20*
171:*19*
173:*21*
174:*10*
185:*10*, *11*
186:*7*
191:*20*
199:*21*
211:*15*
212:8, *15*
213:*22*
214:*5*
215:*4*, *11*, *12*
219:*6*, *20*
221:*9*

225:*21*
253:*13, 14*
254:*23*
267:*25*
270:*3, 25*
273:*21*
287:*5*
290:*18*
292:8, *10, 22*
310:*21*
326:*20*
334:*8*
348:*16*
351:*25*
358:*8*
365:*5, 20, 21*
366:*19*
373:*10, 21*
374:*5, 6, 8,*
*15* 381:*6*
383:*22*
385:*12, 13,*
*15* 386:*7*
400:*8*
405:*2*
409:*7*
418:*2, 17*
**users**
363:*24*
366:*3, 17, 18*
**uses** 52:*1*
56:*18*
194:*1*
382:*4*
383:*19*
**usually**
173:*18*
362:*18*
**UT** 32:*22*
33:*4* 92:*19*
105:*25*
106:*5*
**uterine**
252:*14*

**Utero** 9:*11*
36:*4* 98:*12*
164:*20*
200:*11*
259:*3*
339:*23*
361:*4*
**utility** 10:*1*
290:*14*
342:*19*

**< V >**
**vacation**
15:*8* 440:*24*
**vaccinate**
149:*6*
**vaccinated**
148:*19*
**vaccination**
80:*8* 81:*3*
**vaccine**
80:*12*
148:*20*
149:*8*
**vaccines**
82:*24*
**validity**
313:*15*
**valproic**
40:*24*
41:*13, 17, 20*
42:2, *16*
43:*16, 17*
44:*1, 4, 24*
45:2 49:*18*
70:*4, 20*
198:*14, 15*
337:*6*
347:*9, 14*
358:*9*
397:*9, 11, 21*
398:*1, 7*
401:*21*
402:*7, 17, 22*

403:*6*
406:*24*
407:*21*
**value**
249:*12*
368:*14*
**values** 247:*5*
**variable**
377:*2*
**variables**
276:*6* 367:*7*
**variance**
359:*24*
**Variants**
8:*23* 416:*9*
**variation**
241:*3, 22*
**variety** 46:*3*
**various**
122:*17*
203:*22*
234:*21*
256:*11*
338:*20*
358:*15*
361:*10*
420:*17*
**vary** 113:*17*
**vast** 123:*23*
201:*13*
**vehicle**
336:*23*
**vein** 33:*6*
**verbal**
396:*23*
**verbatim**
445:*6*
**verify**
103:*19*
**versa**
197:*18*
237:*19*
**version**
284:*11*

**versions**
139:*13, 24*
**versus**
131:*21*
247:*3*
277:*20*
**vice** 197:*18*
237:*19*
**video** 11:*8*
**VIDEOGRA
PHER** 11:*1,
3* 86:*10, 13*
150:*24*
151:*2*
166:*17, 22,
25* 255:*11,
14* 314:*3, 6*
353:*24*
354:*2*
387:*14, 17*
444:*4*
**Videotaped**
1:*11*
**view** 78:*13*
85:8 209:*7*
285:4 349:*9*
**viewer**
431:*20*
**virtual**
216:*21*
**visual** 194:*1*
**visually**
194:*4*
**vitamin**
400:*2*
**vitamins**
400:*4*
**vocalize**
191:*18*
**voice** 285:*10*
**volume**
290:*16*

**volunteered**
348:*9*
365:*11*

**< W >**

**WAGSTAFF**
3:*9*
**Wait** 111:*5,
6*
**wake** 387:*2*
**walk** 327:*23*
**wall** 292:*9*
**Walmart**
5:*19*
**Wal-Mart**
5:*20*
**Walters**
1:*13* 6:*22*
**want** 19:*10*
26:3 62:*25*
65:*19*
100:*25*
103:*15, 23*
117:*2*
121:*14*
123:*9*
134:*18*
137:*7, 10, 13*
147:*13, 16*
149:*5*
150:*14*
152:*5*
159:*9*
161:*19*
163:*18, 24*
164:*9*
166:*15*
169:*7*
181:*22*
184:*11*
208:*10*
212:*3*
235:*9*

245:*4*
257:*21*
258:*23*
262:*11*
272:*3*
284:*13*
290:*19*
313:*11, 19*
318:*4*
328:*6*
341:*14*
365:*6*
369:*15*
387:*7*
388:*4*
391:*17*
396:*4, 11, 16*
404:*2*
406:*18*
408:*16*
410:*20*
412:*9*
413:*7*
419:*24*
431:*13, 16*
433:*10*
435:*19*
439:*8, 19*

