# Exhibit 23

1              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF NEW YORK
2

3    IN RE: ACETAMINOPHEN –      ) MDL No. 3043
     ASD-ADHD PRODUCTS           )
4    LIABILITY LITIGATION        ) Case No.
     _____    ) 1:22-md-03043-DLC
5    THIS DOCUMENT RELATES TO: )
                                 ) JUDGE DENISE
6    All Cases, 1:22-md-03043  ) COTE

7

                WEDNESDAY, AUGUST 9, 2023
8
     CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
9
                       - - -
10

11          Videotaped deposition of Eric

12   Hollander, M.D. DFAPA, FACNP, held at the

13   Lanier Law Firm, 126 East 56th Street,

14   New York, New York, commencing at 9:43 a.m.

15   Eastern, on the above date, before Carrie A.

16   Campbell, Registered Diplomate Reporter,

17   Certified Realtime Reporter, Illinois,

18   California & Texas Certified Shorthand

19   Reporter, Missouri, Kansas, Louisiana & New

20   Jersey Certified Court Reporter.

21                     - - -

22

            GOLKOW LITIGATION SERVICES
23               877.370.DEPS
               deps@golkow.com
24

25

Page 2

A P P E A R A N C E S :

DOVEL & LUNER
BY:  GREG DOVEL
     greg@dovel.com
     JULIEN ADAMS          (VIA ZOOM)
     julien@dovel.com
201 Santa Monica Boulevard, Suite 600
Santa Monica, California  90401
(310) 656-7066

and

TRACEY & FOX
BY:  SEAN P. TRACEY       (VIA ZOOM)
     stracey@traceylawfirm.com
     LAWRENCE TRACEY       (VIA ZOOM)
     ltracey@traceylawfirm.com
440 Louisiana Street, Suite 1901
Houston, Texas  77002
(713) 495-2333

and

THE LANIER LAW FIRM, PLLC
BY:  EVAN M. JANUSH        (VIA ZOOM)
     evan.janush@lanierlawfirm.com
     CATHERINE HEACOX
     catherine.heacox@lanierlawfirm.com
     LEILA AYACHI          (VIA ZOOM)
     leila.ayachi@lanierlawfirm.com
126 East 56th Street, 6th Floor
New York, New York  11758
(212) 421-2800

and

Page 3

HOLWELL SHUSTER & GOLDBERG LLP
BY:  DANIEL M. SULLIVAN    (VIA ZOOM)
     dsullivan@hsgllp.com
425 Lexington Avenue
New York, New York  10017
(646) 837-5151

and

KELLER POSTMAN LLC
BY:  LAUREN SCHULTZ
     lauren.schultz@kellerpostman.com
     REBECCA KING          (VIA ZOOM)
     rebecca.king@kellerpostman.com
     ASHLEY C. KELLER      (VIA ZOOM)
     ashley.keller@kellerpostman.com
     ASHLEY BARRIERE       (VIA ZOOM)
     ashley.barriere@kellerpostman.com
     ROSIE ROMANO          (VIA ZOOM)
     rosie.romano@kellerpostman.com
     J.J. SNIDOW           (VIA ZOOM)
     jj.snidow@kellerpostman.com
150 North Riverside Plaza, Suite 4100
Chicago, Illinois  60606
(312) 741-5220

and

WATTS GUERRA LLC
BY:  MIKAL C. WATTS
     mcwatts@wattsguerra.com
     HAILEY WATTS
     hwatts@wattsguerra.com
     RUSS ABNEY            (VIA ZOOM)
     rabney@wattsguerra.com
     SHELLY SANFORD        (VIA ZOOM)
     ssanford@wattsguerra.com
Millennium Park Plaza RFO
Suite 410, 12th
Guaynabo, Puerto Rico  00966
(210) 447-0500

and

Page 4

WAGSTAFF & CARTMELL
BY:  DARYL DOUGLAS         (VIA ZOOM)
     ddouglas@wcllp.com
4740 Grand Avenue, Suite 300
Kansas City, Missouri  64112
(816) 701-1100

and

THE CARLSON LAW FIRM
BY:  EMILY MARLOWE
     emarlowe@carlsonattorneys.com
1717 North Interstate Highway 35,
Suite 305
Round Rock, Texas  78664
(512) 671-7277

and

BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES
BY:  W. ROGER SMITH, III   (VIA ZOOM)
     roger.smith@beasleyallen.com
218 Commerce Street
Montgomery, Alabama  36104
(800) 898-2034
Counsel for Plaintiffs

BARNES & THORNBURG LLP
BY:  JAMES F. MURDICA
     jmurdica@btlaw.com
     SARAH E. JOHNSTON
     sjohnston@btlaw.com
     MITCHELL CHARCHALIS
     mcharchalis@btlaw.com
2029 Century Park East, Suite 300
Los Angeles, California  90067-2904
(310) 284-3880

and

Page 5

BARNES & THORNBURG, LLP
BY:  KARA KAPKE            (VIA ZOOM)
     kara.kapke@btlaw.com
11 South Meridian Street
Indianapolis, Indiana  46204
(317) 236-1313

and

BARNES & THORNBURG LLP
BY:  DEANNA LEE            (VIA ZOOM)
     dlee@btlaw.com
555 12th Street N.W., Suite 1200
Washington, DC  20004-1275
(202) 289-1313

and

BARNES & THORNBURG LLP
BY:  JESSICA BRENNAN       (VIA ZOOM)
     jessica.brennan@btlaw.com
67 East Park Place, Suite 500
Morristown, New Jersey  07960
(973) 775-6101
Counsel for Johnson & Johnson
Consumer, Inc.

BARNES & THORNBURG LLP
BY:  NADINE KOHANE         (VIA ZOOM)
     nkohane@btlaw.com
390 Madison Avenue, 12th Floor
New York, New York  10017
(646) 746-2000
Counsel for CVS Pharmacy, Inc., CVS
Health Corporation, Walgreen Co.,
Walgreens Co., and Walgreens Boots
Alliance, Inc.

Page 6

1  BARNES & THORNBURG LLP
2  BY: SANDRA M. KO           (VIA ZOOM)
      sko@btlaw.com
3  555 12th Street N.W., Suite 1200
   Washington, DC 20004-1275
4  (202) 289-1313
   Counsel for Costco Wholesale
5  Corporation

6
7  ARNOLD & PORTER, LLP
   BY: RAYNE ELLIS           (VIA ZOOM)
8     rayne.ellis@arnoldporter.com
   250 West 55th Street
9  New York, New York 10019
   (212) 836-8000
10 Counsel for Dollar Tree Inc.,
   7-Eleven, and Family Dollar, Inc.
11
12 KING & SPALDING LLP
   BY: LUKE BOSSO             (VIA ZOOM)
13    lbosso@kslaw.com
   1700 Pennsylvania Avenue NW
14 Washington, DC 20006
   (202) 737-0500
15 Counsel for Walmart Inc., and
   Wal-Mart Stores, Inc.
16
17
18 MORRISON & FOERSTER LLP
   BY: LYNDSEY CAIN          (VIA ZOOM)
19    lcain@mofo.com
   250 West 55th Street
20 New York, New York 10019-9601
   (212) 468-8000
21 Counsel for Target Corporation
22
23
24
25

Page 7

1  DUANE MORRIS LLP
2  BY: SEAN K. BURKE          (VIA ZOOM)
      sburke@duanemorris.com
3  901 New York Avenue N.W., Suite 700 East
   Washington, DC 20001-4795
4  (202) 776-5236
   Counsel for Dollar General, Dollar
5  General Corporation

6
7  SMITH SOVIK KENDRICK & SUGNET
   BY: DAVID M. KATZ          (VIA ZOOM)
8     dkatz@smithsovik.com
   250 South Clinton Street, Suite 600
9  Syracuse, New York 13202
   (315) 474-2911
10 Counsel for Rite Aid
11
12 STONE DEAN LLP
   BY: JOSEPH A. LARA         (VIA ZOOM)
13    jlara@stonedeanlaw.com
   21052 Oxnard Street
14 Woodland Hills, California 91367
   (818) 999-2232
15 Counsel for The Kroger Co.
16
17 HAIGHT BROWN & BONESTEEL LLP
   BY: KATIE M. TRINH         (VIA ZOOM)
18    ktrinh@hbblaw.com
   555 South Flower Street, 55th Floor
19 Los Angeles, California 90071
   (213) 542-8000
20 Counsel for Big Lots Stores-PNS, LLC
21
22 ALSO PRESENT:
23    JACKIE KOSTICK, King & Spalding
24    LAURA SHANNON, summer associate, Keller
   Postman LLC
25

Page 8

1  V I D E O G R A P H E R :
2     DANNY ORTEGA,
      Golkow Litigation Services
3     — — —
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 9

1              INDEX
2                          PAGE
3  APPEARANCES................................  2
4  EXAMINATIONS
5    BY MR. MURDICA.............................  12
6    BY MR. DOVEL...............................  386
7    BY MR. MURDICA.............................  394
8
9              EXHIBITS
10 No.   Description                    Page
11 50    "Impact of Prenatal Acetaminophen    14
         Exposure for Hippocampal
12       Development Disorder on Mice,"
         Xie, et al.
13
14 51    Dr. Hollander website bio            151
         printout
15
16 52    Rebuttal Expert Report of Dr.        159
         Eric Hollander, M.D. DFAPA, FACNP
17 53    "Prenatal Exposure to               193
         Acetaminophen and Risk for
18       Attention Deficit Hyperactivity
         Disorder and Autistic Spectrum
19       Disorder: A Systematic Review,
         Meta-Analysis, and
20       Meta-Regression Analysis of
         Cohort Studies," Masarwa, et al.
21 54    List of studies by Dr. Baccarelli   195
22 55    "Acetaminophen use during           253
         pregnancy and the risk of
23       attention deficit hyperactivity
         disorder," A casual association
24       or bias?", Masarwa
25

Page 10

56    Supplemental tables for Masarwa    260
2020

57    "Prenatal and postnatal exposure    275
to acetaminophen in relation to
autism spectrum and
attention-deficit and
hyperactivity symptoms in
childhood: Meta-analysis in six
European population-based
cohorts," Alemany, et al.

58    Supplementary material to Alemany    312

59    Dr. Hollander report brought with    342
him to the deposition

60    "What Does it Mean to Be    342
Transdiagnostic and How Would We
Know?", Barch

61    "Maternal Biomarkers of    360
Acetaminophen Use and Offspring
Attention Deficit Hyperactivity
Disorder," Ji, et al.

62    "Examining associations between    375
prenatal biomarkers of oxidative
stress and ASD-related outcomes
using quantile regression,"
Carey, et al.

63    "Perinatal Acetaminophen Exposure    382
and Childhood
Attention-Deficit/Hyperactivity
Disorder (ADHA): Exploring the
Role of Umbilical Cord Plasma
Metabolites in Oxidative Stress
Pathways," Anand, et al.

(Exhibits attached to the deposition.)

CERTIFICATE.................................405

ACKNOWLEDGMENT OF DEPONENT..................407

ERRATA.......................................408

LAWYER'S NOTES..............................409

Page 11

1    VIDEOGRAPHER: We are now on
2    the record. My name is Danny Ortega,
3    and I'm the legal videographer for
4    Golkow Litigation Services.
5    Today's date is August 9, 2023,
6    and the time is 9:43 a.m.
7    This video deposition is being
8    held at 126 East 56th Street,
9    New York, New York, in the matter of
10    Acetaminophen (Tylenol) ASD-ADHD
11    Products Liability Litigation.
12    The deponent today is Eric
13    Hollander.
14    All counsel will be noted on
15    the stenographic record.
16    The court reporter today is
17    Carrie Campbell and will now swear in
18    the witness.
19
20    ERIC HOLLANDER, M.D. DFAPA, FACNP,
21    of lawful age, having been first duly sworn
22    to tell the truth, the whole truth and
23    nothing but the truth, deposes and says on
24    behalf of the Defendant Johnson & Johnson, as
25    follows:

Page 12

1    DIRECT EXAMINATION
2    QUESTIONS BY MR. MURDICA:
3    Q.    Good morning, Dr. Hollander.
4    A.    Good morning.
5    Q.    My name is Jim Murdica. I'll
6    be examining you today.
7    Do you know Dr. Robert Cabrera?
8    A.    Yes, I do.
9    Q.    Okay. And when did you first
10    met Dr. Robert Cabrera?
11    A.    In preparing for my expert
12    report, I had an opportunity to speak with
13    him.
14    Q.    Now, that was in 2023?
15    A.    That's correct.
16    Q.    And you reference him several
17    times in your report and rebuttal report as
18    somebody that you're relying on as a basis
19    for your opinions, correct?
20    A.    That's correct.
21    Q.    Okay. Did you have the
22    opportunity to review my examination of
23    Dr. Cabrera?
24    A.    No.
25    Q.    Have you been provided my

Page 13

1    examination of Dr. Cabrera?
2    A.    Yes.
3    Q.    Okay. When were you provided
4    that?
5    A.    Prior to this deposition.
6    Q.    And when? Today? A week ago?
7    Two days ago?
8    A.    Sometime between, I believe,
9    when I filed my rebuttal and when we're
10    meeting today.
11    Q.    Okay. And if I understood you,
12    you chose not to review it; is that right?
13    A.    I didn't review it. I didn't
14    have time to review it.
15    Q.    Okay. Did you skim it?
16    A.    No.
17    Q.    Did you open it at all?
18    A.    No.
19    Q.    Okay. Is there any opinion --
20    well, let me lay some foundation here.
21    You offered a rebuttal report
22    in this litigation, right?
23    A.    That's correct.
24    Q.    And an initial report?
25    A.    Yes.

Page 14

1     Q.   And an amended -- well, an
2 initial report and an amended report and a
3 rebuttal report, right?
4     A.   Right. And an amended
5 causation report and a rebuttal report.
6     Q.   Okay. And is there anything as
7 a result of Dr. Cabrera's testimony here that
8 you want to change in your three reports that
9 you've issued?
10     A.   No.
11     Q.   So you, sitting here today,
12 have no idea what happened or didn't happen
13 or said or was said at Dr. Cabrera's
14 deposition; is that fair?
15     A.   I think it's fair. I haven't
16 reviewed the deposition.
17     Q.   Okay. Your counsel handed me a
18 paper before we started today.
19           Did you see him do that?
20     A.   Yes, I did.
21     Q.   Okay. And is this something
22 that you reviewed?
23     A.   Yes.
24           (Hollander Exhibit 50 marked
25       for identification.)

Page 15

1 QUESTIONS BY MR. MURDICA:
2     Q.   Okay. I'm going to mark it for
3 the sake of the record as Exhibit 51. 50.
4           Do you recognize this,
5 Dr. Hollander, as what was handed to me
6 before we started?
7     A.   Yes, I recognize it.
8     Q.   Okay. Are you relying on
9 Exhibit 50 for -- to support your causation
10 opinions here?
11         MR. DOVEL: Objection. Form.
12 QUESTIONS BY MR. MURDICA:
13     Q.   Dr. Hollander, I'll ask a new
14 question.
15           Are you relying on Exhibit 50
16 for any opinion you have here?
17         MR. DOVEL: Objection. Form.
18         THE WITNESS: I'm incorporating
19     this material, along with all of the
20     other material that I have from my
21     materials considered, and it is
22     consistent with my opinion.
23 QUESTIONS BY MR. MURDICA:
24     Q.   Okay. Dr. Hollander, do you
25 know that Dr. Cabrera said that there's not

Page 16

1 enough there in that paper on the Notch or
2 SOX pathway to influence his causation
3 opinion?
4         MR. DOVEL: Objection. Form.
5         THE WITNESS: I'm not aware of
6     whether or not he made that statement.
7 QUESTIONS BY MR. MURDICA:
8     Q.   Okay. Dr. Cabrera -- I mean,
9 sorry, Dr. Hollander, are you, sitting here
10 today, going to tell us that the Notch
11 signaling or SOX pathway is a biologically
12 plausible mechanism that you are going to
13 rely on for your opinions here relating to
14 acetaminophen and the outcomes of ASD and
15 ADHD?
16     A.   Well, it's not a pathway that I
17 considered in my amended expert report or in
18 my rebuttal report, but it's additional
19 information that supports my opinions with
20 regards to exposure and outcome.
21     Q.   Okay. Dr. Hollander, have you
22 ever, in your regular work, researched Notch
23 signaling?
24     A.   No.
25     Q.   Okay. In your regular work,

Page 17

1 have you ever done any research or
2 experimentation regarding the SOX2 pathway?
3     A.   No.
4     Q.   Okay. In your expert report,
5 did you identify the hippocampus as an area
6 of the brain that is related to the
7 underlying development of ASD or ADHD?
8     A.   Well, yes. The hippocampus is
9 a, you know, essential region that's involved
10 in learning and memory that plays a critical
11 role across neurodevelopmental disorders, and
12 that can be disrupted by exposure that
13 affects neurodevelopment.
14     Q.   Okay. The study that you have
15 in front of you, Exhibit 50, doesn't say
16 anything about ASD or ADHD, correct?
17     A.   No, I don't see the words "ASD"
18 or "ADHD" in the abstract.
19     Q.   And it's a study of mice,
20 correct?
21     A.   That's correct.
22     Q.   When did you review that,
23 Exhibit 50?
24     A.   Over the weekend.
25     Q.   Okay. And if Dr. Cabrera is

Page 18

1 not relying on that for his opinion, that
2 doesn't change what you're doing with respect
3 to it, correct?
4         MR. DOVEL: Objection. Form.
5         THE WITNESS: Whether or not he
6 relies on this specific article for
7 his opinion, what I said before holds
8 true, that it's a piece of evidence
9 that I've reviewed that is supportive
10 of my opinions.
11 QUESTIONS BY MR. MURDICA:
12     Q.    Okay. In your -- so,
13 Dr. Hollander, your regular job is counseling
14 patients who have primarily OCD and autism,
15 correct?
16         MR. DOVEL: Objection. Form.
17         THE WITNESS: Well, I'm not
18 sure what you mean by "regular job,"
19 but, you know, among my different
20 roles, one of my activities is, yes,
21 I'm involved in clinical care of
22 patients with ASD and ADHD and OCD and
23 other neurodevelopmental and
24 psychiatric disorders.
25

Page 19

1 QUESTIONS BY MR. MURDICA:
2     Q.    Yeah.
3         Dr. Hollander, what I meant is,
4 your regular day-to-day job does not normally
5 entail testifying for plaintiffs' lawyers in
6 depositions, right?
7     A.    I have been involved in
8 testifying for plaintiffs' lawyers as part of
9 the various roles that I've been involved in.
10 I wouldn't say I do that on a day-to-day
11 basis, but that is an activity that I have
12 done as part of my overall activities.
13         MR. MURDICA: I guess we have a
14 tech issue.
15         Do I understand that correctly?
16         MS. JOHNSTON: Let's off the
17 record for a sec.
18         VIDEOGRAPHER: Yeah, the time
19 is 9:51 a.m. We are off the record.
20     (Off the record at 9:51 a.m.)
21         VIDEOGRAPHER: The time right
22 now is 9:56 a.m. We are back on the
23 record.
24 QUESTIONS BY MR. MURDICA:
25     Q.    Dr. Hollander, there was a

Page 20

1 technical issue.
2         Are you ready to proceed?
3     A.    Yes, I am.
4     Q.    Okay. When we stopped for the
5 technical issue, I was asking about your
6 testimony here versus your regular day-to-day
7 job.
8         Do you remember that question?
9     A.    Yes, I do.
10     Q.    Okay. And you testified that
11 you have in the past testified for
12 plaintiffs' lawyers, correct?
13     A.    That is correct.
14     Q.    Right.
15         And you offered opinions while
16 being paid for plaintiffs' lawyers in the
17 Mirapex litigation; is that right?
18     A.    Well, that's correct. I
19 offered opinions in the Mirapex litigation,
20 and I was compensated for my time.
21     Q.    You offered opinions while
22 being paid by plaintiffs' lawyers in the
23 Abilify litigation; is that correct?
24     A.    That's correct. I offered
25 opinions in the Abilify litigation as well

Page 21

1 and was compensated for my time.
2     Q.    Okay. Have you taken money
3 from the plaintiffs' Bar to offer testimony
4 in any other cases between Abilify and this
5 one?
6         MR. DOVEL: Objection. Form.
7         THE WITNESS: I don't believe
8 so.
9 QUESTIONS BY MR. MURDICA:
10     Q.    Okay. Do you disclose to your
11 patients that you've taken money from the
12 plaintiffs' Bar?
13         MR. DOVEL: Objection. Form.
14         THE WITNESS: Well, I don't
15 believe that I have a discussion with
16 each of my patients if -- if the
17 interactions that I'm having with my
18 patients have any relevance to the
19 testimony, for example, that I've
20 offered. So, no.
21 QUESTIONS BY MR. MURDICA:
22     Q.    Okay. Dr. Hollander, you've
23 published papers before, right?
24     A.    Yes, I have.
25     Q.    In the disclosure section, do

1  you include that you've taken hundreds of
2  thousands of dollars from the plaintiffs'
3  Bar?
4          MR. DOVEL:  Objection.  Form.
5          THE WITNESS:  In articles that
6      I publish, I disclose if there are
7      relevant conflicts of interest.
8  QUESTIONS BY MR. MURDICA:
9      Q.    Okay.  So the answer to my
10 question is, to date, you haven't disclosed
11 in any article that you've published that
12 you've taken hundreds of thousands of dollars
13 from the plaintiffs' Bar in the United
14 States, correct?
15         MR. DOVEL:  Objection.  Form.
16         THE WITNESS:  I don't believe
17     that there has been an occasion where
18     I've published material where that
19     would be a relevant conflict of
20     interest to disclose.
21 QUESTIONS BY MR. MURDICA:
22     Q.    And, therefore, you haven't
23 done it to date, correct?
24     A.    Well, if I -- if I were to
25 publish and it was relevant to compensation

1  that I've received -- and this would be the
2  case whether it was compensation related to,
3  you know, research grants or consulting
4  activities or speaking or testimony -- then I
5  would disclose the relevant conflict.
6      Q.    Okay.  And, Dr. Hollander, have
7  you ever disclosed as a relevant conflict
8  money you've taken from the plaintiffs' Bar?
9      A.    I don't believe that I've
10 published any material that would be relevant
11 to the issues, for example, that I've offered
12 opinion on and, therefore, I wouldn't be
13 bound to disclose because it wouldn't have
14 been a conflict of interest.
15     Q.    And therefore, Dr. Hollander,
16 your testimony is you haven't done it because
17 it hasn't been necessary, in your opinion,
18 correct?
19         MR. DOVEL:  Objection.  Form.
20         THE WITNESS:  Well, that --
21     that's correct.  I don't believe that
22     I've --
23 QUESTIONS BY MR. MURDICA:
24     Q.    Okay.
25     A.    -- published anything where it

1  would require a disclosion {sic} related to
2  that because I don't believe that I've
3  published anything that would be related to
4  material that I testified on.
5      Q.    You maintain a website called
6  Spectrum Neurosciences, correct?
7      A.    That's one of the websites that
8  I maintain, correct.
9      Q.    Do you have a disclosure on
10 there about the money that you've taken from
11 the plaintiffs' Bar?
12         MR. DOVEL:  Objection.  Form.
13         THE WITNESS:  I don't believe
14     that there is anything on that website
15     that relates to any material,
16     actually, that would relate to
17     testimony in any products liability
18     case, no.
19 QUESTIONS BY MR. MURDICA:
20     Q.    Dr. Hollander, have you ever
21 published anything on acetaminophen?
22     A.    I don't believe that I've
23 published anything on acetaminophen.
24     Q.    Dr. Hollander, have you ever
25 conducted any research regarding

1  acetaminophen prior to your engagement in
2  this litigation?
3      A.    I don't believe that I've been
4  involved in prior research with
5  acetaminophen.
6      Q.    Have you conducted any animal
7  studies with respect to acetaminophen?
8      A.    No.
9      Q.    Have you ever conducted animal
10 studies at all, Dr. Hollander?
11     A.    Yes.
12     Q.    Okay.  And was it you
13 conducting them or supervising them?
14     A.    Both.
15     Q.    Okay.  And is that something
16 you still do?
17     A.    Well, I would say that I work
18 closely with animal researchers as it relates
19 to translational research that I do.  So --
20 and if that's the case, then I would be
21 working with preclinical investigators to
22 inform the work that I do in terms of
23 clinical investigations.  That's the point of
24 translational research, to translate findings
25 from animal models into human studies.

Page 26

1    Q.    So if you wanted to conduct
2  animal research on acetaminophen, you could,
3  right?
4    A.    I don't -- well, if I -- if I
5  wanted to conduct animal research with
6  acetaminophen, I wouldn't do that myself, so
7  I would probably partner with a preclinical
8  investigator.
9    Q.    Okay.  And to date, you haven't
10  done that, right, Dr. Hollander?
11    A.    That's correct.
12    Q.    Okay.  And if I asked you the
13  same questions about human research or
14  study -- human study, you haven't done that
15  with respect to acetaminophen either,
16  correct?
17        MR. DOVEL:  Objection.  Form.
18        THE WITNESS:  Well, that's
19     correct.  I haven't conducted clinical
20     investigations regarding acetaminophen
21     either.
22  QUESTIONS BY MR. MURDICA:
23    Q.    Okay.  If we looked at your
24  profile on Spectrum Neurosciences, would we
25  see anything at all about attention-deficit/

Page 27

1  hyperactivity disorder?
2    A.    I believe you would.
3    Q.    Okay.  Is that one of your
4  specialties, Doctor?
5    A.    That is one of my specialties.
6    Q.    Okay.  If somebody asked -- if
7  your colleagues, would they say
8  attention-deficit/hyperactivity disorder
9  is one of your specialties, Dr. Hollander?
10        MR. DOVEL:  Objection.  Form.
11        THE WITNESS:  Yes, I have
12     expertise in all of the
13     neurodevelopmental disorders.
14  QUESTIONS BY MR. MURDICA:
15    Q.    Okay.  Dr. Hollander, is it
16  your opinion today that acetaminophen causes
17  the outcome of autism or ADHD in human beings
18  when used in utero?
19        MR. DOVEL:  Objection.  Form.
20        THE WITNESS:  It is my opinion
21     now, today, that acetaminophen
22     exposure in utero or in pregnant women
23     can cause neurodevelopmental
24     disorders, including ASD and ADHD, in
25     offspring, in humans.

Page 28

1  QUESTIONS BY MR. MURDICA:
2    Q.    Okay.  And when did
3  Dr. Hollander first come to that opinion?
4    A.    I came to that opinion prior to
5  writing my amended causation expert report.
6    Q.    Okay.  And I just want to make
7  sure we understand each other by the way we
8  name the reports.
9        You issued an initial report in
10  this litigation, right?
11    A.    Correct.
12    Q.    In that initial report, you did
13  not say that acetaminophen causes -- exposure
14  during pregnancy causes autism or ASD in the
15  offspring, correct?
16    A.    In my initial report I offered
17  a number of opinions, but in the initial
18  report I didn't specifically state that
19  acetaminophen causes ASD or ADHD.
20    Q.    And, Doctor, that's because at
21  the time you signed your initial report, that
22  was not one of the opinions you were
23  offering, correct?
24    A.    No.
25    Q.    Okay.  So at the time you --

Page 29

1  sorry.  At the time you signed your initial
2  report, you were intending to offer the
3  opinion that acetaminophen exposure in
4  pregnancy causes ASD and ADHD in the
5  offspring?
6    A.    No.  At the time of my initial
7  report, I held the opinion that acetaminophen
8  causes ASD and ADHD in offspring.
9    Q.    Okay.  And is it your testimony
10  that it was in your initial report?  That
11  that opinion was in there?
12    A.    No.
13    Q.    Okay.
14    A.    I'm saying that I held that
15  opinion.  I'm -- if you like, I can expand on
16  that.
17    Q.    Well, when, Dr. Hollander, did
18  you first come to hold that opinion?
19    A.    Prior to my initial report.
20    Q.    Okay.  Was it sometime in 2023?
21    A.    Yes.
22    Q.    Okay.  On -- for your Spectrum
23  Neurosciences -- that's a business, right?
24    A.    That's a subspecialty clinical
25  practice that specializes in

1 neurodevelopmental disorders.
2    Q.   Okay.  And there's three other
3 medical doctors that work with you as part of
4 Spectrum Neurosciences, right?
5    A.   There are several other medical
6 doctors as well as experts in neuropsychology
7 and psychology and people who have expertise
8 in other specialties that provide critical
9 treatment for these individuals.  So people
10 who are also ancillary professionals as well.
11    Q.   Do you remember my question?
12    A.   Your question was were there
13 three other doctors who work with me in that
14 clinical practice?
15    Q.   Medical doctors, Dr. Hollander.
16 There's three other medical doctors that work
17 with you?
18    A.   I believe that there's three
19 other medical doctors.
20    Q.   Okay.  And, Dr. Hollander,
21 which of those three other medical doctors
22 have you told that you hold the opinion that
23 in utero acetaminophen exposure causes autism
24 and ADHD?
25    A.   I'm not sure that I had

1 specific discussions with those three
2 individuals regarding this matter at hand.
3    Q.   Okay.  You haven't told them,
4 right?
5    A.   I don't recall whether or not I
6 told them.
7    Q.   Have you told anyone other than
8 the plaintiffs' lawyers?
9    A.   Yes.
10    Q.   Okay.  Who have you -- let's go
11 through who you've told.
12    A.   Well, in discussions with
13 patients who have been considering getting
14 pregnant, for example, or who have been
15 pregnant, if the topic was of relevance, I
16 may have had a discussion.
17    Q.   And that was in 2023, right,
18 Dr. Hollander?
19    A.   That's correct.
20    Q.   Okay.  Outside of patients that
21 you may or may not have told that you believe
22 that acetaminophen causes autism and ADHD,
23 have you told any medical professionals that
24 you believe that?
25    A.   Well, I have had discussions

1 with other individuals who have expertise in
2 the matters at hand, and I've questioned them
3 with regards to their opinion, and I've
4 discussed my thoughts as well.
5    Q.   And some of those people that
6 you've had discussions with are paid by the
7 plaintiffs' lawyers as well, right?
8    A.   Yes.  Some of those individuals
9 are experts on behalf of the plaintiffs, yes.
10    Q.   You know that your opinion that
11 you're offering here on causation is not
12 to -- at this point is not widely accepted,
13 correct?
14    A.   No.
15        MR. DOVEL:  Objection.
16    Objection.  Form.
17 QUESTIONS BY MR. MURDICA:
18    Q.   Okay.
19    A.   I don't think I would agree
20 with that statement.
21    Q.   Okay.  Dr. Hollander, are you
22 an obstetrician?
23    A.   No, I am not.
24    Q.   Okay.  When a woman is pregnant
25 and is asking for advice on medication during

1 pregnancy, would the first stop be an
2 obstetrician?
3        MR. DOVEL:  Objection.
4 QUESTIONS BY MR. MURDICA:
5    Q.   To ask for advice?
6        MR. DOVEL:  Form.  Objection.
7    Form.
8        THE WITNESS:  You know, if a
9 woman is pregnant or considering being
10 pregnant, then they might seek
11 information from different sources.
12 So it might be an obstetrician.  It
13 might be someone who deals with
14 high-risk pregnancies because these
15 issues may be particularly of interest
16 in people who specialize in high-risk
17 pregnancies.  It might be someone who
18 specializes in maternal-fetal
19 medicine.  So -- and also someone who
20 has expertise who can discuss the
21 risks and benefits of different kinds
22 of medications for both the mother and
23 for the offspring.
24 QUESTIONS BY MR. MURDICA:
25    Q.   Okay.  Dr. Hollander, are you

1  an MFM?  Are you an expert in maternal-fetal
2  medicine?
3      A.    Well, I see many women who have
4  issues around medication usage during
5  pregnancy, and I can offer advice.
6          I also sometimes refer patients
7  to individuals, for example, within my
8  practice or outside of the practice who also
9  have expertise in maternal-fetal medicine.
10         So I would want to seek and get
11 consultation from individuals with a range of
12 experience and knowledge and background.
13     Q.    Dr. Hollander, are you a member
14 of the Society of Maternal-Fetal Medicine?
15     A.    No.
16     Q.    Okay.  Are you a member of the
17 American College of Obstetricians and
18 Gynecologists?
19     A.    No.
20     Q.    Do you recognize ACOG as the
21 body that has expertise in obstetrics and
22 gynecology?
23     A.    Yes.
24     Q.    Everyone that's a member of
25 ACOG is board certified in obstetrics and

1  gynecology, correct?
2      A.    I would think so, but I'm not
3  certain about that.
4      Q.    Okay.  Have you seen what the
5  American College of Obstetricians and
6  Gynecologists have said about the
7  relationship between acetaminophen and the
8  outcomes of autism and ADHD?
9      A.    I have had the opportunity to
10 review different consensus statements issued
11 by different bodies that relate to this
12 matter.
13     Q.    Right.
14     A.    And I'm aware that there's
15 different consensus statements and opinions
16 that have been offered on this matter.
17     Q.    The 60,000 board certified
18 obstetricians and gynecologists in the United
19 States disagree with your opinions here, and
20 you know that, right?
21         MR. DOVEL:  Objection.  Form.
22         THE WITNESS:  Well, again, I
23     would say that there are different
24     bodies that have offered different
25     opinions with regards to this matter.

1  QUESTIONS BY MR. MURDICA:
2      Q.    Does ACOG agree with you,
3  Dr. Hollander?
4          MR. DOVEL:  Objection.  Form.
5          THE WITNESS:  Not at this time.
6  QUESTIONS BY MR. MURDICA:
7      Q.    Okay.  And that was my original
8  question, Dr. Hollander.
9      A.    Yes.
10     Q.    At this time --
11     A.    Right.
12     Q.    -- your opinion that
13 acetaminophen causes ASD and ADHD during
14 pregnancy is controversial, correct?
15         MR. DOVEL:  Objection.  Form.
16         THE WITNESS:  Well, I would say
17     that there are different opinions, and
18     I do think that that is consistent
19     with the history of medicine.
20         As, you know, additional
21     evidence appears and as different
22     analyses appear in the literature,
23     that influences recommendations and
24     treatment practice.  And those
25     recommendations evolve over time, yes.

1  QUESTIONS BY MR. MURDICA:
2      Q.    Right.
3          For example, back in the early
4  2000s, you were offering opinions regarding
5  the MMR and thimerosal issues, correct?
6      A.    No.
7      Q.    Okay.  I didn't mean offering
8  opinions for plaintiffs' lawyers.  I meant
9  you were tracking and talking about it
10 in your regular work, correct?
11     A.    No.  I was not offering
12 opinions with regards to that matter.
13     Q.    Okay.  You know that initially
14 vaccines were thought to be related to the
15 outcome of autism, right?
16     A.    I understand that that's an
17 area of controversy.  It's not something --
18 that's not an opinion that I've held.
19     Q.    Okay.  Well, let's ask you
20 today, Dr. Hollander.
21         Does the MMR vaccine cause
22 autism?
23     A.    As of today, no, I don't
24 believe that the MMR vaccine causes autism.
25     Q.    At one point there were

1  reputable doctors who were opining that it
2  did, right?
3          MR. DOVEL: Objection. Form.
4          THE WITNESS: Well, I've never
5  held that opinion. At one point there
6  were some doctors who held that
7  opinion, but I want to make it clear
8  that I've never held that opinion.
9  QUESTIONS BY MR. MURDICA:
10     Q.    And it -- in your view, it
11 turned out that those doctors that held the
12 opinion that the MMR vaccine causes autism
13 ended up being wrong, right?
14         MR. DOVEL: Objection. Form.
15         THE WITNESS: I believe that's
16  true, yes.
17 QUESTIONS BY MR. MURDICA:
18     Q.    All right. And right now, the
19 opinion you're offering here, Dr. Hollander,
20 is not generally accepted yet, right?
21         MR. DOVEL: Objection. Form.
22         THE WITNESS: No, I disagree.
23  So I think that the -- as the evidence
24  is accumulating, I think that more and
25  more individuals and bodies are

1   studying this in more detail, and I
2   believe that their opinions are
3   changing, yes.
4  QUESTIONS BY MR. MURDICA:
5      Q.    Okay. As of today --
6      A.    Yes.
7      Q.    -- right? We're sitting here
8  in August 2023 --
9      A.    That's right.
10     Q.    -- the American College of
11 Obstetricians and Gynecologists disagrees
12 with you as of today, correct?
13     A.    As of today, correct.
14     Q.    Okay. The Society for
15 Maternal-Fetal Medicine, as of today,
16 disagrees with you, correct?
17         MR. DOVEL: Objection. Form.
18         THE WITNESS: I believe so.
19 QUESTIONS BY MR. MURDICA:
20     Q.    Okay. FDA, as of today,
21 disagrees with you, correct?
22         MR. DOVEL: Objection. Form.
23         THE WITNESS: No, I don't agree
24  with that. I think that the FDA has
25  evaluated the epidemiology evidence,

1   and they've suggested that in order to
2   make a determination, that it's
3   important to be able to study the
4   animal model literature in order to be
5   able to come up with an opinion. And,
6   therefore, they've recommended that
7   animal studies should be conducted and
8   should be funded.
9  QUESTIONS BY MR. MURDICA:
10     Q.    Okay. And, Dr. Hollander, you
11 may not remember my question, but I'm asking
12 about as of August 2023, the FDA has had
13 numerous opportunities to weigh in on whether
14 the labeling of acetaminophen should be
15 changed to add a risk of ASD or ADHD,
16 correct?
17         MR. DOVEL: Objection. Form.
18         THE WITNESS: That's correct,
19  that the FDA has considered the matter
20  with regards to labeling changes.
21         The FDA has issued labeling
22  changes as it relates to
23  acetaminophen.
24         So, for example, with
25  intravenous acetaminophen and/or if

1   acetaminophen is combined with
2   tramadol, yes, they've changed the
3   labeling as a result of incorporating
4   both the animal data and the human
5   data, yes.
6  QUESTIONS BY MR. MURDICA:
7      Q.    Do you remember my question,
8  Dr. Hollander?
9          MR. DOVEL: Objection. Form.
10         THE WITNESS: Perhaps you can
11  repeat your question if you're not
12  satisfied with my response.
13 QUESTIONS BY MR. MURDICA:
14     Q.    Sure.
15         Dr. Hollander, are you aware
16 that many times in the last five to seven
17 years, FDA has been asked whether
18 acetaminophen labeling should be updated in
19 the pregnancy section to include a warning
20 about ADHD?
21         Are you aware of that?
22     A.    Yes.
23         MR. DOVEL: Objection. Form.
24 QUESTIONS BY MR. MURDICA:
25     Q.    Are you aware of a statement

Page 42

1 that FDA made in 2016 that there wasn't
2 enough evidence to do so?
3      MR. DOVEL:  Objection.  Form.
4 QUESTIONS BY MR. MURDICA:
5      Q.    Have you ever seen that?
6      A.    I'm aware.  However, I'm also
7 aware of the statement that the FDA has made
8 that in order to make a definitive
9 conclusion, that they would want to look at
10 all of the available data, and that in order
11 to answer the question, they would need to
12 review the animal data.
13      Q.    Okay.  And what --
14      A.    And in addition to that, that
15 that work should continue to be done and be
16 funded.
17      Q.    What statement was that,
18 Dr. Hollander?  When was that?
19      A.    That was a response to some of
20 their reviews with regard to this matter.
21      Q.    Okay.  Was that a public
22 statement?
23      A.    It was a statement that they
24 issued, yes.
25      Q.    Okay.  When did they issue that

Page 43

1 statement, Dr. Hollander?
2      A.    Maybe I can look at my
3 materials considered, and then I can go take
4 a look and see when that occurred.
5      Q.    Sure.  You can take a couple
6 minutes to do that if you're able to find it.
7      A.    Okay.  Well, so I see that
8 there are three relevant documents here.
9 One, the -- well, so I'm looking at the
10 package insert statements that they've issued
11 with regards to Ofirmev and also -- which
12 was -- and then another one with regards to
13 analgesics and antipyretics.
14           And then I have their
15 regulatory guidelines in 20 -- in January 31,
16 2023.
17           And then I also see their
18 background and overview statement in 2009.
19      Q.    Okay.  Dr. Hollander, which of
20 those allegedly contains the statement that
21 you just testified to?
22      A.    That -- about the need to look
23 at the data, including animal models and to
24 conduct more animal models?
25      Q.    Sure.

Page 44

1      A.    I'll have to take a look at the
2 statements, actually, to determine which one
3 it is.
4      Q.    Okay.  But it's your belief
5 that FDA made a -- made a public statement to
6 the effect of what you just testified?
7      A.    Yeah.  It's my belief that
8 they've said that in order to answer the
9 question, that they need to be able to
10 incorporate the animal model data in order to
11 make a decision.
12      Q.    Okay.  So, Dr. Hollander, you
13 didn't -- you didn't see anything in your
14 review where FDA said that further animal
15 study is unlikely to provide better
16 information?
17      A.    I don't agree with that
18 statement, no.
19      Q.    Did you see that?  Did you see
20 that FDA said that?
21      A.    Perhaps you can show me that
22 statement, and then I can respond to that.
23      Q.    Sure.
24           I'm asking, sitting here today,
25 do you remember ever seeing that?

Page 45

1      MR. DOVEL:  Objection.  Form.
2      THE WITNESS:  I don't -- I
3 don't remember reading a statement
4 where FDA said that animal data would
5 not inform a decision with regards to
6 this matter.  No, I don't remember
7 that.
8 QUESTIONS BY MR. MURDICA:
9      Q.    Okay.  Have you seen FDA's
10 statements this year that it continues to
11 review information regarding acetaminophen
12 and ADHD and ASD outcomes in pregnancy in
13 response to questions of whether the labeling
14 should be changed?
15      A.    Yes.  It's my understanding
16 that FDA is continuing to consider the matter
17 and that, you know, as additional information
18 becomes available, both with regards to
19 epidemiology and with regard to the animal
20 models, then FDA may offer additional
21 opinions with regards to labeling changes.
22      Q.    All right.  And do you have any
23 doubt that FDA is actually reviewing the
24 information as it comes out?
25      A.    I don't have any doubt that FDA

Page 46

1 would be continuing to review the
2 information.  And the information continues
3 to come out, so I know that it's on their
4 radar, and I would expect that they would
5 continue to review information as it becomes
6 available.
7    Q.    Right.
8        And you have a high opinion of
9 FDA's ability to review information regarding
10 drug safety, right?
11        MR. DOVEL:  Objection.  Form.
12        THE WITNESS:  Well, so FDA and
13 pharmacovigilance advisory groups with
14 regards to FDA are responsible for
15 evaluating information with regards to
16 safety and efficacy as it continues to
17 come out.
18        However -- and in -- this is
19 the history of multiple medications
20 with regards to labeling.  As
21 additional information comes out, FDA
22 revises the labeling accordingly.
23        Sometimes there's a lag time
24 between when the information comes out
25 and when the labeling changes occur,

Page 47

1 but the FDA does incorporate new
2 information and does issue labeling
3 changes to reflect the state of the
4 art with regard to the safety and
5 efficacy.  Absolutely.
6 QUESTIONS BY MR. MURDICA:
7    Q.    And, Dr. Hollander, as we sit
8 here today in August 2023, FDA has not
9 suggested that acetaminophen labeling should
10 say that ASD and ADHD are an increased risk
11 when used during pregnancy, correct?
12        MR. DOVEL:  Objection.  Form.
13        THE WITNESS:  Well, the FDA has
14 actually changed the package insert or
15 the labeling with regards to
16 acetaminophen as the new information
17 has come out.  And so as I've
18 mentioned, they have incorporated
19 labeling changes for the compound.
20        One of the issues here is that
21 this is a compound that was developed
22 in the 1890s.  It was originally
23 approved by the FDA early 1950s.
24        In the later 1950s, it went
25 over the counter, so it was no longer

Page 48

1 under the same regulatory
2 considerations from the FDA once it
3 became an over-the-counter product.
4 And at the time that it went over the
5 counter, the practices were very, very
6 different than they are currently now.
7        But I can say that with recent
8 prescription compounds that include
9 acetaminophen, yes, the label has
10 changed to reflect a more accurate
11 review of the literature with regards
12 to safety and efficacy, yes.
13 QUESTIONS BY MR. MURDICA:
14    Q.    Are you done, Dr. Hollander?
15    A.    Yes.
16    Q.    Do you think you answered my
17 question?
18    A.    I believe so.
19        MR. MURDICA:  Okay.  Would you
20 read back my last question, please, if
21 you can find it?
22        (Court Reporter read back
23 question.)
24        MR. DOVEL:  Did you want to
25 have that question reposed?  Or are

Page 49

1 you just having it read back?
2        MR. MURDICA:  No, I'm having it
3 reposed.
4        MR. DOVEL:  Objection.  Form.
5 QUESTIONS BY MR. MURDICA:
6    Q.    Can you answer that question,
7 Dr. Hollander?
8    A.    Yeah.  Perhaps you could
9 restate that question, because I believe that
10 there were a few different components that
11 were included within the same question.
12        MR. MURDICA:  Okay.  Would you
13 ask it again, please?
14        (Court Reporter read back
15 question.)
16        MR. DOVEL:  Objection.  Form.
17        THE WITNESS:  Well, my answer
18 would be the same, actually.  So that
19 the product labeling more recently for
20 prescription forms of acetaminophen
21 have reflected a change in the -- in
22 the risk versus the benefit or the
23 safety.  Specifically now, they're
24 included as a Category C.
25

1  QUESTIONS BY MR. MURDICA:
2      Q.   Dr. Hollander, are you unable
3  to answer the question?
4      A.   The --
5          MR. DOVEL:  Objection.  Form.
6          THE WITNESS:  The last question
7      that I just heard, I was answering
8      that question, so --
9  QUESTIONS BY MR. MURDICA:
10     Q.   Does the acetaminophen labeling
11 today contain anything about autism or ADHD?
12         MR. DOVEL:  Objection.  Form.
13         THE WITNESS:  Well, no, the
14     answer is the labeling today does not
15     include anything --
16 QUESTIONS BY MR. MURDICA:
17     Q.   Okay.
18     A.   -- with regards to ASD and
19 ADHD.
20         However, I believe that the
21 question that the court reporter just read to
22 me didn't say -- state that, actually.
23     Q.   Okay.  We're going to go back
24 and ask it again, Dr. Hollander, and if you
25 can't --

1      A.   Okay.
2      Q.   -- answer it, we're going to
3  take a break to decide to what to do with the
4  rest of the deposition.  Because I'm not
5  going to spend my day having you give
6  nonresponsive answers, because there's better
7  things we can do with our time.  So we'll try
8  it one more time.
9          MR. DOVEL:  The witness has
10     been extremely responsive.
11         MR. MURDICA:  Yeah, that's just
12     not -- that's not true.
13         MR. DOVEL:  Please don't
14     interrupt me.
15         MR. MURDICA:  That's not true.
16         MR. DOVEL:  We'll get through
17     today better if you don't interrupt
18     me.
19         MR. MURDICA:  Okay.
20         MR. DOVEL:  Our court reporter
21     is excellent, but she can only write
22     down one person at a time.
23         MR. MURDICA:  I agree.
24         MR. DOVEL:  So let me go ahead
25     and finish my statement.

1          MR. MURDICA:  Sure.
2          MR. DOVEL:  The witness has
3  been answering directly.  I've been
4  posing objections.
5      I can see the problem with your
6  question.  You just can't see the
7  problem with your question.  His
8  answers are very accurate.
9          MR. MURDICA:  Wonderful.  Thank
10 you.  Perhaps on the break you can
11 give me some free advice.  But thank
12 you.
13         MR. DOVEL:  I don't give free
14 advice.  I'm going to charge you for
15 it.
16         MR. MURDICA:  All right.  It
17 ain't worth it.
18     All right.  If you could ask
19 the question that the doctor has been
20 unable to answer one more time, I'd
21 appreciate it.
22     (Court Reporter read back
23 question.)
24         MR. DOVEL:  Objection.  Form.
25         THE WITNESS:  Correct.

1  QUESTIONS BY MR. MURDICA:
2      Q.   Okay.  Dr. Hollander, are you
3  aware of any medical organizations that as of
4  today, in August 2023, agree with your
5  causation opinion here?
6      A.   Yes.
7      Q.   Okay.  And what medical
8  organization is that?
9      A.   Well, the pharmacovigilance
10 committee that advises the European
11 medical -- EMA has offered that opinion.  So
12 that is a medical and regulatory advisory
13 group.
14     Q.   Okay.  Let's take this one step
15 at a time then.
16     In the United States, is there
17 any medical organization, to your knowledge,
18 that agrees with the causation opinion you're
19 offering here that acetaminophen causes
20 autism and ADHD?
21         MR. DOVEL:  Objection.  Form.
22         THE WITNESS:  Well, yes.
23 QUESTIONS BY MR. MURDICA:
24     Q.   Okay.  Which medical
25 organization in the United States?

Page 54

1    A.    The Bauer consensus statement
2 that was published represented a large number
3 of medical experts across different
4 scientific disciplines that explicitly
5 reviewed the literature in 29 different
6 studies and then, based on that, offered
7 specific opinions with regards to safety and
8 efficacy and also with regards to, you know,
9 regulatory guidelines and package insert.
10    Q.    Okay.  Dr. Hollander, is the --
11 are the 91 people who signed the consensus
12 statement, are they their own medical
13 society?
14        MR. DOVEL: Objection.  Form.
15        THE WITNESS:  I'm not sure
16    whether they're incorporated as a
17    medical society.  They do represent
18    individuals from a broad range of
19    different medical societies who have
20    scientific expertise and are able to
21    review the literature and offer
22    opinions.
23 QUESTIONS BY MR. MURDICA:
24    Q.    For example, two of the 91 are
25 members of ACOG and disagree with the 60,000

Page 55

1 that have said that -- that have come out
2 that we agreed earlier do not agree with the
3 opinion, correct?
4        MR. DOVEL: Objection.  Form.
5        THE WITNESS:  Well, I do agree
6    that this is a controversial area.  I
7    do agree that different organizations
8    have offered different opinions.  And
9    I do agree that opinions do change
10    over time as more evidence
11    accumulates.
12 QUESTIONS BY MR. MURDICA:
13    Q.    Okay.  Dr. Hollander, what
14 United States medical organizations have
15 offered the opinion that acetaminophen causes
16 autism and ADHD in offspring?
17    A.    I'm not sure that I could
18 recall a specific medical organization in the
19 United States.
20        I do know, for example, that
21 textbooks such as the Briggs textbook, which
22 talks about fetal -- which is the expert
23 reference with regards to fetal medicine and
24 exposure, have modified the guidelines and
25 offered opinions with regards to this matter

Page 56

1 at hand.
2    Q.    Okay.  Is Briggs a medical
3 organization?
4    A.    No.
5    Q.    Okay.
6    A.    Briggs is a well-regarded,
7 validated textbook that informs individuals
8 that work with pregnant mothers and doctors
9 who specialize in that, you know, what are
10 appropriate practices with regards to
11 different medicines.
12    Q.    Okay.  And, Dr. Hollander, back
13 to my question --
14    A.    Yes.
15    Q.    -- which is, United States
16 medical organizations or societies that share
17 your opinion that acetaminophen causes autism
18 and ADHD.
19        The answer is, you can't think
20 of one, correct?
21    A.    I can't recall one at this
22 time.
23    Q.    Okay.
24    A.    I can look into that and get
25 back to you.

Page 57

1    Q.    Okay.  We'll leave a -- we'll
2 leave a blank in the transcript.  There are
3 none, but we're going to leave a blank in the
4 transcript --
5    A.    Okay.
6    Q.    -- so you can go back and
7 determine that there are none, and then you
8 can fill it in.
9        Okay?
10        MR. DOVEL:  No, he's not going
11    to be filling in any blanks.
12        MR. MURDICA:  Well, he asked
13    for it, Counsel.
14        MR. DOVEL:  No, he didn't ask
15    for a blank.
16        MR. MURDICA:  He said he would
17    get back to us.  We'll put a blank in
18    the transcript that will remain blank
19    because there are none.
20 QUESTIONS BY MR. MURDICA:
21    Q.    All right.  Next question.  You
22 mentioned --
23    A.    Well, maybe just to complete my
24 thought then.
25        So I haven't -- I haven't

1 really considered the matter, and I haven't
2 searched all of the different medical
3 organizations in the United States and
4 haven't determined whether they've offered an
5 opinion on this matter.  So I can't really
6 say one way or another because I haven't
7 really considered that question.
8     Q.   Okay.  Dr. Hollander, sitting
9 here today, you're not aware of any United
10 States medical organization or society that
11 agrees with you that acetaminophen causes
12 autism and ADHD in offspring?
13     A.   Well, again, I would repeat
14 that I haven't considered the matter, and I
15 haven't searched each of the recommendations
16 for each of the different medical
17 organizations in the United States.
18     Q.   Fair.
19          But you can't -- I'm sorry, I
20 didn't mean to cut you off.  Go ahead.
21     A.   And so I -- to my knowledge at
22 this time, I can't recall one, although I
23 haven't considered that matter.  And so it's
24 hard for me to really respond.
25     Q.   Okay.  Dr. Hollander, in

1 response to a question a moment ago you
2 mentioned a textbook.
3          Do you remember that?
4     A.   Yes.
5     Q.   Okay.  And Dr. Hollander has a
6 textbook as well, right?
7     A.   That's correct.
8     Q.   Okay.
9     A.   Well, no, that's not correct
10 because I have more than one textbook.
11     Q.   Okay.  That's a fair point.
12          How many textbooks do you have
13 that are currently in publication, Doctor?
14     A.   Well, I have two popular
15 textbooks that have had multiple editions.
16     Q.   Okay.  And those textbooks
17 contain chapters on, for example, causes of
18 autism, right?
19     A.   Yes.
20     Q.   Okay.  And if we looked, would
21 any of your textbooks, any of your chapters,
22 any of the pages in your textbooks today, say
23 that acetaminophen causes ADHD?
24     A.   Well, yes, I believe that the
25 matter was considered in the textbook of

1 autism spectrum disorders, and there's about
2 a paragraph that discusses the matter and in
3 particular highlights one of the
4 meta-analysis, the Masarwa meta-analysis,
5 that did suggest an increased odds ratio
6 between exposure, acetaminophen, and outcome,
7 ASD, in that context.
8     Q.   I want you to listen carefully
9 to my question.
10          If we looked at your textbooks,
11 Dr. Hollander, any of the chapters, any of
12 the pages, would any of them say that
13 acetaminophen causes ADHD?
14     A.   Well, one of the textbooks is
15 on a different area, so it wouldn't be talked
16 about in that text.
17          But one of the textbooks does
18 relate to autism.  If we review the paragraph
19 in that textbook that reviews the literature
20 as of -- so one issue there is that the
21 textbook came out in 2022.  Probably was
22 originally written around 2019.
23          In that particular review,
24 there is one meta-analysis that is cited that
25 raises the issue but doesn't come up with a

1 definitive conclusion.  It suggests that
2 future work needs to be done and that one
3 might consider the issue of confounders as
4 well.
5          Nevertheless, they do talk
6 about this issue.  They do cite one of the
7 meta-analyses.  The meta-analysis does
8 suggest the increased risk between exposure
9 and outcome, but that -- in that particular
10 paragraph, there's no definitive opinion with
11 regards to causation, and they suggest that
12 the matter needs to continue to be studied.
13     Q.   Okay.  Dr. Hollander, I take it
14 if you're citing to some particular
15 paragraph, you looked at this recently; is
16 that right?
17     A.   Yes, I have.
18     Q.   In the past 24 hours?
19     A.   No.
20     Q.   Okay.  Dr. Hollander, does the
21 textbook -- so I asked a question about ADHD.
22 You're talking about autism.  So I'll ask a
23 question about autism.
24          Does your textbook say that
25 acetaminophen causes autism?

1    A.   Okay.  Then -- so -- and I'm
2  sorry, I thought you had been asking about
3  autism, not ADHD.
4        I don't believe there are
5  statements with regards to -- or that there's
6  any review, actually, with regards to
7  acetaminophen and ADHD mentioned in the
8  textbook.  So the textbooks deal with
9  different issues.
10         With regard to autism, yes.
11    Q.   It says acet -- okay.  I just
12  want to be clear.
13         Dr. Hollander's textbook
14  says -- published in 2022, right?
15    A.   Well, so it was published in
16  2022, the material in it.
17         So one issue with textbooks is
18  that sometimes -- textbooks are a general
19  overview of a particular area.  It takes a
20  long, long time for those textbooks to be
21  prepared and integrated.  Then you need to
22  have paper shipped from Canada into the
23  United States.  There can be long delays in
24  terms of when the material is prepared, let's
25  say, 2019, and when the textbook comes out,

1  2022.  So sometimes textbooks may not have
2  the most recent information.  And as a -- as
3  an overview, they may not have studied all of
4  the information at hand or included all of
5  the available studies or all of the available
6  meta-analyses at that time.
7         But nevertheless, it is
8  significant that in that textbook, yes, they
9  did discuss the issue with regards to
10  exposure and outcome, and they did cite an
11  important meta-analytic study that reviews
12  the material, but that they make some general
13  statements, well, clearly, you need to
14  consider confounders when you're looking at
15  exposure and outcome and more work should be
16  done.
17    Q.   And, Dr. Hollander, that
18  meta-analysis you're talking about is the
19  2008 {sic} publication Masarwa; is that
20  correct?
21    A.   No, I believe that's 2019.
22    Q.   2019.  Okay.
23         Dr. Hollander, my question was,
24  when we open your 2022 textbook, whenever it
25  was created --

1    A.   Yes.
2    Q.   -- whenever you signed off on
3  what was in it, it does not say the words,
4  "acetaminophen causes autism in exposed
5  babies," correct?
6    A.   I'm not sure it says those
7  particular words.
8         What I can say is, again, you
9  know, there's about a -- one paragraph.  It's
10  a selective review with one meta-analysis.
11  So it's not a comprehensive, deep dive in
12  terms of the available literature or even the
13  available meta-analyses that were -- knew at
14  that time.
15         One thing that I would also say
16  is that -- so I was overall editor for the
17  textbook, but I also had two coeditors.  The
18  particular -- so what we did is we divided up
19  the textbook into different groupings.  One
20  of the other editors was the responsible
21  editor for that particular chapter, so I
22  didn't serve as the primary editor on that
23  chapter.
24         I did serve as the overall
25  editor for the textbook.

1    Q.   Dr. Hollander, did you review
2  the content of the textbook before you put
3  your name on it?
4    A.   Yes, I -- well, I not only
5  reviewed all of the material, but that I also
6  assigned specific chapters to different
7  editors for them to do specific review as
8  well for certain areas.
9    Q.   Right.
10         And if you had any question,
11  concern or disagreement with anything in the
12  textbook with your name on it, you could have
13  called, written, asked questions about it to
14  make sure that it reflected your thoughts,
15  what you thought was appropriate, correct?
16    A.   Well, I would say that at that
17  time I hadn't reviewed the literature, I
18  hadn't weighted the evidence, and I hadn't
19  formed an opinion with regards to this
20  matter.
21    Q.   Okay.  So in 2019 -- well,
22  you're saying this was -- the 2022 textbook,
23  your testimony is that that's content as of
24  2019, right?
25    A.   Yeah.  Most of the chapters

1 were being submitted around 2019, and then it
2 eventually got published at around 2022.
3      Q.    So in 2019, the 2019 content,
4 when we look at what Dr. Hollander said,
5 we're not going to find Dr. Hollander
6 saying -- or his chapter saying that
7 acetaminophen causes ADHD or autism, correct?
8      A.    Well, again, what I would say
9 is that in the chapter, this issue is raised
10 that a particular meta-analysis, the Masarwa
11 meta-analysis, which is a -- is a pooling of
12 data from multiple different studies to look
13 at things like odds ratio in a large sample
14 size, raised the issue.
15           The authors who did a -- I
16 would say a selective review, not a
17 comprehensive review, said that what -- when
18 you're discussing issues about exposure and
19 outcome, of course you need to consider
20 confounders as well, and additional work
21 needs to be done.
22           So there was not a statement,
23 that's correct, in the chapter at that time
24 that said APAP, or acetaminophen, causes ASD.
25           There is a statement that says

1 there is literature and there are
2 meta-analyses that suggest that that is a
3 possibility and that additional -- additional
4 literature should be reviewed and additional
5 work should be done to come up with a
6 specific causation opinion.
7      Q.    And, Dr. Hollander, that
8 Masarwa meta-analysis is one of the studies
9 that you say is most important to your
10 opinion that acetaminophen causes autism and
11 ADHD in offspring, correct?
12           MR. DOVEL:  Objection.  Form.
13           THE WITNESS:  Well, that
14      particular meta-analysis is an
15      important study.  It is one of several
16      meta-analyses.  And all of those
17      meta-analyses show a positive
18      association between the exposure and
19      the outcome.
20 QUESTIONS BY MR. MURDICA:
21      Q.    Do you have, Dr. Hollander, any
22 textbook revisions underway right now?
23      A.    No.  Usually that happens when
24 the publishers, you know, contact the editors
25 and they say, well, this has been out for a

1 while.  We've sold a certain number of books.
2 We think it would be a good -- appropriate
3 time to publish a new edition.
4           So, for example, I have a
5 textbook on anxiety, obsessive compulsive and
6 posttraumatic stress disorders where we've
7 been through this process, and three
8 different times they've contacted me and
9 asked for an additional edition.
10           And that did happen in the
11 autism textbook as well, but I have no idea
12 when that might happen again with regard -- I
13 mean, the autism textbook is still relatively
14 new because it was only published in 2022.
15      Q.    Okay.  So as of today, you're
16 not working on a new edition of the 2022
17 Hollander textbook?
18      A.    No.
19      Q.    Okay.  Have you attempted to
20 publish this opinion that you now hold, that
21 acetaminophen causes autism and ADHD,
22 anywhere?
23      A.    No.
24      Q.    Are you going to?
25      A.    I don't have any immediate

1 plans to do that.  It's possible that at some
2 future time I might be asked to contribute to
3 a consensus statement, but I have no thoughts
4 or plans to do that at this point.
5      Q.    Okay.  And back to your
6 compensation here.
7           You're being paid an hourly
8 rate, right?
9      A.    That's correct.
10      Q.    Okay.  And what's the hourly
11 rate?
12      A.    My hourly rate is the same as
13 my hourly rate in my clinical practice, which
14 is $1,100 an hour.
15      Q.    Okay.  And to date, you've been
16 paid -- or you've charged approximately
17 somewhere in the low six figures for your
18 work here; is that right?
19      A.    I don't believe so.  I believe
20 that I've been paid about $76,000 to date.
21      Q.    Okay.  And that includes
22 everything through now?
23      A.    Well, no.  I've spent hours
24 working on this case in between when my
25 reports were issued and the -- and this

1  deposition.  So I've put additional time in.
2      Q.    Right.
3          So at $1,100 an hour, you're
4  going to be over $100,000 by the end of the
5  day for sure, right?
6      A.    I would expect so.  I expect
7  that I'd be compensated for the hours that
8  I've put in with regard to the effort, and
9  that -- and my -- I would be compensated at
10  the same rate that I'm compensated for other
11  activities.
12      Q.    Okay.  Earlier I asked you
13  about when you expressed in writing that you
14  had an opinion that acetaminophen caused ASD
15  and autism.
16          Do you recall those questions?
17      A.    Yes, I do.
18      Q.    Okay.  And the first time you
19  put it in writing was in your rebuttal
20  report; is that right?
21      A.    That's correct.
22      Q.    Okay.  And in your rebuttal
23  report, you purport to do a causation
24  analysis based on human literature, right?
25      A.    Yes.  In my rebuttal report,

1  you know, I perform a Bradford Hill analysis,
2  so it -- which is a methodology to be able to
3  incorporate the information from the various
4  studies that I've reviewed, yes.
5      Q.    And you just decided,
6  Dr. Hollander, that you should do a Bradford
7  Hill analysis in rebuttal; is that right?
8          MR. DOVEL:  The way that's
9      phrased, that appears to call for
10      privileged information.  I'm going to
11      ask you to rephrase that, if you
12      could, so you're not requesting any
13      privileged information.
14  QUESTIONS BY MR. MURDICA:
15      Q.    Dr. Hollander, you didn't do a
16  Bradford Hill analysis in your initial
17  report; is that correct?
18      A.    That's correct.
19      Q.    And you did in your rebuttal
20  report for the first time, correct?
21      A.    That's correct.
22      Q.    The information that you used
23  for the Bradford Hill analysis in your
24  rebuttal report was available six weeks
25  earlier when you issued your initial report,

1  correct?
2      A.    That's correct.
3      Q.    You just chose not to do it the
4  first time, right?
5      A.    No.  So I had reviewed all of
6  the relevant information.  I had had
7  conversations with other experts to provide
8  additional information.  I utilized all of my
9  scientific and medical background and
10  knowledge as well and was able to form an
11  opinion prior to my rebuttal report.
12          In my initial amended expert
13  report, I didn't have adequate time to
14  perform a weight-of-the-evidence analysis for
15  each of the individual articles that I had
16  reviewed.  And because I didn't have time to
17  perform that weight-of-the-evidence analysis
18  for each of the individual studies, I left it
19  out.
20      Q.    Okay.  And in your prior expert
21  work, in Abilify, for example, you also
22  rendered causation opinions, right?
23      A.    That's correct.
24      Q.    Okay.  And your definition of
25  causation at that point in time was that you

1  gather -- you need to have information from a
2  broad range of sources that's all consistent,
3  correct?
4      A.    Well --
5          MR. DOVEL:  Objection.  Form.
6          THE WITNESS:  -- consistency is
7      one important characteristic to be
8      able to weight the evidence.  It's one
9      of the factors in a Bradford Hill
10      analysis.
11  QUESTIONS BY MR. MURDICA:
12      Q.    And Dr. Hollander believes,
13  sitting here right now, that the information
14  on acetaminophen exposure during pregnancy
15  and the outcomes of ASD and ADHD are
16  consistent, correct?
17      A.    That's right.  In applying the
18  Bradford Hill factors and reviewing the issue
19  of consistency, yes, the available evidence
20  supports consistency.
21          MR. WATTS:  Hey, Jim, we've
22      been going about an hour.  Whenever
23      you get to a --
24          MR. MURDICA:  Sure, we can take
25      a break.

1   VIDEOGRAPHER:  The time right
2   now is 10:51 a.m.  We are off the
3   record.
4    (Off the record at 10:51 a.m.)
5   VIDEOGRAPHER:  The time right
6   now is 11:05 a.m.  We are back on the
7   record.
8   QUESTIONS BY MR. MURDICA:
9   Q.    Dr. Hollander, are you ready to
10  proceed?
11  A.    Yes, I am.
12  Q.    Okay.  Dr. Hollander, I take it
13  from your testimony in our last session that
14  you don't believe that the MMR vaccine causes
15  ADHD; is that fair?
16  A.    That's correct.
17  Q.    Okay.  You don't believe that
18  the MMR vaccine causes autism; is that fair?
19  A.    That's correct.
20  Q.    Okay.  And if I asked you the
21  same questions with regard to thimerosal,
22  does Dr. Hollander believe that thimerosal
23  causes autism or ADHD?
24  A.    Well, thimerosal causes a range
25  of developmental problems.  I haven't

1   specifically studied in detail thimerosal and
2   ASD and ADHD, but I'm not aware that
3   that's -- well, I haven't -- I haven't
4   studied that issue.
5   Q.    Okay.  So sitting here today,
6   Dr. Hollander would not say that thimerosal
7   causes ASD or ADHD; is that fair?
8   A.    I would say it's fair at this
9   time that I don't have an opinion of it, and
10  I don't -- I don't have a belief at this
11  point that thimerosal causes it, but I
12  haven't studied it.
13  Q.    Sitting here today, does
14  Dr. Hollander believe that SSRIs cause ADHD?
15  A.    No.
16  Q.    Okay.  Sitting here today, does
17  Dr. Hollander believe that SSRIs cause
18  autism?
19  A.    No.
20  Q.    Okay.  Sitting here today, do
21  you believe that maternal diabetes during
22  pregnancy can cause ADHD?
23  A.    Well, yes, I do believe that
24  maternal diabetes can be a risk factor for
25  ADHD.

1   Q.    Okay.  And if Dr. Hollander is
2   testifying that maternal diabetes can be a
3   risk factor for ADHD, what you really mean is
4   that has a causal role in development of some
5   ADHD.
6         Fair?
7   A.    I think it's fair that there's
8   elevated risk of the outcome associated with
9   the exposure.
10  Q.    Okay.  And by the way, in
11  your -- in your work with patients, are you
12  mostly treating them or are you also trying
13  to determine the cause of their presentation?
14  A.    Well, I would say in a routine
15  clinical practice that, you know, one
16  important role is to help manage the
17  condition and the symptoms that decrease the
18  distress and the, you know, functional
19  impairment.  So treatment is an important
20  component, but not the only component.
21  Q.    Okay.  And, Dr. Hollander, part
22  of my question is do you seek to identify --
23  let's say you have a patient that you've
24  diagnosed with ADHD.
25        Do you, Dr. Hollander, seek to

1   identify for the patient the cause of their
2   ADHD?
3   A.    Well, I do seek to identify
4   contributing factors that could either
5   increase the, you know, the distress or
6   impair the functioning.  Yes, I do try to
7   determine that and then intervene.
8   Q.    For example, Dr. Hollander, do
9   you send your patients that you've diagnosed
10  for genetic testing?
11  A.    I may, yes.
12  Q.    Okay.  Do you do differential
13  diagnoses on the causes of their
14  presentation?
15  A.    Yes.
16  Q.    Okay.  And so you know how to
17  do a differential diagnosis, right?
18  A.    Yeah, that's part of my routine
19  clinical practice, of course.
20  Q.    Anything that you consider as a
21  possible -- as -- in the etiology of the
22  presentation of the patient has to be
23  something that you rule in as even capable of
24  causing the condition, correct?
25  A.    Well, there's part of

¹ differential diagnoses, yeah.  You want to
² consider other conditions or factors that can
³ contribute to the presentation of the
⁴ illness, and you want to, you know, try to
⁵ determine whether or not those conditions are
⁶ playing a role or not.
⁷     Q.     Okay.  So first, you rule in
⁸ all of the things that could be a potential
⁹ cause of what you're seeing, right?
¹⁰     A.     Well, you consider, yeah,
¹¹ different potential causes or conditions.
¹²     Q.     And you don't consider causes
¹³ that aren't potential causes, right?
¹⁴     A.     I'm not sure I follow that.
¹⁵     Q.     Let me ask a better question.
¹⁶         You just testified that the MMR
¹⁷ vaccine can't cause autism, right?
¹⁸     A.     Right.  I said that the MMR
¹⁹ vaccine does not cause autism.
²⁰     Q.     Right.
²¹         So you're not going to ask a
²² patient who has autism whether or not they
²³ received the MMR vaccine because it's not
²⁴ something that you consider in your
²⁵ differential, correct?

¹     A.     That would be correct.
²     Q.     Okay.  And so my question was,
³ the only things you would consider as a
⁴ possible cause are factors that are actually
⁵ capable of being causal, correct?
⁶     A.     Well, I would be interested in
⁷ causal factors.  I'd also be interested in
⁸ mediators and moderators.
⁹     Q.     Okay.  So you'd put mediators
¹⁰ and moderators on your differential
¹¹ diagnosis?
¹²     A.     Yes.
¹³     Q.     Okay.  And to your knowledge,
¹⁴ is that a standard way to do differential
¹⁵ diagnosis?
¹⁶     A.     Well, if you're going to do a
¹⁷ comprehensive differential diagnosis, you'd
¹⁸ want to consider those factors.
¹⁹     Q.     Okay.  Including -- so you
²⁰ would put mediators and moderators as
²¹ potential causes in a differential diagnosis?
²²     A.     No, I wouldn't -- no.  So
²³ mediators and moderators are not causes.
²⁴ They are factors that can be related to both
²⁵ the exposure and the outcome and can

¹ influence the effect.  Or can mediate or
² moderate the effect.
³     Q.     Is there a -- well, this
⁴ question is about ADHD.
⁵     A.     Okay.
⁶     Q.     For ADHD, according to
⁷ Dr. Hollander, is there a presentation of
⁸ ADHD that's pathognomonic for the cause?
⁹     A.     Well, there are -- well, there
¹⁰ are multiple factors that need to be
¹¹ considered but that there's no single cause
¹² for all individuals with ADHD.  It's
¹³ multifactorial.
¹⁴     Q.     Right.
¹⁵         And my question was a little
¹⁶ different.  I was asking whether there's
¹⁷ something that's pathognomonic.  So let me
¹⁸ try asking a better question.
¹⁹         If you see an individual that
²⁰ you've diagnosed with ADHD, can Dr. Hollander
²¹ say, oh, I can tell by this presentation that
²² it was caused by this one thing?
²³         Do you understand my question?
²⁴     A.     I guess you're saying is there
²⁵ a single factor that can be -- fully account

¹ for ADHD in a particular individual?
²     Q.     What I'm saying is, is there
³ any particular presentation of an individual
⁴ that Dr. Hollander says, oh, I know because
⁵ of exactly how this looks that the cause had
⁶ to be Y?
⁷     A.     Right.  So you're saying is
⁸ there like a phenotype --
⁹     Q.     Right.
¹⁰     A.     -- that's associated with a
¹¹ specific cause?
¹²     Q.     Yes.
¹³     A.     Well, I think for ADHD and, you
¹⁴ know, idiopathic causes of ADHD, there are
¹⁵ multiple different factors and cofactors that
¹⁶ contribute to the symptoms and the syndrome.
¹⁷ So that for most individuals, no, there's not
¹⁸ a specific phenotype that's associated with a
¹⁹ specific cause.
²⁰         However, there can be different
²¹ factors that contribute to the causation, and
²² those factors may differ from individual to
²³ individual.
²⁴     Q.     Dr. Hollander, if I asked you
²⁵ that question about autism, would you give me

1 the same answer?

2        MR. DOVEL: Objection. Form.

3        THE WITNESS: I might give you

4 a different answer in that, you know,

5 with regards to autism, there are

6 known sort of syndromal causes of

7 autism. So those are conditions where

8 there may be a single genetic factor

9 that's associated with a particular

10 phenotype. And then when you look at

11 the phenotype, you can also diagnose

12 them as having ASD because they'd have

13 the criteria.

14        So in those cases of syndromal

15 forms of autism like Fragile X

16 syndrome or Prader-Willi Syndrome, for

17 example, there may be a single cause

18 associated with the ASD in those

19 particular individuals.

20 QUESTIONS BY MR. MURDICA:

21    Q.    Right.

22        So Dr. Hollander could look at

23 a patient with -- a particular autism patient

24 and say, oh, those are the factors that show

25 me that Fragile X is probably the cause,

1 let's go get a genetic test.

2        Right?

3    A.    Well, I think it would be the

4 other way around. So the person may present

5 with the phenotype, then they might get

6 genetic testing, and then that genetic

7 testing would confirm the diagnosis.

8    Q.    Okay. And in that specific

9 example you just talked about, that would be

10 a purely genetic cause, correct?

11    A.    Well, I would say yes and no.

12 And so even in these syndromal forms of ASD

13 like Fragile X or Prader-Willi Syndrome,

14 there's still a lot of heterogeneity in terms

15 of the presentation of the phenotype. So it

16 does differ.

17        And that there -- there can be

18 factors that modify the presentation of the

19 illness. So even in these syndromal forms of

20 ASD, that there can be other factors that

21 shape the expression of the phenotype.

22    Q.    Dr. Hollander, do you agree

23 that for -- start with autism -- for autism,

24 the more severe the presentation of the

25 autistic symptoms, the more likely that the

1 condition is caused by genetics?

2    A.    You know, it's a very

3 interesting question, and I think that the

4 evidence actually points in two different

5 directions with regards to that. So that

6 there is some evidence that the more

7 restrictive you make the phenotype, the

8 stronger the genetic variation or

9 contribution.

10        However, the opposite is also

11 true because, you know, there are traits

12 actually that run within families, like the

13 broader autism phenotype, that seem to be

14 familial and/or genetic that are actually

15 broader rather than more restrictive aspects

16 of the phenotype.

17        So it's very interesting

18 because it could work in both different

19 directions.

20    Q.    Okay. And I take it,

21 Dr. Hollander, you don't know how Dr. Cabrera

22 answered that question when I asked him?

23    A.    That's correct, I don't know

24 how he answered that question.

25    Q.    Did you review his report and

1 his rebuttal report?

2    A.    Yes, I did.

3    Q.    Okay. Did you see that

4 Dr. Cabrera holds the opinion that the more

5 severe the autistic symptoms, the more likely

6 it is to be caused by genetics?

7        MR. DOVEL: Objection. Form.

8        THE WITNESS: I believe that he

9 was responding to a point that had

10 been made by Wendy Chung with regards

11 to that. And I do think that in his

12 rebuttal report he acknowledged that

13 the tighter and tighter the

14 restriction in the phenotype, that

15 there could be more and more sort of

16 genetic heritability.

17        Whereas if you broaden the

18 phenotype somewhat, then do you have

19 more and more and more environmental

20 heritability contributing factors.

21 QUESTIONS BY MR. MURDICA:

22    Q.    And do you disagree with him on

23 that point?

24    A.    Well, I do disagree with him

25 with regards to this one idea, which is that

1 with regards to the -- so I think it actually
2 can work both ways.
3        So on the one hand, the more --
4 the more restrictive you make the phenotype,
5 there can be more genetic heritability.  But
6 I also think that you get that genetic
7 heritability even in the broader phenotype,
8 which seems counterintuitive but is also
9 true.
10     Q.    Dr. Hollander, I'm going to ask
11 you some more questions about what can and
12 cannot cause ADHD.
13        Okay?
14     A.    (Witness nods head.)
15     Q.    According to Dr. Hollander, can
16 a maternal fever -- untreated maternal fever
17 during pregnancy result in a child with ADHD
18 as a cause?
19     A.    Well, yes.  I mean, untreated
20 maternal fever, particularly the higher the
21 fever and the longer the period of time, can
22 increase the risk for having
23 neurodevelopmental outcomes, including ADHD
24 or ASD or neurodevelopmental disorders.
25     Q.    According to Dr. Hollander, can

1 maternal obesity cause ADHD in the offspring?
2     A.    Yeah.  Maternal obesity, again,
3 can be another factor that increases relative
4 risk for, you know, ADHD as well as ASD and
5 neurodevelopmental disorders.
6     Q.    Okay.  Can air pollution,
7 according to Dr. Hollander, air pollution
8 exposure in the mother during pregnancy cause
9 ADHD and autism?
10     A.    There -- I mean, there are
11 studies that suggest that exposure to air
12 pollution increases the relative risk for
13 neurodevelopmental disorders.
14     Q.    Okay.  So would Dr. Hollander
15 consider that as a potential cause of an
16 outcome of autism and ADHD in a child?
17     A.    I haven't, you know, studied
18 that in detail, and I haven't, you know,
19 applied either weight of the evidence or
20 haven't looked at the material and then tried
21 to use standardized methodology like Bradford
22 Hill in order to understand causation.
23        So I -- I'm not -- I can tell
24 you that there is some evidence for an
25 association between, you know, pollution or

1 air pollution and neurodevelopmental
2 disorders.  There's increased relative risk.
3 But I haven't applied, you know, like a
4 standardized methodology in order to develop
5 an opinion with regards to causation.
6     Q.    Okay.  So sitting here today,
7 Dr. Hollander wouldn't be able to tell us
8 whether air pollution exposure to the mother
9 can cause ADHD in the child.
10        Fair?
11     A.    I think it -- yeah, given that
12 I haven't really applied a kind of a
13 standardized methodology in order to
14 interpret the literature.  All I can say is
15 that there's an association, but I'm not sure
16 that I could make a definitive statement
17 about causation.
18     Q.    And not to be tedious, but the
19 same question.  Can air pollution exposure to
20 the mother during pregnancy result in ASD in
21 the child, according to Dr. Hollander today?
22     A.    I think I would have the same
23 answer.
24     Q.    Okay.  Dr. Hollander, can
25 premature birth cause ADHD in the child?

1     A.    Premature birth can be a factor
2 that's associated with an increased relative
3 risk of neurodevelopmental outcomes.
4     Q.    Okay.  And I think I understand
5 the distinction you're drawing,
6 Dr. Hollander.
7     A.    Yeah.
8     Q.    Are you willing to say that
9 prematurity -- a premature baby, the
10 prematurity itself can be a cause of the ADHD
11 or no?
12     A.    I'm not prepared to offer an
13 opinion in terms of causation, but I can say
14 that there's a -- there's an association.
15     Q.    Okay.  And if I asked you --
16 I'm going to ask you the same question on
17 autism.
18     A.    Right.
19     Q.    Does premature birth cause
20 autism?
21     A.    I mean, I guess my answer is
22 that there's probably an increased relative
23 risk, but that I'm not sure that I could make
24 a comment regarding causation.
25     Q.    Okay.  And when I'm asking

1 these questions, Dr. Hollander, and you're
2 saying they cause an increased risk but you
3 can't say causation, you would tell me if you
4 believed they weren't possibly a cause.
5         You're not saying that, right?
6     A.    I'm not -- I'm not saying that
7 they -- I'm saying that, you know, I haven't
8 reviewed the literature and applied
9 standardized methods and looked at things
10 like confounders in order to make a causation
11 statement, yes.
12     Q.    Okay.  And just to put further
13 clarity on that.  If you were trying to
14 figure out the etiology of autism in one of
15 your patients, for some reason you wanted to
16 do that, and you found out they were born
17 premature, you wouldn't -- you wouldn't rule
18 that out as a cause, right?
19     A.    I could -- I would say that it
20 could potentially be a risk factor, so it
21 could be a contributing factor.
22     Q.    Right.
23         So you wouldn't -- without
24 more, you wouldn't rule it out.  You would
25 consider it on the differential.

1         Fair?
2     A.    I would consider it as a factor
3 that could contribute to the -- you know, the
4 outcome.
5     Q.    Okay.  Dr. Hollander, low birth
6 weight, can low birth weight cause ADHD in
7 the -- in the child?
8     A.    Well, I would say that a low
9 birth weight is a factor that can increase
10 the risk for ADHD as an outcome.
11     Q.    Does low birth weight increase
12 the risk for autism as an outcome in a child?
13     A.    I believe that that -- that is
14 a factor that has some impact on the relative
15 risk.
16     Q.    Okay.  And I don't want to put
17 words in your mouth, but the reason
18 Dr. Hollander isn't saying that low birth
19 weight can cause autism and ADHD is just
20 because you haven't done a Bradford Hill.
21         Is that what you're saying?
22     A.    No.
23     Q.    Okay.  What prevents you from
24 saying that low birth weight can cause
25 autism?

1     A.    Well, so it's been reported
2 that low birth weight increases the risk for
3 that particular outcome, right?
4         But in order to determine
5 whether or not the elevated relative risk
6 causes it, you'd have to be able to look at
7 that and establish that it's a causal
8 relationship between the exposure and the
9 outcome.
10     Q.    Okay.  And for these things I'm
11 asking about for premature birth, low birth
12 weight, air pollution, you -- it's just that
13 you haven't done that.
14         Fair?
15     A.    No, I'm drawing a distinction
16 between association and causation.
17     Q.    Okay.  And my question,
18 Dr. Hollander, is, I understand you're saying
19 there's an association.  Correct me if I'm
20 wrong, but the reason Dr. Hollander can't say
21 that it's causal is because you haven't done
22 a full analysis for causation, right?
23     A.    Well, that's one reason, is
24 that I haven't done a full analysis for
25 causation.  And also, I haven't studied the

1 literature to determine whether or not there
2 were methods employed to be able to exclude
3 either known or unknown type confounders that
4 may be contributing to the association.
5     Q.    And that's an important part in
6 analyzing an association, to exclude known
7 and unknown confounders, correct?
8     A.    Well, yes.  I mean, if you want
9 to determine the relationship between
10 exposure and an outcome, you want to show
11 that that relationship persists even when you
12 do various things to try to control for
13 various known or unknown confounders.
14     Q.    And you can also try to do an
15 analysis to control for bias, right?
16     A.    Right.  That -- that's
17 something that you do want to consider.  And
18 there are different sources of bias, and you
19 want to be able to control for that bias
20 in multiple different ways.
21     Q.    Okay.  Back to the risk
22 factors.
23         Do you believe that -- does
24 Dr. Hollander believe that difficulty during
25 childbirth can cause ADHD?

Page 94

1    A.    Well, again, I would respond
2  that difficulties during childbirth can be
3  associated with an increased risk of the
4  outcome.
5    Q.    And the same question for
6  autism, can difficulty during childbirth
7  cause autism in the child?
8    A.    Well, again, I wouldn't say --
9  I wouldn't say that.  All I would say is that
10  the difficulties in childbirth can be
11  associated with increased relative risk for
12  that outcome.
13    Q.    Dr. Hollander, does maternal
14  hypertensive disorder have the potential to
15  cause ADHD in a child?
16    A.    Well, I mean, I haven't studied
17  that in detail.  I haven't -- I haven't
18  really looked at the literature with regards
19  to maternal hypertension.
20    I know that maternal
21  hypertension in and of itself can be
22  associated with different kinds of negative
23  outcomes, so it is possible that it could be
24  associated with things like birth trauma or
25  premature birth or -- and that those -- so

Page 95

1  it's -- I mean, it's possible that it could
2  be a factor or a cofactor associated with
3  increased relative risk.
4    Q.    Okay.  So sitting here today,
5  Dr. Hollander, you can't say whether maternal
6  hypertensive disorder during pregnancy can
7  cause or increase the risk of ADHD in the
8  child?
9    A.    Well, I believe that my
10  response would be similar to the other
11  responses, again, that it -- you know, it may
12  be associated with an elevated relative risk.
13  But, again, because I haven't employed
14  methods to determine whether or not it could
15  be causal, and because I haven't seen whether
16  or not, you know, different sources of bias
17  or potential known or unknown confounders
18  have been adjusted for, it's hard to make a
19  statement with regards to causality.
20    Q.    Okay.  And maternal
21  hypertensive disorder, is that preeclampsia?
22    A.    That can contribute to
23  preeclampsia.
24    Q.    Okay.  And do you associate
25  preeclampsia with the outcome of ADHD in a

Page 96

1  child?
2    A.    Yes, preeclampsia can be a
3  factor that increases relative risk of the
4  outcome.
5    Q.    Okay.  Can preeclampsia cause
6  ADHD in the child?
7    A.    I don't know whether or not it
8  can cause ADHD in the outcome for the same
9  reasons, both in terms of whether or not
10  adequate confounders have been controlled for
11  and the relative risk persists, and also
12  whether or not standardized methodology have
13  been utilized in order to determine
14  causation.
15    Q.    Okay.  And, Dr. Hollander, that
16  was about ADHD, and I appreciate the answer.
17  I'm going to ask you the same question about
18  autism.
19    Can preeclampsia cause autism
20  in a child?
21    A.    That I've -- I think I would
22  have the same response.
23    Q.    Okay.  Can childhood eczema
24  cause ADHD, according to Dr. Hollander?
25    A.    Well, childhood eczema, you

Page 97

1  know, can be like a -- you know, an immune
2  inflammatory condition.  And immune
3  inflammatory conditions during pregnancy
4  could -- during pregnancy could be associated
5  with things like maternal immune activation,
6  which could be a risk factor increasing the
7  relative risk for the outcome.
8    Q.    Okay.  So if I understood you
9  correctly, childhood eczema via inflammation
10  could be an -- be a risk factor for ADHD in
11  the child?
12    A.    Well, let me modify that.
13    So childhood eczema -- there's
14  an issue of temporality here.  So childhood
15  eczema, you're implying that this is
16  something that's occurring in the child
17  post-birth, right?  So that wouldn't be a
18  causative factor because of the issue of
19  temporality.  It wouldn't occur during the
20  time of fetal development, so that it
21  wouldn't -- it wouldn't -- from a temporality
22  standpoint, it wouldn't be causative.
23    Q.    Okay.  Dr. Hollander, from a
24  temporality standpoint, what is the cutoff in
25  development from when a condition can no

Page 98

1 longer cause -- an exposure can no longer
2 cause ADHD or autism?
3     A.    Well, if -- I mean, if you're
4 looking at maternal exposure during
5 pregnancy, and that's the exposure, and the
6 outcome is neurodevelopmental disorders, then
7 the temporality, or the exposure, would occur
8 during pregnant -- pregnancy.
9     Q.    Okay.  Let me put a finer point
10 on this.
11         I think I just heard your
12 testimony that childhood eczema, in other
13 words, after birth, is too late to cause
14 ADHD, correct?
15     A.    Well, it's a -- so I guess --
16 here is -- here is a caveat, but, yes, in
17 terms of temporality of exposure, yeah, it
18 wouldn't be in the window of maternal
19 exposure, so it wouldn't be associated with a
20 maternal exposure being a...
21         However, you know, it's
22 possible that, as you know, that, you know,
23 autoimmune disorders can run in families.  So
24 if you have a family where there are multiple
25 autoimmune disorders, then it's possible that

Page 99

1 it increases the risk of the mother having a
2 maternal autoimmune disorder during
3 pregnancy.  So it could be like a -- you
4 know, a marker.
5         But -- so one of the ways to
6 determine that is like negative exposures,
7 right?  So you look at the temporality of the
8 exposure, and then you look at the exposures
9 outside of that window as a control.  So
10 that's why many of these studies have looked
11 at negative exposure four years before
12 pregnancy or four years after pregnancy as
13 a negative control in order to control for
14 that.
15     Q.    Okay.  Dr. Hollander, an
16 exposure three months before pregnancy to a
17 medication is not going to cause ADHD or
18 autism in offspring, correct?
19     A.    Well, I would say it would be
20 less likely; however, it's still possible,
21 and I'll give you a possibility.
22         Let's say the mother was a --
23 administered a compound that you, know,
24 stored in the fat and persisted for a long
25 time.  Let's say the mother was injected with

Page 100

1 a long-acting compound, for example.  Then
2 it's possible that the mother would still
3 have measurable, you know, plasma levels
4 during pregnancy.
5         So in that kind of a case, it
6 could be.
7     Q.    Okay.  And so let me put a
8 finer point on my question.
9         Let's say there's a medication
10 with less than 12 hours of half-life.
11 Exposure three months before pregnancy is not
12 going to affect the fetus, correct?
13     A.    No, I would say if the -- I
14 mean, if you're looking at a longer period of
15 time and a drug with a short half-life, then
16 it would be less likely that an earlier
17 exposure would be associated with maternal
18 exposure unless -- or here's the other -- I
19 mean, just off the top of my head -- unless
20 it was -- unless that exposure beforehand was
21 somehow a marker of the mother's continuing
22 exposure during the pregnancy.
23         So you might make the argument,
24 well, if somebody is taking something prior
25 to pregnancy, well, maybe there's a higher

Page 101

1 likelihood that it could still be taken
2 during pregnancy.  So maybe it would be an
3 indirect marker, but that -- you wouldn't
4 think -- no, for the -- I mean, if it's
5 not -- if it's not in the mother's plasma,
6 it's not a compound that's present during
7 pregnancy, then you wouldn't think that that
8 exposure would be associated with the
9 outcome.
10     Q.    Okay.  And, Dr. Hollander,
11 you're not a teratologist, right?
12     A.    No.
13     Q.    But you understand what
14 teratology is, right?
15     A.    Yes, I'm familiar with the
16 principles and practices.
17     Q.    Okay.  And do you agree that in
18 general, exposures in the first two weeks of
19 pregnancy are all-or-nothing events that
20 either kill the embryo or don't affect it?
21         MR. DOVEL:  Objection.  Form.
22 QUESTIONS BY MR. MURDICA:
23     Q.    Do you understand my question?
24     A.    Well, I am aware that exposures
25 early on can be associated with higher risks

1 of like a termination of the pregnancy,
2 right?  So -- and then if the pregnancy is
3 terminated, then you wouldn't have the
4 outcome.
5     Q.    Right.
6         Do you remember seeing in
7 Dr. Cabrera's report the little chart that
8 showed the first 14 days are exposures that
9 either terminate the pregnancy or don't?
10     A.    I do recall seeing that chart.
11     Q.    Okay.  And I guess what I'm
12 trying to get at, Dr. Hollander, is, your
13 window of exposure for something that can
14 cause ADD -- ADHD and autism --
15     A.    Right.
16     Q.    -- is when the mother is
17 actually pregnant up to the time of
18 childbirth; is that correct?
19     A.    That's correct.
20     Q.    Okay.  Back to my question on
21 what can cause ADHD.
22         Can low maternal serum
23 vitamin D cause ADHD in the child?
24     A.    Well, it is possible that, you
25 know, maternal nutritional status can play a

1 role as a risk factor for neurodevelopmental
2 disorders and that, you know, nutritional
3 factors that have an impact on things like
4 oxidative stress could potentially be risk
5 factors.
6     Q.    Okay.  So would Dr. Hollander
7 consider vitamin D deficiency, a low serum
8 vitamin D, as a potential cause of ADHD in a
9 child?
10     A.    Again, I wouldn't use the word
11 "cause," but I would -- I would say that it's
12 possible that that could be -- there could be
13 a risk factor or an association, and it could
14 be a cofactor.
15         So poor nutritional status
16 could be a cofactor along with exposure to
17 other compounds that may have an additive
18 effect in terms of impacting the outcome.
19     Q.    And, Dr. Hollander, when you
20 say "cofactor," do you mean it could be a
21 contributing cause to the outcome?
22     A.    Not exactly, no, because -- so
23 contributing cause would be that there would
24 be, you know, multiple hits, and then the
25 more hits that you have, the higher the

1 overall relative risk, or the greater
2 likelihood of the expression of the full
3 phenotype.
4         Cofactors may be things that
5 directly interact then with other factors.
6 So, for example, if you have nutritional --
7 poor nutrition, for example, or other forms
8 of stress on the mother that could deplete
9 things like glutathione, that could be like a
10 cofactor.
11         So that, let's say, you have an
12 exposure to a compound that has an impact on,
13 let's say, oxidative stress, but it occurs in
14 a setting where you've depleted a particular
15 antioxidant, then it would be a cofactor.  So
16 they would be working in concert together,
17 and they wouldn't just be independent
18 factors.
19     Q.    Okay.  So sitting here today,
20 Dr. Hollander would not say that maternal low
21 vitamin D can cause autism or ADHD, correct?
22     A.    Well, for the reasons before, I
23 wouldn't use the word "cause."  You know, I
24 might say relative risk or association.
25     Q.    In order to get to causation on

1 a question like that, Dr. Hollander, you
2 would need to do a full weight-of-the-
3 evidence analysis, correct?
4     A.    Well, again, you'd want to look
5 to see whether there are other factors that
6 influence the association, right?  You would
7 want to -- you'd want to control for other
8 factors that influence the association, and
9 then you'd want to apply standardized
10 methodology in order to determine causation.
11 Yeah.
12     Q.    Okay.  And it's just that we --
13 no one has asked you to do that, right?
14         So sitting here today, you
15 can't say whether it can be causal.
16         Fair?
17         MR. DOVEL:  Objection.  Form.
18         THE WITNESS:  Well, I guess I'm
19 saying two things.  One is, I
20 certainly haven't done that, but I'm
21 also not aware in the literature of
22 that as well or whether others have
23 done that.
24 QUESTIONS BY MR. MURDICA:
25     Q.    Okay.  But you don't know

1 whether the literature exists or not, right?
2    A.   I believe that the literature
3 has looked at issues in terms of association,
4 but I don't know whether or not those studies
5 that looked at association adequately
6 controlled for, again, you know, various
7 factors like confounders.  And so -- and/or
8 whether or not, you know, anybody has applied
9 standard methodology to determine causation.
10    Q.   Dr. Hollander, have you -- do
11 you have an opinion of whether advanced
12 maternal age can cause autism and ADHD?
13    A.   Well, I do know that there's
14 pretty good evidence, actually, that both
15 maternal and paternal age can be a risk
16 factor for increasing the risk of
17 neurodevelopmental disorders, including ASD
18 and ADHD.
19    Q.   Okay.  And paternal age was
20 going to be my next question.
21    A.   Right.
22    Q.   Dr. Hollander, I take it from
23 your answer that the risk factors that -- you
24 haven't done an analysis as to whether
25 advanced maternal or paternal age is

1 causative for autism or ADHD.
2       Fair?
3    A.   Well, I mean, that's a very --
4 it's an interesting finding.  It's a pretty
5 strong finding that has been repeated.
6       It actually -- it's interesting
7 for a couple different reasons, but one is it
8 informs hypotheses with regards to plausible
9 biological mechanisms as well.
10    Q.   And I understand what you're
11 saying, Dr. Hollander, and I'm just asking.
12 The reason you can't -- you won't say right
13 now that advanced maternal and paternal age
14 is causative of autism and ADHD is because
15 you haven't done a weight-of-the-evidence
16 analysis and looked at it, correct?
17    A.   Well, I think that -- that --
18 that relationship is pretty strong, that
19 association.  And I do believe that there
20 have been attempts to look at different kinds
21 of confounders with regards to that, and that
22 the association persists even when
23 controlling for certain confounders.
24       I also think that -- again,
25 it's interesting because it suggests that as

1 the father or the mother ages, you know, you
2 have sperm or eggs that are replicating over
3 and over and over and over again.  And the
4 longer the period of time that that happens,
5 the more likely that you can get problems in
6 terms of, you know, copying the DNA, and
7 you're more likely to get de novo mutations,
8 actually.
9       So, I mean, it's a very
10 interesting idea that as a -- as an
11 environmental factor, I guess, maternal or
12 paternal age, it actually can influence the
13 genetic contribution.
14    Q.   And understanding,
15 Dr. Hollander, that you're, you know,
16 considering this right now --
17    A.   Yeah.
18    Q.   -- are you willing to say it's
19 causal today or not?
20    A.   I'm not able to say whether or
21 not it's causal today.
22    Q.   Okay.
23       How about maternal depression,
24 Dr. Hollander?  Is maternal depression
25 causative of ADHD in the child?

1    A.   Well, I think it's
2 well-documented that, you know, maternal
3 stress and maternal psychiatric illness is
4 not good for the baby or the fetus.  However,
5 I think that that's an area where people have
6 looked at different kinds of confounders and
7 tried to control for that, and there hasn't
8 been strong evidence for causation.
9    Q.   Do you recognize,
10 Dr. Hollander, that there's an association in
11 studies between maternal depression and the
12 outcomes of ADHD and autism?
13    A.   I'm aware that there's an
14 association.  I do know that people have been
15 trying to blame the mother for long periods
16 of time on causing autism, the whole
17 refrigerator mother hypothesis.  And that's
18 been carried forward also to various
19 kinds of maternal behavioral factors and
20 psychiatric factors and looking at their
21 relationship to outcome.
22    Q.   Dr. Hollander, you raise a good
23 point.  There's been several things that have
24 been blamed as causes of autism that turned
25 out to not be true, right?

Page 110

1     A.    That's true.

2     Q.    Okay.  One of them is what you

3  just mentioned, refrigerator mothers, the

4  theory basically that the mothers were cold

5  and didn't love their children and they

6  developed autism, right?

7     A.    That's correct.

8     Q.    Okay.  And that -- you agree

9  that is not something that is factual, right?

10    A.    No.  So refrigerator mothers

11 are not the cause of autism.

12          It is possible that, you know,

13 profound deprivation, so people who are like

14 raised in orphanages and don't get any kind

15 of maternal caring, can be at increased

16 relative risk for developing

17 neurodevelopmental problems.  But, no, that,

18 you know, refrigerator mothers don't cause

19 autism.

20    Q.    Right.

21          And, Dr. Hollander, there was a

22 point in time in the early 20th century when

23 doctors actually said that was a cause of

24 autism, right?

25    A.    That's true.

Page 111

1     Q.    Okay.  And we discussed this

2  earlier, but there was a point in time only

3  20 years ago when some doctors thought that

4  vaccines caused autism, right?

5     A.    That's true.  The theory has

6  been discredited, but there was a time when

7  some people posited that.

8     Q.    Yeah.

9          And, Doctor, to make this

10 easier, I'm going through things that have

11 been attributed as causes that have been

12 discredited --

13    A.    Okay.

14    Q.    -- and seeing what you agree.

15    A.    Okay.

16    Q.    Have you -- do you know that

17 the Ferber method of --

18    A.    Yeah.

19    Q.    -- with children has been

20 discredited as a cause of autism after being

21 attributed as a cause?

22    A.    Yeah, I agree that the Ferber

23 method doesn't cause autism.

24    Q.    Dr. Hollander, are you aware

25 that there were theories with doctors saying

Page 112

1  that certain dairy products caused autism?

2     A.    I am -- I am aware that some

3  people feel that like a, you know, gluten and

4  casein-free diets, for example, that those

5  can trigger inflammatory processes.  And so

6  one approach is try to eliminate that, for

7  example, in the diet and see whether or not

8  it affects behavior.

9     Q.    Okay.  Does Dr. Hollander

10 believe that the dairy products and gluten

11 theory as a cause of autism has been

12 discredited?

13    A.    Yeah, I think there's no

14 evidence that that causes autism.

15    Q.    Okay.  Have you seen,

16 Dr. Hollander, that there was a theory

17 posited by doctors that modern wheat, the

18 advent of modern wheat, was causing autism?

19    A.    Well, the same idea again, you

20 know, like wheat can trigger inflammatory

21 processes in some people who are sensitive to

22 that.  But I don't think that wheat is the

23 cause of autism.

24    Q.    Okay.  And cable TV was posited

25 as a cause of autism.

Page 113

1          Are you aware of that?

2     A.    I'm not aware of that.

3     Q.    Okay.  Dr. Hollander, cable TV

4  is not a cause of autism, right?

5     A.    No.

6     Q.    See, the easiest question in

7  your deposition.

8     A.    Okay.

9     Q.    Okay.  Let's talk a little bit

10 about the diagnosis rates of autism and ADHD.

11          Dr. Hollander, in your rebuttal

12 report, at one point you say they're

13 increasing, and at another point you're

14 saying they're stable throughout the world.

15          What is your opinion right now

16 about the diagnosis rates of ADHD and whether

17 they are increasing, decreasing or staying

18 flat?

19    A.    Well, I disagree with your

20 statement that in my rebuttal I state that

21 the rates of ASD and ADHD are stable

22 throughout the world.  I believe that I was

23 referencing a comment that Dr. Faraone said.

24 So that's where that sentence came from.  It

25 wasn't from me.

1    Yeah, I believe that in the
2 last 20 years, you know, the rates of ASD
3 have more -- they have quadrupled.  So like a
4 400 percent increase.  And so the rates have
5 gone from about 1 to 350 to 1 in 36.
6    Q.    You're talking about autism,
7 Doctor?
8    A.    Autism, yeah.
9    Q.    Okay.  And, Doctor, in the
10 opinion of Dr. Hollander, does that represent
11 an autism epidemic or just better diagnosis?
12    A.    Well, that's a good -- it's a
13 good question, and that is a topic that has
14 been debated in the field, whether the
15 increase in estimates, let's say, from 1
16 in -- just in the last 20 years, 1 in 350 to
17 1 in 36, can be attributed solely to, you
18 know, broadening diagnostic criteria or
19 increased public awareness or greater
20 screening, for example, or whether, in fact,
21 they represent true increases.  And there are
22 different ways to try to disentangle or
23 address that.
24        So one of the ways to try to
25 address that is to use standardized

1 surveillance methods in a prospective fashion
2 that occur at frequent intervals.  So that's
3 an approach, for example, that the CDC uses.
4 They use standardized methodology at regular
5 intervals with valid, reliable outcome
6 measures.
7        In addition to that, you can
8 look at sort of medical diagnosis rates from
9 electronic medical records, things like that.
10 So you're having a standardized methodology
11 applied at regular intervals over time in
12 order to determine, you know, prevalence
13 rates.
14        There you see, you know, that
15 the prevalence rates are increasing using the
16 same assessment measures and the same
17 methodology in a prospective fashion at
18 regular intervals, and that you get the --
19 you get similar kinds of rates, or you get
20 similar increases in rates, with different
21 methods, whether you're looking at electronic
22 medical records and clinician diagnoses or
23 whether you're using other sampling kind of
24 techniques.
25    Q.    Okay.  I appreciate that,

1 Dr. Hollander, but what is your opinion?  Is
2 your opinion that -- we'll start with
3 autism -- that there are genuinely more cases
4 of autism, and it doesn't have to do with the
5 other potential explanations that you just
6 said?
7    A.    Well, my opinion is that there
8 are different factors that can contribute and
9 that need to be understood and controlled
10 for.
11    Q.    Okay.
12    A.    So I am aware that diagnostic
13 criteria have changed a little bit, you know,
14 particularly with the idea in DSM-5 of
15 looking at the spectrum as opposed to
16 individual diagnoses, and I am aware that
17 there's a lot more awareness now of these
18 conditions.
19        And I'm aware that there's more
20 routine screening for those conditions as
21 well, and then I am aware that there's more
22 referral to specialists.  So those things are
23 all true.
24        However, I'm also aware that
25 using standardized methodology and different

1 approaches, you know, the rates continue to
2 increase.  And so I believe that while some
3 of those factors may contribute to some
4 extent, there's still a significant increase
5 even when you control for all of those other
6 kind of factors.
7    Q.    Dr. Hollander, do you believe
8 the same thing for ADHD?  Because you were
9 asked -- answering about autism.
10    A.    I was answering for autism.
11        And I think with regards to
12 ASD, you know, the results are a little bit
13 different.
14    Q.    ADHD.  I don't mean to
15 interrupt you, but you said ASD.
16    A.    I'm sorry.  I apologize.
17    Q.    We're talking ADHD.
18    A.    Yeah.  Right.
19    Q.    I just want to save you from
20 having to repeat it.
21    A.    No.  Well, yeah.  I do believe
22 that the rates for ADHD have increased over
23 time, not as dramatically, but there has been
24 an increase, and that I -- that represents an
25 increase in the true prevalence and --

Confidential – Subject to Protective Order

1 although there could be other factors that,
2 you know, contribute to the diagnosis.
3         Also, the same answer. Using
4 standardized methods and different
5 approaches, there's still a significant
6 increase in rates over time.
7         The time -- the time span is a
8 little bit different. So the time spans that
9 are kind of measured, in ASD you have a nice
10 period of 20 years where you can sort of
11 measure that using standardized methodology.
12         Here, the time intervals are a
13 little bit different, but the finding is
14 similar, that there's an increased rate, even
15 if you account for awareness and screening
16 and diagnostic changes and, you know, other
17 kinds of factors like services and things
18 like that.
19     Q.    Okay. Dr. Hollander, let's go
20 through some of those factors.
21         So with respect to ADHD, the
22 diagnostic criteria did, in fact, expand
23 quite a bit, right?
24     A.    Well, there were some changes,
25 for example, with regards to age of onset.

1     Q.    7 versus 12, right?
2     A.    Correct.
3     Q.    Okay. So you went from having
4 diagnoses for people who had symptoms before
5 7 to including five more years, anybody who
6 had symptoms before 12, right?
7     A.    That's true. That is a change.
8         You know, part of the reason
9 for that is that there was a significant
10 underdiagnosis of individuals with adult
11 ADHD. And so it didn't really represent the
12 true prevalence of adult ADHD because there
13 was this artificial cutoff. And when you
14 expand the, you know, onset of presentation,
15 you may get a more accurate presentation.
16         And that's particularly true
17 for -- so one of the issues is people have
18 the inattentive, you know, subtype. There's
19 a large, I guess, misidentification. Those
20 individuals may not be -- if you're not
21 exploding or having temper tantrums, you're
22 not impulsive, you're not hyperactive, you're
23 less likely to be picked up, right? So it
24 may present in adulthood.
25         And then if you have an

1 artificial cutoff where it demands that it's
2 identified by a certain age, then you may be
3 minimizing the illness.
4         I mean, the second issue is
5 gender issue. So ADHD is much less likely to
6 be picked up in women, partly because women
7 have less, you know, disruptive behavior,
8 temper tantrums, irritability, hyperactivity.
9 And therefore, again, you know, there's an
10 underrepresentation.
11         And so I think it's a step in
12 the right direction by including a different
13 age cutoff because it gives you a more
14 accurate representation.
15         But nevertheless, you're right,
16 there was a change in that diagnostic
17 criteria.
18     Q.    And that increase -- and that
19 resulted in a significant increase in the
20 number of diagnoses in the United States,
21 correct?
22     A.    It did identify many
23 individuals who hadn't been diagnosed prior
24 to that because of that cutoff.
25     Q.    Right.

1         And so you would agree with me
2 that that change, the change from 7 to 12,
3 greatly increased the diagnoses of ADHD in
4 the United States, correct?
5         MR. DOVEL: Objection. Form.
6         THE WITNESS: Well, I would say
7 that, you know, it's certainly
8 possible that that could be a factor
9 that could alter, you know, diagnostic
10 rates.
11         However, you know, one of the
12 things that I would say, though, in
13 the ADHD is at the time -- so the --
14 2013 was when DSM-5 was published,
15 right? And that the surveillance
16 techniques in ADHD were often for
17 relatively time -- shorter time
18 periods. So you could -- I mean, you
19 could specifically control for that by
20 looking at, you know, rates. Rates
21 after 2013, you know, the criteria
22 would be the same.
23 QUESTIONS BY MR. MURDICA:
24     Q.    What's the average age,
25 Dr. Hollander, of the diagnosis of ADHD in

Page 122

1  the United States?
2      A.    Well, you're raising a good
3  point in that, you know, the longer the
4  follow-up, the higher the number of
5  individuals that you're going to be picking
6  them up.
7          I think that patients -- I
8  guess it varies.  Again, the hyperactive,
9  impulsive individuals are going to be
10 diagnosed much earlier, and the inattentive
11 subgroup are going to be diagnosed much
12 later.  The girls are going to be diagnosed
13 later.  So that there are different factors
14 that influence age of onset.
15     Q.    Yeah.
16         And do you know the average age
17 of diagnosis, Doctor, in the US?
18     A.    I think often, you know, the
19 diagnosis can be made, you know, by around
20 age 7, but there are many -- you know, many
21 people who don't present until after -- until
22 12.  I mean, that's why the diagnostic
23 criteria have changed.
24     Q.    What's the average age of
25 diagnosis of autism or ASD in the United

Page 123

1  States?
2      A.    The age of onset with autism,
3  again, really varies based on the
4  presentation.  So you've got kids who are,
5  you know, aggressive and having temper
6  tantrums.  They're going to be diagnosed at a
7  much earlier age.
8          Girls are going to be diagnosed
9  at a much later age.
10         Those individuals with high IQ,
11 those would good verbal ability, are going to
12 be diagnosed at a much later age.
13         So the -- and now we're finding
14 that, you know, more and more people who are
15 higher-functioning and who have good verbal
16 skills are really not diagnosed until
17 adulthood, actually.
18     Q.    And --
19     A.    So it depends on the -- it
20 depends on the phenotypic presentation.
21     Q.    I understand that,
22 Dr. Hollander.  And all I'm asking is, do you
23 know the statistic in the United States of
24 the average age of diagnosis of autism?
25     A.    Well, then, again, it depends

Page 124

1  on the cohort, the racial and ethnic group.
2  And so there are a lot of different factors
3  that influence it.
4          I could say that kids are often
5  diagnosed -- you know, truthfully, the --
6  well, you have two different factors
7  competing.  One is more screening and early
8  diagnosis, but then the idea that -- you
9  know, you're picking up more individuals with
10 milder forms, so it's working in two
11 different directions.  But it may be
12 around -- and it -- definitely there are big
13 factors in terms of racial and ethnic and
14 socioeconomic factors.
15         I would say maybe like around
16 age 5, but it really varies.  Some people are
17 being picked up at 18 months, and some people
18 are picked up at adulthood.
19     Q.    Right.  And I understand all of
20 the qualifiers, Dr. Hollander.
21         But in general, you would --
22 you would testify here that if you factor in
23 everybody who has a diagnosis, the age of
24 diagnosis on average for ADHD across all the
25 different populations is about age 7, and for

Page 125

1  autism across all the different populations
2  and given all those caveats is around 5.
3          Fair?
4          MR. DOVEL:  Objection.  Form.
5          THE WITNESS:  I would say that
6      those estimates are roughly
7      appropriate.  And I'll also say that
8      the age of onset of ASD tends to be
9      before the onset of ADHD.
10         But I would also say there are
11     so many different -- it really depends
12     on the cohort that you're measuring it
13     in because it can vary.
14 QUESTIONS BY MR. MURDICA:
15     Q.    And, Dr. Hollander, one of the
16 other reasons that the diagnoses -- the
17 number of diagnoses are increasing in the
18 United States, I think you mentioned earlier,
19 but more awareness by medical providers to
20 look for these symptoms in women, right?  In
21 female children?
22     A.    Well, I agree, without a doubt,
23 there's been an underdiagnosis in women for a
24 number of different reasons.  So, you know,
25 in -- so in ASD, there's a 4 to 1 ratio.

Page 126

1 Maybe that's not really an accurate ratio,
2 and maybe -- and some have suggested a more
3 recent kind of approach is that the ratio
4 could be lower than that.
5        And so I -- as I mentioned
6 before, you know, women tend to get
7 underdiagnosed.  And in particular, you know,
8 women who have verbal ability and are not
9 exploding, they're much less likely to be
10 diagnosed, and they're much more likely, if
11 they're going to be diagnosed, to be
12 diagnosed at a later age.
13        I can tell you that I have a
14 lot of women in my practice who were not
15 diagnosed until adulthood, actually, and they
16 were given other diagnoses prior to that.
17    Q.   Dr. Hollander, with respect to
18 ADHD, there used to be a similar large
19 imbalance between the sexes, and now it's
20 almost close to parity, isn't it -- is it
21 not?
22        MR. DOVEL:  Objection.  Form.
23        THE WITNESS:  Well, I would
24    agree that, you know, there was a
25    higher male-to-female ratio, and I

Page 127

1    would agree that over time that that
2    ratio is narrowing as more women,
3    particularly with those with the
4    inattentive subtype, are being picked
5    up.
6 QUESTIONS BY MR. MURDICA:
7    Q.   And you said earlier in one of
8 your answers, I believe, that another reason
9 for increasing diagnoses are the availability
10 of services, right?
11    A.   That's correct.
12    Q.   Okay.  In 2004, the IDEA was
13 passed which had a -- it was a significant
14 benefit for children with autism and ADHD
15 diagnoses in school in terms of not being
16 separated from classes and getting the same
17 quality of education with their diagnosis,
18 correct?
19    A.   Well, I would agree that there
20 are different purposes or uses of a
21 diagnosis.  And I would agree, for example,
22 in the case of autism that getting an autism
23 diagnosis can be associated with the ability
24 to obtain certain services, yeah.
25    Q.   Services, Doctor, that were not

Page 128

1 available 30 years ago, correct?
2        MR. DOVEL:  Objection.  Form.
3        THE WITNESS:  Well, I mean, I
4    would say that -- services that may
5    not have been accessible.  They may
6    have been available, but people may
7    not have had as much access to those
8    services.
9 QUESTIONS BY MR. MURDICA:
10    Q.   Okay.
11    A.   But things like, you know,
12 behavioral therapies and occupational
13 therapy, speech therapy, those were -- those
14 were around for a long time, but having a
15 diagnosis can impact the ability to get
16 services.
17    Q.   And services have become more
18 available through school districts with
19 increased awareness over time, right?
20        There's more services available
21 with a diagnosis now than there was a decade
22 ago; is that fair?
23    A.   Yeah, I would say that there
24 are more services available now than 20 years
25 ago.

Page 129

1    Q.   Okay.  And let's see if you can
2 agree on some other things that a
3 diagnosis -- that a diagnosis changes.
4        If you get an ADHD diagnosis
5 now, a student in school will get extra time
6 on tests, right?
7    A.   That's true, you can get some
8 accommodations with a diagnosis.
9    Q.   Right.
10        And one accommodation is extra
11 time on testing, right?
12    A.   That's correct.
13    Q.   One accommodation is extra time
14 on standardized testing like the SAT, right?
15    A.   You may be able to get that,
16 although there are a lot of hurdles that you
17 have to go through in order to actually
18 obtain that.  But that's true.
19    Q.   Okay.  In fact, you can
20 actually get SSI with a diagnosis in some --
21 in some cases, right?
22    A.   Well, you know, if you have a
23 neurodevelopmental disorder and you're
24 disabled, you can get benefits.
25    Q.   You can get private tutors from

Page 130

1 the school district with a diagnosis,
2 correct?
3     A.    You can get services.
4     Q.    You can get individual
5 education plans, IEPs?
6     A.    Yes, with a diagnosis.
7     Q.    Okay.  Any other services you
8 can think of?
9     A.    Well, there may be -- I mean,
10 people definitely can benefit from executive
11 function coaches, for example.  There may be
12 some socialization-type services that you can
13 also get.
14     Q.    Are you familiar with IDEA, the
15 congressional act?
16     A.    Yeah.
17     Q.    Okay.  Are you familiar with
18 the change in rate -- change in number of
19 diagnoses following the passage of that act?
20     A.    I haven't looked at the timing
21 and the impact of the timing on the slope of
22 the rates.
23     Q.    In your report, you were only
24 looking prior to about 1996, right?  In terms
25 of the change in diagnosis rates of autism?

Page 131

1     A.    Well, in my report, for
2 example, I also had a figure from my
3 California ecological study that looked at
4 rates over longer periods of time.
5     Q.    Okay.  And I'm talking about
6 the US diagnosis rate.  The cutoff of what
7 you looked at went to about the mid-'90s,
8 right?
9     A.    I don't recall.  Maybe you
10 could -- if you're talking about a specific
11 aspect in my report, you could point me to
12 that --
13     Q.    Sure.
14     A.    -- and I can comment on that.
15     Q.    And we'll do that after lunch.
16     A.    Okay.
17     Q.    Do you know --
18     A.    But I -- but I -- but I did
19 cite in my report studies in the state of
20 California that looked at the rates over
21 really extended time periods.
22     Q.    Okay.  Do you know nationally
23 what -- do you know what year IDEA was
24 passed?
25     A.    Not off the top of my head.

Page 132

1 Maybe you could inform me.
2     Q.    2004.
3         Do you know what happened to
4 diagnosis rates after 2004?
5     A.    We could take a look at some
6 figures.
7     Q.    Sitting here today, you don't
8 know if it changed dramatically, right?
9     A.    I haven't reviewed figures.
10 I'd be interested in looking at those figures
11 and then looking at 2004 to see how that
12 particular -- because there are various -- so
13 there are a lot of different things that have
14 happened that may have some impact one way or
15 another in terms of rates of these
16 conditions.
17         And I think you could point to
18 a range of different -- so I would point -- I
19 think one important time period would be the
20 rate that doctors put warnings on ibuprofen
21 with regards to maternal usage and the
22 timeline of those different warnings which
23 influenced, you know, the exposure rates, and
24 then look at those changes in the exposure
25 rates and then how they relate to outcome

Page 133

1 rates.
2     Q.    Right.
3     A.    So there are a lot of different
4 things that you could look that could
5 potentially have some influence on outcome
6 rates.
7     Q.    One of the things you pointed
8 to, Dr. Hollander, in your report were the
9 Tylenol murders in 1982, right?
10     A.    Yeah.
11     Q.    And your theory is that the
12 publicity around the Tylenol murders in
13 Chicago in 1982 nationally caused pregnant
14 women to stop using acetaminophen, correct?
15     A.    Well, yeah, I mean, the -- I
16 guess the public awareness about, you know,
17 that particular contamination or outcome
18 influenced the usage, right?  And that would
19 be something to look at.  So that would be
20 something that would affect exposure.  And
21 then you want to see whether a change in
22 exposure affected a change in outcome.
23     Q.    Right.
24         So you would want to see,
25 Dr. Hollander, if, following the Tylenol

Page 134

¹ murders in 1982, if the autism diagnosis rate
² went down five years later at about the
³ average time of autism diagnosis, correct?
⁴     A.    Well, five -- I mean, I would
⁵ probably want to look at it in a broader
⁶ range than just five years, to tell you the
⁷ truth, because, again, people can present at
⁸ different ages.
⁹     Q.    Right.
¹⁰         But we're talking about
¹¹ averages, right?  You're looking at
¹² statistics overall.  You want to look at the
¹³ average, correct?
¹⁴     A.    I guess you'd want to look at
¹⁵ the mean and maybe the median, so there are
¹⁶ different ways to look at it.
¹⁷     Q.    Okay.  And if we were looking
¹⁸ at whether the Tylenol murders had an impact
¹⁹ on the ADHD diagnosis rate, we'd look a
²⁰ little further out, more like six or seven
²¹ years, like you said, right, Doctor?
²²         MR. DOVEL:  Objection.  Form.
²³         THE WITNESS:  Well, it would be
²⁴     the same caveat again because there
²⁵     are a lot of nuances in terms of

Page 135

¹     presentation, and those nuances depend
²     on the cohort that you're looking at.
³     So...
⁴ QUESTIONS BY MR. MURDICA:
⁵     Q.    Okay.
⁶     A.    But -- but there would be some
⁷ time association, but it could be depending
⁸ on what are the cohorts that you're measuring
⁹ it in.
¹⁰     Q.    Doctor, on average, if we're
¹¹ looking at autism rates in 1984, we're really
¹² looking at births in 1979, 1980, correct?
¹³     A.    Well, that would be the case if
¹⁴ we assume your average of five years and
¹⁵ you're talking about ASD, right?
¹⁶     Q.    I'm talking about ASD, yeah.
¹⁷     A.    Okay.
¹⁸     Q.    If we're looking at autism
¹⁹ diagnosis rates in 1984, we'd really be
²⁰ talking about children born in 1979, 1980, on
²¹ average, correct?
²²     A.    Again, but with the same, you
²³ know, caveats in terms of the average.
²⁴     Q.    Okay.  What do you know about
²⁵ the benefits offered to Cuban citizens for

Page 136

¹ different neurodevelopmental diagnoses?
²     A.    I would imagine that the
³ benefits in Cuba are not identical to the
⁴ benefits offered in the United States.
⁵     Q.    Do you know anything about the
⁶ benefits offered in Cuba?
⁷     A.    Well, I do know that, you know,
⁸ Cuba is a Third World country, and so -- and,
⁹ you know, a much poorer country with less
¹⁰ access to various kinds of services.
¹¹     Q.    Do you think there would be --
¹² do you know if there's any stigmas attached
¹³ to having a diagnosis like autism in Cuba?
¹⁴     A.    You know, there's a good point
¹⁵ because -- so then you have these two sort of
¹⁶ competing issues, so stigma versus, you know,
¹⁷ benefits, for example.
¹⁸         Yeah, I do think that there are
¹⁹ differences with regard to cultural factors
²⁰ and stigma.
²¹     Q.    And you haven't done any
²² analysis on why and how autism is diagnosed
²³ or not diagnosed in Cuba, have you?
²⁴     A.    You know, I've read things that
²⁵ allude to that.  You know, I haven't studied

Page 137

¹ it in detail, you know.  It's clear that
² there's less services available, and so
³ there's probably less screening and referral
⁴ and access to different kinds of services.
⁵     Q.    Let me -- let me put this
⁶ simply, Dr. Hollander.
⁷         Is it really -- is
⁸ Dr. Hollander really relying on diagnosis
⁹ rates in Cuba to render your causation
¹⁰ opinion here that acetaminophen can cause ASD
¹¹ and ADHD?
¹²     A.    No, I'm not relying on --
¹³     Q.    Okay.
¹⁴     A.    -- diagnosis rates in Cuba --
¹⁵     Q.    Okay.
¹⁶     A.    -- to support my opinions here.
¹⁷         MR. MURDICA:  When do you guys
¹⁸     want to do lunch?  I can take a break
¹⁹     now or move to another area.
²⁰         MS. HEACOX:  I think it's going
²¹     to be delivered at 12:30, supposedly.
²²         MR. MURDICA:  Okay.
²³         MR. DOVEL:  So let's keep going
²⁴     until 12:30.
²⁵         MR. MURDICA:  Let's keep going.

1 QUESTIONS BY MR. MURDICA:
2      Q.    All right.  After lunch we're
3 going to mark your rebuttal report, but I'm
4 going to ask you some questions about it now.
5 We'll see if you can answer them without it.
6 If not, we'll move on to something else.
7           In your Bradford Hill analysis,
8 one of the factors you looked at was
9 temporality.
10          Do you remember that?
11     A.    Yes, I do.
12     Q.    Okay.  And temporality -- you
13 ascribed, you say in the rebuttal report,
14 that you put great significance on the
15 satisfaction of that element in your
16 analysis.
17          Do you recall that?
18     A.    I do.
19     Q.    Okay.  And the only thing
20 required to satisfy temporality, according to
21 the analysis in your report, is that the
22 exposure occurred before the birth, right?
23     A.    Essentially, yes.
24     Q.    Okay.  So Dr. Hollander, isn't
25 that -- isn't that really a yes or no and not

1 a great or limited significance?
2      A.    Well, look, if we're talking
3 about exposure and outcome, and that's what
4 we're talking about, and we're talking about
5 maternal exposure, yeah.  So then, yeah, the
6 exposure has to occur during the maternal
7 period.
8      Q.    Right.
9           But it's not like there's
10 anything unique about acetaminophen exposure
11 compared to other exposure for this factor,
12 for temporality, correct?  Any exposure
13 before the birth you're counting as
14 satisfied, fair?
15     A.    Yes.  I mean, there are all
16 these nuances in terms of how you measure
17 exposure.  But, yes, with regards to just the
18 issue of temporality, yeah, that the exposure
19 had to occur during pregnancy.
20     Q.    One of the other things you say
21 in considering your Bradford Hill analysis is
22 that you're looking at results that were
23 statistically significant, right?
24     A.    Yes.
25     Q.    Okay.  And you know what

1 statistical significance is, correct?
2      A.    Yes.
3      Q.    And statistical significance is
4 important for you to identify a relation -- a
5 causal relationship between an exposure and
6 an outcome, right?
7      A.    Statistical significance is
8 important as one of the overall factors in
9 terms of how you determine, you know, the
10 strength of the association between exposure
11 and the outcome, but it's not the only
12 factor.
13     Q.    Right.
14     A.    And so you'd want to look at
15 confidence intervals, for example.  You'd
16 want to look at consistency of findings.
17 You'd want to look at reproducibility or
18 replication.  But statistical significance is
19 important.
20          However, you know, you can
21 still determine causation without statistical
22 significance, but it's one important factor.
23 But you'd also want to look at, you know,
24 confidence intervals, and you'd want to look
25 at consistency, and you'd want to look at

1 replication, and you'd want to look at, you
2 know, whether multiple different studies
3 showed the same, you know, direction.
4           So whether it's a positive
5 association or whether it's a negative
6 association, you look at all of that.  You
7 weight all the evidence, and then that can
8 help to determine causation.
9      Q.    Dr. Hollander, isn't -- aren't
10 the confidence intervals how you define
11 statistical significance?
12     A.    The confidence intervals don't
13 exactly map onto the p-value.  So they're two
14 different sort of measures of strength of
15 association.
16     Q.    Okay.  For a point estimate to
17 be statistically significant, the confidence
18 interval has to be entirely over 1, correct?
19     A.    Again, not necessarily.  So,
20 again, like when you're looking at the
21 totality of the evidence, what you want to do
22 is, yeah, you do want to look at the
23 confidence intervals.
24          However, you know, even if in
25 an individual study the confidence interval

1 may be below 1, you know, if it's a positive
2 association that occurs over and over and
3 over again, then it wouldn't be disqualifying
4 or troubling to have an individual study
5 where the confidence interval was below 1.
6        Same thing as the p-value.  I
7 mean, you want the p-value to be less than
8 .05.  You'd want there to be a -- but you'd
9 also want there to be, you know, a positive
10 association that occurs over and over again
11 in the same direction with replication.  Then
12 it may be that there are some studies that
13 don't reach a p-value of .05, but -- so you
14 want to look at the totality, really, in
15 order to understand the association that
16 informs causation.
17    Q.   Do you think you answered my
18 question?
19    A.   I think so.  I think the answer
20 is, it depends.  So you can -- you can have
21 causation even if the p-value in some cases
22 is greater than .05, and you can have
23 causation even if you have some studies where
24 the confidence interval is less than 1, yes.
25    Q.   Okay.  My question was this.

1 Let's try it one more time.
2        For a point estimate to be
3 statistically significant, the confidence
4 interval has to be entirely over 1, correct?
5    A.   Generally that's the case.
6    Q.   Okay.  And statistically that's
7 the case, right?  That's the very definition
8 in statistics, correct?
9    A.   I would say that that -- that
10 is generally the case for a single-point
11 estimate.
12    Q.   And that was my only question.
13    A.   Okay.
14    Q.   All right.  For a p-value to be
15 important to you, does it need to be .05 or
16 less?
17    A.   No.
18    Q.   Okay.  What p-value matters to
19 Dr. Hollander?
20    A.   Well, we also look at trends.
21 So, you know, a trend can be -- even if the
22 p-value is greater than .05, you may have a
23 trend.  It really depends on the sample size.
24        So, for example, in preliminary
25 studies, when you're trying to understand an

1 association and you're trying to do a power
2 analysis, you're looking at the effect size.
3 The thing that's most important is the size
4 of the effect and not the p-value.
5    Q.   Okay.
6    A.   And then you take that
7 information, and then you can use that
8 information to design studies of adequate
9 sample size.
10        So you can have a trend that's
11 very important.  You can establish an odds
12 ratio or an effect size, and then you can
13 utilize that information.  That could be very
14 valuable even if the p-value is greater than
15 .05.
16    Q.   Is there a p-value that
17 statisticians generally consider to be the
18 target p-value to find an association?
19    A.   Well, there are some general
20 assumptions, and then there are -- certainly
21 there are some occasions where the
22 association is very important.  It gives you
23 critical information, even if the p-value is
24 greater than .05.
25    Q.   Yeah.

1        And --
2    A.   So you want to -- again, like
3 one example again is that if you have studies
4 over and over again that show the same
5 positive association, the same direction, the
6 same trend, even if you have a p-value
7 than -- that's less than -- that's greater
8 than .05, then it -- then it provides very
9 important information.
10        You can still include that, for
11 example, in meta-analyses.  And then when you
12 pull the data with a bigger sample size, then
13 you -- so the P -- the p-value is simply
14 influenced by the sample size, right?  That's
15 the nice thing about meta-analyses.  You can
16 pull the data that shows an effect and
17 establish a much bigger sample size.  Then
18 that can give you a much stronger p-value.
19    Q.   Dr. Hollander, my question was
20 this:  Is there a p-value that statisticians
21 generally consider to be the target p-value
22 to find an association in a given study?
23    A.   Well, there's a general
24 assumption that P equals less than .05 --
25    Q.   That's all I was asking.

Page 146

1   A.   -- is a strong association.
2 But again, it all depends on the sample size.
3 So the p-value is influenced by the sample
4 size.
5        What you -- any information
6 that you gain from that determine -- is
7 determined by the design of the study.  So if
8 the -- if the study has an insufficient
9 sample size, it may give you a p-value that's
10 greater than .05.  And then you need to
11 interpret that with regards to interpreting
12 the study.
13        You say, well, all right, so
14 that particular study has a low sample size.
15 Let's see what happens if we pull the data
16 from different studies with a low sample
17 size, so all of a sudden we have a bigger
18 sample size.  Then that's going to give you a
19 different p-value.
20   Q.   You're talking about a
21 meta-analysis --
22   A.   That's an example.
23   Q.   -- in that example, correct?
24   A.   Yeah, that's an example of
25 that.

Page 147

1        But you can pull data outside
2 of meta-analyses as well, so --
3   Q.   In a single analysis, in a
4 single study, is it accurate, based on what
5 you just said, that generally the target
6 p-value is something less than .05,
7 Dr. Hollander?
8   A.   Well, I think my answer again
9 is usually in a single study, generally the
10 goal, if you want to disprove a null
11 hypothesis, is to obtain that.  But the study
12 is only good -- it's only as good as the
13 design of the study, right?  So that there
14 are various issues in terms of the study
15 design that you need to evaluate in order to
16 judge the value of a particular study.
17        So, you know, again, you know,
18 for pilot studies, we don't even pay
19 attention to the p-value.  We're much more
20 interested in the effect size rather than the
21 p-value.  And then we use that strength of
22 the association based on the effect size then
23 to power additional studies, for example.
24   Q.   Dr. Hollander, did you attempt
25 to do a disproportionality analysis here?

Page 148

1   A.   I attempted to evaluate the
2 data, understanding the design of the
3 different studies and controlling for various
4 forms of confounders or bias and using
5 standard methodology in order to interpret
6 that.
7   Q.   You know what EB05 is, right?
8   A.   Yes.
9   Q.   And in fact, in another
10 litigation you did a disproportionality
11 analysis to determine causation, correct?
12   A.   It's possible that I did that
13 analysis.
14   Q.   And the EB05 is the important
15 part of the disproportionality analysis to
16 show the association, correct?
17   A.   Well, no.  I mean, I think
18 you -- there are different ways to -- there
19 are different types of analyses, and it
20 depends on the association that you're
21 looking at.
22   Q.   Okay.  Here, for acetaminophen
23 and ADHD and autism, did you do a
24 disproportionality analysis?
25   A.   I don't believe that I did a

Page 149

1 disproportionality analysis --
2   Q.   Why not?
3   A.   -- here.
4   Q.   Why not?
5   A.   It depends on the -- so, for
6 example, each -- there are significant
7 differences in each individual case in terms
8 of the compound, in terms of the reporting
9 and the data available in order to do that
10 type.
11        One issue here is that
12 acetaminophen has been on the market for a
13 long time, and it's an over-the-counter
14 medicine as opposed to a prescription
15 medication.  So that there may be data
16 available from prescription medications where
17 you can do certain analyses.  When you're
18 looking at effects on over-the-counter
19 medication, you may not have access to all
20 that kind of information to be able to do all
21 those analyses.
22   Q.   Did you ask for that
23 information here?
24   A.   You know, the problem, I guess,
25 here is that the vast majority of individuals

Page 150

1 who were taking acetaminophen are not taking
2 it as part of a prescription product.
3     Q.    Did you ask for the
4 information, if it's available?
5     A.    I didn't ask for the
6 information, if it's available.  However,
7 unfortunately, I think it would be less
8 relevant because the majority of the exposure
9 is occurring with over-the-counter usage.
10          MR. MURDICA:  Okay.  It's
11 12:30.  Do you want to take our lunch
12 break?
13          MR. DOVEL:  Let's go off the
14 record and talk about that.
15          VIDEOGRAPHER:  The time right
16 now is 12:30 p.m.  We are off the
17 record.
18  (Off the record at 12:30 p.m.)
19          VIDEOGRAPHER:  The time right
20 now is 1:04 p.m.  We are back on the
21 record.
22 QUESTIONS BY MR. MURDICA:
23     Q.    Dr. Hollander, welcome back.
24     A.    Welcome back.
25     Q.    Are you ready to proceed?

Page 151

1     A.    Yes, I am.
2     Q.    Okay.  Earlier this morning, I
3 asked you about your website for Spectrum
4 Neurosciences.
5          Do you recall those questions?
6     A.    Yes.
7     Q.    Okay.  And I asked if we
8 looked, if it would say anything about you
9 and ADHD.
10          Do you recall that?
11     A.    Yes.
12     Q.    And you said it would, right?
13     A.    Yes.
14     Q.    Okay.  Do you hold yourself out
15 as an expert in ADHD?
16     A.    Yes.
17     Q.    Okay.  And have you diagnosed
18 causes of ADHD in your patients?
19     A.    Yes.
20          (Hollander Exhibit 51 marked
21     for identification.)
22 QUESTIONS BY MR. MURDICA:
23     Q.    I'm just going to mark this as
24 51.
25          Dr. Hollander, do you -- sorry.

Page 152

1 Do you recognize that as your bio?
2          MR. DOVEL:  Objection.  Form.
3          THE WITNESS:  Well, I recognize
4     that this is a description of me
5     that's on that website.
6 QUESTIONS BY MR. MURDICA:
7     Q.    All right.  And this is your
8 website, right?
9     A.    This is one of my websites,
10 yes.
11     Q.    Do you see anything about ADHD
12 on here?
13     A.    Well, I see information here
14 about impulsivity and aggression and other
15 specific impulse control disorders like
16 gambling.  So that ADHD plays a fundamental
17 role in all of the impulse control disorders
18 and impulsivity and aggression.
19     Q.    Okay.  Dr. Hollander, your bio
20 on Spectrum Neurosciences doesn't say
21 attention-deficit/hyperactivity disorder,
22 correct?
23     A.    Well, as I recall on the
24 website, yes.  You know, there is a
25 description of our expertise with regards to

Page 153

1 attention-deficit/hyperactivity disorder.
2     Q.    Yeah, and I'm asking
3 specifically about Exhibit 51 in front of
4 you --
5     A.    Right.
6     Q.    -- your bio on your website.
7          We can look and look and look,
8 but we're not going to see ADHD in this text,
9 correct?
10     A.    No, I see -- I see we're
11 talking about issues around impulsivity,
12 which are fundamentally tied to ADHD.  And I
13 recall that there's a good description,
14 actually, of ADHD and our overall services
15 and what we focus on on that particular
16 website, but I don't see ADHD listed on this
17 particular bio.
18     Q.    Dr. Hollander, what -- you
19 mentioned that this is just one of several
20 websites.
21          What other websites do you
22 host?
23     A.    Well, we also have a website
24 for the autism/obsessive compulsive spectrum
25 disorders program at Albert Einstein College

Page 154

¹ of Medicine and the Montefiore Medical
² Center, and also the fellowship program as
³ well on autism and obsessive compulsive
⁴ spectrum disorders on the Einstein and
⁵ Montefiore website.
⁶        And then there's also a website
⁷ on the Spectrum Neuroscience Research
⁸ Foundation.
⁹     Q.    Okay.  And you just mentioned
¹⁰ two websites on autism and OCD, correct?
¹¹     A.    I mentioned websites on the
¹² autism and OCD spectrum program.
¹³     Q.    Okay.  What would you consider
¹⁴ your main website, Dr. Hollander?
¹⁵        MR. DOVEL:  Objection.  Form.
¹⁶        THE WITNESS:  Well, I guess we
¹⁷     have those two different websites.
¹⁸     There's a research-related website,
¹⁹     and there's a clinical website.
²⁰ QUESTIONS BY MR. MURDICA:
²¹     Q.    Do you hold yourself out as a
²² researcher in attention-deficit/hyperactivity
²³ disorder?
²⁴     A.    Well, I -- I'm an expert in
²⁵ impulse control disorders and impulsivity,

Page 155

¹ and that the ADHD and the mechanisms involved
² in ADHD are fundamental for impulsivity,
³ impulse control disorders and aggression.
⁴     Q.    Is impulse control a diagnostic
⁵ criteria of ADHD?
⁶     A.    Well, yes, it's one of the
⁷ domains within ADHD.  So there's the
⁸ inattention domain.  There's the
⁹ hyperactivity impulsivity domain, yes.  So,
¹⁰ yes, the impulsivity is one of the domains of
¹¹ ADHD.
¹²     Q.    Okay.  So back to my original
¹³ question.
¹⁴        You, Dr. Hollander, hold
¹⁵ yourself out to the world as an expert in
¹⁶ ADHD, correct?
¹⁷        MR. DOVEL:  Objection.  Form.
¹⁸        THE WITNESS:  Yes, I'm an
¹⁹     expert in ADHD and in
²⁰     neurodevelopmental disorders.
²¹        I treat, you know, a large
²²     number of children, adolescents and
²³     adults with ADHD.
²⁴        I've gotten grants, federal and
²⁵     nonfederal grants, on impulsivity,

Page 156

¹     which is fundamentally related to
²     ADHD.
³ QUESTIONS BY MR. MURDICA:
⁴     Q.    Your prior testimony in
⁵ litigation for plaintiffs has been in
⁶ litigation over impulsivity like compulsive
⁷ gambling, correct?
⁸     A.    Yes, I have offered opinions
⁹ and testimony around pathological gambling
¹⁰ and other impulse control disorders.
¹¹     Q.    Right.
¹²        And if we looked -- if we
¹³ looked at all your prior testimony, we
¹⁴ wouldn't see any on ADHD, correct?
¹⁵     A.    You know, again, there's a --
¹⁶ there's a -- so impulsivity is one of the
¹⁷ domains within ADHD, and ADHD is
¹⁸ fundamentally related to impulse control
¹⁹ disorders.
²⁰     Q.    So have you held yourself out
²¹ to another court before this one as an expert
²² in ADHD?
²³     A.    Well, I've held myself out as
²⁴ an expert in impulsivity and in impulse
²⁵ control disorders associated with ADHD.

Page 157

¹     Q.    So any symptom of ADHD you're
² considering is your expertise in ADHD?
³ That's how you get there?
⁴     A.    Maybe you could repeat the
⁵ question --
⁶     Q.    Sure.
⁷     A.    -- because I don't quite --
⁸     Q.    You're saying that -- we'll
⁹ take, for example, Abilify.  You testified
¹⁰ about compulsive gambling, right?
¹¹     A.    I testified about compulsive
¹² gambling and other impulse control disorders
¹³ as well.
¹⁴     Q.    You did not -- we can look at
¹⁵ the transcript.  We'd never see the words
¹⁶ "ADHD," right?
¹⁷     A.    I don't think that that's
¹⁸ accurate because I do think that I -- in
¹⁹ discussing impulse control disorders, I would
²⁰ have mentioned also the association with
²¹ ADHD.
²²     Q.    To the best of your
²³ recollection, did you render opinions in
²⁴ Abilify or Mirapex regarding
²⁵ attention-deficit/hyperactivity disorder?

Page 158

1    A.    No.  In Abilify and Mirapex, I
2  rendered opinions with regards to
3  impulsivity.
4    Q.    Okay.  And the grants that
5  you've gotten for obsessive control disorder,
6  if we looked at the grants themselves, they
7  weren't grants for ADHD specifically,
8  correct?  They were for OCD?
9    A.    I've also had grants for
10 impulse control disorders such as
11 pathological gambling.
12        So I would say that I have made
13 important contributions as it relates to both
14 compulsivity and impulsivity, and I would say
15 that I'm an expert as it relates to both
16 compulsivity and impulsivity.
17   Q.    Okay.  Do you remember my
18 question?
19   A.    Well, it had to do with ADHD.
20   Q.    Yes.
21   A.    Perhaps you could read the last
22 question again.
23   Q.    Sure.
24        The grants you've gotten for
25 obsessive -- OCD, if we look at the grants

Page 159

1  themselves, they weren't grants for ADHD
2  specifically, correct?
3    A.    Well, the grants for obsessive
4  compulsive disorder weren't for ADHD, and the
5  grants for impulse control disorders weren't
6  for ADHD.
7    Q.    Okay.
8    A.    They were for compulsive
9  disorders or impulsive disorders.
10        (Hollander Exhibit 52 marked
11   for identification.)
12 QUESTIONS BY MR. MURDICA:
13   Q.    All right.  Let's mark your --
14 I saw -- the questions I was asking you
15 earlier, you had your rebuttal report in
16 front of you.  We're going to mark it.  We're
17 going to mark a copy.  You can use whichever
18 copy you want.
19   A.    I'm fine with my copy.
20   Q.    Okay.  We'll just take it here.
21        Okay.  Dr. Hollander, you have
22 in front of you what's been marked as
23 Exhibit 52, which is your rebuttal report.
24        Do you recognize that?
25   A.    Yes, I do.

Page 160

1    Q.    Now, the version you're using
2  is a version you brought with you that has
3  your notes on it, right?
4    A.    Yes, that has my underlines on
5  it.
6    Q.    Okay.  All right.  So one of
7  the things you do in here in conducting your
8  Bradford Hill is you reference Dr. Baccarelli
9  several times as your reliance for this
10 analysis, right?
11   A.    That's correct.
12   Q.    Okay.  When did you first see
13 Dr. Baccarelli's report?
14   A.    I believe I reviewed his report
15 prior to my discussion with him.
16   Q.    And when was your discussion
17 with him?
18   A.    My discussion with him was
19 prior to issuing my initial amended report.
20   Q.    And by that you mean your first
21 substantive report?
22   A.    That's correct.
23   Q.    Okay.  And in relying on
24 Dr. Baccarelli, are you deferring to
25 Dr. Baccarelli, or are you saying this is an

Page 161

1  analysis that you, Dr. Hollander, are
2  presenting to stand on its own?
3        MR. DOVEL:  Objection.  Form.
4        THE WITNESS:  Well, I've
5   reviewed his report in detail.  I
6   agree with the conclusions of his
7   report, I utilize his report as
8   background in preparing my report, and
9   then I offer my opinions in my report.
10 QUESTIONS BY MR. MURDICA:
11   Q.    All right.  So, Dr. Hollander,
12 you don't need Dr. Baccarelli's report to
13 render the opinions in Exhibit 52, correct?
14        MR. DOVEL:  Objection.  Form.
15        THE WITNESS:  Well, I'm --
16   Dr. Baccarelli did a comprehensive
17   review of all of the available
18   literature.  He did a comprehensive
19   weighting of each of the different
20   articles and then used the specific
21   methodology, including his navigation
22   guide.
23        I reviewed, you know, his
24   writing, and I reviewed his use of the
25   navigation guide.  I concur with the

Page 162

1   work that he's done, and I rely on the
2   information in his report to support
3   my opinions that are offered in my
4   report.
5   QUESTIONS BY MR. MURDICA:
6       Q.    Dr. Hollander, are you relying
7   on Dr. Baccarelli's conclusions to support
8   your opinion here?
9       A.    I'm relying on Dr. Baccarelli's
10  report, and I'm relying on his weighting of
11  each of the individual studies.  That's in
12  concordance -- so that is supportive of my
13  opinions that are offered in my report.
14      Q.    So if Dr. Baccarelli's got it
15  wrong, then you relied on him, and your
16  report would not be accurate, correct?
17      A.    No, I wouldn't agree with that,
18  because I did my own independent Bradford
19  Hill analysis, which is the standard method
20  to weight the information, you know, in order
21  to render my opinion.
22      Q.    Okay.  So this is what I'm
23  trying to get straight, Dr. Hollander.
24          Do you need Dr. Baccarelli to
25  offer your opinions to the Court here or not?

Page 163

1          MR. DOVEL:  Objection.  Form.
2          THE WITNESS:  No.  I relied on
3   the information in the methods in
4   Dr. Baccarelli's report, but that my
5   report stands on its own in that I
6   conducted my own Bradford Hill
7   analysis of causation, and I offer my
8   own opinion.
9   QUESTIONS BY MR. MURDICA:
10      Q.    Okay.  So while you mentioned
11  Dr. Baccarelli several times here, these
12  opinions in here are yours, correct?
13      A.    That's correct.
14      Q.    Okay.  Okay.  If we turn to
15  page 8.
16          Do you recall before lunch I
17  was asking you about temporality?
18      A.    Yes.
19      Q.    And do you see on page 8 you
20  have your temporality section, and you say
21  you "ascribe great weight to the element of
22  temporality"?
23          Are you on page 8?
24      A.    Let's see.  I'm looking at a
25  section that I have on temporality here.

Page 164

1       Q.    Yep.
2          If you turn to page 8 on the
3   bottom.
4       A.    Yeah.
5       Q.    Do you see you have a part F,
6   temporality?
7       A.    Yeah.
8       Q.    Okay.  Do you see --
9       A.    Oh, yes.
10      Q.    -- "I ascribe great weight to
11  the element of temporality"?
12      A.    Yes, I see it.
13      Q.    Okay.  And this is what we
14  talked about before.  It's really a yes or no
15  whether the exposure came before the outcome,
16  right?
17      A.    Yes.
18      Q.    So why did you ascribe it great
19  weight?
20      A.    Well, because if the exposure
21  causes the outcome, then the exposure needs
22  to precede the outcome.
23      Q.    Right.
24          And isn't that a yes or no
25  question --

Page 165

1       A.    Yeah.
2       Q.    -- whether the exposure
3   precedes the outcome?
4       A.    Yes.
5       Q.    Okay.  So why would you give a
6   yes or no great weight?
7       A.    Because it would be hard to
8   meet causation under a Bradford Hill analysis
9   if the exposure did not precede the outcome.
10      Q.    Okay.  So on the next page, on
11  experiment, you ascribe lesser weight to
12  experiment, correct?
13      A.    That's right.
14      Q.    That was not a yes or no
15  question, right?
16      A.    Well, you know, as I mention
17  here, it's harder to ethically conduct
18  randomized experiments in humans with regard
19  to, you know, prenatal acetaminophen
20  exposure, and so you need to look to other
21  areas such as animal models as well.
22      Q.    Right.
23          But there is human data on
24  acetaminophen exposure during pregnancy,
25  right?

Page 166

1    A.   Well, yes.  There's
2  epidemiology data.
3    Q.   Okay.  So your justification
4  for ascribing lesser weight here is
5  essentially that there isn't randomized
6  clinical trials?
7    A.   Right.  For ethical reasons, it
8  would be impossible, really, to do those kind
9  of randomized clinical trials, for example,
10  comparing exposure to acetaminophen versus
11  exposure to ibuprofen, for example, in
12  pregnant women, and then follow them up and
13  look at the relationship between exposure and
14  outcome --
15    Q.   You --
16    A.   -- because of ethical issues.
17    Q.   You know, don't you,
18  Dr. Hollander, that there are prospective,
19  double-blinded pregnancy registries, right,
20  for this reason?
21    A.   Yes.
22         Although getting back to your
23  earlier question about EB05, for example,
24  it's more challenging when there's a long
25  time lag, and it's more challenging when

Page 167

1  medicines aren't prescription but over the
2  counter in terms of being able to get that
3  kind of data.
4    Q.   Well, if it's a prospective
5  pregnancy registry that's blinded, it's
6  administered by researchers, so they have
7  that data, correct?
8    A.   Well, I mean, that's the whole
9  point of cohort studies, right?  You want to
10  collect that data prospectively with regards
11  to exposure, and then you want to follow up
12  the individuals, and then you want to figure
13  out what the hazard ratios are to determine
14  the relationship between exposure and
15  outcome.
16    Q.   Right.
17         And those aren't
18  double-blinded, correct?
19    A.   They're not, you know,
20  randomized, controlled trials contrasting
21  acetaminophen to ibuprofen, for example.
22    Q.   Wasn't my question.
23         They're not -- those registries
24  that you're talking about are not
25  double-blind, correct?

Page 168

1         You know what double-blind
2  means?
3    A.   I do know what double-blind
4  means.
5         The information is collected
6  prospectively during pregnancy, and the
7  outcome measures are collected independent of
8  those measures.  But I guess the subjects are
9  aware of whether or not -- you know, so
10  they're not taking a blinded -- they're not
11  taking a blinded medication.  And it's true,
12  you're right.  I mean, that's the issue about
13  randomized, controlled trials.  You can't
14  give people either acetaminophen or, let's
15  say, placebo to deal with their pain or their
16  fever and then follow them up.  That would be
17  a blinded kind of a trial.
18    Q.   Right.
19         And you've done those before,
20  right?
21    A.   I haven't done them with
22  regards to maternal exposure, but I do them
23  all the time in terms of looking at efficacy
24  and safety with different medications.
25    Q.   For example, treating autism

Page 169

1  with marijuana, right?
2    A.   I have not conducted an autism
3  trial with marijuana.  That would be an
4  incorrect statement.
5    Q.   Okay.  Are you sure?
6    A.   Yes.  I've conducted a trial
7  with compounds derived from the cannabis
8  plant, which is cannabidivarin, which is not
9  marijuana.  It's not medical marijuana, no.
10  It's extracting a compound from the plant and
11  doing a randomized, controlled trial.
12    Q.   You've supervised trials trying
13  to -- attempting to treat autism with a
14  marijuana derivative, correct?
15    A.   I am involved in a number of
16  different trials that look at different
17  components that affect both the
18  endocannabinoid system and the
19  phytocannabinoid system.  I have not
20  conducted a trial with medical marijuana.
21         I have conducted a
22  placebo-controlled trial with cannabidivarin,
23  and I'm conducting another placebo-controlled
24  trial with a different compound.  And I will
25  be conducting another placebo-controlled

1 trial with a FAAH inhibitor that affects the
2 endocannabinoid system, but I have not
3 conducted a trial with medical marijuana.
4     Q.    Okay.  Dr. Hollander, with
5 respect to strength of association, you view
6 the strength of a perceived association not
7 by the magnitude but by the statistical
8 significance, correct?
9     A.    No.
10    Q.    Okay.  Why not?
11    A.    Because there are different
12 factors to contin -- to sort of evaluate and
13 to consider in terms of looking at strength
14 of association.  Statistical significance may
15 be one factor but certainly not the only
16 factor.
17    Q.    Turn to page 8, please.
18    A.    Okay.
19    Q.    You see "Strength of
20 Association," part E?
21    A.    Yes.
22    Q.    Okay.
23    A.    Right.
24    Q.    Third sentence down.  "I view
25 the strength of perceived association not by

1 magnitude but by statistical significance in
2 determining causality."
3        Do you see those words?
4     A.    Yes.
5     Q.    You typed those, right?
6     A.    That's correct.
7     Q.    Okay.  You just disagreed --
8 you're arguing with yourself now?
9     A.    I'm not arguing with myself,
10 and I -- so I'm stating that effect size or
11 odds ratio in and of itself, so magnitude of
12 the effect, is not the only factor in
13 considering strength of association.
14        So even if the magnitude of
15 odds ratio or a relative risk is moderate, if
16 it reaches statistical significance or if
17 it's repeated over and over and over again,
18 then it would be a -- demonstrate a strong
19 association.
20    Q.    Did I read the words on the
21 page in your report on page 8, Exhibit 52,
22 correctly?
23    A.    Well, I believe you read the
24 words on the page.  "I view the strength of a
25 perceived association not by magnitude but by

1 statistical significance in determining
2 causality."
3        That's correct.
4     Q.    Okay.
5     A.    However, that's not the only
6 factor.  So statistical significance may be
7 one factor, but as we've discussed
8 previously, consistency, confidence
9 intervals, replication, may be other factors.
10        But this is -- this is correct,
11 this sentence, as you read it.
12    Q.    Okay.  And so when you answered
13 that you disagreed with that sentence
14 beforehand, you take that back, correct?
15        MR. DOVEL:  Objection.  Form.
16        THE WITNESS:  I would say that
17    it depends on -- it depends.
18 QUESTIONS BY MR. MURDICA:
19    Q.    Okay.
20    A.    So, yes, statistical
21 significance may be more important than
22 magnitude, but statistical significance is
23 not the whole story.  That's my answer.
24    Q.    Okay.  On page 11 you say,
25 "Ultimately" -- are you on page 11?

1     A.    I'm on page 11, yeah.
2     Q.    First paragraph, last sentence.
3 I want to make sure you wrote this.
4        "Ultimately, I did not have
5 sufficient time to complete a written
6 analysis of each of the studies in sufficient
7 detail."
8        Did I read that correctly?
9     A.    You read it correctly.
10    Q.    Okay.  Now, Dr. Hollander, why
11 didn't you have time to read the studies?
12        MR. DOVEL:  Objection to form.
13        THE WITNESS:  I did have time
14    to read the studies.
15 QUESTIONS BY MR. MURDICA:
16    Q.    Okay.  Why didn't you have time
17 to complete a written analysis of the
18 studies?
19    A.    I had time to read the studies,
20 to process the information, to understand the
21 information in detail.
22        What I didn't have time to do
23 is an approach such as Dr. Baccarelli did
24 with a navigation guide where he weighted
25 each of the different studies on a number of

1 different criteria.  That I -- that I did not
2 have time to do.
3      Q.    Dr. Hollander, you were first
4 retained by the plaintiffs' lawyers here
5 months ago, correct?
6      A.    I think it was around
7 February 23rd.
8      Q.    Right.
9            So you didn't have time between
10 February and July to complete a written
11 analysis of the studies?
12      A.    I had time to read all of the
13 studies.  I had time to process the
14 information of all of the studies.  I did not
15 have time to weight each study on a number of
16 different metrics.  And in that case, I
17 relied on Dr. Baccarelli's navigation guide
18 to do that.
19      Q.    Okay.  Have you, Dr. Hollander,
20 ever used the navigation guide in any of your
21 publications?
22      A.    No.
23      Q.    Had you ever heard of the
24 navigation guide before you read
25 Dr. Baccarelli's report?

1      A.    I have heard of it before.
2 I've never utilized it on my own.
3      Q.    Have you ever read a study
4 prior to being involved in this litigation
5 that utilized a navigation guide?
6      A.    In my practice, I frequently
7 conduct a weight of the evidence, and so I do
8 similar kinds of methods in order to, you
9 know, ascribe different kinds of numerical
10 factors to different weight of the evidence.
11            So, for example, in the
12 practice guidelines that I've been involved
13 in, we do a very similar analysis.  We do a
14 pyramid or a hierarchy where we look at the
15 different studies and different approaches.
16 Then we weight each of those approaches in a
17 different way, and then we utilize that
18 information in order to recommend treatments
19 of different conditions.
20      Q.    Do you remember my question?
21      A.    Well, I think your question
22 is -- one is, did I ever use the navigation
23 guide, and my answer was no.
24            But I have conducted an
25 approach which is similar, weighting

1 different studies on different variables, and
2 integrating that into my practice.  So the
3 answer is yes.
4      Q.    Okay.  So that wasn't my
5 question.
6      A.    Okay.
7      Q.    My question was, prior to being
8 involved in this litigation, have you ever
9 read a publication that utilized the
10 navigation guide?
11      A.    I -- you know, I don't recall
12 whether or not I -- you know, I'm familiar
13 with the term.  I may have read a
14 publication, but I don't recall that
15 publication.
16      Q.    Okay.
17      A.    I haven't utilized that
18 specific navigation guide myself.
19      Q.    Okay.  Do you know when the
20 navigation guide was first created?
21      A.    No.
22      Q.    Do you know if it was created
23 30 years ago?  50 years ago?  Five years ago?
24 Any idea?
25      A.    I don't know.

1      Q.    Okay.  Also on this page.
2 "Accordingly, I have relied upon the analysis
3 and assessment of the epi in Dr. Baccarelli's
4 report."
5            Did I read that correctly?
6      A.    Yes.
7      Q.    Okay.  So before I asked you if
8 you are rendering a causation opinion here
9 based on the epidemiology separate and apart
10 from Dr. Baccarelli.  But you say here that
11 you're relying on his analysis and overall
12 assessment.
13            Correct?
14            MR. DOVEL:  Objection.  Form.
15            THE WITNESS:  Well, I mean, I
16      think these sentences sort of describe
17      this.  So I reviewed the existing
18      scientific research.  I didn't have
19      time to do a specific navigation guide
20      analysis on each of the articles.  I
21      rely upon his analysis and overall
22      assessment using that guide to weight
23      each of the different articles.
24 QUESTIONS BY MR. MURDICA:
25      Q.    Dr. Hollander, you didn't do

Page 178

1  your own weighting of the articles; you're
2  relying on Dr. Baccarelli for that, correct?
3       A.    I didn't include a weighting of
4  each of the different articles.  I did
5  include a Bradford Hill analysis, which
6  incorporates the data from the analysis, to
7  inform and to guide the opinions that I
8  offer.
9       Q.    So is your testimony here today
10  that you weighted the individual epidemiology
11  studies as part of your Bradford Hill
12  analysis, or you relied on Dr. Baccarelli's
13  weighting in doing your Bradford Hill
14  analysis?
15       A.    Well, I'm relying upon his
16  navigation ratings of the epidemiology, but
17  I'm conducting my own Bradford Hill analysis
18  utilizing the information.
19       Q.    Utilizing his ratings, correct?
20       A.    Well, his ratings are one
21  component.  His ratings of the articles give
22  you different strength weightings of each
23  individual article, which helps to inform my
24  Bradford Hill analysis.
25       Q.    Okay.  So in doing your

Page 179

1  Bradford Hill analysis, you used
2  Dr. Baccarelli's weighting of the articles
3  based on the navigation guide, correct?
4       A.    That's correct.  I --
5       Q.    Okay.
6       A.    -- I review and rely on his
7  navigation weighting --
8       Q.    Okay.
9       A.    -- in order for me to do my own
10  Bradford Hill analysis.
11       Q.    Utilizing his data, correct?
12       A.    Using his particular weighting
13  of the data, although I also conduct my own
14  review of the data.
15       Q.    Okay.  And the only
16  documentation, the only analysis, that we
17  have regarding the data is what you have in
18  here because you didn't time to do a separate
19  analysis, correct?
20            And what you testified to
21  today, fair?
22            MR. DOVEL:  Objection.  Form.
23            THE WITNESS:  Well, that's
24  true.  I didn't do a navigation
25  analysis on each of the articles.

Page 180

1  QUESTIONS BY MR. MURDICA:
2       Q.    Okay.  In the next paragraph,
3  you talk about Baker and Ji, right?  That's
4  the next sentence?
5       A.    That's correct.
6       Q.    Okay.  And you say, "Both
7  biomarkers serve as concrete measure of APAP
8  exposure."
9            Right?
10       A.    That's correct.
11       Q.    Were you aware that there was
12  an earlier Ji study that also used a
13  biomarker?
14       A.    I believe that I have seen an
15  earlier Ji study.
16       Q.    Do you know what it used as a
17  biomarker?
18       A.    Perhaps you can show me that,
19  and I can take a look at it.
20       Q.    Yeah, we're going to do that.
21  I was just seeing if you -- if you remember.
22            Do you know what biomarker Ji
23  2020 uses?
24       A.    Yes.
25       Q.    What's that?

Page 181

1       A.    Umbilical cord blood.
2       Q.    And it says it right there on
3  the page, right?
4       A.    That's correct.
5       Q.    Okay.  All right.  And then if
6  we turn to page 12, you cite to Alemany,
7  right?
8       A.    Yes.
9       Q.    Okay.  And you say that Alemany
10  found consistent positive association between
11  prenatal APAP exposure and ADHD and ASD,
12  correct?
13       A.    That's correct.
14       Q.    Okay.  And we are going to look
15  at that one in a minute.
16            On page 13, you have a section
17  titled "JJCI-Produced Documents."
18            Let me know when you're on
19  page 13.  It's at the very bottom.
20       A.    Yes.
21       Q.    Okay.  You know that JJCI is
22  the defendant here, right?
23       A.    That's correct.
24       Q.    Okay.  And you conclude the
25  paragraph on page 14, "Since these company

Page 182

¹ documents do not consist of any new or
² unknown primary evidence, I did not ascribe
³ any additional weight to them."
⁴        Right?
⁵    A.    Yes, I see that sentence.
⁶    Q.    Okay.  But you wrote that,
⁷ right?
⁸    A.    Yes.
⁹    Q.    Okay.  So your intention here
¹⁰ was to look at published data, not internal
¹¹ company documents, right?
¹²    A.    No.
¹³    Q.    Okay.  What company documents
¹⁴ did you ask for, and how did you get them?
¹⁵        MR. DOVEL:  As phrased, that is
¹⁶    going to invade work product.  You'll
¹⁷    have to have to rephrase that
¹⁸    question.
¹⁹ QUESTIONS BY MR. MURDICA:
²⁰    Q.    Dr. Hollander --
²¹    A.    Yes.
²²    Q.    -- did you ask for company
²³ documents?
²⁴    A.    Yes.
²⁵    Q.    Okay.  And did you ask for an

Page 183

¹ index of what was available from the company?
²        MR. DOVEL:  That's going to
³    invade --
⁴        MR. MURDICA:  Well, I'm not
⁵    going to ask for the index.
⁶        MR. DOVEL:  -- work product,
⁷    and so as a result, you're going to
⁸    have to rephrase that question.
⁹        MR. MURDICA:  I'm not going to
¹⁰    ask for the index.  I'm just asking if
¹¹    he asked for it.
¹²        MR. DOVEL:  You're asking about
¹³    communications.  Under the federal
¹⁴    rules, you're not allowed to do that,
¹⁵    so I'll have to ask you to rephrase.
¹⁶ QUESTIONS BY MR. MURDICA:
¹⁷    Q.    Dr. Hollander, do you know how
¹⁸ many millions of pages of documents the
¹⁹ defendants produced in this litigation?
²⁰    A.    No.
²¹    Q.    Okay.  Did you look at every
²² document produced by the defendants in this
²³ litigation, to your knowledge?
²⁴    A.    No.
²⁵    Q.    Okay.  And you know that,

Page 184

¹ right?
²        Because you've been involved in
³ litigation.  You know that millions of
⁴ documents are produced, right?
⁵    A.    Well, it --
⁶        MR. DOVEL:  Objection.  Form.
⁷        THE WITNESS:  If what you're
⁸    saying is that there are millions of
⁹    pages of documents, then I wouldn't
¹⁰    have been able to review those
¹¹    millions of pages of documents.
¹² QUESTIONS BY MR. MURDICA:
¹³    Q.    You reviewed what was provided
¹⁴ to you, correct?
¹⁵    A.    I asked for relevant documents,
¹⁶ and I reviewed them.
¹⁷    Q.    Okay.  So you just said, I want
¹⁸ relevant documents, and that's what you --
¹⁹ and you reviewed what you were given?
²⁰        MR. DOVEL:  As phrased, that
²¹    calls for communications with counsel.
²²        MR. MURDICA:  Look, I'm really
²³    not trying to get into your
²⁴    communications, but I have to ask
²⁵    questions in this area.

Page 185

¹        THE WITNESS:  Could you
²    rephrase that question, please?
³ QUESTIONS BY MR. MURDICA:
⁴    Q.    Sure.
⁵        Your testimony is that you
⁶ asked for relevant company documents,
⁷ correct?
⁸        MR. DOVEL:  That question --
⁹        MR. MURDICA:  He already
¹⁰    testified to it.
¹¹        MR. DOVEL:  Yes, but that was
¹² not in response to a question.  As a
¹³ result, I'm going to prohibit you from
¹⁴ asking those questions, which you've
¹⁵ not only agreed to in the protocol
¹⁶ that was modified, you've also --
¹⁷ subject to federal rules, you'll have
¹⁸ to rephrase.
¹⁹        MR. MURDICA:  Look, I'll try
²⁰    again, but that's not what our
²¹    agreement was.
²² QUESTIONS BY MR. MURDICA:
²³    Q.    Dr. Hollander, when you were
²⁴ provided -- after you were provided
²⁵ documents, did you ask any follow-up

Page 186

1 questions about additional documents from the
2 company?
3         MR. DOVEL:  Just as phrased,
4     you're asking about questions -- your
5     communications with counsel.  You just
6     didn't put the word "counsel" in your
7     question.
8         It's improper.  You're going to
9     have to rephrase.
10 QUESTIONS BY MR. MURDICA:
11     Q.    Dr. Hollander, how many pages
12 of company documents did you review in
13 preparation of your report and rebuttal
14 report?
15     A.    I don't recall.
16     Q.    Okay.  Was it thousands?
17     A.    I don't think it was thousands.
18     Q.    You don't have any
19 recollection?
20     A.    I don't -- I don't think I
21 reviewed thousands of documents.
22     Q.    And in your regular work when
23 you're doing analyses to publish in the
24 scientific literature, do you get discovery
25 from manufacturers involved in exposures

Page 187

1 you're looking at?
2     A.    Well, I would review material
3 relevant to whatever question or hypothesis
4 I'm testing.
5     Q.    That's public, right?  Public
6 material, correct?
7     A.    Well, I would say generally if
8 I'm publishing something, the -- well, the
9 material may be public, although obviously
10 there may be data that's not public that I
11 may review as well, as it relates to the
12 hypothesis of the question.
13     Q.    If you're employed by the
14 manufacturer in some sort, right?  In some
15 way?
16     A.    Well, that would be one case.
17     Q.    Okay.  And here, you said you
18 don't ascribe weight to the company
19 documents, correct?
20     A.    No.  It says I did not ascribe
21 any additional weight.
22     Q.    Okay.  You identify forest
23 plots, correct?  That's what we're talking
24 about in this paragraph?
25     A.    That's correct.

Page 188

1     Q.    Okay.  And the forest plots
2 were some internal company pictorial where
3 they put point estimates on a chart with
4 confidence intervals, correct?
5     A.    Well, the forest plots are from
6 this Project Cocoon, and it's a visual
7 representation of the confidence intervals
8 with regards to different studies looking at
9 exposure and outcome.  So there are different
10 forest plots for different outcomes.
11     Q.    And you can go get that data
12 from the studies themselves, and indeed you
13 looked at the studies themselves, correct?
14     A.    I have looked at the studies
15 themselves.
16         I think one thing that's very
17 informative, actually, is by looking at the
18 visual representation of the confidence
19 intervals for the different studies all put
20 together, it provides a beautiful overview in
21 terms of the consistency and the direction of
22 the findings across multiple different
23 studies with different outcome measures.
24     Q.    And you could have done that
25 yourself based on the data, correct?

Page 189

1     A.    I think it's possible I could
2 have extracted the data from the individual
3 studies and then prepared a visual chart that
4 represents the different confidence intervals
5 and different outcome measures.
6         I was appreciative of being
7 able to review that material.
8     Q.    All right.
9     A.    It was informative.
10     Q.    There was no data in what you
11 reviewed that was new, that you didn't have
12 from the literature itself, correct?
13     A.    Yes.  Each of the -- I guess
14 each of the visual representations of the
15 confidence intervals could have been
16 extracted from the original data.
17     Q.    All right.  Now, on the next
18 page you have your strength of association
19 section.
20     A.    Yes.
21     Q.    And in the third sentence you
22 say, "Importantly, the association between
23 APAP and exposure and ASD and ADHD has been
24 found consistently in meta-analyses and
25 systemic reviews," correct?

Page 190

1   A.   Systematic reviews.
2   Q.   And systematic reviews.
3        And the first study you cite is
4 Masarwa 2018, correct?
5   A.   Correct.
6   Q.   And this came up earlier
7 because you volunteered that this is in your
8 book chapter on autism, correct?
9   A.   Correct.
10  Q.   Okay.  So let's take a look at
11 Masarwa.  You know what, I'm going to mark it
12 in a second.  I have a question first.
13       To your recollection, Masarwa
14 supports your point here that there's an
15 association between APAP exposure and ASD,
16 correct?
17  A.   Well, in this paragraph, as
18 it's describing it, it talks about the
19 association between prenatal APAP exposure
20 and ASD and ADHD outcomes.
21  Q.   Right.
22       So both of them.  Masarwa
23 supports your opinion on causation for both
24 of them, correct?
25  A.   Well, both of them are listed

Page 191

1 in the sentences above the citation.
2   Q.   Right.
3        These are your words, right?
4   A.   Yes.
5   Q.   Okay.  Did you conduct the
6 literature analysis yourself?
7   A.   Yes.
8   Q.   Did you conduct the literature
9 search yourself?
10  A.   Yes.
11  Q.   Okay.  How did you do it?
12  A.   I did that by putting in search
13 terms relating to exposure and outcome.
14  Q.   And where did you put the
15 search terms?
16  A.   To searchable databases such as
17 PubMed.
18  Q.   Okay.  And you did that after
19 you issued your initial report and before the
20 rebuttal, correct?
21  A.   No.
22  Q.   When did you do the PubMed
23 search?
24  A.   Prior to my initial report.
25  Q.   Okay.  And did you save the

Page 192

1 PubMed search?
2   A.   No.
3   Q.   Okay.  Do you remember the
4 search terms?
5   A.   I remember -- well, let me see
6 if I specified in any of the written material
7 what the search terms were that I used.
8   Q.   In medical literature, that's
9 usually -- when there's a search, that's
10 usually what the authors do, right?  They
11 explain how they searched and what they
12 searched and what terms they used?
13  A.   Right.  You specify what the
14 databases are, and you specify what the terms
15 are, right.
16       I don't see a description of
17 the search terms.
18  Q.   Okay.  And sitting here today,
19 you don't remember what your search terms
20 were, right?
21  A.   Well, I can tell you what I
22 would have entered into it, but I don't
23 recall specifically.  And I'm not able to
24 find, but I could look for it a little bit
25 more, whether there's a description of the

Page 193

1 search terms.
2   Q.   Okay.  If you end up finding it
3 at any point today, let us know.
4   A.   Okay.
5        (Hollander Exhibit 53 marked
6     for identification.)
7 QUESTIONS BY MR. MURDICA:
8   Q.   In the meantime, I'm going to
9 mark this as Exhibit 53.
10       Dr. Hollander, do you now have
11 in front of you what's been marked as
12 Exhibit 53?
13  A.   Yes.
14  Q.   Okay.  Do you recognize
15 Exhibit 53 as the 2018 Masarwa study that you
16 brought up earlier this morning and that we
17 just saw in your rebuttal report?
18  A.   Yes.
19  Q.   When is the last time you
20 reviewed this study?
21  A.   I guess prior to my rebuttal
22 report.
23  Q.   Okay.  Do you recall, sitting
24 here today, if this study -- if this -- this
25 is a meta-analysis, right?

Page 194

1    A.    Yes.
2    Q.    Okay.
3    A.    It's a systematic review
4  meta-analysis and meta-regression analysis of
5  cohort studies.
6    Q.    Sitting here today, do you
7  recall if Masarwa, in 2018, controlled for
8  genetic factors?
9    A.    Let me take a look.
10    Q.    And, Dr. Hollander, I know
11  there's a question pending, but you're -- you
12  grabbed something.
13    What is that?  It doesn't look
14  familiar to me.
15    A.    This is a summary table of the
16  different individual articles that was
17  prepared by Andrea Baccarelli.
18    Q.    So you printed and brought with
19  you today a marked-up copy of
20  Dr. Baccarelli's summary tables of the
21  articles?
22    A.    Yes.
23    Q.    Okay.
24    A.    However, I don't believe that
25  this, as a meta-analysis, is in the summary

Page 195

1  table.
2    Q.    Can you say that again?
3    A.    I don't believe that this, as a
4  meta-analysis, is included in the summary
5  table.
6    Q.    In other words, what you're
7  looking at --
8    A.    Is a summary table of the
9  individual studies as opposed to the
10  meta-analysis that utilizes pooled data from
11  the individual studies.
12    Q.    Okay.  So first of all, let's
13  mark that as Exhibit 54.
14    MR. DOVEL:  Well, you can mark
15  the copy, but that's his --
16    MR. MURDICA:  Sure, yeah, we'll
17  get -- we'll make copies of it.
18    MR. DOVEL:  Yeah, that's going
19  to remain with him.  We're not
20  actually going to mark that.  We can
21  mark the copy.
22    MR. MURDICA:  Okay.  We'll make
23  and mark a copy.  Yeah, we'll
24  photocopy it.
25    (Hollander Exhibit 54 marked

Page 196

1  for identification.)
2  QUESTIONS BY MR. MURDICA:
3    Q.    Okay.  Back to Exhibit 53.
4    So I -- let me go back to my
5  original question.  I think I have your
6  answer.
7    But as far as you know,
8  Dr. Hollander, Masarwa 2018 has not
9  controlled for genetic factors, correct?
10    A.    No, I did not say that.
11    Q.    Oh, I'm sorry.  That was my
12  question.
13    A.    Okay.
14    Q.    Did Masarwa control for
15  genetics?
16    A.    Well, let's take a look at this
17  meta-analysis and see what he does.
18    Well, in the -- in the methods
19  underneath the meta-aggression, they talk
20  about covarying for a whole range of
21  different factors.  But I don't believe that
22  they -- this is not a -- well, let's see what
23  they have here.
24    So they -- you know, they
25  control for age at follow-up, fever, maternal

Page 197

1  age at birth, smoking, socioeconomic,
2  latitude, duration.  And they -- you know,
3  they look at them to understand confounders.
4    Q.    Dr. Hollander, would you prefer
5  to go off the record and take some time to
6  review it?
7    MR. DOVEL:  No, we're not going
8  to go off the record.
9    THE WITNESS:  No, I'm almost
10  there.  I've been able to review most
11  of it.
12    Well, they do comment on it.
13    So first, as I mentioned, one
14  of the strengths of this is that they
15  covary for a long list of factors, and
16  they find that the association remains
17  significant despite covarying for a
18  broad range of factors.
19    Then they talk about -- they
20  mention this Brandlistuen report:
21  "Increased risk for neurodevelopmental
22  disorders despite using a sib-matched
23  analysis design, which would be
24  expected to minimize the effect of
25  maternal characteristics on the

Page 198

1   observed observation."
2       So they comment on that.
3   QUESTIONS BY MR. MURDICA:
4       Q.   And do you agree with that,
5   Dr. Hollander, that a sib-match design was a
6   good -- is a strong design?
7       A.   Well, I would say that it
8   depends.
9       So it's one approach to try to
10  control for genetic or familial factors.  And
11  there is one study that, you know, shows that
12  in attempting to do that, there's still a
13  strong association.
14      But there are real problems
15  with the sib-pair approach.  And, you know,
16  the huge problem with that is that it
17  essentially negates the effects of mediators
18  and moderators.  And I'd like to give you a
19  little explanation of that.
20      Q.   You can, Doctor, when your
21  counsel asks you a question.  But I was --
22  let's stick to my original question, which is
23  that -- did this meta-analysis control for
24  genetics?
25      A.   The meta-analysis discusses

Page 199

1   that as a potential issue and then talks
2   about how that has been controlled, and the
3   findings persist in spite of that.
4       However -- let me just finish
5   here.
6       MR. MURDICA:  I know, Counsel,
7   you said you don't want to go off the
8   record, but I have a number of studies
9   to go through, and it might save
10  everybody time.
11      THE WITNESS:  Well, I don't --
12  so -- I mean, this meta-analysis does
13  not use a sib-pair approach.  There
14  are -- you know, there are problems
15  with a sib-pair approach if there are
16  mediators and moderators.  It just
17  wipes that out, so it's an
18  inappropriate approach.
19      However, they do discuss the
20  potential for genetic factors, and
21  then they review relevant literature
22  relating to that.  And they say that
23  in that, the findings persist despite
24  controlling for that.
25      But that this study itself,

Page 200

1   they don't -- they control for a large
2   number of different factors.  And they
3   find even for controlling many of
4   these factors, the findings persist,
5   so...
6   QUESTIONS BY MR. MURDICA:
7       Q.   Dr. Hollander, did you see
8   anything here in Masarwa that controlled for
9   parental ADHD or ASD?
10      A.   I don't see that they conducted
11  any -- like a stratification analysis, for
12  example, on those particular factors.
13      Q.   Okay.  Dr. Hollander, do you
14  see anything in Masarwa 2018 that controlled
15  for paternal age?
16      A.   Actually, let's take a look at
17  that because I do...
18      Well, they do control for
19  maternal age.
20      Q.   Do you remember my question?
21      A.   Was it paternal age?
22      Q.   Yes.
23      A.   I'm looking at it now, and I'm
24  seeing if they controlled for paternal.
25      It's a strong study because

Page 201

1   they used many, many different factors in
2   their meta-regression.
3       Let's see.
4       No, it looks like they look at
5   maternal age at birth, but I'm not sure that
6   they included paternal age at birth.
7       Q.   Okay.  So as far as you could
8   tell, Dr. Hollander, they haven't controlled
9   for paternal age, correct?
10      A.   I don't -- I don't see a
11  listing of paternal age.
12      Q.   Okay.
13      A.   I do see the maternal age.
14      Q.   And the data here is
15  observational only, right?
16      A.   Well, it's an observational
17  study, but it's pooling different studies
18  that have been conducted, including cohort
19  studies, yeah.
20      Q.   Right.
21      And the underlying data is
22  observational data, correct?
23      A.   Right.
24      Q.   Okay.  And notwithstanding,
25  Dr. Hollander, you think this is a strong

Page 202

1 study, correct?

2     A.   It is very strong.

3     Q.   Very strong study.

4       And all of the things you were

5 reading were intended to eliminate bias and

6 confounding, correct?

7     A.   Yeah. They do a lot of work to

8 try to eliminate bias and confounding, and

9 they get a strong relationship for exposure

10 and outcomes, including, you know, age of the

11 child on follow-up and duration of exposure.

12 So they find a -- the dose-response

13 relationship here.

14     Q.   Notwithstanding the authors

15 warn that there was evidence of heterogeneity

16 between the study estimates of the outcomes,

17 right?

18     A.   Well, there's great

19 heterogeneity with each of the conditions,

20 and there's a range of different outcomes.

21       However, you know, what's

22 really remarkable about this is -- so they --

23 look, they have one, two, three, four, five

24 individual studies, right? And then they

25 have an overall relative risk here. And the

Page 203

1 visual is really strong, actually, for the

2 relative risk ratios for the pooled data.

3     Q.   If you turn to the discussion

4 section --

5     A.   Uh-huh.

6     Q.   -- Dr. Hollander.

7     A.   Yeah.

8     Q.   About halfway down it says,

9 "However, results should be interpreted with

10 caution because there was evidence of

11 heterogeneity between study estimates of the

12 outcome."

13       Do you see that?

14     A.   Can you direct me to the

15 paragraph?

16     Q.   Sure.

17       Do you see the discussion

18 section?

19     A.   Yeah, I do.

20     Q.   It's on page 1822, halfway

21 down. "However," on the left column.

22     A.   Right.

23     Q.   That was my question before.

24       Do you agree with that?

25     A.   Well, I guess the issue is also

Page 204

1 that -- so this first study, the Brandlistuen

2 2013 --

3     Q.   Right.

4     A.   -- is a relatively small study,

5 which is relatively weak. But I would say

6 that all of the other studies show a strong

7 positive association with confidence

8 intervals that don't cross 1.

9       So the -- you know, with the

10 exception of that study, there's not a lot of

11 heterogeneity. It looks like it's strong

12 data that's been replicated over and over,

13 which just grows when you pool the data

14 together with the bigger sample size.

15     Q.   Dr. Hollander, the Brandlistuen

16 study you just mentioned, that's the one you

17 said earlier was a sib-control, correct?

18     A.   Let me take a look, because

19 that's 2013?

20     Q.   Well, you were reading it from

21 this article, but, sure.

22     A.   Because that --

23     Q.   Let the record reflect that

24 Dr. Hollander is going to Dr. Baccarelli's

25 tables to answer my question.

Page 205

1     A.   Okay.

2     Q.   Which will be marked as

3 Exhibit 54.

4     A.   Let me take a look at that,

5 actually, because that's...

6       So, I mean, if you see it, it's

7 the -- it's the first one. It's 2013, so

8 it's earlier. And let's take a look at what

9 they have to say with regards to

10 heterogeneity later on, because...

11       So the -- I mean, this study is

12 really a strong study because they control

13 for so many different potential confounders.

14 They do a sensitivity analysis.

15     Q.   Dr. Hollander, I don't mean to

16 interrupt, but are you talking about Masarwa

17 or Brandlistuen?

18     A.   No, I'm talking about Masarwa.

19     Q.   Okay. Earlier you testified

20 that Brandlistuen has a sibling-control

21 design.

22     A.   Uh-huh.

23     Q.   You don't recall that?

24     A.   I do, actually.

25     Q.   Okay.

1    A.    Yes.

2    Q.    That was my question.

3    A.    Right.

4    Q.    Okay.

5    A.    I do recall that.

6    Q.    And you gave testimony about
7  how there could be a mediator in the
8  sibling-control design.  And my question for
9  you is that if there's a mediator in the
10  sibling-control design of an
11  acetaminophen/autism/ADHD study, that would
12  be -- that mediator would be present in
13  whatever studies utilized sibling-control
14  design, correct?  For that same exposure and
15  outcome.

16    A.    Well, so, let me see if I can
17  try to interpret this -- the question in
18  hand.

19        So we're talking about the
20  relationship between exposure and outcome,
21  right?  We're talking about some of the
22  problems with a sib-pair approach.

23        So let's say that
24  acetaminophen, you know, functions as an
25  anandamide reuptake inhibitor, so it enhances

1  endogenous endocannabinoid levels in the
2  developing fetal brain.  Let's say enhancing
3  those endogenous cannabinoid levels work via
4  the CB1, and also that FAAH, you know, the
5  enzyme that, you know, creates this AM404 out
6  of APAP, that there are genetic variations.
7  Then the effects of APAP would only be
8  recognized in those individuals who have
9  variations of the CB1 receptor and variations
10  in the FAAH receptor.  So -- and that's a
11  family or a genetic impact.

12        If you utilize a sib-pair
13  approach, then you'd take away those
14  mediators of the CB1 and FAAH genetic
15  polymorphisms, then you lose the results.

16        So the problem there is that
17  there's a true association.  But if you do a
18  sib-pair approach, it's impossible to
19  determine that because you've effectively
20  taken away the mediators that mediate that
21  effect.

22    Q.    Right.

23        And if that is in fact
24  something that happens, that would persist in
25  whatever sib-pair studies there were for --

1  because it would be something that persisted
2  regardless of the study population, correct?
3  If they're siblings?

4    A.    Well, that would be a reason
5  why utilizing a sib-pair approach would --
6  like a -- bias the study towards the null
7  rather than away from the null.

8    Q.    Okay.  If you turn to
9  page 1824.

10        Do you see the strengths and
11  limitations section?

12    A.    Yes.

13    Q.    The second paragraph down,
14  second sentence, please tell me if I've got
15  this right.  It says, "Only a limited number
16  of studies were available for analysis, and
17  all of the studies included were
18  observational design.  Most of the studies
19  had some risk of bias, and the results
20  indicated significant heterogeneity."

21        Did I read that correctly?

22    A.    You read that correctly.

23    Q.    Okay.  And I -- you agreed that
24  they were observational.  And do you agree
25  that they have risk of bias?

1    A.    Well, every study has a
2  potential risk for bias, and that's why when
3  you design a study and when you analyze the
4  data, you need to control for potential bias.

5    Q.    And you disagree with them here
6  where they say the results indicated
7  significant heterogeneity.

8        You don't see it, correct?

9    A.    Well, I really don't see much,
10  actually.  I see that there's a strong
11  consistency of the findings with these
12  studies, with one exception.

13    Q.    Okay.  And two sentences
14  down -- I had asked you about paternal age --
15  it says, "In addition, ASD diagnosis is known
16  to be strongly related to advancing paternal
17  age."

18        You agreed with that earlier
19  toady when I asked you, right?

20    A.    That's correct.

21    Q.    Okay.  And it says, "However,
22  none of these studies included paternal age
23  as a covariant."

24        You just testified that
25  that's -- you didn't see it in here, correct?

1    A.    Well, I've testified that there
2  are -- they've adjusted for multiple
3  confounders, so they should be applauded for
4  that.  But it -- including maternal age.  But
5  it's true that they didn't covary for
6  paternal age.
7    Q.    Right.
8        And that's one of the things
9  that you, Dr. Hollander, associate with the
10 outcomes of ASD and ADHD, correct?
11   A.    Well, let's go over that again,
12 because I believe that that would actually
13 bias it towards the null rather than away
14 from the null.
15   Q.    Okay.
16   A.    So it wouldn't provide a -- it
17 would not provide for a differential.  It
18 would be a nondifferential.
19   Q.    All right.  So in your view,
20 Masarwa's concern about paternal age here is
21 unjustified, correct?
22   A.    No, I think that Masarwa is
23 doing a good time -- a good job, actually.
24        So when you author an article
25 like this, you always have to consider the

1  strengths and the weaknesses of any
2  individual study, and then you want to try to
3  control for any of those potential
4  confounders or bias.
5        So, for example, if you look at
6  the design of these studies, they collect
7  information about exposure during pregnancy,
8  and then they look at different measures for
9  outcome many years later.
10       The cohort nature of the
11 studies, for example, control for things like
12 recall bias as an example.
13       The design of each of the
14 individual studies controls for various types
15 of bias.
16       Now, what they're doing here is
17 they're pooling the data from the different
18 studies.  And in addition to doing that, then
19 they're trying to look at other potential
20 sources that could be confounders or bias.
21       And then one of the ways to
22 deal with that, in addition to the original
23 designs of the study, is then to, in a
24 statistical fashion, try to control for those
25 potential confounders by covarying for them.

1  And they've done that as well.
2    Q.    And you think they've done a
3  great job at that, right?
4    A.    I think they've done an
5  excellent job at that.
6    Q.    Okay.
7    A.    I mean, no study can do endless
8  amounts of covary.  And you always have to
9  read these studies with some appropriate
10 level of detail to look at the strengths and
11 the limitations.  And then the authors need
12 to discuss the strengths and the limitations.
13       But discussing the strengths
14 and the limitations don't negate the findings
15 of the study.
16   Q.    Okay.  Dr. Hollander, if you
17 can go to the final page where it says,
18 "Implications for policy and practice," I
19 have two more questions for you on this
20 article.
21   A.    Right.
22   Q.    Halfway down, it says -- do you
23 see where it says, "Our results indicate"?
24   A.    Yes.
25   Q.    "Our results indicate a small

1  increase in the risks for ADHD and ASD in the
2  offspring of women exposed to acetaminophen
3  during pregnancy."
4        Did I read that correctly?
5    A.    Correct.
6    Q.    And do you agree that it's
7  small?
8    A.    No.  I agree that, you know, if
9  you look at it, they talk about, you know,
10 statistically significant elevated risks that
11 vary depending on the outcome.  So they talk
12 about elevated relative risks that reach
13 statistical significance.
14       I guess we're getting back to
15 that sentence that you read before in terms
16 of the magnitude of the effect versus the
17 statistical significance.
18       But if you look at one of the
19 points that I was making is -- if you look at
20 these things and the consistency of the
21 findings, they're replicated over and over
22 again, and so they're statistically
23 significant.  You have odds ratios that are
24 above 1.  And then there -- so they're --
25 they're replicated as well, you know.

Page 214

1    Q.    Okay.  The next sentence where
2  I just read, it says, "However, due to the
3  high heterogeneity in the observed
4  association, the potential for exposure and
5  outcome misclassification and the possibility
6  of residual confounding" --
7    A.    Right.
8    Q.    -- et cetera, et cetera,
9  "further investigation evaluating the
10 observed link is warranted."
11   A.    Right.
12   Q.    Do you, Dr. Hollander, agree
13 that at this point -- that Masarwa, in 2018,
14 further investigation evaluating the observed
15 link is warranted?
16        MR. DOVEL:  Objection.  Form.
17        THE WITNESS:  Well, I think
18     that the -- so this was published in
19     2018.  They talk about the potential.
20     So, I mean, it's -- so again, you
21     know, there is a -- you want to make
22     sure that you're -- that you -- that
23     you don't have misclassification.
24     There are various ways to prevent that
25     from happening, for example, such as

Page 215

1  prospective design of these studies.
2        The possibility of residual
3  confounding, yeah, I mean, they did --
4  they did actually -- so they talk
5  about maternal characteristics.  They
6  did covary for maternal age.
7        It is true that you do want to
8  address these different issues, right?
9  So, for example, maternal
10 characteristics.  And this is
11 something that's come up.  It is a
12 good idea to take a look and see
13 whether those maternal characteristics
14 are a factor as a cofounder.  Are they
15 related to both the exposure and the
16 outcome.
17        So studies like Lupattelli have
18 tried to address that where they look
19 at the maternal characteristics, and
20 then they try to determine whether or
21 not the association between the
22 exposure and the outcome persists even
23 if you control for those maternal
24 characteristics.
25

Page 216

1  QUESTIONS BY MR. MURDICA:
2    Q.    And, Dr. Hollander, you see
3  that genetic factors are listed as one
4  possibility for residual confounding, right?
5    A.    That's right.
6    Q.    And you agreed with me earlier
7  that parental ASD and ADHD diagnoses are not
8  controlled for here, correct?
9    A.    I don't believe that it was --
10 they didn't use that as a -- to covary.
11   Q.    And if the parents have ASD or
12 ADHD, that is a genetic factor, correct?
13   A.    It's a -- well, it's a familial
14 factor.
15   Q.    Sure.  Familial factor.
16        Okay.  Do you see the next
17 sentence?  "Considering the significant
18 limitations inherent in the available
19 research, we believe care should be taken to
20 avoid overstating the significance of the
21 results of our analysis because this could
22 promote unnecessary anxiety among pregnant
23 women."
24   A.    I see that.
25   Q.    Do you see that?

Page 217

1        Okay.  Did I read that
2  correctly?
3    A.    You read it correctly.
4    Q.    And in your practice, you are
5  asked by some of your patients if they should
6  continue their medicine to treat their OCD,
7  autism, and other diagnoses like that,
8  correct?  While they're pregnant.  During
9  pregnancy.
10   A.    Yes, I do have mothers who ask
11 me questions about whether or not they should
12 take medicines during pregnancy, yeah.  And
13 then we do engage in a risk versus benefit
14 discussion.
15   Q.    Right.
16        And they're asking you about
17 medicines you prescribe, right?
18   A.    They may be asking about
19 medicines that I prescribe, but -- or they
20 may be asking me about other medicines that
21 they could be taking over the counter as
22 well.
23   Q.    But it's to treat -- they're
24 asking you about medicines to treat the
25 symptoms of the conditions that you're

Page 218

¹ treating them for, correct?
² A. No, not necessarily. I mean,
³ they're asking me about risk in terms of
⁴ offspring, and they're asking me about risk
⁵ versus benefit of them taking various kinds
⁶ of medicines during pregnancy. And they want
⁷ to engage in a discussion about the accurate
⁸ risks versus the benefits of taking any of
⁹ the compounds versus the potential -- the
¹⁰ negative outcome of having a child with ASD
¹¹ or ADHD.
¹² Q. Okay. So you're talking about
¹³ any medications at all, as if you were their
¹⁴ obstetrician, right, Doctor?
¹⁵ A. Well, I'm saying that in my
¹⁶ practice I have people coming to me all the
¹⁷ time, and I engage in a risk versus benefit
¹⁸ discussion with regards to different things
¹⁹ that they're taking because there may be
²⁰ benefits to the mother, there may be risks to
²¹ the fetus. And to make an informed decision,
²² I think that the clinicians and the patients
²³ and the families need to have accurate and
²⁴ up-to-date information in order to engage in
²⁵ that conversation.

Page 219

¹ Q. And I take it, Dr. Hollander,
² you don't -- you agree that you shouldn't
³ promote unnecessary anxiety among pregnant
⁴ women by overstating risks, correct?
⁵ A. No. I think it's part of the
⁶ risk versus benefit ratio discussion, that's
⁷ correct. So you don't want to cause
⁸ unnecessary risk by freaking out the parents,
⁹ and you want to be able to engage in an
¹⁰ accurate and informative discussion of risks
¹¹ and benefits. But to do that, you need to
¹² have accurate information about the -- both
¹³ the benefits and the risks.
¹⁴ Q. Okay. Doctor --
¹⁵ A. Absolutely.
¹⁶ Q. Dr. Hollander, in the next
¹⁷ sentence, do you see that these authors, in
¹⁸ 2018, say that a causal link between exposure
¹⁹ to acetaminophen and neurodevelopmental
²⁰ disorders --
²¹ A. Right.
²² Q. -- cannot be established at
²³ this point? This is in 2018 they're saying
²⁴ this.
²⁵ Do you see that?

Page 220

¹ A. I see that. And they're --
² they are engaging in a risk versus benefit
³ kind of analysis where they're saying you
⁴ don't want to promote unnecessary anxiety; on
⁵ the other hand, that this is important
⁶ information, and so additional work should be
⁷ done to do a causal analysis, yes.
⁸ Q. Okay. And do you agree with
⁹ them that as of this article in 2018, a
¹⁰ causal link between exposure to acetaminophen
¹¹ and neurodevelopmental disorders cannot be
¹² established?
¹³ MR. DOVEL: Mr. Murdica, is
¹⁴ that beyond the scope of this phase,
¹⁵ do you think, or not? What do you
¹⁶ think?
¹⁷ MR. MURDICA: I think it's a
¹⁸ causation question.
¹⁹ MR. DOVEL: Is it specific
²⁰ causation or general causation? How
²¹ would you categorize that?
²² MR. MURDICA: I would
²³ categorize that as how that
²⁴ contributes to his body of knowledge
²⁵ on causation. If he agrees that this

Page 221

¹ isn't enough right now.
² MR. DOVEL: So we can ask all
³ your witnesses about the same subject.
⁴ MR. MURDICA: Sure.
⁵ MR. DOVEL: Okay.
⁶ THE WITNESS: Well, I'm saying
⁷ that the authors are being
⁸ appropriately cautious and
⁹ conservative. And what they're saying
¹⁰ here is that careful inspection of
¹¹ policies -- and I guess they also mean
¹² package inserts as well, patient
¹³ leaflets, because there's unsupervised
¹⁴ and widespread use of acetaminophen,
¹⁵ and it's claimed to be a safe,
¹⁶ nonprescription medication.
¹⁷ However, they're showing a
¹⁸ strong and significant association
¹⁹ that persists, despite various kinds
²⁰ of ways to measure or to address
²¹ confounders or sources of -- sources
²² of bias that persist despite all of
²³ that.
²⁴ So it's a signal that's of
²⁵ concern, and that more work needs to

1   be done in order to reach a causal
2   analysis.
3   QUESTIONS BY MR. MURDICA:
4        Q.    And my question for you,
5   Dr. Hollander, is if you agree with that.
6        A.    Well, I would say --
7             MR. DOVEL:  Let me insert an
8   objection.
9             Objection.  Form.
10            You can respond.
11            THE WITNESS:  So I would say
12  that in my causal analysis, you know,
13  I was able to look at the results of
14  this study along with multiple other
15  meta-analytic and systemic reviews and
16  individual studies.  I was also able
17  to review the animal literature.
18            And then I was able to use a
19  standardized methodology to be able to
20  review all of that to determine a
21  causal relationship.  So I agree that
22  they didn't do that here.
23            What they did is they took a
24  series of individual epidemiology
25  studies, they pooled the data, they

1   wanted to see whether it persisted
2   even when they controlled for various
3   kind of factors.  It did persist.
4   They recognize this is sort of
5   widely used, but they're getting a
6   signal, and they're suggesting that
7   people should really do all the work
8   to establish causality in order to be
9   able to change the risk versus benefit
10  discussion and the labeling relating
11  to this product.
12  QUESTIONS BY MR. MURDICA:
13       Q.    So in your analysis,
14  Dr. Hollander, this study, this Masarwa 2018
15  study, wasn't enough to make you determine
16  that there's a causal relationship between
17  acetaminophen and ASD and ADHD, correct?
18            MR. DOVEL:  Objection.  Form.
19            THE WITNESS:  Well, I'm saying
20  that this is strong evidence.  I
21  utilized this in, you know, performing
22  my analysis in causation.  So it's one
23  piece of strong evidence.  It's not
24  the only evidence.
25

1   QUESTIONS BY MR. MURDICA:
2        Q.    Okay.  Dr. Hollander, can
3   you --
4             MR. DOVEL:  If you're going to
5   move to another topic, we should take
6   a break.
7             MR. MURDICA:  Sure.
8             MR. DOVEL:  Let's go off the
9   record.
10            VIDEOGRAPHER:  The time right
11  now is 2:29 p.m.  We are off the
12  record.
13   (Off the record at 2:29 p.m.)
14            VIDEOGRAPHER:  The time right
15  now is 2:40 p.m.  We are back on the
16  record.
17  QUESTIONS BY MR. MURDICA:
18       Q.    Welcome back, Dr. Hollander.
19       A.    Thank you.
20       Q.    Are you ready to proceed?
21       A.    Yes, I am.
22       Q.    Okay.  Dr. Hollander, we
23  discussed the concept of heterogeneity in the
24  context of Exhibit 53, the Masarwa 2018
25  study, and the authors noted heterogeneity.

1   You maybe didn't see it that way.
2             But here's my question.  Can
3   you tell us how you defined heterogeneity in
4   the context of a meta-analysis?
5        A.    I guess -- well, heterogeneity
6   means different presentations, different
7   components.
8             So I guess they look -- they
9   look at these five studies over and over
10  again from different perspective, and they're
11  all cohort studies.  You know, they differ in
12  terms of the year that they were conducted
13  and they differ in terms of the outcome.
14            So, you know, some of these
15  things look at things like hyperactivity.
16  Some of them look at conduct disorder.  Some
17  of them look at ASD.  Some of them look at
18  ADHD.
19            I would say that there's
20  heterogeneity with it -- as it relates to the
21  outcome -- the outcome or the domains of
22  interest, and I would say that there's some
23  variation as it relates to the risk ratios as
24  well.
25       Q.    Okay.  So your definition in

¹ the context of Exhibit 52 is that
² heterogeneity is difference in the outcome.
³ Some studies looked at ADHD; some studies
⁴ looked at ASD.
⁵        Is that -- is that your
⁶ testimony?
⁷    A.    Well, there are, you know, a
⁸ whole range of different kinds of outcomes
⁹ that are looked at across these different
¹⁰ studies.  I guess we could take a look and
¹¹ see what's the context or how they use that
¹² word "heterogeneity" here.
¹³    Q.    Well, Doctor, I'm actually
¹⁴ asking you.  How do you use -- what's your
¹⁵ definition of heterogeneity?
¹⁶    A.    Heterogeneity --
¹⁷        MR. DOVEL:  Let me insert an
¹⁸ objection.
¹⁹        Objection.  Form.
²⁰        You can respond.
²¹ QUESTIONS BY MR. MURDICA:
²²    Q.    Okay.
²³    A.    Okay.  Well, I would use
²⁴ heterogeneity as a variation in presentation,
²⁵ a variation in outcome or -- so as it relates

¹ to these neurodevelopmental disorders,
² there's a lot of heterogeneity in terms of
³ the clinical symptom domains.
⁴    Q.    Dr. Hollander --
⁵    A.    Yes.
⁶    Q.    -- in the context of
⁷ meta-analyses generally, does heterogeneity
⁸ describe differences in the studies in terms
⁹ of the methods of data observation and
¹⁰ collection and things like that?
¹¹    A.    Well, I think you have to
¹² interpret it within the context that the word
¹³ is used.
¹⁴        So here they're talking about
¹⁵ heterogeneity in terms of the relative risk
¹⁶ for neurodevelopmental outcomes, and they
¹⁷ also describe that there are differences in
¹⁸ terms of the design, the setting, the
¹⁹ populations.  So then they talk about
²⁰ the different tools as well.
²¹        So I guess you can have
²² heterogeneity as it relates to the results.
²³ You can have heterogeneity as it results
²⁴ {sic} to the design of the individual
²⁵ studies.  You could have heterogeneity in

¹ terms of the outcome.
²    Q.    Okay.  And since you disagreed
³ with the authors on the heterogeneity, I was
⁴ just asking what your definition is.
⁵        So if that's -- if you just
⁶ gave us your best answer, that's good enough
⁷ for me.
⁸    A.    Well, so let me -- let me put
⁹ it this way, that if -- so actually, even in
¹⁰ the context here, they're referring to
¹¹ heterogeneity in different ways.  So they're
¹² talking about -- so they're saying all of the
¹³ studies tended towards increased risk for
¹⁴ neurodevelopmental outcomes, but then they're
¹⁵ talking about significant heterogeneity,
¹⁶ which they say can be explained by
¹⁷ differences.  And then they, you know -- they
¹⁸ talk about things like design, setting,
¹⁹ population.
²⁰        So -- they actually are -- you
²¹ know, they're not saying that there are --
²² because they're -- even in this sentence,
²³ they are saying all of the studies show
²⁴ increased risk for neurodevelopmental
²⁵ outcomes.  So I guess I agree with them in

¹ that respect, yeah.
²    Q.    Okay.  So are you -- are you
³ broadening your definition of heterogeneity
⁴ compared to how you were answering before our
⁵ break?
⁶    A.    Well, I'm -- I'm -- I've looked
⁷ at the article.  I'm trying to understand
⁸ their use of the term, and I'm seeing that
⁹ they better define the term "heterogeneity"
¹⁰ in the discussion section, and then they talk
¹¹ about it there, yeah.
¹²    Q.    Dr. Hollander, have you ever
¹³ conducted a meta-analysis?
¹⁴    A.    Well, I read meta-analyses and
¹⁵ interpret meta-analyses all the time.  I'm
¹⁶ not sure that I have conducted a
¹⁷ meta-analysis where I've taken a series of
¹⁸ published studies and then I've pooled the
¹⁹ data and published it as a meta-analysis.
²⁰    Q.    So then would it be fair to
²¹ assume that you've never tried to analyze a
²² group of studies to determine whether the
²³ data was homogeneous or heterogenous, right?
²⁴    A.    No.  Because in my reading of
²⁵ the meta-analysis, I would be able to address

Confidential - Subject to Protective Order

Page 230

1 that.
2     Q.    So I want to make sure I got
3 that answer right.
4         Your testimony is that you have
5 analyzed different published data sets to
6 determine if they're heterogeneous or
7 homogenous?
8     A.    No, I didn't say that.
9     Q.    Okay.
10     A.    I said that I haven't myself
11 conducted meta-analytic studies but that I
12 read and interpret them all the time.
13     Q.    Okay.
14         Earlier, before our last break,
15 you were talking about giving advice on
16 medication intake to pregnant women,
17 particularly pregnant patients of yours.
18         Do you recall that?
19     A.    Yes.  Either women who were
20 pregnant or women who were considering
21 becoming pregnant.
22     Q.    Okay.  And despite not being
23 board certified in obstetrics, you offer your
24 advice on any range of over-the-counter or
25 prescription medication for your patients in

Page 231

1 pregnancy, correct?
2     A.    Well, I engage in a risk versus
3 benefit discussion with regard to
4 prescription and nonprescription medicines --
5     Q.    Right.
6     A.    -- with my patients.
7     Q.    And you've done that with
8 respect to your patients and acetaminophen,
9 correct?
10     A.    I have.
11     Q.    Okay.  And you tell your
12 patients now not to take acetaminophen,
13 correct?
14     A.    No.  I say that there are risks
15 and benefits of taking any medication during
16 pregnancy.
17     Q.    Okay.  Do you tell your
18 patients if -- if you have a patient that's
19 pregnant and has a migraine, do you -- and
20 they say, Dr. Hollander, can I take
21 acetaminophen, what do you say?
22     A.    Well, I did offer an opinion
23 with regards to that in my initial expert
24 report, which is that I would say that for a
25 woman experiencing pain, I would tell them

Page 232

1 that there are potential benefits and
2 potential risks, but for the use of pain, the
3 risks may outweigh the benefits, and that I
4 would limit the amount of medication; that
5 they should take the absolute smallest number
6 of doses for the shortest period of time and
7 to consider other alternatives.
8     Q.    Okay.  So for one of your
9 pregnant patients experiencing migraine
10 during pregnancy, you would -- you would say
11 that the risks outweigh the benefits,
12 correct?
13     A.    Well, I would inform her of
14 information with regards to increased risk of
15 neurodevelopmental outcomes, and I would say
16 that the risk -- there's a dose-response
17 relationship, so that increasing dose and
18 increasing duration would further exacerbate
19 those risks.
20         And then I would examine the
21 potential benefits and then see if the woman
22 could do without, that they would be aware of
23 what the potential risks are, and then
24 consider other strategies as well.
25     Q.    What other strategies are there

Page 233

1 to treat migraine in pregnancy?
2     A.    Well, there are other
3 prescription and nonprescription medicines
4 that can be used for migraine.
5     Q.    What would you recommend over
6 acetaminophen, Doctor?
7     A.    Well, so this is a key issue
8 here in this particular case.  I think one of
9 the things that I find concerning was that
10 mothers were counseled that it was unsafe for
11 them to take nonsteroidal anti-inflammatory
12 medicines such as ibuprofen and aspirin
13 because of the peripheral effects of those
14 medicines.  And so they were encouraged to
15 take acetaminophen because acetaminophen
16 didn't have those peripheral effects.
17         The problem is that
18 acetaminophen has central effects, and the
19 central effects were not well-characterized
20 with regards to neurodevelopmental outcome.
21         So that I would inform them
22 about the potential risks for taking
23 acetaminophen during pregnancy, and also in
24 terms of dose and duration.  And I would
25 caution about the use of that in situations

Confidential - Subject to Protective Order

Page 234

1 where it's not essential, and I would
2 consider other alternatives.
3         When I reviewed the literature
4 with regards to ibuprofen, I was surprised to
5 see, actually, that the literature is ex --
6 very modest with regards to the potential
7 risks or outcomes with regards to ibuprofen,
8 for example, with regards to kidney and
9 amniotic fluid and trying to balance the
10 risks and the benefits.
11         I would not encourage my
12 patients to not take nonsteroidal and
13 encourage them to take acetaminophen.  I
14 would encourage them not to take
15 acetaminophen unless absolutely necessary.
16 For example, for high fever.
17     Q.    Right.
18         And do you remember my
19 question, Doctor?  It was what, for your
20 pregnant patients with migraine --
21     A.    Yeah.
22     Q.    -- during the pregnancy, what
23 else would you recommend they take other than
24 acetaminophen?
25     A.    And I would go on to Epocrates,

Page 235

1 and then I would look at all of the
2 prescription options.  Then I would review
3 the literature, or I would review what
4 category they are, the risks, the benefits
5 for each of those alternatives.  And I would
6 also even consider other nonprescription
7 medicines as well.
8         And I think that it's important
9 to have a -- you know, an absolute and a
10 relative risk versus benefit for the
11 different medicines and classes of medicines
12 in order to engage in that discussion with
13 patients.
14     Q.    So you would see what
15 Hippocrates says, the program, right?
16     A.    Well, I like Epocrates, but --
17     Q.    Epocrates.  You would see what
18 Epocrates says?
19     A.    Well, that would be one way to
20 explore the other alternatives.
21         The other would be to engage in
22 a discussion:  Well, all right, so here is
23 the data with ibuprofen, for example.  Here
24 are what are the known risks for ibuprofen.
25 Here's the data for acetaminophen.  Here are

Page 236

1 the known risks for acetaminophen.  Let's
2 have a discussion and see how this applies to
3 you as an individual.
4     Q.    Do you know what Epocrates says
5 about acetaminophen right now?
6     A.    Well, I haven't -- actually,
7 I'm not -- it would be good to take a look at
8 that.  You know, as I mentioned before,
9 it's widely assumed by clinicians and
10 patients and their families that
11 acetaminophen is a Category B medicine, but
12 that may not be the case given the labeling,
13 the more recent prescription versions, where
14 it's no longer listed as a Category B.
15     Q.    You said you were going to go
16 to Epocrates.  That was your answer, right?
17     A.    I -- no, I said that that might
18 be one way that I would look into other
19 alternatives.
20     Q.    Name one alternative to
21 acetaminophen, other than ibuprofen, for
22 migraine during pregnancy for one of your
23 patients.
24     A.    There are various prescription
25 medicines for migraine, so -- there are a

Page 237

1 number of prescription medicines for
2 migraine, so I would go on -- I would
3 determine the risks and benefits for those
4 prescription medicines for migraine, and then
5 I would weight it, and then I'd have a
6 discussion with the patient.
7     Q.    Topiramate is one prescription
8 medication for migraine, correct?
9     A.    Topiramate is one prescription
10 medicine for migraine.
11     Q.    Would you give your -- would
12 you recommend your patient take topiramate
13 over acetaminophen during pregnancy for
14 migraine?
15     A.    No, I don't think that I would
16 go to topiramate as an alternative.
17     Q.    Okay.  It's one of the only
18 medications indicated for migraine, correct?
19     A.    No.  There are other medicines
20 that are also indicated for migraine.
21     Q.    Not a ton of them, right?
22         MR. DOVEL:  Objection.  Form.
23         THE WITNESS:  There are a
24 number of prescription medicines, and
25 there are traditional medicines that

are used for prophylaxis against migraine, so there are several alternatives.

QUESTIONS BY MR. MURDICA:

Q.   You know -- you know some of the migraine medications are known teratogens, correct?

MR. DOVEL:  I'm not getting time to put my objections in here, so if you could just give me a chance so we don't overlap the court reporter.

THE WITNESS:  Thank you.

MR. DOVEL:  Objection.  Form.

QUESTIONS BY MR. MURDICA:

Q.   You know that some of the medications specifically indicated for migraine are teratogens, correct?

A.   Well, I do know that.  I do know, for example, that valproate is a classic medicine that actually has antimigraine effects and that also is a medicine that causes neurodevelopmental disorders.

Q.   You said something about pregnancy categories earlier.

You know, do you not, Dr. Hollander, that pregnancy categories were abolished in 2015?

A.   I do know that those are -- well, not active, but I do know that -- and they don't necessarily apply to over-the-counter medicines as well.  But I do know that there are warnings with regards to pregnancy and lactation for prescription medicines.

Q.   Right.

My question was, you were referencing pregnancy categories.  You know those haven't been used since 2015, correct?

A.   I know that that was modified, yes.

Q.   Do you disagree with anything I just said?  Because you didn't give me a clean answer.

A.   Well, I mean, I think even before that time they didn't necessarily apply to over-the-counter.  So they only applied to prescription medicines.

Q.   Okay.  Doctor, you know that the American College of Obstetricians and

Gynecologists recommend during pregnancy that a woman with migraine should, in fact, take acetaminophen.  As of today, that's the recommendation, correct?

A.   That's a mistake.

Q.   Okay.  But you know that that's the case, and you just disagree with it, right?

A.   I disagree with it, and I believe that that organization will modify those recommendations over time as they incorporate epidemiology and animal model data.

Q.   Have you, in your practice, recommended against the ACOG recommendation to any of your patients who were pregnant?

A.   I have recommended to my patients who were pregnant or considering getting pregnant that they -- that it was not safe to use acetaminophen and that they would be at increased risk.

So, yes, I've -- I have not adopted their suggestions because I feel that that would be potentially harmful to my patients.

Q.   Okay.  Does your practice -- do you have a medical practice with other doctors?

A.   Yes.

Q.   Okay.  Do they know that you're recommending against medical organization guidelines to your patients?

A.   So, you know, doctors need to inform themselves of risks and benefits and engage in those kind of discussions with their patients.  They want accurate information.

Q.   All right.

A.   Yeah, so we would turn to available information to have a discussion with our patients, and we would not just adopt a recommendation from an organization, particularly if we disagree with it.

Q.   Okay.  Right.

And you didn't come to your conclusion about acetaminophen and ASD and ADHD until you were paid by plaintiffs' lawyers to look at it, correct?  This is all new?

MR. DOVEL:  Objection.  Form.

1    THE WITNESS: No, that's not
2  correct. So --
3  QUESTIONS BY MR. MURDICA:
4    Q.    Okay.
5    A.    -- as I mentioned, I -- after
6  evaluating all of the data, including
7  epidemiology data and animal model data, and
8  what -- and performing a Bradford Hill
9  analysis, I formed an opinion with regards to
10 causation.
11   Q.    Right.
12   A.    And then I utilized that
13 opinion in terms of my discussions with my
14 patients.
15   Q.    Right.
16       And that opinion on causation
17 you just formed when you did Bradford Hill
18 last month, correct?
19   A.    I did that prior to my initial
20 report.
21   Q.    Okay.  When did you do that?
22 When did you do the Bradford Hill?
23   A.    Prior to my initial amended
24 report.
25   Q.    Okay.  So prior to June

1  of 2023?
2    A.    Yes.
3    Q.    Okay.  After February of 2023?
4    A.    Yes.
5    Q.    Okay.  So between February and
6  June of 2023, you did your Bradford Hill,
7  correct?
8    A.    That's correct.
9    Q.    And that's when you first
10 determined that there was a causal
11 relationship between acetaminophen and ADHD
12 and ASD, correct?
13   A.    That's correct.
14   Q.    Okay.  We were talking about
15 Exhibit 52, Masarwa 2018, for quite a while
16 before the last break.
17       You remember that discussion?
18       MR. DOVEL:  52 or 53?
19       MR. MURDICA:  53.  Sorry, 53.
20       MR. DOVEL:  Before we go on, do
21 you have his documents?  Let's --
22       MS. JOHNSTON:  I do, yeah.
23 QUESTIONS BY MR. MURDICA:
24   Q.    Are you ready to proceed,
25 Doctor?

1    A.    Yes, I am.
2    Q.    Okay.  If you look back at your
3  amended -- or your rebuttal report on
4  page 15 --
5    A.    Yes.
6    Q.    -- for me.
7       Okay.  This is how we got onto
8  the topic of Masarwa.
9       You see on page 15, Masarwa is
10 your first listed study where you say
11 association between APAP exposure and ASD and
12 ADHD has been found consistently in
13 meta-analyses and systemic reviews --
14 systematic reviews, right?
15   A.    Correct.
16   Q.    Okay.  Now, I looked through
17 your report, and I don't see any other
18 Masarwas.
19       Is that right?
20   A.    Well, I can take a look and see
21 if -- you mean --
22   Q.    Well, do you --
23   A.    -- Masarwa in a different year
24 or --
25   Q.    Yeah.  Right.

1       Do you recall seeing any
2  other -- in all the work that you did to
3  prepare for this, do you recall seeing any
4  other Masarwas?
5    A.    It's possible, but I don't
6  recall.
7    Q.    Okay.  So you don't -- because
8  I didn't see it in here.
9    A.    Okay.
10   Q.    You don't know that two years
11 later Masarwa did an analysis on the biases
12 on --
13   A.    Oh, I'm sorry, I do -- you
14 know, I do know it, and I did cite it in my
15 report.
16   Q.    Okay.  And what page is that?
17   A.    I cited it on page 24.
18   Q.    Okay.  So, Doctor, you know --
19 on page 24.
20       Oh, which report are you
21 looking at?
22   A.    The rebuttal report.  It's
23 under A, Surveys in Lieu of Clinical
24 Diagnoses.
25   Q.    Your --

Page 246

1    A.    And then I'm actually citing
2 the Faraone report at 67.
3    Q.    Okay.  Oh, right.  You're
4 quoting Faraone?
5    A.    Yeah.
6    Q.    Yeah, that's not -- that's a
7 quotation of Faraone's report.
8    A.    Right.
9    Q.    Okay.  So your report -- do you
10 know what Masarwa 2020 says?
11    A.    Well, I can -- know what it
12 says as it relates to Faraone quoting that.
13    Q.    Right.
14         You didn't go and get it
15 yourself, correct?
16    A.    Well, I'm not sure if I --
17 well, let's take a look at the materials
18 cited list.
19         Yeah, I cited both the 2018
20 study, and I also cited the 2020 study.
21    Q.    That's in your list of reliance
22 materials, correct?
23    A.    That's right.
24    Q.    Right.
25         Do you recall reading it?

Page 247

1    A.    Yeah, I recall seeing it.
2    Q.    You read everything in your
3 reliance list?
4    A.    Yeah, I relied on all this
5 information.
6    Q.    I asked you, did you read
7 everything in the reliance list?
8    A.    I reviewed it.  I didn't read
9 every word in every article, but I did review
10 these articles and incorporate them into my
11 opinion.
12    Q.    Okay.  So you didn't -- you
13 didn't cite Masarwa 2020 in your opinion; you
14 quoted Dr. Faraone.
15         But my question is this,
16 regardless, Dr. Hollander, do you recall what
17 Masarwa 2020 determined?
18    A.    Well, I can -- I can tell you
19 what Faraone was quoting from the Masarwa
20 2020.
21    Q.    Well, Dr. Hollander, you quoted
22 that because you disagree with Dr. Faraone,
23 correct?
24    A.    I do disagree with Dr. Faraone.
25    Q.    Okay.  So sitting here today,

Page 248

1 you don't -- you don't know what Masarwa 2020
2 says, right?
3    A.    Well, the issue at hand is
4 differential versus nondifferential
5 misclassification.  So misclassification that
6 affects both cohorts, so in terms of outcome,
7 really doesn't have an effect.  So the issue
8 is really whether there's a differential bias
9 or a nondifferential bias.
10    Q.    And did you -- did you do that
11 analysis and make that determination with
12 respect to Masarwa 2020?
13    A.    Well, I can do that with
14 regards to any study.
15    Q.    Right.
16         And did you do that before you
17 rendered your opinions here?
18    A.    Well, let's take a look at my
19 rebuttal report here.
20    Q.    Let me know what page you're
21 on.
22    A.    I'm on page 24.
23         Right.  Okay.
24    Q.    Okay.  So did you do an
25 analysis on Masarwa 2020, and if so, what was

Page 249

1 your conclusion?
2    A.    Well, I did an analysis on all
3 of the available literature with regards to
4 differential and nondifferential
5 misclassification.
6    Q.    And misclassification as to
7 what?
8    A.    So what Dr. Faraone is
9 contending that Masarwa said is that he's
10 suggesting that caregiver-reported
11 questionnaires could -- or even health care
12 provider diagnoses could somehow have a
13 nondifferential misclassification if the
14 provider knows about the parent's use of
15 acetaminophen.
16    Q.    Okay.  And you disagree with
17 Dr. Faraone on that, correct?
18    A.    Oh, yeah, I do.  I disagree.
19    Q.    Okay.  And is that why Masarwa
20 2020 is not cited in your statement
21 affirmatively?
22    A.    Well, I did mention that it is
23 in my materials relied upon list.
24    Q.    Right.  Sorry, I'm talking --
25 I'm talking about your rebuttal report.  Your

1 report.
2      MR. DOVEL: Objection. Form.
3 QUESTIONS BY MR. MURDICA:
4      Q.    Dr. Hollander, you didn't --
5      A.    Yes.
6      Q.    You didn't find Masarwa 2020 to
7 be important enough to cite, correct?
8           And in fact, you disagreed with
9 Dr. Faraone's citation of it?
10     A.    Well, I do disagree, yes.
11     Q.    Okay.  I'm going to mark --
12     A.    And I can explain a little bit
13 more about --
14     Q.    Go ahead.  Explain it, please.
15     A.    So that, look, these are cohort
16 studies, right?  So you have exposures being
17 assessed at one time point.  And then you
18 have a prospective study where then
19 individuals go on to develop the disorder,
20 let's say ADHD, over time, right?
21          The reporting of the diagnosis
22 over time is not influenced by the
23 classification of the exposure, which is
24 systematically assessed for during the
25 pregnancy period, and then there are two

1 aspects to the follow-up or outcome measure.
2           So one aspect could be
3 utilizing valid and reliable scales.  Another
4 way to do that would be to examine medical
5 records for diagnostic codes.
6           Medical records for the
7 diagnostic codes or the well-validated
8 outcome measures that are administered are
9 done without the knowledge of the exposure.
10 So they're not influenced -- so they're
11 independent variable from the exposure
12 variable, both in terms of temporality,
13 because the exposure variable is collected at
14 the time of pregnancy, and the outcome
15 measure is collected over time in this kind
16 of longitudinal kind of follow-up.
17          And then the other point is
18 that there are various ways to kind of get
19 that outcome measure.  The outcome measure
20 can be based on validated scales, or the
21 outcome measures could be based on clinical
22 diagnoses.
23          But there's -- that's a --
24 that's a nondifferential classification,
25 because any kind of bias that could happen

1 would be independent of the cohort.
2      Q.    Dr. Hollander, do you know that
3 Masarwa 2020 determined that unmeasured
4 confounding caused their results in 2018 and
5 it was not a valid correlation?
6      A.    Well, I know that unmeasured
7 confounding is always a potential concern.
8 So that means that it's possible that some
9 variable that hasn't been considered is
10 influencing the relationship between the
11 exposure and the outcome, right?  So there's
12 un -- unknown variable.
13          There are other ways to deal
14 with that, such as the use of negative
15 controls.  So a negative control would take
16 away that as a potential risk because the
17 negative control would be looking at it at
18 the different time points.
19          So you get the same -- if you
20 get the -- if you get the finding in the
21 pregnancy and follow-up time but you don't
22 get it when these -- when the variable is
23 before or after, then that would suggest that
24 the unmeasured confounder -- confounders
25 aren't influencing the relationship.

1      Q.    Dr. Hollander, don't you think
2 it's important that when you're rendering a
3 causation opinion that you consider an
4 author's own determination that their
5 meta-analysis was biased?
6      A.    Well, I'd be glad to review
7 that article with you now, but I can tell you
8 that probably the best way to deal with the
9 unmeasured confounders is by using a -- you
10 know, a negative control.  That's probably
11 the best way to deal with that.
12     Q.    And do you recall Masarwa using
13 a negative control?
14     A.    I'm not sure that he did, but
15 there are a number of other examples of the
16 use of negative controls which show that the
17 relationship between exposure and outcome
18 persists even after the negative controls.
19     Q.    And I'm -- we're talking about
20 Masarwa, Dr. Hollander.
21     A.    Okay.
22          (Hollander Exhibit 55 marked
23 for identification.)
24 QUESTIONS BY MR. MURDICA:
25     Q.    Okay?

1    Let's mark this as Exhibit 55.
2    A.    Right.
3    Q.    She needs to put a sticker on
4  there.
5         Dr. Hollander, you should now
6  have in front of you what's been marked as
7  Exhibit 55.
8         Do you see it?
9    A.    Yes.
10   Q.    Okay.  Do you see that to be by
11 a Reem Masarwa?
12   A.    Yes.
13   Q.    Do you see that it's dated
14 2020?
15   A.    Yes.
16   Q.    Do you recognize this as the
17 same author of Exhibit 53?
18   A.    Yes.  The same author but a
19 different publication.
20   Q.    Okay.  And this publication is
21 a bias review of the prior publication,
22 Exhibit 53, correct?
23   A.    Yes, they're examining that
24 specific issue.
25   Q.    They're examining the specific

1  findings of Masarwa 2018 for bias, correct?
2    A.    Correct.
3    Q.    Okay.  I'd like you to turn to
4  the final page.
5         And by the way, do you recall
6  reading this before today?
7    A.    I have seen it before.
8    Q.    Okay.  So to the extent it's
9  not in your report, that was a choice you
10 made, right?
11        MR. DOVEL:  Objection.
12   Foundation.
13        THE WITNESS:  I mean, again, I
14   see it in -- in my -- it's mentioned
15   in my rebuttal report and in materials
16   considered.
17 QUESTIONS BY MR. MURDICA:
18   Q.    In your rebuttal report, it's a
19 quotation from Dr. Faraone's report, right?
20   A.    Correct.
21   Q.    Okay.  So my question was, to
22 the extent this is not in your report, that
23 you didn't raise it, that was a choice.  You
24 reviewed this before you rendered your
25 report, correct?

1         MR. DOVEL:  Objection.  Form.
2  QUESTIONS BY MR. MURDICA:
3    Q.    Can you answer my question,
4  Doctor?
5    A.    I'm trying to -- well, I'm
6  saying that it is addressed in the rebuttal
7  report.
8    Q.    Okay.
9    A.    In fact, I respond to this in
10 the rebuttal report.
11   Q.    Whatever you included or didn't
12 include in your report was a choice, because
13 your testimony is that you reviewed this
14 before your report, correct?
15   A.    Yes.
16   Q.    Okay.  Turn to page 316,
17 conclusions, please.
18   A.    Uh-huh.
19   Q.    First sentence.  "The observed
20 association between acetaminophen use during
21 pregnancy and increased risk for ADHD in the
22 offspring is likely the result of bias.  This
23 systematic error appears to be predominantly
24 driven by unmeasured confounding and exposure
25 misclassification."

1         Did I read that correctly?
2    A.    You read it correctly.
3    Q.    So you, Dr. Hollander, knew
4  that the authors made this conclusion and
5  just testified for an hour about how
6  important and how strong Exhibit 53, Masarwa
7  2018, is, correct?
8         MR. DOVEL:  Objection.  Form.
9         THE WITNESS:  Well, I did
10   mention that the Masarwa study was
11   strong, and I also addressed the issue
12   here of what -- the unmeasured
13   confounders.
14 QUESTIONS BY MR. MURDICA:
15   Q.    So to -- for Dr. Hollander,
16 Exhibit 55 doesn't change any of the opinions
17 and testimony you offered about Exhibit 53;
18 is that fair?
19   A.    I think it doesn't change my
20 opinions, and the reason for that is that
21 the -- this issue has been addressed by the
22 use of the negative exposures.  You can --
23 you can take that into account by doing that
24 other way to assess it.
25   Q.    Dr. Hollander, I'm asking you

1  about Masarwa 2018.

2      A.    Right.

3      Q.    You testified at length about

4  Masarwa 2018 and its importance to your

5  opinions, and my question is this,

6  Dr. Hollander.

7      A.    Right.

8      Q.    You considered what's in front

9  of you, Masarwa 2020, before you offered that

10  testimony, correct?

11      A.    That's right.

12      Q.    Okay.  Do you -- you can see

13  that these authors are from Montreal,

14  primarily from McGill University.

15          Are you familiar with that

16  institution?

17      A.    Yes, I am.

18      Q.    Do you have any reason to

19  criticize the authors or their institution?

20      A.    No.  I think that's a strong

21  institution.

22      Q.    Okay.  I'm going to mark -- by

23  the way, is the -- are the supplemental

24  materials to Masarwa 2020 listed on your

25  reliance list?

1      A.    Well, it looks to me like

2  pages 309 to 317 are listed in my materials

3  considered --

4      Q.    Okay.

5      A.    -- list.

6      Q.    So as far as you know, you did

7  not go and look at the supplemental materials

8  for Exhibit 55, correct?

9      A.    I'd be happy to look at them

10  now if you --

11      Q.    Okay.  And that's fairly common

12  for studies like this, that the authors, so

13  that they don't clog up the journal space,

14  they provide their data in supplemental

15  tables you can get online, right?

16      A.    Well, there are different

17  reasons to put material -- list supplemental

18  material.  You know, one is there are

19  other -- it's material that sort of provides

20  additional evidence from the study but

21  doesn't directly relate to the question, you

22  know, at hand, so it's not critical.  There's

23  always an issue in terms of reducing the

24  space the number of articles.  So --

25      Q.    But at --

1      A.    -- you know, material is put in

2  supplemental material sometimes because it's

3  not part of the specific primary question

4  being tested.

5      Q.    And my only point, Doctor, if

6  you -- would you agree with me that it's

7  fairly common to have supplemental

8  materials --

9      A.    Yeah.

10      Q.    -- for publications?

11      A.    I would agree.

12          (Hollander Exhibit 56 marked

13      for identification.)

14  QUESTIONS BY MR. MURDICA:

15      Q.    Okay.  Let's mark this as

16  Exhibit 56.

17          Doctor, you now have in front

18  of you what's been marked as Exhibit 56.

19          Do you see it?

20      A.    Yes.

21      Q.    Okay.  Do you agree that you

22  haven't seen this before today?

23      A.    This comes from the

24  supplemental material from this --

25      Q.    Yeah, my --

1      A.    -- 20 --

2      Q.    I'm making a representation to

3  you, and if you did the comparison of what's

4  studied, I'm sure you can -- you could agree

5  with me.  But my representation to you is

6  this is the supplemental tables for Masarwa

7  2020.

8      A.    Uh-huh.  Let me take a look.

9      Q.    Doctor, the question that was

10  pending is whether you believe you've ever

11  seen this before.

12      A.    I don't know whether I've -- I

13  don't think I've reviewed this in detail.

14      Q.    Okay.  I'd like to direct you

15  to the fourth page.

16          Do you see E-Figure 2, Doctor?

17      A.    E Table 2?

18      Q.    E-Figure 2.  Go one more.  Go

19  one or two more pages.  One more page from

20  there.  Right in front of you.  E-Figure 2.

21      A.    Okay.

22      Q.    It's titled "Unadjusted Advised

23  Corrected Risk Ratios for Unmeasured

24  Confounding Parental ADHD."

25          Do you see that?

Page 262

1    A.    Yes.
2    Q.    Okay.  So do you see the little
3  chart?
4    A.    Yes.
5    Q.    And we know you like -- we know
6  you like charts because you were talking
7  about the JJCI plots before, right?
8    A.    Well, I do like visual figures
9  that represent the data, yes.
10    Q.    And so you see what happens
11  when Masarwa went and corrected for the
12  parental ADHD, which is a marker of the
13  genetic influence of ADHD, the correlation
14  disappeared.
15        And you see the -- you see the
16  asterisk way below the dots, unadjusted and
17  biased corrected?
18    A.    Well, I would disagree with one
19  component that you said, again, which is that
20  you said the parental ADHD represents the
21  genetics.  So I don't agree with that.  That
22  represents the familial, right?
23    Q.    Okay.  Doctor, if you match up
24  Exhibit 56 with Exhibit 55, you will see that
25  the parental ADHD influence, when corrected,

Page 263

1  was the bias that caused the results in
2  Masarwa 2018 that you were very excited
3  about.
4        Do you see that change in
5  E-Figure 2 on Exhibit 56?
6    A.    Well, I see E-Figure 2 in
7  Exhibit 56, and I see that they have the
8  unadjusted.  And then what they're trying to
9  do is deal with one unmeasured confound,
10  which is parental ADHD, right?  And so they
11  have the unadjusted, and then they have the
12  bias corrected.
13        And I see that for one, two,
14  three, four, five studies, when you correct
15  it, the risk ratio goes down somewhat.  And
16  then I see in two studies it doesn't go down,
17  or it -- or it goes up.
18    Q.    And do you see, Doctor,
19  number 2, the second study?  That's Liew,
20  right?  That was the very large cohort study.
21  That was what was driving the meta-analysis.
22        Do you recall that?
23    MR. DOVEL:  Objection.  Form.
24    THE WITNESS:  Well, let's take
25  a look and see if that was what was

Page 264

1  driving it.  In order to make any
2  statement about that, I need to go
3  back.
4        Can I have the --
5  QUESTIONS BY MR. MURDICA:
6    Q.    Sure, Doctor.
7    A.    -- the original?
8    Q.    I thought you had it in front
9  of you.
10    A.    Oh, here we go.
11        Well, I don't really see that,
12  to tell you the truth.  So I'm looking at --
13  I guess you're referring to Figure 2 because
14  this is the risk ratio for these six cohorts
15  for attention-deficit/hyperactivity disorder,
16  right?
17        And I'm looking at the Liew
18  article, and I'm looking at -- no, I mean,
19  that's not driving the -- it's right in the
20  middle of the overall.  So that's not one of
21  the studies that has the higher relative risk
22  and is driving the overall risk ratio.
23    Q.    Dr. Hollander, is that -- your
24  belief is that what drives a meta-analysis is
25  the risk ratio?  And that's what drives a

Page 265

1  study's influence on the meta-analysis, not
2  the number of participants?
3    A.    No, I think -- well, they both
4  can influence it.  So it's both --
5    Q.    Right.
6    A.    -- the sample size and the risk
7  ratio.
8    Q.    Right.
9        And we're going to look at
10  other meta-analyses and --
11    A.    Yeah, but you're -- what you're
12  saying is just not right.  If you look at it,
13  the Liew -- so -- all right.  So when you --
14    Q.    That's --
15    A.    -- correct for unmeasured
16  confounding, which is parental ADHD in
17  number 2, which is the Liew, and then you
18  look at it here, the Liew study is actually,
19  if anything, pulling the overall risk ratio
20  down rather than driving it up.  Because it's
21  somewhat below that.
22    Q.    It's your belief,
23  Dr. Hollander, that each of the risk ratios
24  is considered equally and they're just
25  averaged, right?

Page 266

1    A.    No.
2    Q.    Okay.
3    A.    No.  I think you're right, and
4  so sample size plays a role.
5    Q.    Okay.  Well, you just said I'm
6  wrong, now you're saying I'm right.  So you
7  need to pick one.
8    A.    Well, if you look at the --
9  look at the risk ratio.
10         MR. DOVEL:  Just let me insert
11     an objection.
12         THE WITNESS:  Yeah.
13         MR. DOVEL:  That question --
14     are you sure you want that question to
15     stand?  I mean, it's unintelligible.
16         You can respond.
17  QUESTIONS BY MR. MURDICA:
18    Q.    Dr. Hollander, is it not your
19  testimony that a meta-analysis is done by
20  averaging the point estimates of the studies
21  in a meta-analysis, correct?
22    A.    That's correct.
23    Q.    Okay.  Because it's a
24  combination influenced by the number -- the
25  N, the number of participants in the study,

Page 267

1  along with the risk -- with the risk ratio
2  that determines the ultimate point estimate
3  in the meta-analysis, correct?
4    A.    That's correct.  But if you
5  look at the risk ratio or the point estimate
6  and the confidence intervals, it doesn't
7  matter how -- if anything, if it's larger or
8  smaller, it's actually dragging the risk
9  ratio down rather than pulling it up.
10    Q.    Okay.
11    A.    So it -- but I'm responding to
12  your comment, which it was the -- you said
13  that the Liew study was what was dragging the
14  risk ratio up, and that's just not the case.
15    Q.    I didn't say -- okay, Doctor,
16  I -- the meta-analysis in 2018 determined
17  that it was positive and statistically
18  significant, correct?
19         Overall, the meta-analysis
20  conclusion found a positive and statistically
21  significant association, correct?
22    A.    Well, that's correct.  And also
23  a relationship between, you know, age at
24  follow-up and exposure, yeah.
25    Q.    So, Dr. Hollander, do you not

Page 268

1  understand that if the largest study is
2  attenuated --
3    A.    Uh-huh.
4    Q.    -- by parental ADHD, that could
5  take away, and in fact did take away, the
6  statistical significance of the meta-analysis
7  overall?  And the point estimate for that
8  individual study doesn't matter.
9         MR. DOVEL:  Objection.  Form.
10         THE WITNESS:  No.  Again, I
11     disagree because --
12  QUESTIONS BY MR. MURDICA:
13    Q.    Okay.  If you don't understand
14  it, that's fine.
15         MR. DOVEL:  The witness was
16     responding.
17         MR. MURDICA:  I just want to
18     get it on the record.
19         MR. DOVEL:  You cut him off.
20     I'd appreciate if you let him finish
21     his answer.
22         THE WITNESS:  I think that you
23     were making the statement that the
24     overall risk ratio was biased because
25     of this unmeasured confounder,

Page 269

1  parental ADHD, and it was the Liew
2  study, number 2, that accounted for
3  that.
4         But I'm telling you based on
5  Figure 2 that the -- if you look at
6  it, the relative risk for the Liew
7  study is only 1.29.
8  QUESTIONS BY MR. MURDICA:
9    Q.    Okay.
10    A.    Whereas the relative risk for
11  the Streissguth study and the Thompson study
12  and the Stergiakouli study are all well above
13  that.
14         So I disagree that that's
15  what's -- I disagree that this impact on the
16  Liew study is what is driving the elevated
17  relative risk here.
18    Q.    Okay.  And, Doctor,
19  respectfully, we're not talking about the
20  relative risk.  We're talking about the
21  statistically significant findings in the
22  meta-analysis.
23         Do you understand that?
24    A.    Okay.  That's a different
25  issue.

Page 270

1   Q.   Right.  Okay.
2        So understanding that issue --
3   A.   Okay.
4   Q.   -- do you understand that the
5   Liew study being confounded by parental ADHD
6   could undo the positive finding in the
7   meta-analysis that was statistically
8   significant?
9   A.   I understand that.
10  Q.   Okay.  Do you have any basis to
11  disagree between Exhibit 55 and 56 that
12  that's what -- whether you -- that that's
13  what Masarwa determined?
14  A.   Well, first of all, you know,
15  again, I'm getting back to -- even if you're
16  looking at the adjusted versus the
17  uncorrected, the risk ratio is still in the
18  same direction throughout.  So it's still a
19  positive relationship, whether it's
20  unadjusted or whether it's bias corrected.
21  Q.   And your testimony on that,
22  Dr. Hollander, you're saying it's still
23  positive, but it's not statistically
24  significant, correct?
25  A.   Yeah, the -- you still have a

Page 271

1   positive association throughout all of the
2   studies.
3   Q.   Okay.
4   A.   The other thing I would say,
5   again, is that there are then other ways to
6   deal with this issue of unmeasured
7   confounders or parental illness.
8   Q.   Do you --
9   A.   So that this is -- I guess this
10  is one way to deal with that.
11       But I think that what I've said
12  also is that there are other approaches that
13  can deal with these unmeasured confounders
14  where the relationship between exposure and
15  outcome persists.
16  Q.   Okay.  And we're still talking
17  about Masarwa.  I understand your testimony.
18  A.   Okay.
19  Q.   So let me ask two more
20  questions --
21  A.   Okay.
22  Q.   -- on Masarwa.
23  A.   All right.
24  Q.   Do you disagree with the
25  author's own determination that their 2018

Page 272

1   study was biased, and that's why they found a
2   statistically significant correlation?
3   A.   Well, I do agree that when they
4   adjust for this unmeasured confounder,
5   there -- the risk ratios are lower.
6   Q.   Okay.  And the reason you chose
7   not to explain that in your report is what?
8   A.   Because I also talk about other
9   ways to deal with unmeasured confounders for
10  parental effects.
11  Q.   Okay.  So it was a choice,
12  that when you cited Masarwa 2018, to not
13  include Masarwa 2020 right after that with a
14  footnote that said, but this effect
15  disappeared when accounting for bias, right?
16  A.   Well --
17       MR. DOVEL:  Objection.  Form.
18       THE WITNESS:  I'm not -- I
19  would say that it's -- when you --
20  when you adjust for it, the findings
21  are less robust but continued to have
22  a positive association.
23  QUESTIONS BY MR. MURDICA:
24  Q.   Right.
25       But you didn't put that in your

Page 273

1   report, correct?
2   A.   I didn't put that in my report.
3   Q.   Okay.  Let's go to page 15,
4   please, of your amended report.  I'm sorry,
5   12.
6        All right.  Are you on page 12
7   of your supplemental report, Doctor?
8   A.   My rebuttal --
9   Q.   Sorry, your -- I apologize.
10  A.   -- or my initial report?
11  Q.   Your rebuttal report.
12  A.   Okay.
13  Q.   I led you astray there.  My
14  apologies.
15  A.   Okay.  Okay.
16  Q.   Okay.  Do you remember I asked
17  you some questions about Alemany --
18  A.   Yes.
19  Q.   -- which is listed on page 12?
20       And then, in fact, if you turn
21  to page 15, which we were just discussing
22  about Masarwa, you'll see that you list
23  Alemany as another consistent meta-analysis
24  along with Masarwa?
25  A.   I see that on page 15, that --

Page 274

1    Q.    Yes.
2    A.    -- Alemany is listed along with
3  Masarwa.
4    Q.    Right.
5         And you relied on Alemany on
6  page 12 as well because it was an
7  exceptionally large group of participants
8  according to you, right?
9    A.    Let's take a look because --
10    Q.    Sure.
11    A.    Well, not only that it was a
12  large group of participants, 73,000
13  mother-child pairs, but also that it was data
14  from six different European population-based
15  birth cohorts, yeah.
16    Q.    Okay.  So we're going to mark
17  this in a second, but when is the last time
18  you looked at the Alemany study?
19    A.    I don't -- well, I don't have
20  a -- I'm not sure.  I know that I looked at
21  it prior to preparing my rebuttal, but I
22  can't recall if I looked at it after that
23  time.
24    Q.    Okay.  Did you look at these
25  studies in preparation for your testimony

Page 275

1  today?  Or was the -- your rebuttal report
2  the last time you looked at them?
3    A.    No.  I looked at some of these
4  studies prior to this.  I'm not sure that I
5  looked at all of them prior to this.
6    Q.    Okay.  We're going to mark this
7  as Exhibit 57.
8         MR. MURDICA:  My colleague
9  tells me we've been going about an
10  hour.  This next study is going to
11  take a while.
12         Do you want to take a
13  five-minute break now?
14         MR. DOVEL:  Yeah, let's take
15  ten minutes?
16         MR. MURDICA:  Okay.
17         VIDEOGRAPHER:  The time is
18  3:38 p.m.  We are off the record.
19    (Off the record at 3:38 p.m.)
20         VIDEOGRAPHER:  The time right
21  now is 3:54 p.m.  We are back on the
22  record.
23         (Hollander Exhibit 57 marked
24  for identification.)
25

Page 276

1  QUESTIONS BY MR. MURDICA:
2    Q.    Dr. Hollander, are you ready to
3  proceed?
4    A.    Yes, I am.
5    Q.    Okay.  We just marked
6  Exhibit 57, and I'm going to ask you
7  questions about that in a second.
8         In the middle of the last
9  session, we handed you back the charts that
10  Dr. Baccarelli did on the article summaries,
11  and that now has an exhibit marker on it.
12  And it should say 54 -- well, there's
13  probably a copy that's 54.
14         Here is my question.
15  Exhibit 54, Dr. Hollander, is really -- it's
16  really two documents, right?  One document is
17  a -- or three.  One document is ASD studies,
18  one is ADHD, and one is other?
19    A.    That's correct.
20    Q.    Okay.  And if you look at the
21  first document, the -- at the -- well, I
22  don't know if it's the first.  If you look at
23  the ASD document --
24    A.    Okay.
25    Q.    -- there is, what, five or six

Page 277

1  studies on it?
2    A.    Yes.
3    Q.    Okay.  And if you look at the
4  ADHD document, there's more, right?
5    A.    16, I think.
6    Q.    Okay.  Somewhere in the order
7  of 16.
8         And back to the ASD.  Of the --
9  of the six, one of them is Alemany, which is
10  the meta-analysis, Exhibit 57, that we're
11  about to look at, right?
12    A.    Yes.
13    Q.    Okay.  All right.  You can put
14  that back aside.
15         And to your knowledge, I assume
16  you trusted Dr. Baccarelli did a good job
17  identifying the studies that are relevant to
18  acetaminophen and ASD and acetaminophen and
19  ADHD, correct?
20    A.    Yes, he did.
21    Q.    Okay.  So you don't have -- you
22  don't have any dispute with the studies that
23  he included on those charts, right?
24    A.    No.
25    Q.    Okay.  Back to Exhibit 57.

1        This is one of the -- this is
2  the meta-analysis, right?
3        A.    Yes.  It's a meta-analysis of
4  six different cohorts.
5        Q.    Okay.  And this is -- the
6  outcome here is ASD and ADHD, right?
7        A.    Correct.
8        Q.    All right.  And this is
9  Alemany, which you've cited in your report a
10 couple times, right?
11       A.    That's correct.
12       Q.    Okay.  And the first sentence
13 of the abstract is that "The potential
14 etiologic role of early acetaminophen
15 exposure on ASD and ADHD is inconclusive."
16       Correct?
17       A.    That's what the first sentence
18 says.
19       Q.    Okay.  And what's the date of
20 this?
21       A.    2021.
22       Q.    Okay.  Do you disagree with
23 that statement that Alemany made for this
24 meta-analysis as of 2021?
25       MR. DOVEL:  Objection.  Form.

1        THE WITNESS:  Well, I believe
2     that prior to 2021 there was lots of
3     both epidemiology evidence and both
4     animal model evidence to inform
5     causation.
6  QUESTIONS BY MR. MURDICA:
7        Q.    Okay.
8        A.    But I agree with you that
9  that's what the first sentence says.
10       Q.    Right.
11       So sitting here today,
12 Dr. Hollander, do you know more than these
13 researchers who actually did research on
14 acetaminophen knew in 2021?
15       MR. DOVEL:  Objection.  Form.
16       THE WITNESS:  Well, one
17    advantage that I have is I've been
18    able to look at data that included not
19    only epidemiology data but also animal
20    model data.  And I don't believe that
21    Alemany, with other authors of
22    epidemiology studies, looked into the
23    animal model data and/or the plausible
24    biological mechanism issues.
25

1  QUESTIONS BY MR. MURDICA:
2        Q.    Okay.  And did you contact any
3  of the authors of any of these studies that
4  you're relying on, or that Dr. Baccarelli is
5  relying on, to discuss that?
6        A.    I haven't had conversations
7  with the authors of these studies.
8        Q.    Okay.  Have you attempted to
9  reach out to any of them?
10       A.    No, I haven't attempted --
11       Q.    Okay.
12       A.    -- to reach out to the authors
13 of any of these studies.
14       Q.    So whether or not they looked
15 at potential mechanisms or animal data is --
16 would be complete supposition on your part,
17 correct?
18       A.    Well, I would say that they
19 don't -- they don't discuss it, so they
20 don't -- they do not discuss the epidemiology
21 findings within the context of either the
22 plausible biological mechanisms or animal
23 model data.
24       Q.    You're pretty sure about that?
25       A.    Well, I don't recall seeing

1  that.  Well, actually, no.  Let me -- I'm
2  sorry, let me modify what I said, because
3  even in this article they do -- they do refer
4  to plausible biological mechanisms, including
5  the endocannabinoid system and BDNF and
6  oxidative stress --
7        Q.    So --
8        A.    -- and endocrine disruptors.
9        Q.    So when you just testified that
10 they didn't look at potential mechanisms or
11 animal models, that was not based on fact,
12 correct?
13       MR. DOVEL:  Objection.  Form.
14       THE WITNESS:  Well, I would say
15    that these authors did include a
16    discussion of the plausible biological
17    mechanisms within their discussion.
18 QUESTIONS BY MR. MURDICA:
19       Q.    Right.  So back to my original
20 question, which was on the first sentence of
21 the abstract.
22       Do you, Dr. Hollander, are you
23 sitting here saying you know more than they
24 did in 2021 to gauge the available data to
25 say that they're wrong, that it's

Page 282

¹ inconclusive when they write this at this
² point?
³     A.    Well --
⁴         MR. DOVEL:  Objection -- let me
⁵ just get my objection.
⁶         Objection.  Form.
⁷         THE WITNESS:  Okay.  So, I
⁸ mean, if you look at the structure of
⁹ the abstract, they're -- essentially
¹⁰ the first sentence is setting up the
¹¹ issue, and then they discuss the aim.
¹²         So they're setting up the
¹³ issue, well, what's the etiologic
¹⁴ role?  And then to address that, we
¹⁵ aim the study.
¹⁶         So I think it's providing a
¹⁷ little bit of context and then talking
¹⁸ about the aims.
¹⁹ QUESTIONS BY MR. MURDICA:
²⁰     Q.    Right.
²¹     A.    I don't think that the first
²² sentence is a definitive conclusion.
²³     Q.    I agree.
²⁴         In fact, it says --
²⁵ Dr. Hollander, it says it's inconclusive,

Page 283

¹ correct?
²     A.    Well, even -- I think that
³ their statement about it being inconclusive
⁴ is not a definitive statement --
⁵     Q.    Okay.
⁶     A.    -- because it's introducing the
⁷ issue.
⁸     Q.    So sitting here in 2023,
⁹ Dr. Hollander is interpreting what they could
¹⁰ have meant in plain writing in 2021, correct?
¹¹         MR. DOVEL:  Objection.  Form.
¹²         THE WITNESS:  Well, if you look
¹³ at the last -- so that's the first
¹⁴ sentence in the abstract.
¹⁵         And then I would direct you to
¹⁶ the last sentence in the abstract,
¹⁷ which says, "These results replicate
¹⁸ previous work and support providing
¹⁹ clear information to pregnant women
²⁰ and their partners about potential
²¹ long-term risks of acetaminophen use."
²²         So that's their conclusion.
²³ QUESTIONS BY MR. MURDICA:
²⁴     Q.    Right.
²⁵         Dr. Hollander, I was just

Page 284

¹ asking about the first sentence, which says,
² "The potential etiologic role is
³ inconclusive."  That was the first sentence
⁴ of their abstract.
⁵         So when they set out on this,
⁶ do you doubt that they believed that when
⁷ they set upon doing this work?
⁸     A.    Well, I'm suggesting that
⁹ they're using the initial sentence as an
¹⁰ introduction to introduce why would it be
¹¹ valuable to do the study.  And then I --
¹²     Q.    Right.
¹³     A.    Then what their beliefs are, I
¹⁴ think, are captured in the last sentence.
¹⁵     Q.    Right.
¹⁶         Doctor, do you have any doubt
¹⁷ that when they wrote the first sentence, they
¹⁸ didn't mean what they said?
¹⁹         MR. DOVEL:  Objection.  Form.
²⁰         THE WITNESS:  I don't know
²¹ whether they meant what they said.
²² QUESTIONS BY MR. MURDICA:
²³     Q.    Okay.
²⁴     A.    I think that they were
²⁵ introducing a reason why this would be a

Page 285

¹ valuable study.
²         I think they were trying to
³ provide some rationale to both the readers
⁴ and to the editors of the journal on why this
⁵ article might be of interest.
⁶     Q.    And when is the last time you
⁷ reviewed this one?
⁸     A.    I think I last reviewed this
⁹ prior to my -- I think prior to my initial
¹⁰ expert report.
¹¹     Q.    Okay.  So it's been a month and
¹² a half since you last looked at it?
¹³     A.    It's possible.
¹⁴     Q.    Did you look at the
¹⁵ supplemental materials for this study?
¹⁶     A.    I don't recall.
¹⁷     Q.    Okay.  And you see that this
¹⁸ analyzes the cohorts that existed at the time
¹⁹ in 2021, right?
²⁰     A.    Yes.  And, I mean, it looks
²¹ like it analyzed these cohorts from, you
²² know, starting -- that were collected between
²³ 1991 and 2008.
²⁴     Q.    And one of the things they
²⁵ looked at -- you're familiar with the DNBC,

Page 286

1  right?

2      A.    Yes, I am.

3      Q.    And what does that stand for?

4      A.    It's the Danish National Birth

5  Cohort, I believe.

6      Q.    Right.

7          And who studied that?

8      A.    Let's see.  There have been --

9  there have been more than one publication

10 resulting from that cohort --

11     Q.    There have.

12     A.    -- so...

13     Q.    All right.  So you're looking

14 back at Exhibit 54 --

15     A.    I'm looking at the summary --

16     Q.    -- Dr. Baccarelli's chart?

17     A.    Yeah.  I mean, I could get to

18 it, if you like, by going through my report,

19 which tells, you know, which cohorts as well.

20     Q.    Well --

21     A.    But there are -- there's more

22 than one publication that utilized that.

23     Q.    One of --

24     A.    Well, here it is in my report,

25 actually.

Page 287

1          Well, yeah, I talk all about

2  this.  I mean, it's one of the world's

3  largest birth cohorts.

4      Q.    Right.

5          But you've allegedly taken and

6  done an expert analysis here, and you can't

7  tell us who did the studies on the Danish

8  National Birth Cohort?

9      MR. DOVEL:  Objection.  Form.

10     THE WITNESS:  Well, I can.  I'd

11 be glad to --

12 QUESTIONS BY MR. MURDICA:

13     Q.    But you don't know it off the

14 top of your head?

15     A.    I can take a look at my report,

16 and I can take a look at my summary tables

17 here.

18     Q.    Okay.  The summary tables that

19 Dr. Baccarelli did?  Exhibit 54?

20     A.    That he summarized aspects of

21 different studies, yeah.

22     Q.    All right.  Don't worry about

23 it.  I'll ask you something else.

24         One of the advantages of the

25 DNBC is that they also can check and see --

Page 288

1  they can look by hospital diagnosis, right?

2      A.    That's correct.

3      Q.    Because with the exception of

4  the DNBC, all of the other cohorts were done

5  by report.  Report by the mother or family or

6  something like that, right?

7      A.    Well, that is an advantage of

8  that particular national birth cohort, yeah.

9      Q.    Okay.  And did you -- did you

10 look what happened to the effect when they

11 checked the DNBC versus hospital diagnosis

12 instead of just maternal report?

13     A.    Are you referring to the

14 Alemany paper, or are you --

15     Q.    Yeah, I'm talking about

16 Alemany, yeah.

17     A.    Okay.  Well, so let's -- if you

18 like, we can examine that.

19     Q.    Yeah, I can help you.  It's on

20 page 998.

21     A.    Okay.

22     Q.    Let the record reflect that

23 Dr. Hollander is looking at Dr. Baccarelli's

24 exhibit summary and not Exhibit 57.

25     MR. DOVEL:  That is a false

Page 289

1  statement, and I'd like the examiner

2  to withdraw that statement.

3      THE WITNESS:  Yeah, I'm

4  looking --

5      MR. MURDICA:  Oh, I'm sorry,

6  he's looking at both.  I apologize.  I

7  thought you were looking at the --

8      MR. DOVEL:  He's not looking at

9  both.  I'd still like you to correct

10 your statement.

11     MR. MURDICA:  Okay.  Well, I

12 don't know what you were looking at

13 then.  You were looking at

14 Exhibit 57 --

15     MR. DOVEL:  If you don't know

16 what he's looking at, don't put it on

17 the record, sir.

18     MR. MURDICA:  Okay.  I believe

19 he was looking at Exhibit 54.

20     THE WITNESS:  Well --

21     MR. MURDICA:  They were on top

22 of each other.

23     THE WITNESS:  No, you asked me

24 to examine the Alemany.

25

Page 290

1  QUESTIONS BY MR. MURDICA:
2      Q.   I am.  That's what I'd like you
3  to look at.  Page 998 will give you the
4  answer, but you can look at whatever you want
5  to.
6      A.   Okay.
7          So I'm not sure whether or not
8  your -- well, let's take a look at this one.
9  Hang on a second.
10         Well, so they examined the
11  results, and they look at this, you know,
12  both with the DNBC and then without the DNBC,
13  without the hospital diagnosis.  And they
14  look at, I guess, the odds ratios in boys and
15  girls, with and without that cohort.
16     Q.   Okay.  You understand that the
17 first analysis was the DNBC by maternal
18 report, and then it was verified in a second
19 analysis by hospital report, hospital
20 diagnosis, correct?
21     A.   That's correct.
22     Q.   Okay.  And when they did the
23 hospital diagnosis, the statistically
24 significant result disappeared, correct?
25     A.   I'm not sure that's what

Page 291

1  this says here.
2      Q.   Okay.  If I could direct you
3  to -- so I think you were talking about
4  something else.  We can do that first,
5  Doctor.
6          Dr. Hollander, when Alemany --
7  because there's six birth cohorts here,
8  right --
9      A.   No.
10     Q.   -- and DNBC was only one.
11         When Alemany did an analysis of
12 taking out the DNBC, then it was no longer
13 statistically significant.
14         That's what you were saying,
15 correct?
16     A.   Well, so they're comparing,
17 like you're saying, so they're getting
18 similar results using the hospital diagnosis.
19 Then they're also looking at it in boys, and
20 they're looking at it in girls.  So they're
21 changing this thing around to see if it has
22 any meaningful change.
23     Q.   Right.  Okay.
24         So back to my original
25 question.

Page 292

1      A.   Yeah.
2      Q.   You see when they did the
3  hospital diagnosis, the statistical
4  significance of the effect in boys and girls
5  disappeared, correct?
6      A.   Well, I mean, the first
7  statement that they're saying is -- so
8  children exposed to acetaminophen were
9  19 percent more likely to have ASC symptoms
10 within the borderline or clinical range than
11 nonexposed.  So increased odds ratio.
12         And then they get similar
13 results using the hospital diagnosis.
14     Q.   Okay.  And then when they
15 stratify by sex --
16     A.   Right.
17     Q.   -- using the hospital
18 diagnosis, neither sex is statistically
19 significant, correct?
20     A.   Well, no.  When they -- so
21 stratifying by sex, prenatal acetaminophen
22 was associated with ASC symptoms among boys,
23 odds ratio of 1.28, with confidence interval
24 of 1.12 to 1.46.
25     Q.   Where are you looking?

Page 293

1      A.   I'm looking under the prenatal
2  acetaminophen exposure and ASC symptoms.  So
3  this is the first, second, third sentence
4  there on the left side.
5      Q.   Right.  Yeah.
6      A.   So there --
7      Q.   And we were talking about
8  hospital diagnosis, Dr. Hollander.
9      A.   Right.  And then using the
10 hospital diagnosis, a similar effect was
11 observed where you get an increased odds
12 ratio, 1.14 in boys and 1.15 in girls,
13 although, yeah, it doesn't reach statistical
14 significance there.
15         But it's --
16     Q.   That was my question.
17         When using hospital diagnosis,
18 the boys and the girls are -- both are not
19 statistically significant, correct?
20     A.   Yeah, but except you're getting
21 a difference in sample size, right?
22     Q.   Right.  Because you're
23 taking -- you're looking at one half and then
24 the other, right?
25     A.   Yeah.

Page 294

1    Q.    Okay.  And did you -- did
2  you -- were you provided the transcript of
3  Dr. Louie from this past Saturday?
4    A.    No.
5    Q.    Okay.  So you don't know what
6  he said at all, right?
7    A.    No.
8    Q.    Do you know who he is?
9    A.    Yes.
10    Q.    Did you talk to him before your
11  testimony today?
12    A.    No, I didn't speak with him.
13    Q.    Okay.  Do you agree that a
14  hospital diagnosis is more accurate than a
15  maternal report when looking at the outcome
16  of autism spectrum disorder and ADHD?
17    A.    No.  I would say that they are
18  complementary approaches, and that if you get
19  a positive signal using both different
20  approaches, then that's stronger than just
21  doing either one separately.
22    Q.    Okay.  So my question for
23  Dr. Hollander is, is hospital diagnosis more
24  accurate and less biased than using maternal
25  report when studying an outcome like autism

Page 295

1  spectrum disorder and ADHD?
2    A.    I would say that there's a high
3  concordance between the two.  And so very
4  large-scale studies that have looked at that
5  issue have actually found like a --
6  concordance rates of up to 98 percent.
7         So very large genetic studies
8  these days, like the SPARC database, their
9  key is they want to include huge numbers of
10  people in order to really get a handle on
11  these genetic factors.  And they don't --
12  they no longer require like a hospital-based
13  diagnosis, so they go on maternal report.
14         But then they can look at the
15  concordance rate between the maternal report
16  and the hospital records, and it's very, very
17  high, actually.
18         So I think they're
19  complementary approaches.  I think that
20  basically you get findings in similar
21  directions.  That's good.  And then that's
22  suggesting different methods getting similar
23  findings.
24         Yeah, a lot of the statistical
25  significance is -- can be affected by the

Page 296

1  sample size.
2    Q.    Okay.  Right.  You said a lot
3  there that I didn't ask about --
4    A.    Okay.
5    Q.    -- but let me -- let me ask you
6  another question.
7         We know the cohort here.  We
8  know DNBC is the cohort we're talking about.
9  So you're talking about concordance or
10  discordance among hospital diagnoses versus
11  maternal report in other settings.
12         I'm talking about this.
13    A.    Right.
14    Q.    DNBC --
15    A.    Right.
16    Q.    -- when you -- when you reduce
17  it to hospital diagnosis, it changes the
18  statistical significance in boys and girls,
19  correct?
20    A.    Well, I think if you read the
21  sentence, it says there's a similar effect,
22  although the level of statistical
23  significance differs.
24         So there -- you're basically in
25  a similar direction, but --

Page 297

1    Q.    But you lose the significance,
2  correct, Doctor?
3    A.    Yeah.
4    Q.    Okay.  Now, if you look at A,
5  Table A, right below, do you remember when we
6  were talking before about the Masarwa
7  meta-analysis?
8    A.    Yes.
9    Q.    And we were talking about Liew.
10  And we were talking about the effect that it
11  had, that bias in Liew had, on the overall
12  statistical significance of the Masarwa
13  medical -- meta-analysis.
14         Do you remember that?
15    A.    I do remember that.
16    Q.    Okay.  And you told me that
17  Liew -- originally, before you agreed with
18  me, you said that, well, Liew wasn't a high
19  enough odds ratio and point estimate to
20  change it, right?
21         And I said, well, don't you
22  have to consider the number -- the
23  population?
24         So I want you to look at
25  Table A.

Page 298

1    A.    Uh-huh.
2    Q.    And do you see that there's a
3  weight given to each study?  Each cohort.
4  It's very tiny.
5    A.    A random effects model, right.
6  Yeah.
7    Q.    Right.
8        Do you see there's a weight
9  column?
10   A.    Yes.
11   Q.    How much weight does the DNBC
12 get?
13   A.    It gets a lot.  It gets 47
14 percent.
15   Q.    It's almost half of the
16 meta-analysis, right?
17   A.    Yeah.
18   Q.    And why is that, Doctor?
19   A.    There's a lot of people there.
20   Q.    How many?
21   A.    It's 61,430.
22   Q.    Out of roughly 70,000, right?
23   A.    Yeah.  Well --
24   Q.    Does it refresh your
25 recollection that the DNBC is actually what

Page 299

1  Liew studied?
2    A.    Yeah, let's take a look and
3  then I --
4    Q.    If you have to look at your
5  report to know that, that's fine.
6    A.    No, I recall that, but I'd like
7  to take a look because truthfully there's
8  more than one Liew study, right?
9    Q.    Did they study different
10 populations, Doctor?
11   A.    Let's take a look.
12       Okay.  So you were referring
13 back to the Masarwa article?  Here.
14   Q.    Well, I'm really talking
15 about --
16   A.    Yeah.
17   Q.    -- Table A.
18   A.    Okay.
19   Q.    And what's really driving this
20 is the DNBC, correct?
21   A.    Well, that's by far the largest
22 sample size.  So you are correct here.  Their
23 weighting is high.
24       And it would go back to the
25 issue with Liew, which was 2014, right?  So,

Page 300

1  I mean, you were -- yes, that is the largest
2  sample size, yeah.  Okay.
3    Q.    Okay.  So you now get the point
4  I was trying to make before with regard to
5  Masarwa, correct?
6        MR. DOVEL:  Objection.  Form.
7        MR. MURDICA:  He knows what I'm
8    talking about.
9        THE WITNESS:  Well, I do know
10   that you were reporting that it --
11   that -- the issue is, yeah, I mean,
12   that study is the largest study, so it
13   has a big impact overall on the
14   meta-analysis because the sample size.
15       But I -- the point that I was
16   making, A, was with regards to the
17   risk ratio, it didn't pull it up
18   again.
19       And, you know, with regards to
20   that study also -- well, actually...
21 QUESTIONS BY MR. MURDICA:
22   Q.    Doctor --
23   A.    Yeah.  Okay.
24   Q.    -- because of the effect --
25   A.    Yeah.

Page 301

1    Q.    -- that the DNBC has on the
2  data --
3    A.    Yeah.
4    Q.    -- because it's such an
5  important piece, when they pull it out in
6  this analysis, which is right above the
7  table --
8    A.    Yeah.
9    Q.    -- the whole meta-analysis
10 loses its statistical significance, correct?
11   A.    You want to direct me to the
12 figure that doesn't include that?
13   Q.    Yeah, it's literally the very
14 line above that Table A, that teeny tiny
15 writing you were looking at.
16   A.    Oh, the one out analysis.
17   Q.    Yeah.
18   A.    Okay.  Well, it doesn't
19 surprise -- so it's saying the association
20 was attenuated but remained positive when --
21 so that, again, it doesn't surprise me given
22 that 47 percent of the sample size of the
23 weighting comes from that study.
24   Q.    Right.  If --
25   A.    But -- okay.

1    Q.    If the study driving the
2  meta-analysis is pulled out, it can affect
3  the ability to reach statistical
4  significance, correct?
5    A.    Yeah, except that I guess one
6  of the points that I would make here is like
7  here you have a -- in the DNBC, you know, you
8  have a more positive effect on the relative
9  risk here compared to some of the other
10  studies.
11    Q.    You're talking about the 1.19?
12       What are you referring to?
13  What positive effect on the relative risk?
14    A.    You know, if you look at the
15  confidence interval intervals here.
16    Q.    Can you direct me to the one
17  you're talking about?
18    A.    Well, look at A.
19    Q.    A. Oh, ALSPAC?  1.08 --
20    A.    So ALSPAC has a lower
21  confidence interval than the DNBC.  The GASP
22  has a -- it's got a broader confidence
23  interval, but the point effect is lower.
24    Q.    In fact, Dr. Hollander, none of
25  these studies, except the DNBC, are actually

1  statistically significant with their point
2  effect, correct?
3    A.    Well, it -- I mean, you're
4  right, in this case the DNBC is pulling up
5  the -- rather than pulling it down.
6    Q.    Right.
7       So if you take it out --
8    A.    Yeah.
9    Q.    -- of course it's not going to
10  be statistically significant --
11    A.    Right.
12    Q.    -- since none of the individual
13  studies, right?
14       Okay.
15    A.    Well, you're going to have a,
16  you know, a lower overall -- so that's what
17  they're saying here, is that the association
18  was attenuated, but it still remains positive
19  even when you take it out.  You still have a
20  12 percent increased risk, but that the --
21  yeah, the --
22    Q.    But it's not --
23    A.    -- statistical significance
24  goes away.
25    Q.    Okay.  All right.

1       And, Dr. Hollander, is there
2  any reason that you can think of why
3  acetaminophen should be -- would be causal in
4  boys but not girls in terms of the outcomes
5  of ASD and ADHD?
6    A.    Well, I mean, as you know, like
7  the overall risk in boys is much higher than
8  in girls, right, whether it's 4 to 1 or
9  whether it's 3 or 2 to 1.  So there are
10  factors that increase the risk in boys versus
11  girls.
12    Q.    From a teratology perspective,
13  if acetaminophen has anything at all to do
14  with the development of ASD or ADHD in
15  offspring, would it differentially affect
16  boys and girls?
17    A.    It certainly could, yeah.
18    Q.    Why?
19    A.    Well, because gender could be a
20  mediating or moderating factor, right?  So
21  there could be some endocrine kind of factors
22  that are moderators or potentially even
23  mediators.
24    Q.    Okay.  Have you considered
25  that?  Do you have an expert opinion on that?

1    A.    Well, endocrine factors are
2  listed -- yeah, I do have an opinion.  That's
3  one of the plausible mechanisms.
4    Q.    Okay.  And so --
5    A.    Acetaminophen might exert its
6  effects.
7    Q.    So in that theory,
8  Dr. Hollander, would there be more -- would
9  more boys or girls have autism or ADHD
10  allegedly caused by acetaminophen?
11    A.    You know, I guess it depends
12  whether or not either endocrine factors or --
13  could, you know, influence -- you now have
14  all these gene by acetaminophen effects, and
15  you have all of these genetic by
16  acetaminophen effects.  It could be that you
17  have gender.
18       In fact, people look at gender
19  as a covariant -- I mean, in a lot of the
20  studies where they covary for gender, they're
21  not -- you know, the results persist even
22  when you covary for sex.  So in many studies,
23  the effects persist despite covarying for
24  gender.
25    Q.    Dr. Hollander, are you offering

Page 306

¹ an opinion here today that acetaminophen is
² sex-selective in terms of the outcome of ASD
³ based on exposure during pregnancy?
⁴     A.    No, I'm not offering that
⁵ opinion.
⁶     Q.    Okay.  Are you offering the
⁷ opinion today that APAP is sex-selective in
⁸ terms of the outcome of ADHD based on
⁹ exposure during pregnancy?
¹⁰     A.    I'm not offering that opinion
¹¹ now today.  I mean, look, if you look at
¹² this, they are finding similar findings
¹³ whether it's boys or girls.
¹⁴            Obviously when you start to
¹⁵ look at the differences then -- and they're
¹⁶ not -- they're not seeing any statistical
¹⁷ evidence of a difference between boys and
¹⁸ girls, so they're not doing that.  But when
¹⁹ you're looking at it in each gender, yeah,
²⁰ then you're lowering the sample size, and
²¹ that's affecting statistical significance.
²²     Q.    Okay.  Dr. Hollander, back to
²³ the sources of data.
²⁴            Do you think a study using a
²⁵ screening tool for the outcome based on

Page 307

¹ maternal report is better or worse than an
² outcome measure using a diagnosis?
³     A.    Well, the -- yeah.  So the
⁴ question would be, is there more likely to be
⁵ a differential bias as a result of using a
⁶ screening tool as opposed to a differential
⁷ bias as opposed to using a hospital
⁸ diagnosis, for example, right?
⁹            Because if there's a -- if
¹⁰ there's no differential bias, then it doesn't
¹¹ make any difference.
¹²     Q.    So the answer, Dr. Hollander,
¹³ is that all things being equal, you would
¹⁴ rather have the diagnosis, correct?
¹⁵     A.    I think it's good to be able to
¹⁶ get similar findings with regards to outcome
¹⁷ using different methods.  So it's great if
¹⁸ you can see similar findings both with a
¹⁹ hospital diagnosis and with a screening tool.
²⁰     Q.    If you could only have one or
²¹ the other, Dr. Hollander, would you rather
²² have a diagnosis or a screening tool maternal
²³ report?
²⁴     A.    Well, so that's a challenge,
²⁵ you know, in epidemiology studies, is that

Page 308

¹ you want to get a big sample size.  It's
² costly, for example.  Sometimes it's a --
³ costs more to do a study where you're getting
⁴ a clinician diagnosis as opposed to either an
⁵ electronic medical record or a scale kind of
⁶ diagnosis.  It's more costly.
⁷            But I think one point that I'm
⁸ making is that it doesn't have a differential
⁹ effect.  So if there's a -- some type of bias
¹⁰ introduced using a scale as opposed to a gold
¹¹ standard diagnosis, as long as it's not a
¹² differential bias, it wouldn't bias the
¹³ results towards or away from the null.
¹⁴     Q.    Did I ask about costs,
¹⁵ Dr. Hollander?
¹⁶     A.    Well, cost is a factor in a
¹⁷ design -- if you're going to do an epi --
¹⁸ like I say, with cost it -- yes, I -- let me
¹⁹ put it that way.  If you have unlimited time
²⁰ and unlimited funds, then it's probably a
²¹ good idea to get clinician diagnoses.
²²     Q.    Okay.  If you'd turn to the
²³ next page and look at Table 4, please.
²⁴     A.    Uh-huh.
²⁵     Q.    Do you see now that the authors

Page 309

¹ have stratified the data by sex for both
² autism and ADHD separately?
³     A.    Yes.
⁴     Q.    And they've looked at just
⁵ about an even number of boys and girls for
⁶ both autism and ADHD.  And roughly, each --
⁷ boys with autism, girls with autism, boys
⁸ with ADHD, girls with ADHD, it's roughly
⁹ 35,000 per group, right?  The number of --
¹⁰     A.    Yes, approximately.
¹¹     Q.    Okay.  And if you look at the
¹² boys for autism and ADHD, both of them are
¹³ statistically significant, correct?
¹⁴     A.    Well, it looks like there's a
¹⁵ statistically significant finding for the ASC
¹⁶ symptoms and the ADHD symptoms.
¹⁷     Q.    Okay.  And if you look at
¹⁸ girls, there is not, correct?
¹⁹     A.    Looks like there's a positive
²⁰ association but that it doesn't reach --
²¹ well, actually -- but that -- yeah, it looks
²² like it doesn't reach statistical
²³ significance there.
²⁴     Q.    Right.
²⁵            And one of the factors that you

Page 310

1 think about when you do Bradford Hill is an
2 overall concordance, a does this make sense
3 factor, right?
4      A.    Do you mean coherence --
5      Q.    Yes --
6      A.    -- or do you mean --
7      Q.    -- coherence.
8      A.    Okay.
9      Q.    This would not pass the
10 coherence test, correct, Doctor?
11          Because it doesn't make sense,
12 as you just testified, for there to be a
13 difference between boys and girls.
14      A.    I don't think that I testified
15 that it doesn't make sense for there to be a
16 difference between boys and girls.
17      Q.    Okay.  What is your expert
18 opinion about why there's a difference
19 between boys and girls if it's -- that is
20 coherent with the data?
21      A.    Well, one, again, is that --
22 you know, the obvious reason is that
23 you're -- if you're cutting the sample size
24 in half, then, you know, your power goes
25 down.  So that's probably the biggest reason.

Page 311

1      Q.    You have no mechanism otherwise
2 to explain why there's a difference.  You're
3 saying this is just a statistical anomaly,
4 correct?
5      A.    Well, no.  So that's one
6 option, is that you're dealing with a smaller
7 sample size.
8          I guess I tried to offer an
9 opinion with regards to whether or not there
10 could be, you know, other factors that could
11 mediate or moderate the effect.
12      Q.    Right.
13          And I asked you if you had an
14 expert opinion sitting here today --
15      A.    Yeah.
16      Q.    -- on what those factors were
17 and the mechanism by which they occur, and
18 you said you do not, correct?
19      A.    Well, no.  All I said, that
20 it fits in with this idea of certain hormonal
21 factors, but I wasn't offering a specific
22 opinion.
23      Q.    Okay.  Did you look at the
24 supplemental materials related to this study?
25      A.    I don't recall.

Page 312

1      Q.    Is it on your reliance list?
2      A.    Let's take a look.
3          I think that it's hard to
4 determine because I don't see the specific
5 page numbers.  So it may not be determinable.
6          (Hollander Exhibit 58 marked
7      for identification.)
8 QUESTIONS BY MR. MURDICA:
9      Q.    I'm going to mark the
10 supplemental materials as Exhibit 58.
11          Dr. Hollander, you should now
12 have in front of you what's been marked as
13 Exhibit 58.
14          Based on your review -- do you
15 have Exhibit 58 in front of you?
16      A.    Yes, I do.
17      Q.    Based on your review of the
18 first page of Exhibit 58, does this appear to
19 be supplementary material to the Alemany
20 article which is Exhibit 57?
21      A.    Well, it does say supplementary
22 material, and it does relate to the title of
23 the article, and it does include the similar
24 authors, so it does appear that this is the
25 supplementary material to the article.

Page 313

1      Q.    Okay.  And if you would turn to
2 the fifth page, which says, "Methods S2," and
3 it's a description of the acetaminophen
4 prenatal exposure assessment.
5      A.    Yeah.
6      Q.    Okay.  Now, we were just
7 talking, and you saw in the Alemany article
8 there's six birth cohorts, right?  And these
9 are the -- and these are a more descriptive
10 version of the six that you saw the acronyms
11 for in the Alemany article.
12          Fair?
13      A.    Yes.  This is a description of
14 each of the different cohorts.
15      Q.    Okay.  And one of the features
16 of all the cohorts is that no one asked, and
17 the mothers did not report, the exact day in
18 pregnancy that acetaminophen was used or for
19 exactly how long for each use, correct?
20      A.    Well, if you look at the
21 methods here -- so, for example, in the
22 ALSPAC cohort, the mothers get a
23 questionnaire at 18 and 32 weeks.
24      Q.    Right.
25          The mothers are getting

Page 314

1  questionnaires, and they're not saying, I
2  used acetaminophen on days 3 through 17 and
3  days 90 through 94 of my pregnancy, correct?
4       A.   Well, it differs a little bit
5  per cohort, right?
6       Q.   Sure.
7       A.   So the first one, you know,
8  again has this questionnaire at 18 and 32.
9       The DNBC cohort gets a
10  telephone interview at the 12th and the 30th
11  week and postpartum.
12       And then there are -- there is
13  a list of different medicines.  In then...
14       Q.   Doctor, I'd like to you --
15       A.   Each cohort has a -- slightly
16  different methods in terms of exposure.
17       Q.   The way that Alemany counted
18  them, Doctor -- and feel free to take a look
19  at the six descriptions because it's only a
20  page and a half -- is that if acetaminophen
21  was ever used during the pregnancy at any
22  time, it was -- they were counted as users
23  for the purpose of the meta-analysis,
24  correct?
25       And you can take a minute to

Page 315

1  verify that before you answer.
2       A.   Well, it does say that -- oh, I
3  see.  One moment.
4       Yeah.  Well, these were
5  classified as ever-exposed if they reported
6  having taken any dose of acetaminophen in the
7  defined prenatal exposure period.  Otherwise
8  they were classified as nonexposed.  So,
9  yeah.
10       Q.   Right.
11       You agree with me that for the
12  purposes of this meta-analysis, Alemany
13  counted them as exposed if they ever took one
14  single pill of acetaminophen at some point
15  during the exposure period, correct?
16       A.   Well, that's what it says in
17  the methods section, yes.
18       Q.   Okay.  You don't have any
19  reason to doubt that that's what Alemany did
20  when they wrote this in their supplemental
21  materials, right?
22       A.   No.
23       Q.   Okay.  Now, if you look at --
24  and I think you just did -- the -- with the
25  exception of one, these cohorts all counted

Page 316

1  exposures starting one month before becoming
2  pregnant, correct?
3       A.   No.
4       Q.   Okay.
5       A.   So it says here mothers were
6  asked if they had taken medications from the
7  month before becoming pregnant, in the GASPII
8  and the INMA, or beginning of pregnancy, in
9  the RHEA.  So there's a difference depending
10  on the study.
11       Q.   My question was, with the
12  exception of one, these cohorts counted
13  exposures starting one month before becoming
14  pregnant, correct?
15       Are you looking on page --
16       A.   I'm looking at exposure in the
17  methods section of the manuscript.
18       Q.   Ah.  Okay.  Well --
19       A.   Because in that, it doesn't say
20  that.
21       Q.   And that's why, when
22  epidemiologists are looking at literature,
23  they look at the supplemental tables, so they
24  can figure out the full methods in the data,
25  right?

Page 317

1       A.   Well, it's possible that some
2  information may be included in the
3  supplemental material that's not included in
4  the main manuscript.
5       Q.   All right.  Well, why don't we
6  look at the supplemental material and I'll
7  ask my question again.
8       With the exception of one,
9  these cohorts counted exposures starting one
10  month before becoming pregnant, correct?
11       A.   All right.  Let's review that
12  again because that's not what it says in the
13  methods.
14       Well, no --
15       Q.   Okay.
16       A.   -- I mean, that's not what it
17  says at DNBC.  Mothers are classified as
18  users of acetaminophen during pregnancy if
19  they've taken any dose of acetaminophen at
20  any time up during pregnancy.
21       So it doesn't say anything
22  about taking it prior to -- one month prior.
23  So that's not true with regard to the DNBC.
24       Q.   Okay.  Are you sure, Doctor?
25       A.   I'm reading it here from the --

Page 318

1    Q.    Supplemental materials?

2    A.    Yeah.  Mothers were classified

3  as users of acetaminophen during pregnancy if

4  they had taken any dose of acetaminophen at

5  any time up during pregnancy.

6          And if you look at the methods

7  also, it doesn't say that with regards to the

8  DNBC cohort.  So that's not -- that's not a

9  correct statement with regard to that cohort.

10   Q.    Okay, Doctor.

11   A.    This also --

12   Q.    Look up three -- look three

13 sentences up.  Then look at the rest of them.

14          Did you consider any of this

15 before you rendered your opinions,

16 Dr. Hollander?

17         MR. DOVEL:  Just one second.

18 He was in the middle of answering

19 another question.

20         Are you going to withdraw the

21 earlier question?

22         The record is very muddy.  I

23 don't know what question is being

24 answered.

25         I'll state for the record that

Page 319

1  the witness --

2          MR. MURDICA:  Well, what you

3  understand or not doesn't really

4  matter.

5          MR. DOVEL:  Excuse me.  Excuse

6  me.

7          He was in the middle of

8  answering a question --

9          MR. MURDICA:  This is my --

10 you're interrupting my question.  You

11 just be quiet over there.

12         MR. DOVEL:  He was in the

13 middle of answering the question, and

14 then you posed another one before he'd

15 finished.  And the record would be

16 fraudulent to suggest otherwise.

17         MR. MURDICA:  You're funny.

18 QUESTIONS BY MR. MURDICA:

19   Q.    Dr. Hollander --

20         MR. DOVEL:  I try to amuse.

21         MR. MURDICA:  Good job.

22 QUESTIONS BY MR. MURDICA:

23   Q.    Dr. Hollander --

24   A.    Well, I would say, look, in

25 here there's two inconsistent statements.

Page 320

1  I'm sorry.  So there's a statement here, but

2  then it seems to contradict at the end.

3  So --

4    Q.    Dr. Hollander, didn't you --

5    A.    -- I'm seeing a lot of

6  inconsistencies here.

7    Q.    The DNBC is the basis of all

8  the data that you're opining your causation

9  opinion on, right?

10   A.    No.

11         MR. DOVEL:  Objection.  Form.

12 QUESTIONS BY MR. MURDICA:

13   Q.    Do you not know the details

14 around the DNBC and how it was studied?

15   A.    I see that there's

16 contradictory information here, both in terms

17 of methods of the article as well as

18 contradictory statements even within the

19 summary here.

20   Q.    Right.

21         But didn't --

22   A.    Supplementary material.

23   Q.    But you realize that you're

24 putting these opinions out to the Southern

25 District of New York, a federal court --

Page 321

1    A.    Uh-huh.

2    Q.    -- and you didn't even bother

3  to go understand the DNBC?

4          MR. DOVEL:  Objection.  Form.

5          THE WITNESS:  Yeah, I think

6  that's an incorrect statement on many

7  different levels.

8  QUESTIONS BY MR. MURDICA:

9    Q.    Okay.

10   A.    But, yes, A, this is an

11 important study.  B, I considered the study

12 in my opinions.

13         It's not the only study that I

14 included within my opinions, so it's --

15   Q.    The DNBC cohort is a

16 foundational --

17   A.    It's a --

18   Q.    -- cohort for everything you're

19 opining on.

20   A.    It's an important cohort, yes.

21   Q.    Okay.  So you know now that the

22 DNBC and all of the others here, except for

23 RHEA, counted exposure starting four weeks

24 before pregnancy or four weeks before

25 conception, correct?

1    MR. DOVEL: Objection. Form.
2    THE WITNESS: I don't see that,
3  actually.
4  QUESTIONS BY MR. MURDICA:
5    Q.    Okay.
6    A.    And I'm not seeing -- I don't
7  see that in the GASPII cohort either.
8    Q.    Okay.
9    A.    So I think that's -- it
10  doesn't -- that's not right.
11    Q.    Okay.
12    A.    So I disagree.
13    Q.    All right. Well, let's read
14  the second sentence. I'll let you read it.
15    "Mothers were classified" -- go
16  ahead, you can read it out loud.
17    A.    Okay. "Mothers were classified
18  as users of acetaminophen during pregnancy if
19  they had taken any dose of acetaminophen at
20  any time up to week 32 of pregnancy or the
21  month before becoming pregnant."
22    All right. You're right. It
23  does say it in that sentence.
24    Q.    Okay.
25    A.    Let's take a look.

1    Q.    Just let me know when you're
2  satisfied that I'm right about what I tried
3  to start asking you about 15 minutes ago.
4    A.    Okay. Let's take a look.
5    MR. MURDICA: Let the record
6  reflect that the doctor is looking at
7  Exhibit 57 and not Exhibit 58 right
8  now.
9    THE WITNESS: Well, I'm
10  reviewing the manuscript that you're
11  referring to to be able to put it into
12  context, what you're putting in front
13  of me in terms of the supplementary
14  material.
15    Okay.
16  QUESTIONS BY MR. MURDICA:
17    Q.    Okay. So do you now agree with
18  me that with the exception of the RHEA
19  cohort, all the cohorts counted exposure, if
20  there was exposure, one month before becoming
21  pregnant or conceiving?
22    A.    Well, again, between one month
23  prior to and the end of pregnancy.
24    Q.    Right.
25    So in -- for the purposes of

1  Alemany, if a mother took one pill of
2  acetaminophen 29 days before becoming
3  pregnant, the child was counted as exposed to
4  acetaminophen, correct?
5    A.    Well, not for all of the
6  cohorts, but I guess that's a possibility for
7  some of these.
8    Q.    For ALSPAC, DNBC --
9    A.    Right.
10    Q.    -- GASPII, Generation R and
11  INMA cohort, that was counted as an exposed
12  pregnancy, correct?
13    A.    It's possible that somebody
14  could be classified and fall into that
15  category.
16    Q.    Right.
17    And did you factor that into
18  your analysis, Dr. Hollander?
19    A.    Well, I would factor it into my
20  analysis because --
21    Q.    Would or wouldn't? I'm sorry.
22    A.    I would.
23    Q.    Okay.
24    A.    Because the dose-response
25  relationship is clear from a number of

1  studies, including those studies that used
2  biomarkers.
3    So, first, with biomarkers,
4  when you're able to assess dosage during the
5  second or third trimester or in studies that
6  look at duration, you have a clearcut
7  exposure response.
8    So although I guess it's
9  theoretically possible that somebody would be
10  classified, it doesn't -- it's not -- it's
11  not consistent with the idea of a
12  dose-response finding, and it's not
13  consistent with a finding of dosing over
14  time.
15    Q.    And, Dr. Hollander, we're only
16  getting to these one at a time --
17    A.    Yeah.
18    Q.    -- and it seems that as each
19  one, you realize that there's problems you
20  didn't appreciate, you start pointing to the
21  others. And we're going to get to them.
22    But did you consider in Alemany
23  that an exposure counted even if there was
24  one pill of acetaminophen and even if it
25  wasn't during pregnancy?

Page 326

1    MR. DOVEL: Objection. Form.
2    THE WITNESS: I guess that gets
3  to the issue of whether or not there
4  could be a misclassification of
5  exposure.
6 QUESTIONS BY MR. MURDICA:
7    Q.  Okay. And, Doctor --
8    A.  And I guess there are different
9 ways to assess misclassification of exposure.
10   Q.  Right.
11       And --
12   A.  And I think -- so maybe this
13 Alemany study may not address that potential
14 the same way that some of the other studies
15 do.
16   Q.  Okay. Dr. Hollander, do you
17 know how the symptoms were assessed in
18 Alemany and whether they followed the DSM?
19   A.  Well, it looks like it's a
20 little bit different because they're using
21 terminology such as autism spectrum
22 conditions. So -- and the issue has to do
23 with whether there's misclassification of
24 exposure and/or whether there's
25 misclassification in terms of outcome.

Page 327

1    Q.  Okay. Dr. Hollander, if you
2 would turn to Table S2 in Exhibit 58, please.
3    A.  Let's see. What page is that
4 on?
5    Q.  17. Sorry, I should have given
6 you a page number.
7       You ready?
8    A.  Yes.
9    Q.  Okay. If you look -- and I'm
10 going to ask you questions about the DNBC.
11      Do you recall earlier we talked
12 about that they did a -- they did parental
13 questionnaire and then they also looked at
14 medical diagnosis, right?
15   A.  Correct.
16   Q.  Okay. And if you look on the
17 far right for both groups, the children that
18 end up with autism had mothers who had mental
19 health issues during pregnancy at double the
20 rate of the children that were normal,
21 correct?
22   A.  I see that.
23   Q.  Right.
24      And that -- based on the
25 questions I asked you earlier, you recognize

Page 328

1 depression, maternal mental health, as, I
2 think you said, a factor associated with the
3 outcomes of autism and the outcomes of ADHD,
4 correct?
5    A.  Well, the issue was -- gets to
6 whether or not there's some kind of a genetic
7 confounding.
8       However, it only has an effect
9 on the relationship between the exposure and
10 the outcome if that results in a behavior
11 that directly influences the exposure.
12   Q.  Dr. Hollander, had you looked
13 at this data and the doubling here in the --
14 in the population that ended up with autism
15 in terms of maternal mental health?
16   A.  Yes, I'm familiar with that.
17   Q.  Okay. And did you know that
18 that was the case, that there was a doubling
19 in the DNBC?
20   A.  It -- it's essentially the same
21 issue that you had alluded to before with the
22 Masarwa 2020 paper as well --
23   Q.  Okay.
24   A.  -- which is the issue of
25 genetic confounding, right?

Page 329

1    Q.  Right. And --
2    A.  And it's the same issue again
3 as -- so if that genetic confounding or that
4 maternal behavior directly affects the
5 exposure, then it's relevant. Otherwise,
6 it's not. Because the -- if you look at the
7 maternal mental health behavior, it certainly
8 could be a mediator or a moderator of the
9 effect of the exposure and the outcome.
10   Q.  Okay.
11   A.  So if you take it away, then
12 you take away the effect.
13      So, you know, we know that
14 these things are gene-by-environment
15 interactions. This is only an issue if it
16 directly affects the behavior at question,
17 which is the taking of the medicine. And you
18 can -- you wouldn't want to take away the
19 familial or the genetic factors if they
20 directly affect, again, the mediators and
21 moderators.
22      So the genetic effects affect
23 how the APAP produces the outcome, or it
24 moderates the levels of APAP, then you
25 wouldn't want to be able to take that away.

Page 330

1 In fact, you would need that
2 gene-by-environment interaction in order to
3 get the outcome.
4     Q.    If patients -- if mothers with
5 mental health issues --
6     A.    Right.
7     Q.    -- take acetaminophen more than
8 mothers without mental health issues, it
9 could be mental health, in fact, that's the
10 mediator that attenuates the acetaminophen
11 association you're seeing, correct?
12     A.    Well, it could be that the
13 mental health issues are associated with --
14 and again, I get back to my example of the
15 cannabinoid-1 receptor or the FAAH.  So let's
16 say that women with mental health problems
17 have genetic polymorphisms for the CB1
18 receptor.  They have genetic polymorphisms
19 for FAAH.
20         If APAP exerts its effects
21 through the endocannabinoid system but there
22 are familial, genetic factors, then it's not
23 a confounder.  It's actually a mediator of
24 the effect for the compound.  So it's that
25 gene by environment -- you need that in order

Page 331

1 to get the effect.
2     Q.    And, Doctor --
3     A.    And it would still be an effect
4 of the exposure.  It would be an effect of
5 the exposure being mediated through that
6 genetic variation.
7     Q.    And, Dr. Hollander, if you're
8 being fair, it could also be vice versa,
9 could it not?
10     A.    How would that be the case?
11     Q.    The way I just explained it.
12     A.    Let me see if I can try to
13 understand that.  So --
14     Q.    Have you seen data that women
15 with depression are more likely users of
16 acetaminophen?
17     A.    I have seen publications that
18 talk about behavioral factors as it relates
19 to acetaminophen use.
20     Q.    And --
21     A.    So like the Lupattelli study.
22 So they suggested that, you know, neuroticism
23 or openness, which are two traits in the
24 mothers, you know, could potentially have an
25 effect on APAP usage.

Page 332

1         But the effect was actually
2 really small, and so those individuals
3 interpreted it by saying, look, there's a
4 relationship.  It's very small.  It wouldn't
5 work as a confounder to wipe out the
6 association, so you can't blame it on the
7 APAP-taking aspect of the mother.
8         Again, that sort of gets back
9 to the blame-the-mother approach as well,
10 that somehow, you know, these women with
11 mental health problems are more likely to be
12 taking APAP.  But it's not an issue if the
13 genetic and familial factors associated with
14 the mental health problems mediate the
15 expression or the effect of APAP on the
16 outcome.
17     Q.    Dr. Hollander, you're blaming
18 the mother as well if you are blaming APAP
19 because the mother took the APAP, right?
20         Have you considered that when
21 you talk to your patients about causation?
22         I'll ask another question.
23     A.    Well --
24         MR. DOVEL:  Just a second.  He
25 wants to answer.

Page 333

1         THE WITNESS:  Well --
2         MR. MURDICA:  Hey, listen, you
3 don't tell me when he wants to answer.
4 He wasn't answering.  You don't help.
5         MR. DOVEL:  No, he was
6 answering.  He was answering.
7         MR. MURDICA:  Go ahead,
8 Dr. Hollander.
9         MR. DOVEL:  The record will
10 show he was answering.
11         MR. MURDICA:  He wasn't.
12         THE WITNESS:  Actually, you
13 know what I am blaming is I'm --
14 QUESTIONS BY MR. MURDICA:
15     Q.    The lack of a microphone?
16     A.    I'm blaming the risk versus
17 benefit discussion as it relates to the APAP.
18 So that's what I'm blaming.
19     Q.    Dr. Hollander, are you aware
20 that maternal depression is highly related to
21 increased APAP use?
22     A.    I'm aware that there can be
23 some familial or maternal factors that
24 influence APAP use but that those factors are
25 relatively small.  And you'd have to have a

1 really big impact in order to wipe out the
2 association between the exposure and the
3 outcome, and that just doesn't happen.
4     Q.    And that's based on what,
5 Doctor?
6     A.    Well, that's based on the
7 Lupattelli study where she addressed that
8 specific question.
9     Q.    Okay.
10    A.    She talked about maternal
11 traits and whether those maternal traits
12 influenced the APAP-taking behavior.  And
13 then she related it to different kinds of
14 exposures like SSRIs.
15          In her analysis of that, she
16 felt that the -- that could be -- play more
17 of a role with certain kinds of exposures and
18 less of a role with other exposures.
19    Q.    Are you familiar --
20    A.    So she determined that that
21 could be a potential confounder as it relates
22 to determining relationship between SSRIs and
23 neurodevelopmental outcomes, but that it
24 wasn't a -- it wasn't a role with regards to
25 APAP use and neurodevelopmental outcomes.

1          MR. DOVEL:  Time for a break
2     when you get a chance.
3 QUESTIONS BY MR. MURDICA:
4     Q.    Okay.  Have you seen the
5 Bandoli study, Doctor?
6     A.    It doesn't come to my mind
7 immediately --
8     Q.    Okay.
9     A.    -- but I'd be glad to look at
10 that.
11          MR. MURDICA:  Sure, we'll take
12    a break.
13          VIDEOGRAPHER:  The time right
14    now is 5 p.m.  We are off the record.
15     (Off the record at 5:00 p.m.)
16          VIDEOGRAPHER:  The time right
17    now is 5:15 p.m.  We're back on the
18    record.
19 QUESTIONS BY MR. MURDICA:
20    Q.    Welcome back, Dr. Hollander.
21          Are you ready to proceed?
22    A.    Yes, I am.  Thanks.
23    Q.    Okay.  All right.
24          Dr. Hollander, are you ready to
25 proceed?

1     A.    Yes, I am.
2     Q.    Okay.  Welcome back.
3          Dr. Hollander, one of your --
4 one of the aspects of your opinion is that
5 because ADHD and autism, in your view, share
6 a symptom, that being hyperactivity, that
7 anything that causes hyperactivity is a cause
8 of both autism and ADHD, correct?
9     A.    No.
10    Q.    Okay.  Could you please turn to
11 page 32 of your report?
12    A.    This is the original report or
13 the rebuttal report?
14    Q.    Sorry, the rebuttal report.
15    A.    Yeah.  Okay.
16    Q.    Okay.  On page 32, on the
17 bottom paragraph, it says, "Here,
18 hyperactivity is a symptom domain that is a
19 core feature of ADHD and an associated domain
20 of ASD.  If acetaminophen exposure during
21 pregnancy causes hyperactivity in ASD and
22 ADHD individuals, and if hyperactivity is a
23 common feature of ADHD and ASD, then
24 acetaminophen causes ADHD and ASD."
25          Did I read that correctly?

1     A.    Yes.
2     Q.    Okay.  Do you want to make any
3 corrections to the words in those sentences,
4 or do you stand by those words?
5     A.    Well, I -- maybe I can talk a
6 little about -- so the basic idea is we're
7 looking at symptom domains that present
8 across both neurodevelopmental disorders.  I
9 was using hyperactivity as an example of a
10 symptom domain that cuts across both
11 disorders.  I wasn't suggesting in any way
12 that it -- that was the key symptom domain
13 that relates the two together.
14          And in fact, really what I see
15 is that, you know, my work has been in
16 compulsivity and impulsivity, and both
17 conditions share features of compulsivity and
18 impulsivity.
19          So if I could say it, the
20 compulsivity, both of the disorders have
21 impairment in set shifting, the ability to,
22 you know, let go of stimuli and then refocus
23 on other issues.  That set shifting deficit
24 or executive function deficit is like a key
25 feature in terms of the, you know,

¹ attentional issues in ADHD.

² And clearly individuals with

³ ASD also have difficulties in term of set

⁴ shifting.

⁵ The impulsivity, which tightly

⁶ overlaps with the hyperactivity, is also a

⁷ feature -- the impulsivity -- the

⁸ impulsivity/hyperactivity is one domain, and

⁹ then the impulsivity is a major component as

¹⁰ an associated symptom in ASD.

¹¹ And I would -- and I would

¹² relate the compulsivity and impulsivity that

¹³ I'm describing to the frontostriatal

¹⁴ circuitry and the frontolimbic circuitry

¹⁵ that's impacted in both disorders.

¹⁶ Q.    Do you remember my question?

¹⁷ A.    Well, I think your question had

¹⁸ to do with whether or not hyperactivity was a

¹⁹ symptom domain or feature of both disorders.

²⁰ Q.    No.

²¹ My question --

²² A.    Yeah.

²³ Q.    -- Doctor, is, do you -- the

²⁴ two sentences that we read together that

²⁵ begins with "here" and ends with the word

¹ "ASD" on page 32, do you want to correct the

² words in those two sentences or leave them

³ as-is?

⁴ A.    Well --

⁵ Q.    I'm giving you a chance.

⁶ A.    Right.

⁷ And what I'm -- so what I'm

⁸ suggesting is I might modify hyperactivity to

⁹ include hyperactivity/impulsivity.

¹⁰ Q.    You --

¹¹ A.    As a --

¹² Q.    -- don't mean -- Dr. Hollander

¹³ is not here to tell the Court and the world

¹⁴ that anything that has a -- anything that

¹⁵ causes hyperactivity causes autism and ADHD,

¹⁶ correct?  That is not your testimony?

¹⁷ A.    Could you repeat that question

¹⁸ again?

¹⁹ Q.    Sure.

²⁰ Are you here to tell the world

²¹ that something associated with hyperactivity

²² means it causes autism and ADHD?

²³ A.    No.

²⁴ Q.    Okay.  You're not -- you're not

²⁵ saying that if acetaminophen is associated

¹ with hyperactivity, then it must also cause

² ASD and ADHD, correct?

³ A.    No, I'm not saying that.

⁴ Q.    Okay.  And impulsivity is not a

⁵ feature of ADHD, right?

⁶ A.    Well, it is.  The

⁷ hyperactivity/impulsivity domain, yeah.

⁸ Q.    Is it a feature of all ADHD?

⁹ A.    It's a feature of those who

¹⁰ have the combined type or the hyperactive

¹¹ type.

¹² Q.    Okay.  So not every --

¹³ A.    Not the inattentive type.

¹⁴ Q.    Okay.  And is hyperactivity a

¹⁵ feature of everyone diagnosed with ADHD?

¹⁶ A.    No.  It's a symptom of those

¹⁷ who have the hyperactivity/impulsivity

¹⁸ subtype, not just those who just have the

¹⁹ inattention subtype.

²⁰ Q.    Okay.  If you turn to page 22

²¹ of your rebuttal report, please, Doctor.

²² I want to focus you on the last

²³ sentence.  Let me know when you're there.

²⁴ I'll read it, and you tell me if I read it

²⁵ correctly.

¹ Do you see the last sentence

² that begins "to the contrary"?  Page 22 of

³ your rebuttal.

⁴ A.    Could you read the sentence

⁵ above that?  Because somehow it's not --

⁶ Q.    Yeah.

⁷ It's the paragraph that starts,

⁸ "In addition" -- that doesn't look right

⁹ because you have a sub-footnote there.

¹⁰ A.    Oh, I see.  I gotcha here.

¹¹ Q.    Well -- oh, you have a

¹² different version than I do.

¹³ A.    I don't think so.

¹⁴ Q.    I'm looking here.  You're on

¹⁵ 23.  Huh.  Go -- oh --

¹⁶ A.    "In addition."

¹⁷ Q.    Huh.  I have to admit, I'm

¹⁸ puzzled.

¹⁹ A.    Or this "in addition" back

²⁰ here?  Baccarelli --

²¹ Q.    Oh, specificity is -- ah, right

²² here.  "To the contrary."

²³ A.    Okay.  Gotcha.  Sorry.

²⁴ Q.    Okay.  It does seem -- the

²⁵ pages are not matched up.  All right.  We'll

1  mark that and try to figure it out later.

2  We'll take a copy of it.

3       Dr. Hollander, you state, "To

4  the contrary, as I have discussed in great

5  detail in my initial report, it is widely

6  accepted that neurodevelopmental disorders,

7  including ASD and ADHD, share important

8  neurogenetic physiological, structural and

9  psychological traits, Barch 2020, period."

10      Did I read that correctly?

11      A.   Yes.

12      Q.   Okay.  Now, is Barch a

13  publication that you're familiar with?

14      A.   Yeah, it's a publication that

15  I've considered in my materials considered

16  list.

17      Q.   Okay.  And Barch stands for the

18  proposition that ASD and ADHD share important

19  neurogenetic, et cetera, traits, right?

20      A.   Correct.

21      (Hollander Exhibits 59 and 60

22  marked for identification.)

23  QUESTIONS BY MR. MURDICA:

24      Q.   Okay.  Mark Barch -- we're

25  going to mark that report that's different as

1  59, and we'll mark Barch as 60.

2       Okay.  Dr. Hollander, you now

3  have in front of you a document that's been

4  marked as Exhibit 60 by author Deanna Barch.

5       Do you see that?

6       A.   Yes.

7       Q.   Is this what you were

8  referencing in your rebuttal report with the

9  Barch citation?

10      A.   I believe so, yes.

11      Q.   Okay.  Dr. Hollander, can you

12  point us to where this article says anything

13  about attention-deficit/hyperactivity

14  disorder or autism spectrum disorder?

15      A.   Well, I mean, this is taking

16  the approach -- again, we're highlighting

17  that symptom domains can be transdiagnostic

18  and can map onto underlying brain circuitry.

19      Q.   We can agree, though, that that

20  article doesn't say ASD or ADHD, correct?

21      A.   Well, it certainly applies to

22  ASD and ADHD.  I think in this particular

23  editorial they talk a little bit how these

24  symptom domains cut across things like

25  schizophrenia or bipolar disorder, or they

1  talk about bipolar disorder and major

2  depression.  So they use different examples.

3       But the concept is -- can be

4  certainly -- the concept can be applied and

5  is appropriate to the transdiagnostic symptom

6  domains that cut across ASD and ADHD and map

7  onto their underlying brain circuitry and

8  neurogenetic factors.

9       Q.   Dr. Hollander, it doesn't say

10  that.  You were citing Barch 2020 as

11  background, not specific to ASD and ADHD,

12  correct?

13      A.   It's talking about a

14  transdiagnostic approach to neuropsychiatric

15  disorders.

16      Q.   Okay.  And you can have --

17      A.   Yeah.

18      Q.   Dr. Hollander, you can have

19  symptoms but not have a disorder, correct?

20      A.   Well, yes.  I mean, you can

21  have symptoms and symptom domains and not

22  have a disorder.

23      Q.   Right.

24      You would only be given a

25  disorder in the diagnostic manual if the

1  symptoms caused marked distress or interfered

2  with functioning; otherwise they're just

3  symptoms.  Right?

4       A.   That's correct.

5       Q.   All right.  Now, one of the

6  things that you've mentioned a couple times

7  are biological marker studies, right?  And

8  you cite Ji and Baker in your --

9       A.   Baker and Ji, yeah, biomarkers.

10      Q.   Right, biomarkers.

11      And you think those are

12  important, right?

13      A.   Well, they're a more -- they're

14  a more direct measure of exposure.

15      Q.   Okay.  And I noticed you cited

16  Ji 2020, but did you review the earlier Ji

17  study on maternal plasma?

18      A.   Let me see.  It's possible that

19  I reviewed more than one of the Ji studies.

20  Let me just...

21      I think I -- I think if they

22  used similar cohort or approach, that I might

23  have not cited every one of them, yeah.

24      Q.   So which is it?  You didn't --

25  you didn't cite it?

Page 346

1    A.   Well, I did cite it.
2    Q.   Oh.
3    A.   I cited the Ji 2020 article.
4        So are you referring to a
5  different year?
6    Q.   I am.
7    A.   Yeah, which year are you --
8    Q.   2018.
9    A.   Right.  Okay.
10   Q.   Did you cite that?
11   A.   No, because if the 2018 -- I'm
12 sorry.  If the 2020 includes a similar
13 cohort, then I would cite the larger or more
14 comprehensive of the studies.
15   Q.   Okay.  But with Masarwa, you
16 cited 2018 and not the more current 2020,
17 right?
18   A.   Well, again, the -- so the
19 20 -- the Masarwa -- the 2018 was the
20 meta-analysis.  The 2020 examined one
21 particular issue of bias or confounding but
22 wasn't the original meta-analysis.  So --
23   Q.   Okay.
24   A.   -- I cited the meta-analysis,
25 not the article that tested for one

Page 347

1  particular confounder.
2    Q.   And your testimony now is that
3  Ji 2020 encapsulates Ji 2018, so you didn't
4  need to cite it, right?
5    A.   I believe so.
6    Q.   Okay.  By the way, the
7  transdiagnostic theory you have on ASD and
8  ADHD is based on the shared feature of
9  hyperactivity, right?
10   A.   No.
11   Q.   Okay.  The transdiagnostic
12 theory that you have connecting ADHD and A --
13 ASD doesn't replace the DSM, correct?
14   A.   It doesn't re -- no, it
15 complements the DSM.  So it's -- it's a -- it
16 maps on more closely to the underlying, you
17 know, circuitry or genetic, cellular --
18 because it -- it's more closely related to
19 the underlying defect, and the diagnosis is
20 more distal to the underlying defect.
21   Q.   Dr. Hollander, is hyperactivity
22 a symptom of anything other than ASD and
23 ADHD?
24   A.   Yes.  I mean, hyperactivity can
25 be a symptom.  It can be a symptom in other

Page 348

1  conditions.
2    Q.   So your transdiagnosis theory
3  of --
4    A.   And --
5    Q.   Sorry.
6    A.   And it -- and it can -- and it
7  can vary in severity as well.  So it's a
8  symptom domain.
9    Q.   Okay.  So you agree that
10 hyperactivity is a symptom of much more than
11 just ASD and ADHD, correct?
12   A.   Yeah, as a -- as a -- well,
13 first of all, so the notion of the
14 transdiagnostic is that the domain cuts
15 across different conditions.
16   Q.   Right.
17   A.   That's the sort of definition,
18 and it's not restricted to.
19        So, for example, I looked at
20 compulsivity like OCD, right?  I saw that
21 there were a group of other disorders that
22 shared underlying features.  So they had
23 similar clinical symptoms.  They had similar
24 familial factors of transmission.  They had
25 similar underlying brain circuitry.  And as a

Page 349

1  result of that, the DSM was reorganized to
2  include a new chapter called obsessive
3  compulsive and related disorders.
4        And the reason that that
5  chapter in the DSM was organized was because
6  there was a common transdiagnostic symptom
7  domain that cut across all of the different
8  conditions that are now listed in the DSM-5.
9    Q.   Okay.  Dr. Hollander, if
10 acetaminophen causes a symptom domain like
11 hyperactivity, shouldn't it cause, by your
12 logic, every -- not just autism and ADHD, but
13 anything for which hyperactivity is a
14 symptom?
15   A.   Well, again, you know, these
16 conditions are pretty heterogeneous, and they
17 include multiple different symptom domains.
18 Those symptom domains, you know, can cut
19 across different conditions.
20        There are other symptom domains
21 as well that can co-occur or shape the
22 expression of the disorder.
23   Q.   According to Dr. Hollander --
24   A.   And that -- well, I'm sorry,
25 just let me finish.

1 So that APAP, or acetaminophen,
2 can be a causal factor in causing a symptom
3 domain. That doesn't mean, you know, that
4 it's the only factor causing that symptom
5 domain. And clearly there can be other
6 factors or combinations that come together to
7 get the full expression of the condition.
8 So -- but it -- if APAP
9 exposure affects, through the process of
10 neurodevelopment, a key brain circuitry, and
11 if that brain circuitry regulates that
12 symptom domain, then impacting that brain
13 circuitry would be associated with the
14 development of that symptom domain across
15 other conditions.
16 However -- but here's the
17 however also. It also depends on like the
18 timing of the exposure and the dose of the
19 exposure, because you may impact -- you may
20 create a -- you may impact or dysregulate a
21 particular circuit at a particular time of
22 exposure or dosage of the exposure but not
23 affect that circuitry with a different type
24 of an exposure.
25 But that exposure at a

1 particular timing that affects the underlying
2 circuitry of development would create those
3 symptoms expressed across different
4 conditions.
5 Q. Dr. Hollander, is IQ a symptom
6 domain for ASD?
7 A. No.
8 Q. Is IQ a symptom domain for
9 ADHD?
10 A. No.
11 Q. According to Dr. Hollander,
12 does acetaminophen cause major congenital
13 malformation?
14 A. No.
15 Q. According to Dr. Hollander,
16 does acetaminophen cause neural tube defects?
17 A. Usually no.
18 Q. Does acetaminophen ever cause
19 neural tube defects, according to
20 Dr. Hollander?
21 A. No. It causes more subtle
22 kinds of symptoms than major neural tube
23 defects.
24 Q. Okay. And you --
25 Dr. Hollander, you just testified that the

1 timing is important and the dose is
2 important.
3 What is the important timing
4 for causation on autism?
5 A. Well, I mean, the best estimate
6 is exposure during the second and third
7 trimester.
8 Q. Okay. And when -- according to
9 Dr. Hollander, when is the timing to treat --
10 to cause ADHD?
11 A. The second and third trimester.
12 Q. Okay. So it's the same.
13 According to Dr. Hollander,
14 what does acetaminophen cause other than ADHD
15 and autism?
16 A. Well, I mean, it can cause
17 liver failure. So, I mean, it really depends
18 on the dosage and the timing.
19 Q. Okay.
20 A. It could cause skin reactions.
21 I mean, it really depends on the dosage and
22 the timing.
23 Q. Dr. Hollander, when a pregnancy
24 is exposed to acetaminophen in the second and
25 third trimester -- second or third trimester,

1 what outcomes in the fetus can acetaminophen
2 cause, according to Dr. Hollander, other than
3 ASD and ADHD?
4 A. Well, I mean, it can impair
5 circuits such as frontostriatal circuits and
6 frontolimbic circuits that can present with
7 set switching, executive function-type
8 problems and impulsivity/hyperactivity.
9 Q. And, Dr. Hollander, you have no
10 direct human evidence of that. Your
11 testimony you just -- you just gave is based
12 on animal studies, correct?
13 A. No.
14 Q. Okay. What direct human
15 evidence do you have on impairing those exact
16 circuits?
17 A. Well, the Baker study used
18 functional MRI as a measure of outcome. So
19 they used a direct measure of exposure,
20 meconium, to determine the dose-response
21 relationship, and they used a direct measure
22 of outcome, which is functional MRI. And
23 they determined that there was a relationship
24 between exposure and hyperactivity and
25 hypoactivity of those circuits.

1    Q.   Dr. Hollander, other than --
2  how many patients were -- received an MRI in
3  Baker?
4    A.   I'll have to take a look at it
5  to get the exact number.
6    Q.   Was it a lot?
7    A.   Well --
8         MR. DOVEL:  Objection.  Form.
9         THE WITNESS:  I -- it would
10        have been a subgroup of the overall
11        amount.  So there were 345 subjects
12        overall in the study, and a subgroup
13        of that received a functional MRI.
14  QUESTIONS BY MR. MURDICA:
15    Q.   Right.
16         And it's not your testimony
17  that the subjects who had their meconium
18  sampled was direct human evidence of
19  interference with those pathways, right?
20    A.   No.  All that was doing was
21  it's a more direct measure of the exposure.
22    Q.   Okay.  Other than the MRIs on
23  however many subjects were -- had an MRI
24  measurement in Baker, do you have -- are you
25  relying on any other direct human evidence

1  that acetaminophen allegedly interferes with
2  that signaling in the fetus?
3    A.   Well, that -- I mean, it kind
4  of gets to the experiment issue.  And there
5  were ethical issues in terms of dosing women
6  with acetaminophen and then doing imaging on
7  the offspring, so that hasn't been conducted.
8         But I guess animal models would
9  be a good way to be able to do that
10  experiment, actually, and that's what's been
11  done.
12    Q.   And my question was on human
13  data.
14         The only direct human evidence
15  you're relying on for what we're talking
16  about right now was the subset of Baker that
17  had the MRIs, correct?
18    A.   Well, I am relying on that.
19  That's what comes to my mind now.
20         I guess I'm also relying on all
21  of the other, you know, outcome measures that
22  were used, whether they were diagnostic
23  outcome measures or scales, and then my
24  understanding of the correlation between
25  those different measures and other

1  neuroimaging measures.
2         So there's a -- there's a lot
3  of information about underlying brain
4  circuitry and these clinical conditions
5  linked to these diagnoses, and there's a lot
6  of information relating to circuits that are
7  involved in the -- you know, cognitive
8  features that are assessed by these outcome
9  measures.  So I'm also relying on that
10  literature as well.
11    Q.   Dr. Hollander, on Exhibit 54,
12  which are Dr. Baccarelli's tables that you're
13  relying on, the only -- if you look through
14  them, the only measure that you rely on for
15  direct evidence of circuitry in the brain is
16  the Baker subset, not any of the other
17  studies, correct?
18    A.   Well, I would -- I would have
19  to repeat myself again in that many of these
20  outcome measures that have been tested in
21  these different cohorts have also been
22  studied and correlated with in neurocognitive
23  features and brain circuitry.
24         However, in the studies that
25  link exposure and outcome directly, yeah, the

1  only -- my understanding, the only measure
2  that currently exists in terms of like
3  functional brain circuitry is the Baker
4  study.
5    Q.   And other than ADHD and ASD --
6  this is how we got on this topic -- what else
7  can acetaminophen cause in the fetus?
8    A.   Well, it can also be associated
9  with other neurodevelopmental problems.
10    Q.   Okay.  And have you done an
11  analysis on those?  A causal analysis?
12    A.   Yes.  I have discussed that,
13  and then I also have relied on
14  Dr. Baccarelli, who has also done a separate
15  navigation weight-of-the-evidence analysis
16  for neurodevelopment, and also has organized
17  that material as it relates to exposure and
18  other neurodevelopmental outcomes.
19    Q.   Is acetaminophen selective for
20  all for neurodevelopmental outcomes, or does
21  it cause all -- all neuro -- all bad
22  neurodevelopmental outcomes, I guess I should
23  say?
24    A.   No, I wouldn't say that it
25  doesn't cause everything as it relates to --

1 and as I mentioned again, it doesn't -- so it
2 can affect the liver and it can affect the
3 skin.  So it doesn't only affect
4 neurodevelopment, although in the setting of
5 maternal usage, it can be associated with
6 different neurodevelopmental outcomes.
7         It's not associated with neural
8 tube defects.  It's not associated with
9 severe mental retardation.
10         It is associated with these
11 more subtle symptoms that cut across ASD and
12 ADHD and other neurodevelopmental disorders,
13 and is manifest by executive function set
14 switching problems as well as impulsivity and
15 hyperactivity.
16     Q.    But you go beyond the symptoms,
17 right?  You're saying -- Dr. Hollander is
18 here telling the world that acetaminophen
19 causes essentially every adverse neurological
20 outcome in the fetus when the mother is
21 exposed during the second or third trimester
22 of pregnancy, correct?
23     A.    No.
24     Q.    Okay.  But for sure,
25 Dr. Hollander is telling the world that

1 acetaminophen exposure can cause ADHD and
2 autism in the child, right?
3     A.    Yeah.  Exposure to
4 acetaminophen can be a causal factor in the
5 development of ASD and ADHD and other
6 neurodevelopmental disorders.
7     Q.    Okay.  And did you see when you
8 looked at Ji, the earlier Ji study, that --
9 and it was a biomarker.  It was maternal
10 plasma.
11         Did you see that Ji found an
12 association with one of the outcomes but not
13 the other?  Do you remember that?
14     A.    I think I recall that, yes.
15     Q.    Okay.  And that is not
16 concordant, right?
17         That does not fit your theory
18 for acetaminophen to cause one of ADHD and
19 autism and not the other, correct?
20         MR. DOVEL:  Objection.  Form.
21         THE WITNESS:  I guess I'd have
22 to look at the manuscript in order to
23 be able to offer an opinion --
24 QUESTIONS BY MR. MURDICA:
25     Q.    Sure.

1     A.    -- relating to that.
2     Q.    Sure.  And I'm going to mark it
3 in a second.
4         But did you consider discordant
5 results in your analysis between the two
6 outcomes?
7     A.    Yes.
8     Q.    Okay.  And to the extent there
9 were discordant results, it didn't impact
10 your conclusion on causation as to both,
11 correct?
12         MR. DOVEL:  Objection.  Form.
13         THE WITNESS:  Well, I
14 acknowledged the discordant results.
15 I formed my opinion based on the
16 totality of the evidence.
17 QUESTIONS BY MR. MURDICA:
18     Q.    Okay.  And you've definitely
19 seen Ji 2018 before today, right?
20     A.    I believe so, yes.
21         (Hollander Exhibit 61 marked
22 for identification.)
23 QUESTIONS BY MR. MURDICA:
24     Q.    Okay.
25     A.    Well, let me just take a look

1 and just make sure that I -- hold on one
2 second in terms of materials considered.
3         Yeah, that's -- it is included
4 in my materials considered, both the 2018 and
5 the 2020.
6     Q.    You now have in front of you
7 what's been marked as Exhibit 61.
8         Do you see it?
9     A.    Yes.
10     Q.    Do you recognize that as a
11 study by Yuelong Ji?
12     A.    Yes.
13     Q.    Do you see that it's not the
14 2020 study that you have cited in your
15 report?
16     A.    Well, I see that it's the 2018
17 study that's cited in my materials
18 considered.
19     Q.    Right.
20         This is not the Ji 2020 study,
21 right?  They're different.
22     A.    It's a different publication.
23     Q.    This is a maternal biomarker
24 study, though, right?
25     A.    Well, it's part of the Boston

1 birth cohort, so it's the same birth cohort.
2     Q.    Do you know the difference
3 between Ji 2018 and Ji 2020?
4     A.    Well, I can tell you that
5 the -- this report is 1,180 children in the
6 Boston birth cohort, and the Ji 2020 is -- so
7 the -- I mean, they're measuring different
8 things, so the -- you know, the Ji is looking
9 at -- the 2020 is cord blood fetal blood, and
10 the 2018 is as you mentioned.
11     Q.    Right.
12        So, Dr. Hollander, they are
13 different, right?  They're different
14 biomarkers?
15     A.    They're different biomarkers.
16     Q.    Yeah.
17        And in your rebuttal report,
18 when you listed the biomarker studies, you
19 only cited Ji 2020 and Baker, correct?
20     A.    In my rebuttal in the section
21 in biomarkers, yes, I included those two.
22     Q.    And that's because the results
23 of this don't fit your theory, right?
24     A.    No, not necessarily.
25     Q.    Okay.  Let me know when you are

1 ready to acknowledge that the outcome for
2 ADHD and ASD are discordant when they studied
3 maternal cord blood.  Sorry, maternal plasma.
4        It might help you, Doctor, if
5 you look at Table 2 on page 7 of 15.
6        Are you ready for a question,
7 Doctor?
8     A.    Could I have one more minute --
9     Q.    Yeah.
10     A.    -- to just put this into
11 context and understand it?
12     Q.    Because I don't want to get
13 into a spat about time, but this is in his
14 reliance materials.
15     A.    Okay.  Okay.
16     Q.    Okay.  Dr. Hollander, you
17 reviewed this before today, right?
18     A.    Yes, I have.
19     Q.    Okay.  And you chose not to
20 include it in your rebuttal report, right?
21     A.    I wonder if I -- I mean, I've
22 seen this and thought about the issues.  Let
23 me just make sure that I haven't cited it at
24 all in my rebuttal, so...
25     MR. DOVEL:  If you're worried

1 about time, why ask that question?
2 You know whether it's in his rebuttal
3 or not.
4        You want him to spend time
5 looking through it?
6     MR. MURDICA:  I think he should
7 know what's in his reports and not, so
8 I got to ask the question.
9     MR. DOVEL:  Okay.
10     THE WITNESS:  Okay.  Well,
11 so --
12 QUESTIONS BY MR. MURDICA:
13     Q.    Okay.  So you've reviewed it.
14 You reviewed it before today, right,
15 Dr. Hollander?
16     A.    I have seen it before, and I'm
17 done a quick review of it now.
18     Q.    And you'll take -- well, I will
19 represent to you that it's not in your report
20 or your rebuttal report or your amended
21 report.  So at some point if that's true, you
22 decided that you didn't need to cite it,
23 right?
24     A.    Right.  I don't think it is
25 informative with regards to -- so, I mean,

1 the two points I would make.  One is, there
2 was no effect in the ASD.
3        The second is, this is
4 suggesting that there's some kind of a
5 maternal factor associated with usage, right?
6 Because it's occurring in maternal blood
7 postpartum.
8        So it gets back to the same
9 issue there as to whether or not, you know,
10 there's some kind of a maternal or genetic or
11 familial factor that influences the usage
12 that relates to the outcome.
13     Q.    Okay.  Dr. Hollander, one of
14 the reasons you just said you didn't include
15 it is because there's no significant finding
16 as to ASD, correct?
17     A.    Well, there is no finding with
18 regards to ASD.  I see that.
19        I see that there are some
20 findings as it relates to different models in
21 terms of acetaminophen burden.
22     Q.    If you look at Table 2, Doctor,
23 there's nothing significant under any model
24 with respect to ASD or other DD, right?
25     A.    On that table, yeah.

Page 366

1  Q.  Those are the outcomes, right?
2      This is -- it's titled "The
3  association between maternal acetaminophen
4  metabolites and the risk of ADHD diagnosis,
5  ASD diagnosis or other developmental delay
6  diagnosis in offspring."
7      Right?
8  A.  But the -- I mean, the issue
9  here is a particular plasma biomarker that's
10 measured a few days after delivery.
11 Q.  Okay.  So to you, to
12 Dr. Hollander, this biomarker study is not
13 informative on whether acetaminophen causes
14 autism and ADHD in offspring, correct?
15 A.  Well, it's addressing whether
16 or not there's a particular familial or
17 genetic confounder that could be a factor in
18 terms of understanding the relationship
19 between APAP and ADHD.
20 Q.  Dr. Hollander, do you know why
21 there were discordant findings between ADHD
22 and ASD?
23     MR. DOVEL:  Objection.  Form.
24     THE WITNESS:  Well, let's see
25 if the authors address that.

Page 367

1  QUESTIONS BY MR. MURDICA:
2  Q.  Without having to go back and
3  read it, you don't know sitting here right
4  now --
5  A.  I don't recall it off -- I
6  mean, you're asking me to comment on the
7  findings of this article.
8  Q.  Right.
9  A.  So I'd be able to comment on
10 the findings of the article, but I need to be
11 able to read it.
12 Q.  Right.
13     It was on your review
14 material -- your materials reviewed before
15 you rendered your opinions here, correct,
16 Doctor?
17 A.  It is listed in the materials
18 considered.
19 Q.  Okay.  For Ji 2020, Doctor, you
20 know that the cord -- the biomarker was cord
21 blood, right?
22 A.  That's correct.
23 Q.  And the cord blood was
24 reflecting what was in the cord blood burden
25 as of birth, right?  The time of birth?

Page 368

1  A.  It reflects fetal blood supply
2  at the time of birth.
3  Q.  Right.
4      And that was one snapshot in
5  time at the time of birth, correct?
6  A.  It's one -- yes, it's collected
7  at one time period.  It's not collected
8  throughout the pregnancy.
9  Q.  Right.
10     And that one day, the couple
11 hours before birth, is not the only window
12 where the fetus is susceptible to
13 influenced-cause ASD and ADHD, correct?
14 A.  Well, that -- that's correct.
15 Q.  Okay.
16 A.  I mean, the fetus would be
17 susceptible to exposure before that one-day
18 window.
19 Q.  And the only measure in Ji 2020
20 is that one-day window at birth, correct?
21 A.  That's -- that's one measure,
22 right.
23 Q.  Okay.  And in your report,
24 you're not critical of that one measure as a
25 biomarker.  In fact, you think it's very

Page 369

1  important, that one measure at the time of
2  birth, correct?
3  A.  Well, it does show a
4  dose-response relationship as it relates to
5  acetaminophen exposure during pregnancy.
6  Q.  Okay.  And Ji 2018 --
7  A.  Yeah.
8  Q.  -- you've disregarded because
9  it's one snapshot of exposure in the
10 peripartum period, correct?
11 A.  Yeah.  Well, it's not an
12 exposure during pregnancy.
13     MR. MURDICA:  Okay.  I'd like
14 to take a break so that I can save my
15 last 15 minutes and figure out exactly
16 what we're going to do with it.  Just
17 need five minutes.
18     Thank you, Doctor.  I'll be
19 right back.
20     THE WITNESS:  Okay.
21     VIDEOGRAPHER:  The time right
22 now is 5:59 p.m., and we're off the
23 record.
24    (Off the record at 5:59 p.m.)
25     VIDEOGRAPHER:  The time right

1    now is 6:07 p.m.  We're back on the
2    record.
3    QUESTIONS BY MR. MURDICA:
4        Q.   Dr. Hollander, are you ready to
5    proceed?
6        A.   Yes, I am.
7        Q.   Okay.  You mentioned earlier
8    about conducting animal studies.
9             Do you remember that testimony?
10       A.   I mentioned animal studies.
11   I'm not sure what you're referring to --
12       Q.   Dr. Hollander -- oh, sorry.
13   I thought that you said that
14   you've conducted animal studies before.
15       A.   I have, yeah.
16       Q.   All right.  Not on
17   acetaminophen, right?
18       A.   No.
19       Q.   But you've conducted animal
20   studies and observed -- and observed
21   behaviors in the rodents that you ascribe to
22   different neurodevelopmental outcomes, right?
23       A.   Yes.  I mean, animal studies
24   are important because they were a way for me
25   to select compounds for therapeutic trials,

1    actually.  And if a compound can be effective
2    in an animal model of autism, well, then that
3    would be important to then give you support
4    to consider a trial on humans.
5        Q.   Dr. Hollander, tell us what the
6    scent marking test is.
7        A.   The scent marking test?
8        Q.   Yes.
9        A.   I'm not sure what you're
10   referring to in terms of the scent marking
11   test.
12       Q.   Okay.  Are you familiar with
13   the rodent animal study for -- that's scent
14   marking for neurodevelopmental outcomes?
15       A.   I think I do in terms of sort
16   of -- yeah.
17       Q.   Okay.
18       A.   It's not a -- that's not a
19   standard model that I rely on in terms of
20   sort preclinical testing for compounds for
21   therapeutic trials.
22       Q.   Dr. Hollander, in the scent
23   marking test, would increase or decrease of
24   scent be -- of scent marking be evidence of
25   autism?

1        A.   I'm not familiar with that
2    particular test.  I could posit a guess, but
3    I'm not sure.
4        Q.   Okay.  Are you familiar with
5    the pup ultrasonic vocalization test?
6        A.   Yes.
7        Q.   Okay.  And why don't you tell
8    us how that test is conducted.
9        A.   Well, that's a kind of test
10   where you separate, I guess, a pup from the
11   mother, and then the pup protests with
12   ultrasonic vocalizations.
13       Q.   Okay.  And would --
14   Dr. Hollander, would an increase or a
15   decrease in vocalization be evidence of
16   autism?
17       A.   I guess a decrease in the
18   vocalizations would be associated with an
19   impairment in the social domain.
20       Q.   Okay.  So your answer to that
21   is decrease in vocalization?
22       A.   Yes.  If there's an impairment
23   in vocalizations when you separate the pup
24   from the mother, that would suggest social
25   deficits which would be associated with

1    autism model.  So it looks at a particular
2    symptom domain within -- relevant to autism.
3        Q.   Okay.  And, Dr. Hollander, are
4    you familiar with the whole board explanation
5    test?  Exploration test?
6        A.   Well, I'm familiar with things
7    like the open field exploration test.
8        Q.   Okay.  How about the marble
9    burying test?  Are you familiar with that?
10       A.   That, I'm familiar with.
11       Q.   Okay.  In your rebuttal report
12   at page 35, you are talking about the Carey
13   study.
14            Do you see that on page 35?
15       A.   Ji claimed the Carey study was
16   not addressed, is that what you're referring
17   to?
18       Q.   Yeah, that's part of it.  Yep.
19   In there.
20       A.   Okay.
21       Q.   And you -- and you cite it?
22       A.   Yeah.
23       Q.   You're relying on Carey for the
24   hypothesis that oxidative stress is a
25   biomarker for ASD outcome, right?

Page 374

1   A.   Well, I mean, as discussed,
2 it's a mechanism study, right.
3   Q.   Right.
4   A.   And it doesn't go all the way
5 from mechanism to disorder, but it's a step
6 in the link.
7   Q.   And is it -- is it your
8 testimony that Carey supported the link in
9 the mechanism?
10   A.   It supports the link, and the
11 issue is, well, if you adjust for
12 confounders, well, the strength of the
13 association decreases based on the sample
14 size, but the odds ratio is still above 2.
15 So there's still a strong relative risk, but
16 that because of the sample size, it doesn't
17 reach statistical significance.
18   Q.   Okay.  And is that the best
19 evidence you have, Doctor?
20      MR. DOVEL:  Objection.  Form.
21 QUESTIONS BY MR. MURDICA:
22   Q.   Of your mechanism -- of your
23 oxidative stress mechanism?
24   A.   That's one piece of evidence in
25 support of that.

Page 375

1   Q.   It's the only piece of evidence
2 you have in a human being, correct?
3      MR. DOVEL:  Objection.  Form.
4      THE WITNESS:  Well, it's a --
5   it's a piece of evidence in human
6   beings that shows a strong relative
7   risk between oxidized glutathione and
8   ASD, that it is a study that's
9   underpowered.  And so when you start
10   to adjust for some confounders, the
11   relative risk persists, but the
12   statistical significance goes away.
13      (Hollander Exhibit 62 marked
14   for identification.)
15 QUESTIONS BY MR. MURDICA:
16   Q.   Okay.  Let's see if that's
17 true.  We're going to mark this as
18 Exhibit 62.
19   A.   Well, and I guess maybe just to
20 contradict also what you said, it's not
21 the -- it's not the only evidence, and so I
22 also cite the Anand study as well.
23   Q.   Got it right here, Doctor.
24   A.   Okay.
25   Q.   That's next.

Page 376

1   A.   Excellent.
2   Q.   If we have time.
3      If you could please look at
4 what's been marked as Exhibit 62, you have in
5 front of you the Carey study, correct?
6   A.   Yes.
7   Q.   2022.  That's what you cited in
8 your rebuttal report, right?
9   A.   Yes.
10   Q.   I'd like you to turn to the
11 conclusions and just read the first sentence.
12      You recognize Carey's
13 conclusion, do you not, Dr. Hollander, that
14 overall they did not observe strong
15 associations between maternal markers of
16 oxidative stress in the late second and third
17 trimester and ASD-related traits, right?
18   A.   That's what the sentence says.
19   Q.   Okay.  And the second and third
20 trimesters are -- that's your key window that
21 you just testified to, right?
22   A.   That is an important window.
23   Q.   Okay.  So you just said you
24 think it's strong, and the authors said they
25 did not observe a strong association.

Page 377

1      So that you disagree with the
2 conclusion of Exhibit 62, correct?
3   A.   Well, I mean, again, as a -- as
4 an elevated odds ratio, it's -- when
5 adjusting for different confounders and
6 because of the sample size, you lose the
7 statistical significance.
8   Q.   All right.  In any event,
9 Doctor, you're relying on --
10   A.   And by the way, also, just to
11 continue with that thought, really.
12      So what they are observing is
13 these -- this relationship between the traits
14 and this measure of oxidative stress.  So
15 that's very interesting also.
16   Q.   Okay.  That's interesting.  But
17 at the end of the day, the conclusion of
18 Carey does not support that there's a strong
19 association between oxidative stress and the
20 outcome of autism spectrum disorder, correct?
21      MR. DOVEL:  Objection.  Form.
22      THE WITNESS:  Well, there is --
23   there is -- they're saying that this
24   is suggestive evidence and that
25   further work should be conducted.

Page 378

¹ QUESTIONS BY MR. MURDICA:
²     Q.    Okay.  And the other study that
³ you mentioned is Anand, right, Doctor?
⁴     A.    That's right.
⁵     Q.    Is that one any better for you,
⁶ do you think?
⁷     A.    I'm happy to review that with
⁸ you.
⁹     Q.    Okay.  I just -- before you
¹⁰ review it with me and I show you that it's
¹¹ not, I want to know your opinion as to
¹² whether that's helpful to your opinions.
¹³ Anand.
¹⁴          MR. DOVEL:  Objection.  Form.
¹⁵          THE WITNESS:  Well, I mean, it
¹⁶     does suggest that higher
¹⁷     concentrations are associated with
¹⁸     ADHD diagnosis at an odds ratio of
¹⁹     2.1, is a marker of oxidative stress
²⁰     in cord plasma was associated with a
²¹     higher odds of ADHD.
²² QUESTIONS BY MR. MURDICA:
²³     Q.    Okay.  That's what you believe
²⁴ it concludes, right?
²⁵     A.    That's an interpretation of the

Page 379

¹ results, yes.
²     Q.    Okay.  Did you come --
³ Dr. Hollander, did you come up with Carey and
⁴ Anand on your own?
⁵          MR. DOVEL:  Just a second.
⁶          MR. MURDICA:  He can answer
⁷     that.  If he didn't, I won't ask him
⁸     if it came from counsel.  I just need
⁹     to know if he came up with it on his
¹⁰     own.
¹¹          MR. DOVEL:  Well, the way it's
¹²     phrased, the Southern District of
¹³     New York counts that as asking, so
¹⁴     you're going to have to rephrase it.
¹⁵ QUESTIONS BY MR. MURDICA:
¹⁶     Q.    Dr. Hollander, did you find the
¹⁷ Anand article?
¹⁸     A.    Did I find the Anand article?
¹⁹     Q.    Yes.
²⁰     A.    Yes, it popped up in my search,
²¹ and I also discussed it with other experts
²² such as Dr. Cabrera.
²³     Q.    Okay.  And did you find the
²⁴ Carey article?
²⁵     A.    Yes.

Page 380

¹     Q.    Okay.
²     A.    And I also discussed that with
³ Dr. Cabrera.
⁴     Q.    On the oxidative stress point,
⁵ did you find any other articles involving
⁶ human beings and acetaminophen?
⁷     A.    I guess I can -- to answer
⁸ that, I could go to my --
⁹     Q.    Do you recall, sitting here
¹⁰ today, Dr. Hollander, finding any articles
¹¹ other than the Anand and the Cabrera -- Anand
¹² and Carey?
¹³     A.    Well, I see that the Anand and
¹⁴ the Carey are both mentioned in my rebuttal,
¹⁵ and I could also look at my amended expert
¹⁶ initial report and see if I cite additional
¹⁷ references.
¹⁸     Q.    Okay.  If you found anything
¹⁹ else that you thought supported your opinion,
²⁰ it would be in the rebuttal or the initial
²¹ report, correct, Doctor?
²²     A.    It would be -- it would be in
²³ there.  It would also be a wealth of
²⁴ information in the Cabrera report and
²⁵ rebuttal as well.

Page 381

¹     Q.    Are you relying, Doctor, on --
² are you relying on Dr. Cabrera for the
³ biological -- the plausible biological
⁴ mechanism aspect, or are you opining on that
⁵ yourself?
⁶     A.    I've had the opportunity to
⁷ speak with him, and I've had the opportunity
⁸ to read his report and his rebuttal.  I agree
⁹ with that.
¹⁰          I am relying on my own reading
¹¹ of the articles.
¹²     Q.    Okay.  So your biological
¹³ mechanism opinions stand on their own, and
¹⁴ you don't need Dr. Cabrera.  You're not
¹⁵ relying on Dr. Cabrera, correct?
¹⁶     A.    Well, that's correct.  I offer
¹⁷ opinions with regards to plausible biological
¹⁸ mechanism in my reports.
¹⁹     Q.    Okay.  And you don't know which
²⁰ of those -- which mechanism is the most
²¹ plausible biologic mechanism according to
²² Dr. Hollander?
²³     A.    According to Dr. Hollander?
²⁴     Q.    Yes.
²⁵     A.    Well, I think impact on the

Confidential - Subject to Protective Order

1 endocannabinoid system is a very important --

2    Q.    Okay.

3    A.    -- mechanism.  I do think that

4 oxidative stress is an important biological

5 mechanism.  I think epigenetics is a very

6 important biological mechanism as well.

7    Q.    And all three of those, you

8 believe, are causative between acetaminophen

9 exposure and the outcomes of ASD and autism,

10 right?

11   A.    Well, all of them are plausible

12 biological mechanisms by which exposure to

13 acetaminophen can cause ADHD or ASD and

14 neurodevelopmental disorders.

15        (Hollander Exhibit 63 marked

16        for identification.)

17 QUESTIONS BY MR. MURDICA:

18   Q.    Perfect.

19        Okay.  We'll mark this as

20 Exhibit 63, please.

21        All right.  This is the last

22 thing I'm going to be asking you about,

23 Doctor.

24        Dr. Hollander, you now have in

25 front of you Exhibit 63.  This is the Anand

1 study that you cited in your rebuttal report,

2 correct?

3    A.    It's 2021.  And 2021, it does

4 appear to be that.  Yep.

5    Q.    Okay.  I'm just going to

6 direct -- in the interest of time, because

7 we're almost out of time, I'm going to direct

8 you to page 10 of 16 for my question, Doctor.

9        If you look at the second

10 paragraph under Discussion, it says, "These

11 findings are in opposition to our original

12 hypothesis that lower levels of amino acids

13 involved in the synthesis of glutathione may

14 explain the association between cord

15 acetaminophen and ADHD risk."

16        Did I read that correctly?

17   A.    Well, you read the sentence,

18 yes.

19   Q.    Okay.  And do you disagree with

20 the sentence as it appears in the Anand

21 article?

22   A.    Well, they're saying that

23 increasing cord methionine and glycine

24 partially statistically mediated the

25 association between cord acetaminophen levels

1 greater than 50th percentile and childhood

2 ADHD diagnosis.

3    Q.    And my question was, do you

4 disagree with the sentence as it appears in

5 the Anand article, the one that I read?

6    A.    Well, there are -- they are

7 suggesting that they -- these findings are

8 different than what they originally

9 hypothesized.

10   Q.    Okay.  And do you disagree with

11 their findings, that they're not consistent

12 with what they hypothesized?

13   A.    Well, they're finding something

14 that's a little bit different than what they

15 originally hypothesized.

16   Q.    Okay.  Dr. Hollander, I'm

17 really trying to be done with this here.

18 This is -- this is the last question I'm

19 asking.

20        Do you disagree that they did

21 not confirm their theory that oxidative

22 stress was the hypothesis to explain the

23 connection between cord acetaminophen and

24 ADHD risk?

25   A.    The -- one thing that's

1 interesting is they're finding certain things

2 that are mediators of the association.

3    Q.    Are you able to answer my

4 question?

5    A.    Well, if you look at their

6 conclusions, "the oxidative stress biomarker,

7 8-hydroxy-deoxyguanosine, were associated

8 with increased odds of childhood ADHD, and

9 further that these other measures were

10 partial mediators of the association between

11 higher levels of cord acetaminophen and

12 childhood ADHD."

13   Q.    Dr. Hollander, my question

14 was --

15   A.    "These results suggest that

16 oxidative stress mechanisms should be further

17 explored to understand the link between

18 perinatal acetaminophen exposure and risk of

19 childhood ADHD."

20        You know, it's not unusual that

21 you have a particular hypothesis, that you

22 have findings that you may modify or revise

23 your hypothesis according to the results.  So

24 I find that appropriate.

25   Q.    Dr. Hollander, did you

Page 386

¹ accurately portray the results of Anand in
² your rebuttal report?
³      A.    Well, they're -- I mean,
⁴ they're saying here there's oxidative stress
⁵ biomarker is associated with the increased
⁶ odds of childhood ADHD and that -- yes, so I
⁷ think that that's accurate.
⁸           MR. MURDICA:  Okay.  If that's
⁹      what you think, that's fine.  I have
¹⁰      no further questions.
¹¹           CROSS-EXAMINATION
¹² QUESTIONS BY MR. DOVEL:
¹³      Q.    Sir, just keep that same
¹⁴ document out.
¹⁵           Defendants' counsel was asking
¹⁶ you about a particular sentence in Anand.
¹⁷ I'd like you to read yourself the very next
¹⁸ two sentences.
¹⁹      A.    Okay.  Could you please direct
²⁰ me to the page and the --
²¹      Q.    Page 10.
²²etc      A.    Okay.
²³      Q.    Last paragraph.  Sentences 2
²⁴ and 3.
²⁵      A.    The sentence that begins, "This

Page 387

¹ may suggest that"?
²      Q.    And the one right above it.
³      A.    Okay.
⁴      Q.    The "however" --
⁵      A.    "However, elevated levels of
⁶ methionine, serine, glycine and glutathione
⁷ were significantly correlated with the
⁸ oxidative stress biomarker
⁹ 8-hydroxy-deoxyguanosine.  This may suggest
¹⁰ that potential disruption of the homeostasis
¹¹ of glutathione synthesis by acetaminophen is
¹² associated with increased oxidative stress."
¹³      Q.    Is that conclusion consistent
¹⁴ or inconsistent with your opinions?
¹⁵      A.    Well, that's consistent with my
¹⁶ opinions.
¹⁷      Q.    Let's turn to Ji 2018,
¹⁸ Exhibit 61.
¹⁹      A.    Yes.
²⁰      Q.    I'd like you to look at --
²¹ let's start with Table 3.  It's on page 8.
²²      A.    Okay.
²³      Q.    Do you see where it reports the
²⁴ odds ratios for ADHD and ASD?
²⁵      A.    Yes, I do.

Page 388

¹      Q.    In your view, are the effects
² reported here from acetaminophen burden on
³ ADHD and ASD discordant or concordant?
⁴      A.    You know, as I was mentioning,
⁵ so there's an elevated odds ratio for a
⁶ relationship between acetaminophen burden and
⁷ ADHD that's, you know, elevated across a
⁸ number of different models.
⁹           The sample size is 188
¹⁰ individuals, and the p-values are all
¹¹ statistically significant.
¹²           If you look at the same with
¹³ regards to the ASD, you know, the -- so the
¹⁴ overall rate is lower, and the -- so the
¹⁵ sample size is a lot lower.  So it's only 44
¹⁶ as compared to, you know, a higher percentage
¹⁷ of the population and the bigger number for
¹⁸ ADHD.
¹⁹           So the odds ratio is pretty
²⁰ similar, actually, across all of these
²¹ different models, whether it's ADHD or ASD.
²² But the p-values aren't statistically
²³ significant, but the -- but the reason is
²⁴ that the sample size is less than a quarter
²⁵ of the size.

Page 389

¹           So the -- to some extent,
² they're all elevated odds ratio, whether it's
³ in ASD or ADHD, so that's a concordance.  But
⁴ the sample size is smaller, so the
⁵ statistical significance is not as strong.
⁶      Q.    Dr. Baccarelli, in his rebuttal
⁷ report, has a discussion of comparing Ji 2018
⁸ and Ji 2020 where he concludes, "The Ji 2018
⁹ study, if anything, supports my conclusions
¹⁰ rather than refuting them."
¹¹           Do you agree with that?
¹²           MR. MURDICA:  Objection to
¹³      form.
¹⁴ QUESTIONS BY MR. DOVEL:
¹⁵      Q.    Let me rephrase it.
¹⁶           He says, "The Ji 2018 study, if
¹⁷ anything, supports my conclusions rather than
¹⁸ refuting them."
¹⁹           MR. MURDICA:  Objection to
²⁰      form.
²¹ QUESTIONS BY MR. DOVEL:
²²      Q.    Let me ask my question.
²³           Do you agree or disagree with
²⁴ that statement?
²⁵           MR. MURDICA:  Objection to

Page 390

1 form.

2 THE WITNESS: I agree with that

3 statement.

4 QUESTIONS BY MR. DOVEL:

5 Q. I'd like you to look at

6 Exhibit 55. That's the Masarwa 2018 study.

7 You were asked some questions

8 about the adjustment in Masarwa for parental

9 diagnosis of ASD or ADHD.

10 Is adjusting for parental

11 diagnosis something that would have an effect

12 on showing the true association?

13 MR. MURDICA: Objection. Form.

14 THE WITNESS: Well, again, it's

15 the same issue in terms of sort of

16 genetic confounders. So if those

17 genetic confounders affect the

18 mechanism by which APAP exerts its

19 effect or moderates that effect, then

20 it would give you a false information

21 with regards to the true association.

22 QUESTIONS BY MR. DOVEL:

23 Q. In your view, does Masarwa

24 2018, which does not make that adjustment,

25 provide a better estimate of the effects of

Page 391

1 acetaminophen as compared to the adjustment

2 that's done in Masarwa 2020?

3 MR. MURDICA: Object to form.

4 THE WITNESS: Well, I mean,

5 the answer is yes. I mean, if there

6 are genetic or familial factors that

7 again mediate or moderate the effect,

8 then if you adjust for those factors,

9 then it interferes with what the true

10 association is.

11 QUESTIONS BY MR. DOVEL:

12 Q. Let's look at Exhibit 58, the

13 supplementary material for Alemany.

14 I want you to turn to page 5.

15 We're going to talk about the description of

16 the DNBC cohort in the second paragraph.

17 Do you have that in front of

18 you?

19 A. Yes, I do.

20 Q. The second sentence there says,

21 "At the first contact, women filled out a

22 form that included questions regarding any

23 supplement in medication use covering the

24 period from four weeks before pregnancy to

25 the gestational of reporting."

Page 392

1 Does that sentence indicate

2 that there was no information taken about

3 when the medication was taken?

4 MR. MURDICA: Objection to

5 form.

6 THE WITNESS: Well, so I see

7 that there are different contacts, and

8 this is talking about the first

9 contact, what's covering the period

10 where they're asking.

11 But then there are other

12 contacts, I guess, at 12 and 30 weeks,

13 right?

14 QUESTIONS BY MR. DOVEL:

15 Q. Yeah, so I'm starting with the

16 first contact.

17 A. Okay.

18 Q. Is it consistent with that

19 sentence that the mothers would have given a

20 report about the period from four weeks

21 before pregnancy as well as a report about

22 pregnancy?

23 A. Well, it doesn't -- you know,

24 it doesn't specify in that sentence

25 whether -- so they're asking for that, but

Page 393

1 they don't say whether or not they're asking

2 about -- so they may be asking about it

3 during that time period, but they may be

4 recording it during -- for pregnancy or not

5 during pregnancy.

6 Q. If we look at the last

7 sentence -- rather the last two sentences,

8 does that indicate that in classifying

9 mothers as users of acetaminophen during

10 pregnancy, that it included use before

11 pregnancy?

12 MR. MURDICA: Objection to

13 form.

14 THE WITNESS: No, it doesn't.

15 And so that's what I meant, is that

16 this sentence is not in accord with

17 the earlier sentence. So the --

18 it's suggesting that when they

19 classify the users, they're

20 classifying the users based on whether

21 or not they took acetaminophen during

22 pregnancy or not.

23 But they're not classifying the

24 users -- they may have asked about

25 that, but they may not have classified

1    them as using it during pregnancy.

2    QUESTIONS BY MR. DOVEL:

3        Q.    If there were a study that had

4    included in its analysis maternal use before

5    pregnancy and had that -- and had lumped that

6    in with use during pregnancy, so that a use

7    of acetaminophen that would not cause autism

8    or ADHD was lumped in, would that then bias

9    the results towards the null?

10        MR. MURDICA:  Objection to

11    form.

12        THE WITNESS:  Yes, it would.

13        MR. DOVEL:  No further

14    questions.

15        REDIRECT EXAMINATION

16    QUESTIONS BY MR. MURDICA:

17        Q.    Okay.  Staying on this exhibit.

18    Dr. Hollander, your

19    interpretation of what the DNBC cohort

20    counted as acetaminophen exposure is based on

21    the -- not based on what was collected in

22    the -- in the second line, but based on the

23    last line:  Mothers were classified as users

24    of acetaminophen during pregnancy if they had

25    taken any dose of acetaminophen at any time

1    up during pregnancy.

2        Right?

3        A.    Well, it's consistent with

4    that, but it's also consistent with the idea

5    that -- so what -- it is consistent with that

6    sentence.

7            The earlier sentence doesn't --

8    so all it says is that they fill out a form.

9    The form includes questions.  The -- but it

10    doesn't say how -- what exactly is on the

11    form or how the form is specified, whether it

12    asked questions about pregnancy use or use

13    four weeks before the pregnancy.

14        Q.    Dr. Hollander, you know that

15    this is the cohort published in the Liew

16    studies, right?

17        A.    Yes.

18        Q.    You could -- you could have

19    gone -- before you just gave the answers to

20    your counsel that are wrong, you could have

21    gone, and should have gone as the expert

22    here, to the Liew studies and figured out the

23    correct answer, right?

24        A.    There's nothing in the Liew

25    study that suggests -- and in fact, didn't we

1    do that?  I thought that we were looking at

2    the methods of the Liew study.

3        Q.    I have time limited to the time

4    your counsel used, so --

5        A.    Okay.

6        Q.    -- I am not asking you to go

7    look now.

8        A.    Okay.

9        Q.    You know you could have gone to

10    look at how Liew collected data for DNBC,

11    correct?

12        A.    That's right.  And in the

13    methods, it didn't specify what you're

14    alleging.

15        Q.    Okay.  And you just, in

16    response to a question your counsel asked

17    you, said essentially that you disagree with

18    Masarwa's 2020 analysis of their own study,

19    right?

20        MR. DOVEL:  Objection.  Form.

21        THE WITNESS:  No.

22    QUESTIONS BY MR. MURDICA:

23        Q.    Okay.  Didn't you say that

24    Masarwa's interpretation of bias in its 2020

25    study is incorrect?  It's not how you would

1    interpret the bias, right?

2        A.    Well, let's take a look at that

3    again.

4        Q.    You didn't look at it when your

5    counsel was asking you questions, right,

6    Doctor?

7        A.    Well, I'm looking at it in

8    response to your question.

9        Q.    Okay.  And, Doctor, just for

10    the record, I want it to reflect that you

11    were able to answer the question just fine

12    when your counsel asked it, incorrectly, and

13    now you're taking time to look at the study.

14        MR. DOVEL:  Well, as long as

15    we're making a record, it was a very

16    different question that I asked him

17    that you asked on a different subject

18    altogether.

19    QUESTIONS BY MR. MURDICA:

20        Q.    Dr. Hollander?

21        A.    Yes.

22        Q.    You disagree with the

23    conclusions the authors of Masarwa 2020 drew

24    from their bias analysis, correct?

25        A.    That's correct.

1    Q.    Okay.  Back to DNBC cohort.
2         Plaintiffs' counsel asked you a
3  question about if prepregnancy exposures were
4  included.  You testified that it would bias
5  the data to the null, and I think I
6  interpreted that as meaning Dr. Hollander
7  says it would make the association with
8  acetaminophen in the outcome study look
9  smaller.
10         Was that your testimony?
11    A.    That misclassification would
12  bias to the null.
13         But also in examining the
14  methods of the manuscript itself doesn't
15  mention anything about that.  And in
16  examining the supplement material that you
17  just showed me, it's clearly inconsistent
18  internally, and that the sentence, "Mothers
19  were classified as users of acetaminophen
20  during pregnancy if they had taken any dose
21  of acetaminophen at any time up during
22  pregnancy."
23         And that the earlier sentence
24  that seems to be contradictory to that is
25  actually -- it doesn't specifically specify.

1  It's just telling you that they're asking
2  about that time period, but it's not telling
3  you that they're classifying that during that
4  time period.
5    Q.    Dr. Hollander, forget about the
6  DNBC then.
7         You already agreed earlier,
8  four of them plainly say they counted
9  exposures 30 days during pregnancy, right?
10  For the cohorts.  You already agreed to that.
11    A.    Well, they are saying -- maybe
12  we should take a look at those sentences
13  again, just to be clear.
14    Q.    Go ahead, Doctor.
15    A.    Okay.
16    Q.    Okay.  Some of the cohorts
17  definitely counted exposures to acetaminophen
18  for the 30 days before pregnancy, correct?
19    A.    Well, it -- in reading that,
20  there is -- there is a sentence that says
21  that.
22    Q.    Okay.  Assuming that the
23  cohorts do count exposure the month before
24  pregnancy, here's my question for you.
25         Based on your experience that

1  you talked about earlier, counseling your
2  patients about medication during pregnancy,
3  do you think that pregnant women have any
4  concern about using pregnant -- medicine
5  during pregnancy more so than they did before
6  they're pregnant?
7    A.    Could you rephrase that?
8    Q.    Sure.
9    A.    I'm not sure I understand that.
10    Q.    When -- wouldn't a woman be
11  more likely to take a medication before she
12  knows she's pregnant than after she knows
13  she's pregnant?
14    A.    I mean, it depends on the
15  symptom.
16    Q.    Don't --
17    A.    And it also depends on the risk
18  versus benefit or the knowledge.
19    Q.    You don't think women express
20  more concern about taking medication once
21  they know they're pregnant?
22    A.    I think it depends on what's --
23  what are the guidelines or the -- what people
24  are told in terms of whether medicines are
25  considered to be safe or not.

1    Q.    Okay.  So according to
2  Dr. Hollander, a woman, before she's pregnant
3  and after she knows she's pregnant, looks at
4  medication and putting medication into her
5  body the exact same way, correct?
6    A.    It also depends on the
7  symptoms.  So there are some women who get
8  symptoms during pregnancy.  They wouldn't
9  have those symptoms beforehand.
10         So, well, yeah, they would be
11  more likely to take the medicine during
12  pregnancy than before if they're -- if
13  they're having more symptoms during the
14  pregnancy than before.
15    Q.    Okay.  Dr. Hollander, if there
16  is prepregnancy data included here, the use
17  is more likely -- use of acetaminophen is
18  more likely than during pregnancy, correct?
19         MR. DOVEL:  Objection.  Form.
20         THE WITNESS:  Yeah.  I guess
21  the issue again is whether or not the
22  symptoms and when are -- when are the
23  symptoms more likely so that women
24  will be taking medicine to deal with
25  the symptoms.  And also, what are the

Page 402

1 risks versus benefit understanding
2 with regards to the particular
3 medication.
4 QUESTIONS BY MR. MURDICA:
5 Q. Okay. And when we were talking
6 about Ji 2018, you stand by your testimony
7 that the peripartum exposure in the
8 peripartum -- sorry. The peripartum
9 biomarkers in the blood is irrelevant to the
10 analysis, despite the answers you gave to
11 plaintiffs' counsel, correct?
12 MR. DOVEL: Objection. Form.
13 THE WITNESS: Well, maybe you
14 can read back to me the statement that
15 you're asking me to consider whether
16 or not I stand by it.
17 QUESTIONS BY MR. MURDICA:
18 Q. Okay. I'm not going to go find
19 it, Dr. Hollander, but let me just ask it
20 this way.
21 A. Yeah.
22 Q. Prior to plaintiffs' counsel
23 asking you questions that you answered, did
24 you want to change any of your testimony that
25 you gave me before that?

Page 403

1 A. I think -- I think I would,
2 because I understand it a little bit better.
3 Yes.
4 Q. Okay. So you want to -- Ji,
5 which you reviewed before you rendered
6 opinions here, right? 2018?
7 A. Ji that I reviewed a while ago
8 and which you gave to me and I tried to
9 interpret it relatively quickly, but I didn't
10 really have time to evaluate it, yeah.
11 Now I would like to have a
12 better understanding, now that I've been able
13 to review the manuscript better.
14 Q. Well, we're out of time, so I
15 guess you're going to have to get the better
16 understanding after the deposition.
17 That was ten days ago when you
18 rendered your rebuttal report, right?
19 A. I'm not exactly sure how many
20 days.
21 Q. Does that sound about right?
22 July 28th?
23 A. Sounds about right.
24 MR. MURDICA: Okay. I have no
25 further questions.

Page 404

1 THE WITNESS: Okay.
2 MR. DOVEL: This is the
3 conclusion of our deposition.
4 THE WITNESS: Okay.
5 VIDEOGRAPHER: The time right
6 now is 6:48 p.m. We are off the
7 record.
8 (Deposition concluded at 6:48 p.m.)
9 _ _ _ _ _ _ _

Page 405

1 CERTIFICATE
2 I, CARRIE A. CAMPBELL, Registered
3 Diplomate Reporter, Certified Realtime
Reporter and Certified Shorthand Reporter, do
4 hereby certify that prior to the commencement
of the examination, Eric Hollander, M.D.
5 DFAPA, FACNP, was duly sworn by me to testify
to the truth, the whole truth and nothing but
6 the truth.
7 I DO FURTHER CERTIFY that the
foregoing is a verbatim transcript of the
8 testimony as taken stenographically by and
before me at the time, place and on the date
9 hereinbefore set forth, to the best of my
ability.
10 I DO FURTHER CERTIFY that I am
neither a relative nor employee nor attorney
11 nor counsel of any of the parties to this
action, and that I am neither a relative nor
12 employee of such attorney or counsel, and
that I am not financially interested in the
13 action.
14
15
16
17 _____
CARRIE A. CAMPBELL,
NCRA Registered Diplomate Reporter
Certified Realtime Reporter
18 California Certified Shorthand
Reporter #13921
19 Missouri Certified Court Reporter #859
Illinois Certified Shorthand Reporter
20 #084-004259
Texas Certified Shorthand Reporter #9328
21 Kansas Certified Court Reporter #1715
New Jersey Certified Court Reporter
22 #30XI00242600
Louisiana Certified Court Reporter
23 #2021012
Notary Public
24 Dated: August 10, 2023
25

Page 406

INSTRUCTIONS TO WITNESS

Please read your deposition over carefully and make any necessary corrections. You should state the reason in the appropriate space on the errata sheet for any corrections that are made.

After doing so, please sign the errata sheet and date it. You are signing same subject to the changes you have noted on the errata sheet, which will be attached to your deposition.

It is imperative that you return the original errata sheet to the deposing attorney within thirty (30) days of receipt of the deposition transcript by you. If you fail to do so, the deposition transcript may be deemed to be accurate and may be used in court.

Page 408

ERRATA

PAGE  LINE  CHANGE

Page 407

ACKNOWLEDGMENT OF DEPONENT

I, _____, do hereby certify that I have read the foregoing pages and that the same is a correct transcription of the answers given by me to the questions therein propounded, except for the corrections or changes in form or substance, if any, noted in the attached Errata Sheet.

_____
Eric Hollander, M.D. DFAPA, FACNP   DATE

Subscribed and sworn to before me this

_____ day of _____, 20 _____.

My commission expires: _____

Notary Public

Page 409

LAWYER'S NOTES

PAGE  LINE

## WORD INDEX

**1:22-md-03043** 1:6
**1:22-md-03043-DLC** 1:4
**10** 383:8 386:21 405:24
**10:51** 74:2, 4
**10017** 3:3 5:19
**10019** 6:8
**10019-9601** 6:19
**11** 5:2 172:24, 25 173:1
**11:05** 74:6
**11758** 2:20
**12** 9:5 100:10 119:1, 6 121:2 122:22 181:6 273:5, 6, 19 274:6 303:20 392:12
**12:30** 137:21, 24 150:11, 16, 18
**1200** 5:8 6:2
**126** 1:13 2:19 11:8
**12th** 5:8, 19 6:2 314:10
**13** 181:16, 19
**13202** 7:8

< $ >
**$1,100** 69:14 70:3
**$100,000** 70:4
**$76,000** 69:20

< 0 >
**00966** 3:22
**05** 142:8, 13, 22 143:15, 22 144:15, 24 145:8, 24 146:10 147:6
**07960** 5:14
**084-004229** 405:20

< 1 >
**1** 114:5, 15, 16, 17 125:25 141:18 142:1, 5, 24 143:4 204:8 213:24 304:8, 9
**1,180** 362:5
**1.08** 302:19
**1.12** 292:24
**1.14** 293:12
**1.15** 293:12
**1.19** 302:11
**1.28** 292:23
**1.29** 269:7
**1.46** 292:24
**1:04** 150:20

**13921** 405:18
**14** 9:11 102:8 181:25
**15** 244:4, 9 273:3, 21, 25 323:3 363:5 369:15
**150** 3:13
**151** 9:12
**159** 9:15
**16** 277:5, 7 383:8
**17** 314:2 327:5
**1700** 6:13
**1715** 405:21
**1717** 4:8
**18** 124:17 313:23 314:8
**1822** 203:20
**1824** 208:9
**188** 388:9
**1890s** 47:22
**19** 292:9
**1901** 2:12
**193** 9:15
**195** 9:21
**1950s** 47:23, 24
**1979** 135:12, 20
**1980** 135:12, 20
**1982** 133:9, 13 134:1
**1984** 135:11, 19
**1991** 285:23
**1996** 130:24

< 2 >
**2** 9:3 261:16, 17, 18, 20 263:5, 6, 19 264:13 265:17 269:2, 5 304:9 363:5 365:22 374:14 386:23
**2.1** 378:19
**2:29** 224:11, 13
**2:40** 224:15
**20** 43:15 111:3 114:2, 16 118:10 128:24 261:1 346:19 407:16
**20001-4795** 7:3
**20004-1275** 5:8 6:3
**20006** 6:14
**2000s** 37:4
**2004** 127:12 132:2, 4, 11
**2008** 63:19 285:23
**2009** 43:18
**201** 2:5
**2013** 121:14, 21 204:2, 19 205:7
**2014** 299:25
**2015** 239:3, 14
**2016** 42:1

**2018** 190:4 193:15 194:7 196:8 200:14 214:13, 19 219:18, 23 220:9 223:14 224:24 243:15 246:19 252:4 255:1 257:7 258:1, 4 263:2 267:16 271:25 272:12 346:8, 11, 16, 19 347:3 360:19 361:4, 16 362:3, 10 369:6 387:17 389:7, 8, 16 390:6, 24 402:6 403:6
**2019** 60:22 62:25 63:21, 22 65:21, 24 66:1, 3
**202** 5:9 6:3, 14 7:3
**2020** 10:1 180:23 246:10, 20 247:13, 17, 20 248:1, 12, 25 249:20 250:6

252:*3*
254:*14*
258:9, *24*
261:7
272:*13*
328:22
342:9
344:*10*
345:*16*
346:*3, 12, 16,
20* 347:*3*
361:*5, 14, 20*
362:*3, 6, 9,
19* 367:*19*
368:*19*
389:*8*
391:2
396:*18, 24*
397:23
**2021** 278:*21,
24* 279:2, *14*
281:*24*
283:*10*
285:*19*
383:*3*
**2021012**
405:*23*
**2022** 60:*21*
62:*14, 16*
63:*1, 24*
65:22 66:2
68:*14, 16*
376:7
**2023** 1:*6*
11:5 12:*14*
29:*20*
31:*17* 39:*8*
40:*12*
43:*16* 47:*8*
53:*4* 243:*1,
3, 6* 283:*8*
405:*24*
**2029** 4:22

**20th** 110:22
**210** 3:*23*
**21052** 7:*13*
**212** 2:*20*
6:*9, 20*
**213** 7:*19*
**218** 4:*14*
**22** 340:*20*
341:*2*
**23** 341:*15*
**236-1313**
5:*3*
**23rd** 174:7
**24** 61:*18*
245:*17, 19*
248:22
**250** 6:*8, 19*
7:*8*
**253** 9:22
**260** 10:*1*
**275** 10:*1*
**284-3880**
4:*23*
**289-1313**
5:*9* 6:*3*
**28th** 403:22
**29** 54:*5*
324:2

< 3 >
**3** 304:*9*
314:2
386:*24*
387:*21*
**3:38** 275:*18,
19*
**3:54** 275:*21*
**30** 128:*1*
176:*23*
392:*12*
399:*9, 18*
406:*15*
**300** 4:*2, 22*

**3043** 1:*3*
**305** 4:*8*
**309** 259:2
**30th** 314:*10*
**30XI0024260
0** 405:22
**31** 43:*15*
**310** 2:*6*
4:*23*
**312** 3:*14*
10:7
**315** 7:9
**316** 256:*16*
**317** 5:*3*
259:2
**32** 313:*23*
314:*8*
322:*20*
336:*11, 16*
339:*1*
**342** 10:*8*
**345** 354:*11*
**35** 4:*8*
373:*12, 14*
**35,000** 309:*9*
**350** 114:*5,
16*
**36** 114:*5, 17*
**360** 10:*10*
**36104** 4:*15*
**375** 10:*14*
**382** 10:*17*
**386** 9:*6*
**390** 5:*19*
**394** 9:7

< 4 >
**4** 125:*25*
304:*8*
308:*23*
**400** 114:*4*
**410** 3:22
**4100** 3:*13*

**421-2800**
2:*20*
**425** 3:2
**44** 388:*15*
**440** 2:*12*
**447-0500**
3:*23*
**46204** 5:*3*
**468-8000**
6:*20*
**47** 298:*13*
301:22
**4740** 4:*2*
**474-2911**
7:9
**495-2333**
2:*13*

< 5 >
**5** 124:*16*
125:2
335:*14*
391:*14*
**5:00** 335:*15*
**5:15** 335:*17*
**5:59** 369:22,
24
**50** 9:*11*
14:*24* 15:*3,
9, 15* 17:*15,
23* 176:*23*
**500** 5:*13*
**50th** 384:*1*
**51** 9:*12*
15:*3*
151:*20, 24*
153:*3*
**512** 4:*9*
**52** 9:*15*
159:*10, 23*
161:*13*
171:*21*
226:*1*
243:*15, 18*

**53** 9:*15*
193:5, *9, 12,
15* 196:*3*
224:*24*
243:*18, 19*
254:*17, 22*
257:6, *17*
**54** 9:*21*
195:*13, 25*
205:*3*
276:*12, 13,
15* 286:*14*
287:*19*
289:*19*
356:*11*
**542-8000**
7:*19*
**55** 9:*22*
253:22
254:*1, 7*
257:*16*
259:*8*
262:*24*
270:*11*
390:*6*
**555** 5:*8*
6:*2* 7:*18*
**55th** 6:*8, 19*
7:*18*
**56** 10:*1*
260:*12, 16,
18* 262:*24*
263:*5, 7*
270:*11*
**56th** 1:*13*
2:*19* 11:*8*
**57** 10:*1*
275:7, *23*
276:*6*
277:*10, 25*
288:*24*
289:*14*
312:*20*
323:7

Confidential - Subject to Protective Order

**58** 10:*7* 312:*6, 10, 13, 15, 18* 323:*7* 327:*2* 391:*12*
**59** 10:*8* 342:*21* 343:*1*

**< 6 >**
**6:07** 370:*1*
**6:48** 404:*6, 8*
**60** 10:*8* 342:*21* 343:*1, 4*
**60,000** 35:*17* 54:*25*
**600** 2:*5* 7:*8*
**60606** 3:*13*
**61** 10:*10* 360:*21* 361:*7* 387:*18*
**61,430** 298:*21*
**62** 10:*14* 375:*13, 18* 376:*4* 377:*2*
**63** 10:*17* 382:*15, 20, 25*
**64112** 4:*3*
**646** 3:*3* 5:*20*
**656-7066** 2:*6*
**67** 5:*13* 246:*2*
**671-7277** 4:*9*
**6th** 2:*19*

**< 7 >**

**7** 119:*1, 5* 121:*2* 122:*20* 124:*25* 363:*5*
**70,000** 298:*22*
**700** 7:*2*
**701-1100** 4:*3*
**713** 2:*13*
**73,000** 274:*12*
**737-0500** 6:*14*
**741-5220** 3:*14*
**746-2000** 5:*20*
**77002** 2:*12*
**775-6101** 5:*14*
**776-5236** 7:*3*
**78664** 4:*9*
**7-Eleven** 6:*10*

**< 8 >**
**8** 163:*15, 19, 23* 164:*2* 170:*17* 171:*21* 387:*21*
**800** 4:*15*
**816** 4:*3*
**818** 7:*14*
**836-8000** 6:*9*
**837-5151** 3:*3*
**859** 405:*19*
**877.370.DEPS** 1:*23*

**898-2034** 4:*15*
**8-hydroxy- deoxyguanosine** 385:*7* 387:*9*

**< 9 >**
**9** 1:*6* 11:*5*
**9:43** 1:*14* 11:*6*
**9:51** 19:*19, 20*
**9:56** 19:*22*
**90** 314:*3*
**90067-2904** 4:*22*
**90071** 7:*18*
**901** 7:*2*
**90401** 2:*6*
**91** 54:*11, 24*
**91367** 7:*13*
**9328** 405:*20*
**94** 314:*3*
**973** 5:*14*
**98** 295:*6*
**998** 288:*20* 290:*3*
**999-2232** 7:*14*

**< A >**
**a.m** 1:*14* 11:*6* 19:*19, 20, 22* 74:*2, 4, 6*
**Abilify** 20:*23, 25* 21:*4* 72:*21* 157:*9, 24* 158:*1*
**ability** 46:*9* 123:*11* 126:*8*

127:*23*
128:*15*
302:*3*
337:*21*
405:*9*
**able** 40:*3, 5* 43:*6* 44:*9* 54:*20* 71:*2* 72:*10* 73:*8* 88:*7* 92:*6* 93:*2, 19* 108:*20* 129:*15* 149:*20* 167:*2* 184:*10* 189:*7* 192:*23* 197:*10* 219:*9* 222:*13, 16, 18, 19* 223:*9* 229:*25* 279:*18* 307:*15* 323:*11* 325:*4* 329:*25* 355:*9* 359:*23* 367:*9, 11* 385:*3* 397:*11* 403:*12*
**ABNEY** 3:*19*
**abolished** 239:*3*
**absolute** 232:*5* 235:*9*
**Absolutely** 47:*5* 219:*15* 234:*15*

**abstract** 17:*18* 278:*13* 281:*21* 282:*9* 283:*14, 16* 284:*4*
**accepted** 32:*12* 38:*20* 342:*6*
**access** 128:*7* 136:*10* 137:*4* 149:*19*
**accessible** 128:*5*
**accommodation** 129:*10, 13*
**accommodations** 129:*8*
**accord** 393:*16*
**account** 80:*25* 118:*15* 257:*23*
**accounted** 269:*2*
**accounting** 272:*15*
**accumulates** 55:*11*
**accumulating** 38:*24*
**accurate** 48:*10* 52:*8* 119:*15* 120:*14* 126:*1* 147:*4* 157:*18*

162:*16*
218:7, *23*
219:*10, 12*
241:*11*
294:*14, 24*
386:7
406:*18*
**accurately**
386:*1*
**acet** 62:*11*
**ACETAMIN**
**OPHEN**
1:*3* 9:*11,*
*17, 22* 10:*3,*
*12, 17* 11:*10*
16:*14*
24:*21, 23*
25:*1, 5, 7*
26:*2, 6, 15,*
*20* 27:*16, 21*
28:*13, 19*
29:*3, 7*
30:*23*
31:22 35:7
36:*13*
40:*14, 23, 25*
41:*1, 18*
45:*11* 47:*9,*
*16* 48:*9*
49:*20*
50:*10*
53:*19*
55:*15*
56:*17*
58:*11*
59:*23* 60:*6,*
*13* 61:*25*
62:7 64:*4*
66:7, *24*
67:*10*
68:*21*
70:*14*
73:*14*
133:*14*

137:*10*
139:*10*
148:22
149:*12*
150:*1*
165:*19, 24*
166:*10*
167:*21*
168:*14*
206:*24*
213:2
219:*19*
220:*10*
221:*14*
223:*17*
231:*8, 12, 21*
233:*6, 15, 18,*
*23* 234:*13,*
*15, 24*
235:25
236:*1, 5, 11,*
*21* 237:*13*
240:*3, 20*
241:*21*
243:*11*
249:*15*
256:*20*
277:*18*
278:*14*
279:*14*
283:*21*
292:*8, 21*
293:2
304:*3, 13*
305:*5, 10, 14,*
*16* 306:*1*
313:*3, 18*
314:*2, 20*
315:*6, 14*
317:*18, 19*
318:*3, 4*
322:*18, 19*
324:*2, 4*
325:*24*

330:*7, 10*
331:*16, 19*
336:*20, 24*
339:*25*
349:*10*
350:*1*
351:*12, 16,*
*18* 352:*14,*
*24* 353:*1*
355:*1, 6*
357:*7, 19*
358:*18*
359:*1, 4, 18*
365:*21*
366:*3, 13*
369:*5*
370:*17*
380:6
382:*8, 13*
383:*15, 25*
384:*23*
385:*11, 18*
387:*11*
388:*2, 6*
391:*1*
393:*9, 21*
394:*7, 20, 24,*
*25* 398:*8, 19,*
*21* 399:*17*
401:*17*
**acetaminoph**
**en/autism/A**
**DHD** 206:*11*
**acids** 383:*12*
**acknowledge**
363:*1*
**acknowledge**
**d** 85:*12*
360:*14*
**ACKNOWL**
**EDGMENT**
10:*23* 407:*1*
**ACOG**
34:*20, 25*

36:2 54:*25*
240:*15*
**acronyms**
313:*10*
**act** 130:*15,*
*19*
**action**
405:*11, 13*
**activation**
97:*5*
**active** 239:*5*
**activities**
18:*20*
19:*12* 23:*4*
70:*11*
**activity**
19:*11*
**ADAMS** 2:*4*
**add** 40:*15*
102:*14*
**addition**
42:*14*
115:7
209:*15*
211:*18, 22*
341:*8, 16, 19*
**additional**
16:*18*
36:*20*
45:*17, 20*
46:*21*
66:*20* 67:*3,*
*4* 68:*9*
70:*1* 72:*8*
147:*23*
182:*3*
186:*1*
187:*21*
220:6
259:*20*
380:*16*
**additive**
103:*17*

**address**
114:*23, 25*
215:*8, 18*
221:*20*
229:25
282:*14*
326:*13*
366:25
**addressed**
256:6
257:*11, 21*
334:7
373:*16*
**addressing**
366:*15*
**adequate**
72:*13*
96:*10* 144:*8*
**adequately**
106:*5*
**ADHA**
10:*18*
**ADHD**
16:*15* 17:*7,*
*16, 18* 18:22
27:*17, 24*
28:*19* 29:*4,*
*8* 30:*24*
31:22 35:*8*
36:*13*
40:*15*
41:*20*
45:*12*
47:*10*
50:*11, 19*
53:*20*
55:*16*
56:*18*
58:*12*
59:*23*
60:*13*
61:*21* 62:*3,*
*7* 66:7
67:*11*

68:*21*
73:*15*
74:*15, 23*
75:*2, 7, 14,*
*22, 25* 76:*3,*
*5, 24* 77:2
80:*4, 6, 8, 12,*
*20* 81:*1, 13,*
*14* 86:*12, 17,*
*23* 87:*1, 4, 9,*
*16* 88:*9, 25*
89:*10* 91:*6,*
*10, 19* 93:*25*
94:*15* 95:*7,*
*25* 96:*6, 8,*
*16, 24* 97:*10*
98:*2, 14*
99:*17*
102:*14, 21,*
*23* 103:*8*
104:*21*
106:*12, 18*
107:*1, 14*
108:*25*
109:*12*
113:*10, 16,*
*21* 117:*8, 14,*
*17, 22*
118:*21*
119:*11, 12*
120:*5*
121:*3, 13, 16,*
*25* 124:*24*
125:*9*
126:*18*
127:*14*
129:*4*
134:*19*
137:*11*
148:*23*
151:*9, 15, 18*
152:*11, 16*
153:*8, 12, 14,*
*16* 155:*1, 2,*

*5, 7, 11, 16,*
*19, 23* 156:*2,*
*14, 17, 22, 25*
157:*1, 2, 16,*
*21* 158:*7, 19*
159:*1, 4, 6*
181:*11*
189:*23*
190:*20*
200:*9*
210:*10*
213:*1*
216:*7, 12*
218:*11*
223:*17*
225:*18*
226:*3*
241:*22*
243:*11*
244:*12*
250:*20*
256:*21*
261:*24*
262:*12, 13,*
*20, 25*
263:*10*
265:*16*
268:*4*
269:*1*
270:*5*
276:*18*
277:*4, 19*
278:*6, 15*
294:*16*
295:*1*
304:*5, 14*
305:*9*
306:*8*
309:*2, 6, 8,*
*12, 16* 328:*3*
336:*5, 8, 19,*
*22, 23, 24*
338:*1*
339:*15, 22*

340:*2, 5, 8,*
*15* 342:*7, 18*
343:*20, 22*
344:*6, 11*
347:*8, 12, 23*
348:*11*
349:*12*
351:*9*
352:*10, 14*
353:*3*
357:*5*
358:*12*
359:*1, 5, 18*
363:*2*
366:*4, 14, 19,*
*21* 368:*13*
378:*18, 21*
382:*13*
383:*15*
384:*2, 24*
385:*8, 12, 19*
386:*6*
387:*24*
388:*3, 7, 18,*
*21* 389:*3*
390:*9* 394:*8*
**adjust**
272:*4, 20*
374:*11*
375:*10*
391:*8*
**adjusted**
95:*18*
210:*2*
270:*16*
**adjusting**
377:*5*
390:*10*
**adjustment**
390:*8, 24*
391:*1*

**administered**

99:*23*
167:*6* 251:*8*
**admit**
341:*17*
**adolescents**
155:*22*
**adopt**
241:*17*
**adopted**
240:*23*
**adult**
119:*10, 12*
**adulthood**
119:*24*
123:*17*
124:*18*
126:*15*
**adults**
155:*23*
**advanced**
106:*11, 25*
107:*13*
**advancing**
209:*16*
**advantage**
279:*17*
288:*7*
**advantages**
287:*24*
**advent**
112:*18*
**adverse**
358:*19*
**advice**
32:*25* 33:*5*
34:*5* 52:*11,*
*14* 230:*15,*
*24*
**Advised**
261:*22*
**advises**
53:*10*
**advisory**
46:*13* 53:*12*

**affect**
100:*12*
101:*20*
133:*20*
169:*17*
302:2
304:*15*
329:*20, 22*
350:*23*
358:2, *3*
390:*17*

**affirmatively**
249:*21*
**age** 11:*21*
106:*12, 15,*
*19, 25*
107:*13*
108:*12*
118:*25*
120:2, *13*
121:*24*
122:*14, 16,*
*20, 24* 123:2,
*7, 9, 12, 24*
124:*16, 23,*
*25* 125:*8*
126:*12*
196:*25*
197:*1*
200:*15, 19,*
*21* 201:*5, 6,*
*9, 11, 13*
202:*10*
209:*14, 17,*
*22* 210:*4, 6,*
*20* 215:*6*
267:*23*
**ages** 108:*1*
134:*8*
**aggression**
152:*14, 18*
155:*3*

Confidential - Subject to Protective Order

| | | | | |
|---|---|---|---|---|
| **aggressive** | 348:*9* | 273:*17, 23* | **alternatives** | 71:*1, 7, 16,* |
| 123:*5* | 381:*8* | 274:*2, 5, 18* | 232:*7* | *23*  72:*14, 17* |
| **ago**  13:*6, 7* | 389:*11, 23* | 277:*9* | 234:*2* | 73:*10* |
| 59:*1*  111:*3* | 390:*2* | 278:*9, 23* | 235:*5, 20* | 92:*22, 24* |
| 128:*1, 22, 25* | **agreed**  55:*2* | 279:*21* | 236:*19* | 93:*15* |
| 174:*5* | 185:*15* | 288:*14, 16* | 238:*3* | 105:*3* |
| 176:*23* | 208:*23* | 289:*24* | **altogether** | 106:*24* |
| 323:*3* | 209:*18* | 291:*6, 11* | 397:*18* | 107:*16* |
| 403:*7, 17* | 216:*6* | 312:*19* | **AM404** | 136:22 |
| **agree**  32:*19* | 297:*17* | 313:*7, 11* | 207:*5* | 138:*7, 16, 21* |
| 36:2  39:*23* | 399:*7, 10* | 314:*17* | **amended** | 139:*21* |
| 44:*17* | **agreement** | 315:*12, 19* | 14:*1, 2, 4* | 144:*2* |
| 51:23  53:*4* | 185:*21* | 324:*1* | 16:*17*  28:*5* | 147:*3, 25* |
| 55:*2, 5, 7, 9* | **agrees** | 325:*22* | 72:*12* | 148:*11, 13,* |
| 83:*22* | 53:*18* | 326:*13, 18* | 160:*19* | *15, 24*  149:*1* |
| 101:*17* | 58:*11* | 391:*13* | 242:*23* | 160:*10* |
| 110:*8* | 220:*25* | **allegedly** | 244:*3* | 161:*1* |
| 111:*14, 22* | **Ah**  316:*18* | 43:*20* | 273:*4* | 162:*19* |
| 121:*1* | 341:*21* | 287:*5* | 364:*20* | 163:*7* |
| 125:*22* | **ahead** | 305:*10* | 380:*15* | 165:*8* |
| 126:*24* | 51:*24* | 355:*1* | **American** | 173:*6, 17* |
| 127:*1, 19, 21* | 58:*20* | **alleging** | 34:*17*  35:*5* | 174:*11* |
| 129:*2* | 250:*14* | 396:*14* | 39:*10* | 175:*13* |
| 161:*6* | 322:*16* | **ALLEN** | 239:*25* | 177:*2, 11, 20,* |
| 162:*17* | 333:*7* | 4:*11* | **amino** | *21*  178:*5, 6,* |
| 198:*4* | 399:*14* | **Alliance** | 383:*12* | *12, 14, 17, 24* |
| 203:*24* | **Aid**  7:*9* | 5:*22* | **amniotic** | 179:*1, 10, 16,* |
| 208:*24* | **aim**  282:*11,* | **all-or-** | 234:*9* | *19, 25*  191:*6* |
| 213:*6, 8* | *15* | **nothing** | **amount** | 194:*4* |
| 214:*12* | **aims**  282:*18* | 101:*19* | 232:*4* | 197:*23* |
| 219:*2* | **ain't**  52:*17* | **allowed** | 354:*11* | 200:*11* |
| 220:*8* | **air**  87:*6, 7,* | 183:*14* | **amounts** | 205:*14* |
| 222:*5, 21* | *11*  88:*1, 8,* | **allude** | 212:*8* | 208:*16* |
| 228:*25* | *19*  92:*12* | 136:*25* | **amuse** | 216:*21* |
| 260:*6, 11, 21* | **al**  9:*12, 20* | **alluded** | 319:*20* | 220:*3, 7* |
| 261:*4* | 10:*6, 13, 16,* | 328:*21* | **analgesics** | 222:2, *12* |
| 262:*21* | *20* | **ALSPAC** | 43:*13* | 223:*13, 22* |
| 272:*3* | **Alabama** | 302:*19, 20* | **analyses** | 242:*9* |
| 279:*8* | 4:*15* | 313:*22* | 36:22 | 245:*11* |
| 282:*23* | **Albert** | 324:*8* | 148:*19* | 248:*11, 25* |
| 294:*13* | 153:*25* | **alter**  121:*9* | 149:*17, 21* | 249:*2* |
| 315:*11* | **Alemany** | **alternative** | 186:*23* | 287:*6* |
| 323:*17* | 10:*6, 7* | 236:*20* | **Analysis** | 290:*17, 19* |
| 343:*19* | 181:*6, 9* | 237:*16* | 9:*19*  70:*24* | 291:*11* |

301:*6, 16*
324:*18, 20*
334:*15*
357:*11, 15*
360:*5*
394:*4*
396:*18*
397:*24*
402:*10*
**analyze**
209:*3*
229:*21*
**analyzed**
230:*5*
285:*21*
**analyzes**
285:*18*
**analyzing**
93:*6*
**Anand**
10:*20*
375:*22*
378:*3, 13*
379:*4, 17, 18*
380:*11, 13*
382:*25*
383:*20*
384:*5*
386:*1, 16*
**anandamide**
206:*25*
**ancillary**
30:*10*
**and/or**
40:*25*
84:*14*
106:*7*
279:*23*
326:*24*
**Andrea**
194:*17*
**Angeles**
4:*22* 7:*18*

**animal** 25:*6,*
*9, 18, 25*
26:*2, 5*
40:*4, 7*
41:*4* 42:*12*
43:*23, 24*
44:*10, 14*
45:*4, 19*
165:*21*
222:*17*
240:*12*
242:*7*
279:*4, 19, 23*
280:*15, 22*
281:*11*
353:*12*
355:*8*
370:*8, 10, 14,*
*19, 23* 371:*2,*
*13*
**anomaly**
311:*3*
**answer**
22:*9* 42:*11*
44:*8* 49:*6,*
*17* 50:*3, 14*
51:*2* 52:*20*
56:*19* 82:*1,*
*4* 88:*23*
89:*21*
96:*16*
106:*23*
118:*3*
138:*5*
142:*19*
147:*8*
172:*23*
175:*23*
176:*3*
196:*6*
204:*25*
228:*6*
230:*3*
236:*16*

239:*19*
256:*3*
268:*21*
290:*4*
307:*12*
315:*1*
332:*25*
333:*3*
372:*20*
379:*6*
380:*7*
385:*3*
391:*5*
395:*23*
397:*11*
**answered**
48:*16*
84:*22, 24*
142:*17*
172:*12*
318:*24*
402:*23*
**answering**
50:*7* 52:*3*
117:*9, 10*
229:*4*
318:*18*
319:*8, 13*
333:*4, 6, 10*
**answers**
51:*6* 52:*8*
127:*8*
395:*19*
402:*10*
407:*5*
**anti-
inflammator
y** 233:*11*
**antimigraine**
238:*21*
**antioxidant**
104:*15*
**antipyretics**
43:*13*

**anxiety**
68:*5*
216:*22*
219:*3* 220:*4*
**anybody**
106:*8* 119:*5*
**APAP**
66:*24*
180:*7*
181:*11*
189:*23*
190:*15, 19*
207:*6, 7*
244:*11*
306:*7*
329:*23, 24*
330:*20*
331:*25*
332:*12, 15,*
*18, 19*
333:*17, 21,*
*24* 334:*25*
350:*1, 8*
366:*19*
390:*18*
**APAP-
taking**
332:*7*
334:*12*
**apart** 177:*9*
**apologies**
273:*14*
**apologize**
117:*16*
273:*9* 289:*6*
**appear**
36:*22*
312:*18, 24*
383:*4*
**APPEARAN
CES** 9:*3*
**appears**
36:*21* 71:*9*
256:*23*

383:*20*
384:*4*
**applauded**
210:*3*
**applied**
87:*19* 88:*3,*
*12* 90:*8*
106:*8*
115:*11*
239:*23*
344:*4*
**applies**
236:*2*
343:*21*
**apply** 105:*9*
239:*6, 22*
**applying**
73:*17*
**appreciate**
52:*21*
96:*16*
115:*25*
268:*20*
325:*20*
**appreciative**
189:*6*
**approach**
112:*6*
115:*3*
126:*3*
173:*23*
175:*25*
198:*9, 15*
199:*13, 15,*
*18* 206:*22*
207:*13, 18*
208:*5*
332:*9*
343:*16*
344:*14*
345:*22*
**approaches**
117:*1*
118:*5*

175:*15, 16*
271:*12*
294:*18, 20*
295:*19*
**appropriate**
56:*10*
65:*15*  68:2
125:7
212:9
344:*5*
385:*24*
406:6
**appropriatel**
**y**  221:*8*
**approved**
47:*23*
**approximatel**
**y**  69:*16*
309:*10*
**area**  17:5
37:*17*  55:6
60:*15*
62:*19*
109:5
137:*19*
184:*25*
**areas**  65:*8*
165:*21*
**arguing**
171:*8, 9*
**argument**
100:*23*
**ARNOLD**
*6:4*
**art**  47:*4*
**article**  18:6
22:*11*
178:*23*
204:*21*
210:*24*
212:*20*
220:9
229:7
247:9

253:7
264:*18*
276:*10*
281:*3*
285:5
299:*13*
312:*20, 23,*
*25*  313:*7, 11*
320:*17*
343:*12, 20*
346:*3, 25*
367:*7, 10*
379:*17, 18,*
*24*  383:*21*
384:*5*
**articles**
22:5  72:*15*
161:*20*
177:*20, 23*
178:*1, 4, 21*
179:*2, 25*
194:*16, 21*
247:*10*
259:*24*
380:*5, 10*
381:*11*
**artificial**
119:*13*
120:*1*
**ASC**  292:*9,*
*22*  293:*2*
309:*15*
**ascribe**
163:*21*
164:*10, 18*
165:*11*
175:*9*
182:2
187:*18, 20*
370:*21*
**ascribed**
138:*13*
**ascribing**
166:*4*

**ASD**  16:*14*
17:*7, 16, 17*
18:22
27:24
28:*14, 19*
29:*4, 8*
36:*13*
40:*15*
45:*12*
47:*10*
50:*18*  60:7
66:24
70:*14*
73:*15*  75:*2,*
*7*  82:*12, 18*
83:*12, 20*
86:24  87:*4*
88:*20*
106:*17*
113:*21*
114:2
117:*12, 15*
118:9
122:*25*
125:*8, 25*
135:*15, 16*
137:*10*
181:*11*
189:*23*
190:*15, 20*
200:9
209:*15*
210:*10*
213:*1*
216:*7, 11*
218:*10*
223:*17*
225:*17*
226:*4*
241:*21*
243:*12*
244:*11*
276:*17, 23*
277:*8, 18*

278:*6, 15*
304:*5, 14*
306:2
336:*20, 21,*
*23, 24*  338:*3,*
*10*  339:*1*
340:2
342:*7, 18*
343:*20, 22*
344:*6, 11*
347:*7, 13, 22*
348:*11*
351:6
353:*3*
357:5
358:*11*
359:5
363:2
365:*2, 16, 18,*
*24*  366:*5, 22*
368:*13*
373:25
375:8
382:*9, 13*
387:*24*
388:*3, 13, 21*
389:*3*  390:9
**ASD-ADHD**
1:*3*  11:*10*
**ASD-related**
10:*15*
376:*17*
**ASHLEY**
*3:9, 10*
**ashley.barrie**
**re@kellerpos**
**tman.com**
*3:10*
**ashley.keller**
**@kellerpost**
**man.com**
*3:9*
**aside**  277:*14*
**as-is**  339:*3*

**asked**  26:*12*
27:6  41:*17*
57:*12*
61:*21*
65:*13*  68:9
69:2  70:*12*
74:*20*
81:*24*
84:*22*
89:*15*
105:*13*
117:9
151:*3, 7*
177:7
183:*11*
184:*15*
185:6
209:*14, 19*
217:5
247:6
273:*16*
289:*23*
311:*13*
313:*16*
316:6
327:*25*
390:7
393:*24*
395:*12*
396:*16*
397:*12, 16,*
*17*  398:2
**asking**  20:5
32:*25*
40:*11*
44:24  62:2
80:*16, 18*
89:*25*
92:*11*
107:*11*
123:*22*
145:*25*
153:2
159:*14*

Confidential - Subject to Protective Order

163:*17*
183:*10, 12*
185:*14*
186:*4*
217:*16, 18, 20, 24*  218:*3, 4*  226:*14*
228:*4*
257:*25*
284:*1*
323:*3*
367:*6*
379:*13*
382:*22*
384:*19*
386:*15*
392:*10, 25*
393:*1, 2*
396:*6*
397:*5*
399:*1*
402:*15, 23*
**asks**  198:*21*
**aspect**
131:*11*
251:*2*
332:*7*  381:*4*
**aspects**
84:*15*
251:*1*
287:*20*
336:*4*
**aspirin**
233:*12*
**assess**
257:*24*
325:*4*  326:*9*
**assessed**
250:*17, 24*
326:*17*
356:*8*
**assessment**
115:*16*

177:*3, 12, 22*
313:*4*
**assigned**
65:*6*
**associate**
7:*22*  95:*24*
210:*9*
**associated**
76:*8*  81:*10, 18*  82:*9, 18*
89:*2*  94:*3, 11, 22, 24*
95:*2, 12*
97:*4*  98:*19*
100:*17*
101:*8, 25*
127:*23*
156:*25*
292:*22*
328:*2*
330:*13*
332:*13*
336:*19*
338:*10*
339:*21, 25*
350:*13*
357:*8*
358:*5, 7, 8, 10*  365:*5*
372:*18, 25*
378:*17, 20*
385:*7*
386:*5*
387:*12*
**association**
9:*23*  67:*18*
87:*25*
88:*15*
89:*14*
92:*16, 19*
93:*4, 6*
103:*13*
104:*24*
105:*6, 8*

106:*3, 5*
107:*19, 22*
109:*10, 14*
135:*7*
140:*10*
141:*5, 6, 15*
142:*2, 10, 15*
144:*1, 18, 22*
145:*5, 22*
146:*1*
147:*22*
148:*16, 20*
157:*20*
170:*5, 6, 14, 20, 25*
171:*13, 19, 25*  181:*10*
189:*18, 22*
190:*15, 19*
197:*16*
198:*13*
204:*7*
207:*17*
214:*4*
215:*21*
221:*18*
244:*11*
256:*20*
267:*21*
271:*1*
272:*22*
301:*19*
303:*17*
309:*20*
330:*11*
332:*6*
334:*2*
359:*12*
366:*3*
374:*13*
376:*25*
377:*19*
383:*14, 25*
385:*2, 10*

390:*12, 21*
391:*10*
398:*7*
**associations**
10:*14*
376:*15*
**assume**
135:*14*
229:*21*
277:*15*
**assumed**
236:*9*
**Assuming**
399:*22*
**assumption**
145:*24*
**assumptions**
144:*20*
**asterisk**
262:*16*
**astray**
273:*13*
**attached**
10:*21*
136:*12*
406:*11*
407:*7*
**attempt**
147:*24*
**attempted**
68:*19*
148:*1*
280:*8, 10*
**attempting**
169:*13*
198:*12*
**attempts**
107:*20*
**Attention**
9:*17, 23*
10:*12*
147:*19*
**attentional**
338:*1*

**attention-deficit**  10:*4*
26:*25*
**Attention-Deficit/Hyperactivity**
10:*18*  27:*8*
152:*21*
153:*1*
154:*22*
157:*25*
264:*15*
343:*13*
**attenuated**
268:*2*
301:*20*
303:*18*
**attenuates**
330:*10*
**attorney**
405:*10, 12*
406:*15*
**attributed**
111:*11, 21*
114:*17*
**AUGUST**
1:*6*  11:*5*
39:*8*  40:*12*
47:*8*  53:*4*
405:*24*
**author**
210:*24*
254:*17, 18*
343:*4*
**authors**
66:*15*
192:*10*
202:*14*
212:*11*
219:*17*
221:*7*
224:*25*
228:*3*
257:*4*

258:*13*, *19*
259:*12*
279:*21*
280:*3*, *7*, *12*
281:*15*
308:*25*
312:*24*
366:*25*
376:*24*
397:*23*
**author's**
253:*4*
271:*25*
**autism**  10:*3*
18:*14*
27:*17*
28:*14*
30:*23*
31:*22*  35:*8*
37:*15*, *22*, *24*
38:*12*
50:*11*
53:*20*
55:*16*
56:*17*
58:*12*
59:*18*  60:*1*,
*18*  61:*22*, *23*,
*25*  62:*3*, *10*
64:*4*  66:*7*
67:*10*
68:*11*, *13*, *21*
70:*15*
74:*18*, *23*
75:*18*
78:*17*, *19*, *22*
81:*25*  82:*5*,
*7*, *15*, *23*
83:*23*
84:*13*  87:*9*,
*16*  89:*17*, *20*
90:*14*
91:*12*, *19*, *25*
94:*6*, *7*

96:*18*, *19*
98:*2*  99:*18*
102:*14*
104:*21*
106:*12*
107:*1*, *14*
109:*12*, *16*,
*24*  110:*6*, *11*,
*19*, *24*  111:*4*,
*20*, *23*  112:*1*,
*11*, *14*, *18*, *23*,
*25*  113:*4*, *10*
114:*6*, *8*, *11*
116:*3*, *4*
117:*9*, *10*
122:*25*
123:*2*, *24*
125:*1*
127:*14*, *22*
130:*25*
134:*1*, *3*
135:*11*, *18*
136:*13*, *22*
148:*23*
154:*3*, *10*, *12*
168:*25*
169:*2*, *13*
190:*8*
217:*7*
294:*16*, *25*
305:*9*
309:*2*, *6*, *7*,
*12*  326:*21*
327:*18*
328:*3*, *14*
336:*5*, *8*
339:*15*, *22*
343:*14*
349:*12*
352:*4*, *15*
359:*2*, *19*
366:*14*
371:*2*, *25*
372:*16*

373:*1*, *2*
377:*20*
382:*9*  394:*7*
**autism/obses**
**sive**  153:*24*
**Autistic**
9:*18*  83:*25*
85:*5*
**autoimmune**
98:*23*, *25*
99:*2*
**availability**
127:*9*
**available**
42:*10*
45:*18*  46:*6*
63:*5*  64:*12*,
*13*  71:*24*
73:*19*
128:*1*, *6*, *18*,
*20*, *24*  137:*2*
149:*9*, *16*
150:*4*, *6*
161:*17*
183:*1*
208:*16*
216:*18*
241:*15*
249:*3*
281:*24*
**Avenue**  3:*2*
4:*2*  5:*19*
6:*13*  7:*2*
**average**
121:*24*
122:*16*, *24*
123:*24*
124:*24*
134:*3*, *13*
135:*10*, *14*,
*21*, *23*
**averaged**
265:*25*

**averages**
134:*11*
**averaging**
266:*20*
**avoid**
216:*20*
**aware**  16:*5*
35:*14*
41:*15*, *21*, *25*
42:*6*, *7*
53:*3*  58:*9*
75:*2*
101:*24*
105:*21*
109:*13*
111:*24*
112:*2*
113:*1*, *2*
116:*12*, *16*,
*19*, *21*, *24*
168:*9*
180:*11*
232:*22*
333:*19*, *22*
**awareness**
114:*19*
116:*17*
118:*15*
125:*19*
128:*19*
133:*16*
**AYACHI**
2:*18*

**< B >**
**babies**  64:*5*
**baby**  89:*9*
109:*4*
**Baccarelli**
9:*21*  160:*8*,
*24*, *25*
161:*16*
162:*24*
163:*11*

173:*23*
177:*10*
178:*2*
194:*17*
276:*10*
277:*16*
280:*4*
287:*19*
341:*20*
357:*14*
389:*6*
**Baccarelli's**
160:*13*
161:*12*
162:*7*, *9*, *14*
163:*4*
174:*17*, *25*
177:*3*
178:*12*
179:*2*
194:*20*
204:*24*
286:*16*
288:*23*
356:*12*
**back**  19:*22*
37:*3*  48:*20*,
*22*  49:*1*, *14*
50:*23*
52:*22*
56:*12*, *25*
57:*6*, *17*
69:*5*  74:*6*
93:*21*
102:*20*
150:*20*, *23*,
*24*  155:*12*
166:*22*
172:*14*
196:*3*, *4*
213:*14*
224:*15*, *18*
244:*2*
264:*3*

Confidential - Subject to Protective Order

270:*15*
275:*21*
276:*9*
277:*8, 14, 25*
281:*19*
286:*14*
291:*24*
299:*13, 24*
306:*22*
330:*14*
332:*8*
335:*17, 20*
336:*2*
341:*19*
365:*8*
367:*2*
369:*19*
370:*1*
398:*1*
402:*14*
**background**
34:*12*
43:*18*  72:*9*
161:*8*
344:*11*
**bad**  357:*21*
**Baker**
180:*3*
345:*8, 9*
353:*17*
354:*3, 24*
355:*16*
356:*16*
357:*3*
362:*19*
**balance**
234:*9*
**Bandoli**
335:*5*
**Bar**  21:*3,*
*12*  22:*3, 13*
23:*8*  24:*11*
**Barch**
10:*10*

342:*9, 12, 17,*
*24*  343:*1, 4,*
*9*  344:*10*
**BARNES**
4:*16*  5:*1, 5,*
*12, 15*  6:*1*
**BARRIERE**
3:*10*
**based**  54:*6*
70:*24*
123:*3*
147:*4, 22*
177:*9*
179:*3*
188:*25*
251:*20, 21*
269:*4*
281:*11*
306:*3, 8, 25*
312:*14, 17*
327:*24*
334:*4, 6*
347:*8*
353:*11*
360:*15*
374:*13*
393:*20*
394:*20, 21,*
*22*  399:*25*
**basic**  337:*6*
**basically**
110:*4*
295:*20*
296:*24*
**basis**  12:*18*
19:*11*
270:*10*
320:*7*
**Bauer**  54:*1*
**BDNF**  281:*5*
**BEASLEY**
4:*11*
**beautiful**
188:*20*

**becoming**
230:*21*
316:*1, 7, 13*
317:*10*
322:*21*
323:*20*
324:*2*
**beginning**
316:*8*
**begins**
338:*25*
341:*2*
386:*25*
**behalf**
11:*24*  32:*9*
**behavior**
112:*8*
120:*7*
328:*10*
329:*4, 7, 16*
334:*12*
**behavioral**
109:*19*
128:*12*
331:*18*
**behaviors**
370:*21*
**beings**
27:*17*
375:*6*  380:*6*
**belief**  44:*4,*
*7*  75:*10*
264:*24*
265:*22*
**beliefs**
284:*13*
**believe**  13:*8*
21:*7, 15*
22:*16*  23:*9,*
*21*  24:*2, 13,*
*22*  25:*3*
27:*2*  30:*18*
31:*21, 24*
37:*24*

38:*15*  39:*2,*
*18*  48:*18*
49:*9*  50:*20*
59:*24*  62:*4*
63:*21*
69:*19*
74:*14, 17, 22*
75:*14, 17, 21,*
*23*  85:*8*
91:*13*
93:*23, 24*
95:*9*  106:*2*
107:*19*
112:*10*
113:*22*
114:*1*
117:*2, 7, 21*
127:*8*
148:*25*
160:*14*
171:*23*
180:*14*
194:*24*
195:*3*
196:*21*
210:*12*
216:*9, 19*
240:*10*
261:*10*
279:*1, 20*
286:*5*
289:*18*
343:*10*
347:*5*
360:*20*
378:*23*
382:*8*
**believed**
90:*4*  284:*6*
**believes**
73:*12*
**benefit**
49:*22*
127:*14*

130:*10*
217:*13*
218:*5, 17*
219:*6*
220:*2*
223:*9*
231:*3*
235:*10*
333:*17*
400:*18*
402:*1*
**benefits**
33:*21*
129:*24*
135:*25*
136:*3, 4, 6,*
*17*  218:*8, 20*
219:*11, 13*
231:*15*
232:*1, 3, 11,*
*21*  234:*10*
235:*4*
237:*3*  241:*9*
**best**  157:*22*
228:*6*
253:*8, 11*
352:*5*
374:*18*
405:*8*
**better**
44:*15*  51:*6,*
*17*  78:*15*
80:*18*
114:*11*
229:*9*
307:*1*
378:*5*
390:*25*
403:*2, 12, 13,*
*15*
**beyond**
220:*14*
358:*16*

bias  9:24
93:15, 18, 19
95:16
148:4
202:5, 8
208:6, 19, 25
209:2, 4
210:13
211:4, 12, 15,
20  221:22
248:8, 9
251:25
254:21
255:1
256:22
263:1, 12
270:20
272:15
297:11
307:5, 7, 10
308:9, 12
346:21
394:8
396:24
397:1, 24
398:4, 12
biased
253:5
262:17
268:24
272:1
294:24
biases
245:11
Big  7:19
124:12
300:13
308:1  334:1
bigger
145:12, 17
146:17
204:14
388:17

biggest
310:25
bio  9:12
152:1, 19
153:6, 17
biologic
381:21
biological
107:9
279:24
280:22
281:4, 16
345:7
381:3, 12, 17
382:4, 6, 12
biologically
16:11
biomarker
180:13, 17,
22  359:9
361:23
362:18
366:9, 12
367:20
368:25
373:25
385:6
386:5  387:8
Biomarkers
10:10, 14
180:7
325:2, 3
345:9, 10
362:14, 15,
21  402:9
bipolar
343:25
344:1
birth  88:25
89:1, 19
91:5, 6, 9, 11,
18, 24  92:2,
11  94:24, 25
98:13

138:22
139:13
197:1
201:5, 6
274:15
286:4
287:3, 8
288:8
291:7
313:8
362:1, 6
367:25
368:2, 5, 11,
20  369:2
births
135:12
bit  113:9
116:13
117:12
118:8, 13, 23
192:24
250:12
282:17
314:4
326:20
343:23
384:14
403:2
blame
109:15
332:6
blamed
109:24
blame-the-
mother
332:9
blaming
332:17, 18
333:13, 16,
18
blank  57:2,
3, 15, 17, 18
blanks
57:11

blinded
167:5
168:10, 11,
17
blood  181:1
362:9
363:3
365:6
367:21, 23,
24  368:1
402:9
board
34:25
35:17
230:23
373:4
bodies
35:11, 24
38:25
body  34:21
220:24
401:5
BONESTEE
L  7:14
book  190:8
books  68:1
Boots  5:21
borderline
292:10
born  90:16
135:20
BOSSO
6:12
Boston
361:25
362:6
bother
321:2
bottom
164:3
181:19
336:17
Boulevard

2:5
bound  23:13
boys  290:14
291:19
292:4, 22
293:12, 18
296:18
304:4, 7, 10,
16  305:9
306:13, 17
309:5, 7, 12
310:13, 16,
19
Bradford
71:1, 6, 16,
23  73:9, 18
87:21
91:20
138:7
139:21
160:8
162:18
163:6
165:8
178:5, 11, 13,
17, 24  179:1,
10  242:8, 17,
22  243:6
310:1
brain  17:6
207:2
343:18
344:7
348:25
350:10, 11,
12  356:3, 15,
23  357:3

Brandlistuen
197:20
204:1, 15
205:17, 20
break  51:3
52:10

73:*25*
137:*18*
150:*12*
224:*6*
229:*5*
230:*14*
243:*16*
275:*13*
335:*1, 12*
369:*14*
**BRENNAN**
5:*12*
**Briggs**
55:*21*  56:*2, 6*
**broad**
54:*18*  73:2
197:*18*
**broaden**
85:*17*
**broadening**
114:*18*
229:*3*
**broader**
84:*13, 15*
86:*7*  134:*5*
302:22
**brought**
10:*8*  160:2
193:*16*
194:*18*
**BROWN**
7:*14*
**burden**
365:*21*
367:*24*
388:*2, 6*
**BURKE**  7:*1*
**burying**
373:*9*
**business**
29:*23*

< C >
**C112**  3:*22*
**cable**
112:*24*
113:*3*
**Cabrera**
12:*7, 10, 23*
13:*1*  15:*25*
16:*8*  17:*25*
84:*21*  85:*4*
379:22
380:*3, 11, 24*
381:*2, 14, 15*
**Cabrera's**
14:*7, 13*
102:*7*
**CAIN**  6:*18*
**California**
1:*18*  2:*6*
4:*22*  7:*13, 18*  131:*3, 20*
405:*18*
**call**  71:*9*
**called**  24:*5*
65:*13*  349:2
**calls**  184:*21*
**Campbell**
1:*16*  11:*17*
405:*2, 16*
**Canada**
62:22
**cannabidivar in**  169:*8, 22*
**cannabinoid**
207:*3*
**cannabinoid-1**  330:*15*
**cannabis**
169:*7*
**capable**
77:*23*  79:*5*
**captured**
284:*14*

**care**  18:*21*
216:*19*
249:*11*
**careful**
221:*10*
**carefully**
60:*8*  406:*4*
**caregiver-reported**
249:*10*
**Carey**
10:*16*
373:*12, 15, 23*  374:*8*
376:*5*
377:*18*
379:*3, 24*
380:*12, 14*
**Carey's**
376:*12*
**caring**
110:*15*
**CARLSON**
4:*5*
**Carrie**  1:*15*
11:*17*
405:*2, 16*
**carried**
109:*18*

**CARTMELL**
4:*1*
**Case**  1:*4*
23:2  24:*18*
25:20
69:24
100:*5*
127:22
135:*13*
143:*5, 7, 10*
149:*7*
174:*16*
187:*16*
233:*8*

236:*12*
240:7
267:*14*
303:*4*
328:*18*
331:*10*
**casein-free**
112:*4*
**Cases**  1:*6*
21:*4*  82:*14*
116:*3*
129:*21*
142:*21*
**casual**  9:*23*
**categories**
238:*25*
239:2, *13*
**categorize**
220:*21, 23*
**Category**
49:*24*
235:*4*
236:*11, 14*
324:*15*
**CATHERINE**  2:*17*
catherine.heacox@lanierlawfirm.com
2:*18*
**causal**  76:*4*
79:*5, 7*
92:*7, 21*
95:*15*
105:*15*
108:*19, 21*
140:*5*
219:*18*
220:*7, 10*
222:*1, 12, 21*
223:*16*
243:*10*
304:*3*
350:2

357:*11*
359:*4*
**causality**
95:*19*
171:2
172:2  223:*8*
**causation**
14:*5*  15:*9*
16:2  28:*5*
32:*11*  53:*5, 18*  61:*11*
67:*6*  70:*23*
72:*22, 25*
81:*21*
87:*22*  88:*5, 17*  89:*13, 24*
90:*3, 10*
92:*16, 22, 25*
96:*14*
104:*25*
105:*10*
106:*9*
109:*8*
137:*9*
140:*21*
141:*8*
142:*16, 21, 23*  148:*11*
163:*7*
165:*8*
177:*8*
190:*23*
220:*18, 20, 25*  223:22
242:*10, 16*
253:*3*
279:*5*
320:*8*
332:*21*
352:*4*
360:*10*
**causative**
97:*18, 22*
107:*1, 14*

108:*25*
382:8
**cause** 27:*23*
37:*21*
75:*14, 17, 22*
76:*13* 77:*1*
78:*9, 17, 19*
79:*4* 80:*8,*
*11* 81:*5, 11,*
*19* 82:*17, 25*
83:*10*
86:*12, 18*
87:*1, 8, 15*
88:*9, 25*
89:*10, 19*
90:*2, 4, 18*
91:*6, 19, 24*
93:*25* 94:*7,*
*15* 95:*7*
96:*5, 8, 19,*
*24* 98:*1, 2,*
*13* 99:*17*
102:*14, 21,*
*23* 103:*8, 11,*
*21, 23*
104:*21, 23*
106:*12*
110:*11, 18,*
*23* 111:*20,*
*21, 23*
112:*11, 23,*
*25* 113:*4*
137:*10*
219:*7*
336:*7*
340:*1*
349:*11*
351:*12, 16,*
*18* 352:*10,*
*14, 16, 20*
353:*2*
357:*7, 21, 25*
359:*1, 18*

382:*13*
394:*7*
**caused**
70:*14*
80:*22* 84:*1*
85:*6* 111:*4*
112:*1*
133:*13*
252:*4*
263:*1*
305:*10*
345:*1*
**causes**
27:*16*
28:*13, 14, 19*
29:*4, 8*
30:*23*
31:*22*
36:*13*
37:*24*
38:*12*
53:*19*
55:*15*
56:*17*
58:*11*
59:*17, 23*
60:*13*
61:*25* 64:*4*
66:*7, 24*
67:*10*
68:*21*
74:*14, 18, 23,*
*24* 75:*7, 11*
77:*13*
78:*11, 12, 13*
79:*21, 23*
81:*14* 82:*6*
92:*6*
109:*24*
111:*11*
112:*14*
151:*18*
164:*21*
238:*22*

336:*7, 21, 24*
339:*15, 22*
349:*10*
351:*21*
358:*19*
366:*13*
**causing**
77:*24*
109:*16*
112:*18*
350:*2, 4*
**caution**
203:*10*
233:*25*
**cautious**
221:*8*
**caveat**
98:*16*
134:*24*
**caveats**
125:*2*
135:*23*
**CB1** 207:*4,*
*9, 14* 330:*17*
**CDC** 115:*3*
**cellular**
347:*17*
**Center**
154:*2*
**central**
233:*18, 19*
**Century**
4:*22* 110:*22*
**certain** 35:*3*
65:*8* 68:*1*
107:*23*
112:*1*
120:*2*
127:*24*
149:*17*
311:*20*
334:*17*
385:*1*

**certainly**
105:*20*
121:*7*
144:*20*
170:*15*
304:*17*
329:*7*
343:*21*
344:*4*
**CERTIFICA
TE** 405:*1*
**CERTIFICA
TE................
................405**
10:*22*
**Certified**
1:*17, 18, 20*
34:*25*
35:*17*
230:*23*
405:*2, 3, 17,*
*18, 19, 20, 21,*
*22*
**certify**
405:*3, 5, 10*
407:*4*
**cetera**
214:*8*
342:*19*
**challenge**
307:*24*
**challenging**
166:*24, 25*
**chance**
238:*10*
335:*2* 339:*5*
**change** 14:*8*
18:*2* 49:*21*
55:*9* 119:*7*
120:*16*
121:*2*
130:*18, 25*
133:*21, 22*

223:*9*
257:*16, 19*
263:*4*
291:*22*
297:*20*
402:*24*
408:*3*
**changed**
40:*15* 41:*2*
45:*14*
47:*14*
48:*10*
116:*13*
122:*23*
132:*8*
**changes**
40:*20, 22*
45:*21*
46:*25* 47:*3,*
*19* 118:*16,*
*24* 129:*3*
132:*24*
296:*17*
406:*10*
407:*6*
**changing**
39:*3* 291:*21*
**chapter**
64:*21, 23*
66:*6, 9, 23*
190:*8*
349:*2, 5*
**chapters**
59:*17, 21*
60:*11* 65:*6,*
*25*
**characteristi
c** 73:*7*
**characteristi
cs** 197:*25*
215:*5, 10, 13,*
*19, 24*
**CHARCHA
LIS** 4:*21*

Confidential - Subject to Protective Order

**charge**
52:*14*
**charged**
69:*16*
**chart** 102:*7,*
*10* 188:*3*
189:*3*
262:*3*
286:*16*
**charts**
262:*6*
276:*9*
277:*23*
**check**
287:*25*
**checked**
288:*11*
**Chicago**
3:*13* 133:*13*
**child** 86:*17*
87:*16* 88:*9,*
*21, 25* 91:*7,*
*12* 94:*7, 15*
95:*8* 96:*1,*
*6, 20* 97:*11,*
*16* 102:*23*
103:*9*
108:*25*
202:*11*
218:*10*
324:*3* 359:*2*
**childbirth**
93:*25* 94:*2,*
*6, 10* 102:*18*
**childhood**
10:*5, 17*
96:*23, 25*
97:*9, 13, 14*
98:*12*
384:*1*
385:*8, 12, 19*
386:*6*
**children**
110:*5*

111:*19*
125:*21*
127:*14*
135:*20*
155:*22*
292:*8*
327:*17, 20*
362:*5*
**choice**
255:*9, 23*
256:*12*
272:*11*
**chose** 13:*12*
72:*3* 272:*6*
363:*19*
**Chung**
85:*10*
**circuit**
350:*21*
**circuitry**
338:*14*
343:*18*
344:*7*
347:*17*
348:*25*
350:*10, 11,*
*13, 23* 351:*2*
356:*4, 15, 23*
357:*3*
**circuits**
353:*5, 6, 16,*
*25* 356:*6*
**citation**
191:*1*
250:*9* 343:*9*
**cite** 61:*6*
63:*10*
131:*19*
181:*6*
190:*3*
245:*14*
247:*13*
250:*7*
345:*8, 25*

346:*1, 10, 13*
347:*4*
364:*22*
373:*21*
375:*22*
380:*16*
**cited** 60:*24*
245:*17*
246:*18, 19,*
*20* 249:*20*
272:*12*
278:*9*
345:*15, 23*
346:*3, 16, 24*
361:*14, 17*
362:*19*
363:*23*
376:*7* 383:*1*
**citing** 61:*14*
246:*1*
344:*10*
**citizens**
135:*25*
**City** 4:*3*
**claimed**
221:*15*
373:*15*
**clarity**
90:*13*
**classes**
127:*16*
235:*11*
**classic**
238:*20*
**classification**
250:*23*
251:*24*
**classified**
315:*5, 8*
317:*17*
318:*2*
322:*15, 17*
324:*14*
325:*10*

393:*25*
394:*23*
398:*19*
**classify**
393:*19*
**classifying**
393:*8, 20, 23*
399:*3*
**clean** 239:*19*
**clear** 38:*7*
62:*12*
137:*1*
283:*19*
324:*25*
399:*13*
**clearcut**
325:*6*
**clearly**
63:*13*
338:*2*
350:*5*
398:*17*
**clinical**
18:*21*
25:*23*
26:*19*
29:*24*
30:*14*
69:*13*
76:*15*
77:*19*
154:*19*
166:*6, 9*
227:*3*
245:*23*
251:*21*
292:*10*
348:*23*
356:*4*
**clinician**
115:*22*
308:*4, 21*

**clinicians**
218:*22*
236:*9*
**Clinton** 7:*8*
**clog** 259:*13*
**close** 126:*20*
**closely**
25:*18*
347:*16, 18*
**coaches**
130:*11*
**Cocoon**
188:*6*
**codes** 251:*5,*
*7*
**coeditors**
64:*17*
**cofactor**
95:*2*
103:*14, 16,*
*20* 104:*10,*
*15*
**cofactors**
81:*15* 104:*4*
**cofounder**
215:*14*
**cognitive**
356:*7*
**coherence**
310:*4, 7, 10*
**coherent**
310:*20*
**Cohort**
9:*20* 124:*1*
125:*12*
135:*2*
167:*9*
194:*5*
201:*18*
211:*10*
225:*11*
250:*15*
252:*1*
263:*20*

286:5, 10
287:8
288:8
290:15
296:7, 8
298:3
313:22
314:5, 9, 15
318:8, 9
321:15, 18, 20  322:7
323:19
324:11
345:22
346:13
362:1, 6
391:16
394:19
395:15
398:1
**cohorts**
10:6  135:8
248:6
264:14
274:15
278:4
285:18, 21
286:19
287:3
288:4
291:7
313:8, 14, 16
315:25
316:12
317:9
323:19
324:6
356:21
399:10, 16, 23
**cold**  110:4
**colleague**
275:8

**colleagues**
27:7
**collect**
167:10
211:6
**collected**
168:5, 7
251:13, 15
285:22
368:6, 7
394:21
396:10
**collection**
227:10
**College**
34:17  35:5
39:10
153:25
239:25
**column**
203:21
298:9
**combination**
266:24

**combinations**
350:6
**combined**
41:1  340:10
**come**  28:3
29:18  40:5
46:3, 17
47:17  55:1
60:25  67:5
215:11
241:20
335:6
350:6
379:2, 3
**comes**
45:24
46:21, 24
62:25
260:23

301:23
355:19
**coming**
218:16
**commenceme
nt**  405:3
**commencing**
1:14
**comment**
89:24
113:23
131:14
197:12
198:2
267:12
367:6, 9
**Commerce**
4:14
**commission**
407:17
**committee**
53:10
**common**
259:11
260:7
336:23
349:6
**communicati
ons**  183:13
184:21, 24
186:5
**company**
181:25
182:11, 13, 22  183:1
185:6
186:2, 12
187:18
188:2
**compared**
139:11
229:4
302:9

388:16
391:1
**comparing**
166:10
291:16
389:7
**comparison**
261:3
**compensated**
20:20  21:1
70:7, 9, 10
**compensatio
n**  22:25
23:2  69:6
**competing**
124:7
136:16
**complementa
ry**  294:18
295:19

**complements**
347:15
**complete**
57:23
173:5, 17
174:10
280:16
**component**
76:20
178:21
262:19
338:9
**components**
49:10
169:17
225:7
**compound**
47:19, 21
99:23
100:1
101:6
104:12

149:8
169:10, 24
330:24
371:1
**compounds**
48:8
103:17
169:7
218:9
370:25
371:20
**comprehensi
ve**  64:11
66:17
79:17
161:16, 18
346:14
**compulsive**
68:5
153:24
154:3
156:6
157:10, 11
159:4, 8
349:3
**compulsivity**
158:14, 16
337:16, 17, 20  338:12
348:20
**conceiving**
323:21
**concentratio
ns**  378:17
**concept**
224:23
344:3, 4
**conception**
321:25
**concern**
65:11
210:20
221:25

Confidential - Subject to Protective Order

252:7
400:*4*, *20*
**concerning**
233:9
**concert**
104:*16*
**conclude**
181:*24*
**concluded**
404:8
**concludes**
378:*24*
389:8
**conclusion**
42:9  61:*1*
241:*21*
249:*1*
257:4
267:20
282:22
283:22
360:*10*
376:13
377:2, *17*
387:*13*
404:3
**conclusions**
161:6
162:7
256:*17*
376:11
385:6
389:9, *17*
397:*23*
**concordance**
162:*12*
295:*3*, *6*, *15*
296:9
310:2  389:*3*
**concordant**
359:*16*
388:*3*
**concrete**
180:7

**concur**
161:*25*
**condition**
76:*17*
77:24  84:*1*
97:2, *25*
350:7
**conditions**
78:2, *5*, *11*
82:7  97:*3*
116:*18*, *20*
132:*16*
175:*19*
202:*19*
217:*25*
326:22
337:*17*
348:*1*, *15*
349:*8*, *16*, *19*
350:*15*
351:*4*  356:*4*
**conduct**
26:*1*, *5*
43:24
165:*17*
175:7
179:*13*
191:*5*, *8*
225:*16*
**conducted**
24:25  25:6,
*9*  26:*19*
40:7  163:6
169:*2*, *6*, *20*,
*21*  170:*3*
175:*24*
200:*10*
201:*18*
225:*12*
229:*13*, *16*
230:*11*
355:7
370:*14*, *19*

372:8
377:*25*
**conducting**
25:*13*
160:7
169:*23*, *25*
178:*17*
370:8
**confidence**
140:*15*, *24*
141:*10*, *12*,
*17*, *23*, *25*
142:5, *24*
143:*3*
172:8
188:*4*, *7*, *18*
189:*4*, *15*
204:7
267:6
292:*23*
302:*15*, *21*,
*22*
**CONFIDEN
TIAL**  1:*6*
**confirm**
83:7  384:*21*
**conflict**
22:*19*  23:*5*,
*7*, *14*
**conflicts**
22:7
**confound**
263:9
**confounded**
270:5
**confounder**
252:*24*
268:*25*
272:*4*
330:*23*
332:*5*
334:*21*
347:*1*
366:*17*

**confounders**
61:*3*  63:*14*
66:*20*
90:*10*  93:*3*,
*7*, *13*  95:*17*
96:*10*
106:7
107:*21*, *23*
109:6
148:4
197:3
205:*13*
210:3
211:*4*, *20*, *25*
221:*21*
252:24
253:9
257:*13*
271:*7*, *13*
272:9
374:*12*
375:*10*
377:5
390:*16*, *17*
**confounding**
202:*6*, *8*
214:6
215:*3*
216:4
252:*4*, *7*
256:*24*
261:*24*
265:*16*
328:*7*, *25*
329:*3*
346:*21*
**congenital**
351:*12*

**congressional**
130:*15*
**connecting**
347:*12*

**connection**
384:*23*
**consensus**
35:*10*, *15*
54:*1*, *11*
69:*3*
**conservative**
221:9
**consider**
45:*16*  61:*3*
63:*14*
66:*19*
77:*20*  78:*2*,
*10*, *12*, *24*
79:*3*, *18*
87:*15*
90:*25*  91:*2*
93:*17*
103:7
144:*17*
145:*21*
154:*13*
170:*13*
210:*25*
232:*7*, *24*
234:*2*
235:6
253:*3*
297:22
318:*14*
325:22
360:4
371:4
402:*15*
**consideration
s**  48:*2*
**considered**
15:*21*
16:*17*
40:*19*  43:*3*
58:*1*, *7*, *14*,
*23*  59:*25*
80:*11*
252:9

255:*16*
258:8
259:*3*
265:*24*
304:*24*
321:*11*
332:*20*
342:*15*
361:2, *4, 18*
367:*18*
400:*25*
**considering**
31:*13* 33:9
108:*16*
139:*21*
157:2
171:*13*
216:*17*
230:*20*
240:*18*
**consist**
182:*1*
**consistency**
73:6, *19, 20*
140:*16, 25*
172:8
188:*21*
209:*11*
213:*20*
**consistent**
15:22
36:*18* 73:2,
*16* 181:*10*
273:*23*
325:*11, 13*
384:*11*
387:*13, 15*
392:*18*
395:3, *4, 5*
**consistently**
189:*24*
244:*12*
**consultation**
34:*11*

**consulting**
23:*3*
**Consumer**
5:*15*
**contact**
67:*24*
280:2
391:*21*
392:9, *16*
**contacted**
68:8
**contacts**
392:7, *12*
**contain**
50:*11* 59:*17*
**contains**
43:*20*
**contaminatio**
**n** 133:*17*
**contending**
249:9
**content**
65:2, *23*
66:*3*
**context**
60:7
224:*24*
225:4
226:*1, 11*
227:6, *12*
228:*10*
280:*21*
282:*17*
323:*12*
363:*11*
**contin**
170:*12*
**continue**
42:*15* 46:*5*
61:*12*
117:*1*
217:6
377:*11*

**continued**
272:*21*
**continues**
45:*10* 46:2,
*16*
**continuing**
45:*16* 46:*1*
100:*21*
**contradict**
320:2
375:*20*
**contradictor**
**y** 320:*16, 18*
398:*24*
**contrary**
341:2, *22*
342:4
**contrasting**
167:*20*
**contribute**
69:2 78:*3*
81:*16, 21*
91:3 95:22
116:8
117:*3* 118:2
**contributes**
220:*24*
**contributing**
77:4 85:*20*
90:*21* 93:4
103:*21, 23*
**contribution**
84:9 108:*13*

**contributions**
158:*13*
**control**
93:*12, 15, 19*
99:9, *13*
105:7
109:7
117:5
121:*19*
152:*15, 17*

154:*25*
155:3, *4*
156:*10, 18,*
*25* 157:*12,*
*19* 158:5, *10*
159:5
196:*14, 25*
198:*10, 23*
200:*1, 18*
205:*12*
209:4
211:3, *11, 24*
215:*23*
252:*15, 17*
253:*10, 13*
**controlled**
96:*10*
106:6
116:9
167:*20*
168:*13*
169:*11*
194:7
196:9
199:2
200:8, *14, 24*
201:8
216:8 223:2
**controlling**
107:*23*
148:*3*
199:*24*
200:*3*
**controls**
211:*14*
252:*15*
253:*16, 18*

**controversial**
36:*14* 55:6
**controversy**
37:*17*
**conversation**
218:*25*

**conversation**
**s** 72:7
280:6
**co-occur**
349:*21*
**copies**
195:*17*
**copy** 159:*17,*
*18, 19*
194:*19*
195:*15, 21,*
*23* 276:*13*
342:2
**copying**
108:6
**Cord** 10:*19*
181:*1*
362:9
363:*3*
367:*20, 23,*
*24* 378:*20*
383:*14, 23,*
*25* 384:*23*
385:*11*
**core** 336:*19*
**Corporation**
5:*21* 6:*4,*
*20* 7:4
**correct**
12:*15, 19, 20*
13:*23*
17:*16, 20, 21*
18:*3, 15*
20:*12, 13, 18,*
*23, 24* 22:*14,*
*23* 23:*18, 21*
24:6, *8*
26:*11, 16, 19*
28:*11, 15, 23*
31:*19*
32:*13* 35:*1*
36:*14* 37:*5,*
*10* 39:*12, 13,*
*16, 21* 40:*16,*

18  47:11
52:25  55:3
56:20  59:7,
9  63:20
64:5  65:15
66:7, 23
67:11  69:9
70:21
71:17, 18, 20,
21  72:1, 2,
23  73:3, 16
74:16, 19
77:24
78:25  79:1,
5  83:10
84:23
92:19  93:7
98:14
99:18
100:12
102:18, 19
104:21
105:3
107:16
110:7
119:2
120:21
121:4
127:11, 18
128:1
129:12
130:2
133:14
134:3, 13
135:12, 21
139:12
140:1
141:18
143:4, 8
146:23
148:11, 16
152:22
153:9
154:10

155:16
156:7, 14
158:8
159:2
160:11, 22
161:13
162:16
163:12, 13
165:12
167:7, 18, 25
169:14
170:8
171:6
172:3, 10, 14
174:5
177:13
178:2, 19
179:3, 4, 11,
19  180:5, 10
181:4, 12, 13,
23  184:14
185:7
187:6, 19, 23,
25  188:4, 13,
25  189:12,
25  190:4, 5,
8, 9, 16, 24
191:20
196:9
201:9, 22
202:1, 6
204:17
206:14
208:2
209:8, 20, 25
210:10, 21
213:5
216:8, 12
217:8
218:1
219:4, 7
223:17
231:1, 9, 13
232:12

237:8, 18
238:7, 17
239:14
240:4
241:23
242:2, 18
243:7, 8, 12,
13  244:15
246:15, 22
247:23
249:17
250:7
254:22
255:1, 2, 20,
25  256:14
257:7
258:10
259:8
263:14
265:15
266:21, 22
267:3, 4, 18,
21, 22
270:24
273:1
276:19
277:19
278:7, 11, 16
280:17
281:12
283:1, 10
288:2
289:9
290:20, 21,
24  291:15
292:5, 19
293:19
296:19
297:2
299:20, 22
300:5
301:10
302:4
303:2

307:14
309:13, 18
310:10
311:4, 18
313:19
314:3, 24
315:15
316:2, 14
317:10
318:9
321:25
324:4, 12
327:15, 21
328:4
330:11
336:8
339:1, 16
340:2
342:20
343:20
344:12, 19
345:4
347:13
348:11
353:12
355:17
356:17
358:22
359:19
360:11
362:19
365:16
366:14
367:15, 22
368:5, 13, 14,
20  369:2, 10
375:2
376:5
377:2, 20
380:21
381:15, 16
383:2
395:23
396:11

397:24, 25
399:18
401:5, 18
402:11
407:5
**Corrected**
261:23
262:11, 17,
25  263:12
270:20
**corrections**
337:3
406:4, 7
407:6
**correctly**
19:15  97:9
171:22
173:8, 9
177:5
208:21, 22
213:4
217:2, 3
257:1, 2
336:25
340:25
342:10
383:16
**correlated**
356:22
387:7
**correlation**
252:5
262:13
272:2
355:24
**cost** 308:16,
18
**Costco** 6:4
**costly** 308:2,
6
**costs** 308:3,
14
**COTE** 1:6

Counsel
4:*16*  5:*15, 20*  6:*4, 9, 15, 20*  7:*4, 9, 14, 19*  11:*14*
14:*17*
57:*13*
184:*21*
186:*5, 6*
198:*21*
199:*6*
379:*8*
386:*15*
395:*20*
396:*4, 16*
397:*5, 12*
398:*2*
402:*11, 22*
405:*11, 12*
counseled
233:*10*
counseling
18:*13*  400:*1*
count
399:*23*
counted
314:*17, 22*
315:*13, 25*
316:*12*
317:*9*
321:*23*
323:*19*
324:*3, 11*
325:*23*
394:*20*
399:*8, 17*
counter
47:*25*  48:*5*
167:*2*
217:*21*
counterintuit
ive  86:*8*
counting
139:*13*

country
136:*8, 9*
counts
379:*13*
couple  43:*5*
107:*7*
278:*10*
345:*6*
368:*10*
course
66:*19*
77:*19*  303:*9*
COURT
1:*1, 20*
11:*16*
48:*22*
49:*14*
50:*21*
51:*20*
52:*22*
156:*21*
162:*25*
238:*11*
320:*25*
339:*13*
405:*19, 21, 22*  406:*19*
covariant
209:*23*
305:*19*
covary
197:*15*
210:*5*
212:*8*
215:*6*
216:*10*
305:*20, 22*
covarying
196:*20*
197:*17*
211:*25*
305:*23*

covering
391:*23*
392:*9*
create
350:*20*
351:*2*
created
63:*25*
176:*20, 22*
creates
207:*5*
criteria
82:*13*
114:*18*
116:*13*
118:*22*
120:*17*
121:*21*
122:*23*
155:*5*  174:*1*
critical
17:*10*  30:*8*
144:*23*
259:*22*
368:*24*
criticize
258:*19*
cross  204:*8*
CROSS-
EXAMINAT
ION  386:*11*
CROW  4:*11*
Cuba  136:*3, 6, 8, 13, 23*
137:*9, 14*
Cuban
135:*25*
cultural
136:*19*
current
346:*16*
currently
48:*6*  59:*13*
357:*2*

cut  58:*20*
268:*19*
343:*24*
344:*6*
349:*7, 18*
358:*11*
cutoff  97:*24*
119:*13*
120:*1, 13, 24*
131:*6*
cuts  337:*10*
348:*14*
cutting
310:*23*
CVS  5:*20*

< D >
dairy  112:*1, 10*
DANIEL
3:*1*
Danish
286:*4*  287:*7*
DANNY
8:*1*  11:*2*
DARYL  4:*1*
data  41:*4, 5*
42:*10, 12*
43:*23*
44:*10*  45:*4*
66:*12*
145:*12, 16*
146:*15*
147:*1*
148:*2*
149:*9, 15*
165:*23*
166:*2*
167:*3, 7, 10*
178:*6*
179:*11, 13, 14, 17*
182:*10*
187:*10*

188:*11, 25*
189:*2, 10, 16*
195:*10*
201:*14, 21, 22*  203:*2*
204:*12, 13*
209:*4*
211:*17*
222:*25*
227:*9*
229:*19, 23*
230:*5*
235:*23, 25*
240:*13*
242:*6, 7*
259:*14*
262:*9*
274:*13*
279:*18, 19, 20, 23*
280:*15, 23*
281:*24*
301:*2*
306:*23*
309:*1*
310:*20*
316:*24*
320:*8*
328:*13*
331:*14*
355:*13*
396:*10*
398:*5*
401:*16*
database
295:*8*
databases
191:*16*
192:*14*
date  1:*15*
11:*5*  22:*10, 23*  26:*9*
69:*15, 20*
278:*19*

Confidential - Subject to Protective Order

405:*8*
406:*9*
407:*12*
**dated**
254:*13*
405:24
**DAVID** 7:*7*
**day** 51:*5*
70:*5*
313:*17*
368:*10*
377:*17*
407:*16*
**days** 13:*7*
102:*8*
295:*8*
314:*2, 3*
324:*2*
366:*10*
399:*9, 18*
403:*17, 20*
406:*15*
**day-to-day**
19:*4, 10*
20:*6*
**DC** 5:*8* 6:*3,*
*14* 7:*3*
**DD** 365:24
**ddouglas@w**
**cllp.com** 4:*2*
**de** 108:*7*
**deal** 62:*8*
168:*15*
211:22
252:*13*
253:*8, 11*
263:*9*
271:*6, 10, 13*
272:*9*
401:24
**dealing**
311:*6*
**deals** 33:*13*
**DEAN** 7:*9*

**DEANNA**
5:*7* 343:*4*
**debated**
114:*14*
**decade**
128:*21*
**decide** 51:*3*
**decided**
71:*5* 364:22
**decision**
44:*11* 45:*5*
218:*21*
**decrease**
76:*17*
371:23
372:*15, 17,*
*21*
**decreases**
374:*13*
**decreasing**
113:*17*
**deemed**
406:*18*
**deep** 64:*11*
**defect**
347:*19, 20*
**defects**
351:*16, 19,*
*23* 358:*8*
**Defendant**
11:24
181:22
**defendants**
183:*19, 22*
386:*15*
**deferring**
160:24
**deficiency**
103:*7*
**Deficit** 9:*17,*
*23* 10:*12*
337:23, 24
**deficits**
372:25

**define**
141:*10*
229:*9*
**defined**
225:*3* 315:*7*
**definitely**
124:*12*
130:*10*
360:*18*
399:*17*
**definition**
72:24
143:*7*
225:25
226:*15*
228:*4*
229:*3*
348:*17*
**definitive**
42:*8* 61:*1,*
*10* 88:*16*
282:22
283:*4*
**delay** 366:*5*
**delays** 62:23
**delivered**
137:*21*
**delivery**
366:*10*
**demands**
120:*1*
**demonstrate**
171:*18*
**DENISE** 1:*5*
**depend**
135:*1*
**depending**
135:*7*
213:*11*
316:*9*
**depends**
123:*19, 20,*
*25* 125:*11*
142:*20*

143:23
146:*2*
148:*20*
149:*5*
172:*17*
198:*8*
305:*11*
350:*17*
352:*17, 21*
400:*14, 17,*
*22* 401:*6*
**deplete**
104:*8*
**depleted**
104:*14*
**deponent**
11:*12* 407:*1*
**DEPONENT**
...................**40**
**7** 10:23
**deposes**
11:23
**deposing**
406:*14*
**deposition**
1:*11* 10:*8,*
*21* 11:*7*
13:*5* 14:*14,*
*16* 51:*4*
70:*1* 113:*7*
403:*16*
404:*3, 8*
406:*3, 12, 16,*
*17*
**depositions**
19:*6*
**depression**
108:*23, 24*
109:*11*
328:*1*
331:*15*
333:*20*
344:*2*

**deprivation**
110:*13*
**deps@golko**
**w.com** 1:*23*
**derivative**
169:*14*
**derived**
169:*7*
**describe**
177:*16*
227:*8, 17*
**describing**
190:*18*
338:*13*
**Description**
9:*10* 152:*4,*
*25* 153:*13*
192:*16, 25*
313:*3, 13*
391:*15*
**descriptions**
314:*19*
**descriptive**
313:*9*
**design**
144:*8*
146:*7*
147:*13, 15*
148:*2*
197:23
198:*5, 6*
205:*21*
206:*8, 10, 14*
208:*18*
209:*3*
211:*6, 13*
215:*1*
227:*18, 24*
228:*18*
308:*17*
**designs**
211:23
**despite**
197:*17, 22*

Confidential - Subject to Protective Order

199:*23*
221:*19*, 22
230:22
305:*23*
402:*10*
**detail** 39:*1*
75:*1* 87:*18*
94:*17*
137:*1*
161:*5*
173:7, *21*
212:*10*
261:*13*
342:*5*
**details**
320:*13*

**determinable**
312:*5*
**determinatio
n** 40:*2*
248:*11*
253:*4*
271:*25*
**determine**
44:2 57:7
76:*13* 77:7
78:5 92:4
93:*1*, 9
95:*14*
96:*13* 99:6
105:*10*
106:9
115:*12*
140:9, *21*
141:*8*
146:6
148:*11*
167:*13*
207:*19*
215:20
222:20
223:*15*
229:22

230:6
237:*3*
312:*4*
353:20
**determined**
58:4 146:7
243:*10*
247:*17*
252:*3*
267:*16*
270:*13*
334:20
353:*23*
**determines**
267:2
**determining**
171:2
172:*1*
334:22
**develop**
88:4 250:*19*
**developed**
47:*21* 110:6
**developing**
110:*16*
207:2

**Development**
9:*12* 17:7
76:4 97:20,
*25* 304:*14*
350:*14*
351:2 359:5
**development
al** 74:25
366:5
**DFAPA**
1:*12* 9:*15*
11:20
405:4
407:*12*
**diabetes**
75:*21*, 24
76:2

**diagnose**
82:*11*
**diagnosed**
76:24 77:9
80:20
120:23
122:*10*, *11*,
*12* 123:6, 8,
*12*, 16 124:5
126:*10*, *11*,
*12*, 15
136:22, 23
151:*17*
340:*15*
**diagnoses**
77:*13* 78:*1*
115:22
116:*16*
119:4
120:20
121:*3*
125:16, 17
126:16
127:9, 15
130:19
136:*1*
216:7
217:7
245:24
249:*12*
251:22
296:*10*
308:*21*
356:5
**diagnosis**
77:*17*
79:*11*, 15, 17,
21 83:7
113:*10*, 16
114:*11*
115:8
118:2
121:25
122:*17*, 19,

*25* 123:*24*
124:8, *23*, 24
127:*17*, 21,
*23* 128:15,
21 129:*3*, 4,
8, 20 130:*1*,
6, *25* 131:6
132:4
134:*1*, 3, 19
135:19
136:13
137:8, *14*
209:*15*
250:*21*
288:*1*, *11*
290:*13*, 20,
23 291:*18*
292:*3*, 13, 18
293:8, *10*, 17
294:*14*, 23
295:13
296:17
307:2, 8, *14*,
19, 22 308:4,
6, *11* 327:*14*
347:*19*
366:4, 5, 6
378:18
384:2
390:9, *11*
**diagnostic**
114:*18*
116:12
118:*16*, 22
120:16
121:9
122:22
155:4
251:5, 7
344:*25*
355:22
**diet** 112:7
**diets** 112:4

**differ** 81:22
83:16
225:*11*, 13
**difference**
226:2
293:*21*
306:17
307:*11*
310:13, 16,
*18* 311:2
316:9 362:2
**differences**
136:*19*
149:7
227:8, 17
228:17
306:*15*
**different**
18:*19*
33:*11*, 21
35:*10*, *11*, 15,
*23*, 24 36:*17*,
21 48:6
49:*10* 54:*3*,
5, 19 55:7, 8
56:*11* 58:2,
16 60:*15*
62:9 64:*19*
65:6 66:*12*
68:8 78:*11*
80:16
81:*15*, 20
82:4 84:*4*,
*18* 93:*18*, 20
94:22
95:*16*
107:7, 20
109:6
114:22
115:*20*
116:8, 25
117:*13*
118:*4*, 8, *13*
120:*12*

122:*13*
124:2, *6*, 11,
*25* 125:*1*, *11*,
*24* 127:*20*
132:*13*, *18*,
*22* 133:*3*
134:*8*, *16*
136:*1*
137:*4*
141:2, *14*
146:*16*, *19*
148:*3*, *18*, *19*
154:*17*
161:*19*
168:*24*
169:*16*, *24*
170:*11*
173:*25*
174:*1*, *16*
175:9, *10*, *15*,
*17*, *19* 176:*1*
177:*23*
178:*4*, *22*
188:8, *9*, *10*,
*19*, 22, 23
189:*4*, 5
194:*16*
196:*21*
200:2
201:*1*, *17*
202:*20*
205:*13*
211:8, *17*
215:8
218:*18*
225:6, *10*
226:8, 9
227:*20*
228:*11*
230:5
235:*11*
244:*23*
252:*18*
254:*19*

259:*16*
269:*24*
274:*14*
278:*4*
287:*21*
294:*19*
295:22
299:9
307:*17*
313:*14*
314:*13*, *16*
321:7
326:8, *20*
334:*13*
341:*12*
342:25
344:2
346:5
348:*15*
349:7, *17*, *19*
350:*23*
351:*3*
355:25
356:*21*
358:6
361:*21*, 22
362:7, *13*, *15*
365:*20*
370:22
377:5
384:8, *14*
388:8, *21*
392:7
397:*16*, *17*
**differential**
77:*12*, *17*
78:*1*, 25
79:*10*, *14*, *17*,
*21* 90:25
210:*17*
248:*4*, 8
249:*4*
307:5, *6*, *10*
308:8, *12*

**differentially**
304:*15*
**differs**
296:*23*
314:4
**difficulties**
94:2, *10*
338:*3*
**difficulty**
93:*24* 94:*6*
**Diplomate**
1:*16* 405:2,
*17*
**DIRECT**
12:*1*
203:*14*
261:*14*
283:*15*
291:2
301:*11*
302:*16*
345:*14*
353:*10*, *14*,
*19*, *21*
354:*18*, *21*,
*25* 355:*14*
356:*15*
383:6, 7
386:*19*
**direction**
120:*12*
141:*3*
142:*11*
145:5
188:*21*
270:*18*
296:25
**directions**
84:5, *19*
124:*11*
295:*21*
**directly**
52:*3* 104:5

259:*21*
328:*11*
329:4, *16*, 20
356:25
**disabled**
129:*24*
**disagree**
35:*19*
38:22
54:25
85:22, *24*
113:*19*
209:5
239:*17*
240:7, 9
241:*18*
247:22, *24*
249:*16*, *18*
250:*10*
262:*18*
268:*11*
269:*14*, *15*
270:*11*
271:*24*
278:22
322:*12*
377:*1*
383:*19*
384:4, *10*, 20
389:*23*
396:*17*
397:22
**disagreed**
171:7
172:*13*
228:2 250:8

**disagreement**
65:*11*
**disagrees**
39:*11*, *16*, *21*
**disappeared**
262:*14*
272:*15*

290:*24*
292:5
**disciplines**
54:*4*
**disclose**
21:*10* 22:*6*,
*20* 23:5, *13*
**disclosed**
22:*10* 23:7
**disclosion**
24:*1*
**disclosure**
21:25 24:9
**discordance**
296:*10*
**discordant**
360:4, *9*, *14*
363:2
366:*21*
388:*3*
**discovery**
186:*24*
**discredited**
111:*6*, *12*, 20
112:*12*
**discuss**
33:*20* 63:9
199:*19*
212:*12*
280:5, *19*, 20
282:*11*
**discussed**
32:*4* 111:*1*
172:7
224:*23*
342:*4*
357:*12*
374:*1*
379:*21*
380:2
**discusses**
60:2 198:*25*
**discussing**
66:*18*

Confidential - Subject to Protective Order

157:*19*
212:*13*
273:*21*
**discussion**
21:*15*
31:*16*
160:*15, 16,
18*  203:*3, 17*
217:*14*
218:*7, 18*
219:*6, 10*
223:*10*
229:*10*
231:*3*
235:*12, 22*
236:*2*
237:*6*
241:*15*
243:*17*
281:*16, 17*
333:*17*
383:*10*
389:*7*
**discussions**
31:*1, 12, 25*
32:*6*
241:*10*
242:*13*
**disentangle**
114:*22*
**Disorder**
9:*12, 18, 23*
10:*13, 18*
27:*1, 8*
94:*14*  95:*6,
21*  99:*2*
129:*23*
152:*21*
153:*1*
154:*23*
157:*25*
158:*5*
159:*4*
225:*16*

250:*19*
264:*15*
294:*16*
295:*1*
343:*14, 25*
344:*1, 19, 22,
25*  349:*22*
374:*5*
377:*20*
**disorders**
17:*11*
18:*24*
27:*13, 24*
30:*1*  60:*1*
68:*6*  86:*24*
87:*5, 13*
88:*2*  98:*6,
23, 25*  103:*2*
106:*17*
152:*15, 17*
153:*25*
154:*4, 25*
155:*3, 20*
156:*10, 19,
25*  157:*12,
19*  158:*10*
159:*5, 9*
197:*22*
219:*20*
220:*11*
227:*1*
238:*23*
337:*8, 11, 20*
338:*15, 19*
342:*6*
344:*15*
348:*21*
349:*3*
358:*12*
359:*6*
382:*14*
**disproportio
nality**
147:*25*

148:*10, 15,
24*  149:*1*
**disprove**
147:*10*
**dispute**
277:*22*
**disqualifying**
142:*3*
**disregarded**
369:*8*
**disrupted**
17:*12*
**disruption**
387:*10*
**disruptive**
120:*7*
**disruptors**
281:*8*
**distal**
347:*20*
**distinction**
89:*5*  92:*15*
**distress**
76:*18*  77:*5*
345:*1*
**DISTRICT**
1:*1*  130:*1*
320:*25*
379:*12*
**districts**
128:*18*
**dive**  64:*11*
**divided**
64:*18*
**dkatz@smith
sovik.com**
7:*7*
**dlee@btlaw.c
om**  5:*7*
**DNA**  108:*6*
**DNBC**
285:*25*
287:*25*

288:*4, 11*
290:*12, 17*
291:*10, 12*
296:*8, 14*
298:*11, 25*
299:*20*
301:*1*
302:*7, 21, 25*
303:*4*
314:*9*
317:*17, 23*
318:*8*
320:*7, 14*
321:*3, 15, 22*
324:*8*
327:*10*
328:*19*
391:*16*
394:*19*
396:*10*
398:*1*  399:*6*
**Doctor**  27:*4*
28:*20*
52:*19*
59:*13*
111:*9*
114:*7, 9*
122:*17*
127:*25*
134:*21*
135:*10*
198:*20*
218:*14*
219:*14*
226:*13*
233:*6*
234:*19*
239:*24*
243:*25*
245:*18*
256:*4*
260:*5, 17*
261:*9, 16*
262:*23*

263:*18*
264:*6*
267:*15*
269:*18*
273:*7*
284:*16*
291:*5*
297:*2*
298:*18*
299:*10*
300:*22*
310:*10*
314:*14, 18*
317:*24*
318:*10*
323:*6*
326:*7*
331:*2*
334:*5*
335:*5*
338:*23*
340:*21*
363:*4, 7*
365:*22*
367:*16, 19*
369:*18*
374:*19*
375:*23*
377:*9*
378:*3*
380:*21*
381:*1*
382:*23*
383:*8*
397:*6, 9*
399:*14*
**doctors**
30:*3, 6, 13,
15, 16, 19, 21*
38:*1, 6, 11*
56:*8*
110:*23*
111:*3, 25*
112:*17*

Confidential - Subject to Protective Order

132:*20*
241:*3, 8*
**DOCUMEN
T**  1:*5*
183:*22*
276:*16, 17,
21, 23*  277:*4*
343:*3*
386:*14*
**documentati
on**  179:*16*
**documents**
43:*8*
181:*17*
182:*1, 11, 13,
23*  183:*18*
184:*4, 9, 11,
15, 18*  185:*6,
25*  186:*1, 12,
21*  187:*19*
243:*21*
276:*16*
**doing**  18:*2*
169:*11*
178:*13, 25*
186:*23*
210:*23*
211:*16, 18*
257:*23*
284:*7*
294:*21*
306:*18*
354:*20*
355:*6*  406:*8*
**Dollar**  6:*9,
10*  7:*4*
**dollars**  22:*2,
12*
**domain**
155:*8, 9*
336:*18, 19*
337:*10, 12*
338:*8, 19*
340:*7*

348:*8, 14*
349:*7, 10*
350:*3, 5, 12,
14*  351:*6, 8*
372:*19*
373:*2*
**domains**
155:*7, 10*
156:*17*
225:*21*
227:*3*
337:*7*
343:*17, 24*
344:*6, 21*
349:*17, 18,
20*
**dosage**
325:*4*
350:*22*
352:*18, 21*
**dose**  232:*17*
233:*24*
315:*6*
317:*19*
318:*4*
322:*19*
350:*18*
352:*1*
394:*25*
398:*20*
**dose-
response**
202:*12*
232:*16*
324:*24*
325:*12*
353:*20*
369:*4*
**doses**  232:*6*
**dosing**
325:*13*
355:*5*
**dots**  262:*16*

**double**
327:*19*
85:*7*
**double-blind**
167:*25*
168:*1, 3*
**double-
blinded**
166:*19*
167:*18*
**doubling**
328:*13, 18*
**doubt**  45:*23,
25*  125:*22*
284:*6, 16*
315:*19*
**DOUGLAS**
4:*1*
**DOVEL**
2:*3*  9:*6*
15:*11, 17*
16:*4*  18:*4,
16*  21:*6, 13*
22:*4, 15*
23:*19*
24:*12*
26:*17*
27:*10, 19*
32:*15*  33:*3,
6*  35:*21*
36:*4, 15*
38:*3, 14, 21*
39:*17, 22*
40:*17*  41:*9,
23*  42:*3*
45:*1*  46:*11*
47:*12*
48:*24*  49:*4,
16*  50:*5, 12*
51:*9, 13, 16,
20, 24*  52:*2,
13, 24*  53:*21*
54:*14*  55:*4*
57:*10, 14*
67:*12*  71:*8*

73:*5*  82:*2*
85:*7*
101:*21*
105:*17*
121:*5*
125:*4*
126:*22*
128:*2*
134:*22*
137:*23*
150:*13*
152:*2*
154:*15*
155:*17*
161:*3, 14*
163:*1*
172:*15*
173:*12*
177:*14*
179:*22*
182:*15*
183:*2, 6, 12*
184:*6, 20*
185:*8, 11*
186:*3*
195:*14, 18*
197:*7*
214:*16*
220:*13, 19*
221:*2, 5*
222:*7*
223:*18*
224:*4, 8*
226:*17*
237:*22*
238:*8, 13*
241:*25*
243:*18, 20*
250:*2*
255:*11*
256:*1*
257:*8*
263:*23*
266:*10, 13*

268:*9, 15, 19*
272:*17*
275:*14*
278:*25*
279:*15*
281:*13*
282:*4*
283:*11*
284:*19*
287:*9*
288:*25*
289:*8, 15*
300:*6*
318:*17*
319:*5, 12, 20*
320:*11*
321:*4*
322:*1*
326:*1*
332:*24*
333:*5, 9*
335:*1*
354:*8*
359:*20*
360:*12*
363:*25*
364:*9*
366:*23*
374:*20*
375:*3*
377:*21*
378:*14*
379:*5, 11*
386:*12*
389:*14, 21*
390:*4, 22*
391:*11*
392:*14*
394:*2, 13*
396:*20*
397:*14*
401:*19*
402:*12*
404:*2*

**Dr**  9:*12, 15,*
*21*  10:*8*
 12:*3, 7, 10,*
*23*  13:*1*
 14:*7, 13*
 15:*5, 13, 24,*
*25*  16:*8, 9,*
*21*  17:*25*
 18:*13*  19:*3,*
*25*  21:*22*
 23:*6, 15*
 24:*20, 24*
 25:*10*
 26:*10*  27:*9,*
*15*  28:*3*
 29:*17*
 30:*15, 20*
 31:*18*
 32:*21*
 33:*25*
 34:*13*  36:*3,*
*8*  37:*20*
 38:*19*
 40:*10*  41:*8,*
*15*  42:*18*
 43:*1, 19*
 44:*12*  47:*7*
 48:*14*  49:*7*
 50:*2, 24*
 53:*2*  54:*10*
 55:*13*
 56:*12*  58:*8,*
*25*  59:*5*
 60:*11*
 61:*13, 20*
 62:*13*
 63:*17, 23*
 65:*1*  66:*4,*
*5*  67:*7, 21*
 71:*6, 15*
 73:*12*  74:*9,*
*12, 22*  75:*6,*
*14, 17*  76:*1,*
*21, 25*  77:*8*

80:*7, 20*
81:*4, 24*
82:*22*
83:*22*
84:*21*  85:*4*
86:*10, 15, 25*
87:*7, 14*
88:*7, 21, 24*
89:*6*  90:*1*
91:*5, 18*
92:*18, 20*
93:*24*
94:*13*  95:*5*
96:*15, 24*
97:*23*
99:*15*
101:*10*
102:*7, 12*
103:*6, 19*
104:*20*
105:*1*
106:*10, 22*
107:*11*
108:*15, 24*
109:*10, 22*
110:*21*
111:*24*
112:*9, 16*
113:*3, 11, 23*
114:*10*
116:*1*
117:*7*
118:*19*
121:*25*
123:*22*
124:*20*
125:*15*
126:*17*
133:*8, 25*
137:*6, 8*
138:*24*
141:*9*
143:*19*
145:*19*

147:*7, 24*
150:*23*
151:*25*
152:*19*
153:*18*
154:*14*
155:*14*
159:*21*
160:*8, 13, 24,*
*25*  161:*1, 11,*
*12, 16*  162:*6,*
*7, 9, 14, 23,*
*24*  163:*4, 11*
166:*18*
170:*4*
173:*10, 23*
174:*3, 17, 19,*
*25*  177:*3, 10,*
*25*  178:*2, 12*
179:*2*
182:*20*
183:*17*
185:*23*
186:*11*
193:*10*
194:*10, 20*
196:*8*
197:*4*
198:*5*
200:*7, 13*
201:*8, 25*
203:*6*
204:*15, 24*
205:*15*
210:*9*
212:*16*
214:*12*
216:*2*
219:*1, 16*
222:*5*
223:*14*
224:*2, 18, 22*
227:*4*
229:*12*

231:*20*
239:*2*
247:*14, 16,*
*21, 22, 24*
249:*8, 17*
250:*4, 9*
252:*2*
253:*1, 20*
254:*5*
255:*19*
257:*3, 15, 25*
258:*6*
264:*23*
265:*23*
266:*18*
267:*25*
270:*22*
276:*2, 10, 15*
277:*16*
279:*12*
280:*4*
281:*22*
282:*25*
283:*9, 25*
286:*16*
287:*19*
288:*23*
291:*6*
293:*8*
294:*3, 23*
302:*24*
304:*1*
305:*8, 25*
306:*22*
307:*12, 21*
308:*15*
312:*11*
318:*16*
319:*19, 23*
320:*4*
324:*18*
325:*15*
326:*16*
327:*1*

328:*12*
331:*7*
332:*17*
333:*8, 19*
335:*20, 24*
336:*3*
339:*12*
342:*3*
343:*2, 11*
344:*9, 18*
347:*21*
349:*9, 23*
351:*5, 11, 15,*
*20, 25*  352:*9,*
*13, 23*  353:*2,*
*9*  354:*1*
356:*11, 12*
357:*14*
358:*17, 25*
362:*12*
363:*16*
364:*15*
365:*13*
366:*12, 20*
370:*4, 12*
371:*5, 22*
372:*14*
373:*3*
376:*13*
379:*3, 16, 22*
380:*3, 10*
381:*2, 14, 15,*
*22, 23*
382:*24*
384:*16*
385:*13, 25*
389:*6*
394:*18*
395:*14*
397:*20*
398:*6*
399:*5*
401:*2, 15*
402:*19*

dragging
267:*8*, *13*
dramatically
117:*23*
132:*8*
drawing
89:*5* 92:*15*
drew 397:*23*
driven
256:*24*
drives
264:*24*, *25*
driving
263:*21*
264:*1*, *19*, *22*
265:*20*
269:*16*
299:*19*
302:*1*
drug 46:*10*
100:*15*
DSM
326:*18*
347:*13*, *15*
349:*1*, *5*
DSM-5
116:*14*
121:*14*
349:*8*
dsullivan@hs
gllp.com 3:*2*
DUANE 7:*1*
due 214:*2*
duly 11:*21*
405:*4*
duration
197:*2*
202:*11*
232:*18*
233:*24*
325:*6*
dysregulate
350:*20*

< E >
earlier 55:*2*
70:*12*
71:*25*
100:*16*
111:*2*
122:*10*
123:*7*
125:*18*
127:*7*
151:*2*
159:*15*
166:*23*
180:*12*, *15*
190:*6*
193:*16*
204:*17*
205:*8*, *19*
209:*18*
216:*6*
230:*14*
238:*25*
318:*21*
327:*11*, *25*
345:*16*
359:*8*
370:*7*
393:*17*
395:*7*
398:*23*
399:*7* 400:*1*
early 37:*3*
47:*23*
101:*25*
110:*22*
124:*7*
278:*14*
easier
111:*10*
easiest
113:*6*
East 1:*13*
2:*19* 4:*22*

5:*13* 7:*2*
11:*8*
Eastern
1:*15*
EB05 148:*7*,
*14* 166:*23*
ecological
131:*3*
eczema
96:*23*, *25*
97:*9*, *13*, *15*
98:*12*
edition 68:*3*,
*9*, *16*
editions
59:*15*
editor
64:*16*, *21*, *22*,
*25*
editorial
343:*23*
editors
64:*20* 65:*7*
67:*24* 285:*4*
education
127:*17*
130:*5*
effect 44:*6*
80:*1*, *2*
103:*18*
144:*2*, *4*, *12*
145:*16*
147:*20*, *22*
171:*10*, *12*
197:*24*
207:*21*
213:*16*
248:*7*
272:*14*
288:*10*
292:*4*
293:*10*
296:*21*
297:*10*

300:*24*
302:*8*, *13*, *23*
303:*2*
308:*9*
311:*11*
328:*8*
329:*9*, *12*
330:*24*
331:*1*, *3*, *4*,
*25* 332:*1*, *15*
365:*2*
390:*11*, *19*
391:*7*
effective
371:*1*
effectively
207:*19*
effects
149:*18*
198:*17*
207:*7*
233:*13*, *16*,
*18*, *19*
238:*21*
272:*10*
298:*5*
305:*6*, *14*, *16*,
*23* 329:*22*
330:*20*
388:*1*
390:*25*
efficacy
46:*16* 47:*5*
48:*12* 54:*8*
168:*23*
effort 70:*8*
E-Figure
261:*16*, *18*,
*20* 263:*5*, *6*
eggs 108:*2*
Einstein
153:*25*
154:*4*

either 26:*15*,
*21* 77:*4*
87:*19* 93:*3*
101:*20*
102:*9*
168:*14*
230:*19*
280:*21*
294:*21*
305:*12*
308:*4* 322:*7*
electronic
115:*9*, *21*
308:*5*
element
138:*15*
163:*21*
164:*11*
elevated
76:*8* 92:*5*
95:*12*
213:*10*, *12*
269:*16*
377:*4*
387:*5*
388:*5*, *7*
389:*2*
eliminate
112:*6*
202:*5*, *8*
ELLIS 6:*7*
EMA 53:*11*
emarlowe@c
arlsonattorne
ys.com 4:*7*
embryo
101:*20*
EMILY 4:*7*
employed
93:*2* 95:*13*
187:*13*
employee
405:*10*, *12*

Confidential - Subject to Protective Order

encapsulates 347:3
encourage 234:11, 13, 14
encouraged 233:14
ended 38:13 328:14
endless 212:7
endocannabinoid 169:18 170:2 207:1 281:5 330:21 382:1
endocrine 281:8 304:21 305:1, 12
endogenous 207:1, 3
ends 338:25
engage 217:13 218:7, 17, 24 219:9 231:2 235:12, 21 241:10
engagement 25:1
engaging 220:2
enhances 206:25
enhancing 207:2
entail 19:5
entered 192:22

entirely 141:18 143:4
environment 330:25
environmental 85:19 108:11
enzyme 207:5
epi 177:3 308:17
epidemic 114:11
epidemiologists 316:22
epidemiology 39:25 45:19 166:2 177:9 178:10, 16 222:24 240:12 242:7 279:3, 19, 22 280:20 307:25
epigenetics 382:5
Epocrates 234:25 235:16, 17, 18 236:4, 16
equal 307:13
equally 265:24
equals 145:24
Eric 1:11 9:15 11:12,

20 405:4 407:12
errata 406:6, 9, 11, 14 407:7 408:1
ERRATA...... ........................ ..........408 10:24
error 256:23
essential 17:9 234:1
Essentially 138:23 166:5 198:17 282:9 328:20 358:19 396:17
establish 92:7 144:11 145:17 223:8
established 219:22 220:12
estimate 141:16 143:2, 11 267:2, 5 268:7 297:19 352:5 390:25
estimates 114:15 125:6 188:3 202:16

203:11 266:20
et 9:12, 20 10:6, 13, 16, 20 214:8 342:19
ethical 166:7, 16 355:5
ethically 165:17
ethnic 124:1, 13
etiologic 278:14 282:13 284:2
etiology 77:21 90:14
European 10:5 53:10 274:14
evaluate 147:15 148:1 170:12 403:10
evaluated 39:25
evaluating 46:15 214:9, 14 242:6
EVAN 2:16
evan.janush @lanierlawfirm.com 2:17
event 377:8
events 101:19
eventually 66:2

ever-exposed 315:5
everybody 124:23 199:10
evidence 18:8 36:21 38:23 39:25 42:2 55:10 65:18 73:8, 19 84:4, 6 87:19, 24 105:3 106:14 109:8 112:14 141:7, 21 175:7, 10 182:2 202:15 203:10 223:20, 23, 24 259:20 279:3, 4 306:17 353:10, 15 354:18, 25 355:14 356:15 360:16 371:24 372:15 374:19, 24 375:1, 5, 21 377:24
evolve 36:25
ex 234:5
exacerbate 232:18
exact 313:17

353:*15*
354:*5*  401:*5*
**exactly**  81:*5*
103:*22*
141:*13*
313:*19*
369:*15*
395:*10*
403:*19*
**EXAMINAT**
**ION**  12:*1*,
*22*  13:*1*
394:*15*
405:*4*
**EXAMINAT**
**IONS**  9:*4*
**examine**
232:*20*
251:*4*
288:*18*
289:*24*
**examined**
290:*10*
346:*20*
**examiner**
289:*1*
**Examining**
10:*14*  12:6
254:*23, 25*
398:*13, 16*
**example**
21:*19*
23:*11*
31:*14*  34:7
37:*3*  40:*24*
54:*24*
55:*20*
59:*17*  68:*4*
72:*21*  77:8
82:*17*  83:9
100:*1*
104:6, *7*
112:*4, 7*
114:*20*

115:*3*
118:*25*
127:*21*
130:*11*
131:*2*
136:*17*
140:*15*
143:*24*
145:*3, 11*
146:*22, 23,*
*24*  147:*23*
149:6
157:9
166:*9, 11, 23*
167:*21*
168:*25*
175:*11*
200:*12*
211:*5, 11, 12*
214:*25*
215:9
234:*8, 16*
235:*23*
238:*19*
307:*8*
308:*2*
313:*21*
330:*14*
337:9
348:*19*
**examples**
253:*15*
344:*2*
**excellent**
51:*21*
212:*5*  376:*1*
**exception**
204:*10*
209:*12*
288:*3*
315:*25*
316:*12*
317:*8*
323:*18*

**exceptionally**
274:*7*
**excited**
263:*2*
**exclude**
93:*2, 6*
**Excuse**
319:*5*
**executive**
130:*10*
337:*24*
353:*7*
358:*13*
**exert**  305:*5*
**exerts**
330:*20*
390:*18*
**Exhibit**
14:*24*  15:*3,*
*9, 15*  17:*15,*
*23*  151:*20*
153:*3*
159:*10, 23*
161:*13*
171:*21*
193:*5, 9, 12,*
*15*  195:*13,*
*25*  196:*3*
205:*3*
224:*24*
226:*1*
243:*15*
253:*22*
254:*1, 7, 17,*
*22*  257:*6, 16,*
*17*  259:*8*
260:*12, 16,*
*18*  262:*24*
263:*5, 7*
270:*11*
275:*7, 23*
276:*6, 11, 15*
277:*10, 25*

286:*14*
287:*19*
288:*24*
289:*14, 19*
312:*6, 10, 13,*
*15, 18, 20*
323:*7*
327:*2*
343:*4*
356:*11*
360:*21*
361:*7*
375:*13, 18*
376:*4*
377:*2*
382:*15, 20,*
*25*  387:*18*
390:*6*
391:*12*
394:*17*
**EXHIBITS**
9:*9*  10:*21*
342:*21*
**existed**
285:*18*
**existing**
177:*17*
**exists**  106:*1*
357:*2*
**expand**
29:*15*
118:*22*
119:*14*
**expect**  46:*4*
70:6
**expected**
197:*24*
**experience**
34:*12*
399:*25*
**experiencing**
231:*25*
232:9

**experiment**
165:*11, 12*
355:*4, 10*
**experimentat**
**ion**  17:*2*
**experiments**
165:*18*
**Expert**  9:*15*
12:*11*
16:*17*  17:*4*
28:5  34:*1*
55:*22*
72:*12, 20*
151:*15*
154:*24*
155:*15, 19*
156:*21, 24*
158:*15*
231:*23*
285:*10*
287:6
304:*25*
310:*17*
311:*14*
380:*15*
395:*21*
**expertise**
27:*12*  30:7
32:*1*  33:*20*
34:*9, 21*
54:*20*
152:*25*
157:*2*
**experts**
30:6  32:9
54:*3*  72:7
379:*21*
**expires**
407:*17*
**explain**
192:*11*
250:*12, 14*
272:*7*
311:*2*

383:*14*
384:*22*
**explained**
228:*16*
331:*11*
**explanation**
198:*19*
373:*4*
**explanations**
116:*5*
**explicitly**
54:*4*
**exploding**
119:*21*
126:*9*
**Exploration**
373:*5, 7*
**explore**
235:*20*
**explored**
385:*17*
**Exploring**
10:*18*
**exposed**
64:*4* 213:*2*
292:*8*
315:*13*
324:*3, 11*
352:*24*
358:*21*
**Exposure**
9:*11, 15*
10:*1, 17*
16:*20*
17:*12*
27:*22*
28:*13* 29:*3*
30:*23*
55:*24* 60:*6*
61:*8* 63:*10,*
*15* 66:*18*
67:*18*
73:*14* 76:*9*
79:*25* 87:*8,*

*11* 88:*8, 19*
92:*8* 93:*10*
98:*1, 4, 5, 7,*
*17, 19, 20*
99:*8, 11, 16*
100:*11, 17,*
*18, 20, 22*
101:*8*
102:*13*
103:*16*
104:*12*
132:*23, 24*
133:*20, 22*
138:*22*
139:*3, 5, 6,*
*10, 11, 12, 17,*
*18* 140:*5, 10*
150:*8*
164:*15, 20,*
*21* 165:*2, 9,*
*20, 24*
166:*10, 11,*
*13* 167:*11,*
*14* 168:*22*
180:*8*
181:*11*
188:*9*
189:*23*
190:*15, 19*
191:*13*
202:*9, 11*
206:*14, 20*
211:*7*
214:*4*
215:*15, 22*
219:*18*
220:*10*
244:*11*
250:*23*
251:*9, 11, 13*
252:*11*
253:*17*
256:*24*
267:*24*

271:*14*
278:*15*
293:*2*
306:*3, 9*
313:*4*
314:*16*
315:*7, 15*
316:*16*
321:*23*
323:*19, 20*
325:*7, 23*
326:*5, 9, 24*
328:*9, 11*
329:*5, 9*
331:*4, 5*
334:*2*
336:*20*
345:*14*
350:*9, 18, 19,*
*22, 24, 25*
352:*6*
353:*19, 24*
354:*21*
356:*25*
357:*17*
359:*1, 3*
368:*17*
369:*5, 9, 12*
382:*9, 12*
385:*18*
394:*20*
399:*23*
402:*7*
**exposures**
99:*6, 8*
101:*18, 24*
102:*8*
186:*25*
250:*16*
257:*22*
316:*1, 13*
317:*9*
334:*14, 17,*

*18* 398:*3*
399:*9, 17*
**express**
400:*19*
**expressed**
70:*13* 351:*3*
**expression**
83:*21*
104:*2*
332:*15*
349:*22*
350:*7*
**extended**
131:*21*
**extent**
117:*4*
255:*8, 22*
360:*8* 389:*1*
**extra** 129:*5,*
*10, 13*
**extracted**
189:*2, 16*
**extracting**
169:*10*
**extremely**
51:*10*

**< F >**
**FAAH**
170:*1*
207:*4, 10, 14*
330:*15, 19*
**FACNP**
1:*12* 9:*15*
11:*20*
405:*4*
407:*12*
**fact** 114:*20*
118:*22*
129:*19*
148:*9*
207:*23*
240:*2*
250:*8*

256:*9*
268:*5*
273:*20*
281:*11*
282:*24*
302:*24*
305:*18*
330:*1, 9*
337:*14*
368:*25*
395:*25*
**factor**
75:*24* 76:*3*
80:*25* 82:*8*
87:*3* 89:*1*
90:*20, 21*
91:*2, 9, 14*
95:*2* 96:*3*
97:*6, 10, 18*
103:*1, 13*
106:*16*
108:*11*
121:*8*
124:*22*
139:*11*
140:*12, 22*
170:*15, 16*
171:*12*
172:*6, 7*
215:*14*
216:*12, 14,*
*15* 304:*20*
308:*16*
310:*3*
324:*17, 19*
328:*2*
350:*2, 4*
359:*4*
365:*5, 11*
366:*17*
**factors** 73:*9,*
*18* 77:*4*
78:*2* 79:*4,*
*7, 18, 24*

Confidential - Subject to Protective Order

80:*10*
81:*15, 21, 22*
82:*24*
83:*18, 20*
85:*20*
93:*22*
103:*3, 5*
104:*5, 18*
105:*5, 8*
106:*7, 23*
109:*19, 20*
116:*8*
117:*3, 6*
118:*1, 17, 20*
122:*13*
124:*2, 6, 13, 14*  136:*19*
138:*8*
140:*8*
170:*12*
172:*9*
175:*10*
194:*8*
196:*9, 21*
197:*15, 18*
198:*10*
199:*20*
200:*2, 4, 12*
201:*1*
216:*3*
223:*3*
295:*11*
304:*10, 21*
305:*1, 12*
309:*25*
311:*10, 16, 21*  329:*19*
330:*22*
331:*18*
332:*13*
333:*23, 24*
344:*8*
348:*24*

350:*6*
391:*6, 8*
**factual**
110:*9*
**fail**  406:*17*
**failure**
352:*17*
**fair**  14:*14, 15*  58:*18*
59:*11*
74:*15, 18*
75:*7, 8*
76:*6, 7*
88:*10*  91:*1*
92:*14*
105:*16*
107:*2*
125:*3*
128:*22*
139:*14*
179:*21*
229:*20*
257:*18*
313:*12*
331:*8*
**fairly**
259:*11*
260:*7*
**fall**  324:*14*
**false**  288:*25*
390:*20*
**familial**
84:*14*
198:*10*
216:*13, 15*
262:*22*
329:*19*
330:*22*
332:*13*
333:*23*
348:*24*
365:*11*
366:*16*
391:*6*

**familiar**
101:*15*
130:*14, 17*
176:*12*
194:*14*
258:*15*
285:*25*
328:*16*
334:*19*
342:*13*
371:*12*
372:*1, 4*
373:*4, 6, 9, 10*
**families**
84:*12*
98:*23*
218:*23*
236:*10*
**Family**  6:*10*
98:*24*
207:*11*
288:*5*
**far**  196:*7*
201:*7*
259:*6*
299:*21*
327:*17*
**Faraone**
113:*23*
246:*2, 4, 12*
247:*14, 19, 22, 24*  249:*8, 17*
**Faraone's**
246:*7*
250:*9*
255:*19*
**fashion**
115:*1, 17*
211:*24*
**fat**  99:*24*
**father**  108:*1*

**FDA**  39:*20, 24*  40:*12, 19, 21*  41:*17*
42:*1, 7*
44:*5, 14, 20*
45:*4, 16, 20, 23, 25*  46:*12, 14, 21*  47:*1, 8, 13, 23*
48:*2*
**FDA's**  45:*9*
46:*9*
**feature**
336:*19, 23*
337:*25*
338:*7, 19*
340:*5, 8, 9, 15*  347:*8*
**features**
313:*15*
337:*17*
348:*22*
356:*8, 23*
**February**
174:*7, 10*
243:*3, 5*
**federal**
155:*24*
183:*13*
185:*17*
320:*25*
**feel**  112:*3*
240:*23*
314:*18*
**fellowship**
154:*2*
**felt**  334:*16*
**female**
125:*21*
**Ferber**
111:*17, 22*
**fetal**  55:*22, 23*  97:*20*

207:*2*
362:*9*  368:*1*
**fetus**
100:*12*
109:*4*
218:*21*
353:*1*
355:*2*
357:*7*
358:*20*
368:*12, 16*
**fever**  86:*16, 20, 21*
168:*16*
196:*25*
234:*16*
**field**  114:*14*
373:*7*
**fifth**  313:*2*
**figure**
90:*14*
131:*2*
167:*12*
264:*13*
269:*5*
301:*12*
316:*24*
342:*1*
369:*15*
**figured**
395:*22*
**figures**
69:*17*
132:*6, 9, 10*
262:*8*
**filed**  13:*9*
**fill**  57:*8*
395:*8*
**filled**  391:*21*
**filling**  57:*11*
**final**  212:*17*
255:*4*
**financially**
405:*12*

**find** 43:6
48:*21*  66:*5*
144:*18*
145:22
192:24
197:*16*
200:*3*
202:*12*
233:9
250:6
379:*16, 18,*
*23*  380:*5*
385:*24*
402:*18*
**finding**
107:*4, 5*
118:*13*
123:*13*
193:2
252:20
270:6
306:*12*
309:*15*
325:*12, 13*
365:15, 17
380:*10*
384:*13*
385:*1*
**findings**
25:*24*
140:*16*
188:22
199:*3, 23*
200:*4*
209:*11*
212:*14*
213:*21*
255:*1*
269:*21*
272:20
280:*21*
295:20, 23
306:*12*
307:*16, 18*

365:*20*
366:*21*
367:7, *10*
383:*11*
384:*7, 11*
385:22
**fine**  159:*19*
268:*14*
299:*5*
386:9
397:*11*
**finer**  98:*9*
100:*8*
**finish**  51:*25*
199:*4*
268:20
349:*25*
**finished**
319:*15*
**Firm**  1:*13*
2:*16*  4:*5*
**first**  11:*21*
12:9  28:*3*
29:*18*  33:*1*
70:*18*
71:20  72:*4*
78:*7*
101:*18*
102:8
160:*12, 20*
173:2
174:*3*
176:20
190:*3, 12*
195:12
197:*13*
204:*1*
205:7
243:9
244:*10*
256:19
270:*14*
276:*21, 22*
278:*12, 17*

279:9
281:20
282:*10, 21*
283:*13*
284:*1, 3, 17*
290:*17*
291:*4*
292:6
293:*3*
312:*18*
314:7
325:*3*
348:*13*
376:*11*
391:*21*
392:8, *16*
**fit**  359:*17*
362:23
**fits**  311:20
**five**  41:*16*
119:5
134:2, *4, 6*
135:*14*
176:23
202:23
225:9
263:*14*
276:25
369:*17*
**five-minute**
275:*13*
**flat**  113:*18*
**Floor**  2:*19*
5:*19*  7:*18*
**Flower**  7:*18*
**fluid**  234:9
**focus**
153:*15*
340:22
**FOERSTER**
6:*15*
**follow**
78:*14*
166:*12*

167:*11*
168:*16*
**followed**
326:*18*
**following**
130:*19*
133:*25*
**follows**
11:*25*
105:*17*
121:5
**follow-up**
122:*4*
185:*25*
196:*25*
202:*11*
251:*1, 16*
252:*21*
267:*24*
**footnote**
272:*14*
**foregoing**
405:7  407:*4*
**forest**
187:22
188:*1, 5, 10*
**forget**  399:*5*
**Form**  15:*11,*
*17*  16:*4*
18:*4, 16*
21:*6, 13*
22:*4, 15*
23:*19*
24:*12*
26:*17*
27:*10, 19*
32:*16*  33:*6,*
*7*  35:*21*
36:*4, 15*
38:*3, 14, 21*
39:*17, 22*
40:*17*  41:*9,*
*23*  42:*3*
45:*1*  46:*11*
47:*12*  49:*4,*
*16*  50:*5, 12*

52:24
53:*21*
54:*14*  55:*4*
67:*12*
72:*10*  73:*5*
82:2  85:*7*
101:*21*
105:*17*
121:5
125:*4*
126:22
128:2
134:22
152:2
154:*15*
155:*17*
161:*3, 14*
163:*1*
172:*15*
173:*12*
177:*14*
179:22
184:6
214:16
222:9
223:*18*
226:*19*
237:22
238:*13*
241:25
250:2
256:*1*
257:8
263:23
268:9
272:*17*
278:25
279:*15*
281:*13*
282:6
283:*11*
284:*19*
287:9
300:6

320:*11*
321:*4*
322:*1*
326:*1*
354:*8*
359:*20*
360:*12*
366:*23*
374:*20*
375:*3*
377:*21*
378:*14*
389:*13, 20*
390:*1, 13*
391:*3, 22*
392:*5*
393:*13*
394:*11*
395:*8, 9, 11*
396:*20*
401:*19*
402:*12*
407:*6*
**formed**
65:*19*
242:*9, 17*
360:*15*
**forms** 49:*20*
82:*15*
83:*12, 19*
104:*7*
124:*10*
148:*4*
**forth** 405:*8*
**forward**
109:*18*
**found** 90:*16*
181:*10*
189:*24*
244:*12*
267:*20*
272:*1*
295:*5*

359:*11*
380:*18*
**foundation**
13:*20*
154:*8*
255:*12*
**foundational**
321:*16*
**four** 99:*11,
12* 202:*23*
263:*14*
321:*23, 24*
391:*24*
392:*20*
395:*13*
399:*8*
**fourth**
261:*15*
**FOX** 2:*8*
**Fragile**
82:*15, 25*
83:*13*
**fraudulent**
319:*16*
**freaking**
219:*8*
**free** 52:*11,
13* 314:*18*
**frequent**
115:*2*
**frequently**
175:*6*
**front** 17:*15*
153:*3*
159:*16, 22*
193:*11*
254:*6*
258:*8*
260:*17*
261:*20*
264:*8*
312:*12, 15*
323:*12*
343:*3*

361:*6*
376:*5*
382:*25*
391:*17*
**frontolimbic**
338:*14*
353:*6*

**frontostriatal**
338:*13*
353:*5*
**full** 92:*22,
24* 104:*2*
105:*2*
316:*24*
350:*7*
**fully** 80:*25*
**function**
130:*11*
337:*24*
358:*13*
**functional**
76:*18*
353:*18, 22*
354:*13*
357:*3*
**functioning**
77:*6* 345:*2*
**functions**
206:*24*
**function-
type** 353:*7*
**fundamental**
152:*16*
155:*2*
**fundamentall
y** 153:*12*
156:*1, 18*
**funded** 40:*8*
42:*16*
**funds**
308:*20*
**funny**
319:*17*

**further**
44:*14*
90:*12*
134:*20*
214:*9, 14*
232:*18*
377:*25*
385:*9, 16*
386:*10*
394:*13*
403:*25*
405:*5, 10*
**future** 61:*2*
69:*2*

**< G >**
**gain** 146:*6*
**gambling**
152:*16*
156:*7, 9*
157:*10, 12*
158:*11*
**GASP**
302:*21*
**GASPII**
316:*7*
322:*7*
324:*10*
**gather** 73:*1*
**gauge**
281:*24*
**gender**
120:*5*
304:*19*
305:*17, 18,
20, 24*
306:*19*
**gene** 305:*14*
330:*25*
**gene-by-
environment**
329:*14*
330:*2*

**General** 7:*4*
62:*18*
63:*12*
101:*18*
124:*21*
144:*19*
145:*23*
220:*20*
**generally**
38:*20*
143:*5, 10*
144:*17*
145:*21*
147:*5, 9*
187:*7* 227:*7*
**Generation**
324:*10*
**genetic**
77:*10* 82:*8*
83:*1, 6, 10*
84:*8, 14*
85:*16* 86:*5,
6* 108:*13*
194:*8*
196:*9*
198:*10*
199:*20*
207:*6, 11, 14*
216:*3, 12*
262:*13*
295:*7, 11*
305:*15*
328:*6, 25*
329:*3, 19, 22*
330:*17, 18,
22* 331:*6*
332:*13*
347:*17*
365:*10*
366:*17*
390:*16, 17*
391:*6*
**genetics**
84:*1* 85:*6*

Confidential - Subject to Protective Order

| | | | | |
|---|---|---|---|---|
| 196:*15* | 198:*18* | 150:*13* | 70:*4* 71:*10* | 325:*21* |
| 198:*24* | 237:*11* | 188:*11* | 73:*22* | 327:*10* |
| 262:*21* | 238:*10* | 196:*4* | 78:*21* | 342:*25* |
| **genuinely** | 239:*18* | 197:*5, 8* | 79:*16* | 360:*2* |
| 116:*3* | 290:*3* | 199:*7, 9* | 86:*10* | 369:*16* |
| **gestational** | 371:*3* | 210:*11* | 89:*16* | 375:*17* |
| 391:*25* | 390:*20* | 212:*17* | 96:*17* | 379:*14* |
| **getting** | **given** 88:*11* | 224:*8* | 99:*17* | 382:*22* |
| 31:*13* | 125:*2* | 234:*25* | 100:*12* | 383:*5, 7* |
| 127:*16, 22* | 126:*16* | 236:*15* | 106:*20* | 391:*15* |
| 166:*22* | 145:*22* | 237:*2, 16* | 111:*10* | 402:*18* |
| 213:*14* | 184:*19* | 243:*20* | 122:*5, 9, 11,* | 403:*15* |
| 223:*5* | 236:*12* | 246:*14* | *12* 123:*6, 8,* | **gold** 308:*10* |
| 238:*8* | 298:*3* | 250:*14, 19* | *11* 126:*11* | |
| 240:*19* | 301:*21* | 259:*7* | 137:*20, 23,* | **GOLDBERG** |
| 270:*15* | 327:*5* | 261:*18* | *25* 138:*3, 4* | 3:*1* |
| 291:*17* | 344:*24* | 263:*16* | 146:*18* | **GOLKOW** |
| 293:*20* | 392:*19* | 264:*2, 10* | 151:*23* | 1:*21* 8:*2* |
| 295:*22* | 407:*5* | 273:*3* | 153:*8* | 11:*4* |
| 308:*3* | **gives** | 295:*13* | 159:*16, 17* | **Good** 12:*3,* |
| 313:*25* | 120:*13* | 299:*24* | 180:*20* | *4* 68:*2* |
| 325:*16* | 144:*22* | 321:*3* | 181:*14* | 106:*14* |
| **girls** 122:*12* | **giving** | 322:*15* | 182:*16* | 109:*4, 22* |
| 123:*8* | 230:*15* | 333:*7* | 183:*2, 5, 7, 9* | 114:*12, 13* |
| 290:*15* | 339:*5* | 337:*22* | 185:*13* | 122:*2* |
| 291:*20* | **glad** 253:*6* | 341:*15* | 186:*8* | 123:*11, 15* |
| 292:*4* | 287:*11* | 358:*16* | 190:*11* | 136:*14* |
| 293:*12, 18* | 335:*9* | 367:*2* | 193:*8* | 147:*12* |
| 296:*18* | **glutathione** | 374:*4* | 195:*18, 20* | 153:*13* |
| 304:*4, 8, 11,* | 104:*9* | 380:*8* | 197:*7* | 198:*6* |
| *16* 305:*9* | 375:*7* | 396:*6* | 204:*24* | 210:*23* |
| 306:*13, 18* | 383:*13* | 399:*14* | 224:*4* | 215:*12* |
| 309:*5, 7, 8,* | 387:*6, 11* | 402:*18* | 236:*15* | 228:*6* |
| *18* 310:*13,* | **gluten** | **goal** 147:*10* | 250:*11* | 236:*7* |
| *16, 19* | 112:*3, 10* | **goes** 263:*15,* | 258:*22* | 277:*16* |
| **give** 51:*5* | **glycine** | *17* 303:*24* | 265:*9* | 295:*21* |
| 52:*11, 13* | 383:*23* | 310:*24* | 274:*16* | 307:*15* |
| 81:*25* 82:*3* | 387:*6* | 375:*12* | 275:*6, 9, 10* | 308:*21* |
| 99:*21* | **go** 31:*10* | **going** 15:*2* | 276:*6* | 319:*21* |
| 145:*18* | 43:*3* 50:*23* | 16:*10, 12* | 286:*18* | 355:*9* |
| 146:*9, 18* | 51:*24* 57:*6* | 50:*23* 51:*2,* | 303:*9, 15* | **gotcha** |
| 165:*5* | 58:*20* 83:*1* | *5* 52:*14* | 308:*17* | 341:*10, 23* |
| 168:*14* | 118:*19* | 57:*3, 10* | 312:*9* | |
| 178:*21* | 129:*17* | 66:*5* 68:*24* | 318:*20* | |

**gotten**
155:*24*
158:*5*, *24*
**grabbed**
194:*12*
**Grand** 4:*2*
**grants** 23:*3*
155:*24*, *25*
158:*4*, *6*, *7*, *9*,
*24*, *25* 159:*1*,
*3*, *5*
**great**
138:*14*
139:*1*
163:*21*
164:*10*, *18*
165:*6*
202:*18*
212:*3*
307:*17*
342:*4*
**greater**
104:*1*
114:*19*
142:*22*
143:*22*
144:*14*, *24*
145:*7*
146:*10*
384:*1*
**greatly**
121:*3*
**GREG** 2:*3*
**greg@dovel.c**
**om** 2:*4*
**group**
53:*13*
124:*1*
229:*22*
274:*7*, *12*
309:*9*
348:*21*
**groupings**
64:*19*

**groups**
46:*13*
327:*17*
**grows**
204:*13*
**Guaynabo**
3:*22*
**GUERRA**
3:*17*
**guess** 19:*13*
80:*24*
89:*21*
98:*15*
102:*11*
105:*18*
108:*11*
119:*19*
122:*8*
133:*16*
134:*14*
149:*24*
154:*16*
168:*8*
189:*13*
193:*21*
203:*25*
213:*14*
221:*11*
225:*5*, *8*
226:*10*
227:*21*
228:*25*
264:*13*
271:*9*
290:*14*
302:*5*
305:*11*
311:*8*
324:*6*
325:*8*
326:*2*, *8*
355:*8*, *20*
357:*22*
359:*21*

372:*2*, *10*, *17*
375:*19*
380:*7*
392:*12*
401:*20*
403:*15*
**guide**
161:*22*, *25*
173:*24*
174:*17*, *20*,
*24* 175:*5*, *23*
176:*10*, *18*,
*20* 177:*19*,
*22* 178:*7*
179:*3*
**guidelines**
43:*15* 54:*9*
55:*24*
175:*12*
241:*7*
400:*23*
**guys** 137:*17*
**Gynecologist**
**s** 34:*18*
35:*6*, *18*
39:*11* 240:*1*
**gynecology**
34:*22* 35:*1*

**< H >**
**HAIGHT**
7:*14*
**HAILEY**
3:*18*
**half** 285:*12*
293:*23*
298:*15*
310:*24*
314:*20*
**half-life**
100:*10*, *15*
**halfway**
203:*8*, *20*
212:*22*

**hand** 31:*2*
32:*2* 56:*1*
63:*4* 86:*3*
206:*18*
220:*5*
248:*3*
259:*22*
**handed**
14:*17* 15:*5*
276:*9*
**handle**
295:*10*
**Hang** 290:*9*
**happen**
14:*12*
68:*10*, *12*
251:*25*
334:*3*
**happened**
14:*12*
132:*3*, *14*
288:*10*
**happening**
214:*25*
**happens**
67:*23*
108:*4*
146:*15*
207:*24*
262:*10*
**happy**
259:*9* 378:*7*
**hard** 58:*24*
95:*18*
165:*7* 312:*3*
**harder**
165:*17*
**harmful**
240:*24*
**hazard**
167:*13*
**HEACOX**
2:*17* 137:*20*

**head** 86:*14*
100:*19*
131:*25*
287:*14*
**Health** 5:*21*
249:*11*
327:*19*
328:*1*, *15*
329:*7*
330:*5*, *8*, *9*,
*13*, *16*
332:*11*, *14*
**heard** 50:*7*
98:*11*
174:*23*
175:*1*
**he'd** 319:*14*
**held** 1:*12*
11:*8* 29:*7*,
*14* 37:*18*
38:*5*, *6*, *8*, *11*
156:*20*, *23*
**help** 76:*16*
141:*8*
288:*19*
333:*4* 363:*4*
**helpful**
378:*12*
**helps** 178:*23*
**hereinbefore**
405:*8*
**heritability**
85:*16*, *20*
86:*5*, *7*

**heterogeneity**
83:*14*
202:*15*, *19*
203:*11*
204:*11*
205:*10*
208:*20*
209:*7*
214:*3*

224:*23, 25*
225:*3, 5, 20*
226:*2, 12, 15, 16, 24* 227:*2, 7, 15, 22, 23, 25* 228:*3, 11, 15* 229:*3, 9*
**heterogeneous** 230:*6*
349:*16*

**heterogenous**
229:*23*
**Hey** 73:*21*
333:*2*
**hierarchy**
175:*14*
**high** 46:*8*
123:*10*
214:*3*
234:*16*
295:*2, 17*
297:*18*
299:*23*
**higher**
86:*20*
100:*25*
101:*25*
103:*25*
122:*4*
126:*25*
264:*21*
304:*7*
378:*16, 21*
385:*11*
388:*16*
**higher-functioning**
123:*15*
**highlighting**
343:*16*
**highlights**
60:*3*

**highly**
333:*20*
**high-risk**
33:*14, 16*
**Highway**
4:*8*
**Hill** 71:*1, 7, 16, 23* 73:*9, 18* 87:*22*
91:*20*
138:*7*
139:*21*
160:*8*
162:*19*
163:*6*
165:*8*
178:*5, 11, 13, 17, 24* 179:*1, 10* 242:*8, 17, 22* 243:*6*
310:*1*
**Hills** 7:*13*

**Hippocampal**
9:*11*

**hippocampus**
17:*5, 8*
**Hippocrates**
235:*15*
**history**
36:*19* 46:*19*
**hits** 103:*24, 25*
**hold** 29:*18*
30:*22*
68:*20*
151:*14*
154:*21*
155:*14*
361:*1*
**holds** 18:*7*
85:*4*

**Hollander**
1:*12* 9:*12, 15* 10:*8*
11:*13, 20*
12:*3* 14:*24*
15:*5, 13, 24*
16:*9, 21*
18:*13* 19:*3, 25* 21:*22*
23:*6, 15*
24:*20, 24*
25:*10*
26:*10* 27:*9, 15* 28:*3*
29:*17*
30:*15, 20*
31:*18*
32:*21*
33:*25*
34:*13* 36:*3, 8* 37:*20*
38:*19*
40:*10* 41:*8, 15* 42:*18*
43:*1, 19*
44:*12* 47:*7*
48:*14* 49:*7*
50:*2, 24*
53:*2* 54:*10*
55:*13*
56:*12* 58:*8, 25* 59:*5*
60:*11*
61:*13, 20*
63:*17, 23*
65:*1* 66:*4, 5* 67:*7, 21*
68:*17* 71:*6, 15* 73:*12*
74:*9, 12, 22*
75:*6, 14, 17*
76:*1, 21, 25*
77:*8* 80:*7, 20* 81:*4, 24*

82:*22*
83:*22*
84:*21*
86:*10, 15, 25*
87:*7, 14*
88:*7, 21, 24*
89:*6* 90:*1*
91:*5, 18*
92:*18, 20*
93:*24*
94:*13* 95:*5*
96:*15, 24*
97:*23*
99:*15*
101:*10*
102:*12*
103:*6, 19*
104:*20*
105:*1*
106:*10, 22*
107:*11*
108:*15, 24*
109:*10, 22*
110:*21*
111:*24*
112:*9, 16*
113:*3, 11*
114:*10*
116:*1*
117:*7*
118:*19*
121:*25*
123:*22*
124:*20*
125:*15*
126:*17*
133:*8, 25*
137:*6, 8*
138:*24*
141:*9*
143:*19*
145:*19*
147:*7, 24*
150:*23*

151:*20, 25*
152:*19*
153:*18*
154:*14*
155:*14*
159:*10, 21*
161:*1, 11*
162:*6, 23*
166:*18*
170:*4*
173:*10*
174:*3, 19*
177:*25*
182:*20*
183:*17*
185:*23*
186:*11*
193:*5, 10*
194:*10*
195:*25*
196:*8*
197:*4*
198:*5*
200:*7, 13*
201:*8, 25*
203:*6*
204:*15, 24*
205:*15*
210:*9*
212:*16*
214:*12*
216:*2*
219:*1, 16*
222:*5*
223:*14*
224:*2, 18, 22*
227:*4*
229:*12*
231:*20*
239:*2*
247:*16, 21*
250:*4*
252:*2*
253:*1, 20, 22*

254:5
257:3, 15, 25
258:6
260:12
264:23
265:23
266:18
267:25
270:22
275:23
276:2, 15
279:12
281:22
282:25
283:9, 25
288:23
291:6
293:8
294:23
302:24
304:1
305:8, 25
306:22
307:12, 21
308:15
312:6, 11
318:16
319:19, 23
320:4
324:18
325:15
326:16
327:1
328:12
331:7
332:17
333:8, 19
335:20, 24
336:3
339:12
342:3, 21
343:2, 11
344:9, 18
347:21

349:9, 23
351:5, 11, 15,
20, 25  352:9,
13, 23  353:2,
9  354:1
356:11
358:17, 25
360:21
362:12
363:16
364:15
365:13
366:12, 20
370:4, 12
371:5, 22
372:14
373:3
375:13
376:13
379:3, 16
380:10
381:22, 23
382:15, 24
384:16
385:13, 25
394:18
395:14
397:20
398:6
399:5
401:2, 15
402:19
405:4
407:12
**Hollander's**
62:13
**HOLWELL**
3:1
**homeostasis**
387:10

**homogeneous**
229:23

**homogenous**
230:7
**hormonal**
311:20
**hospital**
288:1, 11
290:13, 19,
23  291:18
292:3, 13, 17
293:8, 10, 17
294:14, 23
295:16
296:10, 17
307:7, 19
**hospital-
based**
295:12
**host**  153:22
**hour**  69:14
70:3  73:22
257:5
275:10
**hourly** 69:7,
10, 12, 13
**hours**  61:18
69:23  70:7
100:10
368:11
**Houston**
2:12
**huge**
198:16
295:9
**Huh**  341:15,
17
**human**
25:25
26:13, 14
27:17  41:4
70:24
165:23
353:10, 14
354:18, 25
355:12, 14

375:2, 5
380:6
**humans**
27:25
165:18
371:4
**hundreds**
22:1, 12
**hurdles**
129:16
**hwatts@watt
sguerra.com**
3:19
**hyperactive**
119:22
122:8
340:10
**Hyperactivit
y**  9:17, 23
10:4, 12
27:1  120:8
155:9
225:15
336:6, 7, 18,
21, 22  337:9
338:6, 18
339:8, 15, 21
340:1, 14
347:9, 21, 24
348:10
349:11, 13
353:24
358:15
**hyperactivity
/impulsivity**
339:9
340:7, 17

**hypertension**
94:19, 21
**hypertensive**
94:14  95:6,
21

**hypoactivity**
353:25
**hypotheses**
107:8
**hypothesis**
109:17
147:11
187:3, 12
373:24
383:12
384:22
385:21, 23

**hypothesized**
384:9, 12, 15

**< I >**
**ibuprofen**
132:20
166:11
167:21
233:12
234:4, 7
235:23, 24
236:21
**idea**  14:12
68:11
85:25
108:10
112:19
116:14
124:8
127:12
130:14
131:23
176:24
215:12
308:21
311:20
325:11
337:6  395:4
**identical**
136:3

identification
14:25
151:21
159:11
193:6
196:1
253:23
260:13
275:24
312:7
342:22
360:22
375:14
382:16
identified
120:2
identify
17:5  76:22
77:1, 3
120:22
140:4
187:22
identifying
277:17
idiopathic
81:14
IEPs  130:5
III  4:13
Illinois  1:17
3:13  405:19
illness  78:4
83:19
109:3
120:3  271:7
imagine
136:2
imaging
355:6
imbalance
126:19
immediate
68:25

immediately
335:7
immune
97:1, 2, 5
Impact
9:11  91:14
103:3
104:12
128:15
130:21
132:14
134:18
207:11
269:15
300:13
334:1
350:19, 20
360:9
381:25
impacted
338:15
impacting
103:18
350:12
impair  77:6
353:4
impairing
353:15
impairment
76:19
337:21
372:19, 22
imperative
406:13
Implications
212:18
implying
97:15
importance
258:4
important
40:3  63:11
67:9, 15
73:7  76:16,

19  93:5
132:19
140:4, 8, 19,
22  143:15
144:3, 11, 22
145:9
148:14
158:13
172:21
220:5
235:8
250:7
253:2
257:6
301:5
321:11, 20
342:7, 18
345:12
352:1, 2, 3
369:1
370:24
371:3
376:22
382:1, 4, 6
Importantly
189:22
impossible
166:8
207:18
improper
186:8
impulse
152:15, 17
154:25
155:3, 4
156:10, 18,
24  157:12,
19  158:10
159:5
impulsive
119:22
122:9  159:9
impulsivity
152:14, 18

153:11
154:25
155:2, 9, 10,
25  156:6, 16,
24  158:3, 14,
16  337:16,
18  338:5, 7,
9, 12  340:4
358:14
impulsivity/h
yperactivity
338:8  353:8
inappropriat
e  199:18
inattention
155:8
340:19
inattentive
119:18
122:10
127:4
340:13
include
22:1  41:19
48:8  50:15
145:10
178:3, 5
256:12
272:13
281:15
295:9
301:12
312:23
339:9
349:2, 17
363:20
365:14
included
49:11, 24
63:4  195:4
201:6
208:17
209:22
256:11

277:23
279:18
317:2, 3
321:14
361:3
362:21
391:22
393:10
394:4
398:4
401:16
includes
69:21
346:12
395:9
including
27:24
43:23
79:19
86:23
106:17
119:5
120:12
161:21
201:18
202:10
210:4
242:6
281:4
325:1  342:7
inconclusive
278:15
282:1, 25
283:3  284:3
inconsistenci
es  320:6
inconsistent
319:25
387:14
398:17
incorporate
44:10  47:1
71:3

Confidential - Subject to Protective Order

240:*12*
247:*10*

**incorporated**
47:*18*  54:*16*
**incorporates**
178:*6*
**incorporating**
g  15:*18*
41:*3*
**incorrect**
169:*4*
321:*6*
396:*25*
**incorrectly**
397:*12*
**increase**
77:*5*  86:*22*
91:*9, 11*
95:*7*  114:*4,*
*15*  117:*2, 4,*
*24, 25*  118:*6*
120:*18, 19*
213:*1*
304:*10*
371:*23*
372:*14*
**increased**
47:*10*  60:*5*
61:*8*  88:*2*
89:*2, 22*
90:*2*  94:*3,*
*11*  95:*3*
110:*15*
114:*19*
117:*22*
118:*14*
121:*3*
128:*19*
197:*21*
228:*13, 24*
232:*14*
240:*21*
256:*21*

292:*11*
293:*11*
303:*20*
333:*21*
385:*8*
386:*5*
387:*12*
**increases**
87:*3, 12*
92:*2*  96:*3*
99:*1*
114:*21*
115:*20*
**increasing**
97:*6*
106:*16*
113:*13, 17*
115:*15*
125:*17*
127:*9*
232:*17, 18*
383:*23*
**independent**
104:*17*
162:*18*
168:*7*
251:*11*
252:*1*
**INDEX**  9:*1*
183:*1, 5, 10*
**Indiana**  5:*3*
**Indianapolis**
5:*3*
**indicate**
212:*23, 25*
392:*1*  393:*8*
**indicated**
208:*20*
209:*6*
237:*18, 20*
238:*16*
**indirect**
101:*3*

**individual**
72:*15, 18*
80:*19*  81:*1,*
*3, 22, 23*
116:*16*
130:*4*
141:*25*
142:*4*
149:*7*
162:*11*
178:*10, 23*
189:*2*
194:*16*
195:*9, 11*
202:*24*
211:*2, 14*
222:*16, 24*
227:*24*
236:*3*
268:*8*
303:*12*
**individuals**
30:*9*  31:*2*
32:*1, 8*
34:*7, 11*
38:*25*
54:*18*  56:*7*
80:*12*
81:*17*
82:*19*
119:*10, 20*
120:*23*
122:*5, 9*
123:*10*
124:*9*
149:*25*
167:*12*
207:*8*
250:*19*
332:*2*
336:*22*
338:*2*
388:*10*

**inflammation**
97:*9*
**inflammatory**  97:*2, 3*
112:*5, 20*
**influence**
16:*2*  80:*1*
105:*6, 8*
108:*12*
122:*14*
124:*3*
133:*5*
262:*13, 25*
265:*1, 4*
305:*13*
333:*24*
**influenced**
132:*23*
133:*18*
145:*14*
146:*3*
250:*22*
251:*10*
266:*24*
334:*12*
**influenced-cause**
368:*13*
**influences**
36:*23*
328:*11*
365:*11*
**influencing**
252:*10, 25*
**inform**
25:*22*  45:*5*
132:*1*
178:*7, 23*
232:*13*
233:*21*
241:*9*  279:*4*
**information**
16:*19*

33:*11*
44:*16*
45:*11, 17, 24*
46:*2, 5, 9, 15,*
*21, 24*  47:*2,*
*16*  63:*2, 4*
71:*3, 10, 13,*
*22*  72:*6, 8*
73:*1, 13*
144:*7, 8, 13,*
*23*  145:*9*
146:*5*
149:*20, 23*
150:*4, 6*
152:*13*
162:*2, 20*
163:*3*
168:*5*
173:*20, 21*
174:*14*
175:*18*
178:*18*
211:*7*
218:*24*
219:*12*
220:*6*
232:*14*
241:*12, 15*
247:*5*
283:*19*
317:*2*
320:*16*
356:*3, 6*
380:*24*
390:*20*
392:*2*
**informative**
188:*17*
189:*9*
219:*10*
364:*25*
366:*13*
**informed**
218:*21*

Confidential - Subject to Protective Order

informs
56:7  107:8
142:16
inherent
216:18
inhibitor
170:1
206:25
initial  13:24
14:2  28:9,
12, 16, 17, 21
29:1, 6, 10,
19  71:16, 25
72:12
160:19
191:19, 24
231:23
242:19, 23
273:10
284:9
285:9
342:5
380:16, 20
initially
37:13
injected
99:25
INMA
316:8
324:11
insert  43:10
47:14  54:9
222:7
226:17
266:10
inserts
221:12
inspection
221:10
institution
258:16, 19,
21
INSTRUCTI
ONS  406:1

insufficient
146:8
intake
230:16
integrated
62:21
integrating
176:2
intended
202:5
intending
29:2
intention
182:9
interact
104:5
interaction
330:2
interactions
21:17
329:15
interest
22:7, 20
23:14
33:15
225:22
285:5  383:6
interested
79:6, 7
132:10
147:20
405:12
interesting
84:3, 17
107:4, 6, 25
108:10
377:15, 16
385:1
interfered
345:1
interference
354:19
interferes
355:1  391:9

internal
182:10
188:2
internally
398:18
interpret
88:14
146:11
148:5
206:17
227:12
229:15
230:12
397:1  403:9
interpretatio
n  378:25
394:19
396:24
interpreted
203:9
332:3  398:6
interpreting
146:11
283:9
interrupt
51:14, 17
117:15
205:16
interrupting
319:10
Interstate
4:8
interval
141:18, 25
142:5, 24
143:4
292:23
302:15, 21,
23
intervals
115:2, 5, 11,
18  118:12
140:15, 24
141:10, 12,

23  172:9
188:4, 7, 19
189:4, 15
204:8
267:6
302:15
intervene
77:7
interview
314:10
intravenous
40:25
introduce
284:10
introduced
308:10
introducing
283:6
284:25
introduction
284:10
invade
182:16
183:3
investigation
214:9, 14
investigation
s  25:23
26:20
investigator
26:8
investigators
25:21
involved
17:9  18:21
19:7, 9
25:4  155:1
169:15
175:4, 12
176:8
184:2
186:25
356:7
383:13

involving
380:5
IQ  123:10
351:5, 8
irrelevant
402:9
irritability
120:8
issue  19:14
20:1, 5
42:25  47:2
60:20, 25
61:3, 6
62:17  63:9
66:9, 14
73:18  75:4
97:14, 18
120:4, 5
139:18
149:11
168:12
199:1
203:25
233:7
248:3, 7
254:24
257:11, 21
259:23
269:25
270:2
271:6
282:11, 13
283:7
295:5
299:25
300:11
326:3, 22
328:5, 21, 24
329:2, 15
332:12
346:21
355:4
365:9
366:8

374:*11*
390:*15*
401:*21*
**issued** 14:*9*
28:*9* 35:*10*
40:*21*
42:*24*
43:*10*
69:*25*
71:*25*
191:*19*
**issues** 23:*11*
33:*15* 34:*4*
37:*5* 47:*20*
62:*9* 66:*18*
106:*3*
119:*17*
136:*16*
147:*14*
153:*11*
166:*16*
215:*8*
279:*24*
327:*19*
330:*5, 8, 13*
337:*23*
338:*1*
355:*5*
363:*22*
**issuing**
160:*19*
**its** 161:*2*
163:*5*
258:*4*
301:*10*
305:*5*
330:*20*
390:*18*
394:*4*
396:*24*

**< J >**
**J.J** 3:*12*

**JACKIE**
7:*22*
**JAMES**
4:*19*
**January**
43:*15*
**JANUSH**
2:*16*
**Jersey** 1:*20*
5:*14* 405:*21*
**JESSICA**
5:*12*
**jessica.brenn**
**an@btlaw.co**
**m** 5:*13*
**Ji** 10:*13*
180:*3, 12, 15,*
*22* 345:*8, 9,*
*16, 19* 346:*3*
347:*3*
359:*8, 11*
360:*19*
361:*11, 20*
362:*3, 6, 8,*
*19* 367:*19*
368:*19*
369:*6*
373:*15*
387:*17*
389:*7, 8, 16*
402:*6*
403:*4, 7*
**Jim** 12:*5*
73:*21*
**jj.snidow@k**
**ellerpostman**
**.com** 3:*12*
**JJCI**
181:*21*
262:*7*
**JJCI-**
**Produced**
181:*17*

jlara@stoned
eanlaw.com
7:*12*
**jmurdica@bt**
**law.com**
4:*19*
**job** 18:*13,*
*18* 19:*4*
20:*7*
210:*23*
212:*3, 5*
277:*16*
319:*21*
**Johnson**
5:*15* 11:*24*
**JOHNSTON**
4:*20* 19:*16*
243:*22*
**JOSEPH**
7:*12*
**journal**
259:*13*
285:*4*
**JUDGE** 1:*5*
147:*16*
**JULIEN** 2:*4*
**julien@dovel**
**.com** 2:*5*
**July** 174:*10*
403:*22*
**June**
242:*25*
243:*6*
**justification**
166:*3*

**< K >**
**Kansas**
1:*19* 4:*3*
405:*21*
**KAPKE** 5:*1*
**KARA** 5:*1*

kara.kapke@
btlaw.com
5:*2*
**KATIE** 7:*17*
**KATZ** 7:*7*
**keep** 137:*23,*
*25* 386:*13*
**KELLER**
3:*5, 9* 7:*22*
**KENDRICK**
7:*4*
**key** 233:*7*
295:*9*
337:*12, 24*
350:*10*
376:*20*
**kidney**
234:*8*
**kids** 123:*4*
124:*4*
**kill** 101:*20*
**kind** 88:*12*
100:*5*
110:*14*
115:*23*
117:*6*
118:*9*
126:*3*
149:*20*
166:*8*
167:*3*
168:*17*
220:*3*
223:*3*
241:*10*
251:*15, 16,*
*18, 25*
304:*21*
308:*5*
328:*6*
355:*3*
365:*4, 10*
372:*9*

**kinds** 33:*21*
94:*22*
107:*20*
109:*6, 19*
115:*19*
118:*17*
136:*10*
137:*4*
175:*8, 9*
218:*5*
221:*19*
226:*8*
334:*13, 17*
351:*22*
**KING** 3:*8*
6:*12* 7:*22*
**knew** 64:*13*
257:*3*
279:*14*
**Know**
10:*10* 12:*7*
15:*25* 17:*9*
18:*19* 23:*3*
32:*10* 33:*8*
35:*20*
36:*20*
37:*13*
45:*17* 46:*3*
54:*8* 55:*20*
56:*9* 64:*9*
67:*24* 71:*1*
76:*15, 18*
77:*5, 16*
78:*4* 81:*4,*
*14* 82:*4*
84:*2, 11, 21,*
*23* 87:*4, 17,*
*18, 25* 88:*3*
90:*7* 91:*3*
94:*20*
95:*11, 16*
96:*7* 97:*1*
98:*21, 22*
99:*4, 23*

Confidential - Subject to Protective Order

100:*3*
102:*25*
103:2, *24*
104:*23*
105:*25*
106:*4, 6, 8, 13* 108:*1, 6, 15* 109:2, *14*
110:*12, 18*
111:*16*
112:*3, 20*
114:2, *18*
115:*12, 14*
116:*13*
117:*1, 12*
118:2, *16*
119:*8, 14, 18*
120:7, *9*
121:*7, 9, 11, 20, 21* 122:*3, 16, 18, 19, 20*
123:5, *14, 23*
124:5, *9*
125:*24*
126:6, *7, 24*
128:*11*
129:*22*
131:*17, 22, 23* 132:*3, 8, 23* 133:*16*
135:*23, 24*
136:5, *7, 9, 12, 14, 16, 24, 25* 137:*1*
139:*25*
140:*9, 20, 23*
141:2, *3, 24*
142:*1, 9*
143:*21*
147:*17*
148:7
149:*24*
152:*24*
155:*21*

156:*15*
161:*23*
162:*20*
165:*16, 19*
166:*17*
167:*19*
168:*1, 3, 9*
175:*9*
176:*11, 12, 19, 22, 25*
180:*16, 22*
181:*18, 21*
183:*17, 25*
184:*3*
190:*11*
193:*3*
194:*10*
196:7, *24*
197:*2*
198:*11, 15*
199:6, *14*
202:*10, 21*
204:*9*
206:*24*
207:*4, 5*
213:*8, 9, 25*
214:*21*
222:*12*
223:*21*
225:*11, 14*
226:7
228:*17, 21*
235:*9*
236:*4, 8*
238:*5, 15, 18, 19* 239:*1, 4, 5, 8, 13, 15, 24* 240:*6*
241:*5, 8*
245:*10, 14, 18* 246:*10, 11* 248:*1, 20*
252:2, *6*
253:*10*

259:6, *18, 22*
260:*1*
261:*12*
262:*5*
267:*23*
270:*14*
274:*20*
276:*22*
279:*12*
281:*23*
284:*20*
285:*22*
286:*19*
287:*13*
289:*12, 15*
290:*11*
294:5, *8*
296:7, *8*
299:*5*
300:9, *19*
302:7, *14*
303:*16*
304:6
305:*11, 13, 21* 307:*25*
310:*22, 24*
311:*10*
314:7
318:*23*
320:*13*
321:*21*
323:*1*
326:*17*
328:*17*
329:*13*
331:*22, 24*
332:*10*
333:*13*
337:*15, 22, 25* 340:*23*
347:*17*
349:*15, 18*
350:*3*
355:*21*

356:7
362:2, *8, 25*
364:2, *7*
365:*9*
366:*20*
367:*3, 20*
378:*11*
379:*9*
381:*19*
385:*20*
388:*4, 7, 13, 16* 392:*23*
395:*14*
396:*9*
400:*21*
**knowledge**
34:*12*
53:*17*
58:*21*
72:*10*
79:*13*
183:*23*
220:*24*
251:*9*
277:*15*
400:*18*
**known** 82:*6*
93:*3, 6, 13*
95:*17*
209:*15*
235:*24*
236:*1* 238:*6*
**knows**
249:*14*
300:7
400:*12*
401:*3*
**KO** 6:*1*
**KOHANE** 5:*18*
**KOSTICK** 7:*22*
**Kroger** 7:*14*

ktrinh@hbbl aw.com 7:*17*

**< L >**
**label** 48:*9*
**labeling**
40:*14, 20, 21*
41:*3, 18*
45:*13, 21*
46:*20, 22, 25*
47:*2, 9, 15, 19* 49:*19*
50:*10, 14*
223:*10*
236:*12*
**lack** 333:*15*
**lactation**
239:*9*
**lag** 46:*23*
166:*25*
**Lanier** 1:*13*
2:*16*
**LARA** 7:*12*
**large** 54:*2*
66:*13*
119:*19*
126:*18*
155:*21*
200:*1*
263:*20*
274:7, *12*
295:*7*
**larger**
267:7
346:*13*
**large-scale**
295:*4*
**largest**
268:*1*
287:*3*
299:*21*
300:*1, 12*
**late** 98:*13*
376:*16*

Confidential - Subject to Protective Order

**latitude**
197:*2*
**LAURA**
7:*22*
**LAUREN**
3:*7*
**lauren.schult**
**z@kellerpost**
**man.com**
3:*7*
**Law** 1:*13*
2:*16* 4:*5*
**lawful** 11:*21*
**LAWRENC**
**E** 2:*11*
**lawyers**
19:*5, 8*
20:*12, 16, 22*
31:*8* 32:*7*
37:*8* 174:*4*
241:*23*
**LAWYER'S**
10:*25* 409:*1*
**lay** 13:*20*
**lbosso@ksla**
**w.com** 6:*13*
**lcain@mofo.**
**com** 6:*18*
**leaflets**
221:*13*
**learning**
17:*10*
**leave** 57:*1,*
*2, 3* 339:*2*
**led** 273:*13*
**LEE** 5:*7*
**left** 72:*18*
203:*21*
293:*4*
**legal** 11:*3*
**LEILA** 2:*18*
**leila.ayachi@**
**lanierlawfir**

**m.com** 2:*19*
**length** 258:*3*
**lesser**
165:*11*
166:*4*
**level** 212:*10*
296:*22*
**levels** 100:*3*
207:*1, 3*
321:*7*
329:*24*
383:*12, 25*
385:*11*
387:*5*
**Lexington**
3:*2*
**LIABILITY**
1:*4* 11:*11*
24:*17*
**Lieu** 245:*23*
**Liew**
263:*19*
264:*17*
265:*13, 17,*
*18* 267:*13*
269:*1, 6, 16*
270:*5*
297:*9, 11, 17,*
*18* 299:*1, 8,*
*25* 395:*15,*
*22, 24* 396:*2,*
*10*
**likelihood**
101:*1* 104:*2*
**limit** 232:*4*
**limitations**
208:*11*
212:*11, 12,*
*14* 216:*18*
**limited**
139:*1*
208:*15*
396:*3*

**line** 301:*14*
394:*22, 23*
408:*3* 409:*3*
**link** 214:*10,*
*15* 219:*18*
220:*10*
356:*25*
374:*6, 8, 10*
385:*17*
**linked** 356:*5*
**List** 9:*21*
197:*15*
246:*18, 21*
247:*3, 7*
249:*23*
258:*25*
259:*5, 17*
273:*22*
312:*1*
314:*13*
342:*16*
**listed**
153:*16*
190:*25*
216:*3*
236:*14*
244:*10*
258:*24*
259:*2*
273:*19*
274:*2*
305:*2*
349:*8*
362:*18*
367:*17*
**listen** 60:*8*
333:*2*
**listing**
201:*11*
**literally**
301:*13*
**literature**
36:*22* 40:*4*
48:*11* 54:*5,*

*21* 60:*19*
64:*12*
65:*17* 67:*1,*
*4* 70:*24*
88:*14* 90:*8*
93:*1* 94:*18*
105:*21*
106:*1, 2*
161:*18*
186:*24*
189:*12*
191:*6, 8*
192:*8*
199:*21*
222:*17*
234:*3, 5*
235:*3*
249:*3*
316:*22*
356:*10*
**LITIGATIO**
**N** 1:*4, 21*
8:*2* 11:*4,*
*11* 13:*22*
20:*17, 19, 23,*
*25* 25:*2*
28:*10*
148:*10*
156:*5, 6*
175:*4*
176:*8*
183:*19, 23*
184:*3*
**little** 80:*15*
102:*7*
113:*9*
116:*13*
117:*12*
118:*8, 13*
134:*20*
192:*24*
198:*19*
250:*12*
262:*2*

282:*17*
314:*4*
326:*20*
337:*6*
343:*23*
384:*14*
403:*2*
**liver** 352:*17*
358:*2*
**LLC** 3:*5,*
*17* 7:*19, 24*
**LLP** 3:*1*
4:*16* 5:*1, 5,*
*12, 15* 6:*1, 4,*
*12, 15* 7:*1, 9,*
*14*
**logic** 349:*12*
**long** 62:*20,*
*23* 99:*24*
109:*15*
128:*14*
149:*13*
166:*24*
197:*15*
308:*11*
313:*19*
397:*14*
**long-acting**
100:*1*
**longer**
47:*25*
86:*21* 98:*1*
100:*14*
108:*4*
122:*3*
131:*4*
236:*14*
291:*12*
295:*12*
**longitudinal**
251:*16*
**long-term**
283:*21*

Confidential - Subject to Protective Order

**look** 42:9
43:2, 4, 22
44:1   56:24
66:4, 12
82:10, 22
92:6   99:7,
8   105:4
107:20
109:18
115:8
125:20
132:5, 24
133:4, 19
134:5, 12, 14,
16, 19   139:2
140:14, 16,
17, 23, 24, 25
141:1, 6, 22
142:14
143:20
153:7
157:14
158:25
165:20
166:13
169:16
175:14
180:19
181:14
182:10
183:21
184:22
185:19
190:10
192:24
194:9, 13
196:16
197:3
200:16
201:4
202:23
204:18
205:4, 8
211:5, 8, 19

212:10
213:9, 18, 19
215:12, 18
222:13
225:8, 9, 15,
16, 17
226:10
235:1
236:7, 18
241:23
244:2, 20
246:17
248:18
250:15
259:7, 9
261:8
263:25
265:9, 12, 18
266:8, 9
267:5
269:5
274:9, 24
276:20, 22
277:3, 11
279:18
281:10
282:8
283:12
285:14
287:15, 16
288:1, 10
290:3, 4, 8,
11, 14
295:14
297:4, 24
299:2, 4, 7,
11   302:14,
18   305:18
306:11, 15
308:23
309:11, 17
311:23
312:2
313:20

314:18
315:23
316:23
317:6
318:6, 12, 13
319:24
322:25
323:4
325:6
327:9, 16
329:6
332:3
335:9
341:8
354:4
356:13
359:22
360:25
363:5
365:22
376:3
380:15
383:9
385:5
387:20
388:12
390:5
391:12
393:6
396:7, 10
397:2, 4, 13
398:8
399:12
**looked**
26:23
59:20
60:10
61:15
87:20   90:9
94:18
99:10
106:3, 5
107:16
109:6

130:20
131:3, 7, 20
138:8
151:8
156:12, 13
158:6
188:13, 14
226:3, 4, 9
229:6
244:16
274:18, 20,
22   275:2, 3,
5   279:22
280:14
285:12, 25
295:4
309:4
327:13
328:12
348:19
359:8
**looking**
43:9   63:14
98:4
100:14
109:20
115:21
116:15
121:20
130:24
132:10, 11
134:11, 17
135:2, 11, 12,
18   139:22
141:20
144:2
148:21
149:18
163:24
168:23
170:13
187:1
188:8, 17
195:7

200:23
245:21
252:17
264:12, 17,
18   270:16
286:13, 15
288:23
289:4, 6, 7, 8,
12, 13, 16, 19
291:19, 20
292:25
293:1, 23
294:15
301:15
306:19
316:15, 16,
22   323:6
337:7
341:14
362:8
364:5
396:1   397:7
**looks** 81:5
201:4
204:11
259:1
285:20
309:14, 19,
21   326:19
373:1   401:3
**Los**   4:22
7:18
**lose** 207:15
297:1   377:6
**loses** 301:10
**lot** 83:14
116:17
124:2
126:14
129:16
132:13
133:3
134:25
202:7

204:*10*
227:*2*
295:*24*
296:*2*
298:*13, 19*
305:*19*
320:*5*
354:*6*
356:*2, 5*
388:*15*
**Lots**  7:*19*
279:*2*
**loud**  322:*16*
**Louie**  294:*3*
**Louisiana**
1:*19*  2:*12*
405:*22*
**love**  110:*5*
**low**  69:*17*
91:*5, 6, 8, 11,*
*18, 24*  92:*2,*
*11*  102:*22*
103:*7*
104:*20*
146:*14, 16*
**lower**  126:*4*
272:*5*
302:*20, 23*
303:*16*
383:*12*
388:*14, 15*
**lowering**
306:*20*
**ltracey@trac**
**eylawfirm.co**
**m**  2:*11*
**LUKE**  6:*12*
**lumped**
394:*5, 8*
**lunch**
131:*15*
137:*18*
138:*2*

150:*11*
163:*16*
**LUNER**  2:*3*
**Lupattelli**
215:*17*
331:*21*
334:*7*
**LYNDSEY**
6:*18*

**< M >**
**M.D**  1:*12*
9:*15*  11:*20*
405:*4*
407:*12*
**Madison**
5:*19*
**magnitude**
170:*7*
171:*1, 11, 14,*
*25*  172:*22*
213:*16*
**main**
154:*14*
317:*4*
**maintain**
24:*5, 8*
**major**
338:*9*
344:*1*
351:*12, 22*
**majority**
149:*25*
150:*8*
**making**
213:*19*
261:*2*
268:*23*
300:*16*
308:*8*
397:*15*
**male-to-**
**female**
126:*25*

**malformatio**
**n**  351:*13*
**manage**
76:*16*
**manifest**
358:*13*
**manual**
344:*25*
**manufacture**
**r**  187:*14*
**manufacture**
**rs**  186:*25*
**manuscript**
316:*17*
317:*4*
323:*10*
359:*22*
398:*14*
403:*13*
**map**  141:*13*
343:*18*
344:*6*
**maps**
347:*16*
**marble**
373:*8*
**marijuana**
169:*1, 3, 9,*
*14, 20*  170:*3*
**mark**  15:*2*
138:*3*
151:*23*
159:*13, 16,*
*17*  190:*11*
193:*9*
195:*13, 14,*
*20, 21, 23*
250:*11*
254:*1*
258:*22*
260:*15*
274:*16*
275:*6*
312:*9*

342:*1, 24, 25*
343:*1*
360:*2*
375:*17*
382:*19*
**marked**
14:*24*
151:*20*
159:*10, 22*
193:*5, 11*
195:*25*
205:*2*
253:*22*
254:*6*
260:*12, 18*
275:*23*
276:*5*
312:*6, 12*
342:*22*
343:*4*
345:*1*
360:*21*
361:*7*
375:*13*
376:*4*
382:*15*
**marked-up**
194:*19*
**marker**
99:*4*
100:*21*
101:*3*
262:*12*
276:*11*
345:*7*
378:*19*
**markers**
376:*15*
**market**
149:*12*
**marking**
371:*6, 7, 10,*
*14, 23, 24*

**MARLOWE**
4:*7*
**Masarwa**
9:*20, 24*
10:*1*  60:*4*
63:*19*
66:*10*  67:*8*
190:*4, 11, 13,*
*22*  193:*15*
194:*7*
196:*8, 14*
200:*8, 14*
205:*16, 18*
210:*22*
214:*13*
223:*14*
224:*24*
243:*15*
244:*8, 9, 23*
245:*11*
246:*10*
247:*13, 17,*
*19*  248:*1, 12,*
*25*  249:*9, 19*
250:*6*
252:*3*
253:*12, 20*
254:*11*
255:*1*
257:*6, 10*
258:*1, 4, 9,*
*24*  261:*6*
262:*11*
263:*2*
270:*13*
271:*17, 22*
272:*12, 13*
273:*22, 24*
274:*3*
297:*6, 12*
299:*13*
300:*5*
328:*22*
346:*15, 19*

390:*6, 8, 23*
391:*2*
397:*23*
**Masarwas**
244:*18*
245:*4*
**Masarwa's**
210:*20*
396:*18, 24*
**match**
262:*23*
**matched**
341:*25*
**material**
  10:7  15:*19,
20*  22:*18*
23:*10*  24:*4,
15*  62:*16, 24*
63:*12*  65:*5*
87:*20*
187:*2, 6, 9*
189:*7*
192:*6*
259:*17, 18,
19*  260:*1, 2,
24*  312:*19,
22, 25*  317:*3,
6*  320:*22*
323:*14*
357:*17*
367:*14*
391:*13*
398:*16*
**materials**
15:*21*  43:*3*
246:*17, 22*
249:*23*
255:*15*
258:*24*
259:*2, 7*
260:*8*
285:*15*
311:*24*
312:*10*

315:*21*
318:*1*
342:*15*
361:*2, 4, 17*
363:*14*
367:*14, 17*
**Maternal**
10:*10*
75:*21, 24*
76:2  86:*16,
20*  87:*1, 2*
94:*13, 19, 20*
95:*5, 20*
97:*5*  98:*4,
18, 20*  99:*2*
100:*17*
102:*22, 25*
104:*20*
106:*12, 15,
25*  107:*13*
108:*11, 23,
24*  109:*2, 3,
11, 19*
110:*15*
132:*21*
139:*5, 6*
168:*22*
196:*25*
197:*25*
200:*19*
201:*5, 13*
210:*4*
215:*5, 6, 9,
13, 19, 23*
288:*12*
290:*17*
294:*15, 24*
295:*13, 15*
296:*11*
307:*1, 22*
328:*1, 15*
329:*4, 7*
333:*20, 23*
334:*10, 11*

345:*17*
358:5
359:9
361:*23*
363:*3*
365:*5, 6, 10*
366:*3*
376:*15*
394:*4*
**maternal-
fetal** 33:*18*
34:*1, 9, 14*
39:*15*
**matter**  11:*9*
31:2  35:*12,
16, 25*  37:*12*
40:*19*
42:*20*  45:*6,
16*  55:*25*
58:*1, 5, 14,
23*  59:*25*
60:2  61:*12*
65:*20*
267:*7*
268:*8*  319:*4*
**matters**
32:2  143:*18*
**McGill**
258:*14*
**mcharchalis
@btlaw.com**
4:*21*
**mcwatts@wa
ttsguerra.co
m**  3:*18*
**MDL**  1:*3*
**Mean**  10:*8*
16:8  18:*18*
37:7  58:*20*
68:*13*  76:*3*
86:*19*
87:*10*
89:*21*  93:*8*
94:*16*  95:*1*

98:*3*
100:*14, 19*
101:*4*
103:*20*
107:*3*
108:*9*
117:*14*
120:*4*
121:*18*
122:*22*
128:*3*
130:*9*
133:*15*
134:*4, 15*
139:*15*
142:*7*
148:*17*
160:*20*
167:*8*
168:*12*
177:*15*
199:*12*
205:*6, 11, 15*
212:*7*
214:*20*
215:*3*
218:*2*
221:*11*
239:*20*
244:*21*
255:*13*
264:*18*
266:*15*
282:*8*
284:*18*
285:*20*
286:*17*
287:*2*
292:*6*
300:*1, 11*
303:*3*
304:*6*
305:*19*
306:*11*

310:*4, 6*
317:*16*
339:*12*
343:*15*
344:*20*
347:*24*
350:*3*
352:*5, 16, 17,
21*  353:*4*
355:*3*
362:*7*
363:*21*
364:*25*
366:*8*
367:*6*
368:*16*
370:*23*
374:*1*
377:*3*
378:*15*
386:*3*
391:*4, 5*
400:*14*
**meaning**
398:*6*
**meaningful**
291:*22*
**means**
  168:*2, 4*
225:*6*
252:*8*
339:*22*
**meant**  19:*3*
37:*8*
283:*10*
284:*21*
393:*15*
**measurable**
100:*3*
**measure**
118:*11*
139:*16*
180:*7*
221:*20*

Confidential - Subject to Protective Order

251:*1, 15, 19*
307:2
345:*14*
353:*18, 19,*
*21* 354:*21*
356:*14*
357:*1*
368:*19, 21,*
*24* 369:*1*
377:*14*
**measured**
118:*9*
366:*10*

**measurement**
354:*24*
**measures**
115:*6, 16*
141:*14*
168:*7, 8*
188:*23*
189:*5*
211:*8*
251:*8, 21*
355:*21, 23,*
*25* 356:*1, 9,*
*20* 385:*9*
**measuring**
125:*12*
135:*8* 362:*7*
**mechanism**
16:*12*
279:*24*
311:*1, 17*
374:*2, 5, 9,*
*22, 23* 381:*4,*
*13, 18, 20, 21*
382:*3, 5, 6*
390:*18*
**mechanisms**
107:*9*
155:*1*
280:*15, 22*
281:*4, 10, 17*

305:*3*
382:*12*
385:*16*
**meconium**
353:*20*
354:*17*
**median**
134:*15*
**mediate**
80:*1*
207:*20*
311:*11*
332:*14*
391:*7*
**mediated**
331:*5*
383:*24*
**mediating**
304:*20*
**mediator**
206:*7, 9, 12*
329:*8*
330:*10, 23*
**mediators**
79:*8, 9, 20,*
*23* 198:*17*
199:*16*
207:*14, 20*
304:*23*
329:*20*
385:*2, 10*
**medical**
30:*3, 5, 15,*
*16, 19, 21*
31:*23* 53:*3,*
*7, 11, 12, 17,*
*24* 54:*3, 12,*
*17, 19* 55:*14,*
*18* 56:*2, 16*
58:*2, 10, 16*
72:*9* 115:*8,*
*9, 22* 125:*19*
154:*1*
169:*9, 20*

170:*3*
192:*8*
241:*2, 6*
251:*4, 6*
297:*13*
308:*5*
327:*14*
**medication**
32:*25* 34:*4*
99:*17*
100:*9*
149:*15, 19*
168:*11*
221:*16*
230:*16, 25*
231:*15*
232:*4*
237:*8*
391:*23*
392:*3*
400:*2, 11, 20*
401:*4* 402:*3*
**medications**
33:*22*
46:*19*
149:*16*
168:*24*
218:*13*
237:*18*
238:*6, 16*
316:*6*
**medicine**
33:*19* 34:*2,*
*9, 14* 36:*19*
39:*15*
55:*23*
149:*14*
154:*1*
217:*6*
236:*11*
237:*10*
238:*20, 22*
329:*17*

400:*4*
401:*11, 24*
**medicines**
56:*11*
167:*1*
217:*12, 17,*
*19, 20, 24*
218:*6*
231:*4*
233:*3, 12, 14*
235:*7, 11*
236:*25*
237:*1, 4, 19,*
*24, 25* 239:*7,*
*10, 23*
314:*13*
400:*24*
**meet** 165:*8*
**meeting**
13:*10*
**member**
34:*13, 16, 24*
**members**
54:*25*
**memory**
17:*10*
**mental**
327:*18*
328:*1, 15*
329:*7*
330:*5, 8, 9,*
*13, 16*
332:*11, 14*
358:*9*
**mention**
165:*16*
197:*20*
249:*22*
257:*10*
398:*15*
**mentioned**
47:*18*
57:*22* 59:*2*
62:*7* 110:*3*

125:*18*
126:*5*
153:*19*
154:*9, 11*
157:*20*
163:*10*
197:*13*
204:*16*
236:*8*
242:*5*
255:*14*
345:*6*
358:*1*
362:*10*
370:*7, 10*
378:*3*
380:*14*
**mentioning**
388:*4*
**Meridian**
5:*2*
**met** 12:*10*
**meta-**
**aggression**
196:*19*
**meta-**
**analyses**
61:*7* 63:*6*
64:*13* 67:*2,*
*16, 17*
145:*11, 15*
147:*2*
189:*24*
227:*7*
229:*14, 15*
244:*13*
265:*10*
**Meta-**
**Analysis**
9:*19* 10:*5*
60:*4, 24*
61:*7* 63:*18*
64:*10*
66:*10, 11*

67:*8, 14*
146:*21*
193:*25*
194:*4, 25*
195:*4, 10*
196:*17*
198:*23, 25*
199:*12*
225:*4*
229:*13, 17, 19, 25*  253:*5*
263:*21*
264:*24*
265:*1*
266:*19, 21*
267:*3, 16, 19*
268:*6*
269:*22*
270:*7*
273:*23*
277:*10*
278:*2, 3, 24*
297:*7, 13*
298:*16*
300:*14*
301:*9*
302:*2*
314:*23*
315:*12*
346:*20, 22, 24*
**meta-analytic**
63:*11*
222:*15*
230:*11*
**Metabolites**
10:*19*  366:*4*
**Meta-Regression**
9:*19*  194:*4*
201:*2*

**methionine**
383:*23*
387:*6*
**method**
111:*17, 23*
162:*19*
**methodology**
71:2  87:*21*
88:*4, 13*
96:*12*
105:*10*
106:*9*
115:*4, 10, 17*
116:*25*
118:*11*
148:*5*
161:*21*
222:*19*
**methods**
90:*9*  93:*2*
95:*14*
115:*1, 21*
118:*4*
163:*3*
175:*8*
196:*18*
227:*9*
295:*22*
307:*17*
313:*2, 21*
314:*16*
315:*17*
316:*17, 24*
317:*13*
318:*6*
320:*17*
396:*2, 13*
398:*14*
**METHVIN**
4:*11*
**metrics**
174:*16*
**MFM**  34:*1*

**Mice**  9:*12*
17:*19*
**microphone**
333:*15*
**mid-'90s**
131:*7*
**middle**
264:*20*
276:*8*
318:*18*
319:*7, 13*
**migraine**
231:*19*
232:*9*
233:*1, 4*
234:*20*
236:*22, 25*
237:*2, 4, 8, 10, 14, 18, 20*
238:*2, 6, 17*
240:*2*
**MIKAL**
3:*17*
**milder**
124:*10*
**MILES**  4:*13*
**Millennium**
3:*21*
**millions**
183:*18*
184:*3, 8, 11*
**mind**  335:*6*
355:*19*
**minimize**
197:*24*
**minimizing**
120:*3*
**minute**
181:*15*
314:*25*
363:*8*
**minutes**
43:*6*
275:*15*

323:*3*
369:*15, 17*
**Mirapex**
20:*17, 19*
157:*24*
158:*1*
**misclassificat ion**  214:*5, 23*  248:*5*
249:*5, 6, 13*
256:*25*
326:*4, 9, 23, 25*  398:*11*
**misidentifica tion**  119:*19*
**Missouri**
1:*19*  4:*3*
405:*19*
**mistake**
240:*5*
**MITCHELL**
4:*21*
**MMR**  37:*5, 21, 24*  38:*12*
74:*14, 18*
78:*16, 18, 23*
**model**  40:*4*
44:*10*
240:*12*
242:*7*
279:*4, 20, 23*
280:*23*
298:*5*
365:*23*
371:*2, 19*
373:*1*
**models**
25:*25*
43:*23, 24*
45:*20*
165:*21*
281:*11*
355:*8*

365:*20*
388:*8, 21*
**moderate**
80:*2*
171:*15*
311:*11*
391:*7*
**moderates**
329:*24*
390:*19*
**moderating**
304:*20*
**moderator**
329:*8*
**moderators**
79:*8, 10, 20, 23*  198:*18*
199:*16*
304:*22*
329:*21*
**modern**
112:*17, 18*
**modest**
234:*6*
**modified**
55:*24*
185:*16*
239:*15*
**modify**
83:*18*
97:*12*
240:*10*
281:*2*
339:*8*
385:*22*
**moment**
59:*1*  315:*3*
**money**  21:*2, 11*  23:*8*
24:*10*
**Monica**  2:*5, 6*
**Montefiore**
154:*1, 5*

**Montgomery**
4:*15*
**month**
242:*18*
285:*11*
316:*1, 7, 13*
317:*10, 22*
322:*21*
323:*20, 22*
399:*23*
**months**
99:*16*
100:*11*
124:*17*
174:*5*
**Montreal**
258:*13*
**morning**
12:*3, 4*
151:*2*
193:*16*
**MORRIS**
7:*1*

**MORRISON**
6:*15*
**Morristown**
5:*14*
**mother**
33:22  87:*8*
88:*8, 20*
99:*1, 22, 25*
100:2
102:*16*
104:*8*
108:*1*
109:*15, 17*
218:*20*
288:*5*
324:*1*
332:*7, 18, 19*
358:*20*
372:*11, 24*

**mother-child** 274:*13*
**mothers**
56:*8*  110:*3, 4, 10, 18*
217:*10*
233:*10*
313:*17, 22, 25*  316:*5*
317:*17*
318:*2*
322:*15, 17*
327:*18*
330:*4, 8*
331:*24*
392:*19*
393:*9*
394:*23*
398:*18*
**mother's**
100:*21*
101:*5*
**mouth**
91:*17*
**move**
137:*19*
138:*6*  224:*5*
**MRI**
353:*18, 22*
354:*2, 13, 23*
**MRIs**
354:22
**muddy**
318:22
**multifactorial**  80:*13*
**multiple**
46:*19*
59:*15*
66:*12*
80:*10*
81:*15*
93:20

98:*24*
103:*24*
141:*2*
188:*22*
210:*2*
222:*14*
349:*17*
**murders**
133:*9, 12*
134:*1, 18*
**MURDICA**
4:*19*   9:*5, 7*
12:*2, 5*
15:*1, 12, 23*
16:*7*  18:*11*
19:*1, 13, 24*
21:*9, 21*
22:*8, 21*
23:*23*
24:*19*
26:22
27:*14*  28:*1*
32:*17*  33:*4, 24*  36:*1, 6*
37:*1*  38:*9, 17*  39:*4, 19*
40:*9*  41:*6, 13, 24*  42:*4*
45:*8*  47:*6*
48:*13, 19*
49:*2, 5, 12*
50:*1, 9, 16*
51:*11, 15, 19, 23*  52:*1, 9, 16*  53:*1, 23*
54:*23*
55:*12*
57:*12, 16, 20*
67:*20*
71:*14*
73:*11, 24*
74:*8*  82:*20*
85:*21*
101:*22*

105:*24*
121:*23*
125:*14*
127:*6*
128:*9*
135:*4*
137:*17, 22, 25*  138:*1*
150:*10, 22*
151:22
152:*6*
154:*20*
156:*3*
159:*12*
161:*10*
162:*5*
163:*9*
172:*18*
173:*15*
177:24
180:*1*
182:*19*
183:*4, 9, 16*
184:*12, 22*
185:*3, 9, 19, 22*  186:*10*
193:*7*
195:*16, 22*
196:*2*
198:*3*
199:*6*
200:*6*
216:*1*
220:*13, 17, 22*  221:*4*
222:*3*
223:*12*
224:*1, 7, 17*
226:*21*
238:*4, 14*
242:*3*
243:*19, 23*
250:*3*
253:*24*

255:*17*
256:2
257:*14*
260:*14*
264:*5*
266:*17*
268:*12, 17*
269:*8*
272:*23*
275:*8, 16*
276:*1*
279:*6*
280:*1*
281:*18*
282:*19*
283:*23*
284:22
287:*12*
289:*5, 11, 18, 21*  290:*1*
300:*7, 21*
312:*8*
319:*2, 9, 17, 18, 21, 22*
320:*12*
321:*8*
322:*4*
323:*5, 16*
326:*6*
333:*2, 7, 11, 14*  335:*3, 11, 19*  342:*23*
354:*14*
359:24
360:*17, 23*
364:*6, 12*
367:*1*
369:*13*
370:*3*
374:*21*
375:*15*
378:*1, 22*
379:*6, 15*
382:*17*

386:8
389:12, 19, 25  390:13
391:3
392:4
393:12
394:10, 16
396:22
397:19
402:4, 17
403:24
**mutations**
108:7

**< N >**
**N.W** 5:8
6:2  7:2
**NADINE**
5:18
**name** 11:2
12:5  28:8
65:3, 12
236:20
**narrowing**
127:2
**National**
286:4
287:8  288:8
**nationally**
131:22
133:13
**nature**
211:10
**navigation**
161:21, 25
173:24
174:17, 20, 24  175:5, 22
176:10, 18, 20  177:19
178:16
179:3, 7, 24
357:15

**NCRA**
405:17
**necessarily**
141:19
218:2
239:6, 21
362:24
**necessary**
23:17
234:15
406:4
**need** 42:11
43:22  44:9
62:21
63:13
66:19  73:1
80:10
105:2
116:9
143:15
146:10
147:15
161:12
162:24
165:20
209:4
212:11
218:23
219:11
241:8
264:2
266:7
330:1, 25
347:4
364:22
367:10
369:17
379:8
381:14
**needs** 61:2, 12  66:21
164:21
221:25
254:3

**negate**
212:14
**negates**
198:17
**negative**
94:22  99:6, 11, 13  141:5
218:10
252:14, 15, 17  253:10, 13, 16, 18
257:22
**neither**
292:18
405:10, 11
**neural**
351:16, 19, 22  358:7
**neuro**
357:21
**neurocogniti ve** 356:22
**neurodevelop ment** 17:13
350:10
357:16
358:4
**neurodevelop mental**
17:11
18:23
27:13, 23
30:1  86:23, 24  87:5, 13
88:1  89:3
98:6  103:1
106:17
110:17
129:23
136:1
155:20
197:21
219:19
220:11

227:1, 16
228:14, 24
232:15
233:20
238:22
334:23, 25
337:8
342:6
357:9, 18, 20, 22  358:6, 12
359:6
370:22
371:14
382:14
**neurogenetic**
342:8, 19
344:8
**neuroimagin g** 356:1
**neurological**
358:19
**neuropsychia tric** 344:14
**neuropsychol ogy** 30:6

**Neuroscience**
154:7
**Neuroscience s** 24:6
26:24
29:23  30:4
151:4
152:20
**neuroticism**
331:22
**never** 38:4, 8  157:15
175:2
229:21
**Nevertheless**
61:5  63:7
120:15

**NEW** 1:1, 14, 19  2:20
3:3  5:14, 19  6:8, 19
7:2, 8  11:9
15:13  47:1, 16  68:3, 14, 16  182:1
189:11
241:24
320:25
349:2
379:13
405:21
**nice** 118:9
145:15
**nkohane@btl aw.com** 5:18
**nods** 86:14
**nondifferenti al** 210:18
248:4, 9
249:4, 13
251:24
**nonexposed**
292:11
315:8
**nonfederal**
155:25
**nonprescripti on** 221:16
231:4
233:3  235:6
**nonresponsiv e** 51:6
**nonsteroidal**
233:11
234:12
**normal**
327:20
**normally**
19:4
**North** 3:13
4:8

Confidential - Subject to Protective Order

Notary
405:*23*
407:*19*
**Notch**  16:*1,*
*10, 22*
**noted**  11:*14*
224:*25*
406:*10*
407:*7*
**notes**  160:*3*
409:*1*
**NOTES.........**
**.....................**
**409**  10:*25*
**noticed**
345:*15*
**notion**
348:*13*
**notwithstand**
**ing**  201:*24*
202:*14*
**novo**  108:*7*
**nuances**
134:*25*
135:*1*
139:*16*
**null**  147:*10*
208:*6, 7*
210:*13, 14*
308:*13*
394:*9*
398:*5, 12*
**number**
28:*17*  54:*2*
68:*1*
120:*20*
122:*4*
125:*17, 24*
130:*18*
155:*22*
169:*15*
173:*25*
174:*15*
199:*8*

200:*2*
208:*15*
232:*5*
237:*1, 24*
253:*15*
259:*24*
263:*19*
265:2, *17*
266:*24, 25*
269:*2*
297:*22*
309:*5, 9*
324:*25*
327:*6*
354:*5*
388:*8, 17*
**numbers**
295:*9*  312:*5*
**numerical**
175:*9*
**numerous**
40:*13*
**nutrition**
104:*7*
**nutritional**
102:*25*
103:*2, 15*
104:*6*
**NW**  6:*13*

**< O >**
**obesity**  87:*1,*
*2*
**Object**
391:*3*
**Objection**
15:*11, 17*
16:*4*  18:*4,*
*16*  21:*6, 13*
22:*4, 15*
23:*19*
24:*12*
26:*17*
27:*10, 19*

32:*15, 16*
33:*3, 6*
35:*21*  36:*4,*
*15*  38:*3, 14,*
*21*  39:*17, 22*
40:*17*  41:*9,*
*23*  42:*3*
45:*1*  46:*11*
47:*12*  49:*4,*
*16*  50:*5, 12*
52:*24*
53:*21*
54:*14*  55:*4*
67:*12*  73:*5*
82:*2*  85:*7*
101:*21*
105:*17*
121:*5*
125:*4*
126:*22*
128:*2*
134:*22*
152:*2*
154:*15*
155:*17*
161:*3, 14*
163:*1*
172:*15*
173:*12*
177:*14*
179:*22*
184:*6*
214:*16*
222:*8, 9*
223:*18*
226:*18, 19*
237:*22*
238:*13*
241:*25*
250:*2*
255:*11*
256:*1*
257:*8*
263:*23*

266:*11*
268:*9*
272:*17*
278:*25*
279:*15*
281:*13*
282:*4, 5, 6*
283:*11*
284:*19*
287:*9*
300:*6*
320:*11*
321:*4*
322:*1*
326:*1*
354:*8*
359:*20*
360:*12*
366:*23*
374:*20*
375:*3*
377:*21*
378:*14*
389:*12, 19,*
*25*  390:*13*
392:*4*
393:*12*
394:*10*
396:*20*
401:*19*
402:*12*
**objections**
52:*4*  238:*9*
**observation**
198:*1*  227:*9*

**observational**
201:*15, 16,*
*22*  208:*18,*
*24*
**observe**
376:*14, 25*
**observed**
198:*1*

214:*3, 10, 14*
256:*19*
293:*11*
370:*20*
**observing**
377:*12*
**obsessive**
68:*5*  154:*3*
158:*5, 25*
159:*3*  349:*2*
**obstetrician**
32:*22*  33:*2,*
*12*  218:*14*

**Obstetricians**
34:*17*  35:*5,*
*18*  39:*11*
239:*25*
**obstetrics**
34:*21, 25*
230:*23*
**obtain**
127:*24*
129:*18*
147:*11*
**obvious**
310:*22*
**obviously**
187:*9*
306:*14*
**occasion**
22:*17*
**occasions**
144:*21*
**occupational**
128:*12*
**occur**  46:*25*
97:*19*  98:*7*
115:*2*
139:*6, 19*
311:*17*
**occurred**
43:*4*  138:*22*

**occurring**
97:*16*
150:*9*  365:*6*
**occurs**
104:*13*
142:2, *10*
**OCD**  18:*14,*
*22*  154:*10,*
*12*  158:8, *25*
217:*6*
348:*20*
**odds**  60:*5*
66:*13*
144:*11*
171:*11, 15*
213:*23*
290:*14*
292:*11, 23*
293:*11*
297:*19*
374:*14*
377:*4*
378:*18, 21*
385:8
386:6
387:*24*
388:*5, 19*
389:2
**offer**  21:*3*
29:2  34:5
45:*20*
54:*21*
89:*12*
161:9
162:25
163:7
178:8
230:*23*
231:22
311:*8*
359:*23*
381:*16*
**offered**
13:*21*

20:*15, 19, 21,*
*24*  21:20
23:*11*
28:*16*
35:*16, 24*
53:*11*  54:6
55:8, *15, 25*
58:4
135:*25*
136:*4, 6*
156:8
162:*3, 13*
257:*17*
258:9
**offering**
28:23
32:*11*  37:*4,*
*7, 11*  38:*19*
53:*19*
305:*25*
306:*4, 6, 10*
311:*21*
**Offspring**
10:*12*
27:25
28:*15*  29:*5,*
*8*  33:*23*
55:16
58:12
67:*11*  87:*1*
99:*18*
213:2
218:4
256:22
304:*15*
355:7
366:6, *14*
**Ofirmev**
43:*11*
**oh**  80:*21*
81:4  82:24
164:9
196:*11*
245:*13, 20*

246:*3*
249:*18*
264:*10*
289:5
301:*16*
302:*19*
315:2
341:*10, 11,*
*15, 21*  346:2
370:*12*
**Okay**  12:*9,*
*21*  13:*3, 11,*
*15, 19*  14:*6,*
*17, 21*  15:*2,*
*8, 24*  16:*8,*
*21, 25*  17:*4,*
*14, 25*  18:*12*
20:*4, 10*
21:2, *10, 22*
22:*9*  23:*6,*
*24*  25:*12, 15*
26:*9, 12, 23*
27:*3, 6, 15*
28:2, *6, 25*
29:*9, 13, 20,*
*22*  30:2, *20*
31:*3, 10, 20*
32:*18, 21, 24*
33:25
34:*16*  35:*4*
36:7  37:*7,*
*13, 19*  39:*5,*
*14, 20*  40:*10*
42:*13, 21, 25*
43:*7, 19*
44:*4, 12*
45:*9*  48:*19*
49:*12*
50:*17, 23*
51:*1, 19*
53:*2, 7, 14,*
*24*  54:*10*
55:*13*  56:*2,*
*5, 12, 23*

57:*1, 5, 9*
58:8, *25*
59:*5, 8, 11,*
*16, 20*  61:*13,*
*20*  62:*1, 11*
63:*22*
65:*21*
68:*15, 19*
69:*5, 10, 15,*
*21*  70:*12, 18,*
*22*  72:*20, 24*
74:*12, 17, 20*
75:*5, 13, 16,*
*20*  76:*1, 10,*
*21*  77:*12, 16*
78:7  79:*2,*
*9, 13, 19*
80:5  83:8
84:*20*  85:*3*
86:*13*  87:*6,*
*14*  88:*6, 24*
89:*4, 15, 25*
90:*12*  91:*5,*
*16, 23*  92:*10,*
*17*  93:*21*
95:*4, 20, 24*
96:*5, 15, 23*
97:*8, 23*
98:*9*  99:*15*
100:7
101:*10, 17*
102:*11, 20*
103:6
104:*19*
105:*12, 25*
106:*19*
108:*22*
110:*2, 8*
111:*1, 13, 15*
112:*9, 15, 24*
113:*3, 8, 9*
114:9
115:*25*
116:*11*

118:*19*
119:*3*
127:*12*
128:*10*
129:*1, 19*
130:7, *17*
131:*5, 16, 22*
134:*17*
135:*5, 17, 24*
137:*13, 15,*
*22*  138:*12,*
*19, 24*
139:*25*
141:*16*
142:*25*
143:*6, 13, 18*
144:*5*
148:*22*
150:*10*
151:*2, 7, 14,*
*17*  152:*19*
154:*9, 13*
155:*12*
158:*4, 17*
159:*7, 20, 21*
160:*6, 12, 23*
162:*22*
163:*10, 14*
164:*8, 13*
165:*5, 10*
166:*3*
169:*5*
170:*4, 10, 18,*
*22*  171:*7*
172:*4, 12, 19,*
*24*  173:*10,*
*16*  174:*19*
176:*4, 6, 16,*
*19*  177:*1, 7*
178:*25*
179:*5, 8, 15*
180:*2, 6*
181:*5, 9, 14,*
*21, 24*  182:*6,*

Confidential - Subject to Protective Order

9, 13, 25
183:21, 25
184:17
186:16
187:17, 22
188:1
190:10
191:5, 11, 18,
25  192:3, 18
193:2, 4, 14,
23  194:2, 23
195:12, 22
196:3, 13
200:13
201:7, 12, 24
205:1, 19, 25
206:4
208:8, 23
209:13, 21
210:15
212:6, 16
214:1
216:16
217:1
218:12
219:14
220:8
221:5
224:2, 22
225:25
226:22, 23
228:2
229:2
230:9, 13, 22
231:11, 17
232:8
237:17
239:24
240:6
241:1, 5, 19
242:4, 21, 25
243:3, 5, 14
244:2, 7, 16
245:7, 9, 16,

18  246:3, 9
247:12, 25
248:23, 24
249:16, 19
250:11
253:21, 25
254:10, 20
255:3, 8, 21
256:8, 16
258:12, 22
259:4, 11
260:15, 21
261:14, 21
262:2, 23
266:2, 5, 23
267:10, 15
268:13
269:9, 18, 24
270:1, 3, 10
271:3, 16, 18,
21  272:6, 11
273:3, 12, 15,
16  274:16,
24  275:6, 16
276:5, 20, 24
277:3, 6, 13,
21, 25  278:5,
12, 19, 22
279:7
280:2, 8, 11
282:7
283:5
284:23
285:11, 17
287:18
288:9, 17, 21
289:11, 18
290:6, 16, 22
291:2, 23
292:14
294:1, 5, 13,
22  296:2, 4
297:4, 16
299:12, 18

300:2, 3, 23
301:18, 25
303:14, 25
304:24
305:4
306:6, 22
308:22
309:11, 17
310:8, 17
311:23
313:1, 6, 15
315:18, 23
316:4, 18
317:15, 24
318:10
321:9, 21
322:5, 8, 11,
17, 24  323:4,
15, 17
324:23
326:7, 16
327:1, 9, 16
328:17, 23
329:10
334:9
335:4, 8, 23
336:2, 10, 15,
16  337:2
339:24
340:4, 12, 14,
20  341:23,
24  342:12,
17, 24  343:2,
11  344:16
345:15
346:9, 15, 23
347:6, 11
348:9
349:9
351:24
352:8, 12, 19
353:14
354:22
357:10

358:24
359:7, 15
360:8, 18, 24
362:25
363:15, 16,
19  364:9, 10,
13  365:13
366:11
367:19
368:15, 23
369:6, 13, 20
370:7
371:12, 17
372:4, 7, 13,
20  373:3, 8,
11, 20
374:18
375:16, 24
376:19, 23
377:16
378:2, 9, 23
379:2, 23
380:1, 18
381:12, 19
382:2, 19
383:5, 19
384:10, 16
386:8, 19, 22
387:3, 22
392:17
394:17
396:5, 8, 15,
23  397:9
398:1
399:15, 16,
22  401:1, 15
402:5, 18
403:4, 24
404:1, 4
**once**  48:2
400:20
**one-day**
368:17, 20

**online**
259:15
**onset**
118:25
119:14
122:14
123:2
125:8, 9
**open**  13:17
63:24  373:7
**openness**
331:23
**opining**
38:1  320:8
321:19
381:4
**opinion**
13:19
15:16, 22
16:3  18:1,
7  23:12, 17
27:16, 20
28:3, 4
29:3, 7, 11,
15, 18  30:22
32:3, 10
36:12
37:18  38:5,
7, 8, 12, 19
40:5  46:8
53:5, 11, 18
55:3, 15
56:17  58:5
61:10
65:19  67:6,
10  68:20
70:14
72:11  75:9
85:4  88:5
89:13
106:11
113:15
114:10
116:1, 2, 7

137:*10*
162:*8, 21*
163:*8*
177:*8*
190:*23*
231:22
242:*9, 13, 16*
247:*11, 13*
253:*3*
304:*25*
305:2
306:*1, 5, 7, 10*   310:*18*
311:*9, 14, 22*
320:*9*
336:*4*
359:*23*
360:*15*
378:*11*
380:*19*
**opinions**
12:*19*
15:*10*
16:*13, 19*
18:*10*
20:*15, 19, 21, 25*   28:*17, 22*
35:*15, 19, 25*
36:*17*   37:*4, 8, 12*   39:2
45:*21*   54:*7, 22*   55:*8, 9, 25*   72:*22*
137:*16*
156:*8*
157:*23*
158:2
161:*9, 13*
162:*3, 13, 25*
163:*12*
178:*7*
248:*17*
257:*16, 20*
258:*5*

318:*15*
320:*24*
321:*12, 14*
367:*15*
378:*12*
381:*13, 17*
387:*14, 16*
403:*6*

**opportunities**
40:*13*
**opportunity**
12:*12, 22*
35:*9*   381:*6, 7*
**opposed**
116:*15*
149:*14*
195:*9*
307:*6, 7*
308:*4, 10*
**opposite**
84:*10*
**opposition**
383:*11*
**option**   311:*6*
**options**
235:2
**ORDER**
1:*6*   40:*1, 4*
42:*8, 10*
44:*8, 10*
87:*22*   88:*4, 13*   90:*10*
92:*4*   96:*13*
99:*13*
104:*25*
105:*10*
115:*12*
129:*17*
142:*15*
147:*15*
148:*5*
149:*9*

162:*20*
175:*8, 18*
179:*9*
218:*24*
222:*1*
223:*8*
235:*12*
264:*1*
277:*6*
295:*10*
330:*2, 25*
334:*1*
359:*22*
**organization**
53:*8, 17, 25*
55:*18*   56:*3*
58:*10*
240:*10*
241:*6, 17*

**organizations**
53:*3*   55:*7, 14*   56:*16*
58:*3, 17*
**organized**
349:*5*
357:*16*
**original**
36:*7*
155:*12*
189:*16*
196:*5*
198:*22*
211:*22*
264:*7*
281:*19*
291:*24*
336:*12*
346:*22*
383:*11*
406:*14*
**originally**
47:*22*
60:*22*

297:*17*
384:*8, 15*
**orphanages**
110:*14*
**ORTEGA**
8:*1*   11:*2*
**outcome**
16:*20*
27:*17*
37:*15*   60:*6*
61:*9*   63:*10, 15*   66:*19*
67:*19*   76:*8*
79:*25*
87:*16*   91:*4, 10, 12*   92:*3, 9*   93:*10*
94:*4, 12*
95:*25*   96:*4, 8*   97:*7*
98:*6*   101:*9*
102:*4*
103:*18, 21*
109:*21*
115:*5*
132:*25*
133:*5, 17, 22*
139:*3*
140:*6, 11*
164:*15, 21, 22*   165:*3, 9*
166:*14*
167:*15*
168:*7*
188:*9, 23*
189:*5*
191:*13*
203:*12*
206:*15, 20*
211:*9*
213:*11*
214:*5*
215:*16, 22*
218:*10*

225:*13, 21*
226:*2, 25*
228:*1*
233:*20*
248:*6*
251:*1, 8, 14, 19, 21*
252:*11*
253:*17*
271:*15*
278:*6*
294:*15, 25*
306:*2, 8, 25*
307:*2, 16*
326:*25*
328:*10*
329:*9, 23*
330:*3*
332:*16*
334:*3*
353:*18, 22*
355:*21, 23*
356:*8, 20, 25*
358:*20*
363:*1*
365:*12*
373:*25*
377:*20*
398:*8*
**outcomes**
10:*15*
16:*14*   35:*8*
45:*12*
73:*15*
86:*23*   89:*3*
94:*23*
109:*12*
188:*10*
190:*20*
202:*10, 16, 20*   210:*10*
226:*8*
227:*16*
228:*14, 25*

Confidential - Subject to Protective Order

232:*15*
234:*7*
304:*4*
328:*3*
334:*23, 25*
353:*1*
357:*18, 20,
22* 358:*6*
359:*12*
360:*6*
366:*1*
370:*22*
371:*14*
382:*9*
**Outside**
31:*20* 34:*8*
99:*9* 147:*1*
**outweigh**
232:*3, 11*
**overall**
19:*12*
64:*16, 24*
104:*1*
134:*12*
140:*8*
153:*14*
177:*11, 21*
202:*25*
264:*20, 22*
265:*19*
267:*19*
268:*7, 24*
297:*11*
300:*13*
303:*16*
304:*7*
310:*2*
354:*10, 12*
376:*14*
388:*14*
**overlap**
238:*11*
**overlaps**
338:*6*

**overstating**
216:*20*
219:*4*
**over-the-
counter**
48:*3*
149:*13, 18*
150:*9*
230:*24*
239:*7, 22*
**overview**
43:*18*
62:*19* 63:*3*
188:*20*
**oxidative**
10:*14, 19*
103:*4*
104:*13*
281:*6*
373:*24*
374:*23*
376:*16*
377:*14, 19*
378:*19*
380:*4*
382:*4*
384:*21*
385:*6, 16*
386:*4*
387:*8, 12*
**oxidized**
375:*7*
**Oxnard**
7:*13*

**< P >**
**p.m** 150:*16,
18, 20*
224:*11, 13,
15* 275:*18,
19, 21*
335:*14, 15,
17* 369:*22,*

*24* 370:*1*
404:*6, 8*
**package**
43:*10*
47:*14* 54:*9*
221:*12*
**PAGE** 9:*2,
10* 163:*15,
19, 23* 164:*2*
165:*10*
170:*17*
171:*21, 24*
172:*24, 25*
173:*1*
177:*1*
181:*3, 6, 16,
19, 25*
189:*18*
203:*20*
208:*9*
212:*17*
244:*4, 9*
245:*16, 17,
19* 248:*20,
22* 255:*4*
256:*16*
261:*15, 19*
273:*3, 6, 19,
21, 25* 274:*6*
288:*20*
290:*3*
308:*23*
312:*5, 18*
313:*2*
314:*20*
316:*15*
327:*3, 6*
336:*11, 16*
339:*1*
340:*20*
341:*2*
363:*5*
373:*12, 14*
383:*8*

386:*20, 21*
387:*21*
391:*14*
408:*3* 409:*3*
**pages** 59:*22*
60:*12*
183:*18*
184:*9, 11*
186:*11*
259:*2*
261:*19*
341:*25*
407:*5*
**paid** 20:*16,
22* 32:*6*
69:*7, 16, 20*
241:*22*
**pain** 168:*15*
231:*25*
232:*2*
**pairs** 274:*13*
**paper** 14:*18*
16:*1* 62:*22*
288:*14*
328:*22*
**papers**
21:*23*
**paragraph**
60:*2, 18*
61:*10, 15*
64:*9* 173:*2*
180:*2*
181:*25*
187:*24*
190:*17*
203:*15*
208:*13*
336:*17*
341:*7*
383:*10*
386:*23*
391:*16*
**parental**
200:*9*

216:*7*
261:*24*
262:*12, 20,
25* 263:*10*
265:*16*
268:*4*
269:*1*
270:*5*
271:*7*
272:*10*
327:*12*
390:*8, 10*
**parents**
216:*11*
219:*8*
**parent's**
249:*14*
**parity**
126:*20*
**Park** 3:*21*
4:*22* 5:*13*
**part** 19:*8,
12* 30:*3*
76:*21*
77:*18, 25*
93:*5* 119:*8*
148:*15*
150:*2*
164:*5*
170:*20*
178:*11*
219:*5*
260:*3*
280:*16*
361:*25*
373:*18*
**partial**
385:*10*
**partially**
383:*24*
**participants**
265:*2*
266:*25*
274:*7, 12*

**particular**
60:*3, 23*
61:*9, 14*
62:*19* 64:*7,*
*18, 21* 66:*10*
67:*14* 81:*1,*
*3* 82:*9, 19,*
*23* 92:*3*
104:*14*
126:7
132:*12*
133:*17*
146:*14*
147:*16*
153:*15, 17*
179:*12*
200:*12*
233:8
288:8
343:*22*
346:*21*
347:*1*
350:*21*
351:*1*
366:*9, 16*
372:2
373:*1*
385:*21*
386:*16*
402:2

**particularly**
33:*15*
86:*20*
116:*14*
119:*16*
127:*3*
230:*17*
241:*18*

**parties**
405:*11*

**partly** 120:*6*

**partner**
26:7

**partners**
283:*20*

**pass** 310:*9*

**passage**
130:*19*

**passed**
127:*13*
131:*24*

**paternal**
106:*15, 19,*
*25* 107:*13*
108:*12*
200:*15, 21,*
*24* 201:*6, 9,*
*11* 209:*14,*
*16, 22* 210:*6,*
*20*

**pathognomo
nic** 80:*8, 17*

**pathological**
156:9
158:*11*

**pathway**
16:*2, 11, 16*
17:2

**Pathways**
10:*20*
354:*19*

**patient**
76:*23* 77:*1,*
*22* 78:*22*
82:*23*
221:*12*
231:*18*
237:*6, 12*

**patients**
18:*14, 22*
21:*11, 16, 18*
31:*13, 20*
34:*6* 76:*11*
77:*9* 90:*15*
122:7
151:*18*
217:*5*

218:*22*
230:*17, 25*
231:*6, 8, 12,*
*18* 232:*9*
234:*12, 20*
235:*13*
236:*10, 23*
240:*16, 18,*
*25* 241:*7, 11,*
*16* 242:*14*
330:*4*
332:*21*
354:*2* 400:*2*

**pay** 147:*18*

**pending**
194:*11*
261:*10*

**Pennsylvania**
6:*13*

**people** 30:*7,*
*9* 32:*5*
33:*16*
54:*11*
109:*5, 14*
110:*13*
111:7
112:*3, 21*
119:*4, 17*
122:*21*
123:*14*
124:*16, 17*
128:6
130:*10*
134:7
168:*14*
218:*16*
223:7
295:*10*
298:*19*
305:*18*
400:*23*

**perceived**
170:*6, 25*
171:*25*

**percent**
114:*4*
292:9
295:6
298:*14*
301:*22*
303:*20*

**percentage**
388:*16*

**percentile**
384:*1*

**Perfect**
382:*18*

**perform**
71:*1* 72:*14,*
*17*

**performing**
223:*21*
242:8

**Perinatal**
10:*17*
385:*18*

**period**
86:*21*
100:*14*
108:*4*
118:*10*
132:*19*
139:7
232:6
250:*25*
315:*7, 15*
342:9
368:7
369:*10*
391:*24*
392:*9, 20*
393:*3*
399:*2, 4*

**periods**
109:*15*

121:*18*
131:*4, 21*

**peripartum**
369:*10*
402:*7, 8*

**peripheral**
233:*13, 16*

**persist**
199:*3, 23*
200:*4*
207:*24*
221:*22*
223:*3*
305:*21, 23*

**persisted**
99:*24*
208:*1* 223:*1*

**persists**
93:*11*
96:*11*
107:*22*
215:*22*
221:*19*
253:*18*
271:*15*
375:*11*

**person**
51:*22* 83:*4*

**perspective**
225:*10*
304:*12*

**pharmacovig
ilance** 46:*13*
53:9

**Pharmacy**
5:*20*

**phase**
220:*14*

**phenotype**
81:*8, 18*
82:*10, 11*
83:*5, 15, 21*
84:*7, 13, 16*
85:*14, 18*

86:*4, 7*
104:*3*
**phenotypic**
123:*20*
**photocopy**
195:*24*
**phrased**
71:*9*
182:*15*
184:*20*
186:*3*
379:*12*

**physiological**
342:*8*
**phytocannab**
**inoid** 169:*19*
**pick** 266:*7*
**picked**
119:*23*
120:*6*
124:*17, 18*
127:*4*
**picking**
122:5 124:*9*
**pictorial**
188:*2*
**piece** 18:*8*
223:*23*
301:*5*
374:*24*
375:*1, 5*
**pill** 315:*14*
324:*1*
325:*24*
**pilot** 147:*18*
**Place** 5:*13*
405:*8*
**placebo**
168:*15*
**placebo-**
**controlled**
169:*22, 23,*

*25*
**plain** 283:*10*
**plainly**
399:*8*
**Plaintiffs**
4:*16* 19:*5,*
*8* 20:*12, 16,*
*22* 21:*3, 12*
22:2, *13*
23:8 24:*11*
31:8 32:7,
*9* 37:*8*
156:*5*
174:*4*
241:*22*
398:*2*
402:*11, 22*
**plans** 69:*1,*
*4* 130:*5*
**plant** 169:*8,*
*10*
**Plasma**
10:*19*
100:*3*
101:*5*
345:*17*
359:*10*
363:*3*
366:*9*
378:*20*
**plausible**
16:*12*
107:*8*
279:*23*
280:*22*
281:*4, 16*
305:*3*
381:*3, 17, 21*
382:*11*
**play** 102:*25*
334:*16*
**playing** 78:*6*

**plays** 17:*10*
152:*16*
266:*4*
**Plaza** 3:*13,*
*21*
**please**
48:*20*
49:*13*
51:*13*
170:*17*
185:*2*
208:*14*
250:*14*
256:*17*
273:*4*
308:*23*
327:*2*
336:*10*
340:*21*
376:*3*
382:*20*
386:*19*
406:*3, 8*
**PLLC** 2:*16*
**plots**
187:*23*
188:*1, 5, 10*
262:*7*
**point** 25:*23*
32:*12*
37:*25* 38:*5*
59:*11* 69:*4*
72:*25*
75:*11* 85:*9,*
*23* 98:*9*
100:*8*
109:*23*
110:*22*
111:*2*
113:*12, 13*
122:*3*
131:*11*
132:*17, 18*
136:*14*

141:*16*
143:2
167:*9*
188:*3*
190:*14*
193:*3*
214:*13*
219:*23*
250:*17*
251:*17*
260:*5*
266:*20*
267:*2, 5*
268:*7*
282:2
297:*19*
300:*3, 15*
302:*23*
303:*1*
308:*7*
315:*14*
343:*12*
364:*21*
380:*4*
**pointed**
133:*7*
**pointing**
325:*20*
**points** 84:*4*
213:*19*
252:*18*
302:6 365:*1*
**policies**
221:*11*
**policy**
212:*18*
**pollution**
87:*6, 7, 12,*
*25* 88:*1, 8,*
*19* 92:*12*
**polymorphis**
**ms** 207:*15*
330:*17, 18*
**pool** 204:*13*

**pooled**
195:*10*
203:2
222:*25*
229:*18*
**pooling**
66:*11*
201:*17*
211:*17*
**poor** 103:*15*
104:*7*
**poorer**
136:*9*
**popped**
379:*20*
**popular**
59:*14*
**population**
208:2
228:*19*
297:*23*
328:*14*
388:*17*
**population-**
**based** 10:*5*
274:*14*
**populations**
124:*25*
125:*1*
227:*19*
299:*10*
**PORTER**
6:*4*
**PORTIS**
4:*13*
**portray**
386:*1*
**posed**
319:*14*
**posing** 52:*4*
**posit** 372:2
**posited**
111:*7*
112:*17, 24*

Confidential - Subject to Protective Order

| | | | | |
|---|---|---|---|---|
| **positive** | **POSTMAN** | 147:*23* | 45:*12* | 325:*25* |
| 67:*17* | 3:*5*   7:*24* | 310:*24* | 47:*11* | 327:*19* |
| 141:*4* | **postnatal** | **practice** | 73:*14* | 336:*21* |
| 142:*1, 9* | 10:*1* | 29:*25* | 75:22 | 352:*23* |
| 145:*5* | **postpartum** | 30:*14*   34:*8* | 86:*17*   87:*8* | 358:22 |
| 181:*10* | 314:*11* | 36:*24* | 88:*20*   95:*6* | 368:8 |
| 204:*7* | 365:*7* | 69:*13* | 97:*3, 4* | 369:*5, 12* |
| 267:*17, 20* | **posttraumati** | 76:*15* | 98:*5, 8* | 391:*24* |
| 270:*6, 19, 23* | **c**  68:*6* | 77:*19* | 99:*3, 12, 16* | 392:*21, 22* |
| 271:*1* | **potential** | 126:*14* | 100:*4, 11, 22,* | 393:*4, 5, 10,* |
| 272:22 | 78:*8, 11, 13* | 175:*6, 12* | *25*  101:*2, 7,* | *11, 22*   394:*1,* |
| 294:*19* | 79:*21* | 176:*2* | *19*   102:*1, 2,* | *5, 6, 24* |
| 301:*20* | 87:*15* | 212:*18* | *9*   139:*19* | 395:*1, 12, 13* |
| 302:*8, 13* | 94:*14* | 217:*4* | 165:*24* | 398:*20, 22* |
| 303:*18* | 95:*17* | 218:*16* | 166:*19* | 399:*9, 18, 24* |
| 309:*19* | 103:*8* | 240:*14* | 167:*5* | 400:*2, 5* |
| **possibility** | 116:*5* | 241:*1, 2* | 168:*6* | 401:*8, 12, 14,* |
| 67:*3*   99:*21* | 199:*1, 20* | **practices** | 211:*7* | *18* |
| 214:*5* | 205:*13* | 48:*5*   56:*10* | 213:*3* | **pregnant** |
| 215:*2* | 209:*2, 4* | 101:*16* | 217:*9, 12* | 27:22 |
| 216:*4*   324:*6* | 211:*3, 19, 25* | **Prader-Willi** | 218:*6* | 31:*14, 15* |
| **possible** | 214:*4, 19* | 82:*16*   83:*13* | 231:*1, 16* | 32:*24*   33:*9,* |
| 69:*1*   77:*21* | 218:*9* | **precede** | 232:*10* | *10*   56:*8* |
| 79:*4*   94:*23* | 232:*1, 2, 21,* | 164:*22* | 233:*1, 23* | 98:*8* |
| 95:*1*   98:*22,* | *23*   233:22 | 165:*9* | 234:22 | 102:*17* |
| *25*   99:*20* | 234:*6* | **precedes** | 236:22 | 133:*13* |
| 100:*2* | 252:*7, 16* | 165:*3* | 237:*13* | 166:*12* |
| 102:*24* | 278:*13* | **preclinical** | 238:*25* | 216:22 |
| 103:*12* | 280:*15* | 25:*21*   26:*7* | 239:*2, 9, 13* | 217:*8* |
| 110:*12* | 281:*10* | 371:*20* | 240:*1* | 219:*3* |
| 121:*8* | 283:*20* | **predominant** | 250:*25* | 230:*16, 17,* |
| 148:*12* | 284:*2* | **ly**   256:*23* | 251:*14* | *20, 21* |
| 189:*1* | 326:*13* | | 252:*21* | 231:*19* |
| 245:*5* | 334:*21* | **preeclampsia** | 256:*21* | 232:*9* |
| 252:*8* | 387:*10* | 95:*21, 23, 25* | 306:*3, 9* | 234:*20* |
| 285:*13* | **potentially** | 96:*2, 5, 19* | 313:*18* | 240:*16, 18,* |
| 317:*1* | 90:*20* | **prefer**   197:*4* | 314:*3, 21* | *19*   283:*19* |
| 324:*13* | 103:*4* | **pregnancies** | 316:*8* | 316:*2, 7, 14* |
| 325:*9* | 133:*5* | 33:*14, 17* | 317:*18, 20* | 317:*10* |
| 345:*18* | 240:*24* | **pregnancy** | 318:*3, 5* | 322:*21* |
| **possibly** | 304:22 | 9:22   28:*14* | 321:*24* | 323:*21* |
| 90:*4* | 331:*24* | 29:*4*   33:*1* | 322:*18, 20* | 324:*3* |
| **post-birth** | **power** | 34:*5*   36:*14* | 323:*23* | 400:*3, 4, 6,* |
| 97:*17* | 144:*1* | 41:*19* | 324:*12* | |

*12, 13, 21*
*401:2, 3*
**preliminary**
*143:24*
**premature**
*88:25 89:1,*
*9, 19 90:17*
*92:11 94:25*
**prematurity**
*89:9, 10*
**Prenatal**
*9:11, 15*
*10:1, 14*
*165:19*
*181:11*
*190:19*
*292:21*
*293:1*
*313:4 315:7*
**preparation**
*186:13*
*274:25*
**prepare**
*245:3*
**prepared**
*62:21, 24*
*89:12*
*189:3*
*194:17*
**preparing**
*12:11*
*161:8*
*274:21*
**prepregnanc**
**y** *398:3*
*401:16*
**prescribe**
*217:17, 19*
**prescription**
*48:8 49:20*
*149:14, 16*
*150:2*
*167:1*
*230:25*

*231:4*
*233:3*
*235:2*
*236:13, 24*
*237:1, 4, 7, 9,*
*24 239:9, 23*
**PRESENT**
*7:22 83:4*
*101:6*
*119:24*
*122:21*
*134:7*
*206:12*
*337:7 353:6*
**presentation**
*76:13*
*77:14, 22*
*78:3 80:7,*
*21 81:3*
*83:15, 18, 24*
*119:14, 15*
*123:4, 20*
*135:1*
*226:24*

**presentations**
*225:6*
**presenting**
*161:2*
**pretty**
*106:14*
*107:4, 18*
*280:24*
*349:16*
*388:19*
**prevalence**
*115:12, 15*
*117:25*
*119:12*
**prevent**
*214:24*
**prevents**
*91:23*

**previous**
*283:18*
**previously**
*172:8*
**primarily**
*18:14*
*258:14*
**primary**
*64:22*
*182:2 260:3*
**principles**
*101:16*
**printed**
*194:18*
**printout**
*9:14*
**Prior** *13:5*
*25:1, 4*
*28:4 29:19*
*72:11, 20*
*100:24*
*120:23*
*126:16*
*130:24*
*156:4, 13*
*160:15, 19*
*175:4*
*176:7*
*191:24*
*193:21*
*242:19, 23,*
*25 254:21*
*274:21*
*275:4, 5*
*279:2*
*285:9*
*317:22*
*323:23*
*402:22*
*405:3*
**private**
*129:25*
**privileged**
*71:10, 13*

**probably**
*26:7 60:21*
*82:25*
*89:22*
*134:5*
*137:3*
*253:8, 10*
*276:13*
*308:20*
*310:25*
**problem**
*52:5, 7*
*149:24*
*198:16*
*207:16*
*233:17*
**problems**
*74:25*
*108:5*
*110:17*
*198:14*
*199:14*
*206:22*
*325:19*
*330:16*
*332:11, 14*
*353:8*
*357:9*
*358:14*
**proceed**
*20:2 74:10*
*150:25*
*224:20*
*243:24*
*276:3*
*335:21, 25*
*370:5*
**process**
*68:7*
*173:20*
*174:13*
*350:9*
**processes**
*112:5, 21*

**produced**
*183:19, 22*
*184:4*
**produces**
*329:23*
**product**
*48:3 49:19*
*150:2*
*182:16*
*183:6*
*223:11*
**PRODUCTS**
*1:3 11:11*
*24:17*
*112:1, 10*

**professionals**
*30:10 31:23*
**profile**
*26:24*
**profound**
*110:13*
**program**
*153:25*
*154:2, 12*
*235:15*
**prohibit**
*185:13*
**Project**
*188:6*
**promote**
*216:22*
*219:3 220:4*
**prophylaxis**
*238:1*
**proposition**
*342:18*
**propounded**
*407:6*
**prospective**
*115:1, 17*
*166:18*
*167:4*

215:*1*
250:*18*

**prospectively**
167:*10*
168:*6*

**PROTECTIVE** 1:*6*

**protests**
372:*11*

**protocol**
185:*15*

**provide**
30:8  44:*15*
72:7
210:*16, 17*
259:*14*
285:*3*
390:*25*

**provided**
12:*25*  13:*3*
184:*13*
185:*24*
294:2

**provider**
249:*12, 14*

**providers**
125:*19*

**provides**
145:8
188:*20*
259:*19*

**providing**
282:*16*
283:*18*

**psychiatric**
18:*24*
109:*3, 20*

**psychological**
342:9

**psychology**
30:7

**public**
42:*21*  44:*5*
114:*19*
133:*16*
187:*5, 9, 10*
405:*23*
407:*19*

**publication**
59:*13*
63:*19*
176:*9, 14, 15*
254:*19, 20,
21*  286:*9, 22*
342:*13, 14*
361:*22*

**publications**
174:*21*
260:*10*
331:*17*

**publicity**
133:*12*

**publish**
22:6, *25*
68:*3, 20*
186:*23*

**published**
21:*23*
22:*11, 18*
23:*10, 25*
24:*3, 21, 23*
54:2  62:*14,
15*  66:2
68:*14*
121:*14*
182:*10*
214:*18*
229:*18, 19*
230:5
395:*15*

**publishers**
67:*24*

**publishing**
187:8

**PubMed**
191:*17, 22*
192:*1*

**Puerto** 3:*22*

**pull** 145:*12,
16*  146:*15*
147:*1*
300:*17*
301:*5*

**pulled** 302:2

**pulling**
265:*19*
267:9
303:*4, 5*

**pup** 372:*5,
10, 11, 23*

**purely**
83:*10*

**purport**
70:*23*

**purpose**
314:*23*

**purposes**
127:*20*
315:*12*
323:*25*

**PURSUANT**
1:*6*

**put** 57:*17*
65:2  70:*1,
8, 19*  79:*9,
20*  90:*12*
91:*16*  98:9
100:7
132:*20*
137:*5*
138:*14*
186:6
188:*3, 19*
191:*14*
228:8
238:9
254:*3*
259:*17*

260:*1*
272:*25*
273:2
277:*13*
289:*16*
308:*19*
323:*11*
363:*10*

**putting**
191:*12*
320:*24*
323:*12*
401:*4*

**puzzled**
341:*18*

**p-value**
141:*13*
142:*6, 7, 13,
21*  143:*14,
18, 22*  144:*4,
14, 16, 18, 23*
145:*6, 13, 18,
20, 21*  146:*3,
9, 19*  147:*6,
19, 21*

**p-values**
388:*10, 22*

**pyramid**
175:*14*

**< Q >**

**quadrupled**
114:*3*

**qualifiers**
124:*20*

**quality**
127:*17*

**quantile**
10:*15*

**quarter**
388:*24*

**question**
15:*14*  20:8
22:*10*

30:*11, 12*
36:8  40:*11*
41:7, *11*
42:*11*  44:9
48:*17, 20, 23,
25*  49:*6, 9,
11, 15*  50:*3,
6, 8, 21*  52:*6,
7, 19, 23*
56:*13*
57:*21*  58:7
59:*1*  60:9
61:*21, 23*
63:*23*
65:*10*
76:*22*
78:*15*  79:2
80:*4, 15, 18,
23*  81:*25*
84:*3, 22, 24*
88:*19*
89:*16*
92:*17*  94:5
96:*17*
100:8
101:*23*
102:*20*
105:*1*
106:*20*
113:6
114:*13*
142:*18, 25*
143:*12*
145:*19*
155:*13*
157:*5*
158:*18, 22*
164:*25*
165:*15*
166:*23*
167:*22*
175:*20, 21*
176:*5, 7*
182:*18*

183:8
185:2, 8, 12
186:7
187:3, 12
190:12
194:11
196:5, 12
198:21, 22
200:20
203:23
204:25
206:2, 8, 17
220:18
222:4
225:2
234:19
239:12
247:15
255:21
256:3
258:5
259:21
260:3
261:9
266:13, 14
276:14
281:20
291:25
293:16
294:22
296:6
307:4
316:11
317:7
318:19, 21, 23  319:8, 10, 13  329:16
332:22
334:8
338:16, 17, 21  339:17
355:12
363:6
364:1, 8

383:8
384:3, 18
385:4, 13
389:22
396:16
397:8, 11, 16
398:3
399:24
**questioned**
32:2
**questionnaire** 313:23
314:8
327:13
**questionnaires** 249:11
314:1
**QUESTIONS** 12:2
15:1, 12, 23
16:7  18:11
19:1, 24
21:9, 21
22:8, 21
23:23
24:19
26:13, 22
27:14  28:1
32:17  33:4, 24  36:1, 6
37:1  38:9, 17  39:4, 19
40:9  41:6, 13, 24  42:4
45:8, 13
47:6  48:13
49:5  50:1, 9, 16  53:1, 23  54:23
55:12
57:20
65:13
67:20
70:16

71:14
73:11  74:8, 21  82:20
85:21
86:11  90:1
101:22
105:24
121:23
125:14
127:6
128:9
135:4
138:1, 4
150:22
151:5, 22
152:6
154:20
156:3
159:12, 14
161:10
162:5
163:9
172:18
173:15
177:24
180:1
182:19
183:16
184:12, 25
185:3, 14, 22
186:1, 4, 10
193:7
196:2
198:3
200:6
212:19
216:1
217:11
222:3
223:12
224:1, 17
226:21
238:4, 14
242:3

243:23
250:3
253:24
255:17
256:2
257:14
260:14
264:5
266:17
268:12
269:8
271:20
272:23
273:17
276:1, 7
279:6
280:1
281:18
282:19
283:23
284:22
287:12
290:1
300:21
312:8
319:18, 22
320:12
321:8
322:4
323:16
326:6
327:10, 25
333:14
335:3, 19
342:23
354:14
359:24
360:17, 23
364:12
367:1
370:3
374:21
375:15
378:1, 22

379:15
382:17
386:10, 12
389:14, 21
390:4, 7, 22
391:11, 22
392:14
394:2, 14, 16
395:9, 12
396:22
397:5, 19
402:4, 17, 23
403:25
407:6
**quick**
364:17
**quickly**
403:9
**quiet**  319:11
**quite**
118:23
157:7
243:15
**quotation**
246:7
255:19
**quoted**
247:14, 21
**quoting**
246:4, 12
247:19

**< R >**
**rabney@wat**

**tsguerra.com**
3:20
**racial**  124:1, 13
**radar**  46:4
**raise**
109:22
255:23

**raised** 66:*9,*
*14* 110:*14*
**raises** 60:*25*
**raising**
122:2
**random**
298:5
**randomized**
165:*18*
166:5, *9*
167:*20*
168:*13*
169:*11*
**range** 34:*11*
54:*18* 73:2
74:24
132:*18*
134:6
196:*20*
197:*18*
202:*20*
226:8
230:*24*
292:*10*
**rate** 69:*8,*
*11, 12, 13*
70:*10*
118:*14*
130:*18*
131:6
132:*20*
134:*1, 19*
295:*15*
327:*20*
388:*14*
**rates**
113:*10, 16,*
*21* 114:2, *4*
115:8, *13, 15,*
*19, 20* 117:*1,*
*22* 118:6
121:*10, 20*
130:22, *25*
131:*4, 20*

132:*4, 15, 23,*
*25* 133:*1,* 6
135:*11, 19*
137:9, *14*
295:6
**ratings**
178:*16, 19,*
*20, 21*
**ratio** 60:*5*
66:*13*
125:25
126:*1, 3, 25*
127:2
144:*12*
171:*11, 15*
219:6
263:*15*
264:*14, 22,*
*25* 265:7, *19*
266:9
267:*1, 5, 9,*
*14* 268:24
270:*17*
292:*11, 23*
293:*12*
297:*19*
300:*17*
374:*14*
377:4
378:*18*
388:5, *19*
389:2
**rationale**
285:3
**ratios**
167:*13*
203:2
213:*23*
225:23
261:*23*
265:23
272:5
290:*14*

387:*24*
**RAYNE** 6:7
**rayne.ellis@a**
**rnoldporter.c**
**om** 6:7
**reach**
142:*13*
213:*12*
222:*1*
280:*9, 12*
293:*13*
302:3
309:*20, 22*
374:*17*
**reaches**
171:*16*
**reactions**
352:20
**read** 48:*20,*
*22* 49:*1, 14*
50:*21*
52:22
136:*24*
158:*21*
171:*20, 23*
172:*11*
173:*8, 9, 11,*
*14, 19*
174:*12, 24*
175:3
176:9, *13*
177:5
208:*21, 22*
212:9
213:*4, 15*
214:2
217:*1, 3*
229:*14*
230:*12*
247:2, *6, 8*
257:*1, 2*
296:*20*
322:*13, 14,*
*16* 336:25

338:*24*
340:*24*
341:*4*
342:*10*
367:*3, 11*
376:*11*
381:8
383:*16, 17*
384:5
386:*17*
402:*14*
406:*3* 407:4
**readers**
285:3
**reading**
45:*3* 202:5
204:*20*
229:24
246:25
255:6
317:*25*
381:*10*
399:*19*
**ready** 20:2
74:9
150:25
224:*20*
243:*24*
276:2
327:7
335:*21, 24*
363:*1, 6*
370:4
**real** 198:*14*
**realize**
320:*23*
325:*19*
**really** 58:*1,*
*5, 7, 24* 76:*3*
88:*12*
94:*18*
119:*11*
123:*3, 16*
124:*16*

125:*11*
126:*1*
131:*21*
135:*11, 19*
137:*7, 8*
138:25
142:*14*
143:*23*
164:*14*
166:8
184:22
202:22
203:*1*
205:*12*
209:9
223:7
248:*7, 8*
264:*11*
276:*15, 16*
295:*10*
299:*14, 19*
319:*3*
332:2
334:*1*
337:*14*
352:*17, 21*
377:*11*
384:*17*
403:*10*
**Realtime**
1:*17* 405:2,
*17*
**reason**
90:*15*
91:*17*
92:*20, 23*
107:*12*
119:8
127:8
166:*20*
208:4
257:*20*
258:*18*
272:6

Confidential - Subject to Protective Order

284:*25*
304:*2*
310:*22, 25*
315:*19*
349:*4*
388:*23*
406:*5*
**reasons**
96:*9*
104:*22*
107:*7*
125:*16, 24*
166:*7*
259:*17*
365:*14*
**REBECCA**
3:*8*
**rebecca.king**
**@kellerpost**
**man.com**
3:*8*
**Rebuttal**
9:*15*  12:*17*
13:*9, 21*
14:*3, 5*
16:*18*
70:*19, 22, 25*
71:*7, 19, 24*
72:*11*  85:*1,*
*12*  113:*11,*
*20*  138:*3, 13*
159:*15, 23*
186:*13*
191:*20*
193:*17, 21*
244:*3*
245:*22*
248:*19*
249:*25*
255:*15, 18*
256:*6, 10*
273:*8, 11*
274:*21*
275:*1*

336:*13, 14*
340:*21*
341:*3*
343:8
362:*17, 20*
363:*20, 24*
364:*2, 20*
373:*11*
376:8
380:*14, 20,*
*25*  381:*8*
383:*1*
386:*2*
389:*6*
403:*18*
**recall**  31:*5*
55:*18*
56:*21*
58:*22*
70:*16*
102:*10*
131:*9*
138:*17*
151:*5, 10*
152:*23*
153:*13*
163:*16*
176:*11, 14*
186:*15*
192:*23*
193:*23*
194:*7*
205:*23*
206:*5*
211:*12*
230:*18*
245:*1, 3, 6*
246:*25*
247:*1, 16*
253:*12*
255:*5*
263:*22*
274:*22*
280:*25*

285:*16*
299:*6*
311:*25*
327:*11*
359:*14*
367:*5*  380:*9*
**receipt**
406:*15*
**received**
23:*1*  78:*23*
354:*2, 13*
**receptor**
207:*9, 10*
330:*15, 18*
**recognize**
15:*4, 7*
34:*20*
109:*9*
152:*1, 3*
159:*24*
193:*14*
223:*4*
254:*16*
327:*25*
361:*10*
376:*12*
**recognized**
207:*8*
**recollection**
157:*23*
186:*19*
190:*13*
298:*25*
**recommend**
175:*18*
233:*5*
234:*23*
237:*12*
240:*1*
**recommenda**
**tion** 240:*4,*
*15*  241:*17*
**recommenda**
**tions** 36:*23,*

*25* 58:*15*
240:*11*
**recommende**
**d** 40:*6*
240:*15, 17*
**recommendi**
**ng** 241:*6*
**record**  11:*2,*
*15*  15:*3*
19:*17, 19, 20,*
*23*  74:*3, 4, 7*
150:*14, 17,*
*18, 21*  197:*5,*
*8*  199:*8*
204:*23*
224:*9, 12, 13,*
*16*  268:*18*
275:*18, 19,*
*22*  288:*22*
289:*17*
308:*5*
318:*22, 25*
319:*15*
323:*5*
333:*9*
335:*14, 15,*
*18*  369:*23,*
*24*  370:*2*
397:*10, 15*
404:*7*
**recording**
393:*4*
**records**
115:*9, 22*
251:*5, 6*
295:*16*
**REDIRECT**
394:*15*
**reduce**
296:*16*
**reducing**
259:*23*
**Reem**
254:*11*

**refer**  34:*6*
281:*3*
**reference**
12:*16*
55:*23*  160:8
**references**
380:*17*
**referencing**
113:*23*
239:*13*
343:8
**referral**
116:*22*
137:*3*
**referring**
228:*10*
264:*13*
288:*13*
299:*12*
302:*12*
323:*11*
346:*4*
370:*11*
371:*10*
373:*16*
**reflect**  47:*3*
48:*10*
204:*23*
288:*22*
323:*6*
397:*10*
**reflected**
49:*21*  65:*14*
**reflecting**
367:*24*
**reflects**
368:*1*
**refocus**
337:*22*
**refresh**
298:*24*
**refrigerator**
109:*17*
110:*3, 10, 18*

**refuting**
389:*10*, *18*
**regard**
42:*20*
45:*19*  47:*4*
62:*10*
68:*12*  70:*8*
74:*21*
136:*19*
165:*18*
231:*3*
300:*4*
317:*23*
318:*9*
**regarding**
17:2  24:25
26:*20*  31:2
37:*4*  45:*11*
46:9  89:*24*
157:*24*
179:*17*
391:*22*
**regardless**
208:2
247:*16*
**regards**
16:*20*  32:*3*
35:*25*
37:*12*
40:*20*
43:*11*, *12*
45:5, *18*, *21*
46:*14*, *15*, *20*
47:*15*
48:*11*
50:*18*  54:7,
8  55:*23*, *25*
56:*10*
61:*11*  62:5,
6  63:9
65:*19*  82:5
84:5  85:*10*,
*25*  86:*1*
88:5  94:*18*

95:*19*
107:8, *21*
117:*11*
118:25
132:*21*
139:*17*
146:*11*
152:25
158:2
167:*10*
168:22
188:8
205:9
218:*18*
231:23
232:*14*
233:*20*
234:*4*, *6*, *7*, *8*
239:8
242:9
248:*14*
249:*3*
300:*16*, *19*
307:*16*
311:9
318:7
334:*24*
364:25
365:*18*
381:*17*
388:*13*
390:*21*
402:2
**region**  17:9
**Registered**
1:*16*  405:2,
*17*
**registries**
166:*19*
167:*23*
**registry**
167:5
**regression**
10:*15*

**regular**
16:22, *25*
18:*13*, *18*
19:*4*  20:6
37:*10*
115:*4*, *11*, *18*
186:22
**regulates**
350:*11*
**regulatory**
43:*15*  48:*1*
53:*12*  54:9
**relate**  24:*16*
35:*11*
60:*18*
132:25
259:*21*
312:22
338:*12*
**related**  17:6
23:2  24:*1*,
3  37:*14*
79:24
156:*1*, *18*
209:*16*
215:*15*
311:*24*
333:*20*
334:*13*
347:*18*
349:3
**RELATES**
1:5  24:*15*
25:*18*
40:22
158:*13*, *15*
187:*11*
225:*20*, *23*
226:25
227:22
246:*12*
331:*18*
333:*17*
334:*21*

337:*13*
357:*17*, *25*
365:*12*, *20*
369:*4*
**relating**
16:*13*
191:*13*
199:22
223:*10*
356:6  360:*1*
**relation**
10:*3*  140:*4*
**relationship**
35:7  92:8
93:9, *11*
107:*18*
109:*21*
140:5
166:*13*
167:*14*
202:9, *13*
206:*20*
222:*21*
223:*16*
232:*17*
243:*11*
252:*10*, *25*
253:*17*
267:*23*
270:*19*
271:*14*
324:25
328:9
332:*4*
334:22
353:*21*, *23*
366:*18*
369:*4*
377:*13*
388:6
**relative**
87:*3*, *12*
88:2  89:*2*,
*22*  91:*14*

92:5  94:*11*
95:*3*, *12*
96:*3*, *11*
97:7  104:*1*,
*24*  110:*16*
171:*15*
202:25
203:2
213:*12*
227:*15*
235:*10*
264:*21*
269:*6*, *10*, *17*,
*20*  302:*8*, *13*
374:*15*
375:*6*, *11*
405:*10*, *11*
**relatively**
68:*13*
121:*17*
204:*4*, *5*
333:25
403:9
**relevance**
21:*18*  31:*15*
**relevant**
22:7, *19*, *25*
23:*5*, *7*, *10*
43:8  72:6
150:8
184:*15*, *18*
185:6
187:*3*
199:*21*
277:*17*
329:*5*  373:2
**reliable**
115:5  251:*3*
**reliance**
160:9
246:*21*
247:*3*, *7*
258:25

312:*1*
363:*14*
**relied**
162:*15*
163:2
174:*17*
177:2
178:*12*
247:4
249:*23*
274:5
357:*13*
**relies**  18:*6*
**rely**  16:*13*
162:*1*
177:*21*
179:6
356:*14*
371:*19*
**relying**
12:*18*  15:*8,*
*15*  18:*1*
137:8, *12*
160:*23*
162:*6, 9, 10*
177:*11*
178:2, *15*
280:*4, 5*
354:*25*
355:*15, 18,*
*20*  356:*9, 13*
373:*23*
377:9
381:*1, 2, 10,*
*15*
**remain**
57:*18*
195:*19*
**remained**
301:*20*
**remains**
197:*16*
303:*18*

**remarkable**
202:*22*
**remember**
20:*8*  30:*11*
40:*11*  41:7
44:*25*  45:*3,*
*6*  59:*3*
102:6
138:*10*
158:*17*
175:*20*
180:*21*
192:*3, 5, 19*
200:*20*
234:*18*
243:*17*
273:*16*
297:*5, 14, 15*
338:*16*
359:*13*
370:9
**render**
137:9
157:*23*
161:*13*
162:*21*
**rendered**
72:*22*
158:2
248:*17*
255:*24*
318:*15*
367:*15*
403:*5, 18*
**rendering**
177:*8*  253:2
**reorganized**
349:*1*
**repeat**
41:*11*
58:*13*
117:*20*
157:4

339:*17*
356:*19*
**repeated**
107:5
171:*17*
**rephrase**
71:*11*
182:*17*
183:*8, 15*
185:*2, 18*
186:9
379:*14*
389:*15*
400:7
**replace**
347:*13*
**replicate**
283:*17*
**replicated**
204:*12*
213:*21, 25*
**replicating**
108:2
**replication**
140:*18*
141:*1*
142:*11*
172:9
**Report**  9:*15*
10:*8*  12:*12,*
*17*  13:*21, 24*
14:*2, 3, 5*
16:*17, 18*
17:*4*  28:*5,*
*9, 12, 16, 18,*
*21*  29:*2, 7,*
*10, 19*  70:*20,*
*23, 25*  71:*17,*
*20, 24, 25*
72:*11, 13*
84:*25*  85:*1,*
*12*  102:*7*
113:*12*
130:*23*

131:*1, 11, 19*
133:*8*
138:*3, 13, 21*
159:*15, 23*
160:*13, 14,*
*19, 21*  161:*5,*
*7, 8, 9, 12*
162:*2, 4, 10,*
*13, 16*  163:*4,*
*5*  171:*21*
174:*25*
177:*4*
186:*13, 14*
191:*19, 24*
193:*17, 22*
197:*20*
231:*24*
242:*20, 24*
244:*3, 17*
245:*15, 20,*
*22*  246:*2, 7,*
*9*  248:*19*
249:*25*
250:*1*
255:*9, 15, 18,*
*19, 22, 25*
256:*7, 10, 12,*
*14*  272:*7*
273:*1, 2, 4, 7,*
*10, 11*  275:*1*
278:*9*
285:*10*
286:*18, 24*
287:*15*
288:*5, 12*
290:*18, 19*
294:*15, 25*
295:*13, 15*
296:*11*
299:*5*
307:*1, 23*
313:*17*
336:*11, 12,*
*13, 14*

340:*21*
342:*5, 25*
343:*8*
361:*15*
362:*5, 17*
363:*20*
364:*19, 20,*
*21*  368:*23*
373:*11*
376:*8*
380:*16, 21,*
*24*  381:*8*
383:*1*
386:2
389:*7*
392:*20, 21*
403:*18*
**reported**
92:*1*  315:*5*
388:2
**Reporter**
1:*16, 17, 19,*
*20*  11:*16*
48:*22*
49:*14*
50:*21*
51:*20*
52:*22*
238:*11*
405:*2, 3, 17,*
*18, 19, 20, 21,*
*22*
**reporting**
149:*8*
250:*21*
300:*10*
391:*25*
**reports**
14:*8*  28:*8*
69:*25*
364:*7*
381:*18*
387:*23*

reposed
48:25  49:3
represent
54:17
114:10, 21
119:11
262:9
364:19
representatio
n 120:14
188:7, 18
261:2, 5
representatio
ns 189:14
represented
54:2
represents
117:24
189:4
262:20, 22
reproducibili
ty 140:17
reputable
38:1
requesting
71:12
require
24:1  295:12
required
138:20
research
17:1  23:3
24:25  25:4,
19, 24  26:2,
5, 13  154:7
177:18
216:19
279:13
researched
16:22
researcher
154:22
researchers
25:18

167:6
279:13
research-
related
154:18
residual
214:6
215:2  216:4
respect
18:2  25:7
26:15
118:21
126:17
170:5
229:1
231:8
248:12
365:24
respectfully
269:19
respond
44:22
58:24  94:1
222:10
226:20
256:9
266:16
responding
85:9
267:11
268:16
response
41:12
42:19
45:13  59:1
95:10
96:22
185:12
325:7
396:16
397:8
responses
95:11

responsible
46:14  64:20
responsive
51:10
rest  51:4
318:13
restate  49:9
restricted
348:18
restriction
85:14
restrictive
84:7, 15
86:4
result  14:7
41:3  86:17
88:20
183:7
185:13
256:22
290:24
307:5  349:1
resulted
120:19
resulting
286:10
results
117:12
139:22
203:9
207:15
208:19
209:6
212:23, 25
216:21
222:13
227:22, 23
252:4
263:1
283:17
290:11
291:18
292:13
305:21

308:13
328:10
360:5, 9, 14
362:22
379:1
385:15, 23
386:1  394:9
retained
174:4
retardation
358:9
return
406:13
reuptake
206:25
Review
9:18  12:22
13:12, 13, 14
17:22
35:10
42:12
44:14
45:11  46:1,
5, 9  48:11
54:21
60:18, 23
62:6  64:10
65:1, 7
66:16, 17
84:25
161:17
179:6, 14
184:10
186:12
187:2, 11
189:7
194:3
197:6, 10
199:21
222:17, 20
235:2, 3
247:9
253:6
254:21

312:14, 17
317:11
345:16
364:17
367:13
378:7, 10
403:13
reviewed
14:16, 22
18:9  54:5
65:5, 17
67:4  71:4
72:5, 16
90:8  132:9
160:14
161:5, 23, 24
177:17
184:13, 16,
19  186:21
189:11
193:20
234:3
247:8
255:24
256:13
261:13
285:7, 8
345:19
363:17
364:13, 14
367:14
403:5, 7
reviewing
45:23
73:18
323:10
reviews
42:20
60:19
63:11
189:25
190:1, 2
222:15
244:13, 14

Confidential - Subject to Protective Order

revise
385:*22*
revises
46:*22*
revisions
67:*22*
**RFO** 3:*21*
**RHEA**
316:*9*
321:*23*
323:*18*
**Rico** 3:*22*
**right** 13:*12,
22* 14:*3, 4*
19:*6, 21*
20:*14, 17*
21:*23* 26:*3,
10* 28:*10*
29:*23* 30:*4*
31:*4, 17*
32:*7* 35:*13,
20* 36:*11*
37:*2, 15*
38:*2, 13, 18,
20* 39:*7, 9*
45:*22* 46:*7,
10* 52:*16, 18*
57:*21* 59:*6,
18* 61:*16*
62:*14* 65:*9,
24* 67:*22*
69:*8, 18*
70:*2, 5, 20,
24* 71:*7*
72:*4, 22*
73:*13, 17*
74:*1, 5*
77:*17* 78:*9,
13, 17, 18, 20*
80:*14* 81:*7,
9* 82:*21*
83:*2* 89:*18*
90:*5, 18, 22*
92:*3, 22*

93:*15, 16*
97:*17* 99:*7*
101:*11, 14*
102:*2, 5, 15*
105:*6, 13*
106:*1, 21*
107:*12*
108:*16*
109:*25*
110:*6, 9, 20,
24* 111:*4*
113:*4, 15*
117:*18*
118:*23*
119:*1, 6, 23*
120:*12, 15,
25* 121:*15*
124:*19*
125:*20*
127:*10*
128:*19*
129:*6, 9, 11,
14, 21*
130:*24*
131:*8*
132:*8*
133:*2, 9, 18,
23* 134:*9, 11,
21* 135:*15*
138:*2, 22*
139:*8, 23*
140:*6, 13*
143:*7, 14*
145:*14*
146:*13*
147:*13*
148:*7*
150:*15, 19*
151:*12*
152:*7, 8*
153:*5*
156:*11*
157:*10, 16*
159:*13*

160:*3, 6, 10*
161:*11*
164:*16, 23*
165:*13, 15,
22, 25* 166:*7,
19* 167:*9, 16*
168:*12, 18,
20* 169:*1*
170:*23*
171:*5*
174:*8*
180:*3, 9*
181:*2, 3, 5, 7,
22* 182:*4, 7,
11* 184:*1, 4*
187:*5, 14*
189:*8, 17*
190:*21*
191:*2, 3*
192:*10, 13,
15, 20*
193:*25*
201:*15, 20,
23* 202:*17,
24* 203:*22*
204:*3*
206:*3, 21*
207:*22*
208:*15*
209:*19*
210:*7, 19*
212:*3, 21*
214:*7, 11*
215:*8*
216:*4, 5*
217:*15, 17*
218:*14*
219:*21*
221:*1*
224:*10, 14*
229:*23*
230:*3*
231:*5*
234:*17*

235:*15, 22*
236:*5, 16*
237:*21*
239:*11*
240:*8*
241:*13, 19*
242:*11, 15*
244:*14, 19,
25* 246:*3, 8,
13, 23, 24*
248:*2, 15, 23*
249:*24*
250:*16, 20*
252:*11*
254:*2*
255:*10, 19*
258:*2, 7, 11*
259:*15*
261:*20*
262:*7, 22*
263:*10, 20*
264:*16, 19*
265:*5, 8, 12,
13, 25* 266:*3,
6* 270:*1*
271:*23*
272:*13, 15,
24* 273:*6*
274:*4, 8*
275:*20*
276:*16*
277:*4, 11, 13,
23* 278:*2, 6,
8, 10* 279:*10*
281:*19*
282:*20*
283:*24*
284:*12, 15*
285:*19*
286:*1, 6, 13*
287:*4, 22*
288:*1, 6*
291:*8, 23*
292:*16*

293:*5, 9, 21,
22, 24* 294:*6*
296:*2, 13, 15*
297:*5, 20*
298:*5, 7, 16,
22* 299:*8, 25*
301:*6, 24*
303:*4, 6, 11,
13, 25* 304:*8,
20* 307:*8*
309:*9, 24*
310:*3*
311:*12*
313:*8, 24*
314:*5*
315:*10, 21*
316:*25*
317:*5, 11*
320:*9, 20*
322:*10, 13,
22* 323:*2, 7,
24* 324:*9, 16*
326:*10*
327:*14, 17,
23* 328:*25*
329:*1*
330:*6*
332:*19*
335:*13, 16,
23* 339:*6*
340:*5*
341:*8, 21, 25*
342:*19*
344:*23*
345:*3, 5, 7,
10, 12* 346:*9,
17* 347:*4, 9*
348:*16, 20*
354:*15, 19*
355:*16*
358:*17*
359:*2, 16*
360:*19*
361:*19, 21,*

Confidential - Subject to Protective Order

24 362:*11,*
*13, 23*
363:*17, 20*
364:*14, 23,*
*24* 365:5, *24*
366:*1, 7*
367:*3, 8, 12,*
*21, 25* 368:*3,*
*9, 22* 369:*19,*
*21, 25*
370:*16, 17,*
*22* 373:*25*
374:*2, 3*
375:*23*
376:*8, 17, 21*
377:*8*
378:*3, 4, 24*
382:*10, 21*
387:*2*
392:*13*
395:*2, 16, 23*
396:*12, 19*
397:*1, 5*
399:*9*
403:*6, 18, 21,*
*23* 404:*5*
**Risk** 9:*17,*
*22* 40:*15*
47:*10*
49:*22* 61:*8*
75:*24* 76:*3,*
*8* 86:*22*
87:*4, 12*
88:*2* 89:*3,*
*23* 90:*2, 20*
91:*10, 12, 15*
92:*2, 5*
93:*21* 94:*3,*
*11* 95:*3, 7,*
*12* 96:*3, 11*
97:*6, 7, 10*
99:*1* 103:*1,*
*4, 13* 104:*1,*
*24* 106:*15,*

16, *23*
110:*16*
171:*15*
197:*21*
202:*25*
203:*2*
208:*19, 25*
209:*2*
217:*13*
218:*3, 4, 17*
219:*6, 8*
220:*2*
223:*9*
225:*23*
227:*15*
228:*13, 24*
231:*2*
232:*14, 16*
235:*10*
240:*21*
252:*16*
256:*21*
261:*23*
263:*15*
264:*14, 21,*
*22, 25* 265:*6,*
*19, 23* 266:*9*
267:*1, 5, 8,*
*14* 268:*24*
269:*6, 10, 17,*
*20* 270:*17*
272:*5*
300:*17*
302:*9, 13*
303:*20*
304:*7, 10*
333:*16*
366:*4*
374:*15*
375:*7, 11*
383:*15*
384:*24*
385:*18*
400:*17*

**risks** 33:*21*
101:*25*
213:*1, 10, 12*
218:*8, 20*
219:*4, 10, 13*
231:*14*
232:*2, 3, 11,*
*19, 23*
233:*22*
234:*7, 10*
235:*4, 24*
236:*1*
237:*3*
241:*9*
283:*21*
402:*1*
**Rite** 7:*9*
**Riverside**
3:*13*
**Robert** 12:*7,*
*10*
**robust**
272:*21*
**Rock** 4:*9*
**rodent**
371:*13*
**rodents**
370:*21*
**ROGER**
4:*13*
**roger.smith**
**@beasleyalle**
**n.com** 4:*14*
**Role** 10:*19*
17:*11* 76:*4,*
*16* 78:*6*
103:*1*
152:*17*
266:*4*
278:*14*
282:*14*
284:*2*
334:*17, 18,*
*24*

**roles** 18:*20*
19:*9*
**ROMANO**
3:*11*
**ROSIE** 3:*11*
**rosie.romano**
**@kellerpost**
**man.com**
3:*11*
**roughly**
125:*6*
298:*22*
309:*6, 8*
**Round** 4:*9*
**routine**
76:*14*
77:*18*
116:*20*
**rule** 77:*23*
78:*7* 90:*17,*
*24*
**rules**
183:*14*
185:*17*
**run** 84:*12*
98:*23*
**RUSS** 3:*19*

< S >
**S2** 313:*2*
327:*2*
**safe** 221:*15*
240:*20*
400:*25*
**safety** 46:*10,*
*16* 47:*4*
48:*12*
49:*23* 54:*7*
168:*24*
**sake** 15:*3*
**sample**
66:*13*
143:*23*
144:*9*

145:*12, 14,*
*17* 146:*2, 3,*
*9, 14, 16, 18*
204:*14*
265:*6*
266:*4*
293:*21*
296:*1*
299:*22*
300:*2, 14*
301:*22*
306:*20*
308:*1*
310:*23*
311:*7*
374:*13, 16*
377:*6*
388:*9, 15, 24*
389:*4*
**sampled**
354:*18*
**sampling**
115:*23*
**SANDRA**
6:*1*
**SANFORD**
3:*20*
**Santa** 2:*5, 6*
**SARAH**
4:*20*
**SAT** 129:*14*
**satisfaction**
138:*15*
**satisfied**
41:*12*
139:*14*
323:*2*
**satisfy**
138:*20*
**Saturday**
294:*3*
**save** 117:*19*
191:*25*

Confidential - Subject to Protective Order

199:*9*
369:*14*
**saw** 159:*14*
193:*17*
313:7, *10*
348:*20*
**saying**
29:*14*
65:22 66:6
80:*24* 81:2,
7 90:2, 5, 6,
7 91:*18*, *21*,
*24* 92:*18*
105:*19*
107:*11*
111:25
113:*14*
157:8
160:25
184:8
218:*15*
219:*23*
220:*3*
221:6, 9
223:*19*
228:*12*, *21*,
*23* 256:6
265:*12*
266:6
270:22
281:*23*
291:*14*, *17*
292:7
301:*19*
303:*17*
311:*3*
314:*1*
332:*3*
339:*25*
340:*3*
358:*17*
377:*23*
383:22

386:*4*
399:*11*
**says** 11:*23*
62:*11*, *14*
64:6 66:25
81:*4* 181:2
187:*20*
203:8
208:*15*
209:*15*, *21*
212:*17*, 22,
*23* 214:2
235:*15*, *18*
236:*4*
246:*10*, *12*
248:2
278:*18*
279:9
282:*24*, *25*
283:*17*
284:*1*
291:*1*
296:*21*
313:2
315:*16*
316:*5*
317:*12*, *17*
336:*17*
343:*12*
376:*18*
383:*10*
389:*16*
391:*20*
395:8
398:7
399:*20*
**sburke@dua**
**nemorris.co**
**m** 7:2
**scale** 308:*5*,
*10*
**scales** 251:*3*,
*20* 355:*23*

**scent** 371:*6*,
7, *10*, *13*, 22,
*24*
**schizophreni**
**a** 343:*25*
**school**
127:*15*
128:*18*
129:*5* 130:*1*
**SCHULTZ**
3:7
**scientific**
54:4, *20*
72:9
177:*18*
186:*24*
**scope**
220:*14*
**screening**
114:*20*
116:*20*
118:*15*
124:7
137:*3*
306:*25*
307:6, *19*, 22
**SEAN** 2:*10*
7:*1*
**search**
191:9, *12*, *15*,
*23* 192:*1*, 4,
7, 9, *17*, *19*
193:*1*
379:*20*
**searchable**
191:*16*
**searched**
58:2, *15*
192:*11*, *12*
**sec** 19:*17*
**second**
120:4
190:*12*
208:*13*, *14*

263:*19*
274:*17*
276:7
290:9, *18*
293:*3*
318:*17*
322:*14*
325:*5*
332:*24*
352:6, *11*, *24*,
*25* 358:*21*
360:*3*
361:2
365:*3*
376:*16*, *19*
379:*5*
383:9
391:*16*, *20*
394:22
**section**
21:*25*
41:*19*
163:*20*, *25*
181:*16*
189:*19*
203:4, *18*
208:*11*
229:*10*
315:*17*
316:*17*
362:*20*
**see** 14:*19*
17:*17*
26:25 34:*3*
43:4, 7, *17*
44:*13*, *19*
52:5, 6
80:*19* 85:*3*
105:*5*
112:7
113:6
115:*14*
129:*1*
132:*11*

133:*21*, *24*
138:*5*
146:*15*
152:*11*, *13*
153:8, *10*, *16*
156:*14*
157:*15*
160:*12*
163:*19*, *24*
164:5, 8, *12*
170:*19*
171:*3*
182:*5*
192:*5*, *16*
196:*17*, 22
200:7, *10*, *14*
201:*3*, *10*, *13*
203:*13*, *17*
205:6
206:*16*
208:*10*
209:8, 9, *10*,
*25* 212:*23*
215:*12*
216:2, *16*, *24*,
*25* 219:*17*,
*25* 220:*1*
223:*1*
225:*1*
226:*11*
232:*21*
234:*5*
235:*14*, *17*
236:2
244:9, *17*, *20*
245:8
254:8, *10*, *13*
255:*14*
258:*12*
260:*19*
261:*16*, *25*
262:2, *10*, *15*,
*24* 263:*4*, 6,
7, *13*, *16*, *18*,

| | | | | |
|---|---|---|---|---|
| 25 264:*11* | **seek** 33:*10* | 256:*19* | **series** | **sex** 292:*15,* |
| 273:22, 25 | 34:*10* | 278:*12, 17* | 222:24 | *18, 21* |
| 285:*17* | 76:22, 25 | 279:9 | 229:*17* | 305:22 |
| 286:8 | 77:*3* | 281:*20* | **serine** 387:*6* | 309:*1* |
| 287:25 | **seen** 35:*4* | 282:*10, 22* | **serum** | **sexes** 126:*19* |
| 291:*21* | 42:*5* 45:9 | 283:*14, 16* | 102:22 | **sex-selective** |
| 292:2 | 95:*15* | 284:*1, 3, 9,* | 103:*7* | 306:2, *7* |
| 298:2, 8 | 112:*15* | *14, 17* 293:*3* | **serve** 64:22, | **SHANNON** |
| 307:*18* | 180:*14* | 296:*21* | *24* 180:*7* | 7:*22* |
| 308:25 | 255:*7* | 322:*14, 23* | **SERVICES** | **shape** 83:*21* |
| 312:*4* | 260:22 | 340:*23* | 1:*21* 8:*2* | 349:*21* |
| 315:*3* | 261:*11* | 341:*1, 4* | 11:*4* | **share** 56:*16* |
| 320:*15* | 331:*14, 17* | 376:*11, 18* | 118:*17* | 336:*5* |
| 322:2, 7 | 335:*4* | 383:*17, 20* | 127:*10, 24,* | 337:*17* |
| 327:*3, 22* | 360:*19* | 384:*4* | *25* 128:*4, 8,* | 342:*7, 18* |
| 331:*12* | 363:22 | 386:*16, 25* | *16, 17, 20, 24* | **shared** |
| 337:*14* | 364:*16* | 391:*20* | 130:*3, 7, 12* | 347:*8* |
| 341:*1, 10* | **select** | 392:*1, 19, 24* | 136:*10* | 348:22 |
| 343:*5* | 370:*25* | 393:*7, 16, 17* | 137:*2, 4* | **sheet** 406:*6,* |
| 345:*18* | **selective** | 395:*6, 7* | 153:*14* | *9, 11, 14* |
| 359:*7, 11* | 64:*10* | 398:*18, 23* | **session** | 407:*7* |
| 361:*8, 13, 16* | 66:*16* | 399:*20* | 74:*13* 276:*9* | **SHELLY** |
| 365:*18, 19* | 357:*19* | **sentences** | **set** 284:*5, 7* | 3:*20* |
| 366:*24* | **send** 77:*9* | 177:*16* | 337:*21, 23* | **shifting** |
| 373:*14* | **sense** 310:*2,* | 191:*1* | 338:*3* | 337:*21, 23* |
| 375:*16* | *11, 15* | 209:*13* | 353:*7* | 338:*4* |
| 380:*13, 16* | **sensitive** | 318:*13* | 358:*13* | **shipped** |
| 387:*23* | 112:*21* | 337:*3* | 405:*8* | 62:22 |
| 392:*6* | **sensitivity** | 338:*24* | **sets** 230:*5* | **short** 100:*15* |
| **seeing** | 205:*14* | 339:*2* | **setting** | **shorter** |
| 44:*25* 78:*9* | **sentence** | 386:*18, 23* | 104:*14* | 121:*17* |
| 102:6, *10* | 113:*24* | 393:*7* | 227:*18* | **shortest** |
| 111:*14* | 170:*24* | 399:*12* | 228:*18* | 232:*6* |
| 180:*21* | 172:*11, 13* | **separate** | 282:*10, 12* | **Shorthand** |
| 200:*24* | 173:*2* | 177:*9* | 358:*4* | 1:*18* 405:*3,* |
| 229:*8* | 180:*4* | 179:*18* | **settings** | *18, 19, 20* |
| 245:*1, 3* | 182:*5* | 357:*14* | 296:*11* | **show** 44:*21* |
| 247:*1* | 189:*21* | 372:*10, 23* | **seven** 41:*16* | 67:*17* |
| 280:25 | 208:*14* | **separated** | 134:*20* | 82:24 |
| 306:*16* | 213:*15* | 127:*16* | **severe** | 93:*10* |
| 320:*5* | 214:*1* | **separately** | 83:*24* 85:*5* | 145:*4* |
| 322:*6* | 216:*17* | 294:*21* | 358:*9* | 148:*16* |
| 330:*11* | 219:*17* | 309:*2* | **severity** | 180:*18* |
| | 228:22 | | 348:*7* | 204:*6* |

Confidential - Subject to Protective Order

228:*23*
253:*16*
333:*10*
369:*3*
378:*10*
**showed**
102:*8*
141:*3*
398:*17*
**showing**
221:*17*
390:*12*
**shows**
145:*16*
198:*11*
375:*6*
**SHUSTER**
3:*1*
**sib-control**
204:*17*
**sibling-
control**
205:*20*
206:*8, 10, 13*
**siblings**
208:*3*
**sib-match**
198:*5*
**sib-matched**
197:*22*
**sib-pair**
198:*15*
199:*13, 15*
206:*22*
207:*12, 18,
25* 208:*5*
**sic** 24:*1*
63:*19*
227:*24*
**side** 293:*4*
**sign** 406:*8*
**signal**
221:*24*

223:*6*
294:*19*
**signaling**
16:*11, 23*
355:*2*
**signed**
28:*21* 29:*1*
54:*11* 64:*2*
**significance**
138:*14*
139:*1*
140:*1, 3, 7,
18, 22*
141:*11*
170:*8, 14*
171:*1, 16*
172:*1, 6, 21,
22* 213:*13,
17* 216:*20*
268:*6*
292:*4*
293:*14*
295:*25*
296:*18, 23*
297:*1, 12*
301:*10*
302:*4*
303:*23*
306:*21*
309:*23*
374:*17*
375:*12*
377:*7* 389:*5*
**significant**
63:*8* 117:*4*
118:*5*
119:*9*
120:*19*
127:*13*
139:*23*
141:*17*
143:*3*
149:*6*
197:*17*

208:*20*
209:*7*
213:*10, 23*
216:*17*
221:*18*
228:*15*
267:*18, 21*
269:*21*
270:*8, 24*
272:*2*
290:*24*
291:*13*
292:*19*
293:*19*
303:*1, 10*
309:*13, 15*
365:*15, 23*
388:*11, 23*
**significantly**
387:*7*
**signing**
406:*9*
**similar**
95:*10*
115:*19, 20*
118:*14*
126:*18*
175:*8, 13, 25*
291:*18*
292:*12*
293:*10*
295:*20, 22*
296:*21, 25*
306:*12*
307:*16, 18*
312:*23*
345:*22*
346:*12*
348:*23, 25*
388:*20*
**simply**
137:*6*
145:*13*

**single** 80:*11,
25* 82:*8, 17*
147:*3, 4, 9*
315:*14*
**single-point**
143:*10*
**sir** 289:*17*
386:*13*
**sit** 47:*7*
**sitting**
14:*11* 16:*9*
39:*7* 44:*24*
58:*8* 73:*13*
75:*5, 13, 16,
20* 88:*6*
95:*4*
104:*19*
105:*14*
132:*7*
192:*18*
193:*23*
194:*6*
247:*25*
279:*11*
281:*23*
283:*8*
311:*14*
367:*3* 380:*9*
**situations**
233:*25*
**six** 10:*5*
69:*17*
71:*24*
134:*20*
264:*14*
274:*14*
276:*25*
277:*9*
278:*4*
291:*7*
313:*8, 10*
314:*19*
**size** 66:*14*
143:*23*

144:*2, 3, 9,
12* 145:*12,
14, 17* 146:*2,
4, 9, 14, 17,
18* 147:*20,
22* 171:*10*
204:*14*
265:*6*
266:*4*
293:*21*
296:*1*
299:*22*
300:*2, 14*
301:*22*
306:*20*
308:*1*
310:*23*
311:*7*
374:*14, 16*
377:*6*
388:*9, 15, 24,
25* 389:*4*
**sjohnston@b
tlaw.com**
4:*20*
**skills** 123:*16*
**skim** 13:*15*
**skin** 352:*20*
358:*3*
**sko@btlaw.c
om** 6:*2*
**slightly**
314:*15*
**slope** 130:*21*
**small** 204:*4*
212:*25*
213:*7*
332:*2, 4*
333:*25*
**smaller**
267:*8*
311:*6*
389:*4* 398:*9*

smallest
232:*5*
**SMITH**
4:*13*  7:*4*
smoking
197:*1*
snapshot
368:*4*  369:*9*
**SNIDOW**
3:*12*
social
372:*19, 24*
socialization-
type  130:*12*
societies
54:*19*  56:*16*
**Society**
34:*14*
39:*14*
54:*13, 17*
58:*10*
socioeconomi
c  124:*14*
197:*1*
sold  68:*1*
solely
114:*17*
somebody
12:*18*  27:*6*
100:*24*
324:*13*
325:*9*
somewhat
85:*18*
263:*15*
265:*21*
sorry  16:*9*
29:*1*  58:*19*
62:*2*
117:*16*
151:*25*
196:*11*
243:*19*
245:*13*

249:*24*
273:*4, 9*
281:*2*
289:*5*
320:*1*
324:*21*
327:*5*
336:*14*
341:*23*
346:*12*
348:*5*
349:*24*
363:*3*
370:*12*
402:*8*
sort  82:*6*
85:*15*
115:*8*
118:*10*
136:*15*
141:*14*
170:*12*
177:*16*
187:*14*
223:*4*
259:*19*
332:*8*
348:*17*
371:*15, 20*
390:*15*
sound
403:*21*
**Sounds**
403:*23*
sources
33:*11*  73:*2*
93:*18*
95:*16*
211:*20*
221:*21*
306:*23*
**South**  5:*2*
7:*8, 18*

**SOUTHERN**
1:*1*  320:*24*
379:*12*
**SOVIK**  7:*4*
**SOX**  16:*2,*
*11*
**SOX2**  17:*2*
space
259:*13, 24*
406:*6*
**SPALDING**
6:*12*  7:*22*
span  118:*7*
spans  118:*8*
**SPARC**
295:*8*
spat  363:*13*
speak  12:*12*
294:*12*
381:*7*
speaking
23:*4*
specialists
116:*22*
specialize
33:*16*  56:*9*
specializes
29:*25*  33:*18*
specialties
27:*4, 5, 9*
30:*8*
specific
18:*6*  31:*1*
54:*7*  55:*18*
65:*6, 7*
67:*6*  81:*11,*
*18, 19*  83:*8*
131:*10*
152:*15*
161:*20*
176:*18*
177:*19*
220:*19*

254:*24, 25*
260:*3*
311:*21*
312:*4*
334:*8*
344:*11*
specifically
28:*18*
49:*23*  75:*1*
121:*19*
153:*3*
158:*7*
159:*2*
192:*23*
238:*16*
398:*25*
specificity
341:*21*
specified
192:*6*
395:*11*
specify
192:*13, 14*
392:*24*
396:*13*
398:*25*
**Spectrum**
9:*18*  10:*3*
24:*6*  26:*24*
29:*22*  30:*4*
60:*1*
116:*15*
151:*3*
152:*20*
153:*24*
154:*4, 7, 12*
294:*16*
295:*1*
326:*21*
343:*14*
377:*20*
speech
128:*13*

spend  51:*5*
364:*4*
spent  69:*23*
sperm  108:*2*
spite  199:*3*
ssanford@w
attsguerra.co
m  3:*21*
**SSI**  129:*20*
**SSRIs**
75:*14, 17*
334:*14, 22*
stable
113:*14, 21*
stand  161:*2*
266:*15*
286:*3*
337:*4*
381:*13*
402:*6, 16*
standard
79:*14*
106:*9*
148:*5*
162:*19*
308:*11*
371:*19*

standardized
87:*21*  88:*4,*
*13*  90:*9*
96:*12*
105:*9*
114:*25*
115:*4, 10*
116:*25*
118:*4, 11*
129:*14*
222:*19*
standpoint
97:*22, 24*
stands
163:*5*
342:*17*

Confidential - Subject to Protective Order

start 83:*23*
116:*2*
306:*14*
323:*3*
325:*20*
375:*9*
387:*21*
started
14:*18* 15:*6*
starting
285:*22*
316:*1, 13*
317:*9*
321:*23*
392:*15*
starts 341:*7*
state 28:*18*
47:*3* 50:*22*
113:*20*
131:*19*
318:*25*
342:*3* 406:*5*
statement
16:*6* 32:*20*
41:*25* 42:*7,*
*17, 22, 23*
43:*1, 18, 20*
44:*5, 18, 22*
45:*3* 51:*25*
54:*1, 12*
66:*22, 25*
69:*3* 88:*16*
90:*11*
95:*19*
113:*20*
169:*4*
249:*20*
264:*2*
268:*23*
278:*23*
283:*3, 4*
289:*1, 2, 10*
292:*7*
318:*9*

320:*1*
321:*6*
389:*24*
390:*3*
402:*14*
statements
35:*10, 15*
43:*10* 44:*2*
45:*10* 62:*5*
63:*13*
319:*25*
320:*18*
STATES
1:*1* 22:*14*
35:*19*
53:*16, 25*
55:*14, 19*
56:*15* 58:*3,*
*10, 17* 62:*23*
120:*20*
121:*4*
122:*1*
123:*1, 23*
125:*18*
136:*4*
stating
171:*10*
statistic
123:*23*
statistical
140:*1, 3, 7,*
*18, 21*
141:*11*
170:*7, 14*
171:*1, 16*
172:*1, 6, 20,*
*22* 211:*24*
213:*13, 17*
268:*6*
292:*3*
293:*13*
295:*24*
296:*18, 22*
297:*12*

301:*10*
302:*3*
303:*23*
306:*16, 21*
309:*22*
311:*3*
374:*17*
375:*12*
377:*7* 389:*5*
statistically
139:*23*
141:*17*
143:*3, 6*
213:*10, 22*
267:*17, 20*
269:*21*
270:*7, 23*
272:*2*
290:*23*
291:*13*
292:*18*
293:*19*
303:*1, 10*
309:*13, 15*
383:*24*
388:*11, 22*
statisticians
144:*17*
145:*20*
statistics
134:*12*
143:*8*
status
102:*25*
103:*15*
staying
113:*17*
394:*17*
stenographic
11:*15*
stenographic
ally 405:*7*

step 53:*14*
120:*11*
374:*5*
Stergiakouli
269:*12*
stick 198:*22*
sticker
254:*3*
stigma
136:*16, 20*
stigmas
136:*12*
stimuli
337:*22*
STONE 7:*9*
stop 33:*1*
133:*14*
stopped
20:*4*
stored 99:*24*
Stores 6:*15*
Stores-PNS
7:*19*
story 172:*23*
stracey@trac
eylawfirm.co
m 2:*10*
straight
162:*23*
strategies
232:*24, 25*
stratification
200:*11*
stratified
309:*1*
stratify
292:*15*
stratifying
292:*21*
Street 1:*13*
2:*12, 19*
4:*14* 5:*2, 8*
6:*2, 8, 19*

7:*8, 13, 18*
11:*8*
Streissguth
269:*11*
strength
140:*10*
141:*14*
147:*21*
170:*5, 6, 13,*
*19, 25*
171:*13, 24*
178:*22*
189:*18*
374:*12*
strengths
197:*14*
208:*10*
211:*1*
212:*10, 12,*
*13*
stress 10:*15,*
*19* 68:*6*
103:*4*
104:*8, 13*
109:*3*
281:*6*
373:*24*
374:*23*
376:*16*
377:*14, 19*
378:*19*
380:*4*
382:*4*
384:*22*
385:*6, 16*
386:*4*
387:*8, 12*
strong
107:*5, 18*
109:*8*
146:*1*
171:*18*
198:*6, 13*
200:*25*

Confidential - Subject to Protective Order

201:*25*
202:*2, 3, 9*
203:*1*
204:*6, 11*
205:*12*
209:*10*
221:*18*
223:*20, 23*
257:*6, 11*
258:*20*
374:*15*
375:*6*
376:*14, 24, 25*  377:*18*
389:*5*
**stronger**
84:*8*
145:*18*
294:*20*
**strongly**
209:*16*
**structural**
342:*8*
**structure**
282:*8*
**student**
129:*5*
**studied**
61:*12*  63:*3*
75:*1, 4, 12*
87:*17*
92:*25*
94:*16*
136:*25*
261:*4*
286:*7*
299:*1*
320:*14*
356:*22*
363:*2*
**Studies**
9:*20, 21*
25:*7, 10, 25*
40:*7*  54:*6*

63:*5*  66:*12*
67:*8*  71:*4*
72:*18*
87:*11*
99:*10*
106:*4*
109:*11*
131:*19*
141:*2*
142:*12, 23*
143:*25*
144:*8*
145:*3*
146:*16*
147:*18, 23*
148:*3*
162:*11*
167:*9*
173:*6, 11, 14, 18, 19, 25*
174:*11, 13, 14*  175:*15*
176:*1*
178:*11*
188:*8, 12, 13, 14, 19, 23*
189:*3*
194:*5*
195:*9, 11*
199:*8*
201:*17, 19*
202:*24*
204:*6*
206:*13*
207:*25*
208:*16, 17, 18*  209:*12, 22*  211:*6, 11, 14, 18*  212:*9*
215:*1, 17*
222:*16, 25*
225:*9, 11*
226:*3, 10*
227:*8, 25*

228:*13, 23*
229:*18, 22*
230:*11*
250:*16*
259:*12*
263:*14, 16*
264:*21*
266:*20*
271:*2*
274:*25*
275:*4*
276:*17*
277:*1, 17, 22*
279:*22*
280:*3, 7, 13*
287:*7, 21*
295:*4, 7*
302:*10, 25*
303:*13*
305:*20, 22*
307:*25*
325:*1, 5*
326:*14*
345:*7, 19*
346:*14*
353:*12*
356:*17, 24*
362:*18*
370:*8, 10, 14, 20, 23*
395:*16, 22*
**study**  17:*14, 19*  26:*14*
40:*3*  44:*15*
63:*11*
67:*15*
131:*3*
141:*25*
142:*4*
145:*22*
146:*7, 8, 12, 14*  147:*4, 9, 11, 13, 14, 16*
174:*15*

175:*3*
180:*12, 15*
190:*3*
193:*15, 20, 24*  198:*11*
199:*25*
200:*25*
201:*17*
202:*1, 3, 16*
203:*11*
204:*1, 4, 10, 16*  205:*11, 12*  206:*11*
208:*2, 6*
209:*1, 3*
211:*2, 23*
212:*7, 15*
222:*14*
223:*14, 15*
224:*25*
244:*10*
246:*20*
248:*14*
250:*18*
257:*10*
259:*20*
263:*19, 20*
265:*18*
266:*25*
267:*13*
268:*1, 8*
269:*2, 7, 11, 12, 16*  270:*5*
272:*1*
274:*18*
275:*10*
282:*15*
284:*11*
285:*1, 15*
298:*3*
299:*8, 9*
300:*12, 20*
301:*23*
302:*1*

306:*24*
308:*3*
311:*24*
316:*10*
321:*11, 13*
326:*13*
331:*21*
334:*7*
335:*5*
345:*17*
353:*17*
354:*12*
357:*4*
359:*8*
361:*11, 14, 17, 20, 24*
366:*12*
371:*13*
373:*13, 15*
374:*2*
375:*8, 22*
376:*5*
378:*2*
383:*1*
389:*9, 16*
390:*6*
394:*3*
395:*25*
396:*2, 18, 25*
397:*13*
398:*8*
**studying**
39:*1*  294:*25*
**study's**
265:*1*
**sub-footnote**
341:*9*
**subgroup**
122:*11*
354:*10, 12*
**subject**
185:*17*
221:*3*

Confidential - Subject to Protective Order

397:*17*
406:*10*
**subjects**
168:*8*
354:*11, 17,*
*23*
**submitted**
66:*1*
**Subscribed**
407:*15*
**subset**
355:*16*
356:*16*
**subspecialty**
29:*24*
**substance**
407:*7*
**substantive**
160:*21*
**subtle**
351:*21*
358:*11*
**subtype**
119:*18*
127:*4*
340:*18, 19*
**sudden**
146:*17*
**sufficient**
173:*5, 6*
**suggest**
60:*5* 61:*8,*
*11* 67:*2*
87:*11*
252:*23*
319:*16*
372:*24*
378:*16*
385:*15*
387:*1, 9*
**suggested**
40:*1* 47:*9*
126:*2*
331:*22*

**suggesting**
223:*6*
249:*10*
284:*8*
295:*22*
337:*11*
339:*8*
365:*4*
384:*7*
393:*18*
**suggestions**
240:*23*
**suggestive**
377:*24*
**suggests**
61:*1*
107:*25*
395:*25*
**SUGNET**
7:*4*
**Suite** 2:*5,*
*12* 3:*13, 22*
4:*2, 8, 22*
5:*8, 13* 6:*2*
7:*2, 8*
**SULLIVAN**
3:*1*
**summaries**
276:*10*
**summarized**
287:*20*
**summary**
194:*15, 20,*
*25* 195:*4, 8*
286:*15*
287:*16, 18*
288:*24*
320:*19*
**summer**
7:*22*
**supervised**
169:*12*
**supervising**
25:*13*

**supplement**
391:*23*
398:*16*
**Supplementa
l** 10:*1*
258:*23*
259:*7, 14, 17*
260:*2, 7, 24*
261:*6*
273:*7*
285:*15*
311:*24*
312:*10*
315:*20*
316:*23*
317:*3, 6*
318:*1*
**Supplementa
ry** 10:*7*
312:*19, 21,*
*25* 320:*22*
323:*13*
391:*13*
**supply**
368:*1*
**support**
15:*9*
137:*16*
162:*2, 7*
283:*18*
371:*3*
374:*25*
377:*18*
**supported**
374:*8*
380:*19*
**supportive**
18:*9* 162:*12*
**supports**
16:*19*
73:*20*
190:*14, 23*
374:*10*
389:*9, 17*

**supposedly**
137:*21*
**supposition**
280:*16*
**sure** 18:*18*
28:*7* 30:*25*
41:*14* 43:*5,*
*25* 44:*23*
52:*1* 54:*15*
55:*17* 64:*6*
65:*14* 70:*5*
73:*24*
78:*14*
88:*15*
89:*23*
131:*13*
157:*6*
158:*23*
169:*5*
173:*3*
185:*4*
195:*16*
201:*5*
203:*16*
204:*21*
214:*22*
216:*15*
221:*4*
224:*7*
229:*16*
230:*2*
246:*16*
253:*14*
261:*4*
264:*6*
266:*14*
274:*10, 20*
275:*4*
280:*24*
290:*7, 25*
314:*6*
317:*24*
335:*11*
339:*19*

358:*24*
359:*25*
360:*2*
361:*1*
363:*23*
370:*11*
371:*9*
372:*3*
400:*8, 9*
403:*19*
**surprise**
301:*19, 21*
**surprised**
234:*4*
**surveillance**
115:*1*
121:*15*
**Surveys**
245:*23*
**susceptible**
368:*12, 17*
**swear** 11:*17*
**switching**
353:*7*
358:*14*
**sworn**
11:*21*
405:*4*
407:*15*
**symptom**
157:*1*
227:*3*
336:*6, 18*
337:*7, 10, 12*
338:*10, 19*
340:*16*
343:*17, 24*
344:*5, 21*
347:*22, 25*
348:*8, 10*
349:*6, 10, 14,*
*17, 18, 20*
350:*2, 4, 12,*
*14* 351:*5, 8*

Confidential - Subject to Protective Order

373:2
400:*15*
**symptoms**
10:*4*  76:*17*
81:*16*
83:*25*  85:*5*
119:*4, 6*
125:*20*
217:*25*
292:*9, 22*
293:*2*
309:*16*
326:*17*
344:*19, 21*
345:*1, 3*
348:*23*
351:*3, 22*
358:*11, 16*
401:*7, 8, 9,*
*13, 22, 23, 25*
**syndromal**
82:*6, 14*
83:*12, 19*
**syndrome**
81:*16*
82:*16*  83:*13*
**synthesis**
383:*13*
387:*11*
**Syracuse**
7:*8*
**system**
169:*18, 19*
170:*2*
281:*5*
330:*21*
382:*1*
**Systematic**
9:*18*  190:*1,*
*2*  194:*3*
244:*14*
256:*23*
**systematicall
y**  250:*24*

**systemic**
189:*25*
222:*15*
244:*13*

**< T >**
**table**
194:*15*
195:*1, 5, 8*
261:*17*
297:*5, 25*
299:*17*
301:*7, 14*
308:*23*
327:*2*
363:*5*
365:*22, 25*
387:*21*
**tables**  10:*1*
194:*20*
204:*25*
259:*15*
261:*6*
287:*16, 18*
316:*23*
356:*12*
**take**  43:*3, 5*
44:*1*  51:*3*
53:*14*
61:*13*
73:*24*
74:*12*
84:*20*
106:*22*
132:*5*
137:*18*
144:*6*
150:*11*
157:*9*
159:*20*
172:*14*
180:*19*
190:*10*
194:*9*

196:*16*
197:*5*
200:*16*
204:*18*
205:*4, 8*
207:*13*
215:*12*
217:*12*
219:*1*
224:*5*
226:*10*
231:*12, 20*
232:*5*
233:*11, 15*
234:*12, 13,*
*14, 23*  236:*7*
237:*12*
240:*2*
244:*20*
246:*17*
248:*18*
252:*15*
257:*23*
261:*8*
263:*24*
268:*5*
274:*9*
275:*11, 12,*
*14*  287:*15,*
*16*  290:*8*
299:*2, 7, 11*
303:*7, 19*
312:*2*
314:*18, 25*
322:*25*
323:*4*
329:*11, 12,*
*18, 25*  330:*7*
335:*11*
342:*2*
354:*4*
360:*25*
364:*18*
369:*14*

397:*2*
399:*12*
400:*11*
401:*11*
**taken**  21:*2,*
*11*  22:*1, 12*
23:*8*  24:*10*
101:*1*
207:*20*
216:*19*
229:*17*
287:*5*
315:*6*
316:*6*
317:*19*
318:*4*
322:*19*
392:*2, 3*
394:*25*
398:*20*
405:*7*
**takes**  62:*19*
**talk**  61:*5*
113:*9*
150:*14*
180:*3*
196:*19*
197:*19*
213:*9, 11*
214:*19*
215:*4*
227:*19*
228:*18*
229:*10*
272:*8*
287:*1*
294:*10*
331:*18*
332:*21*
337:*5*
343:*23*
344:*1*
391:*15*

**talked**
60:*15*  83:*9*
164:*14*
327:*11*
334:*10*
400:*1*
**talking**  37:*9*
61:*22*
63:*18*
114:*6*
117:*17*
131:*5, 10*
134:*10*
135:*15, 16,*
*20*  139:*2, 4*
146:*20*
153:*11*
167:*24*
187:*23*
205:*16, 18*
206:*19, 21*
218:*12*
227:*14*
228:*12, 15*
230:*15*
243:*14*
249:*24, 25*
253:*19*
262:*6*
269:*19, 20*
271:*16*
282:*17*
288:*15*
291:*3*
293:*7*
296:*8, 9, 12*
297:*6, 9, 10*
299:*14*
300:*8*
302:*11, 17*
313:*7*
344:*13*
355:*15*

373:*12*
392:*8*  402:*5*
**talks**  55:*22*
190:*18*
199:*1*
**tantrums**
119:*21*
120:*8*  123:*6*
**Target**  6:*20*
144:*18*
145:*21*
147:*5*
**tech**  19:*14*
**technical**
20:*1*, *5*
**techniques**
115:*24*
121:*16*
**tedious**
88:*18*
**teeny**
301:*14*
**telephone**
314:*10*
**tell**  11:*22*
16:*10*
80:*21*
87:*23*  88:*7*
90:*3*
126:*13*
134:*6*
192:*21*
201:*8*
208:*14*
225:*3*
231:*11*, *17*,
*25*  247:*18*
253:*7*
264:*12*
287:*7*
333:*3*
339:*13*, *20*
340:*24*

362:*4*
371:*5*  372:*7*
**telling**
269:*4*
358:*18*, *25*
399:*1*, *2*
**tells**  275:*9*
286:*19*
**temper**
119:*21*
120:*8*  123:*5*
**temporality**
97:*14*, *19*, *21*,
*24*  98:*7*, *17*
99:*7*  138:*9*,
*12*, *20*
139:*12*, *18*
163:*17*, *20*,
*22*, *25*  164:*6*,
*11*  251:*12*
**ten**  275:*15*
403:*17*
**tend**  126:*6*
**tended**
228:*13*
**tends**  125:*8*
**teratogens**
238:*7*, *17*
**teratologist**
101:*11*
**teratology**
101:*14*
304:*12*
**term**
176:*13*
229:*8*, *9*
338:*3*
**terminate**
102:*9*
**terminated**
102:*3*
**termination**
102:*1*

**terminology**
326:*21*
**terms**  25:*22*
62:*24*
64:*12*
83:*14*
89:*13*  96:*9*
98:*17*
103:*18*
106:*3*
108:*6*
124:*13*
127:*15*
130:*24*
132:*15*
134:*25*
135:*23*
139:*16*
140:*9*
147:*14*
149:*7*, *8*
167:*2*
168:*23*
170:*13*
188:*21*
191:*13*, *15*
192:*4*, *7*, *12*,
*14*, *17*, *19*
193:*1*
213:*15*
218:*3*
225:*12*, *13*
227:*2*, *8*, *15*,
*18*  228:*1*
233:*24*
242:*13*
248:*6*
251:*12*
259:*23*
304:*4*
306:*2*, *8*
314:*16*
320:*16*
323:*13*

326:*25*
328:*15*
337:*25*
355:*5*
357:*2*
361:*2*
365:*21*
366:*18*
371:*10*, *15*,
*19*  390:*15*
400:*24*
**test**  83:*1*
310:*10*
371:*6*, *7*, *11*,
*23*  372:*2*, *5*,
*8*, *9*  373:*5*, *7*,
*9*
**tested**  260:*4*
346:*25*
356:*20*
**testified**
20:*10*, *11*
24:*4*  43:*21*
44:*6*  78:*16*
157:*9*, *11*
179:*20*
185:*10*
205:*19*
209:*24*
210:*1*
257:*5*
258:*3*
281:*9*
310:*12*, *14*
351:*25*
376:*21*
398:*4*
**testify**
124:*22*
405:*4*
**testifying**
19:*5*, *8*  76:*2*
**testimony**
14:*7*  20:*6*

21:*3*, *19*
23:*4*, *16*
24:*17*  29:*9*
65:*23*
74:*13*
98:*12*
156:*4*, *9*, *13*
178:*9*
185:*5*
206:*6*
226:*6*
230:*4*
256:*13*
257:*17*
258:*10*
266:*19*
270:*21*
271:*17*
274:*25*
294:*11*
339:*16*
347:*2*
353:*11*
354:*16*
370:*9*
374:*8*
398:*10*
402:*6*, *24*
405:*7*
**testing**
77:*10*  83:*6*,
*7*  129:*11*, *14*
187:*4*
371:*20*
**tests**  129:*6*
**Texas**  1:*18*
2:*12*  4:*9*
405:*20*
**text**  60:*16*
153:*8*
**textbook**
55:*21*  56:*7*
59:*2*, *6*, *10*,
*25*  60:*19*, *21*

61:*21*, *24*
62:8, *13*, 25
63:8, *24*
64:*17*, *19*, 25
65:2, *12*, 22
67:22  68:5,
*11*, *13*, *17*
**textbooks**
55:*21*
59:*12*, *15*, *16*,
*21*, 22  60:*10*,
*14*, *17*  62:8,
*17*, *18*, *20*
63:*1*
**Thank**  52:*9*,
*11*  224:*19*
238:*12*
369:*18*
**Thanks**
335:22
**theoretically**
325:*9*
**theories**
111:25
**theory**
110:*4*
111:5
112:*11*, *16*
133:*11*
305:7
347:7, *12*
348:2
359:*17*
362:23
384:*21*
**therapeutic**
370:25
371:*21*
**therapies**
128:*12*
**therapy**
128:*13*
**thimerosal**
37:5  74:*21*,

*22*, *24*  75:*1*,
*6*, *11*
**thing**  64:*15*
80:22
117:8
138:*19*
142:6
144:*3*
145:*15*
188:*16*
271:*4*
291:*21*
382:22
384:25
**things**  51:7
66:*13*  78:8
79:*3*  90:9
92:*10*
93:*12*
94:24  97:5
103:*3*
104:*4*, *9*
105:*19*
109:23
111:*10*
115:9
116:22
118:*17*
121:*12*
128:*11*
129:2
132:*13*
133:*4*, *7*
136:24
139:20
160:7
202:*4*
210:8
211:*11*
213:20
218:*18*
225:*15*
227:*10*
228:*18*

233:*9*
285:24
307:*13*
329:*14*
343:*24*
345:6
362:8
373:6  385:*1*
**think**  14:*15*
32:*19*  35:2
36:*18*
38:23, *24*
39:*24*
48:*16*
56:*19*  68:2
76:7  81:*13*
83:*3*  84:*3*
85:*11*  86:*1*,
*6*  88:*11*, 22
89:*4*  96:*21*
98:*11*
101:*4*, 7
107:*17*, *24*
109:*1*, 5
112:*13*, 22
117:*11*
120:*11*
122:7, *18*
125:*18*
130:8
132:*17*, *19*
136:*11*, *18*
137:*20*
142:*17*, *19*
147:8
148:*17*
150:7
157:*17*, *18*
174:6
175:*21*
177:*16*
186:*17*, *20*
188:*16*
189:*1*

196:5
201:25
210:22
212:2, *4*
214:*17*
218:22
219:5
220:*15*, *16*,
*17*  227:*11*
233:8
235:8
237:*15*
239:20
253:*1*
257:*19*
258:20
261:*13*
265:3
266:3
268:22
271:*11*
277:5
282:*16*, *21*
283:2
284:*14*, *24*
285:2, *8*, *9*
291:*3*
295:*18*, *19*
296:20
304:2
306:24
307:*15*
308:7
310:*1*, *14*
312:*3*
315:24
321:5
322:9
326:*12*
328:2
338:*17*
341:*13*
343:22
345:*11*, *21*

359:*14*
364:6, *24*
368:25
371:*15*
376:24
378:6
381:25
382:*3*, 5
386:7, *9*
398:5
400:*3*, *19*, 22
403:*1*
**Third**  136:8
170:*24*
189:*21*
293:*3*
325:5
352:6, *11*, 25
358:*21*
376:*16*, *19*
**thirty**
406:*15*
**Thompson**
269:*11*
**THORNBUR
G**  4:*16*  5:*1*,
*5*, *12*, *15*  6:*1*
**thought**
37:*14*
57:24  62:2
65:*15*
111:*3*
264:8
289:7
363:22
370:*13*
377:*11*
380:*19*
396:*1*
**thoughts**
32:*4*  65:*14*
69:*3*
**thousands**
22:2, *12*

186:*16, 17, 21*

**three** 14:*8*
30:*2, 13, 16, 18, 21* 31:*1*
43:*8* 68:*7*
99:*16*
100:*11*
202:*23*
263:*14*
276:*17*
318:*12*
382:*7*

**tied** 153:*12*

**tighter**
85:*13*

**tightly**
338:*5*

**time** 11:*6*
13:*14*
19:*18, 21*
20:*20* 21:*1*
28:*21, 25*
29:*1, 6*
36:*5, 10, 25*
46:*23* 48:*4*
51:*7, 8, 22*
52:*20*
53:*15*
55:*10*
56:*22*
58:*22*
62:*20* 63:*6*
64:*14*
65:*17*
66:*23* 68:*3*
69:*2* 70:*1, 18* 71:*20*
72:*4, 13, 16, 25* 74:*1, 5*
75:*9* 86:*21*
97:*20*
99:*25*
100:*15*

102:*17*
108:*4*
109:*16*
110:22
111:*2, 6*
115:*11*
117:*23*
118:*6, 7, 8, 12* 121:*13, 17* 127:*1*
128:*14, 19*
129:*5, 11, 13*
131:*4, 21*
132:*19*
134:*3*
135:*7*
143:*1*
149:*13*
150:*15, 19*
166:*25*
168:*23*
173:*5, 11, 13, 16, 19, 22*
174:*2, 9, 12, 13, 15*
177:*19*
179:*18*
193:*19*
197:*5*
199:*10*
210:*23*
218:*17*
224:*10, 14*
229:*15*
230:*12*
232:*6*
238:*9*
239:*21*
240:*11*
250:*17, 20, 22* 251:*14, 15* 252:*18, 21* 274:*17, 23* 275:2, *17,*

20  285:*6, 18*
308:*19*
314:*22*
317:*20*
318:*5*
322:*20*
325:*14, 16*
335:*1, 13, 16*
350:*21*
363:*13*
364:*1, 4*
367:*25*
368:*2, 5, 7*
369:*1, 21, 25*
376:*2*
383:*6, 7*
393:*3*
394:*25*
396:*3*
397:*13*
398:*21*
399:*2, 4*
403:*10, 14*
404:*5* 405:*8*

**timeline**
132:*22*

**times** 12:*17*
41:*16* 68:*8*
160:*9*
163:*11*
278:*10*
345:*6*

**timing**
130:*20, 21*
350:*18*
351:*1*
352:*1, 3, 9, 18, 22*

**tiny** 298:*4*
301:*14*

**title** 312:*22*

**titled**
181:*17*

261:*22*
366:*2*

**toady**
209:*19*

**today** 11:*12, 16*  12:*6*
13:*6, 10*
14:*11, 18*
16:*10*
27:*16, 21*
37:*20, 23*
39:*5, 12, 13, 15, 20*  44:*24*
47:*8*  50:*11, 14*  51:*17*
53:*4*  58:*9*
59:*22*
68:*15*  75:*5, 13, 16, 20*
88:*6, 21*
95:*4*
104:*19*
105:*14*
108:*19, 21*
132:*7*
178:*9*
179:*21*
192:*18*
193:*3, 24*
194:*6, 19*
240:*3*
247:*25*
255:*6*
260:*22*
275:*1*
279:*11*
294:*11*
306:*1, 7, 11*
311:*14*
360:*19*
363:*17*
364:*14*
380:*10*

**Today's**
11:*5*

**told** 30:*22*
31:*3, 6, 7, 11, 21, 23*
297:*16*
400:*24*

**ton** 237:*21*

**tool** 306:*25*
307:*6, 19, 22*

**tools** 227:*20*

**top** 100:*19*
131:*25*
287:*14*
289:*21*

**topic** 31:*15*
114:*13*
224:*5*
244:*8* 357:*6*

**Topiramate**
237:*7, 9, 12, 16*

**totality**
141:*21*
142:*14*
360:*16*

**TRACEY**
2:*8, 10, 11*

**tracking**
37:*9*

**traditional**
237:*25*

**traits** 84:*11*
331:*23*
334:*11*
342:*9, 19*
376:*17*
377:*13*

**tramadol**
41:*2*

**transcript**
57:*2, 4, 18*
157:*15*
294:*2*

Confidential - Subject to Protective Order

405:7
406:*16, 17*

**transcription**
407:*5*
**transdiagnosis** 348:*2*
**Transdiagnostic** 10:*10*
343:*17*
344:*5, 14*
347:*7, 11*
348:*14*
349:*6*
**translate** 25:*24*
**translational** 25:*19, 24*
**transmission** 348:*24*
**trauma** 94:*24*
**treat**
155:*21*
169:*13*
217:*6, 23, 24*
233:*1* 352:*9*
**treating**
76:*12*
168:*25*
218:*1*
**treatment**
30:*9* 36:*24*
76:*19*
**treatments**
175:*18*
**Tree** 6:*9*
**trend**
143:*21, 23*
144:*10*
145:*6*
**trends**
143:*20*

**trial** 168:*17*
169:*3, 6, 11, 20, 22, 24*
170:*1, 3*
371:*4*
**trials** 166:*6, 9* 167:*20*
168:*13*
169:*12, 16*
370:*25*
371:*21*
**tried** 87:*20*
109:*7*
215:*18*
229:*21*
311:*8*
323:*2* 403:*8*
**trigger**
112:*5, 20*
**trimester**
325:*5*
352:*7, 11, 25*
358:*21*
376:*17*
**trimesters**
376:*20*
**TRINH**
7:*17*
**troubling**
142:*4*
**true** 18:*8*
38:*16*
51:*12, 15*
84:*11* 86:*9*
109:*25*
110:*1, 25*
111:*5*
114:*21*
116:*23*
117:*25*
119:*7, 12, 16*
129:*7, 18*
168:*11*
179:*24*

207:*17*
210:*5*
215:*7*
317:*23*
364:*21*
375:*17*
390:*17, 21*
391:*9*
**trusted**
277:*16*
**truth** 11:*22, 23* 134:*7*
264:*12*
405:*5*
**truthfully**
124:*5* 299:*7*
**try** 51:*7*
77:*6* 78:*4*
80:*18*
93:*12, 14*
112:*6*
114:*22, 24*
143:*1*
185:*19*
198:*9*
202:*8*
206:*17*
211:*2, 24*
215:*20*
319:*20*
331:*12*
342:*1*
**trying**
76:*12*
90:*13*
102:*12*
109:*15*
143:*25*
144:*1*
162:*23*
169:*12*
184:*23*
211:*19*
229:*7*

234:*9*
256:*5*
263:*8*
285:*2*
300:*4*
384:*17*
**tube** 351:*16, 19, 22* 358:*8*
**turn** 163:*14*
164:*2*
170:*17*
181:*6*
203:*3*
208:*8*
241:*14*
255:*3*
256:*16*
273:*20*
308:*22*
313:*1*
327:*2*
336:*10*
340:*20*
376:*10*
387:*17*
391:*14*
**turned**
38:*11*
109:*24*
**tutors**
129:*25*
**TV** 112:*24*
113:*3*
**Two** 13:*7*
54:*24*
59:*14*
64:*17* 84:*4*
101:*18*
105:*19*
124:*6, 10*
136:*15*
141:*13*
154:*10, 17*
202:*23*

209:*13*
212:*19*
245:*10*
250:*25*
261:*19*
263:*13, 16*
271:*19*
276:*16*
295:*3*
319:*25*
331:*23*
337:*13*
338:*24*
339:*2*
360:*5*
362:*21*
365:*1*
386:*18*
393:*7*
**Tylenol**
11:*10*
133:*9, 12, 25*
134:*18*
**type** 93:*3*
149:*10*
308:*9*
340:*10, 11, 13* 350:*23*
**typed** 171:*5*
**types**
148:*19*
211:*14*

**< U >**
**Uh-huh**
203:*5*
205:*22*
256:*18*
261:*8*
268:*3*
298:*1*
308:*24*
321:*1*

ultimate 267:2
Ultimately 172:25
173:4
ultrasonic 372:5, 12
Umbilical 10:19 181:1
un 252:12
unable 50:2
52:20
Unadjusted 261:22
262:16
263:8, 11
270:20
uncorrected 270:17
underdiagnosed 126:7
underdiagnosis 119:10
125:23
underlines 160:4
underlying 17:7
201:21
343:18
344:7
347:16, 19, 20 348:22, 25 351:1
356:3
underneath 196:19
underpowered 375:9
underrepresentation 120:10
understand 19:15 28:7

37:16
80:23
87:22 89:4
92:18
101:13, 23
107:10
123:21
124:19
142:15
143:25
173:20
197:3
229:7
268:1, 13
269:23
270:4, 9
271:17
290:16
319:3
321:3
331:13
363:11
385:17
400:9 403:2
understanding 45:15
108:14
148:2
270:2
355:24
357:1
366:18
402:1
403:12, 16
understood 13:11 97:8
116:9
underway 67:22
undo 270:6
unfortunately 150:7

unintelligible 266:15
unique 139:10
UNITED 1:1 22:13
35:18
53:16, 25
55:14, 19
56:15 58:3, 9, 17 62:23
120:20
121:4
122:1, 25
123:23
125:18
136:4
University 258:14
unjustified 210:21
unknown 93:3, 7, 13
95:17
182:2
252:12
unlimited 308:19, 20
unmeasured 252:3, 6, 24
253:9
256:24
257:12
261:23
263:9
265:15
268:25
271:6, 13
272:4, 9
unnecessary 216:22
219:3, 8
220:4

unsafe 233:10

unsupervised 221:13
untreated 86:16, 19
unusual 385:20
updated 41:18
up-to-date 218:24
usage 34:4
132:21
133:18
150:9
331:25
358:5
365:5, 11
use 9:22
10:12
87:21
103:10
104:23
114:25
115:4
144:7
147:21
159:17
161:24
175:22
199:13
216:10
221:14
222:18
226:11, 14, 23 229:8
232:2
233:25
240:20
249:14
252:14
253:16

256:20
257:22
283:21
313:19
331:19
333:21, 24
334:25
344:2
391:23
393:10
394:4, 6
395:12
401:16, 17
users 314:22
317:18
318:3
322:18
331:15
393:9, 19, 20, 24 394:23
398:19
uses 115:3
127:20
180:23
Usually 67:23
147:9
192:9, 10
351:17
utero 27:18, 22 30:23
utilize 144:13
161:7
175:17
207:12
utilized 72:8 96:13
175:2, 5
176:9, 17
206:13
223:21

Confidential - Subject to Protective Order

242:*12*
286:*22*
**utilizes**
195:*10*
**utilizing**
178:*18, 19*
179:*11*
208:*5* 251:*3*

**< V >**
**vaccine**
37:*21, 24*
38:*12*
74:*14, 18*
78:*17, 19, 23*
**vaccines**
37:*14* 111:*4*
**valid** 115:*5*
251:*3* 252:*5*
**validated**
56:*7* 251:*20*
**valproate**
238:*19*
**valuable**
144:*14*
284:*11*
285:*1*
**value**
147:*16*
**variable**
251:*11, 12,*
*13* 252:*9, 12,*
*22*
**variables**
176:*1*
**variation**
84:*8*
225:*23*
226:*24, 25*
331:*6*
**variations**
207:*6, 9*
**varies**
122:*8*

123:*3*
124:*16*
**various**
19:*9* 71:*3*
93:*12, 13*
106:*6*
109:*18*
132:*12*
136:*10*
147:*14*
148:*3*
211:*14*
214:*24*
218:*5*
221:*19*
223:*2*
236:*24*
251:*18*
**vary** 125:*13*
213:*11*
348:*7*
**vast** 149:*25*
**verbal**
123:*11, 15*
126:*8*
**verbatim**
405:*7*
**verified**
290:*18*
**verify** 315:*1*
**versa** 331:*8*
**version**
160:*1, 2*
313:*10*
341:*12*
**versions**
236:*13*
**versus** 20:*6*
49:*22*
119:*1*
136:*16*
166:*10*
213:*16*
217:*13*

218:*5, 8, 9,*
*17* 219:*6*
220:*2*
223:*9*
231:*2*
235:*10*
248:*4*
270:*16*
288:*11*
296:*10*
304:*10*
333:*16*
400:*18*
402:*1*
**vice** 331:*8*
**video** 11:*7*
**VIDEOGRA**
**PHER** 11:*1,*
*3* 19:*18, 21*
74:*1, 5*
150:*15, 19*
224:*10, 14*
275:*17, 20*
335:*13, 16*
369:*21, 25*
404:*5*
**Videotaped**
1:*11*
**view** 38:*10*
170:*5, 24*
171:*24*
210:*19*
336:*5*
388:*1*
390:*23*
**visual** 188:*6,*
*18* 189:*3, 14*
203:*1* 262:*8*
**vitamin**
102:*23*
103:*7, 8*
104:*21*
**vocalization**
372:*5, 15, 21*

**vocalizations**
372:*12, 18,*
*23*
**volunteered**
190:*7*

**< W >**

**WAGSTAFF**
4:*1*
**Walgreen**
5:*21*
**Walgreens**
5:*21*
**Walmart**
6:*15*
**Wal-Mart**
6:*15*
**want** 14:*8*
28:*6* 34:*10*
38:*7* 42:*9*
48:*24* 60:*8*
62:*12* 78:*1,*
*4* 79:*18*
91:*16* 93:*8,*
*10, 17, 19*
105:*4, 7, 9*
117:*19*
133:*21, 24*
134:*5, 12, 14*
137:*18*
140:*14, 16,*
*17, 23, 24, 25*
141:*1, 21, 22*
142:*7, 8, 9,*
*14* 145:*2*
147:*10*
150:*11*
159:*18*
167:*9, 11, 12*
173:*3*
184:*17*
199:*7*
211:*2*

214:*21*
215:*7*
218:*6*
219:*7, 9*
220:*4*
230:*2*
241:*11*
266:*14*
268:*17*
275:*12*
290:*4*
295:*9*
297:*24*
301:*11*
308:*1*
329:*18, 25*
337:*2*
339:*1*
340:*22*
363:*12*
364:*4*
378:*11*
391:*14*
397:*10*
402:*24*
403:*4*
**wanted**
26:*1, 5*
90:*15* 223:*1*
**wants**
332:*25*
333:*3*
**warn** 202:*15*
**warning**
41:*19*
**warnings**
132:*20, 22*
239:*8*
**warranted**
214:*10, 15*
**Washington**
5:*8* 6:*3, 14*
7:*3*

**WATTS**
3:*17, 18*
73:*21*
**way** 28:7
58:6 71:8
76:*10*
79:*14* 83:4
132:*14*
175:*17*
187:*15*
225:*1*
228:9
235:*19*
236:*18*
251:*4*
253:*8, 11*
255:5
257:*24*
258:*23*
262:*16*
271:*10*
308:*19*
314:*17*
326:*14*
331:*11*
337:*11*
347:6
355:9
370:*24*
374:*4*
377:*10*
379:*11*
401:*5*
402:*20*
**ways** 86:2
93:*20* 99:5
114:*22, 24*
134:*16*
148:*18*
211:*21*
214:*24*
221:*20*
228:*11*
251:*18*

252:*13*
271:*5*
272:9 326:9
**weak** 204:*5*
**weaknesses**
211:*1*
**wealth**
380:*23*
**website**
9:*12* 24:*5,*
*14* 151:*3*
152:*5, 8, 24*
153:*6, 16, 23*
154:*5, 6, 14,*
*18, 19*
**websites**
24:7 152:*9*
153:*20, 21*
154:*10, 11,*
*17*
**WEDNESDA**
**Y** 1:*6*
**week** 13:*6*
314:*11*
322:*20*
**weekend**
17:*24*
**weeks**
71:*24*
101:*18*
313:*23*
321:*23, 24*
391:*24*
392:*12, 20*
395:*13*
**weigh** 40:*13*
**weight** 73:8
87:*19* 91:6,
*9, 11, 19, 24*
92:2, *12*
141:7
162:*20*
163:*21*
164:*10, 19*

165:*6, 11*
166:*4*
174:*15*
175:*7, 10, 16*
177:*22*
182:*3*
187:*18, 21*
237:*5*
298:*3, 8, 11*
**weighted**
65:*18*
173:*24*
178:*10*
**weighting**
161:*19*
162:*10*
175:*25*
178:*1, 3, 13*
179:*2, 7, 12*
299:*23*
301:*23*
**weightings**
178:*22*
**weight-of-**
**the** 105:*2*
**weight-of-**
**the-evidence**
72:*14, 17*
107:*15*
357:*15*
**welcome**
150:*23, 24*
224:*18*
335:*20*
336:2
**well** 13:*20*
14:*1* 16:*16*
17:8 18:*17*
20:*18, 25*
21:*14*
22:*24*
23:*20*
25:*17* 26:*4,*
*18* 29:*17*

30:*6, 10*
31:*12, 25*
32:*4, 7*
34:*3* 35:*22*
36:*16*
37:*19* 38:*4*
43:*7, 9*
46:*12*
47:*13*
49:*17*
50:*13* 53:*9,*
*22* 55:*5*
57:*12, 23*
58:*13* 59:*6,*
*9, 14, 24*
60:*14* 61:*4*
62:*15*
63:*13* 65:*4,*
*8, 16, 21*
66:*8, 20*
67:*13, 25*
68:*11*
69:*23*
72:*10* 73:*4*
74:*24* 75:*3,*
*23* 76:*14*
77:*3, 25*
78:*10* 79:*6,*
*16* 80:*3, 9*
81:*13* 83:*3,*
*11* 85:*24*
86:*19* 87:*4*
91:8 92:*1,*
*23* 93:8
94:*1, 8, 16*
95:9 96:*25*
97:*12* 98:*3,*
*15* 99:*19*
100:*24, 25*
101:*24*
102:*24*
104:*22*
105:*4, 18, 22*
106:*13*

107:*3, 9, 17*
109:*1*
112:*19*
113:*19*
114:*12*
116:*7, 21*
117:*21*
118:*24*
121:*6*
122:2
123:*25*
124:6
125:*22*
126:*23*
127:*19*
128:*3*
129:*22*
130:9
131:*1*
133:*15*
134:*4, 23*
135:*13*
136:7
139:2
143:*20*
144:*19*
145:*23*
146:*13*
147:*2, 8*
148:*17*
152:*3, 13, 23*
153:*23*
154:*3, 16, 24*
155:6
156:*23*
157:*13*
158:*19*
159:*3*
161:*4, 15*
164:*20*
165:*16, 21*
166:*1*
167:*4, 8*
171:*23*

175:*21*
177:*15*
178:*15, 20*
179:*23*
183:*4*
184:*5*
187:*2, 7, 8,*
*11, 16*  188:*5*
190:*17, 25*
192:*5, 21*
195:*14*
196:*16, 18,*
*22*  197:*12*
198:*7*
199:*11*
200:*18*
201:*16*
202:*18*
203:*25*
204:*20*
206:*16*
208:*4*
209:*1, 9*
210:*1, 11*
212:*1*
213:*25*
214:*17*
216:*13*
217:*22*
218:*15*
221:*6, 12*
222:*6*
223:*19*
225:*5, 24*
226:*7, 13, 23*
227:*11, 20*
228:*8*
229:*6, 14*
231:*2, 22*
232:*13, 24*
233:*2, 7*
235:*7, 16, 19,*
*22*  236:*6*
238:*18*

239:*5, 7, 20*
244:*20, 22*
246:*11, 16,*
*17*  247:*18,*
*21*  248:*3, 13,*
*18*  249:*2, 22*
250:*10*
252:*6*
253:*6*
256:*5*
257:*9*
259:*1, 16*
262:*8, 18*
263:*6, 24*
264:*11*
265:*3*
266:*5, 8*
267:*22*
269:*12*
270:*14*
272:*3, 16*
274:*6, 11, 19*
276:*12, 21*
279:*1, 16*
280:*18, 25*
281:*1, 14*
282:*3, 13*
283:*2, 12*
284:*8*
286:*19, 20,*
*24*  287:*1, 10*
288:*7, 17*
289:*11, 20*
290:*8, 10*
291:*16*
292:*6, 20*
296:*20*
297:*18, 21*
298:*23*
299:*14, 21*
300:*9, 20*
301:*18*
302:*18*
303:*3, 15*

304:*6, 19*
305:*1*
307:*3, 24*
308:*16*
309:*14, 21*
310:*21*
311:*5, 19*
312:*21*
313:*20*
314:*4*
315:*2, 4, 16*
316:*18*
317:*1, 5, 14*
319:*2, 24*
320:*17*
322:*13*
323:*9, 22*
324:*5, 19*
326:*19*
328:*5, 22*
330:*12*
332:*9, 18, 23*
333:*1*
334:*6*
337:*5*
338:*17*
339:*4*
340:*6*
341:*11*
343:*15, 21*
344:*20*
345:*13*
346:*1, 18*
348:*7, 12*
349:*15, 21,*
*24*  352:*5, 16*
353:*4, 17*
354:*7*
355:*3, 18*
356:*10, 18*
357:*8*
358:*14*
360:*13, 25*
361:*16, 25*

362:*4*
364:*10, 18*
365:*17*
366:*15, 24*
368:*14*
369:*3, 11*
371:*2*
372:*9*
373:*6*
374:*1, 11, 12*
375:*4, 19, 22*
377:*3, 22*
378:*15*
379:*11*
380:*13, 25*
381:*16, 25*
382:*6, 11*
383:*17, 22*
384:*6, 13*
385:*5*
386:*3*
387:*15*
390:*14*
391:*4*
392:*6, 21, 23*
395:*3*
397:*2, 7, 14*
399:*11, 19*
401:*10*
402:*13*
403:*14*
**well-**
**characterize**
**d**  233:*19*
**well-**
**documented**
109:*2*
**well-**
**regarded**
56:*6*
**well-**
**validated**
251:*7*

**Wendy**
85:*10*
**went**  47:*24*
48:*4*  119:*3*
131:*7*
134:*2*
262:*11*
**we're**  13:*9*
39:*7*  50:*23*
51:*2*  57:*3*
66:*5*
117:*17*
123:*13*
134:*10*
135:*10, 11,*
*18*  138:*2*
139:*2, 4*
147:*19*
153:*8, 10*
159:*16*
180:*20*
187:*23*
195:*19*
197:*7*
206:*19, 21*
213:*14*
253:*19*
265:*9*
269:*19, 20*
271:*16*
274:*16*
275:*6*
277:*10*
296:*8*
325:*15, 21*
335:*17*
337:*6*
342:*24*
343:*16*
355:*15*
369:*16, 22*
370:*1*
375:*17*
383:*7*

Confidential - Subject to Protective Order

| | | | | |
|---|---|---|---|---|
| 391:*15* | 27:*11, 20* | 257:*9* | 240:*2* | 195:*6* |
| 397:*15* | 33:*8*  35:*22* | 263:*24* | 400:*10* | 337:*3, 4* |
| 403:*14* | 36:*5, 16* | 266:*12* | 401:*2* | 339:*2* |
| **West**  6:*8, 19* | 38:*4, 15, 22* | 268:*10, 15,* | **women** | **work**  16:*22,* |
| **We've**  68:*1,* | 39:*18, 23* | *22*  272:*18* | 27:*22*  34:*3* | *25*  25:*17, 22* |
| *6*  73:*21* | 40:*18* | 279:*1, 16* | 120:*6* | 30:*3, 13, 16* |
| 172:*7*  275:*9* | 41:*10*  45:*2* | 281:*14* | 125:*20, 23* | 37:*10* |
| **wheat** | 46:*12* | 282:*7* | 126:*6, 8, 14* | 42:*15*  56:*8* |
| 112:*17, 18,* | 47:*13* | 283:*12* | 127:*2* | 61:*2*  63:*15* |
| *20, 22* | 49:*17*  50:*6,* | 284:*20* | 133:*14* | 66:*20*  67:*5* |
| **whichever** | *13*  51:*9* | 287:*10* | 166:*12* | 69:*18* |
| 159:*17* | 52:*2, 25* | 289:*3, 20, 23* | 213:*2* | 72:*21* |
| **Wholesale** | 53:*22* | 300:*9* | 216:*23* | 76:*11* |
| 6:*4* | 54:*15*  55:*5* | 319:*1* | 219:*4* | 84:*18*  86:*2* |
| **widely** | 67:*13*  73:*6* | 321:*5* | 230:*16, 19,* | 162:*1* |
| 32:*12* | 82:*3*  85:*8* | 322:*2* | *20*  283:*19* | 182:*16* |
| 223:*5* | 86:*14* | 323:*9* | 330:*16* | 183:*6* |
| 236:*9*  342:*5* | 105:*18* | 326:*2* | 331:*14* | 186:*22* |
| **widespread** | 121:*6* | 333:*1, 12* | 332:*10* | 202:*7* |
| 221:*14* | 125:*5* | 354:*9* | 355:*5* | 207:*3* |
| **willing**  89:*8* | 126:*23* | 359:*21* | 391:*21* | 220:*6* |
| 108:*18* | 128:*3* | 360:*13* | 400:*3, 19* | 221:*25* |
| **window** | 134:*23* | 364:*10* | 401:*7, 23* | 223:*7* |
| 98:*18*  99:*9* | 152:*3* | 366:*24* | **wonder** | 245:*2* |
| 102:*13* | 154:*16* | 369:*20* | 363:*21* | 283:*18* |
| 368:*11, 18,* | 155:*18* | 375:*4* | **Wonderful** | 284:*7* |
| *20*  376:*20,* | 161:*4, 15* | 377:*22* | 52:*9* | 332:*5* |
| *22* | 163:*2* | 378:*15* | **Woodland** | 337:*15* |
| **wipe**  332:*5* | 172:*16* | 390:*2, 14* | 7:*13* | 377:*25* |
| 334:*1* | 173:*13* | 391:*4* | **word** | **working** |
| **wipes** | 177:*15* | 392:*6* | 103:*10* | 25:*21* |
| 199:*17* | 179:*23* | 393:*14* | 104:*23* | 68:*16* |
| **withdraw** | 184:*7* | 394:*12* | 186:*6* | 69:*24* |
| 289:*2* | 185:*1* | 396:*21* | 226:*12* | 104:*16* |
| 318:*20* | 197:*9* | 401:*20* | 227:*12* | 124:*10* |
| **witness** | 199:*11* | 402:*13* | 247:*9* | **world** |
| 11:*18* | 214:*17* | 404:*1, 4* | 338:*25* | 113:*14, 22* |
| 15:*18*  16:*5* | 221:*6* | 406:*1* | **words** | 136:*8* |
| 18:*5, 17* | 222:*11* | **witnesses** | 17:*17*  64:*3,* | 155:*15* |
| 21:*7, 14* | 223:*19* | 221:*3* | *7*  91:*17* | 339:*13, 20* |
| 22:*5, 16* | 237:*23* | **woman** | 98:*13* | 358:*18, 25* |
| 23:*20* | 238:*12* | 32:*24*  33:*9* | 157:*15* | **world's** |
| 24:*13* | 242:*1* | 231:*25* | 171:*3, 20, 24* | 287:*2* |
| 26:*18* | 255:*13* | 232:*21* | 191:*3* | |

Confidential - Subject to Protective Order

| | | | |
|---|---|---|---|
| **worried** | 108:*17* | 288:*8, 15, 16,* | 402:*21* |
| 363:*25* | 111:*8, 18, 22* | *19*  289:*3* | 403:*10* |
| **worry** | 112:*13* | 292:*1* | **year**  45:*10* |
| 287:*22* | 114:*1, 8* | 293:*5, 13, 20,* | 131:*23* |
| **worse**  307:*1* | 117:*18, 21* | *25*  295:*24* | 225:*12* |
| **worth**  52:*17* | 122:*15* | 297:*3* | 244:*23* |
| **write**  51:*21* | 127:*24* | 298:*6, 17, 23* | 346:*5, 7* |
| 282:*1* | 128:*23* | 299:*2, 16* | **years**  41:*17* |
| **writing** | 130:*16* | 300:*2, 11, 23,* | 99:*11, 12* |
| 28:*5*  70:*13,* | 133:*10, 15* | *25*  301:*3, 8,* | 111:*3* |
| *19*  161:*24* | 135:*16* | *13, 17*  302:*5* | 114:*2, 16* |
| 283:*10* | 136:*18* | 303:*8, 21* | 118:*10* |
| 301:*15* | 139:*5, 18* | 304:*17* | 119:*5* |
| **written** | 141:*22* | 305:*2* | 128:*1, 24* |
| 60:*22* | 144:*25* | 306:*19* | 134:*2, 6, 21* |
| 65:*13* | 146:*24* | 307:*3* | 135:*14* |
| 173:*5, 17* | 153:*2* | 309:*21* | 176:*23* |
| 174:*10* | 164:*4, 7* | 311:*15* | 211:*9* |
| 192:*6* | 165:*1* | 313:*5* | 245:*10* |
| **wrong** | 173:*1* | 315:*4, 9* | **Yep**  164:*1* |
| 38:*13* | 180:*20* | 318:*2* | 373:*18* |
| 92:*20* | 195:*16, 18,* | 321:*5* | 383:*4* |
| 162:*15* | *23*  201:*19* | 325:*17* | **YORK**  1:*1,* |
| 266:*6* | 202:*7* | 336:*15* | *14*  2:*20* |
| 281:*25* | 203:*7, 19* | 338:*22* | *3:3*  5:*19* |
| 395:*20* | 215:*3* | 340:*7* | 6:*8, 19*  7:*2,* |
| **wrote**  173:*3* | 217:*12* | 341:*6* | *8*  11:*9* |
| 182:*6* | 229:*1, 11* | 342:*14* | 320:*25* |
| 284:*17* | 234:*21* | 344:*17* | 379:*13* |
| 315:*20* | 241:*14* | 345:*9, 23* | **Yuelong** |
| | 243:*22* | 346:*7* | 361:*11* |
| **< X >** | 244:*25* | 348:*12* | |
| **Xie**  9:*12* | 246:*5, 6, 19* | 356:*25* | **< Z >** |
| | 247:*1, 4* | 359:*3* | **ZOOM**  2:*4,* |
| **< Y >** | 249:*18* | 361:*3* | *10, 11, 16, 18* |
| **Yeah**  19:*2,* | 260:*9, 25* | 362:*16* | *3:1, 8, 9, 10,* |
| *18*  44:*7* | 265:*11* | 363:*9* | *11, 12, 19, 20* |
| 49:*8*  51:*11* | 266:*12* | 365:*25* | *4:1, 13*  5:*1,* |
| 65:*25* | 267:*24* | 369:*7, 11* | *7, 12, 18*  6:*1,* |
| 77:*18*  78:*1,* | 270:*25* | 370:*15* | *7, 12, 18*  7:*1,* |
| *10*  87:*2* | 274:*15* | 371:*16* | *7, 12, 17* |
| 88:*11*  89:*7* | 275:*14* | 373:*18, 22* | |
| 98:*17* | 286:*17* | 392:*15* | |
| 105:*11* | 287:*1, 21* | 401:*10, 20* | |