# Exhibit 24

Confidential - Subject to Protective Order

```
 1              UNITED STATES DISTRICT COURT

 2            SOUTHERN DISTRICT OF NEW YORK

 3

 4
    -------------------------x
 5  IN RE: Acetaminophen -      )
    ASD-ADHD Products           ) Case No. 1:22-md-
 6  Liability Litigation        )        03043-DLC
                                )
 7  This Document Relates to:   )
                                )
 8  All Cases                   )
                                )
 9  -------------------------x

10

11      CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

12    VIDEOTAPED DEPOSITION OF STAN G. LOUIE, PharmD

13               SANTA MONICA, CALIFORNIA

14               SATURDAY, AUGUST 7, 2023

15                     9:02 A.M.

16

17

18

19

20

21

22

23  Job No.: 341011

24  Pages: 1 - 325

25  Reported by: Leslie A. Todd, CSR No. 5129 and RPR
```

Page 2

1    Deposition of STAN G. LOUIE, PharmD, held at
2  the offices of:
3
4
5
6         DOVEL & LUNER
7         201 Santa Monica Boulevard
8         Suite 600
9         Santa Monica, California 90401
10        (310) 656-7066
11
12
13
14
15    Pursuant to notice, before Leslie Anne Todd,
16  California Certified Shorthand Reporter in and for
17  the State of California, who officiated in
18  administering the oath to the witness.
19
20
21
22
23
24
25

Page 4

1  APPEARANCES (Continued):
2
3  ALSO PRESENT:
4      MIGUEL ESPANA, Videographer
5
6  ATTENDING VIA ZOOM:
7      REBECCA KING
8      ASHLEY C. KELLER
9      ROSIE ROMANO
10     RAYNE ELLIS
11     AMANDA HUNT
12     WILL LEE
13     RAYNE ELLIS
14     ANNIE GRUNER
15     ROGER SMITH
16     SANDRA KO
17     JIM MURDICA
18     EVAN JANUSH
19     SEAN TRACEY
20     CATHERINE HEACOX
21
22
23
24
25

Page 3

            A P P E A R A N C E S
1
2  ON BEHALF OF PLAINTIFFS:
3      JULIEN ADAMS, ESQUIRE
4      GREG DOVEL, ESQUIRE
5      DOVEL & LUNER, LLP
6      201 Santa Monica Boulevard
7      Suite 600
8      Santa Monica, California 90401
9      (310) 656-7066
10
11     MIKAL C. WATTS, ESQUIRE
12     WATTS GUERRA
13     Millennium Park Plaza RFO
14     Suite 410
15     Guaynabo, Puerto Rico 00966
16     (210) 447-0500
17
18  ON BEHALF OF DEFENDANTS:
19     WILLIAM PADGETT, ESQUIRE
20     KARA KAPKE, ESQUIRE
21     KRISTEN L. RICHER, ESQUIRE
22     BARNES & THORNBURG, LLP
23     11 S Meridian Street
24     Indianapolis, Indiana 46204
25     (317) 236-1313

Page 5

             C O N T E N T S
1
2  EXAMINATION OF STAN G. LOUIE, PharmD      PAGE
3  By Mr. Padgett              12, 311
4  By Mr. Adams                292
5
6
7
8
9
10         E X H I B I T S
11     (Attached to transcript)
12  LOUIE DEPOSITION EXHIBITS           PAGE
13  No. 21   First Amended Expert Report of
14     Stan G. Louie, Pharm.D.        13
15  No. 22   Expert Reply Report of Stan G.
16     Louie, Pharm.D.             13
17  No. 23   Article entitled: Xenobiotics and
18     autoimmunity: Does acetaminophen
19     cause primary biliary cirrhosis?
20     by Patrick Leung, et al.       81
21  No. 24   Article entitled: Prenatal
22     paracetamol expose and child
23     Neurodevelopment: A sibling:
24     controlled cohort study, by
25     Brandlistuen, et al.         110

Page 6

EXHIBITS CONTINUED

(Attached to transcript)

LOUIE DEPOSITION EXHIBITS          PAGE

No. 25    Article entitled: Neurodevelopmental
          problems at 18 months among
          children exposed to paracetamol in
          utero: a propensity score matched
          cohort study, by Vlenterie, et al.   110

No. 26    Article entitled: Prenatal Exposure
          to Acetaminophen and Risk of ADHD,
          by Ystrom, et al.              111

No. 27    Article entitled: Acetaminophen Use
          During Pregnancy, Behavioral
          Problems, and Hyperkinetic
          Disorders, by Liew, et al.      111

No. 28    Article entitled: Maternal Use of
          Acetaminophen during Pregnancy and
          Risk of Autism Spectrum Disorders
          in Childhood: A Danish National
          Birth Cohort Study, by Liew, et al.  112

No. 29    Article entitled: Acetaminophen
          use during pregnancy and offspring
          attention deficit hyperactivity
          disorder - a longitudinal sibling
          control study, by Gustavson, et al.  112

Page 7

EXHIBITS CONTINUED

(Attached to transcript)

LOUIE DEPOSITION EXHIBITS          PAGE

No. 30    Supporting information for:
          Acetaminophen use during pregnancy
          and offspring attention deficit
          hyperactivity disorder - a
          longitudinal sibling control study   117

No. 31    Article entitled: Acetaminophen
          use in pregnancy: Examining
          prevalence, timing, and indication
          of use in a prospective birth
          cohort, by Bandoli, et al.       152

No. 32    Article entitled: No impact of
          prenatal paracetamol and folic
          acid exposure on cord blood DNA
          methylation in children with
          attention-deficit/hyperactivity
          disorder, by Olstad, et al       165

No. 33    Article entitled: 'Omics analysis
          of low dose acetaminophen intake
          demonstrates novel response
          pathways in humans, by Jetten, et al 184

No. 34    Rule 26(a)(2) Expert Disclosure of
          Mitchell R McGill, Ph.D.       191

Page 8

EXHIBITS CONTINUED

(Attached to transcript)

LOUIE DEPOSITION EXHIBITS          PAGE

No. 35    Article entitled: Regional
          Distribution of Cytochrome P-450
          in the Rat Brain: Spectral
          Quantitation and Contribution of
          P-450b,e and P-450c,d, by Warner,
          et al.                         194

No. 36    Introduction - The Human Protein
          Atlas                          195

No. 37    Article entitled: Regional
          Distribution of Ethanol-Inducible
          Cytochrome P450 IIE1 in the Rat
          Central Nervous System, by Hansson,
          et al.                         199

No. 38    Article entitled: Expression of
          CYP2E1 during Embryogenesis and
          Fetogenesis in Human Cephalic
          Tissues: Implications for the
          Fetal Alcohol Syndrome, by
          Boutelet-Bochan, et al.         203

Page 9

EXHIBITS CONTINUED

(Attached to transcript)

LOUIE DEPOSITION EXHIBITS          PAGE

No. 39    Article entitled: Catalytic
          Activity and Quantitation of
          Cytochrome P-450 2E1 in Prenatal
          Brain, by Brzezinski, et al.      204

No. 40    Article entitled: Xenobiotic-
          Metabolizing Enzymes and
          Transporters in the Normal Human
          Brain: Regional and Cellular
          Mapping as a Basis for Putative
          Roles in Cerebral Function, by
          Dutheil, et al.                204

No. 41    Article entitled: Alteration in
          Metabolism and Toxicity of
          Acetaminophen Upon Repeated
          Administration in Rats, by Kim,
          et al.                         212

No. 42    Article entitled: Acetaminophen
          Induces Apoptosis in Rat Cortical
          Neurons, by Posadas, et al.       214

Page 10

1      E X H I B I T S   C O N T I N U E D
2           (Attached to transcript)
3   LOUIE DEPOSITION EXHIBITS              PAGE
4   No. 43   Article entitled: Glutathione
5           S-transferases and thiol
6           concentrations in embryonic and
7           early fetal tissues, by Raijmakers,
8           et al.                242
9   No. 44   Article entitled: Specific
10          packaging and circulation of
11          cytochromes P450, especially 2E1
12          isozyme, in human plasma exosomes
13          and their implications in cellular
14          communications, by Kumar, et al.    246
15  No. 45   Article entitled: Physiologically
16          Based Pharmacokinetic Modeling to
17          Characterize Acetaminophen
18          Pharmacokinetics and N-Acetyl-p-
19          Benzoquinone Imine (NAPQI)
20          Formation in Non-Pregnant and
21          Pregnant Woman, by Mian, et al.    253
22
23
24
25

Page 11

1      E X H I B I T S   C O N T I N U E D
2           (Attached to transcript)
3   LOUIE DEPOSITION EXHIBITS              PAGE
4   No. 46   Article entitled: Perinatal
5           exposure to paracetamol: Dose and
6           sex-dependent effects in behavior
7           and brain's oxidative stress
8           markers in progeny, by Rigobello,
9           et al.                255
10  No. 47   Article entitled: Gestational
11          exposure to paracetamol in rats
12          induces neurofunctional alterations
13          in the progeny, by Klein, et al.   259
14  No. 48   Article entitled: Effects of
15          paracetamol (acetaminophen) on
16          gene expression and permeability
17          properties of the rat placenta and
18          fetal brain [version 2; peer review;
19          2 approved], by Koehn, et al.    269
20  No. 49   Article entitled: The impact of
21          therapeutic doses of paracetamol
22          on serum total antioxidant capacity,
23          by Nuttall, et al.          285
24
25

Page 12

1      P R O C E E D I N G S
2           ------------------
3           THE VIDEOGRAPHER:  We are now on the
4   record.  My name is Miguel Espana.  I'm a
5   videographer for Golkow Litigation Services.
6   Today's date is August 5th, 2023, and the time is
7   9:02 a.m.
8           This video deposition is being held in
9   Santa Monica, California, in the matter of
10  Acetaminophen - ASD-ADHD Products Liability
11  Litigation.
12          The deponent is Stan G. Louie.
13          Counsels' appearances will be noted on
14  the stenographic record.
15          The court reporter is Leslie Todd and
16  will now swear in the witness.
17           STAN G. LOUIE, PharmD,
18           and having been first duly sworn,
19           was examined and testified as follows:
20              EXAMINATION
21  BY MR. PADGETT:
22      Q    Good morning.
23      A    Good morning.
24      Q    Can you state your full name for the
25  record, please.

Page 13

1       A    Stan G. Louie.
2       Q    And do you go by Dr. Louie?  Should I
3   use Mr. Louie?  What would you prefer?
4       A    I like to be called Dr. Louie.
5       Q    Okay, Dr. Louie.  I noted you came with
6   some documents today.  Do you mind if I take a
7   quick look --
8       A    Sure.
9       Q    -- at the documents?
10           And while I'm kind of looking through
11  these, are these -- any of these documents new
12  documents that aren't referenced in your report?
13      A    I do not believe so.
14      Q    Okay.  And looking through them, it
15  looks like documents referenced in your -- what is
16  the -- this last one in the manilla folder that
17  I'm looking at, Wisnewski 2019?
18          MR. ADAMS:  That's not yours.  That's
19  mine.
20          MR. PADGETT:  That's yours.  Sorry.
21  Okay.
22          (Exhibit Nos. 21 and 22 were
23           marked for identification.)
24  BY MR. PADGETT:
25      Q    Those are all the documents you brought

Page 14

1 with you today?

2    A    These are the documents I have.

3    Q    And they look like various studies that
4 you discuss in your report, right?

5    A    Yes, that's correct.

6    Q    Have you conferred or met with
7 plaintiffs' other disclosed experts in this case
8 outside of the presence of counsel?

9    A    I'm not sure I understand what your
10 question is.

11    Q    Have you been on any Zooms, have you had
12 any meetings with plaintiffs' other disclosed
13 experts, like Dr. Baccarelli and Dr. Pearson,
14 outside the presence of plaintiffs' counsel?

15    A    Without the -- the attorneys?

16    Q    Correct.

17    A    I have not.

18    Q    Okay.  Have you had any written
19 communications with any of the plaintiffs' other
20 disclosed experts while working on your reports,
21 including your reply report, in which plaintiffs'
22 counsel was not involved?

23    A    So you -- you had a number of questions.
24 Can you break them down so that I can answer each
25 and every one of them?

Page 15

1    Q    Let me ask, have you -- have you had any
2 communications with plaintiffs' counsel -- or with
3 the other plaintiffs' experts, like Dr. Pearson,
4 Dr. Baccarelli, Dr. Cabrera, written
5 communications in which plaintiffs' counsel was
6 not included in those communications?

7    A    So you're saying in the absence of an
8 attorney, did I ever talk to them personally?

9    Q    Written communications.

10    A    No.

11    Q    I know your consulting agreement was
12 dated March 14, 2023.  When were you first
13 contacted to work on this case?

14    A    Probably a week or two weeks before.  I
15 don't recollect exactly.  Something like that.

16    Q    Okay.  And I'm going to now -- it's
17 already been marked for you.  Do you see that
18 before you is Exhibit No. --

19    A    Does it have to go to her?

20        THE REPORTER:  No.

21 BY MR. PADGETT:

22    Q    -- Exhibit 21 is your amended report
23 dated June 21, 2023, correct?

24    A    It -- it appears so.

25    Q    And the next one below that has been

Page 16

1 marked Exhibit 22, and I just want you to confirm
2 for us that --

3        MR. ADAMS:  Just one second, Counsel.
4 There are multiple copies in here, and -- in the
5 folder.  So --

6        MR. PADGETT:  Oh, I think --

7        MS. KAPKE:  One is for the court
8 reporter and one is for him.

9        MR. ADAMS:  Just one second.  You hold
10 this.

11        MR. PADGETT:  Okay, I got that sorted
12 out.

13 BY MR. PADGETT:

14    Q    You also see before you Exhibit 22 has
15 been marked.  Can you confirm that that is your
16 July 28, 2023 reply report in this case?

17    A    (Peruses document.)  It appears so.

18    Q    Okay.  And you might want to keep those
19 handy or close by.  We'll probably be referring to
20 them quite a bit throughout the day.

21        Dr. Louie, do you agree you're not an
22 epidemiologist?

23    A    I'm not sure I understand the question.

24    Q    Do you consider yourself an
25 epidemiologist?

Page 17

1    A    I'm not an epidemiologist, but I use
2 epidemiology in my practice in the things that I
3 do in terms of on project development and looking
4 at population effects.

5    Q    Have you ever taught an epidemiology
6 class?

7    A    I have not taught a class in
8 epidemiology.

9    Q    Have you ever taken an epidemiology
10 class, whether undergraduate or graduate level?

11    A    Well, epidemiology includes several
12 things.  I've taken -- I've taken a number of
13 classes in biostatistics.  I've taken -- which are
14 the fundamental issues of -- I've taught in some
15 of it how to consider in looking at medical
16 evaluations and things like that.  I teach my
17 students biostats and how to analyze data.

18    Q    How to analyze data, but have you ever
19 taken an -- a class that is designated
20 Epidemiology 101, for example?

21        MR. ADAMS:  Object to form.

22        THE WITNESS:  I don't think there's such
23 a class like that.  We don't call it that.

24 BY MR. PADGETT:

25    Q    Oh.

Page 18

1    A   It's normally like biostats, which is in
2 preventive medicine is called PML 101.  So you may
3 not have the name, but it has all the elements
4 because those are part of fundamental learning for
5 scientists.
6    Q   Have you ever taken a class in
7 undergraduate or graduate school in which the
8 focus was on the study of cohorts of people and
9 the effects of different types of risk factors?
10    MR. ADAMS:  Object to form.
11    THE WITNESS:  When we look at biostats,
12 we look at that.  That's one of the fundamental
13 things that we do.
14    We -- not only have taken a class, I
15 practice in that, so therefore it's very important
16 that I understand that.
17 BY MR. PADGETT:
18    Q   Have you ever served as a peer reviewer
19 for any epidemiology study articles?
20    A   Can you repeat that again?
21    Q   Have you ever served as a peer reviewer
22 for any epidemiology study articles that were
23 proposed to be published?
24    A   I have not as a reviewer, but I've
25 published in a number of these things.

Page 19

1    Q   Did -- and you say you've published in a
2 number of things.  Did any of -- and these are
3 human focused studies that you just referred to;
4 is that correct?
5    A   Absolutely.
6    Q   Did any of them involve autism spectrum
7 disorder?
8    MR. ADAMS:  Object to form.
9    THE WITNESS:  Not that I can recollect.
10 BY MR. PADGETT:
11    Q   Did any of them involve -- and can we --
12 can we get the agreement that we'll use ASD as our
13 abbreviation for autism spectrum disorder?
14    A   Sure.
15    Q   Okay.  And have you ever published an
16 article or been a coauthor or author on an article
17 involving human studies or a human study involving
18 attention-deficit/hyperactive -- activity
19 disorder?
20    MR. ADAMS:  Object to form.
21    THE WITNESS:  Can you repeat that again?
22 BY MR. PADGETT:
23    Q   You referenced earlier that you have
24 published or been a coauthor or an author on
25 studies involving humans -- human studies, right?

Page 20

1    A   Mm-hmm.
2    Q   Have any of those studies involved ADHD?
3    MR. ADAMS:  Object to form.
4    THE WITNESS:  Not that I can recall.
5 BY MR. PADGETT:
6    Q   And could we also have the agreement
7 that we're going to use the abbreviation ADHD for
8 attention-deficit/hyperactivity disorder?
9    A   Sure.
10    Q   And you mentioned that -- I think it's
11 paragraph 68 of your report, your amended report,
12 you describe your -- your experience with
13 reviewing and evaluating epidemiology --
14 epidemiological evidence in your work.
15    Can you describe your experience in --
16 in that regard?
17    A   There's -- there's a number of these
18 things, so I need you to be more specific.
19    Q   What types of conditions, diseases, if
20 any, have you studied or have you reviewed and
21 evaluated with regard to epidemiological evidence
22 in your work?
23    MR. ADAMS:  Object to form.
24    THE WITNESS:  Can you rephrase it a
25 little bit better for me?

Page 21

1 BY MR. PADGETT:
2    Q   Let me ask it this way:  Other than your
3 work in this litigation, have you ever reviewed
4 and evaluated epidemiological evidence, as you
5 state in paragraph 68 of your report, studies
6 involving ASD or ADHD?
7    A   I have not done with ASD-ADHD, but I
8 have done it for a number of diseases.  Like, for
9 example, children and -- and the effects of aging
10 on drug metabolism.  I have done it for patients
11 with HIV, and the way they change, the way they
12 respond to various drugs.
13    So there's a number of cases, and that's
14 why it's hard to answer the question because you
15 frame it into a very small box.
16    Q   Okay.  I understand that.
17    You testified that you have not reviewed
18 or evaluated epidemiological studies as a part of
19 your work involving -- with regard to ASD or ADHD.
20    Have you done any reviewing or
21 evaluating epidemiology studies as a part of your
22 work with regard to studies on any
23 neurodevelopmental diseases?
24    MR. ADAMS:  Object to form.
25    THE WITNESS:  I -- I'm doing that right

Page 22

1  now.
2  BY MR. PADGETT:
3      Q   As part of this litigation?
4      A   No.
5      Q   Oh, what are you working on right now
6  involving neurodevelopmental diseases?
7      A   I'm working on Alzheimer's and dietary
8  effects an Alzheimer's.
9      Q   Anything else?
10     A   We're probably moving on to Parkinson's
11  disease.
12     Q   Let me -- let me back up.  Do you
13  consider Alzheimer's a neurodevelopmental disease?
14     A   It's a neurodegenerative disease, but if
15  you go all the way down to it, you could actually
16  call it a neuroinflammatory disease.
17     Q   Okay.  It's not a disease looking at in
18  utero development leading to Alzheimer's, right?
19     A   No, it isn't.
20     Q   And I think you started to say that
21  you've looked at Parkinson's disease; is that
22  right?
23         MR. ADAMS:  Object to form.
24         THE WITNESS:  I'm looking at some of the
25  effects of aging and the relationship to the

Page 23

1  development of Parkinson's.
2  BY MR. PADGETT:
3      Q   Would you agree that examining
4  Parkinson's disease is not the study of a
5  neurodevelopmental disease?
6      A   I'm not sure I can agree with that.  A
7  lot of the molecular changes are similar.
8      Q   It does not involve -- would you agree
9  that Parkinson's disease does not involve -- what
10  you're doing does not involve looking at in utero
11  development as it relates to future development of
12  Parkinson's disease?
13     A   In the aspect of in utero, I agree with
14  you there.
15     Q   Okay.  Look at page -- or paragraph 33
16  of your report.
17         You state that -- there that --
18     A   Oh, could you wait until I get there?
19     Q   Sorry.
20     A   What is it again?
21     Q   Paragraph 33.
22         You state there, quote:  To be clear, I
23  examined epidemiological data from the perspective
24  of a pharmacologist; for example, by using
25  dosing/duration and other pharmacological data

Page 24

1  that exists in the epidemiological materials.
2         Did I read that right?
3      A   I'm trying to get to it.
4         Is it on line 8?  Is that correct?
5      Q   Excuse me?
6      A   Is it line 8 -- 33, line 8?
7      Q   Yes.
8      A   Yes, I did state that.
9      Q   Okay.  But by that sentence, do you mean
10  that your focus is on dose-response issues in
11  epidemiology studies?
12     A   It can include that, but it can also
13  expand to other aspects.  As you say, cohorts.  It
14  could talk about the sub-patient populations, the
15  at-risk populations.  And so, yes, it's a
16  dosage -- focused on dosage.  Look at an exposure
17  is what -- is what I normally do.
18     Q   And if you turn to paragraph 15 of your
19  report, you state there that you've been asked in
20  this case to determine the, quote, dose/duration,
21  end quote, at which prenatal exposure to
22  acetaminophen increases the risk of developing ASD
23  and ADHD.
24         Is that right?
25     A   Yeah, using the publicly available

Page 25

1  evidence.
2      Q   Okay.  You --
3      A   Yeah.
4      Q   You agree that that was a fair statement
5  about paragraph 15?
6         MR. ADAMS:  Object to form.
7         THE WITNESS:  Can you repeat your
8  question?
9  BY MR. PADGETT:
10     Q   Strike that.
11         I just want to break this down a little
12  further.  Does your use of, quote, dose/duration,
13  end quote, encompass dose amounts, dose frequency
14  and dose duration?
15     A   You should consider at least those,
16  and -- and the route may -- may affect that, and
17  when you use it.
18     Q   So by "dose/duration," you mean at least
19  looking at dose amounts, dose frequency, dose
20  duration, the route of the dose, and when the dose
21  is taken.  Right?
22     A   Correct.
23     Q   Okay.  Do you mean anything else by,
24  quote, dose/duration there?
25         MR. ADAMS:  Object to form.

Page 26

1    THE WITNESS: No, I think we were pretty
2 good with that.
3 BY MR. PADGETT:
4    Q   You note that -- I note on your CV you
5 have some mammalian and rodent studies on your
6 publication list.
7         Have you done any mammalian
8 developmental neurotoxicology research
9 specifically?
10    A   So we don't publish on those things. We
11 do it for the FDA, because I develop drugs as part
12 of my career.
13    Q   When you say "those things," my question
14 was specific as to developmental neurotoxicology
15 mammalian studies.
16    A   I do.
17    Q   Okay. Can you describe for me what
18 types of development -- and recognizing they're
19 not published and you do them for the FDA, what
20 types of developmental neurotoxicology mammalian
21 studies have you done?
22    A   So I've done it in mice; I've done it in
23 rats. And what we do is we give a mice or a rat a
24 dose, one dose versus -- it could be repeat doses
25 which could be up to six months to -- to nine

Page 27

1 months, and we look at the effects on the -- the
2 pups and the fetus.
3    Q   And these are for various types of
4 drugs -- proposed drugs?
5         MR. ADAMS: Object to form.
6         THE WITNESS: It is predominantly drugs.
7 We want to look at safety of these compounds in
8 the -- in fetuses.
9 BY MR. PADGETT:
10    Q   Have you done any developmental neurotox
11 studies on acetaminophen?
12    A   Not neurotoxicity.
13    Q   Have you done any studies on -- any type
14 of mammalian research studies on acetaminophen?
15    A   I have.
16         MR. ADAMS: Object to form.
17 BY MR. PADGETT:
18    Q   Okay. What -- what studies -- what
19 mammalian research studies have you done on
20 acetaminophen?
21    A   Assuming that humans are mammalian,
22 which I do, I've done it in human studies.
23    Q   And those -- and that -- those studies
24 weren't published; is that right?
25    A   No, those are just for safety evaluation

Page 28

1 in -- in humans.
2    Q   Have you done any nonhuman mammalian
3 research studies on acetaminophen?
4    A   So we use acetaminophen as a tool to
5 cause hepatotoxicities. That's a -- one of the
6 drug-related models that people use. So I don't
7 publish on it, but use it as a way to cause
8 hepatotoxicity.
9    Q   And what is the purpose of using
10 acetaminophen in these studies to cause
11 hepatotoxicity?
12    A   One, you could see what your drug
13 effects is in mitigating hepatotoxicity, assuming
14 that the drug you're proposing it to mitigate
15 hepatotoxicity.
16    Q   So as I understand it, these unpublished
17 research -- mammalian research studies that you're
18 talking about do not study specifically -- or were
19 not intended to study acetaminophen, but another
20 drug in which you use acetaminophen as part of
21 evaluating hepatotoxicity?
22         MR. ADAMS: Object to form.
23         THE WITNESS: It uses acetaminophen to
24 mimic the model of hepatotoxicity.
25 BY MR. PADGETT:

Page 29

1    Q   And which drugs have you looked at in
2 which you've used acetaminophen to model
3 hepatotoxicity, which compounds?
4    A   There's a compound called
5 dihydromyricetin, and there's flavonoids that
6 people are claiming that it's effective.
7    Q   Can you restate that last --
8    A   Flavonoids. F-L-A-V-O-N-O-I-D.
9    Q   What type of drugs are flavonoids and
10 dihy- --
11    A   Dihydromyricetin.
12    Q   Can you describe those drugs, please.
13    A   They're -- they're flavonoids.
14    Q   They're not drugs. They're substances
15 used for flavoring?
16    A   They're compounds they call flavonoids
17 because they're antioxidants. Okay. They're
18 found in your tea; they're found in your beer.
19 They're -- they're naturally derived compounds.
20 And their ability to reduce oxidative stress, a
21 lot of people are using that to -- to say that it
22 protects the liver.
23    Q   And then you use the acetaminophen in
24 these studies to trigger liver toxicity in
25 examining these two compounds; is that right?

Confidential - Subject to Protective Order

Page 30

1    A   Yeah, their -- their effects to prevent
2 hepatotoxicity.
3    Q   And do you -- is the acetaminophen used
4 in these studies at levels intended to induce
5 liver toxicity in these animals?
6        MR. ADAMS:  Object to form.
7        THE WITNESS:  It -- it should.
8 BY MR. PADGETT:
9    Q   At what levels do you dose these -- what
10 type of animals are we talking about?  Mice, rats?
11        MR. ADAMS:  Object to form.
12        THE WITNESS:  It's mice, and I -- we've
13 done it in rats.
14 BY MR. PADGETT:
15    Q   And at what levels do you dose the mice
16 at to induce liver toxicity?
17    A   If I recollect, it's about 150 milligram
18 per kilogram.  Rats, I think over 500 milligram
19 per kilogram.
20    Q   And you use those doses because you're
21 confident that they have been shown to cause
22 hepatotoxicity in mice and rats, correct?
23        MR. ADAMS:  Object to form.
24        THE WITNESS:  I don't know if I'm
25 confident, but that's what the literature

Page 31

1 suggests.
2 BY MR. PADGETT:
3    Q   Okay.  You're getting paid to do these
4 studies, right?
5        MR. ADAMS:  Object to form.
6        THE WITNESS:  I'm sorry?
7 BY MR. PADGETT:
8    Q   You're -- are you getting -- you're
9 getting paid to do these studies, whichever lab
10 that you're working with?  We'll get to that.
11    A   During my lab -- I'm not sure -- what do
12 you mean by get paid?
13    Q   My question is that you said that you --
14 you hope that they will cause liver toxicity.
15    A   Right.
16    Q   I mean, how much do these studies cost
17 to do?
18        MR. ADAMS:  Object to form.
19        THE WITNESS:  I don't even look at those
20 numbers.
21 BY MR. PADGETT:
22    Q   Okay.
23    A   These are grants or they're contracts
24 from drug companies that ask us to do these
25 things.

Page 32

1    Q   Do you do independent testing of these
2 dose amounts during these experiments to confirm
3 that they cause liver toxicity at these dose
4 levels you just referred to?
5        MR. ADAMS:  Object to form.
6        THE WITNESS:  I'm not sure what you mean
7 by that.
8 BY MR. PADGETT:
9    Q   As a part of the -- these studies -- I
10 mean, you're studying these other two compounds
11 that you just discussed that I really can't
12 pronounce, and then you use acetaminophen as kind
13 of a mechanism to evaluate hepatotoxicity, right?
14    A   Yes.
15    Q   And as a part of these studies, do you
16 separately do -- evaluate acetaminophen for liver
17 toxicity without the dosing with those other
18 compounds?
19    A   If I'm doing it correctly, I would do
20 a -- a control.
21    Q   Right.
22    A   And I would do a treatment, and I would
23 dose escalate.  So therefore -- of the compound
24 that I'm interested in to look at what we call
25 protective effects and to show causation.

Page 33

1    Q   Right.  Is the control, is that dosed
2 with acetaminophen to evaluate kind of the
3 baseline for hepatotoxicity?
4    A   Yes.
5    Q   Okay.  And have the controls shown
6 hepatotoxicity at 150 milligrams per kilograms in
7 mice and 500 milligrams per kilograms in rats?
8    A   We do that -- if it's mice, it's 150.
9 In rats, it's 500.  But you asked me if they all
10 get hepatotoxic, and the answer is no.
11    Q   Sometimes they -- they don't at those
12 levels?
13    A   Sometimes they don't.
14    Q   But has -- but -- but they do show
15 hepatotoxicity at those levels, some of these mice
16 and some of these rats, right?
17    A   In most incidents.
18    Q   In most incidences.  Okay.
19        Do you ever dose the rats at levels
20 below 500 milligrams per kilogram to induce liver
21 toxicity in these experiments?
22    A   Not personally done these studies, but
23 I've evaluated a number of studies, and if you're
24 lower than the hepatotoxic doses, they're
25 considered subhepatic toxic doses.

1    Q   Have you see -- and you said you have
2  reviewed studies involving rats and doses below
3  500 milligrams per kilogram for hepatotoxicity?
4    A   Yes.
5    Q   And have you seen hepatotoxicity in rats
6  dosed below 500 milligrams per kilogram in these
7  studies?
8    A   Can you repeat that?
9    Q   Have you seen -- in these studies that
10  you were just mentioning that you've looked at --
11    A   Uh-huh.
12    Q   -- you said you've never done studies
13  yourself at below 500 milligrams per kilogram.
14       Have you seen in these other studies
15  using below 500 milligrams per kilogram
16  hepatotoxicity in rats below 500 milligrams per
17  kilogram?
18    A   Do -- can you rephrase that?  Because
19  the way you said it, it's actually very confusing.
20    Q   Have you seen studies or reviewed
21  studies, as you just were talking about, in which
22  dose levels below 500 milligrams per kilogram in
23  rats have shown hepatotoxicity?
24    A   You're saying below 500 I see
25  hepatotoxicity.

1    Q   In rats.  That's the question.
2    A   I haven't seen the reports like that.
3    Q   Okay.  Are you saying, though, that --
4  is it -- are you aware of rats having
5  hepatotoxicity at below 500 milligrams per
6  kilogram doses?
7       MR. ADAMS:  Object to form.
8       THE WITNESS:  I'm not aware.
9  BY MR. PADGETT:
10    Q   All right.  I think you mentioned --
11  what do you mean by subtoxic hepatotoxicity?  Can
12  you explain what you mean by that?
13    A   So 500 milligram is, quote/unquote,
14  hepatotoxic.  Anything below it is considered
15  subhepatic toxic doses.
16    Q   Is there a difference between -- let me
17  ask this:  What exactly do you mean by
18  "hepatotoxicity"?
19    A   The context is two things.  When you
20  evaluate it at the right time points that there is
21  either histological or biochemical changes leading
22  you to believe that there is hepatic toxic
23  doses -- hepatotoxicity.
24    Q   And you're -- again, you are not aware
25  of studies showing those types of

1  histopathological -- and what -- what was the
2  other?
3    A   Biochemical.
4    Q   Biochemical.  And these related to the
5  liver effects?
6       MR. ADAMS:  Object to form.
7       THE WITNESS:  Usually people use them as
8  what they call clinical markers.
9  BY MR. PADGETT:
10    Q   You mentioned also human studies on
11  acetaminophen.  Are these human studies on
12  acetaminophen or human studies involving the use
13  of acetaminophen as part of the control?
14       MR. ADAMS:  Object to form.
15       THE WITNESS:  It's patients receiving
16  acetaminophen.
17  BY MR. PADGETT:
18    Q   Okay.  Can you just describe these
19  studies that you're talking about for us.
20    A   Patients -- I'll be on the record like
21  this:  Elderly patients in nursing homes receiving
22  analgesics, comparing acetaminophen versus
23  non-acetaminophen.
24    Q   And what was the purpose of these
25  studies?

1    A   The ability to resolve pain in these
2  individuals.
3    Q   Were you looking at hepatotoxicity or
4  any other type of toxicity in these studies?
5    A   We looked at safety bio -- biomarkers,
6  which means we looked at -- I think we did monthly
7  blood tests, which is -- has a -- has the blood
8  test for the biochemical markers, and we didn't
9  see -- we didn't detect a -- a rise.
10    Q   Okay.  And were these doses for these
11  elderly people at therapeutic doses of
12  acetaminophen pursuant to product labeling?
13    A   Part of my -- my part of the study, I
14  was blinded or masked on what they got.
15    Q   Did you see the end results of the
16  study, though?
17    A   I did not.
18    Q   So you don't -- you noted earlier -- you
19  just testified earlier, though, that there weren't
20  any biomarkers of toxicity seen from -- in these
21  weekly blood tests that you mentioned from the
22  dosing with acetaminophen.  Is that right?
23    A   It was not weekly.  It was monthly.
24    Q   Monthly.  Sorry.
25    A   Yeah.  I didn't see any, and in the

1 safety reports, I didn't -- don't recollect.

2    Q    You don't recollect any or you -- seeing

3 any?

4        MR. ADAMS:  Object to form.

5        THE WITNESS:  I don't recollect because

6 there is a safety monitor who would tell me that

7 there is.

8 BY MR. PADGETT:

9    Q    Are any of these -- any of these human

10 studies published?

11    A    I was not the lead author, so I don't

12 know if they got completed or not.

13    Q    You're not a medical doctor, right?

14    A    I think I'm a pharmacologist.

15    Q    All right.  Have you received training

16 on how to diagnose ASD or ADHD?

17    A    That's not my training.

18    Q    I guess my question is, have you

19 received any training, though, on how to diagnose

20 ASD or ADHD?

21        MR. ADAMS:  Object to form.

22        THE WITNESS:  I have read in the DSM how

23 to.  It doesn't mean that I know how to do it.

24 BY MR. PADGETT:

25    Q    Okay.  You list on your CV a number of

1 positions at USC and labs.

2        Are the Ginsburg Institute,

3 PharmacoAnalytical Library, and the Clinical

4 Experimental therapeutic -- Therapeutics Lab

5 positions that you mention on your CV part of USC?

6        MR. ADAMS:  Object to form.

7        THE WITNESS:  You mean the Ginsburg

8 Institute of Biomedical Technology?  Or

9 therapeutics -- I'm sorry, therapeutics?

10 BY MR. PADGETT:

11    Q    I read on your CV Ginsburg Institute of

12 PharmacoAnalytical library -- laboratory, but --

13 what -- the Ginsburg Institute, is that

14 independent or part of USC?

15    A    That's part of USC.

16    Q    Okay.

17    A    The PharmacoAnalytical laboratory is my

18 laboratory.

19    Q    Is that part of USC?

20    A    That's part of USC.  And the Clinical

21 Experimental Therapeutics is the PhD and the

22 master's program that I -- that I'm in charge of

23 which leads -- essentially teaches laboratory as

24 well as pharmacologic -- pharmacology development.

25    Q    And that's -- is that part of USC?

1    A    That's part of USC.

2    Q    Are you involved with any laboratories

3 or do you have any laboratory positions

4 independent of USC?

5    A    I'm not sure I understand what that

6 means.

7    Q    Is all your employment with laboratories

8 associated with University of Southern California?

9    A    And my CV tells you that I -- I'm also a

10 founder of a couple of biotechs, and those -- each

11 of those companies may have a laboratory in

12 itself.

13    Q    Do you actively work in those

14 laboratories for those biotech companies?

15        MR. ADAMS:  Object to form.

16        THE WITNESS:  I don't actively supervise

17 them, but I -- I receive data from them.

18 BY MR. PADGETT:

19    Q    And did you have to get approval to

20 testify in this litigation from USC?

21    A    I did not.

22    Q    Do you routinely read the literature on

23 ASD as part of your work outside of the work in

24 this litigation?

25    A    I think most of my work that I do is

1 drug related.  If it's -- if there's a drug

2 related issue, I will review it.  I'm a pediatric

3 pharmacologist, so I'm very in tune with that.

4        Do I routinely review it?  I think I

5 would look at it if there is something that I am

6 interested and I think that that's something that

7 I should investigate.

8    Q    And would you characterize that as

9 occasional versus routinely?

10        MR. ADAMS:  Object to form.

11        THE WITNESS:  I'm not sure what the

12 difference is.  If you give me context, that would

13 help me.

14 BY MR. PADGETT:

15    Q    Well, let me ask for ADHD, do you

16 regularly read literature on ADHD as part of your

17 work outside of your work in this litigation?

18        MR. ADAMS:  Object to form.

19        THE WITNESS:  I may not look at ADHD,

20 but as you already know, that I'm involved in the

21 neurological development.  That's part of the

22 things I do.  I look at the landscape of potential

23 drugs that I can develop and potential unmet

24 medical need.  Those are the things I work on.

25 BY MR. PADGETT:

1    Q   And when you say, As you know, I look at
2  neurological, that's Alzheimer's and Parkinson's,
3  right?
4    A   No, I work on other things as -- that
5  are probably not as familiar to you, but, yeah, I
6  work on like -- things like ALS, things that are
7  probably a lot more -- we use the term "orphan,"
8  rare.  I like to work on rare diseases.
9    Q   Dr. Louie, is it your opinion that any
10  compound that causes a statistically significant
11  neurochemical change or changes in the developing
12  brain leads to an increased risk of ASD?
13         MR. ADAMS:  Object to form.
14         THE WITNESS:  Can you repeat that?
15         MR. PADGETT:  Can you read it back?
16         THE REPORTER:  Sure.
17         "Dr. Louie, is it your opinion that any
18  compound that causes a statistically significant
19  neurochemical change or changes in the developing
20  brain leads to an increased risk of ASD?
21         MR. ADAMS:  Object to form.
22         Are you asking for a different opinion
23  than he's rendered in his report?
24  BY MR. PADGETT:
25    Q   You can --

1    A   You're not being specific.
2         So any chemical is -- I think this is
3  why it's hard to answer it.  If you're talking
4  about acetaminophen, it's in my report.
5    Q   Okay.
6    A   But if you're talking about any
7  chemical, you are so broad that any chemical
8  changes -- you got to be a lot more focused in
9  your context.
10    Q   Well, I guess that's part of why I'm
11  asking the question.
12         Not just limited to acetaminophen, what
13  specific -- do you have an opinion outside this
14  litigation on whether a statistically significant
15  neurochemical change or changes in the developing
16  brain from an exposure to a compound leads to an
17  increased risk of ASD?
18         MR. ADAMS:  I'm going to object to form.
19         Now, you've made it clear you're asking
20  for an opinion that he hasn't offered in his
21  report.
22         So you can go ahead.
23         THE WITNESS:  Yeah, I was not assigned
24  to offer an opinion.  And I have not reviewed it,
25  so I'm not comfortable in reviewing it.

1  BY MR. PADGETT:
2    Q   What neurochemical changes have been
3  accepted in the scientific community as mechanisms
4  that lead to ASD?
5         MR. ADAMS:  Object to form.
6         THE WITNESS:  You're once again giving
7  me no context as to what chemical.
8  BY MR. PADGETT:
9    Q   Well, you talk about acetaminophen in
10  your report, and primarily the NAPQI and GSH
11  related mechanism as a -- agreed, you talk about
12  that quite a bit in your report, right?
13    A   That's the focus of my report.
14    Q   My question is, taking a step back, what
15  mechanisms have been identified in the scientific
16  community as changes in the brain from a
17  biochemical standpoint that lead to ASD?
18         MR. ADAMS:  Object to form.
19         THE WITNESS:  So that was not on my
20  assignment, so I did not actually delve in deep
21  into understanding the literature.  So I couldn't
22  answer you because I didn't -- I don't have enough
23  knowledge.
24  BY MR. PADGETT:
25    Q   Okay.  And is the same response true for

1  what neurochemical changes have been accepted in
2  the scientific community that lead -- in the brain
3  that lead to ADHD?
4         MR. ADAMS:  Object to form to the extent
5  that you're talking about something that is not in
6  his report.
7         MR. PADGETT:  He's talking about ADHD
8  and mechanisms in his report --
9         MR. ADAMS:  Right, and I'm making --
10         MR. PADGETT:  -- and ASD.
11         MR. ADAMS:  I want to make clear that
12  you're asking him for mechanisms that are outside
13  of the opinions he's rendered in his report.
14         MR. PADGETT:  His opinions are on ASD
15  and ADHD and neurochemical changes and mechanisms.
16  So I'm asking what -- similar to what he just
17  responded, what --
18  BY MR. PADGETT:
19    Q   Can you identify neurochemical changes
20  that are mechanisms accepted in the scientific
21  community that lead to ADHD?
22    A   So --
23         MR. ADAMS:  Object to form.
24         Go ahead.
25         THE WITNESS:  Yeah, so I'm going to say

1  it again.  That was not my assignment.  I did not
2  investigate it, so I'm not comfortable in
3  rendering any type of opinion.
4  BY MR. PADGETT:
5      Q    Okay.  Let me ask you -- well, do you
6  agree that the biological mechanisms underlying
7  ASD are still unknown?
8          MR. ADAMS:  Object to form.
9          THE WITNESS:  You're asking me to render
10  an opinion that I was not assigned to, and I have
11  not investigated into it.
12  BY MR. PADGETT:
13      Q    Okay.  Is the same true -- same question
14  with regard to ADHD, you do not -- you've not been
15  asked to -- well, strike that.
16          Do you agree that the biological
17  mechanisms underlying ADHD are still unknown?
18          MR. ADAMS:  Object to form.
19          THE WITNESS:  Once again, I was not
20  assigned to -- to evaluate that, so therefore I
21  cannot render any type of opinion.
22  BY MR. PADGETT:
23      Q    And when you say you cannot render any
24  type of opinion, is that -- does that mean you do
25  not know --

1          MR. ADAMS:  Object to form.
2  BY MR. PADGETT:
3      Q    -- because you haven't looked into it,
4  right?
5      A    I think I'm going to maintain the same
6  answer.  I did not review it.  I'm not comfortable
7  in telling you something that I have not reviewed
8  the entire landscape.
9      Q    Okay.  I noticed in the invoices that
10  you produced that the last one was dated -- or
11  that were produced on your behalf, the last one
12  was dated June 27.  How much more time have you
13  spent working on this case since that June 27
14  invoice?
15      A    I think I -- during that -- between that
16  time to, I guess, a month later, I had to do the
17  rebuttal.  So I think it's safe to say if you add
18  them all up together, there's a total of 140 hours
19  at least.
20      Q    That's 140 hours since June 27?
21      A    No, from the beginning of March 14th.
22      Q    And how -- how many hours since June 27?
23      A    I don't -- I couldn't tell you.  I would
24  have to look at my calendar.
25      Q    Have you ever been involved in any --

1  any other case involving acetaminophen exposure?
2      A    Not that -- not directly as a single
3  compound.
4      Q    Have you -- have you ever been involved
5  in any other case involving acetaminophen exposure
6  in any way?
7          MR. ADAMS:  Object to form.
8          THE WITNESS:  So when you say "case,"
9  you mean a --
10  BY MR. PADGETT:
11      Q    Litigation.
12      A    Oh, litigation.  Okay.  Thank you for
13  that clarification.
14          I looked at acetaminophen toxicity in a
15  human case because of a toxicity that occurred in
16  the hospital.  The patient was taking Percocet,
17  which has acetaminophen in it.
18      Q    And what was the nature of that
19  litigation?
20      A    Not a litigation.  It was a -- remember,
21  I told you --
22      Q    Yeah, I'm talking about litigation.
23      A    Okay.  Then I have not.
24          MR. PADGETT:  Let's take a break.
25          THE VIDEOGRAPHER:  We are going off the

1  video record at 9:52 a.m.
2          (Recess.)
3          THE VIDEOGRAPHER:  We are going back on
4  the video record at 10:04 a.m.
5  BY MR. PADGETT:
6      Q    Back from a quick break, Dr. Louie.
7          My large water bottle is now safely on
8  the floor.  Everybody's safe.
9          I want to go back to a couple -- couple
10  of issues.
11          First of all, in response to my question
12  about whether you could identify the mechanisms --
13  the biochemical mechanism that leads to ASD, you
14  indicated that you were not assigned to look at
15  that for purposes of this case; is that right?
16          MR. ADAMS:  Object to form.
17          THE WITNESS:  I don't think that's --
18  can you rephrase it?
19  BY MR. PADGETT:
20      Q    Dr. Louie, do you know the mechanism,
21  the biological -- biochemical mechanism -- strike
22  that.
23          Do you know the biochemical mechanism --
24  mechanisms that lead to autism?
25          MR. ADAMS:  Object to form.

Page 50

1    THE WITNESS: You're still being very
2 broad. If you would focus it down to
3 acetaminophen, I may be able to help you.
4 BY MR. PADGETT:
5    Q  My question is, do you have an
6 understanding of the biochemical mechanisms that
7 lead to ASD?
8    MR. ADAMS: Object to form. He's
9 answered the question.
10    You can answer it again.
11    THE WITNESS: I believe if you focus it
12 to a specific, it will be a lot easier to answer
13 your question.
14 BY MR. PADGETT:
15    Q  Well, that -- that's my point is do you
16 have an understanding, regardless of compound, of
17 the biological mechanisms that lead to autism
18 spectrum disorder?
19    MR. ADAMS: Object to form.
20    THE WITNESS: I think in this context if
21 you're talking about acetaminophen, I do have a --
22 a molecular mechanism that is -- that is very
23 reasonable to explain this.
24 BY MR. PADGETT:
25    Q  We'll be getting to that.

Page 51

1    My question is, are -- is it -- did you
2 look at the biomechanism -- the biochemical
3 mechanisms broadly that have been shown to lead to
4 ASD, if any?
5    MR. ADAMS: Object to form.
6    THE WITNESS: If I -- could you repeat
7 that again?
8 BY MR. PADGETT:
9    Q  Did you look at the biomechanisms --
10 biochemical mechanisms, the changes in the brain
11 that lead to ASD?
12    MR. ADAMS: Object to form.
13    THE WITNESS: I looked at it in the
14 context of acetaminophen.
15 BY MR. PADGETT:
16    Q  Okay. Beyond acetaminophen, do you have
17 an understanding or have you looked at the
18 biochemical changes in the brain that are
19 mechanisms that lead to ASD?
20    A  That was not on my assignment.
21    Q  And by saying, "That was not on my
22 assignment," do you agree you don't know?
23    MR. ADAMS: Object to form.
24    THE WITNESS: I just told you that
25 because it's not on my assignment, I did not focus

Page 52

1 on that.
2 BY MR. PADGETT:
3    Q  And therefore, you don't know what
4 biomechanism -- biochemical changes have been
5 shown to be mechanisms that lead to ASD, correct?
6    A  That's not how I answered your question.
7    Q  Okay. Well, answer my question, please.
8    MR. ADAMS: Okay. Object to form. He
9 is answering your question.
10    So let's just ask another question, and
11 then consider it and answer it.
12    THE WITNESS: Yeah, so I --
13    MR. ADAMS: No, no, no, wait for another
14 question.
15    THE WITNESS: Okay.
16    MR. ADAMS: There's no question pending.
17 BY MR. PADGETT:
18    Q  There's really -- do you know a
19 mechanism -- a biochemical mechanism that has been
20 shown to lead to ASD?
21    A  As I stated to you, your question is way
22 too broad, and without context, it's not fair.
23    Q  So you're refusing to answer.
24    A  No.
25    MR. ADAMS: Object to form.

Page 53

1    THE WITNESS: No, it's because there --
2 each chemical is not the same. Each compound is
3 not the same. So therefore, if you ask me
4 acetaminophen, I can give you a better answer.
5 BY MR. PADGETT:
6    Q  Outside of acetaminophen, can you
7 describe a biochemical change in the brain
8 resulting from exposure to a compound that has
9 been shown to lead to ASD?
10    MR. ADAMS: Object to form.
11    THE WITNESS: That was not on my
12 assignment.
13 BY MR. PADGETT:
14    Q  And therefore, you don't know; is that
15 correct?
16    MR. ADAMS: Object to form.
17    THE WITNESS: As I stated to you, if
18 it's not in my assignment, I did not investigate,
19 and if I didn't investigate enough, I can't give
20 you -- render you an opinion.
21 BY MR. PADGETT:
22    Q  Okay. Outside of your investigation, do
23 you know of a mechanism -- for this case, do you
24 know of a biochemical change in the brain that is
25 a mechanism that leads to ASD?

1    MR. ADAMS:  Object to form.
2    THE WITNESS:  I believe I actually
3  answered your questions a number of times.  So --
4  so I told you, if you don't give me context, I
5  can't give you --
6  BY MR. PADGETT:
7    Q   Okay.  Here's the context:  Outside of
8  the GSH --
9    MR. ADAMS:  Well, before we do that, can
10  we -- can we let the witness answer the question
11  before you cut him off?
12  BY MR. PADGETT:
13    Q   Oh, I'm sorry, did I cut you off?  Were
14  you not done?
15    A   Yes.
16    Q   Go ahead.
17    A   Thank you.
18    I think I stated to you that the
19  chemical -- it depends on the chemical, elicits
20  different activity.  So until you give me context,
21  a specific compound, I don't like to use
22  generalizable because I couldn't give you a
23  specific answer.
24    Q   Can you identify another compound that
25  has been shown to cause exposure to which has been

1  shown to cause ASD?
2    A   Like I told you, since you didn't
3  specify, I'm -- it's outside of my -- my
4  assignment, and I will not comment on that because
5  I have not investigated it.
6    Q   Have you investigated it outside of this
7  litigation mechanisms -- biochemical changes that
8  have been shown to cause ASD?
9    A   Once again, you are not giving me
10  context.  I cannot give you an answer.
11    Q   What context would help you provide an
12  answer, Dr. Louie?
13    A   Give me a specific compound that you're
14  referring to, and if I do know, I will tell you.
15  But because you're so broad, it could be gasoline,
16  it could be air pollution.  I don't know the
17  answer.
18    Q   Okay.  Do you know the answer to the
19  question of what -- other than your opinions here
20  about acetaminophen, what other compounds have
21  been shown to cause ASD?
22    A   So --
23    MR. ADAMS:  Object to form.
24    THE WITNESS:  So I think we're going in
25  circles, but to answer your question, unless I get

1  a specific compound, it's really hard.
2  BY MR. PADGETT:
3    Q   I'm asking you for a specific compound.
4  Do you know a compound that has been shown to lead
5  to ASD?
6    A   Is this part of my --
7    MR. ADAMS:  One second.  Object to form.
8    Now you can go.
9    THE WITNESS:  Yeah.  Is this my
10  assignment here?
11    MR. ADAMS:  No need --
12    MR. PADGETT:  No.
13    MR. ADAMS:  One second.  Counsel, give
14  me a second.
15    So we're going to do it this way:
16  Question, answer.  You don't need to ask him a
17  question.  Just listen to the question, consider
18  it, answer it.
19  BY MR. PADGETT:
20    Q   As you sit here today, regardless of
21  whether you investigated it for this litigation,
22  can you identify a compound, outside of
23  acetaminophen as discussed in your report, that
24  has been identified as a cause of ASD?
25    A   Can you repeat that?

1    THE REPORTER:  "As you sit here today,
2  regardless of whether you investigated it for this
3  litigation, can you identify a compound, outside
4  of acetaminophen as discussed in your report, that
5  has been identified as a cause of ASD?"
6    THE WITNESS:  I have not.
7  BY MR. PADGETT:
8    Q   So would you agree then that you do not
9  know -- you have not identified a mechanism in
10  terms of a biochemical change in the brain that
11  has been shown to lead to ASD?
12    MR. ADAMS:  Object to form.
13    THE WITNESS:  I do not agree with you,
14  because what you said was -- you asked me for a
15  compound, you asked me for a mechanism.  Like I
16  said, I don't know what you're asking for, so
17  therefore, I can't give you an answer.
18    But then you tell me do I agree that I
19  do not understand a molecular mechanism.  That's
20  not how I understand your question.
21  BY MR. PADGETT:
22    Q   There's a section in your report where
23  you talk about your work on cancer drugs or
24  cancer, and you suggest a -- I think inflammation.
25    Are -- do you believe that inflammation

1 is a mechanism that causes ASD?
2    A   Can you refer me to my -- where in my --
3 so I want to make sure I understand the context.
4    Q   You state in your report, paragraph 5,
5 you name a bunch of infectious diseases, cancer,
6 autoimmune diseases, and you state that they share
7 a common underlying pharmacological, mechanistic
8 and inflammatory aspects --
9        THE REPORTER:  Excuse me, Counsel.
10 Could I get you to slow down?
11       MR. PADGETT:  Yes.
12       THE REPORTER:  "You state that they
13 share"?
14 BY MR. PADGETT:
15    Q   -- "share common underlying
16 pharmacological, mechanistic and inflammatory
17 aspects of neurodevelopmental disorders such as
18 autism spectrum disorder and attention
19 hyperactivity disorder, which are discussed in
20 this report."
21       Okay.  I'm asking you what mechanisms in
22 terms of biochemical changes in the brain have
23 been shown in the scientific -- in the science --
24 scientific studies to lead to autism.  Can you
25 identify those?

1    A   So the question that -- let me sort of
2 rephrase what -- not rephrase -- actually read off
3 exactly what I wrote.
4        "Since then my research has expanded to
5 include drug development for inflammation and
6 immune-mediated diseases, including infectious
7 disease, cancer, autoimmune diseases, retinal
8 disorders, and neurodegenerative disorders.  These
9 studies -- these diseases share common underlying
10 pharmacological, mechanistic and inflammatory
11 aspects with neurodevelopmental disorders such as
12 ASD and ADHD, which are discussed in this report."
13    Q   Okay.
14    A   So I do discuss in this report that --
15 the effect of interleukin-1 beta, and it was found
16 specifically in the fetus of animals that were --
17 that were given acetaminophen.  And it was not in
18 the mother but it was in the animals.
19    Q   Is it your opinion that changes in
20 interleukin-2 in the fetus lead to ASD or ADHD?
21    A   That's not how I state it into the
22 report.  So if -- do you mind if I go to that part
23 of the report?
24    Q   Can you identify a compound that has
25 been shown to cause ADHD?

1    A   I -- I'm not -- I cannot do that right
2 now.  Not on top of my head.
3    Q   And in turn, since you're asking for a
4 specific compound, you cannot as you sit here
5 today identify a biochemical change in the brain
6 that leads to a mechanism that causes ADHD, right?
7        MR. ADAMS:  Object to form.
8        THE WITNESS:  You're concluding
9 something that I just -- unless I have a compound
10 and I understand where you're coming from, it's
11 going to be hard for me to discuss the potential
12 mechanisms.
13 BY MR. PADGETT:
14    Q   But if you cannot identify a compound as
15 you sit here today, you also cannot identify a
16 biochemical change related to a compound that
17 leads to ASD.  Right?
18    A   If you know that there's a compound, you
19 should suggest it.  And so therefore because you
20 don't suggest it, you're making me speculate, and
21 I don't like to speculate.
22    Q   Are the biological mechanisms accepted
23 in the scientific community as causes of ASD still
24 unknown?
25       MR. ADAMS:  Object to form.

1        THE WITNESS:  It depends who you talk
2 to.
3 BY MR. PADGETT:
4    Q   What do you mean by "it depends who you
5 talk to"?
6    A   Some people who work on the mechanisms
7 think that there is.  There's some others who say
8 that the evidence is not strong enough.
9    Q   Can you -- have you -- can you identify
10 a biological mechanism underlying ASD that has
11 been accepted in the scientific community?
12    A   I think in this report I discuss
13 acetaminophen as one of them.  So I think if you
14 attempt that as the -- as a potential, or even
15 better yet, a candidate for cause.
16        So this is where I think you want to
17 talk about the broad, but you have a compound
18 right here that shows you a lot of -- you know,
19 gives you the thought that this may cause it.
20    Q   Can you identify, other than the GSH and
21 CYP2E1 mechanism that you discuss in your report,
22 another biological change or mechanism that leads
23 to ASD?
24    A   I'm trying to understand why I would go
25 off on something that --

1   Q   Well, either you can name another
2  mechanism or you can't, or you're refusing to
3  answer, Dr. Louie.
4       MR. ADAMS:  Object -- object to form.
5  That is absolutely not what's happening here.  I
6  think he's trying to answer your question.  He's
7  telling you why he's got confusion with your
8  question.  Apparently you're not accepting that.
9       So again, I want to tell you, Dr. Louie,
10  no need to argue with him.  Just -- just get the
11  question, consider it, and then answer it.
12       MR. PADGETT:  Julien --
13       MR. ADAMS:  And it'll go much faster and
14  further if you do this.
15       MR. PADGETT:  Object to form.
16       MR. ADAMS:  Well, I will, and I've been
17  doing that, but now it's devolving into bickering,
18  and I don't think that's necessary.
19       MR. PADGETT:  Please read the question
20  back.
21       THE REPORTER:  "Well, either you can
22  name another mechanism or you can't, or you're
23  refusing to answer, Dr. Louie."
24       MR. ADAMS:  Object to form.
25       I'm going to instruct him not to answer.

1  That is literally not a question that's
2  appropriate.  So just ask him a proper question.
3  BY MR. PADGETT:
4   Q   Can you name a biological mechanism
5  outside of what's in your report that has been
6  identified as a scientifically accepted mechanism
7  that leads to ASD?
8   A   I reviewed the data in relationship to
9  acetaminophen that shows you that glutathione, the
10  patient is a potential, if not a candidate for the
11  cause.
12   Q   And so as you sit here today, you cannot
13  name, other than what's in your report -- what's
14  discussed in your report, a mechanism in terms of
15  a biological change in the brain that leads to ASD
16  or ADHD.
17       MR. ADAMS:  Object --
18  BY MR. PADGETT:
19   Q   Is that correct?
20       MR. ADAMS:  Object to form.
21       THE WITNESS:  It seems like you are
22  unwilling to accept what is in the report.  You
23  are asking me for an alternative, which is not
24  necessary when the data here is very strong.
25  BY MR. PADGETT:

1   Q   We'll get to the data.
2       I think before we broke you were talking
3  about a case, but it wasn't litigation that
4  involved acetaminophen.
5       Have you been involved in any litigation
6  involving acetaminophen?
7   A   I have not.
8   Q   Have you ever been in any litigation
9  involving ASD or ADHD?
10   A   I have not.
11   Q   You note in your report at page 10, if
12  you want to look at it, that you reviewed
13  Dr. Baccarelli's expert report, and I also noted
14  that Dr. Baccarelli's and Dr. Brandon Pearson's
15  reports are listed in your reliance materials.
16       Why -- we've already discussed
17  Dr. Baccarelli, but why did you review
18  Dr. Pearson's report?
19   A   I think it was sent to me after I
20  already wrote my report, and to be complete, they
21  sent it to me.  And although I didn't consider it,
22  I have to put it here that I reviewed it.
23   Q   So you did not rely on anything in
24  Dr. Pearson's report for your opinions in this
25  case?

1       MR. ADAMS:  Object to form.
2       THE WITNESS:  So you understand I wrote
3  this, it was sent in, and then the reports were
4  sent to me, so therefore I had no opportunity to
5  change it.
6  BY MR. PADGETT:
7   Q   Are you -- you note, I think it's
8  footnote 5 on page 10 of your report, that you had
9  reviewed Dr. Baccarelli's report, and that you
10  relied -- quote:  I relied on Dr. Baccarelli for
11  the limited purpose of understanding what an
12  epidemiologist has to say on the studies and data
13  regarding prenatal acetaminophen exposure and
14  ASD/ADHD outcomes, period, end quote.
15       Did I read that right?
16   A   Yes.  Correct.
17   Q   Have you reached the opinions set forth
18  in your report related to epidemiology studies
19  based on your own independent analysis and
20  experience reviewing epidemiology studies?
21   A   So, Counsel, as I remind you, I received
22  Dr. Baccarelli's report afterwards, and so
23  therefore, I did not make any changes.  What is
24  stated in my report is actually what I wrote
25  before I even reviewed it.

Page 66

1    Q   I'm now a little confused.  You state --
2  in footnote 5 where you state that you reviewed --
3  is that -- was this an amended -- part of the
4  amended report?  Because it's in your report, but
5  you say that you received his report afterwards.
6        Do you understand my confusion?
7        MR. ADAMS:  Object to form.
8        THE WITNESS:  It was sent to me
9  afterwards to review, but this had already been
10 completed.
11 BY MR. PADGETT:
12   Q   So footnote 5 was after you had
13 completed your report but before it was signed?
14       MR. ADAMS:  Object to form.
15       THE WITNESS:  I think the footnoting was
16 changed, but I don't recollect that this was
17 changed.
18 BY MR. PADGETT:
19   Q   I guess my question is, did you review
20 Dr. Baccarelli's report before you finalized your
21 report?
22   A   Did I -- can you repeat again?
23   Q   Did you review Dr. Baccarelli's report,
24 as you noted here in footnote 5, before you
25 finalized and signed your report?

Page 67

1    A   I did review it before I signed it.
2    Q   Are you relying on Dr. Baccarelli's
3  analysis in reaching your opinions set forth in
4  your report?
5    A   No.  But they were consistent with what
6  I wrote earlier, because we both read the paper,
7  utilized it -- the results, and then, you know,
8  came to our own conclusion as to the validity of
9  the conclusions.
10   Q   If you would turn to paragraph 15 of
11 your report where you discuss what plaintiffs'
12 counsel asked you to do in this case, and there it
13 says that -- paragraph 15.
14   A   Sorry, I'm looking at page 15.
15   Q   You state there that plaintiffs' counsel
16 gave you an initial set of literature, and then
17 following pages 6 and 7, you indicate that you
18 conducted your own literature search and review.
19       Did I describe that process right?
20       MR. ADAMS:  Object to form.
21       THE WITNESS:  Can you repeat that again?
22 Sorry, I was reading.
23 BY MR. PADGETT:
24   Q   In paragraph 15 you indicated that you
25 were given an initial set of materials from

Page 68

1  plaintiffs' counsel, and then you conducted your
2  own literature search and review.  Right?
3        MR. ADAMS:  Object to form.
4        MS. KAPKE:  Paragraph 16.
5        MR. PADGETT:  Paragraph 16.  Sorry.
6        THE WITNESS:  I did.
7  BY MR. PADGETT:
8    Q   Okay.  And then if you could look at
9  paragraph 21 starting with "In summary."
10   A   Where are you?
11   Q   Paragraph 21, page 7.
12   A   "In summary."
13   Q   Sort of --
14   A   Oh, okay, I see.
15   Q   If you'd take a look at that, I have a
16 couple of questions.
17   A   (Peruses document.)
18   Q   Okay.  Is this paragraph, where you're
19 describing your reviews of the literature and
20 priority and preference, is this specific to
21 epidemiology studies?
22   A   I think I did that for all my studies.
23 And you could -- if you look at my report, I go
24 through like that in that order and evaluate it in
25 that context.  It may not be for every study, but

Page 69

1  in most studies I take that form.
2    Q   And you reference -- you use the phrase,
3  quote, highest priority here was given a
4  correlating, quote, clinical outcome, end quote,
5  with drug exposure.
6        And my question is, for purposes of this
7  case, by "clinical outcome," do you mean the
8  clinical diagnosis of ADHD or ASD?
9    A   Can you -- Counsel, can you identify
10 where you're reading that from?
11   Q   You list five factors --
12   A   Uh-huh.
13   Q   -- here.  Do you see that?
14   A   Mm-hmm.
15   Q   They were given the highest priority to
16 determine the potential causal relationship, and
17 my -- and one of these is studies correlating
18 clinical outcome with drug exposure.
19       Do you see that?
20   A   Yes.
21   Q   And my question is by "clinical
22 outcome," do you mean clinical diagnosis of ADHD
23 or ASD?
24   A   I think I -- I use those with -- with
25 diagnoses, and I also use those that actually had

Page 70

1  surveys that were validated as well.

2  Q   But surveys of whether there was a
3  clinical diagnosis of ASD or ADHD, correct?

4  A   Surveys that had symptomatology
5  associated with it that --

6  Q   Did you give higher priority to studies
7  that involved clinical diagnoses as opposed to
8  surveys about symptomatology?

9  MR. ADAMS:  Object to form.

10  THE WITNESS:  So those are only one
11  factors.  The factors that we looked at are -- the
12  most important is probably numbers and the
13  population and how the studies were designed.

14  So when you look at that -- well, where
15  I have diagnoses as the -- as a very important
16  factor, I think when there is a survey instrument
17  that's used and it's highly validated, you can
18  almost -- that in itself will balance it,
19  especially if the number of patients or number of
20  individuals that are evaluated could probably
21  mitigate that as well.

22  BY MR. PADGETT:

23  Q   So my question is, when looking at
24  all -- all cohort numbers and experimental design
25  being equal for an epidemiology study, would you

Page 71

1  give endpoints focused on clinical diagnoses of
2  ADHD or ASD higher priority, as you put it, than
3  those looking at surveys of symptoms?

4  MR. ADAMS:  Object to form.

5  THE WITNESS:  In general, that would be
6  the case.  But if you were to look at the total in
7  terms of the surveys -- like I said, the surveys
8  are very good instruments.  Obviously when a
9  physician is diagnosing it and says that this is
10  the diagnoses or they're taking medications
11  associated, that's equally, if not stronger,
12  information.

13  BY MR. PADGETT:

14  Q   You also state that -- you refer to
15  drug -- right after that, quote:  Drug exposure,
16  paren, e.g., intensity of dosage or duration of
17  dosage, end quote.

18  Do you see that?

19  A   Yes.

20  Q   By "intensity of dosage," do you mean
21  the amount of acetaminophen taken by a pregnant
22  woman with a dose of something like Tylenol?

23  A   It could be the dose that you take.
24  That's one thing.  But a more important parameter
25  is the concentration.  So concentration is -- is

Page 72

1  a very strong relationship in terms of dosage
2  here.

3  Q   So you're talking about dose and
4  concentration that results from dose within a
5  pregnant woman's body, right?

6  A   Yes.  And it could also be the fetus,
7  which is the cord blood or the meconium, right.

8  Q   How many epidemiology studies of those
9  you relied on for your opinions in this case have
10  data or information on the strength of doses?  For
11  example, one 325-milligram caplet or two caplets
12  totaling 650 milligrams, how many epi studies have
13  that information of those you rely on in your case
14  -- in this case?

15  MR. ADAMS:  Object to form.

16  THE WITNESS:  So in epidemiological
17  studies, you may not capture that.  But I think
18  what's very important when you look at exposure is
19  look at concentration.  It's even better than --
20  than if you know the dose.  The reason being is
21  just because you kick the dose doesn't mean you --
22  you have an exact amount.  There's patient
23  variability, so not everybody has the same
24  exposure.

25  BY MR. PADGETT:

Page 73

1  Q   Dr. Louie, my question was how many of
2  the epidemiology studies that you reviewed and
3  relied upon for your opinions in this case had the
4  dosage amount information as part of the study?

5  MR. ADAMS:  Object to form.

6  THE WITNESS:  So I don't think the
7  studies captured that.  But having said that, they
8  have surrogate markers, and that's where most
9  studies do that.  So that's not differing from
10  what the standard of practice is.

11  BY MR. PADGETT:

12  Q   And by "surrogate markers," what are you
13  talking about there?

14  A   You ask people for their approximate
15  dose, you survey them.  You could be prospective.
16  You could be retrospective.  You could also draw
17  blood.

18  Even if a person tells you that they're
19  taking X amount, they may miscode it.  They may
20  say, I took 325, and then they didn't realize that
21  they took 325 of the Tylenol, but they took like,
22  say, something like NyQuil for -- and NyQuil
23  includes acetaminophen, and they don't know that.
24  So most patients don't know that.

25  Q   How many epidemiology studies that you

Page 74

1  relied on for your opinions in this case had
2  information on the number of doses taken in a day
3  by these mothers?
4      A   I would probably have to review all --
5  all the papers, which are not that many, like
6  seven or eight.  Do you want me to go through
7  them?
8      Q   No, you reviewed them previously.  I
9  just -- do you recall any of these epidemiology
10 studies that had data reflecting the number of
11 doses taken by the mothers on --
12     A   I do have some papers.  So can I use
13 them to review if you --
14     Q   We can take a break, and if you want to
15 review for that, you can.
16     A   No, there's no need to take a break, but
17 I'm just saying can we -- if you want me to review
18 it.
19     Q   Well, that takes time.  Why don't we
20 take a break and you can look at these studies
21 or --
22     A   I don't need to take a break.
23         MR. ADAMS:  Yeah, we're not going to be
24 doing that.
25 BY MR. PADGETT:

Page 75

1      Q   Okay.  As you sit here today, do you
2  recall whether any of these epidemiology studies
3  had data reflecting beyond perhaps days of -- that
4  acetaminophen was taken, how many doses were taken
5  on those particular days?
6      A   Without the papers, I recollect that
7  that wasn't take -- captured.
8      Q   Okay.  How many epidemiology studies
9  that you relied on for your opinions in this case
10 then reflect how many total doses -- not the
11 number of days, but how many total doses were
12 taken over the mother's pregnancy?
13         MR. ADAMS:  Object to form.
14         THE WITNESS:  So you're restricting my
15 answers because you're looking for flaws of the
16 studies.  The studies actually looked at how many
17 days they took it.  That was important to them,
18 and that to me was a very important point.
19         I don't think because you are -- I think
20 I said earlier that the exact doses that were
21 taken were not there, but they did talk about the
22 number of days of exposure.  So that is also
23 fundamentally very important because a single dose
24 may not cause the problem, but a cumulative of
25 doses -- in fact, I maintain in this report that

Page 76

1  it is a -- a chronic dose, not acute, so that is
2  causing this.
3          MR. ADAMS:  And, Counsel, this is what I
4  think is going to be -- is fair.  To the extent
5  you're asking him questions about these studies,
6  he has them here.  He's entitled to read them.
7  He's not going to read them off the record.  He's
8  going to read them on the record.  So if you want
9  to ask him these general questions, and you're
10 trying to get his memory --
11         MR. PADGETT:  Well --
12         MR. ADAMS:  Just one second, Counsel.  I
13 don't think that's fair.
14         So allow him to look at the reports or
15 the studies so that he can answer your question,
16 but we'll do it on the record.
17         MR. PADGETT:  We're not going to spend
18 time burning --
19         MR. ADAMS:  Well, then --
20         MR. PADGETT:  -- things he's already
21 read and are in his report, so --
22         MR. ADAMS:  But he's -- you're not
23 trying to get his memory.
24         MR. PADGETT:  We're going to get to
25 specific studies, so you can --

Page 77

1          MR. ADAMS:  All right.
2  BY MR. PADGETT:
3      Q   By duration -- you used the term
4  "duration," do you mean how long over the course
5  of the pregnancy acetaminophen was taken from the
6  first time to the last time taken?  What do you
7  mean by "duration" there?
8      A   I think it's in each of -- it's in each
9  of those studies, they defined it.  They --
10 they -- they categorize them in different doses in
11 terms of how many days they've taken it.  And
12 they're not all consistent, but they're pretty
13 close.  Some may be in days.  Some are in weeks.
14     Q   Did any measure -- by duration, how long
15 from the time of the first taking of the dose to
16 the last time a dose was taken?
17         MR. ADAMS:  Object to form.
18         THE WITNESS:  I actually don't
19 understand the question.
20 BY MR. PADGETT:
21     Q   You -- you testified that you saw in the
22 studies that there are a number of days taken,
23 some deal with number of trimesters that it was
24 taken.
25         Do any identify the length of time from

1 the first time taken to the last time taken during
2 a pregnancy?
3          MR. ADAMS:  Object to form.
4          THE WITNESS:  What do you mean by the
5 first time, the last time?
6 BY MR. PADGETT:
7     Q    A mother could have taken one pill for
8 five straight days, right?
9     A    Potentially.
10     Q    Yeah.  Or she could have taken it five
11 times over the course of five months, right?
12     A    Yes.
13     Q    My question is, do any of these studies
14 identify beyond number of days or which trimester
15 the length of time that acetaminophen was taken
16 from the first dose to the last dose taken?
17          MR. ADAMS:  Object to form.
18          THE WITNESS:  Some of these studies
19 stratify the trimesters.  So therefore if you're
20 looking at that, yeah, it does give you a little
21 insight as to where it is.
22 BY MR. PADGETT:
23     Q    As far as whether it was taken in a
24 particular trimester.
25     A    Correct.

1     Q    Okay.  In your literature search, did --
2 and your analysis, did you exclude any animal
3 studies assessing a dose above the equivalent of
4 the human therapeutic range in rodents?
5     A    Did I ex- -- can you say that again?
6     Q    Did you exclude any animal studies
7 assessing a dose that is above the equivalent of a
8 human therapeutic range in rodents?
9          MR. ADAMS:  Object to form.
10          THE WITNESS:  So the question is -- is
11 very different because rats are more resistant
12 than mice, so therefore, you need to be --
13 probably because the translation between a rat and
14 a human may be different from that of a mice and a
15 human.
16 BY MR. PADGETT:
17     Q    Did you exclude any studies based on the
18 level of dosing used in an animal study?
19     A    I probably considered it, but I gave it
20 heavier weight on those that were -- for that
21 animal species that were subhepatic toxic.
22     Q    So for rats, you gave greater weight to
23 those involving doses below 500 milligrams per
24 kilogram, correct?
25     A    It was more translatable for me.

1     Q    And for mice, you used -- you gave more
2 weight to studies that involved doses below 150
3 milligrams per kilogram, correct?
4     A    In general, yes.
5     Q    Did you exclude any articles relating to
6 humans that involved a dose above the therapeutic
7 range?
8     A    I think I considered acute doses, but I
9 weighed them very lowly because I know that
10 there -- there may be confounding issues.
11     Q    What do you mean by "confounding
12 issues"?
13     A    If you use -- let's say you try to
14 commit suicide.  I may have looked at the paper; I
15 may have reviewed it.  I probably did not include
16 it into this report.  In fact, I'm not sure -- but
17 I'm pretty sure I didn't include it because I see
18 the -- that there is probably other confounding
19 factors that may -- may confuse me.
20     Q    Do you recall the Leung, L-E-U-N-G, 2012
21 study?
22     A    There's -- there's several Leungs, so
23 therefore I'm a little bit...
24     Q    Do you -- do you recall a study that
25 involved middle age onset cirrhosis that you

1 relied on, the Leung 2012?
2          MR. ADAMS:  Object to form.
3          THE WITNESS:  I see that you have the
4 paper.  Can I see it?
5          MS. KAPKE:  This will be Exhibit 22.
6          MR. ADAMS:  Oh, it should be actually
7 23.  You marked the rebuttal as 22.
8          MS. KAPKE:  Oh, yeah.
9          (Exhibit No. 23 was marked for
10          identification.)
11 BY MR. PADGETT:
12     Q    Dr. Louie, I hand you what's been marked
13 as Exhibit 23, which is the Leung study we were
14 discussing.
15          As mentioned, this study involved
16 acetaminophen and middle age onset biliary
17 cirrhosis.  Right?
18     A    Let me read it -- oh, what the
19 title says -- that's what the title say.
20     Q    And if you turn to 579, the third page
21 of this, it talks about an effect seen in patients
22 with primary biliary cirrhosis poisoned by
23 ingesting excessive amounts of acetaminophen.  Is
24 that right?
25     A    Where are you reading this?

Page 82

1  Q  On the right-hand column, and it says
2  about halfway down, "In particular."
3  A  I do.
4  Q  Okay.  This study involved looking at
5  toxic overdoses of acetaminophen, right?
6  MR. ADAMS:  Object to form.
7  THE WITNESS:  It did not say that.  I
8  will read it for you.  It says --
9  MR. ADAMS:  Wait just one second.
10  There's a question -- he asks questions, you
11  answer questions.  Just let him ask another
12  question.
13  BY MR. PADGETT:
14  Q  Poisoned, I guess.  Toxic poisoning.  I
15  guess -- and if you look at the abstract, it says
16  "excessive amounts of acetaminophen."
17  A  The paper says "ingesting excessive
18  amounts."  There was no poison in it.
19  Q  Well, if you look at -- there at
20  page 579, it says that it found in almost 35
21  percent of individuals poisoned by ingesting
22  excessive amounts of acetaminophen.  Right?
23  A  It did not give a dose, so I don't know
24  if I know that.
25  Q  Okay.  But you included this, though, in

Page 83

1  your analysis for purposes of your report, right?
2  A  I did.
3  Q  Okay.  And on page 18 of your report,
4  you describe a number of studies on association
5  between ASD and ADHD, and you -- you want to go to
6  page 18 of your report?
7  MR. ADAMS:  He's on the report now.
8  THE WITNESS:  Oh, I'm sorry.  I just --
9  MR. ADAMS:  No, no, no.  He's on your
10  report.
11  THE WITNESS:  Okay.  18.
12  BY MR. PADGETT:
13  Q  Okay.  You note -- there's a reference
14  there on page 18, it's the last line, and you
15  reference that studies relating to acetaminophen
16  and ASD have led to calls for the FDA and other
17  regulatory agencies to provide updated
18  recommendations."
19  Do you see that?
20  A  Are you talking about third from the
21  bottom?
22  Q  The last sentence on page -- on page 18.
23  A  Yes.
24  Q  Okay.  Is it -- and you've done work
25  with the FDA, right?  For the FDA.

Page 84

1  A  Yes.
2  Q  Okay.  Is it your opinion that relevant
3  regulatory guidelines do not establish a
4  sufficient standard of scientific reliability?
5  MR. ADAMS:  Object to form.
6  THE WITNESS:  I'm sorry, I don't
7  understand that question at all.
8  BY MR. PADGETT:
9  Q  You said that there have been calls for
10  the FDA and other regulatory agencies to provide
11  updated recommendations.
12  And my question is, is it your opinion
13  that relevant FDA regulatory guidelines do not
14  establish a sufficient standard of scientific
15  reliability?
16  MR. ADAMS:  Object to form.
17  THE WITNESS:  Can you rephrase that?
18  MR. PADGETT:  Can you read it back?
19  THE REPORTER:  "You said that there have
20  been calls for the FDA and other regulatory
21  agencies to provide updated recommendations.
22  "And my question is, is it your opinion
23  that relevant FDA regulatory guidelines do not
24  establish a sufficient standard of scientific
25  reliability?"

Page 85

1  MR. ADAMS:  Object to form.
2  THE WITNESS:  You -- you're asking me to
3  conclude something that you said.  Right?
4  You're --
5  BY MR. PADGETT:
6  Q  Let me ask you this:  Do you believe
7  that FDA regulatory guidelines provide a
8  sufficient standard of scientific reliability?
9  A  They -- they would try to use the data
10  that is available to come to a recommendation.
11  Q  You discuss some prevalence and
12  incidence issues in your report at pages 19
13  through 21.  Do you recall that?  If you could
14  turn there.
15  A  I give a highlight of what is in the
16  literature.
17  Q  Okay.  As a pharmacologist, how often
18  have you analyzed the comparative prevalence of
19  diagnoses of conditions between countries?
20  A  I do it when I was advisor to the NIH,
21  probably about four years.
22  Q  And what conditions were at issue there?
23  A  TB, HIV prevalence, toxic effects of
24  treatment in Thais versus Americans, very
25  different.

1  Q   And then there's -- I noticed in your
2  list of materials reviewed, you -- there are
3  various deposition transcripts of Johnson &
4  Johnson Consumer, Inc., witnesses in your list of
5  materials.
6       Are you relying on any way on those
7  depositions for your opinions in this case?
8  A   Not at all.  I think I got copies of
9  them, and to be -- so therefore I added them.
10 Q   But you're not relying on them?
11 A   No.
12     MR. ADAMS:  Object to form.
13 BY MR. PADGETT:
14 Q   Is that a "no"?
15 A   No, I did not rely on them.
16 Q   Okay.  Turn to page 9 of your report,
17 your summary of opinions.
18     If you could look at paragraph 27 and
19 review that.  I've got a couple of questions.
20 A   (Peruses document.)
21 Q   There you state the opinion that:
22 "Prenatal exposure to acetaminophen increases the
23 risk of developing ASD and ADHD in offspring when
24 acetaminophen is taken by the pregnant mother in
25 the therapeutic dose range, which per Tylenol

1  label is 0.65 grams or 650 milligrams and 4 grams,
2  4,000 milligrams per day, for at least 28
3  cumulative days during pregnancy for a total of
4  between 18.2 grams or 18,200 milligrams to 112
5  grams or 112,000 milligrams."
6       Did I read that correctly?
7  A   It appears so.
8  Q   So does that 650-milligram number assume
9  two 325-milligram caplets?
10 A   Or tablets or liquid.
11 Q   Okay.  And the 4,000 milligrams assumes
12 daily maximum doses of 1,000 milligrams, taking
13 500 milligram max tablets or caplets; is that
14 right?
15 A   Or you could take it -- liquid capsules,
16 two six times a day.
17 Q   So there's a number of different ways --
18 A   Yeah.
19 Q   -- that they could be taken on
20 various -- at various times, right?
21 A   Yeah.  It depends on the dosage form and
22 how you take it.
23 Q   Okay.  With your opinion that says 28
24 cumulative days during pregnancy, does it matter
25 if the 28 days are 28 consecutive days?

1      MR. ADAMS:  Object to form.
2      THE WITNESS:  I don't think I actually
3  stated that.  It just talks about the 28 days
4  throughout the pregnancy.
5  BY MR. PADGETT:
6  Q   Right.  But my question is, does it
7  matter to you whether it's 28 consecutive days or
8  whether it -- the 28 days are spaced out evenly
9  over the entire pregnancy?
10     MR. ADAMS:  Object to form.
11     THE WITNESS:  I don't think I made that
12 as a consideration.
13 BY MR. PADGETT:
14 Q   Okay.  So it's just -- your opinion is
15 the increased risk is 28 days, period, regardless
16 of whether it's 28 straight days or 28 days spread
17 out evenly over the pregnancy.
18     MR. ADAMS:  Object to form.
19     THE WITNESS:  To be specific, it says
20 for at least for 28 days.  So I'm not restricting
21 it to just 28 days.
22 BY MR. PADGETT:
23 Q   It could be more, right?
24 A   Okay.  Yeah.
25 Q   Whether it's 28 days or 50 days, did you

1  consider whether, in reaching your opinion, it was
2  consecutive days or days spread out evenly over
3  the course of the pregnancy?
4      MR. ADAMS:  Object to form.
5      THE WITNESS:  I think the data -- I used
6  the data to back this up, and so it didn't matter.
7  BY MR. PADGETT:
8  Q   It didn't matter.  Okay.
9      What about does it matter when the doses
10 were taken during the pregnancy with regard to
11 your 28 days opinion?
12 A   In the studies, the data was captured
13 relatively poorly, but it's -- it stated that you
14 have increased risks if you have two trimesters,
15 and -- but you still have one trimester that's --
16 that had those effects as well.
17 Q   What do you mean by you still have one
18 trimester that still --
19 A   So if you took it in one trimester, you
20 still saw a signal.
21 Q   What do you mean by "signal"?
22 A   Increased risk of ADSD -- ASD-ADHD.
23 Q   Okay.  What if all 28 days that you're
24 talking about here are during the first month
25 after conception, is it still an increased risk in

1  your opinion?

2       MR. ADAMS:  Object to form.

3       THE WITNESS:  I don't think that's in my

4  opinion here.  My opinion -- my opinion was just a

5  broad 28 days.

6  BY MR. PADGETT:

7    Q    And that's my question.  Does it matter

8  if those 28 days all occur in the first month

9  after conception?  Is it still your opinion that

10 there's an increased risk?

11      MR. ADAMS:  Object to form.

12      THE WITNESS:  In my summary opinion, I

13 did not -- I did not speculate, nor did I add

14 that.  So it's at least for 28 days.  It didn't

15 talk about how you spread it out.

16 BY MR. PADGETT:

17   Q    Okay.  Would you agree that much of the

18 human fetal brain, including the cerebellum and

19 hippocampus, has not even formed in the first 28

20 days of gestation?

21   A    I don't know if I would agree.  That's

22 why you -- I don't know if I agree with that.

23   Q    Okay.  Has the cerebellum and the

24 hippocampus been formed within the first 28 days

25 of gestation?

1       MR. ADAMS:  Object to form.

2       THE WITNESS:  Just because it's not

3  formed doesn't mean --

4       MR. ADAMS:  No, no, no.  He asked a

5  question, and you're answering a different

6  question now.  Answer his question.

7       MS. RICHER:  Counsel, you don't need to

8  make speaking objections.

9       MR. PADGETT:  Yes, it's -- it's getting

10 old.

11      MR. ADAMS:  It's not old; it's anew.

12 I'm trying to make the record fair, and I'm trying

13 to do that so we can move forward --

14      MR. PADGETT:  Can you read my question

15 back, please.

16      MR. ADAMS:  And by the way, we've got,

17 you know, one lawyer.

18      MS. RICHER:  Well, pick which part of

19 the deposition protocol you're going to follow.

20      MR. ADAMS:  One more time, we've got one

21 lawyer.

22      MS. RICHER:  Pick which parts of the

23 deposition protocol you're going to follow, and --

24      MR. ADAMS:  One more time, we've got one

25 lawyer.  Yes.

1       MR. PADGETT:  Okay.  Just object to

2  form.

3       MR. ADAMS:  I will.  I will.

4       Wait, I'm agreeing with you that I will

5  object to form.  One lawyer.

6       MR. PADGETT:  Sure.

7       MR. ADAMS:  Thank you.

8       THE REPORTER:  "Has the cerebellum and

9  the hippocampus been formed within the first --

10 first 28 days of gestation?"

11      MR. ADAMS:  Object to form.

12      THE WITNESS:  It is not, but that

13 doesn't mean that the drug can't affect stem cells

14 that will eventually form the brain.  So you have

15 to remember stem cells eventually become

16 developed.

17 BY MR. PADGETT:

18   Q    Does your report say anything about the

19 impact of acetaminophen on stem cells?

20   A    You asked me a question if -- if the

21 cerebellum is formed, but the cells before it

22 forms are the stem cells.  So...

23   Q    My question is, does your report say

24 anything about the impact of acetaminophen on stem

25 cells?

1    A    It does not, but it -- I'm addressing

2  your question.

3    Q    If a mother in one of these epi studies

4  you reviewed reported she took acetaminophen on 28

5  days, but on each of those days she only took one

6  325-milligram caplet or tablet for a slight

7  headache, would that still meet your 28 days'

8  threshold for your opinion?

9       MR. ADAMS:  Object to form.

10      THE WITNESS:  Counsel, you're asking me

11 to speculate.

12 BY MR. PADGETT:

13   Q    I'm not -- you have 650 -- you have a

14 total of 18.2 grams to 112 grams based on at least

15 cumulative -- 28 cumulative days or a total of

16 18.2 grams to 112 grams for increased risk.

17 Right?

18   A    Yes, I wrote that because the labeling

19 has changed.  When I was -- let's say ten years

20 ago, it was 325.  So I'm complying with the

21 labeling, so therefore, patients can take 325.

22   Q    Okay.  My question is, if a woman took

23 one 325-milligram caplet on each of those 28 days,

24 would that still meet your threshold for an

25 increased risk?

Page 94

1    MR. ADAMS:  Object to form.

2    THE WITNESS:  The data was captured, did

3 she take it or not regardless of dosage.

4 BY MR. PADGETT:

5    Q    Okay.  So --

6    MR. ADAMS:  Before you ask your next

7 question, and I'm not going to stop you from

8 asking it, but in order for us to get lunch in on

9 time, we've got to get it in before --

10    MS. KAPKE:  Let's go off the record.

11    MR. ADAMS:  Oh, I'm sorry.

12    MR. PADGETT:  Yes, let's go off the

13 record.

14    THE VIDEOGRAPHER:  We're going off the

15 video record at 11:05 a.m.

16    (Recess.)

17    THE VIDEOGRAPHER:  We are going back on

18 the video record at 11:19 a.m.

19    MR. PADGETT:  Just briefly, I would kind

20 of like to comment on I've been very, very

21 patient, Julien, but 90 percent of the questions

22 I've asked, and we're almost two hours in now,

23 he's basically avoiding, refusing to answer, but

24 then in turn, you -- instead of pursuant to the

25 deposition protocol, you're not objecting to form

Page 95

1 only, and you're coaching, speaking objections.

2 That -- that needs to stop, and we need to follow

3 the protocol.

4    And if he -- he can answer my question,

5 he can answer my question.  If he can't answer it,

6 then he says he can -- he can say, "I don't know"

7 or "I can't answer that question."

8    But we're willing to go to the Court,

9 suspend if we keep getting kind of the

10 obstructionist approach that we're seeing today

11 with these questions.  So I just wanted to make

12 that clear.

13    The other thing is that if he needs to

14 see a study, he can tell us which study.  If he

15 wants to review it, we can go off the record, but

16 we're not going to spend all day taking record

17 time for him to review studies.  That was how it

18 was handled in Cabrera.  When he needed some time,

19 Dr. Cabrera went off the record and reviewed

20 studies, and that's what we're going to do.

21    So I just want to kind of make that

22 clear.  Let's stay with the deposition protocol,

23 number one.  And number two, we don't need to go

24 on -- stay on the record if he wants to look at a

25 study.  We're going to get into the studies in

Page 96

1 detail, but --

2    MR. ADAMS:  Counsel, why did you waste

3 the time on the record about studies.

4    MR. PADGETT:  Go ahead.  I'm curious.

5    MR. ADAMS:  I just want to know why did

6 you waste time on the record for this?

7    MR. PADGETT:  Okay.  Do you -- is it --

8 is the protocol object to form only?

9    MR. ADAMS:  All right.  No, so let me

10 respond to you.  When you suggest that it's

11 90 percent of the time he's not answering, that's

12 not accurate.

13    To the extent that I've not objected to

14 form and said other things, it's because I'm

15 trying to get an answer to the question, not

16 something other than that.  All right.

17    And I'm certain that none of this is

18 going to see the light of day because I will

19 continue to just object to form from now on.

20    MR. PADGETT:  Great.

21    MR. ADAMS:  But what -- what I don't

22 appreciate is you putting something on this record

23 that is not accurate.  All right?

24    So let's move on.

25    MR. PADGETT:  Great.

Page 97

1 BY MR. PADGETT:

2    Q    Dr. Louie, from these epi studies you

3 reviewed, you can't tell whether a mother

4 sporadically took a 325 single -- a 325-milligram

5 single caplet or tablet one day for a slight

6 headache or a couple of doses of two caplets for

7 650 milligrams for fever on another day, right?

8    A    I think the -- since you -- it's a

9 pretty large -- well, seven studies.  Some did

10 capture it.  Some did -- some of the studies

11 captured it.

12    Q    Captured what?

13    A    That they used it for fever.  They used

14 it for headaches and things like that.  So that

15 was captured.

16    Q    But they didn't capture the dosage

17 amounts, right?

18    A    I don't believe that they were in the --

19 described.

20    Q    And if the full maximum dose of four

21 times 1000 milligrams was taken for five days over

22 the pregnancy, that would be 20 grams total,

23 right?

24    A    Four grams times five, yes.

25    Q    Okay.  And even though that's more than

1 18.2 grams, generally, which you refer to your
2 opinion, it's your opinion that 18.2 grams taken
3 over 28 days results in a twofold risk, while 20
4 grams over five days does not?
5        Is that -- am I understanding your
6 opinion right?
7        MR. ADAMS:  Object to form.
8        THE WITNESS:  Can -- can you restate
9 that?
10 BY MR. PADGETT:
11    Q   Is your opinion that it has to be 28
12 day -- days -- cumulative days at any dose or
13 these 18.2 to 112 grams that you have here?
14        MR. ADAMS:  Object to form.
15        THE WITNESS:  Well, I gave you a range
16 here, so that's sort of self-explanatory.
17 BY MR. PADGETT:
18    Q   Would 14,000 milligrams taken for five
19 days not qualify for the increased risk that you
20 set forth in your report?
21        MR. ADAMS:  Object to form.
22        THE WITNESS:  I don't think that's how
23 it was phrased.
24 BY MR. PADGETT:
25    Q   You say at least 28 days -- cumulative

1 days during pregnancy or a total of between 18.2
2 grams to 112 grams, right?
3    A   I'm sorry.  I'm still one -- one
4 question back.  Can you repeat your question
5 again?
6 BY MR. PADGETT:
7    Q   Does 4,000 milligrams taken on just five
8 days, and that would be 20 grams, fall within your
9 opinion of an increased risk of 28 cumulative days
10 during pregnancy or a total of 18.2 grams to 112
11 grams?
12        MR. ADAMS:  Object to form.
13        THE WITNESS:  I think what I'm saying is
14 you have 28 days of self-exposure.  The dose can
15 range from this.  I don't think I can limit it.
16 BY MR. PADGETT:
17    Q   But you need 28 cumulative days of
18 exposure.  Agreed?
19        MR. ADAMS:  Object to form.
20 BY MR. PADGETT:
21    Q   That's your opinion.
22    A   At least 28 days of exposure.
23    Q   Okay.  So if a woman takes five days at
24 4,000 milligrams, that would not meet your opinion
25 with regard to an increased risk; is that correct?

1        MR. ADAMS:  Object to form.
2        THE WITNESS:  I don't think that's what
3 I said.
4 BY MR. PADGETT:
5    Q   I'm asking you if that would meet -- the
6 five days at 4,000 milligrams would meet your
7 opinion on increased risk that you set forth here
8 in paragraph 27 of your report.
9        MR. ADAMS:  Object to form.
10        THE WITNESS:  I -- I think what I'm
11 stating here is 28 days of the pregnancy.  The
12 dosage -- so you're saying if -- I'm trying to
13 understand the math.  That's what I'm trying to --
14 you're giving me a mathematical question, right?
15 BY MR. PADGETT:
16    Q   It's not a math -- you've already
17 calculated the math, Dr. Louie.  Five grams --
18 five grams, 4,000 milligrams is 20 grams.  We've
19 established that.
20        My question is, does five days of taking
21 acetaminophen at the maximum dose of 4,000
22 milligrams, is -- does that meet your opinion of
23 28 days cumulative doses results in an increased
24 risk of ASD or ADHD?
25        MR. ADAMS:  Object to form.

1        THE WITNESS:  So what you're trying to
2 say here is instead of making it "or," you're
3 making it "and" to my opinion.
4 BY MR. PADGETT:
5    Q   That's what I'm trying to get at,
6 Dr. Louie.
7    A   Oh, you could tell me that so I would be
8 clear to understand your question because I was
9 trying to figure out what you were trying to tell
10 me.
11    Q   I -- I gave you a hypothetical, and you
12 need to answer a hypothetical question.
13        Would five days, 4,000 milligrams, which
14 would total 20 grams of acetaminophen, meet your
15 definition of an increased risk in paragraph 27?
16    A   So I --
17        MR. ADAMS:  One second.  Object to form.
18        THE WITNESS:  I think I've already
19 answered you that this is an "or," not an "and."
20 BY MR. PADGETT:
21    Q   Dr. Louie, does that scenario meet your
22 definition of the increased risk set forth in
23 paragraph 27 of 28 days or 18.2 grams to 112
24 grams?
25    A   Can I review one of the papers?  Sorry.

1    MR. ADAMS: I'm going to object to form.

2    THE WITNESS: Can I review my -- the

3 papers?

4    MR. PADGETT: Let's go off the record.

5 Go ahead.

6    THE VIDEOGRAPHER: We're going off the

7 video record at 11:28 a.m.

8    (Pause in the proceedings.)

9    THE VIDEOGRAPHER: We are going back on

10 the video record at 11:31 a.m.

11 BY MR. PADGETT:

12   Q   Dr. Louie, my question was, if a

13 woman -- if a pregnant woman takes acetaminophen

14 on five days during the course of her pregnancy at

15 the max dose of 4,000 milligrams per day totaling

16 20 grams, as we discussed, does that meet the

17 definition that you put forth in paragraph 27 of

18 an increased risk of at least 28 cumulative days

19 during the pregnancy or a total between 18.2 or

20 112 grams?

21   MR. ADAMS: Object to form.

22   THE WITNESS: So in the studies exposure

23 of up to, let's say, one week show the signal of

24 hyperkinetic significance. So when you limit it

25 to five, that may be one issue, but if you

1 limit -- if you go to one week, we saw a signal.

2 BY MR. PADGETT:

3    Q   When you say "a signal," what do you

4 mean?

5    A   Increase in the hazard ratio or the

6 relative risk or, you know, odds ratios.

7    Q   And by -- are you referring to one of

8 the Liew studies when you're talking about the

9 hyperkinetic relationship for -- for one week?

10   A   Yes.

11   Q   And we'll get to that.

12    Which -- which studies did you just

13 review?

14   A   The Liew 2014, Liew 2016, and Istrom

15 (phonetic).

16   Q   Oh, Ystrom.

17   A   Oh, I thought you put an "I" --

18   Q   And which one showed an association,

19 according to your review, for one week?

20   A   Because you even said it, so it came

21 from Liew.

22   Q   Okay. Do any studies support that five

23 days of therapeutic dose levels during a pregnancy

24 have found a twofold increased risk for being

25 diagnosed with ASD or ADHD?

1    A   Now you have a compound question. Can

2 you break it down?

3    Q   Do any of the studies you reviewed

4 support an association with five days of

5 therapeutic dose and a twofold increased risk for

6 being diagnosed with ASD?

7    A   So I'll answer in two parts because you

8 asked two questions.

9    First, you asked five days. There was

10 no bucket of five days. The bucket was one week

11 and weeks. So therefore, to answer -- if your

12 five days fit that, yes.

13    2X, you're talking about twofold. So

14 you don't need a twofold to be statistically

15 significant.

16   Q   Your opinion, though, is a twofold

17 increased risk, right?

18   MR. ADAMS: Object to form.

19 BY MR. PADGETT:

20   Q   Paragraph 28 of your report.

21   A   It says specifically "at least 28 days."

22 Right?

23    So in the therapeutic range set forth

24 above for at least 28 days during the pregnancy.

25 So therefore, if you expand it to 28 days, yeah,

1 that is -- there is signals for 2.0.

2    Q   But five days -- you set the threshold

3 at 28 days. Does five days of 4,000 milligrams

4 meet your definition of an increased risk for ASD?

5    MR. ADAMS: Object to form.

6    THE WITNESS: So -- so I set the -- a

7 very conservative exposure. However, there are

8 studies from the epidemiology studies that shows

9 that lower levels of exposure could give you a

10 statistical risk -- an increased risk.

11 BY MR. PADGETT:

12   Q   "May" was your -- lower than 28 days was

13 the language you used, right?

14   A   I used "may," but the paper says -- the

15 scientific data says "is" because they show the

16 data.

17   Q   Is it your opinion that if the lowest

18 dose -- full dose of 650 milligrams is taken on

19 every one of the 28 days by a mother, and those

20 doses are evenly spaced over the entire pregnancy,

21 that is still an increased risk in your opinion?

22   MR. ADAMS: Object to form.

23   THE WITNESS: So when you -- would it be

24 fair for you to read that question?

25   MR. PADGETT: Go ahead and read it,

Page 106

1  please.
2      THE REPORTER:  "Is it your opinion that
3  if the lowest dose -- full dose of 650 milligrams
4  is taken on every one of the 28 days by a mother,
5  and those doses are evenly spaced over the entire
6  pregnancy, that is still an increased risk in your
7  opinion?"
8      THE WITNESS:  I believe that's what my
9  opinion is.
10  BY MR. PADGETT:
11      Q   Okay.  If a woman takes -- we still
12  haven't answered this.
13      If a woman takes a 4,000-milligram dose
14  for only five days over the course of her
15  pregnancy, is that a twofold increased risk as set
16  forth in paragraph 27 of your report?
17      MR. ADAMS:  Object to form.
18  BY MR. PADGETT:
19      Q   Or 27, 28.
20      MR. ADAMS:  Same objection.
21      THE WITNESS:  No, you rephrased it as
22  five days, four grams a day, 20 grams, and so
23  therefore it's in the bucket.
24      But then what you didn't do is that I
25  didn't say five days.  But in one week -- if I

Page 107

1  remember correctly, if I may go back -- that there
2  was a statistical significance, and it's not
3  twofold but it's the statistical significance
4  hazard ratio.
5  BY MR. PADGETT:
6      Q   Of one week.  And we'll get to that.
7      A   Yeah, one week.
8      Q   In paragraph 29 of your report, you
9  state: "The reason for this increased risk is
10  that acetaminophen and its metabolites can deplete
11  glutathione" --
12      Can we agree to GSH --
13      A   Sure.
14      Q   -- for glutathione?
15      -- "thereby causing oxidative stress
16  systematically and in the brain."  And number (ii)
17  "NAPQI and its adducts can induce oxidative
18  stress, immune reactivity and inflammation."
19      Did I read that right?
20      A   You did.
21      Q   And your opinion is that both -- that
22  these molecular mechanisms of action increase the
23  risk of -- of -- both of these molecular
24  mechanisms of action increase the risk of ASD/ADHD
25  development, end quote; is that right?

Page 108

1      A   That's what I stated there, yeah.
2      Q   And is it your opinion that even if 18.2
3  grams of acetaminophen are taken over the duration
4  of the entire pregnancy and evenly spaced out
5  equal doses of 650 milligrams, that leads to a
6  twofold increased risk for ASD and -- or ADHD?
7      MR. ADAMS:  Object to form.
8      THE WITNESS:  For 28 days?
9  BY MR. PADGETT:
10      Q   Yes.
11      A   If you space throughout 28 days.
12      Q   And that this GSH and NAPQI, two-part
13  mechanism that you're talking about here,
14  increases the risk of ASD or ADHD development at
15  18.2 grams spread out 28 times at 650 milligrams a
16  dose.  Is that your opinion?
17      MR. ADAMS:  Object to form.
18      THE WITNESS:  I think you -- you're sort
19  of like limiting it.  It could be 18.2 milligrams,
20  even 325 milligrams, you know, over -- over 28
21  days or more.
22  BY MR. PADGETT:
23      Q   As long as it's 28 days, your view is
24  it's an increased risk of ASD or ADHD; is that
25  right?

Page 109

1      MR. ADAMS:  Object to form.
2  BY MR. PADGETT:
3      Q   Is that your opinion?
4      A   It's written here --
5      Q   28 days or more?
6      MR. ADAMS:  Object to form.
7      THE WITNESS:  It's my opinion here for
8  at least 28 days during pregnancy, that that was
9  my opinion.
10  BY MR. PADGETT:
11      Q   Let's go to pages -- jumping ahead to
12  pages 23 and 24 of your report, Dr. Louie.
13      A   23 or 24?
14      Q   It's 23 and 24.  You state there that
15  you first reviewed epi studies providing data on
16  days of exposure, and provide a list of the
17  studies -- those particular studies.
18      And then you state that based on review
19  of those studies, quote:  I determined that
20  prenatal exposure to acetaminophen in the
21  therapeutic range for at least 28 days increases
22  the risk of developing ASD/ADHD.
23      Did I read that right?
24      A   This is on -- going to 25?  On the
25  bottom of 24 going to 25?

Page 110

1    Q   Yes.

2    A   I want to make sure -- that's what I

3  wrote.

4    Q   Okay.  Dr. Louie, I'm going to hand you

5  what's been marked as -- there on page 23 to 24

6  you list various studies, right?

7    A   That's correct.

8        (Exhibit No. 24 was marked for

9        identification.)

10  BY MR. PADGETT:

11    Q   I'm going to hand you what's been marked

12  as Exhibit 24.  Is that the Brandlistuen 2013

13  study referenced there?

14    A   That's what -- it's written here, yes.

15        (Exhibit No. 25 was marked for

16        identification.)

17  BY MR. PADGETT:

18    Q   I'm also going to hand you what's been

19  marked as Exhibit 25, and is this the Vlenterie

20  study referenced there on page 24 of your report?

21    A   It's just two -- right.

22        MR. ADAMS:  They've given you 24 and 25.

23  That's 25, that's 24.

24        THE WITNESS:  Okay.

25        MR. ADAMS:  Is this one 26?  It's the

Page 111

1  Liew.

2        MR. PADGETT:  Liew?  Let's see, we have

3  24 is Brandlistuen, correct?  25 is Vlenterie,

4  correct?

5        MS. KAPKE:  26 is Ystrom.

6        (Exhibit No. 26 was marked for

7        identification.)

8  BY MR. PADGETT:

9    Q   Is Exhibit 25 the Vlenterie 2016 study,

10  Dr. Louie?

11    A   Yes.

12    Q   Okay.  And is Exhibit 26 the Ystrom 2017

13  study?

14    A   It says 2017.

15    Q   Ystrom 2017, yeah.

16    A   You said 2016.

17    Q   Is that Exhibit 26?

18    A   That's correct.

19        (Exhibit No. 27 was marked for

20        identification.)

21  BY MR. PADGETT:

22    Q   I'm going to hand you what's been marked

23  as Exhibit 27.  Is that the Liew 2014 study?

24    A   Liew --

25        MR. ADAMS:  I don't have 26 or 27, so

Page 112

1  the Ystrom and Liew.

2        (Exhibit No. 28 was marked for

3        identification.)

4  BY MR. PADGETT:

5    Q   Dr. Louie, I'm going to hand you what's

6  been marked as Exhibit 28, and can you confirm

7  that that is the Liew 2016 study?

8    A   Okay.  Yes, 28 is Liew 2016.

9        (Exhibit No. 29 was marked for

10        identification.)

11  BY MR. PADGETT:

12    Q   And I'm going to hand you what's been

13  marked as Exhibit 29.  Is that the Gustavson 2021

14  study referenced there in your report?

15    A   '21, right?  2021?

16    Q   Yes.  It's Exhibit 29, correct?

17    A   Correct.

18    Q   If you could turn to paragraph 71 to 72

19  of your report.

20    A   You said paragraph.  Sorry.

21    Q   Are you talking about Brandlistuen

22  there?

23    A   Yes.

24    Q   Okay.  Are you there?

25    A   Yes.

Page 113

1    Q   Okay.  And there you state that you

2  assign the greatest weight to Brandlistuen 2013

3  because it employed the strongest study design.

4  Right?

5    A   Yes.

6    Q   And Brandlistuen included a sibling

7  control study with, quote, 2,919 same sibling

8  pairs which allowed them to just for familial and

9  genetic factors, correct?

10    A   You mean in paragraph 72, right?

11    Q   Yes.

12    A   Sorry, because you jumped.

13    Q   Is that -- is that correct?

14    A   Yes.

15    Q   Is it just -- as you put it here, quote,

16  adjusting for familial and genetic factors, a key

17  strength of sibling control studies?

18    A   That's -- it helps.  It's -- it's both

19  genetic and environmental.

20    Q   It makes the study stronger.  You agree?

21    A   It minimizes variations.

22    Q   Okay.  Is the use of a sibling control

23  study or analysis part of the reason that you gave

24  the greatest weight to Brandlistuen?

25        MR. ADAMS:  Object to form.

Page 114

1    THE WITNESS: That's correct.
2 BY MR. PADGETT:
3    Q   Do you agree that not adjusting for
4 residual confounding for familial and genetic
5 factors is a shortcoming of epidemiology studies
6 that do not include sibling control studies, all
7 experimental design being the same?
8    MR. ADAMS: Object to form.
9    THE WITNESS: You're going to have to
10 say that again. Slow down. Sorry.
11 BY MR. PADGETT:
12    Q   Is not adjusting for residual
13 confounding from familial and genetic factors a
14 shortcoming of epidemiology studies that do not
15 include sibling control analysis?
16    MR. ADAMS: Object to form.
17    MR. PADGETT: Strike that.
18 BY MR. PADGETT:
19    Q   Let me put it this way: Do you agree
20 that assuming all other study designs are the
21 same, you assign greater weight to an epidemiology
22 study that does a well done sibling control
23 analysis compared to one that does not use a
24 sibling control analysis?
25    A   That's correct.

Page 115

1    Q   Okay. What do you mean by "assign the
2 greatest weight"?
3    A   I think I said this earlier, that
4 there's a hierarchical -- that means more
5 confidence in the data that -- that's coming out.
6    Q   And assuming all experimental designs
7 design for two studies the same, looking at the
8 same endpoints, would you give greater weight to
9 the one that used sibling control analysis?
10    MR. ADAMS: Object to form.
11    THE WITNESS: In the context that they
12 have the same number of patients, I think that's a
13 better design.
14 BY MR. PADGETT:
15    Q   Okay. Fast-forward to paragraph 78,
16 please.
17    And there again -- and you're talking
18 about the Gustavson 2021 study, right?
19    A   78?
20    Q   Yes.
21    A   Okay. Start -- okay, yes.
22    Q   And there you say that you, quote, gave
23 weight to, end quote, Gustavson 2021, quote, based
24 on its strong study design, end quote, and you
25 notice comparison of siblings whose mothers either

Page 116

1 received or did not receive prenatal acetaminophen
2 or compared regarding the risk of ADHD diagnosis,
3 end quote.
4    Did I read that right?
5    A   You did.
6    Q   Do you agree that Gustavson's use of --
7 the strong study design that you describe for
8 Gustavson includes its use of sibling control
9 analysis?
10    A   They did.
11    Q   Do you agree that that was part of the
12 strength of the study design in Gustavson 2021 was
13 its use of a sibling control analysis?
14    A   As long as they are able to have enough
15 patients to give it -- assess the effects.
16    Q   And if you could turn to Exhibit 29,
17 which is Gustavson 2021.
18    MR. PADGETT: Supplemental?
19    MS. KAPKE: Yeah.
20 BY MR. PADGETT:
21    Q   Did you read the supplemental materials
22 in -- in Gustavson 2021?
23    A   Did I read it? I may have considered
24 it. I don't recollect.
25    Q   You don't recollect if you --

Page 117

1    A   Yeah.
2    Q   -- reviewed the supplemental materials.
3    A   Yeah.
4    Q   Okay.
5    (Exhibit No. 30 was marked for
6    identification.)
7 BY MR. PADGETT:
8    Q   Okay. I'm going to hand you what's been
9 marked as Exhibit 30 and --
10    A   Can I put this down?
11    Q   Yeah, we'll be coming back to it.
12    Do you recognize Exhibit 30 as the
13 supplemental materials for Gustavson 2021?
14    MR. ADAMS: I'm not sure what's going
15 on.
16    MS. KAPKE: There's two copies there.
17    MR. PADGETT: Sorry. Apologies.
18    THE WITNESS: I'm sorry. I didn't know.
19 BY MR. PADGETT:
20    Q   First of all, do you recall reviewing
21 those materials?
22    A   (Peruses document.)
23    Q   Do they look familiar, I guess is my
24 question?
25    A   Not really.

Page 118

1    Q   Okay.
2    A   So let me -- give me a few moments.
3  (Peruses document.)  Okay.
4    Q   Have you reviewed that sufficiently to
5  determine whether you reviewed the supplemental
6  materials for Gustavson 2021 before signing your
7  report, or ever?
8    A   It's not familiar.
9    Q   Okay.  In paragraph 78 of your report,
10 you state that:  "The adjusted hazard ratio from
11 Gustavson 2021 for mothers who use acetaminophen
12 for 29 days or more was 2.02."  Is that correct?
13   A   I believe this is coming straight from
14 the paper.
15   Q   Straight from the paper.  Let's go to
16 the paper, page 7, Table 2.
17      Are you there?
18   A   Yeah, I just got there.
19   Q   Okay.  The -- is that number that you
20 put in there in paragraph 78, the 2.02 for the
21 risk of ADHD in children whose mothers used
22 acetaminophen 29 days or more, is that the sibling
23 control analysis adjusted hazard ratio?
24   A   No, it's the long-term exposure, 29 or
25 more days associated with a twofold increase in

Page 119

1  ADHD diagnosis.  So, no.
2    Q   It wasn't the sibling control analysis,
3  right?
4    A   No, at least -- yes.
5    Q   And in Table 2, that's model 2.
6       Model 3 is adjusted and controlled for
7  family effect.  That -- those are the numbers for
8  the sibling control analysis, right?
9    A   Model 2?
10   Q   Model 3.
11   A   Oh, sorry.  Uh-huh.  Yes.
12   Q   Based on Gustavson 2021, that
13 pre-sibling control analysis adjusted hazard ratio
14 of 2.02 for more than -- for 29 days or more of
15 use was attenuated down to the null when they did
16 a sibling control analysis, correct?
17   A   What you do you mean by "null"?
18   Q   It was attenuated down to 1.06 and not
19 statistically significant, correct?
20   A   It's not statistically significant, but
21 it's not null.  So therefore, I think what you
22 need to be -- I think the number of patients in
23 this -- I don't know where I read it, but it was
24 the number of patients that were evaluated were
25 relatively low.  So that's -- it was one of the

Page 120

1  issues of this evaluation.
2    Q   Dr. Louie, you didn't put the
3  nonstatistically significant sibling control
4  analysis adjusted HR in your report, did you?
5    A   I did -- I did not do it for that, but
6  neither did I do it for the model 3 where it's
7  2.77, right.  And so I don't think I put that as
8  well.
9    Q   What are you talking about 2.77?
10   A   Page 7, all the way to the bottom, the
11 corner, "Family effect for model 3," you have a
12 hazard ratio of 2.77.  I didn't -- I didn't
13 mention that as well in my report.
14   Q   Okay.  And what -- what is your
15 understanding of the family effect number?
16   A   Well, my understanding just from looking
17 at this data is that this is statistically
18 significant, and it's a 2.77-fold increase, and
19 it's statistically significant.
20   Q   Your understanding is that 2.77 isn't a
21 number reflecting the familial effect due to the
22 analysis -- of the sibling control analysis that
23 they did?
24   A   I'm suggesting to you I didn't put --
25 for one, I didn't put one that's negative, nor did

Page 121

1  I put one for the positive as well.  So I didn't
2  address that point.
3    Q   Okay.  What are you saying that the 2.77
4  number is about?
5    A   Well, it shows that it's -- I'm just
6  showing you the relationships, that if you were to
7  look at all the other on day 29, if you look at
8  model 1, model 2, model 3, model 4, you pick the
9  one that didn't have it -- have statistical
10 significance, whereas all the other ones were all
11 statistically significant.
12   Q   What -- can you turn to page 5 of the
13 report.
14      MR. ADAMS:  The study or the report?
15      MR. PADGETT:  Of the -- sorry, of the
16 study.
17      THE WITNESS:  Of the study.  Okay.
18 BY MR. PADGETT:
19   Q   And do you see there under "Results,"
20 the paragraph that starts "Exposure," the fourth
21 paragraph there?
22   A   I'm there.
23   Q   Okay.  And the sentence that starts "All
24 children"?
25   A   "All children."  Okay.

Page 122

1   Q   Can you read that sentence for me.

2   A   "All children, both exposed and
3   unexposed, born to a mother with long-term use of
4   acetaminophen in one pregnancy had increased risk
5   of receiving a -- an ADHD diagnosis compared to
6   children of a mother who did not use acetaminophen
7   in any pregnancy."

8   Q   So do you have a better understanding of
9   what that 2.77 number is in Table 2?

10   A   I do.

11   Q   Okay.  What is it?

12   A   They looked at it compared to both
13   exposed and unexposed born to a mother with
14   long-term use.

15   Q   So long-term use for unexposed siblings
16   has showed a significant family effect for
17   subsequent ADHD clinical diagnosis, correct?

18   A   That's what it states here.

19   Q   Okay.  Are you questioning the
20   conclusion made in Gustavson 2021?

21   A   No.

22   Q   Okay.  So you pointed this out, what
23   that family effect for model 3 on Table 2 shows is
24   a statistically significant familial effect shown
25   by the sibling control analysis, right?

Page 123

1   A   Yes.

2   Q   Okay.  I know the Gustavson 2021 uses
3   the threshold -- or uses -- I mean, your 2.02
4   number, which was a pre-sibling control analysis,
5   is for 29 days or more, right?

6   A   That's what the bucket says in this
7   paragraph, yeah.

8   Q   Okay.  So technically, even that number,
9   pre-sibling control analysis is not consistent
10   with your 28 days threshold, right?

11      MR. ADAMS:  Object to form.

12      THE WITNESS:  No, I -- I said it was 28
13   days or more.

14   BY MR. PADGETT:

15   Q   But Gustavson would be 29 days or more,
16   right?

17      MR. ADAMS:  Object to form.

18      THE WITNESS:  I took that into
19   consideration, but if you look at my opinion, it
20   was 28 days and more.

21   BY MR. PADGETT:

22   Q   Okay.

23   A   So I think 29 days is more than 28 days.

24   So...

25   Q   For exposure of 8 to 28 days, the

Page 124

1   adjusted HR in Gustavson 2021 before the sibling-
2   control analysis did not show an increased risk,
3   right, looking at Table 2?

4   A   I'm sorry, I closed it already.

5   Table 2.  Go ahead.

6      And which model are you referring to?

7   Q   Model 2.

8   A   Model 2.

9   Q   Pre-sibling control analysis.  Neither 1
10   to 7 days or days 8 to 28 days showed any
11   statistically significant association.

12   A   In this study, that's what it said.

13   Q   Eight to 28 days of finding no
14   association is inconsistent with your opinion in
15   this case that exposure for at least 28 days leads
16   to an increased risk of ADHD or ASD, right?

17   A   Fair, Counsel, yeah, that's -- and
18   that's why if you look at it, it's 1.13.  That
19   means the hazard ratio did go up compared to the
20   reference 0.87.  Then you looked at 29 days, just
21   one extra day, and guess what, it goes down to
22   2.0.  So therefore, it shows you exposure effects.

23   Q   And the sibling control analysis showed
24   no association for 29 days more, right -- or more,
25   right?

Page 125

1      MR. ADAMS:  Object to form.

2      THE WITNESS:  You -- but if you use
3   model 1, it gave that.

4   BY MR. PADGETT:

5   Q   My question is sibling control analysis,
6   model 3, 29 days or more, attenuated down to no
7   statistically significant association, right?

8   A   That's what it states here.

9   Q   When you say, That's what it states
10   there, are you questioning the findings here?

11   A   Well --

12      MR. ADAMS:  Object to form.

13      THE WITNESS:  I think the hazard ratio
14   here is 1.06.  I see that's not statistically
15   significant, but there's still -- anything above
16   1.0 is considered a risk.

17   BY MR. PADGETT:

18   Q   Even though -- is statistical
19   significance important to you in terms of your
20   weighing and evaluating these studies?

21   A   It gives me an idea that there is still
22   a signal.

23   Q   And both 1 to 7 days and 8 to 28 days,
24   model 3, the sibling control analysis showed an
25   attenuation down to below 1.0 for both, right?

Page 126

1   A   Say that again.
2   Q   One to 7 and 8 to 28 days, the sibling
3   control analysis showed an attenuation of the risk
4   down to below 1.0, right?
5   A   On the 8 to 28 days.  But you need to
6   also --
7   Q   And 1 to 7 days, right?
8   A   And that's the reference.  So therefore,
9   it shows you that this group was -- was less,
10   yeah.
11   Q   Okay.  You indicated that even though
12   it's not statistically significant, something
13   above 1.0 shows risk.  Is that -- was that your
14   testimony?
15   A   That's normally how it -- well, that is
16   how hazard ratios shows something.  Anything above
17   1.0 is a risk.
18   Q   Okay.  So you note -- do you see that
19   for 1 to 7 days, the sibling control analysis
20   attenuated the pre-sibling control AR -- AHR down
21   to below 1.0?  Do you see that?
22   A   So --
23   Q   0.75, right?
24   A   0.75, yes.
25   Q   Okay.  And that's -- the confidence

Page 127

1   interval there is nearly a statistically
2   significant inverse association.
3      Do you agree?
4      How do you calculate that?
5   Q   Because the confidence interval is 0.56
6   to 1.03.
7   A   It crosses 1.0.
8   Q   It crosses 1.0, right.  So is that
9   significant to you that it's not statistically
10   significant?
11      MR. ADAMS:  Object to form.
12      THE WITNESS:  I'm not going to battle
13   with you on terms because I don't have the data in
14   front of me, I mean in terms of the raw data, how
15   it was adjusted, but I would tell you -- I'm not
16   sure I understand your question.
17   BY MR. PADGETT:
18   Q   So you pointed to 1.06 for 20 -- more
19   than 29 days or more as -- as an increased risk,
20   even though it's not statistically significant,
21   right?  But when asked if 0.75 with a top end
22   confidence interval of 1.03, statistical
23   significance matters there?
24      MR. ADAMS:  Object to form.
25      THE WITNESS:  It does not.

Page 128

1   BY MR. PADGETT:
2   Q   You said, "It does not"?
3   A   Does not.  I mean, reach a null -- it
4   reach a null, right?  It's the null hypothesis
5   that it reached.
6   Q   It reached a null hypothesis.
7   A   Right.
8   Q   If it had been 0.99, would you agree
9   that that's -- would have been suggestive of an
10   inverse correlation in terms of risk, a protective
11   effect?
12   A   I don't think I could do that.
13   Q   Okay.  Have you reviewed sibling control
14   studies for other proposed risk factors for ASD or
15   ADHD to compare adjusted hazard ratios?
16      MR. ADAMS:  Object to form.
17      THE WITNESS:  Are you talking about this
18   case or are you talking about something else?
19   BY MR. PADGETT:
20   Q   I'm talking about something else.
21      Have you reviewed sibling control
22   studies on other proposed risk factors for ASD or
23   ADHD to look at the associations adjusted hazard
24   ratios?
25   A   So you asked me several questions, and

Page 129

1   then you narrowed it down to only ADS -- ASD and
2   ADHD, correct?
3   Q   Right.
4   A   No, not for -- for those.
5   Q   And so you've not looked at whether
6   other -- so you don't know whether studies on
7   labor induction has -- in relationship with ASD or
8   ADHD showed sibling control analysis similarly
9   attenuating adjusted hazard ratios down to the
10   null as Gustavson did?
11      MR. ADAMS:  Object to form.
12      THE WITNESS:  I didn't review that.
13   BY MR. PADGETT:
14   Q   Okay.  You just reviewed these two
15   sibling control analysis studies on ADHD, right?
16      MR. ADAMS:  Object to form.
17      THE WITNESS:  Are you asking me if I
18   only did sibling controls just for ADHD and ASD,
19   but you didn't ask me --
20   BY MR. PADGETT:
21   Q   Acetaminophen.
22   A   -- other things, right?  Okay.  No, I
23   haven't.
24   Q   Okay.  If you go back to page 7 of
25   Gustavson, right column, second paragraph.

Page 130

1    There it states on the right starting
2  with the word "Different" -- or sorry, starting
3  with "The previous study."
4    Quote:  A previous study using the MoBa
5  cohort found an association between maternal
6  acetaminophen use during pregnancy and mother
7  reported symptoms of externalizing symptoms when
8  the children are born -- were three years old,
9  and cites Brandlistuen 2013.  Different results in
10 a current study may be due to the use of ADHD
11 diagnoses rather than maternal report of symptoms
12 or that children in the previous study were only
13 three years old, end quote.
14    Did I read that correctly?
15    A    You -- can you tell me where exactly on
16 page 7 again?
17    Q    It's the paragraph that says "A previous
18 study."
19    A    Previous study.  Oh, "A previous study."
20    Q    Yes.
21    A    Okay.  I was looking for "the."  Sorry.
22    (Peruses document.)
23    Q    Have you read it?
24    A    Yes.
25    Q    Okay.  Basically it says -- Gustavson

Page 131

1  2021 points to Brandlistuen as a previous study
2  that reported an association between maternal
3  acetaminophen use in pregnancy and mother reported
4  symptoms -- externalizing symptoms when they were
5  three years old.
6    And it -- Gustavson says:  "Different
7  results in the current study may be due to the use
8  of ADHD diagnoses rather than maternal report of
9  symptoms."  Right?
10    A    That's what they said.
11    Q    Or that the children were only three
12 years old, right?
13    A    Right.  And if you were to look further
14 on, you would see that as well.
15    Q    Brandlistuen -- the Brandlistuen 2013
16 study did not use ASD or ADHD diagnoses, right?
17    A    No, it didn't.
18    Q    Okay.  If you could turn to
19 Brandlistuen, Exhibit 24, please.
20    And what I'd like you to do is turn to
21 page 1711, the left column, final sentence.
22    Can you read that, please.
23    A    Where are you --
24    Q    Page 1711, the left column.  And that
25 final sentence starting with "However."  Or second

Page 132

1  to last sentence.
2    A    "However, because clinical
3  assessment" --
4    MR. ADAMS:  One second.  Do you want him
5  to read it out loud or to himself?
6  BY MR. PADGETT:
7    Q    Go ahead and read it to yourself.  Did
8  you read it?
9    A    No, I haven't.
10    Q    Okay, go ahead.
11    A    (Peruses document.)  Yes.
12    Q    So with regard to clinical diagnosis
13 versus screening tools, Brandlistuen authors state
14 that, quote:  Because clinical assessments with
15 diagnostic tools were not available in this study,
16 we could not determine the clinical importance of
17 the differences observed.  Future studies should
18 seek to include clinical diagnoses of
19 neurodevelopmental and behavioral diagnoses to
20 explore whether there was an increased risk of,
21 for example, attention-deficit/hyperactivity
22 disorder or language disorders after exposure to
23 long-term paracetamol used during pregnancy.
24    Did I read that correctly?
25    A    You did.

Page 133

1    Q    Okay.  Do you agree with the authors
2  there?
3    A    I agree with the authors.  They actually
4  published additional papers verifying their
5  findings that there was an increased risk.
6    Q    Pre-sibling control analysis, right?
7    A    Even if it's not pre-sibling analysis,
8  there's several studies that shows that, right?
9    Q    Gustavson '21 -- 2021 focused
10 specifically on clinical diagnosis -- diagnoses of
11 ADHD as the Brandlistuen authors suggested doing
12 here, right?
13    A    Correct.
14    Q    Okay.  After discussion of Brandlistuen
15 2013, paragraph 74, you discuss the Ystrom study,
16 which is Exhibit 26.
17    And paragraph 74 of your report, you
18 note that Ystrom found association with
19 acetaminophen use for more than 29 days, right?
20    A    In my report or in the --
21    Q    In your report.
22    A    Okay, where are we?
23    Q    Paragraph 74.
24    A    (Peruses document.)
25    Q    Do you see that?

Page 134

1    A   Okay, yeah.
2    Q   Okay.  Taking away this study does not
3  support your threshold of 28 days -- cumulative
4  days of exposure for increased risk, correct?
5        MR. ADAMS:  Object to form.
6        THE WITNESS:  Can you say that again?
7  BY MR. PADGETT:
8    Q   Well, let's look at table -- Table 2 on
9  page 4 of the Ystrom study.
10       Does Ystrom show a statistically
11 significant association for ADHD for less than or
12 equal to 9 days, 8 to 14 days, 15 to 21 days, or
13 28 to 29 --
14   A   One at a time.
15       MR. ADAMS:  One second.  Question.
16 Object to form.
17 BY MR. PADGETT:
18   Q   Does Ystrom show any statistically
19 significant association below 29 days?
20       MR. ADAMS:  Object to form.
21       THE WITNESS:  So if you looked at your
22 Table 2, 15 to 21 days use, you get statistical
23 significance.  So...
24 BY MR. PADGETT:
25   Q   It includes 1.0.  If it includes 1.0,

Page 135

1  that's not statistically --
2    A   Okay.
3    Q   -- significant, correct?  Agree?
4    A   Okay, that's fine.  That's right on the
5  borderline.
6    Q   So there's no statistically significant
7  finding in Ystrom for anything below 29 days.
8  Agree?
9    A   Agree.  But if you were to look at the
10 fevers -- see, you go -- scroll to the right-hand
11 side, those adjusted for fevers and infection, you
12 have statistical significance, and the hazard
13 ratio is 6.0.
14   Q   And that's a very large confidence
15 interval, wouldn't you agree?
16   A   Still statistically significant, as you
17 like to pose it, right.
18   Q   If you could turn to page 2 of Ystrom.
19 The middle -- the middle column.
20       The authors reported using paternal use
21 before pregnancy as part of their analysis, right?
22   A   Where are you?  I'm in the middle, but
23 which paragraph?
24   Q   Strike that.
25       If you could look at Table 3.  On

Page 136

1  page 7.
2        Do you see that Ystrom showed
3  statistically significant associations with
4  offspring with subsequent ADHD diagnosis for
5  paternal use of acetaminophen six months before
6  pregnancy?  Do you see that?  At least for 8 to 28
7  days or 29 days or more?
8    A   I see that.
9    Q   Okay.  Given that the results are based
10 on paternal use and six months prior to pregnancy,
11 do you agree that that's indicative of residual
12 confounding that may be present?
13   A   So paternal is father, right?
14   Q   Yes.
15   A   So you're saying -- at least from this
16 analysis is saying that acetaminophen affects the
17 father to cause this issue.
18   Q   The father isn't carrying the baby,
19 correct?
20   A   The father has the sperm.
21   Q   Okay.  Are you saying that there's some
22 type of effect on sperm, a genetic effect that is
23 resulting --
24       MR. ADAMS:  Object to form.
25 BY MR. PADGETT:

Page 137

1    Q   -- in this association?
2        MR. ADAMS:  Object to form.
3        THE WITNESS:  Well, you're telling me
4  that there's a confounding issue.  Acetaminophen
5  is causing an issue here.  That's what you're
6  saying, right?
7  BY MR. PADGETT:
8    Q   No, I'm saying that isn't this
9  indicative of a genetic confounding factor
10 involving the father's contribution in increased
11 use of acetaminophen?
12       MR. ADAMS:  Object to form.
13       THE WITNESS:  This says paternal
14 acetaminophen use.  It didn't talk about genetics.
15 BY MR. PADGETT:
16   Q   How can paternal use be associated with
17 an increased risk of ADHD in subsequent offspring
18 used six months before pregnancy?
19       MR. ADAMS:  Object to form.
20       THE WITNESS:  Counsel, you -- you
21 brought this up, and so therefore, it says -- it
22 doesn't say paternal genetics.  It's paternal use.
23       So, I mean, to me, to be honest with
24 you, you brought that up, and it shows that there
25 is some hazard ratios.  What does that mean?

Page 138

BY MR. PADGETT:

Q   Are you aware of any study on sperm and genetic or epigenetic changes tied to ASD or ADHD?

A   I'm not even -- that was not part of my assignment. I didn't look at that.

Q   So your answer is "no."

MR. ADAMS: Object to form. Let him finish his answer.

THE WITNESS: You answered for me, and the answer is no, but -- since you answered for me, let me explain. I didn't bring this issue up, you did. So to me when you interpret it that way, I think you misinterpreted.

BY MR. PADGETT:

Q   Do you -- so you're saying that this cannot be interpreted as genetic confounding?

MR. ADAMS: Object to form.

THE WITNESS: The table doesn't say genetics. So -- it says acetaminophen use. So I'm trying to understand what you're trying to ask me.

BY MR. PADGETT:

Q   Could you turn to Exhibit 27, please. It should be Liew 2014.

A   Can I close this out?

Page 139

Q   Yes.

A   Sorry, was it 27?

Q   Yes. Liew 2014.
Are you familiar with this study?

A   I believe it's in my report.

Q   Okay. And in Liew 2014, acetaminophen use was ascertained through interviews during pregnancy, right?

A   That's the study design.

Q   And do you agree that maternal reporting of acetaminophen use can suffer from reporting bias?

A   Say what you said again.

Q   Do you agree that maternal reporting of acetaminophen use in a study like this can suffer from reporting bias?

A   It could.

Q   Okay. And if you turn to page 319, the left column, the second to last sentence.

A   319.

Q   And if you could read that sentence at the end -- towards the end of the paragraph with "We were unable to assess." Do you see that?

A   319, which --

Q   Left-hand column.

Page 140

A   Okay.

Q   It states they were unable to assess the influence of dosage or number of pills taken because the mothers were unable to recall the information accurately.

A   I'm sorry, paragraph 1 or paragraph 2?

Q   Paragraph -- the end of that left-hand column, starting with "We were unable to assess." Do you see that?

MR. ADAMS: As he is reading, I've got two copies of Liew 2016.

THE REPORTER: I didn't get one.

MR. ADAMS: Do you need one of these?

THE REPORTER: Yes.

BY MR. PADGETT:

Q   Have you read that, Dr. Louie?

A   This is the one, right, because it looks different. I'm scared now.

MR. ADAMS: One second. I need a copy of that exhibit.

MS. KAPKE: Which one, Liew 2014?

MR. ADAMS: Yes. I got two copies of the 2016 one and --

BY MR. PADGETT:

Q   Do you have 2014? Are you looking at

Page 141

Liew 2014?

A   Oh, I'm looking at Liew 2014.

Q   Yes.

A   Is that the right one?

Q   That's the right one.

A   Okay.

Q   If you look at page 319, the left-hand column, have you read that language, "We were unable to assess"?

A   Yes. About 28 percent of the mothers who reported acetaminophen use...
Yeah.

Q   Well, they couldn't -- they were unable to specify the gestational week, right?

A   Correct.

Q   And they were unable to assess -- the author said they were unable to assess the influence of dosage or number of pills taken because the mothers couldn't -- were unable to recall that information accurately, right?

A   Correct, that's what it says here.

Q   And do you know whether the authors in Liew 2014 were able to assess residual confounding due to familial and genetic factors?

A   Where are you referring to?

Page 142

1    Q   I'm just asking if you know whether they
2   were able to assess familial and genetic factors.
3        MR. ADAMS:  Object to form.
4        THE WITNESS:  You're going to have to
5   point me to that because I don't remember it.
6   BY MR. PADGETT:
7    Q   Did they make any -- do you know if they
8   made any attempt to assess familial or genetic
9   confounding factors in Liew 2014?
10        MR. ADAMS:  Object to form.
11        THE WITNESS:  We have the paper here.
12   If you could point me to it, then I could see it.
13   BY MR. PADGETT:
14    Q   It may not be in there, but my question
15   is, do you know whether they did that?
16    A   Well, unfortunately, I don't remember
17   everything I read.
18    Q   Okay.
19    A   So I don't recall.
20    Q   Can you turn to Liew 2016, which is
21   Exhibit 28.
22    A   Can I put 27 down?
23    Q   Yes.
24    A   Is it this one?
25    Q   Yes.

Page 143

1    A   Okay.
2    Q   In your report you reference that there
3   was an increased HR for exposure to acetaminophen
4   during two to five weeks -- two to five weeks of
5   an increased risk of ASD in offspring.
6    A   Can you tell me in the report where I
7   said that?
8    Q   Let's just turn to Table 2 of Liew 2016.
9    A   Okay.  Okay.  (Peruses document.)
10    Q   Do you see that the adjusted HR is 1.23
11   for two to five weeks down there at the bottom in
12   the middle adjusted HR?
13    A   Mm-hmm.
14    Q   Do you see that?
15    A   Yes.
16    Q   Okay.  And then 6 to 20 weeks is not
17   statistically significant and no association.
18   Agree?
19    A   That's what it says.  And the number of
20   cases went almost right in half.
21    Q   Okay.  Would you agree that that is
22   inconsistent with a dose-response relationship in
23   this study?
24    A   I don't --
25        MR. ADAMS:  Object to form.

Page 144

1        THE WITNESS:  I do not because the
2   number of cases dropped.  So therefore, if you had
3   159 cases, would you get that?
4   BY MR. PADGETT:
5    Q   Well, as you pointed out earlier, the
6   confidence interval is still not statistically
7   significant for 81 cases, right?
8    A   That's correct, but if you -- when you
9   make a comment like that, you have to -- if you
10   gave it enough effect size, would it come back up?
11    Q   That's speculation.  Agree?
12        MR. ADAMS:  One second.  One second.
13   Question?
14   BY MR. PADGETT:
15    Q   That's speculation, do you agree?
16        MR. ADAMS:  Object to form.
17        THE WITNESS:  Okay.  It would be -- to
18   compare things, because you make me want to
19   conclude, and I say that the only way to conclude
20   is to have enough patients to evaluate that.
21   BY MR. PADGETT:
22    Q   Would you turn to Exhibit 28, Liew 2016.
23        Are you still there?
24    A   I'm sorry, 20?
25    Q   2016.

Page 145

1        MR. ADAMS:  Same exhibit.
2        THE WITNESS:  Okay.  Okay.  Which page?
3   BY MR. PADGETT:
4    Q   256.
5    A   Liew 216 -- 256?
6    Q   Sorry, 956.  956, left column, first
7   paragraph.
8    A   Line -- okay.
9    Q   Okay.  And do you see, "We performed" --
10   the authors state that:  "We performed a
11   dose-response analysis by counting total weeks of
12   use.  However, exact dosage -- dosages cannot be
13   estimated because more than 80 percent of the
14   interviewed women were unable to recall this
15   information."
16        Do you see that?
17    A   Eighty percent -- okay.  That's correct.
18    Q   Okay.  The authors were not able -- the
19   authors were able to collect little data on the
20   actual quantity of exposure in this study, right?
21        MR. ADAMS:  Object to form.
22        THE WITNESS:  While they may have lacked
23   the data, they show you that the time of exposure
24   did have -- in Table -- Table 3 and Table 2 shows
25   you that there is statistical significance.

Page 146

1  Right.
2        Because they -- they -- in the table
3  itself, weeks of acetaminophen use throughout
4  pregnancy.  Even though they didn't have the
5  data that you're -- that they're saying, you still
6  see that in the autism disorder group they showed
7  a statistic analysis.
8  BY MR. PADGETT:
9      Q    And that statistical significance was
10 only for autism with hyperkinetic disorder, right?
11     A    Yes, and -- but do -- well, wait, wait,
12 wait.  No, not on top.  It doesn't -- it doesn't
13 -- Table 2 doesn't just look at hyperkinetic.  It
14 looks at the crude.
15     Q    Can you turn to page 954, please.
16        Under "Discussion," right column, end of
17 the second paragraph, could you read starting with
18 the word "If" there at the bottom of that
19 paragraph.
20     A    At the bottom -- "if."  Okay.  Is it "If
21 ASD" -- is that --
22     Q    Mm-hmm, yes.
23     A    "If ASD in hyperkinetic disorders are
24 considered two different disorders with different
25 etiologies, our results can be interpreted as

Page 147

1  acetaminophen only having an impact in
2  hyperkinetic disorders but not ASD."
3      Q    Do you agree with that based on the
4  data?
5      A    They said "if," and so therefore, in
6  their crude -- and that's in Table 2 -- it shows
7  you that there is -- there is a statistical
8  significance, even --
9      Q    Let me ask you this:  Did you consider
10 the finding that ASD was only associated with
11 hyperkinetic disorder accompanying it with regard
12 to your analysis of ASD and the risk?
13        MR. ADAMS:  Object to form.
14        THE WITNESS:  What I did was I took what
15 the data gave me, and I used the data that they
16 gave me, and I don't try to overinterpret it.  The
17 data is what the data says.
18 BY MR. PADGETT:
19     Q    Okay.
20        MR. ADAMS:  We've been going over an
21 hour.  It's 12:37.  I don't know if you want to
22 end or you want to continue or -- lunch is here.
23        MR. PADGETT:  I can go 10 minutes, and
24 we can -- if that's all right.
25        MR. ADAMS:  Are you good?

Page 148

1        THE REPORTER:  (Reporter nods.)
2  BY MR. PADGETT:
3      Q    In Liew 2016, the authors did not
4  control for family -- familial or genetic
5  confounding, right?
6      A    Where are you referring to?
7      Q    Page 956, left column, last paragraph.
8      A    956 -- last paragraph on the left-hand
9  side?
10     Q    Yes.
11     A    Okay.  (Peruses document.)
12     Q    My question is they were not able to
13 exclude the possibility of residual confounding by
14 indication or genetic factors as alternate
15 explanations for their findings, right?
16     A    Yeah.  So in all these -- in all
17 publications we're always supposed to explain our
18 limitations.  So they were being transparent in
19 showing you that there's limitations in every
20 study.
21     Q    And the sibling control analysis is
22 geared towards controlling for residual
23 confounding by genetic factors or familial
24 factors, right?
25     A    I don't think they -- they used that.

Page 149

1      Q    If you could turn to the Vlenterie
2  study.  It's Exhibit 25.
3      A    So can I put this away, or are you going
4  to come back to it?
5      Q    Yes.  Yes.
6      A    You have to let me know if I can put it
7  away because it -- Vlenterie.
8        This one?
9      Q    Right.  And in your report you reference
10 the communications problems, and there was -- as
11 an association.
12     A    Can you -- in my report?
13     Q    Paragraph 79 of your report --
14     A    Thank you.
15     Q    -- you discuss Vlenterie.
16        Do you see that?
17     A    Yes.
18     Q    And you reference communications as
19 showing an increased risk, right?
20     A    There was an odds ratio, yes.
21     Q    The odds ratio includes 1.0, right?
22     A    Correct.
23     Q    And that is not statistically
24 significant, correct?
25        MR. ADAMS:  Object to form.

Page 150

1    THE WITNESS:  And -- and I just show you
2  what the data says.  I'm not trying to hide
3  anything.
4  BY MR. PADGETT:
5    Q    Okay.  This study doesn't address ASD or
6  ADHD diagnoses specifically, right?
7    A    They use a, what I think they call,
8  propensity score, so it is not diagnostic.
9    Q    Okay.  The authors assess the impact.
10  If you look at page 2000, Figure 1.
11    A    Where -- where -- in the -- in the
12  paper?
13    Q    Yes, in the paper.
14    A    2001 or 2000?
15    Q    Page 2000.
16      Figure 1, they looked at -- do you see
17  where it says "complete cases," and there's a --
18  the box, it's the various endpoints that they
19  looked at.  Do you see that?
20    A    Yeah, I see that.
21    Q    So they looked at ten different outcomes
22  in this study, right?
23    A    That's correct.
24    Q    Okay.  Did you confirm whether the
25  authors performed a statistical correction to

Page 151

1  address errors that may result from multiple
2  hypotheses at the same time?
3    A    Can you say that again?
4    Q    Did you confirm whether the Vlenterie
5  2016 authors did a -- performed a statistical
6  correction to address errors that may result from
7  multiple endpoints or hypotheses like this?
8    A    Did I confirm?  I did not confirm.
9    Q    Okay.  And we have multiple endpoints at
10  issue, and you don't do a statistical adjustment.
11      Do you agree that increases a risk of
12  type 1 error, a false-positive?
13    A    So I did not pose myself as an
14  epidemiologist, nor a biostatistician.  So
15  therefore, like I said in my report, I stated
16  myself as a pharmacologist who utilizes these
17  things.  So -- so therefore, you have to
18  understand it's the scope of my abilities.
19    Q    Okay.
20    A    And I'm going to defer to the
21  epidemiologists who's in this case.
22    Q    Did the Vlenterie authors -- did you
23  give any less weight in your assessment of the
24  Vlenterie study because it relied on screening
25  tools instead of not actual diagnoses?

Page 152

1    A    I stated the one that I thought was the
2  highest weight, and I just -- and I think I stated
3  the ones that are important for me were the
4  drug -- where you could get drug levels, which is
5  what a pharmacologist knows.
6    Q    Let me ask this:  Would you -- did you
7  give greater weight to Gustavson because it looked
8  at ADHD clinical diagnoses than Vlenterie which
9  did not look at ADHD clinical diagnoses?
10    A    I think the clinical diagnosis always
11  gives me a little better --
12    Q    Did you say "better"?
13    A    You know, more weight.
14    Q    Okay.
15    A    Can I get rid of this?
16    Q    You can put this away.
17      MS. KAPKE:  We're on 31?
18      MR. PADGETT:  Yeah, I believe so.
19      (Exhibit No. 31 was marked for
20      identification.)
21  BY MR. PADGETT:
22    Q    Dr. Louie, I'm handing you what's been
23  marked as Exhibit 31, and it's a study called
24  "Acetaminophen use in pregnancy:  Examining the
25  prevalence, timing and indication of use in a

Page 153

1  prospective birth cohort."  It's a Bandoli 2019
2  study.
3      And while you're looking at that, I did
4  not see this on your list of materials reviewed in
5  your report.  Have you read this?
6    A    (Peruses document.)
7      This is not familiar.
8    Q    Okay.  And then I assume that you did
9  not take the findings in this study into account
10  when coming to your opinion that there's an
11  increased risk of ASD or ADHD in offspring of
12  mothers who used acetaminophen 28 days or more
13  during pregnancy; is that right?
14    A    (Peruses document.)
15    Q    My question is, did you take the
16  findings of the study into account in coming to
17  your opinion on the 28 days?
18      Would you like to take a moment to
19  review it?
20    A    Yeah, I -- this is the first time I've
21  seen it.
22    Q    Take -- take a couple minutes, a few
23  minutes.
24      MR. PADGETT:  We'll go off the record.
25      THE VIDEOGRAPHER:  Is this off the

Page 154

1 record? One moment.

2    MR. ADAMS: Let's do this -- yeah, off

3 the record, that's fine.

4    THE VIDEOGRAPHER: Off the record at

5 12:47.

6    (Witness peruses document.)

7    THE VIDEOGRAPHER: We are going back on

8 the video record at 12:54 p.m.

9 BY MR. PADGETT:

10   Q  Could you go to page 243 of Bandoli

11 2019, right-hand column.

12   A  240?

13   Q  43. And do you see below Table 3 the

14 sentence starting with "Any acetaminophen"? Do

15 you see that?

16   A  Below the table. Can I read the

17 entire --

18   Q  Paragraph? Go ahead, yes.

19   A  (Peruses document.)

20   Q  Are you done?

21   A  No. (Peruses document.) Okay.

22   Q  Okay. Do you see the sentence starting

23 with "Any acetaminophen use," it states -- the

24 authors state, quote: Any acetaminophen use and

25 longer durations of use were both higher among

Page 155

1 those with tobacco use in pregnancy, self-reported

2 depression or anxiety and antidepressant use,

3 period.

4    Do you see that? Did I read that

5 correctly?

6    A  You read that correctly, but I need to

7 see the data associated with that. Was that --

8    Q  You've been able to review the report.

9    My question is, are you aware of whether

10 tobacco use, depression, anxiety or antidepressant

11 use has been associated with ADHD or ASD?

12   MR. ADAMS: Object to form.

13   THE WITNESS: So it -- I'm still back,

14 where is the data?

15 BY MR. PADGETT:

16   Q  My question is, are you aware of whether

17 tobacco use, depression, anxiety or use of

18 antidepressants has been associated with ADHD or

19 ASD?

20   MR. ADAMS: Object to form.

21   THE WITNESS: Like I said to you, before

22 you do that, I asked for a -- where's the data in

23 association with that sentence?

24 BY MR. PADGETT:

25   Q  As your counsel said, you can look at it

Page 156

1 over lunch to find the data supporting that.

2    My question is, were you -- are you

3 aware of depression, anxiety, tobacco use, or use

4 of antidepressants as being associated with

5 increased risk of ASD or ADHD?

6    A  That's what it says in this sentence,

7 but I wanted to see the data because you

8 wouldn't -- you just -- give me -- let me finish.

9 Let me finish.

10   Q  Go ahead. Go ahead.

11   A  Because you just want to read off of

12 this, but I want to see the data, because

13 sometimes a person who writes something, they may

14 not show you the data, and what are they trying to

15 hide? As an editor of a journal, I would say

16 where does that -- where is that located?

17   Q  I understand, but we're missing each

18 other.

19   My question is not specifically related

20 to this sentence. My question is, are you aware

21 of tobacco use, anxiety, depression or

22 antidepressant use being associated with ASD or

23 ADHD in the scientific literature?

24   MR. ADAMS: Object to form.

25   THE WITNESS: I've seen the data. I'm

Page 157

1 not an expert, so I'm not very -- I'm not

2 comfortable in opining on that.

3 BY MR. PADGETT:

4    Q  You've seen the data. So can you please

5 answer my question: Are you aware of whether

6 those risk factors have been associated with ASD

7 or ADHD?

8    MR. ADAMS: Object to form.

9 BY MR. PADGETT:

10   Q  Yes, no, or I don't know.

11   A  I do -- yes.

12   Q  They have been associated.

13   A  They have been associated, but I don't

14 know to the level. So -- I mean -- so you say I

15 could read it, right, afterwards? So --

16   MR. ADAMS: Don't worry about it. He

17 asked you the question, and you've answered the

18 question.

19   MR. PADGETT: Take our lunch break?

20   THE VIDEOGRAPHER: One moment. We're

21 going off the record at 12:59 p.m.

22   (Lunch recess.)

23   THE VIDEOGRAPHER: We are going back on

24 the video record at 1:59 p.m.

25 BY MR. PADGETT:

Page 158

1    Q   Okay, Dr. Louie, back from lunch.
2        If I could follow up on a couple of
3  questions from something you said early today.
4  You noted, and correct me if I'm wrong -- you say,
5  I believe, that you give -- in terms of dosage,
6  you gave a lot of weight to studies that showed
7  epidemiology studies that showed concentration.
8  Is that correct?
9    A   That is one of my assignments is to
10 determine dosage and exposure.  So anything that
11 has both concentration and duration, I -- I weigh
12 them higher.
13   Q   Okay.  Which studies did you review and
14 weigh higher in your analysis that involved
15 concentration?
16   A   I think they both are in my report.  I
17 think G.
18   Q   G2018?
19   A   Yes, I think -- I forget the date.  G --
20 I think I have it here.
21       I have the Baker.  I think it's 2020.
22 And then I have G -- oh, no, it's all messed up.
23 I think it's -- it looks like 2020.
24   Q   G2020?
25   A   Yeah, I think so.  Let me see if there's

Page 159

1  another one.
2        2020, it looks like.  The G2020.
3    Q   G2020.  Okay.  And so Baker and G2020.
4        Any others that we were relying on for
5  concentration that you gave a lot of weight?
6    A   Those are -- those are the primary ones.
7    Q   And when you say they showed
8  concentration, are you referencing Baker 2020
9  because it involved meconium?
10   A   I believe that's -- that's what they
11 use.  It's by matrix.
12   Q   And G2020, how is concentration
13 determined there?
14   A   Do you mind if I refer to my --
15   Q   Yes, please, go ahead.
16   A   It looks like they looked at cord blood.
17   Q   Cord blood?
18   A   Yes, umbilical cord blood.
19   Q   Was there a G2018 that you recall
20 reviewing?
21   A   I -- I didn't bring that with me.
22   Q   Okay.  It was cord plasma in G2020; is
23 that right?
24   A   Yeah.  Plasma is part of blood.
25   Q   And do you know whether they looked at

Page 160

1  maternal plasma in G2020?
2    A   I believe so.
3    Q   Okay.  And so those -- G2020 and Baker
4  2020 are studies that you relied on for
5  concentration and gave great weight.
6    A   Well, there's -- sorry, there's one more
7  paper.
8    Q   Okay.
9    A   Anand -- I don't even remember the year.
10 A-N-A-N-D.
11   Q   Anand 2021?
12   A   (Peruses document.)
13   A   It was Anand 2021.
14   Q   Okay, I'll -- I'll believe that.
15   Q   And what -- how was concentration
16 examined there?
17   A   Same thing, cord blood, cord plasma.
18   Q   Okay.  Which of these -- did you give
19 any of these three greater weight than the others?
20   A   When there's three studies, you give
21 them all equal because you can review them all.
22   Q   Did you give meconium concentrations the
23 same weight as cord blood or plasma
24 concentrations?
25       MR. ADAMS:  Object to form.

Page 161

1        THE WITNESS:  Why would I?
2  BY MR. PADGETT:
3    Q   Would you agree that cord blood or
4  plasma would only reflect acetaminophen exposure
5  right around the time of delivery?
6    A   I've seen those discussion, but it may
7  be not correct because we are assuming that the --
8  the fetus's blood comes back to the mom as quick
9  as the mom comes to the baby.  And that's probably
10 not true anymore.
11   Q   What do you mean by not anymore?
12   A   Well, the assumption was early onset
13 that mother blood goes to fetus is equivalent to
14 the -- from the fetus blood back to the mom was
15 equal.  There's now papers that suggest there is a
16 difference between the two.
17   Q   And you're suggesting that this shows
18 that cord blood would reflect doses of -- or
19 concentrations of acetaminophen longer than a day
20 or two?
21   A   I couldn't give you the time, but
22 it's -- it could potentially be longer than we --
23 we say, you know, greater than three hours.
24   Q   What do you mean, We say no longer than
25 three hours?

Page 162

1    A  Well, the half-life -- people are
2 referring to the half-life of acetaminophen about
3 three hours.  And that may not be true in the
4 fetus.
5    Q  Do you have studies to indicate -- what
6 studies indicate that the half-life of
7 acetaminophen in a fetus is longer than three
8 hours?
9    A  So as I stated to you, in order -- the
10 baby doesn't have a way to urinate it out because
11 it's still in mom, right?
12    Q  Mm-hmm.
13    A  So therefore, the blood has to be taken
14 out of mom by mom, and then it's urinated out.  So
15 this is where the -- the half-life may be longer
16 than we expected.
17    Q  The cord blood is shared by the mom and
18 the fetus, right?
19    A  Well, the cord blood is mom's blood
20 going to the baby.  The baby has to come back out.
21 That's how you expel -- I shouldn't say the baby.
22 The fetus and the embryo comes back out.
23    Q  As you sit here today, can you name a
24 study that shows that in the fetus the half-life
25 for acetaminophen would be longer than three

Page 163

1 hours?
2    A  There are people who did placental
3 half-life.  So we don't do baby.  So therefore in
4 those papers, they show that it comes in X -- only
5 0.5X come out during that time.  So therefore that
6 gives the you the -- the information that it's
7 probably half -- probably two times longer.
8    Q  Do you have -- is there a study?
9    A  There is, but I don't have it with me.
10    Q  Okay.
11    A  There is a study.  There's actually more
12 than one.
13    Q  If there was a study that used actual
14 dosage from records for acetaminophen, and the
15 study -- the authors of the study used those
16 dosage records to calculate a cumulative dose for
17 acetaminophen -- are you with me so far?
18    A  I'm not.  So when you say
19 "records," what are you referring to?
20    Q  Medical records.
21    A  Oh, okay.
22    Q  If there was a study that used actual
23 dosage from medical records or insurance records
24 that showed -- that were used to calculate a
25 cumulative dose of acetaminophen during a

Page 164

1 pregnancy, and that was assessed -- a cumulative
2 dose was assessed for the risk of that cumulative
3 dose for ADHD, should your review have included
4 that study if that was out there?  Would you have
5 been interested in that?
6        MR. ADAMS:  Object to form.
7        THE WITNESS:  So that's a different type
8 of study, and if I remember correctly -- I need to
9 look at this.  When I did my search, I looked at a
10 wide search, acetaminophen, pregnancy and autism.
11 That's what -- and then switched the term to ADHD
12 so to give a wide -- cast a wide net.  I don't
13 remember or recall seeing a paper.
14 BY MR. PADGETT:
15    Q  Based on the description I just gave
16 you, would you have liked to have seen that paper
17 with that design evaluating cumulative dosage and
18 risk of ADHD?
19    A  I -- I would review it.
20    Q  Would it be relevant to your opinions
21 about dose, 28 days, and increased risk in this
22 case?
23        MR. ADAMS:  Object to form.
24        THE WITNESS:  I couldn't tell without
25 looking at the paper.

Page 165

1    (Exhibit No. 32 was marked for
2     identification.)
3 BY MR. PADGETT:
4    Q  Okay.  You have before you Exhibit No.
5 32, Dr. Louie.  Do you recognize that study
6 article?
7    A  This looks like a recent article by
8 Olstad et al.
9    Q  And you talked about this in your reply.
10 You called it a reply expert report, right?
11    A  I actually don't know --
12    Q  Rebuttal report, reply --
13    A  Yeah, yeah.
14    Q  We'll call it reply report.  That's what
15 it said.
16        In your initial -- your amended expert
17 report that is an exhibit here, you state that:
18 "It is possible that fewer than 28 days of
19 prenatal exposure to acetaminophen can increase
20 offspring risk to develop ASD and ADHD."  And you
21 rely on the Gervin 2017 study.
22        Do you recall that?
23    A  I did.
24    Q  Okay.  And it's findings on DNA
25 methylation, right?

Page 166

1    A   Yes.
2    Q   Okay.  So I want to ask you a couple --
3  a few questions about -- can you give me the title
4  of Exhibit 31, Olstad 2023.  Can you read that
5  out, please.
6    A   "No impact of prenatal paracetamol and
7  folic acid exposure on cord blood DNA methylation
8  in children with attention-deficit/hyper- --
9  hyperactivity disorder."
10   Q   And do you have any understanding as to
11 whether the same research group that did the
12 Gervin 2017 study did this study in Olstad 2023
13 that's Exhibit 31?
14   A   Say that again.  I --
15   Q   Do you have an understanding as to
16 whether the research team, the authors of Gervin
17 2017 is the same group that did Olstad 2023?
18   A   I do, because Gervin is a coauthor.
19   Q   Right.  Same -- same group of coauthors,
20 same research team.
21      MR. ADAMS:  Object to form.
22      THE WITNESS:  I think similar.  I don't
23 think it's exact.
24 BY MR. PADGETT:
25   Q   Okay.  If you could turn to page 2 of

Page 167

1  Olstad 2023, they go through and describe what
2  they're proposing to do there.  I'm looking at the
3  left column, last paragraph.
4       And they talk about Gervin 2017 there,
5  right?  Their previous -- they call it "our
6  previous study."
7       Do you see that?
8    A   I see that.
9    Q   Okay.  And then they state, quote, in
10 the middle of that paragraph:  To strengthen these
11 findings, we wanted to replicate and expand on a
12 previous study, both by increasing the number of
13 samples and CpGs, and by exploring whether folic
14 acid may impact a potential effect of paracetamol
15 on DNA methylation.
16      Did I read that correctly?
17   A   Yes.
18   Q   Paracetamol is acetaminophen, right?
19   A   The Europeans refer to it as that.
20   Q   Okay.  So yes, right?
21   A   Yes.  Sorry.
22   Q   And if you go to page 5, please.
23   A   I didn't catch that.
24   Q   Page 5.
25      And it's the last paragraph of this

Page 168

1  study before the data availability statement.  Can
2  you read that sentence starting with "In
3  conclusion," please.
4    A   "In conclusion, this study did not
5  replicate previous findings in the MoBa and other
6  studies investigating the influence of paracetamol
7  on DNA methylation, and did not identify any
8  interaction effect of paracetamol and folic acid
9  on DNA methylation in children with ADHD."
10      Did you want me to read it further?
11   Q   No.
12      If you could also turn to page 5, the
13 left column, just a little bit farther down and
14 directly to the left there.
15      Do you see the first paragraph under
16 "Discussion"?
17   A   Yes.
18   Q   And -- if you want to look at that
19 paragraph, that's fine, but it -- it states
20 there -- the authors state that their findings
21 were surprising as it was based on a large number
22 of samples from the same cohort as Gervin 2017,
23 right?
24   A   Yes.
25   Q   And then they note, quote:  However, our

Page 169

1  studies are performed five years apart and methods
2  have evolved, including the introduction of
3  Illumina Infinium EPIC platform and novel analysis
4  methods, such as normalization and cell type
5  deconvolution procedures.
6       Did I read that right?
7    A   You did.
8    Q   Okay.  And then if you could turn to
9  paragraph 44 of your reply report.
10   A   I'm sorry --
11   Q   If you could turn to page -- to page 21
12 of your reply report, paragraph 44.  Page 22 --
13   A   Oh, okay.
14   Q   -- paragraph 44.
15   A   22?
16   Q   Paragraph 44.  That would probably be
17 the easiest way.
18   A   Okay.  And 22 is not -- are you sure?
19 44 is --
20   Q   Paragraph 44?
21   A   Is 21.
22   Q   Okay.  Paragraph 44, you -- you state
23 that the Olstad study employed a different
24 technology for detecting DNA methylation
25 differences than the one used in Gervin, and that

Page 170

1  Olstad analyzed approximately 850,000 CpG sites
2  across -- across the genome, and Gervin analyzed
3  approximately 450,000 CpG sites at CpG islands and
4  promoters.
5      A   Mm-hmm.
6      Q   And you point -- this is a
7  methodological difference that may explain the
8  differences in the outcomes.
9          Are you saying that -- that there's
10  something wrong with the methodology used in
11  Olstad 2023 here, some type of scientific
12  reliability issue?
13     A   No, no, no.  It's actually very simple.
14  The 850 tells you that this is a more sensitive
15  instrument.  It's able to look at a wider
16  spectrum.  This instrument is actually -- will
17  give you more noise because if you're more
18  sensitive, you're going to have more noise.
19  That's the key element in the analysis.
20          And that's one of the things that I
21  thought when I looked at Olstad, wonderful study,
22  they need to show me where the cutoff was, and I
23  didn't see that in that paper.  So that was a
24  disappointment, but for what it's worth, they
25  showed a different analyses.

Page 171

1      Q   With more sample sizes, correct?
2      A   Correct, but there's one point that you
3  need -- probably need to add to this is that they
4  added folic acid.  I don't -- I don't know if you
5  saw what folic acid does, but folic acid is key in
6  changing methylation.  It's well known.
7          So I think that was not the best idea,
8  that you add folic acid as -- as a factor, because
9  there's a lot of data that shows that folic acid
10  makes the precursors that methylates DNA.
11     Q   Well, they state, I'm looking at the
12  abstract:  "We did not identify any impact of
13  paracetamol or any interaction effect of
14  paracetamol and folic acid on cord blood DNA
15  methylation in children with ADHD."
16          Did they test acetaminophen separately
17  to look at DNA methylation, and additionally with
18  folic acid, right?
19     A   Yeah.
20          MR. ADAMS:  Object to form.
21          THE WITNESS:  One of the key elements of
22  this is they didn't adjust for folic acid intake.
23  Women who are pregnant have folic acid intake.
24  BY MR. PADGETT:
25     Q   Could you turn to Figure 1.

Page 172

1      A   Mm-hmm.
2      Q   Is that your primary -- a primary
3  concern of yours with this study as to why it may
4  have failed to replicate Gervin 2017?
5          I know you're --
6      A   So what are you telling me on Figure 1?
7      Q   Is that -- what you said is that they
8  failed to adjust for folic acid intake.  Is that a
9  primary concern you have about the methodology of
10  Olstad 2023?
11     A   Yeah, it -- here it says "folic acid
12  exposure," right?
13     Q   If you look at Figure 1, the
14  description B says:  "Adjusted model adjusting for
15  folic acid intake during pregnancy and CD8 T-cell
16  proportion."
17          Do you see that?
18     A   B is folic acid intake, yes.
19     Q   Doesn't that indicate that they adjusted
20  for folic acid intake in this study?
21     A   But I did not see them actually test it
22  for folic acid.  Am I wrong?
23     Q   Go a little below that.
24     A   Uh-huh.
25     Q   And just below Figure 1 on the left

Page 173

1  column, starting with the word -- the sentence
2  that says "We."  And it says, quote:  We then
3  assessed whether folic acid could influence the
4  association between paracetamol exposure in DNA
5  methylation by running an adjusted model adjusting
6  for folic acid intake during pregnancy.  Correct?
7      A   So they adjusted with folic acid intake,
8  but they didn't adjust it for the folic acid in
9  the blood.
10     Q   And earlier you said your criticism was
11  about not adjusting for folic acid intake, right?
12          MR. ADAMS:  Object to form.
13          THE WITNESS:  But if you don't take
14  it -- if you take it, you need to also look at it
15  in the blood.  They're drawing it, they could do
16  it in the blood.  It would not be hard.
17  BY MR. PADGETT:
18     Q   Could an explanation for the failure to
19  replicate Gervin 2017 and Olstad 2019 also be that
20  they had more data and more evolved methodology?
21     A   Yes.  So when you say "improved
22  methodology," you also increase noise.  This is
23  where I explained that we always worry about when we
24  start to use improved technologies.
25          So I didn't see that there was a cutoff

Page 174

1  as to the sensitivity of these assays or did they
2  take all comers.
3      Q   Could you turn to your report -- is it
4  Exhibit 1?  Or, sorry, Exhibit 21, your big
5  report.
6      A   What was it, the -- the big report.
7      Q   Yeah.
8      A   Mm-hmm.  And what page?
9      Q   We're going to talk about pages 39 and
10 40.
11     A   Okay, I'm there.
12     Q   Okay.  And there, 39 and 40, you discuss
13 the process for how acetaminophen is metabolized,
14 right?
15     A   Yes.
16     Q   Okay.  I have some questions about that.
17 Do you agree that when acetaminophen is taken
18 orally, it must first pass through the liver?
19     A   It doesn't first pass the liver.  It
20 first passes the gut first, yeah.
21     Q   Small intestine first, I guess, but then
22 it has to pass through the liver, correct?
23     A   Before it gets to circulation, yes.
24     Q   Okay.  You agree that a portion of
25 acetaminophen is metabolized during the pass

Page 175

1  through the liver?
2      A   The acetaminophen goes to the liver and
3  gets metabolized.  Yes.
4      Q   And would you agree the amount of
5  acetaminophen that reaches other organs, including
6  the placenta and reproductive organs, is lower
7  than the amount actually ingested because of that
8  metabolism in the liver?
9      A   So the blood levels when we take it, we
10 don't know -- actually know what's in the -- in
11 the -- unless we take a needle and put it into the
12 intestines, we don't know what the level is that's
13 absorbed.  So -- but when we draw from the blood,
14 it's already past the liver.
15     Q   If it's metabolizing acetaminophen -- in
16 the liver, acetaminophen, some of it is getting
17 converted and won't be as high when it moves on
18 from the liver.  Do you agree with that?
19     A   That's the concept, yeah, but I want to
20 make sure you understood that the blood -- the
21 level in the blood is already past the liver.
22     Q   And by the time it gets to the blood,
23 it's going to be lower than it was when it was
24 taken as an oral dose.  Do you agree with that?
25         MR. ADAMS:  Object to form.

Page 176

1          THE WITNESS:  It depends on the time.
2  BY MR. PADGETT:
3      Q   What do you mean by "it depends on the
4  time"?
5      A   So oral absorption takes time to absorb.
6  So you're talking about the Cmax, right?  This is
7  what you're referring to.  Cmax goes up in one
8  hour, so therefore approximately one hour.  It
9  does come down right after that.  So -- I'm trying
10 to understand what your question --
11     Q   I believe you also -- you agree that the
12 half-life of acetaminophen is generally considered
13 to be one to three hours.  I think on page 58 of
14 your report at the bottom, it notes 84 minutes,
15 right?
16     A   Yeah.  In general, in a healthy -- in a
17 healthy individual, that's approximately it.
18     Q   Do you agree that the concentration of
19 acetaminophen generally becomes undetectable
20 within 10 to 12 hours unless another dose is
21 taken?
22     A   It depends on the assay you used today.
23 If you use a mass spec, you will see it past 24
24 hours.
25     Q   You indicated that you had reviewed

Page 177

1  Dr. Pearson's report, right?
2      A   I believe so.
3      Q   Okay.  And do you recall him saying that
4  after, quote, After eight hours, only small
5  amounts of the drug are detectable in the plasma,
6  end quote?
7      A   I don't recall.  But if you have it,
8  I'll --
9      Q   Do you have any reason to disagree with
10 that statement?
11     A   If you use HPLC, it's a little -- it
12 will go away faster.  If you use LC-MS, you have a
13 magnitude of a thousandfold more sensitivity.
14     Q   Would you agree that acetaminophen is
15 metabolized in the liver -- and if you want to
16 look at pages 39 and 34 of your report.
17     A   Mm-hmm.
18     Q   You agree that acetaminophen is
19 metabolized in the liver through three main
20 pathways of glucuronidation, sulfation and
21 oxidation?
22     A   Glucuronidation, sulfation, and
23 glutathione -- well, I -- you -- yeah, that's
24 actually not true.  But cytochrome P450 makes the
25 metabolite, and then it's glucuronidated -- no,

Page 178

1  sorry, it's glutathione.
2       I will -- sorry, I'm going to mess up
3  because it's going to be two different ways.
4     Q   So when you say oxidation, that is the
5  GSH binding with any NAPQI that would be
6  present --
7     A   Yes.
8     Q   -- and turning it into a harmless
9  metabolite.
10      MR. ADAMS:  Object to form.
11      THE WITNESS:  So you're saying NAPQI --
12 I'm not used to hearing that Napkey (phonetic).
13      You're saying that cytochrome P450
14 converts acetaminophen to NAPQI, and it binds very
15 quickly to glutathione or anything with a
16 cysteine.  So any -- any protein nearby with a
17 cysteine, NAPQI Y can actually interact with.
18 BY MR. PADGETT:
19    Q   And you say CYP450.  Is the primary --
20 the enzyme that acetaminophen would combine with
21 to create NAPQI, is that CYP2E1?
22    A   So you're saying acetaminophen
23 biotransformed to NAPQI Y, you're saying is only
24 one enzyme.  The answer is it's not just one
25 enzyme.  Cytochrome P450 IIE1 may be the

Page 179

1  predominant.  And cytochrome P450 IIIA4 --
2       THE REPORTER:  Doctor, could I get you
3  to slow down a little bit.
4       THE WITNESS:  Sorry.
5       THE REPORTER:  May be the predominant?
6       THE WITNESS:  Cytochrome P450 IIIA4 and
7  5, and cytochrome P450 IA1 can also do that.
8  BY MR. PADGETT:
9     Q   Do you agree that approximately 85 to 95
10 percent of acetaminophen is conjugated through
11 glucuronide or sulfate and excreted in the urine?
12    A   Can you give me the number again?  I'm
13 sorry.
14    Q   Eighty-five to 95 percent.
15    A   That's -- there's a range, yeah.
16 That -- that range is pretty close.
17    Q   Okay.  And when you say "pretty close,"
18 do you believe it's lower than that, higher?
19      MR. ADAMS:  Object to form.
20      THE WITNESS:  So when you ask the
21 question, in essence, you used the highest level
22 because there's a range for glucuronidation and
23 sulfation.  So the cytochrome P450 can contribute
24 to between 5 percent and 10 percent of total
25 metabolism.  I believe I got most of that data

Page 180

1  from Dr. McGill in his expert report.
2  BY MR. PADGETT:
3     Q   Do you agree that a small fraction of
4  acetaminophen is excreted unchanged in the urine?
5     A   And that small fraction is about 2 --
6  3 percent.  Yes.
7     Q   Okay.  Once GSA binds to NAPQI in the
8  liver, it converts it into a harmless metabolite
9  that's excreted in the urine, correct?
10    A   So you're saying the formation of NAPQI
11 binds with the GSH, and that in itself is
12 neutralized.  And it can also bind on to
13 anything -- any protein with sulfhydryl group --
14 that means the SH group -- and that can cause
15 toxicity.
16    Q   Do you address this SH group toxicity in
17 your report?
18    A   I did.  I did tell you in the report
19 that NAPQI can form protein adducts, and maybe
20 that's -- and not 100 percent of all NAPQI is
21 bounded by GSH.
22    Q   Okay.  Do you agree that potential
23 damage from NAPQI is dependent on whether there's
24 a sufficient amount of GSH compared to the NAPQI?
25      MR. ADAMS:  Object to form.

Page 181

1       THE WITNESS:  Can you rephrase that?
2       MR. PADGETT:  Can you just read it back,
3  please?
4       THE REPORTER:  "Do you agree that
5  potential damage from NAPQUI" --
6       THE WITNESS:  QI.
7       THE REPORTER:  -- "QI is dependent on
8  whether there's a sufficient amount of GSH
9  compared to the NAPQI?"
10      MR. ADAMS:  Object to form.
11      THE WITNESS:  So glutathione has to
12 overwhelm the level of NAPQI to neutralize it.
13 Even when it's overwhelming, the NAPQI can escape
14 the GSH.  That's pretty well known.
15 BY MR. PADGETT:
16    Q   When you say "escape," what do you mean,
17 by what process?
18    A   It can -- it can bind on to other
19 proteins, so therefore forms the protein adduct.
20 That's information well known that -- that even at
21 conventional doses, you can form a lot of NAPQI
22 adducts or acetaminophen adducts.
23    Q   Are you aware of any scientific studies
24 that show that these other protein adducts result
25 in a biological change in the brain that leads to

Page 182

1  autism spectrum disorder?
2      A   So you reframed the question.  So first,
3  it occurs in papers that shows that children who
4  take acetaminophen at normal doses, about 3 to 5
5  percent of them will have extremely high level of
6  acetaminophen adducts.  This is a clinical study
7  that was done in children.
8          You asked a second question, does that
9  relate to the brain?  I do not know if there's
10 such a paper.
11     Q   Okay.
12     A   But when you start to look at the
13 formation of protein adducts in the blood, it
14 suggests that it can actually do this.
15     Q   When you say, "It can actually do this,"
16 what do you mean by that?
17     A   That the NAPQI can bind the proteins and
18 in large levels, even at normal concentrations.
19     Q   Do you agree that the amount of NAPQI is
20 dependent on the amount of -- predominantly
21 dependent on the amount of CYP2E1?
22         MR. ADAMS:  Object to form.
23         THE WITNESS:  Yes.
24 BY MR. PADGETT:
25     Q   And you state -- you state -- it's

Page 183

1  page -- it's paragraph 105 of your amended report,
2  page 40.
3      A   Page 40?
4      Q   Yes.  Are you there?
5      A   I'm there.
6      Q   Let me back up and ask a quick question.
7  Are you aware of any human studies showing damage
8  from NAPQI in liver or anywhere from a therapeutic
9  dose level of acetaminophen?
10     A   I just referred you to that children's
11 study that kids who got more than one dose of
12 acetaminophen, they started developing protein
13 adducts of acetaminophen, which indicates, even in
14 Dr. McGill's own -- own report, that that is a
15 sign of mitochondrial toxicity.
16     Q   Which report -- which study are you
17 talking about?
18     A   Dr. McGill, who was the expert witness,
19 says that the protein adducts of -- of
20 acetaminophen was an indicator of mitochondrial
21 toxicity.
22     Q   And, are you aware -- again, are you
23 aware of a human study showing -- your position is
24 that -- your opinion is that a showing of
25 mitochondrial toxicity is equivalent to damage

Page 184

1  from NAPQI?
2          MR. ADAMS:  Object to form.
3          THE WITNESS:  I actually probably
4  have -- I actually refer to a paper that's in my
5  report, Jetton et al., and they use therapeutic
6  doses at half a gram to 2 grams to 4 grams, and
7  they were able to detect cellular hepatotoxicities
8  at normal doses -- or therapeutic doses.
9  BY MR. PADGETT:
10     Q   And this study was focused on the liver,
11 correct?
12     A   No, that was focused on the
13 transcriptomic data.  They show that there's
14 oxidative stress, and it shows apoptosis of cells,
15 which is -- it means programmed cell death at
16 4 grams a day.
17     Q   You mentioned sample size a couple of
18 times as an issue.
19         MR. PADGETT:  Let's go ahead and make
20 that an exhibit.
21         (Exhibit No. 33 was marked for
22         identification.)
23 BY MR. PADGETT:
24     Q   How many subjects were there in the
25 Jetton study?

Page 185

1      A   There were seven, but this is what we
2  call a crossover study, which is -- for
3  pharmacologists, is considered the best study.
4  They looked over concentration over time.
5      Q   I'm going to hand you what's been marked
6  as -- what are we on?
7          MS. KAPKE:  33.
8  BY MR. PADGETT:
9      Q   I'm going to hand you what's been marked
10 as Exhibit 33.  Is that the Jetton study that
11 you're referring to?
12     A   (Peruses document.)  This is.
13     Q   And looking -- this involve -- this
14 involved a 2-gram dose, or is that two 1-gram
15 doses?
16     A   Yeah, they -- it's -- it's actually 500
17 milligrams given four times a day.
18     Q   And do you recall Dr. Powell
19 criticized -- took issue with whether this study
20 had a sufficient sample size?  I think you talked
21 about that in your reply report.
22     A   Yeah.  Well, I want to thank Dr. Powell
23 for being incorrect, because he's not a
24 pharmacologist.  In fact, this is the best study
25 that I could recommend to do dose escalating

Page 186

1 studies.
2      In my report I explain that each patient
3 is their own control.  And in my study, this is
4 what a pharmacologist does in determining dose
5 effects.
6      And in this study, they -- they actually
7 detected in -- I believe page 327, they concluded
8 and says 24-hour ingestion of 4 grams of APAP in
9 metabolomic response, very similar to 2 grams, was
10 detected with high levels of hepatic toxic related
11 metabolites.
12     Q   I'm looking at the last paragraph there
13 on that same page.
14     A   Mm-hmm.
15     Q   And the language that says:  "Our study
16 having in itself sufficient -- insufficient
17 numbers of volunteers to evaluate this may provide
18 a model for exploring such interindividual
19 variability in drug responses."
20      Aren't the authors there indicating that
21 they had concerns about the number of having only
22 seven individuals in the study?
23     A   Actually, offering a limitation, but if
24 you were to expand this, you would probably get --
25 because they got statistically significant in

Page 187

1 seven patients.
2      So this is -- as I stated, every
3 research paper we always highlight our
4 limitations.  That's talking about potential
5 errors.  It doesn't mean that they are really
6 errors.
7     Q   If you could go -- sorry, I'm bouncing
8 around a bit, but if you go back to page 40 of
9 your report.
10     A   Can I put this down?  Page --
11     MR. ADAMS:  Are we in the original or --
12     MR. PADGETT:  The original.  Yeah, the
13 amended, July 21, I think.
14 BY MR. PADGETT:
15     Q   You indicate -- I'm looking at the
16 sentence, "However," you state that:  "... at high
17 systemic acetaminophen concentrations (as a
18 consequence of ingesting higher sustained dosages
19 of acetaminophen), the body's endogenous levels of
20 GSH are reduced, and as a consequence, they may
21 become unable to accommodate the excess NAPQI
22 levels that are produced."
23      Did I read that right?
24     A   Mmm, I don't think you read it right.
25     Q   What did I --

Page 188

1     A   It says "as a consequence of ingesting
2 high or sustained dosages."  So it's -- they're
3 separated.  It's not just high, it's also
4 sustained.
5     Q   And when you state "sustained doses of
6 acetaminophen," are you referring to therapeutic
7 doses there?
8     A   That is what I'm relating to you.
9     Q   And by "high doses," are you referring
10 to higher than therapeutic doses?
11     A   I am.
12     Q   Okay.  Were you -- I don't know if we
13 confirmed this.  You agree that lower levels of
14 CYP2E1 generally would result in lower levels of
15 NAPQI conjugated by -- or produced by a
16 combination of -- strike that.
17      You agree that lower levels of CYP2E1 at
18 a particular site in the body would generally mean
19 that there would be lower levels of NAPQI produced
20 at that site.
21     A   It depends.
22      And let me qualify for you what I mean.
23      One of the things that is missing in all
24 the analyses is that cytochrome P450 IIE1 is an
25 inducible enzyme.  And what I mean by that, you

Page 189

1 use it once, the body will upregulate its enzyme.
2      In my report, I tell you it doesn't go
3 up just one time or two times, it goes up tenfold.
4     Q   And that is based on the, I believe --
5     MR. ADAMS:  He wasn't finished with his
6 answer --
7     MR. PADGETT:  Oh, sorry.
8     MR. ADAMS:  -- Counsel.
9     MR. PADGETT:  I thought you were.
10     THE WITNESS:  And so how high it
11 actually goes could be much higher.
12      I'm done.
13 BY MR. PADGETT:
14     Q   Much higher than the tenfold you discuss
15 in your reply report?
16     A   It potentially can.  Because most of
17 these studies are only done for a specific amount
18 of time.  So I don't know what the entire effect
19 over 28 days or 30 days would do.
20     Q   And I believe I saw in your reply
21 report, you're relying primarily on the Posadas
22 study for that tens times inducement?
23     A   No, the Posadas study was one.  Kim
24 and -- Kim et al. showed it in animals.  And in
25 fact, two doses they showed that there was a

1  tenfold increase.
2      Q   Tenfold in the Kim study?
3      A   Yeah.
4      Q   Okay.
5      A   In the protein levels, if you look very
6  carefully at -- at their -- and they also show
7  enzymatic activity.
8      Q   Kim was focused on microphages -- lung
9  microphages; is that right?
10     A   I think you got the wrong study.
11     Q   Okay.  We'll get to Kim and Posadas here
12 in a moment.
13         Do the levels of GSH in CYP2E1 differ
14 across different parts of the human body?
15     A   It should.
16     Q   And in your reply report, I think it's
17 paragraph 13, you quote Dr. McGill's report where
18 he states that the typical liver glutathione
19 concentration is 5 to 10 millimole per liter.
20     A   I don't know where you went.  Can you
21 show --
22     Q   In paragraph 13 of your reply report.
23     A   Paragraph 13.
24     Q   My question is, based on scientific
25 literature, do you agree that 5 to 10 millimoles

1  per liter is a typical concentration for GSH in
2  the liver?
3      A   That's what Dr. McGill says.  Yeah, I
4  have no reason to -- to disagree with him.
5      Q   Okay.  And then paragraph 6 of your
6  reply report --
7      A   Paragraph --
8      Q   -- you state that Dr. McGill indicates
9  that the brain glutathione levels is 1 to 2
10 micromolar per milliliter, and that's a
11 concentration five times lower than the typical
12 hepatic GSH concentration.
13         Do you see that?
14     A   I see that.
15     Q   And then you say:  "This he indicates
16 results in a diminished capacity for the brain to
17 neutralize any NAPQI produced within it."
18         Where do -- where did Dr. McGill make
19 that statement in his report?  Do you --
20     A   I would need to see Dr. McGill's report.
21         (Exhibit No. 34 was marked for
22         identification.)
23 BY MR. PADGETT:
24     Q   I hand you what's been marked as
25 Exhibit 34.  Is that Dr. McGill's report that you

1  reviewed when making -- drafting your reply report
2  dated June -- July 28, 2023?
3      A   Sorry about that.  I want to make
4  sure -- okay.  It appears so.
5      Q   And I just want to confirm this.  At
6  paragraphs -- you state at paragraph 6 of your
7  reply report, quote:  This he indicates results in
8  a diminished capacity for the brain to neutralize
9  any NAPQI produced within it, period, end quote.
10         Did I read that right?
11     A   I'm sorry.  I think in my report --
12 where are you -- where are you --
13     Q   Paragraph 6.
14     A   Paragraph -- okay.
15     Q   The last paragraph there.
16     A   Yes, I said that.
17     Q   Could you turn to paragraph 4 of
18 Dr. McGill's report, please.
19         In paragraph 4, wouldn't you agree that
20 Dr. McGill, if anything, says the opposite by
21 stating, quote:  There is no scientific evidence
22 of NAPQI formation in the human embryonic/fetal
23 brain sufficient to cause injury following
24 maternal ingestion of therapeutic doses of
25 acetaminophen?

1      A   He's making that as a conclusion, but
2  his own data suggests -- because the liver has 5
3  to 10 micromoles per mL, the brain has 1 to 2.
4      I mean, I could do the regular math.
5  That's a five- to tenfold differences between the
6  brain and the liver.  I mean, he could make a
7  statement, but if you do the math on his
8  statement, that's not true.
9      Q   And you're talking about GSH there?
10     A   I am.
11     Q   Okay.  Do you agree that levels of
12 CYP2E1 in the brain and liver differ?
13     A   That's what the data seem to show.
14     Q   Have you reviewed The Human Protein
15 Atlas source that was referenced in Dr. McGill's
16 report?
17     A   I did.  I did look at it, and he shows
18 an mRNA of I think 1000-fold less than that of --
19 of that in the liver.
20     Q   In the brain --
21     A   Versus the liver, right.
22     Q   The CYP2E1 is 1000-fold less in The
23 Human Protein Atlas than that seen in the liver.
24 Correct?
25     A   The problem is that The Human Protein

Confidential - Subject to Protective Order

Page 194

1 Atlas, he's quoting RNA, which is not protein.

2      Let me finish.

3      And what's also important, even in his

4 own -- I think in his own papers that he quotes, I

5 think it's Warren et al., and they showed that the

6 protein levels were between 1 to 5 percent of

7 that. So therefore, 1 to 5 percent is not a

8 thousandfold less.

9      Q   You're talking about Warner 1988?

10     A   Yeah.

11     Q   Does Warner 1988 reference CYP2E1

12 specifically in any way?

13     A   Do you have the paper?

14     Q   I do.

15         MR. PADGETT:  Get Warner.

16         (Exhibit No. 35 was marked for

17         identification.)

18 BY MR. PADGETT:

19     Q   I'm handing you what's been marked as

20 Exhibit 35, which is the Warner 1988, correct?

21         Exhibit 35, Warren -- Warner 1988?

22     A   Yeah. 1988, yes.

23     Q   Okay. And that -- that study is about

24 CYP450 proteins broadly, right?

25         MR. ADAMS:  Object to form.

Page 195

1      THE WITNESS:  Correct. But in a

2 follow-up by the same authors, in Hansson et al.,

3 1990, they specifically use cytochrome P450 IIE1.

4 BY MR. PADGETT:

5      Q   In your reply report you talk about

6 Warner 1988 --

7      A   And --

8      Q   -- and then you state that Dr. McGill

9 falsely -- and this is paragraph 36 of your reply

10 report -- falsely represents the levels of CYP2E1

11 are much lower than what Warner et al.'s research

12 actually finds, end quote.

13     A   So if you go back to my paragraph 17, 8,

14 I refer to it as -- in fact, I don't know how you

15 pronounce it -- to Hansson, and that was the first

16 author. And you see that in the -- 8 refers to a

17 cytochrome P450 IIE1. Very specific.

18     That's my report, page 8,

19 paragraph 17, line -- one, two, three -- line 3.

20         MR. PADGETT:  35?

21         THE REPORTER:  The next one?

22         MR. PADGETT:  Is 36?

23         (Exhibit No. 36 was marked for

24         identification.)

25 BY MR. PADGETT:

Page 196

1      Q   Dr. Louie, we printed out materials from

2 the protein -- Human Protein Atlas, and

3 recognizing it's a full website, does that look

4 like material from The Human Protein Atlas?

5      A   Yes, and -- I don't think these are

6 protein again. Let's see if it says protein.

7      They use antisense in page 17 of 17. I

8 could be wrong.

9      Q   If you could look six pages in.

10     A   Six.

11     2 of 3, is that the one in the bottom?

12     Q   1 of 5.

13     A   1 of -- huh?

14     Q   Two, four -- sorry, 11. Eleven pages

15 in.

16     A   One, two, three -- is it this? Make

17 sure I got the right --

18     Q   No. It's the one that says "CYP2E1," 1

19 of 5, 8/2/2023, 8:57 p.m.

20     A   Is that the correct one?

21     Q   Yes. And, Dr. Louie, that shows the

22 cerebellum of The Human Protein Atlas in CYP2E1,

23 and it shows protein expression.

24     A   Mm-hmm.

25     Q   And cells -- "Cells in granular layer,

Page 197

1 molecular layer, Purkinje cells not detected."

2      Do you see that?

3      A   I see that.

4      Q   Okay. And the -- the mRNA expression

5 for CYP2E1 is 12.7. Correct, for the consensus?

6      A   Where are you seeing that?

7      Q   Just below Purkinje cells.

8      A   Purkinje consensus. I mean, how did

9 you -- sorry.

10     Q   nTPM -- 12.7 nTPM. Do you see that?

11     A   That's the RNA?

12     Q   Yes.

13     A   It's not referenced as RNA. That's why

14 I'm trying to figure out --

15     Q   And is it your understanding nTPM means

16 normalized transcript per million?

17     A   Correct.

18     Q   Okay. And could you turn about five

19 pages later.

20     A   Before you do that, I have to ask a

21 question because I haven't looked through this --

22     Q   Okay.

23     A   -- completely.

24     The next page after the page that you

25 talked to me about, is that cerebellum that's

Page 198

1 standing for cytochrome P450 IIE1?

2     Q   Yes.

3     A   Am I seeing this wrong?  It's -- in the
4 blue, is that positive?

5     Q   I'd have to look at it, Dr. Louie.
6 I'm --

7     A   I'm just asking the question because
8 I -- I have not seen this document.

9     Q   You said you reviewed the --

10     A   Just because I review it -- did you see
11 this?

12     Q   Okay.  Yeah.

13     A   It doesn't mean I go look through
14 everything.  And so to be fair, got it.  Fair
15 enough.  Thank you.

16     Q   Did you -- when you were reviewing this,
17 did you look to see what the liver levels for
18 CYP2E1 were?

19     A   So I have issues looking at databases
20 because there may be a few samples.  I like to see
21 published papers, and the published papers are
22 telling me otherwise.

23         And this is, although maybe the latest
24 and greatest, in old papers it tells me in 1990,
25 that it's expressed in the cytochrome P450 IIE1.

Page 199

1     Q   Well --

2         MR. PADGETT:  Hansson.

3 BY MR. PADGETT:

4     Q   And you reference Hansson 1990, right?

5     A   Yes.

6         (Exhibit No. 37 was marked for
7         identification.)

8 BY MR. PADGETT:

9     Q   Doctor, this is 37.  Dr. Louie, I'm
10 handing you what's been marked as Exhibit 37.  Is
11 this the Hansson 1990 article you were referring
12 to earlier?

13     A   Yes.

14     Q   And in this study the authors -- Warner
15 isn't on this study, right?

16     A   But Warner and Hansson published the
17 Warner paper.

18     Q   Okay.  In this study the authors probed
19 for CYP2E1 in the adult rat brain using an
20 antibody against CYP2E1.  Is that right?

21     A   They used a -- yes.

22     Q   Okay.  And they were able to detect a
23 signal; is that right?

24     A   The signal is pretty strong.

25     Q   Okay.  But there was no quantification

Page 200

1 of that signal performed, was there, in the study?

2     A   Yeah, so cytochrome P450 IIE1 is
3 localized in certain cells.  So --

4     Q   And it's -- so it's a -- it's a site-
5 specific issue.  You have to look at it by tissue
6 organ specifically, is the same true for GSH in
7 terms of the levels, right?

8     A   Yes, glial cells are right adjacent to
9 nerve cells.  So that's where it becomes much more
10 important, what we call regional proximal effects.

11     Q   Okay.  But -- I don't think that
12 answered my question.

13         There was no quantification of this
14 signal that you say was high performed in the
15 Hansson 1990 case to determine the levels of
16 CYP2E1 protein or mRNA levels, correct?

17     A   But Warner says 1 to 5 percent.  So
18 that's sort of giving me the same -- you know,
19 it's -- when it says 1 to 5 percent, you -- you
20 got to believe that.

21     Q   Well, Warner didn't involve the --
22 analyzing CYP2E1, right?

23     A   And this staining is very similar to
24 that of Warner.

25     Q   Dr. Louie, you didn't answer my

Page 201

1 question.  I asked you whether Warner involved
2 CYP2E1 specifically, and you responded that the
3 staining was -- in Hansson was similar.

4         Do you understand why I don't feel like
5 you answered my question?

6     A   So can you rephrase the question so
7 that --

8     Q   Okay.  Did Warner 1988 look at CYP2E1
9 specifically?

10     A   It looked at cytochrome P450.

11     Q   Did Warner 1988 look at CYP2E1
12 specifically?

13         MR. ADAMS:  Object to form.

14         THE WITNESS:  They did.  They call it
15 differently.

16 BY MR. PADGETT:

17     Q   Where is that?

18     A   That's in the antibodies.

19     Q   What page are you looking at?

20     A   1059.  So they looked at cytochrome
21 P450E at that time.  That's how they refer to it.

22     Q   Aren't there more than one cytochrome
23 450E?

24     A   Predominantly is 2.

25     Q   And was there a -- were the results

1  specified for 450 -- P450E in Warner?
2      A   Warner --
3      Q   And if you don't know, that --
4      A   Yeah, I got to remember exactly what I
5  read.
6          Can you restate your question again?  My
7  apologies.
8      Q   What were the -- did you see results for
9  what you're saying is P450E looked at, and that
10 would include, according to you, CYP2E1, did they
11 have results for P450E set forth quantitatively in
12 Warner 1988?
13     A   Excuse me.
14     Q   In the brain.
15     A   So in page -- they didn't -- page 1063,
16 left -- left column, paragraph 2, point A:  "Most
17 of the P450 in the brain consists of forms other
18 than the P450b, e or c and d."
19         So they did look at the selectivity.
20     Q   But didn't quantify it.
21     A   They did not quantify it.
22     MR. ADAMS:  Can we take a break?  We've
23 been going a little over an hour.  Thanks.
24     MR. PADGETT:  Yeah.
25     THE VIDEOGRAPHER:  One moment.  We are

1  going off the record at 3:14 p.m.
2          (Recess.)
3      THE VIDEOGRAPHER:  We are going back on
4  the video record at 3:29 p.m.
5  BY MR. PADGETT:
6      Q   Dr. Louie, I noted that you referenced
7  Brzezinski 1999.  Paragraph 30 of your reply
8  report, if you want to look at it.
9          Is this the -- well, first of all, have
10 you -- let me start with this.  I'm going to hand
11 you what's been marked as Exhibit 38.
12         (Exhibit No. 38 was marked for
13         identification.)
14 BY MR. PADGETT:
15     Q   It's Boutelet-Bochan 1997.  Are you
16 familiar with that study?
17     A   It's part of the Brzezinski group,
18 right?
19     Q   Are you familiar with that study, I
20 guess is all I'm asking?
21     MR. ADAMS:  Real quick.  Did you mark it
22 as an exhibit, or are you just showing it to him
23 for --
24     MR. PADGETT:  Yeah, I marked it as
25 Exhibit 38.  Oh, sorry.  Apologies.

1      THE WITNESS:  Yes.
2  BY MR. PADGETT:
3      Q   You've reviewed it?
4      A   Mm-hmm.
5          (Exhibit No. 39 was marked for
6          identification.)
7  BY MR. PADGETT:
8      Q   Okay.  And I'm going to hand you
9  Brzezinski 1999 referenced in paragraph 39 of your
10 report.  Is that -- is that the Brzezinski 1999
11 study, Exhibit 39?
12     A   Yes, I've seen this paper.  That's the
13 paper.
14         (Exhibit No. 40 was marked for
15         identification.)
16 BY MR. PADGETT:
17     Q   And I'm going to hand you what's been
18 marked as Exhibit 40, the Dutheil 2009 study, and
19 ask you if you reviewed that study article.
20     A   (Peruses document.)  No, I have not.
21     Q   So Exhibits 38 and 39 were referenced in
22 Dr. McGill's report, but you have not reviewed of
23 these three the Dutheil 2009 study.
24     A   I've reviewed your Exhibit 38.
25     Q   Mm-hmm.

1      A   And I guess Exhibit 39.
2          I don't think I've seen your Exhibit 40.
3      Q   Okay.  I want to talk to you about
4  Exhibit 39, the Brzezinski study.
5          Let me first go to page -- or paragraph
6  17 of your reply --
7      A   17?
8      Q   Yeah, of your reply report.
9      A   Okay.
10     Q   And there you -- you stated that
11 Dr. McGill only -- in his report only cited
12 studies about CYP2E1 expression.  Right?
13     A   Where -- where are you seeing that?  Is
14 that paragraph 17, what line?
15     Q   Paragraph 30.
16     A   Oh.
17     Q   Do you see what I'm referring to there
18 in paragraph 30?
19     A   My report, paragraph 30?
20     Q   Your reply report, yes.
21     A   Yes.  I don't see where -- am I missing
22 it, Dr. McGill's --
23     Q   I'm sorry.  It's paragraph 17.  You were
24 in the right place.  I apologize.
25         The first sentence in paragraph 17,

1 quote: Studies cited by Dr. McGill in his report
2 did not specifically analyze CYP2E1 in the brain.
3 Instead, they highlighted the difference in
4 expression of CYP without specifying the isoforms.
5 Dr. McGill did cite the Brzezinski study
6 in his report. Do you recall that?
7 A Can you show me where exactly?
8 Q I believe it's in paragraph 32 to 39.
9 That's where he discusses it. And specifically
10 page 33 of his report. He cites Brzezinski. Do
11 you see that?
12 A I'm sorry. You said page 33?
13 Q 33, yes.
14 A I see it.
15 Q Okay. And Dr. McGill cites it and
16 examines CYP2E1 protein. Do you agree that
17 Brzezinski examined CYP2E1 protein levels?
18 A I do agree, but I will have to say this,
19 if you look at Brzezinski's data, it's different
20 because he says earlier that CYP2E1 is not there.
21 This is in embryo brain.
22 It shows you that -- in Figure 3, he
23 shows you the gestational period of human embryo,
24 and you see that there is bands there that shows
25 the cytochrome P450 IIE1. And they're not small.

1 Q Are you saying that Dr. McGill stated
2 that there was no CYP2E1 in this study?
3 A He says it's a thousandfold less.
4 Q All right. And you're saying that this
5 only shows 150-fold less in the brain than the
6 liver.
7 A Yes. And more importantly, cytochrome
8 P450 is inducible -- the 2E1 is very inducible.
9 So I think it shows you that it's there within the
10 first trimester. And it shows in Figure 2, you
11 have specific activity. That means there is
12 enzymatic activity.
13 Q And if you look at page 1651 of
14 Brzezinski.
15 A 16 -- okay, I'm there.
16 Q In the left column, the end of the first
17 paragraph, it states that: "The CYP2E1 protein
18 specific activity was approximately four orders of
19 magnitude lower in prenatal human brain compared
20 to adult rat liver."
21 And my question is, do you agree that
22 the activity of CYP2E1 is important, not just its
23 presence?
24 A Yes.
25 Q Okay.

1 A But -- should I answer the question?
2 Because you asked me that. It says fourfold
3 magnitude lower in prenatal brain compared to --
4 very important -- adult rat liver. Adult.
5 So therefore, you got to make sure
6 you -- when you use those terminology, one of the
7 key elements is that the cell -- the brain of a
8 fetus is very small, so did they adjust for
9 protein levels.
10 Q And so for that reason, are you
11 discounting the finding that the CYP2E1 protein
12 found in the brain of Brzezinski was 150 less than
13 the adult rat liver?
14 A I'm just saying that, you know, the
15 enzyme is there, but the way he phrased it, that
16 it is almost undetectable, you see it in these --
17 you see it in the picture here, it's detectable.
18 It's pretty high concentration, and enzymes don't
19 have to be in high concentrations because enzymes
20 are recyclable. Once you activate it, you can
21 get -- come back again. That's the definition of
22 enzyme.
23 Q If you can take a look at, I believe
24 it's, Exhibit 40.
25 THE REPORTER: 41 is the next number.

1 MR. PADGETT: I'm talking about Dutheil
2 2009.
3 You became the third person to spill
4 there.
5 THE WITNESS: This one?
6 BY MR. PADGETT:
7 Q Yes.
8 A Can I put these down?
9 Q Yes.
10 And can you -- and you have not reviewed
11 this study?
12 A Never read it.
13 Q Okay. And I take it then you have not
14 seen Table 2 at page 1530 either.
15 A I'm sorry?
16 Q You have not seen Table 2 at page 1530
17 of this study, right?
18 A Page -- Table 2, 1530. Oh, sorry.
19 No, I haven't seen this before.
20 Q Did you try to read all of the studies
21 cited in Dr. McGill's report before doing your
22 reply report?
23 MR. ADAMS: Object to form.
24 THE WITNESS: Did I read all his paper?
25 I think I responded to his criticism as -- because

1  you only gave me a week, so therefore, I think I
2  picked and choosed the ones I needed to address
3  quickly.
4  BY MR. PADGETT:
5      Q   Okay.  We talked about Kim.  We talked
6  about Posadas for your --
7      A   So you don't want this paper?
8      Q   You can put it down, yeah.
9          Your earlier testimony that CYP2E1 is
10 induced, other than Kim and Posadas, do you have
11 any other studies showing that CYP2E1 is induced?
12     A   Inducible.
13     Q   Inducible.
14     A   So, Counselor, I don't know if you know,
15 but it's actually in books, the cytochrome P450
16 IIE1 is an inducible enzyme.  You will read --
17 almost any book that talks about metabolism, they
18 will tell you that.  It's inducible by steroids
19 such as progesterone and estrogen, which is
20 elevated during pregnancy.
21     Q   Any other studies other than Kim and
22 Posadas that you rely on for the premise that
23 CYP2E1 is inducible by acetaminophen?
24         MR. ADAMS:  Object to form.
25         THE WITNESS:  As I said to you, it is

1  established.  Any pharmacologist knows this.  And
2  there are so many papers that suggest the
3  cytochrome P450 IIE1 is not only inducible by
4  acetaminophen, alcohol, progesterone, estrogen.
5  So I think that that's something that you don't
6  want to -- to discuss.
7  BY MR. PADGETT:
8      Q   Dr. Louie, if you could listen to my
9  question, and very specifically.
10         Are you aware of any other studies other
11 than Kim and Posadas that show the inducibility of
12 CYP2E1 by acetaminophen?
13         MR. ADAMS:  Object to form.
14         THE WITNESS:  I do.
15 BY MR. PADGETT:
16     Q   What studies?
17     A   If I look at Kumar et al., and if you
18 look at -- better yet, my report on 11 -- page 11
19 of Rahman et al. shows that plasma exosome
20 exacerbated by alcohol and acetaminophen induce
21 toxicities.  That's in 2019.
22     Q   Induced toxicities.  I'm asking induce
23 an increase in CYP2E1.  That's my question.
24     A   If you read that paper, that's what it
25 says, it's inducible.  And those two guys are

1  pharmacologists.
2      Q   Kumar?
3      A   Kumar and Rahman are from the same
4  group.
5      Q   And you're saying that Kumar 2017 shows
6  that CYP2E1 is induced, increased by
7  acetaminophen.
8      A   They state that.  In 2019 -- I hope I
9  pronounce it right -- Rahman actually has in their
10 title.
11     Q   Rahman?
12     A   Yeah, R-H -- R-E-H-M-A-N (sic).
13         (Exhibit No. 41 was marked for
14         identification.)
15 BY MR. PADGETT:
16     Q   If you turn -- well, sorry.
17         I'm going to hand you what's been marked
18 as Exhibit No. 41, which is the Kim study that you
19 were talking about earlier.
20         This study is about rats treated
21 intraperitoneally with acetaminophen at 500
22 milligrams per kilogram, and then 18 hours after
23 the initial treatment, treated with 500 milligrams
24 per kilograms or 1,000 milligrams per kilogram.
25 Correct?

1      A   That's correct.
2      Q   Okay.  And this study looked at rat
3  livers, not --
4      A   Wait, wait, wait.  I'm sorry, that's
5  incorrect.  It's two doses of 500 milligram per
6  kilogram -- oh, I see.  You're right.  You're
7  right.  Correct.
8      Q   One was 500, and then some rats got 500
9  more and some got 1,000 milligrams per kilogram,
10 right?
11     A   Correct.
12     Q   Okay.  And you didn't respond to this
13 question.  Do you agree that this looked at rat
14 livers, not human brains?
15     A   I do.
16     Q   Okay.  And we talked earlier that doses
17 of 500 milligrams per kilogram or above are
18 hepatotoxic, based on your own testimony and work
19 with the FDA; is that right?
20     A   If I remember correctly how I stated to
21 you, that 500 milligrams per kilogram, it can do
22 that.
23     Q   Okay.
24     A   But -- let me finish -- but in this
25 study the 500 milligrams per kilogram, the first

Page 214

1  dose, and if you look at Table 1, the AST, the ALT
2  were all within normal limits as compared to zero.
3  So in this situation it was not hepatotoxic.
4          But when you gave the second dose, you
5  see that it goes from 85 to 224, and that was
6  statistically significant.  That's just two doses.
7          Now, when you and I were talking about
8  the rat, I said 500 to 1,000.  You picked the
9  lower end.  Because 1,000 milligrams per kilogram
10 in rats, that's hepatotoxic.  500 is marginal.
11 And I think I said that to you.
12     Q   Are -- do you have any understanding as
13 to whether rats are particularly resistant to
14 acetaminophen, at least as far as hepatotoxicity
15 is concerned?
16     A   According to Dr. McGill, that's what he
17 said.
18     Q   Okay.
19     A   And he used 500 to 1,000.
20         (Exhibit No. 42 was marked for
21         identification.)
22 BY MR. PADGETT:
23     Q   I'm going to show you what's been marked
24 as Exhibit 42.  Is that the Posadas 2010 study you
25 were talking about earlier?

Page 215

1      A   Yes, it is.
2      Q   Sorry to do this to you, but could you
3  back up to the Kim article again.
4      A   Okay, go back to Kim.
5      Q   Yes.
6          You indicated that that study showed a
7  tenfold inducement of CYP2E1.  Can you tell me
8  where it shows that?
9      A   So you see Figure 2?
10     Q   Mm-hmm.  Is that A -- A and B?
11     A   Mm-hmm.  So you could see that the
12 milligram there goes from 1 to 5.  I think there
13 is another one somewhere.  I think it's -- oh,
14 that's the Posadas.
15         So the 2E1, you see the levels of
16 control versus after -- sorry -- A, control, and
17 under the line, that's the control compared to
18 that after APAP.
19     Q   You're saying the white is a control and
20 the black --
21     A   Oh, no, no, no.  The low --
22     Q   Oh, you're talking about the staining at
23 Figure 1 or at Figure 2A?
24     A   Figure 2A, you see here the control is
25 pretty level.  And then when you treat it with --

Page 216

1  with acetaminophen, notice it goes up in the
2  cytochrome P450 IIE1 as well as cytochrome P450
3  1A.
4      Q   Okay.  From Figure 2A, where do you get
5  the tenfold increase?
6      A   If you look further down, that's the
7  quantification.
8      Q   And that is micromole per minimum 8 --
9      A   It's minute per --
10     Q   -- minute milligram per protein.  Okay.
11     A   Yeah.
12     Q   And I'm looking at PNP, and that looks
13 like the control is about 1.0, and the
14 acetaminophen, the black box, was under 2.0,
15 correct?
16     A   The black box of acetaminophen is under
17 2.0.
18     Q   Okay.  And that's not ten times, right?
19     A   Well, that's induced.
20     Q   That's not ten times induced.
21     A   No, no.
22     Q   Okay.  PNA shows about 1.0 for the
23 control, and a little bit less for -- than PNP for
24 significant, and that is not ten times inducement,
25 right?

Page 217

1      A   Okay.  Sorry, I was distracted.
2      Q   Do you agree that PNA is not ten times
3  inducement, right?
4      A   It's the AM.
5      Q   You're saying it's the AM, and the AM
6  looks like it's about -- a little above 3.5, and
7  the acetaminophen is a little bit above 4.0.  How
8  is that ten times?
9          MR. ADAMS:  Object to form.
10         THE WITNESS:  (Peruses document.)
11         Okay.  I concede that.
12 BY MR. PADGETT:
13     Q   Okay.  AM is less than two times
14 inducement.
15     A   That's after one dose.
16     Q   After one dose.  Okay.
17     A   Yeah.  And so Posadas -- right, so you
18 get to see that there's other studies that show
19 that.
20     Q   Okay.  Let's move on to Posadas.  I
21 believe that's -- sorry, what exhibit is that?
22         MS. KAPKE:  42.
23         MR. PADGETT:  42?  Got it.
24 BY MR. PADGETT:
25     Q   I think -- look at the abstract there

1  for Posadas. It states: "We have found that
2  acetaminophen causes concentration dependent
3  neuronal death in vitro at concentrations 1 and
4  2 millimolar that are reached in human plasma
5  during acetaminophen overdose." Correct?
6      A   And you can read further on that are
7  also reached in the CSF of rats for three hours.
8      Q   What is CSF?
9      A   So if you read further on, and also
10  reached -- that's the following -- the next part
11  of the sentence: "... and that also reach in the
12  CSF," cerebral spinal fluid, "of rats for three
13  hours following intraperitoneal injections of
14  acetaminophen dose, 250 and 500 milligrams, that
15  are below those that are required to induce acute
16  hepatic failure in rats."
17      Q   Okay. And concentration levels of 1
18  and 2 millimolar are not equivalent to
19  concentrations you would see in humans after a
20  therapeutic dose, correct?
21      A   You even said that Dr. McGill said that
22  it -- that rats are resistant. So in this model,
23  you have to realize they're resistant, so
24  therefore you're going to have to use higher
25  concentrations.

1      Q   And the 1 and 2 millimolar are based on
2  use of 250 milligrams per kilogram and 500
3  milligram per kilogram via injections in vitro; is
4  that right?
5      A   No, that's in medium, and so they added
6  that. But what is very key is that they said that
7  in animals, and I think I stated that in my
8  report, that it -- not just 500, but that they
9  used 250 and 500 milligrams, and that's below
10  liver toxic doses.
11          They were able to do several things.
12  They were able to show that acetaminophen also
13  increased both neuronal cytochrome P450 isoforms,
14  2E1.
15          Let's see, let me make sure I get this
16  right. I got a little depth perception issue.
17  Sorry.
18          "... enzymatic activity and protein
19  levels as determined by Western blot, leading to
20  neuronal death through mitochondrial-mediated
21  mechanisms that involve cytochrome c release and
22  caspase 3 activation."
23      Q   Did you read Dr. Cabrera's report?
24      A   No, I didn't.
25      Q   So you are not aware if Dr. Cabrera

1  stated that human equivalent dose -- therapeutic
2  dose for rats, he identified it at 150 to 200
3  milligrams per kilogram?
4          MR. ADAMS: Object to form.
5          THE WITNESS: Can you say that again?
6  BY MR. PADGETT:
7      Q   You wouldn't know if you didn't read
8  Dr. Cabrera's report that he stated that -- I
9  believe it was page 34 of his report -- that the
10  human equivalent therapeutic dose for rats is 150
11  to 200 milligrams per kilogram.
12          MR. ADAMS: Object to form.
13          THE WITNESS: I didn't see his report.
14  I can -- I have no comments on that.
15          But as -- as Dr. McGill, I read his, and
16  I assume that he's one of the experts that you're
17  using. So he's opining that it takes 500 to 1
18  gram per kilogram in rats to cause these issues.
19          So I'm using the same guidance that he's
20  giving me, and I'm using this paper, and it shows
21  you that there's neuronal issues. And in
22  particular, neuronal toxicity because they said
23  neuronal death.
24  BY MR. PADGETT:
25      Q   Is it your opinion that 500 milligrams

1  per kilogram in a rat is equivalent to a
2  therapeutic dose in a human?
3      A   It doesn't matter, because in this case
4  they're looking at it in actual resistant mice.
5  You even said that, and I'm just going by what you
6  said, and making sure that we are always in the
7  same street, that we're talking about the same
8  thing.
9          If 500 milligrams per kilogram is -- is
10  not -- that the rat is resistant, then we have to
11  agree that in this model it shows you that.
12      Q   Is -- are you aware of whether the rat
13  is resistant to acetaminophen similarly in the
14  brain as it is in the liver?
15      A   It doesn't matter, because we already
16  agree that this is subhepatic toxic doses.
17          And in fact, to add this, they didn't
18  just use 500, they used 250, which is half of
19  that. So we have to agree that that's less than
20  hepatic dosing, and yet they get the same effects
21  in the brain.
22      Q   I'm asking you a specific question. Is
23  it your opinion that 500 milligrams per kilogram
24  is a therapeutic dose in a rat equivalent to
25  the therapeutic -- equivalent to a therapeutic --

Page 222

1 strike that.
2        Is it your opinion that 500 milligrams
3 per kilogram dose in a rat is equivalent to a
4 therapeutic dose in a human?
5        MR. ADAMS: Object to form.
6        THE WITNESS: It's kind of funny because
7 I never give rat Tylenol for treating their
8 headaches. So that's -- that's -- to me, that's
9 kind of like -- I'm not sure I understand that.
10        But you're -- you're saying a subhepatic
11 toxic dose -- 500 milligrams per kilogram, is that
12 a toxic dose? It could be.
13        But it -- in this paper it says they use
14 250. It's half of that. So as a pharmacologist,
15 this is not going to be toxic to the liver, but
16 yet we see some effects in the brain.
17 BY MR. PADGETT:
18    Q   And this is measured by something called
19 TUNEL. What is TUNEL?
20    A   TUNEL is a test to measure cellular
21 apoptosis. That means cell death. So if it's
22 TUNEL positive, you're getting cellular death.
23    Q   Are you aware of any human studies at
24 therapeutic doses showing neuronal cell death in
25 humans?

Page 223

1    A   There's two problems with that. Number
2 one, could you do the study and get away with it?
3 Okay.
4        But the second thing is Jetton et al.
5 shows you that they have therapeutic doses, and
6 they show apoptosis and hepatotoxic effects at
7 1 gram four times a day. So that's a therapeutic
8 dose.
9    Q   Are you aware of any human studies
10 showing neuronal cell death at therapeutic doses
11 of acetaminophen?
12        MR. ADAMS: Object to form.
13        THE WITNESS: I already told you that it
14 would not be a good idea to know that if it's
15 toxic, you want to test that in humans.
16 BY MR. PADGETT:
17    Q   Did you -- you said earlier you reviewed
18 Dr. Pearson's report?
19    A   I brief -- looked through it briefly,
20 yes.
21    Q   Do you remember page 76 of his report
22 that he stated that, quote: Doses ranging from
23 350 to 3,000 milligrams per kilogram are used to
24 cause liver injury or liver failure in rodents?
25    A   Sorry, I didn't catch the last one.

Page 224

1    Q   It said: Doses ranging from 350 to
2 3,000 milligrams per kilogram are used to cause
3 liver injury or liver failure in rodent studies.
4        MR. ADAMS: Object to form.
5        THE WITNESS: Well, it's hard for me to
6 understand which rodent, because there's more than
7 one rodent. You have mice, rats, hamsters, and
8 guinea pigs. So I don't know what he's referring
9 to.
10 BY MR. PADGETT:
11    Q   Page 23 of your reply report,
12 paragraph 20 -- 49 -- paragraph 49, if you want to
13 look at it -- you criticize Dr. Powell for his
14 position that the Posadas study's use of high
15 acetaminophen concentrations makes it far removed
16 from the real-life scenario of human fetus exposed
17 to acetaminophen in utero.
18    A   I'm sorry, I'm not there yet.
19    Q   Okay.
20    A   (Peruses document.)
21    Q   Do you see that?
22    A   Yes, I see that.
23    Q   Okay. Posadas did not investigate fetal
24 exposure in rodents, correct?
25    A   No, but he used subhepatic toxic levels.

Page 225

1 So Dr. Powell didn't get it here. He's not a
2 pharmacologist. He's a psychiatrist who does
3 research in ADHD/ASD, and I don't think he --
4 that's -- unfortunately, I don't -- I mean, he
5 said Posadas doesn't make sense, but it shows
6 neuronal toxicity.
7    Q   Dr. Powell is a neuroscientist. He's
8 not a psychiatrist, but I'll --
9        Do in vitro studies have absorption,
10 distribution, metabolism or elimination processes
11 in place?
12        MR. ADAMS: Object to form.
13        THE WITNESS: It depends how you set it
14 up. It could be. In my lab we do it.
15 BY MR. PADGETT:
16    Q   For in vitro studies?
17    A   Sure.
18    Q   You replicate absorption, distribution,
19 metabolism and elimination processes?
20    A   Yes. It's a system called hollow fiber
21 system.
22    Q   Okay. And did Posadas do that?
23    A   He didn't -- I don't know if it's a he
24 or she.
25    Q   She/he.

1    A   Yeah, Posadas, I don't think did that.

2    Q   The cultured cells treated in vitro in

3 Posadas were exposed to acetaminophen at these

4 concentrations of 1 to 2 millimolar for 18 to 24

5 hours straight, correct?

6    A   Correct.

7    Q   Okay.  Do you agree that that amount of

8 time that this dose for concentration is

9 inconsistent with rapid clearance and short

10 life -- half-life of acetaminophen in the body?

11       MR. ADAMS:  Object to form.

12       THE WITNESS:  To be fair, we all concede

13 that acetaminophen is not toxic.  Correct?

14       So if that's the case, it has to be --

15 it has to be converted to NAPQI, right?  Or you

16 guys call it NAPQI.  So that tells you that

17 neuronal cells make cytochrome P450 IIE1 at

18 sufficient levels to kill it.

19       So therefore, it shows you that the

20 neuronal cells express cytochrome P450 IIE1.  I

21 think I said that in my report.  And so therefore,

22 you need -- and if you use lower concentrations

23 and put it in longer, let's say 48 hours, you may

24 have the same effects.

25 BY MR. PADGETT:

1    Q   At page 52 of your amended report,

2 your -- the other one before you --

3    A   Amended.

4    Q   -- you state that --

5    A   Can you let me get there?

6    Q   Sure.

7    A   Yes.

8    Q   You note that the -- at page 52, that 66

9 to 198 micromolars, the peak blood or plasma

10 concentrations seen in humans from therapeutic

11 dosing of acetaminophen; is that right?

12       A   Can you say it again so I remember the

13 units?  Because I didn't catch the units.

14       Q   Sure.  I'm going to go to page 52 of

15 your report.

16       Okay.  At the end of paragraph 130 in

17 your amended report of June 21, you say that

18 1 gram of acetaminophen can produce peak blood

19 plasma concentration of 66 to 198 micromolar,

20 right?

21       A   52 -- page 52?

22       Q   Yes.  Paragraph 130, the last sentence.

23       A   I must be reading it differently.  130

24 -- oh, 130.

25       Q   Yes.

1    A   I'm looking at 131.  Sure.  Yes.

2    Q   Okay.  And do you agree that that is

3 five times if we're talking 198 to 30 times if

4 we're talking 66 micromolars less than 1

5 millimolar or 2 millimolar -- I'm sorry -- yes, 1

6 millimolar or 2 millimolar?  Do you agree with

7 that?

8    A   I agree with that.

9    Q   Okay.

10       A   But I want to make sure you understood

11 that I said in paragraph 131 that after one hour

12 of 0.1 millimolar, which is 100 micromolar, the

13 GSH level dropped 15 percent as compared to GSH

14 level in untreated.

15       That's 131 -- one, two, three -- line 3.

16 And in fact, in two hours it was greater than 20

17 percent.

18       Q   If you would turn back to Posadas.  Turn

19 to page 6, Figure 5A.

20       Would you agree that incubating cultured

21 rat neurons with 1 micromolar of acetaminophen

22 decreased glutathione, GSH, by less than 25

23 percent and 2 millimolar decreased it by

24 approximately 50 percent?

25       A   That's a lot.

1    Q   But GSH was still present even at

2 concentrations ranging from 5 to 30 times the peak

3 concentrations in humans at therapeutic doses,

4 right?

5    A   So you're looking at Figure 5A -- 5,

6 right, A?

7    Q   Mm-hmm.  Yes.

8    A   And it says, "Percentage GST."  That's

9 why I'm a little confused.

10       So is GST glutathione levels?  I want to

11 make sure I got that right.  It's percentage of

12 glutathione levels, correct?

13       Q   Correct.

14       A   So -- so that's a, in fact,

15 statistically significant drop of glutathione.  So

16 your point was that it was -- this is high

17 concentrations.

18       Q   Yes.

19       A   Yes, it is high concentrations.

20       But it also shows that the cytochrome

21 P450 IIE1 is expressed in neurons.  Because

22 without that, you can't make NAPQI, and therefore

23 deplete GSH.

24       Q   GSH doesn't conjugate other -- anything

25 other than NAPQI?

Page 230

1     A   Not in this study, because your vehicle
2  is 100 percent.  This is in comparison to vehicle,
3  you see that the drop occurs.  So this is a
4  percentage of vehicle.
5       So therefore, there could be, but now
6  you had acetaminophen, and that's the only
7  difference between the two.  That's why cellular
8  studies are a causal relationship, whereas other
9  studies are different because there's -- there is
10  only a few parameters that are changed there.
11     Q   And it -- is it your opinion that these
12  drops were so -- were sufficient to not be able to
13  conjugate any NAPQI that may have been formed?
14     A   So in your next slide -- I mean, in B,
15  A1 looks like you start to increase your reactive
16  oxygen species, which should tell you that now
17  we're having cascade effects.  And this is what
18  kills the cells is the reactive oxygen species.
19     Q   And this is in vitro, and they're in
20  there at these concentrations for 18 to 24 hours,
21  right?
22     A   And they -- they compare that in vitro,
23  and then inject it into rats showing in vivo
24  effects, which you should then at that point say,
25  Ah, it may be 1 millimolar high, but at

Page 231

1  sub-hepatotoxic doses, you can cause neuronal
2  effects.
3     Q   And you mentioned you're now
4  transitioning to the in vivo experiments with the
5  adult model animals in the Posadas study, right?
6     A   That's a -- yeah.
7     Q   Okay.  Are you aware that Dr. Pearson
8  excluded the in vivo portion of this study from
9  his review as not relevant due to it relating to
10  adult animals?
11       MR. ADAMS:  Object to form.
12  BY MR. PADGETT:
13     Q   In footnote 7 of his report.
14       MR. ADAMS:  Object to form.
15       THE WITNESS:  You had to go down that
16  far -- no, I don't think I read his -- his
17  footnote, so I'm not aware.
18  BY MR. PADGETT:
19     Q   All right.  And in the in vito -- in
20  vivo experiments, the rats were treated by IP --
21  intraperitoneal injection to the 250 and the 500,
22  right?
23     A   That's what the method says.
24     Q   Okay.  Can you explain what
25  intraperitoneal injection is?

Page 232

1     A   Take a needle, stick it in the stomach.
2     Q   Okay.  And do you agree that IP
3  injection bypasses first pass metabolism?
4     A   That's not fair, because first pass
5  metabolism is only one time.  Once it gets in the
6  blood, it will go back to the liver.
7       So as a pharmacologist, you get these
8  guys who are making these comments, and they're
9  not pharmacologists.  First pass effect doesn't
10  mean it passes hepatic metabolism.  So that's --
11  so you know, sub-Q and oral, we use them side by
12  side.
13     Q   Is IP injection stressful for rats?
14     A   Sure.  So is oral.
15     Q   Okay.  Gavage studies are stressful oral
16  dosing, right?
17     A   Gavage.
18     Q   Gavage.  Okay.
19       But putting it in drinking water for
20  mice or rats is not stressful like gavage or IP
21  injections.  Agree?
22     A   Disagree.  Acetaminophen is very bitter.
23  Have you ever tasted your -- your child's liquid
24  acetaminophen?  It's super bitter.
25     Q   How -- have you measured whether mice or

Page 233

1  rats view acetaminophen as bitter tasting as a
2  part of studies involving oral dosing?
3     A   We have.  So what we -- to the point
4  that we no longer put it in water, we put it in
5  their -- in their -- in these what they call gels,
6  which are flavored, so it hides the taste.
7     Q   Do you agree that IP injection in adult
8  rats does not replicate the exposures that would
9  be expected for a fetus via mother due to
10  gestational exposure?
11     A   Going back, injection in the
12  intraperitoneal is similar to if you took the
13  needle and gave insulin into your stomach.  So
14  the -- the rats do get used to it.
15     Q   And 1 millimolar is how many
16  micromolars?
17     A   It's a thousand.
18     Q   Okay.  For the tenfold induction, you're
19  relying on the in vitro part of the Posadas study
20  on rat cortical cells?
21       MR. ADAMS:  Object to form.
22  BY MR. PADGETT:
23     Q   Do you agree?
24     A   I'm not sure where you're referring to.
25  Is there a figure you can --

1    Q   Are you relying on both the in vitro
2  part of Posadas and the in vivo part of Posadas
3  for this tenfold induction?
4    A   Figure 6 shows you that.
5    Q   Which for CYP2E1, Figure 6B, is that
6  what you're talking about?
7    A   Correct.
8    Q   And you are -- and is the black bar the
9  control?
10    A   The vehicle.
11    Q   The vehicle?
12    A   Yes.
13    Q   And is there anything else that you are
14  relying on other than this Figure 6B --
15    A   Well --
16    Q   -- for the ten part -- tenfold increase?
17        MR. ADAMS:  Object to form.
18        THE WITNESS:  So as you look at that,
19  that's the ratio.  Looking at vehicle, 1.5 to --
20  close to hour 6 is close to 1.5.  So it looks
21  pretty close to one-point -- tenfold its protein
22  levels.
23  BY MR. PADGETT:
24    Q   Okay.  So that is your basis for the
25  tenfold increase.  Is there anything else in terms

1  of numbers in Posadas that show that, that state
2  the tenfold increase?
3    A   So you look at their NA, it does the
4  same thing, right?  This is looking at cytochrome
5  P450 biological activity.  It's pretty similar.
6  It's -- it may not -- it's close to 10, so I
7  approximate to 10.
8    Q   The vehicle shows it's almost halfway to
9  0.5, and the A2 shows it's just above 1.0; is that
10  right?
11    A   Okay, it's fivefold, still with one
12  treatment.  So remember I keep saying it's not
13  just one dose, it's many treatments that makes
14  this.
15    Q   And this is at 1 millimolar -- and what
16  are -- in Figure 6A, what are the concentrations
17  here reflected?  Or the doses?
18    A   6A concentrations -- 0.5, 1 and 2
19  millimoles.
20    Q   Okay.  The 1 to 5 percent number in
21  Warner 1988 that you discuss in your reply report,
22  is that based on CYP2E1 specifically or all CYP450
23  enzymes looked at in that study?
24    A   I think you and I already agreed that it
25  was generalized, but Brzezinski shows you that

1  there was detectable cytochrome P450 IIE1 in fetal
2  brains, human fetal brains.
3    Q   You come up with this calculation in
4  your reply report that states that based on the
5  1.5 -- 1 to 5 percent number in Warner 1988,
6  that's based on CYP450 broadly, right?
7    A   Yes.
8    Q   And you use the top number there of
9  5 percent, right?
10    A   As did most of your experts.  I'm just
11  using -- I'm going -- I'm doing what your experts
12  do and what I do, yes, absolutely.  We use the
13  higher level.
14    Q   The higher level of 5 percent, and
15  that's for not CYP2E1 specifically, but CYP450
16  broadly, right?
17    A   But I think Brzezinski shows you that
18  2E1 does have that expression.
19    Q   My question is the 5 -- 1 to 5 percent
20  number, you used the 5 percent number, and that's
21  based on CYP450 broadly as a whole from Warner
22  1988, correct?
23        MR. ADAMS:  Object to form.
24        THE WITNESS:  Correct.  And I reminded
25  you in -- even in my original amended report, it

1  doesn't say CYP2E1 in the diagram.  It says CYP.
2  And there's a reason for that because there's data
3  that suggests 2E1 is important.  3A is important.
4  1A is important.
5        So I cannot differentiate which one, but
6  to be broadly speaking, all of them can convert
7  acetaminophen to NAPQI.
8  BY MR. PADGETT:
9    Q   Okay.  If you could turn to paragraph 14
10  of your reply report, please.
11        You state -- and this is towards the
12  bottom of the page on line -- up on page 6 in
13  paragraph 14 -- Warner --
14    A   Wait, wait, you said 14.  Now you said
15  page 6.  Which is it?
16    Q   Paragraph 14, page 6.
17    A   Okay.  Forgive me.  Okay.
18    Q   Okay.  "Warner et al. reports that
19  CYP2E1 protein levels range from 1 to 5 percent
20  when compared to the liver, which is in contrast
21  to Dr. McGill's assertion" -- you've got a
22  footnote 5 and that specifically refers to Warner
23  1988, right?
24    A   Correct.
25    Q   Okay.  Warner 1988 did not specifically

Page 238

1  find CYP2E1 protein levels ranging from 1 to 5
2  percent when compared to the liver.  It was 1 to 5
3  percent of CYP450 overall, right?
4      A   Fair enough.  But the 2E1 was found
5  elsewhere in that paper --
6      Q   And --
7      A   -- to be fair.  I mean, if you're going
8  to take it in isolation, I got to give you -- you
9  know, if I said this in the classroom, I would get
10  in so much trouble.
11      Q   Well -- and I think you mentioned
12  Hansson -- was it Hansson?
13      A   Mm-hmm.
14      Q   -- as the follow-up to some of the same
15  group, Hansson was a coauthor here.
16          Did that show 1 to 5 percent CYP2E1
17  levels compared to the liver in Hansson?
18      A   No, they didn't quantify it.
19      Q   Okay.  It's a signal, right?
20      A   A signal, yeah.  Yep.
21      Q   So Warner does not specifically find
22  that CYP2E1 protein levels range from 1 to 5
23  percent when compared to the liver.  Agree?
24      A   That doesn't mean it doesn't exist.  It
25  doesn't mean it -- because Brzezinski shows you it

Page 239

1  exists.  And Kim et al. shows it's inducible.
2  Posadas shows you it's inducible.  And in fact, I
3  think the general -- if you look at books that
4  work on cytochrome P450 IIE1 will tell you CYP2E1
5  is inducible.
6      Q   Okay.  You -- through your calculations
7  that involve the 5 percent number based on Warner
8  1988, which didn't address CYP2E1 in that fashion,
9  and the inducement tenfold that you've -- you're
10  relying on Posadas for that, correct?
11      A   Fair enough, Posadas.
12      Q   Okay.  You conclude that 5.25 grams of
13  acetaminophen is a threshold leading to neurotoxic
14  effects after a single acetaminophen dose.  Right?
15      A   I never said as a single -- oh, excuse
16  me.  Sorry.  You're right.
17      Q   Okay.
18      A   Single acetaminophen dose, yes.
19      Q   Okay.  That is well above the maximum
20  total dosage allowed in one day for a human
21  pursuant to the label for acetaminophen products.
22  Do you agree?
23      A   It was.  It is.
24      Q   Okay.  And --
25      A   But --

Page 240

1      Q   -- that's 5.25 times the maximum single
2  dose -- therapeutic dose on the acetaminophen
3  product labels.  Agree?
4      A   To be careful, 1 gram four times a day
5  is 4 -- is 4 grams, correct?
6      Q   Yes.
7      A   Okay.  So you are 80 -- almost -- let's
8  say 75 percent of 5.25.  So you're reaching very
9  close because of the cumulative dose, and when you
10  start to use it more than once, it starts to
11  induce.  This is what -- the issue was
12  inducibility was a very narrow inducibility study.
13  They did it within 18 hours.  What happens if it
14  was seven days?
15      Q   Is what you just said, does that take
16  into account the half-life of 30 -- or of 90 to
17  180 minutes, 1.5 to three hours, of acetaminophen
18  in the human body?
19      A   Does that take it into account?
20      Q   Yeah.
21      A   So you look at Rigobello, inject it into
22  mice -- excuse me -- rats that were pregnant, then
23  sure enough at low doses, 35 milligrams per
24  kilogram, their pups had issues.  Glutathione
25  levels in the brain were different.

Page 241

1          So it sort of gives you that at -- below
2  hepatotoxic doses, in pups or offsprings they had
3  issues.
4      Q   I just want to make sure that we agree
5  on the math here.  5.25 grams --
6      A   By the way -- oh, sorry.
7      Q   5.25 grams in a single dose is 5.25
8  times the maximum single dose for acetaminophen
9  per the label.  Agree?
10      A   I agree.  But very importantly, this
11  calculation looked at 70 percent depletion of
12  glutathione in the liver.  That's what Dr. McGill
13  referenced.  But in his own report, he said less
14  is required.
15          So I gave you the largest lead way.  And
16  I used the exact mathematics that he used in his
17  report, which I believe came from Mitchell.
18          And by the way, Mitchell also said
19  cytochrome P450 IIE1 was inducible, and that was I
20  believe in the 1990 -- '90s.
21          MR. PADGETT:  We've been going for a
22  while.  You want to take a break?
23          MR. ADAMS:  Yes, yeah.  Let's get off
24  the record.
25          THE VIDEOGRAPHER:  Going off the video

Page 242

1  record at 4:34 p.m.
2      (Recess.)
3      THE VIDEOGRAPHER:  We are going back on
4  the video record at 4:55 p.m.
5      (Exhibit No. 43 was marked for
6      identification.)
7  BY MR. PADGETT:
8      Q   Dr. Louie, I'm going to hand you what's
9  been marked as Exhibit 43.  It's a study,
10 "Glutathione S-transferases and thiol
11 concentrations in embryonic and early fetal
12 tissues," Raijmakers, looks like, 2001.
13     I did not see this article on your list
14 of materials for your amended -- your initial
15 report.  Did you review that article before
16 preparing your amended report?
17     A   I don't believe I have.
18     Q   Okay.  Have you seen this article
19 before?
20     A   I have not.
21     Q   Okay.  It's referenced in Dr. McGill's
22 report, specifically on page 41.  And --
23     A   (Peruses document.)
24     Q   As you are reviewing it, I would like to
25 specifically turn to Table 2.

Page 243

1      A   Table 2?
2      Q   Yes, on page 2247.
3          Have you had an opportunity to -- to
4  review it a bit?
5      A   Yeah, I did.
6      Q   Okay.  And in this study they looked at
7  glutathione S-transferases and thiol
8  concentrations in embryonic and early fetal
9  tissues in humans; is that right?
10     A   I'm still reviewing.  I'm sorry.  That's
11 what the title says.
12     Q   And if you look at Table 2, they looked
13 at eight weeks and 13 weeks, right?
14     A   I'm looking at that right now.  Eight
15 weeks and 13 weeks.  Yes.
16     Q   And this Table 2 is for cytosolic thiol
17 concentrations in embryonic and fetal organs,
18 correct?
19     A   Slow down, because I --
20     Q   Yeah.
21     A   This is the first time I've seen this.
22         Cytosolic -- okay, sorry --
23 concentrations.  I got to make sure I understand
24 what that means.
25     Q   It included looking at glutathione,

Page 244

1  right?
2      A   This is looking at tissue, not blood
3  levels, right?
4      Q   Correct.
5      A   So it would be a lot higher in cells.
6      Q   And in the embryo at eight weeks,
7  there's no brain tissue listed for GSH.  Agree?
8      A   It doesn't mean it doesn't exist, but
9  they don't list it.
10     Q   Okay.  And glutathione at 13 weeks, it
11 shows 26.2 nanomolar per milligram for GSH.
12 Right?
13     A   I'm trying to look where the units are.
14     Q   Well, its cysteine, homocysteine,
15 cysteinylglycine and glutathione.
16     A   I see.  So it's in A.  So nanogram per
17 milligram of tissue.  Okay.  Okay.
18     Q   Okay.  But for the liver, it's 26.2
19 nanogram -- or nanomolar per milligram, right, for
20 GSH?
21     A   Nanogram per milligram of tissue, yes.
22     Q   Yes.  And for brain, it's 80.1 nanomolar
23 per milligram for GSH.  Do you see that?
24     A   That's what it says there.
25     Q   Okay.  And that's -- so this showed that

Page 245

1  the GSH was three times as high in the 13-week
2  fetus as the liver.  Agree?
3      A   Well, the way that Dr. McGill compared
4  it is very different.  He gave total liver in
5  adult, and he compared that to a fetal brain.  So
6  that's very important.
7          Here -- yeah, and what is also very odd
8  is that the adrenal gland at the highest level.
9      Q   Why is that odd?
10     A   Adrenal gland is very small, and no need
11 to be extremely high levels.
12     Q   Are you questioning the findings of this
13 study?
14     A   I'm just -- you look at week 8, it's
15 38.7, and then you go almost triple in week 13.
16 Just asking that question.
17     Q   Yeah.  In doing your reply report,
18 though, before signing that, you did not review
19 this study, even though it was in Dr. McGill's
20 report at page 41?
21     A   This -- and this doesn't tell me how
22 many animals were done, correct?
23         Oh, this is humans.
24     Q   Yes, this is a human study, correct?
25     A   It looks like very few patient --

Page 246

1 individuals were actually -- it doesn't tell me
2 how many fetuses.
3    Q    Okay.
4    A    So I'm -- how reputable if they don't
5 tell you the number.
6        (Exhibit No. 44 was marked for
7        identification.)
8 BY MR. PADGETT:
9    Q    I'm going to hand you what's been marked
10 as Exhibit 44, Dr. Louie.
11        And earlier I think you mentioned the
12 Kumar 2017 study.  Is that the Kumar 2017 study?
13    A    Yes, I believe this is.
14    Q    And I think it's paragraph 21 of your
15 reply report.
16        MR. PADGETT:  Oh, Kara.  Can you --
17 sorry.
18        THE WITNESS:  25 -- paragraph 25?
19 BY MR. PADGETT:
20    Q    Paragraph 21 of your reply report.  You
21 stated that:  "CYP2E1 expression is not limited to
22 tissues and/or organs but also found ubiquitously
23 in the blood, specifically in the plasmas in the
24 forms of exosomes."
25        Do you see that?

Page 247

1    A    I'm sorry.  I didn't catch that.
2    Q    You state that:  "CYP2E1 expression is
3 not limited to tissues and/or organs but also
4 found ubiquitously in the blood -- in blood,
5 specifically in the plasmas in the form of
6 exosomes."
7        Do you see that?
8    A    I see that.
9    Q    Okay.  Does the Kumar 2017 study in any
10 way suggest that exosomal CYP2E1 gets into the
11 fetal brain?
12    A    It doesn't have to.  Because it is
13 producing NAPQI in the blood, it can pass the
14 blood-brain barrier, it goes through the placenta
15 barrier, and then you -- you have to accommodate.
16 You have to have enough glutathione to mitigate
17 it.
18        This study is essentially telling you
19 that you have a different source of cytochrome
20 P450 IIE1.
21    Q    And based on the Raijmakers study that
22 we just discussed, at least in 13-week-old fetuses
23 there's more GSH in the brain than in the liver,
24 right?
25    A    The Raijmakers study, if I remember

Page 248

1 correctly have very few Ns.  So I need to know
2 what the N is.  N is the number of samples.  I --
3    Q    At least based on the number of samples
4 in that study, brain GSH was three times liver GSH
5 at 13 weeks.
6        MR. ADAMS:  Object to form.
7 BY MR. PADGETT:
8    Q    Agree?
9    A    It looks likes one for each time point.
10    Q    Back to Kumar 2017.  Are you saying that
11 CYP2E1 in exosomes is somehow getting to the
12 brain?
13    A    No.
14    Q    Okay.
15    A    I'm saying the exosomes in the blood,
16 like the liver, like the brain, can make NAPQI.
17    Q    Okay.  But we talked about earlier that
18 as far as GSH and CYP2E1, it's site-specific issue
19 as to effects.
20        MR. ADAMS:  Object to form.
21        THE WITNESS:  You're making an
22 assumption of one sample and you're assuming
23 that -- in fact, I don't like this paper for two
24 reasons.  They use HPLC.  In 2001, you could have
25 used LC-MS.  So therefore, you could have

Page 249

1 glutathione or glutathione disulfate.
2        So therefore, he didn't differentiate
3 that, neither did he use -- let's see, did he
4 use -- I don't see him using dithiothreitol, which
5 keeps it as one.
6 BY MR. PADGETT:
7    Q    Okay.  My question was about the Kumar
8 2017 study, though, and the question is whether --
9 does it show the CYP2E1 was getting into the fetal
10 brain through exosomes?
11    A    So you made the comment, and I was
12 answering it that your glutathione in the brain in
13 this paper is just one sample.
14    Q    Okay.
15    A    Okay.  Second, and I told you I had
16 issue with this because the method is not what
17 most people are now using, which is liquid
18 chromatography-mass spectometry.
19        So having said that, and they didn't
20 tell me if it's glutathione SH or glutathione --
21 let me finish -- GSSG.  Because I know you can
22 talk.  So therefore, they didn't separate them.
23    Q    Okay.  I'm asking you about Kumar 2017.
24        Are you saying that CYP2E1 exosomes
25 travel to and get into the fetal brain?

1   A   I didn't say that. I said
2 circulating -- imagine in the mother's blood and
3 it's circulating down there, and there's
4 acetaminophen getting down there, can make it and
5 can pass through.
6   Q   So these exosomes with CYP2E1 wouldn't
7 be reflected in brain toxicity in the -- in human
8 fetuses.
9   A   I'm not sure what you just said.
10   Q   My question is -- so you point to the
11 study as showing that the CYP2E1 is in exosomes in
12 the blood, right?
13   A   Correct.
14   Q   Okay. And my question is -- and I think
15 we've confirmed this -- Kumar does not address if
16 CYP2E1 in exosomes get into the fetal brain --
17   MR. ADAMS:  Object to form.
18 BY MR. PADGETT:
19   Q   -- right?
20   MR. ADAMS:  Object to form.
21   THE WITNESS:  I don't know if I agree
22 with you, because I don't know the answer -- okay,
23 I don't know the answer.
24   But let's say it circulates. Can the
25 cytochrome P450 in the blood in the presence of

1 acetaminophen, can it make NAPQI? The answer is
2 yes.
3 BY MR. PADGETT:
4   Q   In the brain, fetal brain?
5   A   No, no, no. You -- don't add -- I said
6 in the blood, and the NAPQI can travel. If it's
7 not neutralized, it can travel.
8   Q   And as it traveled, it may meet GSH in
9 other places.
10   A   It may meet GSH. It could also make
11 endothelial cells in the blood vessels or in the
12 placenta, cause damages, and then therefore,
13 things flow right through.
14   Q   But you're not talking about in the
15 brain, right?
16   A   Once it gets into the placenta, it gets
17 to the cord blood into the baby, and then it can
18 get into the brain. Because acetaminophen gets
19 into the blood, and it gets into the brain.
20   Q   And would that be captured in CYP2E1
21 levels shown in, for example, The Human Protein
22 Atlas and some of the other studies that we talked
23 about -- about -- with regard to mRNA expression
24 and CYP2E1 levels in the brain?
25   A   So there is discrepancy in your atlas.

1 The atlas to me -- I don't know if someone put it
2 up there. How it's regulated. That's why I don't
3 like web -- web databases. I want to see papers
4 that allows me to download the raw data.
5   Now, to be fair, I think Brzezinski and
6 all shows cytochrome P450 in fetal brain. You
7 agreed to that.
8   Q   I didn't agree to anything, Dr. Louie.
9   A   Well, the paper states that, okay?
10   Q   At levels higher or lower in the brain
11 than in the liver, correct?
12   A   They didn't do milligram per milligram
13 of tissue, which this paper did. And so -- but it
14 shows you across not one sample but many samples
15 that it's there.
16   Q   Did you read Dr. Baccarelli's report?
17   A   I'm not sure what you're asking for.
18 Did I --
19   Q   I think you -- did -- yeah, you reviewed
20 Dr. Baccarelli's report, and we confirmed that
21 earlier, right?
22   A   Yeah.
23   Q   Were you aware of footnote 137 of his
24 report, that he cites The Human Protein Atlas as a
25 source?

1   A   I will be honest with you, you're asking
2 me to read footnotes. The answer is probably no.
3   Q   Okay.
4   A   Yeah.
5   Q   Are you -- are you indicate -- are you
6 testifying today that you believe that the
7 information on The Human Protein Atlas is
8 unreliable?
9   MR. ADAMS:  Object to form.
10   THE WITNESS:  I don't know much of the
11 Human Atlas as how it is paginated, who supports
12 it, and if -- if it's a free access. That's
13 something I don't know. So I cannot comment on
14 it.
15   I don't know what the number of samples
16 is submitted. I don't know how it's curated. So
17 therefore, when you look at a single site without
18 having another one to superimpose it, you're going
19 to have to ask the question: Is it reliable? As
20 a scientist, I want reliability.
21   (Exhibit No. 45 was marked for
22   identification.)
23 BY MR. PADGETT:
24   Q   Did -- I'm going to hand you what's been
25 marked as Exhibit No. 45.

1    A   Can I -- can I get rid of this?

2    Q   Yes.

3        I believe you reference this in your

4   report on like page 41 or so.  You state that:

5   "Mian suggests that acetaminophen intake during

6   pregnancy may increase both mother and fetal

7   exposure to NAPQI with levels at the highest in

8   the first trimester and dropping to 8.2 percent in

9   the third trimester."

10       Do you recall that part of your report?

11   A   Yeah.  That's what Mian had proposed in

12  his model.

13   Q   Mian 2020 was not an experimental study

14  on animals or humans involving experimental

15  observations, right?

16   A   It is a physiological based

17  pharmacokinetic modeling.  So what they do is they

18  take actual human data and they model it, and

19  that's how they arrive at the model.

20   Q   And it's a theoretical computer model,

21  right?

22   A   It's so theoretical that the FDA accepts

23  it as data in the population.  So therefore, you

24  could call it theoretical, but it is so important

25  that every major pharmaceutical company has a

1   person that does this.

2    Q   You're not talking about Mian

3   specifically there.  You're talking about this

4   computer model?

5    A   I'm -- the way -- what we call the term

6   PKPD -- PK -- sorry, PDP -- PBPK modeling is used

7   by almost all pharmacologists to the point that

8   the FDA has guidance as to how to use them.

9    Q   What studies can you identify that

10  indicate there would be not enough GSH present in

11  the fetal brain to conjugate NAPQI that may be

12  present in the fetal brain?

13   A   I think in my rebuttal report I use

14  Rigobello.  It shows you that at 35 milligram per

15  kilogram, which is below the doses of hepatotoxic,

16  and in the offsprings, they develop -- they

17  actually analyze the brain, and they have

18  behavioral as well as movement differences.  And

19  associated with GSH reduction in the brain.

20       MR. PADGETT:  I'm sorry, what number are

21  we on now?

22       THE REPORTER:  46.

23       (Exhibit No. 46 was marked for

24       identification.)

25  BY MR. PADGETT:

1    Q   Dr. Louie, I'm going to hand you what's

2   been marked as Exhibit 46.  Is that the Rigobello

3   report that you're talking about -- study article?

4    A   It looks like it.

5    Q   And what is it about Rigobello that you

6   say supports that there would be enough G- --

7   there would not be enough GSH present in the fetus

8   to conjugate NAP -- any NAPQI that may be in the

9   fetal brain?

10       Strike that.

11       What about Rigobello supports the

12  position there would be not enough GSH present in

13  the fetal brain to conjugate any NAPQI that may be

14  present in the fetal brain?

15   A   So there are several things.  One, look

16  at the concentration of what they call advanced

17  oxidation protein products, reduced glutathione,

18  in the level of lipid hydroperoxides, and the

19  activity of superoxides were estimated in the

20  prefrontal, hippocampus, striatum, and the -- the

21  cerebellum of 22-day-old rats.  These are the pups

22  or the offsprings.

23       And they show that these animals had

24  itself -- they had behavioral evaluation, and it

25  looks like there is some statistical differences

1   between that and the control.

2    Q   Is there any specific GSH finding in the

3   Rigobello study article?

4    A   Sure.  Look at Table 2, column PAR 35.

5   Okay.  Look at GSH level.  Look at the male in

6   control.  It's 52.08.  Compare that to the slide

7   over to the right, and you see here it --

8   paracetamol 35 milligram per kilogram, it drops it

9   down to 32.6.  And it's bold, which suggests to

10  you that it is statistically significant.

11   Q   And -- this is Table 2?

12   A   Table 2, page 6.  Go down to HPC, first

13  one is AOPP, the second one is GSH, and you see

14  that there.

15   Q   Yes.  And you're -- what you're saying

16  is that at 35 milligrams per kilogram of

17  acetaminophen, the males were -- had lower GC --

18  GSH.

19   A   Okay.

20   Q   Is that what you're saying?

21   A   That's what I'm saying, in that location

22  of the brain.

23       You scroll down further, the superoxide

24  dismutase, go down to ST, and you see that SOD,

25  which is the last one, and then go to the right --

Page 258

1   one, two, three -- four, and notice there the
2   superoxide dismutase goes down. It's 3.6 versus
3   11.7. That tells you oxidative stress is way up.
4       Q   Okay. And then for the 350 milligrams
5   per kilogram, there is no effect. In fact --
6       A   No, it's not statistically significant,
7   but if you look at the SOD at the 350, it's 5.97
8   versus 11.72. That's a twofold drop.
9       Q   Would you agree that these results are
10  contrary to a dose-response in this study?
11          MR. ADAMS: Object to form.
12          THE WITNESS: I don't know if I agree to
13  that, but it's -- it in itself shows you that low
14  dose can cause this.
15          So to be fair, it's not just one point,
16  but it's two points. GSH and superoxide dismutase
17  are in the same antioxidant capacity.
18          So at the low hepatotoxic doses in the
19  pups -- remember the pups, not the mother --
20  they're lower. So the mother's got it. So this
21  is telling you that they may or may not have
22  acetaminophen in their blood, but yet they have
23  brain issues. This is the consequences.
24  BY MR. PADGETT:
25      Q   I believe you also reference in your

Page 259

1   report the Klein 2020 study. Were these GSH
2   findings replicated in the Klein 2020 study?
3       A   Where -- where are you identifying this?
4   Klein? Or is it Koehn?
5       Q   Klein 2020.
6       A   2020.
7           (Exhibit No. 47 was marked for
8           identification.)
9   BY MR. PADGETT:
10      Q   I'm going to hand you what's been marked
11  as Exhibit 47, which is the Klein 2020 study.
12          Were the results of Rigobello on GSH
13  levels the same in Klein 2020 as in Rigobello
14  2021?
15      A   I have never read this.
16      Q   Was the Rigobello finding of GSH
17  replicated in Klein 2020?
18      A   No. Because Klein used a colorimetric
19  assay, and a colorimetric assay is not definitive.
20  It's -- in fact, I know, I've used this
21  colorimetric assay. Not a good assay. Not good
22  at all. In fact, it's being rejected now.
23      Q   So it's your testimony that Klein 2020
24  did not use a good assay as part of its
25  experimental protocol?

Page 260

1       A   Should have used a quantitative LC-MS.
2   It's 2020. It's no longer -- you can't use
3   something since 1969.
4       Q   I'm going to turn back to Mian.
5       A   Mian?
6       Q   Mian.
7       A   Okay. Oh, shoot, what did I do with it?
8           MR. ADAMS: Exhibit 45.
9           THE WITNESS: I have it. I don't know
10  where, but let's see -- yeah, I got it. Yes, I'm
11  there.
12  BY MR. PADGETT:
13      Q   Okay. Sorry. Can -- instead, I want to
14  go to page 42 of your -- your report. Apologies.
15      A   So can I put Mian away?
16      Q   Yes.
17      A   Thank you. 42 of my original report?
18      Q   Yes.
19          There you state -- paragraph 108, you
20  state that: "The impact that acetaminophen intake
21  will have on GSH levels systemically in
22  site-specific tissue affects the potential adverse
23  events that may arise as a consequence of
24  acetaminophen exposure."
25          Do you see that?

Page 261

1       A   Where do you see this?
2       Q   Paragraph 108.
3       A   I am seeing that, but -- what line are
4   you?
5       Q   It's the sentence that starts "Thus."
6       A   Okay, yes.
7       Q   What studies are you relying on for that
8   statement?
9       A   So this is actually sort of like
10  background. I didn't use -- I didn't use a -- any
11  paper, but it's well known that acetaminophen, the
12  higher the doses, the longer you take it,
13  glutathione will be reduced.
14      Q   And by "site-specific tissue," do you
15  mean, for example, GSH levels in the brain as
16  opposed to other areas like the lung or the liver?
17      A   It's in that context, yes.
18      Q   Okay. And the site-specific issue here
19  is the fetal brain tissue, right?
20      A   If you want it that way, yes.
21      Q   I mean, if you disagree --
22      A   No, I'm just saying each -- as you and I
23  have gone back and forth, that the brain has
24  different levels than the liver, and then we
25  looked at different levels of -- in other tissues.

Page 262

1    So, yeah, if you want to talk about the
2  fetal, yeah.
3      Q   And then you state that study -- at the
4  end of paragraph 109: "Studies have found both
5  acute and chronic adverse outcomes in offspring of
6  mothers associated with inadequate maternal GA --
7  GSH and oxidative" stretch -- do you -- "stress."
8      Do you see that?
9      A   You're talking about the last sentence?
10     Q   Yes.
11     A   Yeah.
12     Q   And after that, basically pages 42 to
13  50, you talk about the Küster study 2011.
14     A   Mm-hmm.
15     Q   -- the Miranda Guisado study 2012, and
16  the Vaziri study 2011, right?
17     A   Yeah.
18     Q   Okay.  Küster involved very low birth
19  weight prenatal babies with -- and it has no
20  mention of acetaminophen, correct?
21     A   No.  In fact, this section is talking
22  about the impact of reduction in GSH levels have
23  on the fetus.
24     Q   My question is, Küster does not involve
25  acetaminophen, right?

Page 263

1      A   Not in this study.
2      Q   Okay.  It involves very low birth weight
3  babies, right?
4      A   It talks about the impact of low GSH in
5  relationship to low birth weight babies.
6      Q   Are you saying that low GSH leads to low
7  birth weight, or are you -- is your point here
8  that low birth weight leads to low GSH?
9      A   This section actually talks about the
10  glutathione levels in relationship to -- to
11  comorbidities found in -- in babies.  So is it the
12  low birth weight that causes that or is it the
13  other way around?  It doesn't -- these papers do
14  not describe that.
15     Q   Okay.  Do you have an opinion on that?
16     MR. ADAMS:  Object to form.
17     THE WITNESS:  I don't -- that's not my
18  assignment.
19  BY MR. PADGETT:
20     Q   Okay.  But as you said, in this section
21  you're talking about risk effects.  None of these
22  studies indicate that the low GSH is a causative
23  factor for hypertension, preeclampsia, very low
24  birth weight.
25     A   That's the -- a level of controversy.

Page 264

1  Is it the disease that caused it or is it the low
2  GSH that caused it?
3      Q   And I think -- and you -- some of the
4  plaintiffs' experts in this case have pointed to
5  oxidative stress levels in individuals with ADHD
6  or ASD in children or adults, right?  Have you
7  seen those discussions?
8      A   Yes.
9      Q   Is the same true there, that it may be a
10  matter of the condition or the disease itself
11  leading to the increased levels of oxidative
12  stress as opposed to fetal low -- increased levels
13  of oxidative stretch -- stress leading to these
14  conditions?
15     MR. ADAMS:  Object to form.
16     THE WITNESS:  I don't know what the word
17  "stealth" means.  So can you tell me what that
18  means?
19  BY MR. PADGETT:
20     Q   Which one?
21     A   Stealth.  You used the word "stealth."
22     Q   Yeah, I wasn't trying to use that word.
23     My question is --
24     THE WITNESS:  Can we reread back the --
25  yeah, because I -- I'm like, what does that mean?

Page 265

1  BY MR. PADGETT:
2      Q   A number -- a number of studies have
3  talked about increased oxidative stress in, for
4  example, children and adults diagnosed with ASD or
5  ADHD, right?
6      A   Yes.  There are people who talked about
7  a relationship between increased oxidative stress
8  in relationship to the disease, yes.
9      Q   Okay.  And my question is, oxidative
10  stress levels, biomarkers for oxidative stress
11  taken years after birth in somebody with ASD or
12  ADHD, would you agree that that may be a part of
13  the condition of having ASD or ADHD?
14     MR. ADAMS:  Object to form.
15  BY MR. PADGETT:
16     Q   As opposed to an etiology from having
17  higher oxidative stress while a fetus.
18     MR. ADAMS:  Object to form.
19     THE WITNESS:  So, I disagree with you
20  for two reasons.  First, you say it takes time for
21  oxidative stress to occur.  It's not true.  You
22  can have -- if I stuck a needle in you, you could
23  have oxidative stress immediately.  Stick two
24  needles in you, it will be even faster.  So it's
25  acute as well as chronic.

Page 266

1    Second, you're asking the question:  Is
2  it the cause or is it a symptom of the cause?  I
3  would tell you evidence suggests that it is the
4  cause.
5  BY MR. PADGETT:
6    Q    What evidence?
7    A    The evidence that you have depleted GSH,
8  you have these issues.  And I think I have it in
9  my report as well.
10    Q    In fetal brain?
11    A    Your -- I'm giving you the answer as you
12  start to narrow it.  But I show you in -- I
13  believe in one of the studies that they use BSO --
14  that means they got rid of glutathione -- and they
15  had diseases.
16        So this is how people are using it,
17  and -- and when they gave NAC back, the disease
18  went away.  So therefore, the data is suggesting
19  that the oxidative stress is causing the issues.
20  Causing the tissue damage.
21    Q    In the fetal brain?
22    A    It could.  It's potentially quite
23  possible.
24    Q    Okay.  Would you agree in your -- I'm
25  going back to your point if I gave you a shot or I

Page 267

1  gave you two, are you saying that that would cause
2  stress in me?
3    A    That's what -- that's what the example
4  means.
5    Q    Okay.  And would -- and you're saying
6  that stress results in oxidative stress.  Is that
7  correct?
8    A    That could be the case.
9    Q    Okay.  Is your understanding that having
10  ASD can cause stress in a child or an adult human?
11    A    It could, but it could be the other way
12  around, oxidative stress is causing the kid to
13  have those issues.
14    Q    And these biomarker oxidative stress
15  studies, though, are -- they're looking at levels
16  years after birth, right?
17    A    In -- that's -- that's in children that
18  were born and have those issues.
19        And so people are now asking if you
20  reduce the oxidative stress, can you reduce ASD
21  and ADHD.  That's why people are testing
22  glutathione as well as NAC in a clinical trial.
23    Q    Have you heard of autism burnout?
24    A    No.
25    Q    Okay.  The Vaziri study involved

Page 268

1  hypertension and, as you mentioned, it used BSO,
2  not acetaminophen, right?
3    A    Yeah, it used BSO as a way to deplete
4  glutathione.
5    Q    Okay.  And again, it wasn't
6  acetaminophen, correct?
7    A    It's a proof of principle that if you
8  reduce glutathione, GSH, that you can induce
9  diseases.
10    Q    Dr. Louie, my question is, did Vaziri
11  2000 involve acetaminophen?
12        MR. ADAMS:  Object to form.
13        THE WITNESS:  I got to go back and look
14  at the paper, but I'm pretty sure it doesn't.
15        MR. PADGETT:  Okay.  Want to take a
16  break?
17        THE WITNESS:  Going off the video
18  record at 6:30 p.m. -- 5:44 p.m.
19        (Recess.)
20        THE VIDEOGRAPHER:  We're going back on
21  the video record at 6:03 p.m.
22  BY MR. PADGETT:
23    Q    Dr. Louie, in paragraph 148 of your
24  report you discuss the Koehn 2020 study.
25    A    Page 148 or paragraph 148?

Page 269

1    Q    Paragraph 148.  Apologies.
2        (Exhibit No. 48 was marked for
3        identification.)
4  BY MR. PADGETT:
5    Q    And there you reference the -- as I
6  said, the Koehn 2020 study.  I'm going to hand you
7  what's been marked as Exhibit 48.
8        Is that the Koehn 2020 study that you're
9  referencing there in paragraph 1 --
10    A    I don't remember it being this thick.  I
11  guess -- because I get it in a typed PDF.  Can I
12  take a look at it?
13    Q    Yes.
14    A    (Peruses document.)
15        It looks like it.  It's just in a very
16  different format.
17    Q    You mentioned a different format.  Have
18  you -- are you familiar with the F1000Research
19  platform where this study was published?
20    A    What do you mean "familiar"?  Can you be
21  more specific?
22    Q    Have you heard of this -- this online
23  publication journal F1000Research?
24    A    Have I heard of it?
25    Q    Yes.

1    A   Obviously if I referred to it, I've read
2 it, right.
3    Q   Well, I'm talking about the -- the
4 journal, so to speak, F1000Research.
5    A   It's a -- it's an okay journal.
6    Q   Okay journal?
7       Have -- have you ever published an
8 article in a journal or online platform like this
9 where peer review happens after the article is
10 published?
11    A   I think that's occurring more and more
12 now.
13    Q   Have you ever done that?
14    A   No.  I normally go to very high -- high
15 impact journals.
16    Q   Okay.  And F1000Research is not a high
17 impact journal?
18    A   I'm a snob.
19    Q   Okay.
20    A   Just -- just because I need it to be
21 high impact journals that get grants.
22    Q   So my question is, is F1000Research a
23 high impact journal?
24    A   It's average, as I said.
25    Q   Okay.  The Koehn study administered

1 acetaminophen via intraperitoneal injection in
2 pregnant rats.  Right?
3    A   Yes.
4    Q   Twice daily and embryonic day E15 to 19,
5 and as a single dose at E19, right?
6    A   That's what it says there.
7    Q   Okay.  We already talked about whether
8 IP injection is stressful and bypasses first pass
9 metabolism.
10       Will you agree that drug metabolite
11 concentrations achieved in a maternal animal via
12 IP injection would be different than those that
13 would occur via oral administration?
14    A   I would disagree with you.
15    Q   Why?
16    A   It depends on the time that you sample.
17 IP has an earlier peak, but oral would have a
18 longer absorption time.
19    Q   You state that the treated group was --
20 in your report, I think it's 178 -- you state that
21 the treated group was compared to untreated rats,
22 right?
23    A   I want to make sure -- let's see.  Where
24 are you reading this from?  I'm sorry.
25    Q   It's paragraph 178 of your report.

1    A   Paragraph 178.
2    Q   Yes.
3    A   But -- you mean 148 or 178?  I want to
4 make sure, because 178 is almost at the end.
5    Q   Okay.  148.  Look at 148.
6    A   Oh, you mean the rat treated acutely or
7 chronically with acetaminophen were compared to
8 untreated?
9    Q   Right.
10    A   Okay.
11    Q   My question to you is, what do you mean
12 by untreated rats there?
13    A   Not treated.
14    Q   Okay.  Did the untreated rats in Koehn
15 receive a vehicle IP injection?
16    A   I don't think so, but let me check just
17 to make sure, because I wouldn't write "untreated"
18 if there's a vehicle.
19       (Peruses document.)  I don't see a
20 vehicle here.
21    Q   Okay.  So the controls were just left
22 alone and didn't get any type of IP injection with
23 vehicle.  Right?
24    A   Yeah, they -- I don't know if they were
25 left alone.  They could be handled and then put

1 back, yeah.
2    Q   But they didn't get treated with IP
3 injection vehicle.
4    A   That could be -- yeah, that's how I
5 would interpret it.
6    Q   Okay.  You -- we discussed IP injection
7 is stressful for rats.  Agreed?
8    A   I think I told you they can tolerate it
9 and it's not a problem.
10    Q   But would you agree that the untreated
11 rats were not receiving IP injections like the
12 treated rats were?
13    A   Yeah, we could say that.  Yeah, we could
14 say that.
15    Q   This was twice a day on several days,
16 the treated rats were getting the IP injections
17 and the untreated rats got nothing.
18    A   I get your point that -- that twice a
19 day is a stress.
20    Q   As you pointed to me, that that would
21 stress me out if you gave me a shot twice a day,
22 right, or two shots?
23    A   Right, but I'm just -- just reminding
24 you that rats, at least in my lab, get it for 60
25 days.

Page 274

1  Q  Is it your opinion that it's
2 scientifically proper for a study design to use
3 controls that don't receive vehicle IP injection
4 when the treated animals are getting IP injections
5 twice a day?
6  A  That -- that would be -- yeah, it says
7 here "untreated rats."  Yeah.
8  Say what?  I'm sorry.
9  Q  Is it your opinion that it's
10 scientifically proper for a study design to use
11 controls that don't receive a vehicle IP injection
12 when the treated rats for several days are getting
13 IP injections twice a day?
14  MR. ADAMS:  Object to form.
15  THE WITNESS:  Yeah.  So the injection
16 is -- is sodium chloride or saline.  I would think
17 that it's not -- it's not that -- it's well
18 tolerated.
19 BY MR. PADGETT:
20  Q  Have you ever done a study involving IP
21 injections?
22  A  Of course.
23  Q  Okay.  When you do IP injection studies
24 comparing controls to treated rodents, do you have
25 controls treated with vehicle via IP injection?

Page 275

1  A  We do.
2  Q  Okay.  And again, I think you
3 answered -- you said it's tolerated, but in your
4 opinion, is it scientifically proper for a study
5 design to use controls that don't receive a
6 vehicle IP injection when the treated animals for
7 several days are getting IP injections twice a
8 day?
9  MR. ADAMS:  Object to form.
10  MR. PADGETT:  He still hasn't answered.
11  THE WITNESS:  Repeat that once more so I
12 can answer you correctly.
13 BY MR. PADGETT:
14  Q  Is it scientifically -- you already
15 testified that you give IP injections of vehicle
16 to the control animals, right?
17  But is it your opinion that it's
18 scientifically still proper for a study design to
19 use controls that don't receive vehicle IP
20 injections when the treated rats for several days
21 are getting two IP injections?
22  MR. ADAMS:  Object to form.
23  THE WITNESS:  Yeah, so this is what
24 scientists say is a study -- it's not a fatal
25 flaw.  It's a flaw.

Page 276

1 BY MR. PADGETT:
2  Q  Okay.
3  A  But it's not a fatal flaw.  It's a flaw
4 that has to be addressed.  Yeah, I mean, you --
5 that's the consideration that you have to look at.
6  Q  Okay.  If you look at page 4 of Koehn --
7  A  Page 4 of Koehn.
8  Q  -- where it says "Animals."
9  A  Yeah.
10  Q  It's the paragraph right after the
11 "Animals" section.
12  A  You mean drugs and markers, or are you
13 looking at --
14  Q  Above that, that paragraph above,
15 "Animals."
16  A  The "Animals" section.  Okay.
17  Q  Yes.
18  And there the authors state -- it's kind
19 of in the middle of the paragraph starting the
20 sentence "Animal numbers" -- "Animal numbers were
21 based on a previous experience of such experiments
22 and were the minimum number required to detect a
23 significant difference."
24  Do you see that?  Between groups at P --
25  A  Okay.  And --

Page 277

1  Q  -- less than .05.
2  A  I see.  Yes.
3  Q  Is it your opinion that's a
4 scientifically appropriate method for determining
5 sufficient sample size?
6  MR. ADAMS:  Object to form.
7  THE WITNESS:  Actually, that would be a
8 very proper -- that's the correct way of doing it.
9  If you know that -- so you know, most
10 animal research -- research centers limits our
11 number of animals, and they will tell you do a
12 power analysis that is only statistical -- that
13 will allow you to get your statistical
14 significance.  Not too many more, because PETA
15 will come and hunt us down.
16 BY MR. PADGETT:
17  Q  Do you see on page 7 under "Results,"
18 the N number is 4.  Do you see that?
19  A  N -- where are you looking at?
20  Q  Page 7.
21  A  Page 7.
22  Q  There's a bunch of colored circles, and
23 right above that on the right column is "Results."
24  A  I see that.
25  Q  Untreated controls, the N was 4.  Do you

Page 278

1  see that?
2      A   Mm-hmm.  Yes, I do.  Sorry.
3      Q   Do you think that's a proper sample
4  size?
5      A   If you want to do a T test, three is all
6  you need.
7      Q   This result that was based on reviewing
8  one placenta and one fetus per dam, right?
9      A   I -- I'm sorry.  I'm not following what
10  you just said.
11      Q   The "Results" section is based on
12  reviewing one placenta and one fetus per dam?
13      A   Per dam.
14      Q   Right.
15      A   Okay.  And I believe that this is a
16  transcriptomics data.  Do you agree with that?
17  Figure 1 is a transcriptomics data.  Do you know
18  what that is?
19      Q   My question is, was it one fetus per dam
20  for placenta --
21      A   So in transcriptomics you don't need big
22  numbers.  This is, as you showed me in the other
23  paper, and of one for the fetus, this is something
24  that you got to be careful about how you overly
25  interpret the data.  But, yeah, this is

Page 279

1  transcriptomics data, if I remember correctly.
2      Q   But it's based on reviewing one placenta
3  and one fetus per dam, right?
4      A   Where do you see that?
5      Q   You don't know what -- the answer?
6      MR. ADAMS:  Object to form.
7      THE WITNESS:  I asked you where do you
8  see that?
9  BY MR. PADGETT:
10      Q   I recalled it from reading the study,
11  but do you know whether that is true?
12      A   I don't recollect, but I will -- there's
13  no N here, so it's kind of hard to figure out.
14      Q   Okay.  You also note in your report when
15  you're discussing Koehn:  "The fetal and maternal
16  plasma and cerebral spinal fluid were measured for
17  AFP and IL-1B."
18      Is that the interleukin you were talking
19  about earlier?
20      A   The interleukin-1 beta.
21      Q   Okay.  Given that the AFP data is based
22  on a number of one or two per group, would you
23  agree that the differences could be due to
24  individual variability?
25      A   So, Counsel, I think I disagree with you

Page 280

1  that's N of 1.  Look at Figure 4.  And you look at
2  here, it's N of 4 for each, and it talks about
3  transcripts.
4      So I want to make sure that we're
5  talking the same way.  I think each dot represents
6  an animal or a treatment.  So that's why I didn't
7  understand what you meant that N of 1.
8      Q   Can you turn to page 33.  Page -- I want
9  to talk about pages 33 and 34 of this exhibit.
10  It's the Koehn 2020 article.
11      A   33?
12      Q   This is the post-publication reviewers
13  and replies from the authors.
14      A   Hmm.
15      Q   If you look at the bottom of page 33 --
16      A   Mm-hmm.
17      Q   -- one of the reviewers commented that,
18  quote:  It is a pity that the number of dams is
19  too small to assess the significance of this
20  observation, and that no housekeeping protein was
21  used to normalize AFP expression.
22      Do you see that?
23      A   I do see that.
24      Q   Okay.  And then can you turn to the next
25  page.

Page 281

1      And the authors agree that:  "It is a
2  pity that the numbers were very small, but we were
3  constrained by the effects of being shut out of
4  our laboratories for several months because of the
5  Coronavirus emergency."
6      Do you see that?
7      A   Yeah.  So let me go back to your last
8  sentence that you said there was no beta-actin.
9  There was not N of 1.  There's one, two, three,
10  four again.  And they did it in duplicates.
11      So, yes, a beta-actin would have been
12  helpful, but it's very consistent between the dams
13  AFP versus across all of them.
14      Q   Did the --
15      A   Oh, I know this guy.
16      Q   Which guy?
17      A   The author.
18      Q   Okay.
19      A   I went to high school with him.
20      Q   Do -- if you go to Figure 5 of the
21  report.
22      A   Figure 5 of the report.
23      Q   There's a lot of figures.
24      And you mentioned the interleukin B
25  concentration.  Do the authors actually indicate

1  that there was a statistically significant change
2  in the interleukin B levels with acetaminophen
3  exposure in the fetuses?
4      A   So they don't say any statistical
5  analysis here, but you start to see the bars are
6  starting to go up.  So, yes, there's some low and
7  there's some high.
8          And so you have to ask the question, how
9  many of them are low, which are on the dotted
10  line, and you count the number of dots above it.
11  That sort of gives you the idea that the chronic
12  actually had more numbers.  So this sort of gives
13  you the idea that, hmm, that -- that they had
14  bigger numbers.
15     Q   But they weren't able to identify it,
16  which one reviewer said was a pity and the author
17  agreed, as to whether it was statistically
18  significant.  Right?
19     A   Fair enough.
20     Q   Okay.  And if you can turn to the front
21  page in the abstract -- first, I want to ask, you
22  state in paragraph 150 of your report -- if you
23  could turn to that.
24     A   Paragraph 150.
25     Q   Yeah.  You're talking about Koehn still.

1  These findings suggest -- quote:  These findings
2  suggest that acetaminophen treatment during
3  pregnancy can induce inflammatory response and
4  potentially affect the fetus but not the mother,
5  end quote.
6          Do you see that?
7      A   I did say that.
8      Q   Okay.  At the end of the abstract, the
9  authors state, quote:  In the fetal brain, gene
10  regulatory changes were less prominent in the
11  placenta of treated fetuses and did not involve
12  inflammatory-related genes; there was no evidence
13  of increased blood-brain barrier permeability.
14     A   Can you show me where you --
15     Q   The last sentence of the abstract.
16     A   The abstract.  (Peruses document.)
17          It did state that, but it also tells you
18  that there is -- it's less prominent, which means
19  it occurs, and it tells you that the placenta was
20  highly affected.
21     Q   But you say in paragraph 50 that the
22  findings suggest that inflammatory -- induced
23  inflammatory response can potentially affect the
24  fetus but not the mother.
25          Isn't that the opposite of what they're

1  saying here at the end of the abstract?
2      A   No.  Because if you look at your
3  Figure 5, do you see the dams that have any high
4  levels?  Go to number 5.  There's no elevation.
5  Whereas you start to use the chronic ones, you see
6  the dots start to go up.
7          So this is in page 20 of 37, Figure 5.
8      Q   But the authors say the gene regulatory
9  changes were less prominent in the fetal brain
10  than in the placenta of treated fetuses --
11     A   Well --
12     Q   -- and did not involve the inflammatory-
13  related genes.
14     A   But in this data that they show, they
15  show this in protein level, not transcripts.  Just
16  because someone writes something doesn't mean
17  they're always right.
18     Q   Okay.
19     A   They have to look at their own data.  I
20  mean, their own data shows that there is -- that
21  the IL-1 in the fetus was much -- is higher than
22  that of dams.
23     Q   I know you went to high school with one
24  of the authors, but you weren't there doing the
25  study, right?

1      A   Oh, no, no.  Oh, in fact -- in fact, the
2  guy -- not the author.  The reviewer.
3      Q   The reviewer.  Oh, okay.
4      A   Yeah.
5      Q   Are you saying they misinterpreted their
6  own study or their own data in this study?
7          MR. ADAMS:  Object to form.
8          THE WITNESS:  I'm just saying that they
9  could have been better at what they -- how they
10  handled it.
11          And in fact, in Figure 4, it shows you
12  statistical significance in the placenta, in the
13  chronic instead of the acute.
14          (Exhibit No. 49 was marked for
15          identification.)
16  BY MR. PADGETT:
17     Q   I'm going to hand you what's been marked
18  as Exhibit 49, Doctor, Nuttall 2003.
19          And do you agree that Exhibit 49 is a
20  Nuttall 2003 study article?
21     A   It is.
22     Q   Okay.  And this study measured serum
23  acetaminophen concentration and total antioxidant
24  capacity in fifteen 19- to 32-year-olds taking
25  acetaminophen 14 days straight.  Right?

Page 286

1    A    That's what the method says.
2    Q    Okay.  They're not assessing
3 acetaminophen -- serum acetaminophen concentration
4 and total antioxidant capacity in an embryo or a
5 fetus from the mother's use of acetaminophen,
6 right?
7    A    They are not, but they tell you if it's
8 the same age women who is pregnant, that they
9 would have similar effects.  That's -- this is a
10 clinical evaluation looking at the impact,
11 assuming that a woman pregnant at the same age
12 will have the same effects.
13    Q    You're assuming that.
14    A    Not assuming it.  That's how we develop
15 drugs.  That -- you can't -- if that's the case,
16 I'd have to draw blood on every patient who gets a
17 drug.
18    Q    And --
19    A    So therefore, to ascertain what you just
20 said, and the FDA says, I'm good with you if only
21 it's 35 patients or even 15 patients.  There's no
22 disconnect.  Same age, male or female, drug levels
23 are therapeutic, so therefore you see the PK.
24        This is why we use the term
25 "pharmacokinetic, pharmacodynamic," and they show

Page 287

1 the pharmacodynamic effects.
2    Q    It's not looking at the levels of the
3 fetal brain, right?
4    A    Then again you always narrow down, but
5 if it's in the blood, you're reducing the total
6 antioxidant activity, you're using glutathione,
7 which then at that point makes the baby
8 susceptible to what?  Makes them susceptible to
9 comorbidities.
10    Q    What do you mean by comorbidities?
11    A    So we talked about, the glutathione
12 reduction in very low birth weight kids.  A lot of
13 your -- your ASD patients have low birth weight,
14 and ADHD patients have low birth weight.  So
15 therefore, there is a correlation.
16    Q    In Nuttall -- I'm looking at page 290 in
17 the right column.
18    A    290.
19    Q    The study methods indicate that blood
20 samples were taken hourly for a period of four
21 hours after swallowing 1 gram of acetaminophen,
22 correct?
23    A    Two tablets of 500 milligrams, yes.
24    Q    And the blood samples were taken hourly
25 every four hours after taking that 1 gram of

Page 288

1 acetaminophen, right?
2    A    That's what this sampling strategy is.
3    Q    And do you know how the sampling was
4 done with these subjects?
5    A    I'm not sure what you just asked.
6    Q    How was -- was -- was the blood samples
7 taken by blood draw?
8    A    Normally that's how it's done.
9    Q    Okay.  This study does not indicate
10 whether there was a control group, right?
11    A    You don't need a control group.  Because
12 in this -- oh, it's a venipuncture.  That means
13 from the blood.  Venous blood was taken.  So they
14 don't need the control group.
15    Q    Well, you indicated earlier that if you
16 gave me a shot and then a second shot, it would
17 cause stress.  Right?
18    A    Mm-hmm.
19    Q    And stress can cause oxidative stress,
20 right?
21    A    Mm-hmm.
22    Q    Okay.  And would you agree that drawing
23 blood via puncture, as you put it, four times a
24 day would cause stress to individuals included in
25 this study?

Page 289

1    A    Oh, you're mistaking how we draw blood.
2 We put a catheter in there.  We don't draw your
3 blood four times.  We just pull it out from the
4 same catheter.  There's no -- there is no
5 morbidity associated with that.
6    Q    Is that -- that's how it was done here?
7    A    They said venipuncture.
8    Q    Okay.
9    A    So there's no -- number one, there is no
10 stress.  It is done all the time for every drug
11 that we put through the FDA.  So this -- this is
12 not a stressful thing.
13    Q    The authors found a 10 percent reduction
14 of antioxidant capacity.  You indicate that on
15 page 51 of your report.
16        If you look at Figure 5, that result is
17 based on one hour following ingestion of 1 gram,
18 the highest single dose of acetaminophen, right?
19    A    There is no highest dose.  It's only one
20 dose, 1 gram four times a day.
21    Q    One gram is the maximum dose -- single
22 dose per acetaminophen product labels, right?
23    A    That's therapeutic dose.
24    Q    It's the maximum, right?
25        MR. ADAMS:  Object to form.

Page 290

1      THE WITNESS: Yes.
2  BY MR. PADGETT:
3      Q    And there's a 10 percent reduction based
4  on taking the samples one hour after ingestion,
5  right?
6      A    You look at -- Figure 5, you're looking
7  at one hour?
8      Q    Yes.
9      A    There is no one hour in Figure 5.
10 There's a 4-hour, 6 -- 5 hours, 10-hour, 14-hour.
11     Q    It says: "Serum total antioxidant
12 capacity determined by 10 percent recovery of
13 original signal as an indicator of the presence of
14 strong antioxidants within a sample, one hour
15 following ingestion of 1 gram paracetamol."
16     Do you see that?
17     A    Oh, I see what you're talking about.
18 Oh, those are days.  My apologies.  You're
19 correct.
20     Q    Okay.  And this was followed the same
21 throughout the study, right?
22     A    No.  Figure 4 tells you that they did it
23 hourly over four hours, and they actually looked
24 at it.
25     MR. ADAMS:  Counsel, one of the ways I

Page 291

1  protect my client from the grilling is the seven
2  hours are up.
3      MR. PADGETT:  Okay.  Note -- are we at
4  seven hours?
5      THE VIDEOGRAPHER:  7:02.
6      MR. PADGETT:  Okay.  Can I take two
7  minutes, three minutes to finish this line of
8  questioning?
9      MR. ADAMS:  Whenever somebody says two
10 to three, it usually turns out to five and ten.
11 What do I do?
12     MR. PADGETT:  How about two --
13     MR. ADAMS:  Two questions.
14     MR. PADGETT:  How about two questions?
15     MR. ADAMS:  Two questions, that's fair,
16 yes.
17 BY MR. PADGETT:
18     Q    Is a 10 percent decline a depletion in
19 your opinion of antioxidant capacity?
20     A    You see the stars on these studies?
21 It's -- these are antioxidant, which includes a
22 lot of glutathione and vitamin E and vitamin A and
23 vitamin D.  This is a lot of drug.
24     Q    You didn't answer my question.  Is it a
25 depletion of antioxidant capacity, a 10 percent

Page 292

1  drop?
2      A    Is it a depletion?  So your body remakes
3  it.  On day 14, it's way down.  It is going down.
4  How much more if you go 28 days?  I don't know the
5  answer.
6      Q    Does the Nuttall study indicate clinical
7  hepatotoxicity is occurring in the liver?
8      A    Nuttall doesn't do that, but Jetton did
9  show that.
10     MR. PADGETT:  Thank you for your time,
11 Dr. Louie.
12     THE WITNESS:  Thank you.
13     MR. ADAMS:  Take a short break off the
14 record.
15     THE VIDEOGRAPHER:  We're going off the
16 video record at 6:38 p.m.
17     (Recess.)
18     THE VIDEOGRAPHER:  We are going back on
19 the video record at 6:47 p.m.
20     EXAMINATION
21 BY MR. ADAMS:
22     Q    Dr. Louie, good afternoon.
23     Can you put in front of you your amended
24 report, Exhibit 21.
25     A    Yes.

Page 293

1      Q    I want you to turn to page 9.
2      Are you there?
3      A    Yes, I am.
4      Q    Paragraph 31, you write:  "I hold the
5  foregoing opinions to a reasonable degree of
6  scientific certainty."
7      Do you see that?
8      A    I do.
9      Q    What do you mean by "a reasonable degree
10 of scientific certainty"?
11     A    It's more likely to occur than not.
12     Q    Now, when we -- turn to -- let's see --
13 page 22 of your report.
14     A    Let me get to it.
15     Q    Yep.  You've got in your heading at
16 number 4, just above paragraph 66, you write:
17 "Analysis of lines of evidence that support the
18 causal association between prenatal acetaminophen
19 exposure and ASD/ADHD in outcomes."
20     Do you see that?
21     A    I do.
22     Q    And then you also use the phrase "causal
23 association" in subheading A.  Do you see that?
24     A    I do.
25     Q    When you -- when you used the phrase

Page 294

1  "causal association," what do you mean?
2      A   It's likely to occur.  It is going to --
3  it's going to cause it.
4      Q   And by the "it," what are we talking
5  about here?
6      A   That if you give acetaminophen to a
7  pregnant women for 28 days, it is likely to occur.
8      Q   Now, and the "it" that is likely to
9  occur, specifically in this case, what is the "it"
10 that you think will occur if you give the amount
11 of the therapeutic dose for the duration of time
12 that you looked at?
13     A   It's going to increase the risk of
14 getting ASD or ADHD.
15     Q   And that opinion is that that risk is
16 increased by?
17     A   Twofold.
18     Q   Now, let's turn to page -- paragraph 17
19 of your report.
20     A   Paragraph 17?
21     Q   Yeah.  Before I ask you any questions
22 about that, now, you were asked to do a --
23 something in this case, right, and you identify it
24 in paragraph 15?
25     A   In paragraph 15.

Page 295

1      Q   Yep.
2      A   Yes.
3      Q   The assignment that was given to you, is
4  that something that clinical pharmacologists like
5  yourself are trained to do?
6      A   I am, and most clinical pharmacologists
7  are able to do this.
8      Q   Now, what you've been assigned to do in
9  this case is to look at the publicly available
10 evidence to determine the duration and dose or
11 duration at which prenatal exposure to
12 acetaminophen increases the risk of developing
13 autism spectrum disorder and ADHD, true?
14         MR. PADGETT:  Objection.  Leading.
15 Object to form.
16 BY MR. ADAMS:
17     Q   Right?
18     A   That's what it says.
19     Q   And did you do that in this case?
20     A   I did.
21     Q   Now, when you -- when you did that, did
22 you use an approach or a methodology that you made
23 up, or did you use one that -- withdrawn.  Let me
24 ask a better question.
25         When you did your assignment, did you

Page 296

1  use a methodology or approach that you made up
2  specifically for this case, or did you use one
3  that -- that you've been using standard for your
4  career?
5          MR. PADGETT:  Object to form.
6          THE WITNESS:  What I did in forming my
7  opinion and my search, I do what's standard, and
8  that standard is called -- we actually have a
9  class on that.  It's called "Medical Literature
10 Evaluation."  So all pharmacists, pharmacologists,
11 and even graduate students now are -- you know,
12 are taught how to do this.
13 BY MR. ADAMS:
14     Q   And that -- I point you to paragraph 17
15 of your report.  You mention in your report at
16 paragraph 17 a "Medical Literature Evaluation,
17 MLE."  Do you see that?
18     A   I do.
19     Q   Can you describe for us generally what
20 that is?
21     A   Well, it's a course that teaches you how
22 to address a -- a scientific question.  It could
23 be pharmacology based.  It could be just a disease
24 base.  So it's agnostic to that.
25         What it does is that it -- when there's

Page 297

1  a question, you need to formulate the question.
2  And when you formulate the question, you should be
3  able to have search terms.
4          So therefore, what we do is normally get
5  the major search terms, put it in PubMed, which is
6  a national library of -- I guess of medicine.  And
7  so what we do is, at that point it will generate a
8  list of papers, and from these papers, we could
9  refine them.  What we do is we review the papers,
10 look at the abstracts, and see if we can refine
11 the subject matter.
12     Q   Let me point you to paragraph 18 of your
13 report.  At the -- in the last sentence at the
14 bottom, there's two lines on the bottom, I see the
15 word "PICO methodology" there.
16     A   Yes, I see that.
17         MR. PADGETT:  Object to form.
18 BY MR. ADAMS:
19     Q   What is a PICO methodology?
20     A   So it stands for -- PICO is -- is
21 abbreviation for populate -- the P stands for
22 population, patient or even problem.  The I stands
23 for intervention.  And the intervention could be
24 not just the drug or the intervention but the dose
25 and the -- the -- and the frequency you give that.

Page 298

1 C stands for comparison, control.  So therefore,
2 is -- are the studies well controlled?  Are the
3 studies -- do they have -- is it -- is it
4 stratified?
5      Q   Is this -- is this methodology a
6 methodology that is -- that is unique to --
7 withdrawn.
8          Is it a methodology that is used
9 standard in your field or not?
10     A   Well, we teach it.  Number one, we teach
11 it to every student, every pharmacy student gets
12 it.  And our PhD students, they learn it, but they
13 don't learn it just by class.  We -- what we do is we
14 take a paper, we break it apart for them, and so
15 how valid is the paper, what are the limitations.
16     Q   In doing your MLE methodology in this
17 case, did you utilize the PICO methodology in any
18 way?
19     A   I did.
20     Q   And how do you use the PICO methodology?
21     A   So I think I say in my -- in my report
22 that I put in the -- the three major search terms:
23 "Acetaminophen," which is the drug, "pregnancy,"
24 and then what I did was I put "autism spectrum
25 disorder" or "autism."  I -- all of those minutia

Page 299

1 we use.  And then take that out and put "ADHD"
2 versus the entire word.  So therefore, I try to
3 cast as wide a net as I can.
4      Q   In using the PICO methodology, is that
5 something that is common or uncommon in your field
6 when you're trying to come up with the answer to
7 the question that -- that you were asked to come
8 up with in this case?
9          MR. PADGETT:  Object to form.
10          THE WITNESS:  We use it.  We don't -- we
11 may not talk, you know, like this is the PICO
12 method, but it's -- it is how we train all our
13 students.  And the reason we train all our
14 students, because there's a discipline called drug
15 information where a lot of our students go to drug
16 companies and answer questions for clinicians.
17 BY MR. ADAMS:
18     Q   This MLE methodology, is that something
19 that if someone wanted to try to figure out what
20 it is, what -- if it has steps, if it actually
21 exists, would you be able to find that anywhere?
22 Is it published anywhere?
23     A   There's books that -- that we use.  I
24 think we have chapters in books as how to -- we
25 call it how to address clinical questions.

Page 300

1 Everybody has a different -- they call it
2 differently for the course, but the course is
3 essentially looking at biostatistics, looking at
4 how to use databases.  It includes how to develop
5 the question.  How do you know that you're right?
6 And is there -- is there more than one level of
7 evidence?  Do you -- and what we try to teach the
8 students is that if there's more than one level of
9 evidence, do you develop confidence in your
10 decision-making?
11     Q   Without looking at the book or a book,
12 based on your experience, Dr. Louie, would you be
13 able to just generally walk us through the steps
14 of the MLE that you use in your field and that you
15 used in this case?
16     A   I -- I think I can.  It's -- I do this
17 almost every day because I read papers every day.
18         One of the first things is, what
19 journal was it published in?  Right.  Is it a good
20 journal?  Is there a -- and so you can tell that
21 by something called impact factor.  And impact
22 factor of 1 is -- is -- I believe it's average.
23 Impact of greater than 10 is considered
24 outstanding.  So therefore -- and don't look at
25 the levels like 1, 2, 3, 4, it gets better.  There

Page 301

1 is quantum leaps above 10.
2      Q   Let's take a look at paragraph 65 of
3 your report.
4      A   Paragraph 65?
5      Q   Yeah.  Now -- are you there?  It's on
6 page 21.
7      A   Yeah.  Yes.
8      Q   One of the things you write in there
9 about one of the -- I guess the studies is this
10 2021 Consensus Statement as published in the
11 Nature Reviews Endocrinology, and then you write
12 it's a well-respected and rigorously peer-reviewed
13 journal.
14         Do you see that?
15     A   I see that.
16     Q   Is that -- is that something that you
17 factor into when you're -- when you're evaluating
18 studies to come up with the answer that you would
19 give in this case?
20         MR. PADGETT:  Object to form.
21         THE WITNESS:  That is a standard thing I
22 look at.  I look at the paper.  If it's from the
23 New England Journal of Medicine versus Nature,
24 which are considered the most outstanding impact
25 factors, compared to something called

Page 302

1 Pharmacotherapy, which is -- has a good impact
2 factor of 4, 3 to 4.
3       But I'm going to look at the higher
4 impact journals because they have been rigorously
5 reviewed by the peer reviewers themselves.  And so
6 sort of give you the idea that where it's
7 published tells you who's looking at it and how
8 hard they look at it.
9 BY MR. ADAMS:
10   Q   As part of your evaluation as to the --
11 what studies are useful or not, do you take into
12 consideration the -- the study design?
13   A   Oh, absolutely.  There's two things that
14 you always look at, right.  And I might have
15 missed this.  Not only where is it published, who
16 are the authors.  So are the authors known to be
17 people who are leaders in the field.
18       And I also look at if the papers -- who
19 funds them, because you -- if it's, let's say, a
20 drug company funding the paper, there may be some
21 conflicts, there may be some bias.  And -- but if
22 it's supported by the NIH or using all these big
23 grants, and some of these studies were supported
24 by the NIH.  In fact, I think most of them were
25 supported by the NIH.

Page 303

1   Q   In doing your MLE methodology, let's
2 focus on the study design, did you -- did you
3 consider that factor in doing your -- your
4 evaluation?
5   A   I always do.  I always look at several
6 things.  What's the number?  Do they have a
7 control group?  What is the control group?  Right,
8 what is the control group?  And how long did
9 they -- did they look over this?  How big -- not
10 only how big is the cohort, when was the cohort
11 developed?  And has there been a change in the way
12 we -- we treat patients?
13       Is there different technology?  Like,
14 for example, in the olden days we use HPLC.  Now
15 we use LC-MS or liquid chromatography-mass
16 spectometry, which is a lot more precise and a lot
17 more sensitive.
18   Q   If you turn to paragraph 71 of your
19 report.
20   A   Mm-hmm.
21   Q   The first sentence you write:  "I assign
22 the greatest weight to Brandlistuen 2013 because
23 it employed the strongest study design."
24       Do you see that?
25   A   I do.

Page 304

1   Q   And then you look at paragraph 74,
2 and you say regarding the Ystrom:  "The findings
3 by Brandlistuen et al. were supported by Ystrom
4 et al., and which I also gave weight to because of
5 its strong study design."
6       Do you see that?
7       MR. PADGETT:  Object to form.
8       THE WITNESS:  I do see that.
9 BY MR. ADAMS:
10   Q   Can you tell us whether or not this is
11 an example of you using this study design factor
12 or is it telling us something else?
13   A   Well, if you look at my paragraph 74 --
14 one, two, three, four -- line 4, I said "this
15 cohort."  I always highlight -- give an overview
16 of what the study design looked like.  It says
17 involved 112,000, over 120 -- 112,000 offsprings
18 with children -- with 2,246 children diagnosed
19 with ADHD.
20       So I always ask the question, is this --
21 is the number -- the frequency, is it what I
22 expect or is it higher than what I expect?  And if
23 it's higher than I expect, what makes it go up?
24 So therefore, I can understand what the -- the
25 control and the noise may be.

Page 305

1   Q   I'm not going to go over all the
2 factors.  I just want to focus on one last factor
3 in this -- the MLE methodology.
4       Is one of the factors in this
5 methodology that you would look to how other
6 authors interpret the same studies, and then see
7 whether or not they're consistent with your
8 interpretation?
9       MR. PADGETT:  Object to form.
10       THE WITNESS:  Normally when I read a
11 paper, I always tell my students and myself to be
12 agnostic on what the conclusions were.  I not only
13 look at the abstract, I look at the methods and I
14 look at the data.
15       And there's a reason why I do that.
16 Does the data match the abstract?  And does -- are
17 the authors overinterpreting or underinterpreting?
18 There are -- I have actually found papers that
19 underinterpret, and to my advantage, I published
20 on them.  And so therefore, they didn't look at
21 that.  I did the same study, and this time I
22 looked at it, and I got it published.
23 BY MR. ADAMS:
24   Q   Is the MLE methodology a reliable or an
25 unreliable way to come up with the answer to the

Page 306

¹ question that you were asked in this case?
²         MR. PADGETT: Object to form.
³         THE WITNESS: Well, it's -- it's the
⁴ standard. If that's the standard -- and this is
⁵ what we teach all of our students -- you know,
⁶ it's -- it would be very hard to say that it's --
⁷ it's an invalid method because this is what we've
⁸ been teaching the students, easily when I was a
⁹ student, and it's about 35 years now -- don't
¹⁰ laugh -- but we still teach it, and it is still a
¹¹ fundamental course in our curriculum. In fact, I
¹² think it's a required course.
¹³ BY MR. ADAMS:
¹⁴    Q    I want you to pull in front of you
¹⁵ Exhibits 27 and 28.
¹⁶    A    27, 28. Can you tell me the paper?
¹⁷    Q    Yes, they're the Liew papers. So 27 --
¹⁸ I'm sorry, I should have done this -- 27 is -- 28
¹⁹ is Liew 2016, and 27, I think it has a --
²⁰    A    It's the Liew paper.
²¹    Q    Yeah, it's the other Liew paper. I
²² don't have the date on it. 2014.
²³    A    I'm sorry, I have so many papers. Oh,
²⁴ you have it? Can I --
²⁵    Q    Well, I have my copies.

Page 307

¹    A    The Liew -- what year?
²    Q    So let's start with the 2016, so that
³ will be Exhibit 28.
⁴    A    I probably lost my copy. Somewhere --
⁵ it's here somewhere. My apologies.
⁶         I don't have it in here. I've got Liew
⁷ 2014. Can we start with that?
⁸    Q    Let's start with 2016, 28.
⁹    A    It's empty.
¹⁰         MR. ADAMS: Ben, can you see if you can
¹¹ find that for him over there?
¹²         THE WITNESS: Oh, I know where it is.
¹³ It's back there.
¹⁴ BY MR. ADAMS:
¹⁵    Q    Watch your microphone.
¹⁶    A    This is Liew, right? This one, 27, yes.
¹⁷         Let me get my mic back. Sorry.
¹⁸         MR. PADGETT: 28 is 2016.
¹⁹         THE WITNESS: No, it's Exhibit 27.
²⁰ BY MR. ADAMS:
²¹    Q    No, we're going to start with
²² Exhibit 28. I have this as the 2016.
²³    A    Okay. And -- okay, I got that. This
²⁴ one.
²⁵    Q    Yes.

Page 308

¹    A    Okay.
²    Q    Counsel asked you some questions about
³ this study, specifically about whether or not this
⁴ study adjusted for familial and genetic
⁵ confounding.
⁶         Do you remember that?
⁷    A    Yes.
⁸    Q    I want you to take a look at page 953 of
⁹ the study.
¹⁰    A    Okay, 953.
¹¹    Q    Yes. And I want you to look at the
¹² paragraph -- it's the first full paragraph on the
¹³ left side that starts "All models were adjusted."
¹⁴    A    I see it.
¹⁵    Q    I want you to read that paragraph, and
¹⁶ then after you read that paragraph, tell us
¹⁷ whether or not that sheds any light at all as to
¹⁸ whether or not this study confounded for any
¹⁹ familial and genetic confounding.
²⁰    A    Yes, it did. It talked about
²¹ self-reported maternal psychiatric illness.
²² Mothers were asked if they had seen a doctor or a
²³ psychologist because of depression, anxiety,
²⁴ childhood psychiatric disorders or other mental
²⁵ health problems.

Page 309

¹    Q    Does it shed any light as to whether or
² not this study --
³    A    Yeah, it does.
⁴    Q    -- adjusted?
⁵    A    It does. It was adjusted, according
⁶ to -- to this paper.
⁷    Q    Now, one of the things you testified to
⁸ earlier was that in your own research you used
⁹ Tylenol to induce hepatotoxicity in mice.
¹⁰         Do you recall that testimony?
¹¹    A    Hepatotoxicity in mice, yes.
¹²    Q    And you testified 150 milligrams per
¹³ kilogram is not always heptatoxic -- hepatotoxic,
¹⁴ right?
¹⁵         MR. PADGETT: Object to form.
¹⁶         THE WITNESS: That's what I said.
¹⁷ BY MR. ADAMS:
¹⁸    Q    Can you clarify what you meant by that?
¹⁹    A    Even though you give 150 milligram per
²⁰ kilogram in a mice, not all of them develop
²¹ hepatotoxicity signs or histological.
²²    Q    Could something cause liver function but
²³ still be considered within the range of an
²⁴ equivalent human therapeutic dose?
²⁵         MR. PADGETT: Object to form.

Page 310

1     THE WITNESS:  I think I mentioned that
2  in my report, as well as in my testimony here,
3  that Jetton et al. used below 1 gram given four
4  times a day, had signals of hepatotoxicity.
5  That's normal dose.  Or normal therapeutic dose.
6  Yes, that can occur.
7     MR. ADAMS:  I have no further questions
8  at this time.
9     MR. PADGETT:  You don't have any
10  additional exhibit -- I thought you said you --
11  you don't have an additional exhibit?
12     MR. ADAMS:  I'm not sure I understand
13  the question.
14     MR. PADGETT:  Never mind.
15     How long was that?
16     THE VIDEOGRAPHER:  25 minutes.
17     MR. PADGETT:  We can take a short break.
18  We get an equal --
19     MR. ADAMS:  Go off the record.
20     MR. PADGETT:  We can switch places.
21     THE VIDEOGRAPHER:  We're going off the
22  video record at 7:13 p.m.
23     (Recess.)
24     THE VIDEOGRAPHER:  We are going back on
25  the video record at 7:30 p.m.

Page 311

1     FURTHER EXAMINATION
2  BY MR. PADGETT:
3     Q   Dr. Louie, just a few follow-up
4  questions about some things that doctor -- or that
5  Mr. Adams discussed with you.
6     You were talking about your -- your MLE
7  methodology, and you were talking about the search
8  terms that were used to find the studies that you
9  reviewed, and those search terms that you were
10  using included "acetaminophen," "ASD" or autism,
11  "ADHD," attention-deficit/hyperactivity disorder,
12  and then you did kind of a special search for
13  glutathione issues, right?
14     A   No, I said -- it's in my report that
15  says, "acetaminophen," "pregnancy," "ASD."  Then I
16  take the ASD out, and then "ADHD."
17     Q   What about the -- you mentioned there
18  was a separate search on glutathione.
19     A   I did that separately, yes.
20     Q   Okay.  And was that part of your -- your
21  MLE methodology?
22     A   Using the same methodology.
23     Q   Okay.  And we discussed Exhibit 43, if
24  you want to look at it, was the Raijmakers --
25     A   Okay.

Page 312

1     Q   -- study.  I believe it's Raijmakers
2  is --
3     MR. ADAMS:  I have to object to being
4  beyond the scope of what I asked.  Can we -- can
5  you promise me that this is within the scope?
6     MR. PADGETT:  It's -- this is totally
7  within the scope of your M- -- of your MLE
8  questioning.
9     MR. ADAMS:  All right.
10  BY MR. PADGETT:
11     Q   Raijmakers study 2001, right?
12     A   Exhibit 43.
13     Q   Yes.
14     A   Mm-hmm.
15     Q   That's the Raijmakers, and that is about
16  glutathione in embryonic and early fetal tissues,
17  right?
18     A   That's correct, which looks like only
19  one sample per time point.
20     Q   Okay.  That study was not on your
21  materials -- list of materials, and it was not a
22  study that you reviewed before issuing either one
23  of -- any of your reports in this case, right?
24     A   I don't remember seeing it.
25     Q   Okay.  And I think it was Exhibit 31,

Page 313

1  the Bandoli study.
2     A   31.
3     Q   It is the Bandoli 2019 study.
4     Somebody likes their Huey Lewis.
5     Exhibit 31.
6     A   I'm down to 35, 33 -- oh, shoot, I don't
7  have it.  Where is it?
8     Do you have an extra copy?
9     Q   It's Exhibit 31.
10     A   I don't have it here.  29, 24.
11     MR. PADGETT:  Can we go off the record?
12     MR. ADAMS:  What are we looking for?
13     MR. PADGETT:  Exhibit 31, the Bandoli
14  study.
15     THE WITNESS:  I can't find it.
16     THE VIDEOGRAPHER:  Going off the record.
17  One moment.
18     MR. PADGETT:  Do you have a copy of
19  that, Julien?
20     THE VIDEOGRAPHER:  We're going off the
21  video record at 7:35.
22     THE WITNESS:  Okay, thank you.
23     (Pause in the proceedings.)
24     THE VIDEOGRAPHER:  Go back on.  We are
25  going back on the video record at 7:35 p.m.

Page 314

```
 1   BY MR. PADGETT:
 2      Q   Okay.  And you were saying that
 3   pregnancy, acetaminophen, that should have been --
 4   studies relating to those two search terms should
 5   have been included in your MLE methodology and
 6   your search terms.  Agree?
 7      A   No, I don't agree.
 8      Q   Okay.  Your search terms pursuant to
 9   your MLE methodology included "acetaminophen" and
10   "pregnancy," correct?
11      A   And those AS -- "ASD" or "ADHD."
12      Q   And so they had to include "ASD" or
13   "ADHD"?
14      A   That's what the terms were.  That's what
15   I was asked to address.
16      Q   Okay.  And there were -- you did not as
17   a part of your methodology look for studies on
18   acetaminophen and pregnancy related to use -- the
19   frequency of use and comorbidity factors for ASD
20   or ADHD.
21          MR. ADAMS:  Object to form.
22   BY MR. PADGETT:
23      Q   Did your search terms include that?
24          MR. ADAMS:  Object to form.
25          THE WITNESS:  I think I -- I stated in
```

Page 315

```
 1   my report how I did it.
 2   BY MR. PADGETT:
 3      Q   Okay.
 4      A   And the number of hits.  And I don't
 5   recollect this because this does not talk about
 6   ASD or ADHD.  Or am I missing it?
 7      Q   This was part of the mother to baby, the
 8   MoBa cohort, right?
 9      A   I don't know that.
10          This is not the MoBa.  Definitely not.
11      Q   Oh, the mother to baby study?
12      A   They're not the same.
13      Q   Okay.  So your methodology did not
14   involve an examination of looking at acetaminophen
15   use and frequency of use compared to risk factors
16   for ASD or ADHD unless it contained the words
17   AD -- "ADHD" or "ASD"?
18          MR. ADAMS:  Object to form.
19          THE WITNESS:  You're starting to add
20   things, so it's really confusing.  So if you could
21   break down your questions, it would be helpful.
22   BY MR. PADGETT:
23      Q   Well, why don't we -- why don't you --
24   can you explain to me why the Bandoli study was
25   not located or a part of your reference materials
```

Page 316

```
 1   as a part of your search?
 2          MR. ADAMS:  Object to form.
 3          THE WITNESS:  So, Counsel, I did it not
 4   only with the PubMed, I also did a Google search,
 5   and neither of them came up with this paper.
 6   BY MR. PADGETT:
 7      Q   Okay.  And if you look at reference 12
 8   of Bandoli, it says:  "Association" -- and this is
 9   the Hoover study -- "association between prenatal
10   acetaminophen exposure and future risk of
11   attention-deficit/hyperactivity disorder in
12   children."  Right?
13      A   I see it.
14      Q   Okay.  Your search terms should have
15   picked up the Bandoli study, which is about the
16   frequency of acetaminophen use and characteristics
17   of risk factors that have been, as you testified,
18   associated with ASD or ADHD, right?
19          MR. ADAMS:  Object to form.
20          THE WITNESS:  Counsel, it didn't show
21   up.  And so you keep telling -- I don't run -- I
22   have no idea how -- how these computers work.  I
23   never -- and if it doesn't come out, I wouldn't
24   know.
25          And if I did look at this, I'm trying to
```

Page 317

```
 1   understand how this even relates to ASD and ADHD
 2   because it just talks about other issues.  So I
 3   would read it, but I don't know how to incorporate
 4   that.
 5   BY MR. PADGETT:
 6      Q   Your MLE methodology, as Mr. Adams
 7   walked through with you, resulted in the opinions,
 8   according to your testimony, that are laid out in
 9   your report, right?
10      A   I used the search.  I expanded the
11   search.  I looked at review articles.  I looked at
12   pertinent articles.  But if this is the only paper
13   I missed -- and like I said, "ASD" and "ADHD" is
14   not in this paper.  So there -- it makes sense, it
15   didn't connect.
16      Q   Well, what do you -- it's referenced in
17   reference 12 -- number 14, reference 14 is:  "Use
18   of acetaminophen during pregnancy and the risk of
19   autism spectrum disorder in offspring."
20          Do you see that?
21      A   Where are you talking about this?
22      Q   Reference 14 in the Bandoli study.
23      A   Mm-hmm.
24      Q   Do you see that?  "Use of acetaminophen
25   during pregnancy and the risk of autism spectrum
```

1  disorder in the offspring."

2        Are you saying that your search terms

3  didn't capture references in these studies that

4  you were looking for?

5        MR. ADAMS:  Object to form.

6        THE WITNESS:  Is this number 14?

7  BY MR. PADGETT:

8     Q   Yes.

9     A   It looks like a review article.

10    Q   But according --

11    A   Wait, wait, wait.  I'm looking for --

12 your -- a review article is -- is not a primary

13 article.  Your -- your expert witness gets mad

14 that I use a review article, and yet they can use

15 a review article.

16       I'm just asking the question.  I cover

17 as many papers as I can.  I was agnostic in what

18 I'm doing.  I did not do anything, and you're

19 essentially saying that I did this -- sort of put

20 me in a box that I -- I -- I cherry-picked this,

21 as we would call it.

22    Q   Or did not cherry-pick this.

23    A   I'm offended.  I want to say that to

24 you.  I never saw this.  I was very -- very honest

25 with you that when I didn't see a paper, I didn't

1  see it.

2        But if there's that much data and it was

3  so pertinent, tell me where does this show you

4  that there's ASD/ADHD in this paper.

5     Q   I guess my question, Dr. Louie, is that

6  is if acetamin- -- if acetaminophen and ASD and

7  ADHD are contained in this paper, it should have

8  popped up on your search terms as a part of your

9  MLE protocol.

10    A   How do you know?

11       MR. ADAMS:  One second.  Let him finish

12 the question.

13       Object to form.

14       THE WITNESS:  Can I answer?

15 BY MR. PADGETT:

16    Q   Go ahead.

17    A   How do you know that that's how the -- I

18 don't know how Medline works or PubMed works.  If

19 you do know, let me know.

20    Q   Did -- I think -- do you recall -- I

21 don't -- I think I may have raised this.

22       Do you recall reading a study that

23 looked at insurance records of acetaminophen use

24 for pregnant women to arrive at a cumulative dose

25 and used that to calculate that cumulative dosing

1  and pair it to the risk of autism or ADHD called

2  Chen 2019?  Do you recall seeing that study?

3     A   I don't have the paper in front of me,

4  so I don't know.

5     Q   If it was not on your list -- your list

6  of materials, would the studies that you located

7  and found and relied on, were those included in

8  your list of materials that came with your report?

9     A   It should be.

10    Q   I think it was Exhibit 47, Klein -- the

11 Klein 2020 study.

12       Let me know when you're able to locate

13 it.

14    A   47?

15    Q   Yeah, 47.

16       I promise I'm not stealing any exhibits.

17    A   I'm sorry?

18    Q   I promise I'm not stealing any exhibits.

19       THE WITNESS:  Thank you.

20 BY MR. PADGETT:

21    Q   Mr. Adams just put Klein 2020 before you

22 now?

23    A   Yes.

24    Q   Okay.  When we talked about Klein 2020,

25 it didn't replicate findings of Rigobello, and

1  your testimony -- and that was not on your list of

2  materials, correct, Klein 2020?

3     A   No, it wasn't.  But as I told you, there

4  was a real problem with this paper because 2.33 is

5  using a very bad assay.

6     Q   Okay.  And --

7     A   I would have rejected it because of that

8  even if I did find it.

9     Q   Okay.  Could you turn to, and I hate to

10 ask this, Exhibit 46, which is the Rigobello --

11    A   Yes.

12    Q   -- 2021 study.

13    A   2021 -- yes, okay.

14    Q   What assay method did the Rigobello 2021

15 study use?

16    A   They used the same.

17       MR. PADGETT:  Okay.  That's all the

18 questions I have.  Thank you, Mr. Louie.

19       THE WITNESS:  Are we done?

20       MR. ADAMS:  Yes.

21       THE VIDEOGRAPHER:  Ready to conclude?

22 Hold on, please.

23       This concludes the video deposition of

24 Dr. Stan G. Louie.  Going off the record at

25 7:48 p.m.

Page 322

```
 1  (Whereupon, the deposition of
 2  STAN G. LOUIE, PharmD was concluded
 3  at 7:48 p.m.)
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 324

```
 1      INSTRUCTIONS TO WITNESS
 2      Please read your deposition over carefully and
 3  make any necessary corrections.  You should state
 4  the reason in the appropriate space on the errata
 5  sheet for any corrections that are made.
 6      After doing so, please sign the errata sheet
 7  and date it.
 8      You are signing same subject to the changes
 9  you have noted on the errata sheet, which will be
10  attached to your deposition.  It is imperative
11  that you return the original errata sheet to the
12  deposing attorney within thirty (30) days of
13  receipt of the deposition transcript by you.  If
14  you fail to do so, the deposition transcript may
15  be deemed to be accurate and may be used in court.
16
17
18
19
20
21
22
23
24
25
```

Page 323

```
 1    CERTIFICATE OF CERTIFIED SHORTHAND REPORTER
 2      The undersigned Certified Shorthand Reporter
 3  does hereby certify:
 4      That the foregoing proceeding was taken before
 5  me at the time therein set forth, at which time
 6  the witness was duly sworn; That the testimony of
 7  the witness and all objections made at the time of
 8  the examination were recorded stenographically by
 9  me and were thereafter transcribed, said
10  transcript being a true and correct copy of my
11  shorthand notes thereof; That the dismantling of
12  the original transcript will void the reporter's
13  certificate.
14      In witness thereof, I have subscribed my name
15  this date:  August 7, 2023.
16
17      _____
18        LESLIE A. TODD, CSR, RPR
19        Certificate No. 5129
20
21  (The foregoing certification of
22  this transcript does not apply to any
23  reproduction of the same by any means,
24  unless under the direct control and/or
25  supervision of the certifying reporter.)
```

Page 325

```
 1        - - - - - -
 2        E R R A T A
 3        - - - - - -
 4  PAGE LINE CHANGE
 5  ____ ____ _____
 6  REASON: _____
 7  ____ ____ _____
 8  REASON: _____
 9  ____ ____ _____
10  REASON: _____
11  ____ ____ _____
12  REASON: _____
13  ____ ____ _____
14  REASON: _____
15  ____ ____ _____
16  REASON: _____
17  ____ ____ _____
18  REASON: _____
19  ____ ____ _____
20  REASON: _____
21  ____ ____ _____
22  REASON: _____
23  ____ ____ _____
24  REASON: _____
25
```

Page 326

1    ACKNOWLEDGMENT OF DEPONENT

2    I,_____, do hereby

3  certify that I have read the foregoing pages, and

4  that the same is a correct transcription of the

5  answers given by me to the questions therein

6  propounded, except for the corrections or changes

7  in form or substance, if any, noted in the

8  attached Errata Sheet.

9

10 _____

11 STAN G. LOUIE, PharmD          DATE

12

13

14 Subscribed and sworn to

15 before me this

16 _____day of_____,20____.

17 My commission expires:_____

18 _____

19 Notary Public

20

21

22

23

24

25

**WORD INDEX**

**< 0 >**
**0.1** 228:*12*
**0.5** 235:*9, 18*
**0.56** 127:*5*
**0.5X** 163:*5*
**0.65** 87:*1*
**0.75** 126:*23, 24* 127:*21*
**0.87** 124:*20*
**0.99** 128:*8*
**00966** 3:*15*
**03043-DLC** 1:*6*
**05** 277:*1*

**< 1 >**
**1** 1:*24*
121:*8*
124:*9*
125:*3, 23*
126:*7, 19*
140:*6*
150:*10, 16*
151:*12*
171:*25*
172:*6, 13, 25*
174:*4*
191:*9*
193:*3*
194:*6, 7*
196:*12, 13, 18* 200:*17, 19* 214:*1*
215:*12, 23*
218:*3, 17*
219:*1*
220:*17*
223:*7*
226:*4*
227:*18*
228:*4, 5, 21*

230:*25*
233:*15*
235:*15, 18, 20* 236:*5, 19*
237:*19*
238:*1, 2, 16, 22* 240:*4*
269:*9*
278:*17*
280:*1, 7*
281:*9*
287:*21, 25*
289:*17, 20*
290:*15*
300:*22, 25*
310:*3*
**1,000** 87:*12*
212:*24*
213:*9*
214:*8, 9, 19*
**1.0** 125:*16, 25* 126:*4, 13, 17, 21* 127:*7, 8* 134:*25*
149:*21*
216:*13, 22*
235:*9*
**1.03** 127:*6, 22*
**1.06** 119:*18*
125:*14*
127:*18*
**1.13** 124:*18*
**1.23** 143:*10*
**1.5** 234:*19, 20* 236:*5*
240:*17*
**1:22-md** 1:*5*
**1:59** 157:*24*
**10** 64:*11*
65:*8*
147:*23*
176:*20*
179:*24*

190:*19, 25*
193:*3*
235:*6, 7*
289:*13*
290:*3, 12*
291:*18, 25*
300:*23*
301:*1*
**10:04** 49:*4*
**100** 180:*20*
228:*12*
230:*2*
**1000** 97:*21*
**1000-fold**
193:*18, 22*
**101** 17:*20*
18:*2*
**105** 183:*1*
**1059** 201:*20*
**1063** 202:*15*
**108** 260:*19*
261:*2*
**109** 262:*4*
**10-hour**
290:*10*
**11** 3:*23*
196:*14*
211:*18*
**11.7** 258:*3*
**11.72** 258:*8*
**11:05** 94:*15*
**11:19** 94:*18*
**11:28** 102:*7*
**11:31**
102:*10*
**110** 5:*25*
6:*8*
**111** 6:*11, 15*
**112** 6:*20, 25*
87:*4* 93:*14, 16* 98:*13*
99:*2, 10*
101:*23*
102:*20*

**112,000**
87:*5* 304:*17*
**117** 7:*8*
**12** 5:*3*
176:*20*
316:*7*
317:*17*
**12.7** 197:*5, 10*
**12:37**
147:*21*
**12:47** 154:*5*
**12:54** 154:*8*
**12:59**
157:*21*
**120** 304:*17*
**13** 5:*14, 16*
190:*17, 22, 23* 243:*13, 15* 244:*10*
245:*15*
248:*5*
**130** 227:*16, 22, 23, 24*
**131** 228:*1, 11, 15*
**137** 252:*23*
**13-week**
245:*1*
**13-week-old**
247:*22*
**14** 15:*12*
134:*12*
237:*9, 13, 14, 16* 285:*25*
292:*3*
317:*17, 22*
318:*6*
**14,000** 98:*18*
**140** 47:*18, 20*
**148** 268:*23, 25* 269:*1*
272:*3, 5*

**14-hour**
290:*10*
**14th** 47:*21*
**15** 24:*18*
25:*5* 67:*10, 13, 14, 24*
134:*12, 22*
228:*13*
286:*21*
294:*24, 25*
**150** 30:*17*
33:*6, 8*
80:*2*
208:*12*
220:*2, 10*
282:*22, 24*
309:*12, 19*
**150-fold**
207:*5*
**152** 7:*13*
**1530** 209:*14, 16, 18*
**159** 144:*3*
**16** 68:*4, 5*
207:*15*
**165** 7:*19*
**1651** 207:*13*
**17** 195:*13, 19* 196:*7*
205:*6, 7, 14, 23, 25*
294:*18, 20*
296:*14, 16*
**1711** 131:*21, 24*
**178** 271:*20, 25* 272:*1, 3, 4*
**18** 6:*5*
83:*3, 6, 11, 14, 22*
212:*22*
226:*4*
230:*20*

240:*13*
297:*12*
**18,200**  87:*4*
**18.2**  87:*4*
93:*14, 16*
98:*1, 2, 13*
99:*1, 10*
101:*23*
102:*19*
108:2, *15, 19*
**180**  240:*17*
**184**  7:*23*
**19**  85:*12*
271:*4*
285:*24*
**191**  7:*25*
**194**  8:*9*
**195**  8:*11*
**1969**  260:*3*
**198**  227:*9,
19*  228:*3*
**1988**  194:*9,
11, 20, 21, 22*
195:6
201:*8, 11*
202:*12*
235:*21*
236:*5, 22*
237:*23, 25*
239:8
**199**  8:*16*
**1990**  195:*3*
198:*24*
199:*4, 11*
200:*15*
241:*20*
**1997**  203:*15*
**1999**  203:7
204:*9, 10*
**1A**  216:*3*
237:*4*
**1-gram**
185:*14*

**< 2 >**
**2**  11:*18, 19*
118:*16*
119:5, 9
121:8
122:*9, 23*
124:*3, 5, 7, 8*
134:*8, 22*
135:*18*
140:6
143:8
145:*24*
146:*13*
147:6
166:*25*
180:5
184:6
186:9
191:9
193:*3*
196:*11*
201:*24*
202:*16*
207:*10*
209:*14, 16,
18*  215:9
218:*4, 18*
219:*1*
226:*4*
228:*5, 6, 23*
235:*18*
242:*25*
243:*1, 12, 16*
257:*4, 11, 12*
300:*25*
**2,246**  304:*18*
**2,919**  113:7
**2.0**  105:*1*
124:*22*
216:*14, 17*
**2.02**  118:*12,
20*  119:*14*

123:*3*
**2.33**  321:*4*
**2.77**  120:7,
9, 12, 20*
121:*3*  122:9
**2.77-fold**
120:*18*
**20**  97:*22*
98:*3*  99:*8*
100:*18*
101:*14*
102:*16*
106:22
127:*18*
143:*16*
144:*24*
224:*12*
228:*16*
284:7
**200**  220:2,
*11*
**2000**  150:*10,
14, 15*
268:*11*
**2001**  150:*14*
242:*12*
248:*24*
312:*11*
**2003**  285:*18,
20*
**2009**  204:*18,
23*  209:2
**201**  2:7  3:6
**2010**  214:24
**2011**  262:*13,
16*
**2012**  80:*20*
81:*1*  262:*15*
**2013**  110:*12*
113:2
130:9
131:*15*
133:*15*
303:22

**2014**  103:*14*
111:*23*
138:24
139:*3, 6*
140:*21, 25*
141:*1, 2, 23*
142:9
306:22
307:7
**2016**  103:*14*
111:9, *16*
112:7, 8
140:*11, 23*
142:*20*
143:8
144:*22, 25*
148:*3*
151:*5*
306:*19*
307:2, *8, 18,
22*
**2017**  111:*12,
14, 15*
165:*21*
166:*12, 17*
167:*4*
168:22
172:*4*
173:*19*
212:5
246:*12*
247:9
248:*10*
249:8, *23*
**2019**  13:*17*
153:*1*
154:*11*
173:*19*
211:*21*
212:8
313:*3*  320:2
**2020**  158:*21,
23*  159:2, *8*
160:*4*

254:*13*
259:*1, 2, 5, 6,
11, 13, 17, 23*
260:2
268:*24*
269:6, *8*
280:*10*
320:*11, 21,
24*  321:2
**2021**  112:*13,
15*  115:*18,
23*  116:*12,
17, 22*
117:*13*
118:*6, 11*
119:*12*
122:*20*
123:2
124:*1*
131:*1*
133:9
160:*11, 13*
259:*14*
301:*10*
321:*12, 13,
14*
**2023**  1:*14*
12:*6*  15:*12,
23*  16:16
166:*4, 12, 17*
167:*1*
170:*11*
172:*10*
192:2
323:*15*
**203**  8:*22*
**204**  9:7, *14*
**21**  5:*13*
13:22
15:22, *23*
68:9, *11*
85:*13*
112:*15*
133:9

134:*12, 22*
169:*11, 21*
174:*4*
187:*13*
227:*17*
246:*14, 20*
292:*24*
301:*6*
**210** 3:*16*
**212** 9:*19*
**214** 9:*22*
**216** 145:*5*
**22** 5:*15*
13:*22* 16:*1,
14* 81:*5, 7*
169:*12, 15,
18* 293:*13*
**224** 214:*5*
**2247** 243:*2*
**22-day-old**
256:*21*
**23** 5:*17*
81:*7, 9, 13*
109:*12, 13,
14* 110:*5*
224:*11*
**236-1313**
3:*25*
**24** 5:*21*
109:*12, 13,
14, 25* 110:*5,
8, 12, 20, 22,
23* 111:*3*
131:*19*
176:*23*
226:*4*
230:*20*
313:*10*
**240** 154:*12*
**242** 10:*8*
**243** 154:*10*
**246** 10:*14*
**24-hour**
186:*8*

**25** 6:*4*
109:*24, 25*
110:*15, 19,
22, 23* 111:*3,
9* 149:*2*
228:*22*
246:*18*
310:*16*
**250** 218:*14*
219:*2, 9*
221:*18*
222:*14*
231:*21*
**253** 10:*21*
**255** 11:*9*
**256** 145:*4, 5*
**259** 11:*13*
**26** 6:*9*
110:*25*
111:*5, 6, 12,
17, 25*
133:*16*
**26(a)(2** 7:*24*
**26.2** 244:*11,
18*
**269** 11:*19*
**27** 6:*12*
47:*12, 13, 20,
22* 86:*18*
100:*8*
101:*15, 23*
102:*17*
106:*16, 19*
111:*19, 23,
25* 138:*23*
139:*2*
142:*22*
306:*15, 16,
17, 18, 19*
307:*16, 19*
**28** 6:*16*
16:*16* 87:*2,
23, 25* 88:*3,
7, 8, 15, 16,*

20, 21, 25*
89:*11, 23*
90:*5, 8, 14,
19, 24* 92:*10*
93:*4, 7, 15,
23* 98:*3, 11,
25* 99:*9, 14,
17, 22*
100:*11, 23*
101:*23*
102:*18*
104:*20, 21,
24, 25* 105:*3,
12, 19* 106:*4,
19* 108:*8, 11,
15, 20, 23*
109:*5, 8, 21*
112:*2, 6, 8*
123:*10, 12,
20, 23, 25*
124:*10, 13,
15* 125:*23*
126:*2, 5*
134:*3, 13*
136:*6*
141:*10*
142:*21*
144:*22*
153:*12, 17*
164:*21*
165:*18*
189:*19*
192:*2*
292:*4*
294:*7*
306:*15, 16,
18* 307:*3, 8,
18, 22*
**285** 11:*23*
**29** 6:*21*
107:*8*
112:*9, 13, 16*
116:*16*
118:*12, 22,*

24* 119:*14*
121:*7*
123:*5, 15, 23*
124:*20, 24*
125:*6*
127:*19*
133:*19*
134:*13, 19*
135:*7*
136:*7*
313:*10*
**290** 287:*16,
18*
**292** 5:*4*
**2A** 215:*23,
24* 216:*4*
**2E1** 9:*6*
10:*11*
207:*8*
215:*15*
219:*14*
236:*18*
237:*3* 238:*4*
**2-gram**
185:*14*
**2X** 104:*13*

**< 3 >**
**3** 119:*6, 10*
120:*6, 11*
121:*8*
122:*23*
125:*6, 24*
135:*25*
145:*24*
154:*13*
180:*6*
182:*4*
195:*19*
196:*11*
206:*22*
219:*22*
228:*15*

300:*25*
302:*2*
**3,000**
223:*23*
224:*2*
**3.5** 217:*6*
**3.6** 258:*2*
**3:14** 203:*1*
**3:29** 203:*4*
**30** 7:*4*
117:*5, 9, 12*
189:*19*
203:*7*
205:*15, 18,
19* 228:*3*
229:*2*
240:*16*
324:*12*
**31** 7:*9*
152:*17, 19,
23* 166:*4, 13*
293:*4*
312:*25*
313:*2, 5, 9,
13*
**310** 2:*10*
3:*9*
**311** 5:*3*
**317** 3:*25*
**319** 139:*18,
20, 24* 141:*7*
**32** 7:*14*
165:*1, 5*
206:*8*
**32.6** 257:*9*
**325** 1:*24*
73:*20, 21*
93:*20, 21*
97:*4* 108:*20*
**325-
milligram**
72:*11* 87:*9*
93:*6, 23*

97:*4*
**327**  186:*7*
**32-year-olds**
285:*24*
**33**  7:*20*
23:*15, 21*
24:*6*
184:*21*
185:*7, 10*
206:*10, 12,
13*  280:*8, 9,
11, 15*  313:*6*
**34**  7:*24*
177:*16*
191:*21, 25*
220:*9*  280:*9*
**341011**  1:*23*
**35**  8:*4*
82:*20*
194:*16, 20,
21*  195:*20*
240:*23*
255:*14*
257:*4, 8, 16*
286:*21*
306:*9*  313:*6*
**350**  223:*23*
224:*1*
258:*4, 7*
**36**  8:*10*
195:*9, 22, 23*
**37**  8:*12*
199:*6, 9, 10*
284:*7*
**38**  8:*17*
203:*11, 12,
25*  204:*21,
24*
**38.7**  245:*15*
**39**  9:*4*
174:*9, 12*
177:*16*
204:*5, 9, 11,*

*21*  205:*1, 4*
206:*8*
**3A**  237:*3*

**< 4 >**
**4**  87:*1*
121:*8*
134:*9*
184:*6, 16*
186:*8*
192:*17, 19*
240:*5*
276:*6, 7*
277:*18, 25*
280:*1, 2*
285:*11*
290:*22*
293:*16*
300:*25*
302:*2*
304:*14*
**4,000**  87:*2,
11*  99:*7, 24*
100:*6, 18, 21*
101:*13*
102:*15*
105:*3*
**4,000-
milligram**
106:*13*
**4.0**  217:*7*
**4:34**  242:*1*
**4:55**  242:*4*
**40**  9:*8*
174:*10, 12*
183:*2, 3*
187:*8*
204:*14, 18*
205:*2*
208:*24*
**41**  9:*15*
208:*25*
212:*13, 18*
242:*22*

245:*20*
254:*4*
**410**  3:*14*
**42**  9:*20*
214:*20, 24*
217:*22, 23*
260:*14, 17*
262:*12*
**43**  10:*4*
154:*13*
242:*5, 9*
311:*23*
312:*12*
**44**  10:*9*
169:*9, 12, 14,
16, 19, 20, 22*
246:*6, 10*
**447-0500**
3:*16*
**45**  10:*15*
253:*21, 25*
260:*8*
**450**  202:*1*
**450,000**
170:*3*
**450E**  201:*23*
**46**  11:*4*
255:*22, 23*
256:*2*
321:*10*
**46204**  3:*24*
**47**  11:*10*
259:*7, 11*
320:*10, 14,
15*
**48**  11:*14*
226:*23*
269:*2, 7*
**49**  11:*20*
224:*12*
285:*14, 18,
19*
**4-hour**

290:*10*

**< 5 >**
**5**  58:*4*
65:*8*  66:*2,
12, 24*
121:*12*
167:*22, 24*
168:*12*
179:*7, 24*
182:*4*
190:*19, 25*
193:*2*
194:*6, 7*
196:*12, 19*
200:*17, 19*
215:*12*
229:*2, 5*
235:*20*
236:*5, 9, 14,
19, 20*
237:*19, 22*
238:*1, 2, 16,
22*  239:*7*
281:*20, 22*
284:*3, 4, 7*
289:*16*
290:*6, 9, 10*
**5.25**  239:*12*
240:*1, 8*
241:*5, 7*
**5.97**  258:*7*
**5:44**  268:*18*
**50**  88:*25*
228:*24*
262:*13*
283:*21*
**500**  30:*18*
33:*7, 9, 20*
34:*3, 6, 13,
15, 16, 22, 24*
35:*5, 13*
79:*23*
87:*13*

185:*16*
212:*21, 23*
213:*5, 8, 17,
21, 25*  214:*8,
10, 19*
218:*14*
219:*2, 8, 9*
220:*17, 25*
221:*9, 18, 23*
222:*2, 11*
231:*21*
287:*23*
**51**  289:*15*
**5129**  1:*25*
323:*19*
**52**  227:*1, 8,
14, 21*
**52.08**  257:*6*
**579**  81:*20*
82:*20*
**58**  176:*13*
**5A**  228:*19*
229:*5*
**5th**  12:*6*

**< 6 >**
**6**  67:*17*
143:*16*
191:*5*
192:*6, 13*
228:*19*
234:*4, 20*
237:*12, 15,
16*  257:*12*
290:*10*
**6.0**  135:*13*
**6:03**  268:*21*
**6:30**  268:*18*
**6:38**  292:*16*
**6:47**  292:*19*
**60**  273:*24*
**600**  2:*8*  3:*7*
**65**  301:*2, 4*

**650**  72:*12*
87:*1*  93:*13*
97:*7*
105:*18*
106:*3*
108:*5, 15*
**650-**
**milligram**
87:*8*
**656-7066**
2:*10*  3:*9*
**66**  227:*8, 19*
228:*4*
293:*16*
**68**  20:*11*
21:*5*
**6A**  235:*16,*
*18*
**6B**  234:*5, 14*

**< 7 >**
**7**  1:*14*
67:*17*
68:*11*
118:*16*
120:*10*
124:*10*
125:*23*
126:*2, 7, 19*
129:*24*
130:*16*
136:*1*
231:*13*
277:*17, 20,*
*21*  323:*15*
**7:02**  291:*5*
**7:13**  310:*22*
**7:30**  310:*25*
**7:35**  313:*21,*
*25*
**7:48**  321:*25*
322:*3*
**70**  241:*11*

**71**  112:*18*
303:*18*
**72**  112:*18*
113:*10*
**74**  133:*15,*
*17, 23*  304:*1,*
*13*
**75**  240:*8*
**76**  223:*21*
**78**  115:*15,*
*19*  118:*9, 20*
**79**  149:*13*

**< 8 >**
**8**  24:*4, 6*
123:*25*
124:*10*
125:*23*
126:*2, 5*
134:*12*
136:*6*
195:*13, 16,*
*18*  216:*8*
245:*14*
**8.2**  254:*8*
**8/2/2023**
196:*19*
**8:57**  196:*19*
**80**  145:*13*
240:*7*
**80.1**  244:*22*
**81**  5:*20*
144:*7*
**84**  176:*14*
**85**  179:*9*
214:*5*
**850**  170:*14*
**850,000**
170:*1*

**< 9 >**
**9**  86:*16*
134:*12*
293:*1*

**9:02**  1:*15*
12:*7*
**9:52**  49:*1*
**90**  94:*21*
96:*11*
240:*16*
**90401**  2:*9*
3:*8*
**90s**  241:*20*
**95**  179:*9, 14*
**953**  308:*8,*
*10*
**954**  146:*15*
**956**  145:*6*
148:*7, 8*

**< A >**
**A.M**  1:*15*
12:*7*  49:*1,*
*4*  94:*15, 18*
102:*7, 10*
**A1**  230:*15*
**A2**  235:*9*
**abbreviation**
19:*13*  20:*7*
297:*21*
**abilities**
151:*18*
**ability**
29:*20*  37:*1*
**able**  50:*3*
116:*14*
141:*23*
142:*2*
145:*18, 19*
148:*12*
155:*8*
170:*15*
184:*7*
199:*22*
219:*11, 12*
230:*12*
282:*15*
295:*7*

297:*3*
299:*21*
300:*13*
320:*12*
**absence**
15:*7*
**Absolutely**
19:*5*  62:*5*
236:*12*
302:*13*
**absorb**
176:*5*
**absorbed**
175:*13*
**absorption**
176:*5*
225:*9, 18*
271:*18*
**abstract**
82:*15*
171:*12*
217:*25*
282:*21*
283:*8, 15, 16*
284:*1*
305:*13, 16*
**abstracts**
297:*10*
**accept**  63:*22*
**accepted**
44:*3*  45:*1,*
*20*  60:*22*
61:*11*  63:*6*
**accepting**
62:*8*
**accepts**
254:*22*
**access**
253:*12*
**accommodat**
**e**  187:*21*
247:*15*
**accompanyin**
**g**  147:*11*

**account**
153:*9, 16*
240:*16, 19*
**accurate**
96:*12, 23*
324:*15*
**accurately**
140:*5*
141:*20*
**acetamin**
319:*6*
**Acetaminoph**
**en**  1:*5*
5:*18*  6:*10,*
*12, 17, 21*
7:*5, 9, 21*
9:*17, 20*
10:*17*
11:*15*
12:*10*
24:*22*
27:*11, 14, 20*
28:*3, 4, 10,*
*19, 20, 23*
29:*2, 23*
30:*3*  32:*12,*
*16*  33:*2*
36:*11, 12, 13,*
*16, 22*  37:*12,*
*22*  43:*4, 12*
44:*9*  48:*1,*
*5, 14, 17*
50:*3, 21*
51:*14, 16*
53:*4, 6*
55:*20*
56:*23*  57:*4*
59:*17*
61:*13*  63:*9*
64:*4, 6*
65:*13*
71:*21*
73:*23*  75:*4*
77:*5*  78:*15*

81:*16, 23*
82:*5, 16, 22*
83:*15*
86:*22, 24*
92:*19, 24*
93:*4*
100:*21*
101:*14*
102:*13*
107:*10*
108:*3*
109:*20*
116:*1*
118:*11, 22*
122:*4, 6*
129:*21*
130:*6*
131:*3*
133:*19*
136:*5, 16*
137:*4, 11, 14*
138:*19*
139:*6, 11, 15*
141:*11*
143:*3*
146:*3*
147:*1*
152:*24*
153:*12*
154:*14, 23, 24*   161:*4, 19*
162:*2, 7, 25*
163:*14, 17, 25*   164:*10*
165:*19*
167:*18*
171:*16*
174:*13, 17, 25*   175:*2, 5, 15, 16*
176:*12, 19*
177:*14, 18*
178:*14, 20, 22*   179:*10*

180:*4*
181:*22*
182:*4, 6*
183:*9, 12, 13, 20*   187:*17, 19*   188:*6*
192:*25*
210:*23*
211:*4, 12, 20*
212:*7, 21*
214:*14*
216:*1, 14, 16*
217:*7*
218:*2, 5, 14*
219:*12*
221:*13*
223:*11*
224:*15, 17*
226:*3, 10, 13*
227:*11, 18*
228:*21*
230:*6*
232:*22, 24*
233:*1*
237:*7*
239:*13, 14, 18, 21*   240:*2, 17*   241:*8*
250:*4*
251:*1, 18*
254:*5*
257:*17*
258:*22*
260:*20, 24*
261:*11*
262:*20, 25*
268:*2, 6, 11*
271:*1*
272:*7*
282:*2*
283:*2*
285:*23, 25*
286:*3, 5*
287:*21*

288:*1*
289:*18, 22*
293:*18*
294:*6*
295:*12*
298:*23*
311:*10, 15*
314:*3, 9, 18*
315:*14*
316:*10, 16*
317:*18, 24*
319:*6, 23*
**achieved**
271:*11*
**acid**  7:*16*
166:*7*
167:*14*
168:*8*
171:*4, 5, 8, 9, 14, 18, 22, 23*
172:*8, 11, 15, 18, 20, 22*
173:*3, 6, 7, 8, 11*
**ACKNOWL EDGMENT**
326:*1*
**action**
107:*22, 24*
**activate**
208:*20*
**activation**
219:*22*
**actively**
40:*13, 16*
**Activity**  9:*5*
19:*18*
54:*20*
190:*7*
207:*11, 12, 18, 22*
219:*18*
235:*5*

256:*19*
287:*6*
**actual**
145:*20*
151:*25*
163:*13, 22*
221:*4*
254:*18*
**acute**  76:*1*
80:*8*
218:*15*
262:*5*
265:*25*
285:*13*
**acutely**
272:*6*
**AD**  315:*17*
**ADAMS**
3:*3*  5:*4*
13:*18*  16:*3, 9*  17:*21*
18:*10*  19:*8, 20*  20:*3, 23*
21:*24*
22:*23*  25:*6, 25*  27:*5, 16*
28:*22*  30:*6, 11, 23*  31:*5, 18*  32:*5*
35:*7*  36:*6, 14*  38:*4, 21*
39:*6*  40:*15*
41:*10, 18*
42:*13, 21*
43:*18*  44:*5, 18*  45:*4, 9, 11, 23*  46:*8, 18*  47:*1*
48:*7*  49:*16, 25*  50:*8, 19*
51:*5, 12, 23*
52:*8, 13, 16, 25*  53:*10, 16*
54:*1, 9*

55:*23*  56:*7, 11, 13*  57:*12*
60:*7, 25*
62:*4, 13, 16, 24*  63:*17, 20*
65:*1*  66:*7, 14*  67:*20*
68:*3*  70:*9*
71:*4*  72:*15*
73:*5*  74:*23*
75:*13*  76:*3, 12, 19, 22*
77:*1, 17*
78:*3, 17*
79:*9*  81:*2, 6*  82:*6, 9*
83:*7, 9*
84:*5, 16*
85:*1*  86:*12*
88:*1, 10, 18*
89:*4*  90:*2, 11*  91:*1, 4, 11, 16, 20, 24*
92:*3, 7, 11*
93:*9*  94:*1, 6, 11*  96:*2, 5, 9, 21*  98:*7, 14, 21*  99:*12, 19*  100:*1, 9, 25*  101:*17*
102:*1, 21*
104:*18*
105:*5, 22*
106:*17, 20*
108:*7, 17*
109:*1, 6*
110:*22, 25*
111:*25*
113:*25*
114:*8, 16*
115:*10*
117:*14*
121:*14*
123:*11, 17*

125:*1, 12*
127:*11, 24*
128:*16*
129:*11, 16*
132:*4*
134:*5, 15, 20*
136:*24*
137:*2, 12, 19*
138:*7, 17*
140:*10, 13, 19, 22*  142:*3, 10*  143:*25*
144:*12, 16*
145:*1, 21*
147:*13, 20, 25*  149:*25*
154:*2*
155:*12, 20*
156:*24*
157:*8, 16*
160:*25*
164:*6, 23*
166:*21*
171:*20*
173:*12*
175:*25*
178:*10*
179:*19*
180:*25*
181:*10*
182:*22*
184:*2*
187:*11*
189:*5, 8*
194:*25*
201:*13*
202:*22*
203:*21*
209:*23*
210:*24*
211:*13*
217:*9*
220:*4, 12*
222:*5*

223:*12*
224:*4*
225:*12*
226:*11*
231:*11, 14*
233:*21*
234:*17*
236:*23*
241:*23*
248:*6, 20*
250:*17, 20*
253:*9*
258:*11*
260:*8*
263:*16*
264:*15*
265:*14, 18*
268:*12*
274:*14*
275:*9, 22*
277:*6*
279:*6*
285:*7*
289:*25*
290:*25*
291:*9, 13, 15*
292:*13, 21*
295:*16*
296:*13*
297:*18*
299:*17*
302:*9*
304:*9*
305:*23*
306:*13*
307:*10, 14, 20*  309:*17*
310:*7, 12, 19*
311:*5*
312:*3, 9*
313:*12*
314:*21, 24*
315:*18*
316:*2, 19*

317:*6*
318:*5*
319:*11*
320:*21*
321:*20*
**add**  47:*17*
90:*13*
171:*3, 8*
221:*17*
251:*5*
315:*19*
**added**  86:*9*
171:*4*  219:*5*
**additional**
133:*4*
310:*10, 11*
**additionally**
171:*17*
**address**
121:*2*
150:*5*
151:*1, 6*
180:*16*
210:*2*
239:*8*
250:*15*
296:*22*
299:*25*
314:*15*
**addressed**
276:*4*
**addressing**
93:*1*
**adduct**
181:*19*
**adducts**
107:*17*
180:*19*
181:*22, 24*
182:*6, 13*
183:*13, 19*
**ADHD**  6:*10*
20:*2, 7*
21:*6, 19*

24:*23*
38:*16, 20*
41:*15, 16, 19*
45:*3, 7, 15, 21*  46:*14, 17*
59:*12, 20, 25*
60:*6*  63:*16*
64:*9*  69:*8, 22*  70:*3*
71:*2*  83:*5*
86:*23*
100:*24*
103:*25*
108:*6, 14, 24*
116:*2*
118:*21*
119:*1*
122:*5, 17*
124:*16*
128:*15, 23*
129:*2, 8, 15, 18*  130:*10*
131:*8, 16*
133:*11*
134:*11*
136:*4*
137:*17*
138:*3*
150:*6*
152:*8, 9*
153:*11*
155:*11, 18*
156:*5, 23*
157:*7*
164:*3, 11, 18*
165:*20*
168:*9*
171:*15*
264:*5*
265:*5, 12, 13*
267:*21*
287:*14*
294:*14*
295:*13*

299:*1*
304:*19*
311:*11, 16*
314:*11, 13, 20*  315:*6, 16, 17*  316:*18*
317:*1, 13*
319:*7*  320:*1*
**ADHD/ASD**
225:*3*
**adjacent**
200:*8*
**adjust**
171:*22*
172:*8*
173:*8*  208:*8*
**adjusted**
118:*10, 23*
119:*6, 13*
120:*4*
124:*1*
127:*15*
128:*15, 23*
129:*9*
135:*11*
143:*10, 12*
172:*14, 19*
173:*5, 7*
308:*4, 13*
309:*4, 5*
**adjusting**
113:*16*
114:*3, 12*
172:*14*
173:*5, 11*
**adjustment**
151:*10*

**administered**
270:*25*
**administering**  2:*18*

**Administration**  9:*18*
271:*13*
**adrenal**
245:*8, 10*
**ADS**  129:*1*
**ADSD**  89:*22*
**adult**
199:*19*
207:*20*
208:*4, 13*
231:*5, 10*
233:*7*
245:*5*
267:*10*
**adults**
264:*6*  265:*4*
**advanced**
256:*16*
**advantage**
305:*19*
**adverse**
260:*22*
262:*5*
**advisor**
85:*20*
**affect**  25:*16*
92:*13*
283:*4, 23*
**AFP**  279:*17,*
*21*  280:*21*
281:*13*
**afternoon**
292:*22*
**age**  80:*25*
81:*16*
286:*8, 11, 22*
**agencies**
83:*17*
84:*10, 21*
**aging**  21:*9*
22:*25*
**agnostic**
296:*24*

305:*12*
318:*17*
**ago**  93:*20*
**agree**  16:*21*
23:*3, 6, 8, 13*
25:*4*  46:*6,*
*16*  51:*22*
57:*8, 13, 18*
90:*17, 21, 22*
107:*12*
113:*20*
114:*3, 19*
116:*6, 11*
127:*3*
128:*8*
133:*1, 3*
135:*3, 8, 9,*
*15*  136:*11*
139:*10, 14*
143:*18, 21*
144:*11, 15*
147:*3*
151:*11*
161:*3*
174:*17, 24*
175:*4, 18, 24*
176:*11, 18*
177:*14, 18*
179:*9*
180:*3, 22*
181:*4*
182:*19*
188:*13, 17*
190:*25*
192:*19*
193:*11*
206:*16, 18*
207:*21*
213:*13*
217:*2*
221:*11, 16,*
*19*  226:*7*
228:*2, 6, 8,*
*20*  232:*2, 21*

233:*7, 23*
238:*23*
239:*22*
240:*3*
241:*4, 9, 10*
244:*7*
245:*2*
248:*8*
250:*21*
252:*8*
258:*9, 12*
265:*12*
266:*24*
271:*10*
273:*10*
278:*16*
279:*23*
281:*1*
285:*19*
288:*22*
314:*6, 7*
**agreed**
44:*11*
99:*18*
235:*24*
252:*7*
273:*7*
282:*17*
**agreeing**
92:*4*
**agreement**
15:*11*
19:*12*  20:*6*
**Ah**  230:*25*
**ahead**
43:*22*
45:*24*
54:*16*  96:*4*
102:*5*
105:*25*
109:*11*
124:*5*
132:*7, 10*
154:*18*

156:*10*
159:*15*
184:*19*
319:*16*
**AHR**  126:*20*
**air**  55:*16*
**al**  5:*20, 25*
6:*8, 11, 15,*
*20, 25*  7:*13,*
*19, 23*  8:*9,*
*16, 22*  9:*7,*
*14, 19, 22*
10:*8, 14, 21*
11:*9, 13, 19,*
*23*  165:*8*
184:*5*
189:*24*
194:*5*
195:*2*
211:*17, 19*
223:*4*
237:*18*
239:*1*
304:*3, 4*
310:*3*
**al.'s**  195:*11*
**Alcohol**
8:*21*  211:*4,*
*20*
**allow**  76:*14*
277:*13*
**allowed**
113:*8*
239:*20*
**allows**  252:*4*
**ALS**  42:*6*
**ALT**  214:*1*
**Alteration**
9:*15*
**alterations**
11:*12*
**alternate**
148:*14*

**alternative**
63:*23*
**Alzheimer's**
22:*7, 8, 13,*
*18*  42:*2*
**AMANDA**
4:*11*
**Amended**
5:*13*  15:22
20:*11*  66:*3,*
*4*  165:*16*
183:*1*
187:*13*
227:*1, 3, 17*
236:*25*
242:*14, 16*
292:*23*
**Americans**
85:*24*
**amount**
71:*21*
72:*22*  73:*4,*
*19*  175:*4, 7*
180:*24*
181:*8*
182:*19, 20,*
*21*  189:*17*
226:*7*
294:*10*
**amounts**
25:*13, 19*
32:*2*  81:*23*
82:*16, 18, 22*
97:*17*  177:*5*
**analgesics**
36:*22*
**analyses**
170:*25*
188:*24*
**analysis**
7:*20*  65:*19*
67:*3*  79:*2*
83:*1*
113:*23*

114:*15, 23,
24* 115:*9*
116:*9, 13*
118:*23*
119:*2, 8, 13,
16* 120:*4, 22*
122:*25*
123:*4, 9*
124:*2, 9, 23*
125:*5, 24*
126:*3, 19*
129:*8, 15*
133:*6, 7*
135:*21*
136:*16*
145:*11*
146:*7*
147:*12*
148:*21*
158:*14*
169:*3*
170:*19*
277:*12*
282:*5*
293:*17*
**analyze**
17:*17, 18*
206:*2*
255:*17*
**analyzed**
85:*18*
170:*1, 2*
**analyzing**
200:*22*
**Anand**
160:*9, 11, 13*
**A-N-A-N-D**
160:*10*
**and/or**
246:*22*
247:*3*
323:*24*
**anew** 91:*11*

**animal** 79:*2,
6, 18, 21*
271:*11*
276:*20*
277:*10*
280:*6*
**animals**
30:*5, 10*
59:*16, 18*
189:*24*
219:*7*
231:*5, 10*
245:*22*
254:*14*
256:*23*
274:*4*
275:*6, 16*
276:*8, 11, 15,
16* 277:*11*
**Anne** 2:*15*
**ANNIE** 4:*14*
**answer**
14:*24*
21:*14*
33:*10* 43:*3*
44:*22* 47:*6*
50:*10, 12*
52:*7, 11, 23*
53:*4* 54:*10,
23* 55:*10, 12,
17, 18, 25*
56:*16, 18*
57:*17* 62:*3,
6, 11, 23, 25*
76:*15*
82:*11* 91:*6*
94:*23* 95:*4,
5, 7* 96:*15*
101:*12*
104:*7, 11*
138:*6, 8, 10*
157:*5*
178:*24*
189:*6*

200:*25*
208:*1*
250:*22, 23*
251:*1*
253:*2*
266:*11*
275:*12*
279:*5*
291:*24*
292:*5*
299:*6, 16*
301:*18*
305:*25*
319:*14*
**answered**
50:*9* 52:*6*
54:*3*
101:*19*
106:*12*
138:*9, 10*
157:*17*
200:*12*
201:*5*
275:*3, 10*
**answering**
52:*9* 91:*5*
96:*11*
249:*12*
**answers**
75:*15* 326:*5*
**antibodies**
201:*18*
**antibody**
199:*20*
**antidepressa
nt** 155:*2, 10*
156:*22*
**antidepressa
nts** 155:*18*
156:*4*
**antioxidant**
11:*22*
258:*17*
285:*23*

286:*4*
287:*6*
289:*14*
290:*11*
291:*19, 21,
25*
**antioxidants**
29:*17*
290:*14*
**antisense**
196:*7*
**anxiety**
155:*2, 10, 17*
156:*3, 21*
308:*23*
**anymore**
161:*10, 11*
**AOPP**
257:*13*
**APAP**
186:*8*
215:*18*
**apart** 169:*1*
298:*14*
**Apologies**
117:*17*
202:*7*
203:*25*
260:*14*
269:*1*
290:*18*
307:*5*
**apologize**
205:*24*
**Apoptosis**
9:*21*
184:*14*
222:*21*
223:*6*
**Apparently**
62:*8*
**APPEARAN
CES** 4:*1*
12:*13*

**appears**
15:*24*
16:*17* 87:*7*
192:*4*
**apply**
323:*22*
**appreciate**
96:*22*
**approach**
95:*10*
295:*22*
296:*1*
**appropriate**
63:*2* 277:*4*
324:*4*
**approval**
40:*19*
**approved**
11:*19*
**approximate**
73:*14* 235:*7*
**approximatel
y** 170:*1, 3*
176:*8, 17*
179:*9*
207:*18*
228:*24*
**AR** 126:*20*
**areas**
261:*16*
**argue** 62:*10*
**arrive**
254:*19*
319:*24*
**Article** 5:*17,
21* 6:*4, 9, 12,
16, 21* 7:*9,
14, 20* 8:*4,
12, 17* 9:*4, 8,
15, 20* 10:*4,
9, 15* 11:*4,
10, 14, 20*
19:*16*
165:*6, 7*

199:*11*
204:*19*
215:*3*
242:*13, 15,
18* 256:*3*
257:*3*
270:*8, 9*
280:*10*
285:*20*
318:*9, 12, 13,
14, 15*
**articles**
18:*19, 22*
80:*5*
317:*11, 12*
**ascertain**
286:*19*
**ascertained**
139:*7*
**ASD** 19:*12*
21:*6, 19*
24:*22*
38:*16, 20*
40:*23*
42:*12, 20*
43:*17* 44:*4,
17* 45:*10, 14*
46:*7* 49:*13*
50:*7* 51:*4,
11, 19* 52:*5,
20* 53:*9, 25*
55:*1, 8, 21*
56:*5, 24*
57:*5, 11*
58:*1* 59:*12,
20* 60:*17, 23*
61:*10, 23*
63:*7, 15*
64:*9* 69:*8,
23* 70:*3*
71:*2* 83:*5,
16* 86:*23*
100:*24*
103:*25*

104:*6*
105:*4*
108:*6, 14, 24*
124:*16*
128:*14, 22*
129:*1, 7, 18*
131:*16*
138:*3*
143:*5*
146:*21, 23*
147:*2, 10, 12*
150:*5*
153:*11*
155:*11, 19*
156:*5, 22*
157:*6*
165:*20*
264:*6*
265:*4, 11, 13*
267:*10, 20*
287:*13*
294:*14*
311:*10, 15,
16* 314:*11,
12, 19* 315:*6,
16, 17*
316:*18*
317:*1, 13*
319:*6*
**ASD/ADHD**
65:*14*
107:*24*
109:*22*
293:*19*
319:*4*
**ASD-ADHD**
1:*5* 12:*10*
21:*7* 89:*22*
**ASHLEY**
4:*8*
**asked** 24:*19*
33:*9* 46:*15*
57:*14, 15*
67:*12* 91:*4*

92:*20*
94:22
104:*8, 9*
127:*21*
128:25
155:22
157:*17*
182:*8*
201:*1*
208:2
279:7
288:5
294:22
299:7
306:*1*
308:2, 22
312:4
314:*15*
**asking**
42:22
43:*11, 19*
45:*12, 16*
46:9 56:*3*
57:16
58:21 60:*3*
63:23 76:5
85:2 93:*10*
94:8 100:5
129:*17*
142:*1*
198:7
203:20
211:22
221:22
245:*16*
249:23
252:17
253:*1*
266:*1*
267:19
318:16
**asks** 82:*10*
**aspect** 23:*13*

**aspects**
24:*13* 58:*8,
17* 59:*11*
**assay**
176:22
259:*19, 21,
24* 321:5, 14
**assays** 174:*1*
**assertion**
237:*21*
**assess**
116:*15*
139:23
140:2, 8
141:9, *16, 17,
23* 142:2, 8
150:9
280:19
**assessed**
164:*1, 2*
173:3
**assessing**
79:*3, 7*
286:2
**assessment**
132:*3*
151:23
**assessments**
132:*14*
**assign**
113:2
114:*21*
115:*1*
303:21
**assigned**
43:23
46:*10, 20*
49:14 295:8
**assignment**
44:20 46:*1*
51:*20, 22, 25*
53:*12, 18*
55:4 56:*10*
138:5

263:*18*
295:3, 25
**assignments**
158:9
**associated**
40:8 70:5
71:*11*
118:25
137:*16*
147:*10*
155:7, *11, 18*
156:4, 22
157:6, *12, 13*
255:19
262:6
289:5
316:*18*
**association**
83:*4*
103:*18*
104:*4*
124:*11, 14,
24* 125:7
127:2
130:5
131:2
133:*18*
134:*11, 19*
137:*1*
143:*17*
149:*11*
155:23
173:4
293:*18, 23*
294:*1*
316:8, 9
**associations**
128:23
136:3
**assume**
87:8 153:8
220:16
**assumes**
87:*11*

**Assuming**
27:21
28:13
114:20
115:6
161:7
248:22
286:11, 13, 14
**assumption**
161:12
248:22
**AST** 214:1
**Atlas** 8:11
193:15, 23
194:1
196:2, 4, 22
251:22, 25
252:1, 24
253:7, 11
**at-risk**
24:15
**Attached**
5:11 6:2
7:2 8:2
9:2 10:2
11:2
324:10
326:8
**attempt**
61:14 142:8
**ATTENDIN G** 4:6
**attention**
6:23 7:6
58:18
**attention-deficit/hyper**
166:8
**attention-deficit/hyper active** 19:18
**attention-deficit/hyper**

**activity**
7:18 20:8
132:21
311:11
316:11
**attenuated**
119:15, 18
125:6
126:20
**attenuating**
129:9
**attenuation**
125:25
126:3
**attorney**
15:8 324:12
**attorneys**
14:15
**AUGUST**
1:14 12:6
323:15
**author**
19:16, 24
38:11
141:17
195:16
281:17
282:16
285:2
**authors**
132:13
133:1, 3, 11
135:20
141:22
145:10, 18, 19 148:3
150:9, 25
151:5, 22
154:24
163:15
166:16
168:20
186:20
195:2

199:14, 18
276:18
280:13
281:1, 25
283:9
284:8, 24
289:13
302:16
305:6, 17
**Autism**
6:18 19:6, 13 49:24
50:17
58:18, 24
146:6, 10
164:10
182:1
267:23
295:13
298:24, 25
311:10
317:19, 25
320:1
**autoimmune**
58:6 59:7
**autoimmunit y** 5:18
**availability**
168:1
**available**
24:25
85:10
132:15
295:9
**average**
270:24
300:22
**avoiding**
94:23
**aware** 35:4, 8, 24 138:2
155:9, 16
156:3, 20
157:5

181:23
183:7, 22, 23
211:10
219:25
221:12
222:23
223:9
231:7, 17
252:23

**< B >**
**babies**
262:19
263:3, 5, 11
**baby**
136:18
161:9
162:10, 20, 21 163:3
251:17
287:7
315:7, 11
**Baccarelli**
14:13 15:4
64:17 65:10
**Baccarelli's**
64:13, 14
65:9, 22
66:20, 23
67:2
252:16, 20
**back** 22:12
42:15
44:14 49:3, 6, 9 62:20
84:18 89:6
91:15
94:17 99:4
102:9
107:1
117:11
129:24
144:10
149:4

154:7
155:13
157:23
158:1
161:8, 14
162:20, 22
181:2
183:6
187:8
195:13
203:3
208:21
215:3, 4
228:18
232:6
233:11
242:3
248:10
260:4
261:23
264:24
266:17, 25
268:13, 20
273:1
281:7
292:18
307:13, 17
310:24
313:24, 25
**background**
261:10
**bad** 321:5
**Baker**
158:21
159:3, 8
160:3
**balance**
70:18
**Bandoli**
7:13 153:1
154:10
313:1, 3, 13
315:24

316:*8, 15*
317:*22*
**bands**
206:*24*
**bar** 234:*8*
**BARNES**
3:*22*
**barrier**
247:*14, 15*
283:*13*
**bars** 282:*5*
**base** 296:*24*
**Based**
10:*16*
65:*19*
79:*17*
93:*14*
109:*18*
115:*23*
119:*12*
136:*9*
147:*3*
164:*15*
168:*21*
189:*4*
190:*24*
213:*18*
219:*1*
235:*22*
236:*4, 6, 21*
239:*7*
247:*21*
248:*3*
254:*16*
276:*21*
278:*7, 11*
279:*2, 21*
289:*17*
290:*3*
296:*23*
300:*12*
**baseline**
33:*3*

**basically**
94:*23*
130:*25*
262:*12*
**Basis** 9:*12*
234:*24*
**battle**
127:*12*
**beer** 29:*18*
**beginning**
47:*21*
**BEHALF**
3:*2, 18*
47:*11*
**behavior**
11:*6*
**Behavioral**
6:*13*
132:*19*
255:*18*
256:*24*
**believe**
13:*13*
35:*22*
50:*11* 54:*2*
57:*25* 85:*6*
97:*18*
106:*8*
118:*13*
139:*5*
152:*18*
158:*5*
159:*10*
160:*2, 14*
176:*11*
177:*2*
179:*18, 25*
186:*7*
189:*4, 20*
200:*20*
206:*8*
208:*23*
217:*21*
220:*9*

241:*17, 20*
242:*17*
246:*13*
253:*6*
254:*3*
258:*25*
266:*13*
278:*15*
300:*22*
312:*1*
**Ben** 307:*10*
**Benzoquinon
e** 10:*19*
**best** 171:*7*
185:*3, 24*
**beta** 59:*15*
279:*20*
**beta-actin**
281:*8, 11*
**better**
20:*25* 53:*4*
61:*15*
72:*19*
115:*13*
122:*8*
152:*11, 12*
211:*18*
285:*9*
295:*24*
300:*25*
**Beyond**
51:*16* 75:*3*
78:*14* 312:*4*
**bias** 139:*12,
16* 302:*21*
**bickering**
62:*17*
**big** 174:*4, 6*
278:*21*
302:*22*
303:*9, 10*
**bigger**
282:*14*

**biliary** 5:*19*
81:*16, 22*
**bind** 180:*12*
181:*18*
182:*17*
**binding**
178:*5*
**binds**
178:*14*
180:*7, 11*
**bio** 37:*5*
**biochemical**
35:*21* 36:*3,
4* 37:*8*
44:*17*
49:*13, 21, 23*
50:*6* 51:*2,
10, 18* 52:*4,
19* 53:*7, 24*
55:*7* 57:*10*
58:*22* 60:*5,
16*
**biological**
46:*6, 16*
49:*21*
50:*17*
60:*22*
61:*10, 22*
63:*4, 15*
181:*25*
235:*5*
**biomarker**
267:*14*
**biomarkers**
37:*5, 20*
265:*10*
**biomechanis
m** 51:*2*
52:*4*
**biomechanis
ms** 51:*9*
**Biomedical**
39:*8*

**biostatisticia
n** 151:*14*
**biostatistics**
17:*13* 300:*3*
**biostats**
17:*17* 18:*1,
11*
**biotech**
40:*14*
**biotechs**
40:*10*
**biotransform
ed** 178:*23*
**Birth** 6:*20*
7:*12* 153:*1*
262:*18*
263:*2, 5, 7, 8,
12, 24*
265:*11*
267:*16*
287:*12, 13,
14*
**bit** 16:*20*
20:*25*
44:*12*
80:*23*
168:*13*
179:*3*
187:*8*
216:*23*
217:*7* 243:*4*
**bitter**
232:*22, 24*
233:*1*
**black**
215:*20*
216:*14, 16*
234:*8*
**blinded**
37:*14*
**blood** 7:*16*
37:*7, 21*
72:*7* 73:*17*
159:*16, 17,*

18, 24
160:17, 23
161:3, 8, 13, 14, 18
162:13, 17, 19  166:7
171:14
173:9, 15, 16
175:9, 13, 20, 21, 22
182:13
227:9, 18
232:6
244:2
246:23
247:4, 13
248:15
250:2, 12, 25
251:6, 11, 17, 19  258:22
286:16
287:5, 19, 24
288:6, 7, 13, 23  289:1, 3
**blood-brain**
247:14
283:13
**blot**  219:19
**blue**  198:4
**body**  72:5
188:18
189:1
190:14
226:10
240:18
292:2
**body's**
187:19
**bold**  257:9
**book**
210:17
300:11
**books**
210:15

239:3
299:23, 24
**borderline**
135:5
**born**  122:3, 13  130:8
267:18
**bottle**  49:7
**bottom**
83:21
109:25
120:10
143:11
146:18, 20
176:14
196:11
237:12
280:15
297:14
**Boulevard**
2:7  3:6
**bouncing**
187:7
**bounded**
180:21
**Boutelet-Bochan**
8:22  203:15
**box**  21:15
150:18
216:14, 16
318:20
**Brain**  8:6
9:7, 11
11:18
42:12, 20
43:16
44:16  45:2
51:10, 18
53:7, 24
57:10
58:22  60:5
63:15
90:18

92:14
107:16
181:25
182:9
191:9, 16
192:8, 23
193:3, 6, 12, 20  199:19
202:14, 17
206:2, 21
207:5, 19
208:3, 7, 12
221:14, 21
222:16
240:25
244:7, 22
245:5
247:11, 23
248:4, 12, 16
249:10, 12, 25  250:7, 16
251:4, 15, 18, 19, 24  252:6, 10  255:11, 12, 17, 19
256:9, 13, 14
257:22
258:23
261:15, 19, 23  266:10, 21  283:9
284:9  287:3
**brains**
213:14
236:2
**brain's**  11:7

**Brandlistuen**
5:25
110:12
111:3
112:21
113:2, 6, 24
130:9

131:1, 15, 19
132:13
133:11, 14
303:22
304:3
**Brandon**
64:14
**break**  14:24
25:11
48:24  49:6
74:14, 16, 20, 22  104:2
157:19
202:22
241:22
268:16
292:13
298:14
310:17
315:21
**brief**  223:19
**briefly**
94:19
223:19
**bring**
138:11
159:21
**broad**  43:7
50:2  52:22
55:15
61:17  90:5
**broadly**
51:3
194:24
236:6, 16, 21
237:6
**broke**  64:2
**brought**
13:25
137:21, 24
**Brzezinski**
9:7  203:7, 17  204:9, 10
205:4

206:5, 10, 17
207:14
208:12
235:25
236:17
238:25
252:5
**Brzezinski's**
206:19
**BSO**  266:13
268:1, 3
**bucket**
104:10
106:23
123:6
**bunch**  58:5
277:22
**burning**
76:18
**burnout**
267:23
**bypasses**
232:3  271:8

**< C >**
**Cabrera**
15:4  95:18, 19  219:25
**Cabrera's**
219:23
220:8
**calculate**
127:4
163:16, 24
319:25
**calculated**
100:17
**calculation**
236:3
241:11
**calculations**
239:6
**calendar**
47:24

**CALIFORNIA** 1:*13* 2:*9, 16, 17* 3:*8* 12:*9* 40:*8*
**call** 17:*23* 22:16 29:16 32:*24* 36:*8* 150:7 165:*14* 167:5 185:2 200:*10* 201:*14* 226:16 233:5 254:*24* 255:5 256:16 299:25 300:*1* 318:*21*
**called** 13:*4* 18:2 29:*4* 152:*23* 165:*10* 222:18 225:20 296:*8, 9* 299:*14* 300:*21* 301:*25* 320:*1*
**calls** 83:*16* 84:9, *20*
**cancer** 57:*23, 24* 58:5 59:7
**candidate** 61:*15* 63:*10*
**capacity** 11:22 191:*16* 192:8

258:*17* 285:*24* 286:4 289:*14* 290:12 291:*19, 25*
**caplet** 72:*11* 93:*6, 23* 97:5
**caplets** 72:*11* 87:9, *13* 97:6
**capsules** 87:*15*
**capture** 72:*17* 97:*10, 16* 318:*3*
**captured** 73:7 75:7 89:*12* 94:2 97:*11, 12, 15* 251:*20*
**career** 26:*12* 296:*4*
**careful** 240:*4* 278:*24*
**carefully** 190:6 324:2
**carrying** 136:*18*
**cascade** 230:*17*
**Case** 1:*5* 14:7 15:*13* 16:*16* 24:20 47:*13* 48:*1, 5, 8, 15* 49:*15* 53:*23* 64:*3, 25* 67:*12* 69:7 71:6

72:9, *13, 14* 73:*3* 74:*1* 75:9 86:7 124:*15* 128:18 151:*21* 164:22 200:*15* 221:*3* 226:*14* 264:4 267:8 286:*15* 294:9, *23* 295:9, *19* 296:2 298:*17* 299:8 300:*15* 301:*19* 306:*1* 312:*23*
**Cases** 1:*8* 21:*13* 143:*20* 144:*2, 3, 7* 150:*17*
**caspase** 219:22
**cast** 164:*12* 299:*3*
**Catalytic** 9:*4*
**catch** 167:*23* 223:25 227:*13* 247:*1*
**categorize** 77:*10*
**CATHERINE** 4:*20*
**catheter** 289:2, *4*

**causal** 69:*16* 230:8 293:*18, 22* 294:*1*
**causation** 32:25
**causative** 263:22
**cause** 5:*19* 28:5, 7, *10* 30:*21* 31:*14* 32:3 54:*25* 55:*1, 8, 21* 56:24 57:5 59:25 61:*15, 19* 63:*11* 75:24 136:*17* 180:*14* 192:*23* 220:18 223:24 224:2 231:*1* 251:*12* 258:*14* 266:2, *4* 267:*1, 10* 288:*17, 19, 24* 294:*3* 309:22
**caused** 264:*1, 2*
**causes** 42:*10, 18* 58:*1* 60:*6, 23* 218:2 263:*12*
**causing** 76:2 107:*15* 137:5

266:*19, 20* 267:*12*
**CD8** 172:*15*
**cell** 169:*4* 184:*15* 208:7 222:*21, 24* 223:*10*
**cells** 92:*13, 15, 19, 21, 22, 25* 184:*14* 196:25 197:*1, 7* 200:*3, 8, 9* 226:2, *17, 20* 230:*18* 233:20 244:5 251:*11*
**Cellular** 9:*11* 10:*13* 184:*7* 222:*20, 22* 230:7
**centers** 277:*10*
**Central** 8:*15*
**Cephalic** 8:*19*
**cerebellum** 90:*18, 23* 92:8, *21* 196:22 197:25 256:*21*
**Cerebral** 9:*13* 218:*12* 279:*16*
**certain** 96:*17* 200:*3*
**certainty** 293:6, *10*

**CERTIFICATE** 323:*1, 13, 19*
**certification** 323:*21*
**Certified** 2:*16* 323:*1, 2*
**certify** 323:*3* 326:*3*
**certifying** 323:*25*
**change** 21:*11* 42:*11, 19* 43:*15* 53:*7, 24* 57:*10* 60:*5, 16* 61:*22* 63:*15* 65:*5* 181:*25* 282:*1* 303:*11* 325:*4*
**changed** 66:*16, 17* 93:*19* 230:*10*
**changes** 23:*7* 35:*21* 42:*11, 19* 43:*8, 15* 44:*2, 16* 45:*1, 15, 19* 51:*10, 18* 52:*4* 55:*7* 58:*22* 59:*19* 65:*23* 138:*3* 283:*10* 284:*9* 324:*8* 326:*6*

**changing** 171:*6*
**chapters** 299:*24*
**characteristics** 316:*16*
**Characterize** 10:*17* 41:*8*
**charge** 39:*22*
**check** 272:*16*
**chemical** 43:*2, 7* 44:*7* 53:*2* 54:*19*
**Chen** 320:*2*
**cherry-pick** 318:*22*
**cherry-picked** 318:*20*
**child** 5:*22* 267:*10*
**Childhood** 6:*19* 308:*24*
**children** 6:*6* 7:*17* 21:*9* 118:*21* 121:*24, 25* 122:*2, 6* 130:*8, 12* 131:*11* 166:*8* 168:*9* 171:*15* 182:*3, 7* 264:*6* 265:*4* 267:*17* 304:*18* 316:*12*

**children's** 183:*10*
**child's** 232:*23*
**chloride** 274:*16*
**choosed** 210:*2*
**chromatography-mass** 249:*18* 303:*15*
**chronic** 76:*1* 262:*5* 265:*25* 282:*11* 284:*5* 285:*13*
**chronically** 272:*7*
**circles** 55:*25* 277:*22*
**circulates** 250:*24*
**circulating** 250:*2, 3*
**circulation** 10:*10* 174:*23*
**cirrhosis** 5:*19* 80:*25* 81:*17, 22*
**cite** 206:*5*
**cited** 205:*11* 206:*1* 209:*21*
**cites** 130:*9* 206:*10, 15* 252:*24*
**claiming** 29:*6*

**clarification** 48:*13*
**clarify** 309:*18*
**class** 17:*6, 7, 10, 19, 23* 18:*6, 14* 296:*9* 298:*13*
**classes** 17:*13*
**classroom** 238:*9*
**clear** 23:*22* 43:*19* 45:*11* 95:*12, 22* 101:*8*
**clearance** 226:*9*
**client** 291:*1*
**clinical** 36:*8* 39:*3, 20* 69:*4, 7, 8, 18, 21, 22* 70:*3, 7* 71:*1* 122:*17* 132:*2, 12, 14, 16, 18* 133:*10* 152:*8, 9, 10* 182:*6* 267:*22* 286:*10* 292:*6* 295:*4, 6* 299:*25*
**clinicians** 299:*16*
**close** 16:*19* 77:*13* 138:*25* 179:*16, 17*

**234:*20, 21***
**235:*6* 240:*9***
**closed** 124:*4*
**Cmax** 176:*6, 7*
**coaching** 95:*1*
**coauthor** 19:*16, 24* 166:*18* 238:*15*
**coauthors** 166:*19*
**cohort** 5:*24* 6:*8, 20* 7:*13* 70:*24* 130:*5* 153:*1* 168:*22* 303:*10* 304:*15* 315:*8*
**cohorts** 18:*8* 24:*13*
**collect** 145:*19*
**colored** 277:*22*
**colorimetric** 259:*18, 19, 21*
**column** 82:*1* 129:*25* 131:*21, 24* 135:*19* 139:*19, 25* 140:*8* 141:*8* 145:*6* 146:*16* 148:*7* 154:*11* 167:*3*

168:*13*
173:*1*
202:*16*
207:*16*
257:*4*
277:*23*
287:*17*
**combination**
188:*16*
**combine**
178:*20*
**come**  85:*10*
144:*10*
149:*4*
162:*20*
163:*5*
176:*9*
208:*21*
236:*3*
277:*15*
299:*6, 7*
301:*18*
305:*25*
316:*23*
**comers**
174:*2*
**comes**
161:*8, 9*
162:*22*
163:*4*
**comfortable**
43:*25*  46:*2*
47:*6*  157:*2*
**coming**
60:*10*
115:*5*
117:*11*
118:*13*
153:*10, 16*
**comment**
55:*4*  94:*20*
144:*9*
249:*11*
253:*13*

**commented**
280:*17*
**comments**
220:*14*
232:*8*
**commission**
326:*17*
**commit**
80:*14*
**common**
58:*7, 15*
59:*9*  299:*5*
**communicati
ons**  10:*14*
14:*19*  15:*2,
5, 6, 9*
149:*10, 18*
**community**
44:*3, 16*
45:*2, 21*
60:*23*  61:*11*
**comorbiditie
s**  263:*11*
287:*9, 10*
**comorbidity**
314:*19*
**companies**
31:*24*
40:*11, 14*
299:*16*
**company**
254:*25*
302:*20*
**comparative**
85:*18*
**compare**
128:*15*
144:*18*
230:*22*
257:*6*
**compared**
114:*23*
116:*2*
122:*5, 12*

124:*19*
180:*24*
181:*9*
207:*19*
208:*3*
214:*2*
215:*17*
228:*13*
237:*20*
238:*2, 17, 23*
245:*3, 5*
271:*21*
272:*7*
301:*25*
315:*15*
**comparing**
36:*22*
274:*24*
**comparison**
115:*25*
230:*2*  298:*1*
**complete**
64:*20*
150:*17*
**completed**
38:*12*
66:*10, 13*
**completely**
197:*23*
**complying**
93:*20*
**compound**
29:*4*  32:*23*
42:*10, 18*
43:*16*  48:*3*
50:*16*  53:*2,
8*  54:*21, 24*
55:*13*  56:*1,
3, 4, 22*  57:*3,
15*  59:*24*
60:*4, 9, 14,
16, 18*  61:*17*
104:*1*

**compounds**
27:*7*  29:*3,
16, 19, 25*
32:*10, 18*
55:*20*
**computer**
254:*20*
255:*4*
**computers**
316:*22*
**concede**
217:*11*
226:*12*
**concentratio
n**  71:*25*
72:*4, 19*
158:*7, 11, 15*
159:*5, 8, 12*
160:*5, 15*
176:*18*
185:*4*
190:*19*
191:*1, 11, 12*
208:*18*
218:*2, 17*
226:*8*
227:*19*
256:*16*
281:*25*
285:*23*
286:*3*
**concentratio
ns**  10:*6*
160:*22, 24*
161:*19*
182:*18*
187:*17*
208:*19*
218:*3, 19, 25*
224:*15*
226:*4, 22*
227:*10*
229:*2, 3, 17,
19*  230:*20*

235:*16, 18*
242:*11*
243:*8, 17, 23*
271:*11*
**concept**
175:*19*
**conception**
89:*25*  90:*9*
**concern**
172:*3, 9*
**concerned**
214:*15*
**concerns**
186:*21*
**conclude**
85:*3*
144:*19*
239:*12*
321:*21*
**concluded**
186:*7*  322:*2*
**concludes**
321:*23*
**concluding**
60:*8*
**conclusion**
67:*8*
122:*20*
168:*3, 4*
193:*1*
**conclusions**
67:*9*  305:*12*
**condition**
264:*10*
265:*13*
**conditions**
20:*19*
85:*19, 22*
264:*14*
**conducted**
67:*18*  68:*1*
**conferred**
14:*6*

Confidential - Subject to Protective Order

confidence
115:5
126:25
127:5, 22
135:14
144:6  300:9
confident
30:21, 25
CONFIDEN
TIAL  1:11
confirm
16:1, 15
32:2  112:6
150:24
151:4, 8
192:5
confirmed
188:13
250:15
252:20
conflicts
302:21
confounded
308:18
confounding
80:10, 11, 18
114:4, 13
136:12
137:4, 9
138:16
141:23
142:9
148:5, 13, 23
308:5, 19
confuse
80:19
confused
66:1  229:9
confusing
34:19
315:20
confusion
62:7  66:6

conjugate
229:24
230:13
255:11
256:8, 13
conjugated
179:10
188:15
connect
317:15
consecutive
87:25  88:7
89:2
consensus
197:5, 8
301:10
consequence
187:18, 20
188:1
260:23

consequences
258:23
conservative
105:7
consider
16:24
17:15
22:13
25:15
52:11
56:17
62:11
64:21  89:1
147:9  303:3

consideration
88:12
123:19
276:5
302:12
considered
33:25
35:14

79:19  80:8
116:23
125:16
146:24
176:12
185:3
300:23
301:24
309:23
consistent
67:5  77:12
123:9
281:12
305:7
consists
202:17
constrained
281:3
consulting
15:11
Consumer
86:4
contacted
15:13
contained
315:16
319:7
context
35:19
41:12  43:9
44:7  50:20
51:14
52:22  54:4,
7, 20  55:10,
11  58:3
68:25
115:11
261:17
continue
96:19
147:22
Continued
4:1

contracts
31:23
contrary
258:10
contrast
237:20
contribute
179:23

Contribution
8:7  137:10
control
6:25  7:8
32:20  33:1
36:13
113:7, 17, 22
114:6, 15, 22,
24  115:9
116:8, 13
118:23
119:2, 8, 13,
16  120:3, 22
122:25
123:4, 9
124:2, 9, 23
125:5, 24
126:3, 19, 20
128:13, 21
129:8, 15
133:6
148:4, 21
186:3
215:16, 17,
19, 24
216:13, 23
234:9
257:1, 6
275:16
288:10, 11,
14  298:1
303:7, 8
304:25
323:24

controlled
5:24  119:6
298:2
controlling
148:22
controls
33:5
129:18
272:21
274:3, 11, 24,
25  275:5, 19
277:25
controversy
263:25
conventional
181:21
convert
237:6
converted
175:17
226:15
converts
178:14
180:8
copies  16:4
86:8
117:16
140:11, 22
306:25
copy  140:19
307:4
313:8, 18
323:10
cord  7:16
72:7
159:16, 17,
18, 22
160:17, 23
161:3, 18
162:17, 19
166:7
171:14
251:17

**corner**
120:*11*
**Coronavirus**
281:*5*
**correct**
14:*5, 16*
15:*23* 19:*4*
24:*4* 25:*22*
30:*22* 52:*5*
53:*15*
63:*19*
65:*16* 70:*3*
78:*25*
79:*24* 80:*3*
99:*25*
110:*7*
111:*3, 4, 18*
112:*16, 17*
113:*9, 13*
114:*1, 25*
118:*12*
119:*16, 19*
122:*17*
129:*2*
133:*13*
134:*4*
135:*3*
136:*19*
141:*15, 21*
144:*8*
145:*17*
149:*22, 24*
150:*23*
158:*4, 8*
161:*7*
171:*1, 2*
173:*6*
174:*22*
180:*9*
184:*11*
193:*24*
194:*20*
195:*1*
196:*20*

197:*5, 17*
200:*16*
212:*25*
213:*1, 7, 11*
216:*15*
218:*5, 20*
224:*24*
226:*5, 6, 13*
229:*12, 13*
234:*7*
236:*22, 24*
237:*24*
239:*10*
240:*5*
243:*18*
244:*4*
245:*22, 24*
250:*13*
252:*11*
262:*20*
267:*7*
268:*6*
277:*8*
287:*22*
290:*19*
312:*18*
314:*10*
321:*2*
323:*10*
326:*4*
**correction**
150:*25*
151:*6*
**corrections**
324:*3, 5*
326:*6*
**correctly**
32:*19* 87:*6*
107:*1*
130:*14*
132:*24*
155:*5, 6*
164:*8*
167:*16*

213:*20*
248:*1*
275:*12*
279:*1*
**correlating**
69:*4, 17*
**correlation**
128:*10*
287:*15*
**Cortical**
9:*21* 233:*20*
**cost** 31:*16*
**counsel**
14:*8, 14, 22*
15:*2, 5*
16:*3* 56:*13*
58:*9* 65:*21*
67:*12, 15*
68:*1* 69:*9*
76:*3, 12*
91:*7* 93:*10*
96:*2*
124:*17*
137:*20*
155:*25*
189:*8*
279:*25*
290:*25*
308:*2*
316:*3, 20*
**Counselor**
210:*14*
**Counsels**
12:*13*
**count**
282:*10*
**counting**
145:*11*
**countries**
85:*19*
**couple**
40:*10* 49:*9*
68:*16*
86:*19* 97:*6*

153:*22*
158:*2*
166:*2*
184:*17*
**course** 77:*4*
78:*11* 89:*3*
102:*14*
106:*14*
274:*22*
296:*21*
300:*2*
306:*11, 12*
**COURT**
1:*1* 12:*15*
16:*7* 95:*8*
324:*15*
**cover**
318:*16*
**CpG** 170:*1,
3*
**CpGs**
167:*13*
**create**
178:*21*
**criticism**
173:*10*
209:*25*
**criticize**
224:*13*
**criticized**
185:*19*
**crosses**
127:*7, 8*
**crossover**
185:*2*
**crude**
146:*14*
147:*6*
**CSF** 218:*7,
8, 12*
**CSR** 1:*25*
323:*18*

**cultured**
226:*2*
228:*20*
**cumulative**
75:*24* 87:*3,
24* 93:*15*
98:*12, 25*
99:*9, 17*
100:*23*
102:*18*
134:*3*
163:*16, 25*
164:*1, 2, 17*
240:*9*
319:*24, 25*
**curated**
253:*16*
**curious** 96:*4*
**current**
130:*10*
131:*7*
**curriculum**
306:*11*
**cut** 54:*11,
13*
**cutoff**
170:*22*
173:*25*
**CV** 26:*4*
38:*25* 39:*5,
11* 40:*9*
**CYP** 206:*4*
237:*1*
**CYP2E1**
8:*18* 61:*21*
178:*21*
182:*21*
188:*14, 17*
190:*13*
193:*12, 22*
194:*11*
195:*10*
196:*18, 22*
197:*5*

198:*18*
199:*19, 20*
200:*16, 22*
201:*2, 8, 11*
202:*10*
205:*12*
206:*2, 16, 17, 20*  207:*2, 17, 22*  208:*11*
210:*9, 11, 23*
211:*12, 23*
212:*6*
215:*7*
234:*5*
235:*22*
236:*15*
237:*1, 19*
238:*1, 16, 22*
239:*4, 8*
246:*21*
247:*2, 10*
248:*11, 18*
249:*9, 24*
250:*6, 11, 16*
251:*20, 24*
**CYP450**
178:*19*
194:*24*
235:*22*
236:*6, 15, 21*
238:*3*
**cysteine**
178:*16, 17*
244:*14*
**cysteinylglycine**  244:*15*
**Cytochrome**
8:*5, 14*  9:*6*
177:*24*
178:*13, 25*
179:*1, 6, 7, 23*  188:*24*
195:*3, 17*
198:*1, 25*

200:*2*
201:*10, 20, 22*  206:*25*
207:*7*
210:*15*
211:*3*
216:*2*
219:*13, 21*
226:*17, 20*
229:*20*
235:*4*
236:*1*
239:*4*
241:*19*
247:*19*
250:*25*
252:*6*
**cytochromes**
10:*11*
**cytosolic**
243:*16, 22*

**< D >**
**daily**  87:*12*
271:*4*
**dam**  278:*8, 12, 13, 19*
279:*3*
**damage**
180:*23*
181:*5*
183:*7, 25*
266:*20*
**damages**
251:*12*
**dams**
280:*18*
281:*12*
284:*3, 22*
**Danish**  6:*19*
**data**  17:*17, 18*  23:*23, 25*
40:*17*  63:*8, 24*  64:*1*

65:*12*
72:*10*
74:*10*  75:*3*
85:*9*  89:*5, 6, 12*  94:*2*
105:*15, 16*
109:*15*
115:*5*
120:*17*
127:*13, 14*
145:*19, 23*
146:*5*
147:*4, 15, 17*
150:*2*
155:*7, 14, 22*
156:*1, 7, 12, 14, 25*  157:*4*
168:*1*
171:*9*
173:*20*
179:*25*
184:*13*
193:*2, 13*
206:*19*
237:*2*
252:*4*
254:*18, 23*
266:*18*
278:*16, 17, 25*  279:*1, 21*
284:*14, 19, 20*  285:*6*
305:*14, 16*
319:*2*
**databases**
198:*19*
252:*3*  300:*4*
**date**  12:*6*
158:*19*
306:*22*
323:*15*
324:*7*
326:*11*

**dated**  15:*12, 23*  47:*10, 12*
192:*2*
**day**  16:*20*
74:*2*  87:*2, 16*  95:*16*
96:*18*  97:*5, 7*  98:*12*
102:*15*
106:*22*
121:*7*
124:*21*
161:*19*
184:*16*
185:*17*
223:*7*
239:*20*
240:*4*
271:*4*
273:*15, 19, 21*  274:*5, 13*
275:*8*
288:*24*
289:*20*
292:*3*
300:*17*
310:*4*
326:*16*
**days**  75:*3, 5, 11, 17, 22*
77:*11, 13, 22*
78:*8, 14*
87:*3, 24, 25*
88:*3, 7, 8, 15, 16, 20, 21, 25*
89:*2, 11, 23*
90:*5, 8, 14, 20, 24*  92:*10*
93:*5, 7, 15, 23*  97:*21*
98:*3, 4, 12, 19, 25*  99:*1, 8, 9, 14, 17, 22, 23*  100:*6,*

*11, 18, 20, 23*
101:*13, 23*
102:*14, 18*
103:*23*
104:*4, 9, 10, 12, 21, 24, 25*
105:*2, 3, 12, 19*  106:*4, 14, 22, 25*  108:*8, 11, 21, 23*
109:*5, 8, 16, 21*  118:*12, 22, 25*
119:*14*
123:*5, 10, 13, 15, 20, 23, 25*
124:*10, 13, 15, 20, 24*
125:*6, 23*
126:*2, 5, 7, 19*  127:*19*
133:*19*
134:*3, 4, 12, 19, 22*  135:*7*
136:*7*
153:*12, 17*
164:*21*
165:*18*
189:*19*
240:*14*
273:*15, 25*
274:*12*
275:*7, 20*
285:*25*
290:*18*
292:*4*
294:*7*
303:*14*
324:*12*
**deal**  77:*23*
**death**
184:*15*
218:*3*
219:*20*

Confidential - Subject to Protective Order

220:*23*
222:*21, 22, 24*  223:*10*
**decision-making**
300:*10*
**decline**
291:*18*
**deconvolutio**
**n**  169:*5*
**decreased**
228:*22, 23*
**deemed**
324:*15*
**deep**  44:*20*
**DEFENDAN**
**TS**  3:*18*
**defer**  151:*20*
**deficit**  6:*23*
7:*6*
**defined**  77:*9*
**Definitely**
315:*10*
**definition**
101:*15, 22*
102:*17*
105:*4*
208:*21*
**definitive**
259:*19*
**degree**
293:*5, 9*
**delivery**
161:*5*
**delve**  44:*20*

**demonstrates**
7:*22*
**dependent**
180:*23*
181:*7*
182:*20, 21*
218:*2*

**depends**
54:*19*  61:*1, 4*  87:*21*
176:*1, 3, 22*
188:*21*
225:*13*
271:*16*
**deplete**
107:*10*
229:*23*
268:*3*
**depleted**
266:*7*
**depletion**
241:*11*
291:*18, 25*
292:*2*
**deponent**
12:*12*  326:*1*
**deposing**
324:*12*
**DEPOSITIO**
**N**  1:*12*  2:*1*
5:*12*  6:*3*
7:*3*  8:*3*
9:*3*  10:*3*
11:*3*  12:*8*
86:*3*  91:*19, 23*  94:*25*
95:*22*
321:*23*
322:*1*
324:*2, 10, 13, 14*
**depositions**
86:*7*
**depression**
155:*2, 10, 17*
156:*3, 21*
308:*23*
**depth**
219:*16*
**derived**
29:*19*

**describe**
20:*12, 15*
26:*17*
29:*12*
36:*18*  53:*7*
67:*19*  83:*4*
116:*7*
167:*1*
263:*14*
296:*19*
**described**
97:*19*
**describing**
68:*19*
**description**
164:*15*
172:*14*
**design**
70:*24*
113:*3*
114:*7*
115:*7, 13, 24*
116:*7, 12*
139:*9*
164:*17*
274:*2, 10*
275:*5, 18*
302:*12*
303:*2, 23*
304:*5, 11, 16*
**designated**
17:*19*
**designed**
70:*13*
**designs**
114:*20*
115:*6*
**detail**  96:*1*
**detect**  37:*9*
184:*7*
199:*22*
276:*22*
**detectable**
177:*5*

208:*17*
236:*1*
**detected**
186:*7, 10*
197:*1*
**detecting**
169:*24*
**determine**
24:*20*
69:*16*
118:*5*
132:*16*
158:*10*
200:*15*
295:*10*
**determined**
109:*19*
159:*13*
219:*19*
290:*12*
**determining**
186:*4*  277:*4*
**develop**
26:*11*
41:*23*
165:*20*
255:*16*
286:*14*
300:*4, 9*
309:*20*
**developed**
92:*16*
303:*11*
**developing**
24:*22*
42:*11, 19*
43:*15*
86:*23*
109:*22*
183:*12*
295:*12*
**development**
17:*3*  22:*18*
23:*1, 11*

26:*18*
39:*24*
41:*21*  59:*5*
107:*25*
108:*14*
**development**
**al**  26:*8, 14, 20*  27:*10*
**devolving**
62:*17*
**diagnose**
38:*16, 19*
**diagnosed**
103:*25*
104:*6*
265:*4*
304:*18*
**diagnoses**
69:*25*  70:*7, 15*  71:*1, 10*
85:*19*
130:*11*
131:*8, 16*
132:*18, 19*
133:*10*
150:*6*
151:*25*
152:*8, 9*
**diagnosing**
71:*9*
**diagnosis**
69:*8, 22*
70:*3*  116:*2*
119:*1*
122:*5, 17*
132:*12*
133:*10*
136:*4*
152:*10*
**diagnostic**
132:*15*
150:*8*
**diagram**

237:*1*
dietary 22:*7*
differ
190:*13*
193:*12*
difference
35:*16*
41:*12*
161:*16*
170:*7*
206:*3*
230:*7*
276:*23*
differences
132:*17*
169:*25*
170:*8*
193:*5*
255:*18*
256:*25*
279:*23*
different
18:*9* 42:*22*
54:*20*
77:*10*
79:*11, 14*
85:*25*
87:*17* 91:*5*
130:*2, 9*
131:*6*
140:*18*
146:*24*
150:*21*
164:*7*
169:*23*
170:*25*
178:*3*
190:*14*
206:*19*
230:*9*
240:*25*
245:*4*
247:*19*
261:*24, 25*

269:*16, 17*
271:*12*
300:*1*
303:*13*
differentiate
237:*5* 249:*2*
differently
201:*15*
227:*23*
300:*2*
differing
73:*9*
dihy 29:*10*
dihydromyri
cetin 29:*5,
11*
diminished
191:*16*
192:*8*
direct
323:*24*
directly
48:*2* 168:*14*
disagree
177:*9*
191:*4*
232:*22*
261:*21*
265:*19*
271:*14*
279:*25*
disappointme
nt 170:*24*
discipline
299:*14*
disclosed
14:*7, 12, 20*
Disclosure
7:*24*
disconnect
286:*22*
discounting
208:*11*

discrepancy
251:*25*
discuss 14:*4*
59:*14*
60:*11*
61:*12, 21*
67:*11*
85:*11*
133:*15*
149:*15*
174:*12*
189:*14*
211:*6*
235:*21*
268:*24*
discussed
32:*11*
56:*23* 57:*4*
58:*19*
59:*12*
63:*14*
64:*16*
102:*16*
247:*22*
273:*6*
311:*5, 23*
discusses
206:*9*
discussing
81:*14*
279:*15*
discussion
133:*14*
146:*16*
161:*6*
168:*16*
discussions
264:*7*
disease
22:*11, 13, 14,
16, 17, 21*
23:*4, 5, 9, 12*
59:*7* 264:*1,
10* 265:*8*

266:*17*
296:*23*
diseases
20:*19* 21:*8,
23* 22:*6*
42:*8* 58:*5,
6* 59:*6, 7, 9*
266:*15*
268:*9*
dismantling
323:*11*
dismutase
257:*24*
258:*2, 16*
disorder
6:*24* 7:*7,
19* 19:*7, 13,
19* 20:*8*
50:*18*
58:*18, 19*
132:22
146:*6, 10*
147:*11*
166:*9*
182:*1*
295:*13*
298:*25*
311:*11*
316:*11*
317:*19*
318:*1*
Disorders
6:*15, 18*
58:*17* 59:*8,
11* 132:22
146:*23, 24*
147:*2*
308:*24*
distracted
217:*1*
Distribution
8:*5, 13*
225:*10, 18*

DISTRICT
1:*1, 2*
disulfate
249:*1*

dithiothreitol
249:*4*
DNA 7:*16*
165:*24*
166:*7*
167:*15*
168:*7, 9*
169:*24*
171:*10, 14,
17* 173:*4*
doctor
38:*13*
179:*2*
199:*9*
285:*18*
308:22
311:*4*
Document
1:*7* 16:*17*
68:*17*
86:*20*
117:22
118:*3*
130:22
132:*11*
133:*24*
143:*9*
148:*11*
153:*6, 14*
154:*6, 19, 21*
160:*12*
185:*12*
198:*8*
204:*20*
217:*10*
224:*20*
242:*23*
269:*14*

Confidential - Subject to Protective Order

272:*19*
283:*16*
**documents**
13:*6, 9, 11,*
*12, 15, 25*
14:*2*
**doing** 21:*25*
23:*10*
32:*19*
62:*17*
74:*24*
133:*11*
209:*21*
236:*11*
245:*17*
277:*8*
284:*24*
298:*16*
303:*1, 3*
318:*18*
324:*6*
**dosage**
24:*16*
71:*16, 17, 20*
72:*1* 73:*4*
87:*21* 94:*3*
97:*16*
100:*12*
140:*3*
141:*18*
145:*12*
158:*5, 10*
163:*14, 16,*
*23* 164:*17*
239:*20*
**dosages**
145:*12*
187:*18*
188:*2*
**dose** 7:*21*
11:*5* 25:*13,*
*14, 19, 20*
26:*24* 30:*9,*
*15* 32:*2, 3,*

*23* 33:*19*
34:*22*
71:*22, 23*
72:*3, 4, 20,*
*21* 73:*15*
75:*23* 76:*1*
77:*15, 16*
78:*16* 79:*3,*
*7* 80:*6*
82:*23*
86:*25*
97:*20*
98:*12*
99:*14*
100:*21*
102:*15*
103:*23*
104:*5*
105:*18*
106:*3, 13*
108:*16*
163:*16, 25*
164:*2, 3, 21*
175:*24*
176:*20*
183:*9, 11*
185:*14, 25*
186:*4*
214:*1, 4*
217:*15, 16*
218:*14, 20*
220:*1, 2, 10*
221:*2, 24*
222:*3, 4, 11,*
*12* 223:*8*
226:*8*
235:*13*
239:*14, 18*
240:*2, 9*
241:*7, 8*
258:*14*
271:*5*
289:*18, 19,*
*20, 21, 22, 23,*

*24* 294:*11*
295:*10*
297:*24*
309:*24*
310:*5*
319:*24*
**dose/duratio
n** 24:*20*
25:*12, 18, 24*
**dosed** 33:*1*
34:*6*
**dose-
response**
24:*10*
143:*22*
145:*11*
258:*10*
**doses** 11:*21*
26:*24*
30:*20*
33:*24, 25*
34:*2* 35:*6,*
*15, 23* 37:*10,*
*11* 72:*10*
74:*2, 11*
75:*4, 10, 11,*
*20, 25* 77:*10*
79:*23* 80:*2,*
*8* 87:*12*
89:*9* 97:*6*
100:*23*
105:*20*
106:*5*
108:*5*
161:*18*
181:*21*
182:*4*
184:*6, 8*
185:*15*
188:*5, 7, 9,*
*10* 189:*25*
192:*24*
213:*5, 16*
214:*6*

219:*10*
221:*16*
222:*24*
223:*5, 10, 22*
224:*1*
229:*3*
231:*1*
235:*17*
240:*23*
241:*2*
255:*15*
258:*18*
261:*12*
**dosing**
32:*17*
37:*22*
79:*18*
221:*20*
227:*11*
232:*16*
233:*2*
319:*25*
**dosing/durati
on** 23:*25*
**dot** 280:*5*
**dots** 282:*10*
284:*6*
**dotted** 282:*9*
**DOVEL**
2:*6* 3:*4, 5*
**download**
252:*4*
**Dr** 13:*2, 4,*
*5* 14:*13*
*15:3, 4*
16:*21* 42:*9,*
*17* 49:*6, 20*
*55:12* 62:*3,*
*9, 23* 64:*13,*
*14, 17, 18, 24*
65:*9, 10, 22*
66:*20, 23*
67:*2* 73:*1*
81:*12*

95:*19* 97:*2*
100:*17*
101:*6, 21*
102:*12*
109:*12*
110:*4*
111:*10*
112:*5*
120:*2*
140:*16*
152:*22*
158:*1*
165:*5*
177:*1*
180:*1*
183:*14, 18*
185:*18, 22*
190:*17*
191:*3, 8, 18,*
*20, 25*
192:*18, 20*
193:*15*
195:*8*
196:*1, 21*
198:*5*
199:*9*
200:*25*
203:*6*
204:*22*
205:*11, 22*
206:*1, 5, 15*
207:*1*
209:*21*
211:*8*
214:*16*
218:*21*
219:*23, 25*
220:*8, 15*
223:*18*
224:*13*
225:*1, 7*
231:*7*
237:*21*
241:*12*

242:8, *21*
245:3, *19*
246:*10*
252:8, *16, 20*
256:*1*
268:*10, 23*
292:*11, 22*
300:*12*
311:*3*
319:5
321:*24*
**drafting**
192:*1*
**draw** 73:*16*
175:*13*
286:*16*
288:7
289:*1, 2*
**drawing**
173:*15*
288:22
**drinking**
232:*19*
**drop**
229:*15*
230:*3*
258:8 292:*1*
**dropped**
144:2
228:*13*
**dropping**
254:8
**drops**
230:*12*
257:8
**drug** 21:*10*
28:*12, 14, 20*
31:*24* 41:*1*
59:5 69:*5,*
*18* 71:*15*
92:*13*
152:*4*
177:5
186:*19*

271:*10*
286:*17, 22*
289:*10*
291:23
297:24
298:23
299:*14, 15*
302:*20*
**drug-related**
28:6
**drugs** 21:*12*
26:*11* 27:*4,*
*6* 29:*1, 9, 12,*
*14* 41:23
57:23
276:*12*
286:*15*
**DSM** 38:22
**due** 120:*21*
130:*10*
131:7
141:*24*
231:9
233:9
279:23
**duly** 12:*18*
323:6
**duplicates**
281:*10*
**duration**
25:*14, 20*
71:*16* 77:*3,*
*4, 7, 14*
108:*3*
158:*11*
294:*11*
295:*10, 11*
**durations**
154:25
**Dutheil**
9:*14*
204:*18, 23*
209:*1*

**< E >**
**e.g** 71:*16*
**E15** 271:*4*
**E19** 271:*5*
**earlier**
19:23
37:*18, 19*
67:6 75:*20*
115:*3*
144:*5*
173:*10*
199:*12*
206:*20*
210:9
212:*19*
213:*16*
214:25
223:*17*
246:*11*
248:*17*
252:*21*
271:*17*
279:*19*
288:*15*
309:8
**early** 10:7
158:*3*
161:*12*
242:*11*
243:8
312:*16*
**easier** 50:*12*
**easiest**
169:*17*
**easily** 306:8
**editor**
156:*15*
**effect** 59:*15*
81:*21*
119:7
120:*11, 15,*
*21* 122:*16,*
*23, 24*

128:*11*
136:22
144:*10*
167:*14*
168:8
171:*13*
189:*18*
232:9 258:5
**effective**
29:6
**effects** 11:6,
*14* 17:*4*
18:9 21:9
22:8, *25*
27:*1* 28:*13*
30:*1* 32:25
36:5 85:23
89:*16*
116:*15*
124:22
186:5
200:*10*
221:20
222:*16*
223:6
226:24
230:*17, 24*
231:2
239:*14*
248:*19*
263:*21*
281:*3*
286:9, *12*
287:*1*
**eight** 74:6
124:*13*
177:*4*
243:*13, 14*
244:6
**Eighty**
145:*17*
**Eighty-five**
179:*14*

**either** 35:*21*
62:*1, 21*
115:*25*
209:*14*
312:22
**Elderly**
36:*21* 37:*11*
**element**
170:*19*
**elements**
18:*3*
171:*21*
208:7
**elevated**
210:*20*
**elevation**
284:4
**Eleven**
196:*14*
**elicits** 54:*19*
**elimination**
225:*10, 19*
**ELLIS** 4:*10,*
*13*
**embryo**
162:22
206:*21, 23*
244:6 286:4
**Embryogene
sis** 8:*18*
**embryonic**
10:6
242:*11*
243:8, *17*
271:*4*
312:*16*
**embryonic/fe
tal** 192:22
**emergency**
281:*5*
**employed**
113:*3*
169:23
303:23

Confidential - Subject to Protective Order

employment
40:7
empty 307:9
encompass
25:13
Endocrinolog
y 301:11
endogenous
187:19
endothelial
251:11
endpoints
71:1  115:8
150:18
151:7, 9
England
301:23
entire 47:8
88:9
105:20
106:5
108:4
154:17
189:18
299:2
entitled
5:17, 21
6:4, 9, 12, 16,
21  7:9, 14,
20  8:4, 12,
17  9:4, 8, 15,
20  10:4, 9,
15  11:4, 10,
14, 20  76:6
environment
al 113:19
enzymatic
190:7
207:12
219:18
enzyme
178:20, 24,
25  188:25
189:1

208:15, 22
210:16
Enzymes
9:9  208:18,
19  235:23
epi 72:12
93:3  97:2
109:15
EPIC 169:3
epidemiologi
cal 20:14,
21  21:4, 18
23:23  24:1
72:16
epidemiologi
st 16:22, 25
17:1  65:12
151:14
epidemiologi
sts 151:21

epidemiology
17:2, 5, 8, 9,
11, 20  18:19,
22  20:13
21:21
24:11
65:18, 20
68:21
70:25  72:8
73:2, 25
74:9  75:2,
8  105:8
114:5, 14, 21
158:7
epigenetic
138:3
equal 70:25
108:5
134:12
160:21
161:15
310:18

equally
71:11
equivalent
79:3, 7
161:13
183:25
218:18
220:1, 10
221:1, 24, 25
222:3
309:24
errata
324:4, 6, 9,
11  326:8
error
151:12
errors
151:1, 6
187:5, 6
escalate
32:23
escalating
185:25
escape
181:13, 16
ESPANA
4:4  12:4
especially
10:11  70:19
ESQUIRE
3:3, 4, 11, 19,
20, 21
essence
179:21
essentially
39:23
247:18
300:3
318:19
establish
84:3, 14, 24
established
100:19
211:1

estimated
145:13
256:19
estrogen
210:19
211:4
et 5:20, 25
6:8, 11, 15,
20, 25  7:13,
19, 23  8:9,
16, 22  9:7,
14, 19, 22
10:8, 14, 21
11:9, 13, 19,
23  165:8
184:5
189:24
194:5
195:2, 11
211:17, 19
223:4
237:18
239:1
304:3, 4
310:3
Ethanol-
Inducible
8:13
etiologies
146:25
etiology
265:16
Europeans
167:19
evaluate
32:13, 16
33:2  35:20
46:20
68:24
144:20
186:17
evaluated
20:21  21:4,
18  33:23

70:20
119:24
evaluating
20:13
21:21
28:21
125:20
164:17
301:17
evaluation
27:25
120:1
256:24
286:10
296:10, 16
302:10
303:4
evaluations
17:16
EVAN 4:18
evenly 88:8,
17  89:2
105:20
106:5  108:4
events
260:23
eventually
92:14, 15
everybody
72:23  300:1
Everybody's
49:8
evidence
20:14, 21
21:4  25:1
61:8
192:21
266:3, 6, 7
283:12
293:17
295:10
300:7, 9

Confidential - Subject to Protective Order

evolved
169:2
173:20
ex 79:5
exacerbated
211:20
exact 72:22
75:20
145:12
166:23
241:16
exactly
15:15
35:17 59:3
130:15
202:4 206:7
EXAMINAT
ION 5:2
12:20
292:20
311:1
315:14
323:8
examined
12:19
23:23
160:16
206:17
examines
206:16
Examining
7:10 23:3
29:25
152:24
example
17:20 21:9
23:24
72:11
132:21
251:21
261:15
265:4
267:3

303:14
304:11
excess
187:21
excessive
81:23
82:16, 17, 22
exclude
79:2, 6, 17
80:5 148:13
excluded
231:8
excreted
179:11
180:4, 9
Excuse 24:5
58:9
202:13
239:15
240:22
Exhibit
13:22
15:18, 22
16:1, 14
81:5, 9, 13
110:8, 12, 15,
19 111:6, 9,
12, 17, 19, 23
112:2, 6, 9,
13, 16
116:16
117:5, 9, 12
131:19
133:16
138:23
140:20
142:21
144:22
145:1
149:2
152:19, 23
165:1, 4, 17
166:4, 13
174:4

184:20, 21
185:10
191:21, 25
194:16, 20,
21 195:23
199:6, 10
203:11, 12,
22, 25 204:5,
11, 14, 18, 24
205:1, 2, 4
208:24
212:13, 18
214:20, 24
217:21
242:5, 9
246:6, 10
253:21, 25
255:23
256:2
259:7, 11
260:8
269:2, 7
280:9
285:14, 18,
19 292:24
307:3, 19, 22
310:10, 11
311:23
312:12, 25
313:5, 9, 13
320:10
321:10
EXHIBITS
5:12 6:3
7:3 8:3
9:3 10:3
11:3
204:21
306:15
320:16, 18
exist 238:24
244:8

exists 24:1
239:1
299:21
exosomal
247:10
exosome
211:19
exosomes
10:12
246:24
247:6
248:11, 15
249:10, 24
250:6, 11, 16
expand
24:13
104:25
167:11
186:24
expanded
59:4 317:10
expect
304:22, 23
expected
162:16
233:9
expel 162:21
experience
20:12, 15
65:20
276:21
300:12
Experimenta
l 39:4, 21
70:24
114:7
115:6
254:13, 14
259:25
experiments
32:2 33:21
231:4, 20
276:21

Expert 5:13,
15 7:24
64:13
157:1
165:10, 16
180:1
183:18
318:13
experts
14:7, 13, 20
15:3
220:16
236:10, 11
264:4
expires
326:17
explain
35:12
50:23
138:11
148:17
170:7
186:2
231:24
315:24
explanation
173:18
explanations
148:15
explore
132:20
exploring
167:13
186:18
expose 5:22
exposed 6:6
122:2, 13
224:16
226:3
Exposure
6:9 7:16
11:5, 11
24:16, 21
43:16 48:1,

5  53:8
54:25
65:13  69:5,
18  71:15
72:18, 24
75:22
86:22
99:18, 22
102:22
105:7, 9
109:16, 20
118:24
121:20
123:25
124:15, 22
132:22
134:4
143:3
145:20, 23
158:10
161:4
165:19
166:7
172:12
173:4
224:24
233:10
254:7
260:24
282:3
293:19
295:11
316:10
**exposures**
233:8
**express**
226:20
**expressed**
198:25
229:21
**Expression**
8:17  11:16
196:23
197:4

205:12
206:4
236:18
246:21
247:2
251:23
280:21
**extent**  45:4
76:4  96:13

**externalizing**
130:7  131:4
**extra**
124:21
313:8
**extremely**
182:5
245:11

**< F >**
**F1000Resear
ch**  269:18,
23  270:4, 16,
22
**fact**  75:25
80:16
185:24
189:25
195:14
221:17
228:16
229:14
239:2
248:23
258:5
259:20, 22
262:21
285:1, 11
302:24
306:11
**factor**
70:16
137:9
171:8

263:23
300:21, 22
301:17
302:2
303:3
304:11
305:2
**factors**  18:9
69:11
70:11
80:19
113:9, 16
114:5, 13
128:14, 22
141:24
142:2, 9
148:14, 23,
24  157:6
301:25
305:2, 4
314:19
315:15
316:17
**fail**  324:14
**failed**  172:4,
8
**failure**
173:18
218:16
223:24
224:3
**fair**  25:4
52:22  76:4,
13  91:12
105:24
124:17
198:14
226:12
232:4
238:4, 7
239:11
252:5
258:15

282:19
291:15
**fall**  99:8
**falsely**
195:9, 10
**false-
positive**
151:12
**familial**
113:8, 16
114:4, 13
120:21
122:24
141:24
142:2, 8
148:4, 23
308:4, 19
**familiar**
42:5
117:23
118:8
139:4
153:7
203:16, 19
269:18, 20
**family**
119:7
120:11, 15
122:16, 23
148:4
**far**  78:23
163:17
214:14
224:15
231:16
248:18
**farther**
168:13
**fashion**
239:8
**faster**  62:13
177:12
265:24

**Fast-
forward**
115:15
**fatal**  275:24
276:3
**father**
136:13, 17,
18, 20
**father's**
137:10
**FDA**  26:11,
19  83:16, 25
84:10, 13, 20,
23  85:7
213:19
254:22
255:8
286:20
289:11
**feel**  201:4
**female**
286:22
**Fetal**  8:21
10:7  11:18
90:18
224:23
236:1, 2
242:11
243:8, 17
245:5
247:11
249:9, 25
250:16
251:4
252:6
254:6
255:11, 12
256:9, 13, 14
261:19
262:2
264:12
266:10, 21
279:15
283:9

284:*9*
287:*3*
312:*16*
**Fetogenesis**
8:*19*
**fetus** 27:2
59:*16, 20*
72:6
161:*13, 14*
162:*4, 7, 18,
22, 24* 208:*8*
224:*16*
233:9
245:2
256:7
262:*23*
265:*17*
278:*8, 12, 19,
23* 279:*3*
283:*4, 24*
284:*21*
286:5
**fetuses** 27:8
246:2
247:*22*
250:8
282:3
283:*11*
284:*10*
**fetus's** 161:*8*
**fever** 97:7,
*13*
**fevers**
135:*10, 11*
**fewer**
165:*18*
**fiber** 225:*20*
**field** 298:*9*
299:5
300:*14*
302:*17*
**fifteen**
285:*24*

**figure**
101:9
150:*10, 16*
171:*25*
172:*6, 13, 25*
197:*14*
206:*22*
207:*10*
215:*9, 23, 24*
216:4
228:*19*
229:5
233:*25*
234:*4, 5, 14*
235:*16*
278:*17*
279:*13*
280:*1*
281:*20, 22*
284:*3, 7*
285:*11*
289:*16*
290:*6, 9, 22*
299:*19*
**figures**
281:*23*
**final** 131:*21,
25*
**finalized**
66:*20, 25*
**find** 156:*1*
238:*1, 21*
299:*21*
307:*11*
311:*8*
313:*15*
321:8
**finding**
124:*13*
135:7
147:*10*
208:*11*
257:2
259:*16*

**findings**
125:*10*
133:5
148:*15*
153:*9, 16*
165:*24*
167:*11*
168:*5, 20*
245:*12*
259:2
283:*1, 22*
304:2
320:*25*
**finds** 195:*12*
**fine** 135:*4*
154:*3*
168:*19*
**finish** 138:*8*
156:*8, 9*
194:2
213:*24*
249:*21*
291:7
319:*11*
**finished**
189:*5*
**First** 5:*13*
12:*18*
15:*12*
49:*11* 77:*6,
15* 78:*1, 5,
16* 89:*24*
90:*8, 19, 24*
92:*9, 10*
104:9
109:*15*
117:*20*
145:6
153:*20*
168:*15*
174:*18, 19,
20, 21* 182:2
195:*15*
203:9

205:*5, 25*
207:*10, 16*
213:*25*
232:*3, 4, 9*
243:*21*
254:8
257:*12*
265:*20*
271:8
282:*21*
300:*18*
303:*21*
308:*12*
**fit** 104:*12*
**five** 69:*11*
78:8, *10, 11*
97:*21, 24*
98:*4, 18*
99:*7, 23*
100:*6, 17, 18,
20* 101:*13*
102:*14, 25*
103:22
104:*4, 9, 10,
12* 105:*2, 3*
106:*14, 22,
25* 143:*4, 11*
169:*1*
191:*11*
193:5
197:*18*
228:*3*
291:*10*
**fivefold**
235:*11*
**F-L-A-V-O-
N-O-I-D**
29:*8*
**flavonoids**
29:*5, 8, 9, 13,
16*
**flavored**
233:6

**flavoring**
29:*15*
**flaw** 275:*25*
276:*3*
**flaws** 75:*15*
**floor** 49:*8*
**flow** 251:*13*
**fluid** 218:*12*
279:*16*
**focus** 18:*8*
24:*10*
44:*13* 50:2,
*11* 51:*25*
303:2 305:2
**focused**
19:*3* 20:*18*
24:*16* 43:*8*
71:*1* 133:*9*
184:*10, 12*
190:*8*
**folder**
13:*16* 16:5
**folic** 7:*15*
166:7
167:*13*
168:*8*
171:*4, 5, 8, 9,
14, 18, 22, 23*
172:*8, 11, 15,
18, 20, 22*
173:*3, 6, 7, 8,
11*
**follow**
91:*19, 23*
95:2 158:2
**followed**
290:*20*
**following**
67:*17*
192:*23*
218:*10, 13*
278:9
289:*17*
290:*15*

Confidential - Subject to Protective Order

| | | | | |
|---|---|---|---|---|
| **follows** | 51:*5, 12, 23* | 136:*24* | 258:*11* | **formulate** |
| 12:*19* | 52:*8, 25* | 137:*2, 12, 19* | 263:*16* | 297:*1, 2* |
| **follow-up** | 53:*10, 16* | 138:*7, 17* | 264:*15* | **forth**  65:*17* |
| 195:*2* | 54:*1*  55:*23* | 142:*3, 10* | 265:*14, 18* | 67:*3*  98:*20* |
| 238:*14* | 56:*7*  57:*12* | 143:*25* | 268:*12* | 100:*7* |
| 311:*3* | 60:*7, 25* | 144:*16* | 274:*14* | 101:*22* |
| **footnote** | 62:*4, 15, 24* | 145:*21* | 275:*9, 22* | 102:*17* |
| 65:*8*  66:*2,* | 63:*20*  65:*1* | 147:*13* | 277:*6* | 104:*23* |
| *12, 24* | 66:*7, 14* | 149:*25* | 279:*6* | 106:*16* |
| 231:*13, 17* | 67:*20*  68:*3* | 155:*12, 20* | 285:*7* | 202:*11* |
| 237:*22* | 69:*1*  70:*9* | 156:*24* | 289:*25* | 261:*23* |
| 252:*23* | 71:*4*  72:*15* | 157:*8* | 295:*15* | 323:*5* |
| **footnotes** | 73:*5*  75:*13* | 160:*25* | 296:*5* | **forward** |
| 253:*2* | 77:*17*  78:*3,* | 164:*6, 23* | 297:*17* | 91:*13* |
| **footnoting** | *17*  79:*9* | 166:*21* | 299:*9* | **found**  29:*18* |
| 66:*15* | 81:*2*  82:*6* | 171:*20* | 301:*20* | 59:*15* |
| **foregoing** | 84:*5, 16* | 173:*12* | 304:*7* | 82:*20* |
| 293:*5* | 85:*1*  86:*12* | 175:*25* | 305:*9* | 103:*24* |
| 323:*4, 21* | 87:*21*  88:*1,* | 178:*10* | 306:*2* | 130:*5* |
| 326:*3* | *10, 18*  89:*4* | 179:*19* | 309:*15, 25* | 133:*18* |
| **forget** | 90:*2, 11* | 180:*19, 25* | 314:*21, 24* | 208:*12* |
| 158:*19* | 91:*1*  92:*2,* | 181:*10, 21* | 315:*18* | 218:*1* |
| **Forgive** | *5, 11, 14, 22* | 182:*22* | 316:*2, 19* | 238:*4* |
| 237:*17* | 93:*9*  94:*1,* | 184:*2* | 318:*5* | 246:*22* |
| **form**  17:*21* | *25*  96:*8, 14,* | 194:*25* | 319:*13* | 247:*4* |
| 18:*10*  19:*8,* | *19*  98:*7, 14,* | 201:*13* | 326:*7* | 262:*4* |
| *20*  20:*3, 23* | *21*  99:*12, 19* | 209:*23* | **format** | 263:*11* |
| 21:*24* | 100:*1, 9, 25* | 210:*24* | 269:*16, 17* | 289:*13* |
| 22:*23*  25:*6,* | 101:*17* | 211:*13* | **Formation** | 305:*18* |
| *25*  27:*5, 16* | 102:*1, 21* | 217:*9* | 10:*20* | 320:*7* |
| 28:*22*  30:*6,* | 104:*18* | 220:*4, 12* | 180:*10* | **founder** |
| *11, 23*  31:*5,* | 105:*5, 22* | 222:*5* | 182:*13* | 40:*10* |
| *18*  32:*5* | 106:*17* | 223:*12* | 192:*22* | **four**  85:*21* |
| 35:*7*  36:*6,* | 108:*7, 17* | 224:*4* | **formed** | 97:*20, 24* |
| *14*  38:*4, 21* | 109:*1, 6* | 225:*12* | 90:*19, 24* | 106:*22* |
| 39:*6*  40:*15* | 113:*25* | 226:*11* | 91:*3*  92:*9,* | 185:*17* |
| 41:*10, 18* | 114:*8, 16* | 231:*11, 14* | *21*  230:*13* | 196:*14* |
| 42:*13, 21* | 115:*10* | 233:*21* | **forming** | 207:*18* |
| 43:*18*  44:*5,* | 123:*11, 17* | 234:*17* | 296:*6* | 223:*7* |
| *18*  45:*4, 23* | 125:*1, 12* | 236:*23* | **forms**  92:*22* | 240:*4* |
| 46:*8, 18* | 127:*11, 24* | 247:*5* | 181:*19* | 258:*1* |
| 47:*1*  48:*7* | 128:*16* | 248:*6, 20* | 202:*17* | 281:*10* |
| 49:*16, 25* | 129:*11, 16* | 250:*17, 20* | 246:*24* | 287:*20, 25* |
| 50:*8, 19* | 134:*5, 16, 20* | 253:*9* | | 288:*23* |

289:*3, 20*
290:*23*
304:*14*
310:*3*
**fourfold**
208:2
**fourth**
121:*20*
**fraction**
180:*3, 5*
**frame**  21:*15*
**free**  253:*12*
**frequency**
25:*13, 19*
297:*25*
304:*21*
314:*19*
315:*15*
316:*16*
**front**
127:*14*
282:*20*
292:*23*
306:*14*
320:*3*
**full**  12:*24*
97:*20*
105:*18*
106:*3*
196:*3*
308:*12*
**Function**
9:*13*  309:*22*
**fundamental**
17:*14*  18:*4,*
*12*  306:*11*
**fundamentall**
**y**  75:*23*
**funding**
302:*20*
**funds**
302:*19*
**funny**  222:*6*

**further**
25:*12*
62:*14*
131:*13*
168:*10*
216:6
218:*6, 9*
257:*23*
310:*7*  311:*1*
**future**
23:*11*
132:*17*
316:*10*

**< G >**
**G2018**
158:*18*
159:*19*
**G2020**
158:*24*
159:2, *3, 12,*
*22*  160:*1, 3*
**GA**  262:6
**gasoline**
55:*15*
**Gavage**
232:*15, 17,*
*18, 20*
**GC**  257:*17*
**geared**
148:*22*
**gels**  233:*5*
**gene**  11:*16*
283:*9*  284:*8*
**general**
71:*5*  76:*9*
80:*4*
176:*16*
239:*3*

**generalizable**
54:*22*
**generalized**
235:*25*

**generally**
98:*1*
176:*12, 19*
188:*14, 18*
296:*19*
300:*13*
**generate**
297:*7*
**genes**
283:*12*
284:*13*
**genetic**
113:*9, 16, 19*
114:*4, 13*
136:*22*
137:*9*
138:*3, 16*
141:*24*
142:*2, 8*
148:*4, 14, 23*
308:*4, 19*
**genetics**
137:*14, 22*
138:*19*
**genome**
170:*2*
**Gervin**
165:*21*
166:*12, 16,*
*18*  167:*4*
168:*22*
169:*25*
170:*2*
172:*4*
173:*19*
**gestation**
90:*20, 25*
92:*10*
**Gestational**
11:*10*
141:*14*
206:*23*
233:*10*

**getting**  31:*3,*
*8, 9*  50:*25*
91:*9*  95:*9*
175:*16*
222:*22*
248:*11*
249:*9*
250:*4*
273:*16*
274:*4, 12*
275:*7, 21*
294:*14*
**Ginsburg**
39:*2, 7, 11,*
*13*
**give**  26:*23*
41:*12*  53:*4,*
*19*  54:*4, 5,*
*20, 22*  55:*10,*
*13*  56:*13*
57:*17*  70:6
71:*1*  78:*20*
82:*23*
85:*15*
105:*9*
115:*8*
116:*15*
118:*2*
151:*23*
152:*7*
156:*8*
158:*5*
160:*18, 20,*
*22*  161:*21*
164:*12*
166:*3*
170:*17*
179:*12*
222:*7*
238:*8*
275:*15*
294:*6, 10*
297:*25*
301:*19*

302:6
304:*15*
309:*19*
**given**  59:*17*
67:*25*  69:*3,*
*15*  110:*22*
136:*9*
185:*17*
279:*21*
295:*3*
310:*3*  326:*5*
**gives**  61:*19*
125:*21*
152:*11*
163:*6*
241:*1*
282:*11, 12*
**giving**  44:6
55:*9*
100:*14*
200:*18*
220:*20*
266:*11*
**gland**  245:*8,*
*10*
**glial**  200:*8*
**glucuronidat**
**ed**  177:*25*
**glucuronidati**
**on**  177:*20,*
*22*  179:*22*
**glucuronide**
179:*11*
**Glutathione**
10:*4*  63:*9*
107:*11, 14*
177:*23*
178:*1, 15*
181:*11*
190:*18*
191:*9*
228:*22*
229:*10, 12,*
*15*  240:*24*

241:*12*
242:*10*
243:*7, 25*
244:*10, 15*
247:*16*
249:*1, 12, 20*
256:*17*
261:*13*
263:*10*
266:*14*
267:*22*
268:*4, 8*
287:*6, 11*
291:*22*
311:*13, 18*
312:*16*
**go**  13:*2*
15:*19*
22:*15*
43:*22*
45:*24*  49:*9*
54:*16*  56:*8*
59:*22*
61:*24*
62:*13*
68:*23*  74:*6*
83:*5*  94:*10,
12*  95:*8, 15,
23*  96:*4*
102:*4, 5*
103:*1*
105:*25*
107:*1*
109:*11*
118:*15*
124:*5, 19*
129:*24*
132:*7, 10*
135:*10*
147:*23*
153:*24*
154:*10, 18*
156:*10*
159:*15*

167:*1, 22*
172:*23*
177:*12*
184:*19*
187:*7, 8*
189:*2*
195:*13*
198:*13*
205:*5*
215:*4*
227:*14*
231:*15*
232:*6*
245:*15*
257:*12, 24,
25*  260:*14*
268:*13*
270:*14*
281:*7, 20*
282:*6*
284:*4, 6*
292:*4*
299:*15*
304:*23*
305:*1*
310:*19*
313:*11, 24*
319:*16*
**goes**  124:*21*
161:*13*
175:*2*
176:*7*
189:*3, 11*
214:*5*
215:*12*
216:*1*
247:*14*
258:*2*
**going**  15:*16*
20:*7*  43:*18*
45:*25*  47:*5*
48:*25*  49:*3*
55:*24*
56:*15*

60:*11*
62:*25*
74:*23*  76:*4,
7, 8, 17, 24*
91:*19, 23*
94:*7, 14, 17*
95:*16, 20, 25*
96:*18*
102:*1, 6, 9*
109:*24, 25*
110:*4, 11, 18*
111:*22*
112:*5, 12*
114:*9*
117:*8, 14*
127:*12*
142:*4*
147:*20*
149:*3*
151:*20*
154:*7*
157:*21, 23*
162:*20*
170:*18*
174:*9*
175:*23*
178:*2, 3*
185:*5, 9*
202:*23*
203:*1, 3, 10*
204:*8, 17*
212:*17*
214:*23*
218:*24*
221:*5*
222:*15*
227:*14*
233:*11*
236:*11*
238:*7*
241:*21, 25*
242:*3, 8*
246:*9*
253:*18, 24*

256:*1*
259:*10*
260:*4*
266:*25*
268:*17, 20*
269:*6*
285:*17*
292:*3, 15, 18*
294:*2, 3, 13*
302:*3*
305:*1*
307:*21*
310:*21, 24*
313:*16, 20,
25*  321:*24*
**Golkow**
12:*5*
**Good**  12:*22,
23*  26:*2*
71:*8*
147:*25*
223:*14*
259:*21, 24*
286:*20*
292:*22*
300:*19*
302:*1*
**Google**
316:*4*
**graduate**
17:*10*  18:*7*
296:*11*
**gram**  184:*6*
220:*18*
223:*7*
227:*18*
240:*4*
287:*21, 25*
289:*17, 20,
21*  290:*15*
310:*3*
**grams**  87:*1,
4, 5*  93:*14,
16*  97:*22, 24*

98:*1, 2, 4, 13*
99:*2, 8, 10,
11*  100:*17,
18*  101:*14,
23, 24*
102:*16, 20*
106:*22*
108:*3, 15*
184:*6, 16*
186:*8, 9*
239:*12*
240:*5*
241:*5, 7*
**grants**
31:*23*
270:*21*
302:*23*
**granular**
196:*25*
**Great**  96:*20,
25*  160:*5*
**greater**
79:*22*
114:*21*
115:*8*
152:*7*
160:*19*
161:*23*
228:*16*
300:*23*
**greatest**
113:*2, 24*
115:*2*
198:*24*
303:*22*
**GREG**  3:*4*
**grilling**
291:*1*
**group**
126:*9*
146:*6*
166:*11, 17,
19*  180:*13,
14, 16*

203:*17*
212:*4*
238:*15*
271:*19, 21*
279:*22*
288:*10, 11,*
*14* 303:*7, 8*
groups
276:*24*
GRUNER
4:*14*
GSA 180:*7*
GSH 44:*10*
54:*8* 61:*20*
107:*12*
108:*12*
178:*5*
180:*11, 21,*
*24* 181:*8, 14*
187:*20*
190:*13*
191:*1, 12*
193:*9*
200:*6*
228:*13, 22*
229:*1, 23, 24*
244:*7, 11, 20,*
*23* 245:*1*
247:*23*
248:*4, 18*
251:*8, 10*
255:*10, 19*
256:*7, 12*
257:*2, 5, 13,*
*18* 258:*16*
259:*1, 12, 16*
260:*21*
261:*15*
262:*7, 22*
263:*4, 6, 8,*
*22* 264:*2*
266:*7* 268:*8*
GSSG
249:*21*

GST 229:*8,*
*10*
Guaynabo
3:*15*
GUERRA
3:*12*
guess 38:*18*
43:*10*
47:*16*
66:*19*
82:*14, 15*
117:*23*
124:*21*
174:*21*
203:*20*
205:*1*
269:*11*
297:*6*
301:*9* 319:*5*
guidance
220:*19*
255:*8*
guidelines
84:*3, 13, 23*
85:*7*
guinea
224:*8*
Guisado
262:*15*
Gustavson
6:*25*
112:*13*
115:*18, 23*
116:*8, 12, 17,*
*22* 117:*13*
118:*6, 11*
119:*12*
122:*20*
123:*2, 15*
124:*1*
129:*10, 25*
130:*25*
131:*6*
133:*9* 152:*7*

Gustavson's
116:*6*
gut 174:*20*
guy 281:*15,*
*16* 285:*2*
guys 211:*25*
226:*16*
232:*8*

< H >
half 143:*20*
163:*7*
184:*6*
221:*18*
222:*14*
half-life
162:*1, 2, 6,*
*15, 24* 163:*3*
176:*12*
226:*10*
240:*16*
halfway
82:*2* 235:*8*
hamsters
224:*7*
hand 81:*12*
110:*4, 11, 18*
111:*22*
112:*5, 12*
117:*8*
185:*5, 9*
191:*24*
203:*10*
204:*8, 17*
212:*17*
242:*8*
246:*9*
253:*24*
256:*1*
259:*10*
269:*6*
285:*17*
handing
152:*22*

194:*19*
199:*10*
handled
95:*18*
272:*25*
285:*10*
handy 16:*19*
Hansson
8:*15* 195:*2,*
*15* 199:*2, 4,*
*11, 16*
200:*15*
201:*3*
238:*12, 15,*
*17*
happening
62:*5*
happens
240:*13*
270:*9*
hard 21:*14*
43:*3* 56:*1*
60:*11*
173:*16*
224:*5*
279:*13*
302:*8* 306:*6*
harmless
178:*8* 180:*8*
hate 321:*9*
hazard
103:*5*
107:*4*
118:*10, 23*
119:*13*
120:*12*
124:*19*
125:*13*
126:*16*
128:*15, 23*
129:*9*
135:*12*
137:*25*

HEACOX
4:*20*
head 60:*2*
headache
93:*7* 97:*6*
headaches
97:*14* 222:*8*
heading
293:*15*
health
308:*25*
healthy
176:*16, 17*
heard
267:*23*
269:*22, 24*
hearing
178:*12*
heavier
79:*20*
held 2:*1*
12:*8*
help 41:*13*
50:*3* 55:*11*
helpful
281:*12*
315:*21*
helps 113:*18*
hepatic
35:*22*
186:*10*
191:*12*
218:*16*
221:*20*
232:*10*
hepatotoxic
33:*10, 24*
35:*14*
213:*18*
214:*3, 10*
223:*6*
241:*2*
255:*15*

258:*18*
309:*13*
**hepatotoxicit**
**ies** 28:*5*
184:*7*
**hepatotoxicit**
**y** 28:*8, 11,*
*13, 15, 21, 24*
29:*3* 30:*2,*
*22* 32:*13*
33:*3, 6, 15*
34:*3, 5, 16,*
*23, 25* 35:*5,*
*11, 18, 23*
37:*3*
214:*14*
292:*7*
309:*9, 11, 21*
310:*4*
**heptatoxic**
309:*13*
**hide** 150:*2*
156:*15*
**hides** 233:*6*
**hierarchical**
115:*4*
**high** 175:*17*
182:*5*
186:*10*
187:*16*
188:*2, 3, 9*
189:*10*
200:*14*
208:*18, 19*
224:*14*
229:*16, 19*
230:*25*
245:*1, 11*
270:*14, 16,*
*21, 23*
281:*19*
282:*7*
284:*3, 23*

**higher** 70:*6*
71:*2*
154:*25*
158:*12, 14*
179:*18*
187:*18*
188:*10*
189:*11, 14*
218:*24*
236:*13, 14*
244:*5*
252:*10*
261:*12*
265:*17*
284:*21*
302:*3*
304:*22, 23*
**highest**
69:*3, 15*
152:*2*
179:*21*
245:*8*
254:*7*
289:*18, 19*
**highlight**
85:*15*
187:*3*
304:*15*
**highlighted**
206:*3*
**highly**
70:*17*
283:*20*

**hippocampus**
90:*19, 24*
92:*9* 256:*20*
**histological**
35:*21*
309:*21*
**histopatholog**
**ical** 36:*1*
**hits** 315:*4*

**HIV** 21:*11*
85:*23*
**Hmm**
280:*14*
282:*13*
**hold** 16:*9*
293:*4*
321:*22*
**hollow**
225:*20*
**homes** 36:*21*

**homocysteine**
244:*14*
**honest**
137:*23*
253:*1*
318:*24*
**Hoover**
316:*9*
**hope** 31:*14*
212:*8*
**hospital**
48:*16*
**hour**
147:*21*
176:*8*
202:*23*
228:*11*
234:*20*
289:*17*
290:*4, 7, 9,*
*14*
**hourly**
287:*20, 24*
290:*23*
**hours** 47:*18,*
*20, 22* 94:*22*
161:*23, 25*
162:*3, 8*
163:*1*
176:*13, 20,*
*24* 177:*4*
212:*22*

218:*7, 13*
226:*5, 23*
228:*16*
230:*20*
240:*13, 17*
287:*21, 25*
290:*10, 23*
291:*2, 4*

**housekeeping**
280:*20*
**HPC** 257:*12*
**HPLC**
177:*11*
248:*24*
303:*14*
**HR** 120:*4*
124:*1*
143:*3, 10, 12*
**Huey** 313:*4*
**huh** 196:*13*
**Human**
8:*10, 19*
9:*10* 10:*12*
19:*3, 17, 25*
27:*22*
36:*10, 11, 12*
38:*9* 48:*15*
79:*4, 8, 14,*
*15* 90:*18*
183:*7, 23*
190:*14*
192:*22*
193:*14, 23,*
*25* 196:*2, 4,*
*22* 206:*23*
207:*19*
213:*14*
218:*4*
220:*1, 10*
221:*2*
222:*4, 23*
223:*9*
224:*16*

236:*2*
239:*20*
240:*18*
245:*24*
250:*7*
251:*21*
252:*24*
253:*7, 11*
254:*18*
267:*10*
309:*24*
**humans**
7:*23* 19:*25*
27:*21* 28:*1*
80:*6*
218:*19*
222:*25*
223:*15*
227:*10*
229:*3*
243:*9*
245:*23*
254:*14*
**HUNT** 4:*11*
277:*15*
**hydroperoxi**
**des** 256:*18*

**hyperactivity**
6:*23* 7:*7*
58:*19* 166:*9*

**Hyperkinetic**
6:*14*
102:*24*
103:*9*
146:*10, 13,*
*23* 147:*2, 11*

**hypertension**
263:*23*
268:*1*
**hypotheses**
151:*2, 7*

hypothesis
128:*4*, *6*
hypothetical
101:*11*, *12*

**< I >**
**IA1**  179:*7*
**idea**  125:*21*
171:*7*
223:*14*
282:*11*, *13*
302:*6*
316:*22*

**identification**
13:*23*
81:*10*
110:*9*, *16*
111:*7*, *20*
112:*3*, *10*
117:*6*
152:*20*
165:*2*
184:*22*
191:*22*
194:*17*
195:*24*
199:*7*
203:*13*
204:*6*, *15*
212:*14*
214:*21*
242:*6*
246:*7*
253:*22*
255:*24*
259:*8*
269:*3*
285:*15*
**identified**
44:*15*
56:*24*  57:*5*,
*9*  63:*6*
220:*2*

identify
45:*19*
49:*12*
54:*24*
56:*22*  57:*3*
58:*25*
59:*24*  60:*5*,
*14*, *15*  61:*9*,
*20*  69:*9*
77:*25*
78:*14*
168:*7*
171:*12*
255:*9*
282:*15*
294:*23*
**identifying**
259:*3*
**ii**  107:*16*
**IIE1**  8:*14*
178:*25*
188:*24*
195:*3*, *17*
198:*1*, *25*
200:*2*
206:*25*
210:*16*
211:*3*
216:*2*
226:*17*, *20*
229:*21*
236:*1*
239:*4*
241:*19*
247:*20*
**IIIA4**  179:*1*,
*6*
**IL-1**  284:*21*
**IL-1B**
279:*17*
**illness**
308:*21*
**Illumina**
169:*3*

imagine
250:*2*
**Imine**  10:*19*
**immediately**
265:*23*
**immune**
107:*18*
**immune-**
**mediated**
59:*6*
**impact**  7:*14*
11:*20*
92:*19*, *24*
147:*1*
150:*9*
166:*6*
167:*14*
171:*12*
260:*20*
262:*22*
263:*4*
270:*15*, *17*,
*21*, *23*
286:*10*
300:*21*, *23*
301:*24*
302:*1*, *4*
**imperative**
324:*10*
**Implications**
8:*20*  10:*13*
**importance**
132:*16*
**important**
18:*15*
70:*12*, *15*
71:*24*
72:*18*
75:*17*, *18*, *23*
125:*19*
152:*3*
194:*3*
200:*10*
207:*22*

208:*4*
237:*3*, *4*
245:*6*
254:*24*
**importantly**
207:*7*
241:*10*
**improved**
173:*21*, *24*
**inadequate**
262:*6*
**incidence**
85:*12*
**incidences**
33:*18*
**incidents**
33:*17*
**include**
24:*12*  59:*5*
80:*15*, *17*
114:*6*, *15*
132:*18*
202:*10*
314:*12*, *23*
**included**
15:*6*  82:*25*
113:*6*
164:*3*
243:*25*
288:*24*
311:*10*
314:*5*, *9*
320:*7*
**includes**
17:*11*
73:*23*
116:*8*
134:*25*
149:*21*
291:*21*
300:*4*
**including**
14:*21*  59:*6*

90:*18*
169:*2*  175:*5*
**inconsistent**
124:*14*
143:*22*
226:*9*
**incorporate**
317:*3*
**incorrect**
185:*23*
213:*5*
**Increase**
103:*5*
107:*22*, *24*
118:*25*
120:*18*
165:*19*
173:*22*
190:*1*
211:*23*
216:*5*
230:*15*
234:*16*, *25*
235:*2*
254:*6*
294:*13*
**increased**
42:*12*, *20*
43:*17*
88:*15*
89:*14*, *22*, *25*
90:*10*
93:*16*, *25*
98:*19*  99:*9*,
*25*  100:*7*, *23*
101:*15*, *22*
102:*18*
103:*24*
104:*5*, *17*
105:*4*, *10*, *21*
106:*6*, *15*
107:*9*
108:*6*, *24*
122:*4*

124:2, *16*
127:*19*
132:*20*
133:*5*
134:*4*
137:*10*, *17*
143:*3*, *5*
149:*19*
153:*11*
156:*5*
164:*21*
212:6
219:*13*
264:*11*, *12*
265:*3*, *7*
283:*13*
294:*16*
**increases**
24:22
86:22
108:*14*
109:*21*
151:*11*
295:*12*
**increasing**
167:*12*
**incubating**
228:*20*
**independent**
32:*1*   39:*14*
40:*4*   65:*19*
**Indiana**
3:*24*
**Indianapolis**
3:*24*
**indicate**
67:*17*
162:*5*, *6*
172:*19*
187:*15*
253:*5*
255:*10*
263:22
281:*25*

287:*19*
288:9
289:*14*
292:6
**indicated**
49:*14*
67:*24*
126:*11*
176:*25*
215:6
288:*15*
**indicates**
183:*13*
191:*8*, *15*
192:7
**indicating**
186:*20*
**indication**
7:*11*
148:*14*
152:*25*
**indicative**
136:*11*
137:9
**indicator**
183:*20*
290:*13*
**individual**
176:*17*
279:*24*
**individuals**
37:2   70:*20*
82:*21*
186:22
246:*1*
264:5
288:*24*
**induce**   30:*4*,
*16*   33:*20*
107:*17*
211:*20*, 22
218:*15*
240:*11*

268:8
283:*3*   309:*9*
**induced**
210:*10*, *11*
211:22
212:6
216:*19*, 20
283:22
**inducement**
189:22
215:7
216:*24*
217:*3*, *14*
239:9
**Induces**
9:*21*   11:*12*
**inducibility**
211:*11*
240:*12*
**inducible**
188:*25*
207:8
210:*12*, *13*,
*16*, *18*, 23
211:*3*, 25
239:*1*, *2*, 5
241:*19*
**induction**
129:7
233:*18*
234:*3*
**infection**
135:*11*
**infectious**
58:5   59:6
**Infinium**
169:*3*
**inflammation**
57:*24*, 25
59:5   107:*18*
**inflammator
y**   58:*8*, *16*
59:*10*

283:*3*, 22, 23
284:*12*
**inflammator
y-related**
283:*12*
**influence**
140:*3*
141:*18*
168:6   173:*3*
**information**
7:*4*   71:*12*
72:*10*, *13*
73:*4*   74:2
140:5
141:*20*
145:*15*
163:6
181:*20*
253:7
299:*15*
**ingested**
175:7
**ingesting**
81:23
82:*17*, *21*
187:*18*
188:*1*
**ingestion**
186:8
192:*24*
289:*17*
290:*4*, *15*
**initial**   67:*16*,
25   165:*16*
212:23
242:*14*
**inject**
230:23
240:*21*
**injection**
231:*21*, 25
232:*3*, *13*
233:7, *11*
271:*1*, *8*, *12*

272:*15*, 22
273:*3*, 6
274:*3*, *11*, *15*,
23, 25   275:6
**injections**
218:*13*
219:*3*
232:*21*
273:*11*, *16*
274:*4*, *13*, *21*
275:7, *15*, 20,
21
**injury**
192:*23*
223:*24*
224:*3*
**insight**
78:*21*
**Institute**
39:*2*, *8*, *11*,
*13*
**instruct**
62:*25*
**INSTRUCTI
ONS**   324:*1*
**instrument**
70:*16*
170:*15*, *16*
**instruments**
71:*8*
**insufficient**
186:*16*
**insulin**
233:*13*
**insurance**
163:*23*
319:*23*
**intake**   7:*21*
171:22, 23
172:*8*, *15*, *18*,
20   173:6, 7,
*11*   254:5
260:*20*

Confidential - Subject to Protective Order

**intended**
28:*19*  30:*4*
**intensity**
71:*16*, *20*
**interact**
178:*17*
**interaction**
168:*8*
171:*13*
**interested**
32:*24*  41:*6*
164:*5*
**interindividu**
**al**  186:*18*
**interleukin**
279:*18*
281:*24*
282:2
**interleukin-**
**1**  59:*15*
279:*20*
**interleukin-**
**2**  59:*20*
**interpret**
138:*12*
273:*5*
278:*25*
305:*6*
**interpretatio**
**n**  305:*8*
**interpreted**
138:*16*
146:*25*
**interval**
127:*1*, *5*, *22*
135:*15*
144:*6*
**intervention**
297:*23*, *24*
**interviewed**
145:*14*
**interviews**
139:*7*

**intestine**
174:*21*
**intestines**
175:*12*
**intraperitone**
**al**  218:*13*
231:*21*, *25*
233:*12*
271:*1*
**intraperitone**
**ally**  212:*21*
**Introduction**
8:*10*  169:*2*
**invalid**
306:*7*
**inverse**
127:*2*
128:*10*
**investigate**
41:*7*  46:*2*
53:*18*, *19*
224:*23*
**investigated**
46:*11*  55:*5*,
*6*  56:*21*
57:*2*
**investigating**
168:*6*
**investigation**
53:*22*
**invoice**
47:*14*
**invoices**
47:*9*
**involve**
19:*6*, *11*
23:*8*, *9*, *10*
185:*13*
200:*21*
219:*21*
239:*7*
262:*24*
268:*11*
283:*11*

284:*12*
315:*14*
**involved**
14:*22*  20:*2*
40:*2*  41:*20*
47:*25*  48:*4*
64:*4*, *5*
70:*7*  80:*2*,
*6*, *25*  81:*15*
82:*4*
158:*14*
159:*9*
185:*14*
201:*1*
262:*18*
267:*25*
304:*17*
**involves**
263:*2*
**involving**
19:*17*, *25*
21:*6*, *19*
22:*6*  34:*2*
36:*12*  48:*1*,
*5*  64:*6*, *9*
79:*23*
137:*10*
233:*2*
254:*14*
274:*20*
**IP**  231:*20*
232:2, *13*, *20*
233:*7*
271:*8*, *12*, *17*
272:*15*, *22*
273:2, *6*, *11*,
*16*  274:*3*, *4*,
*11*, *13*, *20*, *23*,
*25*  275:*6*, *7*,
*15*, *19*, *21*
**islands**
170:*3*

**isoforms**
206:*4*
219:*13*
**isolation**
238:*8*
**isozyme**
10:*12*
**issue**  41:*2*
85:*22*
102:*25*
136:*17*
137:*4*, *5*
138:*11*
151:*10*
170:*12*
184:*18*
185:*19*
200:*5*
219:*16*
240:*11*
248:*18*
249:*16*
261:*18*
**issues**  17:*14*
24:*10*
49:*10*
80:*10*, *12*
85:*12*
120:*1*
198:*19*
220:*18*, *21*
240:*24*
241:*3*
258:*23*
266:*8*, *19*
267:*13*, *18*
311:*13*
317:2
**issuing**
312:*22*
**Istrom**
103:*14*
**it'll**  62:*13*

**its**  107:*10*,
*17*  115:*24*
116:*8*, *13*
189:*1*
207:*22*
234:*21*
244:*14*
259:*24*
304:*5*

**< J >**
**JANUSH**
4:*18*
**Jetten**  7:*23*
**Jetton**
184:*5*, *25*
185:*10*
223:*4*
292:*8*  310:*3*
**JIM**  4:*17*
**Job**  1:*23*
**Johnson**
86:*3*, *4*
**journal**
156:*15*
269:*23*
270:*4*, *5*, *6*, *8*,
*17*, *23*
300:*19*, *20*
301:*13*, *23*
**journals**
270:*15*, *21*
302:*4*
**JULIEN**
3:*3*  62:*12*
94:*21*
313:*19*
**July**  16:*16*
187:*13*
192:2
**jumped**
113:*12*
**jumping**
109:*11*

**June** 15:*23*
47:*12, 13, 20,*
*22* 192:2
227:17

**< K >**
**KAPKE**
3:*20* 16:7
68:*4* 81:5,
8 94:*10*
111:5
116:*19*
117:*16*
140:*21*
152:*17*
185:7
217:22
**KARA** 3:*20*
246:*16*
**keep** 16:*18*
95:9
235:*12*
316:*21*
**keeps** 249:5
**KELLER**
4:8
**key** 113:*16*
170:*19*
171:5, *21*
208:7 219:6
**kick** 72:*21*
**kid** 267:*12*
**kids** 183:*11*
287:*12*
**kill** 226:*18*
**kills** 230:*18*
**kilogram**
30:*18, 19*
33:*20* 34:*3,*
*6, 13, 15, 17,*
*22* 35:6
79:*24* 80:*3*
212:22, *24*
213:6, *9, 17,*

*21, 25* 214:9
219:2, *3*
220:*3, 11, 18*
221:*1, 9, 23*
222:*3, 11*
223:23
224:2
240:*24*
255:*15*
257:8, *16*
258:5
309:*13, 20*
**kilograms**
33:*6, 7*
212:24
**Kim** 9:*18*
189:*23, 24*
190:2, *8, 11*
210:5, *10, 21*
211:*11*
212:*18*
215:*3, 4*
239:*1*
**kind** 13:*10*
32:*12* 33:2
94:*19* 95:*9,*
*21* 222:*6, 9*
276:*18*
279:*13*
311:*12*
**KING** 4:7
**Klein** 11:*13*
259:*1, 2, 4, 5,*
*11, 13, 17, 18,*
*23* 320:*10,*
*11, 21, 24*
321:2
**know** 15:*11*
30:*24*
38:*12, 23*
41:*20* 42:*1*
46:25
49:*20, 23*
51:22 52:*3,*

*18* 53:*14, 23,*
*24* 55:*14, 16,*
*18* 56:4
57:9, *16*
60:*18*
61:*18* 67:7
72:*20*
73:*23, 24*
80:*9* 82:*23,*
*24* 90:*21, 22*
91:*17* 95:6
96:5 103:6
108:*20*
117:*18*
119:*23*
123:2
129:6
141:22
142:*1, 7, 15*
147:*21*
149:6
152:*13*
157:*10, 14*
159:25
161:*23*
165:*11*
171:4
172:5
175:*10, 12*
182:9
188:*12*
189:*18*
190:*20*
195:*14*
200:*18*
202:*3*
208:*14*
210:*14*
220:7
223:*14*
224:8
225:*23*
232:*11*
238:9

248:*1*
249:*21*
250:*21, 22,*
*23* 252:*1*
253:*10, 13,*
*15, 16*
258:*12*
259:*20*
260:9
264:*16*
272:*24*
277:9
278:*17*
279:*5, 11*
281:*15*
284:*23*
288:*3*
292:*4*
296:*11*
299:*11*
300:*5*
306:*5*
307:*12*
315:9
316:*24*
317:*3*
319:*10, 17,*
*18, 19* 320:*4,*
*12*
**knowledge**
44:*23*
**known**
171:6
181:*14, 20*
261:*11*
302:*16*
**knows**
152:5 211:*1*
**KO** 4:*16*
**Koehn**
11:*19*
259:4
268:*24*
269:6, *8*

270:25
272:*14*
276:6, 7
279:*15*
280:*10*
282:25
**KRISTEN**
3:*21*
**Kumar**
10:*14*
211:*17*
212:2, *3, 5*
246:*12*
247:9
248:*10*
249:7, *23*
250:*15*
**Küster**
262:*13, 18,*
*24*

**< L >**
**lab** 31:*9, 11*
39:*4*
225:*14*
273:*24*
**label** 87:*1*
239:*21*
241:9
**labeling**
37:*12*
93:*18, 21*
**labels** 240:*3*
289:22
**labor** 129:7
**laboratories**
40:2, *7, 14*
281:*4*
**laboratory**
39:*12, 17, 18,*
*23* 40:*3, 11*
**labs** 39:*1*
**lacked**

145:*22*

**laid** 317:*8*

**landscape**
41:*22* 47:*8*

**language**
105:*13*
132:*22*
141:*8*
186:*15*

**large** 49:*7*
97:*9*
135:*14*
168:*21*
182:*18*

**largest**
241:*15*

**latest**
198:*23*

**laugh**
306:*10*

**lawyer**
91:*17, 21, 25*
92:*5*

**layer**
196:*25*
197:*1*

**LC-MS**
177:*12*
248:*25*
260:*1*
303:*15*

**lead** 38:*11*
44:*4, 17*
45:*2, 3, 21*
49:*24* 50:*7,*
*17* 51:*3, 11,*
*19* 52:*5, 20*
53:*9* 56:*4*
57:*11*
58:*24*
59:*20*
241:*15*

**leaders**
302:*17*

**leading**
22:*18*
35:*21*
219:*19*
239:*13*
264:*11, 13*
295:*14*

**leads** 39:*23*
42:*12, 20*
43:*16*
49:*13*
53:*25* 60:*6,*
*17* 61:*22*
63:*7, 15*
108:*5*
124:*15*
181:*25*
263:*6, 8*

**leaps** 301:*1*

**learn**
298:*12, 13*

**learning**
18:*4*

**led** 83:*16*

**LEE** 4:*12*

**left** 131:*21,*
*24* 139:*19*
145:*6*
148:*7*
167:*3*
168:*13, 14*
172:*25*
202:*16*
207:*16*
272:*21, 25*
308:*13*

**Left-hand**
139:*25*
140:*7*
141:*7* 148:*8*

**length**
77:*25* 78:*15*

**Leslie** 1:*25*
2:*15* 12:*15*
323:*18*

**Leung** 5:*20*
80:*20* 81:*1,*
*13*

**L-E-U-N-G**
80:*20*

**Leungs**
80:*22*

**level** 17:*10*
79:*18*
157:*14*
175:*12, 21*
179:*21*
181:*12*
182:*5*
183:*9*
215:*25*
228:*13, 14*
236:*13, 14*
245:*8*
256:*18*
257:*5*
263:*25*
284:*15*
300:*6, 8*

**levels** 30:*4,*
*9, 15* 32:*4*
33:*12, 15, 19*
34:*22*
103:*23*
105:*9*
152:*4*
175:*9*
182:*18*
186:*10*
187:*19, 22*
188:*13, 14,*
*17, 19* 190:*5,*
*13* 191:*9*
193:*11*
194:*6*
195:*10*

198:*17*
200:*7, 15, 16*
206:*17*
208:*9*
215:*15*
218:*17*
219:*19*
224:*25*
226:*18*
229:*10, 12*
234:*22*
237:*19*
238:*1, 17, 22*
240:*25*
244:*3*
245:*11*
251:*21, 24*
252:*10*
254:*7*
259:*13*
260:*21*
261:*15, 24,*
*25* 262:*22*
263:*10*
264:*5, 11, 12*
265:*10*
267:*15*
282:*2*
284:*4*
286:*22*
287:*2*
300:*25*

**Lewis** 313:*4*

**Liability**
1:*6* 12:*10*

**Library**
39:*3, 12*
297:*6*

**Liew** 6:*15,*
*20* 103:*8, 14,*
*21* 111:*1, 2,*
*23, 24* 112:*1,*
*7, 8* 138:*24*
139:*3, 6*

140:*11, 21*
141:*1, 2, 23*
142:*9, 20*
143:*8*
144:*22*
145:*5*
148:*3*
306:*17, 19,*
*20, 21* 307:*1,*
*6, 16*

**life** 226:*10*

**light** 96:*18*
308:*17*
309:*1*

**liked** 164:*16*

**likes** 248:*9*
313:*4*

**limit** 99:*15*
102:*24*
103:*1*

**limitation**
186:*23*

**limitations**
148:*18, 19*
187:*4*
298:*15*

**limited**
43:*12*
65:*11*
246:*21*
247:*3*

**limiting**
108:*19*

**limits** 214:*2*
277:*10*

**line** 24:*4, 6*
83:*14*
145:*8*
195:*19*
205:*14*
215:*17*
228:*15*
237:*12*
261:*3*

282:*10*
291:7
304:*14*
325:4
**lines**  293:*17*
297:*14*
**lipid**  256:*18*
**liquid**  87:*10*,
*15*  232:*23*
249:*17*
303:*15*
**list**  26:6
38:*25*
69:*11*  86:2,
*4*  109:*16*
110:6
153:4
242:*13*
244:9
297:8
312:2*1*
320:5, *8*
321:*1*
**listed**  64:*15*
244:7
**listen**  56:*17*
211:8
**liter**  190:*19*
191:*1*
**literally**
63:*1*
**literature**
30:*25*
40:22
41:*16*
44:2*1*
67:*16, 18*
68:2, *19*
79:*1*  85:*16*
156:*23*
190:*25*
296:9, *16*
**Litigation**
1:*6*  12:5,

*11*  21:*3*
22:*3*  40:*20,
24*  41:*17*
43:*14*
48:*11, 12, 19,
20, 22*  55:7
56:2*1*  57:*3*
64:*3, 5, 8*
**little**  20:*25*
25:*11*  66:*1*
78:*20*
80:*23*
145:*19*
152:*11*
168:*13*
172:*23*
177:*11*
179:*3*
202:*23*
216:*23*
217:*6, 7*
219:*16*
229:9
**liver**  29:*22,
24*  30:5, *16*
31:*14*  32:*3,
16*  33:*20*
36:5
174:*18, 19,
22*  175:*1, 2,
8, 14, 16, 18,
21*  177:*15,
19*  180:8
183:8
184:*10*
190:*18*
191:2
193:2, *6, 12,
19, 21, 23*
198:*17*
207:6, *20*
208:4, *13*
219:*10*
221:*14*

222:*15*
223:*24*
224:*3*
232:6
237:*20*
238:2, *17, 23*
241:*12*
244:*18*
245:2, *4*
247:*23*
248:*4, 16*
252:*11*
261:*16, 24*
292:7
309:*22*
**livers**  213:*3,
14*
**LLP**  3:5, *22*
**localized**
200:*3*
**locate**
320:*12*
**located**
156:*16*
315:*25*
320:6
**location**
257:2*1*
**long**  77:*4,
14*  108:*23*
116:*14*
303:8
310:*15*
**longer**
154:*25*
161:*19, 22,
24*  162:7, *15,
25*  163:7
226:*23*
233:*4*
260:2
261:*12*
271:*18*

**longitudinal**
6:*24*  7:8
**long-term**
118:*24*
122:*3, 14, 15*
132:*23*
**look**  13:7
14:*3*  18:*11,
12*  23:*15*
24:*16*  27:*1,
7*  31:*19*
32:*24*  41:5,
19, 22*  42:*1*
47:*24*
49:*14*  51:2,
9*  64:*12*
68:*8, 15, 23*
70:*14*  71:6
72:*18, 19*
74:*20*
76:*14*
82:*15, 19*
86:*18*
95:*24*
117:*23*
121:7
123:*19*
124:*18*
128:*23*
131:*13*
134:8
135:9, *25*
138:5
141:7
146:*13*
150:*10*
152:9
155:*25*
164:9
168:*18*
170:*15*
171:*17*
172:*13*
173:*14*

177:*16*
182:*12*
190:5
193:*17*
196:*3, 9*
198:5, *13, 17*
200:5
201:*8, 11*
202:*19*
203:8
206:*19*
207:*13*
208:*23*
211:*17, 18*
214:*1*
216:6
217:*25*
224:*13*
234:*18*
235:*3*
239:*3*
240:2*1*
243:*12*
244:*13*
245:*14*
253:*17*
256:*15*
257:4, *5*
258:7
268:*13*
269:*12*
272:5
276:5, *6*
280:*1, 15*
284:2, *19*
289:*16*
290:6
295:9
297:*10*
300:*24*
301:2, *22*
302:*3, 8, 14,
18*  303:5, *9*
304:*1, 13*

305:*5, 13, 14, 20*  308:*8, 11*
311:*24*
314:*17*
316:*7, 25*
**looked**
22:*21*  29:*1*
34:*10*  37:*5, 6*  47:*3*
48:*14*
51:*13, 17*
70:*11*
75:*16*
80:*14*
122:*12*
124:*20*
129:*5*
134:*21*
150:*16, 19, 21*  152:*7*
159:*16, 25*
164:*9*
170:*21*
185:*4*
197:*21*
201:*10, 20*
202:*9*
213:*2, 13*
223:*19*
235:*23*
241:*11*
243:*6, 12*
261:*25*
290:*23*
294:*12*
304:*16*
305:*22*
317:*11*
319:*23*
**looking**
13:*10, 14, 17*
17:*3, 15*
22:*17, 24*
23:*10*

25:*19*  37:*3*
67:*14*
70:*23*  71:*3*
75:*15*
78:*20*  82:*4*
115:*7*
120:*16*
124:*3*
130:*21*
140:*25*
141:*2*
153:*3*
164:*25*
167:*2*
171:*11*
185:*13*
186:*12*
187:*15*
198:*19*
201:*19*
216:*12*
221:*4*
228:*1*
229:*5*
234:*19*
235:*4*
243:*14, 25*
244:*2*
267:*15*
276:*13*
277:*19*
286:*10*
287:*2, 16*
290:*6*
300:*3, 11*
302:*7*
313:*12*
315:*14*
318:*4, 11*
**looks**  13:*15*
140:*17*
146:*14*
158:*23*
159:*2, 16*

165:*7*
216:*12*
217:*6*
230:*15*
234:*20*
242:*12*
245:*25*
248:*9*
256:*4, 25*
269:*15*
312:*18*
318:*9*
**lost**  307:*4*
**lot**  23:*7*
29:*21*  42:*7*
43:*8*  50:*12*
61:*18*
158:*6*
159:*5*
171:*9*
181:*21*
228:*25*
244:*5*
281:*23*
287:*12*
291:*22, 23*
299:*15*
303:*16*
**loud**  132:*5*
**LOUIE**
1:*12*  2:*1*
5:*2, 12, 14, 16*  6:*3*  7:*3*
8:*3*  9:*3*
10:*3*  11:*3*
12:*12, 17*
13:*1, 2, 3, 4, 5*  16:*21*
42:*9, 17*
49:*6, 20*
55:*12*  62:*3, 9, 23*  73:*1*
81:*12*  97:*2*
100:*17*

101:*6, 21*
102:*12*
109:*12*
110:*4*
111:*10*
112:*5*
120:*2*
140:*16*
152:*22*
158:*1*
165:*5*
196:*1, 21*
198:*5*
199:*9*
200:*25*
203:*6*
211:*8*
242:*8*
246:*10*
252:*8*
256:*1*
268:*10, 23*
292:*11, 22*
300:*12*
311:*3*
319:*5*
321:*18, 24*
322:*2*
326:*11*
**low**  7:*21*
119:*25*
215:*21*
240:*23*
258:*13, 18*
262:*18*
263:*2, 4, 5, 6, 8, 12, 22, 23*
264:*1, 12*
282:*6, 9*
287:*12, 13, 14*
**lower**  33:*24*
105:*9, 12*
175:*6, 23*

179:*18*
188:*13, 14, 17, 19*
191:*11*
195:*11*
207:*19*
208:*3*
214:*9*
226:*22*
252:*10*
257:*17*
258:*20*
**lowest**
105:*17*
106:*3*
**lowly**  80:*9*
**lunch**  94:*8*
147:*22*
156:*1*
157:*19, 22*
158:*1*
**LUNER**  2:*6*
3:*5*
**lung**  190:*8*
261:*16*

**< M >**
**mad**  318:*13*
**magnitude**
177:*13*
207:*19*
208:*3*
**main**  177:*19*
**maintain**
47:*5*  75:*25*
**major**
254:*25*
297:*5*
298:*22*
**making**
45:*9*  60:*20*
101:*2, 3*
192:*1*
193:*1*

221:6
232:8
248:21
**male** 257:5
286:22
**males**
257:17
**mammalian**
26:5, 7, 15,
20 27:14, 19,
21 28:2, 17
**manilla**
13:16
**Mapping**
9:12
**March**
15:12 47:21
**marginal**
214:10
**mark**
203:21
**marked**
13:23
15:17 16:1,
15 81:7, 9,
12 110:5, 8,
11, 15, 19
111:6, 19, 22
112:2, 6, 9,
13 117:5, 9
152:19, 23
165:1
184:21
185:5, 9
191:21, 24
194:16, 19
195:23
199:6, 10
203:11, 12,
24 204:5, 14,
18 212:13,
17 214:20,
23 242:5, 9
246:6, 9

253:21, 25
255:23
256:2
259:7, 10
269:2, 7
285:14, 17
**markers**
11:8 36:8
37:8 73:8,
12 276:12
**masked**
37:14
**mass** 176:23
**master's**
39:22
**match**
305:16
**matched** 6:7
**material**
196:4
**materials**
24:1 64:15
67:25 86:2,
5 116:21
117:2, 13, 21
118:6
153:4
196:1
242:14
312:21
315:25
320:6, 8
321:2
**Maternal**
6:16 130:5,
11 131:2, 8
139:10, 14
160:1
192:24
262:6
271:11
279:15
308:21

**math**
100:13, 16,
17 193:4, 7
241:5
**mathematica
l** 100:14
**mathematics**
241:16
**matrix**
159:11
**matter** 12:9
87:24 88:7
89:6, 8, 9
90:7 221:3,
15 264:10
297:11
**matters**
127:23
**max** 87:13
102:15
**maximum**
87:12
97:20
100:21
239:19
240:1
241:8
289:21, 24
**McGill** 7:25
180:1
183:18
191:3, 8, 18
192:20
195:8
205:11
206:1, 5, 15
207:1
214:16
218:21
220:15
241:12
245:3
**McGill's**
183:14

190:17
191:20, 25
192:18
193:15
204:22
205:22
209:21
237:21
242:21
245:19
**mean** 24:9
25:18, 23
31:12, 16
32:6, 10
35:11, 12, 17
38:23 39:7
46:24 48:9
61:4 69:7,
22 71:20
72:21 77:4,
7 78:4
80:11
89:17, 21
91:3 92:13
103:4
113:10
115:1
119:17
123:3
127:14
128:3
137:23, 25
157:14
161:11, 24
176:3
181:16
182:16
187:5
188:18, 22,
25 193:4, 6
197:8
198:13
225:4
230:14

232:10
238:7, 24, 25
244:8
261:15, 21
264:25
269:20
272:3, 6, 11
276:4, 12
284:16, 20
287:10
293:9 294:1
**means** 37:6
40:6 115:4
124:19
180:14
184:15
197:15
207:11
222:21
243:24
264:17, 18
266:14
267:4
283:18
288:12
323:23
**meant**
280:7
309:18
**measure**
77:14
222:20
**measured**
222:18
232:25
279:16
285:22
**mechanism**
32:13
44:11
49:13, 20, 21,
23 50:22
52:19
53:23, 25

Confidential - Subject to Protective Order

57:9, *15, 19*
58:*1* 60:*6*
61:*10, 21, 22*
62:2, *22*
63:*4, 6, 14*
108:*13*
**mechanisms**
44:*3, 15*
45:*8, 12, 15,
20* 46:*6, 17*
49:*12, 24*
50:6, *17*
51:*3, 10, 19*
52:5 55:7
58:*21*
60:*12, 22*
61:*6*
107:22, *24*
219:*21*
**mechanistic**
58:7, *16*
59:*10*
**meconium**
72:7 159:*9*
160:*22*
**medical**
17:*15*
38:*13*
41:*24*
163:*20, 23*
296:*9, 16*
**medications**
71:*10*
**medicine**
18:2 297:*6*
301:*23*
**medium**
219:*5*
**Medline**
319:*18*
**meet** 93:7,
*24* 99:*24*
100:*5, 6, 22*
101:*14, 21*

102:*16*
105:*4*
251:8, *10*
**meetings**
14:*12*
**memory**
76:*10, 23*
**mental**
308:*24*
**mention**
39:*5*
120:*13*
262:*20*
296:*15*
**mentioned**
20:*10*
35:*10*
36:*10*
37:*21*
81:*15*
184:*17*
231:*3*
238:*11*
246:*11*
268:*1*
269:*17*
281:*24*
310:*1*
311:*17*
**mentioning**
34:*10*
**Meridian**
3:*23*
**mess** 178:*2*
**messed**
158:*22*
**met** 14:*6*
**Metabolism**
9:*16* 21:*10*
175:*8*
179:*25*
210:*17*
225:*10, 19*

232:*3, 5, 10*
271:*9*
**metabolite**
177:*25*
178:*9*
180:*8*
271:*10*
**metabolites**
107:*10*
186:*11*
**metabolized**
174:*13, 25*
175:*3*
177:*15, 19*

**Metabolizing**
9:*9* 175:*15*
**metabolomic**
186:*9*
**method**
231:*23*
249:*16*
277:*4*
286:*1*
299:*12*
306:*7*
321:*14*
**methodologic
al** 170:*7*
**methodology**
170:*10*
172:*9*
173:*20, 22*
295:*22*
296:*1*
297:*15, 19*
298:*5, 6, 8,
16, 17, 20*
299:*4, 18*
303:*1*
305:*3, 5, 24*
311:*7, 21, 22*
314:*5, 9, 17*

315:*13*
317:*6*
**methods**
169:*1, 4*
287:*19*
305:*13*
**methylates**
171:*10*
**methylation**
7:*17*
165:*25*
166:*7*
167:*15*
168:*7, 9*
169:*24*
171:6, *15, 17*
173:*5*
**Mian** 10:*21*
254:5, *11, 13*
255:*2*
260:*4, 5, 6,
15*
**mic** 307:*17*
**mice** 26:22,
*23* 30:*10, 12,
15, 22* 33:7,
8, 15* 79:*12,
14* 80:*1*
224:*7*
232:*20, 25*
240:*22*
309:9, *11, 20*
**micromolar**
191:*10*
227:*19*
228:*12, 21*
**micromolars**
227:*9*
228:*4*
233:*16*
**micromole**
216:*8*
**micromoles**
193:*3*

**microphages**
190:8, *9*
**microphone**
307:*15*
**middle**
80:*25*
81:*16*
135:*19, 22*
143:*12*
167:*10*
276:*19*
**MIGUEL**
4:*4* 12:*4*
**MIKAL**
3:*11*
**Millennium**
3:*13*
**milligram**
30:*17, 18*
35:*13*
87:*13*
213:*5*
215:*12*
216:*10*
219:*3*
244:*11, 17,
19, 21, 23*
252:*12*
255:*14*
257:*8*
309:*19*
**milligrams**
33:6, 7, *20*
34:*3, 6, 13,
15, 16, 22*
35:5 72:*12*
79:*23* 80:*3*
87:*1, 2, 4, 5,
11, 12* 97:7,
21* 98:*18*
99:7, *24*
100:6, *18, 22*
101:*13*
102:*15*

105:*3*, *18*
106:*3*
108:*5*, *15*, *19*, *20*  185:*17*
212:*22*, *23*, *24*  213:*9*, *17*, *21*, *25*  214:*9*
218:*14*
219:*2*, *9*
220:*3*, *11*, *25*
221:*9*, *23*
222:*2*, *11*
223:*23*
224:*2*
240:*23*
257:*16*
258:*4*
287:*23*
309:*12*
**milliliter**
191:*10*
**millimolar**
218:*4*, *18*
219:*1*
226:*4*
228:*5*, *6*, *12*, *23*  230:*25*
233:*15*
235:*15*
**millimole**
190:*19*
**millimoles**
190:*25*
235:*19*
**million**
197:*16*
**mimic**  28:*24*
**mind**  13:*6*
59:*22*
159:*14*
310:*14*
**mine**  13:*19*
**minimizes**
113:*21*

**minimum**
216:*8*
276:*22*
**minute**
216:*9*, *10*
**minutes**
147:*23*
153:*22*, *23*
176:*14*
240:*17*
291:*7*
310:*16*
**minutia**
298:*25*
**Miranda**
262:*15*
**miscode**
73:*19*
**misinterprete d**  138:*13*
285:*5*
**missed**
302:*15*
317:*13*
**missing**
156:*17*
188:*23*
205:*21*
315:*6*
**mistaking**
289:*1*
**Mitchell**
7:*25*
241:*17*, *18*
**mitigate**
28:*14*
70:*21*
247:*16*
**mitigating**
28:*13*
**mitochondria l**  183:*15*, *20*, *25*

**mitochondria l-mediated**
219:*20*
**mL**  193:*3*
**MLE**
296:*17*
298:*16*
299:*18*
300:*14*
303:*1*
305:*3*, *24*
311:*6*, *21*
312:*7*
314:*5*, *9*
317:*6*  319:*9*
**Mm-hmm**
20:*1*  69:*14*
143:*13*
146:*22*
162:*12*
170:*5*
172:*1*
174:*8*
177:*17*
186:*14*
196:*24*
204:*4*, *25*
215:*10*, *11*
229:*7*
238:*13*
262:*14*
278:*2*
280:*16*
288:*18*, *21*
303:*20*
312:*14*
317:*23*
**Mmm**
187:*24*
**MoBa**
130:*4*
168:*5*
315:*8*, *10*

**model**
28:*24*  29:*2*
119:*5*, *6*, *9*, *10*  120:*6*, *11*
121:*8*
122:*23*
124:*6*, *7*, *8*
125:*3*, *6*, *24*
172:*14*
173:*5*
186:*18*
218:*22*
221:*4*, *11*
231:*5*
254:*12*, *18*, *19*, *20*  255:*4*
**Modeling**
10:*16*
254:*17*
255:*6*
**models**  28:*6*
308:*13*
**molecular**
23:*7*  50:*22*
57:*19*
107:*22*, *23*
197:*1*
**mom**  161:*8*, *9*, *14*  162:*11*, *14*, *17*
**moment**
153:*18*
154:*1*
157:*20*
190:*12*
202:*25*
313:*17*
**moments**
118:*2*
**mom's**
162:*19*
**MONICA**
1:*13*  2:*7*, *9*
3:*6*, *8*  12:*9*

**monitor**
38:*6*
**month**
47:*16*
89:*24*  90:*8*
**monthly**
37:*6*, *23*, *24*
**months**  6:*5*
26:*25*  27:*1*
78:*11*
136:*5*, *10*
137:*18*
281:*4*
**morbidity**
289:*5*
**morning**
12:*22*, *23*
**mother**
59:*18*  78:*7*
86:*24*  93:*3*
97:*3*
105:*19*
106:*4*
122:*3*, *6*, *13*
130:*6*
131:*3*
161:*13*
233:*9*
254:*6*
258:*19*
283:*4*, *24*
315:*7*, *11*
**mothers**
74:*3*, *11*
115:*25*
118:*11*, *21*
140:*4*
141:*10*, *19*
153:*12*
262:*6*
308:*22*
**mother's**
75:*12*
250:*2*

258:*20*
286:*5*
**move** 91:*13*
96:*24*
217:*20*
**movement**
255:*18*
**moves**
175:*17*
**moving**
22:*10*
**mRNA**
193:*18*
197:*4*
200:*16*
251:*23*
**multiple**
16:*4* 151:*1,*
*7, 9*
**MURDICA**
4:*17*

**< N >**
**NAC**
266:*17*
267:*22*
**N-Acetyl-p**
10:*18*
**name** 12:*4,*
*24* 18:*3*
58:*5* 62:*1,*
*22* 63:*4, 13*
162:*23*
323:*14*
**nanogram**
244:*16, 19,*
*21*
**nanomolar**
244:*11, 19,*
*22*
**NAP** 256:*8*
**Napkey**
178:*12*

**NAPQI**
10:*19*
44:*10*
107:*17*
108:*12*
178:*5, 11, 14,*
*17, 21, 23*
180:*7, 10, 19,*
*20, 23, 24*
181:*9, 12, 13,*
*21* 182:*17,*
*19* 183:*8*
184:*1*
187:*21*
188:*15, 19*
191:*17*
192:*9, 22*
226:*15, 16*
229:*22, 25*
230:*13*
237:*7*
247:*13*
248:*16*
251:*1, 6*
254:*7*
255:*11*
256:*8, 13*
**NAPQUI**
181:*5*
**narrow**
240:*12*
266:*12*
287:*4*
**narrowed**
129:*1*
**National**
6:*19* 297:*6*
**naturally**
29:*19*
**nature**
48:*18*
301:*11, 23*
**nearby**

178:*16*
**nearly** 127:*1*
**necessary**
62:*18*
63:*24* 324:*3*
**need** 20:*18*
41:*24*
56:*11, 16*
62:*10*
74:*16, 22*
79:*12* 91:*7*
95:*2, 23*
99:*17*
101:*12*
104:*14*
119:*22*
126:*5*
140:*13, 19*
155:*6*
164:*8*
170:*22*
171:*3*
173:*14*
191:*20*
226:*22*
245:*10*
248:*1*
270:*20*
278:*6, 21*
288:*11, 14*
297:*1*
**needed**
95:*18* 210:*2*
**needle**
175:*11*
232:*1*
233:*13*
265:*22*
**needles**
265:*24*
**needs** 95:*2,*
*13*
**negative**
120:*25*

**neither**
120:*6*
124:*9*
249:*3* 316:*5*
**nerve** 200:*9*
**Nervous**
8:*15*
**net** 164:*12*
299:*3*
**neurochemic**
**al** 42:*11, 19*
43:*15* 44:*2*
45:*1, 15, 19*
**neurodegene**
**rative** 22:*14*
59:*8*
**Neurodevelo**
**pment** 5:*23*
**Neurodevelo**
**pmental** 6:*4*
21:*23* 22:*6,*
*13* 23:*5*
58:*17*
59:*11*
132:*19*
**neurofunctio**
**nal** 11:*12*
**neuroinflam**
**matory**
22:*16*
**neurological**
41:*21* 42:*2*
**neuronal**
218:*3*
219:*13, 20*
220:*21, 22,*
*23* 222:*24*
223:*10*
225:*6*
226:*17, 20*
231:*1*
**Neurons**
9:*22*

228:*21*
229:*21*
**neuroscientis**
**t** 225:*7*
**neurotox**
27:*10*
**neurotoxic**
239:*13*
**neurotoxicity**
27:*12*
**neurotoxicol**
**ogy** 26:*8, 14,*
*20*
**neutralize**
181:*12*
191:*17*
192:*8*
**neutralized**
180:*12*
251:*7*
**never** 34:*12*
209:*12*
222:*7*
239:*15*
259:*15*
310:*14*
316:*23*
318:*24*
**NEW** 1:*2*
13:*11*
301:*23*
**NIH** 85:*20*
302:*22, 24,*
*25*
**nine** 26:*25*
**nods** 148:*1*
**noise**
170:*17, 18*
173:*22*
304:*25*
**non-**
**acetaminoph**
**en** 36:*23*

nonhuman 28:2
Non-Pregnant 10:20
nonstatistically 120:3
Normal 9:10 182:4, 18 184:8 214:2 310:5
normalization 169:4
normalize 280:21
normalized 197:16
normally 18:1 24:17 126:15 270:14 288:8 297:4 305:10
Nos 13:22
Notary 326:19
note 26:4 64:11 65:7 83:13 126:18 133:18 168:25 227:8 279:14 291:3
noted 12:13 13:5 37:18 64:13 66:24 158:4 203:6 324:9 326:7

notes 176:14 323:11
notice 2:15 115:25 216:1 258:1
noticed 47:9 86:1
novel 7:22 169:3
Ns 248:1
nTPM 197:10, 15
null 119:15, 17, 21 128:3, 4, 6 129:10
number 14:23 17:12 18:25 19:2 20:17 21:8, 13 33:23 38:25 54:3 70:19 74:2, 10 75:11, 22 77:22, 23 78:14 83:4 87:8, 17 95:23 107:16 115:12 118:19 119:22, 24 120:15, 21 121:4 122:9 123:4, 8 140:3 141:18 143:19 144:2 167:12 168:21 179:12

186:21 208:25 223:1 235:20 236:5, 8, 20 239:7 246:5 248:2, 3 253:15 255:20 265:2 276:22 277:11, 18 279:22 280:18 282:10 284:4 289:9 293:16 298:10 303:6 304:21 315:4 317:17 318:6
numbers 31:20 70:12, 24 119:7 186:17 235:1 276:20 278:22 281:2 282:12, 14
nursing 36:21
Nuttall 11:23 285:18, 20 287:16 292:6, 8
NyQuil

73:22

< O >
oath 2:18
Object 17:21 18:10 19:8, 20 20:3, 23 21:24 22:23 25:6, 25 27:5, 16 28:22 30:6, 11, 23 31:5, 18 32:5 35:7 36:6, 14 38:4, 21 39:6 40:15 41:10, 18 42:13, 21 43:18 44:5, 18 45:4, 23 46:8, 18 47:1 48:7 49:16, 25 50:8, 19 51:5, 12, 23 52:8, 25 53:10, 16 54:1 55:23 56:7 57:12 60:7, 25 62:4, 15, 24 63:17, 20 65:1 66:7, 14 67:20 68:3 70:9 71:4 72:15 73:5 75:13 77:17 78:3, 17 79:9 81:2 82:6 84:5, 16 85:1 86:12 88:1, 10, 18

89:4 90:2, 11 91:1
92:1, 5, 11 93:9 94:1 96:8, 19 98:7, 14, 21 99:12, 19 100:1, 9, 25 101:17 102:1, 21 104:18 105:5, 22 106:17 108:7, 17 109:1, 6 113:25 114:8, 16 115:10 123:11, 17 125:1, 12 127:11, 24 128:16 129:11, 16 134:5, 16, 20 136:24 137:2, 12, 19 138:7, 17 142:3, 10 143:25 144:16 145:21 147:13 149:25 155:12, 20 156:24 157:8 160:25 164:6, 23 166:21 171:20 173:12 175:25 178:10 179:19

Confidential - Subject to Protective Order

| | | | | |
|---|---|---|---|---|
| 180:*25* | 314:*21, 24* | **odds**  103:*6* | 158:*22* | *13*  47:*9* |
| 181:*10* | 315:*18* | 149:*20, 21* | 163:*21* | 48:*12, 23* |
| 182:*22* | 316:*2, 19* | **of**_____ | 169:*13* | 51:*16*  52:*7,* |
| 184:*2* | 318:*5* | _____,20 | 189:*7* | *8, 15*  53:*22* |
| 194:*25* | 319:*13* | 326:*16* | 203:*25* | 54:*7*  55:*18* |
| 201:*13* | **objected** | **offended** | 205:*16* | 58:*21* |
| 209:*23* | 96:*13* | 318:*23* | 209:*18* | 59:*13*  68:*8,* |
| 210:*24* | **objecting** | **offer**  43:*24* | 213:*6* | *14, 18*  75:*1,* |
| 211:*13* | 94:*25* | **offered** | 215:*13, 21,* | *8*  79:*1* |
| 217:*9* | **objection** | 43:*20* | *22*  227:*24* | 82:*4, 25* |
| 220:*4, 12* | 106:*20* | **offering** | 239:*15* | 83:*3, 11, 13,* |
| 222:*5* | 295:*14* | 186:*23* | 241:*6* | *24*  84:*2* |
| 223:*12* | **objections** | **offices**  2:*2* | 245:*23* | 85:*17* |
| 224:*4* | 91:*8*  95:*1* | **officiated** | 246:*16* | 86:*16* |
| 225:*12* | 323:*7* | 2:*17* | 260:*7* | 87:*11, 23* |
| 226:*11* | **observation** | **offspring** | 272:*6* | 88:*14, 24* |
| 231:*11, 14* | 280:*20* | 6:*22*  7:*6* | 281:*15* | 89:*8, 23* |
| 233:*21* | **observations** | 86:*23* | 285:*1, 3* | 90:*17, 23* |
| 234:*17* | 254:*15* | 136:*4* | 288:*12* | 92:*1*  93:*22* |
| 236:*23* | **observed** | 137:*17* | 289:*1* | 94:*5*  96:*7* |
| 248:*6, 20* | 132:*17* | 143:*5* | 290:*17, 18* | 97:*25* |
| 250:*17, 20* | **obstructionis** | 153:*11* | 302:*13* | 99:*23* |
| 253:*9* | **t**  95:*10* | 165:*20* | 306:*23* | 103:*22* |
| 258:*11* | **Obviously** | 262:*5* | 307:*12* | 106:*11* |
| 263:*16* | 71:*8*  270:*1* | 317:*19* | 313:*6* | 110:*4, 24* |
| 264:*15* | **occasional** | 318:*1* | 315:*11* | 111:*12* |
| 265:*14, 18* | 41:*9* | **offsprings** | **Okay**  13:*5,* | 112:*8, 24* |
| 268:*12* | **occur**  90:*8* | 241:*2* | *14, 21*  14:*18* | 113:*1, 22* |
| 274:*14* | 265:*21* | 255:*16* | 15:*16* | 115:*1, 15, 21* |
| 275:*9, 22* | 271:*13* | 256:*22* | 16:*11, 18* | 117:*4, 8* |
| 277:*6* | 293:*11* | 304:*17* | 19:*15* | 118:*1, 3, 9,* |
| 279:*6* | 294:*2, 7, 9,* | **Oh**  16:*6* | 21:*16* | *19*  120:*14* |
| 285:*7* | *10*  310:*6* | 17:*25*  22:*5* | 22:*17* | 121:*3, 17, 23,* |
| 289:*25* | **occurred** | 23:*18* | 23:*15*  24:*9* | *25*  122:*11,* |
| 295:*15* | 48:*15* | 48:*12* | 25:*2, 23* | *19, 22*  123:*2,* |
| 296:*5* | **occurring** | 54:*13* | 26:*17* | *8, 22*  126:*11,* |
| 297:*17* | 270:*11* | 68:*14*  81:*6,* | 27:*18* | *18, 25* |
| 299:*9* | 292:*7* | *8, 18*  83:*8* | 29:*17*  31:*3,* | 128:*13* |
| 301:*20* | **occurs** | 94:*11* | *22*  33:*5, 18* | 129:*14, 22,* |
| 304:*7* | 182:*3* | 101:*7* | 35:*3*  36:*18* | *24*  130:*21,* |
| 305:*9* | 230:*3* | 103:*16, 17* | 37:*10* | *25*  131:*18* |
| 306:*2* | 283:*19* | 119:*11* | 38:*25* | 132:*10* |
| 309:*15, 25* | **odd**  245:*7, 9* | 130:*19* | 39:*16*  43:*5* | 133:*1, 14, 22* |
| 312:*3* | | 141:*2* | 44:*25*  46:*5,* | 134:*1, 2* |

135:2, *4*
136:9, *21*
139:6, *18*
140:*1*
141:6
142:*18*
143:*1, 9, 16, 21*  144:*17*
145:2, 8, 9, 17, 18
146:*20*
147:*19*
148:*11*
150:5, *9, 24*
151:9, *19*
152:*14*
153:*8*
154:*21, 22*
158:*1, 13*
159:*3, 22*
160:*3, 8, 14, 18*  163:*10, 21*  165:4, *24*
166:2, *25*
167:9, *20*
169:*8, 13, 18, 22*  174:*11, 12, 16, 24*
177:*3*
179:*17*
180:7, *22*
182:*11*
188:*12*
190:*4, 11*
191:*5*
192:4, *14*
193:*11*
194:*23*
197:*4, 18, 22*
198:*12*
199:*18, 22, 25*  200:*11*
201:*8*
204:*8*

205:*3, 9*
206:*15*
207:*15, 25*
209:*13*
210:*5*
213:2, *12, 16, 23*  214:*18*
215:*4*
216:*4, 10, 18, 22*  217:*1, 11, 13, 16, 20*
218:*17*
223:*3*
224:*19, 23*
225:*22*
226:*7*
227:*16*
228:2, *9*
231:7, *24*
232:2, *15, 18*
233:*18*
234:*24*
235:*11, 20*
237:9, *17, 18, 25*  238:*19*
239:*6, 12, 17, 19, 24*  240:*7*
242:*18, 21*
243:6, *22*
244:*10, 17, 18, 25*  246:*3*
247:*9*
248:*14, 17*
249:7, *14, 15, 23*  250:*14, 22*  252:*9*
253:*3*
257:5, *19*
258:*4*
260:7, *13*
261:6, *18*
262:*18*
263:2, *15, 20*
265:*9*

266:*24*
267:*5, 9, 25*
268:5, *15*
270:5, *6, 16, 19, 25*  271:*7*
272:5, *10, 14, 21*  273:*6*
274:*23*
275:*2*
276:2, *6, 16, 25*  278:*15*
279:*14, 21*
280:*24*
281:*18*
282:*20*
283:*8*
284:*18*
285:*3, 22*
286:*2*
288:9, *22*
289:*8*
290:*20*
291:*3, 6*
307:*23*
308:*1, 10*
311:*20, 23, 25*  312:*20, 25*  313:*22*
314:2, *8, 16*
315:*3, 13*
316:7, *14*
320:*24*
321:6, *9, 13, 17*
**old**  91:*10, 11*  130:8, *13*
131:*5, 12*
198:*24*
**olden**
303:*14*
**Olstad**  7:*19*
165:*8*
166:*4, 12, 17*
167:*1*

169:*23*
170:*1, 11, 21*
172:*10*
173:*19*
**Omics**  7:*20*
**once**  44:*6*
46:*19*  55:*9*
180:*7*
189:*1*
208:*20*
232:*5*
240:*10*
251:*16*
275:*11*
**one-point**
234:*21*
**ones**  121:*10*
152:*3*
159:*6*
210:2  284:*5*
**online**
269:*22*
270:*8*
**onset**  80:*25*
81:*16*
161:*12*
**opining**
157:*2*
220:*17*
**opinion**
42:9, *17, 22*
43:*13, 20, 24*
46:*3, 10, 21, 24*  53:*20*
59:*19*  84:*2, 12, 22*  86:*21*
87:*23*
88:*14*  89:*1, 11*  90:*1, 4, 9, 12*  93:*8*
98:2, *6, 11*
99:9, *21, 24*
100:7, *22*
101:*3*

104:*16*
105:*17, 21*
106:2, *7, 9*
107:*21*
108:2, *16*
109:*3, 7, 9*
123:*19*
124:*14*
153:*10, 17*
183:*24*
220:*25*
221:*23*
222:*2*
230:*11*
263:*15*
274:*1, 9*
275:4, *17*
277:*3*
291:*19*
294:*15*
296:*7*
**opinions**
45:*13, 14*
55:*19*
64:*24*
65:*17*  67:*3*
72:9  73:*3*
74:*1*  75:*9*
86:7, *17*
164:*20*
293:*5*  317:*7*
**opportunity**
65:*4*  243:*3*
**opposed**
70:*7*
261:*16*
264:*12*
265:*16*
**opposite**
192:*20*
283:*25*
**oral**  175:*24*
176:*5*
232:*11, 14,*

*15* 233:2
271:*13*, *17*
**orally**
174:*18*
**ORDER**
1:*11* 68:24
94:*8* 162:9
**orders**
207:*18*
**organ** 200:*6*
**organs**
175:5, *6*
243:*17*
246:22
247:*3*
**original**
187:*11*, *12*
236:25
260:*17*
290:*13*
323:*12*
324:*11*
**orphan** 42:7
**outcome**
69:4, 7, *18*,
22
**outcomes**
65:*14*
150:*21*
170:*8*
262:5
293:*19*
**outside**
14:*8*, *14*
40:23
41:*17*
43:*13*
45:*12* 53:6,
22 54:7
55:3, 6
56:22 57:3
63:5

**outstanding**
300:24
301:24
**overall**
238:3
**overdose**
218:5
**overdoses**
82:5

**overinterpret**
147:*16*
**overinterpret**
**ing** 305:*17*
**overly**
278:24
**overview**
304:*15*
**overwhelm**
181:*12*
**overwhelmin**
**g** 181:*13*
**oxidation**
177:*21*
178:4
256:*17*
**oxidative**
11:7 29:20
107:*15*, 17
184:*14*
258:*3*
262:7
264:5, *11*, 13
265:*3*, 7, 9,
*10*, *17*, *21*, 23
266:*19*
267:6, *12*, *14*,
20 288:*19*
**oxygen**
230:*16*, 18

**< P >**
**p.m** 154:*8*
157:*21*, 24

196:*19*
203:*1*, 4
242:*1*, 4
268:18, *21*
292:*16*, 19
310:22, 25
313:25
321:25
322:3
**P450** 8:*14*
10:*11*
177:24
178:*13*, 25
179:*1*, 6, 7,
*23* 188:24
195:3, *17*
198:*1*, 25
200:2
201:*10*
202:*17*
206:25
207:8
210:*15*
211:3
216:2
219:*13*
226:*17*, 20
229:*21*
235:5
236:*1*
239:4
241:*19*
247:20
250:25
252:6
**P-450** 8:*5*
9:6
**P450b**
202:*18*
**P-450b,e** 8:8
**P-450c,d** 8:8
**P450E**
201:*21*
202:*1*, 9, 11

**packaging**
10:*10*
**PADGETT**
3:*19* 5:3
12:*21*
13:*20*, 24
15:*21* 16:6,
*11*, *13* 17:24
18:*17*
19:*10*, 22
20:5 21:*1*
22:2 23:2
25:9 26:3
27:9, *17*
28:25 30:*8*,
*14* 31:2, 7,
*21* 32:*8*
35:9 36:9,
*17* 38:8, 24
39:*10*
40:*18*
41:*14*, 25
42:15, 24
44:*1*, 8, 24
45:7, *10*, 14,
*18* 46:*4*, *12*,
22 47:2
48:*10*, 24
49:5, *19*
50:4, *14*, 24
51:8, *15*
52:2, *17*
53:5, *13*, *21*
54:6, *12*
56:2, *12*, 19
57:7, *21*
58:*11*, 14
60:*13* 61:3
62:*12*, *15*, 19
63:3, *18*, 25
65:6 66:*11*,
*18* 67:*23*
68:5, 7
70:22

71:*13*
72:25
73:*11*
74:25
76:*11*, *17*, *20*,
24 77:2, *20*
78:*6*, 22
79:*16*
81:*11*
82:*13*
83:*12* 84:*8*,
*18* 85:5
86:*13* 88:5,
*13*, 22 89:7
90:6, *16*
91:9, *14*
92:*1*, 6, *17*
93:*12* 94:*4*,
*12*, 19 96:*4*,
7, *20*, 25
97:*1* 98:*10*,
*17*, 24 99:6,
*16*, *20* 100:*4*,
*15* 101:*4*, *20*
102:*4*, *11*
103:2
104:*19*
105:*11*, 25
106:*10*, 18
107:5
108:9, 22
109:2, *10*
110:*10*, 17
111:2, 8, *21*
112:*4*, *11*
114:2, *11*, *17*,
*18* 115:*14*
116:*18*, 20
117:7, *17*, 19
121:*15*, 18
123:*14*, *21*
125:*4*, *17*
127:*17*
128:*1*, *19*

Confidential - Subject to Protective Order

129:*13, 20*
132:6
134:*7, 17, 24*
136:25
137:*7, 15*
138:*1, 14, 22*
140:*15, 24*
142:*6, 13*
144:*4, 14, 21*
145:*3*
146:8
147:*18, 23*
148:2
150:*4*
152:*18, 21*
153:*24*
154:9
155:*15, 24*
157:*3, 9, 19, 25*   161:2
164:*14*
165:*3*
166:24
171:24
173:*17*
176:2
178:*18*
179:8
180:2
181:*2, 15*
182:*24*
184:*9, 19, 23*
185:8
187:*12, 14*
189:*7, 9, 13*
191:*23*
194:*15, 18*
195:*4, 20, 22, 25*   199:*2, 3, 8*   201:*16*
202:*24*
203:*5, 14, 24*
204:*2, 7, 16*
209:*1, 6*

210:*4*
211:*7, 15*
212:*15*
214:22
217:*12, 23, 24*   220:*6, 24*
222:*17*
223:*16*
224:*10*
225:*15*
226:25
231:*12, 18*
233:22
234:*23*
237:8
241:*21*
242:7
246:*8, 16, 19*
248:7
249:6
250:*18*
251:*3*
253:*23*
255:*20, 25*
258:*24*
259:9
260:*12*
263:*19*
264:*19*
265:*1, 15*
266:5
268:*15, 22*
269:*4*
274:*19*
275:*10, 13*
276:*1*
277:*16*
279:9
285:*16*
290:2
291:*3, 6, 12, 14, 17*
292:*10*
295:*14*

296:5
297:*17*
299:9
301:*20*
304:7
305:9
306:2
307:*18*
309:*15, 25*
310:*9, 14, 17, 20*   311:2
312:*6, 10*
313:*11, 13, 18*   314:*1, 22*
315:*2, 22*
316:6
317:5
318:7
319:*15*
320:*20*
321:*17*
**PAGE**   5:2, *12*   6:*3*   7:*3*
8:*3*   9:*3*
10:*3*   11:*3*
23:*15*
64:*11*   65:8
67:*14*
68:*11*
81:*20*
82:*20*   83:*3, 6, 14, 22*
86:*16*
110:*5, 20*
118:*16*
120:*10*
121:*12*
129:*24*
130:*16*
131:*21, 24*
134:*9*
135:*18*
136:*1*
139:*18*

141:*7*
145:2
146:*15*
148:*7*
150:*10, 15*
154:*10*
166:25
167:*22, 24*
168:*12*
169:*11, 12*
174:8
176:*13*
183:*1, 2, 3*
186:*7, 13*
187:*8, 10*
195:*18*
196:*7*
197:*24*
201:*19*
202:*15*
205:5
206:*10, 12*
207:*13*
209:*14, 16, 18*   211:*18*
220:9
223:*21*
224:*11*
227:*1, 8, 14, 21*   228:*19*
237:*12, 15, 16*   242:22
243:2
245:*20*
254:*4*
257:*12*
260:*14*
268:25
276:*6, 7*
277:*17, 20, 21*   280:*8, 15, 25*   282:*21*
284:*7*
287:*16*

289:*15*
293:*1, 13*
294:*18*
301:*6*
308:*8*   325:*4*
**Pages**   1:*24*
67:*17*
85:*12*
109:*11, 12*
174:*9*
177:*16*
196:*9, 14*
197:*19*
262:*12*
280:*9*   326:*3*
**paginated**
253:*11*
**paid**   31:*3, 9, 12*
**pain**   37:*1*
**pair**   320:*1*
**pairs**   113:*8*
**paper**   67:*6*
80:*14*   81:*4*
82:*17*
105:*14*
118:*14, 15, 16*   142:*11*
150:*12, 13*
160:*7*
164:*13, 16, 25*   170:*23*
182:*10*
184:*4*
187:*3*
194:*13*
199:*17*
204:*12, 13*
209:*24*
210:*7*
211:*24*
220:*20*
222:*13*
238:5

248:*23*
249:*13*
252:*9, 13*
261:*11*
268:*14*
278:*23*
298:*14, 15*
301:*22*
302:*20*
305:*11*
306:*16, 20, 21* 309:*6*
316:*5*
317:*12, 14*
318:*25*
319:*4, 7*
320:*3* 321:*4*
**papers** 74:*5, 12* 75:*6*
101:*25*
102:*3*
133:*4*
161:*15*
163:*4*
182:*3*
194:*4*
198:*21, 24*
211:*2*
252:*3*
263:*13*
297:*8, 9*
300:*17*
302:*18*
305:*18*
306:*17, 23*
318:*17*
**PAR** 257:*4*
**paracetamol**
5:*22* 6:*6*
7:*15* 11:*5, 11, 15, 21*
132:*23*
166:*6*
167:*14, 18*

168:*6, 8*
171:*13, 14*
173:*4*
257:*8*
290:*15*
**paragraph**
20:*11* 21:*5*
23:*15, 21*
24:*18* 25:*5*
58:*4* 67:*10, 13, 24* 68:*4, 5, 9, 11, 18*
86:*18*
100:*8*
101:*15, 23*
102:*17*
104:*20*
106:*16*
107:*8*
112:*18, 20*
113:*10*
115:*15*
118:*9, 20*
121:*20, 21*
123:*7*
129:*25*
130:*17*
133:*15, 17, 23* 135:*23*
139:*22*
140:*6, 7*
145:*7*
146:*17, 19*
148:*7, 8*
149:*13*
154:*18*
167:*3, 10, 25*
168:*15, 19*
169:*9, 12, 14, 16, 20, 22*
183:*1*
186:*12*
190:*17, 22, 23* 191:*5, 7*

192:*6, 13, 14, 15, 17, 19*
195:*9, 13, 19*
202:*16*
203:*7*
204:*9*
205:*5, 14, 15, 18, 19, 23, 25*
206:*8*
207:*17*
224:*12*
227:*16, 22*
228:*11*
237:*9, 13, 16*
246:*14, 18, 20* 260:*19*
261:*2*
262:*4*
268:*23, 25*
269:*1, 9*
271:*25*
272:*1*
276:*10, 14, 19* 282:*22, 24* 283:*21*
293:*4, 16*
294:*18, 20, 24, 25*
296:*14, 16*
297:*12*
301:*2, 4*
303:*18*
304:*1, 13*
308:*12, 15, 16*
**paragraphs**
192:*6*
**parameter**
71:*24*
**parameters**
230:*10*
**paren** 71:*16*
**Park** 3:*13*

**Parkinson's**
22:*10, 21*
23:*1, 4, 9, 12*
42:*2*
**part** 18:*4*
21:*18, 21*
22:*3* 26:*11*
28:*20* 32:*9, 15* 36:*13*
37:*13* 39:*5, 14, 15, 19, 20, 25* 40:*1, 23*
41:*16, 21*
43:*10* 56:*6*
59:*22* 66:*3*
73:*4* 91:*18*
113:*23*
116:*11*
135:*21*
138:*4*
159:*24*
203:*17*
218:*10*
233:*2, 19*
234:*2, 16*
254:*10*
259:*24*
265:*12*
302:*10*
311:*20*
314:*17*
315:*7, 25*
316:*1* 319:*8*
**particular**
75:*5* 78:*24*
82:*2*
109:*17*
188:*18*
220:*22*
**particularly**
214:*13*
**parts** 91:*22*
104:*7*
190:*14*

**pass** 174:*18, 19, 22, 25*
232:*3, 4, 9*
247:*13*
250:*5* 271:*8*
**passes**
174:*20*
232:*10*
**paternal**
135:*20*
136:*5, 10, 13*
137:*13, 16, 22*
**pathways**
7:*23* 177:*20*
**patient**
48:*16*
63:*10*
72:*22*
94:*21*
186:*2*
245:*25*
286:*16*
297:*22*
**patients**
21:*10*
36:*15, 20, 21*
70:*19*
73:*24*
81:*21*
93:*21*
115:*12*
116:*15*
119:*22, 24*
144:*20*
187:*1*
286:*21*
287:*13, 14*
303:*12*
**Patrick** 5:*20*
**Pause** 102:*8*
313:*23*
**PBPK** 255:*6*

PDF 269:*11*
PDP 255:*6*
peak 227:*9,
18* 229:*2*
271:*17*
Pearson
14:*13* 15:*3*
231:*7*
Pearson's
64:*14, 18, 24*
177:*1*
223:*18*
pediatric
41:*2*
peer 11:*18*
18:*18, 21*
270:*9* 302:*5*
peer-
reviewed
301:*12*
pending
52:*16*
people 18:*8*
28:*6* 29:*6,
21* 36:*7*
37:*11* 61:*6*
73:*14*
162:*1*
163:*2*
249:*17*
265:*6*
266:*16*
267:*19, 21*
302:*17*
percent
82:*21*
94:*21*
96:*11*
141:*10*
145:*13, 17*
179:*10, 14,
24* 180:*6, 20*
182:*5*
194:*6, 7*

200:*17, 19*
228:*13, 17,
23, 24* 230:*2*
235:*20*
236:*5, 9, 14,
19, 20*
237:*19*
238:*2, 3, 16,
23* 239:*7*
240:*8*
241:*11*
254:*8*
289:*13*
290:*3, 12*
291:*18, 25*
Percentage
229:*8, 11*
230:*4*
perception
219:*16*
Percocet
48:*16*
performed
145:*9, 10*
150:*25*
151:*5*
169:*1*
200:*1, 14*
Perinatal
11:*4*
period
65:*14*
88:*15*
155:*3*
192:*9*
206:*23*
287:*20*
permeability
11:*16*
283:*13*
person
73:*18*
156:*13*
209:*3* 255:*1*

personally
15:*8* 33:*22*
perspective
23:*23*
pertinent
317:*12*
319:*3*
Peruses
16:*17*
68:*17*
86:*20*
117:*22*
118:*3*
130:*22*
132:*11*
133:*24*
143:*9*
148:*11*
153:*6, 14*
154:*6, 19, 21*
160:*12*
185:*12*
204:*20*
217:*10*
224:*20*
242:*23*
269:*14*
272:*19*
283:*16*
PETA
277:*14*
Ph.D 7:*25*
Pharm.D
5:*14, 16*
pharmaceuti
cal 254:*25*
pharmacists
296:*10*
PharmacoAn
alytical
39:*3, 12, 17*
pharmacody
namic

286:*25*
287:*1*
Pharmacokin
etic 10:*16*
254:*17*
286:*25*
Pharmacokin
etics 10:*18*
pharmacolog
ic 39:*24*
pharmacolog
ical 23:*25*
58:*7, 16*
59:*10*
pharmacolog
ist 23:*24*
38:*14* 41:*3*
85:*17*
151:*16*
152:*5*
185:*24*
186:*4*
211:*1*
222:*14*
225:*2* 232:*7*
pharmacolog
ists 185:*3*
212:*1*
232:*9*
255:*7*
295:*4, 6*
296:*10*
pharmacolog
y 39:*24*
296:*23*
Pharmacothe
rapy 302:*1*
pharmacy
298:*11*
PharmD
1:*12* 2:*1*
5:*2* 12:*17*
322:*2*
326:*11*

PhD 39:*21*
298:*12*
phonetic
103:*15*
178:*12*
phrase 69:*2*
293:*22, 25*
phrased
98:*23*
208:*15*
physician
71:*9*

physiological
254:*16*
Physiological
ly 10:*15*
pick 91:*18,
22* 121:*8*
picked
210:*2*
214:*8*
316:*15*
PICO
297:*15, 19,
20* 298:*17,
20* 299:*4, 11*
picture
208:*17*
pigs 224:*8*
pill 78:*7*
pills 140:*3*
141:*18*
pity 280:*18*
281:*2*
282:*16*
PK 255:*6*
286:*23*
PKPD 255:*6*
place
205:*24*
225:*11*
placenta
11:*17*

175:6
247:14
251:12, 16
278:8, 12, 20
279:2
283:11, 19
284:10
285:12
**placental**
163:2
**places**
251:9
310:20
**PLAINTIFF
S** 3:2 14:7,
12, 14, 19, 21
15:2, 3, 5
67:11, 15
68:1 264:4
**plasma**
10:12
159:22, 24
160:1, 17, 23
161:4
177:5
211:19
218:4
227:9, 19
279:16
**plasmas**
246:23
247:5
**platform**
169:3
269:19
270:8
**Plaza** 3:13
**please**
12:25
29:12 52:7
62:19
91:15
106:1
115:16

131:19, 22
138:23
146:15
157:4
159:15
166:5
167:22
168:3
181:3
192:18
237:10
321:22
324:2, 6
**PML** 18:2
**PNA**
216:22
217:2
**PNP** 216:12,
23
**point** 50:15
75:18
121:2
142:5, 12
170:6
171:2
202:16
229:16
230:24
233:3
248:9
250:10
255:7
258:15
263:7
266:25
273:18
287:7
296:14
297:7, 12
312:19
**pointed**
122:22
127:18
144:5

264:4
273:20
**points**
35:20
131:1
258:16
**poison**
82:18
**poisoned**
81:22
82:14, 21
**poisoning**
82:14
**pollution**
55:16
**poorly**
89:13
**popped**
319:8
**populate**
297:21
**population**
17:4 70:13
254:23
297:22
**populations**
24:14, 15
**portion**
174:24
231:8
**Posadas**
9:22
189:21, 23
190:11
210:6, 10, 22
211:11
214:24
215:14
217:17, 20
218:1
224:14, 23
225:5, 22
226:1, 3
228:18

231:5
233:19
234:2
235:1
239:2, 10, 11
**pose** 135:17
151:13
**position**
183:23
224:14
256:12
**positions**
39:1, 5 40:3
**positive**
121:1
198:4
222:22
**possibility**
148:13
**possible**
165:18
266:23
**post-
publication**
280:12
**potential**
41:22, 23
60:11
61:14
63:10
69:16
167:14
180:22
181:5
187:4
260:22
**Potentially**
78:9
161:22
189:16
266:22
283:4, 23
**Powell**
185:18, 22

224:13
225:1, 7
**power**
277:12
**practice**
17:2 18:15
73:10
**precise**
303:16
**precursors**
171:10
**predominant**
179:1, 5
**predominant
ly** 27:6
182:20
201:24
**preeclampsia**
263:23
**prefer** 13:3
**preference**
68:20
**prefrontal**
256:20
**Pregnancy**
6:13, 17, 22
7:5, 10
75:12 77:5
78:2 87:3,
24 88:4, 9,
17 89:3, 10
97:22 99:1,
10 100:11
102:14, 19
103:23
104:24
105:20
106:6, 15
108:4
109:8
122:4, 7
130:6

Confidential - Subject to Protective Order

131:*3*
132:*23*
135:*21*
136:*6, 10*
137:*18*
139:*8*
146:*4*
152:*24*
153:*13*
155:*1*
164:*1, 10*
172:*15*
173:*6*
210:*20*
254:*6*
283:*3*
298:*23*
311:*15*
314:*3, 10, 18*
317:*18, 25*
**Pregnant**
10:*21*
71:*21* 72:*5*
86:*24*
102:*13*
171:*23*
240:*22*
271:*2*
286:*8, 11*
294:*7*
319:*24*
**premise**
210:*22*
**Prenatal**
5:*21* 6:*9*
7:*15* 9:*6*
24:*21*
65:*13*
86:*22*
109:*20*
116:*1*
165:*19*
166:*6*
207:*19*

208:*3*
262:*19*
293:*18*
295:*11*
316:*9*
**preparing**
242:*16*
**presence**
14:*8, 14*
207:*23*
250:*25*
290:*13*
**PRESENT**
4:*3* 136:*12*
178:*6*
229:*1*
255:*10, 12*
256:*7, 12, 14*
**pre-sibling**
119:*13*
123:*4, 9*
124:*9*
126:*20*
133:*6, 7*
**pretty** 26:*1*
77:*12*
80:*17* 97:*9*
179:*16, 17*
181:*14*
199:*24*
208:*18*
215:*25*
234:*21*
235:*5*
268:*14*
**prevalence**
7:*11* 85:*11, 18, 23*
152:*25*
**prevent**
30:*1*
**preventive**
18:*2*

**previous**
130:*3, 4, 12, 17, 19* 131:*1*
167:*5, 6, 12*
168:*5*
276:*21*
**previously**
74:*8*
**primarily**
44:*10*
189:*21*
**primary**
5:*19* 81:*22*
159:*6*
172:*2, 9*
178:*19*
318:*12*
**principle**
268:*7*
**printed**
196:*1*
**prior** 136:*10*
**priority**
68:*20* 69:*3, 15* 70:*6*
71:*2*
**Probably**
15:*14*
16:*19*
22:*10* 42:*5, 7* 70:*12, 20*
74:*4* 79:*13, 19* 80:*15, 18*
85:*21*
161:*9*
163:*7*
169:*16*
171:*3*
184:*3*
186:*24*
253:*2* 307:*4*
**probed**
199:*18*

**problem**
75:*24*
193:*25*
273:*9*
297:*22*
321:*4*
**problems**
6:*5, 14*
149:*10*
223:*1*
308:*25*
**procedures**
169:*5*
**proceeding**
323:*4*
**proceedings**
102:*8*
313:*23*
**process**
67:*19*
174:*13*
181:*17*
**processes**
225:*10, 19*
**produce**
227:*18*
**produced**
47:*10, 11*
187:*22*
188:*15, 19*
191:*17*
192:*9*
**producing**
247:*13*
**product**
37:*12*
240:*3*
289:*22*
**Products**
1:*5* 12:*10*
239:*21*
256:*17*
**progeny**
11:*8, 13*

**progesterone**
210:*19*
211:*4*
**program**
39:*22*

**programmed**
184:*15*
**project** 17:*3*
**prominent**
283:*10, 18*
284:*9*
**promise**
312:*5*
320:*16, 18*
**promoters**
170:*4*
**pronounce**
32:*12*
195:*15*
212:*9*
**proof** 268:*7*
**propensity**
6:*7* 150:*8*
**proper** 63:*2*
274:*2, 10*
275:*4, 18*
277:*8* 278:*3*
**properties**
11:*17*
**proportion**
172:*16*
**proposed**
18:*23* 27:*4*
128:*14, 22*
254:*11*
**proposing**
28:*14* 167:*2*
**propounded**
326:*6*
**prospective**
7:*12* 73:*15*
153:*1*

| | | | | |
|---|---|---|---|---|
| **protect** | 259:*25* | 302:*7, 15* | 187:*10* | **question** |
| 291:*1* | 319:*9* | 305:*19, 22* | 209:*8* | 14:*10* |
| **PROTECTI** | **provide** | **PubMed** | 210:*8* | 16:*23* |
| **VE**  1:*11* | 55:*11* | 297:*5* | 226:*23* | 21:*14*   25:*8* |
| 32:*25* | 83:*17* | 316:*4* | 233:*4* | 26:*13* |
| 128:*10* | 84:*10, 21* | 319:*18* | 252:*1* | 31:*13*   35:*1* |
| **protects** | 85:*7* | **Puerto**  3:*15* | 260:*15* | 38:*18* |
| 29:*22* | 109:*16* | **pull**  289:*3* | 272:*25* | 43:*11* |
| **Protein** | 186:*17* | 306:*14* | 288:*23* | 44:*14* |
| 8:*10* | **providing** | **puncture** | 289:*2, 11* | 46:*13* |
| 178:*16* | 109:*15* | 288:*23* | 292:*23* | 49:*11*   50:*5,* |
| 180:*13, 19* | **proximal** | **pups**  27:*2* | 297:*5* | *9, 13*  51:*1* |
| 181:*19, 24* | 200:*10* | 240:*24* | 298:*22, 24* | 52:*6, 7, 9, 10,* |
| 182:*13* | **psychiatric** | 241:*2* | 299:*1* | *14, 16, 21* |
| 183:*12, 19* | 308:*21, 24* | 256:*21* | 318:*19* | 54:*10* |
| 190:*5* | **psychiatrist** | 258:*19* | 320:*21* | 55:*19, 25* |
| 193:*14, 23,* | 225:*2, 8* | **Purkinje** | **Putative** | 56:*16, 17* |
| *25*  194:*1, 6* | **psychologist** | 197:*1, 7, 8* | 9:*12* | 57:*20*  59:*1* |
| 196:*2, 4, 6,* | 308:*23* | **purpose** | **putting** | 62:*6, 8, 11,* |
| *22, 23* | **Public** | 28:*9*  36:*24* | 96:*22* | *19*  63:*1, 2* |
| 200:*16* | 326:*19* | 65:*11* | 232:*19* | 66:*19*  69:*6,* |
| 206:*16, 17* | **publication** | **purposes** | | *21*  70:*23* |
| 207:*17* | 26:*6*  269:*23* | 49:*15*  69:*6* | **< Q >** | 73:*1*  76:*15* |
| 208:*9, 11* | **publications** | 83:*1* | **QI**  181:*6, 7* | 77:*19* |
| 216:*10* | 148:*17* | **PURSUANT** | **qualify** | 78:*13* |
| 219:*18* | **publicly** | 1:*11*  2:*15* | 98:*19* | 79:*10* |
| 234:*21* | 24:*25*  295:*9* | 37:*12* | 188:*22* | 82:*10, 12* |
| 237:*19* | **publish** | 94:*24* | **quantificatio** | 84:*7, 12, 22* |
| 238:*1, 22* | 26:*10*  28:*7* | 239:*21* | **n**  199:*25* | 88:*6*  90:*7* |
| 251:*21* | **published** | 314:*8* | 200:*13* | 91:*5, 6, 14* |
| 252:*24* | 18:*23, 25* | **put**  64:*22* | 216:*7* | 92:*20, 23* |
| 253:*7* | 19:*1, 15, 24* | 71:*2* | **quantify** | 93:*2, 22* |
| 256:*17* | 26:*19* | 102:*17* | 202:*20, 21* | 94:*7*  95:*4,* |
| 280:*20* | 27:*24* | 103:*17* | 238:*18* | *5, 7*  96:*15* |
| 284:*15* | 38:*10* | 113:*15* | **Quantitation** | 99:*4* |
| **proteins** | 133:*4* | 114:*19* | 8:*7*  9:*5* | 100:*14, 20* |
| 181:*19* | 198:*21* | 117:*10* | **quantitative** | 101:*8, 12* |
| 182:*17* | 199:*16* | 118:*20* | 260:*1* | 102:*12* |
| 194:*24* | 269:*19* | 120:*2, 7, 24,* | **quantitativel** | 104:*1* |
| **protocol** | 270:*7, 10* | *25*  121:*1* | **y**  202:*11* | 105:*24* |
| 91:*19, 23* | 299:*22* | 142:*22* | **quantity** | 117:*24* |
| 94:*25*  95:*3,* | 300:*19* | 149:*3, 6* | 145:*20* | 125:*5* |
| *22*  96:*8* | 301:*10* | 152:*16* | **quantum** | 127:*16* |
| | | 175:*11* | 301:*1* | 134:*15* |

142:*14*
144:*13*
148:*12*
153:*15*
155:*9, 16*
156:*2, 19, 20*
157:*5, 17, 18*
176:*10*
179:*21*
182:*2, 8*
183:*6*
190:*24*
197:*21*
198:*7*
200:*12*
201:*1, 5, 6*
202:*6*
207:*21*
208:*1*
211:*9, 23*
213:*13*
221:*22*
236:*19*
245:*16*
249:*7, 8*
250:*10, 14*
253:*19*
262:*24*
264:*23*
265:*9*
266:*1*
268:*10*
270:*22*
272:*11*
278:*19*
282:*8*
291:*24*
295:*24*
296:*22*
297:*1, 2*
299:*7*
300:*5*
304:*20*
306:*1*

310:*13*
318:*16*
319:*5, 12*
**questioning**
122:*19*
125:*10*
245:*12*
291:*8* 312:*8*
**questions**
14:*23* 54:*3*
68:*16* 76:*5,*
*9* 82:*10, 11*
86:*19*
94:*21*
95:*11*
104:*8*
128:*25*
158:*3*
166:*3*
174:*16*
291:*13, 14,*
*15* 294:*21*
299:*16, 25*
308:*2*
310:*7*
311:*4*
315:*21*
321:*18*
326:*5*
**quick** 13:*7*
49:*6* 161:*8*
183:*6*
203:*21*
**quickly**
178:*15*
210:*3*
**quite** 16:*20*
44:*12*
266:*22*
**quote** 23:*22*
24:*20, 21*
25:*12, 13, 24*
65:*10, 14*
69:*3, 4*

71:*15, 17*
107:*25*
109:*19*
113:*7, 15*
115:*22, 23,*
*24* 116:*3*
130:*4, 13*
132:*14*
154:*24*
167:*9*
168:*25*
173:*2*
177:*4, 6*
190:*17*
192:*7, 9, 21*
195:*12*
206:*1*
223:*22*
280:*18*
283:*1, 5, 9*
**quote/unquot**
**e** 35:*13*
**quotes**
194:*4*
**quoting**
194:*1*

**< R >**
**Rahman**
211:*19*
212:*3, 9, 11*
**Raijmakers**
10:*7*
242:*12*
247:*21, 25*
311:*24*
312:*1, 11, 15*
**raised**
319:*21*
**range** 79:*4,*
*8* 80:*7*
86:*25*
98:*15*
99:*15*

104:*23*
109:*21*
179:*15, 16,*
*22* 237:*19*
238:*22*
309:*23*
**ranging**
223:*22*
224:*1*
229:*2* 238:*1*
**rapid** 226:*9*
**rare** 42:*8*
**Rat** 8:*6, 14*
9:*21* 11:*17*
26:*23*
79:*13*
199:*19*
207:*20*
208:*4, 13*
213:*2, 13*
214:*8*
221:*1, 10, 12,*
*24* 222:*3, 7*
228:*21*
233:*20*
272:*6*
**ratio** 103:*5*
107:*4*
118:*10, 23*
119:*13*
120:*12*
124:*19*
125:*13*
135:*13*
149:*20, 21*
234:*19*
**ratios** 103:*6*
126:*16*
128:*15, 24*
129:*9*
137:*25*
**Rats** 9:*18*
11:*11*
26:*23*

30:*10, 13, 18,*
*22* 33:*7, 9,*
*16, 19* 34:*2,*
*5, 16, 23*
35:*1, 4*
79:*11, 22*
212:*20*
213:*8*
214:*10, 13*
218:*7, 12, 16,*
*22* 220:*2, 10,*
*18* 224:*7*
230:*23*
231:*20*
232:*13, 20*
233:*1, 8, 14*
240:*22*
256:*21*
271:*2, 21*
272:*12, 14*
273:*7, 11, 12,*
*16, 17, 24*
274:*7, 12*
275:*20*
**raw** 127:*14*
252:*4*
**RAYNE**
4:*10, 13*
**reach** 128:*3,*
*4* 218:*11*
**reached**
65:*17*
128:*5, 6*
218:*4, 7, 10*
**reaches**
175:*5*
**reaching**
67:*3* 89:*1*
240:*8*
**reactive**
230:*15, 18*
**reactivity**
107:*18*

**read** 24:2
38:22
39:11
40:22
41:16
42:15 59:2
62:19
65:15 67:6
76:6, 7, 8, 21
81:18 82:8
84:18 87:6
91:14
105:24, 25
107:19
109:23
116:4, 21, 23
119:23
122:1
130:14, 23
131:22
132:5, 7, 8,
24 139:21
140:16
141:8
142:17
146:17
153:5
154:16
155:4, 6
156:11
157:15
166:4
167:16
168:2, 10
169:6
181:2
187:23, 24
192:10
202:5
209:12, 20,
24 210:16
211:24
218:6, 9
219:23

220:7, 15
231:16
252:16
253:2
259:15
270:1
300:17
305:10
308:15, 16
317:3
324:2 326:3
**reading**
67:22
69:10
81:25
140:10
227:23
271:24
279:10
319:22
**Ready**
321:21
**Real** 203:21
321:4
**realize**
73:20
218:23
**real-life**
224:16
**really** 32:11
52:18 56:1
117:25
187:5
315:20
**reason**
72:20
107:9
113:23
177:9
191:4
208:10
237:2
299:13
305:15

324:4
325:6, 8, 10,
12, 14, 16, 18,
20, 22, 24
**reasonable**
50:23
293:5, 9
**reasons**
248:24
265:20
**REBECCA**
4:7
**rebuttal**
47:17 81:7
165:12
255:13
**recall** 20:4
74:9 75:2
80:20, 24
85:13
117:20
140:4
141:20
142:19
145:14
159:19
164:13
165:22
177:3, 7
185:18
206:6
254:10
309:10
319:20, 22
320:2
**recalled**
279:10
**receipt**
324:13
**receive**
40:17
116:1
272:15

274:3, 11
275:5, 19
**received**
38:15, 19
65:21 66:5
116:1
**receiving**
36:15, 21
122:5
273:11
**Recess** 49:2
94:16
157:22
203:2
242:2
268:19
292:17
310:23
**recognize**
117:12
165:5
**recognizing**
26:18 196:3
**recollect**
15:15 19:9
30:17 38:1,
2, 5 66:16
75:6
116:24, 25
279:12
315:5
**recommend**
185:25
**recommenda
tion** 85:10
**recommenda
tions** 83:18
84:11, 21
**record** 12:4,
14, 25 36:20
49:1, 4
76:7, 8, 16
91:12
94:10, 13, 15,

18 95:15, 16,
19, 24 96:3,
6, 22 102:4,
7, 10 153:24
154:1, 3, 4, 8
157:21, 24
203:1, 4
241:24
242:1, 4
268:18, 21
292:14, 16,
19 310:19,
22, 25
313:11, 16,
21, 25
321:24
**recorded**
323:8
**records**
163:14, 16,
19, 20, 23
319:23
**recovery**
290:12
**recyclable**
208:20
**reduce**
29:20
267:20
268:8
**reduced**
187:20
256:17
261:13
**reducing**
287:5
**reduction**
255:19
262:22
287:12
289:13
290:3
**refer** 58:2
71:14 98:1

Confidential - Subject to Protective Order

159:*14*
167:*19*
184:*4*
195:*14*
201:*21*
**reference**
69:2  83:*13,*
*15*  124:*20*
126:8
143:2
149:*9, 18*
194:*11*
199:*4*
254:*3*
258:25
269:*5*
315:25
316:7
317:*17, 22*
**referenced**
13:*12, 15*
19:*23*
110:*13, 20*
112:*14*
193:*15*
197:*13*
203:*6*
204:*9, 21*
241:*13*
242:*21*
317:*16*
**references**
318:*3*
**referencing**
159:*8*  269:*9*
**referred**
19:*3*  32:*4*
183:*10*
270:*1*
**referring**
16:*19*
55:*14*
103:7
124:6

141:*25*
148:*6*
162:2
163:*19*
176:7
185:*11*
188:*6, 9*
199:*11*
205:*17*
224:8
233:*24*
**refers**
195:*16*
237:22
**refine**  297:*9,*
*10*
**reflect**
75:*10*
161:*4, 18*
**reflected**
235:*17*
250:7
**reflecting**
74:*10*  75:*3*
120:*21*
**reframed**
182:2
**refusing**
52:*23*  62:*2,*
*23*  94:*23*
**regard**
20:*16, 21*
21:*19, 22*
46:*14*
89:*10*
99:*25*
132:*12*
147:*11*
251:*23*
**regarding**
65:*13*
116:2  304:2
**regardless**
50:*16*

56:*20*  57:2
88:*15*  94:*3*
**Regional**
8:*4, 12*
9:*11*  200:*10*
**regular**
193:*4*
**regularly**
41:*16*
**regulated**
252:2
**regulatory**
83:*17*  84:*3,*
*10, 13, 20, 23*
85:7
283:*10*
284:8
**R-E-H-M-A-**
**N**  212:*12*
**rejected**
259:22
321:7
**relate**  182:9
**related**  36:4
41:*1, 2*
44:*11*
60:*16*
65:*18*
156:*19*
186:*10*
284:*13*
314:*18*
**Relates**  1:7
23:*11*  317:*1*
**relating**
80:*5*  83:*15*
188:8
231:9  314:*4*
**relationship**
22:25  63:8
69:*16*  72:*1*
103:9
129:7
143:22

230:8
263:*5, 10*
265:*7, 8*
**relationships**
121:6
**relative**
103:6
**relatively**
89:*13*
119:25
**release**
219:*21*
**relevant**
84:*2, 13, 23*
164:*20*
231:9
**reliability**
84:*4, 15, 25*
85:8
170:*12*
253:20
**reliable**
253:*19*
305:24
**reliance**
64:*15*
**relied**  65:*10*
72:9  73:*3*
74:*1*  75:9
81:*1*
151:*24*
160:*4*  320:7
**rely**  64:*23*
72:*13*
86:*15*
165:*21*
210:22
**relying**  67:2
86:*6, 10*
159:*4*
189:*21*
233:*19*
234:*1, 14*

239:*10*
261:7
**remakes**
292:2
**remember**
48:*20*
92:*15*
107:*1*
142:*5, 16*
160:9
164:*8, 13*
202:*4*
213:*20*
223:*21*
227:*12*
235:*12*
247:25
258:*19*
269:*10*
279:*1*
308:*6*
312:24
**remind**
65:*21*
**reminded**
236:24
**reminding**
273:*23*
**removed**
224:*15*
**render**  46:*9,*
*21, 23*  53:*20*
**rendered**
42:*23*  45:*13*
**rendering**
46:*3*
**repeat**
18:*20*
19:*21*  25:7
26:*24*  34:8
42:*14*  51:6
56:25
66:22

67:*21* 99:*4*
275:*11*
**Repeated**
9:*17*
**rephrase**
20:*24*
34:*18*
49:*18* 59:*2*
84:*17*
181:*1* 201:*6*
**rephrased**
106:*21*
**replicate**
167:*11*
168:*5*
172:*4*
173:*19*
225:*18*
233:*8*
320:*25*
**replicated**
259:*2, 17*
**replies**
280:*13*
**Reply** 5:*15*
14:*21*
16:*16*
165:*9, 10, 12,*
*14* 169:*9, 12*
185:*21*
189:*15, 20*
190:*16, 22*
191:*6*
192:*1, 7*
195:*5, 9*
203:*7*
205:*6, 8, 20*
209:*22*
224:*11*
235:*21*
236:*4*
237:*10*
245:*17*
246:*15, 20*

**Report** 5:*13,*
*15* 13:*12*
14:*4, 21*
15:22
16:*16*
20:*11* 21:*5*
23:*16*
24:*19*
42:*23* 43:*4,*
*21* 44:*10, 12,*
*13* 45:*6, 8,*
*13* 56:*23*
57:*4, 22*
58:*4, 20*
59:*12, 14, 22,*
*23* 61:*12, 21*
63:*5, 13, 14,*
*22* 64:*11, 13,*
*18, 20, 24*
65:*8, 9, 18,*
*22, 24* 66:*4,*
*5, 13, 20, 21,*
*23, 25* 67:*4,*
*11* 68:*23*
75:*25*
76:*21*
80:*16* 83:*1,*
*3, 6, 7, 10*
85:*12*
86:*16*
92:*18, 23*
98:*20*
100:*8*
104:*20*
106:*16*
107:*8*
109:*12*
110:*20*
112:*14, 19*
118:*7, 9*
120:*4, 13*
121:*13, 14*
130:*11*
131:*8*

133:*17, 20,*
*21* 139:*5*
143:*2, 6*
149:*9, 12, 13*
151:*15*
153:*5*
155:*8*
158:*16*
165:*10, 12,*
*14, 17* 169:*9,*
*12* 174:*3, 5,*
*6* 176:*14*
177:*1, 16*
180:*1, 17, 18*
183:*1, 14, 16*
184:*5*
185:*21*
186:*2*
187:*9*
189:*2, 15, 21*
190:*16, 17,*
*22* 191:*6, 19,*
*20, 25* 192:*1,*
*7, 11, 18*
193:*16*
195:*5, 10, 18*
203:*8*
204:*10, 22*
205:*8, 11, 19,*
*20* 206:*1, 6,*
*10* 209:*21,*
*22* 211:*18*
219:*8, 23*
220:*8, 9, 13*
223:*18, 21*
224:*11*
226:*21*
227:*1, 15, 17*
231:*13*
235:*21*
236:*4, 25*
237:*10*
241:*13, 17*
242:*15, 16,*

22 245:*17,*
*20* 246:*15,*
*20* 252:*16,*
*20, 24* 254:*4,*
*10* 255:*13*
256:*3*
259:*1*
260:*14, 17*
266:*9*
268:*24*
271:*20, 25*
279:*14*
281:*21, 22*
282:*22*
289:*15*
292:*24*
293:*13*
294:*19*
296:*15*
297:*13*
298:*21*
301:*3*
303:*19*
310:*2*
311:*14*
315:*1*
317:*9* 320:*8*
**Reported**
1:*25* 93:*4*
130:*7*
131:*2, 3*
135:*20*
141:*11*
**Reporter**
2:*16* 12:*15*
15:*20* 16:*8*
42:*16* 57:*1*
58:*9, 12*
62:*21*
84:*19* 92:*8*
106:*2*
140:*12, 14*
148:*1*
179:*2, 5*

181:*4, 7*
195:*21*
208:*25*
255:*22*
323:*1, 2, 25*
**reporter's**
323:*12*
**reporting**
139:*10, 11,*
*14, 16*
**reports**
14:*20* 35:*2*
38:*1* 64:*15*
65:*3* 76:*14*
237:*18*
312:*23*
**represents**
195:*10*
280:*5*

**reproduction**
323:*23*
**reproductive**
175:*6*
**reputable**
246:*4*
**required**
218:*15*
241:*14*
276:*22*
306:*12*
**reread**
264:*24*
**research**
26:*8* 27:*14,*
*19* 28:*3, 17*
59:*4*
166:*11, 16,*
*20* 187:*3*
195:*11*
225:*3*
277:*10*
309:*8*

Confidential - Subject to Protective Order

**residual**
114:*4, 12*
136:*11*
141:*23*
148:*13, 22*
**resistant**
79:*11*
214:*13*
218:22, *23*
221:*4, 10, 13*
**resolve** 37:*1*
**respond**
21:*12*
96:*10*
213:*12*
**responded**
45:*17*
201:2
209:*25*
**response**
7:*22* 44:*25*
49:*11*
186:*9*
283:*3, 23*
**responses**
186:*19*
**restate** 29:*7*
98:*8* 202:6
**restricting**
75:*14* 88:*20*
**result** 151:*1,*
6 181:*24*
188:*14*
278:7
289:*16*
**resulted**
317:7
**resulting**
53:8 136:*23*
**results**
37:*15* 67:7
72:4 98:*3*
100:*23*
121:*19*

130:*9*
131:7
136:*9*
146:*25*
191:*16*
192:7
201:*25*
202:8, *11*
258:*9*
259:*12*
267:6
277:*17, 23*
278:*11*
**retinal** 59:7

**retrospective**
73:*16*
**return**
324:*11*
**review**
11:*18* 41:2,
4 47:6
64:*17* 66:*9,*
*19, 23* 67:*1,*
18 68:2
74:*4, 13, 15,*
17 86:*19*
95:*15, 17*
101:*25*
102:2
103:*13, 19*
109:*18*
129:*12*
153:*19*
155:8
158:*13*
160:*21*
164:*3, 19*
198:*10*
231:*9*
242:*15*
243:4
245:*18*
270:9

297:*9*
317:*11*
318:*9, 12, 14,*
*15*
**reviewed**
20:*20* 21:*3,*
17 34:2, *20*
43:*24* 47:7
63:8 64:*12,*
22 65:*9, 25*
66:2 73:2
74:8 80:*15*
86:2 93:*4*
95:*19* 97:*3*
104:*3*
109:*15*
117:2
118:*4, 5*
128:*13, 21*
129:*14*
153:*4*
176:*25*
192:*1*
193:*14*
198:9
204:*3, 19, 22,*
*24* 209:*10*
223:*17*
252:*19*
302:*5*
311:9
312:22
**reviewer**
18:*18, 21, 24*
282:*16*
285:*2, 3*
**reviewers**
280:*12, 17*
302:*5*
**reviewing**
20:*13*
21:*20*
43:*25*
65:*20*

117:*20*
159:*20*
198:*16*
242:*24*
243:*10*
278:7, *12*
279:2
**reviews**
68:*19*
301:*11*
**RFO** 3:*13*
**R-H** 212:*12*
**RICHER**
3:*21* 91:*7,*
*18, 22*
**Rico** 3:*15*
**rid** 152:*15*
254:*1*
266:*14*
**right** 14:*4*
19:*25*
21:*25* 22:*5,*
*18, 22* 24:*2,*
24 25:*21*
27:*24*
29:*25* 31:*4,*
15 32:*13, 21*
33:*1, 16*
35:*10, 20*
37:*22*
38:*13, 15*
42:*3* 44:*12*
45:9 47:*4*
49:*15* 60:*1,*
*6, 17* 61:*18*
65:*15*
67:*19* 68:2
71:*15* 72:*5,*
7 77:*1*
78:8, *11*
81:*17, 24*
82:*5, 22*
83:*1, 25*
85:3 87:*14,*

20 88:*6, 23*
93:*17* 96:*9,*
*16, 23* 97:*7,*
*17, 23* 98:*6*
99:2
100:*14*
104:*17, 22*
105:*13*
107:*19, 25*
108:*25*
109:*23*
110:6, *21*
112:*15*
113:*4, 10*
115:*18*
116:*4*
119:*3, 8*
120:7
122:*25*
123:5, *10, 16*
124:*3, 16, 24,*
*25* 125:*7, 25*
126:*4, 7, 23*
127:*8, 21*
128:*4, 7*
129:*3, 15, 22,*
*25* 130:*1*
131:*9, 12, 13,*
*16* 133:*6, 8,*
*12, 19* 135:*4,*
*17, 21*
136:*13*
137:6
139:8
140:*17*
141:*4, 5, 14,*
*20* 143:*20*
144:7
145:*20*
146:*1, 10, 16*
147:*24*
148:*5, 15, 24*
149:*9, 19, 21*
150:*6, 22*

Confidential - Subject to Protective Order

153:*13*
157:*15*
159:*23*
161:*5*
162:*11, 18*
165:*10, 25*
166:*19*
167:*5, 18, 20*
168:*23*
169:*6*
171:*18*
172:*12*
173:*11*
174:*14*
176:*6, 9, 15*
177:*1*
187:*23, 24*
190:*9*
192:*10*
193:*21*
194:*24*
196:*17*
199:*4, 15, 20, 23* 200:*7, 8, 22* 203:*18*
205:*12, 24*
207:*4*
209:*17*
212:*9*
213:*6, 7, 10, 19* 216:*18, 25* 217:*3, 17*
219:*4, 16*
226:*15*
227:*11, 20*
229:*4, 6, 11*
230:*21*
231:*5, 19, 22*
232:*16*
235:*4, 10*
236:*6, 9, 16*
237:*23*
238:*3, 19*
239:*14, 16*

243:*9, 13, 14*
244:*1, 3, 12, 19* 247:*24*
250:*12, 19*
251:*13, 15*
252:*21*
254:*15, 21*
257:*7, 25*
261:*19*
262:*16, 25*
263:*3*
264:*6*
265:*5*
267:*16*
268:*2*
270:*2*
271:*2, 5, 22*
272:*9, 23*
273:*22, 23*
275:*16*
276:*10*
277:*23*
278:*8, 14*
279:*3*
282:*18*
284:*17, 25*
285:*25*
286:*6*
287:*3, 17*
288:*1, 10, 17, 20* 289:*18, 22, 24* 290:*5, 21* 294:*23*
295:*17*
300:*5, 19*
302:*14*
303:*7*
307:*16*
309:*14*
311:*13*
312:*9, 11, 17, 23* 315:*8*
316:*12, 18*
317:*9*

**right-hand**
82:*1*
135:*10*
154:*11*
**Rigobello**
11:*8*
240:*21*
255:*14*
256:*2, 5, 11*
257:*3*
259:*12, 13, 16* 320:*25*
321:*10, 14*
**rigorously**
301:*12*
302:*4*
**rise** 37:*9*
**Risk** 6:*10, 18* 18:*9*
24:*22*
42:*12, 20*
43:*17*
86:*23*
88:*15*
89:*22, 25*
90:*10*
93:*16, 25*
98:*3, 19*
99:*9, 25*
100:*7, 24*
101:*15, 22*
102:*18*
103:*6, 24*
104:*5, 17*
105:*4, 10, 21*
106:*6, 15*
107:*9, 23, 24*
108:*6, 14, 24*
109:*22*
116:*2*
118:*21*
122:*4*
124:*2, 16*
125:*16*

126:*3, 13, 17*
127:*19*
128:*10, 14, 22* 132:*20*
133:*5*
134:*4*
137:*17*
143:*5*
147:*12*
149:*19*
151:*11*
153:*11*
156:*5*
157:*6*
164:*2, 18, 21*
165:*20*
263:*21*
294:*13, 15*
295:*12*
315:*15*
316:*10, 17*
317:*18, 25*
320:*1*
**risks** 89:*14*
**RNA** 194:*1*
197:*11, 13*
**rodent** 26:*5*
224:*3, 6, 7*
**rodents**
79:*4, 8*
223:*24*
224:*24*
274:*24*
**ROGER**
4:*15*
**Roles** 9:*13*
**ROMANO**
4:*9*
**ROSIE** 4:*9*
**route** 25:*16, 20*
**routinely**
40:*22* 41:*4, 9*

**RPR** 1:*25*
323:*18*
**Rule** 7:*24*
**run** 316:*21*
**running**
173:*5*

**< S >**
**safe** 47:*17*
49:*8*
**safely** 49:*7*
**safety** 27:*7, 25* 37:*5*
38:*1, 6*
**saline**
274:*16*
**sample**
171:*1*
184:*17*
185:*20*
248:*22*
249:*13*
252:*14*
271:*16*
277:*5*
278:*3*
290:*14*
312:*19*
**samples**
167:*13*
168:*22*
198:*20*
248:*2, 3*
252:*14*
253:*15*
287:*20, 24*
288:*6* 290:*4*
**sampling**
288:*2, 3*
**SANDRA**
4:*16*
**SANTA**
1:*13* 2:*7, 9* 3:*6, 8* 12:*9*

Confidential - Subject to Protective Order

**SATURDAY**
1:*14*
**saw** 77:*21*
89:*20*
103:*1*
171:*5*
189:*20*
318:*24*
**saying** 15:*7*
34:*24* 35:*3*
51:*21*
74:*17*
99:*13*
100:*12*
121:*3*
136:*15, 16,*
*21* 137:*6, 8*
138:*15*
146:*5*
170:*9*
177:*3*
178:*11, 13,*
*22, 23*
180:*10*
202:*9*
207:*1, 4*
208:*14*
212:*5*
215:*19*
217:*5*
222:*10*
235:*12*
248:*10, 15*
249:*24*
257:*15, 20,*
*21* 261:*22*
263:*6*
267:*1, 5*
284:*1*
285:*5, 8*
314:*2*
318:*2, 19*

**says** 67:*13*
71:*9* 81:*19*
82:*1, 8, 15,*
*17, 20* 87:*23*
88:*19* 95:*6*
104:*21*
105:*14, 15*
111:*14*
123:*6*
130:*17, 25*
131:*6*
137:*13, 21*
138:*19*
141:*21*
143:*19*
147:*17*
150:*2, 17*
156:*6*
172:*11, 14*
173:*2*
183:*19*
186:*8, 15*
188:*1*
191:*3*
192:*20*
196:*6, 18*
200:*17, 19*
206:*20*
207:*3*
208:*2*
211:*25*
222:*13*
229:*8*
231:*23*
237:*1*
243:*11*
244:*24*
271:*6*
274:*6*
276:*8*
286:*1, 20*
290:*11*
291:*9*
295:*18*

304:*16*
311:*15*
316:*8*
**scared**
140:*18*
**scenario**
101:*21*
224:*16*
**school** 18:*7*
281:*19*
284:*23*
**science**
58:*23*
**scientific**
44:*3, 15*
45:*2, 20*
58:*23, 24*
60:*23*
61:*11* 84:*4,*
*14, 24* 85:*8*
105:*15*
156:*23*
170:*11*
181:*23*
190:*24*
192:*21*
293:*6, 10*
296:*22*
**scientifically**
63:*6* 274:*2,*
*10* 275:*4, 14,*
*18* 277:*4*
**scientist**
253:*20*
**scientists**
18:*5* 275:*24*
**scope**
151:*18*
312:*4, 5, 7*
**score** 6:*7*
150:*8*
**screening**
132:*13*
151:*24*

**scroll**
135:*10*
257:*23*
**SEAN** 4:*19*
**search**
67:*18* 68:*2*
79:*1* 164:*9,*
*10* 296:*7*
297:*3, 5*
298:*22*
311:*7, 9, 12,*
*18* 314:*4, 6,*
*8, 23* 316:*1,*
*4, 14* 317:*10,*
*11* 318:*2*
319:*8*
**second** 16:*3,*
*9* 56:*7, 13,*
*14* 76:*12*
82:*9*
101:*17*
129:*25*
131:*25*
132:*4*
134:*15*
139:*19*
140:*19*
144:*12*
146:*17*
182:*8*
214:*4*
223:*4*
249:*15*
257:*13*
266:*1*
288:*16*
319:*11*
**section**
57:*22*
262:*21*
263:*9, 20*
276:*11, 16*
278:*11*

**see** 15:*17*
16:*14*
28:*12* 34:*1,*
*24* 37:*9, 15,*
*25* 68:*14*
69:*13, 19*
71:*18*
80:*17* 81:*3,*
*4* 83:*19*
95:*14*
96:*18*
111:*2*
121:*19*
125:*14*
126:*18, 21*
131:*14*
133:*25*
135:*10*
136:*2, 6, 8*
139:*23*
140:*9*
142:*12*
143:*10, 14*
145:*9, 16*
146:*6*
149:*16*
150:*16, 19,*
*20* 153:*4*
154:*13, 15,*
*22* 155:*4, 7*
156:*7, 12*
158:*25*
167:*7, 8*
168:*15*
170:*23*
172:*17, 21*
173:*25*
176:*23*
191:*13, 14,*
*20* 195:*16*
196:*6*
197:*2, 3, 10*
198:*10, 17,*
*20* 202:*8*

205:*17, 21*
206:*11, 14, 24*  208:*16, 17*  213:*6*
214:*5*
215:*9, 11, 15, 24*  217:*18*
218:*19*
219:*15*
220:*13*
222:*16*
224:*21, 22*
230:*3*
242:*13*
244:*16, 23*
246:*25*
247:*7, 8*
249:*3, 4*
252:*3*
257:*7, 13, 24*
260:*10, 25*
261:*1*
262:*8*
271:*23*
272:*19*
276:*24*
277:*2, 17, 18, 24*  278:*1*
279:*4, 8*
280:*22, 23*
281:*6*
282:*5*
283:*6*
284:*3, 5*
286:*23*
290:*16, 17*
291:*20*
293:*7, 12, 20, 23*  296:*17*
297:*10, 14, 16*  301:*14, 15*  303:*24*
304:*6, 8*
305:*6*

307:*10*
308:*14*
316:*13*
317:*20, 24*
318:*25*
319:*1*
**seeing** 38:*2*
95:*10*
164:*13*
197:*6*
198:*3*
205:*13*
261:*3*
312:*24*
320:*2*
**seek** 132:*18*
**seen** 34:*5, 9, 14, 20*  35:*2*
37:*20*
81:*21*
153:*21*
156:*25*
157:*4*
161:*6*
164:*16*
193:*23*
198:*8*
204:*12*
205:*2*
209:*14, 16, 19*  227:*10*
242:*18*
243:*21*
264:*7*
308:*22*
**selectivity**
202:*19*
**self-explanatory**
98:*16*
**self-exposure**
99:*14*

**self-reported**
155:*1*
308:*21*
**sense** 225:*5*
317:*14*
**sensitive**
170:*14, 18*
303:*17*
**sensitivity**
174:*1*
177:*13*
**sent** 64:*19, 21*  65:*3, 4*
66:*8*
**sentence**
24:*9*  83:*22*
121:*23*
122:*1*
131:*21, 25*
132:*1*
139:*19, 21*
154:*14, 22*
155:*23*
156:*6, 20*
168:*2*
173:*1*
187:*16*
205:*25*
218:*11*
227:*22*
261:*5*
262:*9*
276:*20*
281:*8*
283:*15*
297:*13*
303:*21*
**separate**
249:*22*
311:*18*
**separated**
188:*3*
**separately**
32:*16*

171:*16*
311:*19*
**serum**
11:*22*
285:*22*
286:*3*
290:*11*
**served**
18:*18, 21*
**Services**
12:*5*
**set** 65:*17*
67:*3, 16, 25*
98:*20*
100:*7*
101:*22*
104:*23*
105:*2, 6*
106:*15*
202:*11*
225:*13*
323:*5*
**seven** 74:*6*
97:*9*  185:*1*
186:*22*
187:*1*
240:*14*
291:*1, 4*
**sex-dependent**
11:*6*
**SH** 180:*14, 16*  249:*20*
**share** 58:*6, 13, 15*  59:*9*
**shared**
162:*17*
**She/he**
225:*25*
**shed** 309:*1*
**sheds**
308:*17*

**sheet** 324:*5, 6, 9, 11*
326:*8*
**shoot** 260:*7*
313:*6*
**short** 226:*9*
292:*13*
310:*17*
**shortcoming**
114:*5, 14*
**Shorthand**
2:*16*  323:*1, 2, 11*
**shot** 266:*25*
273:*21*
288:*16*
**shots** 273:*22*
**show** 32:*25*
33:*14*
102:*23*
105:*15*
124:*2*
134:*10, 18*
145:*23*
150:*1*
156:*14*
163:*4*
170:*22*
181:*24*
184:*13*
190:*6, 21*
193:*13*
206:*7*
211:*11*
214:*23*
217:*18*
219:*12*
223:*6*
235:*1*
238:*16*
249:*9*
256:*23*
266:*12*
283:*14*

284:*14, 15*
286:*25*
292:*9*
316:*20*
319:*3*
**showed**
103:*18*
122:*16*
124:*10, 23*
125:*24*
126:*3*
129:*8*
136:*2*
146:*6*
158:*6, 7*
159:*7*
163:*24*
170:*25*
189:*24, 25*
194:*5*
215:*6*
244:*25*
278:*22*
**showing**
35:*25*
121:*6*
148:*19*
149:*19*
183:*7, 23, 24*
203:*22*
210:*11*
222:*24*
223:*10*
230:*23*
250:*11*
**shown**
30:*21*  33:*5*
34:*23*  51:*3*
52:*5, 20*
53:*9*  54:*25*
55:*1, 8, 21*
56:*4*  57:*11*
58:*23*
59:*25*

122:*24*
251:*21*
**shows**
61:*18*  63:*9*
105:*8*
121:*5*
122:*23*
124:*22*
126:*9, 13, 16*
133:*8*
137:*24*
145:*24*
147:*6*
161:*17*
162:*24*
171:*9*
182:*3*
184:*14*
193:*17*
196:*21, 23*
206:*22, 23,*
*24*  207:*5, 9,*
*10*  211:*19*
212:*5*
215:*8*
216:*22*
220:*20*
221:*11*
223:*5*
225:*5*
226:*19*
229:*20*
234:*4*
235:*8, 9, 25*
236:*17*
238:*25*
239:*1, 2*
244:*11*
252:*6, 14*
255:*14*
258:*13*
284:*20*
285:*11*
**shut**  281:*3*

**sibling**  5:*23*
6:*24*  7:*8*
113:*6, 7, 17,*
*22*  114:*6, 15,*
*22, 24*  115:*9*
116:*8, 13*
118:*22*
119:*2, 8, 16*
120:*3, 22*
122:*25*
124:*1, 23*
125:*5, 24*
126:*2, 19*
128:*13, 21*
129:*8, 15, 18*
148:*21*
**siblings**
115:*25*
122:*15*
**sic**  212:*12*
**side**  135:*11*
148:*9*
232:*11, 12*
308:*13*
**sign**  183:*15*
324:*6*
**signal**  89:*20,*
*21*  102:*23*
103:*1, 3*
125:*22*
199:*23, 24*
200:*1, 14*
238:*19, 20*
290:*13*
**signals**
105:*1*  310:*4*
**signed**
66:*13, 25*
67:*1*
**significance**
102:*24*
107:*2, 3*
121:*10*
125:*19*

127:*23*
134:*23*
135:*12*
145:*25*
146:*9*
147:*8*
277:*14*
280:*19*
285:*12*
**significant**
42:*10, 18*
43:*14*
104:*15*
119:*19, 20*
120:*3, 18, 19*
121:*11*
122:*16, 24*
124:*11*
125:*7, 15*
126:*12*
127:*2, 9, 10,*
*20*  134:*11,*
*19*  135:*3, 6,*
*16*  136:*3*
143:*17*
144:*7*
149:*24*
186:*25*
214:*6*
216:*24*
229:*15*
257:*10*
258:*6*
276:*23*
282:*1, 18*
**signing**
118:*6*
245:*18*
324:*8*
**signs**  309:*21*
**similar**  23:*7*
45:*16*
166:*22*
186:*9*

200:*23*
201:*3*
233:*12*
235:*5*  286:*9*
**similarly**
129:*8*
221:*13*
**simple**
170:*13*
**single**  48:*2*
75:*23*  97:*4,*
*5*  239:*14, 15,*
*18*  240:*1*
241:*7, 8*
253:*17*
271:*5*
289:*18, 21*
**sit**  56:*20*
57:*1*  60:*4,*
*15*  63:*12*
75:*1*  162:*23*
**site**  188:*18,*
*20*  200:*4*
253:*17*
**sites**  170:*1,*
*3*
**site-specific**
248:*18*
260:*22*
261:*14, 18*
**situation**
214:*3*
**six**  26:*25*
87:*16*
136:*5, 10*
137:*18*
196:*9, 10*
**size**  144:*10*
184:*17*
185:*20*
277:*5*  278:*4*
**sizes**  171:*1*
**slide**  230:*14*
257:*6*

**slight** 93:*6*
97:*5*
**slow** 58:*10*
114:*10*
179:*3*
243:*19*
**small** 21:*15*
174:*21*
177:*4*
180:*3, 5*
206:*25*
208:*8*
245:*10*
280:*19*
281:*2*
**SMITH**
4:*15*
**snob** 270:*18*
**SOD**
257:*24*
258:*7*
**sodium**
274:*16*
**somebody**
265:*11*
291:*9* 313:*4*
**Sorry** 13:*20*
23:*19* 31:*6*
37:*24* 39:*9*
54:*13*
67:*14, 22*
68:*5* 83:*8*
84:*6* 94:*11*
99:*3*
101:*25*
112:*20*
113:*12*
114:*10*
117:*17, 18*
119:*11*
121:*15*
124:*4*
130:*2, 21*
139:*2*

140:*6*
144:*24*
145:*6*
160:*6*
167:*21*
169:*10*
174:*4*
178:*1, 2*
179:*4, 13*
187:*7*
189:*7*
192:*3, 11*
196:*14*
197:*9*
203:*25*
205:*23*
206:*12*
209:*15, 18*
212:*16*
213:*4*
215:*2, 16*
217:*1, 21*
219:*17*
223:*25*
224:*18*
228:*5*
239:*16*
241:*6*
243:*10, 22*
246:*17*
247:*1*
255:*6, 20*
260:*13*
271:*24*
274:*8*
278:*2, 9*
306:*18, 23*
307:*17*
320:*17*
**sort** 59:*1*
68:*13*
98:*16*
108:*18*
200:*18*

241:*1*
261:*9*
282:*11, 12*
302:*6*
318:*19*
**sorted** 16:*11*
**source**
193:*15*
247:*19*
252:*25*

**SOUTHERN**
1:*2* 40:*8*
**space**
108:*11*
324:*4*
**spaced** 88:*8*
105:*20*
106:*5* 108:*4*
**speak** 270:*4*
**speaking**
91:*8* 95:*1*
237:*6*
**spec** 176:*23*
**special**
311:*12*
**species**
79:*21*
230:*16, 18*
**Specific**
10:*9* 26:*14*
43:*1, 13*
50:*12*
54:*21, 23*
55:*13* 56:*1,*
*3* 60:*4*
68:*20*
76:*25*
88:*19*
189:*17*
195:*17*
200:*5*
207:*11, 18*
221:*22*

257:*2*
269:*21*
**specifically**
26:*9* 28:*18*
59:*16*
104:*21*
133:*10*
150:*6*
156:*19*
194:*12*
195:*3*
200:*6*
201:*2, 9, 12*
206:*2, 9*
211:*9*
235:*22*
236:*15*
237:*22, 25*
238:*21*
242:*22, 25*
246:*23*
247:*5*
255:*3*
294:*9*
296:*2* 308:*3*
**specified**
202:*1*
**specify** 55:*3*
141:*14*
**specifying**
206:*4*
**spectometry**
249:*18*
303:*16*
**Spectral** 8:*6*
**Spectrum**
6:*18* 19:*6,*
*13* 50:*18*
58:*18*
170:*16*
182:*1*
295:*13*
298:*24*
317:*19, 25*

**speculate**
60:*20, 21*
90:*13* 93:*11*
**speculation**
144:*11, 15*
**spend** 76:*17*
95:*16*
**spent** 47:*13*
**sperm**
136:*20, 22*
138:*2*
**spill** 209:*3*
**spinal**
218:*12*
279:*16*
**sporadically**
97:*4*
**spread**
88:*16* 89:*2*
90:*15*
108:*15*
**ST** 257:*24*
**staining**
200:*23*
201:*3*
215:*22*
**STAN** 1:*12*
2:*1* 5:*2, 14,*
*15* 12:*12, 17*
13:*1*
321:*24*
322:*2*
326:*11*
**standard**
73:*10* 84:*4,*
*14, 24* 85:*8*
296:*3, 7, 8*
298:*9*
301:*21*
306:*4*
**standing**
198:*1*
**standpoint**
44:*17*

stands
297:20, 21,
22 298:1
stars 291:20
Start
115:21
173:24
182:12
203:10
230:15
240:10
266:12
282:5
284:5, 6
307:2, 7, 8,
21
started
22:20
183:12
starting
68:9 130:1,
2 131:25
140:8
146:17
154:14, 22
168:2
173:1
276:19
282:6
315:19
starts
121:20, 23
240:10
261:5
308:13
State 2:17
12:24 21:5
23:17, 22
24:8, 19
58:4, 6, 12
59:21 66:1,
2 67:15
71:14
86:21

107:9
109:14, 18
113:1
118:10
132:13
145:10
154:24
165:17
167:9
168:20
169:22
171:11
182:25
187:16
188:5
191:8
192:6
195:8
212:8
227:4
235:1
237:11
247:2
254:4
260:19, 20
262:3
271:19, 20
276:18
282:22
283:9, 17
324:3
stated
52:21
53:17
54:18
65:24 88:3
89:13
108:1
151:15
152:1, 2
162:9
187:2
205:10
207:1

213:20
219:7
220:1, 8
223:22
246:21
314:25
statement
25:4 168:1
177:10
191:19
193:7, 8
261:8
301:10
STATES
1:1 122:18
125:8, 9
130:1
140:2
154:23
168:19
190:18
207:17
218:1
236:4 252:9
stating
100:11
192:21
statistic
146:7
statistical
105:10
107:2, 3
121:9
125:18
127:22
134:22
135:12
145:25
146:9
147:7
150:25
151:5, 10
256:25
277:12, 13

282:4
285:12
statistically
42:10, 18
43:14
104:14
119:19, 20
120:17, 19
121:11
122:24
124:11
125:7, 14
126:12
127:1, 9, 20
134:10, 18
135:1, 6, 16
136:3
143:17
144:6
149:23
186:25
214:6
229:15
257:10
258:6
282:1, 17
stay 95:22,
24
stealing
320:16, 18
stealth
264:17, 21
stem 92:13,
15, 19, 22, 24
stenographic
12:14
stenographic
ally 323:8
step 44:14
steps
299:20
300:13
steroids
210:18

stick 232:1
265:23
stomach
232:1
233:13
stop 94:7
95:2
straight
78:8 88:16
118:13, 15
226:5
285:25
S-
transferases
10:5
242:10
243:7
strategy
288:2
stratified
298:4
stratify
78:19
Street 3:23
221:7
strength
72:10
113:17
116:12
strengthen
167:10
stress 11:7
29:20
107:15, 18
184:14
258:3
262:7
264:5, 12, 13
265:3, 7, 10,
17, 21, 23
266:19
267:2, 6, 10,
12, 14, 20
273:19, 21

288:*17, 19,*
*24*  289:*10*
**stressful**
232:*13, 15,*
*20*  271:*8*
273:*7*
289:*12*
**stretch**
262:*7*
264:*13*
**striatum**
256:*20*
**Strike**
25:*10*
46:*15*
49:*21*
114:*17*
135:*24*
188:*16*
222:*1*
256:*10*
**strong**  61:*8*
63:*24*  72:*1*
115:*24*
116:*7*
199:*24*
290:*14*
304:*5*
**stronger**
71:*11*
113:*20*
**strongest**
113:*3*
303:*23*
**stuck**
265:*22*
**student**
298:*11*
306:*9*
**students**
17:*17*
296:*11*
298:*12*
299:*13, 14,*

*15*  300:*8*
305:*11*
306:*5, 8*
**studied**
20:*20*
**studies**  14:*3*
19:*3, 17, 25*
20:*2*  21:*5,*
*18, 21, 22*
24:*11*  26:*5,*
*15, 21*  27:*11,*
*13, 14, 18, 19,*
*22, 23*  28:*3,*
*10, 17*  29:*24*
30:*4*  31:*4,*
*9, 16*  32:*9,*
*15*  33:*22, 23*
34:*2, 7, 9, 12,*
*14, 20, 21*
35:*25*
36:*10, 11, 12,*
*19, 25*  37:*4*
38:*10*
58:*24*  59:*9*
65:*12, 18, 20*
68:*21, 22*
69:*1, 17*
70:*6, 13*
72:*8, 12, 17*
73:*2, 7, 9, 25*
74:*10, 20*
75:*2, 8, 16*
76:*5, 15, 25*
77:*9, 22*
78:*13, 18*
79:*3, 6, 17*
80:*2*  83:*4,*
*15*  89:*12*
93:*3*  95:*17,*
*20, 25*  96:*3*
97:*2, 9, 10*
102:*22*
103:*8, 12, 22*
104:*3*

105:*8*
109:*15, 17,*
*19*  110:*6*
113:*17*
114:*5, 6, 14*
115:*7*
125:*20*
128:*14, 22*
129:*6, 15*
132:*17*
133:*8*
158:*6, 7, 13*
160:*4, 20*
162:*5, 6*
168:*6*
169:*1*
181:*23*
183:*7*
186:*1*
189:*17*
205:*12*
206:*1*
209:*20*
210:*11, 21*
211:*10, 16*
217:*18*
222:*23*
223:*9*
224:*3*
225:*9, 16*
230:*8, 9*
232:*15*
233:*2*
251:*22*
255:*9*
261:*7*
262:*4*
263:*22*
265:*2*
266:*13*
267:*15*
274:*23*
291:*20*
298:*2, 3*

301:*9, 18*
302:*11, 23*
305:*6*
311:*8*
314:*4, 17*
318:*3*  320:*6*
**study**  5:*24*
6:*8, 20, 25*
7:*8*  18:*8,*
*19, 22*  19:*17*
23:*4*  28:*18,*
*19*  37:*13, 16*
68:*25*
70:*25*  73:*4*
79:*18*
80:*21, 24*
81:*13, 15*
82:*4*  95:*14,*
*25*  110:*13,*
*20*  111:*9, 13,*
*23*  112:*7, 14*
113:*3, 7, 20,*
*23*  114:*20,*
*22*  115:*18,*
*24*  116:*7, 12*
121:*14, 16,*
*17*  124:*12*
130:*3, 4, 10,*
*12, 18, 19*
131:*1, 7, 16*
132:*15*
133:*15*
134:*2, 9*
138:*2*
139:*4, 9, 15*
143:*23*
145:*20*
148:*20*
149:*2*
150:*5, 22*
151:*24*
152:*23*
153:*2, 9, 16*
162:*24*

163:*8, 11, 13,*
*15, 22*  164:*4,*
*8*  165:*5, 21*
166:*12*
167:*6, 12*
168:*1, 4*
169:*23*
170:*21*
172:*3, 20*
182:*6*
183:*11, 16,*
*23*  184:*10,*
*25*  185:*2, 3,*
*10, 19, 24*
186:*3, 6, 15,*
*22*  189:*22,*
*23*  190:*2, 10*
194:*23*
199:*14, 15,*
*18*  200:*1*
203:*16, 19*
204:*11, 18,*
*19, 23*  205:*4*
206:*5*
207:*2*
209:*11, 17*
212:*18, 20*
213:*2, 25*
214:*24*
215:*6*
223:*2*
230:*1*
231:*5, 8*
233:*19*
235:*23*
240:*12*
242:*9*
243:*6*
245:*13, 19,*
*24*  246:*12*
247:*9, 18, 21,*
*25*  248:*4*
249:*8*
250:*11*

Confidential - Subject to Protective Order

254:*13*
256:*3*
257:*3*
258:*10*
259:*1, 2, 11*
262:*3, 13, 15,*
*16* 263:*1*
267:*25*
268:*24*
269:*6, 8, 19*
270:*25*
274:*2, 10, 20*
275:*4, 18, 24*
279:*10*
284:*25*
285:*6, 20, 22*
287:*19*
288:*9, 25*
290:*21*
292:*6*
302:*12*
303:*2, 23*
304:*5, 11, 16*
305:*21*
308:*3, 4, 9,*
*18* 309:*2*
312:*1, 11, 20,*
*22* 313:*1, 3,*
*14* 315:*11,*
*24* 316:*9, 15*
317:*22*
319:*22*
320:*2, 11*
321:*12, 15*
**studying**
32:*10*
**study's**
224:*14*
**subheading**
293:*23*
**subhepatic**
33:*25*
35:*15*
79:*21*

221:*16*
222:*10*
224:*25*
**sub-**
**hepatotoxic**
231:*1*
**subject**
297:*11*
324:*8*
**subjects**
184:*24*
288:*4*
**submitted**
253:*16*
**sub-patient**
24:*14*
**sub-Q**
232:*11*
**subscribed**
323:*14*
326:*14*
**subsequent**
122:*17*
136:*4*
137:*17*
**substance**
326:*7*
**substances**
29:*14*
**subtoxic**
35:*11*
**suffer**
139:*11, 15*
**sufficient**
84:*4, 14, 24*
85:*8*
180:*24*
181:*8*
185:*20*
186:*16*
192:*23*
226:*18*
230:*12*
277:*5*

**sufficiently**
118:*4*
**suggest**
57:*24*
60:*19, 20*
96:*10*
161:*15*
211:*2*
247:*10*
283:*1, 2, 22*
**suggested**
133:*11*
**suggesting**
120:*24*
161:*17*
266:*18*
**suggestive**
128:*9*
**suggests**
31:*1*
182:*14*
193:*2*
237:*3*
254:*5*
257:*9* 266:*3*
**suicide**
80:*14*
**Suite** 2:*8*
3:*7, 14*
**sulfate**
179:*11*
**sulfation**
177:*20, 22*
179:*23*
**sulfhydryl**
180:*13*
**summary**
68:*9, 12*
86:*17* 90:*12*
**super**
232:*24*
**superimpose**
253:*18*

**superoxide**
257:*23*
258:2, *16*
**superoxides**
256:*19*
**supervise**
40:*16*
**supervision**
323:*25*
**Supplementa**
**l** 116:*18, 21*
117:2, *13*
118:*5*
**support**
103:*22*
104:*4*
134:*3*
293:*17*
**supported**
302:22, *23,*
*25* 304:*3*
**Supporting**
7:*4* 156:*1*
**supports**
253:*11*
256:6, *11*
**supposed**
148:*17*
**Sure** 13:*8*
14:*9* 16:*23*
19:*14* 20:*9*
23:*6* 31:*11*
32:*6* 40:*5*
41:*11*
42:*16* 58:*3*
80:*16, 17*
92:*6*
107:*13*
110:*2*
117:*14*
127:*16*
169:*18*
175:*20*
192:*4*

196:*17*
208:*5*
219:*15*
221:*6*
222:*9*
225:*17*
227:6, *14*
228:*1, 10*
229:*11*
232:*14*
233:*24*
240:*23*
241:*4*
243:*23*
250:*9*
252:*17*
257:*4*
268:*14*
271:*23*
272:*4, 17*
280:*4*
288:*5*
310:*12*
**surprising**
168:*21*
**surrogate**
73:*8, 12*
**survey**
70:*16* 73:*15*
**surveys**
70:*1, 2, 4, 8*
71:*3, 7*
**susceptible**
287:*8*
**suspend**
95:*9*
**sustained**
187:*18*
188:*2, 4, 5*
**swallowing**
287:*21*
**swear** 12:*16*
**switch**
310:*20*

**switched**
164:*11*
**sworn**
12:*18*
323:*6*
326:*14*
**symptom**
266:*2*
**symptomatol**
**ogy** 70:*4, 8*
**symptoms**
71:*3* 130:*7,*
*11* 131:*4, 9*
**Syndrome**
8:*21*
**System**
8:*15*
225:*20, 21*
**systematicall**
**y** 107:*16*
**systemic**
187:*17*
**systemically**
260:*21*

< T >
**Table**
118:*16*
119:*5*
122:*9, 23*
124:*3, 5*
134:*8, 22*
135:*25*
138:*18*
143:*8*
145:*24*
146:*2, 13*
147:*6*
154:*13, 16*
209:*14, 16,*
*18* 214:*1*
242:*25*
243:*1, 12, 16*
257:*4, 11, 12*

**tablet** 93:*6*
97:*5*
**tablets**
87:*10, 13*
287:*23*
**take** 13:*6*
48:*24*
68:*15* 69:*1*
71:*23*
74:*14, 16, 20,*
*22* 75:*7*
87:*15, 22*
93:*21* 94:*3*
153:*9, 15, 18,*
*22* 157:*19*
173:*13, 14*
174:*2*
175:*9, 11*
182:*4*
202:*22*
208:*23*
209:*13*
232:*1*
238:*8*
240:*15, 19*
241:*22*
254:*18*
261:*12*
268:*15*
269:*12*
291:*6*
292:*13*
298:*14*
299:*1*
301:*2*
302:*11*
308:*8*
310:*17*
311:*16*
**taken** 17:*9,*
*12, 13, 19*
18:*6, 14*
25:*21*
71:*21* 74:*2,*

*11* 75:*4, 12,*
*21* 77:*5, 6,*
*11, 16, 22, 24*
78:*1, 7, 10,*
*15, 16, 23*
86:*24*
87:*19*
89:*10*
97:*21* 98:*2,*
*18* 99:*7*
105:*18*
106:*4*
108:*3*
140:*3*
141:*18*
162:*13*
174:*17*
175:*24*
176:*21*
265:*11*
287:*20, 24*
288:*7, 13*
323:*4*
**takes** 74:*19*
99:*23*
102:*13*
106:*11, 13*
176:*5*
220:*17*
265:*20*
**talk** 15:*8*
24:*14* 44:*9,*
*11* 57:*23*
61:*1, 5, 17*
75:*21*
90:*15*
137:*14*
167:*4*
174:*9*
195:*5*
205:*3*
249:*22*
262:*1, 13*
280:*9*

299:*11*
315:*5*
**talked**
165:*9*
185:*20*
197:*25*
210:*5*
213:*16*
248:*17*
251:*22*
265:*3, 6*
271:*7*
287:*11*
308:*20*
320:*24*
**talking**
28:*18*
30:*10*
34:*21*
36:*19* 43:*3,*
*6* 45:*5, 7*
48:*22*
50:*21* 64:*2*
72:*3* 73:*13*
83:*20*
89:*24*
103:*8*
104:*13*
108:*13*
112:*21*
115:*17*
120:*9*
128:*17, 18,*
*20* 176:*6*
183:*17*
187:*4*
193:*9*
194:*9*
209:*1*
212:*19*
214:*7, 25*
215:*22*
221:*7*
228:*3, 4*

234:*6*
251:*14*
255:*2, 3*
256:*3*
262:*9, 21*
263:*21*
270:*3*
279:*18*
280:*5*
282:*25*
290:*17*
294:*4*
311:*6, 7*
317:*21*
**talks** 81:*21*
88:*3*
210:*17*
263:*4, 9*
280:*2* 317:*2*
**taste** 233:*6*
**tasted**
232:*23*
**tasting**
233:*1*
**taught** 17:*5,*
*7, 14* 296:*12*
**TB** 85:*23*
**T-cell**
172:*15*
**tea** 29:*18*
**teach** 17:*16*
298:*10*
300:*7*
306:*5, 10*
**teaches**
39:*23*
296:*21*
**teaching**
306:*8*
**team**
166:*16, 20*
**technically**
123:*8*

technologies
173:*24*
**Technology**
39:*8*
169:*24*
303:*13*
**tell** 38:*6*
47:*23*
55:*14*
57:*18* 62:*9*
95:*14* 97:*3*
101:*7, 9*
127:*15*
130:*15*
143:*6*
164:*24*
180:*18*
189:*2*
210:*18*
215:*7*
230:*16*
239:*4*
245:*21*
246:*1, 5*
249:*20*
264:*17*
266:*3*
277:*11*
286:*7*
300:*20*
304:*10*
305:*11*
306:*16*
308:*16*
319:*3*
**telling** 47:*7*
62:*7* 137:*3*
172:*6*
198:*22*
247:*18*
258:*21*
304:*12*
316:*21*

**tells** 40:*9*
73:*18*
170:*14*
198:*24*
226:*16*
258:*3*
283:*17, 19*
290:*22*
302:*7*
**ten** 93:*19*
150:*21*
189:*22*
216:*18, 20,*
*24* 217:*2, 8*
234:*16*
291:*10*
**tenfold**
189:*3, 14*
190:*1, 2*
193:*5*
215:*7*
216:*5*
233:*18*
234:*3, 16, 21,*
*25* 235:*2*
239:*9*
**term** 42:*7*
77:*3*
164:*11*
255:*5*
286:*24*
**terminology**
208:*6*
**terms** 17:*3*
57:*10*
58:*22*
63:*14* 71:*7*
72:*1* 77:*11*
125:*19*
127:*13, 14*
128:*10*
158:*5*
200:*7*
234:*25*

297:*3, 5*
298:*22*
311:*8, 9*
314:*4, 6, 8,*
*14, 23*
316:*14*
318:*2* 319:*8*
**test** 37:*8*
171:*16*
172:*21*
222:*20*
223:*15*
278:*5*
**testified**
12:*19*
21:*17*
37:*19*
77:*21*
275:*15*
309:*7, 12*
316:*17*
**testify** 40:*20*
**testifying**
253:*6*
**testimony**
126:*14*
210:*9*
213:*18*
259:*23*
309:*10*
310:*2*
317:*8*
321:*1* 323:*6*
**testing** 32:*1*
267:*21*
**tests** 37:*7,*
*21*
**Thais** 85:*24*
**Thank**
48:*12*
54:*17* 92:*7*
149:*14*
185:*22*
198:*15*

260:*17*
292:*10, 12*
313:*22*
320:*19*
321:*18*
**Thanks**
202:*23*
**theoretical**
254:*20, 22,*
*24*
**therapeutic**
11:*21*
37:*11* 39:*4*
79:*4, 8*
80:*6* 86:*25*
103:*23*
104:*5, 23*
109:*21*
183:*8*
184:*5, 8*
188:*6, 10*
192:*24*
218:*20*
220:*1, 10*
221:*2, 24, 25*
222:*4, 24*
223:*5, 7, 10*
227:*10*
229:*3*
240:*2*
286:*23*
289:*23*
294:*11*
309:*24*
310:*5*

**Therapeutics**
39:*4, 9, 21*
**thereof**
323:*11, 14*
**thick** 269:*10*
**thing** 71:*24*
95:*13*
160:*17*

221:*8*
223:*4*
235:*4*
289:*12*
301:*21*
**things** 17:*2,*
*12, 16* 18:*13,*
*25* 19:*2*
20:*18*
26:*10, 13*
31:*25*
35:*19*
41:*22, 24*
42:*4, 6*
76:*20*
96:*14*
97:*14*
129:*22*
144:*18*
151:*17*
170:*20*
188:*23*
219:*11*
251:*13*
256:*15*
300:*18*
301:*8*
302:*13*
303:*6*
309:*7*
311:*4*
315:*20*
**think** 16:*6*
17:*22*
20:*10*
22:*20* 26:*1*
30:*18*
35:*10* 37:*6*
38:*14*
40:*25* 41:*4,*
*6* 43:*2*
47:*5, 15, 17*
49:*17*
50:*20*

54:18
55:24
57:24 61:7, 12, 13, 16
62:6, 18
64:2, 19
65:7 66:15
68:22
69:24
70:16
72:17 73:6
75:19 76:4, 13 77:8
80:8 86:8
88:2, 11
89:5 90:3
97:8 98:22
99:13, 15
100:2, 10
101:18
108:18
115:3, 12
119:21, 22
120:7
123:23
125:13
128:12
138:13
148:25
150:7
152:2, 10
158:16, 17, 19, 20, 21, 23, 25 166:22, 23 171:7
176:13
185:20
187:13, 24
190:10, 16
192:11
193:18
194:4, 5
196:5
200:11

205:2
207:9
209:25
210:1
211:5
214:11
215:12, 13
217:25
219:7
225:3
226:1, 21
231:16
235:24
236:17
238:11
239:3
246:11, 14
250:14
252:5, 19
255:13
264:3
266:8
270:11
271:20
272:16
273:8
274:16
275:2
278:3
279:25
280:5
294:10
298:21
299:24
300:16
302:24
306:12, 19
310:1
312:25
314:25
319:20, 21
320:10

thiol 10:5
242:10
243:7, 16
third 81:20
83:20
209:3 254:9
thirty
324:12
THORNBURG 3:22
thought
61:19
103:17
152:1
170:21
189:9
310:10
thousand
233:17

thousandfold
177:13
194:8 207:3
three 130:8, 13 131:5, 11
160:19, 20
161:23, 25
162:3, 7, 25
176:13
177:19
195:19
196:16
204:23
218:7, 12
228:15
240:17
245:1
248:4
258:1
278:5
281:9
291:7, 10
298:22
304:14

threshold
93:8, 24
105:2
123:3, 10
134:3
239:13
tied 138:3
time 12:6
35:20
47:12, 16
74:19
76:18 77:6, 15, 16, 25
78:1, 5, 15
91:20, 24
94:9 95:17, 18 96:3, 6, 11 134:14
145:23
151:2
153:20
161:5, 21
163:5
175:22
176:1, 4, 5
185:4
189:3, 18
201:21
226:8
232:5
243:21
248:9
265:20
271:16, 18
289:10
292:10
294:11
305:21
310:8
312:19
323:5, 7
times 54:3
78:11
87:16, 20

97:21, 24
108:15
163:7
184:18
185:17
189:3, 22
191:11
216:18, 20, 24 217:2, 8, 13 223:7
228:3
229:2
240:1, 4
241:8
245:1
248:4
288:23
289:3, 20
310:4
timing 7:11
152:25
tissue 200:5
244:2, 7, 17, 21 252:13
260:22
261:14, 19
266:20
Tissues
8:20 10:7
242:12
243:9
246:22
247:3
261:25
312:16
title 81:19
166:3
212:10
243:11
tobacco
155:1, 10, 17
156:3, 21
today 13:6
14:1 56:20

Confidential - Subject to Protective Order

57:*1*  60:*5*,
*15*  63:*12*
75:*1*  95:*10*
158:*3*
162:*23*
176:*22*
253:*6*
**Today's**
12:*6*
**Todd**  1:*25*
2:*15*  12:*15*
323:*18*
**told**  48:*21*
51:*24*  54:*4*
55:*2*
223:*13*
249:*15*
273:*8*  321:*3*
**tolerate**
273:*8*
**tolerated**
274:*18*
275:*3*
**tool**  28:*4*
**tools**  132:*13*,
*15*  151:*25*
**top**  60:*2*
127:*21*
146:*12*
236:*8*
**total**  11:*22*
47:*18*  71:*6*
75:*10*, *11*
87:*3*  93:*14*,
*15*  97:*22*
99:*1*, *10*
101:*14*
102:*19*
145:*11*
179:*24*
239:*20*
245:*4*
285:*23*
286:*4*

287:*5*
290:*11*
**totaling**
72:*12*
102:*15*
**totally**  312:*6*
**toxic**  33:*25*
35:*15*, *22*
79:*21*  82:*5*,
*14*  85:*23*
186:*10*
219:*10*
221:*16*
222:*11*, *12*,
*15*  223:*15*
224:*25*
226:*13*
**toxicities**
211:*21*, *22*
**Toxicity**
9:*16*  29:*24*
30:*5*, *16*
31:*14*  32:*3*,
*17*  33:*21*
37:*4*, *20*
48:*14*, *15*
180:*15*, *16*
183:*15*, *21*,
*25*  220:*22*
225:*6*  250:*7*
**TRACEY**
4:*19*
**train**
299:*12*, *13*
**trained**
295:*5*
**training**
38:*15*, *17*, *19*
**transcribed**
323:*9*
**transcript**
5:*11*  6:*2*
7:*2*  8:*2*
9:*2*  10:*2*

11:*2*
197:*16*
323:*10*, *12*,
*22*  324:*13*,
*14*

**transcription**
326:*4*
**transcriptom**
**ic**  184:*13*
**transcriptom**
**ics**  278:*16*,
*17*, *21*  279:*1*
**transcripts**
86:*3*  280:*3*
284:*15*
**transitioning**
231:*4*
**translatable**
79:*25*
**translation**
79:*13*
**transparent**
148:*18*

**Transporters**
9:*10*
**travel**
249:*25*
251:*6*, *7*
**traveled**
251:*8*
**treat**
215:*25*
303:*12*
**treated**
212:*20*, *23*
226:*2*
231:*20*
271:*19*, *21*
272:*6*, *13*
273:*2*, *12*, *16*
274:*4*, *12*, *24*,
*25*  275:*6*, *20*

283:*11*
284:*10*
**treating**
222:*7*
**treatment**
32:*22*
85:*24*
212:*23*
235:*12*
280:*6*  283:*2*
**treatments**
235:*13*
**trial**  267:*22*
**trigger**
29:*24*
**trimester**
78:*14*, *24*
89:*15*, *18*, *19*
207:*10*
254:*8*, *9*
**trimesters**
77:*23*
78:*19*  89:*14*
**triple**
245:*15*
**trouble**
238:*10*
**true**  44:*25*
46:*13*
161:*10*
162:*3*
177:*24*
193:*8*
200:*6*
264:*9*
265:*21*
279:*11*
295:*13*
323:*10*
**try**  80:*13*
85:*9*
147:*16*
209:*20*

299:*2*, *19*
300:*7*
**trying**  24:*3*
61:*24*  62:*6*
76:*10*, *23*
91:*12*
96:*15*
100:*12*, *13*
101:*1*, *5*, *9*
138:*20*
150:*2*
156:*14*
176:*9*
197:*14*
244:*13*
264:*22*
299:*6*
316:*25*
**tune**  41:*3*
**TUNEL**
222:*19*, *20*,
*22*
**turn**  24:*18*
60:*3*  67:*10*
81:*20*
85:*14*
86:*16*
94:*24*
112:*18*
116:*16*
121:*12*
131:*18*, *20*
135:*18*
138:*23*
139:*18*
142:*20*
143:*8*
144:*22*
146:*15*
149:*1*
166:*25*
168:*12*
169:*8*, *11*
171:*25*

174:*3*
192:*17*
197:*18*
212:*16*
228:*18*
237:*9*
242:*25*
260:*4*
280:*8, 24*
282:*20, 23*
293:*1, 12*
294:*18*
303:*18*
321:*9*
**turning**
178:*8*
**turns**
291:*10*
**Twice**
271:*4*
273:*15, 18, 21*  274:*5, 13*
275:*7*
**two**  15:*14*
29:*25*
32:*10*
35:*19*
72:*11*  87:*9, 16*  89:*14*
94:*22*
95:*23*  97:*6*
104:*7, 8*
110:*21*
115:*7*
117:*16*
129:*14*
140:*11, 22*
143:*4, 11*
146:*24*
161:*16, 20*
163:*7*
178:*3*
185:*14*
189:*3, 25*

195:*19*
196:*14, 16*
211:*25*
213:*5*
214:*6*
217:*13*
223:*1*
228:*15, 16*
230:*7*
248:*23*
258:*1, 16*
265:*20, 23*
267:*1*
273:*22*
275:*21*
279:*22*
281:*9*
287:*23*
291:*6, 9, 12, 13, 14, 15*
297:*14*
302:*13*
304:*14*
314:*4*
**twofold**
98:*3*
103:*24*
104:*5, 13, 14, 16*  106:*15*
107:*3*
108:*6*
118:*25*
258:*8*
294:*17*
**two-part**
108:*12*
**Tylenol**
71:*22*
73:*21*
86:*25*
222:*7*  309:*9*
**type**  27:*13*
29:*9*  30:*10*
37:*4*  46:*3,*

21, *24*
136:*22*
151:*12*
164:*7*
169:*4*
170:*11*
272:*22*
**typed**
269:*11*
**types**  18:*9*
20:*19*
26:*18, 20*
27:*3*  35:*25*
**typical**
190:*18*
191:*1, 11*

**< U >**
**ubiquitously**
246:*22*
247:*4*
**Uh-huh**
34:*11*
69:*12*
119:*11*
172:*24*
**umbilical**
159:*18*
**unable**
139:*23*
140:*2, 4, 8*
141:*9, 13, 16, 17, 19*
145:*14*
187:*21*
**unchanged**
180:*4*
**uncommon**
299:*5*
**undergraduate**  17:*10*
18:*7*
**underinterpret**  305:*19*

**underinterpreting**  305:*17*
**underlying**
46:*6, 17*
58:*7, 15*
59:*9*  61:*10*
**undersigned**
323:*2*
**understand**
14:*9*  16:*23*
18:*16*
21:*16*
28:*16*  40:*5*
57:*19, 20*
58:*3*  60:*10*
61:*24*  65:*2*
66:*6*  77:*19*
84:*7*
100:*13*
101:*8*
127:*16*
138:*20*
151:*18*
156:*17*
176:*10*
201:*4*
222:*9*
224:*6*
243:*23*
280:*7*
304:*24*
310:*12*
317:*1*
**understanding**  44:*21*
50:*6, 16*
51:*17*
65:*11*  98:*5*
120:*15, 16, 20*  122:*8*
166:*10, 15*
197:*15*
214:*12*
267:*9*

**understood**
175:*20*
228:*10*
**undetectable**
176:*19*
208:*16*
**unexposed**
122:*3, 13, 15*
**unfortunately**  142:*16*
225:*4*
**unique**
298:*6*
**UNITED**
1:*1*
**units**
227:*13*
244:*13*
**University**
40:*8*
**unknown**
46:*7, 17*
60:*24*
**unmet**  41:*23*
**unpublished**
28:*16*
**unreliable**
253:*8*
305:*25*
**untreated**
228:*14*
271:*21*
272:*8, 12, 14, 17*  273:*10, 17*  274:*7*
277:*25*
**unwilling**
63:*22*
**updated**
83:*17*
84:*11, 21*
**upregulate**
189:*1*

Confidential - Subject to Protective Order

urinate
  162:*10*
urinated
  162:*14*
urine
  179:*11*
  180:*4, 9*
USC  39:*1, 5,
14, 15, 19, 20,
25*  40:*1, 4,
20*
Use  6:*12,
16, 22*  7:*5,
10, 12*  13:*3*
  17:*1*  19:*12*
  20:*7*  25:*12,
17*  28:*4, 6, 7,
20*  29:*23*
  30:*20*
  32:*12*  36:*7,
12*  42:*7*
  54:*21*  69:*2,
24, 25*  74:*12*
  80:*13*  85:*9*
  113:22
  114:*23*
  116:*6, 8, 13*
  118:*11*
  119:*15*
  122:*3, 6, 14,
15*  125:2
  130:*6, 10*
  131:*3, 7, 16*
  133:*19*
  134:22
  135:*20*
  136:*5, 10*
  137:*11, 14,
16, 22*
  138:*19*
  139:*7, 11, 15*
  141:*11*
  145:*12*
  146:*3*

150:*7*
152:*24, 25*
154:*23, 24,
25*  155:*1, 2,
10, 11, 17*
156:*3, 21, 22*
159:*11*
173:*24*
176:*23*
177:*11, 12*
184:*5*
189:*1*
195:*3*
196:*7*
208:*6*
218:*24*
219:*2*
221:*18*
222:*13*
224:*14*
226:22
232:*11*
236:*8, 12*
240:*10*
248:*24*
249:*3, 4*
255:*8, 13*
259:*24*
260:*2*
261:*10*
264:22
266:*13*
274:*2, 10*
275:*5, 19*
284:*5*
286:*5, 24*
293:22
295:*22, 23*
296:*1, 2*
298:*20*
299:*1, 10, 23*
300:*4, 14*
303:*14, 15*
314:*18, 19*

315:*15*
316:*16*
317:*17, 24*
318:*14*
319:*23*
321:*15*
useful
  302:*11*
uses  28:*23*
  123:*2, 3*
Usually
  36:*7*  291:*10*
utero  6:*7*
  22:*18*
  23:*10, 13*
  224:*17*
utilize
  298:*17*
utilized  67:*7*
utilizes
  151:*16*

< V >
valid  298:*15*
validated
  70:*1, 17*
validity  67:*8*
variability
  72:*23*
  186:*19*
  279:*24*
variations
  113:*21*
various
  14:*3*  21:*12*
  27:*3*  86:*3*
  87:*20*
  110:*6*
  150:*18*
Vaziri
  262:*16*
  267:*25*
  268:*10*

vehicle
  230:*1, 2, 4*
  234:*10, 11,
19*  235:*8*
  272:*15, 18,
20, 23*  273:*3*
  274:*3, 11, 25*
  275:*6, 15, 19*

venipuncture
  288:*12*
  289:*7*
Venous
  288:*13*
verifying
  133:*4*
version
  11:*18*
versus
  26:*24*
  36:*22*  41:*9*
  85:*24*
  132:*13*
  193:*21*
  215:*16*
  258:*2, 8*
  281:*13*
  299:*2*
  301:*23*
vessels
  251:*11*
video  12:*8*
  49:*1, 4*
  94:*15, 18*
  102:*7, 10*
  154:*8*
  157:*24*
  203:*4*
  241:*25*
  242:*4*
  268:*17, 21*
  292:*16, 19*
  310:*22, 25*

313:*21, 25*
321:*23*
Videographe
r  4:*4*  12:*3,
5*  48:*25*
  49:*3*  94:*14,
17*  102:*6, 9*
  153:*25*
  154:*4, 7*
  157:*20, 23*
  202:*25*
  203:*3*
  241:*25*
  242:*3*
  268:*17, 20*
  291:*5*
  292:*15, 18*
  310:*16, 21,
24*  313:*16,
20, 24*
  321:*21*
VIDEOTAP
ED  1:*12*
view  108:*23*
  233:*1*
vitamin
  291:*22, 23*
vito  231:*19*
vitro  218:*3*
  219:*3*
  225:*9, 16*
  226:*2*
  230:*19, 22*
  233:*19*
  234:*1*
vivo  230:*23*
  231:*4, 8, 20*
  234:*2*
Vlenterie
  6:*8*  110:*19*
  111:*3, 9*
  149:*1, 7, 15*
  151:*4, 22, 24*

Confidential - Subject to Protective Order

152:8
**void** 323:*12*
**volunteers**
186:*17*

**< W >**
**wait** 23:*18*
52:*13* 82:*9*
92:*4*
146:*11, 12*
213:*4*
237:*14*
318:*11*
**walk** 300:*13*
**walked**
317:*7*
**want** 16:*1,*
*18* 25:*11*
27:*7* 45:*11*
49:*9* 58:*3*
61:*16* 62:*9*
64:*12* 74:*6,*
*14, 17* 76:*8*
83:*5* 95:*21*
96:*5* 110:*2*
132:*4*
144:*18*
147:*21, 22*
156:*11, 12*
166:*2*
168:*10, 18*
175:*19*
177:*15*
185:*22*
192:*3, 5*
203:*8*
205:*3*
210:*7*
211:*6*
223:*15*
224:*12*
228:*10*
229:*10*
241:*4, 22*

252:*3*
253:*20*
260:*13*
261:*20*
262:*1*
268:*15*
271:*23*
272:*3*
278:*5*
280:*4, 8*
282:*21*
293:*1*
305:*2*
306:*14*
308:*8, 11, 15*
311:*24*
318:*23*
**wanted**
95:*11*
156:*7*
167:*11*
299:*19*
**wants** 95:*15,*
*24*
**Warner** 8:*8*
194:*9, 11, 15,*
*20, 21* 195:*6,*
*11* 199:*14,*
*16, 17*
200:*17, 21,*
*24* 201:*1, 8,*
*11* 202:*1, 2,*
*12* 235:*21*
236:*5, 21*
237:*13, 18,*
*22, 25*
238:*21*
239:*7*
**Warren**
194:*5, 21*
**waste** 96:*2,*
*6*
**Watch**
307:*15*

**water** 49:*7*
232:*19*
233:*4*
**WATTS**
3:*11, 12*
**way** 21:*2,*
*11* 22:*15*
28:*7* 34:*19*
48:*6* 52:*21*
56:*15* 86:*6*
91:*16*
114:*19*
120:*10*
138:*12*
144:*19*
162:*10*
169:*17*
194:*12*
208:*15*
241:*6, 15, 18*
245:*3*
247:*10*
255:*5*
258:*3*
261:*20*
263:*13*
267:*11*
268:*3*
277:*8*
280:*5*
292:*3*
298:*18*
303:*11*
305:*25*
**ways** 87:*17*
178:*3*
290:*25*
**web** 252:*3*
**website**
196:*3*
**week** 15:*14*
102:*23*
103:*1, 9, 19*
104:*10*

106:*25*
107:*6, 7*
141:*14*
210:*1*
245:*14, 15*
**weekly**
37:*21, 23*
**weeks**
15:*14*
77:*13*
104:*11*
143:*4, 11, 16*
145:*11*
146:*3*
243:*13, 15*
244:*6, 10*
248:*5*
**weigh**
158:*11, 14*
**weighed**
80:*9*
**weighing**
125:*20*
**weight**
79:*20, 22*
80:*2* 113:*2,*
*24* 114:*21*
115:*2, 8, 23*
151:*23*
152:*2, 7, 13*
158:*6*
159:*5*
160:*5, 19, 23*
262:*19*
263:*2, 5, 7, 8,*
*12, 24*
287:*12, 13,*
*14* 303:*22*
304:*4*
**Well** 17:*11*
39:*24*
41:*15*
43:*10* 44:*9*
46:*5, 15*

50:*15* 52:*7*
54:*9* 62:*1,*
*16, 21* 70:*1,*
*14, 21* 74:*19*
76:*11, 19*
82:*19*
89:*16*
91:*18* 97:*9*
98:*15*
114:*22*
120:*8, 13, 16*
121:*1, 5*
125:*11*
126:*15*
131:*14*
134:*8*
137:*3*
141:*13*
142:*16*
144:*5*
146:*11*
160:*6*
161:*12*
162:*1, 19*
171:*6, 11*
177:*23*
181:*14, 20*
185:*22*
199:*1*
200:*21*
203:*9*
212:*16*
216:*2, 19*
224:*5*
234:*15*
238:*11*
239:*19*
244:*14*
245:*3*
252:*9*
255:*18*
261:*11*
265:*25*
266:*9*

267:*22*
270:*3*
274:*17*
284:*11*
288:*15*
296:*21*
298:2, *10*
304:*13*
306:*3, 25*
310:2
315:*23*
317:*16*
**well-**
**respected**
301:*12*
**went** 95:*19*
143:*20*
190:*20*
266:*18*
281:*19*
284:*23*
**we're** 20:7
22:*10*
55:*24*
56:*15*
74:*23*
76:17, *24*
94:*14, 22*
95:*8, 10, 16,*
*20, 25* 102:*6*
148:*17*
152:*17*
156:*17*
157:*20*
174:*9*
221:7
228:*3, 4*
230:*17*
268:*20*
280:*4*
292:*15*
307:*21*
310:*21*
313:*20*

**Western**
219:*19*
**we've** 30:*12*
64:*16*
91:*16, 20, 24*
94:9
100:*18*
147:*20*
202:22
241:*21*
250:*15*
306:7
**whichever**
31:*9*
**white**
215:*19*
**wide** 164:*10,*
*12* 299:*3*
**wider**
170:*15*
**WILLIAM**
3:*19*
**willing** 95:*8*
**Wisnewski**
13:*17*
**withdrawn**
295:*23*
298:7
**witness**
2:*18* 12:*16*
17:22
18:*11* 19:*9,*
*21* 20:*4, 24*
21:25
22:*24* 25:7
26:*1* 27:*6*
28:*23* 30:*7,*
*12, 24* 31:*6,*
*19* 32:*6*
35:*8* 36:*7,*
*15* 38:*5, 22*
39:*7* 40:*16*
41:*11, 19*
42:*14*

43:*23* 44:*6,*
*19* 45:25
46:*9, 19*
48:8 49:*17*
50:*1, 11, 20*
51:*6, 13, 24*
52:*12, 15*
53:*1, 11, 17*
54:2, *10*
55:24 56:*9*
57:*6, 13*
60:*8* 61:*1*
63:*21* 65:2
66:*8, 15*
67:*21* 68:*6*
70:*10* 71:*5*
72:*16* 73:*6*
75:*14*
77:*18* 78:*4,*
*18* 79:*10*
81:*3* 82:7
83:*8, 11*
84:*6, 17*
85:2 88:*2,*
*11, 19* 89:*5*
90:*3, 12*
91:2 92:*12*
93:*10* 94:2
98:*8, 15, 22*
99:*13*
100:*2, 10*
101:*1, 18*
102:*2, 22*
105:*6, 23*
106:*8, 21*
108:*8, 18*
109:7
110:*24*
114:*1, 9*
115:*11*
117:*18*
121:*17*
123:*12, 18*
125:2, *13*

127:*12, 25*
128:*17*
129:*12, 17*
134:6, *21*
137:*3, 13, 20*
138:*9, 18*
142:*4, 11*
144:*1, 17*
145:2, *22*
147:*14*
150:*1*
154:6
155:*13, 21*
156:25
161:*1*
164:7, *24*
166:22
171:*21*
173:*13*
176:*1*
178:*11*
179:*4, 6, 20*
181:*1, 6, 11*
182:*23*
183:*18*
184:*3*
189:*10*
195:*1*
201:*14*
204:*1*
209:*5, 24*
210:25
211:*14*
217:*10*
220:*5, 13*
222:*6*
223:*13*
224:5
225:*13*
226:*12*
231:*15*
234:*18*
236:*24*
246:*18*

248:*21*
250:*21*
253:*10*
258:*12*
260:9
263:*17*
264:*16, 24*
265:*19*
268:*13*
274:*15*
275:*11, 23*
277:7
279:7
285:*8*
290:*1*
292:*12*
296:6
299:*10*
301:*21*
304:*8*
305:*10*
306:*3*
307:*12, 19*
309:*16*
310:*1*
313:*15, 22*
314:25
315:*19*
316:*3, 20*
318:*6, 13*
319:*14*
320:*19*
321:*19*
323:*6, 7, 14*
324:*1*
**witnesses**
86:*4*
**Woman**
10:*21*
71:22
93:22
99:*23*
102:*13*

106:*11, 13*
286:*11*
**woman's**
72:*5*
**women**
145:*14*
171:*23*
286:*8*
294:*7*
319:*24*
**wonderful**
170:*21*
**word** 130:*2*
146:*18*
173:*1*
264:*16, 21,*
*22* 297:*15*
299:*2*
**words**
315:*16*
**work** 15:*13*
20:*14, 22*
21:*3, 19, 22*
40:*13, 23, 25*
41:*17, 24*
42:*4, 6, 8*
57:*23* 61:*6*
83:*24*
213:*18*
239:*4*
316:*22*
**working**
14:*20* 22:*5,*
*7* 31:*10*
47:*13*
**works**
319:*18*
**worry**
157:*16*
173:*23*
**worth**
170:*24*
**write**
272:*17*

293:*4, 16*
301:*8, 11*
303:*21*
**writes**
156:*13*
284:*16*
**written**
14:*18* 15:*4,*
*9* 109:*4*
110:*14*
**wrong**
158:*4*
170:*10*
172:*22*
190:*10*
196:*8* 198:*3*
**wrote** 59:*3*
64:*20* 65:*2,*
*24* 67:*6*
93:*18* 110:*3*

**< X >**
**Xenobiotic**
9:*8*
**Xenobiotics**
5:*17*

**< Y >**
**Yeah** 24:*25*
25:*3* 30:*1*
37:*25* 42:*5*
43:*23*
45:*25*
48:*22*
52:*12* 56:*9*
74:*23*
78:*10, 20*
81:*8* 87:*18,*
*21* 88:*24*
104:*25*
107:*7*
108:*1*
111:*15*
116:*19*

117:*1, 3, 11*
118:*18*
123:*7*
124:*17*
126:*10*
134:*1*
141:*12*
148:*16*
150:*20*
152:*18*
153:*20*
154:*2*
158:*25*
159:*24*
165:*13*
171:*19*
172:*11*
174:*7, 20*
175:*19*
176:*16*
177:*23*
179:*15*
185:*16, 22*
187:*12*
190:*3*
191:*3*
194:*10, 22*
198:*12*
200:*2*
202:*4, 24*
203:*24*
205:*8*
210:*8*
212:*12*
216:*11*
217:*17*
226:*1*
231:*6*
238:*20*
240:*20*
241:*23*
243:*5, 20*
245:*7, 17*
252:*19, 22*

253:*4*
254:*11*
260:*10*
262:*1, 2, 11,*
*17* 264:*22,*
*25* 268:*3*
272:*24*
273:*1, 4, 13*
274:*6, 7, 15*
275:*23*
276:*4, 9*
278:*25*
281:*7*
282:*25*
285:*4*
294:*21*
301:*5, 7*
306:*21*
309:*3*
320:*15*
**year** 160:*9*
307:*1*
**years** 85:*21*
93:*19*
130:*8, 13*
131:*5, 12*
169:*1*
265:*11*
267:*16*
306:*9*
**Yep** 238:*20*
293:*15*
295:*1*
**YORK** 1:*2*
**Ystrom**
6:*11*
103:*16*
111:*5, 12, 15*
112:*1*
133:*15, 18*
134:*9, 10, 18*
135:*7, 18*
136:*2*

304:*2, 3*

**< Z >**
**zero** 214:*2*
**ZOOM** 4:*6*
**Zooms**
14:*11*