**wanted**
114:*14*
221:*22*
235:*6*
290:*16*
306:*24*
320:*9*
340:*22*

**wants** 387:*9*
**war** 67:*12, 19, 24* 236:*3*
**warning**
49:*20* 50:*1*
147:*2*
155:*3, 5*

**warnings**
332:*25*
**Washington**
4:*17* 5:*3, 18*
**WATTS**
3:*1, 3, 4*
13:*9* 64:*11, 17* 86:*4, 7*
150:*4, 8*
164:*15*
169:*5*
338:*13*
387:*2, 9*
**way** 15:*16*
20:*1* 31:*23*
52:*11* 66:*3*
67:*5, 25*
100:*10*
110:*19*
137:*1, 3*
139:*21*
146:*11*
148:*3*
172:*17*
193:*17*
194:*25*
196:*5, 12*
209:*8*
226:*15*
229:*3*
230:*1, 13*
240:*23*
242:*25*
251:*5*
265:*18*
266:*6*
282:*8*
284:*22*
285:*5*
290:*17*
292:*20, 23, 25* 293:*9*
294:*18*
295:*5*

322:*3*
325:*20*
336:*3*
341:*19*
372:*14*
401:*6, 8*
403:*10*
411:*1, 20*
421:*22*
429:*20*
431:*7*
433:*4, 25*
443:*21*
**ways** 41:*6*
368:*22*
423:*14*
**weaknesses**
271:*20*
**website**
154:*8*
**WEDNESDAY** 1:*6*
**week** 16:*23*
18:*4*
113:*12*
256:*14*
**weeks**
37:*22*
119:*23*
160:*6*
209:*22*
223:*13*
237:*5, 6, 8*
250:*11, 20*
251:*3*
376:*12*
**weigh** 83:*8*
213:*1*
332:*18*
**weighed**
283:*24*
411:*7*
**weight**
56:*23* 62:*7,*

*15* 225:*24*
257:*14*
260:*15, 21*
261:*2, 3*
277:*24*
345:*20, 22, 23* 366:*18, 22* 411:*2, 5, 10*
**weighted**
358:*16*
**Welcome**
13:*9* 167:*4*
255:*18*
314:*13*
**Well** 17:*7*
21:*1* 22:*8*
26:*14* 27:*3, 21* 29:*4*
31:*14, 24*
32:*7* 33:*20*
36:*1, 16*
37:*12*
38:*12, 21*
41:*6* 42:*13*
44:*16, 25*
46:*17* 47:*9*
48:*2, 11, 13, 17* 49:*13*
50:*18*
52:*18* 54:*3, 13* 55:*22*
56:*14, 20*
58:*7, 17*
59:*15*
60:*11, 17, 23*
62:*6* 63:*17, 25* 64:*22*
68:*25*
70:*20* 74:*8*
76:*11, 18*
77:*6, 25*
79:*12*
80:*20*

81:*15* 82:*5*
83:*19*
85:*22*
95:*18*
100:*23*
102:*11*
103:*10*
104:*16*
110:*21*
111:*15*
112:*5*
114:*17*
115:*2, 3*
118:*24*
120:*19*
122:*23*
127:*12*
130:*14*
131:*6, 11*
132:*11*
133:*14*
141:*13*
142:*4, 23*
143:*17*
146:*2, 10*
147:*18*
153:*5*
155:*7*
159:*2, 7*
165:*12*
166:*2*
168:*21*
169:*3*
172:*5*
174:*8, 17*
180:*24*
181:*19, 25*
182:*16*
184:*13*
187:*6*
188:*8, 23*
190:*18*
192:*22*
194:*16*

Confidential - Subject to Protective Order

195:*14*
198:*8*
201:*12*
202:*3, 11*
205:*14*
206:*7, 25*
208:*19, 23,
25* 210:*22*
215:*13*
216:*22*
218:*3, 10*
219:*18*
223:*7*
224:*13*
226:*24*
228:*16*
229:*9*
234:*25*
237:*1*
238:*5*
240:*6, 24*
241:*5, 7, 18*
242:*23*
244:*16*
248:*15*
249:*20*
250:*24*
258:*13, 22*
260:*11, 12,
22* 261:*22,
25* 264:*15,
21* 265:*9*
272:*1, 23*
273:*6*
274:*11*
275:*24*
276:*1, 21, 25*
281:*1*
282:*5, 15*
285:*14*
286:*9, 19*
287:*18*
292:*7*
293:*12*

294:*21*
295:*6, 23*
296:*9*
303:*5*
304:*5, 12*
307:*20*
311:*5, 11*
315:*14*
321:*23*
323:*6, 22*
325:*12*
326:*6*
329:*2, 21*
339:*25*
340:*4*
341:*14*
344:*24*
349:*18*
352:*6, 13, 17*
356:*20*
357:*25*
358:*21*
359:*11*
360:*1*
361:*22*
362:*3, 19*
366:*22*
369:*12*
371:*7, 10*
375:*4, 15*
376:*4*
377:*3, 7*
379:*23*
380:*2*
381:*17*
384:*21*
387:*23*
389:*5*
395:*12*
396:*7, 13*
400:*17*
401:*3, 15*
402:*1*
405:*20*

411:*20*
419:*8*
421:*4*
422:*16*
423:*1*
426:*21*
431:*17, 22*
432:*5*
436:*10*
437:*8, 12*
**well-being**
74:*5*
**went** 32:*10*
40:*4*
122:*18, 19*
137:*8, 9, 11,
12* 175:*5, 9*
229:*2*
252:*7*
267:*17*
281:*24*
352:*22*
443:*2*
**we're** 23:*2*
25:*7* 48:*20*
58:*23* 61:*3*
70:*1, 7, 11,
23* 71:*4*
88:*25* 90:*9*
95:*11*
108:*10*
131:*16*
132:*11, 12*
154:*6*
155:*10*
167:*8*
177:*20*
180:*16*
199:*3*
201:*10*
202:*24*
207:*25*
217:*12*
223:*13, 21*

229:*13*
230:*13*
238:*10*
240:*20*
244:*23*
245:*2*
253:*8, 10*
269:*12*
287:*11*
292:*5*
302:*3, 5*
303:*15*
320:*13*
327:*12*
338:*3, 4*
351:*11*
353:*20*
354:*9*
379:*2*
393:*6*
394:*15*
395:*2, 3*
398:*17*
410:*2*
429:*10*
433:*8*
**West** 5:*8, 23*
**we've** 13:*21*
20:*15*
22:*19*
35:*11* 38:*7*
41:*6* 71:*15,
22* 72:*18*
86:*4*
117:*21*
178:*7*
204:*5*
314:*17*
328:*8, 11*
358:*7*
378:*23*
398:*12*
410:*18*
**When's** 98:*4*

**whole-
exome** 75:*2,
4*
**Wholesale**
5:*4*
**wide** 76:*9*
**widely**
109:*12*
335:*6*
**wife** 107:*16*
389:*25*
**willing**
357:*12*
**Wilson**
190:*7*
**window**
21:*1, 4, 13,
16* 22:*5, 11,
17* 23:*1, 9,
21* 227:*3*
250:*16*
**windows**
20:*20*
**wish** 318:*25*
**withdraw**
116:*18*
**witness**
11:*18*
23:*19* 50:*6*
67:*16*
81:*24*
96:*19*
97:*20*
103:*3*
104:*7*
106:*24*
141:*6, 20*
144:*15*
145:*2*
146:*24*
155:*16*
164:*16*
172:*20*
175:*25*

176:*5*
177:*1*
183:*24*
212:*9*
261:*14*
268:*23*
272:*8*
284:*14*
313:*19*
335:*3, 19*
337:*1*
338:*7, 23*
340:*13*
341:*14*
342:*14*
344:*9*
347:*6*
353:*10, 23*
374:*19*
378:*2, 22*
382:*8, 18*
384:*3*
385:*22*
387:*6*
392:*15*
394:*6*
397:*24*
400:*14*
402:*4*
407:*15*
409:*19*
410:*9*
411:*15*
414:*17, 25*
417:*19*
422:*22*
423:*25*
424:*21*
425:*5*
428:*20*
429:*5, 15*
433:*21*
434:*2, 19*
435:*8*

436:*10, 19*
437:*10*
438:*21*
439:*22, 25*
441:*13*
442:*17*
444:*3  446:1*
**witnesses**
168:*11*
**woman**
110:*10*
201:*1*
249:*17*
336:22
**women**
45:*5  48:3*
110:*3, 16*
147:6
166:*11*
200:*23*
228:*24*
251:*1*
334:*25*
336:*15*
365:*4, 19*
**wonder**
248:*1*
**Woodland**
6:*13*
**word**  27:*23*
126:*11, 24*
129:*24*
131:2
132:*19*
195:*15*
214:*4*
260:*9*
412:*10*
422:*19*
432:*15*
**words**
26:*13  30:7*
129:*13*
133:*3*

137:*1, 3*
164:*6*
292:*21*
315:*10*
344:*16*
431:*8*
**work**  14:*25*
15:*18, 21*
16:*5  40:12,*
*20   41:4, 7*
45:*18*
49:*25*
50:*23, 25*
52:*24*
53:*10, 13, 14*
54:*8, 12*
55:*1   68:1*
71:*12, 17, 19*
74:*1   85:6*
91:*21, 22*
92:*16*
94:*15, 24*
95:*5, 6, 8*
99:*6*
105:*24*
106:*5, 21*
141:*9, 10*
158:*6, 16*
159:*7*
162:*17*
163:*2*
170:*1, 2, 16,*
*18   189:17,*
*18, 20, 21*
198:*9, 13*
217:*4*
238:*6*
256:*5*
260:*12*
278:*20*
292:*10*
307:*10*
343:*11*
353:*22*

364:*9*
381:*23*
390:*3, 6*
400:*15*
413:*2, 5*
421:2
443:*18*
**worked**
92:*24*
95:*16*
389:*21*
425:*19*
426:*8*
**working**
25:*5   34:24*
52:*17*
106:*25*
380:*7*
423:*17*
**works**   19:*3*
240:*23*
253:*4*
298:*8*
307:*15*
323:*6*
343:*4*
403:*10*
**World**
52:*21*
53:*23*
83:*17*
222:*23*
229:*17*
288:*9*
308:*13*
357:*8*
376:*6*
408:*10*
**worldwide**
421:*12*
**worry**
240:*20*
357:*22*
**worse**  59:*14*

**write**
283:*14*
370:*21*
373:7
375:*8, 12*
377:*14*
**writing**
19:*8  112:16*
**written**
292:2
**wrong**
206:*7*
261:*6*
262:*1, 5*
263:*5, 6*
276:*19*
287:*22, 25*
297:*25*
302:*6*
317:*20*
329:*19, 20*
419:*16*
**wrote**
119:*22*
283:*15, 17,*
*19   376:17*
**Wuhan**
28:*13, 19*

**< X >**
**Xenobiotics**
8:*24*
129:*16, 17*
**Xie**  324:*22*

**< Y >**
**y'all**  395:*16*
**Yeah**   12:*10*
13:*11*
21:*23   28:9*
29:*24   36:9*
38:*18*
41:*10*
43:*12*

47:*11*
64:*16*
68:*17* 85:*1*
86:*6* 88:*22*
90:*17*
92:*17* 96:*3,*
*7, 8* 97:*20*
103:*12, 15*
115:*16*
126:*1*
132:*20*
135:*16*
142:*15*
144:*15*
145:*2*
150:*19, 22*
152:*12*
158:*15*
166:*9, 18*
173:*9*
174:*6*
175:*13*
178:*5*
180:*9*
197:*19*
201:*18*
202:*3, 10*
204:*14*
207:*8*
217:*2*
220:*17*
231:*1*
238:*21*
239:*10*
240:*8, 17*
243:*6*
244:*20*
245:*1, 3*
254:*11*
256:*2*
258:*11, 14*
264:*6*
266:*7*
276:*18*

278:*2*
296:*11*
308:*4*
313:*22*
318:*13*
323:*25*
337:*13*
339:*9*
342:*1*
345:*4*
349:*19*
351:*8, 18*
353:*4*
358:*1*
359:*22*
363:*9, 13*
364:*20*
373:*13, 15*
375:*19*
381:*22*
387:*3*
391:*15*
394:*13*
408:*17*
414:*10*
416:*25*
417:*3*
423:*3, 20*
431:*3*
432:*6*
433:*2, 23*
435:*19*
437:*3*
**year** 29:*14*
43:*10* 93:*3*
315:*6*
350:*2*
353:*6*
365:*13*
368:*2*
**years** 25:*4*
30:*24*
34:*25* 35:*7,*
*8* 36:*13, 15,*

*21, 22* 37:*4*
53:*7* 93:*5*
98:*6* 99:*19*
113:*16*
179:*13*
183:*10*
287:*18*
339:*1, 4*
351:*20*
352:*21*
379:*8, 12*
380:*1, 12*
388:*1*
413:*24*
**Yep** 152:*9*
301:*25*
321:*16*
**YORK** 1:*1*
2:*24* 5:*8,*
*14, 24* 6:*8*
11:*13*
**Ystrom**
10:*16*
267:*11*
269:*3*
380:*18*
**Yuelong**
248:*21, 24*

**< Z >**
**ZOOM** 2:*3,*
*12, 13, 14, 15,*
*20, 21, 22*
3:*4, 5, 11, 16,*
*22* 4:*3, 4, 15,*
*20* 5:*1, 7, 12,*
*17, 22* 6:*1, 7,*
*12, 17* 108:*1*