# Exhibit 27

Confidential - Subject to Protective Order

```
 1           UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF NEW YORK
 2

 3    IN RE: ACETAMINOPHEN -   ) MDL No. 3043
      ASD-ADHD PRODUCTS        )
 4    LIABILITY LITIGATION     ) Case No.
      _____  ) 1:22-md-03043-DLC
 5    THIS DOCUMENT RELATES TO: )
                               ) JUDGE DENISE
 6    All Cases, 1:22-md-03043  ) COTE

 7
              FRIDAY, SEPTEMBER 8, 2023
 8
      CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER
 9
                    - - -
10

11           Videotaped deposition of Mary E.

12    D'Alton, MD, held at the offices of Barnes &

13    Thornburg, 390 Madison Avenue, 12th Floor,

14    New York, New York, commencing at 8:53 a.m.

15    Eastern, on the above date, before Carrie A.

16    Campbell, Registered Diplomate Reporter,

17    Certified Realtime Reporter, Illinois,

18    California & Texas Certified Shorthand

19    Reporter, Missouri, Kansas, Louisiana & New

20    Jersey Certified Court Reporter.

21                    - - -

22
              GOLKOW LITIGATION SERVICES
23                 877.370.DEPS
               deps@golkow.com
24

25
```

Page 2

```
1        A P P E A R A N C E S :

2

3    TRACEY & FOX
     BY:  SEAN P. TRACEY        (VIA ZOOM)
4       stracey@traceylawfirm.com
        LAWRENCE TRACEY      (VIA ZOOM)
5       ltracey@traceylawfirm.com
     440 Louisiana Street, Suite 1901
6    Houston, Texas  77002
7    (713) 495-2333

8        and

9
     THE LANIER LAW FIRM, PLLC
10   BY:  CATHERINE HEACOX     (VIA ZOOM)
        catherine.heacox@lanierlawfirm.com
11   126 East 56th Street, 6th Floor
     New York, New York  11758
12   (212) 421-2800

13

14       and

15   KELLER POSTMAN LLC
     BY:  REBECCA KING          (VIA ZOOM)
16      rebecca.king@kellerpostman.com
        ASHLEY C. KELLER      (VIA ZOOM)
17      ashley.keller@kellerpostman.com
        ASHLEY BARRIERE      (VIA ZOOM)
18      ashley.barriere@kellerpostman.com
        AMANDA HUNT          (VIA ZOOM)
19      amanda.hunt@kellerpostman.com
        ROSIE ROMANO         (VIA ZOOM)
20      rosie.romano@kellerpostman.com
        LAUREN SCHULTZ       (VIA ZOOM)
21      lauren.schultz@kellerpostman.com
        J.J. SNIDOW            (VIA ZOOM)
22      jj.snidow@kellerpostman.com
     150 North Riverside Plaza, Suite 4100
23   Chicago, Illinois  60606
24   (312) 741-5220

25       and
```

Page 3

```
1    WATTS GUERRA LLC
     BY:  HAILEY WATTS        (VIA ZOOM)
2       hwatts@wattsguerra.com
        JOHN CRACKEN        (VIA ZOOM)
3       jcracken@wattsguerra.com
     Millennium Park Plaza RFO
4    Suite 410, C112
     Guaynabo, Puerto Rico  00966
5    (210) 447-0500

6

7

8    HOLWELL SHUSTER & GOLDBERG LLP
     BY:  DANIEL M. SULLIVAN    (VIA ZOOM)
9       dsullivan@hsgllp.com
        EILEEN MORAGHAN DELUCIA  (VIA ZOOM)
10      edelucia@hsgllp.com
     425 Lexington Avenue
11   New York, New York  10017
     (646) 837-5151

12

13       and

14
     MOSKOW LAW GROUP LLC
15   BY:  NEAL L. MOSKOW       (VIA ZOOM)
        neal@moskowlaw.com
16   425 Kings Highway East
     Fairfield, Connecticut  06825
17   (475) 999-4177

18

19       and

20   WAGSTAFF & CARTMELL
     BY:  LINDSEY SCARCELLO      (VIA ZOOM)
21      lscarcello@wclip.com
     4740 Grand Avenue, Suite 300
22   Kansas City, Missouri  64112
     (816) 701-1100

23

24       and

25
```

Page 4

```
1        and

2
     KRAUSE & KINSMAN
3    BY:  TRICIA CAMPBELL      (VIA ZOOM)
        tcampbell@krauseandkinsman.com
4    4717 Grand Avenue, Suite 300
     Kansas City, Missouri  64112
5    (816) 200-2900

6

7        and

8    BEASLEY, ALLEN, CROW, METHVIN,
     PORTIS & MILES
9    BY:  W. ROGER SMITH III   (VIA ZOOM)
        roger.smith@beasleyallen.com
10   218 Commerce Street
     Montgomery, Alabama  36104
11   (800) 898-2034

12

13       and

14   KERSHAW TALLEY BARLOW
     BY:  VINH T. LE            (VIA ZOOM)
15   401 Watt Avenue, Suite 1
     Sacramento, California  95864-7273
16   (916) 520-6639
17   Counsel for Plaintiffs

18
     BARNES & THORNBURG LLP
19   BY:  SARAH E. JOHNSTON
        sjohnston@btlaw.com
20      MITCHELL CHARCHALIS
        mcharchalis@btlaw.com
21      KRISTEN RICHER
        kricher@btlaw.com
22      JAMES F. MURDICA        (VIA ZOOM)
        jmurdica@btlaw.com
23   2029 Century Park East, Suite 300
     Los Angeles, California  90067-2904
24   (310) 284-3880

25
```

Page 5

```
1        and

2
     BARNES & THORNBURG LLP
3    BY:  PAUL QUINCY
        pquincy@btlaw.com
4    555 12th Street N.W., Suite 1200
     Washington, DC  20004-1275
5    (202) 289-1313

6

7        and

8    BARNES & THORNBURG LLP
9    BY:  JESSICA BRENNAN        (VIA ZOOM)
        jessica.brennan@btlaw.com
10   67 East Park Place, Suite 500
     Morristown, New Jersey  07960
11   (973) 775-6101
     Counsel for Johnson & Johnson
12   Consumer, Inc.

13

14   BARNES & THORNBURG LLP
     BY:  NADINE KOHANE        (VIA ZOOM)
15      nkohane@btlaw.com
     390 Madison Avenue, 12th Floor
16   New York, New York  10017
     (646) 746-2000
17   Counsel for CVS Pharmacy, Inc., CVS
     Health Corporation, Walgreen Co.,
18   Walgreens Co., and Walgreens Boots
     Alliance, Inc.
19

20   ARNOLD & PORTER, LLP
     BY:  RAYNE ELLIS           (VIA ZOOM)
21      rayne.ellis@arnoldporter.com
     250 West 55th Street
22   New York, New York  10019
     (212) 836-8000
23   Counsel for Dollar Tree Inc.,
     7-Eleven, and Family Dollar, Inc.
24

25
```

Page 6
```
 1   KING & SPALDING LLP
 2   BY: AUSTIN EVANS            (VIA ZOOM)
       aevans@kslaw.com
 3   500 West 2nd Street, Suite 1800
     Austin, Texas 78701
 4   (512) 457-2000
     Counsel for Walmart Inc., and
 5   Wal-Mart Stores, Inc.
 6
 7   MORRISON & FOERSTER LLP
     BY: LYNDSEY CAIN            (VIA ZOOM)
 8     lcain@mofo.com
     250 West 55th Street,
 9   New York, New York  10019-9601
     (212) 468-8000
10   Counsel for Target Corporation
11
12   DUANE MORRIS LLP
     BY: DANA J. ASH            (VIA ZOOM)
13     djash@duanemorris.com
     30 South 17th Street
14   Philadelphia, Pennsylvania  19103
     (215) 979-1000
15   Counsel for Dollar General, Dollar
     General Corporation
16
17   SMITH SOVIK KENDRICK & SUGNET
     BY: DAVID M. KATZ          (VIA ZOOM)
18     dkatz@smithsovik.com
     250 South Clinton Street, Suite 600
19   Syracuse, New York  13202
     (315) 474-2911
20   Counsel for Rite Aid
21
22   STONE DEAN LLP
     BY: JOSEPH A. LARA          (VIA ZOOM)
23     lara@stonedeanlaw.com
     21550 Oxnard Street,
24   Woodland Hills, California  91367
     (818) 999-2232
25   Counsel for The Kroger Co.
```

Page 7
```
 1   HAIGHT BROWN & BONESTEEL LLP
     BY: KATIE M. TRINH          (VIA ZOOM)
 2     ktrinh@hbblaw.com
     555 South Flower Street, 55th Floor
 3   Los Angeles, California 90071
     (213) 542-8000
 4   Counsel for Big Lots Stores-PNS, LLC
 5
 6   ALSO PRESENT:
 7   DANIEL OLIVO, Tracey Fox & Walters,
     (Via Zoom)
 8
 9   RAY MOORE, trial technician, Precision
     Trial Solutions
10
11   V I D E O G R A P H E R :
     DANNY ORTEGA,
12   Golkow Litigation Services
13
14          - - -
15
...
25
```

Page 8
```
 1              INDEX
 2                    PAGE
 3   APPEARANCES................................  2
 4   EXAMINATIONS
 5     BY MR. TRACEY..............................  12
 6
 7            EXHIBITS
 8   No.   Description              Page
 9   903   Expert Report of Mary D'Alton,  348
         M.D.
11   906   Epocrates acetaminophen adult  436
         dosing
12   908   Briggs Drugs in Pregnancy and  427
         Lactation, Twelfth Edition
14   909   Acetaminophen - StatPearls   439
15   915A  Ofirmev label         392
16   915B  Ultracet label        403
17   918   Code of Professional Ethics of  326
         the American College of
         Obstetricians and Gynecologists
19   921   "Scientific Evidence Underlying  89
         the American College of
         Obstetricians and Gynecologists'
         Practice Bulletins," Wright, et
         al.
22   921A  "Evaluating Financial Conflicts  129
         of Interest Among Contributors
         to Clinical Practice Guidelines
         of the American College of
         Obstetricians and
         Gynecologists," Wright, et al.
```

Page 9
```
 1   930A  43rd Annual Pregnancy Meeting,  215
         February 6011, 2023, San
         Francisco, California
 3   936B  "ACOG Response to Consensus   327
         Statement on Paracetamol Use
         During Pregnancy," September 29,
         2021
 6   937   "Fetal programming of mental  244
         health by acetaminophen?
         Response to the SMFM statement:
         Prenatal acetaminophen use and
         ADHD," Olsen, et al.
 9   938A  "Prenatal acetaminophen use and  219
         outcomes in children," SMFM
         Statement
11   938B  Society of Maternal-Fetal   210
         Medicine 2017 Annual Report
12   962   "Epistemic Corruption, the   66
         Pharmaceutical Industry, and the
         Body of Medical Science,"
         Sismondo
15   967   "Conflict of interest related to  112
         clinical practice is
         underreported: The case of
         noninvasive prenatal testing,"
         Wolfberg
18   968   Society of Maternal-Fetal   157
         Medicine, The Pregnancy Meeting
         38th Annual Meeting, January
         29-February 3, 2019, Dallas, TX,
         Hilton Anatole
```

Page 10

1
2
3
4
5
6
7
8
9

10    997     "Financial ties between leaders     102
11            of influential US professional
              medical associations and
12            industry:  Cross-sectional
13            study," Moynihan, et al.

      999C    Rough Draft Testimony of           38
14            Jennifer Pinto-Martin excerpt

15    (Exhibits attached to the deposition.)

16

17    CERTIFICATE.................................462

18    ACKNOWLEDGMENT OF DEPONENT...................464

19    ERRATA......................................465

20    LAWYER'S NOTES.............................466

21
22
23
24
25

Page 11

1          VIDEOGRAPHER:  We are now on
2     the record.  My name is Danny Ortega,
3     and I'm the legal videographer for
4     Golkow Litigation Services.
5          Today's date is September 8,
6     2023, and the time is 8:53 a.m.
7          This video deposition is being
8     held at 390 Madison Avenue, New York,
9     New York, in the matter of
10    acetaminophen (Tylenol) ASD/ADHD
11    Products Liability Litigation.
12         The deponent is Mary D'Alton.
13         All counsel will be noted on
14    the stenographic record.
15         Our court reporter today is
16    Carrie Campbell and will now swear in
17    the witness.
18

19         MARY E. D'ALTON, MD,
20    of lawful age, having been first duly sworn
21    to tell the truth, the whole truth and
22    nothing but the truth, deposes and says on
23    behalf of the Plaintiffs, as follows:
24    /
25    /

Page 12

1          DIRECT EXAMINATION
2     QUESTIONS BY MR. TRACEY:
3          Q.    Good morning, Dr. D'Alton.
4          A.    Good morning.
5          Q.    How are you?
6          A.    I'm very well, thank you.
7          Q.    Okay.  My name is Sean Tracey.
8     I had hoped to meet you in person, and so
9     life got in the way so I appreciate everybody
10    accommodating me.
11         As I understand it, as I mark
12    exhibits during the day, somebody is going to
13    hand you -- I think Ray is going to hand you
14    hard copies so you can have a hard copy, if
15    that's okay.
16         Does that work?
17         A.    That works perfectly.  Thank
18    you.
19         Q.    Okay.  Yeah, I had hoped you
20    and I you could talk about our mutual Galway
21    connections in person, but maybe next time.
22         I saw, did you go to medical
23    school in Galway?
24         A.    Yes, I did.
25         Q.    And undergraduate -- well,

Page 13

1     actually, in Ireland, medical school is
2     undergraduate, isn't it?
3          A.    Yeah.  You go straight to
4     medical school from high school in Ireland.
5          Q.    Okay.  And where in Ireland are
6     you from?
7          A.    I'm from Mayo, God Help Us, as
8     they say in Ireland.
9          Q.    Yeah, where in Mayo?
10         A.    I'm from a small town called
11    Killala.  It's on the ocean there.
12         Q.    Yeah, okay.
13         Well, my family is from
14    Glenamaddy, Galway.  Some -- some cousins in
15    Mayo, but not many.
16         My uncle went to -- he went to
17    medical school at UCD.
18         So you -- as you understand it,
19    you work -- well, where do you work?
20         A.    I work -- I'm employed by
21    Columbia University.  I practice at New York
22    Presbyterian Hospital.
23         Q.    And what do you do?  What is
24    your title at Columbia University?
25         A.    I'm chair of the department of

Page 14

¹ obstetrics and gynecology at Columbia
² University.  Columbia University Medical
³ School.
⁴     Q.    Okay.  And how long have you
⁵ been the chair of the department of
⁶ obstetrics and gynecology at Columbia
⁷ University Medical School?
⁸     A.    I've been chair there since
⁹ 2003.
¹⁰    Q.    And I know that you have given
¹¹ many, many depositions; is that correct?
¹²    A.    That's correct.
¹³    Q.    I was able to dig up 26
¹⁴ different depositions of you over the years.
¹⁵        Do you have an idea of how many
¹⁶ you've actually given?
¹⁷    A.    I have an idea.  I don't
¹⁸ believe that it's totally accurate, but I
¹⁹ would say somewhere in the region between 70
²⁰ and 80 depositions.
²¹    Q.    Okay.  And in those 70 or --
²² oh, have you testified live at trial?
²³    A.    Yes.
²⁴    Q.    How many times?
²⁵    A.    Trials are less frequent now.

Page 15

¹ I've probably testified in approximately 30.
²        MS. JOHNSTON:  Hey, Sean, I'm
³     sorry to interrupt you.  We've got a
⁴     bit of an echo.  Can we take a
⁵     30-second break to fix that?
⁶        MR. TRACEY:  Sure.  Yeah.  I'll
⁷     just mute.
⁸        VIDEOGRAPHER:  The time right
⁹     now is 8:57 a.m.  We're off the
¹⁰    record.
¹¹        (Off the record at 8:57 a.m.)
¹²        VIDEOGRAPHER:  The time right
¹³    now is 9:09 a.m.  We are back on the
¹⁴    record.
¹⁵ QUESTIONS BY MR. TRACEY:
¹⁶    Q.    Okay.  Doctor, are you ready?
¹⁷    A.    I'm ready.
¹⁸    Q.    Okay.  Before you had technical
¹⁹ difficulties, you were telling me you
²⁰ testified about 30 times live at trial?
²¹    A.    Yes.
²²    Q.    And in those 30 trials, what
²³ types of cases were those generally?
²⁴    A.    Well, generally, I'm asked to
²⁵ review cases where there's a untoward outcome

Page 16

¹ for either a baby or her twins or triplets,
² or the mom herself.  And I'm asked to give an
³ opinion whether the standard of care was
⁴ adhered to and was appropriate by either
⁵ nurses or physicians or midwives, by health
⁶ care professionals.  And if there was a
⁷ departure in the standard of care, whether
⁸ that departure contributed to the outcome.
⁹    Q.    Okay.  In those 30 trials, how
¹⁰ many of those trials did you testify on
¹¹ behalf of the plaintiff?
¹²    A.    Well, Mr. Tracey, I don't
¹³ usually testify on behalf of anybody.  What I
¹⁴ do is I give my opinions in the case.  But I
¹⁵ believe it was in three trials so far I've
¹⁶ been asked to give my opinions when attorneys
¹⁷ like yourself have been representing
¹⁸ plaintiffs.
¹⁹    Q.    So 27 times you've been asked
²⁰ to testify -- or you have testified and been
²¹ paid by defendants in the case?
²²    A.    By attorneys representing
²³ defendants, yes.  I have not been paid by
²⁴ defendants, clearly.
²⁵    Q.    Okay.

Page 17

¹    A.    But also when I said 30, I
² would say it's approximately 30.  There might
³ be give or take.  I -- I'm not 100 percent
⁴ sure.
⁵    Q.    Yeah, no.  Fair enough.
⁶        And then on the 70 or 80
⁷ depositions that you've given, how many of
⁸ those depositions were in cases where you
⁹ were hired by the plaintiffs?
¹⁰    A.    Well, I don't actually know how
¹¹ many because in the beginning, I was never
¹² asked by -- when I started reviewing cases or
¹³ med mal cases, as we say, I was never asked
¹⁴ by plaintiffs representing patients.  But
¹⁵ more recently, that number has increased.
¹⁶ And I would say a reasonable estimate of what
¹⁷ I do now is 15 to 20 percent of cases that I
¹⁸ review are when I'm asked by a plaintiff
¹⁹ attorney.
²⁰        In terms of depositions, I
²¹ don't know.  I'd say probably 15 depositions
²² or so I've done when I've been asked by
²³ plaintiff attorneys to give my opinions.
²⁴    Q.    Okay.
²⁵    A.    Somewhere in that ballpark

¹ would be a reasonable estimate.
² Q. Are you --
³ A. I apologize, we talked over
⁴ each other.
⁵ I just followed up to say,
⁶ somewhere in that ballpark of about 15 or so,
⁷ give or take. There might be a bit more, I
⁸ don't think there's that much less, would be
⁹ a reasonable estimate.
¹⁰ Q. Okay. Do you have any -- at
¹¹ the Columbia University, do you have -- other
¹² than being the chair of the OB/GYN
¹³ department, do you have any responsibility
¹⁴ for training residents or fellows?
¹⁵ A. Well, I'm ultimately
¹⁶ responsible because as chair of the
¹⁷ department, you're responsible for the
¹⁸ clinical care, the education and the
¹⁹ research. So clearly I can't do all of that
²⁰ myself, but I'm responsible for putting the
²¹ right people in charge of all of those areas.
²² So I have a vice chair for
²³ education, a director for the residency
²⁴ program. We have a number of fellowships,
²⁵ and there are a number of fellowship

¹ directors for each one of those.
² And then for research, I have a
³ vice chair for research.
⁴ So -- and then personally, I --
⁵ I'm at rounds every week where I see the
⁶ residents and fellows. When I see patients,
⁷ I always have a fellow with me, who's
⁸ assigned to me, who is training in
⁹ maternal-fetal medicine.
¹⁰ So I would say a large part of
¹¹ my -- of my responsibilities, and when I
¹² provide patient care, are with residents and
¹³ fellows. And when I do rounds, there are
¹⁴ residents and fellows with me. Maybe not at
¹⁵ all times, but 99 percent of the times I have
¹⁶ a resident or a fellow with me, and maybe a
¹⁷ medical student.
¹⁸ Q. And do these -- and do these
¹⁹ residents or fellows ever ask you the
²⁰ question of whether or not Tylenol or
²¹ acetaminophen can cause harm to a fetus?
²² MS. JOHNSTON: Object to the
²³ form.
²⁴ THE WITNESS: I really don't
²⁵ know. I can't recall that. They -- I

¹ don't recall a specific instance.
² They may have, but I can't recall that
³ for certain right now, so I honestly
⁴ don't know.
⁵ QUESTIONS BY MR. TRACEY:
⁶ Q. Okay. Have you ever spoken to
⁷ residents or fellows about whether or not
⁸ acetaminophen can cause harm to a fetus?
⁹ MS. JOHNSTON: Object to the
¹⁰ form.
¹¹ THE WITNESS: Quite honestly,
¹² as you know, I didn't know how to
¹³ answer your previous question or I
¹⁴ couldn't be sure about your previous
¹⁵ question is, has a resident or a
¹⁶ fellow ever asked me, then I'm not
¹⁷ sure if I've ever spoken to a resident
¹⁸ or a fellow.
¹⁹ I certainly have not given
²⁰ lectures on it, but whether I have
²¹ spoken about it or not, similar to my
²² last answer, I can't be sure.
²³ QUESTIONS BY MR. TRACEY:
²⁴ Q. What about a patient? Have you
²⁵ spoken to a patient about whether or not

¹ acetaminophen has any risk to the fetus?
² MS. JOHNSTON: Object to the
³ form.
⁴ And, Sean, we're having some
⁵ trouble with your video. You're
⁶ breaking up quite a bit, so I think
⁷ that's -- it -- it's causing some
⁸ issues with your questions coming
⁹ through clearly.
¹⁰ MR. TRACEY: Great.
¹¹ Danny, is there anything you
¹² can do about that? I noticed the same
¹³ thing.
¹⁴ I've never had this issue
¹⁵ before in my -- with Zoom, but -- so
¹⁶ naturally it happened today. They're
¹⁷ going -- is it any better now?
¹⁸ MS. JOHNSTON: Not really,
¹⁹ Sean. Do you want to -- we're still
²⁰ on the record. Do you want to go off?
²¹ MR. TRACEY: Yeah, let's go off
²² and see if we can fix it.
²³ MS. JOHNSTON: Okay.
²⁴ VIDEOGRAPHER: The time right
²⁵ now is 9:16 a.m. We are off the

Page 22

1    record.
2     (Off the record at 9:16 a.m.)
3         VIDEOGRAPHER:  The time right
4    now is 9:18 a.m.  We are back on the
5    record.
6  QUESTIONS BY MR. TRACEY:
7     Q.    Okay.  Doctor, my last
8  question, I think I'll repeat, because we had
9  another technical issue.
10        Have you ever spoken to
11 patients about whether or not acetaminophen
12 poses a risk to the fetus?
13        MS. JOHNSTON:  Object to the
14    form.
15        THE WITNESS:  I've certainly
16    been asked by patients, and I do this
17    in my daily practice of reviewing a
18    risk/benefit analysis of the use of
19    acetaminophen, and what I recollect
20    most often is that I was asked more
21    frequently about this in the late
22    fall, winter of 2021 and early 2022.
23 QUESTIONS BY MR. TRACEY:
24    Q.    And what do you tell patients
25 when they ask you about the risks of

Page 23

1  acetaminophen to the fetus?
2     A.    What I would say is, number
3  one, acetaminophen should not be used without
4  consultation with a health care provider.  So
5  I would recommend that you don't use it
6  unless you talk to me about it so I can
7  assess why you're taking it and what the
8  potential underlying cause of either pain or
9  fever would be.  So that would be my first
10 point.
11        My second point --
12    Q.    All right.
13    A.    My second point is I personally
14 will never tell you to take this unless I
15 feel it's indicated and unless I have done an
16 evaluation of why you are taking care of
17 it -- why you want to take acetaminophen.
18        And the third point I would say
19 is, and what I have said to patients is, from
20 my review of the available literature,
21 there's no evidence of harm to a fetus with
22 respect to ADHD or ASD, which is the dominant
23 reason in late fall, early winter and 2022
24 of -- of the time frame where I was asked by
25 patients.

Page 24

1     Q.    Okay.  So if a patient asked
2  you whether the -- whether Tylenol poses a
3  risk to the fetus, you just tell them no?
4         MS. JOHNSTON:  Object to the
5     form.
6         THE WITNESS:  Well, I wouldn't
7     say it quite that simply, Mr. Tracey,
8     as I've tried to say this morning.
9         My first question to them is,
10    why do you want to take Tylenol.
11    Let's talk about those reasons because
12    it may very well be indicated in
13    pregnancy for treatment of pain and
14    fever.
15        But what I would share with
16    them is I always want to do an
17    evaluation or would recommend that an
18    evaluation be done prior to using
19    drug -- a drug in pregnancy like
20    acetaminophen.
21        But I would share with them
22    that all drugs have some risks, but
23    that with respect to conditions for
24    the fetus, I'm not -- from my review
25    of the literature that I have done,

Page 25

1  there's no causal link between ADHD
2  and ASD.
3         I would also be sure that they
4     had an appropriate indication for it.
5         And so those are all of the
6     things that I'm thinking of in terms
7     of when a patient asks me a question
8     like that.
9  QUESTIONS BY MR. TRACEY:
10    Q.    Okay.  So, but I'm focusing now
11 on the risks.  The first two points were
12 about benefit, and I asked -- my question was
13 about risk to the fetus.
14        And so I want to make sure that
15 I understand what you tell patients when
16 asked.  And what you tell patients with
17 respect to ASD and ADHD is that there is no
18 risk to the fetus, right?
19    A.    That --
20        MS. JOHNSTON:  Object to the
21    form.
22        THE WITNESS:  What I would say
23    is what I have done is a review of the
24    literature and that I cannot find from
25    that review of the literature that

Page 26

1  there's evidence of a causal link
2  between prenatal use of acetaminophen
3  and ADHD.
4       But in kind of a follow-up to
5  your question, when you're asked about
6  fetal risk, when you asked about fetal
7  risk, I would always want to tell a
8  patient there could be a risk of not
9  taking the drug to either herself or
10 her baby.  Because one of the things
11 that I think about, as a person who
12 sees a lot of patients with high-risk
13 disorders, is that a fever or pain may
14 indicate a potential serious
15 underlying process for the mother.
16      So in terms of risk, I would
17 also talk to a patient about the risks
18 of not taking that drug.
19 QUESTIONS BY MR. TRACEY:
20      Q.   Okay.  Great.  Thanks for
21 telling me that.
22      I'm actually, though, focused
23 on the risk of the drug right now.  And I
24 just want, for clarity's sake, to make sure I
25 understand what you tell your patients right

Page 27

1  here, right now.
2       And right here, right now, your
3  testimony is that you tell patients who ask
4  you that there is -- you changed your answer
5  a little bit, which is why I'm asking again,
6  that there's no evidence of a causal link
7  between ASD and ADHD and acetaminophen.
8       Is that what you tell them now?
9       MS. JOHNSTON:  Object to the
10 form.
11      THE WITNESS:  What I tell them
12 now is that there is literature that
13 has been published but that my
14 analysis of that literature, and the
15 analysis that is done by our
16 professional societies, OB/GYN
17 societies and teratology societies
18 around the world, have not established
19 any causal link between AS -- prenatal
20 use of acetaminophen and ADHD and ASD.
21 QUESTIONS BY MR. TRACEY:
22      Q.   Oh, okay.  So you do discuss
23 with them and tell them that there's
24 literature that has been published that
25 raises the question of whether there's risk

Page 28

1  to the fetus with respect to acetaminophen
2  and ADHD and ASD?
3       MS. JOHNSTON:  Object to the
4  form.
5       THE WITNESS:  You asked me if
6  I'm asked directly about that, I do.
7  If I'm not asked directly, I don't.
8  QUESTIONS BY MR. TRACEY:
9       Q.   Okay.  I'm going to get to what
10 you do when nobody asks you in a second.
11      So right now I'm limiting my
12 question to when the question is raised by a
13 patient.
14      And so as I understand your
15 testimony, and correct me if I am wrong, if a
16 patient asks you the question, you will --
17 you will tell them there is literature that's
18 been published about a link between ADHD and
19 ASD and acetaminophen, but your review of the
20 literature, along with bodies that you
21 respect, is that there's no evidence of a
22 causal link; is that right?
23      MS. JOHNSTON:  Object to the
24 form.
25      THE WITNESS:  I'm not sure that

Page 29

1  I would say it like that.
2       What I would say is that
3  there's reported an association
4  between --
5  QUESTIONS BY MR. TRACEY:
6       Q.   Okay.
7       A.   -- ADHD and ASD.  And my review
8  of that literature and all other obstetric
9  and gynecologic organizations around the
10 world that I know of, and the -- and the
11 teratology information services around the
12 world, have not -- have shown that there's no
13 clear causal link.
14      Q.   No clear --
15      A.   Causal link between prenatal
16 use of ADHD -- sorry, prenatal use, excuse
17 me, of acetaminophen and ADHD and ASD.
18      Q.   So let me ask you this.  When
19 you're -- when you're counseling women about
20 whether or not a drug may cause harm to the
21 fetus, do you require a clear causal link
22 before you caution them about taking drugs?
23      MS. JOHNSTON:  Object to the
24 form.
25      THE WITNESS:  It depends on

Page 30

1  what that information is what -- you
2  know, there's a lot of drugs that we
3  use in pregnancy.
4      So you asked me -- your
5  previous question was, what do I tell
6  a patient if asked directly by a
7  patient.  So --
8  QUESTIONS BY MR. TRACEY:
9      Q.   Yes, ma'am.
10     A.   -- it depends on what the
11 underlying reason is for treatment of that
12 underlying condition.
13     Q.   So if the under -- so if the
14 underlying condition -- so if there are
15 different indications for a drug, do you use
16 different language with them or have a
17 different standard with respect to whether or
18 not a drug has been proven to have a causal
19 link between the disease?
20         MS. JOHNSTON:  Object to the
21 form.
22         THE WITNESS:  I mean, quite
23 honestly, I have only done a causal
24 link with respect to this drug because
25 of the Bauer report that came out and

Page 31

1  the -- following that, the number of
2  our organizations around the world who
3  responded to that saying there is not
4  a causal link.
5      So I did that certainly in
6  preparation for my report and in
7  preparation for today.
8      I certainly don't do a detailed
9  causal link on every drug that I use
10 in pregnancy, and it depends.  It
11 depends on the urgency.  It depends on
12 how familiar I am with the drug.  It
13 depends what the data is showing on
14 that.
15     So my objective always is to
16 have a discussion with the patient
17 about the risk/benefit analysis.  And
18 in thinking about risks and benefits,
19 it's extremely important, although I
20 know you don't want to talk about
21 this, to think about the risks of not
22 treating a pregnant patient.
23 QUESTIONS BY MR. TRACEY:
24     Q.   Why do you think I don't want
25 to talk about that, Dr. D'Alton?

Page 32

1      A.   Because you told me you didn't
2  want to do that.  You wanted to focus on
3  fetal risk.
4      Q.   Well, no, no.  But I'm going to
5  do things methodologically here.  I'm going
6  to take things one step at a time.
7          I'm happy to talk about
8  risk/benefit, but right now, I'm focused on
9  risk.  We'll get to benefit.  I assure you,
10 we'll get to benefit.  We'll talk about
11 fever, and we'll talk about pain.
12         Okay?
13     A.   Okay.  Great.  Thank you.
14     Q.   All right.  But my question now
15 was, do you only share risk information with
16 your pregnant patients about drugs if there
17 is a clear causal link between the drug and
18 an outcome?
19         MS. JOHNSTON:  Object to the
20 form.
21         THE WITNESS:  I mean, it
22 depends on what the drug is.  That's
23 a very, you know, broad question, and
24 it depends on what the drug is, what
25 the indication of it is, what -- how

Page 33

1  familiar I am with using the drug.  So
2  I can't really answer that the way
3  it's posed to me today.
4  QUESTIONS BY MR. TRACEY:
5      Q.   Okay.  Well, you told me
6  that that's what you do communicate to your
7  patients that ask questions about
8  acetaminophen.  You tell them there's no
9  clear causal link between ADHD and ASD,
10 right?
11         MS. JOHNSTON:  Object to the
12 form.
13         THE WITNESS:  When asked
14 directly, as I've stated with --
15 today, I would say to a patient that
16 although associations have been
17 reported in the literature, it is my
18 own opinion, following a detailed
19 review of the literature and the
20 opinion of all of the obstetric
21 societies around the world, or the
22 vast majority of obstetric societies
23 around the world, and the teratology
24 societies here in Europe and in -- and
25 in the US, that there is no causal

Page 34

1    link; and similarly with the FDA.
2  QUESTIONS BY MR. TRACEY:
3    Q.   Okay.  And you think the FDA's
4  position is there is no causal link between
5  acetaminophen and ADHD and ASD?
6        MS. JOHNSTON:  Object to the
7    form.
8        THE WITNESS:  FDA have
9    recommended that there's no change in
10   the current practice and that patients
11   should consult with their health care
12   provider prior to taking medication in
13   pregnancy, as with all medicine.
14 QUESTIONS BY MR. TRACEY:
15   Q.   Okay.  But that's different.
16       Is it your position, do you
17 believe the FDA believes as you've testified
18 that there is no causal link between
19 acetaminophen and ADHD and ASD?
20       MS. JOHNSTON:  Object to the
21   form.
22       THE WITNESS:  Sorry, I'll have
23   to look at their exact words, but it
24   is something like that.  I don't
25   remember their specific words where

Page 35

1    they addressed this.  But when I
2    reviewed all of the FDA information
3    that has been published on this from
4    as early as 2015, I think, they have
5    not -- they have stated that -- or
6    some variation of this -- that the
7    data so far had significant
8    methodologic flaws and was not
9    sufficient to support a causal link
10   between acetaminophen and ADHD and
11   ASD.
12 QUESTIONS BY MR. TRACEY:
13   Q.   Well, that's different than
14 there's no causal link, isn't it?
15       MS. JOHNSTON:  Object to the
16   form.
17       THE WITNESS:  Well, I think not
18   sufficient or no causal link is the
19   same, in my opinion.  There -- if
20   you're going to make a recommendation
21   or -- sorry, make a statement that
22   there is a causal link or a potential
23   causal link between ASD and ADHD, you
24   better be very sure about it.
25       And in my view and in what I've

Page 36

1    reviewed from the FDA is there is no
2    clear evidence of a causal link
3    between ADHD -- prenatal use of
4    acetaminophen and ADHD and ASD.
5  QUESTIONS BY MR. TRACEY:
6    Q.   Dr. D'Alton, have you had women
7  who after speaking to you about this decide
8  not to risk it, not to take Tylenol for
9  whatever indication they may have been
10 considering it for?
11       MS. JOHNSTON:  I object to the
12   form.
13       THE WITNESS:  I don't know of
14   any, but on the other hand, I'm not
15   there in a patient's home or
16   supervising whether they're taking
17   their meds or not.  So that's a very
18   difficult question to answer
19   specifically.
20       On the other hand, I'm not
21   aware of any patient that has
22   certainly -- I don't know, but I'm not
23   aware -- I'm not aware of it, if they
24   haven't taken the drug for a specific
25   indication.

Page 37

1  QUESTIONS BY MR. TRACEY:
2    Q.   Okay.  But my question was, are
3  you aware of any women who once you had this
4  conversation with them about acetaminophen
5  and ADHD and ASD, whether they decided not to
6  risk it?
7        MS. JOHNSTON:  Object to the
8    form.
9        THE WITNESS:  Well, I'm not
10   aware of that, Mr. Tracey, at this
11   point because you asked me -- this is
12   when patients ask me about it, you --
13   what I've shared with you today as
14   best I recollect that patients asked
15   me about this around the time frame of
16   fall, winter 2021 and 2022.
17       And I don't remember that any
18   of those patients had an indication
19   for use.  They were just reacting to
20   stories that were in the news.
21 QUESTIONS BY MR. TRACEY:
22   Q.   I see.
23   A.   So with respect to an
24 indication, when there is an indication from
25 patients, I am not aware of patients not

Page 38

¹ taking my advice or if that's the case,
² they -- it's possible, but I'm not aware of
³ it.
⁴     Q.    Yeah, fair enough.  I
⁵ understand how it came up now.
⁶         (D'Alton Exhibit 999C marked
⁷     for identification.)
⁸ QUESTIONS BY MR. TRACEY:
⁹     Q.    I'm going to bring up and
¹⁰ have -- hand you Exhibit 999C.  It's a
¹¹ portion of a transcript of Jennifer
¹² Pinto-Martin.
¹³         Do you know who that is?
¹⁴     A.    Yes, I do.
¹⁵     Q.    Do you know Dr. Martin?
¹⁶         MS. JOHNSTON:  One second,
¹⁷     Sean.  We're getting the hard copy
¹⁸     now.
¹⁹         MR. TRACEY:  Okay.
²⁰         THE WITNESS:  I don't know her
²¹     personally, no.
²² QUESTIONS BY MR. TRACEY:
²³     Q.    Have you read her report in
²⁴ this case?
²⁵     A.    Yes, I did.

Page 39

¹     Q.    Have you read her deposition?
²     A.    No, I have not read her
³ deposition.  I believe it was sometime this
⁴ week, and I was not provided that.
⁵     Q.    Okay.  Well, I'm going to show
⁶ you part of her deposition.  You can go to
⁷ the next page.
⁸         She was asked a question -- you
⁹ understand she's an epidemiologist, right?
¹⁰     A.    Yes, I do.
¹¹     Q.    Do you understand that she's
¹² been hired by Johnson & Johnson in this case?
¹³         MS. JOHNSTON:  Object to the
¹⁴     form.
¹⁵         THE WITNESS:  I knew that she
¹⁶     was one of the experts in this case
¹⁷     hired by the lawyers representing
¹⁸     Johnson & Johnson, as I understand it.
¹⁹ QUESTIONS BY MR. TRACEY:
²⁰     Q.    Yes.
²¹         And we took her deposition a
²² few days ago, and she was asked a question by
²³ my colleague, Mr. Snidow.
²⁴         The question is:
²⁵         "Do you think that an RCT would

Page 40

¹ pretty -- pretty definitively answer
² the question of whether acetaminophen
³ use in utero causes autism?"
⁴         Now, you know what an RCT is,
⁵ Doctor?
⁶     A.    Yes, I do.
⁷     Q.    And she answers:
⁸         "Well, it's a hypothetical
⁹ that's impossible to do, so I've never
¹⁰ really given it consideration.  You
¹¹ can't -- randomly assign women to
¹² receive a medication at this point has
¹³ some suggestion of harm."
¹⁴         Mr. Snidow says:
¹⁵         "Right.
¹⁶         "Yeah, so that's kind of what I
¹⁷ was getting at.  You think it would be
¹⁸ unethical, right?"
¹⁹         And then she goes on to say:
²⁰         "We do not allow randomized
²¹ clinical trials, except at the moment
²² of what we call equipoise, where
²³ there's not sufficient evidence on one
²⁴ side or the other.
²⁵         "It's very hard to establish

Page 41

¹ that point in time, and I think we are
² past that now because there are studies
³ suggesting a risk.
⁴         "And so, first of all, which --
⁵ what women would enroll in a study like
⁶ that?  And it would be unethical."
⁷         Now, is this the first time
⁸ you're seeing Dr. Pinto-Martin's testimony?
⁹     A.    Yes.
¹⁰     Q.    Do you agree with
¹¹ Dr. Pinto-Martin that we are past the point
¹² of equipoise because there are studies
¹³ suggesting a risk?
¹⁴         MS. JOHNSTON:  Object to the
¹⁵     form.
¹⁶         THE WITNESS:  I don't agree
¹⁷     with Dr. Pinto-Martin.  In my review
¹⁸     of the entire body of literature, is that
¹⁹     there's reporting of an association,
²⁰     but that is not sufficient enough to
²¹     establish a causal link.
²²         So there is --
²³ QUESTIONS BY MR. TRACEY:
²⁴     Q.    Okay.

Page 42

1   A.   -- reported associations, but
2 that is not sufficient to establish a causal
3 link.
4   Q.   But you understand
5 Dr. Pinto-Martin is an epidemiologist,
6 correct?
7   A.   Yes, I understand we're very
8 different.
9   Q.   You are, ma'am.
10      And she -- did you know that
11 she was a specialist in the epidemiology of
12 autism?
13      MS. JOHNSTON:  Object to the
14   form.
15      THE WITNESS:  I know that she's
16   very highly qualified, and I don't
17   remember all of her credentials, but I
18   know that she's very highly qualified.
19 QUESTIONS BY MR. TRACEY:
20   Q.   And, Dr. D'Alton, you are not
21 an epidemiologist?
22   A.   No, Mr. Tracey, I'm not an
23 epidemiologist.
24   Q.   And do you know -- tell us what
25 your -- what would your definition of an

Page 43

1 epidemiologist be.
2      MS. JOHNSTON:  Object to the
3   form.
4      THE WITNESS:  Well, an
5   epidemiologist is somebody who looks
6   at populations and looks at risk of
7   disease in populations and works very
8   closely usually -- or many times will
9   work closely -- some will work very
10   closely with clinicians.  Other times
11   they will not.
12 QUESTIONS BY MR. TRACEY:
13   Q.   Okay.  And the science of
14 epidemiology is the science that looks for
15 causes of disease, right?
16      MS. JOHNSTON:  Object to the
17   form.
18      THE WITNESS:  You know, I'm not
19   an epidemiologist, so what the science
20   is -- the objective of that science
21   I -- I am not an epidemiologist, so I
22   really wouldn't want to comment on
23   that.
24 QUESTIONS BY MR. TRACEY:
25   Q.   Okay.  In any event, you

Page 44

1 disagree with the epidemiologist testifying
2 on behalf of Johnson & Johnson,
3 Dr. Pinto-Martin?
4      MS. JOHNSTON:  Object to the
5   form.
6 QUESTIONS BY MR. TRACEY:
7   Q.   Is that right, Doctor?
8   A.   I don't disagree with some of
9 these comments.  I think there are studies
10 that report a -- an association.  I would not
11 define it like that.
12      Whether that's a disagreement
13 or not, I really don't know.
14   Q.   Okay.  The next sentence she
15 says -- she asked the question:
16      "What woman would enroll in a
17   study like that?"
18      Do you see that question?
19   A.   I do.
20   Q.   That seems like a really good
21 question, doesn't it?
22      MS. JOHNSTON:  Object to the
23   form.
24      MR. TRACEY:  I don't know why
25   the screen is moving.  Can you go down

Page 45

1   to that question, please?
2 QUESTIONS BY MR. TRACEY:
3   Q.   "What woman -- women would
4 enroll in a study like that," that's the
5 question, Dr. D'Alton.
6      That is a good question of
7 Dr. Pinto-Martin to ask, isn't it?
8      MS. JOHNSTON:  Object to the
9   form.
10      THE WITNESS:  I really don't
11   know whether it's a good or bad
12   question to ask because I don't know
13   what the design of the study would be
14   and what the different arms of that
15   study would be.
16      So I would need to know more
17   about it to make a determination of a
18   hypothetical study.
19 QUESTIONS BY MR. TRACEY:
20   Q.   Well, she goes on to say "it
21 would be unethical," doesn't she?
22      MS. JOHNSTON:  Object to the
23   form.
24      And, Sean, to the extent that
25   you're going to continue to ask

Page 46

1  questions about the two pages that
2  you've shown the witness, I'd ask for
3  a complete copy for her review.
4  QUESTIONS BY MR. TRACEY:
5      Q.  Okay.  Can you answer my
6  question, Doctor?
7      A.  That's what it states here.  I
8  would not be prepared to give a comment on
9  that because I would not decide, based on a
10  few paragraphs, whether it would be ethical
11  or not ethical to conduct a randomized trial.
12      What I would be much more
13  concerned about is that we don't know of a
14  safer alternative to acetaminophen for
15  treatment of pain and fever in pregnancy as a
16  clinician.
17      Q.  That's a different question,
18  though.
19      A.  Well, it's -- it has to play
20  into a randomized clinical trial about what
21  you are going to do for treatment of pain and
22  fever.
23      So I would -- I would say it's
24  kind of a different question, but in thinking
25  about the ethics of a clinical trial in

Page 47

1  obstetrics and gynecology, you would want to
2  know what the randomization was and what it
3  was -- how it would address what alternatives
4  would be used to acetaminophen.
5      Q.  Doctor, you've never designed a
6  randomized clinical trial, have you?
7      MS. JOHNSTON:  Object to the
8  form.
9      THE WITNESS:  Well, actually,
10  that's not true.  I've been
11  participating in designs of randomized
12  clinical trial for my career.
13      I was part of the randomized
14  clinical trial in Canada and when I
15  started off of using ritodrine for
16  treatment of preterm labor.  So I was
17  very involved with the epidemiology
18  group who were designing that study.
19      And in many of the studies that
20  I've participated in, whether they be
21  randomized trials or whether they be
22  clinical trials, we work with an
23  epidemiologist.
24      I have an epidemiologist in my
25  department.  He was formerly the chair

Page 48

1  of epidemiology at Indiana, and
2  epidemiologists are involved with us
3  in our -- in our design of clinical
4  trials.
5      So there is -- it's important
6  to have the clinical and the
7  epidemiologic input into a design of a
8  clinical trial.
9      MR. TRACEY:  I'm going to
10  object to nonresponsive.
11  QUESTIONS BY MR. TRACEY:
12      Q.  Doctor, do you know what
13  informed consent is?
14      A.  Yes.
15      Q.  What is informed consent?
16      A.  It means different things
17  depending on what it is.  Sometimes it's a
18  form where a patient will sign a form for
19  conduct of -- for performance of a procedure,
20  like surgery, for getting anesthesia.
21      But for me, informed consent is
22  a process more than a form.  And it is the
23  information that's given to a patient, given
24  the circumstances of her health, her past
25  medical history, her social history, the

Page 49

1  reason for the procedure or treatment in
2  front of her and the benefits and risks of
3  doing that.
4      So --
5      Q.  Yeah --
6      A.  -- it is an information -- it's
7  an information exchange between a provider
8  and the patient about the risks and benefits
9  of treatment.
10      Q.  Have you ever designed an
11  informed consent form for patients to sign
12  who were enrolling in clinical trials?
13      A.  Certainly I've been part of it
14  because I was the PI for the largest study
15  that has been done so far on screening for
16  Down syndrome in pregnancy, and all of those
17  patients required informed consent.
18      I was also the principal
19  investigator for fetal growth where it was a
20  national study that was used to evaluate in
21  patients who had no risk factors in pregnancy
22  what was happening with fetal growth.
23      So for all of our studies, we
24  require a consent form and --
25      Q.  Do you remember my question,

1  Doctor?

2         MS. JOHNSTON:  Dr. D'Alton, if
3  you want to finish your response, and
4  then Mr. Tracey will ask you another
5  question.

6         THE WITNESS:  I do remember
7  your question, Mr. Tracey.  You
8  asked --

9  QUESTIONS BY MR. TRACEY:

10    Q.    What was it?

11    A.    You asked me --

12    Q.    What was it?

13    A.    -- did I --

14         MS. JOHNSTON:  Sean, if you can
15  please let Dr. D'Alton finish before
16  you interrupt her.

17         MR. TRACEY:  Yeah, I'd just
18  like her to answer my question.

19         THE WITNESS:  Okay.  I believe
20  you asked me what was your question,
21  and your question was, did I ever do
22  an informed consent -- did I ever
23  design an informed consent for a
24  clinical trial.

25         And my answer was, although I

1  may not have designed every aspect of
2  it, I was involved in the informed
3  consent design and process for the
4  clinical trials that I've been
5  involved in.

6  QUESTIONS BY MR. TRACEY:

7    Q.    All right.  If you were going
8  to design a clinical trial to study the
9  effects of acetaminophen on fetuses, would --
10  in your opinion, would you have to disclose
11  to the mothers enrolling in this clinical
12  trial the risk of ADHD and ASD, disclose that
13  to them in writing, and get them to accept
14  that risk?

15         MS. JOHNSTON:  Object to the
16  form.

17         THE WITNESS:  Sorry.  Would --
18  I lost the question, Mr. Tracey.  I
19  apologize.  I lost my concentration
20  for a minute.

21         Would you -- could I have the
22  question read back?

23         MR. TRACEY:  Yeah.

24         THE WITNESS:  Okay.  Thank you.

25         MR. TRACEY:  Carrie can do

1  that.

2         (Court Reporter read back
3  question.)

4         THE WITNESS:  What I would say
5  is that clearly the planning of a
6  clinical trial like this would involve
7  very significant input from a number
8  of subspecialists, epidemiologists, if
9  I was conducting a clinical trial,
10  geneticists and OB/GYNs with
11  information from patients.

12         As I've stated before, I think
13  it would -- in my opinion, it would
14  require to tell patients about
15  associations that have been reported.

16         But I believe in that consent
17  process, it would also be reasonable
18  to say that no professional body that
19  represents OB/GYN has determined a
20  causal link at this point.

21  QUESTIONS BY MR. TRACEY:

22    Q.    So you would require the risks
23  of ADHD and ASD to be disclosed to the
24  mothers?

25         MS. JOHNSTON:  Object to the

1  form.

2         THE WITNESS:  It's not exactly
3  what I said.  What I said was --

4  QUESTIONS BY MR. TRACEY:

5    Q.    You did --

6    A.    First of all, I believe that I
7  said reported association.

8    Q.    Okay.  Okay.  So you would have
9  to disclose that to mothers in order to
10  ethically enroll them in a clinical trial?

11         MS. JOHNSTON:  Object to the
12  form.

13         THE WITNESS:  Well, quite
14  honestly, Mr. Tracey, that's first off
15  the top of my head about how I would
16  design a clinical trial related to --
17  a prospective trial related to
18  acetaminophen.

19         And that is something that I
20  have not done and that I would want to
21  think about with the input of many
22  other investigators before I could
23  really accurately answer your
24  questions about the design of a
25  potential trial.  I would want to get

1  the information from many, many other
2  subspecialists.
3        Clearly, I would say that it is
4  reasonable to tell a patient what is
5  present in the literature, which in my
6  estimation is that there is a reported
7  risk that has been associated --
8  reported association that has been
9  associated.
10       But there is no causal link
11  that has been identified by ACOG,
12  the -- and many other organizations
13  around the world, as I've said, and
14  the teratology societies around the
15  world.
16  QUESTIONS BY MR. TRACEY:
17     Q.    Doctor, do you know what the
18  logical fallacy of appeal to authority is?
19       MS. JOHNSTON:  Object to the
20  form.
21       THE WITNESS:  No, I have no
22  idea what you're talking about,
23  Mr. Tracey.
24  QUESTIONS BY MR. TRACEY:
25     Q.    Okay.  You've never heard that

1  term, the appeal to an authority?
2       MS. JOHNSTON:  Same objection.
3       THE WITNESS:  If I've heard of
4  it, I don't remember it.  I've heard a
5  lot of things because I've been around
6  a long time, but whether I've ever
7  heard about it, I can't tell you at
8  this point.
9  QUESTIONS BY MR. TRACEY:
10     Q.    Okay.  I can assure you we're
11  going to explore the ACOG and Society for
12  Maternal-Fetal Medicine statements on
13  acetaminophen at length and why and how it is
14  they came to whatever conclusions they came
15  to.
16       But let me ask you this.  Do
17  you just accept at face value whatever
18  organizations say, or do you look behind why
19  they say what they say?
20       MS. JOHNSTON:  Object to the
21  form.
22       THE WITNESS:  Number one, it
23  depends on the issue at hand.  If it's
24  an issue that I'm exploring, I don't
25  accept it at face value.  So it

1  depends.
2        I can't certainly blanket
3  accept what every organization says,
4  but in terms of whether I agree with
5  it or not, I would do my own review.
6  QUESTIONS BY MR. TRACEY:
7     Q.    Because organizations are made
8  up of people, right?
9       MS. JOHNSTON:  Object to the
10  form.
11       THE WITNESS:  Yes.
12  QUESTIONS BY MR. TRACEY:
13     Q.    And people have biases, don't
14  they, Doctor?
15       MS. JOHNSTON:  Object to the
16  form.
17       THE WITNESS:  Yes, people have
18  biases.
19  QUESTIONS BY MR. TRACEY:
20     Q.    Some biases that people have
21  are related to money, aren't they?
22       MS. JOHNSTON:  Object to the
23  form.
24       THE WITNESS:  I would hope that
25  a -- an organization is not producing

1  statements being influenced by money.
2  QUESTIONS BY MR. TRACEY:
3     Q.    You would hope that, wouldn't
4  you?
5       MS. JOHNSTON:  Object to the
6  form.
7       THE WITNESS:  Yes.
8  QUESTIONS BY MR. TRACEY:
9     Q.    Yes.
10       Do you know who Dr. Andrea
11  Baccarelli is?
12     A.    Yes, I do.
13     Q.    You mentioned that you work
14  with epidemiologists at Columbia earlier.
15       Do you know Dr. Baccarelli to
16  be an epidemiologist at Columbia?
17     A.    I know that -- I don't exactly
18  know all of his credentials, but I know that
19  he's very well known for his work in the
20  environment and in epigenetics.
21       So -- and I have enlisted his
22  help in recruiting a -- an environmental
23  epidemiologist to my department, and she --
24  we had a good collaboration around that, and
25  she joined us last fall.

1    Q.    Okay.  I just want Ray to put
2  up on the screen Dr. Baccarelli's picture.
3          And you recognize this as the
4  Columbia University website?
5    A.    Yes.
6    Q.    And this is the Mailman School
7  of Public Health at Columbia University?
8    A.    Yes.
9    Q.    That's one of the finest
10  schools of public health in the world, isn't
11  it?
12    A.    I think it's something that
13  we're very proud of at Columbia, the Mailman
14  School of Public Health, yes.
15    Q.    And Dr. Baccarelli is the chair
16  of the departmental -- Department of
17  Environmental Health Sciences and a professor
18  of epidemiology there, isn't he?
19    A.    Yes.
20    Q.    Now, if you scroll down a
21  little bit, Ray.
22          It says -- the last paragraph,
23  it says, "Dr. Baccarelli was elected to the
24  National Academy of Medicine for his
25  pioneering work showing that environmental

1  exposures adversely affect the human
2  epigenome and has been included in the Web of
3  Science list of highly cited, world's most
4  influential scientists of the past decade."
5          Did you know that?
6          MS. JOHNSTON:  Object to the
7    form.
8          And, Sean, are you marking this
9    website as an exhibit?
10          MR. TRACEY:  I wasn't going to,
11    no.
12          MS. JOHNSTON:  Okay.
13          THE WITNESS:  I knew that he
14    was elected to the Academy of Medicine
15    because I'm also in the Academy of
16    Medicine, so I usually know who's
17    appointed to the Academy of Medicine
18    on a yearly basis.
19          And I'm aware that he is very
20    well-known in his area of
21    environmental exposures, and that's
22    why I enlisted his help in recruiting
23    one of my epidemiologists in
24    environmental health to our department
25    because there is a dearth of

1    information on the environment and
2    obstetrics and gynecology.
3  QUESTIONS BY MR. TRACEY:
4    Q.    Can you highlight that last
5  paragraph, Ray, or whoever has control of the
6  highlighting?
7          Did you know that he was cited
8  as being one of the most influential
9  scientists in the world for the past decade?
10          MS. JOHNSTON:  Object to the
11    form.
12          THE WITNESS:  No, I was not
13    aware of that.
14  QUESTIONS BY MR. TRACEY:
15    Q.    Do you know Dr. Baccarelli to
16  be a scientist of impeccable integrity?
17          MS. JOHNSTON:  Object to the
18    form.
19          THE WITNESS:  Mr. Tracey, I
20    know of him.  I don't know him
21    personally.  I really can't comment on
22    his integrity because I don't know
23    him, and I know that he is an
24    established scientist with an
25    excellent reputation.

1          And as I stated, I've enlisted
2    him and his help in recruiting a
3    person that will have a joint
4    appointment in both of our
5    departments.
6  QUESTIONS BY MR. TRACEY:
7    Q.    And have you read his report in
8  this case?
9    A.    Yes, I have.
10    Q.    Were you impressed with it?
11          MS. JOHNSTON:  Object to the
12    form.
13          THE WITNESS:  Well, I disagreed
14    with it, so I wasn't clearly impressed
15    with it.
16  QUESTIONS BY MR. TRACEY:
17    Q.    Okay.  Are you only impressed
18  by things you agree with?
19          MS. JOHNSTON:  Object to the
20    form.
21          THE WITNESS:  No, I'm impressed
22    by Dr. Baccarelli as a scientist in
23    the environment, but his report did
24    not impress me or change my opinion
25    that I've begun to state this morning.

Page 62

1 QUESTIONS BY MR. TRACEY:
2     Q.   Okay.  Have you ever
3 investigated Tylenol in autism or ADHD?  Have
4 you ever designed a study to look at that
5 issue?
6     A.   Not at this point, no.
7     Q.   Do you have any plans to do it?
8     A.   Certainly I'm thinking about it
9 because of the issues that have come up, but
10 I have not made a determination on that point
11 yet.
12     Q.   Would Dr. Baccarelli be the
13 kind of epidemiologist you might consult to
14 design a study?
15        MS. JOHNSTON:  Object to the
16     form.
17        THE WITNESS:  No, I have not
18     ever consulted Dr. Baccarelli in
19     designing a study.  I am fortunate
20     that I have an epidemiologist in my
21     own department.  And as I've stated
22     for you, I've already recruited
23     another epidemiologist whose main
24     interest is the environment.
25        So we have an epidemiology

Page 63

1     division in our department, so I would
2     consult them rather than
3     Dr. Baccarelli.
4 QUESTIONS BY MR. TRACEY:
5     Q.   Who is the epidemiologist that
6 you hired that has a joint appointment in
7 Dr. Baccarelli's department?
8     A.   I'm not sure if her joint
9 appointment is through yet, but she -- her
10 name is Blair Wiley.
11     Q.   Well -- I'm sorry, what was the
12 first name?
13     A.   Blair, B-l-a-i-r.
14     Q.   Okay.  And Dr. Baccarelli
15 helped you find Dr. Wiley?
16     A.   Well, no.  I found her, and I
17 called him because she was interested in a --
18 an appointment at the Mailman School in the
19 environment, and he was absolutely delighted
20 that she was thinking of joining me at
21 Columbia and could think of a number of
22 collaborative projects that would be done
23 with his department and ours.
24        MS. JOHNSTON:  And hey, Sean,
25     are you done with this?  Can we pull

Page 64

1 it down or do you have questions about
2 Dr. Baccarelli's --
3        MR. TRACEY:  I have one more.
4        MS. JOHNSTON:  -- bio?
5 QUESTIONS BY MR. TRACEY:
6     Q.   Do you know how you get to be
7 on the list of highly cited, world's most
8 influential scientists of the past decade?
9        MS. JOHNSTON:  Object to the
10     form.
11 QUESTIONS BY MR. TRACEY:
12     Q.   Do you know how it works?
13     A.   No, I'm not familiar with the
14 process for ranking scientists and their
15 influence.
16     Q.   Okay.  Do you know where
17 Dr. Baccarelli ranks in his own area in terms
18 of citations?  How many times he's been cited
19 by other researchers?
20     A.   No.
21        MS. JOHNSTON:  Object to the
22     form.
23        THE WITNESS:  No, I do not.
24 QUESTIONS BY MR. TRACEY:
25     Q.   But you don't know where he

Page 65

1 ranks in that regard among the scientists in
2 the world?
3        MS. JOHNSTON:  Same objection.
4        THE WITNESS:  No, that is not
5     something that I have looked into or
6     evaluated.
7 QUESTIONS BY MR. TRACEY:
8     Q.   One of the measures of a
9 scientist's influence is, though, however,
10 how often other scientists cite their work,
11 right?
12        MS. JOHNSTON:  Object to the
13     form.
14        THE WITNESS:  That may be a
15     measure, yes.
16 QUESTIONS BY MR. TRACEY:
17     Q.   Yeah.
18        MR. TRACEY:  Sarah, did you say
19     you wanted a break?
20        MS. JOHNSTON:  I didn't, Sean,
21     but it probably makes sense to -- I
22     mean, I think we've been going about
23     an hour.
24        MR. TRACEY:  Yeah, you wanted
25     me to take this down.

Page 66

1    MS. JOHNSTON:  Yeah, I just
2  asked if you were done with it because
3  I think it's --
4    MR. TRACEY:  Yeah.
5    MS. JOHNSTON:  With the Zoom
6  setup, I think it's a little
7  distracting.
8    MR. TRACEY:  Yeah.  No, let's
9  take it down, and I'll go to -- I'll
10  go to my next exhibit.
11    (D'Alton Exhibit 962 marked for
12  identification.)
13  QUESTIONS BY MR. TRACEY:
14    Q.    Can you bring up 962, Ray, and
15  please hand it to Dr. D'Alton?
16    By the way, Dr. D'Alton, do you
17  know what epistemic humility is?
18    A.    No.
19    Q.    Have you never heard the term
20  before?
21    MS. JOHNSTON:  Object to the
22  form.
23    THE WITNESS:  I don't know if
24  I've ever heard it or not, but
25  certainly it's not something I'm

Page 67

1  familiar with.
2  QUESTIONS BY MR. TRACEY:
3    Q.    Okay.  What about epistemic
4  corruption?  Have you ever heard that term
5  before?
6    MS. JOHNSTON:  Object to the
7  form.
8    THE WITNESS:  You know, I've
9  heard a lot, as I've said in previous
10  things.  It's very hard for me to tell
11  you accurately whether I've heard
12  something or not before because you
13  hear a lot of things over the years
14  you -- you've been alive.  So I can't
15  honestly tell you that.
16    I have no recall for it.
17  QUESTIONS BY MR. TRACEY:
18    Q.    Okay.  Do you know what
19  epistemology is?
20    A.    No.
21    Q.    All right.  Epistemology is the
22  study of knowledge, how we come to know
23  things.
24    Does that -- does that make
25  sense to you?

Page 68

1    MS. JOHNSTON:  Object to the
2  form.
3    THE WITNESS:  I really can't
4  comment.  It's not something that I've
5  thought about or that I'm aware of.
6  QUESTIONS BY MR. TRACEY:
7    Q.    Well, let me ask you this.
8    For decades, society has been
9  concerned with pharmaceutical influence in
10  medicine and science, have they not?
11    MS. JOHNSTON:  Object to the
12  form.
13    THE WITNESS:  I don't know how
14  long it's been going on, but I know
15  that is a concern of the -- the
16  conflict related to pharma -- the
17  pharmaceutical industry and science.
18  QUESTIONS BY MR. TRACEY:
19    Q.    All right.
20    MS. JOHNSTON:  Hey, Sean, Sean,
21  before you ask your next question, it
22  looks like we've only got one hard
23  copy.  I'm not sure if we have -- or
24  is that -- is that it?  Should -- are
25  we missing some, or what's the --

Page 69

1    RAY MOORE:  There's supposed to
2  be two in the folders.  Is there only
3  one there?
4    MS. JOHNSTON:  Oh, it looks
5  like -- okay.  It looks like we've got
6  another one.  I don't think that we
7  had --
8    MR. TRACEY:  Okay.
9    MS. JOHNSTON:  Okay.  All
10  right.  We're good.
11    MR. TRACEY:  Yeah.  And I
12  should have said thank you for doing
13  that.  I'm going to mark as this as
14  Exhibit 962.  It should be marked to
15  Dr. D'Alton's deposition.
16  QUESTIONS BY MR. TRACEY:
17    Q.    The name of this paper I want
18  to talk to you about is called "Epistemic
19  Corruption, the Pharmaceutical Industry, and
20  the Body of Medical Science," by an author at
21  the Department of Philosophy, Queen's
22  University in Kingston.
23    Are you familiar with it?
24    A.    I am familiar with it because I
25  lived in Ottawa, Canada, for ten years.  So

Confidential - Subject to Protective Order

1 I'm familiar with the university -- Queen's
2 University in Kingston.
3     Q.    It's a great university, isn't
4 it?
5     A.    Queen's University itself
6 certainly has a high reputation in Canada.
7     Q.    My grandfather went to medical
8 school there.
9     A.    Great.  So you have a --
10     Q.    Yeah.
11     A.    -- you have a --
12         MS. JOHNSTON:  Wait for a
13     question.
14         THE WITNESS:  Okay.
15 QUESTIONS BY MR. TRACEY:
16     Q.    I have a bias, Doctor.  That's
17 what I call it.
18     A.    You like doctors.
19     Q.    Yes.
20         Let's see what this author has
21 to say.  He says, in the abstract, "When a
22 knowledge system importantly loses integrity,
23 ceasing to provide the kinds of trusted
24 knowledge expected of it, we can label this
25 epistemic corruption.  Epistemic corruption

1 often occurs because the system has been
2 co-opted for interests at odds with some of
3 the central goals thought to lie behind it.
4 There is now abundant evidence that the
5 involvement of pharmaceutical companies
6 corrupts medical science."
7         Did I read that mostly correct?
8         MS. JOHNSTON:  Object to the
9     form.
10         THE WITNESS:  You read that
11     statement as it is reported here by
12     this author, yes.
13 QUESTIONS BY MR. TRACEY:
14     Q.    Now, have you ever surveyed the
15 literature with respect to the evidence
16 showing that pharmaceutical involvement
17 corrupts medical science?
18         MS. JOHNSTON:  Object to the
19     form.
20         THE WITNESS:  Certainly I have
21     not searched the literature with
22     that -- to investigate that, no.
23 QUESTIONS BY MR. TRACEY:
24     Q.    Do you know whether or not that
25 statement is true?

1         MS. JOHNSTON:  Object to the
2     form.
3         THE WITNESS:  I -- I'm not
4     aware of -- certainly in my own
5     work -- of influence from the
6     pharmaceutical companies affecting the
7     science that is done in my department.
8         I can only state about my
9     own -- my own experience at Columbia,
10     and where I would always want to have
11     complete editorial autonomy by our
12     investigators and no crossover between
13     the investigation that we do and the
14     pharmaceutical company.
15 QUESTIONS BY MR. TRACEY:
16     Q.    Let me ask you this.  Do you
17 take money from pharmaceutical companies in
18 your department?
19         MS. JOHNSTON:  Object to the
20     form.
21         THE WITNESS:  I have been
22     funded by pharmaceutical companies.  I
23     have been funded by Merck for Mothers
24     here, which is a foundation for Merck
25     Pharmaceuticals to do work in New York

1 to reduce -- to see the effect --
2 QUESTIONS BY MR. TRACEY:
3     Q.    Dr. D'Alton -- Dr. D'Alton?
4         MS. JOHNSTON:  I'm sorry, I'm
5     sorry.
6         MR. TRACEY:  No, no, no.  We're
7     not -- we're not going to add
8     filibustering.
9 QUESTIONS BY MR. TRACEY:
10     Q.    My question is whether you
11 set --
12         MS. JOHNSTON:  Sean, she is
13     entitled to respond to your question.
14         MR. TRACEY:  She's not entitled
15     to filibuster.  That's wrong.
16         MS. JOHNSTON:  Sean, she is
17     going to finish her response.
18         MR. TRACEY:  No, no, I'm not
19     doing that.  I have a limited amount
20     of time, and I'm not going to allow
21     speeches all day long.
22         MS. JOHNSTON:  Dr. D'Alton,
23     were you finished with your response?
24 QUESTIONS BY MR. TRACEY:
25     Q.    Here is my question,

Page 74

1  Dr. D'Alton.
2       MS. JOHNSTON:  Sean, Sean,
3  don't interrupt me either.
4       Let her finish her response,
5  then ask a new question.
6       MR. TRACEY:  No.  No.  I'm not
7  playing that game.
8  QUESTIONS BY MR. TRACEY:
9       Q.   Here's my question,
10 Dr. D'Alton.  Do you take money from
11 pharmaceutical companies in your department?
12      MS. JOHNSTON:  Object to the
13 form.
14 QUESTIONS BY MR. TRACEY:
15      Q.   And the answer to that is yes,
16 isn't it?
17      MS. JOHNSTON:  Object to the
18 form.  Asked and answered.
19      And, Sean, I'm looking at this,
20 she was responding to your question.
21 So this happens once.  We're not doing
22 it again.
23 QUESTIONS BY MR. TRACEY:
24      Q.   Is the answer to the question,
25 Dr. D'Alton, yes?

Page 75

1       MS. JOHNSTON:  Object to the
2  form.
3       THE WITNESS:  Mr. Tracey, I
4  don't like the way you asked me, do I
5  take money.
6       Our department is funded to
7  conduct certain clinical trials.  I
8  don't take money from pharmaceutical
9  trials -- pharmaceutical companies
10 to --
11 QUESTIONS BY MR. TRACEY:
12      Q.   Okay.  So let me -- let me ask
13 it your way.
14      MS. JOHNSTON:  No.  No.  Sean,
15 stop.
16 QUESTIONS BY MR. TRACEY:
17      Q.   Let me -- let me ask it your
18 way.
19      MS. JOHNSTON:  Sean?  No.
20 Dr. D'Alton, please finish your
21 response and let him ask you a new
22 question.
23      Are you finished with your
24 response?
25      THE WITNESS:  Well, I was in

Page 76

1  the middle of my previous response
2  saying what it was for, but I don't
3  believe you want to hear that.
4       MS. JOHNSTON:  No.  Finish your
5  response, Dr. D'Alton.
6  QUESTIONS BY MR. TRACEY:
7       Q.   What you did is you reasked my
8  question because you didn't like it.  So I'm
9  going to try to clean it up, Doctor.
10      Do you in your department
11 accept funding from the pharmaceutical
12 industry?
13      MS. JOHNSTON:  Object to the
14 form.  Asked and answered.
15      THE WITNESS:  We accept funding
16 to conduct clinical trials by some
17 pharmaceutical companies, yes.
18      And our investigators have
19 complete autonomy in those decisions.
20 QUESTIONS BY MR. TRACEY:
21      Q.   I'm going to get to that issue,
22 Doctor.  Just be -- bear with me.  We will
23 get there.
24      Okay?
25      A.   Thank you.

Page 77

1       Q.   But I got to do this one step
2  at a time.
3       How long have you been
4  accepting funding from the pharmaceutical
5  industry to do your studies?
6       MS. JOHNSTON:  Object to the
7  form.
8       THE WITNESS:  As best I can
9  recollect, our funding for Merck for
10 Mothers was in 2013 where we were
11 funded to do studies all over New York
12 State to reduce maternal mortality.
13      I believe that funding ended in
14 2016.
15      We were additionally funded
16 towards the end of the last decade to
17 study a new device for treatment of
18 postpartum hemorrhage, and that came
19 from Alydia Health.
20      And that was completed once we
21 did a trial that was done at many
22 different organizations around the
23 country but lead by our investigators,
24 and the trial was put forward by the
25 investigators from Columbia and all

1  over the country.
2  QUESTIONS BY MR. TRACEY:
3     Q.   Okay.  Anything -- so that was,
4  you said, 2020?
5     A.   I believe we published the
6  information either 2020 or 2021, but I
7  don't -- I can't be 100 percent specific on
8  that as -- at this point.
9     Q.   Okay.
10    A.   Without looking it up.
11    Q.   And in this case, of course,
12 you're being paid, correct?
13       MS. JOHNSTON:  Object to the
14 form.
15       THE WITNESS:  Which case are we
16 talking about, sorry?
17 QUESTIONS BY MR. TRACEY:
18    Q.   The case that you're testifying
19 in right now.
20    A.   Okay.  I apologize.  I lost the
21 thread.  You were asking me funding in our
22 department.
23       Yes, I'm being paid for my
24 time.
25    Q.   Yeah, and that may have been my

1  fault.
2        And as I understand it, it's
3  $600 an hour?
4     A.   Correct.
5     Q.   And how many hours have you
6  billed in this case, Doctor, if you recall,
7  just generally?
8     A.   I haven't billed anything so
9  far, Mr. Tracey.
10    Q.   Oh.  Good for them.
11       Do you know how many hours you
12 have accumulated?
13    A.   I certainly know by the end of
14 July, there was 176 hours that I had spent
15 until that time.
16    Q.   Okay.  Okay.  And that was at
17 the end of July?
18    A.   Yes.
19    Q.   Do you know how many hours you
20 have since then?
21    A.   No.  I haven't sat down to
22 calculate that yet.
23    Q.   Okay.  And is the money that
24 you get in this case, the one you're here
25 testifying in, does it go to you?

1     A.   Yes.
2     Q.   Okay.  All right.  Back to the
3  article, "Epistemic Corruption, The
4  Pharmaceutical Industry, and the Body of
5  Medical Science."
6        We --
7        MS. JOHNSTON:  And, Sean, I
8  don't want to interrupt you in the
9  middle of what you're going to do
10 here.  I'm just going to flag that
11 we've been going for about an hour and
12 five.
13       So if we could take a break
14 once you're done with this line of
15 questioning.
16       MR. TRACEY:  Yeah.  No, that
17 would great.  Good time for it.
18 QUESTIONS BY MR. TRACEY:
19    Q.   If you flip over to the second
20 page, in the second paragraph there on the
21 left that starts with "my focus here," it
22 tells you what the author is doing.
23       It says, "My focus here is on
24 how the pharmaceutical industry corrupts
25 medical science.  Using its very substantial

1  resources, pharmaceutical companies co-opt
2  medical knowledge systems for their
3  particular interests, interests that conflict
4  with the integrity and at least some of the
5  central goals thought to lie behind medicine.
6        "It would seem that the body of
7  medical science is corrupted because some
8  assumed purity -- though purity is always
9  notionally -- has been affected by contact
10 with outside interests."
11       Do you see that, ma'am?
12    A.   Yes, I do.  That's highlighted
13 here, and that's how you read it.
14    Q.   And that's certainly an
15 allegation that you've heard over the years,
16 correct?
17       MS. JOHNSTON:  Object to the
18 form.
19       THE WITNESS:  I mean, I can't
20 say I've heard every word like it is
21 here, but certainly I've heard
22 allegations of influence of the
23 pharmaceutical industry on science.
24 QUESTIONS BY MR. TRACEY:
25    Q.   And if you go down two

Page 82

¹ paragraphs, the one that starts with a 2017
² Cochrane review.  He puts a little meat on
³ the bone.
⁴        He says, "A 2017 Cochrane
⁵ review updated, from Lundh 2012, provides a
⁶ meta-analysis of such studies of industry
⁷ funding, in which 75 studies, comparing more
⁸ than 8,000 trials, met inclusion criteria.
⁹        "In all of its dimensions, the
¹⁰ 2017 meta-analysis arrives at the same or
¹¹ similar results as had earlier quantitative
¹² and qualitative reviews.
¹³        "In the meta-analysis, industry
¹⁴ funding had a risk ratio of 1.27 of -- and of
¹⁵ producing favorable ethical -- of producing
¹⁶ favorable efficacy results, and of 1.34 of
¹⁷ drawing favorable overall conclusions."
¹⁸        And then you skip the next
¹⁹ sentence.  It says, "Since there's no reason
²⁰ to think that industry funding skews results
²¹ in any consistent direction, one can only
²² conclude that industry funding biases the
²³ outcomes of clinical trials.
²⁴        "Put simply, if a
²⁵ pharmaceutical company funds a trial, the

Page 83

¹ chances of results and conclusions in the
² company favor are increased."
³        Have you heard those criticisms
⁴ before, ma'am?
⁵        MS. JOHNSTON:  Object to the
⁶ form.
⁷        THE WITNESS:  I have not heard
⁸ it in that kind of precision that you
⁹ have -- that you have recitated here
¹⁰ this morning for me, so I have not
¹¹ heard it like that.
¹² QUESTIONS BY MR. TRACEY:
¹³    Q.    And the next paragraph says,
¹⁴ "The authors of the Cochrane review conclude,
¹⁵ 'Our analyses suggest the existence of an
¹⁶ industry bias that cannot be explained by
¹⁷ standard risk of bias assessments.'
¹⁸        "When pharmaceutical and other
¹⁹ companies sponsor research, there is a bias,
²⁰ a systematic tendency towards results serving
²¹ their interests, but the bias is not seen in
²² the formal factors routinely associated with
²³ low-quality science.
²⁴        "The implication is the
²⁵ industry funding itself should be considered

Page 84

¹ a standard risk of bias factor in clinical
² trials, one that is quantifiable, even
³ quantified, and pushes in predictable
⁴ directions.  Industry funding affects the
⁵ results of clinical trials."
⁶        Ma'am, are you aware that some
⁷ researchers believe the mere fact of funding
⁸ is a bias -- a systematic bias in and of
⁹ itself?
¹⁰        MS. JOHNSTON:  Object to the
¹¹ form.
¹²        THE WITNESS:  I don't believe
¹³ I've considered that before,
¹⁴ Mr. Tracey.  And I can only comment on
¹⁵ my own -- on our department's
¹⁶ involvement with pharma --
¹⁷ pharmaceuticals with respect to
¹⁸ clinical trials.
¹⁹        I'm not aware of this research,
²⁰ and I would have to look it up.
²¹ QUESTIONS BY MR. TRACEY:
²²    Q.    Do you correct your own
²³ pharmaceutical-funded studies for the bias
²⁴ referenced here?
²⁵        MS. JOHNSTON:  I object to the

Page 85

¹ form.
²        THE WITNESS:  Well, what I
³ would tell you is -- Mr. Tracey, is
⁴ what I said in my previous answer, is
⁵ that our investigators have complete
⁶ editorial separation from
⁷ pharmaceutical -- from the
⁸ pharmaceutical industry when we get
⁹ funding from this, like we did in the
¹⁰ two examples I gave you where I was
¹¹ personally involved.
¹²        So I am confident that the --
¹³ there was no evidence of bias in what
¹⁴ we found in the studies that were
¹⁵ funded by Merck for Mothers and
¹⁶ Alydia Health.
¹⁷ QUESTIONS BY MR. TRACEY:
¹⁸    Q.    But, Dr. D'Alton, you
¹⁹ understand what these researchers are saying
²⁰ is, even though you don't think there was any
²¹ bias, the mere fact of funding across 8,000
²² studies proved otherwise?
²³        MS. JOHNSTON:  Object to the
²⁴ form.
²⁵        THE WITNESS:  You know, it's

Page 86

1    not my experience, Mr. Tracey, as I've
2    said to you.  I would have to look at
3    these studies to make a comment on it,
4    and this is -- you know, this is
5    something that I have not reviewed
6    before today.
7    QUESTIONS BY MR. TRACEY:
8        Q.    Okay.  The next paragraph says,
9    "But funding is rarely just funding."
10       They say, "The Cochrane Review
11   I have just described shows that the
12   pharmaceutical industry corruption of medical
13   science doesn't happen through the mechanisms
14   currently assessed by typical, formal
15   methodological measures.  Funding itself
16   corrupts medical science, but this does not
17   mean that it's mysterious."
18       In the next paragraph he says,
19   "There is abundant evidence that conflicts of
20   interest are important in many domains,
21   including across medicine.  For example,
22   financial conflicts on committees producing
23   clinical practice guidelines tend to produce
24   assessments of evidence and recommendations
25   that favor the companies and industries

Page 87

1    involved," and then he cites Cosgrove and
2    Lexchin.
3         Are you familiar with those
4    studies?
5         MS. JOHNSTON:  Object to the
6    form.
7         THE WITNESS:  No, I am not
8    familiar with those studies.
9         (Audio interruption.)
10        MR. TRACEY:  Did I lose -- are
11   you guys there?
12        MS. JOHNSTON:  Yeah, Sean, I
13   think someone on the Zoom is not muted
14   or there's some sort of issue with
15   somebody who just joined the Zoom.
16        MR. TRACEY:  Yeah, yeah.  Okay.
17   I think it was a gremlin in my
18   computer.
19   QUESTIONS BY MR. TRACEY:
20       Q.    So let me reask the question,
21   Doctor.  That sentence where they say -- it's
22   highlighted, "There's abundant evidence that
23   conflicts of interest are important in many
24   domains across medicine.  For example,
25   financial conflicts on committees producing

Page 88

1    clinical practice guidelines tend to produce
2    assessments of evidence and recommendations
3    that favor the companies and industry
4    involved."
5         Are you familiar with the
6    literature that's being cited there?
7         MS. JOHNSTON:  Object to the
8    form.
9         THE WITNESS:  No, I am not
10   familiar with this particular
11   literature from 2013 and 2020.  I
12   would have to look it up.
13   QUESTIONS BY MR. TRACEY:
14       Q.    Okay.  Do you belong to the
15   Society for Maternal-Fetal Medicine?  You do,
16   don't you?
17       A.    Yes, I do.
18       Q.    And you belong to ACOG, do you
19   not?
20       A.    Yes.  I'm a member -- a fellow
21   of the American College of Obstetricians and
22   Gynecologists.
23       Q.    Okay.
24        MS. JOHNSTON:  Sean, and I want
25   to --

Page 89

1         MR. TRACEY:  Yeah.  Yeah.
2    Let's --
3         MS. JOHNSTON:  If you're done
4    with this one, can we take a break?
5         MR. TRACEY:  Yeah, let's take a
6    break.
7         MS. JOHNSTON:  Great.
8         MR. TRACEY:  Five minutes?
9         MS. JOHNSTON:  Yeah, that's
10   fine.
11        VIDEOGRAPHER:  The time right
12   now is 10:20 a.m.  We are off the
13   record.
14    (Off the record at 10:20 a.m.)
15        VIDEOGRAPHER:  The time right
16   now is 10:38 a.m.  We're back on the
17   record.
18        (D'Alton Exhibit 921 marked for
19   identification.)
20   QUESTIONS BY MR. TRACEY:
21       Q.    I'm going to hand you an
22   article that you actually wrote.  It's
23   Exhibit 921.  It's called "Scientific
24   Evidence Underlying the American College of
25   Obstetricians and Gynecologists' Practice

¹ Bulletins."  And it says it's original
² research.
³         Do you remember this article?
⁴     MS. JOHNSTON:  One second,
⁵ Sean.  We're just getting a copy.
⁶ Sorry.
⁷     MR. TRACEY:  Oh.  Yeah, sorry.
⁸     MS. JOHNSTON:  921?
⁹     MR. TRACEY:  Yeah, this is 921.
¹⁰ QUESTIONS BY MR. TRACEY:
¹¹     Q.    And do you see your name there,
¹² Dr. D'Alton, Mary E. D'Alton there?
¹³     A.    Yes, I do.
¹⁴     Q.    And that's you, right?
¹⁵     A.    Yes.
¹⁶     Q.    And this is a study that you
¹⁷ wrote with other authors or that you
¹⁸ conducted with other authors to explore the
¹⁹ quality of evidence that underline ACOG
²⁰ practice bulletins, right?
²¹     A.    Let me just look.  If you just
²² give me a minute to look at it and refresh my
²³ memory.
²⁴     Q.    I think the answer is contained
²⁵ in the title.

¹     A.    Yes, I've just had an
² opportunity to take a look at it.  Thank you.
³     Q.    Okay.  And let's look at the
⁴ objective.
⁵         This is -- this is your study,
⁶ right?
⁷     A.    Well, I'm part of this study.
⁸ The lead author is Jason Wright.
⁹     Q.    Yeah enough.
¹⁰         But you're -- you signed the
¹¹ study.  You're one of the authors?
¹²     A.    That is correct.
¹³     Q.    It says the "Objective."  It
¹⁴ says, "Clinical guidelines are an important
¹⁵ source of guidance for clinicians."
¹⁶         And that, of course, is true,
¹⁷ isn't it?
¹⁸     A.    Yes.
¹⁹     Q.    For example, ACOG has a
²⁰ response to the consensus statement with
²¹ respect to whether or not guidelines for
²² dispensing Tylenol during pregnancy should be
²³ changed, right?
²⁴     MS. JOHNSTON:  Object to the
²⁵ form.

¹     THE WITNESS:  Yes.  ACOG wrote
² a response to the Bauer '21 document,
³ yes.
⁴ QUESTIONS BY MR. TRACEY:
⁵     Q.    Yes, Doctor.  We're going to
⁶ get to that shortly.
⁷         You go on to say, "Few studies
⁸ have examined the quality of scientific data
⁹ underlying evidence-based guidelines.  We
¹⁰ examined the quality of evidence that
¹¹ underlies the recommendations made by the
¹² American College of Obstetricians and
¹³ Gynecologists, the College."
¹⁴         That's -- sometimes you guys
¹⁵ call it "the College," right?
¹⁶     A.    Correct.
¹⁷     Q.    Down at the bottom, you'll just
¹⁸ see you published this in 2011 or it was
¹⁹ published by ACOG in 2011.
²⁰         Do you see that?
²¹     A.    Yes, it was published by
²² The Green Journal, which is the major journal
²³ of ACOG.
²⁴     Q.    Yes.
²⁵         Then it's got -- down there

¹ it's got "From the Divisions of Gynecologic
² Oncology and Maternal-Fetal Medicine,
³ Department of Obstetrics and Gynecology,
⁴ Columbia University" there, right?
⁵         That's where the authors were?
⁶     A.    That is correct.
⁷     Q.    If we go over to the
⁸ paragraph -- the second full paragraph on the
⁹ right, it says, "The past two decades have
¹⁰ witnessed a dramatic increase in the number
¹¹ of available guidelines.  For adult
¹² pharyngitis alone, there are ten different
¹³ guidelines from various groups.
¹⁴         "Although guidelines provide
¹⁵ useful information for clinicians, they have
¹⁶ limitations.  First and foremost, guidelines
¹⁷ are only as good as the evidence that
¹⁸ underlies them.  Evaluations of a number of
¹⁹ guidelines have found that many
²⁰ recommendations are based on low-quality
²¹ evidence and expert opinion.
²²         "This is particularly
²³ problematic as expert opinion is subject to
²⁴ bias, either implicit -- implicit or
²⁵ subconscious."

Page 94

1       Did I read all that correctly,
2 Doctor?
3       A.    Yes, you did.  You've read that
4 correctly.
5       Q.    And when you-all said this, you
6 had concerns about the quality of the ACOG
7 guidelines, didn't you?
8       MS. JOHNSTON:  Object to the
9 form.
10      THE WITNESS:  I'm not sure that
11   we had concerns about the quality of
12   the ACOG guidelines.  We wanted to
13   review the ACOG guidelines to see what
14   level of evidence was in the ones that
15   we studied in the 84 practice
16   bulletins that we studied to determine
17   the quality of the evidence behind
18   each one.
19 QUESTIONS BY MR. TRACEY:
20      Q.    Yes.  Yes, Doctor.
21      And the lowest kind of
22 evidence, the lowest quality evidence you
23 write is of expert opinion?
24      A.    Sorry, where is that?  I
25 apologize.

Page 95

1       MS. JOHNSTON:  Object to the
2 form.
3 QUESTIONS BY MR. TRACEY:
4       Q.    Yeah.
5       It's where it says, "Evaluation
6 of a number of guidelines have found that
7 many recommendations are based on low-quality
8 evidence and expert opinion.  This is
9 particularly problematic as expert opinion is
10 subject to bias, either implicit or
11 subconscious."
12      MS. JOHNSTON:  Just wait for a
13   question.
14 QUESTIONS BY MR. TRACEY:
15      Q.    You agree, Doctor, that expert
16 opinion is the lowest of quality evidence?
17      MS. JOHNSTON:  Object to the
18   form.
19      THE WITNESS:  Yes, that is the
20   lowest quality of evidence in practice
21   bulletins.
22 QUESTIONS BY MR. TRACEY:
23      Q.    And one of the things -- well,
24 when you say this is particularly problematic
25 as expert opinion is subject to bias, either

Page 96

1 implicit or subconscious, what that means is
2 that whoever is writing the bulletins may
3 have biases that we don't know about, and
4 those biases could even be subconscious; that
5 is, the author doesn't even recognize the
6 bias, right?
7       MS. JOHNSTON:  Object to the
8   form.
9       THE WITNESS:  That's possible.
10 QUESTIONS BY MR. TRACEY:
11      Q.    Yeah.
12      In fact, you cited to four
13 articles to prove that point, didn't you?  2,
14 4, 11 and 12.
15      MS. JOHNSTON:  Object to the
16   form.
17      THE WITNESS:  Let me just look
18   at that.
19 QUESTIONS BY MR. TRACEY:
20      Q.    Do you want to look at them?
21 We'll look at them one by one, if you want.
22      If you'll turn, Ray, to the
23 references for the claim they made there.
24 Number 2 is a article called "Why
25 guideline-making requires reform" published

Page 97

1 in JAMA.
2       That's one article that you
3 cited, right?
4       A.    That is correct.
5       Q.    Number 4 is "Reassessment of
6 clinical practice guidelines:  Go gently into
7 that goodnight."
8       That's another one that you
9 cited.
10      A.    That is correct.
11      Q.    Number 11 you cited in support
12 of that position was relations -- number 11,
13 "Relationships between authors of clinical
14 practice guidelines and the pharmaceutical
15 industry," and that also was published in
16 JAMA.
17      All three of those were in
18 JAMA, right?
19      A.    That is correct.
20      Q.    JAMA is one of the premiere
21 scientific medical journals in the world,
22 isn't it?
23      MS. JOHNSTON:  Object to the
24   form.
25      THE WITNESS:  JAMA is a very

1    well-respected journal, yes.
2    QUESTIONS BY MR. TRACEY:
3        Q.    And then number 12 you cited,
4    "Detsky, sources of bias for authors of
5    clinical practice guidelines."
6           Right?
7        A.    Yes.
8        Q.    And the reason that's a problem
9    is because the rank-and-file physicians rely
10   on ACOG leaders to give them -- to put out
11   practice bulletins and guidelines so that
12   they can apply them in their clinical
13   practice, right?
14          MS. JOHNSTON:  Object to the
15   form.
16          THE WITNESS:  I would say they
17   may rely.  They don't always rely on
18   ACOG guidelines, but they may rely on
19   ACOG guidelines.
20   QUESTIONS BY MR. TRACEY:
21       Q.    Well, you certainly put them
22   out so that they have them to rely on if they
23   choose to?
24          MS. JOHNSTON:  Object to the
25   form.

1          THE WITNESS:  That is correct.
2    The objective is to educate the
3    fellows of ACOG in the best care of --
4    or the most optimal care for women and
5    their families.
6    QUESTIONS BY MR. TRACEY:
7        Q.    Yes.
8           All right.  Well, let's look
9    and see what you found in your study.  If we
10   flip over to the discussion section on
11   page 509, we get your results.
12          It says, "Our findings suggest
13   that only a third of the recommendations put
14   forth by the college in their practice
15   bulletins are based on high-quality,
16   consistent scientific evidence."
17          Was that a surprise to you,
18   Doctor, at the time when you made this
19   finding?
20          MS. JOHNSTON:  Object to the
21   form.
22          THE WITNESS:  It was not really
23   a surprise to me because there's a
24   number of issues that we have in
25   obstetrics and gynecology where we are

1    not aware of the correct treatment,
2    and that would be treatment of preterm
3    labor, for instance.
4           So the appropriate treatment of
5    hypertension was under investigation
6    at that time.
7           So there's a number of
8    conditions in obstetrics that we're
9    still investigating as to what the
10   best course of action would be.
11   QUESTIONS BY MR. TRACEY:
12       Q.    Okay.  You go on to say, "Among
13   the more than 700 specific recommendations
14   issued over the past decade, 30 percent are
15   level A guidelines based on good and
16   consistent scientific evidence, 38 percent of
17   recommendations are based on limited or
18   inconsistent evidence, and 32 percent are
19   based primarily on consensus and expert
20   opinion."
21          That's what you-all found?
22       A.    That's what we found, yes.
23       Q.    And the 32 percent based on
24   consensus and expert opinion, that is the
25   lowest quality of evidence?

1          MS. JOHNSTON:  Object to the
2    form.
3          THE WITNESS:  That is the
4    lowest quality of scientific evidence,
5    yes.
6    QUESTIONS BY MR. TRACEY:
7        Q.    Did you -- I don't think your
8    paper explored why it is 32 percent of your
9    practice bulletins were based on low quality
10   evidence.
11          Do you remember if you found
12   out why?
13          MS. JOHNSTON:  Object to the
14   form.
15          THE WITNESS:  I would have to
16   read the entire article to be able to
17   answer that because it's been some
18   time ago.  I don't remember if we said
19   anything about the potential reasons
20   why.
21          MS. JOHNSTON:  You can read it.
22          THE WITNESS:  Can I read it?
23          MS. JOHNSTON:  Uh-huh.
24   QUESTIONS BY MR. TRACEY:
25       Q.    Do you -- yeah.  No, we don't

1 need to do that.  I'm fairly certain the
2 answer is not in there, but if you knew
3 otherwise, I was going to give you an
4 opportunity to say so.
5        All right.  Well, let's --
6        MS. JOHNSTON:  Well, I'll just
7    object to counsel's statement, but if
8    you've got a question, that's fine.
9        Dr. D'Alton, if you --
10       MR. TRACEY:  Yeah, no, I don't
11   have a question.
12       (D'Alton Exhibit 997 marked for
13   identification.)
14 QUESTIONS BY MR. TRACEY:
15   Q.    The next exhibit I want to,
16 Ray, hand you is Exhibit 997.
17        This is an article called
18 "Financial ties between leaders of
19 influential US professional medical
20 associations and industry:  Cross-sectional
21 study."
22        Are you familiar with this
23 study, Dr. D'Alton?
24   A.    No, I am not.
25   Q.    In your --

1        MS. JOHNSTON:  And, Sean,
2    we're getting a copy.
3        THE WITNESS:  Sorry.  We're
4    waiting to get a copy, Mr. Tracey.
5 QUESTIONS BY MR. TRACEY:
6    Q.    Oh, sorry.  Well, this question
7 I'm about to ask you doesn't have anything to
8 do with the article, so let me ask it.
9        Do you typically in your work
10 at Columbia or -- or even in your free time
11 spend time exploring issues for paid
12 scientific or journal articles that have been
13 published that look at the financial ties
14 between US professional medical associations
15 and industry?
16       MS. JOHNSTON:  Object to the
17   form.
18       THE WITNESS:  I -- your
19   question was, do I spend time thinking
20   about that during my free time or
21   at -- or at Columbia?
22       What I would say is that --
23 QUESTIONS BY MR. TRACEY:
24   Q.    I didn't say thinking about it.
25   A.    I apologize.

1    Q.    Let me ask --
2    A.    Thank you.
3    Q.    Yeah.  No, that's good.  If you
4 don't remember or --
5    A.    Yeah.
6    Q.    -- have a question, please tell
7 me.
8        So my question was, are you
9 familiar -- do you keep abreast of the
10 medical and scientific literature that
11 explores issues related to US professional
12 medical associations and industry, financial
13 ties between the two?
14       MS. JOHNSTON:  Object to the
15   form.
16       THE WITNESS:  No, I don't keep
17   abreast of the literature related
18   that -- to that topic.
19       I just shared with you in my
20   own work and for our department at
21   Columbia, we have an independent
22   process to industry and the trials
23   that we conduct.
24       So I'm certainly aware of
25   potential conflicts, but I don't keep

1 abreast of the literature because I
2 believe we have a situation at
3 Columbia where we keep -- we keep
4 separate from the -- from industry.
5 We have complete editorial --
6 QUESTIONS BY MR. TRACEY:
7    Q.    Well --
8    A.    We have complete editorial
9 disassociation and complete editorial
10 freedom.
11   Q.    My question was not about
12 Columbia, Dr. D'Alton.
13        My question was about US
14 professional medical associations and
15 industry.
16        You are a member of influential
17 US professional medical associations, are you
18 not?
19       MS. JOHNSTON:  Object to the
20   form.  Yeah.
21       MR. TRACEY:  Let me ask --
22       MS. JOHNSTON:  I don't know
23   what the question is.
24       MR. TRACEY:  Yep.
25

1  QUESTIONS BY MR. TRACEY:
2      Q.    You are, Doctor, a leader of
3  influential US professional medical
4  associations, are you not?
5          MS. JOHNSTON:  Object to the
6  form.
7          THE WITNESS:  I'm not a leader
8  of those professional medical
9  societies anymore.  I used to have a
10 role at the Society for Maternal-Fetal
11 Medicine where I was a president, and
12 I ran their foundation to do research
13 and stimulate research in pregnancy.
14         And I was very active in ACOG
15 in many of their documents in the
16 earlier parts of my career.
17         More recently, my association
18 with ACOG is here in New York where I
19 lead -- co-lead the Safe Motherhood
20 Initiative.
21         So I don't have a leadership
22 role in ACOG as a role or in SMFM as a
23 role right now.
24 QUESTIONS BY MR. TRACEY:
25     Q.    But you have in the past?

1      A.    That is correct, I have in the
2  past, where I have -- I have been past
3  president of SMFM.  I've done the
4  committees -- many committee opinions with
5  ACOG, and I've been involved in many of their
6  publications.
7      Q.    Okay.  And just to -- for the
8  record, we'll point out that this article
9  we're about to explore was published in BMJ.
10         That's the British Medical
11 Journal, right?
12     A.    Okay.
13     Q.    Do you see that?
14     A.    Let me look here.  Sorry.  I'm
15 just looking at the computer and looking at
16 the -- at the exhibit.  So just give me a
17 moment.
18     Q.    At the bottom of the page, it
19 says, "BMJ, 2020."
20     A.    Yes.
21     Q.    And the British Medical Journal
22 is a highly respected medical journal,
23 correct?
24         MS. JOHNSTON:  Object to the
25 form.

1          THE WITNESS:  It's a respected
2  journal.  I'm not sure of its impact
3  factor, but it's a respected journal.
4  QUESTIONS BY MR. TRACEY:
5      Q.    All right.  Under results of
6  the study, there -- oops, down there, the
7  abstract results.  It says, "235 of 328
8  leaders (72 percent), had financial ties to
9  industry.  Among 293 leaders who were medical
10 doctors or doctors of osteopathy, 235 (or
11 80 percent) had ties.
12         "Total payments for 2017 to
13 2019 leadership were almost $130 million,
14 with a median amount for each leader of
15 $31,000, interquartile range, 1157 to
16 245,272.
17         "General payments, including
18 those for consultancy and hospitality, were
19 24 million, and research payments were
20 104 million -- $104.6 million, predominantly
21 payments to academic institutions with
22 association leaders named as principal
23 investigators."
24         Did I read that correctly?
25         MS. JOHNSTON:  Object to the

1  form.
2          THE WITNESS:  You read it the
3  way it is said here.  That is correct.
4  QUESTIONS BY MR. TRACEY:
5      Q.    Have you been a principal
6  investigator at Columbia?
7      A.    Yes.
8      Q.    Okay.  And then if we go to the
9  conclusions, it says, "Financial relationship
10 between the leaders of influential US
11 professional medical associations and
12 industry are extensive, although with
13 variation among the associations.
14         "The quantum of payments raises
15 questions about independence and integrity,
16 adding weight to calls for policy reform."
17         Ma'am, are you aware of the
18 calls for policy reform with respect to
19 financial ties between US professional
20 medical associations and industry?
21         MS. JOHNSTON:  Object to the
22 form.
23         THE WITNESS:  I'm aware that's
24 an issue.  With calls for it, I can't
25 say I'm specifically aware of who's

Page 110

1  calling for what.
2      So I would -- I -- I'm aware of
3  the issue of influence of -- potential
4  influence of pharmaceutical -- the
5  pharmaceutical industry and
6  professions --
7  QUESTIONS BY MR. TRACEY:
8      Q.   Are you --
9      A.   -- professional medical
10 associations.  Sorry.
11     MS. JOHNSTON:  No.  You can
12 finish your response, Dr. D'Alton.
13 QUESTIONS BY MR. TRACEY:
14     Q.   Yeah, I'm sorry.  Sorry about
15 that.
16     A.   No worries.
17     Q.   Are you -- yeah.
18     Are you calling for reform,
19 Doctor?
20     MS. JOHNSTON:  Object to the
21 form.
22     THE WITNESS:  I need to know
23 more about it to look into this.  I
24 can -- I've just shared with you how
25 we've reformed things at Columbia with

Page 111

1  respect to US professional medical
2  associations.
3      I know that it is very much at
4  the forefront of ACOG and SMFM and
5  all -- and all conflicts must be
6  declared if you're working on a
7  practice bulletin, and there's -- and
8  you're not allowed to work on a
9  practice bulletin at ACOG if there is
10 a conflict of interest that's been
11 declared.
12 QUESTIONS BY MR. TRACEY:
13     Q.   Are you sure about that?
14     MS. JOHNSTON:  Object to the
15 form.
16     THE WITNESS:  At the present
17 time, I understand that's the case,
18 yes.
19 QUESTIONS BY MR. TRACEY:
20     Q.   When did that start?
21     MS. JOHNSTON:  Object to the
22 form.
23     THE WITNESS:  I don't remember
24 exactly when it started, but this
25 is -- there has been a continual

Page 112

1  process of improvement at ACOG and at
2  SMFM with their guidelines and how
3  they have arrived at their guidelines.
4  I'm not sure of the exact year when
5  that happened.
6      (D'Alton Exhibit 967 marked for
7  identification.)
8  QUESTIONS BY MR. TRACEY:
9      Q.   Okay.  Let's move on
10 Exhibit 967.  This is a commentary by Adam
11 Wolfberg.  I don't know if you know
12 Dr. Wolfberg.  Do you or -- I don't know if
13 he's a doctor actually.
14     And the name of the commentary
15 is, "Conflict of interest related to clinical
16 practice is underreported:  The case of
17 noninvasive prenatal testing."
18     Yeah, I'm sorry.  He is a
19 doctor.  He's a -- he's a maternal-fetal
20 medicine doctor, Dr. Wolfberg.
21     Do you know him?
22     A.   I believe I've heard of him,
23 but I can't remember specifically at this
24 point.
25     Q.   Okay.  Let's read the abstract

Page 113

1  together.  It says, "Authors of policy
2  statements from the American College of
3  Obstetricians and Gynecologists and from the
4  Society of Maternal-Fetal Medicine do not
5  acknowledge the potential for their clinical
6  income to influence their opinions or the
7  positions of the societies they represent."
8      Do you agree with that?
9      MS. JOHNSTON:  Object to the
10 form.
11     THE WITNESS:  I don't know the
12 basis for his -- for that statement.
13 I would have to look at it more
14 carefully.  I don't know the basis for
15 that.
16 QUESTIONS BY MR. TRACEY:
17     Q.   Well, he might tell us in the
18 next sentence.
19     It says, "These policy
20 statements were published in Obstetrics and
21 Gynecology in the American College of
22 Obstetricians and Gynecologists, again,
23 without acknowledgment of the potential for
24 conflict of interest.
25     "The case of noninvasive

Page 114

1  prenatal testing, which has threatened the
2  role of maternal-fetal medicine in the
3  practice of prenatal screening and diagnosis,
4  has significantly reduced the demand for
5  invasive prenatal diagnosis, illustrates the
6  importance of identifying this potential
7  conflict."
8       Do you know what he's speaking
9  of, Doctor?
10      MS. JOHNSTON:  Object to the
11  form.
12      THE WITNESS:  I don't know
13  specifically what he is -- what he is
14  speaking about.  But certainly the
15  fact that these -- the statement that
16  he is saying here about the case of
17  noninvasive prenatal testing which has
18  threatened the role of maternal-fetal
19  medicine in the practice of prenatal
20  screening and diagnosis, I strongly
21  disagree with that portion of it
22  because it has completely changed
23  practice in prenatal diagnosis,
24  screening and diagnosis, and is
25  extremely well-accepted by patients.

Page 115

1       So I have no idea what he means
2  by "threatening the role of
3  maternal-fetal medicine."  I think it
4  has enhanced the role of
5  maternal-fetal medicine and enhanced
6  our ability to be able to screen
7  accurately and make an appropriate
8  diagnosis through the use of
9  noninvasive prenatal testing.
10 QUESTIONS BY MR. TRACEY:
11      Q.   Okay.  Let's highlight the date
12 of this article because I -- I think that may
13 be important to his claim.  This is -- this
14 is from October of 2017, about six years ago,
15 Doctor.
16      Do you see that?
17      A.   Yes, I think --
18      Q.   Published --
19      A.   I think it was published in
20 2018 in Prenatal Diagnosis.
21      Q.   Yeah, fair enough.
22      But it was written, it looks
23 like, and accepted in 2017, right?
24      A.   It was accepted the -- I
25 believe it's the last day of September in

Page 116

1  '17, yes.
2       Q.   Okay.  Let's see what he says
3  in the first sentence.  He says, "Concern
4  about conflict of interest in medicine dates
5  to at least the middle of the last century,
6  but the current paradigm for considering the
7  potential for financial incentives to
8  influence a physician's duty to put her
9  patient's best interests first may owe its
10 origin to a seminal 1984 editorial in the
11 New England Journal of Medicine entitled 'The
12 New Medical-Industrial Complex.'"
13      Are you familiar with that
14 article?
15      MS. JOHNSTON:  Object to the
16 form.
17      THE WITNESS:  No, I'm not
18 familiar with this article.  At this
19 point.  Have I ever read it?  Maybe,
20 but I can't recall that at this point.
21 QUESTIONS BY MR. TRACEY:
22      Q.   Okay.  If we skip a sentence,
23 he goes on to say, "The concern three decades
24 ago is not substantially different from
25 concern today and can be defined as the

Page 117

1  Institute of Medicine did in a 2009 report,
2  as, quote, 'A set of circumstances that
3  creates a risk that professional judgment or
4  actions regarding a primary interest will be
5  unduly influenced by a secondary interest.'"
6       Are you familiar with the
7  Institute of Medicine report that that is
8  derived from, that quote?
9       MS. JOHNSTON:  I object to the
10 form.
11      THE WITNESS:  I don't recall
12 that statement from the Institute of
13 Medicine.  I'm not sure what it's
14 related to.
15 QUESTIONS BY MR. TRACEY:
16      Q.   Okay.  Do you understand that
17 to be -- the unduly influenced by a secondary
18 interest, do you understand that to be money?
19      MS. JOHNSTON:  Object to the
20 form.
21      THE WITNESS:  I'd need to look
22 at that report to know if that's what
23 they're talking about.
24      So I -- having not read that or
25 not -- maybe I have read it at some

Page 118

1    point, but not having studied that
2    right now, I don't know that that's
3    what they are referring to.
4    QUESTIONS BY MR. TRACEY:
5        Q.    Okay.  They go on to say that,
6    "There are two broad categories of conflict
7    of interest in medicine.  The first, when
8    payment for medical services influences the
9    care a physician chooses to provide to her
10   patient, was the subject of the Stark Laws,
11   three laws passed by Congress between 1989
12   and 1993, that largely prevented physician --
13   physicians from referring patients to
14   facilities that they own."
15           And are you familiar with the
16   history of those laws?
17           MS. JOHNSTON:  Object to the
18       form.
19           THE WITNESS:  I'm not familiar
20       with the history of the Stark Laws,
21       but I'm familiar with the concept of
22       the Stark Laws, which is that of
23       self-referral, and that is not
24       something that is considered to be an
25       ethical practice.

Page 119

1    QUESTIONS BY MR. TRACEY:
2        Q.    Yes.  And laws were enacted to
3    prevent that --
4            MS. JOHNSTON:  Object to the
5        form.
6    QUESTIONS BY MR. TRACEY:
7        Q.    -- right?
8        A.    That's the basis of the
9    Stark Law, but I don't know the history of
10   the Stark Law.
11       Q.    All right.  They go on to say,
12   "The second category of conflict of interest,
13   when payments from companies (typically
14   pharmaceutical or medical device companies)
15   to physicians influence the care provided to
16   a patient, the research findings of an
17   investigator, or the publishes opinions of an
18   author.
19           "This category of conflict was
20   addressed by Congress with the establishment
21   of the Sunshine Act that requires all
22   payments to physicians valued at $10 or
23   greater to be reported by companies that make
24   or sell drugs or devices."
25           And you, of course, are

Page 120

1    familiar with that law?
2        A.    Yes, I am.
3            MS. JOHNSTON:  Object to the
4        form.
5    QUESTIONS BY MR. TRACEY:
6        Q.    You yourself are required to
7    log payments that you received from
8    pharmaceutical companies or industry on a
9    website, correct?
10           MS. JOHNSTON:  Object to the
11       form.
12           THE WITNESS:  I don't do it on
13       a website.  I report those conflicts
14       of interest to my institution.
15   QUESTIONS BY MR. TRACEY:
16       Q.    I see.  Okay.
17           Have you ever looked yourself
18   up on the Open Payments website?
19       A.    Not recently, no, because I
20   report my conflicts of interest.
21       Q.    Okay.  Now, on the right
22   paragraph there, the last sentence in the
23   first paragraph, it says, "Although noted
24   elsewhere, these journals" -- referring to
25   ACOG, the Green and Gray journal.

Page 121

1            "These journals have largely
2    failed to identify conflicts of interest that
3    exists when financial incentives related to
4    an author's practice of medicine may
5    influence their published findings or
6    opinions, even though the impact of financial
7    incentives on clinicians' behavior is
8    well-documented."
9            Are you familiar with what
10   they're referring to in that sentence?
11           MS. JOHNSTON:  Object to the
12       form.
13           THE WITNESS:  I think they're
14       referring to what was in the previous
15       sentence by PubMed search of articles
16       in obstetrics and gynecology over the
17       last decade.
18           And let me just look at the
19       references that they have shown.
20   QUESTIONS BY MR. TRACEY:
21       Q.    Do you want to go through them,
22   3 through 12?
23       A.    I'm just -- I'm just quickly
24   answering them -- looking at -- excuse me,
25   looking at them so I can answer your

1  question.
2         The way I read the references
3  that are stated here is that many of these
4  articles are related to robotic surgery and
5  surgery, and some are related to the benefits
6  of industry and their innovation in research
7  and clinical application of genetic prenatal
8  diagnosis.
9         So I don't think the way the
10  statement is said, that it is highlighting
11  the conflict of interest.  Some of them,
12  particularly the article by Evans, looks at
13  the controversies in prenatal diagnosis,
14  industry drives innovation in research and
15  clinical application of genetic diagnosis and
16  screening, which I'm familiar with this, and
17  it has driven innovation substantially in
18  prenatal diagnosis and screening.
19         So it mentions some things
20  about conflicts of interest, but it doesn't
21  mention anything about the potential benefits
22  of pharmaceutical innovation in the field of
23  prenatal screening and diagnosis.
24         So I believe that is
25  misleading.

1    Q.    I see.
2         So you want to draw our
3  attention to the benefits of industry
4  dollars?
5         MS. JOHNSTON:  I object to the
6  form.
7         THE WITNESS:  I don't -- that's
8  not -- that's not what I'm responding
9  to.  I'm responding to the articles
10  that were quoted here on extensive
11  focus of financial relationships
12  between investigators and
13  pharmaceutical and device companies,
14  which was referenced here.
15         And what I'm saying is that
16  many of those have been around robotic
17  surgery, but the one that he is
18  reporting on is noninvasive prenatal
19  testing.
20         And I for one know of the
21  amazing revolution that has occurred
22  in prenatal screening and diagnosis
23  because of innovation by specific
24  companies.
25         So that is not acknowledged as

1  a benefit here, although it's
2  referenced.
3  QUESTIONS BY MR. TRACEY:
4    Q.    Doctor, we're going to look at
5  it later.
6         Are you familiar with the
7  vaginal mesh disaster in your field?
8         MS. JOHNSTON:  Object to the
9  form.
10         THE WITNESS:  I'm an
11  obstetrician, and I practice OB and
12  maternal-fetal medicine, and I'm
13  certainly aware of the issues
14  related -- some of the issues related
15  to mesh, but it's not my specialty,
16  and I'm not up on all of the issues
17  surrounding this.
18         So I really don't believe I'm
19  qualified to answer that because I
20  don't practice gynecology.
21  QUESTIONS BY MR. TRACEY:
22    Q.    Okay.  Do you do
23  robotic-assisted surgery?
24    A.    No, I don't do robotic-assisted
25  surgery  This here is about noninvasive

1  prenatal testing, and I'm pretty familiar
2  with that.
3    Q.    I thought you were drawing my
4  attention to robotic-assisted surgery
5  innovations.
6    A.    Well, we -- there's no doubt
7  that is uncontested, that there's innovation
8  in robotic surgery, but the article by
9  Dr. Wolfberg here is related to the case of
10  noninvasive prenatal testing, and many of his
11  references are not related to that.
12    Q.    Ah, I see.
13         Okay.  All right.  Well,
14  let's flip over to the next page and see what
15  he says.
16         He says, "Policy statements for
17  the American College of Obstetricians and
18  Gynecologists from the Society for
19  Maternal-Fetal Medicine regarding the role of
20  NIPT in obstetric practice were similarly
21  written by clinicians who failed to note
22  their conflict of interest related to their
23  practice.
24         "These statements were
25  published in Obstetrics and Gynecology and

Page 126

1 the American Journal of Obstetrics and
2 Gynecology.
3       "Fifteen of 23 members of the
4 ACOG committees and each of the 17 members of
5 the SMFM publications committee that authored
6 the policy statements practice maternal-fetal
7 medicine, a field that derives a significant
8 portion of its income from fetal ultrasound
9 examinations, including measurement of the
10 nuchal translucency that is part of most
11 aneuploidy screening tests that are performed
12 in the first trimester.
13       "Furthermore, traditional
14 aneuploidy screening tests generate follow-up
15 testing that is typically performed by
16 maternal-fetal medicine physicians."
17       Now, do you understand what
18 he's saying there, Dr. D'Alton?
19       MS. JOHNSTON:  Object to the
20   form.
21       THE WITNESS:  I think what he's
22   saying here is quite honestly
23   ridiculous because it means that no
24   maternal-fetal medicine physician
25   could comment -- who practiced

Page 127

1   clinical medicine could comment on
2   this.
3       So this is not about
4   relationships with industry.  This is
5   what they do and what I -- we do in
6   our daily practice, which is the
7   practice of fetal ultrasound
8   examination.
9       So respectfully, I totally
10   disagree with this comment.
11 QUESTIONS BY MR. TRACEY:
12   Q.   Well, what he's saying, though,
13 is that you can't comment -- he's saying that
14 when you comment, you better disclose your
15 financial interests, right?
16       MS. JOHNSTON:  Object to the
17   form.
18       THE WITNESS:  I mean, that is
19   disclosing essentially -- that's
20   saying the same as your financial
21   interests are that I practice
22   medicine.
23       Because that's what
24   obstetricians, gynecologists and
25   maternal-fetal medicine do who do

Page 128

1   ultrasound.
2       So I have never during my
3   academic life put as a conflict, I
4   practice medicine and do ultrasound
5   and prenatal diagnosis.  I feel that's
6   the practice of medicine and not a
7   conflict.
8 QUESTIONS BY MR. TRACEY:
9   Q.   But I think what he's saying,
10 Doctor, to be fair, is the policy statements
11 pushing back on noninvasive prenatal testing
12 were written by those that had financial
13 incentives to push back on it something that
14 you quite candidly have acknowledged today is
15 accepted, right?
16       MS. JOHNSTON:  Object to the
17   form.
18       THE WITNESS:  I don't know what
19   you mean by pushing back on it.  The
20   members of the ACOG committees, it
21   doesn't say who they are, and the 17
22   members of --
23 QUESTIONS BY MR. TRACEY:
24   Q.   Doctor --
25   A.   -- the publications committee,

Page 129

1 it doesn't say that.  It says that they're
2 deriving a significant portion of their
3 income from fetal ultrasound examinations.
4 That means they're practicing medicine.  I
5 don't know who else would be qualified to do
6 this.
7   Q.   It's not a matter of who's
8 qualified, Doctor.  It's whether you disclose
9 that your policy statement resisting --
10 resisting the acceptance of noninvasive
11 prenatal testing, that when you write a
12 policy statement against new technology, you
13 should recognize that it is financially in
14 your interest to do so.  That's the point.
15       MS. JOHNSTON:  Wait for a
16   question.
17       (D'Alton Exhibit 921A marked
18   for identification.)
19 QUESTIONS BY MR. TRACEY:
20   Q.   All right.  Well, let's move on
21 to the next article.  It's Exhibit 921A,
22 called "Evaluating financial conflicts of
23 interest among contributors to the clinical
24 practice guidelines of the American College
25 of Obstetricians and Gynecologists."

¹ This was published in July
² of 2020 in the journal of the American
³ Osteopathic Association.
⁴ By the way, Doctor, just as
⁵ sort of a threshold matter, do you believe
⁶ that these types of papers that evaluate
⁷ conflicts of interest among contributors to
⁸ clinical practice guidelines of ACOG are
⁹ helpful to the public?
¹⁰ MS. JOHNSTON:  Object to the
¹¹ form.
¹² THE WITNESS:  I would need to
¹³ know which one to comment on, but I
¹⁴ can tell you the last one was
¹⁵ unhelpful.  I have no idea what the
¹⁶ benefit of that last one by
¹⁷ Dr. Wolfberg was.
¹⁸ Others -- you know, I don't
¹⁹ want to answer as a blanket statement.
²⁰ We'll go through each one, and I can
²¹ give my comments about whether it's
²² useful or not.
²³ QUESTIONS BY MR. TRACEY:
²⁴ Q.   So this one, if you just flip
²⁵ down to the -- scroll down to the results

¹ section, it says, "General and research
² payments were calculated among 65 physicians
³ in the Open Payments database:  44 physician
⁴ members of both the obstetrics and gynecology
⁵ practice bulletin committees, 4 2016 ACOG
⁶ executive board physician members, and 17
⁷ contributing physician authors.
⁸ "Research payments accounted
⁹ for greater than 78 percent of all payments.
¹⁰ Consulting, travel and lodging and speaking
¹¹ fees totaled greater than $90,000 and
¹² contributed to more than 90 percent of the
¹³ total amount of general statements.  Food and
¹⁴ beverage payments contributed to 10 percent
¹⁵ of all general payments.  Three covered
¹⁶ members were noncompliant with the financial
¹⁷ conflict of interest guidelines, receiving
¹⁸ industry payments exceeding $5,000."
¹⁹ Are you familiar with this
²⁰ paper?
²¹ A.   No, I'm --
²² MS. JOHNSTON:  Object to the
²³ form and object to the preamble.
²⁴ THE WITNESS:  I'm not familiar
²⁵ with this paper.

¹ QUESTIONS BY MR. TRACEY:
² Q.   All right.  Well, let's flip
³ over and see what these authors have to say.
⁴ A.   Let me just see who they are.
⁵ Let me just see who they are first.
⁶ Q.   Yeah, they're there.  Let's
⁷ look.
⁸ A.   Thank you.
⁹ Q.   Micah Wright, Lance Frye,
¹⁰ Luanne Vo Solis, Jake Checketts, Carlos
¹¹ Guevara, Larissa Smith and Matt Vassar.
¹² It looks like they're at Center
¹³ for Health Sciences at Oklahoma State
¹⁴ University --
¹⁵ A.   Got it.
¹⁶ Q.   Obstetrics and Gynecology,
¹⁷ right?  Do you know any of them?
¹⁸ A.   I don't know any of them, no.
¹⁹ Q.   All right.  They say, "A
²⁰ substantial body of evidence affirmed that
²¹ the" --
²² A.   Where are we now?  Oh, sorry.
²³ Apologize.  Okay.  Got it.
²⁴ Q.   Top of the page.
²⁵ A.   Yeah.

¹ Q.   "A substantial body of evidence
² affirms the detrimental effects of financial
³ conflicts of interest, including their
⁴ influence on physicians' prescribing
⁵ practices and interpretation of clinical
⁶ results.
⁷ "A retrospective study of
⁸ industry payments to physicians found that
⁹ obstetrics and gynecology ranked fourth out
¹⁰ of 35 medical specialty for receipt of
¹¹ industry payments to individual physicians."
¹² Did you know that, ma'am?
¹³ MS. JOHNSTON:  Object to the
¹⁴ form.
¹⁵ THE WITNESS:  I did not know
¹⁶ that at this point, no.
¹⁷ QUESTIONS BY MR. TRACEY:
¹⁸ Q.   Okay.  So out of the 35
¹⁹ specialties, there's one, two -- there's
²⁰ three above obstetrics and gynecology in
²¹ terms of total dollars paid to physicians
²² from industry, right?
²³ MS. JOHNSTON:  Object to the
²⁴ form.
²⁵

Page 134

¹ QUESTIONS BY MR. TRACEY:
²     Q.    Is that right, Doctor?
³     A.    That's what it states here.  I
⁴ have not had an opportunity to review the
⁵ retrospective study that they're quoting.
⁶     Q.    Okay.  I want to talk to you
⁷ about clinical practice guidelines because
⁸ that's what's in the middle of the page
⁹ there.
¹⁰         It says, "In the field of
¹¹ OB/GYN, standardization of practice is an
¹² important therapeutic goal due to widespread
¹³ variability of clinical practice.
¹⁴ Standardization of practice is critical to
¹⁵ avoid repetitious errors within patient
¹⁶ management.  Clinical practice guidelines,
¹⁷ CPGs, are created, in part, to improve
¹⁸ standardization and encourage the delivery of
¹⁹ evidence-based patient care.  Limited
²⁰ evidence has suggested that a physician's
²¹ adherence to CPG recommendations may be a
²² basis for exoneration in lawsuits and may
²³ decrease the likelihood of attorneys taking
²⁴ up a particular lawsuit.  On the other hand,
²⁵ failure to comply with CPGs may make a

Page 135

¹ physician -- make physicians culpable in
² malpractice litigation.  The development --
³ the development of CPGs under an ethically
⁴ driven, transparent process, including a
⁵ systematic review of the evidence, is highly
⁶ desirable."
⁷         So I have a few questions about
⁸ that as a doctor who has testified in medical
⁹ malpractice cases.
¹⁰         Have you yourself used clinical
¹¹ practice guidelines to defend the conduct of
¹² doctors in medical malpractice cases?
¹³         MS. JOHNSTON:  Object to the
¹⁴ form.
¹⁵         THE WITNESS:  What I use in
¹⁶ medical malpractice cases is I
¹⁷ determine whether the standard of care
¹⁸ was met.  And the standard of care is
¹⁹ simply defined as what a -- the --
²⁰ what a reasonable obstetrician would
²¹ do given a similar set of
²² circumstances.
²³         And so in some instances,
²⁴ clinical guidelines may be applicable,
²⁵ and in others they may not be.  So

Page 136

¹ they help in defining the standard of
² care, but it doesn't always help in
³ the defining of the standard of care.
⁴ QUESTIONS BY MR. TRACEY:
⁵     Q.    So when they were available and
⁶ they helped, did you use them?
⁷     A.    You know, as we've discussed
⁸ this morning, I've done a number of
⁹ depositions and trials, and I can't -- I
¹⁰ can't recall at this point whether I used
¹¹ them when they helped.  I may have referred
¹² to them, but I can't tell you at this point.
¹³         But I don't define the standard
¹⁴ of care based on a clinical practice
¹⁵ guideline.
¹⁶     Q.    No, Doctor, but they certainly
¹⁷ are used as evidence of what the standard of
¹⁸ care is in medical negligence cases?
¹⁹         MS. JOHNSTON:  Object to the
²⁰ form.
²¹ QUESTIONS BY MR. TRACEY:
²²     Q.    Correct?
²³     A.    I would not say it like that,
²⁴ Mr. Tracey.  They're used as one portion of
²⁵ the evidence in -- of defining of standard of

Page 137

¹ care.  They have input into the standard of
² care, but they're not the sole determinant of
³ the standard of care.
⁴     Q.    For example, if a woman sued an
⁵ obstetrician and said, you know what, you
⁶ told me it was safe to take Tylenol during my
⁷ pregnancy, and I had a child with severe
⁸ autism, and I believe it was caused by
⁹ Tylenol.  If she was -- if she sued her
¹⁰ obstetrician, an OB defending their conduct
¹¹ would very likely turn to the -- to the ACOG
¹² statement on Tylenol use in pregnancy,
¹³ wouldn't they?
¹⁴         MS. JOHNSTON:  Object to the
¹⁵ form.
¹⁶         THE WITNESS:  I really don't
¹⁷ know what each person would do.  They
¹⁸ may go to the body of evidence, and
¹⁹ they may go to the individual case to
²⁰ assess a patient's -- or that baby's
²¹ risk for autism based on their genetic
²² risk and what other -- what other
²³ comorbidities that were present in
²⁴ that mother and what was the outcome
²⁵ of the baby, whether it was a preterm

Page 138

baby, whether it was neonatal
encephalopathy.
        So I think various different
clinical scenarios would go into
that -- into that discussion and to
that review.
QUESTIONS BY MR. TRACEY:
    Q.    No doubt, Dr. D'Alton, all of
that's probably true.
        But as a threshold matter,
wouldn't the first thing that a doctor did or
their lawyer is pick up the ACOG response to
the consensus statement and wave it around
for everybody to see?
        MS. JOHNSTON:  I object to the
form.
        THE WITNESS:  Look, I can't
comment on what the first step a
doctor would do or what a lawyer would
do.  That's up to each individual
person.
        I'm just sharing with you what
I would do in med mal, which is look
at the entirety of the case and look
at the risk factors, the background,

Page 139

the maternal risk, the paternal risk,
and come up with a determination.
QUESTIONS BY MR. TRACEY:
    Q.    Well, do you know when the
first epidemiology study associating Tylenol
with neurodevelopmental disorders was
published?
        MS. JOHNSTON:  Object to the
form.
        THE WITNESS:  I think the first
reported risk -- reported association,
excuse me, was somewhere in the '80s.
That's as best I recall.
QUESTIONS BY MR. TRACEY:
    Q.    Okay.
    A.    I can't be 100 percent
confident of that at this point, but it's
some time ago.
    Q.    Do you know if before the
consensus statement in 2021 was published, if
ACOG ever weighed in on the issue of whether
Tylenol can cause neurodevelopmental
disorders?
        MS. JOHNSTON:  Object to the
form.

Page 140

        THE WITNESS:  You know, I don't
have knowledge whether ACOG ever did
anything.  You know, ACOG has many
different outlets for making share
statements and they're very active in
media.  They're very active in
their -- in -- they're very active in
the educational talks that are given
by the different -- by the
organization and by the meetings that
are held by the different -- by the
different subsections of ACOG.
        So have they ever weighed in?
I don't know that.
QUESTIONS BY MR. TRACEY:
    Q.    You didn't -- certainly haven't
cited anything other than their response to
the consensus statement in your report?
        MS. JOHNSTON:  Object to the
form.
        THE WITNESS:  Yes.  I -- I put
in my report the -- their response
that was requested by Dr. Bauer in the
Bauer 2021 article with her 13
authors.

Page 141

QUESTIONS BY MR. TRACEY:
    Q.    Yes.
        But I'm asking about other
things that ACOG may have issued.  Your
report is devoid or lacking any other ACOG
position paper.
        MS. JOHNSTON:  Object to the
form.
QUESTIONS BY MR. TRACEY:
    Q.    Is that true, or did I miss it?
    A.    That is true for my report,
yes, but I think your previous question was,
have they ever weighed in, and I don't know
the answer to that.
    Q.    Okay.
    A.    I have -- I don't -- yeah.
    Q.    Okay.  Down at the bottom of
this article, the last sentence in the
left-hand column says, "Some research would
suggest that many obstetrics and
gynecologists' practice bulletins contain
recommendations based on low-quality
evidence.
        "In particular, 37 percent of
the practice bulletin recommendations is

Page 142

1 based on expert opinion.  Since expert
2 opinion has been shown to be subject to bias,
3 transparent and bias-limiting safeguards must
4 be adopted for writing and revising ACOG
5 practice bulletins."
6        Do you agree with that, ma'am?
7        MS. JOHNSTON:  Object to the
8    form.
9        THE WITNESS:  Yes.  I think the
10    first one that you're quoting is a
11    reference to the article that was --
12    the lead author was Jason Wright, and
13    I'm a coauthor.  So they're quoting
14    that, which I believe was published in
15    2011.  This was a 2020 article.  So,
16    to my knowledge, that has not been
17    updated.
18        And certainly I am aware that
19    ACOG has had many significant
20    improvements in how they're doing
21    their clinical practice guidelines and
22    have published on the methods that
23    they use for their clinical practice
24    guidelines.
25        So in my opinion, I would agree

Page 143

1    with that.  A -- the way the -- first
2    of all, the article that Jason Wright
3    led was published by ACOG in their --
4    published in the ACOG journal.  Excuse
5    me, I misspoke.
6        And also the way they conduct
7    doing practice bulletins -- or
8    clinical practice guidelines, excuse
9    me, has been now published and -- in
10    many different forums.
11 QUESTIONS BY MR. TRACEY:
12    Q.    Can I ask you a question about
13 that?
14    A.    Of course.
15    Q.    Who were the ACOG members that
16 wrote the response to the consensus
17 statement?
18        MS. JOHNSTON:  Object to the
19    form.
20        THE WITNESS:  I'm not --
21 QUESTIONS BY MR. TRACEY:
22    Q.    What are their names?
23    A.    I'm not aware of who the ACOG
24 members were.
25    Q.    And it wasn't disclosed, was

Page 144

1 it, in their response?  They didn't disclose
2 who wrote it?
3        MS. JOHNSTON:  Object to the
4    form.
5        THE WITNESS:  They did not
6    write who wrote it in their report,
7    that is correct.
8 QUESTIONS BY MR. TRACEY:
9    Q.    And there is no financial
10 disclosure or conflict of interest form
11 attached to that response that the world can
12 see, is there?
13        MS. JOHNSTON:  Object to the
14    form.
15        THE WITNESS:  I believe you are
16    correct in that.
17 QUESTIONS BY MR. TRACEY:
18    Q.    So if all of the members of the
19 response to the consensus statement from ACOG
20 were doctors who had taken money from the
21 pharmaceutical industry, we are left without
22 knowing that, aren't we?
23        MS. JOHNSTON:  Object to the
24    form.
25        THE WITNESS:  We certainly

Page 145

1    cannot say that with certainty, but I
2    would say the chances of that are
3    extremely low or approach zero from
4    what I know about the inner workings
5    of ACOG.
6 QUESTIONS BY MR. TRACEY:
7    Q.    Well, then why not disclose it
8 and not make it a mystery?
9        MS. JOHNSTON:  Object to the
10    form.
11        THE WITNESS:  Well, I haven't
12    asked them that.  I can't speak for
13    ACOG, but I certainly have worked with
14    ACOG for long enough that I have
15    enormous confidence in their
16    processes, and I have been extremely
17    impressed at the way they have
18    addressed their clinical practice
19    guidelines, has undergone such a
20    substantial change over the last
21    decade.
22        And now there is an
23    extraordinary detailed process done
24    in -- in publishing -- in the review,
25    the systematic review, the grading of

Page 146

1 the evidence, and the recommendations
2 that are given to the ACOG fellows.
3        MR. TRACEY:  I'm going to
4 object to nonresponsive.
5 QUESTIONS BY MR. TRACEY:
6    Q.    But, Dr. D'Alton, that
7 extensive review is done in secret and is not
8 disclosed to the public.
9        MS. JOHNSTON:  Object to the
10 form.
11 QUESTIONS BY MR. TRACEY:
12    Q.    Right?
13    A.    In my view, it is not done in
14 secret.  It is done by the ACOG staff and by
15 the two -- and there's a publication that has
16 stated, that is existing on the process for
17 clinical practice guidelines by ACOG.  So
18 that is available to the public.
19    Q.    But the money that changes
20 hands between industry and the authors of
21 ACOG practice bulletins is not disclosed?
22        MS. JOHNSTON:  Object to the
23 form.
24        THE WITNESS:  My information at
25 the current time is that all members

Page 147

1 of a practice bulletin or a clinical
2 practice guideline must disclose their
3 conflicts of interests and will not be
4 part of the review if they have a
5 conflict of interest.
6 QUESTIONS BY MR. TRACEY:
7    Q.    Who do they disclose them to?
8 Not the public.
9        MS. JOHNSTON:  Object to the
10 form.
11        THE WITNESS:  Well, they have
12 to disclose them, usually, to their
13 own institutions and to ACOG.
14 QUESTIONS BY MR. TRACEY:
15    Q.    How much money does ACOG, as an
16 organization, take from industry every year?
17        MS. JOHNSTON:  Object to the
18 form.
19        THE WITNESS:  I am not aware of
20 the arrangement, of the financial
21 arrangements, between ACOG and
22 industry.
23 QUESTIONS BY MR. TRACEY:
24    Q.    Are you aware of the financial
25 arrangements between the Society for

Page 148

1 Maternal-Fetal Medicine and industry, what
2 percentage of their income is derived from
3 industry?
4        MS. JOHNSTON:  Object to the
5 form.
6        THE WITNESS:  I know that
7 there's an industry policy with the
8 Society for Maternal-Fetal Medicine,
9 and how that is done, but I'm not
10 aware of the current -- the current
11 contribution of industry to the
12 educational mission of the Society.
13 QUESTIONS BY MR. TRACEY:
14    Q.    Okay.
15        MS. JOHNSTON:  Sean, I'm not
16 trying to interrupt your flow, but
17 we've been going another hour and
18 change.
19        MR. TRACEY:  Can I just finish
20 this paper and then we'll take a
21 break?
22        MS. JOHNSTON:  Yep.
23        MR. TRACEY:  Yeah.
24 QUESTIONS BY MR. TRACEY:
25    Q.    So under the Results section,

Page 149

1 let's just see what this study found.
2        I'm sorry, it's about four
3 pages in.  465.
4    A.    Where are we?  Sorry.  Results?
5    Q.    Yeah, Results section --
6    A.    Okay.  Got it.
7    Q.    Okay.  It says, "Of the 28" --
8 "128 physicians identified, 65 were found to
9 be listed in the Open Payments database as
10 having received at least one form of general
11 payment from an applicable manufacturer, and
12 ten were listed as receiving specific
13 research payments.  Of the 65 physicians with
14 payment data available, 44 were members of
15 both the obstetrics and gynecology practice
16 bulletin committees, four were members of the
17 2016 ACOG executive board, and 17 contributed
18 to the bulletins.  11 physicians were
19 recorded as receiving greater than a thousand
20 dollars in general payments, two received
21 greater than $5,000, and one received greater
22 than $10,000."
23        Do you see that, ma'am?
24    A.    I do.
25    Q.    So two-thirds of the 65

Page 150

¹ physicians who were receiving money from
² industry were members of the obstetrics and
³ gynecology practice bulletin committees,
⁴ right?
⁵         MS. JOHNSTON: Object to the
⁶ form.
⁷         THE WITNESS: I mean, some of
⁸ this is not related to what they were
⁹ receiving individually because it's
¹⁰ stated in the results at the beginning
¹¹ that research -- that 78 percent of
¹² the payments were for research.
¹³         So they may have not received
¹⁴ any direct monies towards them. It
¹⁵ may have gone to their institution.
¹⁶         So I think it's important in
¹⁷ considering the elements of bias as to
¹⁸ what those payments were for, whether
¹⁹ there were -- they were to an
²⁰ institution for research that had
²¹ nothing to do with that particular
²² practice guideline or practice
²³ bulletin.
²⁴         So I really would need to know
²⁵ a lot more about this to give a very

Page 151

¹ reasoned opinion on it.
² QUESTIONS BY MR. TRACEY:
³         Q.    Dr. D'Alton, is it your opinion
⁴ that when the pharmaceutical industry funds
⁵ or finances somebody's career research that
⁶ that doesn't create any bias?
⁷         MS. JOHNSTON: Object to the
⁸ form.
⁹         THE WITNESS: You know, I would
¹⁰ never say never and never say always.
¹¹         What I will say is that from
¹² what I know is of the reputable
¹³ institutions that I'm aware of, that
¹⁴ there's complete editorial
¹⁵ independence from a pharmaceutical
¹⁶ industry.
¹⁷ QUESTIONS BY MR. TRACEY:
¹⁸         Q.    But we saw in the first paper I
¹⁹ showed you about epistemic corruption that
²⁰ the Cochrane review said in spite of all of
²¹ that, the bias still existed.
²²         Remember that?
²³         MS. JOHNSTON: Object to the
²⁴ form.
²⁵         THE WITNESS: I do, and I also

Page 152

¹ said I would need to look at all of
² that in more detail to give a better
³ answer to you because I'm not aware
⁴ how many of those were in obstetrics
⁵ and gynecology journals, and I would
⁶ need to take a much more deep dive
⁷ review of that. That was written by a
⁸ single author, as I recall it, from
⁹ Queen's University.
¹⁰ QUESTIONS BY MR. TRACEY:
¹¹         Q.    Epistemic corruption -- let me
¹² see.
¹³         By the way, on that subject,
¹⁴ has your institution, Columbia, ever
¹⁵ undertaken any research to discover biases
¹⁶ that may exist at Columbia with respect to
¹⁷ accepting industry dollars?
¹⁸         MS. JOHNSTON: Object to the
¹⁹ form.
²⁰         THE WITNESS: I can't say about
²¹ any research, but there is an
²² organization that I was a part of at
²³ Columbia called the -- I believe it
²⁴ was called the Institute or -- of
²⁵ Medicine at Columbia that was led by a

Page 153

¹ wonderful epidemiologist who sadly
² passed away, Dr. Rothman.
³ QUESTIONS BY MR. TRACEY:
⁴         Q.    Doctor, my question was about
⁵ studies and funding of studies. Not about
⁶ wonderful investigators.
⁷         A.    Okay. I --
⁸         MS. JOHNSTON: I -- I'm sorry,
⁹ Sean, you asked her a question, and
¹⁰ she was attempting to answer it. I
¹¹ think that that's --
¹²         MR. TRACEY: She was not. She
¹³ was not. She was filibustering and --
¹⁴         MS. JOHNSTON: I'm sorry, no,
¹⁵ Sean, we're not doing this. No, we're
¹⁶ not doing this. You don't -- if you
¹⁷ don't want her to answer the question
¹⁸ that you're asking, which may require
¹⁹ more than just a "yes" or "no" that
²⁰ you want, she's going to be allowed to
²¹ do that.
²²         We're not going to do this.
²³ You've interrupted her so many times
²⁴ today.
²⁵         MR. TRACEY: She's not going to

Page 154

1  do this live at trial, Sarah.  I
2  don't -- you better get her used to it
3  now.
4       MS. JOHNSTON:  Sean, that's an
5  absolutely absurd thing to say, but
6  this is now the sixth time that you've
7  asked a question, she started to
8  answer it, you've interrupted because
9  you don't like the way that she's
10 answering it, but she very much is.
11 We've got the realtime --
12      MR. TRACEY:  All of that may be
13 true, but I only have so much time.
14 QUESTIONS BY MR. TRACEY:
15      Q.    But let me ask you this,
16 Dr. D'Alton.
17           Have you ever heard the saying
18 "don't bite the hand that feeds"?
19      MS. JOHNSTON:  Object to the
20 form.
21           Sean, you said that we were
22 going to finish up this paper and then
23 we're going to take a break.
24           Let's take a break.  That
25 wasn't a real question --

Page 155

1      MR. TRACEY:  We are.  This --
2      MS. JOHNSTON:  Doctor --
3      MR. TRACEY:  -- is just
4  finishing up this paper.
5      MS. JOHNSTON:  Then finish it.
6  QUESTIONS BY MR. TRACEY:
7      Q.    Doctor, have you ever heard
8  that term?
9      A.    I've heard that from -- since I
10 was a little girl in Ireland where I was told
11 to look after my parents.
12      Q.    And don't bite the hand that
13 feeds, right?
14      MS. JOHNSTON:  Object to the
15 form.
16      THE WITNESS:  I committed to
17 always being there for them, so that's
18 where I've heard it in that context.
19 QUESTIONS BY MR. TRACEY:
20      Q.    Can you think of another
21 context that's relevant to what you and I
22 have been discussing?
23      MS. JOHNSTON:  Object to the
24 form.
25      THE WITNESS:  I would never use

Page 156

1  what -- bite the hand that feeds in
2  terms of conflict of interest in
3  research.
4  QUESTIONS BY MR. TRACEY:
5      Q.    You would not?
6      A.    No, absolutely not.
7      Q.    Can you -- can you understand
8  how others might?
9      MS. JOHNSTON:  Object to the
10 form.
11      Is this about this paper?
12 What --
13      THE WITNESS:  Others might.  I
14 don't know what others would do.  I
15 can't -- you know, I can't get into
16 anyone's head and decide what they
17 would do.
18      MR. TRACEY:  Okay.  All right.
19 Let's take a break.
20      Can we do a real five minutes
21 this time?
22      MS. JOHNSTON:  No, we're going
23 to do ten.
24      MR. TRACEY:  Okay.  All right.
25 Ten is fine.

Page 157

1      MS. JOHNSTON:  Yeah.
2      VIDEOGRAPHER:  The time right
3  now is 11:42 a.m.  We are off the
4  record.
5      (Off the record at 11:42 a.m.)
6      VIDEOGRAPHER:  The time right
7  now is 11:58 a.m.  We are back on the
8  record.
9  QUESTIONS BY MR. TRACEY:
10      Q.    Dr. D'Alton, you have been to
11 the annual meeting of the Society for
12 Maternal-Fetal Medicine in the past, correct?
13      A.    Yes, I believe I've been there
14 every year since its inception, except for
15 one.
16      (D'Alton Exhibit 968 marked for
17 identification.)
18 QUESTIONS BY MR. TRACEY:
19      Q.    Okay.  Ray, can you bring up
20 Exhibit 968?
21      Dr. D'Alton, I got my hands on
22 a brochure for a Society for Maternal-Fetal
23 Medicine Annual Pregnancy meeting from 2018.
24 This meeting took place over, I guess, six
25 days in Dallas, Texas --

Page 158

1    MS. JOHNSTON: Hang on. Hang
2 on, Sean. Sorry. We -- this is not
3 the -- I think we have 968A.
4    MR. TRACEY: Well, maybe --
5    MS. JOHNSTON: This is a public
6 access document.
7    MR. TRACEY: Yeah, that's not
8 it. I'm looking -- this is a long --
9 this is what's on the screen is what
10 I'm looking for.
11    THE WITNESS: Sir, just give us
12 a minute here. No, we got the same
13 one.
14    MR. TRACEY: So, Danny, they're
15 saying they don't have the right one.
16    (Off the record discussion.)
17 QUESTIONS BY MR. TRACEY:
18    Q.    Let me ask this. Do you have
19 in front of you what's on the screen?
20    A.    Yes, I can see what's on the
21 screen here.
22    MS. JOHNSTON: We don't
23 have a -- we don't have a hard copy of
24 it, though, Sean.
25    MR. TRACEY: Yeah, I don't -- I

Page 159

1 don't know why.
2    VIDEOGRAPHER: I've got 168.
3    MR. TRACEY: I've got it as 968
4 is my document.
5    MS. JOHNSTON: I don't think
6 he's saying A. I think he's saying
7 968.
8    MR. TRACEY: No A.
9    MS. JOHNSTON: Yeah. All
10 right. We're getting a copy.
11    MR. TRACEY: Okay.
12    MS. JOHNSTON: Yeah, we got it.
13 QUESTIONS BY MR. TRACEY:
14    Q.    All right. Let me start again.
15    Doctor, this is a brochure from
16 the annual meeting of the Society of
17 Maternal-Fetal Medicine from 2018, which took
18 place in Dallas, Texas, and it's about 57
19 pages long.
20    Do you have that in front of
21 you now?
22    A.    Yes, I do.
23    Q.    And I think we're going to find
24 here in a minute that you were actually at
25 this meeting.

Page 160

1    Do you remember this meeting?
2    A.    I don't remember the specifics
3 of the meeting, but I remember being in
4 Dallas in 2018, yes.
5    Q.    Okay. And these meetings take
6 place typically in hotels, right?
7    MS. JOHNSTON: Object to the
8 form.
9    THE WITNESS: They used to, but
10 now they're more frequently at -- as
11 the Society has grown, I believe
12 they're more at conference centers.
13 QUESTIONS BY MR. TRACEY:
14    Q.    Okay. This one says it was at
15 the Hilton Anatole in Dallas, Texas, correct?
16    A.    That's what it states here,
17 yes.
18    Q.    And who comes to these
19 meetings, Doctor?
20    MS. JOHNSTON: Object to the
21 form.
22    THE WITNESS: A variety of
23 people come to the meetings. It's,
24 first of all, for the members of the
25 Society for Maternal-Fetal Medicine.

Page 161

1 Then there's a group of international
2 members that -- many who are at the
3 meeting. Then there's fellows and
4 residents who are aspiring to be
5 maternal-fetal medicine physicians or
6 thinking -- certainly residents that
7 are certainly thinking about it and
8 fellows who are in the process of
9 becoming a maternal-fetal medicine
10 physician.
11    Then there's invited speakers
12 who come to the meeting. And then
13 there's -- not usually to the meeting
14 itself, but to the -- to the exhibit
15 floor are a number of exhibitors.
16 QUESTIONS BY MR. TRACEY:
17    Q.    And when you say exhibitors, do
18 you mean industry?
19    MS. JOHNSTON: Object to the
20 form.
21    THE WITNESS: Some would be
22 industry, and some would be the
23 hospitals who are -- and departments
24 who have special programs and may want
25 to showcase or increase the knowledge

Page 162

1   of their programs to other fellows who
2   are at the meeting.
3   QUESTIONS BY MR. TRACEY:
4       Q.    So some of the exhibitors, do
5   they sometimes call them vendors?
6       A.    Vendors.  I usually call them
7   exhibitors, but vendors or exhibitors.  I can
8   use either one.
9       Q.    Okay.  And I think they're
10  going to be in here as both, but when we say
11  "vendor" or "exhibitor," I can use those
12  interchangeably with you?
13          MS. JOHNSTON:  Object to the
14  form.
15          THE WITNESS:  Well --
16  QUESTIONS BY MR. TRACEY:
17      Q.    Is that right?
18      A.    I mean, you can, but what I've
19  said is that exhibitors could be from
20  departments, and I would not consider them as
21  vendors.
22      Q.    That's -- that's a good point.
23  So let's not use them interchangeably.
24          Some of the exhibitors will be
25  from the pharmaceutical industry, right?

Page 163

1       A.    Yes.  I'd have to take a look
2   and see who they are, if they're mentioned
3   here.
4       Q.    We're going to do that
5   together, though.  Just generally speaking, I
6   want to talk about your experience.
7          Some of the exhibitors will be
8   from medical device companies, right?
9          MS. JOHNSTON:  Object to the
10  form.
11          THE WITNESS:  That's correct.
12  QUESTIONS BY MR. TRACEY:
13      Q.    And these medical device
14  companies and these pharmaceutical companies,
15  there are places in these conference centers
16  or these hotels that are dedicated to the
17  exhibitors, right?
18          MS. JOHNSTON:  Object to the
19  form.
20          THE WITNESS:  I'm not
21  aware of -- I'm -- sorry.  Just let me
22  be clear.
23          On the exhibit floor, there are
24  places that are designated for
25  exhibitors.  I'm not aware of other

Page 164

1   places in the hotel where there are
2   places designated for the exhibitors.
3   QUESTIONS BY MR. TRACEY:
4       Q.    Yeah, I'm talking about the
5   exhibit floor.  You just -- you've got to let
6   me get there.
7          So there are exhibit floors
8   where exhibitors, including pharmaceutical
9   companies and device companies, have booths,
10  right?
11      A.    That's correct.
12      Q.    And in these booths, they have
13  people, right?
14      A.    Yes.
15      Q.    And these are employees of the
16  pharmaceutical industry or medical device
17  industry who are there to sell things?
18          MS. JOHNSTON:  Object to the
19  form.
20  QUESTIONS BY MR. TRACEY:
21      Q.    Right?
22      A.    Well, I don't know their
23  objective is whether to sell things or to
24  share with -- share with the members what
25  their products are, so they could become more

Page 165

1   knowledgeable about these products or they --
2   the fellows and the members of the Society
3   for Maternal-Fetal Medicine could become more
4   knowledgeable about their products.
5       Q.    Yes.
6          We have seasoned doctors, we
7   have doctors in training, and we have young
8   doctors all there that can go to the exhibit
9   floor and talk to pharmaceutical companies
10  and device companies that have products that
11  they sell, right?
12          MS. JOHNSTON:  Object to the
13  form.
14          THE WITNESS:  Yes, that's
15  correct.
16  QUESTIONS BY MR. TRACEY:
17      Q.    And they will have brochures
18  and materials that they hand out to any
19  doctors or fellows or trainees that they
20  may -- that may be interested, right?
21          MS. JOHNSTON:  Object to the
22  form.
23          THE WITNESS:  They may have a
24  certain number of those brochures and
25  information, yes.

---

Page 166

1  QUESTIONS BY MR. TRACEY:
2      Q.    And then these companies,
3  industry, will sometimes host happy hours,
4  right?
5          MS. JOHNSTON:  Object to the
6      form.
7          THE WITNESS:  I don't know that
8      they're called happy hours, but they
9      may host events for the -- for
10     different members of the Society.
11  QUESTIONS BY MR. TRACEY:
12     Q.    And these are -- these are
13  casual events where wine and beer and things
14  like that are served, right?
15         MS. JOHNSTON:  Object to the
16     form.
17         THE WITNESS:  They're -- there
18     certainly are events of relaxation at
19     these meetings, yes.
20  QUESTIONS BY MR. TRACEY:
21     Q.    And that gives, in a relaxed
22  atmosphere, an opportunity for these seasoned
23  doctors, fellows, residents, trainees, to
24  meet and mingle with members of industry,
25  right?

---

Page 167

1          MS. JOHNSTON:  Object to the
2      form.
3          THE WITNESS:  It is -- they are
4      given that opportunity.  I find more
5      frequently they'll mingle more with
6      each other rather than industry, but
7      some certainly may mingle with
8      industry.
9  QUESTIONS BY MR. TRACEY:
10     Q.    And then sometimes industry
11  will have industry-sponsored lunches or
12  dinners where seasoned doctors, experienced
13  doctors, trainees and fellows can literally
14  go get a free lunch, right?
15         MS. JOHNSTON:  Object to the
16     form.
17         THE WITNESS:  I don't know if
18     the lunch free.  I thought we paid for
19     the lunch at the meeting, but it is
20     possible that these lunches agree --
21     those lunches happen.
22         I can't recall the specifics of
23     that at this time.
24  QUESTIONS BY MR. TRACEY:
25     Q.    Well, in any event, you've been

---

Page 168

1  to these lunches or dinners,
2  industry-sponsored at these annual meetings,
3  right?
4      A.    I've been to very few
5  industry-sponsored dinners at the annual
6  meeting because I'm usually too busy.  I am
7  invited to a lot, but I'm certain -- I
8  probably have been at one or two of them.
9          But over the years I've been at
10  very few because I have a lot of colleagues
11  at the meetings, internationally and here in
12  the US, and that I have engagements with.
13         So can I say I've never been
14  there?  No, but it would be fairly rare for
15  me to be at an industry dinner.
16     Q.    And have you -- are you aware
17  of things like industry-sponsored golf
18  outings?
19         MS. JOHNSTON:  Object to the
20     form.
21         THE WITNESS:  I'm aware that
22     there are industry-sponsored golf
23     outings.  Whether they occur at this
24     meeting or not, I don't know.
25

---

Page 169

1  QUESTIONS BY MR. TRACEY:
2      Q.    You certainly have seen those
3  meetings, those outings advertised at
4  professional meetings for doctors and
5  residents and fellows to participate in?
6          MS. JOHNSTON:  Object to the
7      form.
8          THE WITNESS:  I'm not sure that
9      I have.  I don't know whether I have
10     or I have not because I'm not a
11     golfer, so I probably wouldn't pay
12     much attention to it.  I may or may
13     not have seen them.
14  QUESTIONS BY MR. TRACEY:
15     Q.    What about industry-sponsored
16  events like going to a play or a show?
17         MS. JOHNSTON:  Object to the
18     form.
19         THE WITNESS:  There may be.  I
20     don't know that there's many plays or
21     shows in Dallas, but -- that's usually
22     in Vegas, but I'm not aware of
23     industry-sponsored shows in Dallas.
24     So -- I think it's what we're
25     specifically talking about here.

---

Page 170

¹ QUESTIONS BY MR. TRACEY:
² Q. You're aware of
³ industry-sponsored shows in Las Vegas,
⁴ though?
⁵ MS. JOHNSTON: Object to the
⁶ form.
⁷ THE WITNESS: I'm aware that
⁸ there has been industry-sponsored
⁹ shows in Las Vegas, and I know that
¹⁰ the Society does no longer go or ACOG
¹¹ no longer goes to Vegas.
¹² QUESTIONS BY MR. TRACEY:
¹³ Q. Why?
¹⁴ A. I'm not sure --
¹⁵ MS. JOHNSTON: Object to the
¹⁶ form.
¹⁷ THE WITNESS: I'm not sure of
¹⁸ the exact reasoning why they don't go
¹⁹ there, but I know that they've made a
²⁰ decision -- at least the last time I
²¹ was involved in these decision-makings
²² was that Vegas was not a place where
²³ they would be considered.
²⁴ QUESTIONS BY MR. TRACEY:
²⁵ Q. When did that end?

Page 171

¹ MS. JOHNSTON: Object to the
² form.
³ THE WITNESS: I can't recall
⁴ the year at this point, but it's been
⁵ some time since we've been in Vegas
⁶ for a meeting.
⁷ QUESTIONS BY MR. TRACEY:
⁸ Q. Okay. If we flip over the
⁹ second page, up in the top right-hand corner,
¹⁰ the first thing we see after the introduction
¹¹ is marketing materials from a company called
¹² Panorama, next generation NIPT, which is
¹³ noninvasive prenatal testing, right?
¹⁴ A. Yes, NIPT.
¹⁵ Q. Yeah.
¹⁶ So this brochure that I've got
¹⁷ is something that's available on the Internet
¹⁸ and it's also handed out to members or
¹⁹ attendees when they register, correct?
²⁰ MS. JOHNSTON: Object to the
²¹ form.
²² THE WITNESS: I'm not sure if
²³ it's handed out. It's available
²⁴ online because we stopped giving the
²⁵ booklet out to attendings.

Page 172

¹ So it is available online, but
² I think because of the expense related
³ to production of these documents, they
⁴ were not given to members when they
⁵ registered. I'm not sure of the year
⁶ that was stopped, but I certainly know
⁷ it's been in the last few years.
⁸ QUESTIONS BY MR. TRACEY:
⁹ Q. Okay. Well, the second page on
¹⁰ the one I got, the second page is marketing
¹¹ material from an industry -- from someone in
¹² the industry, right, a company?
¹³ A. Yes.
¹⁴ Q. And then flip over, the next
¹⁵ page -- oh, by the way, they say, "Visit us,"
¹⁶ I think -- do they have the booth -- yeah,
¹⁷ "Visit us" -- "visit Natera, booth 161."
¹⁸ So you know where to go get --
¹⁹ where in the exhibit hall or floor to go find
²⁰ them, right?
²¹ MS. JOHNSTON: Object to the
²² form.
²³ THE WITNESS: That's what it
²⁴ states here, yes.
²⁵

Page 173

¹ QUESTIONS BY MR. TRACEY:
² Q. And if you flip over the next
³ page, it's somebody down the street here from
⁴ me, UT -- UT-Houston, the Health Science
⁵ Center at UT. They've got themselves some
⁶ marketing materials with a visit us at
⁷ booth 300, right?
⁸ MS. JOHNSTON: Object to the
⁹ form.
¹⁰ THE WITNESS: That's correct.
¹¹ That's just like I was saying before,
¹² different departments will have
¹³ exhibits at the annual meeting in
¹⁴ certain instances.
¹⁵ QUESTIONS BY MR. TRACEY:
¹⁶ Q. And one of the things these
¹⁷ medical schools do is they want to attract
¹⁸ young talent, right?
¹⁹ MS. JOHNSTON: Object to the
²⁰ form.
²¹ THE WITNESS: Absolutely.
²² Recruiting and retaining is one of our
²³ main objectives.
²⁴ QUESTIONS BY MR. TRACEY:
²⁵ Q. It's a big deal, isn't it?

Page 174

1       MS. JOHNSTON: Same objection.
2       THE WITNESS: It's -- I think
3   it -- for me, it's a big deal.  I
4   spend a lot of time recruiting and
5   retaining physicians.
6   QUESTIONS BY MR. TRACEY:
7       Q.   Okay.  And do you know whether
8   or not it costs more to get the very first
9   marketing position in this bulletin?  Do you
10  know that?
11      MS. JOHNSTON:  Object to the
12      form.
13      THE WITNESS:  I don't know
14      that.
15  QUESTIONS BY MR. TRACEY:
16      Q.   Okay.  Who puts together
17  this -- this set of materials for the -- for
18  the annual meetings?  Do you know?
19      A.   I know something about the
20  process.  The details now, I'm not as
21  familiar with because I haven't been a --
22  since I was past president of the Society, I
23  was involved, as I shared with you, in the
24  foundation.
25      So this is a publication by the

Page 175

1   Gray journal, the American Journal of
2   Obstetrics and Gynecology, and there would be
3   input into this by the scientific program
4   committee of the Society and the staff at the
5   Society for Maternal-Fetal Medicine.
6       That's really all I know
7   about the -- at this point about the process
8   and how this is put together.
9       Q.   Okay.  And if you flip over to
10  page 4, we'll see your name twice, and the
11  pages are in the lower left-hand corner, and
12  then sometimes they go to the right.  It's
13  not really -- I don't know why.
14      But there we have you, Mary
15  D'Alton, MD, ex officio, for the Foundation
16  for the Society of Maternal-Fetal Medicine,
17  right?
18      A.   Yes.
19      Q.   Okay.  You're on the board of
20  directors at the time?
21      A.   Ex officio on the board of
22  directors, yes.
23      Q.   Ex officio.
24      And then we see you as past
25  president down below, as you've said a few

Page 176

1   times today, from -- you were -- you were the
2   president in 1998?
3       A.   That's correct.
4       Q.   All right.  And then, you know,
5   you sort of just keep flipping over, you'll
6   see another advertisement.
7       And then on page 6, you'll see
8   sort of the welcome part of the materials.
9   They say, you know, "Dear friends and
10  colleagues."
11      Do you see that?
12      A.   I do.
13      Q.   And then down at the bottom,
14  the last sentence on the page to the far
15  right, it says, "We also hope," and then you
16  got to flip over to --
17      A.   Sorry, okay.  Just give me a
18  minute here.  Okay.  Thank you.
19      Q.   "We also hope to see you at the
20  grand opening reception, sponsored by
21  Illumina, on Wednesday evening.  Other
22  events of note are an Illumina-sponsored
23  dinner symposium on Tuesday evening, as well
24  as industry learning lunches on Thursday
25  (Sage) and on Friday (Natera)."

Page 177

1       Did I read that correctly?
2       A.   Yes, you've read that
3   correctly.
4       Q.   So we have a grand opening
5   reception.  That's where the drinks are
6   provided by Illumina, right, and hor
7   d'oeuvres?
8       MS. JOHNSTON:  Object to the
9       form.
10      THE WITNESS:  It's sponsored by
11      Illumina.  Now, whether it's payment
12      for the entire event, I just don't
13      know.
14  QUESTIONS BY MR. TRACEY:
15      Q.   Well, "sponsored by" means paid
16  for, right?
17      MS. JOHNSTON:  Same objection.
18      THE WITNESS:  I mean, sometimes
19      sponsorship is a contribution towards
20      it and in -- when I've dealt with
21      sponsorship, but whether it's total
22      sponsorship or not, I really don't
23      know.
24  QUESTIONS BY MR. TRACEY:
25      Q.   Well, you used the term

Page 178

1 "sponsor" -- you objected to my term of --
2 when I said money exchanged hands with
3 respect to funding, and you said they were --
4 I thought you used the term "funding" or
5 "sponsorship" of your studies.
6         Did I -- did I hear that wrong?
7         MS. JOHNSTON:  Object to the
8     form.
9         THE WITNESS:  Well, you heard
10     part of that wrong.  I didn't say
11     sponsorship of my studies.  I said
12     funding of my studies.
13 QUESTIONS BY MR. TRACEY:
14     Q.    Okay.  Have you heard the term
15 "sponsorship bias" before?
16     A.    Again, I can't tell you whether
17 I've heard it or not, so I can't tell you at
18 this moment whether I've ever heard that.
19     Q.    You know what it means?
20         MS. JOHNSTON:  Object to the
21     form.
22         THE WITNESS:  I think it
23     depends on the situation.  I would
24     need to know more about what you mean
25     by that question.

Page 179

1 QUESTIONS BY MR. TRACEY:
2     Q.    Well, in the context of funding
3 of pharmaceutical trials, do you know what
4 the term "sponsorship bias" means?
5         MS. JOHNSTON:  Object to the
6     form.  Asked and answered.
7         THE WITNESS:  I don't believe
8     I've ever heard of that with relation
9     to sponsorship bias.  I really don't
10     know -- I really don't know what it
11     actually means.
12 QUESTIONS BY MR. TRACEY:
13     Q.    Okay.  So, and then we see that
14 the two -- there's a dinner sponsored -- a
15 dinner symposium sponsored on Tuesday evening
16 by Illumina, and then there are two different
17 industry learning lunches on Thursday and
18 Friday.
19         Do you see that?
20         MS. JOHNSTON:  Object to the
21     form.
22         THE WITNESS:  That's what it
23     states here, yes.
24 QUESTIONS BY MR. TRACEY:
25     Q.    Do you know, do you have to

Page 180

1 register for the industry-sponsored lunches,
2 or are they open for everyone?
3         MS. JOHNSTON:  Object to the
4     form.
5         THE WITNESS:  I don't know.
6 QUESTIONS BY MR. TRACEY:
7     Q.    Okay.  If you had to guess, how
8 many members of industry, ballpark, would you
9 say show up at the annual meeting?
10         MS. JOHNSTON:  Object to the
11     form.
12         And I don't think Mr. Tracey
13     wants you to guess, Dr. D'Alton.
14         THE WITNESS:  I really don't
15     know that number.
16 QUESTIONS BY MR. TRACEY:
17     Q.    Okay.  Flip over to page 17 --
18 sorry, yes, 17.
19         This is a list of institutions
20 and corporations that have donated money.
21         Do you recall seeing pages like
22 this in this material?
23     A.    Let me just get there,
24 Mr. Tracey.
25     Q.    Institutions and corporations,

Page 181

1 dead center of the page, second column,
2 starting with "100,000 or more."
3         AMAG Pharmaceuticals, which I
4 think is now Covis Pharmaceuticals.
5     A.    This certainly refreshes my
6 memory.  I certainly have seen this before.
7     Q.    And these are -- these are
8 donors to the -- to the MFM foundation,
9 right?
10         MS. JOHNSTON:  Object to the
11     form.
12         THE WITNESS:  I don't know if
13     they're to the foundation or to the
14     society.  I need to look that up.  Oh,
15     foundation donors, you're correct.
16     Page 14.  Okay.
17 QUESTIONS BY MR. TRACEY:
18     Q.    Yep.
19         And so then we see the next one
20 after the pharmaceutical company -- by the
21 way, are you familiar with them?
22     A.    AMAG?
23     Q.    Yes.
24     A.    Yes, I am.
25     Q.    Okay.  Do you know people at

Page 182

1 AMAG?
2    A.   It no longer exists, so I don't
3 know anyone there.
4    Q.   Well, they bought -- they were
5 bought by Covis, right?
6    A.   I --
7        MS. JOHNSTON:  Object to the
8    form.
9        THE WITNESS:  I don't remember
10   who they were bought by.  I don't know
11   them in their current form.
12 QUESTIONS BY MR. TRACEY:
13   Q.   I see.  Okay.
14       And then we -- skip down to
15 $15,000, there's the Queenan Foundation and
16 Sage Therapeutics, right?
17   A.   Yes.
18   Q.   Philips Healthcare is a $7,500
19 donor down there?
20   A.   I'm just trying to find that.
21 Yes, I see that.
22   Q.   And then under the $5,000
23 level, there's an anonymous foundation,
24 Beth Israel, and then you have a whole host
25 of companies at the top of the next page.

Page 183

1        You have Hologic, Integrated
2 Genetics, Sema4, Sera Prognostics and Trice
3 Imaging.
4        Are you familiar with those
5 companies?
6        MS. JOHNSTON:  Object to the
7    form.
8        THE WITNESS:  I'm familiar with
9    some of them, yes.
10 QUESTIONS BY MR. TRACEY:
11   Q.   Okay.
12   A.   Not all of them.
13   Q.   Do you know some people at
14 those companies or did you at the time?
15       MS. JOHNSTON:  Object to the
16   form.
17       THE WITNESS:  Quite honestly, I
18   don't know if I've -- if I've -- if I
19   knew people at the time.  The -- I
20   find that the people at the companies
21   change a lot.
22       So I just -- I just don't know
23   as I sit here today.
24 QUESTIONS BY MR. TRACEY:
25   Q.   Okay.  Flip over to the next

Page 184

1 page, because then we've got a bunch of logos
2 of companies because there's something called
3 the Foundation for SMFM Corporate Council
4 Program, correct?
5        MS. JOHNSTON:  Object to the
6    form.
7        THE WITNESS:  That's correct.
8 QUESTIONS BY MR. TRACEY:
9    Q.   And then we see the actual
10 logos of some of the companies that belong to
11 the corporate council program, right?
12       MS. JOHNSTON:  Object to the
13   form.
14       THE WITNESS:  That is correct.
15 QUESTIONS BY MR. TRACEY:
16   Q.   For example, we see Abbott
17 Nutrition, we see AMAG Pharmaceuticals again.
18 We see, in the middle there, Ferring
19 Pharmaceuticals, right?
20   A.   Yes.
21       MS. JOHNSTON:  Object to the
22   form.
23 QUESTIONS BY MR. TRACEY:
24   Q.   General Electric's a name
25 probably everybody knows, right?

Page 185

1        MS. JOHNSTON:  Object to the
2    form.
3        THE WITNESS:  I don't know if
4    everybody knows that, but many people
5    in health care know it.
6 QUESTIONS BY MR. TRACEY:
7    Q.   And then if you flip over to the
8 next page, there was a Dan O'Keefe tribute
9 event, and there was also sponsors for this
10 in addition to what we've seen.
11       True?
12       MS. JOHNSTON:  Object to the
13   form.
14       THE WITNESS:  Just give me a
15   minute to look through it.  I'm sorry.
16   That is correct.
17 QUESTIONS BY MR. TRACEY:
18   Q.   And so Dan was getting -- Dan
19 O'Keefe was getting celebrated that night,
20 right?
21       MS. JOHNSTON:  Object to the
22   form.
23       THE WITNESS:  Yes.
24 QUESTIONS BY MR. TRACEY:
25   Q.   And under the benefactors, we

Confidential - Subject to Protective Order

Page 186

1  see AMAG Pharmaceuticals again, don't we?
2      A.   Yes, I can find that now.
3      Q.   Yeah.
4           And then we see you, Dr. Mary
5  D'Alton, right?
6      A.   Yes.
7      Q.   And then we see eviCore
8  Healthcare?
9      A.   Yes.
10     Q.   Peri --
11     A.   Yes.
12     Q.   You see PeriGen and Samsung?
13     A.   Yes.
14     Q.   They're $10,000 contributors.
15          And then we've got friends down
16 below.  We see Ferring Pharmaceuticals,
17 Hologic and Integrated Genetics, the first
18 three, don't we?
19          MS. JOHNSTON:  Object to the
20     form.
21          THE WITNESS:  Yes.
22 QUESTIONS BY MR. TRACEY:
23     Q.   Yeah.  Yeah.  So they're giving
24 money for Dan's celebration, too, right?
25          MS. JOHNSTON:  Object to the

Page 187

1      form.
2  QUESTIONS BY MR. TRACEY:
3      Q.   Right?
4      A.   Well, I don't know exactly what
5  the donation was for, how much of it was to
6  the event or to the -- there was a course
7  that was put on or a Dan O'Keefe fellowship.
8  I don't remember -- it was -- it's not called
9  a fellowship, but it's a Dan O'Keefe -- I
10 think it's mentorship program.  And how much
11 was given for the event and to the mentorship
12 program, I'm not aware of those details at
13 this point.
14     Q.   Let's look there on the left
15 hand.  In the middle of the page it says,
16 "Dan" -- did you know Dan, by the way, or do
17 you know Dan?
18     A.   Yes, I do.
19     Q.   It says, "Dan was personally
20 responsible," right there, "for
21 spearheading" --
22     A.   Sorry, I can't find it.  I --
23 okay.
24     Q.   It's being highlighted as I
25 read.

Page 188

1      A.   Okay.  I'm sorry.  It's hard
2  for me to look on both the screen and the
3  hard copy in front of me.  I apologize.  Just
4  give me a moment.  Thank you.
5      Q.   Sure.  Let me know when you're
6  ready.
7      A.   Okay.  Yep.
8      Q.   It says, "Dan was personally
9  responsible for spearheading the Society's
10 advocacy efforts for the establishment of the
11 leadership academy with Dr. Mike Foley and
12 for conceiving the popular coding courses for
13 the creation of the first-year fellows
14 retreat and for connecting the Society with
15 key industry leaders through the Foundation's
16 corporate council program."
17          It says, "He has raised the
18 visibility of maternal-fetal medicine as a
19 specialty and of the Society as an influencer
20 of health insurers and policymakers."
21          Is all of that true about Dan?
22          MS. JOHNSTON:  Object to the
23     form.
24          THE WITNESS:  I don't know the
25     details of all of this, but certainly

Page 189

1      Dan was a excellent leader of --
2      executive leader of the Society and
3      was responsible for increasing the
4      visibility of the Society and put many
5      great programs into place.  I can't
6      comment on each one of them.
7  QUESTIONS BY MR. TRACEY:
8      Q.   Do you know whether he was
9  responsible for connecting the Society with
10 key industry leaders?
11          MS. JOHNSTON:  Object to the
12     form.
13          THE WITNESS:  I mean, he may
14     have been with some -- some key
15     industry leaders.  There are others
16     that would be -- that would have --
17     sorry -- introduced or made the
18     Society aware of others.  He certainly
19     wasn't -- didn't make the contact with
20     each individual industry leader.
21 QUESTIONS BY MR. TRACEY:
22     Q.   Okay.  But what they say is
23 true, right?
24          MS. JOHNSTON:  Object to the
25     form.

Confidential - Subject to Protective Order

Page 190

1    THE WITNESS:  I'm sorry.  Let
2  me see -- I just want to see what he
3  said about -- I just want to see what
4  it said about key industry leaders.
5  Okay.
6  QUESTIONS BY MR. TRACEY:
7    Q.    Does that make you
8  uncomfortable to read that, Doctor?
9    MS. JOHNSTON:  Object to the
10  form.
11    THE WITNESS:  No, it doesn't
12  make me uncomfortable at all to read
13  it.  I just want to be precise in
14  reading it so I can answer accurately
15  for you, Mr. Tracey.
16    I apologize, but just seeing it
17  there and seeing it in front of me, I
18  just want to make sure I'm answering
19  it accurately.
20  QUESTIONS BY MR. TRACEY:
21    Q.    Okay.  Let me know when you're
22  ready.
23    A.    I think that's reasonable.
24    Q.    Okay.  And if we flip over on
25  the next page, we see General Electric -- by

Page 191

1  the way, General Electric has a huge
2  footprint in health care, don't they?
3    MS. JOHNSTON:  Object to the
4  form.
5    THE WITNESS:  You know, I don't
6  know the size of their footprint in
7  health care.  My own work with them in
8  health care is mainly through imaging,
9  and I don't know their actual
10  footprint in health care.
11  QUESTIONS BY MR. TRACEY:
12    Q.    You certainly are familiar with
13  them, though, in the health care space?
14    A.    I'm definitely familiar with
15  them in the imaging space as it pertains to
16  health care.
17    Q.    And they are the sponsors of
18  the VIP lounge.
19    Do you see that?
20    MS. JOHNSTON:  Object to the
21  form.
22    THE WITNESS:  I see that here
23  now, yes.
24  QUESTIONS BY MR. TRACEY:
25    Q.    Yeah.

Page 192

1    So that's the VIP lounge?  Is
2  that where, I guess, VIPs got to go?
3    MS. JOHNSTON:  Object to the
4  form.
5    THE WITNESS:  I don't remember
6  what the VIP lounge was, so -- I
7  really can't remember what it was for.
8  QUESTIONS BY MR. TRACEY:
9    Q.    Okay.  Let's see if this sheds
10  some light on it.
11    It says, "VIP lounge sponsored
12  by GE Healthcare, located in the Trinity II
13  ballroom adjacent to registration.  Open from
14  7 a.m. to 5 p.m., Wednesday, the 31st,
15  through Friday, February 2nd."
16    It says, "Society and
17  Foundation VIPs can enjoy a private gathering
18  place to relax, connect, and network with
19  access to comfortable seating, Wi-Fi,
20  charging areas and light refreshments.  Badge
21  access to the lounge is available to current
22  program committee members, past presidents of
23  the Society, major contributors to the
24  Foundation for SMFM and current SMFM and
25  Foundation board members."

Page 193

1    Did I read that correctly?
2    A.    Yes, you did.
3    Q.    So what's going on is General
4  Electric is sponsoring this VIP lounge where
5  you can go network with members of -- or
6  major contributors to the Foundation which
7  some of whom we've just read about, right?
8    MS. JOHNSTON:  Object to the
9  form.
10    THE WITNESS:  That's correct.
11  QUESTIONS BY MR. TRACEY:
12    Q.    And you, you're a past
13  president, so you're available -- you're
14  allowed to go to the VIP lounge, right?
15    MS. JOHNSTON:  Object to the
16  form.
17    THE WITNESS:  I'm allowed to
18  go.  I probably spent about five
19  minutes there.
20  QUESTIONS BY MR. TRACEY:
21    Q.    Okay.  Well, look, I'm not --
22  don't be defensive.
23    A.    No.  I don't mean to be
24  defensive.  That's why I couldn't answer your
25  question about what the VIP lounge was, and I

Page 194

1 just recall it now because I honestly didn't
2 have time to go there.
3      Q.    I see.
4           And so you had to have badge
5 access to get in, right?  That's what it
6 says.
7           MS. JOHNSTON:  Object to the
8      form.
9           THE WITNESS:  It says that
10      here, that's correct.
11 QUESTIONS BY MR. TRACEY:
12      Q.    Yeah.  There was security; not
13 anybody could go?
14           MS. JOHNSTON:  Object to the
15      form.
16           THE WITNESS:  I don't recall
17      any security there, but, you know,
18      putting a badge doesn't mean there's
19      security, in my view.  Security means
20      having a security officer.
21           I don't recall ever having a
22      security officer there.
23 QUESTIONS BY MR. TRACEY:
24      Q.    Okay.  So you got current --
25 program committee members.  What does that

Page 195

1 mean?
2      A.    The program committee members
3 is a scientific program committee members,
4 and those would be the members that are
5 responsible for putting the program of the
6 Society together.
7      Q.    Okay.  So you got the people
8 responsible for the Society program, past
9 presidents of the Society, major contributors
10 to the Foundation, all get to network in the
11 VIP lounge sponsored by GE?
12      A.    Well, I would say they all have
13 the potential to network.  How many of them
14 get to network I think would depend on the
15 time available that they have and their own
16 personal preferences.
17      Q.    Yeah.  No.  That's what I said,
18 they get to do it.  Whether they choose to do
19 it, we don't know, right?
20           MS. JOHNSTON:  Object to the
21      form.
22           THE WITNESS:  I didn't quite
23      get the subtlety there, Mr. Tracey, so
24      thank you.
25

Page 196

1 QUESTIONS BY MR. TRACEY:
2      Q.    You're welcome.
3           If we could turn to page 40,
4 we'll see "Luncheon Roundtables" and an
5 advertisement for industry-sponsored lunches
6 at the bottom.
7      A.    I'm just trying to get there.
8 One second.
9      Q.    Yeah, yeah.  No rush.
10      A.    Okay.  Thank you.
11      Q.    So there we have an
12 advertisement for lunches you can go to and
13 what's being presented by the industry
14 sponsors, right?
15           MS. JOHNSTON:  Object to the
16      form.
17           THE WITNESS:  I'm just reading
18      it here.
19 QUESTIONS BY MR. TRACEY:
20      Q.    Let's read it together.
21           It says, "These independent
22 presentations are not part of the official
23 program as planned by the SMFM Program
24 Committee.  Lunch is provided, and there is
25 no cost to attend, but attendees must be

Page 197

1 registered."
2           Did I read that correctly?
3      A.    You did.
4      Q.    Now, these are companies,
5 Sage Therapeutics and Natera, that have
6 products that they want to sell, right?
7           MS. JOHNSTON:  Object to the
8      form.
9           THE WITNESS:  Certainly they
10      may have.
11 QUESTIONS BY MR. TRACEY:
12      Q.    Well, these are for-profit
13 companies, right?
14           MS. JOHNSTON:  Object to the
15      form.
16           THE WITNESS:  I presume they
17      are, yes.
18 QUESTIONS BY MR. TRACEY:
19      Q.    And if we flip over to page 42,
20 you'll see some "commercially supported
21 events and sponsorships," and there's a
22 product theatre.
23           Do you see the product theatre
24 is a commercially supported events and
25 sponsorship?

Page 198

1    A.    I do.
2    Q.    And then you can just go
3  down -- you've got Samsung sponsoring one.
4  PartoSure is sponsoring one.  Illumina, there
5  they are sponsoring the opening reception.
6  AMAG has got a charging lounge that they're
7  sponsoring.
8         Do you see all that?
9         MS. JOHNSTON:  Object to the
10    form.
11        THE WITNESS:  I do -- I do see
12    all of that, yes.
13  QUESTIONS BY MR. TRACEY:
14    Q.    And let's turn to the
15  exhibitors on page 44, because from page 44
16  to I think 55 or so or 56, we have pages of
17  exhibitors.  And here the Society is
18  extending "sincere thanks and appreciation to
19  the following companies and organizations for
20  their participation in the Pregnancy Meetings
21  Industry Exhibits.  The following" --
22    A.    Sorry, I can't see where you
23  are reading.  I apologize.
24    Q.    Yeah, top of the page.
25    A.    Oh, thank you.

Page 199

1    Q.    "The following are identified
2  as supporting and taking an active interest
3  in the activities of the Society."
4         That's an introduction to the
5  exhibitors for the attendees at the meeting,
6  isn't it?
7         MS. JOHNSTON:  Object to the
8    form.
9         THE WITNESS:  Well, I think
10    it's -- I don't read it as an
11    introduction.  It could be, but it's
12    more expressing their gratitude for
13    their participation.
14  QUESTIONS BY MR. TRACEY:
15    Q.    Gratitude, we're all in this
16  together, right?
17        MS. JOHNSTON:  Object to the
18    form.
19        THE WITNESS:  I don't think it
20    says that.  It says their gratitude
21    for participation.
22  QUESTIONS BY MR. TRACEY:
23    Q.    And taking an active interest
24  in our activities, right?
25        MS. JOHNSTON:  Object to the

Page 200

1    form.
2         THE WITNESS:  Yes.
3  QUESTIONS BY MR. TRACEY:
4    Q.    And can you just scroll down?
5  You see the annual -- and whoever -- this is
6  AMAG again.  They've got themselves a boxed
7  reference here, right?  It's shaded and boxed
8  so it stands out, right?
9         MS. JOHNSTON:  Object to the
10    form.
11        THE WITNESS:  To my eye, it
12    doesn't look like it stands out, but
13    certainly it's in a -- it's -- I agree
14    that it's in a box.
15  QUESTIONS BY MR. TRACEY:
16    Q.    But it's shaded a different
17  color than the rest of them, right?
18        MS. JOHNSTON:  Object to the
19    form.
20        THE WITNESS:  It is, yes.
21  QUESTIONS BY MR. TRACEY:
22    Q.    So they direct you to booth 421
23  if you want to talk to those folks, right?
24        MS. JOHNSTON:  Object to the
25    form.

Page 201

1         THE WITNESS:  It shows where
2    they are located, yes.
3  QUESTIONS BY MR. TRACEY:
4    Q.    And flip over two pages to 46,
5  and we have, again, shaded and box -- we have
6  two corporations that are now identified as
7  corporate council members.
8         Do you see that?
9    A.    Sorry, where -- okay.  Okay.
10    Q.    Booth 109, they're not just
11  sponsors; they're also corporate council
12  members, right?
13        MS. JOHNSTON:  Object to the
14    form.
15        THE WITNESS:  Yes.
16  QUESTIONS BY MR. TRACEY:
17    Q.    Yeah.
18         And they say that they're the
19  largest manufacturer exclusively focused on
20  L&D.  That's what Clinical Innovations has to
21  say about themselves, right?
22    A.    I'm sorry, I'm not able to keep
23  up with you here.  Just show me where that
24  is.  Thank you.
25    Q.    Do you see it now?

Page 202

1    A.   I do.
2    Q.   "Clinical Innovations has
3  become the largest health care manufacturer
4  exclusively focused on L&D."
5    A.   That's what's stated here.
6    Q.   And then they list off all
7  their products that they're market leaders in
8  below that.
9         Do you see that?
10    A.   I'm trying to read it along
11  with you here.
12    Q.   And they say "if you want to
13  see us, come see us at booth 109."
14         Right?
15    A.   It just states 10 -- booth 109.
16  It shows where the location is.
17    Q.   Yeah.  Over to the right, you
18  see another, CombiMatrix, booth 427.
19         Do you know those folks?
20    A.   No, I don't.
21    Q.   Okay.  If you scroll up a bit,
22  Ray, it's another boxed one.  There you go.
23         You don't know those folks in
24  booth 427?
25         MS. JOHNSTON:  Object to the

Page 203

1  form.
2         THE WITNESS:  No, I don't know
3  CombiMatrix, no.
4  QUESTIONS BY MR. TRACEY:
5    Q.   All right.  Flip over to the
6  next page.  We got another company called
7  Counsyl.  They're in booth 139.
8         Do you see them?
9    A.   Yes, I see that.
10    Q.   Now, they're shaded but not
11  boxed, right?
12         MS. JOHNSTON:  Object to the
13  form.
14         THE WITNESS:  Yes.
15  QUESTIONS BY MR. TRACEY:
16    Q.   But down to the right, you see
17  Ferring Pharmaceuticals.  They got shaded and
18  boxed, didn't they?
19    A.   That's what it shows on this
20  page, yes.
21    Q.   And they're in booth 221?
22    A.   That's what it states here,
23  yes.
24    Q.   Do you know any of the folks at
25  Ferring?

Page 204

1    A.   I don't know -- not to my
2  knowledge.  Have I ever met with one of them
3  or been introduced?  I can't tell you that at
4  this point, but I could not sit here and tell
5  you any one person who's at Ferring.
6    Q.   All right.  Flip over to the
7  next page, we'll see -- dead center, we see
8  GE's got a booth, right?  See that?
9    A.   Yes.
10    Q.   Flip over two pages, we got
11  three corporations on this page with booths.
12  Foundation --
13    A.   I'm sorry, I'm trying to get
14  there.  I apologize.  Okay.  Got it.  Yeah, I
15  have it.
16    Q.   And then over to the right, we
17  got Lupin Pharmaceuticals, booth 108?
18    A.   Yes.
19         MS. JOHNSTON:  Object to the
20  form.
21  QUESTIONS BY MR. TRACEY:
22    Q.   And then down below, we've got
23  integratedgenetics.com, booth 115, don't we?
24         MS. JOHNSTON:  Object to the
25  form.

Page 205

1         THE WITNESS:  I'm just finding
2  it here.  Yes.  I see that.
3  QUESTIONS BY MR. TRACEY:
4    Q.   And flip over to the next page,
5  we've got Nanosonics in booth 316.
6         MS. JOHNSTON:  Object to the
7  form.
8         THE WITNESS:  Yes.
9         MS. JOHNSTON:  Hey, Sean, just
10  to get a sense of whether you're going
11  to read this entire 60-page document
12  and ask her to agree that it says what
13  it says.  I think we're looking to
14  take a lunch break soon, so...
15         MR. TRACEY:  I'm almost done.
16         MS. JOHNSTON:  Okay.  Well, I
17  think we've read the whole thing.
18  QUESTIONS BY MR. TRACEY:
19    Q.   Yeah, I want you -- Doctor,
20  just flip through it, and you'll see that on
21  every page, there are multiple corporations
22  and pharmaceutical companies that have
23  purchased booths at your annual meeting.
24         Do you see that?
25         MS. JOHNSTON:  Object to the

Page 206

1   form.
2   QUESTIONS BY MR. TRACEY:
3       Q.    Just keep flipping through.
4       A.    Yes, I think I've finished.
5   I'm on page -- I can't even see the name of
6   this page, the number of this page, 56.  I'm
7   at 56.
8       Q.    Okay.  Do you know anybody at
9   Johnson & Johnson or Janssen or McNeil?
10          MS. JOHNSTON:  Object to the
11      form.
12          THE WITNESS:  Not that anyone
13      comes to mind, no.
14          MR. TRACEY:  Okay.  Let's --
15      we're going to take a lunch break now?
16          MS. JOHNSTON:  Yeah.  I think
17      so.  I think --
18          MR. TRACEY:  Tell me --
19          MS. JOHNSTON:  We've got some
20      food here.  So can we take 30?
21          MR. TRACEY:  Yeah, 30 -- why
22      don't we say come back at 12:15 -- I
23      guess 1:15 your time.
24          MS. JOHNSTON:  Yeah, that
25      sounds good.

Page 207

1           MR. TRACEY:  Okay.  All right.
2   Thanks, guys.
3           VIDEOGRAPHER:  The time right
4   now is 12:41 p.m.  We're off the
5   record.
6   (Off the record at 12:41 p.m.)
7           VIDEOGRAPHER:  The time right
8   now is 1:24 p.m.  We are back on the
9   record.
10  QUESTIONS BY MR. TRACEY:
11      Q.    Hi, Dr. D'Alton.  Are you ready
12  to continue?
13      A.    Yes, I am.  Thank you.
14      Q.    All right.  Do you disclose to
15  patients that you're a consultant for Johnson
16  & Johnson?
17          MS. JOHNSTON:  Object to the
18      form.
19          THE WITNESS:  No, I have not
20      disclosed that to patients.
21  QUESTIONS BY MR. TRACEY:
22      Q.    Do you disclose it to any of
23  your residents or fellows?
24          MS. JOHNSTON:  Same objection.
25          THE WITNESS:  No, I have not

Page 208

1   disclosed it to any of my residents or
2   fellows.
3   QUESTIONS BY MR. TRACEY:
4       Q.    Why not?
5           MS. JOHNSTON:  Object to the
6       form.
7           THE WITNESS:  I don't really
8       see any indication for me to do that.
9       I am -- I have not had occasion to
10      talk to -- to give a lecture to
11      residents about acetaminophen in
12      pregnancy, and if I did, I would
13      probably mention it and disclose that
14      I was a consultant.
15  QUESTIONS BY MR. TRACEY:
16      Q.    Okay.  Would that same be true
17  if you talked to a patient about
18  acetaminophen in pregnancy?
19          MS. JOHNSTON:  Object to the
20      form.
21          THE WITNESS:  If a patient
22      asked me about acetaminophen in
23      pregnancy, yes, I would say that I --
24      my -- you know, give them my opinions.
25      And I would say, in fact, I've

Page 209

1   been asked to give my opinions about
2   this on the record and testify on this
3   issue.
4   QUESTIONS BY MR. TRACEY:
5       Q.    Well, that's a little different
6   than disclosing that they're paying $600 an
7   hour, right?
8           MS. JOHNSTON:  Object to the
9       form.
10          THE WITNESS:  Yeah.  I -- I'm
11      not sure I've ever done that to a
12      patient, disclose that I do
13      consulting.  Certainly if they asked
14      me how much I was getting paid, I
15      would -- I would be transparent about
16      that.
17  QUESTIONS BY MR. TRACEY:
18      Q.    When you were having the
19  conversations you talked about in 2021 and
20  2022 with patients or residents or fellows,
21  did you ever give any patients the consensus
22  statement?
23          MS. JOHNSTON:  Object to the
24      form.
25          THE WITNESS:  No, I did not.

1  QUESTIONS BY MR. TRACEY:
2      Q.    Did you give them the ACOG
3  statement?
4      A.    No, I did not.
5          MS. JOHNSTON:  Object to the
6  form.
7          (D'Alton Exhibit 938B marked
8      for identification.)
9  QUESTIONS BY MR. TRACEY:
10     Q.    Okay.  Okay.  I'm going to hand
11 you or somebody is going to hand you
12 Exhibit 30 -- 938B.  This is a graph that I
13 got from the Society for Maternal-Fetal
14 Medicine website, their annual report.
15          2017 is the --
16     A.    Sorry --
17     Q.    The year that the --
18     A.    Sorry, I don't -- I don't have
19 it yet.
20          RAY MOORE:  We don't have that
21     one printed.  That was an addition.
22          MS. JOHNSTON:  We don't have a
23     copy of this one.
24          THE WITNESS:  Oh, we don't have
25     it?

1      MS. JOHNSTON:  And, Sean, I got
2  to tell you, it's very small --
3      THE WITNESS:  It's tiny.
4      MS. JOHNSTON:  -- on the
5  screen.
6      MR. TRACEY:  There we go.
7      MS. JOHNSTON:  Well, yeah.  Is
8  it possible to -- I mean, we can give
9  you a paralegal or someone to e-mail
10 that to, but it's -- we can't take it
11 all in at once.
12     MR. TRACEY:  Well, there's only
13 one tiny section of it we're going to
14 talk about.
15     MS. JOHNSTON:  Well, I think --
16 is this -- is this an exhibit share,
17 or is this something that -- okay.
18     Before you ask questions about
19 it, I would like to at least be able
20 to take a look at it, Sean.
21     MR. TRACEY:  Okay.  Go ahead.
22     THE WITNESS:  Do you mind if I
23 pull the computer closer?  It's very
24 tiny.  It's hard for me to see.
25     MS. JOHNSTON:  Mary, I think

1  we're going to get a copy of this
2  printed so that --
3      RAY MOORE:  Can we go off the
4  record?
5      VIDEOGRAPHER:  The time is
6  1:28 p.m.
7      (Off the record at 1:28 p.m.)
8      VIDEOGRAPHER:  The time right
9  now is 1:38 p.m.  We're back on the
10 record.
11 QUESTIONS BY MR. TRACEY:
12     Q.    Okay.  Doctor, you have 938B in
13 front of you now?
14     A.    Yes, I do.
15     Q.    And this is from the annual
16 report of the Society for Maternal-Fetal
17 Medicine from 2017.
18          Do you see that at the top?
19     A.    Yes, I do.
20     Q.    And 2017 was the year that the
21 Society for Maternal-Fetal Medicine responded
22 to -- or put out their position paper on
23 Tylenol in pregnancy, right?
24          MS. JOHNSTON:  Object to the
25     form.

1      THE WITNESS:  Yes.
2  QUESTIONS BY MR. TRACEY:
3      Q.    And in that year, if you look
4  at the source of the revenue for the Society
5  for Maternal-Fetal Medicine, there you see it
6  says 2017 revenue, $5,093,238?
7      A.    Yes.
8      Q.    And then you see where it's got
9  industry is -- industry support is 26 percent
10 of the annual revenue.
11          Do you see that?
12     A.    Just let me look here.  I can't
13 find that here.
14          MS. JOHNSTON:  Sean, I'm just
15     going to point to her.
16          THE WITNESS:  Okay.  Got it.
17     Thank you.
18 QUESTIONS BY MR. TRACEY:
19     Q.    Industry support?  One, two,
20 three lines down, boxes down?
21     A.    Yes, I see that.
22     Q.    And I'm color blind.  I don't
23 know what color that is, but I know it
24 matches up with the 26 percent in the pie
25 chart to the left.

Page 214

1    A.    Yes.
2    Q.    So in 2017, 26 percent of the
3 Society's revenue came from industry.
4         MS. JOHNSTON:  Object to the
5    form.
6 QUESTIONS BY MR. TRACEY:
7    Q.    Right?
8    A.    That's what it states here,
9 yes.
10   Q.    That is literally the
11 definition of a conflict of interest, isn't
12 it?
13        MS. JOHNSTON:  Object to the
14   form.
15        THE WITNESS:  In my view, it's
16   not the definition of a conflict of
17   interest.  It depends on what it's
18   related to.  It has provided support
19   for their annual meeting, but it
20   doesn't say anything about what else
21   it has provided income for.
22 QUESTIONS BY MR. TRACEY:
23   Q.    Well, it's just under the
24 revenue generally, right?
25   A.    Yes, and they reported it here.

Page 215

1 They reported what exactly they're getting
2 from industry.
3    Q.    Yes.  Over, like, a million
4 250, a little over a million 250 in 2017 in
5 revenue from industry, right?
6         MS. JOHNSTON:  Object to the
7    form.
8         THE WITNESS:  That's what the
9    Society reports here, yes.
10 QUESTIONS BY MR. TRACEY:
11   Q.    Okay.  And that's the very year
12 that the Society weighed in on the
13 acetaminophen/neurodevelopmental disorder
14 controversy, correct?
15        MS. JOHNSTON:  Object to the
16   form.
17        THE WITNESS:  The publications
18   committee of the Society weighed in on
19   that, yes.
20 QUESTIONS BY MR. TRACEY:
21   Q.    Yes.  And we're going to look
22 at it in just a second.
23        Okay.  And then can you please
24 bring up, Ray, Exhibit 930A?
25        (D'Alton Exhibit 930A marked

Page 216

1    for identification.)
2 QUESTIONS BY MR. TRACEY:
3    Q.    And I hope you have a copy of
4 this.
5         This is -- this is going to be
6 very brief.  This is the 43rd Annual
7 Pregnancy Meeting of the Society which took
8 place this year in San Francisco.
9         Did you attend that meeting?
10   A.    Yes, I did.
11   Q.    And this is a -- this is a
12 booth number 815 that Janssen and Johnson &
13 Johnson and Janssen Biotech apparently rented
14 or leased at the meeting.
15        Do you see that?
16        MS. JOHNSTON:  Object to the
17   form.
18        THE WITNESS:  Just let me look
19   at it here.  Yes.
20        MR. TRACEY:  I don't know if
21   you could make it any bigger, Ray
22   that -- yeah.  Thank you.
23 QUESTIONS BY MR. TRACEY:
24   Q.    It says, "At Janssen, we're
25 creating a future where disease is a thing of

Page 217

1 past.  We're the pharmaceutical companies of
2 Johnson & Johnson, working for patients
3 everywhere, fighting sickness with science,
4 improving access with ingenuity and healing
5 hopelessness."
6         And then it's got their
7 address, right?
8    A.    Yes.
9         MS. JOHNSTON:  And I'll just
10   object that it looks like there's some
11   language that was potentially left
12   off.  So I'm not sure this is a
13   complete document, but you can ask her
14   questions.
15        MR. TRACEY:  Yeah, that's -- I
16   don't know why it didn't print.  I
17   don't remember what it was.
18 QUESTIONS BY MR. TRACEY:
19   Q.    Anyway, and then they had
20 booth 815 this year, right?
21        MS. JOHNSTON:  Object to the
22   form.
23        THE WITNESS:  That's what it
24   states, yes.
25

1  QUESTIONS BY MR. TRACEY:
2      Q.    When did you get hired by the
3  lawyers for Johnson & Johnson?
4          MS. JOHNSTON:  Object to the
5      form.
6          THE WITNESS:  I believe it was
7      sometime in March of this year.
8  QUESTIONS BY MR. TRACEY:
9      Q.    March of this year.  Just after
10  this meeting?
11      A.    Yes, it was after this meeting.
12      Q.    How did you get hired?
13          MS. JOHNSTON:  Object to the
14      form.
15          THE WITNESS:  I got a call from
16      one of the attorneys.  Quite honestly,
17      at this date, I don't remember which
18      attorney called me.
19  QUESTIONS BY MR. TRACEY:
20      Q.    How did they get your name?
21          MS. JOHNSTON:  Object to the
22      form.
23          THE WITNESS:  I don't --
24          MS. JOHNSTON:  Calls for
25      speculation.

1          And, Mary, I'm sure Mr. Tracey
2      would tell you this, but he doesn't
3      want to know anything that may have
4      been discussed with attorneys.
5          MR. TRACEY:  No.  No.  I'm just
6      curious if you know how they found
7      you.
8          THE WITNESS:  I don't know how
9      they got my name, no.
10  QUESTIONS BY MR. TRACEY:
11      Q.    Okay.  Do you remember meeting
12  with anybody from Janssen or Johnson &
13  Johnson at the annual meeting in February?
14      A.    I can tell you I did not meet
15  with anyone at -- from Johnson & Johnson or
16  with any other pharmaceutical company or
17  device company at the meeting.
18          (D'Alton Exhibit 938A marked
19      for identification.)
20  QUESTIONS BY MR. TRACEY:
21      Q.    Okay.  Okay.  Let's look at
22  Exhibit 938A, which is the Society statement
23  that was put out in 2017.
24          Now --
25      A.    Can you just wait a minute

1  until I get a copy, please?  It hasn't been
2  brought to me yet.
3          Thank you.
4      Q.    Let you know when you're ready.
5      Are you ready, Doctor?
6      A.    Yes.
7      Q.    This statement is in your
8  report almost in its entirety, isn't it?
9      A.    I don't recall that it's in its
10  entirety in my report, but certainly some
11  portions of this report are in my -- or
12  sorry, of this statement are in my report.
13      Q.    Did you rely on this statement
14  in forming your opinions?
15      A.    I certainly used it in coming
16  to my opinions, and I agreed with the
17  statement in coming to my opinions, but I
18  didn't rely on it.  I made my own -- I made
19  my own determination about my opinions.
20      Q.    Who are the authors of this?
21      A.    It's -- it doesn't state who
22  the authors are, and it says it's from the
23  publications committee of the Society.
24      Q.    Why doesn't it have the -- why
25  don't we have the identity of the authors?

1          MS. JOHNSTON:  Object to the
2      form.
3          THE WITNESS:  I can't answer
4      that.  I have not been on the
5      publications committee for the Society
6      for Maternal-Fetal Medicine.
7  QUESTIONS BY MR. TRACEY:
8      Q.    And this was published, it
9  says, in March of 2017?
10      A.    That's correct.
11      Q.    Since that time, how many human
12  epidemiology studies have been published that
13  looked at the issue of acetaminophen and
14  adverse neurodevelopmental outcomes?
15          MS. JOHNSTON:  Object to the
16      form.
17          THE WITNESS:  I can't tell you
18      the number that have been published,
19      but a number of epidemiology studies
20      have been published that I alluded to
21      in my report that has looked at the
22      association between prenatal use of
23      acetaminophen and ADHD and ASD.
24  QUESTIONS BY MR. TRACEY:
25      Q.    No doubt, ma'am.

Page 222

1    Do you recall reading a study
2 called Ji in 2020 out of the Boston Birth
3 Cohort?
4    A.    I certainly recall reading it.
5 When I read it, I can't recall for you at
6 this point.
7    Q.    Do you recall that that was
8 published after this statement from the
9 Society?
10    A.    Yes, it was published.  It was
11 2020, so clearly it was after the statement
12 from the Society.
13    Q.    And then the Baker 2020 paper
14 also published, obviously, after the Society
15 statement.  You certainly know that paper?
16    A.    Yes, I know that paper.  That
17 was also published after the opinions of the
18 Society.
19    Q.    And you also know about the
20 Alemany meta-analysis published in 2021,
21 right?
22    A.    I've -- I don't remember all of
23 the details of the meta-analysis at this
24 point, but I do know that it was published in
25 2021.

Page 223

1    Q.    And both Ji and Baker use
2 biomarkers to determine acetaminophen
3 exposure, didn't they?
4        MS. JOHNSTON:  Object to the
5    form.
6        THE WITNESS:  Yes, they used --
7    Ji used biomarkers and in cord blood
8    and in -- and cord blood, and Baker
9    used acetaminophen levels in meconium.
10 QUESTIONS BY MR. TRACEY:
11    Q.    And do you know, has the
12 Society, in the six and a half years since
13 they issued this statement, updated any of
14 their positions that you know of?
15    A.    They have not updated their
16 positions, no.
17    Q.    Okay.  Ma'am, do you, when you
18 look at studies, look at them objectively?
19        MS. JOHNSTON:  Object to the
20    form.
21        THE WITNESS:  I try and do
22    that, yes.
23 QUESTIONS BY MR. TRACEY:
24    Q.    Do you look at both the
25 strengths and the weaknesses or limitations

Page 224

1 of studies?
2    A.    I try to do that, yes.
3    Q.    And that's the right thing to
4 do if you're going to be honest about what
5 the data says; it's to look at the strengths
6 and the limitations, correct?
7    A.    That's some of the -- that's
8 some of the items that you would look at,
9 yes.
10    Q.    That is, you wouldn't want to
11 focus only on the weaknesses or limitations
12 and nor would you want to focus only on the
13 strengths of the study, would you?
14        MS. JOHNSTON:  Object to the
15    form.
16        THE WITNESS:  I think
17    evaluating the whole study for respect
18    to strengths and weaknesses and
19    methodologic design and consistency
20    with other studies and -- is important
21    in reviewing an article.
22 QUESTIONS BY MR. TRACEY:
23    Q.    Yeah.
24        We don't want to decide what
25 the answer is and then look at the evidence

Page 225

1 to support what we want.  That's not what you
2 do.  That's not scientific, is it?
3        MS. JOHNSTON:  Object to the
4    form.
5        THE WITNESS:  Clearly you don't
6    want to look at the answer you want.
7    You want to evaluate the paper for
8    what it is and inform you as to --
9    inform you as to your opinion.
10 QUESTIONS BY MR. TRACEY:
11    Q.    And science should be the
12 relentless pursuit of the truth, right?
13        MS. JOHNSTON:  Object to the
14    form.
15        THE WITNESS:  I think that's a
16    very good goal in -- for scientific
17    investigation.
18 QUESTIONS BY MR. TRACEY:
19    Q.    It should be free of money
20 changing hands or whether you're going to get
21 funded next year or whether I'm going to get
22 a donation for my foundation.
23        It should be free of all of
24 those considerations, shouldn't it, Doctor?
25        MS. JOHNSTON:  Object to the

Page 226

```
 1    form.
 2         THE WITNESS:  Well, it's hard
 3    to be free of all of those
 4    considerations because we get funding
 5    for clinical investigations from our
 6    government agencies, and that's one of
 7    the ways we measure the research, is
 8    did it have NIH funding.
 9         And so NIH funding is very much
10    at arm's length with respect to
11    clinical trials, and clinical trials
12    are designed by the investigators.
13         And in determining the role of
14    a pharmaceutical company in clinical
15    trials, one would want to see what was
16    the -- what was the funding and
17    whether there was editorial
18    independence and what relationship the
19    investigators had with the company.
20    QUESTIONS BY MR. TRACEY:
21    Q.    Do you remember my question?
22    A.    Yes.  You asked me would --
23    could science be free from monies.
24         And to do appropriate clinical
25    trials, it requires funding.  There is -- it
```

Page 227

```
 1    is not possible to do a proper -- in general,
 2    to do a very large clinical trial without
 3    having the benefit of some funding to do it.
 4    Q.    Yeah, that's not really what I
 5    asked.
 6         What I asked was, when you're
 7    reviewing evidence in a case, you should be
 8    doing it in the relentless pursuit of the
 9    truth, unencumbered by worries about
10    whether you're going to get funded by
11    industry next year for a study or whether
12    they're going to fund your foundation or
13    whether they're going to continue to
14    contribute to your revenue stream.
15         That was my question.
16         MS. JOHNSTON:  If you're
17    reasking it, I object to the form,
18    again.
19         THE WITNESS:  So there's a lot
20    in there.  Can you just -- could I
21    just ask to have it read back?
22    There's a lot of parameters in that.
23    QUESTIONS BY MR. TRACEY:
24    Q.    Let me do it one at a time.
25    A.    Okay.  Thank you.
```

Page 228

```
 1    Q.    When you're evaluating evidence
 2    of whether a drug is harmful to a fetus, you
 3    should do it without worrying or considering
 4    whether your society is going to get funded
 5    by industry next year, shouldn't you?
 6         MS. JOHNSTON:  Object to the
 7    form.
 8         THE WITNESS:  Yes, definitely.
 9    QUESTIONS BY MR. TRACEY:
10    Q.    And you should do it free from
11    considerations of whether the -- whether
12    industry is going to fund your next study
13    that you want to do at your medical school?
14         MS. JOHNSTON:  Same objection.
15         THE WITNESS:  Yes, I would say
16    that's -- your future funding with
17    respect to this should not be a
18    consideration.
19    QUESTIONS BY MR. TRACEY:
20    Q.    And you mentioned the NIH and
21    the federal government, but the federal
22    government is not a manufacturer of
23    pharmaceutical products, are they?
24    A.    That's correct.
25    Q.    They're not a for-profit
```

Page 229

```
 1    enterprise, are they?
 2    A.    That's correct.
 3    Q.    All right.  I want you to take
 4    a look at this -- at Exhibit 938, and I want
 5    you to tell me where -- whoever these authors
 6    are, where they detailed the strengths of the
 7    studies that they identified.
 8         MS. JOHNSTON:  Object to the
 9    form.
10         THE WITNESS:  Okay.  If you
11    just give me a moment to quickly look
12    at this, that would be helpful.
13    QUESTIONS BY MR. TRACEY:
14    Q.    Absolutely.  It's one and a
15    half pages long.  Take all the time you need
16    looking for a strengths section.
17    A.    Okay.
18    Q.    Any luck?
19    A.    I'm just -- I'm not quite
20    finished, Mr. Tracey.  I'm doing my best to
21    read quickly.
22    Q.    Okay.  No, I don't want to rush
23    you on this one.
24    A.    Thank you.
25    Q.    How are we doing?
```

Page 230

1    A.    I -- I'm pretty close.  I think
2 I have two more paragraphs.
3    Q.    Okay.
4    A.    I don't see strengths of the
5 individual studies reported here.
6    Q.    Not one is mentioned, correct?
7         MS. JOHNSTON:  Object to the
8    form.
9         THE WITNESS:  That's correct.
10   The strengths of these studies are not
11   mentioned.
12 QUESTIONS BY MR. TRACEY:
13   Q.    Does that seem odd to you?
14        MS. JOHNSTON:  Object to the
15   form.
16        THE WITNESS:  It's not really
17   odd because they're giving advice
18   about the existing data and a -- for
19   whatever reason, they felt it was
20   important to -- like in concurrence
21   with the FDA -- point out the
22   significant weaknesses that would
23   allow a causal connection between
24   maternal ingestion of acetaminophen,
25   maternal use of acetaminophen, and

Page 231

1 ADHD and ASD.
2 QUESTIONS BY MR. TRACEY:
3    Q.    What does that have to do with
4 failing to identify the strengths in studies?
5         MS. JOHNSTON:  Object to the
6    form.
7         THE WITNESS:  Well, I think the
8    strengths of the studies in this
9    instance, the cohorts, were not
10   sufficient to answer this question.
11 QUESTIONS BY MR. TRACEY:
12   Q.    Hmm.
13   A.    And they point that out pretty
14 clearly.
15   Q.    Well, let's look at the second
16 page.  Let's actually look at their
17 conclusion.
18        In the last paragraph they say,
19 "Based on our evaluation of these studies, we
20 believe the weight of the evidence is
21 inconclusive regarding a possible causal
22 relationship."
23        Right?
24        We don't know, right?
25        MS. JOHNSTON:  Object to the

Page 232

1    form.
2         THE WITNESS:  It's -- that's
3    what they state here.
4 QUESTIONS BY MR. TRACEY:
5    Q.    You didn't say that in your
6 report.  You said acetaminophen has been
7 proven safe in your report, right?
8         MS. JOHNSTON:  Object to the
9    form.
10        THE WITNESS:  Well, that was my
11   opinion, and based on my review of the
12   literature and including this document
13   and the weight of the evidence in the
14   literature.
15 QUESTIONS BY MR. TRACEY:
16   Q.    Can you name, Dr. D'Alton, a
17 single epidemiology study that exonerated
18 Tylenol in a study that looked at whether it
19 causes neurodevelopmental outcomes?
20        MS. JOHNSTON:  Object to the
21   form.
22 QUESTIONS BY MR. TRACEY:
23   Q.    A single study.
24   A.    Well, there's many studies that
25 share that they can't come to a causal

Page 233

1 connection with respect to acetaminophen
2 and ADHD and ASD.
3    Q.    But this was my question.
4    A.    Uh-huh.
5    Q.    Can you name a single
6 epidemiology study that looked at the
7 question of whether or not Tylenol causes
8 ADHD or ASD and found no association, a
9 single study?
10        MS. JOHNSTON:  Object to the
11   form.
12        THE WITNESS:  Well, certainly
13   Saunders from Canada has reported on
14   the lack of an association between
15   maternal use of acetaminophen and ASD
16   was a report in her study.
17        Similarly, Liew, in 2016,
18   reported on the association of
19   prenatal acetaminophen and ASD and
20   found that it was only -- it was only
21   associated with -- ASD with
22   hyperkinetic syndrome --
23 QUESTIONS BY MR. TRACEY:
24   Q.    All right.
25   A.    -- but was not associated with

1 other types of ASD.
2        So certainly those are two
3 studies that came to mind.
4        And quite honestly, the Ji
5 studies on acetaminophen in pregnancy related
6 to cord blood have no information on when
7 the -- when the acetaminophen was taken or
8 why it was taken so they could not reach that
9 conclusion.  They could only state that the
10 acetaminophen levels in cord blood was
11 associated without giving me, as a clinician,
12 any evidence of why the acetaminophen was
13 used, how long it was used for, and the
14 multiple confounders in the -- that they were
15 unable to address in the literature -- in
16 their cohort, excuse me, in the Boston Birth
17 Cohort.
18    Q.    Okay.  So you've mentioned
19 Saunders, Liew 2016 and the Ji study.
20        Those -- those all, you
21 believe, exonerate Tylenol?
22        MS. JOHNSTON:  Object to the
23 form.
24        THE WITNESS:  Well, you know,
25 I'm not saying I would use the word

1 "exonerate."  What I would say is that
2 there was no association.  And Ji from
3 2019 did not report an association
4 between maternal plasma levels of
5 acetaminophen and ASD.
6 QUESTIONS BY MR. TRACEY:
7    Q.    Okay.  Any other studies?
8    A.    I believe that's the weight of
9 the evidence in ASD.
10    Q.    How many go the other
11 direction, Dr. D'Alton?
12        MS. JOHNSTON:  Object to the
13 form.
14        THE WITNESS:  Well, in ASD,
15 there's -- I'm not aware of any that
16 go the other direction.  I've said
17 that -- I've given you my analysis of
18 Ji and -- sorry, of Liew from 2016,
19 and the Ji papers from '19 and '20,
20 and Saunders showing no association.
21        So the majority of the studies
22 with -- related to acetaminophen use
23 and ASD do not report an association.
24 QUESTIONS BY MR. TRACEY:
25    Q.    What does the Alemany

1 meta-analysis say about ASD and Tylenol?
2    A.    I --
3        MS. JOHNSTON:  Object to the
4 form.
5        THE WITNESS:  I -- I'd have to
6 look at the Alemany meta-analysis,
7 but -- however, meta-analysis is only
8 as good as the data you put into it,
9 and it's not as good as the primary
10 review of the -- of the data.
11        So I can't recall at this
12 point.  And I'd be happy to look it up
13 here, if you want me to comment
14 further on it.
15 QUESTIONS BY MR. TRACEY:
16    Q.    Let's look at what the authors
17 said about the conflicts of interest in this
18 paper from the Society.  I found this very
19 interesting.
20        They say, "All authors and
21 committee members have filed a conflict of
22 interest disclosure delineating personal,
23 professional or business interests that might
24 be perceived as a real or potential conflict
25 of interest in relation to this publication.

1 Any conflicts have been resolved through a
2 process approved by the executive board.  The
3 Society for Maternal-Fetal Medicine has
4 neither solicited nor accepted any commercial
5 involvement in the development of the content
6 of this publication."
7        Do you see that, ma'am?
8    A.    Yes, I do.
9    Q.    And as we talked about before,
10 we don't know who the authors or the
11 committee members are who wrote this paper,
12 do we?
13        MS. JOHNSTON:  Object to the
14 form.
15        THE WITNESS:  It doesn't state
16 that, but if there were any questions
17 related to the document, it states
18 here they should be referred to the
19 SMFM publications committee.
20 QUESTIONS BY MR. TRACEY:
21    Q.    Why not disclose them for the
22 public to see, ma'am?
23        MS. JOHNSTON:  Object to the
24 form.
25        THE WITNESS:  I'm not

Page 238

1  exactly -- as I shared with you
2  earlier today, I have not been on the
3  SMFM publications committee, and I'm
4  not totally familiar with their
5  conflict of interest policy, or how it
6  is disclosed, but they certainly are
7  transparent about telling us about the
8  process here, as you pointed out on
9  the document here.
10 QUESTIONS BY MR. TRACEY:
11     Q.    They're transparent about not
12 telling us who the authors are or whether
13 there are any conflicts with the authors?
14         MS. JOHNSTON:  Object to the
15     form.
16         THE WITNESS:  Well --
17 QUESTIONS BY MR. TRACEY:
18     Q.    You think that's transparent?
19     A.    Well, it says that all authors
20 and committee members have filed a conflict
21 of interest disclosure policy.
22     Q.    Yes.
23     A.    And that any conflicts were
24 resolved through a process approved by the
25 executive board.

Page 239

1     Q.    Yes.
2         How is that transparent?
3         MS. JOHNSTON:  Object to the
4     form.
5         THE WITNESS:  Well, it shows
6     you -- it gives the reader a view into
7     the process of how conflicts are
8     either disclosed or resolved by the
9     publications committee of the Society
10     for Maternal-Fetal Medicine.
11 QUESTIONS BY MR. TRACEY:
12     Q.    What was the process that was
13 used?
14         MS. JOHNSTON:  Object to the
15     form.  Asked and answered.
16         THE WITNESS:  You know, I've
17     said, I think now this is my third
18     time saying it, I'm not familiar with
19     the exact process at the -- of the
20     publications committee for the Society
21     for Maternal-Fetal Medicine, but there
22     certainly is enough here to tell me
23     that this is -- this is considered
24     very carefully by the members of the
25     publication committee and the authors

Page 240

1  of this document.
2  QUESTIONS BY MR. TRACEY:
3     Q.    Whoever they are?
4         MS. JOHNSTON:  Object to the
5     form.
6         THE WITNESS:  Yes.
7  QUESTIONS BY MR. TRACEY:
8     Q.    And we don't know who the
9  authors are, we don't know who the committee
10 members are, we don't know who the executive
11 board is that resolved these conflicts or
12 what the process was, do we, ma'am?
13         MS. JOHNSTON:  Objection.
14     Compound.
15         THE WITNESS:  Well, we
16     certainly could look up who was on the
17     executive board in 2017.  That
18     information is public.
19         And I know that the committee
20     members of the -- of the Society for
21     their publications committee, that
22     could be found out at this point.
23         And also, I assume that --
24 QUESTIONS BY MR. TRACEY:
25     Q.    By who --

Page 241

1     A.    -- the authors could be --
2  could be identified as well.
3     Q.    How would you do that?  I want
4  to do that, Dr. D'Alton.
5         How would I identify who the
6  authors and committee members were that
7  authored this paper?
8         MS. JOHNSTON:  Object to the
9     form.
10         THE WITNESS:  I would refer you
11     to the last sentence on this page
12     which is, "All questions, comments
13     regarding the document should be
14     referred to the SMFM publications
15     committee."
16 QUESTIONS BY MR. TRACEY:
17     Q.    And you think if I write them,
18 they'll tell me that?
19     A.    I can't speak for them,
20 Mr. Tracey, but I can only share with you
21 what's on this document; that if you have
22 questions or comments that you should be able
23 to contact them.
24     Q.    Why all the secrecy, ma'am?
25 Why not put the names on the paper with the

Page 242

1  conflicts disclosed like every other journal
2  does?
3          MS. JOHNSTON:  Object to the
4  form.  This is well outside the scope
5  of Dr. D'Alton's report and testimony.
6          THE WITNESS:  I can't comment
7  on what every other journal does with
8  their statements.
9          I can just share what they've
10  said about their own process at SMFM.
11  QUESTIONS BY MR. TRACEY:
12      Q.    Are you on any other journals
13  that failed to disclose the authors of
14  papers?
15          MS. JOHNSTON:  Object to the
16  form.
17          THE WITNESS:  Well, this is a
18  statement on behalf of the Society, so
19  certainly there are publications that
20  publish the recommendations of the
21  Society but don't disclose the
22  individual authors but describe their
23  policy.
24  QUESTIONS BY MR. TRACEY:
25      Q.    And as we sit here right now,

Page 243

1  nobody reading this has any idea whether the
2  authors that are committee members,
3  historically or at the time or after this,
4  were taking money from industry?
5          MS. JOHNSTON:  Objection.
6  QUESTIONS BY MR. TRACEY:
7      Q.    We have no way of knowing that?
8          MS. JOHNSTON:  Object to the
9  form.
10          THE WITNESS:  That is not
11  disclosed here, except their
12  publications process, and that
13  questions could be referred to the
14  publications committee if there was
15  concerns or questions.
16  QUESTIONS BY MR. TRACEY:
17      Q.    That feels like a Soviet Bloc
18  bureaucrat -- bureaucracy, doesn't it?
19          MS. JOHNSTON:  Object to the
20  form.
21          THE WITNESS:  I would not liken
22  the Society statement to the Soviet
23  Union, a Soviet Bloc.
24  QUESTIONS BY MR. TRACEY:
25      Q.    Well, I meant trying to get at

Page 244

1  the information.  Do we have to -- do we have
2  to request something?  We have to request the
3  identity?  We have to request whether they've
4  been paid by industry?
5          MS. JOHNSTON:  You can wait for
6  him to ask you a question and a single
7  one.
8  QUESTIONS BY MR. TRACEY:
9      Q.    Have you ever seen that before,
10  ma'am, where a journal refused to disclose
11  the financial conflict of interest and the
12  authors of a paper?
13          MS. JOHNSTON:  Object to the
14  form.  Asked and answered.
15  QUESTIONS BY MR. TRACEY:
16      Q.    In --
17      A.    I don't see any evidence of a
18  refusal here to declare their conflict of
19  interest.  They state very clearly if you
20  have questions about this document, they
21  should -- or comments, they should be
22  referred to the SMFM publications committee.
23      Q.    Okay.  Fair enough.  I think
24  I'll do that.
25          (D'Alton Exhibit 937 marked for

Page 245

1      identification.)
2  QUESTIONS BY MR. TRACEY:
3      Q.    Let's turn to the response
4  from -- this is Exhibit 937.
5          This is the response from
6  Drs. Olsen and Liew to the Society's
7  publication.
8          MS. JOHNSTON:  We're just
9  getting a copy, Sean.
10          THE WITNESS:  Sorry, we're just
11  getting a copy.
12  QUESTIONS BY MR. TRACEY:
13      Q.    Yeah, I'm going to ask you some
14  questions that you don't need the paper for,
15  for a second, while he's doing that.
16          Did you cite the response in
17  your report?
18          MS. JOHNSTON:  And, Doctor,
19  you've got a copy of your report, if
20  you need to take a look.
21          THE WITNESS:  I don't believe
22  that I did cite this.
23  QUESTIONS BY MR. TRACEY:
24      Q.    Why not?
25          MS. JOHNSTON:  Object to the

Page 246

1  form.
2       THE WITNESS:  I don't really
3  recall why I didn't.  I would have to
4  read this.  I don't recall the details
5  of this -- of this response.
6  QUESTIONS BY MR. TRACEY:
7       Q.   Have you ever seen it before
8  today?
9       MS. JOHNSTON:  Object to the
10  form.
11       THE WITNESS:  Quite honestly, I
12  can't tell you whether I have or
13  not -- not have seen it before
14  today.  I can't recall it at this
15  moment at all.
16  QUESTIONS BY MR. TRACEY:
17       Q.   Well, let's look at it, then,
18  together.  It's called -- this is published
19  in Expert Opinion on Drug Safety.  The name
20  of it is, "Fetal programming of mental health
21  by acetaminophen?  Response to the SMFM
22  statement:  Prenatal acetaminophen use and
23  ADHD."
24       And the authors are Drs. Olsen
25  and Liew, correct?

Page 247

1       A.   Yes.
2       Q.   Now, you recognize them as
3  being the authors -- or being researchers who
4  actually did design and study whether or not
5  acetaminophen causes ADHD or autism.
6       MS. JOHNSTON:  Object to the --
7  QUESTIONS BY MR. TRACEY:
8       Q.   Right?
9       MS. JOHNSTON:  Object to the
10  form.
11       THE WITNESS:  Well, I don't
12  believe they designed the Danish
13  cohort.  They used the Danish cohort
14  to design their study, but they didn't
15  design the Danish cohort as I reviewed
16  their publications.
17  QUESTIONS BY MR. TRACEY:
18       Q.   Yeah, I didn't say they
19  designed the cohort.  I said they designed
20  their study.
21       A.   Okay.  Then I --
22       Q.   The design.
23       A.   Then I mis -- I'm sorry, I
24  misheard you.
25       Q.   Yeah.

Page 248

1       What I said was you recognized
2  these as being two researchers who have
3  designed studies looking at the precise issue
4  that you and I have been talking about all
5  day?
6       MS. JOHNSTON:  Object to the
7  form.
8       THE WITNESS:  We certainly have
9  talked about a number of issues all
10  day, but this is one of them, yes.
11  QUESTIONS BY MR. TRACEY:
12       Q.   Okay.  These are scientists
13  that have done the work and designed the
14  studies to look at whether or not
15  acetaminophen is associated with or causes
16  ADHD or ASD, right?
17       MS. JOHNSTON:  Object to the
18  form.  Asked and answered.
19       THE WITNESS:  They are
20  epidemiologists.  They're not
21  clinicians, and they have done
22  research that they have published on
23  the association between acetaminophen
24  and ADHD and ASD.
25

Page 249

1  QUESTIONS BY MR. TRACEY:
2       Q.   When you said they're not
3  clinicians, are you trying to diminish their
4  credentials?
5       MS. JOHNSTON:  Object to the
6  form.
7       THE WITNESS:  Absolutely no way
8  am I trying to diminish their
9  credentials.
10       But what I would say to you is
11  that -- and to them, if I ever had the
12  opportunity to speak with them -- that
13  the clinical impact and the clinical
14  voice is very important in considering
15  maternal use of acetaminophen in
16  pregnancy because obstetrician,
17  gynecologists and health care
18  professionals who care for pregnant
19  patients are the ones who are speaking
20  to patients about the use of this --
21  of this medication in pregnancy for
22  pain and for fever.
23  QUESTIONS BY MR. TRACEY:
24       Q.   What about the mother's voice?
25  Should the mother's voice be heard?

Page 250

1    MS. JOHNSTON:  Object to the
2 form.
3    THE WITNESS:  The obstetrician,
4 gynecologists don't do anything
5 without the mother's voice.  The
6 mother's voice is so important in
7 the -- in the role of an obstetrician,
8 gynecologist.  And part of their daily
9 work is being an advocate for the
10 mothers that they take care of and
11 doing a risk/benefit analysis when
12 they are faced with whether to use or
13 recommend a drug during pregnancy.
14    So they are very much involved
15 and in tune on a daily basis with the
16 mother's voice.
17 QUESTIONS BY MR. TRACEY:
18    Q.    And in order for the mother's
19 voice to be heard, the mother has to know
20 what the risks and the benefits are, right?
21    MS. JOHNSTON:  Object to the
22 form.
23    THE WITNESS:  Well, first of
24 all, they have to know if the -- if
25 there's a need for the -- need for a

Page 251

1 medication.  And certainly it's
2 recommended by all that medication
3 should not be used routinely in
4 pregnancy, that it should be used
5 after a risk/benefit analysis is done
6 and -- with the patient and physician,
7 and that the lowest dose of a
8 medication for the shortest period of
9 time should be used if there is an
10 indication for that medicine.
11    So this is daily practice for
12 obstetrician, gynecologists, and is
13 not daily practice for
14 epidemiologists.  And that's why it's
15 so important that there is a clinical
16 voice.
17 QUESTIONS BY MR. TRACEY:
18    Q.    Well --
19    A.    And a mother's voice.  And a
20 mother's voice.  You asked me about mother's
21 voice, which is very much --
22    Q.    I did.
23    A.    -- fore -- which is very much
24 forefront by health care professionals who
25 are -- who are managing pregnancy.

Page 252

1    Q.    Because in the end,
2 Dr. D'Alton, it's not your decision to make;
3 it's the mother's, isn't it?
4    A.    Well, it's a shared decision,
5 usually, between the physician or health care
6 professional and the patient.  Clearly the
7 end result of that is whether a patient would
8 take the medicine based on my recommendation
9 after a full risk assessment was done, based
10 on what the indications were, understanding
11 her personal, her medical history, the risk
12 of the particular symptomatology of fever and
13 sign -- symptom of pain and then sign of
14 fever must be taken into account.
15    Q.    But in the end, it's her
16 decision; not yours?
17    MS. JOHNSTON:  Object to the
18 form.  Asked and answered.
19    THE WITNESS:  In the end -- we
20 always talk about shared decision
21 in obstetrics and gynecology, and the
22 process for decision is generally
23 arrived to together by the health care
24 professional and the patient.
25    You're right, sometimes --

Page 253

1 QUESTIONS BY MR. TRACEY:
2    Q.    Doctor --
3    A.    -- sometimes patients will
4 decide not to -- not to take the
5 recommendation of a physician, a health care
6 professional, but in my view with use of
7 Tylenol for many decades, that is
8 extraordinarily rare.  I don't even remember
9 a case where that has happened to me in my
10 clinical practice.
11    MR. TRACEY:  Objection.
12 Nonresponsive.
13 QUESTIONS BY MR. TRACEY:
14    Q.    Dr. D'Alton, you can't
15 force-feed a woman Tylenol, can you?
16    MS. JOHNSTON:  Object to the
17 form.
18    THE WITNESS:  Well, I mean,
19 to ask me that I would even consider
20 force-feeding a woman Tylenol is just
21 not what I do.
22 QUESTIONS BY MR. TRACEY:
23    Q.    No, it's a --
24    A.    I don't force-feed anyone
25 anything.

Page 254

1    Q.    Yes.  It's a ridiculous
2  question to try to make my point, which you
3  seem to be antagonistic towards.
4         And it's this, it is the
5  mother's decision, not yours, whether or not
6  after a complete risk/benefit analysis she is
7  going to take Tylenol or not, right?
8         MS. JOHNSTON:  Object to the
9  form.  Asked and answered.
10        THE WITNESS:  Ultimately it is
11   her decision, and I would say I'm not
12   being antagonistic towards this.  I'm
13   very familiar with the shared
14   decision-making between a health care
15   professional and the patient, but
16   ultimately the decision about whether
17   to take the recommendations
18   following a -- following a detailed
19   risk/benefit analysis is the patient.
20 QUESTIONS BY MR. TRACEY:
21    Q.    Well, the patient might not
22 agree with your assessment, and they might
23 get a second opinion from another
24 maternal-fetal expert, true?
25        MS. JOHNSTON:  Object to the

Page 255

1  form.
2         THE WITNESS:  I think that
3   could be true in certain instances
4   where there's a rare situation.  I
5   have never seen that encountered or
6   heard about it with respect to
7   prenatal Ty -- Tylenol.
8  QUESTIONS BY MR. TRACEY:
9    Q.    Do you think it's inconceivable
10 that another obstetrician might have a
11 opinion that's different than yours?
12        MS. JOHNSTON:  Object to the
13   form.
14        THE WITNESS:  Nothing is
15   inconceivable, but I have not heard of
16   anybody who's practicing obstetrics
17   and gynecology who's an obstetrician
18   who deals with pregnant patients to
19   have an opposing view.
20 QUESTIONS BY MR. TRACEY:
21    Q.    You're not aware of any
22 practicing obstetrician, gynecologist that
23 thinks differently about Tylenol than you?
24        MS. JOHNSTON:  Object to the
25   form.

Page 256

1         THE WITNESS:  Well, I would say
2   that Dr. Hugh Taylor is on the
3   document as an author with -- in the
4   Bauer 2021 statement.  Dr. Taylor is a
5   counterpart of mine.  He's a chair of
6   obstetrics and gynecology at Yale
7   University, but he does reproductive
8   endocrinologist -- endocrinology and
9   to my knowledge does not practice
10   obstetrics and does not treat pregnant
11   patients.
12        So there certainly is an
13   OB/GYN -- one OB/GYN that I saw on
14   the -- on the documents that's by
15   Bauer, and in the signatories of the
16   document by Bauer, there's two that I
17   could find clinical people from, I
18   believe, it's Copenhagen that signed
19   on to this document.
20        I did not see any evidence of
21   any other practicing obstetrician,
22   gynecologist who sees patients in
23   pregnancy sign this document.
24 QUESTIONS BY MR. TRACEY:
25    Q.    All right.  So you've come up

Page 257

1  with three.
2    A.    Well, they signed the document,
3  and I assume that they agree with it.  I
4  don't know the process for signing and the
5  process for being an author on that document.
6    Q.    Okay.  If a practicing
7  obstetrician, gynecologist shared an opinion
8  with a patient that they believed there was a
9  real, legitimate risk of a neurodevelopmental
10 delay occurring with exposure to Tylenol, do
11 you think that would be malpractice?
12        MS. JOHNSTON:  Object to the
13   form and hypothetical.
14        THE WITNESS:  I'm not sure I
15   would say it's malpractice.  What I
16   would say it's giving misinformation
17   to patients, as I'm aware of it.
18        Malpractice is the practice of
19   medicine, as I did -- did they
20   actually tell a patient not to take
21   Tylenol when there was an indication
22   for the use of Tylenol because of
23   neurodevelopmental issues, which can
24   be very broad.
25        And I'm not aware of other --

Page 258

1  what neurodevelopmental issues you're
2  talking about. I assume it's ASD and
3  ADHD, but I can't be certain based on
4  your question.
5  QUESTIONS BY MR. TRACEY:
6      Q.   Okay. Let's look at what
7  the -- Dr. Olsen and Liew had to say in
8  response to the Society for Maternal-Fetal
9  Medicine, and we'll just start with the
10 introduction.
11         It says -- they say,
12 "Acetaminophen, or paracetamol, is used by
13 many who often consider the drug to be safe
14 when taken" --
15     A.   I'm sorry, where are we? I
16 don't -- sorry. I don't know where you are
17 here. Okay. Just give me a moment to follow
18 along with you.
19     Q.   Are you ready?
20         MS. JOHNSTON: And you can take
21 your time, Doctor.
22         THE WITNESS: I'm ready to
23 follow this part. As I shared with
24 you, I don't remember this document,
25 and I can't recall if I considered it

Page 259

1  in this -- in my review.
2  QUESTIONS BY MR. TRACEY:
3      Q.   Understood. We're going to do
4  it together.
5      A.   Thank you.
6      Q.   They say, "Acetaminophen, or
7  paracetamol, is used by many who often
8  consider the drug to be safe when taken in
9  recommended doses, even for pregnant women.
10 These drugs do not affect birth weight or
11 cause congenital malformations, but several
12 recent studies show a link between prenatal
13 intake of acetaminophen and behavioral/
14 functional defects in the exposed offspring
15 later.
16         "Should we be concerned about
17 that? The Society for Maternal-Fetal
18 Medicine committee thinks not, or at least
19 suggests that these findings should have no
20 regulatory consequences at present. We
21 disagree."
22         Did you follow along with that?
23     A.   I did.
24     Q.   They go on to say that, "The
25 existing evidence is based on observational

Page 260

1  data from several cohorts and different
2  analytical options have been used. These
3  research findings have increased the
4  probability that the association is causal,
5  and it is too simple and not justified to
6  explain away the possibility of causality by
7  mentioning confounding, especially
8  confounding by indication. It has to be
9  supported by stronger evidence, not just
10 opinions."
11         Did you follow along with that?
12     A.   Yes.
13     Q.   Do you remember what your own
14 paper said about the weakness of opinion
15 evidence?
16         MS. JOHNSTON: Object to the
17 form.
18         THE WITNESS: Yes, I remember
19 what it says. I'll have to look at
20 my report to -- because I believe I
21 was quoting a -- another article in
22 that, where observational trials are
23 usually very weak in assigning
24 causation in other drug --

Page 261

1  QUESTIONS BY MR. TRACEY:
2      Q.   Ma'am, I think you're --
3      A.   -- in pregnancy.
4      Q.   I think you're confused
5  about --
6      A.   Okay.
7      Q.   -- the paper I'm talking about.
8      A.   Okay.
9      Q.   I'm talking about your own
10 paper, your own study that you did on ACOG
11 bulletins and the strength of the evidence
12 that supports them.
13         Do you remember that paper?
14 The first author was Jason Wright.
15     A.   Yes. I didn't know that's what
16 you were talking about, so let me pull that
17 out.
18     Q.   Sorry.
19     A.   Okay. It's no problem at all.
20 Let me pull it out.
21     Q.   There's no need to pull it
22 out --
23         MS. JOHNSTON: If you need to
24 look at the document, you certainly
25 can.

Page 262

1    THE WITNESS:  That's not Micah
2  Wright.  That's not Wright.
3    It was talking about documents
4  produced by ACOG.  I don't remember it
5  was talking about observational
6  trials.
7  QUESTIONS BY MR. TRACEY:
8    Q.    It was talking about ACOG
9  practice bull -- bulletins and the level of
10  evidence to support them and the fact that
11  over 30 percent of the ACOG practice
12  bulletins were opinion evidence, which is the
13  weakest form of evidence.
14    Do you recall that now?
15    A.    I do.
16    MS. JOHNSTON:  Object to the
17  form.
18    THE WITNESS:  I'm sorry, I do.
19  But I got confused because you said I
20  made a statement about observational
21  trials.
22  QUESTIONS BY MR. TRACEY:
23    Q.    Okay.
24    A.    I -- it was not a statement
25  about observational trials.  It was an

Page 263

1  article that I was a coauthor on about the
2  evidence underlying the ACOG publication
3  documents, not the -- my comments on
4  observational trials.
5    Q.    Okay.  Doctor, I'm confused.  I
6  think I'll move on.
7    A.    Okay.
8    Q.    What I do want you to find for
9  me, though, in the Society statement is where
10  their evidence is of confounding that the
11  study authors are asking for.
12    Do you see where Olsen and Liew
13  say, "It is too simple and not justified to
14  explain away the possibility of causality by
15  mentioning confounding, especially
16  confounding by indication.  It has to be
17  supported by stronger evidence, not just
18  opinions"?
19    What I would like you to do is
20  pull out the Society's statement and show us
21  where their evidence is.
22    MS. JOHNSTON:  And, Sean, I'm
23  just going to object and ask you to
24  ask a question.  I'm following along,
25  and I see, look at this document, look

Page 264

1  at that document, do you agree with
2  this, do you agree with that.
3    What are you actually asking
4  Dr. D'Alton to do right now?  And
5  which document should she be looking
6  at?
7    MR. TRACEY:  I don't know
8  how to say -- I don't know how to say
9  it any more clearly.
10    MS. JOHNSTON:  I mean, all
11  right.  But --
12    MR. TRACEY:  The Society --
13  QUESTIONS BY MR. TRACEY:
14    Q.    Dr. D'Alton, are you following
15  me?
16    A.    I believe that I am.  I believe
17  that you're asking me to look at the Society
18  document.
19    Q.    Yes.  And I want you to see if
20  the Society did what Drs. Olsen and Liew said
21  they must do.
22    MS. JOHNSTON:  Object to the
23  form.
24    THE WITNESS:  Well, I think
25  there's much evidence of that

Page 265

1  throughout this -- or in the -- in
2  that -- in that paragraph on the
3  second page of the SMFM document.
4    They said, "Potential
5  confounders," and they listed them,
6  "recall bias, interview bias and
7  failure to adjust for multiple
8  testing."
9    They also said later that
10  the -- earlier that the diagnosis of
11  these illnesses, especially ADHD,
12  continues to evolve and the --
13  especially ADHD.
14    And furthermore, because of the
15  cause or causes of AD -- because of
16  the cause or causes of ADHD are
17  unknown, there's potential -- other
18  potential and postnatal confounders
19  such as environmental exposures and
20  genetic predisposition that these
21  retrospective analysis are unable to
22  measure.
23    So I think not only did they
24  talk about confounders, they talked
25  about the issue with accurate

Page 266

1  diagnosis of the condition.  That is
2  an issue in some of the articles that
3  have been published.  It's based on
4  screening studies, not based on
5  diagnosis.  They do address that.
6        Secondly, there's inadequate
7  information about dosage, and they
8  talk about assigning dosage based on
9  recall bias and interview bias is
10 not -- is not appropriate, is a
11 weakness in studies, and especially
12 genetic confounders.
13       I mean, what we do know about
14 ASD and ADHD is that the predominant
15 cause of ASD and ADHD is genetic and
16 not to control for genetic confounders
17 that is not present in any of the
18 studies related to ASD is not
19 appropriate.
20 QUESTIONS BY MR. TRACEY:
21    Q.    Are you done?
22    A.    I can go on, if you like.
23    Q.    Let me ask you this.  You said
24 a lot.  I have some questions about what you
25 said.

Page 267

1        Do you think that the mere
2  utterance of the term "confounding" is some
3  sort of magic wand that makes an effect in a
4  study go away?
5        MS. JOHNSTON:  Object to the
6     form.
7        THE WITNESS:  Of course not,
8     but I was answering a different
9     question what the Society said about
10    this earlier when I went on about
11    that.
12 QUESTIONS BY MR. TRACEY:
13    Q.    Yes, ma'am.
14       It is not some magical wand
15 when you simply enter -- utter the
16 incantation "confounding," that is not a
17 scientific tool that erases a positive
18 finding, is it?
19       MS. JOHNSTON:  Object to the
20    form.  Asked and answered.
21       THE WITNESS:  Well, I think
22    it -- it does, especially -- it may
23    erase the finding and especially with
24    relation -- with respect to genetic
25    confounding because certainly we know

Page 268

1  that -- as I've stated, the
2  predominant cause of ASD and ADHD is
3  genetic.
4        PRAC, which is the European
5  pharmacologic --
6  QUESTIONS BY MR. TRACEY:
7     Q.    Can you stay with my question?
8        MS. JOHNSTON:  Wait, no.
9        THE WITNESS:  Well, I'm trying
10    to answer your question.
11       MS. JOHNSTON:  And, yeah.  And,
12    Dr. D'Alton, you can finish your
13    answer.
14 QUESTIONS BY MR. TRACEY:
15    Q.    What are you answering?
16    A.    I'm answering about
17 confoundings and genetic confounders, which
18 is so important in my opinion in the --
19 especially genetic confounders in determining
20 whether a prenatal exposure is associated
21 with ASD or ADHD because it is the
22 predominant cause.
23    Q.    Okay.  But I need to take this
24 methodically in bite sizes, Dr. D'Alton.
25       How much of the confounding,

Page 269

1  according to the maternal -- the Society for
2  Maternal-Fetal Medicine was attributed to
3  misclassification?
4        MS. JOHNSTON:  Object to the
5     form.
6        THE WITNESS:  I mean, they
7     don't detail that with each one of
8     those.  They just address their
9     general concern about the totality of
10    the publications that were present
11    in -- prior to this publication in
12    2017.
13 QUESTIONS BY MR. TRACEY:
14    Q.    How much of the effect is
15 explained away by other forms of confounding
16 that you mentioned?  What does the Society
17 say?  Give me numbers.
18       MS. JOHNSTON:  Object to the
19    form.
20       THE WITNESS:  Well, I can't
21    give you numbers because the Society
22    doesn't publish numbers.  So for me to
23    make up numbers and be speculative
24    about this would not be appropriate,
25    Mr. Tracey.

¹ QUESTIONS BY MR. TRACEY:
² Q. No, ma'am, it would not be. It
³ would be speculation for anybody to claim
⁴ that the confounders that the Society has
⁵ identified had any impact on the findings
⁶ because there's no evidence of that, is
⁷ there?
⁸ MS. JOHNSTON: Object to the
⁹ form.
¹⁰ THE WITNESS: I disagree with
¹¹ you, Mr. Tracey. There is strong
¹² evidence for -- not at this point, but
¹³ in -- later on that -- and certainly
¹⁴ was at this point in 2017 by Ystrom,
¹⁵ which show that a negative control,
¹⁶ which is also a methodologic measure
¹⁷ of controlling for genetics, was where
¹⁸ paternal use of acetaminophen was
¹⁹ associated with ADHD.
²⁰ And subsequent to that, there
²¹ was a Gustavson article --
²² QUESTIONS BY MR. TRACEY:
²³ Q. Wait. Wait a second. Wait a
²⁴ second. We got to stay with one subject at a
²⁵ time, Doctor. I'm on --

¹ MS. JOHNSTON: Well, no, no,
² no. No, no, no.
³ MR. TRACEY: I'm on --
⁴ MS. JOHNSTON: Sean, no.
⁵ You've done this all day long.
⁶ MR. TRACEY: I'm on the
⁷ Society --
⁸ MS. JOHNSTON: Sean, you've
⁹ done this all day long, and you've
¹⁰ specifically asked her to identify --
¹¹ MR. TRACEY: I asked her what
¹² was in the Society response.
¹³ MS. JOHNSTON: -- and she was
¹⁴ in the process of answering you, Sean.
¹⁵ MR. TRACEY: No. She was in
¹⁶ the process of adding stuff.
¹⁷ THE WITNESS: Well, Mr. Tracey,
¹⁸ I don't believe that I was. You asked
¹⁹ me what was the evidence for genetic
²⁰ confounders.
²¹ QUESTIONS BY MR. TRACEY:
²² Q. Since then.
²³ MS. JOHNSTON: We're not going
²⁴ to do this.
²⁵

¹ QUESTIONS BY MR. TRACEY:
² Q. You said since then, Doctor.
³ MS. JOHNSTON: Sean, she's
⁴ going to finish her answer, and then
⁵ you can ask a different question, and
⁶ if you and I need to have a separate
⁷ discussion about this, we absolutely
⁸ can.
⁹ But you've called Dr. D'Alton
¹⁰ "ma'am" all day, and you've
¹¹ consistently interrupted her, so I
¹² would like you to please show the
¹³ witness some respect and allow her to
¹⁴ answer the questions you're asking.
¹⁵ MR. TRACEY: I would expect
¹⁶ Dr. D'Alton and you to respect the
¹⁷ system and not filibuster my
¹⁸ questions. That's what I would expect
¹⁹ out of you as an officer of the court.
²⁰ MS. JOHNSTON: Dr. D'Alton, you
²¹ can finish your answer.
²² THE WITNESS: I've tried to
²³ show you respect all day, Mr. Tracey,
²⁴ and the fact that you don't believe I
²⁵ have is troubling to me, and so I've

¹ done my best to answer the questions
² that you have posed to me.
³ And the question I was
⁴ answering was about genetic
⁵ confounding. And you asked me not
⁶ about just this, but you asked me what
⁷ evidence is there that confounding
⁸ would change anything. So if I --
⁹ QUESTIONS BY MR. TRACEY:
¹⁰ Q. Yes.
¹¹ A. -- misunderstood your question,
¹² I apologize. But I was giving you my answer
¹³ with respect to how important, in my opinion,
¹⁴ genetic confounding is.
¹⁵ Q. But my question is very
¹⁶ specific, Doctor. I want to know how much of
¹⁷ the effect that we see in the studies is
¹⁸ mathematically attributed to the confounding
¹⁹ that you claim exists.
²⁰ A. Well --
²¹ MS. JOHNSTON: Object to the
²² form.
²³ THE WITNESS: In the studies,
²⁴ there's no study that looks at genetic
²⁵ confounding with respect to ASD.

1       In -- with respect to ADHD, the
2 only one that used an appropriate
3 negative control was Ystrom, which
4 showed that paternal use of
5 acetaminophen was also a -- pre -- six
6 months prior to pregnancy was
7 associated and was exactly the same
8 risk as -- or higher than those with
9 maternal use of acetaminophen during
10 pregnancy.
11       And then those authors in the
12 MoBa cohort, from the Norwegian
13 cohort, went on in 2021 to further
14 evaluate in a better way genetic
15 confounding and showed that it
16 eliminated the risk of an association
17 of prenatal ingestion of maternal
18 acetaminophen and ADHD and ASD.
19 QUESTIONS BY MR. TRACEY:
20    Q.   Are you finished?
21    A.   I finished my answer so far on
22 genetic confounding, yes.
23    Q.   You don't have any idea,
24 Doctor, of what percentage of the effect that
25 we see in the studies is attributable, if

1 any, to the confounding you've identified, do
2 you?
3       MS. JOHNSTON:  Object to the
4 form.  Asked and answered.
5       THE WITNESS:  Well, the problem
6 is that the majority of the studies
7 didn't adjust for genetic confounders,
8 and when they did, that --
9 QUESTIONS BY MR. TRACEY:
10    Q.   Can you set genetics aside for
11 a second?  I'll get to that.
12       MS. JOHNSTON:  Dr. D'Alton --
13 QUESTIONS BY MR. TRACEY:
14    Q.   But the other confounders.
15       MS. JOHNSTON:  Dr. D'Alton.
16 Dr. D'Alton, please finish your
17 answer.
18       THE WITNESS:  I mean,
19 Mr. Tracey, you got to consider
20 genetic confounders, which is one of
21 the confounders.
22 QUESTIONS BY MR. TRACEY:
23    Q.   I agree.
24    A.   Okay.
25    Q.   I agree with you.

1    A.   So --
2    Q.   But I'm trying to do this in a
3 methodical way.
4       MS. JOHNSTON:  Okay.  Well,
5 we're going to go back to the last
6 question, and Dr. D'Alton is going to
7 finish answering it, and then you can
8 ask another one.
9       Were you finished with your
10 answer, Dr. D'Alton?
11       THE WITNESS:  I'm sorry, I
12 don't remember the question.
13       MS. JOHNSTON:  I don't blame
14 you.
15 QUESTIONS BY MR. TRACEY:
16    Q.   Dr. D'Alton, do you have any
17 evidence -- here is my question.  Any
18 evidence for any of the confounding that you
19 claim exists as to what percentage of the
20 positive effect between acetaminophen and
21 ADHD and ASD is attributed to those
22 confounders?
23       MS. JOHNSTON:  Object to the
24 form.  Asked and partially answered.
25       THE WITNESS:  Well, as I've

1 said with confounding, it eliminated
2 the risk.  So when the appropriate
3 adjustment was made for confounders,
4 it eliminated the risk.
5 QUESTIONS BY MR. TRACEY:
6    Q.   Okay.  You're talking about one
7 study now, Gustavson, right?
8    A.   No, I'm talking about two
9 studies.  I'm talking about the negative
10 control study that was done by Ystrom, and
11 I'm showing that a paternal -- maternal --
12 excuse me, paternal use of acetaminophen that
13 was taken six months prior to pregnancy had a
14 higher risk of ADHD than maternal use of
15 acetaminophen during pregnancy.
16    Q.   What did the authors of Ystrom
17 attribute that to, ma'am?
18    A.   They were very concerned about
19 this, which is in -- why they went on and did
20 even a better methodologic study with
21 Gustavson as the leader author in 20 -- I
22 can't remember.  I think it was 2021 -- where
23 they addressed further genetic confounding.
24       And they had to consider
25 genetic confounding as the dominant cause

Page 278

1  of the reason why paternal use of
2  acetaminophen was more associated with ADHD
3  than maternal use of acetaminophen.
4      Q.   Did you see what Dr. Baccarelli
5  had to say about that in his rebuttal report,
6  Doctor?
7          MS. JOHNSTON:  Object to the
8      form.
9          And, Sean, I was trying to jump
10     in and just say, we've been going for
11     hour, five, so can we -- can we take a
12     break when you wrap this line up?
13     MR. TRACEY:  Yeah.  Yes.
14 QUESTIONS BY MR. TRACEY:
15     Q.   Did you see what Dr. Baccarelli
16 said about the sib-pair studies in his
17 rebuttal?
18         MS. JOHNSTON:  Object to --
19         THE WITNESS:  I can't remember
20     what he said about it offhand.  I'd be
21     happy to look at it and see what he
22     said in his rebuttal.  I've read it,
23     but I can't remember the specifics
24     that he had on that.
25

Page 279

1  QUESTIONS BY MR. TRACEY:
2      Q.   Do you remember whether the --
3  whether the confidence intervals in the
4  sib-pair study crossed 1?
5          MS. JOHNSTON:  Object to the
6      form.
7          THE WITNESS:  I believe that it
8      was statistically significant.  I'd
9      have to look back at it.
10 QUESTIONS BY MR. TRACEY:
11     Q.   If it was not statistically
12 significant, what would that mean to you?
13         MS. JOHNSTON:  Object to the
14     form, and I'm not following whether
15     we're talking about Dr. Baccarelli's
16     report.  Maybe that's me.
17         If Dr. D'Alton knows where you
18     are, that's fine, but...
19         THE WITNESS:  I am -- I
20     can't -- I can't remember what he said
21     about that, to be honest, Mr. Tracey --
22 QUESTIONS BY MR. TRACEY:
23     Q.   No --
24     A.   -- at this point.
25     Q.   -- no.  I'm asking -- I'm

Page 280

1  asking about the confidence intervals.
2  There's -- this is not an opinion question.
3          Do you recall what the
4  confidence intervals in the Gustavson paper
5  in the sib-pair cohort were?
6          MS. JOHNSTON:  Object to the
7      form.
8          THE WITNESS:  I would have to
9      look it up.  I can't recall that at
10     this moment.
11 QUESTIONS BY MR. TRACEY:
12     Q.   Well, you said you thought they
13 were statistically significant.
14         Remember that a minute ago?
15     A.   As far as I remember, they
16 eliminated the risk, but I'd have to look
17 back to confirm that.
18     Q.   And my question is, if you're
19 wrong, if they were not statistically
20 significant, would that change your opinion?
21         MS. JOHNSTON:  Object to the
22     form.
23         THE WITNESS:  No, it would not
24     change my opinion because the issue of
25     genetic confounding has not been

Page 281

1  studied enough in ASD and ADHD, and it
2  needs to be addressed substantially in
3  all studies related to A -- ADHD and
4  ASD because it is the dominant cause
5  of -- of ASD and ADHD.
6  QUESTIONS BY MR. TRACEY:
7      Q.   I see.  Let's finish up with
8  Liew and Olsen's response.
9          You mentioned negative control
10 studies.  Let's see what the actual
11 researchers of those studies had to say.
12 They say, "Several analytical methods that
13 aim to minimize confounding bias have been
14 utilized in these studies, and findings from
15 a propensity score matched method,
16 sibling-controlled analysis, and negative
17 control comparison have all given consistent
18 results, providing additional evidence
19 against confounding as the primary reason to
20 explain away the possible fetal programming
21 of acetaminophen on brain function in
22 childhood."
23         Now, you are seeing this for
24 the first time today?
25         MS. JOHNSTON:  Object to the

Page 282

1 form.
2 THE WITNESS: As I shared with
3 you, I can't remember seeing this
4 before.
5 Have I seen it before? I may
6 have, but I can't recall it at this
7 point.
8 So let me just look at the
9 articles.
10 QUESTIONS BY MR. TRACEY:
11 Q. Do you know where Dr. Liew
12 works?
13 MS. JOHNSTON: And, Mary --
14 Dr. D'Alton, take your time. We'll
15 wait for you and ask a question again.
16 THE WITNESS: I've looked at
17 this, yes.
18 QUESTIONS BY MR. TRACEY:
19 Q. And this is the first time
20 you've seen it?
21 MS. JOHNSTON: Object to the
22 form. Asked and answered.
23 THE WITNESS: Mr. Tracey, I've
24 said it a number of times. I don't
25 know if it's the first time. I can't

Page 283

1 recall having seen it before. Whether
2 I have or not, I just don't know.
3 I can't answer that for you
4 right now.
5 QUESTIONS BY MR. TRACEY:
6 Q. So let me ask you this. How
7 did you -- what was your search strategy for
8 identifying relevant literature that you
9 gathered to write your report?
10 MS. JOHNSTON: Just really
11 quickly. Dr. D'Alton, you're going to
12 answer this because this is a pending
13 question.
14 But, Sean, it's my
15 understanding that you wanted to wrap
16 up on Liew and Olsen and then I asked
17 for a break six minutes ago.
18 MR. TRACEY: Yeah. You -- I'll
19 tell you what, I'll withdraw that
20 question.
21 MS. JOHNSTON: That's fine.
22 MR. TRACEY: Let's take the
23 break, and then we'll come back.
24 MS. JOHNSTON: Sounds good.
25 Thank you.

Page 284

1 THE WITNESS: Thank you.
2 VIDEOGRAPHER: The time right
3 now is 2:47 p.m. We are off the
4 record.
5 (Off the record at 2:47 p.m.)
6 VIDEOGRAPHER: The time right
7 now is 3:04 p.m. We are back on the
8 record.
9 MR. TRACEY: Ray, can you put
10 the Liew, Olsen reply back up? I
11 think it was Exhibit 937.
12 QUESTIONS BY MR. TRACEY:
13 Q. Dr. D'Alton, on the -- under
14 Section 4, there is -- it's -- next page,
15 yeah. There you go.
16 Well, keep going.
17 Yeah, there you go. Stop right
18 there.
19 Expert opinion to act or not to
20 act.
21 Do you see that, ma'am?
22 A. Yes.
23 Q. I want to see what they have to
24 say about this, expert opinion to act and not
25 to act.

Page 285

1 They say, "Whether actions are
2 recommended or not also depend upon the
3 consequences of doing something versus doing
4 nothing. In many situations, the
5 precautionary principle should be used and
6 the unborn child should benefit from the
7 doubt."
8 Do you agree with that?
9 MS. JOHNSTON: Object to the
10 form.
11 THE WITNESS: I think it
12 depends on how big the doubt is; and
13 in this case, I don't agree with that.
14 QUESTIONS BY MR. TRACEY:
15 Q. All right. They go on to say,
16 "Acetaminophen is often purchased over the
17 counter and used for minor symptoms or
18 discomfort where the treatment has no strong
19 indication and carries little risk for the
20 pregnant women."
21 Do you agree with that?
22 MS. JOHNSTON: Object to the
23 form.
24 THE WITNESS: No. In general,
25 I don't agree with that. I'm not

Page 286

1  aware of what data they're using to
2  say symptoms are minor or the mother
3  has discomfort, and there is no strong
4  indication.
5       As I've indicated to you
6  multiple times today, medications
7  should not be used without indication,
8  without discussing it with a physician
9  or a health care professional, and
10  should be used for -- in the lowest
11  dose and for the lowest -- and for the
12  shortest amount of time.
13  QUESTIONS BY MR. TRACEY:
14     Q.   But, Dr. D'Alton, do you know
15  what the indications for acetaminophen are
16  that are on the label?
17       MS. JOHNSTON:  Object to the
18  form.
19       THE WITNESS:  I'll have to pull
20  out the label to look at them, but
21  there's a number of indications
22  related mainly to pain and fever.
23  QUESTIONS BY MR. TRACEY:
24     Q.   Okay.  And do you recall the
25  words "minor aches and pains" on the label?

Page 287

1       MS. JOHNSTON:  Object to the
2  form.
3       THE WITNESS:  At this point I
4  don't remember that.  I remember more
5  about what it says about pregnancy.
6  QUESTIONS BY MR. TRACEY:
7     Q.   Okay.  What it says about
8  pregnancy is nothing, right?
9     A.   Well, it does say --
10       MS. JOHNSTON:  Object to the
11  form.
12       THE WITNESS:  Sorry.
13       As I recall what it says about
14  pregnancy is contact your doctor or
15  health care professional prior to use.
16  QUESTIONS BY MR. TRACEY:
17     Q.   And that's true of every single
18  over-the-counter product in America because
19  that's the law, right?
20       MS. JOHNSTON:  Object to the
21  form.
22       THE WITNESS:  I honestly
23  haven't looked at every single product
24  in America.  So I'm not a labeling
25  expert or familiar with the laws.

Page 288

1  QUESTIONS BY MR. TRACEY:
2     Q.   You didn't know that every
3  single over-the-counter product in America
4  carries that same language?
5       MS. JOHNSTON:  Object to the
6  form.
7       THE WITNESS:  I was not aware
8  of that, but it certainly seems
9  prudent.
10  QUESTIONS BY MR. TRACEY:
11     Q.   All right.  And that's true
12  whether we're talking about cough drops,
13  Tylenol or Gas-X, they all say exactly --
14  they all say exactly the same thing.
15       MS. JOHNSTON:  Object to the
16  form.
17  QUESTIONS BY MR. TRACEY:
18     Q.   Did you know that?
19       MS. JOHNSTON:  Object to the
20  form.  Asked and answered.
21       THE WITNESS:  I shared with you
22  I didn't know that, what all others --
23  what all others have on their label.
24  QUESTIONS BY MR. TRACEY:
25     Q.   All right.  So you disagree

Page 289

1  that acetaminophen is often purchased over
2  the counter and used for minor symptoms or
3  discomfort where the treatment has no strong
4  indication and carries little risk for the
5  pregnant woman?
6       MS. JOHNSTON:  Object to the
7  form.
8       THE WITNESS:  Well, what I
9  would say is there's no reference for
10  this here, and I don't know what data
11  is used to support that statement.
12  QUESTIONS BY MR. TRACEY:
13     Q.   Ma'am, have you ever taken
14  Tylenol for a minor ache or pain?
15     A.   Usually, no.
16       MS. JOHNSTON:  Object to the
17  form.
18       THE WITNESS:  I try -- usually,
19  no.  I try to avoid medication unless
20  they're indicated.
21  QUESTIONS BY MR. TRACEY:
22     Q.   Oh.  Well, if Tylenol is
23  indicated for minor aches or pains, is it
24  okay to take it or no?
25       MS. JOHNSTON:  Object to the

Page 290

1    form.
2        THE WITNESS:  Well, if you're
3    asking for me personally, it's fine to
4    take it.  I personally don't.
5        In pregnancy, as I've stated,
6    it should be a discussion with a
7    health care professional and the
8    patient.
9    QUESTIONS BY MR. TRACEY:
10       Q.   What if you don't know you're
11   pregnant, ma'am?
12       MS. JOHNSTON:  Object to form.
13       THE WITNESS:  Then how can we
14   know what -- how can we know what to
15   advise patients when they don't know
16   if they're pregnant or not?
17   QUESTIONS BY MR. TRACEY:
18       Q.   That's really, really a good
19   point, isn't it?
20       MS. JOHNSTON:  Just wait for a
21   question.
22   QUESTIONS BY MR. TRACEY:
23       Q.   Well, the point you just made,
24   what do we advise if they don't know they're
25   pregnant?  That's -- that's a good point

Page 291

1    you're making, isn't it?
2        MS. JOHNSTON:  Object to the
3    form.
4        THE WITNESS:  I don't know
5    where -- what you mean by that.  We
6    can't advise patients if we don't know
7    what's -- what the issues are.
8    QUESTIONS BY MR. TRACEY:
9        Q.   Well, you could.  You could put
10   on a Tylenol label, "If you are pregnant or
11   thinking of becoming pregnant, do not use
12   unless the risk outweighs the benefit.  Here
13   are the risks," and you could list them,
14   couldn't you?
15       MS. JOHNSTON:  Object to the
16   form.
17       THE WITNESS:  You could do
18   that, but in my opinion, that would
19   have significant negative consequences
20   for pregnant women.
21   QUESTIONS BY MR. TRACEY:
22       Q.   Okay.  What negative
23   consequences would it have if you were to put
24   that language on a label for pregnant women?
25       A.   Well, number one, you're giving

Page 292

1    information to pregnant women that they would
2    have to make their own decision about Tylenol
3    with risks that are not well-identified in a
4    label.
5        And as I've stated many times,
6    the tenet that we have in obstetrics for
7    many, many years is -- and the standard of
8    care -- is that a patient taking a medicine
9    should not do that without contacting her
10   health care professional.
11       With respect to the risks of --
12   to a woman of the -- notifying them of a
13   potential -- or a reported association
14   between ASD and ADHD, in my view it would
15   cause very significant anxiety among patients
16   who are pregnant.
17       It may have negative
18   consequences of them delaying therapy when
19   it's indicated, and that has the potential of
20   many, many other consequences of delaying
21   therapy, especially for fever or severe pain
22   that is not investigated.
23       So I think the downside
24   consequences for mothers of giving this
25   fearful information, that, in my opinion, is

Page 293

1    not substantiated in the literature by the
2    studies that are in existence at this point,
3    would have enormous consequence for pregnant
4    women all over the US.
5        Q.   Well, they would have enormous
6    consequences for Johnson & Johnson, too,
7    wouldn't they?
8        MS. JOHNSTON:  Object to the
9    form.
10       THE WITNESS:  Quite honestly,
11   I'm not considering the consequences
12   to Johnson & Johnson.
13       My role here today is to
14   consider the consequences in treating
15   a pregnant patient.  I have not given
16   any thought to what consequences would
17   be for Johnson & Johnson, and that's
18   not for me.
19       My role here is as a
20   practitioner who sees so many pregnant
21   patients, who deals with so many
22   high-risk conditions, where there are
23   so many cases of pain that can
24   potentially be very serious for a
25   mother or her baby, and so many -- so

Page 294

1  many times where fever can have very
2  substantial risk to a mother and to
3  her baby, that that needs to be
4  carefully considered before putting
5  something in there that would scare a
6  pregnant women away from necessary
7  treatment.
8       MR. TRACEY:  I'm going to
9  object to nonresponsive.
10 QUESTIONS BY MR. TRACEY:
11      Q.   Doctor, you've testified a
12 hundred times, correct, or maybe more?
13      MS. JOHNSTON:  Object to the
14  form.
15      THE WITNESS:  I've gone through
16  that with you this morning.
17 QUESTIONS BY MR. TRACEY:
18      Q.   Right?
19      A.   I've told you -- I've shared
20 with you the number of depositions, and the
21 estimate of the number of depositions and the
22 number of --
23      Q.   Yes, ma'am, that's why I asked
24 the question.
25      MS. JOHNSTON:  Dr. D'Alton.

Page 295

1  Dr. D'Alton.
2       MR. TRACEY:  You have testified
3  a hundred times or more?
4       MS. JOHNSTON:  Dr. D'Alton, you
5  can finish your answer.
6       THE WITNESS:  That's correct,
7  Mr. Tracey.
8  QUESTIONS BY MR. TRACEY:
9       Q.   Okay.  You have testified, you
10 told me, approximately 30 times live at
11 trial, correct?
12      A.   Yes, I have.
13      Q.   You have heard lawyers object
14 to your answers as being nonresponsive,
15 haven't you?
16      MS. JOHNSTON:  Object to the
17  form.
18      THE WITNESS:  Occasionally I've
19  heard that, but quite rarely,
20  Mr. Tracey.  I try and answer the
21  question.
22 QUESTIONS BY MR. TRACEY:
23      Q.   And you know exactly what it
24 means to be nonresponsive, Dr. D'Alton, don't
25 you?

Page 296

1       MS. JOHNSTON:  Object to the
2  form.
3       THE WITNESS:  No.  My intent is
4  not to be nonresponsive, Mr. Tracey.
5  My intent, always, is to answer your
6  questions as honestly, as completely
7  and as forthrightly as I can.
8  QUESTIONS BY MR. TRACEY:
9       Q.   My intent, Doctor, you
10 know what it means to be nonresponsive, don't
11 you?
12      MS. JOHNSTON:  Object to the
13  form.  Asked and answered.
14      THE WITNESS:  I hope that I
15  would never be nonresponsive.  I try
16  and be responsive in all of my
17  questions and do so in an appropriate
18  manner, in a forthright manner and in
19  as complete a manner as I can.
20 QUESTIONS BY MR. TRACEY:
21      Q.   Doctor, do you think women are
22 incapable of evaluating medical evidence
23 cooly and calmly without becoming anxious or
24 scared?
25      MS. JOHNSTON:  Object to the

Page 297

1  form.
2       THE WITNESS:  I think it
3  depends on the woman and depends on
4  her background.
5       But I can tell you my own
6  experience in dealing with pregnant
7  women is that the anxiety level is
8  very substantial during pregnancy, and
9  women are very, very concerned about
10  possible effects on their baby.  And
11  they -- we've seen -- we saw this very
12  much front and center during COVID.
13  And we are left, as obstetricians,
14  gynecologists and health care
15  providers, of dealing with that.
16      So this is a lot of information
17  to consider, and I think it would be
18  beyond the ability of many women to be
19  able to consider fully.
20 QUESTIONS BY MR. TRACEY:
21      Q.   So we just don't tell them
22 anything?
23      MS. JOHNSTON:  Object to the
24  form.
25      THE WITNESS:  Mr. Tracey, I

Page 298

1  never said that, don't tell a woman
2  anything. I've never said that. I've
3  shared with you the importance of
4  shared decision between a health care
5  provider and her patient and how
6  deeply and committedly obstetrician,
7  gynecologist take that -- take that
8  charge with their patient. They're
9  advocates for their patients.
10  QUESTIONS BY MR. TRACEY:
11     Q.   Let me ask you this. If I had
12  a bag of cough drops in my hand and I had a
13  bottle of Tylenol in my hand, and they both
14  said, "If you're pregnant, call your doctor."
15         Are you with me?
16     A.   I'm trying to stay with you,
17  Mr. Tracey, yes.
18     Q.   Are you there?
19     A.   I'm here.
20     Q.   Should I take away from this
21  language that's on the bag of cough drops,
22  that's on the bottle of Tylenol, that the
23  risks are the same?
24         MS. JOHNSTON: Object to the
25  form. Incomplete hypothetical.

Page 299

1         THE WITNESS: So I'm
2  actually -- I was with you until now,
3  but I don't quite understand your last
4  question, Mr. Tracey.
5  QUESTIONS BY MR. TRACEY:
6     Q.   What part?
7     A.   Oh, God, the full question.
8         MS. JOHNSTON: That's fine.
9  QUESTIONS BY MR. TRACEY:
10     Q.   Okay. Do you expect women,
11  pregnant women, to call you before they take
12  a Hall's cough drop?
13         MS. JOHNSTON: Object to the
14  form.
15         THE WITNESS: No, I don't,
16  because a Hall's is not a medication.
17  QUESTIONS BY MR. TRACEY:
18     Q.   How about Gas-X?
19         MS. JOHNSTON: Object to the
20  form.
21         THE WITNESS: Quite honestly,
22  I'm not familiar about -- with Gas-X.
23  I don't know -- I haven't heard of its
24  use in pregnancy. I would have to
25  look it up.

Page 300

1  QUESTIONS BY MR. TRACEY:
2     Q.   What about Dramamine, do you
3  expect them to call you?
4         MS. JOHNSTON: Same objection.
5         THE WITNESS: I expect them to
6  call me about drugs in pregnancy,
7  about if they're taking
8  over-the-counter medications in
9  pregnancy, not about throat lozenges.
10  QUESTIONS BY MR. TRACEY:
11     Q.   Okay. So you don't know what
12  Gas-X is?
13     A.   No.
14         MS. JOHNSTON: Object to the
15  form.
16         THE WITNESS: I'd have to look
17  it up, Mr. Tracey.
18         MS. JOHNSTON: Let me just get
19  my objection in there.
20         THE WITNESS: Okay.
21  QUESTIONS BY MR. TRACEY:
22     Q.   What about Dramamine?
23         MS. JOHNSTON: Same objection.
24         THE WITNESS: Dramamine I would
25  have to look up as well. I can't

Page 301

1  recall at this point the -- what
2  Dramamine is.
3  QUESTIONS BY MR. TRACEY:
4     Q.   What about Pepto-Bismol?
5         MS. JOHNSTON: Same objection.
6  Outside the scope.
7         THE WITNESS: Pepto-Bismol is
8  something that is used for --
9  frequently for diarrhea in pregnancy
10  or diarrhea outside of pregnancy.
11  QUESTIONS BY MR. TRACEY:
12     Q.   It says on the bottle, "Call
13  your doctor before using."
14         Do you -- do you deal with a
15  lot of Pepto-Bismol calls?
16         MS. JOHNSTON: Object to the
17  form.
18         THE WITNESS: No, I deal with
19  morely {sic} -- I mainly deal with
20  symptoms, not related to Pepto-Bismol.
21         So if I got a call about a
22  symptom, then I would opine on that
23  with a patient or I would discuss that
24  with a patient and do the same
25  risk/benefit analysis that I would do

Page 302

1  in a -- in a patient who is taking
2  Tylenol.
3  QUESTIONS BY MR. TRACEY:
4      Q.    So would you expect your
5  patient, then, to call you before they took
6  Pepto-Bismol?
7          MS. JOHNSTON:  Object to the
8  form.
9          THE WITNESS:  Yes.
10         MS. JOHNSTON:  Asked and
11  answered.
12         THE WITNESS:  I would expect my
13  patients to call me about any new
14  medications that they are taking in
15  pregnancy.
16         My process is at the first
17  prenatal visit, I would go through all
18  of the existing drugs that they --
19  QUESTIONS BY MR. TRACEY:
20     Q.    I didn't ask about your
21  process, ma'am.
22         MS. JOHNSTON:  Dr. D'Alton, you
23  can certainly finish your answer to
24  the question --
25         MR. TRACEY:  It's the

Page 303

1  non-responsive part to this.
2          MS. JOHNSTON:  No, we're going
3  to -- we are going to --
4          MR. TRACEY:  I asked about a
5  process.
6          MS. JOHNSTON:  No.  No.  Sean,
7  we are going to stop this deposition
8  if this happens one more time.
9  Dr. D'Alton, finish --
10         MR. TRACEY:  Stop it if you
11  want, but I -- I'm not going to listen
12  to her filibuster my time.  That's not
13  what I asked her.
14         MS. JOHNSTON:  Your question --
15         MR. TRACEY:  Ask her what she's
16  answering.
17         MS. JOHNSTON:  -- was about her
18  expectations for patients when they
19  are taking medications in pregnancy.
20         MR. TRACEY:  No, it wasn't.  It
21  was very specific about Pepto-Bismol.
22         MS. JOHNSTON:  Your entire line
23  of questioning --
24         MR. TRACEY:  And she's talking
25  about a process

Page 304

1          MS. JOHNSTON:  You know what,
2  I'm actually not going to argue with
3  you either.  And I don't appreciate
4  you interrupting me.
5          Here's what's going to happen.
6  Dr. D'Alton is going to finish her
7  answer to your questions or this
8  deposition ends.  You and I can fight
9  all we want, but I will not allow you
10  to be disrespectful to Dr. D'Alton as
11  she's trying to answer the questions
12  that you're asking.
13         The fact that the questions are
14  absurd --
15         MR. TRACEY:  Why don't you --
16  why don't you instruct Dr. D'Alton to
17  follow the rules of evidence and
18  answer the question that's asked?
19         MS. JOHNSTON:  Sean --
20         MR. TRACEY:  You want some time
21  to take her outside and explain to her
22  how this works and what's going to
23  happen in front of a judge?
24         MS. JOHNSTON:  Sean, I would
25  love to take this in front of a judge

Page 305

1  right now, but you are not going to do
2  this any longer.
3          Dr. D'Alton is going to finish
4  her answers.
5          I'm not the one with the
6  problem here, Sean.  Dr. D'Alton is
7  going to finish her answers.
8          MR. TRACEY:  Look, look,
9  you-all create these controversies
10  that don't really exist because you
11  know there's a judge not here, and
12  you're trying to burn up our time.
13  I'm not playing that game with you.
14  I'm not doing it.
15         MS. JOHNSTON:  Sean -- Sean, if
16  you want to burn up your time asking
17  questions about Pepto-Bismol, Gas-X
18  and a 60-page document from a
19  conference she attended, that's your
20  prerogative.
21         But she's going to answer her
22  questions -- the questions that you're
23  asking her, and she's going to
24  complete those answers.
25

Page 306

¹ QUESTIONS BY MR. TRACEY:
²     Q.    Let me ask --
³       MS. JOHNSTON: If you interrupt
⁴ her again, we are shutting this down.
⁵ QUESTIONS BY MR. TRACEY:
⁶     Q.    Dr. D'Alton, do you expect your
⁷ patients to call you before they take
⁸ Pepto-Bismol?
⁹       MS. JOHNSTON: Object to form.
¹⁰       THE WITNESS: What I've tried
¹¹ to share with you, Mr. Tracey, is if
¹² they are taking Pepto-Bismol regularly
¹³ and I know that from the first visit,
¹⁴ I would not expect that they call me
¹⁵ if I've gone through the -- the
¹⁶ reasons why they're taking it.
¹⁷       On the other hand, if they're
¹⁸ planning to take a new medication in
¹⁹ pregnancy, I would always ask those
²⁰ patients to call me prior to use so I
²¹ could identify the symptomatology that
²² they are using it for and understand
²³ if I need to see them in person for an
²⁴ evaluation.
²⁵

Page 307

¹ QUESTIONS BY MR. TRACEY:
²     Q.    What if they took Tylenol with
³ their first child after speaking with you and
⁴ then they got pregnant again a couple years
⁵ later, are they supposed to call you again?
⁶       MS. JOHNSTON: Objection --
⁷       THE WITNESS: Absolutely --
⁸       MS. JOHNSTON: Object to the
⁹ form.
¹⁰       Go ahead.
¹¹       THE WITNESS: Absolutely they
¹² are expected to call me again,
¹³ Mr. Tracey, because the indications
¹⁴ for Tylenol use are myriad, and I want
¹⁵ to be able to investigate whether
¹⁶ that use is appropriate and whether I
¹⁷ need to see the patient and whether I
¹⁸ think that that symptomatology that
¹⁹ they are considering using Tylenol for
²⁰ is something that I need to see them
²¹ and evaluate them for before therapy.
²²       So, yes, Mr. Tracey, I would
²³ ask them to call me again before use.
²⁴ QUESTIONS BY MR. TRACEY:
²⁵     Q.    Another reason you might ask

Page 308

¹ them to call you again is because the risk
² profile may have changed, true?
³       MS. JOHNSTON: Object to the
⁴ form.
⁵       THE WITNESS: I mean, certainly
⁶ that's a potential hypothetical, but
⁷ with Tylenol, in my opinion, the risk
⁸ profile has not changed.
⁹ QUESTIONS BY MR. TRACEY:
¹⁰     Q.    Understood.
¹¹       But that is a reason why, for
¹² example, in 2012 there were not 23
¹³ epidemiology studies looking at Tylenol and
¹⁴ ADHD in autism, right?
¹⁵       MS. JOHNSTON: Object to the
¹⁶ form.
¹⁷       THE WITNESS: That's correct.
¹⁸ QUESTIONS BY MR. TRACEY:
¹⁹     Q.    And now there are?
²⁰       MS. JOHNSTON: Object to the
²¹ form.
²²       THE WITNESS: There's a number
²³ of studies. I don't recall exactly
²⁴ how many. I'd have to look at them
²⁵ again.

Page 309

¹ QUESTIONS BY MR. TRACEY:
²     Q.    Do you think that people like
³ Dr. Liew and Dr. Baccarelli and other
⁴ researchers like them should stop
⁵ investigating Tylenol and neurodevelopmental
⁶ disorders?
⁷       MS. JOHNSTON: Object to the
⁸ form.
⁹       THE WITNESS: Absolutely not.
¹⁰ Absolutely not. I do not believe
¹¹ that -- I would never call for an end
¹² to research. I would agree that
¹³ research needs to continue and needs
¹⁴ to be more precise and to be able to
¹⁵ better answer the questions in front
¹⁶ of us.
¹⁷ QUESTIONS BY MR. TRACEY:
¹⁸     Q.    Do you question
¹⁹ Dr. Baccarelli's judgment?
²⁰       MS. JOHNSTON: Object to the
²¹ form.
²²       THE WITNESS: I really don't
²³ know Dr. Baccarelli's judgment. I
²⁴ know his opinions, but judgment is
²⁵ something I think about in terms of --

Page 310

1  what I'm usually familiar with in
2  determining judgment is how they treat
3  patients.
4      How Dr. Baccarelli is in other
5  formats, I can't comment on.
6  QUESTIONS BY MR. TRACEY:
7      Q.   If we continue to read Liew and
8  Olsen, they say, "Not taking the drug under
9  these conditions" -- which is the conditions
10 where the minor symptoms or discomfort, where
11 the treatment has no strong indication, they
12 say, "Not taking the drug under these
13 conditions will cause little harm, but taking
14 the drug frequently might have health
15 consequences for the unborn child."
16     I assume you disagree with
17 that?
18     A.   Yes, I do, because -- and for
19 the reasons that I will share with you, that
20 sometimes a minor symptom or a discomfort in
21 pregnancy can be very substantial.  And that
22 needs to be investigated by an appropriate
23 health care professional before it can be
24 determined to be minor.
25     The mother may think it's

Page 311

1  minor, but it is an important evaluation that
2  needs to be done by a health care
3  professional to decide if, indeed, it is
4  minor.
5      Q.   Okay.  But what they say is not
6  taking the drug under these conditions for
7  minor symptoms or discomfort will cause
8  little harm.  That's a true statement,
9  generally speaking.  I understand there may
10 be some exceptions.
11     A.   Well, I don't --
12     MS. JOHNSTON:  Object to the
13 form.
14     THE WITNESS:  I'm sorry,
15 Mr. Tracey, I would not agree with
16 that at all in pregnancy because there
17 are a myriad of conditions in
18 pregnancy that have minor symptoms.
19 And one of those is the treatment of
20 preterm labor, is in the presentation
21 of preterm labor.  It may have very
22 minor symptoms and the patient is
23 already in advanced labor.  So I would
24 very much disagree with that in terms
25 of pregnancy.

Page 312

1      Whether it's true generally,
2  outside of pregnancy, I'm not going to
3  speak about that.  I'm here to talk
4  about the evaluation of the symptoms
5  and the importance of these symptoms
6  in dealing with a pregnant person.
7      Similarly headache in
8  pregnancy.  It may be mild, but if you
9  have hypertension, that requires an
10 evaluation.  So there are many, many
11 things in pregnancy that may come
12 across as mild to the mother that when
13 seen by a clinician may -- may be
14 extremely important for that person's
15 health and her baby's health.
16 QUESTIONS BY MR. TRACEY:
17     Q.   You don't prescribe Tylenol for
18 headaches to pregnant women, do you?
19     MS. JOHNSTON:  Object to the
20 form.
21     THE WITNESS:  Well, of course I
22 do.  If there -- if they have
23 headaches that needs to be treated, I,
24 first of all, won't do it immediately.
25 I will do an evaluation of the patient

Page 313

1  with headaches and determine with her
2  what I believe the cause of the
3  headache is or what the underlying
4  cause of the headache could be and
5  whether therapy is needed.
6  QUESTIONS BY MR. TRACEY:
7      Q.   Your first-line treatment for
8  headache is not Tylenol or any analgesic, is
9  it?
10     MS. JOHNSTON:  Object to the
11 form.
12     THE WITNESS:  Well, my
13 first-line treatment is an evaluation
14 of the cause for the headache.  The
15 cause for the headache could be as
16 simple as caffeine withdrawal in early
17 pregnancy as many women are concerned
18 about the risks of caffeine, and from
19 my experience clinically in dealing
20 with pregnant patients in the first
21 trimester, that is one of the reasons
22 for -- common reasons for headache.
23     So in that instance, I would
24 more likely than not tell a patient to
25 take some caffeine.

Confidential - Subject to Protective Order

Page 314

1  On the other hand, if a patient
2  is telling me that she has not had
3  anything to eat or drink all day, and
4  in this heat that we've had this
5  summer, one of the causes for headache
6  could be that of dehydration.  And how
7  I would respond to headache in that
8  fashion would be to treat the
9  underlying cause, which is by giving
10  them fluids.
11  So my therapy is not a
12  generalized therapy, Mr. Tracey.  It's
13  an evaluation of what do I think the
14  potential causes of the symptom and
15  how they might be best addressed --
16  best, first of all, evaluated and
17  addressed by medication.
18  QUESTIONS BY MR. TRACEY:
19  Q.    Under what conditions do you
20  tell your patients -- what types of headaches
21  do you tell them to take Tylenol for?
22  MS. JOHNSTON:  Object to the
23  form.
24  THE WITNESS:  Well, number one,
25  I would tell them that after an

Page 315

1  evaluation of the symptomatology and
2  make a decision, as I've said, about
3  whether I would need to see the
4  patient in person for an evaluation
5  prior to giving -- prior to giving
6  them that -- prior to recommending the
7  medication.
8  So what kinds of patients would
9  be patients where I don't think they
10  need to be seen for flu-like symptoms,
11  where I felt confident they were --
12  did not have a low pulse ox, they
13  didn't have a tachycardia, where they
14  had flu symptoms with a fever, and
15  then I would recommend Tylenol for
16  that condition.
17  Then if the patient is having
18  significant headaches and if the usual
19  methods of rest and fluids and some
20  caffeine are not controlling the
21  headache, then I may recommend
22  Tylenol.
23  So those are general
24  indications that I would recommend
25  Tylenol for

Page 316

1  With respect to treatment of
2  acute migraine, I would use Tylenol.
3  Those are just a few of the
4  indications that -- a few of the
5  conditions that come to mind as for my
6  indications for use of Tylenol.
7  QUESTIONS BY MR. TRACEY:
8  Q.    Would you warn them about what
9  Dr. Liew and Olsen are concerned about or
10  not?
11  MS. JOHNSTON:  Object to the
12  form.
13  THE WITNESS:  Which part of
14  what they're concerned about, so I can
15  answer you specifically?
16  QUESTIONS BY MR. TRACEY:
17  Q.    Would you warn them that
18  Dr. Liew and Olsen believe that Tylenol
19  causes ADHD and ASD?
20  A.    No --
21  MS. JOHNSTON:  Same objection.
22  THE WITNESS:  -- I would not.
23  They're entitled to their opinion, and
24  as I've shared with you multiple times
25  today, my analysis of the literature

Page 317

1  is that there is significant
2  methodologic flaws that does not allow
3  me to make a causal link between
4  prenatal use of acetaminophen and ADHD
5  and ASD and does not change my
6  clinical practice.
7  QUESTIONS BY MR. TRACEY:
8  Q.    And so I'm going to get back to
9  where we started with that hours ago.
10  Is it your clinical practice
11  that you only warn your patients about drug
12  side effects if you have concluded they are
13  causally related?
14  MS. JOHNSTON:  Object to the
15  form.
16  THE WITNESS:  I think it
17  depends on the evidence, and it
18  depends on what is present in the --
19  in the literature.
20  I mean, certainly I would need
21  to have more specifics about that
22  because there's a lot of drugs that
23  are used in pregnancy, Mr. Tracey, and
24  I would share with the -- the
25  information with the patient in as

1  best a way that I understood from my
2  evaluation of the data and from my
3  evaluation of the patient and the
4  indication for the -- for the
5  medicine.
6  QUESTIONS BY MR. TRACEY:
7      Q.    Right.
8           But my question to you, Doctor,
9  is a little different than what you answered.
10          My question is, do you only
11 warn patients about side effects that a drug
12 may cause if you have concluded that they
13 are, in fact, causal?
14          MS. JOHNSTON:  Object to the
15     form.  Asked and answered.
16          THE WITNESS:  Well, in coming
17     to my own conclusions, I would review
18     the literature, and I would also
19     review the body of evidence by our --
20 QUESTIONS BY MR. TRACEY:
21     Q.    I heard all of that the first
22 time, Doctor.
23     A.    Sorry.  I didn't hear it --
24     Q.    I heard all of that the first
25 time.

1      A.    Okay.
2      Q.    I'm trying to get an answer to
3  my question.
4          MS. JOHNSTON:  I think you've
5     got it twice or one and a half times.
6          MR. TRACEY:  No, no, I haven't.
7          MS. JOHNSTON:  Then I would ask
8     a different question because I'm
9     looking at this and she's answered it.
10          MR. TRACEY:  No, no, I'm not
11     going to let the tactics dictate
12     different questions.
13 QUESTIONS BY MR. TRACEY:
14     Q.    My question, Doctor, is, do you
15 only warn patients about drug side effects if
16 you have concluded there is causation?
17          MS. JOHNSTON:  Same objections.
18          THE WITNESS:  I think it
19     depends on what the drug is and what
20     my analysis has been -- has been.  And
21     we're speaking today of Tylenol, and I
22     would need to know what drugs you're
23     talking about and to -- I'm not going
24     to answer that generally right now
25     because I don't have the information

1  for all of the conditions that I might
2  treat or for all of the possible drugs
3  that I might use in pregnancy.
4  QUESTIONS BY MR. TRACEY:
5      Q.    Have you ever seen the stress
6  in a mother who is trying to deal with a
7  severely autistic child?
8          MS. JOHNSTON:  Object to the
9     form.
10          THE WITNESS:  I absolutely have
11     seen that stress in a mother.
12 QUESTIONS BY MR. TRACEY:
13     Q.    It's extraordinary, isn't it?
14          MS. JOHNSTON:  Same objections.
15          THE WITNESS:  The consequences
16     of dealing with a child with autism,
17     or with any child that has
18     disabilities, can be extraordinary for
19     a mother and a family.
20 QUESTIONS BY MR. TRACEY:
21     Q.    That stress doesn't go away,
22 does it?
23          MS. JOHNSTON:  Object to the
24     form.
25          THE WITNESS:  You know, I don't

1  look after children with autism or see
2  mothers long term.  I see -- certainly
3  see some of my own patients who've had
4  a previous child with autism that come
5  to me for counseling that I refer to
6  genetics.
7          But seeing them long term and
8  seeing how their stress level changes
9  over time, I can't imagine that it
10 would go down, but I don't know the
11 answer to that.
12 QUESTIONS BY MR. TRACEY:
13     Q.    On the last paragraph there on
14 the page, Drs. Liew and Olsen say, "Unlike
15 what is stated by the SMFM, we believe time
16 has come for some" --
17     A.    Sorry, where -- I can't find
18 where you are.  I apologize.
19     Q.    If you look on the screen, you
20 can follow along.
21     A.    Yeah.  Okay.  Well, it seems
22 that there's a delay because it wasn't being
23 highlighted when I asked you that, so I
24 apologize for interrupting you.
25     Q.    They say, "Unlike what is

Page 322

1 stated by the SMFM, we believe time has come
2 for some precautionary action. Mothers-to-be
3 should at least be advised to avoid the drug
4 if treatment is not necessarily for her
5 conditions. If needed, careful use of the
6 drug and avoiding prolonged and/or high
7 frequency of exposures are some sensitive
8 advice that pregnant women should be given.
9 We hope the SMFM will revisit their
10 evaluation."
11         What do you think of that?
12         MS. JOHNSTON: Object to the
13 form.
14         THE WITNESS: I would disagree
15 that the time has come for
16 precautionary action.
17         What I would say is
18 precautionary action that they've
19 recommended is already done by
20 obstetrician, gynecologist and is no
21 change in practice. We always advise
22 patients not to take a drug unless it
23 is needed for her clinical conditions.
24         And if it is needed, to use for
25 the shortest possible time in the

Page 323

1 lowest possible dose.
2         So those -- that is sensitive
3 advice that is one of the foundational
4 tenets of our practice, and I did -- I
5 agree with that.
6         We hope that SMFM will revisit
7 their evaluation. So far SMFM has not
8 felt the need to revisit their
9 evaluation at this point. Whether
10 that's done in the near future, I
11 don't know that right now.
12 QUESTIONS BY MR. TRACEY:
13         Q.    Have you ever recommended that
14 somebody take Tylenol for 30 days for a
15 condition?
16         MS. JOHNSTON: Object to the
17 form.
18         THE WITNESS: Yes, I have. I
19 have multiple patients that have had
20 very significant pain due to injury
21 and due to arthritis during pregnancy.
22         And the pain from that is
23 substantial, in those -- especially in
24 those two areas. Women can't sleep
25 because of the pain. Women sometimes

Page 324

1 are driven to distraction by the pain.
2         So I have recommended long-term
3 Tylenol use, and I continually -- I
4 continually reevaluate that at their
5 visit, but there's some patients that
6 need to take pain relief for more
7 prolonged periods of time, although
8 it's a very small number of patients
9 throughout pregnancy.
10 QUESTIONS BY MR. TRACEY:
11         Q.    Have you ever delivered a child
12 that you later found out had autism?
13         MS. JOHNSTON: Object to the
14 form.
15         THE WITNESS: You know, I'm
16 sure that I have because I have had a
17 very large practice, and the incidence
18 of autism is of the order of 2 and a
19 half percent or so, so I have to have
20 delivered children who have had
21 autism.
22 QUESTIONS BY MR. TRACEY:
23         Q.    Yeah. I mean, just
24 statistically speaking, you're saying you had
25 to have.

Page 325

1         What I'm wondering is, do you
2 ever see the children or the mothers later
3 after their autistic child has been
4 diagnosed?
5         MS. JOHNSTON: Object to the
6 form.
7         THE WITNESS: Sometimes I do.
8 QUESTIONS BY MR. TRACEY:
9         Q.    Is it rare?
10         MS. JOHNSTON: Same objection.
11         THE WITNESS: Well, it depends
12 if they're having another pregnancy or
13 not, usually -- sometimes with
14 some of my patients where we develop a
15 very close relationship during the
16 pregnancy, they do want to see me
17 afterwards and come by my office to
18 say hello and tell me how they're
19 doing.
20         So I have some casual
21 conversations with some of my patients
22 because of the close bond that we
23 create during pregnancy.
24         And then many of my other
25 patients come back to have a repeat

Page 326

1    pregnancy with me.
2  QUESTIONS BY MR. TRACEY:
3      Q.    Is it rare that you see a baby
4  that you delivered that has autism?
5          MS. JOHNSTON:  Object to the
6      form.  Asked and answered.
7          THE WITNESS:  I wouldn't
8      usually see the baby unless the mother
9      brought the baby in with her, the
10     child in with her.  I would usually
11     see the mother.
12 QUESTIONS BY MR. TRACEY:
13     Q.    Yes.  And my question is simply
14 this, is that a rare occurrence for you --
15         MS. JOHNSTON:  Objection.
16 QUESTIONS BY MR. TRACEY:
17     Q.    -- given your practice?
18         MS. JOHNSTON:  Same objections.
19         THE WITNESS:  You know, I can't
20 say I can give you data on it.  I
21 don't know what you would consider
22 rare, but certainly it's probably less
23 than 2 or 3 percent of my practice.
24         (D'Alton Exhibit 918 marked for
25     identification.)

Page 327

1  QUESTIONS BY MR. TRACEY:
2      Q.    Okay.  Can we bring up, Ray,
3  Exhibit 918 and hand Dr. D'Alton a copy of
4  it?  I think she's going to be familiar with
5  this.
6          Hold on.  I've just been
7  corrected.  Let me find it.
8          I meant to ask you about the
9  ACOG statement.  We talked about the
10 Maternal-Fetal Medicine Society, and I
11 skipped ACOG.  So I'm looking for it, Doctor.
12     A.    Okay.
13         MS. JOHNSTON:  We're setting
14     this one aside, Sean?
15         THE WITNESS:  Yeah, please do.
16         MS. JOHNSTON:  Sure.
17         MR. TRACEY:  Here it is.  It's
18     Exhibit 936B.
19         (D'Alton Exhibit 936B marked
20     for identification.)
21 QUESTIONS BY MR. TRACEY:
22     Q.    Now, Doctor, you of course are
23 familiar with this statement that was put out
24 in September of 2021 in response to the
25 consensus?

Page 328

1      A.    Yes, I am.
2      Q.    And this is --
3      A.    Can I just -- it's just --
4  they're just getting it for me, so just -- if
5  you would just give me a moment until I
6  can -- it can be delivered to me here.
7          Thanks very much.  I appreciate
8  that.
9          I don't think this is it.  This
10 is the consensus statement.
11         MS. JOHNSTON:  What's the
12     number on this one?
13         MR. TRACEY:  936B.
14         MS. JOHNSTON:  So it's 936B.
15     This is 936.
16         MR. TRACEY:  Oh, sorry, my bad.
17     It's 936B.
18         VIDEOGRAPHER:  I only see an A
19     and that one.  There's no 936B.
20         THE WITNESS:  I don't think
21     they have one, Mr. Tracey, but he's
22     looking.
23 QUESTIONS BY MR. TRACEY:
24     Q.    Can you look at it on the
25 screen, ma'am?  It's very short.  It's less

Page 329

1  than a page.
2          VIDEOGRAPHER:  There's no B.
3          THE WITNESS:  I'll do my best.
4  QUESTIONS BY MR. TRACEY:
5      Q.    Have the document -- do
6  whatever you need to do, but let's just
7  scroll.  And here's my question.
8          Does the ACOG response to the
9  consensus statement cite one single study?
10         MS. JOHNSTON:  Object to the
11     form.
12         THE WITNESS:  It just cites the
13     response to Bauer.
14         MS. JOHNSTON:  And I'll just
15     flag, too, that on the screen it's not
16     showing the entire statement.
17         MR. TRACEY:  Yeah, there you
18     go.
19         THE WITNESS:  Okay.  Got it.
20     Thank you.
21 QUESTIONS BY MR. TRACEY:
22     Q.    Do you see that they discuss
23 anything?
24     A.    Sorry, I can't see it the way
25 it is right now.  It's -- I can't see any of

Page 330

1  it.
2      RAY MOORE:  I'll make it big,
3  and then I'll just scroll.
4      THE WITNESS:  Okay.  Thank you.
5  Oh, thanks very much.
6      MR. TRACEY:  So just scroll for
7  Dr. D'Alton so she can see.
8      THE WITNESS:  Thank you.
9  Do you mind to go a little bit
10  slower.  Sorry?
11      RAY MOORE:  No problem.
12      THE WITNESS:  It's just I get
13  dizzy when you're going fast.  I
14  apologize.
15      RAY MOORE:  It's okay.
16      THE WITNESS:  Okay.  You can go
17  down now.
18  Yes.
19  QUESTIONS BY MR. TRACEY:
20      Q.   They don't cite a single study,
21  do they?
22      A.   They don't cite that here, no,
23  except that they're responding to Dr. Bauer
24  and her coauthors' statement.
25      Q.   Do you know how many citations

Page 331

1  the Bauer consensus statement contains?
2      MS. JOHNSTON:  Object to the
3  form.
4      THE WITNESS:  I'd have to look
5  it up right now to tell you the exact
6  number.
7      MS. JOHNSTON:  And, Sean, just
8  so you know, I'm handing Dr. D'Alton a
9  copy of the ACOG statement, just to
10  have it in front of her so we don't
11  have to scroll.
12      MR. TRACEY:  Great.
13  QUESTIONS BY MR. TRACEY:
14      Q.   You can confirm with me in a
15  second, but I count 165 different citations
16  in the consensus statement.
17  Does that sound right to you?
18      MS. JOHNSTON:  Object to the
19  form.
20      THE WITNESS:  There was a lot
21  of references in that.  I can't -- it
22  sounds like a reasonable estimate, but
23  I don't have it in front of me,
24  Mr. Tracey.
25

Page 332

1  QUESTIONS BY MR. TRACEY:
2      Q.   Do you recall the consensus
3  statement analyzing in vivo and in vitro
4  data?
5      MS. JOHNSTON:  Object to the
6  form.
7      THE WITNESS:  Yes.
8  QUESTIONS BY MR. TRACEY:
9      Q.   Do you recall them looking at
10  animal models?
11      A.   Yes.
12      MS. JOHNSTON:  Same objection.
13  Let me just get my objection in
14  there.
15  QUESTIONS BY MR. TRACEY:
16      Q.   Do you recall them looking at
17  in silico studies?
18      MS. JOHNSTON:  Object to the
19  form.
20      THE WITNESS:  I can't recall
21  that off the top of my head right now,
22  no.
23  QUESTIONS BY MR. TRACEY:
24      Q.   Do you recall them evaluating
25  epidemiology?

Page 333

1      A.   Yes.
2      Q.   None of that is in the ACOG
3  one-page statement, true?
4      MS. JOHNSTON:  Object to the
5  form.
6      THE WITNESS:  That's correct,
7  none of those references are listed
8  here except the consensus statement
9  and where it was published.
10  QUESTIONS BY MR. TRACEY:
11      Q.   And no authors of whoever wrote
12  this one-page response?
13      MS. JOHNSTON:  Same objection.
14      THE WITNESS:  That is correct.
15  QUESTIONS BY MR. TRACEY:
16      Q.   Right?
17      A.   That is correct.
18      Q.   Do you know who wrote this?
19      A.   No, I don't know who wrote
20  this.
21      Q.   Could you find out if you asked
22  them?  Do you think they would tell you?
23      MS. JOHNSTON:  Same
24  objection -- or object to the form.
25      THE WITNESS:  I can't speak for

Page 334

1    them, but I enjoy a close relationship
2    with ACOG, and I believe they would
3    tell me their process, but I have not
4    tested that.
5  QUESTIONS BY MR. TRACEY:
6    Q.    So the last paragraph said "the
7  authors," but, again, we don't know who they
8  are because they're not identified, right?
9        MS. JOHNSTON:  Object to the
10       form.
11       THE WITNESS:  That's correct.
12 QUESTIONS BY MR. TRACEY:
13   Q.    Okay.  Now we'll go back to
14 where I was.
15       MS. JOHNSTON:  936?
16       MR. TRACEY:  Yes.  Is that
17 right?
18       MS. JOHNSTON:  That's the
19 one --
20       MR. TRACEY:  No.  Actually,
21 yeah, if we just look -- look in the
22 citations and just confirm for me that
23 they cited 165 different papers.
24       Ray, if you'd just go to the
25 last page, you'll see that.

Page 335

1        MS. JOHNSTON:  You're asking
2  her to look at Bauer 2021 and confirm
3  the number of footnotes?
4        MR. TRACEY:  Yes.
5        THE WITNESS:  What I see is
6  163.
7        MR. TRACEY:  Oh.  Maybe my eyes
8  are fading.
9        MS. JOHNSTON:  I'm sorry, I
10 don't know what we're looking at right
11 now.
12       MR. TRACEY:  Oh, you're right.
13 163.  You were right.  I need better
14 glasses.
15       MS. JOHNSTON:  Yeah, and --
16       RAY MOORE:  This is 936.
17       MS. JOHNSTON:  Yeah.  We're
18 looking at something different on the
19 screen, Sean.  That's what we're
20 confused about.
21       MR. TRACEY:  Yeah.  It should
22 be 936.  Actually, I don't know what
23 that is on the screen.  It's
24 Exhibit 936.
25       RAY MOORE:  That's what it

Page 336

1  should be.  Can you show me the front
2  page of that?  That's different than
3  936.  That's not my 936.
4        MR. TRACEY:  I don't know why
5  it's wrong.  This is why you do things
6  in person.  Yeah.
7  QUESTIONS BY MR. TRACEY:
8    Q.    I don't think there's going to
9  be a significant argument over how many
10 citations are in the paper, so I'm happy to
11 move on, if we can't find it.
12       Let's go back to Exhibit 918.
13 This was the one that we had, Doctor, the
14 ACOG Code of Professional Ethics.
15   A.    Got it.  Sorry.
16   Q.    And you're familiar with the
17 ACOG Code of Professional Ethics?
18   A.    I certainly have been familiar.
19 I'm not sure when this was published.  I see
20 December 2018, but I am -- I haven't read it
21 in a long time, so I'd need to familiarize
22 myself with it.
23   Q.    There in the middle, you see I
24 have highlighted "relationships with
25 industry" and "expert testimony" at the top,

Page 337

1  right?
2        Sorry, it's the middle -- I
3  said the middle.  That's not really.  I meant
4  the middle of the first paragraph.
5        Do you see that?
6    A.    Could I just read that
7  sentence?  I see that that's what you're
8  highlighting.  I just want to read the
9  context.
10   Q.    Yeah, I was going to read it.
11 I was just going to orient.
12       It says, "Certain documents the
13 American College of Obstetricians and
14 Gynecologists also provide additional ethical
15 rules, including documents addressing the
16 following issues:  Seeking and giving
17 consultation, informed consent, sexual
18 misconduct, patient testing, relationships
19 with industry, commercial enterprises in
20 medical practice, and expert testimony."
21       Are you familiar with those
22 guidelines put out by the College?
23       MS. JOHNSTON:  Object to the
24 form.
25       THE WITNESS:  You mean this

Page 338

1 overall code of professional ethics or
2 each one of these?
3        I -- I'm not sure if they're
4 alluding to -- they have bulletins on
5 each one of those, I'm not familiar
6 with that.
7 QUESTIONS BY MR. TRACEY:
8    Q.    Okay.  Have you -- you have not
9 reviewed the bulletins specific to
10 relationships with industry?
11    A.    No, I have not.
12    Q.    Okay.  Let's scroll down and
13 look under number 1, Ethical Foundations.
14        They say that, "The
15 patient-physician relationship," and then
16 they say, "The welfare of the patient,
17 beneficence, is central to all considerations
18 in the patient-physician relationship.
19        "Included in this relationship
20 is the obligation of physicians to respect
21 the rights of patients, colleagues and other
22 health professionals.  The respect for the
23 right of individual patients to make their
24 own choices about their health care,
25 autonomy, is fundamental."

Page 339

1        Do you agree with that last
2 sentence?
3    A.    Yes.
4        MS. JOHNSTON:  Object to the
5 form.
6        THE WITNESS:  Yes, I do.
7        The patient respect is an
8 important tenet in what we do.
9 It's --
10 QUESTIONS BY MR. TRACEY:
11    Q.    In order for patients to make
12 their own choices about their health care,
13 they need to have information, don't they?
14        MS. JOHNSTON:  Object to the
15 form.
16        THE WITNESS:  I would say, yes,
17 they need to have information
18 that's appropriate and that is clear.
19 QUESTIONS BY MR. TRACEY:
20    Q.    Under number III on Ethical
21 Foundations, it says, "Avoiding conflicts of
22 interest."
23        It says, "Potential conflicts
24 of interest are inherent in the practice of
25 medicine.  Physicians are expected to

Page 340

1 recognize such situations and deal with them
2 through public disclosure.  Conflicts of
3 interest should be resolved in accordance
4 with the best interest of the patient,
5 respecting a woman's autonomy to make health
6 care decisions.
7        "The physician should be an
8 advocate for the patient through public
9 disclosure of conflicts of interest raised by
10 health payer policies or hospital policies."
11        Do you agree with all that,
12 ma'am?
13        MS. JOHNSTON:  Object to the
14 form.
15        THE WITNESS:  Yes, I agree with
16 avoiding conflicts of interest and
17 disclosing conflicts of interest.
18 QUESTIONS BY MR. TRACEY:
19    Q.    Public disclosure?
20    A.    Public disclosure, yes.
21    Q.    Do you intend to publicly
22 disclose your financial arrangements with the
23 Johnson & Johnson lawyers in this case to
24 your patients?
25        MS. JOHNSTON:  Object to the

Page 341

1 form.
2        THE WITNESS:  I mean, I
3 would -- I would certainly tell a
4 patient if they asked me about Tylenol
5 that I have knowledge in this because
6 I've actually been an expert.  So I
7 would tell them that, yes.
8 QUESTIONS BY MR. TRACEY:
9    Q.    You said you would tell them
10 that.  I mean, that was kind of a convoluted
11 answer.  I'm asking something maybe a little
12 different.
13        Are you going to publicly
14 disclose to your patients that you've been
15 hired by the lawyers for Johnson & Johnson?
16        MS. JOHNSTON:  Object to the
17 form.
18        THE WITNESS:  I don't know how
19 you mean "publicly disclosed."  When I
20 have disclosed previous conflicts of
21 interest, I have written them as part
22 of my disclosure policy when I publish
23 an article, and that's public.
24        I'm not a public person.  I'm
25 not out there, you know, telling

Page 342

1  everybody that I'm on the board for
2  Merck for Mothers.
3       So it's -- when I give a talk
4  or when I publish a paper, I include
5  that I have received funding from
6  Merck for Mothers.
7  QUESTIONS BY MR. TRACEY:
8       Q.   Is there anything in your
9  office that will tell patients that you
10  receive money from Merck for Mothers or
11  Johnson & Johnson?
12       MS. JOHNSTON:  Object to the
13  form.
14       THE WITNESS:  No.  I have --
15  first of all, I have not received
16  money from Johnson & Johnson, as I've
17  disclosed to you today, as of this
18  present time.  I have not sent an
19  invoice for my time.
20       When that happens, I will
21  disclose it, if I ever give a talk on
22  it.
23       I won't put -- I have not put a
24  sign in my office related to Merck for
25  Mothers or related to Johnson &

Page 343

1  Johnson.  Certainly if asked about it,
2  I would be more than happy to be
3  transparent.
4  QUESTIONS BY MR. TRACEY:
5       Q.   Okay.  So do you think you
6  don't have a conflict now because you haven't
7  actually received money from Johnson &
8  Johnson lawyers?
9       MS. JOHNSTON:  Object to the
10  form.
11       THE WITNESS:  I certainly think
12  there could be a potential conflict,
13  but -- and it could be perceived as a
14  potential conflict.  This has happened
15  pretty quickly over the last few
16  months that I've been engaged in this,
17  and honestly haven't given my
18  disclosure about this a great deal of
19  thought.
20       But it is never my intent to
21  hide public disclosure -- or to hide
22  disclosure to my patients, excuse me.
23  Public to me is when I write something
24  or when I speak about it.
25

Page 344

1  QUESTIONS BY MR. TRACEY:
2       Q.   Does Columbia know about your
3  relationship with Johnson & Johnson's
4  lawyers?
5       MS. JOHNSTON:  Object to the
6  form.
7       THE WITNESS:  Not yet, but I
8  will disclose that to -- to them when
9  I update my conflict of interest
10  policy.
11  QUESTIONS BY MR. TRACEY:
12       Q.   How often is that done?
13       A.   It's done on a yearly basis.
14       Q.   Okay.  I have a -- you can take
15  that off the screen.
16       I'm going to show you
17  something.
18       MS. JOHNSTON:  And, Sean, I'm
19  just going to flag that we're right
20  at -- I don't want to stop you if
21  you're on a roll, but we've been going
22  about another hour.  So I just want to
23  get to a good stopping place for a
24  break.  But if you want to keep going,
25  that's good.

Page 345

1       MR. TRACEY:  Okay.  Let me do
2  this quick setup and --
3  QUESTIONS BY MR. TRACEY:
4       Q.   Doctor, I -- you'll be happy to
5  learn I bought one of your books.  You're
6  going to get 30 cents in the next few months.
7       Can you see the book on the
8  screen that I'm holding up?
9       A.   Oh, God, that's pretty old,
10  Mr. Tracey, as far as I remember.  I don't
11  even recall that, but it's pretty old.
12       Q.   It's 2007, I think.
13       A.   Oh, yeah.  So it's pretty
14  outdated right now.
15       Q.   Yeah.  And I'm not going to ask
16  you about anything in there except for one
17  sentence.
18       A.   Got it.
19       Q.   You and your coauthors start
20  out the book by saying -- sort of making the
21  point you just made, actually.  "Because of
22  the dynamic nature of medical practice and
23  drug selection and dosage, users are advised
24  that decisions regarding drug therapy must be
25  based on the independent judgment of the

Page 346

1 clinician; changing information about a drug,
2 e.g., as reflected in the literature and
3 manufacturer's most current product
4 information; and changing medical practices."
5     That statement is all still
6 true, right?
7     A.    You --
8         MS. JOHNSTON:  You know, I'll
9 object to the form.  I --
10        THE WITNESS:  You know, there
11 was a lot in there.
12        MS. JOHNSTON:  Yeah.
13        THE WITNESS:  So it was hard to
14 follow.  There was a lot of, you
15 know -- but thank you for showing me
16 it.  I can't see it, actually, the way
17 you're showing it --
18        MS. JOHNSTON:  Yeah.
19        THE WITNESS:  -- Mr. Tracey --
20 I can see the highlighting, but then
21 most of it goes off the screen.
22 QUESTIONS BY MR. TRACEY:
23    Q.    What's that?
24    A.    Maybe if we took -- maybe if we
25 took the phrases one by one, I could go

Page 347

1 through it, but I couldn't -- I couldn't
2 focus enough to hear all of it.  And I
3 apologize to you for asking you to do that
4 again.
5    Q.    No, let's do it.  It's not very
6 long.
7    A.    Okay.
8    Q.    "Because the dynamic nature of
9 medical practice and drug selection and
10 dosage, users are advised that decisions
11 regarding drug therapy must be based on," and
12 then you're going to list some things.
13    A.    Got it.
14    Q.    Okay?
15    A.    Yeah, okay.
16    Q.    Based on the independent
17 judgment of the clinician, that's one.
18    A.    Yep.
19    Q.    That's still true, right?
20    A.    Oh, yes.
21    Q.    Yeah.
22        "Changing information about a
23 drug, for example, as reflected in the
24 literature and manufacturer's most current
25 product information."

Page 348

1     That's still true?
2    A.    Yes.
3    Q.    And then the last thing you
4 said was, "And changing medical practices."
5    A.    Yes, that's fair.
6        MR. TRACEY:  Okay.  All right.
7 Then let's take a break, and then
8 we'll come back.
9        THE WITNESS:  Okay.  Thank you.
10        VIDEOGRAPHER:  The time right
11 now is 4 p.m.  We are off the record.
12 (Off the record at 4:00 p.m.)
13        VIDEOGRAPHER:  The time right
14 now is 4:20 p.m.  We are back on the
15 record.
16        (D'Alton Exhibit 903 marked for
17 identification.)
18 QUESTIONS BY MR. TRACEY:
19    Q.    Dr. D'Alton, I want to talk to
20 you about your report.  It's -- I've got it
21 marked as Exhibit 903.
22        Do you have a copy in front of
23 you?
24    A.    Yes.  I can just --
25        MS. JOHNSTON:  We should.

Page 349

1        THE WITNESS:  -- pull it.
2        MS. JOHNSTON:  Yeah.
3        And you said 903, Sean?
4        MR. TRACEY:  I don't need it
5 right now -- yeah.
6        Ray, I don't need it on the
7 screen right now.  I just want
8 Dr. D'Alton to have a copy in front of
9 her.
10 QUESTIONS BY MR. TRACEY:
11    Q.    Do you have it, Doctor?
12    A.    I do.
13    Q.    Now, can you point to me where
14 in your report you articulate the methodology
15 that you used to reach your opinions?
16        MS. JOHNSTON:  And you can take
17 a look if you need to.
18        THE WITNESS:  Can I just
19 quickly look?
20        It's under -- it's on page 5,
21 Materials Considered.
22 QUESTIONS BY MR. TRACEY:
23    Q.    Okay.  In that paragraph I'll
24 find your methodology?
25    A.    Certainly that outlines the

Confidential - Subject to Protective Order

Page 350

1 methodology that I reviewed literature,
2 including some systematic reviews that were
3 conducted by ACOG and other relevant medical
4 bodies as well as epidemiology studies
5 related to acetaminophen in pregnancy.
6 Especially related to ASD and ADHD,
7 specifically related to those.
8    Q.   Okay.  Is -- okay.  But I don't
9 actually -- are you saying that your
10 methodology consists of, "I have reviewed
11 literature, including systematic reviews
12 conducted by ACOG, SMFM and other relevant
13 medical bodies as well as epidemiology
14 studies pertaining to acetaminophen use in
15 pregnancy, and specifically the use of
16 acetaminophen in pregnancy and its
17 association with ASD and/or ADHD in
18 children"?
19    A.   Yeah, I tried to review the
20 entire body of literature, epidemiologically,
21 that I found.  Specifically related to when I
22 reviewed the Bauer report, I reviewed the --
23 in that -- of those 163 citations that we
24 reviewed earlier, I reviewed the human
25 studies and the epidemiology studies related

Page 351

1 to ASD and ADHD.
2       I didn't pull all of the other
3 studies -- I didn't pull studies related to
4 animals because they are of no benefit in my
5 opinion and no impact on my opinion with
6 human pregnancy.
7       And I also reviewed many of the
8 commentaries that occurred after publication
9 of the Bauer 2021 study and the citations
10 that I felt were relevant in the back of
11 them.
12       I did a number of literature
13 reviews to look at treatment of pain in
14 pregnancy, treatment of migraine in
15 pregnancy, treatment of fever, acetaminophen
16 and ASD and ADHD, and gave in my report the
17 materials I considered.
18    Q.   Right.
19       But my question -- I appreciate
20 all that.
21       On page 5 of your report, under
22 the Materials Considered list, is this your
23 articulated methodology that you employed in
24 this case to reach your opinions?
25       MS. JOHNSTON:  Object to the

Page 352

1 form and to the extent it calls for a
2 legal conclusion.
3       THE WITNESS:  Well, my
4 methodology is certainly related to my
5 review of the literature looking for
6 consistency, looking for replicated
7 data, looking for how confounders
8 were handled, looking for evidence of
9 dosage, looking for how the -- how ASD
10 and ADHD was diagnosed.
11       So I reviewed the articles
12 in -- as a clinician to review for
13 bias, for recall bias, for interview
14 bias, for confounders, for screening
15 versus diagnostic studies, and then
16 confounding by indication and
17 confounding by genetics.
18       So those were the -- dominantly
19 the areas that I considered.
20 QUESTIONS BY MR. TRACEY:
21    Q.   Where do I find that in your
22 report, that that's what you set out to do?
23       MS. JOHNSTON:  Object to the
24 form.
25       THE WITNESS:  I'm not sure that

Page 353

1 I said that out -- that I said that in
2 my report, but I did say what I
3 considered in terms of the weaknesses
4 of the epidemiologic research, and I
5 certainly mentioned Bauer and all of
6 the responses that -- maybe I haven't
7 mentioned all of the responses, but
8 many of the responses that have been
9 elucidated and have been published.
10 QUESTIONS BY MR. TRACEY:
11    Q.   But Doctor -- Doctor, if you
12 wanted to recreate your work, and I wanted to
13 do what you did in order to see what you did,
14 where would I find that process, that
15 framework or that methodology in your report
16 to recreate?
17       MS. JOHNSTON:  I'll object to
18 the form and say that the report
19 speaks for itself.
20       THE WITNESS:  I mean, I haven't
21 detailed that I reviewed the
22 literature, but by process, I'm trying
23 to tell you today, I haven't been -- I
24 probably wasn't -- didn't go into
25 everything in this Materials

1 Considered except to provide for you
2 with my report my list of Materials
3 Considered.
4 QUESTIONS BY MR. TRACEY:
5 Q. For example, you don't give a
6 list of search terms that you used for what
7 you were searching for?
8 A. That's correct.
9 Q. You don't give the hits that
10 were returned and the various databases in
11 terms of number of articles that met your
12 search criteria?
13 MS. JOHNSTON: Object to the
14 form.
15 THE WITNESS: No, I did not.
16 QUESTIONS BY MR. TRACEY:
17 Q. We don't know what search terms
18 you used because you don't tell us, correct?
19 MS. JOHNSTON: Object to the
20 form.
21 THE WITNESS: That's correct,
22 in the report. I've shared with you
23 in my last answer that I searched pain
24 in pregnancy, fever in pregnancy,
25 headache in pregnancy. All of the

1 things that would lead a practitioner
2 to recommend Tylenol or acetaminophen
3 use in pregnancy, and then I
4 detailed -- also did a literature
5 search on prenatal use of
6 acetaminophen and ADHD and ASD.
7 QUESTIONS BY MR. TRACEY:
8 Q. How do I confirm that your
9 literature search was the right one; that is,
10 how do I confirm what you did to see if you
11 missed relevant literature?
12 MS. JOHNSTON: Object to the
13 form.
14 THE WITNESS: Well, I think
15 it's in my Materials Considered, and
16 I, as a clinician, wanted to be as
17 complete as possible, and I feel that
18 I have determined that.
19 Could I have missed something?
20 I hope I did not miss anything
21 important.
22 QUESTIONS BY MR. TRACEY:
23 Q. Have you seen papers,
24 systematic reviews, where they articulate
25 that are search strategies and the question

1 that they're trying to answer?
2 A. Yes. Most -- well, most
3 applicable to this is the systematic review
4 that was recently done and published by ACOG
5 on headache in pregnancy and postpartum. So
6 they detailed in that, like we discussed this
7 morning --
8 Q. Whoa, whoa, whoa, whoa. We're
9 getting far afield, and I don't have a lot of
10 time left.
11 A. Okay.
12 Q. My only question is, are you
13 familiar with methodologies used in
14 systematic reviews where they articulate the
15 question that they're attempting to answer
16 and the search criteria they used to identify
17 relevant literature?
18 A. I'm familiar with it, yes.
19 Q. You did not do either one of
20 those things in your report?
21 MS. JOHNSTON: Object to the
22 form.
23 THE WITNESS: No, I did not.
24 QUESTIONS BY MR. TRACEY:
25 Q. Okay. You don't articulate the

1 question that you're being asked to answer in
2 your report anywhere that I can find.
3 Is that true?
4 MS. JOHNSTON: Object to the
5 form.
6 THE WITNESS: I don't recall
7 articulating the question. I think
8 the -- my report is as it stands on
9 the use of acetaminophen in pregnancy
10 and its relationship to ASD and ADHD
11 as I -- as I came up with in terms of
12 being a clinician and a clinical
13 investigator and an educator.
14 QUESTIONS BY MR. TRACEY:
15 Q. So, for example, you didn't do
16 a Bradford Hill analysis?
17 A. No, I did not do that because I
18 know that there is an epidemiologist that has
19 been charged to do that.
20 So my role here is as a
21 clinician, as an educator and as someone who
22 has considerable background in using Tylenol
23 in pregnancy for patients throughout my
24 career.
25 Q. And is it fair to say that

Page 358

1 there is no articulated methodology that you
2 have identified in your report that anybody
3 could go recreate? For example, if the judge
4 wanted to recreate your methodology, it's
5 nowhere to be found?
6         MS. JOHNSTON: Object to the
7     form. Asked and answered.
8         THE WITNESS: Well, I've shared
9     it with you this afternoon, what it
10    is, what my -- what my review -- my
11    review consisted of, and I think the
12    Materials Considered are there to
13    bolster that. And what I found in the
14    literature, certainly the highlights
15    of what I found in the literature and
16    what I know from my clinical practice
17    as a clinician and an educator, is
18    detailed in the -- in the report.
19 QUESTIONS BY MR. TRACEY:
20    Q.    What is -- you keep saying --
21 let's see if I can find it.
22        On the first page of your
23 report in the last paragraph you say, "As
24 described below and as informed by my
25 clinical experience, an analysis of the body

Page 359

1 of available literature, acetaminophen is an
2 essential medication with a proven safety
3 profile."
4        Do you see that, ma'am?
5    A.    Yes.
6    Q.    Do you know what the number one
7 cause of accidental liver failure deaths in
8 the world is?
9         MS. JOHNSTON: Object to the
10    form.
11        THE WITNESS: I don't know
12    that, but I know that acetaminophen
13    certainly has been reported to be
14    associated -- to be a liver toxic
15    agent, and it certainly has been
16    reported in pregnancy when overdose --
17    or large doses, certainly greater than
18    12.5 milligrams and higher, have been
19    used.
20 QUESTIONS BY MR. TRACEY:
21    Q.    Do you know how long it took --
22 after it was discovered that Tylenol was
23 toxic to the liver, how long it took before a
24 warning was put on the bottle?
25        MS. JOHNSTON: Object to the

Page 360

1     form. Outside the scope.
2         THE WITNESS: I don't know
3     that, no.
4 QUESTIONS BY MR. TRACEY:
5    Q.    If I told you that the number
6 one cause of accidental liver failure in the
7 world, deaths from accidental liver failure
8 in the world, was Tylenol, would that
9 surprise you?
10        MS. JOHNSTON: Same objections.
11        THE WITNESS: It wouldn't
12    surprise or not surprise me. If
13    that's the case, that's the case. I
14    know that Tylenol is toxic to the
15    liver -- or overdose of Tylenol is
16    toxic to the liver.
17 QUESTIONS BY MR. TRACEY:
18    Q.    How much do you have to take in
19 excess of the recommended daily dose to
20 become toxic? Do you know?
21        MS. JOHNSTON: Object to the
22    form. Outside the scope.
23        THE WITNESS: I think it varies
24    depending on the publications that I
25    have read. And my knowledge base is

Page 361

1 only in pregnancy. And what I've seen
2 in pregnancy is that it's anywhere
3 north of 24 milligrams to
4 50 milligrams. So -- sorry, 50 grams.
5 Sorry. Of Tylenol. So 24 to 50 is
6 what I've seen in the literature.
7        There may be others that are a
8 little different, but there's a
9 variation in the number that is -- has
10 been associated with liver toxicity.
11 QUESTIONS BY MR. TRACEY:
12    Q.    Are you saying you think that
13 the overdose threshold is 24 grams a day?
14        MS. JOHNSTON: Object to the
15    form.
16        THE WITNESS: As best I can
17    recollect from the literature, that's
18    what has been reported in pregnancy.
19    And there may be ones that are less
20    than that, but the ones that stand out
21    in my mind are very substantial doses
22    of acetaminophen that have been taken
23    in a very short period of time. One
24    report, in fact, up to 50 grams.

Page 362

1   QUESTIONS BY MR. TRACEY:
2       Q.    Are you talking about case
3   reports or actual epidemiology?
4           MS. JOHNSTON:  Object to the
5       form.  Outside the scope.
6           THE WITNESS:  I'm talking about
7       case reports on the use of -- and I
8       believe there's a collection of data
9       that has been reported on the use of
10      acetaminophen in pregnancy and its
11      effects on the liver, on the maternal
12      liver.
13  QUESTIONS BY MR. TRACEY:
14      Q.    Is it your belief that it's
15  widely understood in the medical community
16  that Tylenol is capable of liver toxicity?
17          MS. JOHNSTON:  Object to the
18      form.
19          THE WITNESS:  I think that's
20      widely known to obstetrician,
21      gynecologists, for sure.
22  QUESTIONS BY MR. TRACEY:
23      Q.    Okay.  Do you recall a time --
24  you know there's a box warning on Tylenol for
25  liver failure, liver toxicity?

Page 363

1           MS. JOHNSTON:  Object to the
2       form.
3           THE WITNESS:  Yes.
4   QUESTIONS BY MR. TRACEY:
5       Q.    Okay.  Do you know how long
6   that warning has been on the bottle?
7       A.    No.
8           MS. JOHNSTON:  Same objections.
9           THE WITNESS:  I don't know that
10      at this point.
11  QUESTIONS BY MR. TRACEY:
12      Q.    Okay.  Back to -- back to
13  your methodology.
14          Is there a name for the
15  methodology you employed that I can go look
16  up -- look up in the medical literature like,
17  you know -- I'm just going to throw some
18  names out for you to sort of inspire you if
19  there is one.
20          We have Bradford Hill.  We have
21  Adverse Outcome Pathways.  We have something
22  called the Navigation Guide.  We have
23  something called the GRADE system by the
24  Cochrane Collaboration, things of that
25  nature.

Page 364

1           Is there any method -- does
2   your methodology have a name that I can go
3   look up and pull in the literature and show
4   the judge?
5           MS. JOHNSTON:  Object to the
6       form.
7           THE WITNESS:  Well, my
8       methodology is to go through the
9       published literature -- it doesn't
10      have a name.  My methodology is being
11      knowledgeable of the system -- of the
12      grading system that's used by ACOG in
13      their systematic reviews and my
14      knowledge base as a clinician in
15      reviewing clinical evidence and
16      epidemiologic data for consistency for
17      evidence of replication, for evidence
18      of bias, for evidence of confounders
19      or failure to control for confounders
20      and limitations of a study in relation
21      to genetic confounders.
22          So that was my process in
23      evaluating the literature.
24  QUESTIONS BY MR. TRACEY:
25      Q.    What's the name of the ACOG

Page 365

1   grading system for systematic analysis you
2   just referenced?
3       A.    It's GRADE.
4       Q.    G-R-A-D-E?
5       A.    Yes.
6       Q.    That's what ACOG use?
7       A.    That is what it has used.  It
8   has a published methodology and what they use
9   for clinical practice guidelines, and they
10  use GRADE.
11          And then they use levels of
12  evidence to share that information with
13  clinicians for how strong or not strong
14  they -- the levels of evidence are for that
15  particular recommendation.
16      Q.    And you made no effort to grade
17  the evidence in your report in any methodical
18  way using an a priori scoring system?
19          MS. JOHNSTON:  Object to the
20      form.
21          THE WITNESS:  No, I didn't do
22      that in my report because I was
23      knowledgeable that an epidemiologist
24      was doing that, and that was -- that
25      was not something that I, as a

Page 366

1 clinician, needed to weigh in on.
2 I was asked as a clinician to
3 provide a clinical lens on the issue
4 of Tylenol use in pregnancy and as a
5 clinician educator, my analysis of the
6 literature, being knowledgeable about
7 what obstetrician, gynecologists are
8 thinking and their societies and their
9 professional bodies are thinking
10 this around the world as to the
11 causative link between prenatal use of
12 acetaminophen and AH -- ADHD and ASD.
13 MR. TRACEY: I'm going to
14 object to nonresponsive.
15 QUESTIONS BY MR. TRACEY:
16 Q. You have articulated no grading
17 system in your report where you even
18 attempted to develop and use an a priori
19 system to evaluate the literature?
20 A. I did not do that, no. I've
21 stated that for you today.
22 Q. And you did not evaluate any of
23 the animal literature, correct?
24 A. No. My knowledge base is not
25 in animal research, and it is my opinion that

Page 367

1 animal research on Tylenol does not impact my
2 clinical opinion.
3 Q. Well, how would you know that
4 if you haven't read any of it?
5 A. Because --
6 MS. JOHNSTON: Object to the
7 form.
8 THE WITNESS: Because of what I
9 know about animal research related to
10 other drugs, that it has no impact on
11 the clinical opinion when there's
12 human data.
13 QUESTIONS BY MR. TRACEY:
14 Q. Do you know whether animal
15 studies suffer from confounding?
16 MS. JOHNSTON: Object to the
17 form.
18 THE WITNESS: As I've shared
19 with you, I haven't reviewed any of
20 the animal studies. Usually they're
21 there for hypothesis-generating,
22 mechanistic evidence, but it is not my
23 expertise, and I will not comment on
24 it.
25

Page 368

1 QUESTIONS BY MR. TRACEY:
2 Q. Did you know that the FDA right
3 here, right now is undertaking an animal
4 study to answer the question of causation in
5 Tylenol and neurodevelopmental disorders?
6 MS. JOHNSTON: Object to the
7 form.
8 THE WITNESS: I was not aware
9 of the FDA's doing this in animal
10 models, but I would say to you as a
11 clinician, that would not be enough
12 evidence to rely on the information
13 that would be required in -- for
14 clinical studies, for clinical
15 practice.
16 MR. TRACEY: Okay. I'm going
17 to object to nonresponsive.
18 QUESTIONS BY MR. TRACEY:
19 Q. But you were unaware that that
20 is exactly what the FDA is doing now?
21 MS. JOHNSTON: Object to the
22 form.
23 THE WITNESS: I was not aware
24 of that, no.
25

Page 369

1 QUESTIONS BY MR. TRACEY:
2 Q. Okay. The question I asked you
3 was about confounding in animal studies.
4 The reason I asked it is
5 because you volunteered that you have
6 knowledge of animal studies with other drugs.
7 Did I hear that correctly or
8 no?
9 A. Well, I know they've been done
10 with other drugs, but clinically, the use of
11 animal studies is not usually relevant in a
12 clinical recommendation for a drug. It's
13 based on human data.
14 Q. Do you know whether any
15 clinical trials were done with Tylenol before
16 it began being sold in America?
17 MS. JOHNSTON: Object to the
18 form.
19 THE WITNESS: No, I am not.
20 It's been around for a very long time.
21 I believe it was approved somewhere in
22 the '50s, and I am not aware of what
23 studies were done prior to its
24 introduction.
25

Page 370

1 QUESTIONS BY MR. TRACEY:
2     Q.    Do you know whether or not
3 neurodevelopmental testing is required now by
4 the FDA before a drug can enter the market?
5     A.    No.  I'm not an expert on when
6 drugs can enter the market and requirements
7 therein.  I am a clinician who practices
8 obstetrics and gynecology -- that practices
9 obstetrics, actually, and maternal-fetal
10 medicine, and I'm here as a clinician and an
11 educator.
12     Q.    Doctor, has anyone explained to
13 you that we're in phase I of this case, that
14 phase I is about whether or not Tylenol is
15 capable of causing ADHD or ASD, and there's
16 really no risk/benefit analysis being done at
17 this point in the literature?
18        Did you know that?
19        MS. JOHNSTON:  And I'll just
20 object and remind Dr. D'Alton that I'm
21 sure Mr. Tracey is not asking her to
22 disclose any conversations she's had
23 with attorneys.
24        MR. TRACEY:  No, I'm not.
25        MS. JOHNSTON:  So outside of

Page 371

1 that --
2        MR. TRACEY:  I'm not.
3        MS. JOHNSTON:  Dr. D'Alton.
4 QUESTIONS BY MR. TRACEY:
5     Q.    But I'm trying to understand
6 what you know and what you think we're doing
7 in this part of the litigation.
8        MS. JOHNSTON:  And I would give
9 the same instruction.
10        THE WITNESS:  I'm not sure I've
11 ever heard the term "phase I of the
12 litigation."  So I'm not sure what
13 that is, Mr. Tracey.
14 QUESTIONS BY MR. TRACEY:
15     Q.    Yeah.  That's what I -- that's
16 what I thought, to tell you the truth.
17        Have you seen the order from
18 the judge about what phase I means in this
19 case?
20        MS. JOHNSTON:  Same objections.
21        THE WITNESS:  I can't recall if
22 I have or not at this point.  I don't
23 recall it at the present time.
24 QUESTIONS BY MR. TRACEY:
25     Q.    Okay.  All right.

Page 372

1        Oh, did you know that your
2 university has an animal model lab to look
3 at in animal -- in mouse models whether or
4 not drugs or environmental toxins are capable
5 of causing neurodevelopmental disorders?
6        MS. JOHNSTON:  Object to the
7 form.
8        THE WITNESS:  It wouldn't
9 surprise me.  There's a vast amount of
10 research being done at Columbia, and
11 we have some basic science in our
12 departments.
13        So I know that research is a
14 major priority for Columbia University
15 and for its investigators.  And
16 developmental delay is a very
17 important issue, and it would not
18 surprise me that basic science is
19 being actively conducted at Columbia
20 University.
21 QUESTIONS BY MR. TRACEY:
22     Q.    Okay.  Do you know where the
23 mouse -- where the mouse laboratory is?  Have
24 you -- do you know where it is physically?
25     A.    I know there's a number of

Page 373

1 mouse labs, and there isn't enough labs to
2 house all of the mice or the mouses across
3 the university.
4        So it's always a bit of an
5 issue as to where the mice can be housed at
6 Columbia University because of the space
7 requirements.
8     Q.    Okay.  Before the break, you
9 and I read this first sentence out of your
10 now-dated book, Maternal-Fetal Medicine.
11        And it talked about the fact
12 that things change and you need to keep
13 abreast of changing information as reflected
14 in the literature and manufacturer's most
15 current product information.
16        Do you remember that brief
17 conversation we had?
18     A.    I do.
19



Page 374

Page 378



Confidential - Subject to Protective Order



Page 382

Page 386





Page 390

Page 393

3        (D'Alton Exhibit 915A marked
4   for identification.)
5   QUESTIONS BY MR. TRACEY:
6       Q.    Okay.  915A is the next
7   exhibit.
8            This, ma'am, is the -- is the
9   Cadence product label that they referenced
10  under Preclinical under 162.  At the top
11  you'll see it says --
12           MS. JOHNSTON:  Hey, Sean, we're
13  just waiting on a copy.
14           THE WITNESS:  I don't have it.
15  Sorry.
16           MR. TRACEY:  Sorry.  I can't --
17  I can only see me in the screen, and I
18  can't see you guys right now.
19           MS. JOHNSTON:  No problem.  We
20  got it.  We're getting our copies.
21           And sorry, which one was this?
22           MR. TRACEY:  This is the
23  Cadence Pharmaceutical document that
24  we referenced.
25           MS. JOHNSTON:  915A?

1        MR. TRACEY:  Yeah, 915A.
2   Sorry.
3        MS. JOHNSTON:  Thank you.
4   QUESTIONS BY MR. TRACEY:
5       Q.    Now, if you'll see there, it
6   says, "These highlights do not include all
7   the information needed to use Ofirmev safely
8   and effectively.  See full prescribing
9   information."
10           Do you see that, ma'am?
11      A.    I do.
12      Q.    Now, I want to flip over -- oh,
13  by the way, this has -- flip over to the
14  Section 8.1, Pregnancy and, unfortunately,
15  these aren't numbered, so you kind of -- so,
16  Ray, you've got to flip through until you get
17  to Pregnancy, 8.1.
18           Do you see that it says that
19  this is a Pregnancy Category C?
20      A.    I think it's related to IV
21  acetaminophen.
22      Q.    We're going to get there,
23  ma'am, but, yes.
24      A.    Okay.
25      Q.    We're going to get there.

Page 394

1       This product is an IV
2   acetaminophen that is what J&J referenced in
3   support of their claim to no teratogenicity.
4   Okay?
5       MS. JOHNSTON:  Just object to
6   the form.
7   QUESTIONS BY MR. TRACEY:
8       Q.   They say, "Pregnancy
9   Category C.  There are no studies of
10  intravenous acetaminophen in pregnant women;
11  however, epidemiological data on oral
12  acetaminophen use in pregnant women showed no
13  increased risk of major congenital
14  malformations.  Animal reproduction studies
15  have not been conducted with IV
16  acetaminophen, and it is not known whether
17  Ofirmev can cause fetal harm when
18  administered to pregnant women.  Ofirmev
19  should be given to pregnant women only if
20  clearly needed."
21      Do you see that, ma'am?
22      A.   I do.
23      Q.   And then we're going to flip
24  over to the next page and see what the data
25  is that they use to reach that conclusion.

Page 395

1       Okay?
2       A.   Okay.
3       Q.   It says, "While animal
4   reproduction studies have not been conducted
5   with intravenous acetaminophen, studies in
6   pregnant rats that received oral
7   acetaminophen during organogenesis at doses
8   up to .85 times the maximum human daily dose,
9   showed evidence of fetotoxicity and a
10  dose-related increase in bone variations,
11  reduced ossification and rudimentary rib
12  changes."
13      Do you see that?
14      A.   I do.
15      Q.   Do you know what fetotoxicity
16  is, ma'am?
17      MS. JOHNSTON:  Object to the
18  form.
19      THE WITNESS:  Yes, toxic to the
20  fetus.
21  QUESTIONS BY MR. TRACEY:
22      Q.   Yes.
23      Is that something that you
24  think a doctor might want to know when they
25  were deciding whether or not to prescribe

Page 396

1   acetaminophen?
2       MS. JOHNSTON:  Objection.
3   Form.
4       THE WITNESS:  Well, these are
5   studies that have been done in animal
6   studies.  So, quite honestly, I think
7   a doctor would probably not make
8   decisions based on animal studies
9   showing reduced fetal weight and
10  length and dose-related increase in
11  bone variation in terms of considering
12  this for use in pregnancy.  It should
13  only have been used when indicated.
14  QUESTIONS BY MR. TRACEY:
15      Q.   Well, let's be clear, though,
16  ma'am.  This is under a pregnancy rating
17  category, and this information is required to
18  be put in the label, correct?
19      MS. JOHNSTON:  Object to the
20  form.
21      THE WITNESS:  As I said to you,
22  I'm not a labeling expert, and I don't
23  know what's required to put in the
24  label.
25

Page 397

1   QUESTIONS BY MR. TRACEY:
2       Q.   No, ma'am, but you're a
3   maternal-fetal medicine expert who knows or
4   should know pregnancy labeling categories,
5   aren't you?
6       MS. JOHNSTON:  Object to the
7   form.
8       THE WITNESS:  Well, I think the
9   labeling categories have gone now.
10  They're not being used anymore.  So
11  that is not being used anymore, to my
12  knowledge.
13  QUESTIONS BY MR. TRACEY:
14      Q.   No, ma'am, we're going to get
15  to the latest and greatest in just a minute,
16  but we have to take these things one at a
17  time.
18      Do you understand that
19  Category C means there is evidence of fetal
20  risk in animal studies?
21      MS. JOHNSTON:  Object to the
22  form.
23      THE WITNESS:  Yes.
24  QUESTIONS BY MR. TRACEY:
25      Q.   And during the pregnancy

1 labeling category regime, it was required to
2 tell prescribers whether there was evidence
3 of fetal harm in animal studies, correct?
4         MS. JOHNSTON:  Object to the
5     form.
6         THE WITNESS:  As best as you've
7     gone through all of these documents
8     today, as I shared in the beginning of
9     review of these documents, I haven't
10    seen these before, and to answer them
11    carefully and appropriately, I would
12    need to restudy them, and it's not my
13    practice or my expertise.
14        So it's difficult for me to
15    answer these questions for you,
16    Mr. Tracey.
17 QUESTIONS BY MR. TRACEY:
18    Q.   Well, that question I just
19 asked you had nothing to do with these
20 documents.  It had to do with the pregnancy
21 categories.
22        MS. JOHNSTON:  Wait for a
23    question.
24 QUESTIONS BY MR. TRACEY:
25    Q.   Do you remember my question, or

1 do I need to ask it again?
2    A.    Sure, if you would ask it again
3 because I don't recall your question at this
4 point.
5    Q.    You knew and understood when
6 the pregnancy categories were being used that
7 Category C meant that there was -- there was
8 evidence of harm to the fetus in animal
9 studies, right?
10        MS. JOHNSTON:  Object to the
11    form.
12        THE WITNESS:  Yes, I knew that
13    when we were dealing with the
14    categories.
15 QUESTIONS BY MR. TRACEY:
16    Q.    And you knew that it -- that
17 information had to be contained, had to be
18 put on a product label for a doctor or
19 anybody else to see.
20        MS. JOHNSTON:  Object to the
21    form.
22 QUESTIONS BY MR. TRACEY:
23    Q.    Right?
24    A.    Yeah, that is -- I can't
25 remember what I knew then about it in 2000 --

1 I believe it was 2015 when those stopped,
2 when the -- when we stopped using the
3 categories.
4         So I don't remember what was
5 required to put in the information for
6 practicing health care professionals who
7 would prescribe intravenous -- intravenous
8 acetaminophen.
9    Q.    And just to state the obvious,
10 Doctor, Tylenol, of course, has been
11 available over the counter for 60 years,
12 right?
13        MS. JOHNSTON:  Object to the
14    form.
15        THE WITNESS:  Yes, but we're --
16    I understand that we're talking now
17    about IV acetaminophen, which has not
18    been available for all that length.
19 QUESTIONS BY MR. TRACEY:
20    Q.    No, ma'am.
21        But the data that they're
22 basing this category on --
23        (Audio interruption.)
24    Q.    This label goes on to say,
25 "When pregnant" -- "pregnant rats received

1 oral acetaminophen throughout gestation at
2 doses of 1.2 times the maximum human daily
3 dose, based on body surface area comparison,
4 areas of necrosis occurred in both the liver
5 and kidney of pregnant rats and fetus.  These
6 effects did not occur in animals that
7 received oral acetaminophen at doses .3 times
8 the maximum human daily dose based on body
9 surface area comparison."
10        Do you understand that to be a
11 dose-response there, Doctor?
12        MS. JOHNSTON:  Object to form.
13        THE WITNESS:  I would need to
14    look at the full article to be able to
15    assess that, whether that's a
16    dose-response or not.
17 QUESTIONS BY MR. TRACEY:
18    Q.    Okay.  They go on to say, "In a
19 continuous breeding study, pregnant mice
20 received .25, .5 or 1 percent acetaminophen
21 via the diet," and they have the mgs per kgs
22 per day.
23        "These doses are
24 approximately.43, .87 and 1.7 times the
25 maximum human daily dose, respectively, based

Page 402

¹ on body surface area comparison. A
² dose-related reduction in body weights at
³ fourth and fifth litter offspring of the
⁴ treated mating pair occurred during lactation
⁵ and post-weaning at all doses. Animals in
⁶ the high-dose group had a reduced number of
⁷ litters per mating pair, male offspring with
⁸ an increased percentage of abnormal sperm and
⁹ reduced birth weights in the next generation
¹⁰ of pups."
¹¹         Doctor, do you know whether or
¹² not that is the classic exhibition or example
¹³ of a developmental toxicity?
¹⁴         MS. JOHNSTON: Object to the
¹⁵     form.
¹⁶         THE WITNESS: I really don't
¹⁷     know because I don't do animal work,
¹⁸     and I have no expertise in animal
¹⁹     work. So I would not want to comment
²⁰     on that.
²¹ QUESTIONS BY MR. TRACEY:
²²     Q.    And you had -- of course before
²³ your opinion today, you had not reviewed this
²⁴ label?
²⁵     A.    That's correct. I stated that

Page 403

¹ quite a few times today.
²     Q.    And under that regime, there
³ was a Pregnancy Category C based on the oral
⁴ acetaminophen data, right?
⁵         MS. JOHNSTON: Object to the
⁶     form. Asked and answered.
⁷         THE WITNESS: I think it was
⁸     based on the oral and based on no
⁹     studies of intravenous acetaminophen
¹⁰     in pregnant women. I think it was --
¹¹ QUESTIONS BY MR. TRACEY:
¹²     Q.    Yes.
¹³     A.    -- both.
¹⁴         (D'Alton Exhibit 915B marked
¹⁵     for identification.)
¹⁶ QUESTIONS BY MR. TRACEY:
¹⁷     Q.    All right. The next document
¹⁸ I'll bring up is -- our exhibit is 915B.
¹⁹ This is the Ultracet label. This is a drug
²⁰ made by Janssen Pharmaceuticals.
²¹         Are you familiar with Ultracet?
²²         MS. JOHNSTON: We're getting
²³     that label right now, Sean. I
²⁴     understand you're not tying that
²⁵     question to the label. Just letting

Page 404

¹     you know.
²         MR. TRACEY: Oh.
³ QUESTIONS BY MR. TRACEY:
⁴     Q.    Do you prescribe Ultracet,
⁵ ma'am?
⁶     A.    Not usually, no.
⁷     Q.    Okay. Do you understand it to
⁸ be a mix or a combination of tramadol and
⁹ acetaminophen?
¹⁰     A.    Yeah. It's an opiate and
¹¹ acetaminophen, to my knowledge.
¹²     Q.    Okay. This label, if you turn
¹³ to the third page, is not 2010 like the
¹⁴ previous one. It's 2023, if you look down at
¹⁵ the bottom just to confirm what I said is
¹⁶ true.
¹⁷         Do you see that?
¹⁸     A.    Oh, God. I'm having trouble
¹⁹ following all of these pages here. Can I
²⁰ just look at where you are and --
²¹         MS. JOHNSTON: Sean, if you're
²²     okay, I can help Dr. D'Alton out on
²³     that. These are right here.
²⁴         THE WITNESS: Okay. Got it.
²⁵     Thank you.

Page 405

¹ QUESTIONS BY MR. TRACEY:
²     Q.    Just lower right-hand corner, I
³ just wanted to know that this is a label from
⁴ February of 2023, this year?
⁵     A.    Okay.
⁶     Q.    The Janssen article, yeah.
⁷         So now what's happened is the
⁸ pregnancy labeling categories are gone and
⁹ the new regime is in place, right, Doctor, in
¹⁰ 2023?
¹¹     A.    I didn't know it was a regime,
¹² but a new format is in -- is in place.
¹³     Q.    Yeah. Maybe regime is not the
¹⁴ right word. I don't know what to call it.
¹⁵ Framework. Regulatory scheme.
¹⁶         What should we call it?
¹⁷     A.    I think that --
¹⁸         MS. JOHNSTON: Object to the
¹⁹     form.
²⁰         THE WITNESS: -- sounds better
²¹     than regime.
²² QUESTIONS BY MR. TRACEY:
²³     Q.    Yeah, I think so, too.
²⁴         Let's call it a new regulatory
²⁵ framework.

Page 406

1    And then if we flip over to
2 pregnancy -- Use in Pregnancy again, 8.1,
3 again, on -- no numbers on this.
4        MS. JOHNSTON: Sean, while
5    she's looking, I think we're coming up
6    on time for a break soon.
7        MR. TRACEY: Okay. Let's
8 just -- this will not be long.
9        MS. JOHNSTON: Sure.
10        MR. TRACEY: There we go.
11        THE WITNESS: One second. I'm
12 not -- I'm not here yet. I apologize.
13        MS. JOHNSTON: It starts right
14    there. Yeah.
15        THE WITNESS: Okay. I'm there
16    now. Okay.
17 QUESTIONS BY MR. TRACEY:
18    Q.    Okay. Now, have you read
19 labels, you know, since the categories have
20 changed?
21    A.    I'm sure that I have read
22 labels since the categories have changed,
23 yes. Certainly if I'm dealing with a new
24 drug, I would look at the label.
25    Q.    And you know that under the new

Page 407

1 framework, they -- the FDA requires drug
2 companies to do a risk summary and with combo
3 products, each product risk summary needs to
4 be done separately as well as together.
5        Do you understand that?
6        MS. JOHNSTON: Object to the
7    form.
8        THE WITNESS: Well, no. I --
9    as I shared with you, I'm not a
10    labeling expert or what is required by
11    the FDA to pharmaceutical companies.
12        So that is not my area of
13    expertise as is fairly obvious today.
14 QUESTIONS BY MR. TRACEY:
15    Q.    Okay. Well, let's just scroll
16 down. You do, though, use labels in your
17 clinical practice, correct?
18    A.    Certainly if I'm dealing with a
19 new drug, I would look at labels. And if I'm
20 familiar with a drug and have used it many
21 times and from my review there's no new
22 information, I would probably not consult
23 with the label.
24    Q.    All right. Well, let's see
25 what they say under the new -- the new

Page 408

1 framework.
2        You see there's no -- there's
3 no longer a pregnancy category, which we
4 would expect, right?
5    A.    Where are we looking now?
6    Q.    Just at the risk summary --
7    A.    Okay. The risk summary. Okay.
8    Q.    Yeah.
9    A.    So --
10    Q.    And then the third --
11    A.    So do you want me to read the
12 risk summary or --
13    Q.    No, ma'am.
14    A.    Okay.
15    Q.    The third paragraph down, we're
16 beginning to see the exact same language in
17 this label that we just read about
18 acetaminophen in the Cadence label.
19        And so let's just do that. It
20 says, "Reproductive and developmental studies
21 in rats and mice from the published
22 literature identified adverse events at
23 clinically relevant doses with acetaminophen.
24        "Treatment of pregnant rats
25 with doses of acetaminophen, approximately

Page 409

1 1.3 times the maximum human daily dose,
2 showed evidence of fetotoxicity and increases
3 in bone variations in the fetus."
4        Do you remember reading that?
5        MS. JOHNSTON: Object to --
6    object to the form.
7        THE WITNESS: I can't remember
8    the exact numbers around it, but I
9    remember reading something similar to
10    this in the previous -- in some
11    versions of the previous documents you
12    showed me.
13 QUESTIONS BY MR. TRACEY:
14    Q.    Okay. And then they go on to
15 say, "In another study, necrosis was observed
16 in the liver and kidney of both pregnant rats
17 and fetuses at doses approximately 1.9 times
18 the maximum human daily dose.
19        "In mice treated with
20 acetaminophen at doses within the clinical
21 dosing range, cumulative adverse effects on
22 reproduction were seen in a continuous
23 breeding study. A reduction in the number of
24 litters of the parental mating pair -- of the
25 parental mating pair was observed as well as

Page 410

1 retarded growth and abnormal sperm in their
2 offspring and reduced birth weight in the
3 next generation.  See data.
4        "Based on animal data, advise
5 pregnant women of the potential risk to a
6 fetus."
7        Do you see that, ma'am?
8        MS. JOHNSTON:  Object to the
9 form.
10        THE WITNESS:  I do.
11 QUESTIONS BY MR. TRACEY:
12     Q.     You have never seen that
13 before, have you, ma'am?
14     A.     No, I have not.
15     Q.     And you have never once advised
16 a pregnant woman of the potential risk to her
17 fetus based on this data?
18     A.     Well --
19        MS. JOHNSTON:  Object to the
20 form.
21        THE WITNESS:  -- seeing as I've
22 never seen it before, I would not make
23 recommendations to patients on
24 something I've never seen.
25

Page 411

1 QUESTIONS BY MR. TRACEY:
2     Q.     Fair enough.  Good point.
3        Now, are you aware of anywhere
4 on a Tylenol label ever in an
5 over-the-counter medicine this language or
6 similar language communicated to doctors or
7 to patients?
8        MS. JOHNSTON:  Object to the
9 form.
10        THE WITNESS:  I would have to
11 look at the labels.  I'm not aware --
12 on the oral acetaminophen, it is
13 not -- it is not there.  On IV
14 admin -- acetaminophen, I'd have to
15 look at that.
16 QUESTIONS BY MR. TRACEY:
17 ████  ████████          █████████
   ████████
19        MS. JOHNSTON:  Hey, Sean, are
20 we at place before we get that
21 document --
22     MR. TRACEY:  Yeah.
23     MS. JOHNSTON:  -- can we --
24     MR. TRACEY:  Yeah, sorry.
25     MS. JOHNSTON:  No problem.

Page 412

1     MR. TRACEY:  Ten minutes again?
2     MS. JOHNSTON:  Yes, please.
3     VIDEOGRAPHER:  The time is
4 5:23, and we are off the record.
5   (Off the record at 5:23 p.m.)
6     VIDEOGRAPHER:  The time right
7 now is 5:40 p.m.  We are back on the
8 record.
9





Page 414

<sup>20</sup> QUESTIONS BY MR. TRACEY:
<sup>21</sup>     Q.    Do you remember the Ofirmev
<sup>22</sup> label based on the oral animal studies being
<sup>23</sup> a Category C label?
<sup>24</sup>         MS. JOHNSTON:  Object to the
<sup>25</sup> form.

Page 417

<sup>1</sup>         THE WITNESS:  I remember the
<sup>2</sup>    use of IV acetaminophen being
<sup>3</sup>    Category C because of no studies being
<sup>4</sup>    done in pregnant women on
<sup>5</sup>    IV acetaminophen in addition to the
<sup>6</sup>    animal studies.
<sup>7</sup> QUESTIONS BY MR. TRACEY:
<sup>8</sup>     Q.    Yes, ma'am.
<sup>9</sup>         And nothing's changed, has it?
<sup>10</sup>         MS. JOHNSTON:  Object to the
<sup>11</sup>    form.
<sup>12</sup>         THE WITNESS:  Well, we don't
<sup>13</sup>    use the labels anymore, so I think a
<sup>14</sup>    lot has changed.  We don't use these
<sup>15</sup>    labels.  We don't use the pregnancy
<sup>16</sup>    risk factor anymore.
<sup>17</sup> QUESTIONS BY MR. TRACEY:
<sup>18</sup>     Q.    Well, do you -- do you deny
<sup>19</sup> that what McNeil is telling doctors on the
<sup>20</sup> screen here that acetaminophen is pregnancy
<sup>21</sup> risk factor B, do you deny that that's false
<sup>22</sup> based on what you and I have just reviewed?
<sup>23</sup>         MS. JOHNSTON:  Object to the
<sup>24</sup>    form.
<sup>25</sup>         THE WITNESS:  I'm just

Page 418

1  responding to the statement here.
2  What I said in my previous statement
3  was you said nothing had changed. And
4  I said, a lot has changed
5  because these categories are not being
6  used anymore.
7        And as I understand it,
8  IV acetaminophen was Category C
9  because of the combination of animal
10  data and the effect on the animal
11  studies data.
12  QUESTIONS BY MR. TRACEY:
13    Q.    Yes, ma'am.
14       And that's what I meant hasn't
15  changed. There are no adequate and
16  well-controlled studies even to this day in
17  acetaminophen. You and I have already talked
18  about this, right?
19    A.    Yeah. I think that's my point
20  today, that there is no adequate trials for
21  which I can assess risk of ADHD and ASD
22  related to prenatal use of acetaminophen.
23    Q.    And the reason there are no
24  adequate and well-controlled studies,
25  Dr. Pinto-Martin told us two days ago, is

Page 419

1  because it would be unethical to do it,
2  right?
3        MS. JOHNSTON: Object to the
4  form and say that Dr. Pinto-Martin's
5  testimony speaks for itself.
6        THE WITNESS: That's --
7        MR. TRACEY: Indeed it does.
8        THE WITNESS: That's what she
9  said, and I think it depends on the
10  study whether it would be unethical or
11  not, and I would need to know more
12  about the design.
13        And certainly I would agree
14  with doing more studies and doing more
15  research studies in pregnant women as
16  has been called for by many
17  investigators, and I would recommend
18  that.
19        So we could clarify any
20  questions related to the use of -- the
21  current knowledge that we have around
22  acetaminophen -- prenatal
23  acetaminophen use and its
24  associated -- and its reported
25  associations.

Page 420

1  QUESTIONS BY MR. TRACEY:
2    Q.    Doctor, do you think there's a
3  world in which -- that exists where we're
4  going to randomize women to -- pregnant women
5  to acetaminophen to see what happens to their
6  babies? Do you really think that's going to
7  happen?
8        MS. JOHNSTON: Object to the
9  form.
10        THE WITNESS: Well, we would
11  need to have an alternative because
12  a -- as I've said to you this morning
13  is that treatment of pain is a human
14  right.
15        So in order to randomize
16  patients, one would need to have a
17  safe alternative to test it against.
18  Because it would not be ethical to
19  test it against a placebo for
20  treatment of pain and fever.
21        So with respect to doing a
22  placebo-controlled trial, I would
23  agree with that because it would be --
24  it would be unethical to hold -- to
25  withhold a medication from a mother

Page 421

1  that was effective for treating pain
2  and fever.
3        Now, I think there's --
4  QUESTIONS BY MR. TRACEY:
5    Q.    What about --
6    A.    -- there's observational trials
7  that could be done.
8        MS. JOHNSTON: Did you complete
9  your answer, Doctor?
10  QUESTIONS BY MR. TRACEY:
11    Q.    What about the evidence of
12  exposing the fetus that Dr. Pinto-Martin
13  seemed to be concerned about? Are you
14  concerned about that?
15        MS. JOHNSTON: Object again.
16        THE WITNESS: I'm always
17  concerned about both. I'm always
18  concerned about the mother and the
19  fetus, and in designing a trial, I
20  would always be -- express concern for
21  any -- for any fetal effects or
22  maternal effects.
23        So I'm a worrier, so I would
24  worry about the design of a clinical
25  trial, and you've asked me about what

I thought about the ethics of doing this, and my main concern is the ethics of doing this is there's no safe alternative to the use of acetaminophen in pregnancy for treatment of pain and fever.

QUESTIONS BY MR. TRACEY:

Q.   Okay. I tell you what I want to do now. Ray, will you go to tylenolprofessional.com It's a website.

There's no other way to do this, Doctor.

Have you ever been to this website, tylenolprofessional.com

A.   I don't know at this point. I can't remember that I have, but I don't know.

MR. TRACEY: Can you make that bigger, Ray, so we can -- we can pull it up and -- is this the actual website, or is this the search for pregnancy?

RAY MOORE: This is the website the way I received it. I mean, I can go wherever you want, but this is out of link --

MS. JOHNSTON: Yeah, and -- and, Sean --

MR. TRACEY: I guess what I'm asking --

MS. JOHNSTON: -- I just want to clarify, is this a static screenshot? Are we looking at a website? I'm confused about what this is.

MR. TRACEY: Yeah, so that's my question.

Ray, is this -- is this a live website, or is this just a screenshot?

RAY MOORE: This is a live website. This is the way that the link opened up.

MR. TRACEY: Oh, good.

QUESTIONS BY MR. TRACEY:

Q.   Okay. So let's do it so Dr. D'Alton sees.

You see this, Doctor, this is a Tylenol website for health care professionals.

Do you see that?

A.   I do.

Q.   Now, you said you don't know or can't remember if you've been here to see if a doctor has a question about Tylenol in pregnancy what exactly Johnson & Johnson reveals.

Is that right?

MS. JOHNSTON: Object to the form.

THE WITNESS: I said I don't recall if I have been here, and so I can't tell you that with any deal of accuracy this afternoon.

QUESTIONS BY MR. TRACEY:

Q.   Okay. Will you type in "pregnancy" in the search bar and hit send? There you go, you got it. Just hit send or -- there you go.

Do you see, Dr. D'Alton, that when we search on the Tylenol health care professional website for pregnancy in Tylenol, we get zero results?

Do you see that?

MS. JOHNSTON: And I'll just object that this is counsel's direction on how to use this website,

and it speaks for itself.

But, Dr. D'Alton, of course you can answer the question.

THE WITNESS: I see what's in front of me, Mr. Tracey, yes.

QUESTIONS BY MR. TRACEY:

Q.   So if I'm a doctor and I have a question about the safety of Tylenol in pregnancy and I go to the manufacturer of it, their website that says it's for me, a doctor, I get no information.

MS. JOHNSTON: Object to the form. Same objections.

QUESTIONS BY MR. TRACEY:

Q.   Right?

A.   Your research revealed no results is what it would say, from this document in front of me.

Q.   And it actually said, "Did you mean preference?"

Do you see that?

MS. JOHNSTON: Same objections.

THE WITNESS: I do see that, yes.

Page 426

¹ QUESTIONS BY MR. TRACEY:
² Q.    How can it be -- Doctor, can
³ you think of a reason why, based on what I
⁴ have looked at in the past few hours, how it
⁵ can be that if a doctor wanted information
⁶ from the manufacturer, the latest and
⁷ greatest, like you put in the preface in your
⁸ book, from the manufacturer that there's
⁹ nothing there?
¹⁰     MS. JOHNSTON:  Object to the
¹¹     form.
¹²     THE WITNESS:  You know, as I've
¹³     stated, I'm not knowledgeable about
¹⁴     what is -- should be placed into
¹⁵     documents by pharmaceutical companies,
¹⁶     but there's plenty of other sources
¹⁷     where a physician could go to find out
¹⁸     information with respect to Tylenol
¹⁹     and its safety in pregnancy.
²⁰ QUESTIONS BY MR. TRACEY:
²¹ Q.    That's really, really true.
²²     Have you ever used the book
²³ Briggs on Pregnancy and Lactation, a Guide
²⁴ for Doctors to Medications?
²⁵ A.    Yes, I've used it as a

Page 427

¹ reference text.
² Q.    When is the last time you
³ looked at Briggs and Tylenol?
⁴ A.    I looked at it when I was
⁵ preparing my report because I noticed that
⁶ Dr. Baccarelli wrote that it was an
⁷ authoritative text.  So because of that, I
⁸ look at Briggs and looked at what their
⁹ intent was in giving patients and giving
¹⁰ physicians information.
¹¹     (D'Alton Exhibit 908 marked for
¹²     identification.)
¹³ QUESTIONS BY MR. TRACEY:
¹⁴ Q.    And this is Exhibit 908, Ray.
¹⁵ Let's pull up Briggs.
¹⁶     It's called a Reference Guide
¹⁷ to Fetal and Neonatal Risk, right, Doctor?
¹⁸ A.    Yes, I'm just waiting to get it
¹⁹ in front of me.  I see the picture, but they
²⁰ have not brought the exhibit to me.  And I
²¹ think I should have it momentarily.
²² Q.    Let me know when you get it,
²³ please.
²⁴     MS. JOHNSTON:  We've got it,
²⁵ Sean.

Page 428

¹     THE WITNESS:  Yes, I have it.
² QUESTIONS BY MR. TRACEY:
³ Q.    So Briggs is actually -- this
⁴ book is in its twelfth edition, Drugs in
⁵ Pregnancy and Lactation, right, Doctor?
⁶ A.    Yes.
⁷ Q.    You've used this in your
⁸ practice in the past?
⁹ A.    Yes, I have.
¹⁰ Q.    It's a well-known reference
¹¹ guide for doctors related to drugs in
¹² pregnancy, correct?
¹³ A.    I think it's a well-known
¹⁴ reference guide, yes.
¹⁵ Q.    And if we flip over to the
¹⁶ acetaminophen section, which, again, I don't
¹⁷ see a page number on mine, but -- so I don't
¹⁸ know how to tell you, Ray, how to get there,
¹⁹ but it's just on this -- there you go.
²⁰     And they've got
²¹ recommendations, don't they?
²² A.    Yes, they do.
²³ Q.    They say, "Short-term use
²⁴ suggests low risk."
²⁵     Right?

Page 429

¹ A.    Yes.
² Q.    And then long-term use suggests
³ risks, right?
⁴     MS. JOHNSTON:  Object to the
⁵     form.
⁶     THE WITNESS:  That's what it
⁷     states here, yes.
⁸ QUESTIONS BY MR. TRACEY:
⁹ Q.    Now, as far as you know, do
¹⁰ these guys work for Johnson & Johnson?
¹¹     MS. JOHNSTON:  Object to the
¹²     form.
¹³     THE WITNESS:  I don't know of
¹⁴     any relationship that they have with
¹⁵     Johnson & Johnson.
¹⁶ QUESTIONS BY MR. TRACEY:
¹⁷ Q.    Okay.  Under Pregnancy Summary,
¹⁸ let's see what they say.  They say,
¹⁹ "Acetaminophen, paracetamol or APAP, is
²⁰ commonly used in all stages of pregnancy.
²¹ Although originally thought not to cause
²² embryo-fetal harm, this assessment must
²³ change because of recent data."
²⁴     Did I read that correctly?
²⁵ A.    Yes.

1    Q.    Do you know whether your
2  medical school uses Briggs to train medical
3  students and residents?
4         MS. JOHNSTON:  Object to the
5     form.
6         THE WITNESS:  I mean, it may be
7     used as a reference guide, like a
8     number of textbooks are, to -- in
9     medical school, and -- but I would
10    disagree that it is authoritative.
11        And I don't agree with this
12    comment that's written here, that this
13    assessment must change because of
14    recent data.
15 QUESTIONS BY MR. TRACEY:
16    Q.    No, no, I understand you don't
17 agree.  But my question was, do you know
18 whether or not this reference is used in the
19 medical school that employs you?
20        MS. JOHNSTON:  Same objections.
21        THE WITNESS:  Well, I would
22    usually be the one who is deciding on
23    what's used in the medical school for
24    training of residents around
25    obstetrical risk.  So it is a -- it

1     certainly is a reference text that may
2     be useful in providing information to
3     patients in their reference -- or
4     sorry, excuse me, to physicians in
5     their reference list.
6  QUESTIONS BY MR. TRACEY:
7     Q.    Okay.  Do you have a copy of
8  this in your office?  I don't even know if
9  you have books anymore.
10        But do you still use books?
11    A.    I mean, it's less and less.  I
12 was more of a Neanderthal years ago when I
13 used books for everything, but now because of
14 most books are out of date by the time
15 they've been published, I usually go to
16 online sources.
17    Q.    Do you have a copy of the
18 hard -- do you have a hardcopy of an edition
19 of this book, or would you just reference it
20 online or both?
21    A.    I would probably do both
22 because I read better -- when I want to take
23 in a document, I read better when it is
24 printed, but I did order a copy of this book
25 when I read Dr. Baccarelli's report that it

1  was authoritative.
2     Q.    Okay.  They go on to say,
3  "Although the risk is very low, use of the
4  drug for several weeks or longer has been
5  associated with cryptorchidism, decreased IQ,
6  ADHD and other problems in neurodevelopment."
7         Did I read that correctly?
8     A.    You read that correctly.
9     Q.    And, of course, as you've said,
10 you disagree with the Briggs reference guide?
11        MS. JOHNSTON:  Object to the
12    form.
13        THE WITNESS:  I disagree with
14    it for several reasons.
15 QUESTIONS BY MR. TRACEY:
16    Q.    Do you know how many -- oh.
17 Did you -- did you ever know Gerald Briggs?
18    A.    No, I didn't know Gerald
19 Briggs.  I know Roger Freeman very well who
20 was the maternal-fetal medicine specialist
21 that was a coauthor on previous editions, and
22 I'm not familiar with Dr. Towers, who's the
23 maternal-fetal medicine who is on this
24 document.
25        But certainly if he contributed

1  to this portion of the document, his opinions
2  are at odds with pretty much all of our
3  medical societies around the world that
4  represent obstetrician, gynecologist and
5  teratologists.
6     Q.    That seems really odd to me.
7         MS. JOHNSTON:  Just wait for a
8     question.
9  QUESTIONS BY MR. TRACEY:
10    Q.    Why would these doctors, these
11 scientists, looking at the same data, come to
12 such starkly different conclusions than your
13 societies?
14        MS. JOHNSTON:  Object to the
15    form.
16        THE WITNESS:  Well, first of
17    all, they don't really say why they
18    come to their conclusions because they
19    don't analyze the information in the
20    references that they provide in
21    this -- in this document related to
22    those references that are there --
23    that are in the neurodevelopmental
24    section.
25        And they state what the authors

Page 434

1   have published, but they don't state
2   any analysis of the -- of the authors'
3   publications.  So it's really left to
4   the individual practitioner to go to
5   those references and decide for
6   themselves the risks and -- or sorry,
7   the strengths and weaknesses of those
8   studies like we've discussed today.
9        So in my opinion, the analysis
10  of this -- of the document of this --
11  document in Briggs and Towers, and I
12  don't remember the name of the other
13  author, Forinash, another
14  pharmacologist, fall short of their
15  intent in the book.
16  QUESTIONS BY MR. TRACEY:
17      Q.    Well, the ACOG reference had
18  zero references, the ACOG statement.
19           Remember that?
20           MS. JOHNSTON:  Object to the
21  form.
22           THE WITNESS:  Well, that's
23  certainly -- it did have zero
24  references but recall at that time
25  when the -- when ACOG wrote its

Page 435

1   statement, it was in direct response
2   to Dr. Bauer and her colleagues asking
3   that professional societies respond by
4   updating their documents.
5        And in short order, ACOG
6   responded.  Then ENTIS responded to
7   the -- the teratology information
8   services from the US -- or sorry, UK
9   and Europe, and also the Canadian
10  college responded in short order.
11       And then following that, there
12  was a number of other societies, 16
13  organizations from around the world
14  who signed a document that was in a
15  direct response to Dr. Bauer in -- in
16  the same journal that she reported and
17  gave several reasons why they were not
18  agreeing with the document.
19       And ACOG is one of the
20  signatories on that, as are 16
21  international OB/GYN societies.
22  QUESTIONS BY MR. TRACEY:
23      Q.    Do you know what Epocrates is?
24      A.    I do know what Epocrates is.
25  It's a -- it's an online book that is used

Page 436

1   for various information related to medical
2   care.
3        Q.    Have you looked up what they
4   have to say about acetaminophen?
5        A.    I believe that I did, and that
6   it was safe for use in pregnancy.
7        Q.    It was what?
8        A.    That it was safe for use in
9   pregnancy, as best I can recollect it.
10           (D'Alton Exhibit 906 marked for
11       identification.)
12  QUESTIONS BY MR. TRACEY:
13      Q.    Well, let's look at it.  It's
14  Exhibit 906.
15           MS. JOHNSTON:  Just getting a
16       copy.
17  QUESTIONS BY MR. TRACEY:
18      Q.    And this is -- this is off the
19  Epocrates website.
20           This is for health care
21  practitioners, right?
22      A.    Yes.  Let me just look at it.
23      Q.    And the pregnancy section is
24  18, page 18.  Clinical summary.
25      A.    I can't find it here.  Sorry.

Page 437

1        Q.    Maybe you should look at the
2   screen, Doctor.
3           MS. JOHNSTON:  Yeah, sorry.
4   This is page 10.  We're going page 18.
5           THE WITNESS:  Okay.  Got it.
6   QUESTIONS BY MR. TRACEY:
7        Q.    Okay.  "May use during
8   pregnancy; drug of choice for analgesic and
9   antipyretic use during pregnancy; no known
10  risk of fetal harm with short-term use based
11  on human data with the oral form; possible
12  risk of cryptorchidism and adverse
13  neurodevelopmental disorders with long-term
14  use based on limited human data with oral
15  form."
16           Did you know that Epocrates had
17  this?
18      A.    Well, it says -- first of all,
19  that it's the drug of choice --
20      Q.    Yes.
21      A.    -- for analgesic and
22  antipyretic use during pregnancy.
23           And I certainly knew that it
24  said no known risk of fetal harm.
25           And then it says, "A possible

1 risk."

2    Q.    Long-term use.

3    A.    I'm sorry, I didn't hear what
4 you said.  I apologize.

5    Q.    Well, I was going to make --

6    A.    You were interrupting me, and I
7 just was trying to -- I'm trying to read it,
8 and I've lost my train of thought,
9 unfortunately.

10    Q.    Okay.  Well, let's read it
11 together so we can read it accurately.

12         It says, "No known risk of
13 fetal harm with short-term use based on human
14 data with the oral form; possible risk of
15 cryptorchidism and adverse neurodevelopmental
16 outcomes with long-term use based on limited
17 human data with oral form."

18         That's what it says, right?

19    A.    That's what it says.  It says
20 there's a possible risk based on limited
21 human data.

22    Q.    And when -- yes, ma'am.

23         And when you were citing all of
24 the societies in your report, you didn't cite
25 either Briggs or Epocrates in your report,

1 did you?

2    A.    Well, no, I didn't, because
3 none of them are societies; they're
4 textbooks.

5         And I did cite what Briggs'
6 intent was in my report, and I mentioned that
7 their intent was to provide information to
8 practicing clinicians so that they could make
9 decisions about the pros and cons of
10 prescribing in pregnancy.

11         And in my opinion, they fell
12 short of the mark here based on what I've
13 shared with you today.

14    Q.    Ma'am, are you aware of another
15 publication called StatPearls that is put out
16 by the National Institutes of Health?

17    A.    No, I'm -- I might have seen
18 it, but I can't recall it at this precise
19 moment.

20         (D'Alton Exhibit 909 marked for
21    identification.)

22 QUESTIONS BY MR. TRACEY:

23    Q.    This is Exhibit 909, Ray.

24         This is a publication that is
25 put out by the federal government.  And if

1 you'll look down at the bottom, you'll see
2 the website --

3    A.    Sorry, can I just get it?

4         MS. JOHNSTON:  Yeah.  And,
5    Sean, it's -- the scrolling, I think,
6    is kind of getting to be a bit much,
7    so we just need to get the copy.

8         THE WITNESS:  It's giving me
9    the need for Tylenol.

10         MR. TRACEY:  Don't overdose.

11         THE WITNESS:  Don't worry.

12 QUESTIONS BY MR. TRACEY:

13    Q.    Read that black box.

14         All right.  So you see there,
15 what we have highlighted?  It's from the NIH?

16    A.    Sorry, where -- which page are
17 we on now?

18         MS. JOHNSTON:  He's talking
19    about --

20 QUESTIONS BY MR. TRACEY:

21    Q.    Any page.  It's at the bottom.

22    A.    Okay.  Okay.

23    Q.    It's the URL.

24    A.    Yeah.

25    Q.    You recognize this is the NIH

1 site, http://nih.gov/books?

2         MS. JOHNSTON:  I object to the
3    form and -- okay.

4         THE WITNESS:  I think it's --

5 QUESTIONS BY MR. TRACEY:

6    Q.    Yes or no?

7    A.    I'm sorry, it doesn't say that
8 it's an NIH document.  It says it's a service
9 of the National Library of Medicine.  It
10 doesn't say it's from the NIH.

11    Q.    Yes, ma'am.

12         It says it's a service of the
13 National Library of Medicine, which is run by
14 the federal government of the United States,
15 right?

16         MS. JOHNSTON:  Object to the
17    form.

18         THE WITNESS:  Yes, but it
19    doesn't say that they published this
20    document.  This is Treasure Island,
21    Florida, StatPearls Publishing.  That
22    does not indicate to me this is the
23    NIH.

24 QUESTIONS BY MR. TRACEY:

25    Q.    We'll argue about this later,

Page 442

1 ma'am, but flip over to the fourth page.  At
2 the top again, it says, "Acetaminophen -
3 StatPearls - NCBI Bookshelf."
4         And there in the middle it
5 says, "Pregnant women should exercise caution
6 when using acetaminophen early in pregnancy
7 because of increasing evidence that in utero
8 acetaminophen exposure to the fetus might
9 increase the risk of neurological,
10 reproductive and urogenital disorders," and
11 they cite the Alemany study, among others.
12         Right?
13     A.    Well, number 11, they cite
14 Bauer.  That's the reference they cite for
15 that.
16         And I'm pretty confident this
17 is not an NIH document.
18     Q.    Where -- number 11 says
19 Alemany -- Alemany.
20     A.    No, I think number 11 says
21 Bauer in my -- in the one I have.
22     Q.    Are you looking at the screen?
23         MS. JOHNSTON:  No.  Sean --
24         THE WITNESS:  I'm looking at
25 the screen, and it says 11.  And if

Page 443

1     you go to the back where the
2     reference 11 is, that is Bauer.
3 QUESTIONS BY MR. TRACEY:
4     Q.    Oh, okay.  Let's start over.
5         What StatPearls said is that,
6 "Pregnant should exercise caution when using
7 acetaminophen early in pregnancy because of
8 increasing evidence that in utero
9 acetaminophen exposure to the fetus might
10 increase the risk of neurological,
11 reproductive and urogenital disorders.
12         "Alemany, et al., studied
13 prenatal and postnatal acetaminophen exposure
14 in relation to autism spectrum disorder and
15 attention-deficit disorder."
16         Right?
17         That's the Alemany reference,
18 and then they go on and explain it, right?
19         MS. JOHNSTON:  Object to the
20 form.  I'm not sure what the question
21 is.
22         THE WITNESS:  I mean,
23 number 11 -- I'm sorry, you asked me
24 what the reference was.  Number 11 is
25 clearly Bauer, and that's what Bauer

Page 444

1     stated in her -- in her report, in the
2 Bauer 2021 document that I've already
3 said has gotten very substantial
4 response from the professional
5 societies, like she asked for, like
6 she and her authors asked for, in
7 their publication.
8 QUESTIONS BY MR. TRACEY:
9     Q.    Ma'am, you're not answering my
10 question.
11         MS. JOHNSTON:  She's absolutely
12 answering question now.
13 QUESTIONS BY MR. TRACEY:
14     Q.    Now you're just giving a
15 speech.
16         MS. JOHNSTON:  She's absolutely
17 answering your question.
18         THE WITNESS:  I am answering
19 your question, Mr. Tracey.  This one I
20 am answering very clearly.
21 QUESTIONS BY MR. TRACEY:
22     Q.    What question are you
23 answering?
24     A.    I'm answering your question
25 about reference 11 here --

Page 445

1     Q.    I didn't -- ma'am, that was
2 three questions ago.  I asked you about
3 Alemany.
4         Do you recognize the yellow as
5 being from the Alemany meta-analysis?
6     A.    Yes.  I recognize that from the
7 meta-analysis and what I've shared with you
8 earlier about meta-analysis --
9     Q.    That was my only question.
10         MS. JOHNSTON:  That's fine.
11         THE WITNESS:  Okay.  Great.
12 QUESTIONS BY MR. TRACEY:
13     Q.    That's my only question.
14     A.    Oh, that's perfect.
15     Q.    Okay.  Now, have you ever been
16 on the StatPearls website before?
17     A.    No.  And it says StatPearls is
18 Treasure Island, Florida, StatPearls
19 Publishing, and this is a service of the
20 National Library of Medicine, who will find
21 these articles.
22         So I am certainly not confident
23 from a review of this that this is a
24 publication of the NIH.
25     Q.    Well, the URL below is from the

Page 446

1 NIH, right?

2          MS. JOHNSTON:  Object to the
3     form.  Asked and answered.
4          THE WITNESS:  Well, the URL is
5     the library of the NIH.  That doesn't
6     mean that the document was published
7     by the NIH.  It's present in their
8     library.

9 QUESTIONS BY MR. TRACEY:

10     Q.    Is this one causing you some
11 heartburn?

12          MS. JOHNSTON:  Objection.

13          THE WITNESS:  Oh, no, no.  It's
14     not causing me any heartburn.

15          I'm just trying to clarify that
16     nowhere states this -- nowhere does it
17     state here, except for StatPearls,
18     Treasure Island, Florida, StatPearls
19     Publishing, that this is a publication
20     of the NIH.

21 QUESTIONS BY MR. TRACEY:

22     Q.    What's the date on this, ma'am,
23 up in the left-hand corner?

24     A.    I have 9/5/23, 1:52 p.m.

25     Q.    Three days ago, right?

Page 447

1     A.    I believe that's when it was
2 searched, yes.

3     Q.    I'm assuming you disagree with
4 what is on the screen; is that correct?

5     A.    Well, I do, because what's on
6 the screen was available prior to this.
7 We've -- we know that Bauer is 2021, and we
8 know that Alemany is 2022, as best I can
9 recollect.  You know, sorry, it's also 2021,
10 so this information is not new.

11     Q.    No, ma'am.  It's just another
12 source citing the same information for
13 reasons that you disagree with.

14          MS. JOHNSTON:  Just let him ask
15     you a question.  He's testifying at
16     this point.

17 QUESTIONS BY MR. TRACEY:

18     Q.    Let me ask you this.  So we've
19 gone through Epocrates, we've gone through
20 Briggs, and now we've gone through the
21 National Library of Medicine site here.

22          And it is true that you
23 disagree with all three of those sources and
24 what they say about acetaminophen?

25          MS. JOHNSTON:  Same objections,

Page 448

1 and I won't make Dr. D'Alton repeat
2 what she's already said particularly
3 about this source, but --

4          THE WITNESS:  I disagree --

5          MS. JOHNSTON:  One second.  Let
6 me just get this out.

7          THE WITNESS:  Sorry.

8          MS. JOHNSTON:  Fine.  Sean,
9     yes, you're creative comments --

10          MR. TRACEY:  You're cutting
11     out.  Yeah, I can't hear anything.

12          MS. JOHNSTON:  No, it's fine.
13     Ask what you need to ask.

14 QUESTIONS BY MR. TRACEY:

15     Q.    Ma'am, it's true that you
16 disagreed with Briggs, you disagreed with
17 Epocrates, and you disagreed with this
18 website, whatever the source is?

19     A.    No, that's actually not true.
20 I agreed with many of the -- of the
21 statements that you showed me related -- in
22 Epocrates.  I am -- agreed with you that
23 that's what they stated in Briggs, but I felt
24 I shared with you the reasons why I fell
25 short -- I felt that Briggs fell short of its

Page 449

1 stated intent to provide information to
2 clinicians because it left the clinician to
3 have to go and look at those articles on
4 their own to understand the strengths and
5 weaknesses.

6          And importantly and with
7 relation to Briggs, Briggs was published in
8 2022, and it did not cite many of the
9 articles that have been published that we've
10 discussed here today that were from SMFM, it
11 did not, which surprised me that a
12 maternal-fetal medicine physician --

13     Q.    That's not a study, ma'am.
14 That's not a study.

15          MS. JOHNSTON:  You can finish
16     your response.

17 QUESTIONS BY MR. TRACEY:

18     Q.    That's an opinion piece.

19          MS. JOHNSTON:  You can finish
20     your response, Dr. D'Alton.

21          It's been a really long day,
22     Sean.  This has to stop.

23          THE WITNESS:  Well, an opinion
24     piece was written by Bauer, and
25     opinion pieces were written in

Page 450

1  response to Bauer.  So these are
2  the -- Briggs is a textbook, and this
3  is StatPearls.  So they're all
4  different things.
5  QUESTIONS BY MR. TRACEY:
6      Q.    Yes, ma'am.
7           They're all different things,
8  all saying the same or similar things about
9  Tylenol?
10          MS. JOHNSTON:  He's just
11      testifying.  Let him ask you a
12      question.
13          MR. TRACEY:  No, no.  That's a
14      question.
15          MS. JOHNSTON:  It really
16      wasn't.
17          MR. TRACEY:  Well, I don't know
18      how to convince you that that's a
19      question, but it is.
20          THE WITNESS:  Well, I'm going
21      to --
22          MS. JOHNSTON:  He's asking you
23      if there's three different sources.
24          THE WITNESS:  There's certainly
25      three different sources here.

Page 451

1          MS. JOHNSTON:  There we go.
2  QUESTIONS BY MR. TRACEY:
3      Q.    Ma'am, have you surveyed the
4  literature on the Internet looking for
5  maternal-fetal medicine or OB/GYN experts in
6  the field to disagree with you about Tylenol?
7          MS. JOHNSTON:  Object to the
8      form.
9          THE WITNESS:  I certainly
10      haven't searched the Internet, but I
11      have been in touch with the Society
12      for Maternal-Fetal Medicine and their
13      publications committee, and also with
14      ACOG to see if they are updating their
15      documents.
16          And I wanted to be up to date
17      with what their intent was.  At this
18      point they have -- they do not feel
19      that there is a need to update their
20      documents, so I --
21  QUESTIONS BY MR. TRACEY:
22      Q.    Do you remember my question?
23      A.    Yes.  You asked me about other
24  maternal-fetal medicine physicians who would
25  be on the Internet, and I think the largest

Page 452

1  source of maternal-fetal medicine physicians
2  that are available in the -- in the US, at
3  least, is the Society for Maternal-Fetal
4  Medicine, which has, I think, almost -- I
5  forget how many members, 3,000 members, maybe
6  it's more than that, and many international
7  members.
8          So I felt that would be a very
9  good source to go to to know about the
10  issues -- or the thoughts of maternal-fetal
11  medicine physicians.  So I have not -- I am
12  not aware of anyone in the Society with
13  the -- with the exception of Dr. Towers who
14  has said there's a risk.
15      Q.    Do you remember my question,
16  Doctor?
17          MS. JOHNSTON:  Object to the
18      form.
19          THE WITNESS:  You asked me if I
20      had gone to the Internet.  I didn't go
21      to the Internet.  I went to directly
22      to the Society --
23  QUESTIONS BY MR. TRACEY:
24      Q.    No, no.  That's not what I
25  asked you.

Page 453

1          I asked you, Doctor, not
2  whether you went to the Internet.  I asked
3  you whether or not you went to the Internet,
4  and you searched to find out if there are
5  other qualified, competent OB/GYNs or
6  maternal-fetal medicine experts that disagree
7  with you.
8          That's my question.  It's
9  either yes or no.
10          MS. JOHNSTON:  Object to the
11      form.
12          THE WITNESS:  No, I have not
13      done that.
14  QUESTIONS BY MR. TRACEY:
15      Q.    Okay.  Have you asked anybody
16  to find sources that disagree with you and to
17  try to find out why they disagree with you,
18  if they do?
19          MS. JOHNSTON:  Object to the
20      form.
21          THE WITNESS:  Well, as I shared
22      with you, I did have discussions with
23      both ACOG and SMFM, so I've asked them
24      for their -- where they are with the
25      documents.  So I didn't hear anything

Page 454

1    different than I already know.
2    QUESTIONS BY MR. TRACEY:
3        Q.    Okay.  Do you think that there
4    are qualified OB/GYNs and maternal-fetal
5    medicine experts in the world that may have a
6    different opinion than you?
7        A.    Well --
8        MS. JOHNSTON:  Object to the
9    form.
10        Go ahead.
11        THE WITNESS:  -- certainly
12    we've already stated today that on the
13    Bauer report there is a -- Hugh Taylor
14    is an author who is an obstetrician,
15    gynecologist, a reproductive
16    endocrinologist, and he is an author
17    on that, but to my knowledge, he
18    doesn't see pregnant patients.
19        And I also found, I think,
20    among the 70 or so odd signatories in
21    that document, that there appear to be
22    two maternal-fetal medicine physicians
23    who signed on to the document --
24    QUESTIONS BY MR. TRACEY:
25        Q.    You already told me all this

Page 455

1    there.  I forgot.
2        MS. JOHNSTON:  Did you --
3    QUESTIONS BY MR. TRACEY:
4        Q.    I apologize.  I already asked
5    this question.
6        MS. JOHNSTON:  Did you
7    complete your response, Dr. D'Alton?
8        THE WITNESS:  I was trying to
9    complete my response.
10    QUESTIONS BY MR. TRACEY:
11        Q.    You don't need to answer it
12    again.  You've already answered it.  I
13    forgot.  I withdraw the question.  I quit.  I
14    punt.  However I can make it end.
15        MS. JOHNSTON:  Okay.
16    QUESTIONS BY MR. TRACEY:
17        Q.    Okay.  When do you expect to
18    bill the lawyers for Johnson & Johnson?
19        MS. JOHNSTON:  Object to the
20    form.
21        THE WITNESS:  I haven't even
22    thought about that, but certainly in
23    the next month or so.  I really don't
24    know.  I haven't given that any
25    thought.  I've been so busy working

Page 456

1    and looking at all of this.
2        And with all of my other
3    responsibilities, I haven't thought
4    about when I would submit a bill, so I
5    don't want to commit when I will
6    submit a bill because of my upcoming
7    schedule over the next couple months.
8    QUESTIONS BY MR. TRACEY:
9        Q.    You have 160 hours times 600,
10    that's $105,000?
11        MS. JOHNSTON:  Object to the
12    form.
13        THE WITNESS:  Math was never my
14    strong suit, so I haven't calculated
15    it.
16    QUESTIONS BY MR. TRACEY:
17        Q.    Did you communicate with ACOG
18    and the Society for Maternal-Fetal Medicine
19    in writing?
20        A.    No, I did not.
21        Q.    How did you communicate with
22    them?
23        A.    I called them.
24        Q.    Who did you call?
25        A.    I called in.  I called

Page 457

1    Chris Zahn, who is the executive director of
2    ACOG, and I also called Tony Sciscione, who
3    is the president of the Society for
4    Maternal-Fetal Medicine, and I called
5    Jeff Kuller, who is the head of the
6    publications committee for SMFM.
7        Q.    Did you tell them that you had
8    been hired by lawyers for Johnson & Johnson?
9        A.    I told them I was an expert in
10    a case of Tylenol.
11        Q.    Did you tell them that you were
12    hired by lawyers for Johnson & Johnson?
13        MS. JOHNSTON:  Object to the
14    form.
15        THE WITNESS:  I don't recall
16    that I did do that.  I told them I was
17    an expert.
18    QUESTIONS BY MR. TRACEY:
19        Q.    Why did you not disclose who
20    you were -- who you were hired by?
21        MS. JOHNSTON:  Object to the
22    form.  Misstates testimony.
23        And, Sean, I'll let you ask
24    another -- or let Dr. D'Alton finish
25    this, but we're at time.

Page 458

1   MR. TRACEY:  Okay.
2   THE WITNESS:  You know,
3   whether -- it may have come up that I
4   was an expert.  I can't remember
5   that I specifically said that I was
6   retained by a -- by lawyers who were
7   representing Johnson & Johnson.
8   I did say that I was an expert,
9   and I would be giving testimony.
10  QUESTIONS BY MR. TRACEY:
11  Q.   And why was that relevant to
12  your inquiry with them?
13  MS. JOHNSTON:  Sean, we're
14  done.
15  QUESTIONS BY MR. TRACEY:
16  Q.   Why was that relevant -- that
17  should have been produced.  All of that
18  information.
19  Why was that relevant?
20  MS. JOHNSTON:  Ex -- it's - I'm
21  sorry, what?  Sean, you're out of
22  time.  You can ask me the question, if
23  it's related to something specific
24  that you think should or should not
25  have been produced, but she's already

Page 459

1   told you that there are no documents
2   that are responsive.  So I don't know
3   that she has anything else to tell you
4   on this.
5   We're also out of -- out of
6   time, and we are -- we've allowed you
7   to finish your last question, but I
8   think we're done.
9   QUESTIONS BY MR. TRACEY:
10  Q.   Doctor, are there any other
11  communications you haven't told us about?
12  A.   I've tried to be complete, you
13  know.  I communicate with a lot of people.  I
14  can't recall anything that would be
15  responsive right now, and certainly if I
16  think of anything, I shall let Sarah know.
17  But I tried to be responsive
18  to all of the materials that I had
19  considered.
20  Q.   Do you recall talking --
21  MS. JOHNSTON:  We're done.
22  QUESTIONS BY MR. TRACEY:
23  Q.   -- or sending e-mails to
24  anybody?
25  MS. JOHNSTON:  We're done.

Page 460

1   We're out of time, Sean.  This is --
2   she's responded to all of your
3   questions, and she's already told you
4   there are no documents.
5   Yep.  Let's go off the record.
6   MR. TRACEY:  I'm actually not
7   sure that's what she said.  That's why
8   I'm confused.
9   MS. JOHNSTON:  Okay.  Well, you
10  had seven hours.
11  MR. TRACEY:  I can't hear.
12  What was that?
13  MS. RICHER:  We said that
14  you're done asking questions.  We're
15  going to take a two-minute break.
16  We'll come back and let you know if
17  we're going to ask any questions.
18  Thank you.
19  MR. TRACEY:  Okay.
20  VIDEOGRAPHER:  The time right
21  now is 6:25 p.m.  We are off the
22  record.
23  (Off the record at 6:25 p.m.)
24  VIDEOGRAPHER:  The time right
25  now is 6:28 p.m.  We are back on the

Page 461

1   record.
2   MS. JOHNSTON:  And, Sean, as I
3   said off the record, we have no
4   questions, so we are done, and thank
5   you.
6   MR. TRACEY:  Oh, my God, we got
7   all dressed up and mic'ed up to do
8   that?
9   MS. JOHNSTON:  I thought you
10  heard me off the record.
11  MR. TRACEY:  No, no, I didn't
12  hear you.  Sorry.  Okay.  All right.
13  Thanks, guys.
14  MS. JOHNSTON:  Thank you.
15  VIDEOGRAPHER:  The time right
16  now is 6:28 p.m.  We are off the
17  record.
18  (Deposition concluded at 6:28 p.m.)
19  - - - - - - -

Page 462

CERTIFICATE

I, CARRIE A. CAMPBELL, Registered Diplomate Reporter, Certified Realtime Reporter and Certified Shorthand Reporter, do hereby certify that prior to the commencement of the examination, Mary E. D'Alton, MD, was duly sworn by me to testify to the truth, the whole truth and nothing but the truth.

I DO FURTHER CERTIFY that the foregoing is a verbatim transcript of the testimony as taken stenographically by and before me at the time, place and on the date hereinbefore set forth, to the best of my ability.

I DO FURTHER CERTIFY that I am neither a relative nor employee nor attorney nor counsel of any of the parties to this action, and that I am neither a relative nor employee of such attorney or counsel, and that I am not financially interested in the action.

_____
CARRIE A. CAMPBELL
NCRA Registered Diplomate Reporter
Certified Realtime Reporter
California Certified Shorthand
Reporter #13921
Missouri Certified Court Reporter #859
Illinois Certified Shorthand Reporter
#084-004729
Texas Certified Shorthand Reporter #9328
Kansas Certified Court Reporter #1715
New Jersey Certified Court Reporter
#30X100242600
Louisiana Certified Court Reporter
#2021012
Notary Public
Dated:  September 13, 2023

---

Page 463

INSTRUCTIONS TO WITNESS

DATE: September 13, 2023

Please read your deposition over carefully and make any necessary corrections. You should state the reason in the appropriate space on the errata sheet for any corrections that are made.

After doing so, please sign the errata sheet and date it.  You are signing same subject to the changes you have noted on the errata sheet, which will be attached to your deposition.

It is imperative that you return the original errata sheet to the deposing attorney within thirty (30) days of receipt of the deposition transcript by you.  If you fail to do so, the deposition transcript may be deemed to be accurate and may be used in court.

---

Page 464

ACKNOWLEDGMENT OF DEPONENT

I, _____, do hereby certify that I have read the foregoing pages and that the same is a correct transcription of the answers given by me to the questions therein propounded, except for the corrections or changes in form or substance, if any, noted in the attached Errata Sheet.

_____
Mary E. D'Alton, MD          DATE

Subscribed and sworn to before me this

_____ day of _____, 20 _____.

My commission expires: _____

Notary Public

---

Page 465

- - - - - - - -
ERRATA
- - - - - - - -

PAGE  LINE  CHANGE

_____  ____  _____
_____  ____  _____
_____  ____  _____
_____  ____  _____
_____  ____  _____
_____  ____  _____
_____  ____  _____
_____  ____  _____
_____  ____  _____
_____  ____  _____
_____  ____  _____
_____  ____  _____
_____  ____  _____
_____  ____  _____
_____  ____  _____
_____  ____  _____
_____  ____  _____
_____  ____  _____
_____  ____  _____

Page 466

LAWYER'S NOTES

PAGE   LINE

_____ _____ _____

_____ _____ _____

_____ _____ _____

_____ _____ _____

_____ _____ _____

_____ _____ _____

_____ _____ _____

_____ _____ _____

_____ _____ _____

_____ _____ _____

_____ _____ _____

_____ _____ _____

_____ _____ _____

_____ _____ _____

_____ _____ _____

_____ _____ _____

_____ _____ _____

_____ _____ _____

_____ _____ _____

_____ _____ _____

## WORD INDEX

**< $ >**
**$10**  119:*22*
**$10,000**
  149:*22*
  186:*14*
**$104.6**
  108:*20*
**$105,000**
  456:*10*
**$130**  108:*13*
**$15,000**
  182:*15*
**$31,000**
  108:*15*
**$5,000**
  131:*18*
  149:*21*
  182:*22*
**$5,093,238**
  213:*6*
**$600**  79:*3*
  209:*6*
**$7,500**
  182:*18*
**$90,000**
  131:*11*

**< 0 >**
**00966**  3:*4*
**06825**  3:*16*
**07960**  5:*10*
**084-004229**
  462:*19*

**< 1 >**
**1**  4:*15*
  279:*4*
  338:*13*
  401:*20*
**1.2**  401:*2*

**1.27**  82:*14*
**1.3**  409:*1*
**1.34**  82:*16*
**1.7**  401:*24*
**1.9**  409:*17*
**1:15**  206:*23*
**1:22-md-**
  **03043**  1:*6*
**1:22-md-**
  **03043-DLC**
  1:*4*
**1:24**  207:*8*
**1:28**  212:*6,*
*7*
**1:38**  212:*9*
**1:52**  446:*24*
**10**  131:*14*
  202:*15*
  437:*4*
**10:20**  89:*12,*
*14*
**10:38**  89:*16*
**100**  17:*3*
  78:7  139:*16*
**100,000**
  181:*2*
**10017**  3:*11*
5:*15*
**10019**  5:*22*
**10019-9601**
6:*8*
**102**  10:*8*
**104**  108:*20*
**108**  204:*17*
**109**  201:*10*
  202:*13, 15*
**11**  96:*14*
97:*11, 12*
  149:*18*
  442:*13, 18,*
*20, 25*  443:*2,*
*23, 24*
  444:*25*

**11:42**  157:*3,*
*5*
**11:58**  157:*7*
**112**  9:*13*
**115**  204:*23*
**1157**  108:*15*
**11758**  2:*11*
**12**  8:*5*
  96:*14*  98:*3*
  121:*22*
  378:2, *14*
**12.5**  359:*18*
**12:15**
  206:*22*
**12:41**  207:*4,*
*6*
**1200**  5:*4*
**126**  2:*11*
**128**  149:*8*
**129**  8:*20*
**12th**  1:*13*
5:4, *15*
**13**  140:*24*
  390:*13*
  462:*23*
  463:*2*
**13202**  6:*19*
**139**  203:*7*
**13921**
  462:*18*
**14**  181:*16*
  413:*22*
**15**  17:*17, 21*
  18:6  380:*20*
**150**  2:*22*
**157**  9:*16*
**16**  435:*12,*
*20*
**160**  456:*9*
**161**  172:*17*
  390:*22*
  391:*16*
  392:*2*
**162**  392:*10*

**163**  335:*6,*
*13*  350:*23*
**165**  331:*15*
  334:*23*
**168**  159:*2*
**17**  116:*1*
  126:*4*
  128:*21*
  131:*6*
  149:*17*
  180:*17, 18*
**1715**  462:*20*
**176**  79:*14*
**17th**  6:*13*
**18**  384:*12*
  436:*24*
  437:*4*
**1800**  6:*2*
**19**  235:*19*
**1901**  2:*5*
**19103**  6:*13*
**1979**  381:*20*
**1984**  116:*10*
**1989**  118:*11*
**1993**  118:*12*
**1998**  176:*2*

**< 2 >**
**2**  8:*3*
  96:*13, 24*
  324:*18*
  326:*23*
**2:47**  284:*3,*
*5*
**20**  17:*17*
  235:*19*
  277:*21*
  378:3, *14*
  413:*19, 22*
  464:*16*
**2000**  399:*25*
**20004-1275**
  5:*4*

**200-2900**
  4:*5*
**2003**  14:*9*
**2007**  345:*12*
  390:*6*
**2009**  117:*1*
**2010**  391:*15*
  404:*13*
**2011**  92:*18,*
*19*  142:*15*
**2012**  82:*5*
  308:*12*
**2013**  10:*2*
  77:*10*
  88:*11*
  382:*10*
  383:*12*
  385:*18*
  386:7  388:*4*
**2014**  386:*14*
**2015**  35:*4*
  400:*1*
  413:*13*
**2016**  77:*14*
  131:*5*
  149:*17*
  233:*17*
  234:*19*
  235:*18*
**2017**  9:*11*
  10:5  82:*1,*
*4, 10*  108:*12*
  115:*14, 23*
  210:*15*
  212:*17, 20*
  213:*6*
  214:*2*
  215:*4*
  219:*23*
  221:*9*
  240:*17*
  269:*12*
  270:*14*
  385:*17, 18*

386:7
387:2, *9*
388:*19*
**2018** 115:*20*
157:*23*
159:*17*
160:*4*
336:*20*
**2019** 9:*19*
108:*13*
235:*3*
**202** 5:*5*
**2020** 78:*4, 6*
88:*11*
107:*19*
130:*2*
142:*15*
222:2, *11, 13*
**2021** 9:*4*
22:22
37:16 78:6
139:*20*
140:*24*
209:*19*
222:20, *25*
256:*4*
274:*13*
277:22
327:*24*
335:2
351:9
444:2
447:7, *9*
**2021012**
462:22
**2022** 22:22
23:23
37:*16*
209:*20*
447:8 449:8
**2023** 1:6
9:*1* 11:6
404:*14*
405:*4, 10*

462:23
463:2
**2029** 4:*23*
**21** 92:2
383:*11*
**210** 3:5 9:9
**21052** 6:*23*
**212** 2:*12*
5:22 6:9
**213** 7:3
**215** 6:*14*
9:*1*
**218** 4:*10*
**219** 9:7
**221** 203:*21*
**23** 126:*3*
308:*12*
**235** 108:7,
*10*
**24** 108:*19*
361:*3, 5, 13*
**244** 9:*4*
**245,272**
108:*16*
**25** 401:*20*
414:*8*
**250** 5:*21*
6:*8, 18*
215:*4*
**26** 14:*13*
213:9, *24*
214:2
**27** 16:*19*
390:*25*
**28** 149:7
**284-3880**
4:*24*
**289-1313**
5:5
**29** 9:*4*
387:*10*
390:*14*
**293** 108:*9*

**29-February**
9:*19*
**2nd** 6:2
192:*15*

**< 3 >**
**3** 9:*19*
121:22
326:*23*
401:7
**3,000** 452:5
**3:04** 284:7
**30** 6:*13*
10:*4* 15:*1,*
*20, 22* 16:*9*
17:*1, 2*
100:*14*
206:*20, 21*
210:*12*
262:*11*
295:*10*
323:*14*
345:6
383:22
387:*23*
463:*15*
**300** 3:*21*
4:*4, 23*
173:7
**3043** 1:*3*
**30-second**
15:5
**30XI0024260**
**0** 462:*21*
**310** 4:*24*
**312** 2:*23*
**315** 6:*19*
**316** 205:5
**31st** 192:*14*
**32** 100:*18,*
*23* 101:8
**326** 8:*12*
**327** 9:*3*

**328** 108:7
**348** 8:9
**35** 133:*10,*
*18*
**36104** 4:*10*
**37** 141:*24*
**373** 9:*19*
**38** 10:*11*
100:*16*
**382** 10:*1*
**385** 10:*4*
**38th** 9:*18*
**390** 1:*13*
5:*15* 11:8
**392** 8:*12*

**< 4 >**
**4** 96:*14*
97:5 131:5
175:*10*
284:*14*
348:*11*
**4.0** 10:*1*
**4.6** 378:2
**4.6.1** 378:22
**4:00** 348:*12*
**4:20** 348:*14*
**40** 196:*3*
**401** 4:*15*
**403** 8:*12*
**410** 3:*4*
**4100** 2:22
**412** 10:7
**42** 197:*19*
**421** 200:22
**421-2800**
2:*12*
**425** 3:*10, 16*
**427** 8:*12*
202:*18, 24*
**436** 8:9
**439** 8:*12*
**43rd** 9:*1*
216:6

**44** 131:*3*
149:*14*
198:*15*
**440** 2:5
**447-0500**
3:5
**457-2000**
6:3
**46** 201:*4*
**465** 149:*3*
**468-8000**
6:9
**4717** 4:*4*
**4740** 3:*21*
**474-2911**
6:*19*
**475** 3:*17*
**495-2333**
2:6

**< 5 >**
**5** 192:*14*
349:*20*
351:*21*
387:*10*
401:*20*
**5.0** 10:*4*
**5.3.1** 380:*18*
**5.3.4** 390:*16*
**5:23** 412:*4,*
*5*
**5:40** 412:7
**50** 361:*4, 5,*
*24*
**500** 5:9 6:2
**509** 99:*11*
**50s** 369:22
**512** 6:*3*
**520-6639**
4:*16*
**542-8000**
7:3
**55** 198:*16*
**555** 5:*4* 7:2

**55th** 5:*21*
6:*8* 7:*2*
**56** 198:*16*
206:*6, 7*
**56th** 2:*11*
**57** 159:*18*
**584** 413:*7*

**< 6 >**
**6** 176:*7*
383:*11*
**6:25** 460:*21,*
*23*
**6:28** 460:*25*
461:*16, 18*
**60** 400:*11*
**600** 6:*18*
456:*9*
**6011** 9:*1*
**605** 413:*24*
**60606** 2:*23*
**60-page**
205:*11*
305:*18*
**64112** 3:*22*
4:*4*
**646** 3:*11*
5:*16*
**65** 131:*2*
149:*8, 13, 25*
**66** 9:*12*
**67** 5:*9*
**6th** 2:*11*

**< 7 >**
**7** 192:*14*
378:*16*
**70** 14:*19, 21*
17:*6* 413:*2,*
*4* 454:*20*
**700** 100:*13*
**701-1100**
3:*22*

**713** 2:*6*
**72** 108:*8*
**74** 413:*4, 5*
**741-5220**
2:*23*
**746-2000**
5:*16*
**75** 82:*7*
**77002** 2:*6*
**775-6101**
5:*10*
**78** 131:*9*
150:*11*
**78701** 6:*3*
**7-Eleven**
5:*23*

**< 8 >**
**8** 1:*6* 11:*5*
**8,000** 82:*8*
85:*21*
**8.1** 393:*14,*
*17* 406:*2*
**8:53** 1:*14*
11:*6*
**8:57** 15:*9,*
*11*
**80** 14:*20*
17:*6* 108:*11*
**800** 4:*11*
**80s** 139:*12*
**815** 216:*12*
217:*20*
**816** 3:*22*
4:*5*
**818** 6:*24*
**836-8000**
5:*22*
**837-5151**
3:*11*
**84** 94:*15*
**85** 395:*8*
**859** 462:*18*
**87** 401:*24*

**877.370.DEP**
**S** 1:*23*
**89** 8:*17*
**898-2034**
4:*11*

**< 9 >**
**9** 10:*1*
**9/5/23**
446:*24*
**9:09** 15:*13*
**9:16** 21:*25*
22:*2*
**9:18** 22:*4*
**90** 131:*12*
**90067-2904**
4:*23*
**90071** 7:*3*
**903** 8:*9*
348:*16, 21*
349:*3*
**906** 8:*9*
436:*10, 14*
**908** 8:*12*
427:*11, 14*
**909** 8:*12*
439:*20, 23*
**91367** 6:*24*
**915A** 8:*12*
392:*3, 6, 25*
393:*1*
**915B** 8:*12*
403:*14, 18*
**916** 4:*16*
**918** 8:*12*
326:*24*
327:*3*
336:*12*
**921** 8:*17*
89:*18, 23*
90:*8, 9*
**921A** 8:*20*
129:*17, 21*

**930A** 9:*1*
215:*24, 25*
**9328** 462:*20*
**936** 328:*15*
334:*15*
335:*16, 22,*
*24* 336:*3*
**936B** 9:*3*
327:*18, 19*
328:*13, 14,*
*17, 19*
**937** 9:*4*
244:*25*
245:*4*
284:*11*
**938** 229:*4*
**938A** 9:*7*
219:*18, 22*
**938B** 9:*9*
210:*7, 12*
212:*12*
**95864-7273**
4:*15*
**962** 9:*12*
66:*11, 14*
69:*14*
**967** 9:*13*
112:*6, 10*
**968** 9:*16*
157:*16, 20*
159:*3, 7*
**968A** 158:*3*
**973** 5:*10*
**979-1000**
6:*14*
**986** 9:*19*
373:*19*
374:*1*
375:*20*
**987** 10:*1*
382:*6, 9, 22,*
*23* 383:*3*

**988** 10:*4*
382:*24*
385:*11, 16*
**989** 10:*7*
411:*18*
412:*9, 14*
**99** 19:*15*
**997** 10:*8*
102:*12, 16*
**999-2232**
6:*24*
**999-4177**
3:*17*
**999C** 10:*11*
38:*6, 10*

**< A >**
**a.m** 1:*14*
11:*6* 15:*9,*
*11, 13* 21:*25*
22:*2, 4*
89:*12, 14, 16*
157:*3, 5, 7*
192:*14*
**Abbott**
184:*16*
**ability**
115:*6*
297:*18*
374:*6* 462:*8*
**able** 14:*13*
101:*16*
115:*6*
201:*22*
211:*19*
241:*22*
297:*19*
307:*15*
309:*14*
377:*14*
401:*14*
**abnormal**
402:*8* 410:*1*

Confidential - Subject to Protective Order

**abreast**
104:*9*, *17*
105:*1*
373:*13*
**absolutely**
63:*19*
154:*5*
156:*6*
173:*21*
229:*14*
249:*7*
272:*7*
307:*7*, *11*
309:*9*, *10*
320:*10*
444:*11*, *16*
**abstract**
70:*21*
108:*7*
112:*25*
**absurd**
154:*5*
304:*14*
**abundant**
71:*4*  86:*19*
87:*22*
**academic**
108:*21*
128:*3*
**Academy**
58:*24*
59:*14*, *15*, *17*
188:*11*
**accept**
51:*13*
55:*17*, *25*
56:*3*  76:*11*,
*15*
**acceptance**
129:*10*
**accepted**
115:*23*, *24*
128:*15*
237:*4*

**accepting**
77:*4*  152:*17*
**access**
158:*6*
192:*19*, *21*
194:*5*  217:*4*
**accidental**
359:*7*
360:*6*, *7*
**accommodati
ng**  12:*10*
**account**
252:*14*
**accounted**
131:*8*
**accumulated**
79:*12*
**accuracy**
424:*12*
**accurate**
14:*18*
265:*25*
463:*18*
**accurately**
53:*23*
67:*11*
115:*7*
190:*14*, *19*
438:*11*
**ACETAMIN
OPHEN**
1:*3*  8:*9*, *12*
9:*6*, *7*
11:*10*
19:*21*  20:*8*
21:*1*  22:*11*,
*19*  23:*1*, *3*,
*17*  24:*20*
26:*2*  27:*7*,
*20*  28:*1*, *19*
29:*17*  33:*8*
34:*5*, *19*
35:*10*  36:*4*
37:*4*  40:*2*

46:*14*  47:*4*
51:*9*  53:*18*
55:*13*
208:*11*, *18*,
*22*  221:*13*,
*23*  223:*2*, *9*
230:*24*, *25*
232:*6*
233:*1*, *15*, *19*
234:*5*, *7*, *10*,
*12*  235:*5*, *22*
246:*21*, *22*
247:*5*
248:*15*, *23*
249:*15*
258:*22*
259:*6*, *13*
270:*18*
274:*5*, *9*, *18*
276:*20*
277:*12*, *15*
278:*2*, *3*
281:*21*
285:*16*
286:*15*
289:*1*
317:*4*
350:*5*, *14*, *16*
351:*15*
355:*2*, *6*
357:*9*
359:*1*, *12*
361:*22*
362:*10*
366:*12*
380:*9*
382:*10*
385:*8*, *21*
386:*15*, *20*
391:*7*, *25*
393:*21*
394:*2*, *10*, *12*,
*16*  395:*5*, *7*
396:*1*

400:*8*, *17*
401:*1*, *7*, *20*
403:*4*, *9*
404:*9*, *11*
408:*18*, *23*,
*25*  409:*20*
411:*12*, *14*
414:*13*, *14*,
*20*  415:*11*,
*13*, *19*
416:*10*
417:*2*, *5*, *20*
418:*8*, *17*, *22*
419:*22*, *23*
420:*5*
422:*5*
428:*16*
429:*19*
436:*4*
442:*2*, *6*, *8*
443:*7*, *9*, *13*
447:*24*
**acetaminoph
en/neurodeve
lopmental**
215:*13*
ache  289:*14*
**aches**
286:*25*
289:*23*
**acknowledge**
113:*5*
**acknowledge
d**  123:*25*
128:*14*
**acknowledge
ment**  113:*23*
**ACKNOWL
EDGMENT**
10:*18*  464:*1*
**ACOG**  9:*3*
54:*11*
55:*11*
88:*18*

90:*19*
91:*19*  92:*1*,
*19*, *23*  94:*6*,
*12*, *13*  98:*10*,
*18*, *19*  99:*3*
106:*14*, *18*,
*22*  107:*5*
111:*4*, *9*
112:*1*
120:*25*
126:*4*
128:*20*
130:*8*
131:*5*
137:*11*
138:*12*
139:*21*
140:*2*, *3*, *12*
141:*4*, *5*
142:*4*, *19*
143:*3*, *4*, *15*,
*23*  144:*19*
145:*5*, *13*, *14*
146:*2*, *14*, *17*,
*21*  147:*13*,
*15*, *21*
149:*17*
170:*10*
210:*2*
261:*10*
262:*4*, *8*, *11*
263:*2*
327:*9*, *11*
329:*8*
331:*9*
333:*2*
334:*2*
336:*14*, *17*
350:*3*, *12*
356:*4*
364:*12*, *25*
365:*6*
434:*17*, *18*,
*25*  435:*5*, *19*

Confidential - Subject to Protective Order

451:*14*
453:*23*
456:*17*
457:2
**Act** 119:*21*
284:*19, 20,*
*24, 25*
**action**
100:*10*
322:2, *16, 18*
462:*11, 12*
**actions**
117:*4* 285:*1*
**Active** 9:*21*
106:*14*
140:*5, 6, 7*
199:*2, 23*
376:*15, 16,*
*20*
**actively**
372:*19*
**activities**
199:*3, 24*
**activity**
385:*19, 25*
386:*1*
**actual**
184:*9*
191:*9*
281:*10*
362:*3*
382:*16*
413:*19*
422:*19*
**acute** 316:*2*
**AD** 265:*15*
**Adam**
112:*10*
**add** 73:*7*
**adding**
109:*16*
271:*16*
**addition**
185:*10*

210:*21*
417:*5*
**additional**
281:*18*
337:*14*
**additionally**
77:*15*
**address**
47:*3* 217:*7*
234:*15*
266:*5* 269:*8*
**addressed**
35:*1*
119:*20*
145:*18*
277:*23*
281:*2*
314:*15, 17*
**addressing**
337:*15*
**adequate**
383:*13*
387:*12*
414:*25*
418:*15, 20,*
*24*
**ADHD** 9:*7*
23:22 25:*1,*
*17* 26:*3*
27:7, 20
28:2, *18*
29:7, *16, 17*
33:9 34:*5,*
*19* 35:*10, 23*
36:*3, 4*
37:*5* 51:*12*
52:23 62:*3*
221:*23*
231:*1*
233:2, *8*
246:*23*
247:*5*
248:*16, 24*
258:*3*

265:*11, 13,*
*16* 266:*14,*
*15* 268:2, *21*
270:*19*
274:*1, 18*
276:*21*
277:*14*
278:2
281:*1, 3, 5*
292:*14*
308:*14*
316:*19*
317:*4*
350:6, *17*
351:*1, 16*
352:*10*
355:6
357:*10*
366:*12*
370:*15*
385:*8*
386:*14*
418:*21*
432:6
**adhered**
16:*4*
**adherence**
134:*21*
**adjacent**
192:*13*
**adjust**
265:7 275:7
**adjustment**
277:*3*
**admin**
411:*14*
**administered**
394:*18*
**adopted**
142:*4*
**adult** 8:*9*
93:*11*

**advanced**
311:*23*
**adverse**
221:*14*
363:*21*
408:*22*
409:*21*
437:*12*
438:*15*
**adversely**
59:*1*
383:*17, 25*
384:*21*
388:*1*
**advertised**
169:*3*
**advertisemen**
**t** 176:*6*
196:*5, 12*
**advice** 38:*1*
230:*17*
322:8 323:*3*
**advise**
290:*15, 24*
291:6
322:*21*
410:*4*
**advised**
322:*3*
345:*23*
347:*10*
410:*15*
**advocacy**
188:*10*
**advocate**
250:9 340:*8*
**advocates**
298:9
**aevans@ksla**
**w.com** 6:*2*
**affect** 59:*1*
259:*10*
383:*17, 25*

384:*22*
388:2
**affirmed**
132:*20*
**affirms**
133:2
**afield** 356:*9*
**afternoon**
358:9
424:*12*
**age** 11:*20*
**agencies**
226:6
**agent**
359:*15*
**ago** 39:22
101:*18*
115:*14*
116:24
139:*18*
280:*14*
283:*17*
317:9
416:6
418:*25*
431:*12*
445:2
446:*25*
**agree** 41:*10,*
*16* 56:*4*
61:*18*
95:*15*
113:*8*
142:*6, 25*
167:*20*
200:*13*
205:*12*
254:22
257:*3*
264:*1, 2*
275:*23, 25*
285:8, *13, 21,*
*25* 309:*12*
311:*15*

323:*5*
339:*1*
340:*11, 15*
384:*4, 17, 20*
419:*13*
420:*23*
430:*11, 17*
**agreed**
220:*16*
448:*20, 22*
**agreeing**
435:*18*
**agreement**
391:*10, 14*
**Ah** 125:*12*
366:*12*
**ahead**
211:*21*
307:*10*
454:*10*
**Aid** 6:*20*
**aim** 281:*13*
**al** 8:*20, 24*
9:*7* 10:*11*
443:*12*
**Alabama**
4:*10*
**Alemany**
222:*20*
235:*25*
236:*6*
442:*11, 19*
443:*12, 17*
445:*3, 5*
447:*8*
**alive** 67:*14*
**allegation**
81:*15*
**allegations**
81:*22*
**ALLEN** 4:*8*
**Alliance**
5:*18*

**allow** 40:*20*
73:*20*
230:*23*
272:*13*
304:*9* 317:*2*
**allowed**
111:*8*
153:*20*
193:*14, 17*
459:*6*
**allude** 392:*2*
**alluded**
221:*20*
386:*18*
**alluding**
338:*4*
**alternative**
46:*14*
420:*11, 17*
422:*4*
**alternatives**
47:*3*
**Alton** 11:*12*
12:*3* 31:*25*
36:*6* 42:*20*
45:*5* 50:*2,
15* 66:*15, 16*
73:*3* 74:*10,
25* 75:*20*
76:*5* 85:*18*
90:*12*
102:*9, 23*
105:*12*
110:*12*
126:*18*
138:*8*
146:*6*
151:*3*
154:*16*
157:*10, 21*
180:*13*
207:*11*
232:*16*
235:*11*

241:*4*
252:*2*
253:*14*
264:*4, 14*
268:*12, 24*
272:*9, 16, 20*
275:*12, 15*
276:*6, 10, 16*
279:*17*
282:*14*
283:*11*
284:*13*
286:*14*
294:*25*
295:*1, 4, 24*
304:*6, 10, 16*
305:*3, 6*
306:*6*
327:*3*
330:*7*
331:*8*
348:*19*
349:*8*
370:*20*
371:*3*
375:*2*
378:*12*
390:*4*
404:*22*
423:*20*
424:*18*
425:*2*
448:*1*
449:*20*
457:*24*
**Alton's**
69:*15* 242:*5*
**Alydia**
77:*19* 85:*16*
**AMAG**
181:*3, 22*
182:*1*
184:*17*

186:*1*
198:*6* 200:*6*
**AMANDA**
2:*18*
**amanda.hunt**
**@kellerpost**
**man.com**
2:*19*
**amazing**
123:*21*
**America**
287:*18, 24*
288:*3*
369:*16*
**American**
8:*17, 19, 23*
88:*21*
89:*24*
92:*12*
113:*2, 21*
125:*17*
126:*1*
129:*24*
130:*2*
175:*1*
337:*13*
**amount**
73:*19*
108:*14*
131:*13*
286:*12*
372:*9*
**analgesic**
313:*8*
437:*8, 21*
**analyses**
83:*15*
375:*10*
**analysis**
22:*18*
27:*14, 15*
31:*17*
235:*17*
250:*11*

251:*5*
254:*6, 19*
265:*21*
281:*16*
301:*25*
316:*25*
319:*20*
357:*16*
358:*25*
365:*1*
366:*5*
370:*16*
434:*2, 9*
**analytical**
260:*2*
281:*12*
**analyze**
433:*19*
**analyzing**
332:*3*
**Anatole**
9:*19* 160:*15*
**and/or**
322:*6*
350:*17*
**Andrea**
57:*10*
**anesthesia**
48:*20*
**aneuploidy**
126:*11, 14*
**Angeles**
4:*23* 7:*3*
**animal**
332:*10*
366:*23, 25*
367:*1, 9, 14,
20* 368:*3, 9*
369:*3, 6, 11*
372:*2, 3*
380:*23*
394:*14*
395:*3*
396:*5, 8*

397:*20*
398:*3*
399:*8*
402:*17, 18*
410:*4*
414:*23*
416:*10, 22*
417:*6*
418:*9, 10*
**animals**
351:*4*
401:*6*
402:*5* 415:*2*
**Annual** 9:*1, 11, 18*
157:*11, 23*
159:*16*
168:*2, 5*
173:*13*
174:*18*
180:*9*
200:*5*
205:*23*
210:*14*
212:*15*
213:*10*
214:*19*
216:*6*
219:*13*
**anonymous**
182:*23*
**answer**
20:*13, 22*
27:*4* 33:*2*
36:*18* 40:*1*
46:*5* 50:*18, 25* 53:*23*
74:*15, 24*
85:*4* 90:*24*
101:*17*
102:*2*
121:*25*
124:*19*
130:*19*

141:*14*
152:*3*
153:*10, 17*
154:*8*
190:*14*
193:*24*
221:*3*
224:*25*
225:*6*
231:*10*
268:*10, 13*
272:*4, 14, 21*
273:*1, 12*
274:*21*
275:*17*
276:*10*
283:*3, 12*
295:*5, 20*
296:*5*
302:*23*
304:*7, 11, 18*
305:*21*
309:*15*
316:*15*
319:*2, 24*
321:*11*
341:*11*
354:*23*
356:*1, 15*
357:*1*
368:*4*
398:*10, 15*
421:*9*
425:*3*
455:*11*
**answered**
74:*18*
76:*14*
179:*6*
239:*15*
244:*14*
248:*18*
252:*18*
254:*9*

267:*20*
275:*4*
276:*24*
282:*22*
288:*20*
296:*13*
302:*11*
318:*9, 15*
319:*9*
326:*6*
358:*7*
403:*6*
446:*3*
455:*12*
**answering**
121:*24*
154:*10*
190:*18*
267:*8*
268:*15, 16*
271:*14*
273:*4*
276:*7*
303:*16*
444:*9, 12, 17, 18, 20, 23, 24*
**answers**
40:*7*
295:*14*
305:*4, 7, 24*
464:*5*
**antagonistic**
254:*3, 12*
**antipyretic**
437:*9, 22*
**anxiety**
292:*15*
297:*7*
**anxious**
296:*23*
**anybody**
16:*13*
194:*13*
206:*8*

219:*12*
255:*16*
270:*3*
358:*2*
374:*3, 23*
399:*19*
453:*15*
459:*24*
**anymore**
106:*9*
397:*10, 11*
417:*13, 16*
418:*6* 431:*9*
**anyone's**
156:*16*
**Anyway**
217:*19*
**APAP**
429:*19*

**apologize**
18:*3* 51:*19*
78:*20*
94:*25*
103:*25*
132:*23*
188:*3*
190:*16*
198:*23*
204:*14*
273:*12*
321:*18, 24*
330:*14*
347:*3*
378:*10*
406:*12*
438:*4* 455:*4*
**apparently**
216:*13*
**appeal**
54:*18* 55:*1*
**appear**
376:*12*
454:*21*
**APPEARAN CES** 8:*3*
**applicable**
135:*24*
149:*11*
356:*3*
**application**
122:*7, 15*
391:*12*
**apply** 98:*12*
381:*11*
**appointed**
59:*17*
**appointment**
61:*4* 63:*6, 9, 18*
**appreciate**
12:*9* 304:*3*
328:*7*
351:*19*

Confidential - Subject to Protective Order

**appreciation**
198:*18*
**approach**
145:*3*
**appropriate**
16:*4*  25:*4*
100:*4*
115:*7*
226:*24*
266:*10, 19*
269:*24*
274:*2*
277:*2*
296:*17*
307:*16*
310:22
339:*18*
379:*6*  463:*6*
**appropriatel
y**  398:*11*
**approved**
237:*2*
238:*24*
369:*21*
**approximatel
y**  15:*1*
17:*2*
295:*10*
408:*25*
409:*17*
**approximatel
y.43**  401:*24*
**area**  59:*20*
64:*17*
401:*3, 9*
402:*1*
407:*12*
**areas**  18:*21*
192:*20*
323:*24*
352:*19*
401:*4*
**argue**  304:*2*
441:*25*

**argument**
336:*9*
**arms**  45:*14*
**arm's**
226:*10*
**ARNOLD**
5:*20*

**arrangement**
147:*20*
**arrangement
s**  147:*21, 25*
340:*22*
**arrived**
112:*3*
252:*23*
**arrives**
82:*10*
**arthritis**
323:*21*
**article**  80:*3*
89:22  90:*3*
96:*24*  97:*2*
101:*16*
102:*17*
103:*8*
107:*8*
115:*12*
116:*14, 18*
122:*12*
125:*8*
129:*21*
140:*24*
141:*18*
142:*11, 15*
143:*2*
224:*21*
260:*21*
263:*1*
270:*21*
341:*23*
401:*14*
405:*6*

**articles**
96:*13*
103:*12*
121:*15*
122:*4*
123:*9*
266:*2*
282:*9*
352:*11*
354:*11*
445:*21*
449:*3, 9*
**articulate**
349:*14*
355:*24*
356:*14, 25*
**articulated**
351:*23*
358:*1*
366:*16*
**articulating**
357:*7*
**ASD**  23:22
25:*2, 17*
27:*7, 20*
28:*2, 19*
29:*7, 17*
33:*9*  34:*5,
19*  35:*11, 23*
36:*4*  37:*5*
51:*12*
52:*23*
221:*23*
231:*1*
233:*2, 8, 15,
19, 21*  234:*1*
235:*5, 9, 14,
23*  236:*1*
248:*16, 24*
258:*2*
266:*14, 15,
18*  268:*2, 21*
273:*25*
274:*18*

276:*21*
281:*1, 4, 5*
292:*14*
316:*19*
317:*5*
350:*6, 17*
351:*1, 16*
352:*9*
355:*6*
357:*10*
366:*12*
370:*15*
385:*8*
386:*20, 22,
24*  418:*21*
**ASD/ADHD**
11:*10*
**ASD-ADHD**
1:*3*
**ASH**  6:*12*
**ASHLEY**
2:*16, 17*
**ashley.barrie
re@kellerpos
tman.com**
2:*18*
**ashley.keller
@kellerpost
man.com**
2:*17*
**aside**
275:*10*
327:*14*
**asked**  15:*24*
16:*2, 16, 19*
17:*12, 13, 18,
22*  20:*16*
22:*16, 20*
23:*24*  24:*1*
25:*12, 16*
26:*5, 6*
28:*5, 6, 7*
30:*4, 6*
33:*13*

37:*11, 14*
39:*8, 22*
44:*15*  50:*8,
11, 20*  66:*2*
74:*18*  75:*4*
76:*14*
145:*12*
153:*9*
154:*7*
179:*6*
208:*22*
209:*1, 13*
226:*22*
227:*5, 6*
239:*15*
244:*14*
248:*18*
251:*20*
252:*18*
254:*9*
267:*20*
271:*10, 11,
18*  273:*5, 6*
275:*4*
276:*24*
282:*22*
283:*16*
288:*20*
294:*23*
296:*13*
302:*10*
303:*4, 13*
304:*18*
318:*15*
321:*23*
326:*6*
333:*21*
341:*4*
343:*1*
357:*1*
358:*7*
366:*2*
369:*2, 4*
384:*16*

Confidential - Subject to Protective Order

398:*19*
403:*6*
421:*25*
443:*23*
444:*5, 6*
445:*2*
446:*3*
451:*23*
452:*19, 25*
453:*1, 2, 15,*
*23* 455:*4*
**asking** 27:*5*
78:*21*
141:*3*
153:*18*
263:*11*
264:*3, 17*
272:*14*
279:*25*
280:*1*
290:*3*
304:*12*
305:*16, 23*
335:*1*
341:*11*
347:*3*
370:*21*
375:*1*
384:*19*
423:*4*
435:*2*
450:*22*
460:*14*
**asks** 25:*7*
28:*10, 16*
**aspect** 51:*1*
**aspiring**
161:*4*
**assess** 23:*7*
137:*20*
401:*15*
418:*21*
**assessed**
86:*14*

**assessment**
252:*9*
254:*22*
429:*22*
430:*13*
**assessments**
83:*17*
86:*24* 88:*2*
**assign** 40:*11*
**assigned**
19:*8*
**assigning**
260:*23*
266:*8*
**associated**
54:*7, 9*
83:*22*
233:*21, 25*
234:*11*
248:*15*
268:*20*
270:*19*
274:*7*
278:*2*
359:*14*
361:*10*
379:*14*
386:*22*
419:*24*
432:*5*
**associating**
139:*5*
**association**
29:*3* 41:*20*
44:*10* 53:*7*
54:*8*
106:*17*
108:*22*
130:*3*
139:*11*
221:*22*
233:*8, 14, 18*
235:*2, 3, 20,*
*23* 248:*23*

260:*4*
274:*16*
292:*13*
350:*17*
386:*19*
**associations**
10:*10*
33:*16* 42:*1*
52:*15*
102:*20*
103:*14*
104:*12*
105:*14, 17*
106:*4*
109:*11, 13,*
*20* 110:*10*
111:*2*
419:*25*
**assume**
240:*23*
257:*3*
258:*2*
310:*16*
**assumed**
81:*8*
**assuming**
447:*3*
**assure** 32:*9*
55:*10*
**atmosphere**
166:*22*
**attached**
10:*15*
144:*11*
463:*11*
464:*7*
**attempted**
366:*18*
**attempting**
153:*10*
356:*15*
**attend**
196:*25*
216:*9*

**attended**
305:*19*
**attendees**
171:*19*
196:*25*
199:*5*
**attendings**
171:*25*
**attention**
123:*3*
125:*4*
169:*12*
**attention-**
**deficit**
443:*15*
**attorney**
17:*19*
218:*18*
462:*10, 11*
463:*15*
**attorneys**
16:*16, 22*
17:*23*
134:*23*
218:*16*
219:*4*
370:*23*
375:*3*
**attract**
173:*17*
**attributable**
274:*25*
**attribute**
277:*17*
**attributed**
269:*2*
273:*18*
276:*21*
**Audio** 87:*9*
400:*23*
**AUSTIN**
6:*1, 3*
**author**
69:*20*

70:*20*
71:*12*
80:*22* 91:*8*
96:*5*
119:*18*
142:*12*
152:*8*
256:*3*
257:*5*
261:*14*
277:*21*
434:*13*
454:*14, 16*
**authored**
126:*5* 241:*7*

**authoritative**
427:*7*
430:*10*
432:*1*
**authority**
54:*18* 55:*1*
**authors**
83:*14*
90:*17, 18*
91:*11* 93:*5*
97:*13* 98:*4*
113:*1*
131:*7*
132:*3*
140:*25*
146:*20*
220:*20, 22,*
*25* 229:*5*
236:*16, 20*
237:*10*
238:*12, 13,*
*19* 239:*25*
240:*9*
241:*1, 6*
242:*13, 22*
243:*2*
244:*12*
246:*24*

Confidential - Subject to Protective Order

247:*3*
263:*11*
274:*11*
277:*16*
333:*11*
334:7
433:*25*
434:2  444:*6*
**author's**
121:*4*
**autism**  40:*3*
42:*12*  62:*3*
137:*8, 21*
247:*5*
308:*14*
320:*16*
321:*1, 4*
324:*12, 18,*
*21*  326:*4*
443:*14*
**autistic**
320:7  325:*3*
**autonomy**
72:*11*
76:*19*
338:*25*
340:*5*
**available**
23:*20*
93:*11*
136:*5*
146:*18*
149:*14*
171:*17, 23*
172:*1*
192:*21*
193:*13*
195:*15*
359:*1*
381:*1*
389:*21*
400:*11, 18*
447:*6*  452:*2*

**Avenue**
1:*13*  3:*10,*
*21*  4:*4, 15*
5:*15*  11:8
**avoid**
134:*15*
289:*19*
322:*3*
**avoiding**
322:6
339:*21*
340:*16*
**aware**
36:*21, 23*
37:*3, 10, 25*
38:2  59:*19*
60:*13*  68:5
72:4  84:*6,*
*19*  100:*1*
104:*24*
109:*17, 23,*
*25*  110:2
124:*13*
142:*18*
143:*23*
147:*19, 24*
148:*10*
151:*13*
152:*3*
163:*21, 25*
168:*16, 21*
169:*22*
170:2, 7
187:*12*
189:*18*
235:*15*
255:*21*
257:*17, 25*
286:*1*
288:7
368:8, *23*
369:*22*
411:*3, 11*

439:*14*
452:*12*

**< B >**
**babies**  420:*6*
**baby**  16:*1*
26:*10*
137:*25*
138:*1*
293:*25*
294:*3*
297:*10*
326:*3, 8, 9*
**baby's**
137:*20*
312:*15*
**Baccarelli**
57:*11, 15*
58:*15, 23*
60:*15*
61:22
62:*12, 18*
63:*3, 14*
64:*17*
278:*4, 15*
309:*3*
310:*4*  427:*6*
**Baccarelli's**
58:2  63:7
64:2
279:*15*
309:*19, 23*
431:*25*
**back**  15:*13*
22:4  51:22
52:2  80:2
89:*16*
128:*11, 13,*
*19*  157:7
206:22
207:8
212:9
227:*21*
276:5

279:9
280:*17*
283:*23*
284:7, *10*
317:8
325:*25*
334:*13*
336:*12*
348:8, *14*
351:*10*
363:*12*
412:7
443:*1*
460:*16, 25*
**background**
138:*25*
297:*4*
357:*22*
**bad**  45:*11*
328:*16*
**Badge**
192:*20*
194:*4, 18*
**bag**  298:*12,*
*21*
**Baker**
222:*13*
223:*1, 8*
**balance**
379:*25*
**ballpark**
17:*25*  18:*6*
180:8
**ballroom**
192:*13*
**bar**  424:*15*
**BARLOW**
4:*14*
**Barnes**  1:*12*
4:*16*  5:*1, 8,*
*11*
**BARRIERE**
2:*17*

**base**  360:*25*
364:*14*
366:*24*
**based**  46:9
93:*20*  95:7
99:*15*
100:*15, 17,*
*19, 23*  101:*9*
136:*14*
137:*21*
141:22
142:*1*
231:*19*
232:*11*
252:8, *9*
258:*3*
259:*25*
266:*3, 4, 8*
345:*25*
347:*11, 16*
369:*13*
396:8
401:*3, 8, 25*
403:*3, 8*
410:*4, 17*
416:*9, 22*
417:22
426:*3*
437:*10, 14*
438:*13, 16,*
*20*  439:*12*
**basic**
372:*11, 18*
**basing**
400:22
**basis**  59:*18*
113:*12, 14*
119:8
134:22
250:*15*
344:*13*
376:9
**Bates**  413:*7,*
*23*

Confidential - Subject to Protective Order

Bauer
30:25  92:2
140:23, 24
256:4, 15, 16
329:13
330:23
331:1
335:2
350:22
351:9
353:5
435:2, 15
442:14, 21
443:2, 25
444:2
447:7
449:24
450:1
454:13
bear  76:22
BEASLEY
4:8
becoming
161:9
291:11
296:23
beer  166:13
began
369:16
beginning
17:11
150:10
398:8
408:16
414:5
begun  61:25
behalf
11:23
16:11, 13
44:2
242:18
374:13
behavior
121:7

behavioral
259:13
belief
362:14
believe
14:18
16:15
34:17  39:3
50:19
52:16  53:6
76:3  77:13
78:5  84:7,
12  105:2
112:22
115:25
122:24
124:18
130:5
137:8
142:14
144:15
152:23
157:13
160:11
179:7
218:6
231:20
234:21
235:8
245:21
247:12
256:18
260:20
264:16
271:18
272:24
279:7
309:10
313:2
316:18
321:15
322:1
334:2
362:8

369:21
386:7
400:1
415:10
436:5  447:1
believed
257:8
374:18
believes
34:17
belong
88:14, 18
184:10
benefactors
185:25
beneficence
338:17
benefit
25:12  32:9,
10  124:1
130:16
227:3
285:6
291:12
351:4
388:23
389:6
benefits
31:18  49:2,
8  122:5, 21
123:3
250:20
best  37:14
77:8  99:3
100:10
116:9
139:13
229:20
273:1
314:15, 16
318:1
329:3
340:4
361:16

398:6
415:22
436:9
447:8  462:8
Beth  182:24
better
21:17
35:24
127:14
152:2
154:2
274:14
277:20
309:15
335:13
405:20
431:22, 23
beverage
131:14
beyond
297:18
bias  70:16
83:16, 17, 19,
21  84:1, 8,
23  85:13, 21
93:24
95:10, 25
96:6  98:4
142:2
150:17
151:6, 21
178:15
179:4, 9
265:6
266:9
281:13
352:13, 14
364:18
biases
56:13, 18, 20
82:22  96:3,
4  152:15
bias-limiting
142:3

Big  7:4
173:25
174:3
285:12
330:2
bigger
216:21
422:18
bill  455:18
456:4, 6
billed  79:6,
8
bio  64:4
biomarkers
223:2, 7
Biotech
216:13
Birth  222:2
234:16
259:10
402:9  410:2
bit  15:4
18:7  21:6
27:5  58:21
202:21
330:9
373:4
385:1
390:15
440:6
bite  154:18
155:12
156:1
268:24
black
440:13
Blair  63:10,
13
B-l-a-i-r
63:13
blame
276:13
blanket
56:2  130:19

bleeding
380:*3*
blind 213:*22*
**Bloc** 243:*17,
23*
**blood** 223:*7,
8* 234:*6, 10*
**BMJ** 107:*9,
19*
**board**
131:*6*
149:*17*
175:*19, 21*
192:*25*
237:*2*
238:*25*
240:*11, 17*
342:*1*
**bodies**
28:*20*
350:*4, 13*
366:*9*
**Body** 9:*13*
41:*18*
52:*18*
69:*20* 80:*4*
81:*6*
132:*20*
133:*1*
137:*18*
318:*19*
350:*20*
358:*25*
401:*3, 8*
402:*1, 2*
**bolster**
358:*13*
**bond** 325:*22*
**bone** 82:*3*
395:*10*
396:*11*
409:*3*
**BONESTEE
L** 7:*1*

**book** 345:*7,
20* 373:*10*
390:*6*
426:*8, 22*
428:*4*
431:*19, 24*
434:*15*
435:*25*
**booklet**
171:*25*
**books** 345:*5*
431:*9, 10, 13,
14*
**Bookshelf**
442:*3*
**booth**
172:*16, 17*
173:*7*
200:*22*
201:*10*
202:*13, 15,
18, 24* 203:*7,
21* 204:*8, 17,
23* 205:*5*
216:*12*
217:*20*
**booths**
164:*9, 12*
204:*11*
205:*23*
**Boots** 5:*17*
**Boston**
222:*2*
234:*16*
**bottle**
298:*13, 22*
301:*12*
359:*24*
363:*6*
**bottom**
92:*17*
107:*18*
141:*17*
176:*13*

196:*6*
404:*15*
440:*1, 21*
**bought**
182:*4, 5, 10*
345:*5*
**box** 200:*14*
201:*5*
362:*24*
440:*13*
**boxed**
200:*6, 7*
202:*22*
203:*11, 18*
**boxes**
213:*20*
**Bradford**
357:*16*
363:*20*
**brain**
281:*21*
**break** 15:*5*
65:*19*
80:*13* 89:*4,
6* 148:*21*
154:*23, 24*
156:*19*
205:*14*
206:*15*
278:*12*
283:*17, 23*
344:*24*
348:*7*
373:*8*
406:*6*
460:*15*
**breaking**
21:*6*

**breastfeeding**
383:*14*
387:*13*
414:*16*

**breeding**
401:*19*
409:*23*
**BRENNAN**
5:*8*
**brief** 216:*6*
373:*16*
**Briggs** 8:*12*
426:*23*
427:*3, 8, 15*
428:*3*
430:*2*
432:*10, 17,
19* 434:*11*
438:*25*
439:*5*
447:*20*
448:*16, 23,
25* 449:*7*
450:*2*
**bring** 38:*9*
66:*14*
157:*19*
215:*24*
327:*2*
385:*16*
403:*18*
**bringing**
412:*20*
**British**
107:*10, 21*
**broad**
32:*23*
118:*6*
257:*24*
**broader**
384:*20*
**brochure**
157:*22*
159:*15*
171:*16*
414:*12*
**brochures**
165:*17, 24*

**brought**
220:*2*
326:*9*
427:*20*
**BROWN**
7:*1*
**bull** 262:*9*
**bulletin**
111:*7, 9*
131:*5*
141:*25*
147:*1*
149:*16*
150:*3, 23*
174:*9*
**Bulletins**
8:*20* 90:*1,
20* 94:*16*
95:*21* 96:*2*
98:*11*
99:*15*
101:*9*
141:*21*
142:*5*
143:*7*
146:*21*
149:*18*
261:*11*
262:*9, 12*
338:*4, 9*
**bunch** 184:*1*
**bureaucracy**
243:*18*
**bureaucrat**
243:*18*
**burn**
305:*12, 16*
**business**
236:*23*
**busy** 168:*6*
455:*25*

**< C >**
**C112** 3:*4*

Confidential - Subject to Protective Order

**Cadence**
391:*7*
392:*9, 23*
408:*18*
415:*16*
**caffeine**
313:*16, 18,*
*25* 315:*20*
**CAIN** 6:*7*
**calculate**
79:*22*
**calculated**
131:*2*
456:*14*
**California**
1:*18* 4:*15,*
*23* 6:*24*
7:*3* 9:*2*
462:*17*
**call** 40:*22*
70:*17*
92:*15*
162:*5, 6*
218:*15*
298:*14*
299:*11*
300:*3, 6*
301:*12, 21*
302:*5, 13*
306:*7, 14, 20*
307:*5, 12, 23*
308:*1*
309:*11*
405:*14, 16,*
*24* 456:*24*
**called** 13:*10*
63:*17*
69:*18*
89:*23*
96:*24*
102:*17*
129:*22*
152:*23, 24*
166:*8*

171:*11*
184:*2*
187:*8*
203:6
218:*18*
222:2
246:*18*
272:9
363:22, *23*
378:*1*
419:*16*
427:*16*
439:*15*
456:*23, 25*
457:*2, 4*
**calling**
110:*1, 18*
**calls** 109:*16,*
*18, 24*
218:*24*
301:*15*
352:*1*
**calmly**
296:*23*
**Campbell**
1:*16* 4:*3*
11:*16*
462:*2, 16*
**Canada**
47:*14*
69:*25* 70:6
233:*13*
**Canadian**
435:*9*
**candidly**
128:*14*
**capable**
362:*16*
370:*15*
372:*4*
**carcinogenici**
**ty** 380:*24*
**care** 16:*3, 6,*
*7* 18:*18*

19:*12* 23:*4,*
*16* 34:*11*
99:*3, 4*
118:9
119:*15*
134:*19*
135:*17, 18*
136:*2, 3, 14,*
*18* 137:*1, 2,*
*3* 185:*5*
191:2, *7, 8,*
*10, 13, 16*
202:*3*
249:*17, 18*
250:*10*
251:*24*
252:*5, 23*
253:*5*
254:*14*
286:9
287:*15*
290:*7*
292:8, *10*
297:*14*
298:*4*
310:*23*
311:*2*
338:*24*
339:*12*
340:6
377:*14*
400:6
414:*17, 19*
423:*22*
424:*19*
436:*2, 20*
**career**
47:*12*
106:*16*
151:*5*
357:*24*
**careful**
322:*5*

**carefully**
113:*14*
239:*24*
294:*4*
398:*11*
463:*4*
**Carlos**
132:*10*
**Carrie** 1:*15*
11:*16*
51:*25*
412:*13*
462:2, *16*
**carries**
285:*19*
288:*4* 289:*4*

**CARTMELL**
3:*20*
**Case** 1:*4*
9:*15* 16:*14,*
*21* 38:*1, 24*
39:*12, 16*
61:*8* 78:*11,*
*15, 18* 79:*6,*
*24* 111:*17*
112:*16*
113:*25*
114:*16*
125:9
137:*19*
138:*24*
227:*7*
253:9
285:*13*
340:*23*
351:*24*
360:*13*
362:2, *7*
370:*13*
371:*19*
389:*19*
457:*10*

**Cases** 1:*6*
15:*23, 25*
17:*8, 12, 13,*
*17* 135:*9, 12,*
*16* 136:*18*
293:*23*
**casual**
166:*13*
325:*20*
**categories**
118:*6*
381:*17*
397:*4, 9*
398:*21*
399:*6, 14*
400:*3*
405:*8*
406:*19, 22*
418:*5*
**categorized**
414:*22*
**category**
119:*12, 19*
381:*22*
393:*19*
394:9
396:*17*
397:*19*
398:*1*
399:*7*
400:*22*
403:*3*
408:*3*
416:*23*
417:*3* 418:*8*
**CATHERIN**
**E** 2:*10*
**catherine.hea**
**cox@lanierla**
**wfirm.com**
2:*10*
**causal** 25:*1*
26:*1* 27:*6,*
*19* 28:*22*

29:*13*, *15*, *21*
30:*18*, *23*
31:*4*, *9*
32:*17* 33:*9*, *25* 34:*4*, *18*
35:*9*, *14*, *18*, *22*, *23* 36:*2*
41:*22* 42:*2*
52:*20*
54:*10*
230:*23*
231:*21*
232:*25*
260:*4*
317:*3*
318:*13*
385:*5*, *6*
**causality**
260:*6*
263:*14*
**causally**
317:*13*
**causation**
260:*24*
319:*16*
368:*4*
**causative**
366:*11*
**cause** 19:*21*
20:*8* 23:*8*
29:*20*
139:*22*
259:*11*
265:*15*, *16*
266:*15*
268:*2*, *22*
277:*25*
281:*4*
292:*15*
310:*13*
311:*7*
313:*2*, *4*, *14*, *15* 314:*9*
318:*12*

359:*7*
360:*6*
374:*6*
394:*17*
429:*21*
**caused**
137:*8*
**causes** 40:*3*
43:*15*
232:*19*
233:*7*
247:*5*
248:*15*
265:*15*, *16*
314:*5*, *14*
316:*19*
**causing**
21:*7*
370:*15*
372:*5*
446:*10*, *14*
**caution**
29:*22*
442:*5* 443:*6*
**CCDS**
376:*22*
381:*8*
**CDER**
390:*24*
391:*1*
**ceasing**
70:*23*
**celebrated**
185:*19*
**celebration**
186:*24*
**Center**
132:*12*
173:*5*
181:*1*
204:*7*
297:*12*

**centers**
160:*12*
163:*15*
**central** 71:*3*
81:*5* 338:*17*
**cents** 345:*6*
**Century**
4:*23* 116:*5*
**certain** 20:*3*
75:*7* 102:*1*
165:*24*
168:*7*
173:*14*
255:*3*
258:*3*
337:*12*
**certainly**
20:*19*
22:*15* 31:*5*, *8* 36:*22*
49:*13* 56:*2*
62:*8* 66:*25*
70:*6* 71:*20*
72:*4* 79:*13*
81:*14*, *21*
98:*21*
104:*24*
114:*14*
124:*13*
136:*16*
140:*16*
142:*18*
144:*25*
145:*13*
161:*6*, *7*
166:*18*
167:*7*
169:*2*
172:*6*
181:*5*, *6*
188:*25*
189:*18*
191:*12*
197:*9*

200:*13*
209:*13*
220:*10*, *15*
222:*4*, *15*
233:*12*
234:*2*
238:*6*
239:*22*
240:*16*
242:*19*
248:*8*
251:*1*
256:*12*
261:*24*
267:*25*
270:*13*
288:*8*
302:*23*
308:*5*
317:*20*
321:*2*
326:*22*
336:*18*
341:*3*
343:*1*, *11*
349:*25*
352:*4*
353:*5*
358:*14*
359:*13*, *15*, *17* 375:*9*
385:*25*
386:*3*, *13*
406:*23*
407:*18*
419:*13*
431:*1*
432:*25*
434:*23*
437:*23*
445:*22*
450:*24*
451:*9*
454:*11*

455:*22*
459:*15*
**certainty**
145:*1*
**CERTIFICA
TE** 462:*1*
**CERTIFICA
TE.................

.................462**
10:*17*
**Certified**
1:*17*, *18*, *20*
462:*2*, *3*, *17*, *18*, *19*, *20*, *21*, *22*
**certify**
462:*3*, *6*, *8*
464:*4*
**chair** 13:*25*
14:*5*, *8*
18:*12*, *16*, *22*
19:*3* 47:*25*
58:*15* 256:*5*
**chances**
83:*1* 145:*2*
**change** 34:*9*
61:*24*
145:*20*
148:*18*
183:*21*
273:*8*
280:*20*, *24*
317:*5*
322:*21*
373:*12*
429:*23*
430:*13*
465:*3*
**changed**
27:*4* 91:*23*
114:*22*
308:*2*, *8*
382:*3*, *4*

Confidential - Subject to Protective Order

388:*20*
406:*20*, *22*
417:*9*, *14*
418:*3*, *4*, *15*
**changes**
146:*19*
321:*8*
395:*12*
463:*10*
464:*6*
**changing**
225:*20*
346:*1*, *4*
347:*22*
348:*4*
373:*13*
**CHARCHA LIS** 4:*20*
**charge**
18:*21* 298:*8*
**charged**
357:*19*
**charging**
192:*20*
198:*6*
**chart**
213:*25*
**check** 385:*9*
**Checketts**
132:*10*
**checking**
385:*10*
**Chicago**
2:*23*
**child** 137:7
285:*6*
307:*3*
310:*15*
320:*7*, *16*, *17*
321:*4*
324:*11*
325:*3*
326:*10*

**childbearing**
379:*5*, *21*
**childhood**
281:*22*
**children**
9:9 321:*1*
324:*20*
325:*2*
350:*18*
**choice**
437:*8*, *19*
**choices**
338:*24*
339:*12*
**choose**
98:*23*
195:*18*
**chooses**
118:9
**Chris** 457:*1*
**circulation**
383:*21*
387:*23*
**circumstances** 48:*24*
117:*2*
135:*22*
379:*18*
**citations**
64:*18*
330:*25*
331:*15*
334:*22*
336:*10*
350:*23*
351:9
**cite** 65:*10*
245:*16*, *22*
329:9
330:*20*, *22*
438:*24*
439:*5*
442:*11*, *13*, *14* 449:*8*

**cited** 59:*3*
60:7 64:7,
*18* 88:*6*
96:*12* 97:*3*,
*9*, *11* 98:*3*
140:*17*
334:*23*
**cites** 87:*1*
329:*12*
415:*17*
**citing**
391:*15*
438:*23*
447:*12*
**City** 3:*22*
4:*4*
**claim** 96:*23*
115:*13*
270:*3*
273:*19*
276:*19*
391:*18*
394:*3*
**clarify**
419:*19*
423:*6*
446:*15*
**clarity's**
26:*24*
**classic**
402:*12*
**clean** 76:9
**clear** 29:*13*,
*14*, *21* 32:*17*
33:9 36:*2*
163:*22*
339:*18*
385:*6*
396:*15*
**clearly**
16:*24*
18:*19* 21:9
52:*5* 54:*3*
61:*14*

222:*11*
225:*5*
231:*14*
244:*19*
252:*6*
264:9
394:*20*
443:*25*
444:*20*
**Clinical**
8:*22* 9:*15*
18:*18*
40:*21*
41:*19*
46:*20*, *25*
47:*6*, *12*, *14*,
*22* 48:*3*, *6*, *8*
49:*12*
50:*24* 51:*4*,
*8*, *11* 52:*6*, *9*
53:*10*, *16*
75:7 76:*16*
82:*23* 84:*1*,
*5*, *18* 86:*23*
88:*1* 91:*14*
97:*6*, *13*
98:*5*, *12*
112:*15*
113:*5*
122:7, *15*
127:*1*
129:*23*
130:*8*
133:*5*
134:7, *13*, *16*
135:*10*, *24*
136:*14*
138:*4*
142:*21*, *23*
143:*8*
145:*18*
146:*17*
147:*1*
201:*20*

202:*2*
226:*5*, *11*, *14*,
*24* 227:*2*
249:*13*
251:*15*
253:*10*
256:*17*
317:*6*, *10*
322:*23*
357:*12*
358:*16*, *25*
364:*15*
365:9
366:*3*
367:*2*, *11*
368:*14*
369:*12*, *15*
383:*14*
387:*12*
407:*17*
409:*20*
421:*24*
436:*24*
**clinically**
313:*19*
369:*10*
408:*23*
**clinician**
46:*16*
234:*11*
312:*13*
346:*1*
347:*17*
352:*12*
355:*16*
357:*12*, *21*
358:*17*
364:*14*
366:*1*, *2*, *5*
368:*11*
370:7, *10*
377:*13*
449:*2*

Confidential - Subject to Protective Order

clinicians
43:10
91:15
93:15
121:7
125:21
248:21
249:3
365:13
439:8 449:2
Clinton 6:18
close 230:1
325:15, 22
334:1 375:1
closely 43:8,
9, 10
closer
211:23
coauthor
142:13
263:1
432:21
coauthors
330:24
345:19
Cochrane
82:2, 4
83:14
86:10
151:20
363:24
Code 8:12
336:14, 17
338:1
coding
188:12
Cohort
222:3
234:16, 17
247:13, 15,
19 274:12,
13 280:5
386:16

cohorts
231:9 260:1
co-lead
106:19

collaboration
57:24
363:24

collaborative
63:22
colleague
39:23
colleagues
168:10
176:10
338:21
435:2
collection
362:8
College
8:17, 19, 23
88:21
89:24
92:12, 13, 15
99:14
113:2, 21
125:17
129:24
337:13, 22
435:10
color
200:17
213:22, 23
Columbia
13:21, 24
14:1, 2, 6
18:11
57:14, 16
58:4, 7, 13
63:21 72:9
77:25 93:4
103:10, 21
104:21

105:3, 12
109:6
110:25
152:14, 16,
23, 25 344:2
372:10, 14,
19 373:6
391:14
column
141:19
181:1
CombiMatri
x 202:18
203:3
combination
404:8 418:9
combo
407:2
come 62:9
67:22
139:2
160:23
161:12
202:13
206:22
232:25
256:25
283:23
312:11
316:5
321:4, 16
322:1, 15
325:17, 25
348:8
433:11, 18
458:3
460:16
comes
160:18
206:13
comfortable
192:19
coming
21:8

220:15, 17
318:16
406:5
commenceme
nt 462:3
commencing
1:14
comment
43:22 46:8
60:21 68:4
84:14 86:3
126:25
127:1, 10, 13,
14 130:13
138:18
189:6
236:13
242:6
310:5
367:23
402:19
430:12
commentarie
s 351:8
commentary
112:10, 14
comments
44:9
130:21
241:12, 22
244:21
263:3 448:9
Commerce
4:10
commercial
237:4
337:19

commercially
197:20, 24
commission
464:17
commit
456:5

committed
155:16
committedly
298:6
committee
107:4
126:5
128:25
175:4
192:22
194:25
195:2, 3
196:24
215:18
220:23
221:5
236:21
237:11, 19
238:3, 20
239:9, 20, 25
240:9, 19, 21
241:6, 15
243:2, 14
244:22
259:18
451:13
457:6
committees
86:22
87:25
107:4
126:4
128:20
131:5
149:16
150:3
common
313:22
commonly
429:20
communicate
33:6

Confidential - Subject to Protective Order

456:*17*, *21*
459:*13*
**communicate**
**d** 411:*6*
**communicati**
**ons** 459:*11*
**community**
362:*15*
**comorbiditie**
**s** 137:*23*
**companies**
71:*5* 72:*6*,
*17*, *22* 74:*11*
75:*9* 76:*17*
81:*1* 83:*19*
86:*25* 88:*3*
119:*13*, *14*,
*23* 120:*8*
123:*13*, *24*
163:*8*, *14*
164:*9*
165:*9*, *10*
166:*2*
182:*25*
183:*5*, *14*, *20*
184:*2*, *10*
197:*4*, *13*
198:*19*
205:*22*
217:*1*
376:*9*
377:*10*
407:*2*, *11*
426:*15*
**Company**
9:*19* 10:*1*,
*4* 72:*14*
82:*25* 83:*2*
171:*11*
172:*12*
181:*20*
203:*6*
219:*16*, *17*
226:*14*, *19*

374:*17*
375:*9*, *10*, *16*,
*21*, *22* 376:*6*,
*7*, *23*, *25*
377:*21*
378:*1*, *4*, *5*
380:*8*, *14*
382:*10*, *17*
385:*17*
390:*4*, *10*
**comparing**
82:*7*
**comparison**
281:*17*
401:*3*, *9*
402:*1*
**competent**
453:*5*
**complete**
46:*3* 72:*11*
76:*19* 85:*5*
105:*5*, *8*, *9*
151:*14*
217:*13*
254:*6*
296:*19*
305:*24*
355:*17*
374:*11*
421:*8*
455:*7*, *9*
459:*12*
**completed**
77:*20*
**completely**
114:*22*
296:*6*
**Complex**
116:*12*
**comply**
134:*25*
**Compound**
240:*14*

**computer**
87:*18*
107:*15*
211:*23*
**conceiving**
188:*12*
**concentratio**
**n** 51:*19*
**concept**
118:*21*
**concern**
68:*15*
116:*3*, *23*, *25*
269:*9*
421:*20*
422:*2*
**concerned**
46:*13* 68:*9*
259:*16*
277:*18*
297:*9*
313:*17*
316:*9*, *14*
421:*13*, *14*,
*17*, *18*
**concerns**
94:*6*, *11*
243:*15*
**conclude**
82:*22* 83:*14*
**concluded**
317:*12*
318:*12*
319:*16*
461:*18*
**conclusion**
231:*17*
234:*9*
352:*2*
394:*25*
**conclusions**
55:*14*
82:*17* 83:*1*
109:*9*

318:*17*
433:*12*, *18*
**concurrence**
230:*20*
**condition**
30:*12*, *14*
266:*1*
315:*16*
323:*15*
**conditions**
24:*23*
100:*8*
293:*22*
310:*9*, *13*
311:*6*, *17*
314:*19*
316:*5*
320:*1*
322:*5*, *23*
**conduct**
46:*11*
48:*19* 75:*7*
76:*16*
104:*23*
135:*11*
137:*10*
143:*6*
**conducted**
90:*18*
350:*3*, *12*
372:*19*
394:*15*
395:*4*
**conducting**
52:*9*
**conference**
160:*12*
163:*15*
305:*19*
**confidence**
145:*15*
279:*3*
280:*1*, *4*

**confident**
85:*12*
139:*17*
315:*11*
442:*16*
445:22
**CONFIDEN**
**TIAL** 1:*6*
**confirm**
280:*17*
331:*14*
334:22
335:2
355:*8*, *10*
404:*15*
413:*3*
**Conflict**
9:*13* 68:*16*
81:*3*
111:*10*
112:*15*
113:*24*
114:*7*
116:*4*
118:*6*
119:*12*, *19*
122:*11*
125:22
128:*3*, *7*
131:*17*
144:*10*
147:*5*
156:*2*
214:*11*, *16*
236:*21*, *24*
238:*5*, *20*
244:*11*, *18*
343:*6*, *12*, *14*
344:*9*
**Conflicts**
8:*20* 86:*19*,
*22* 87:*23*, *25*
104:*25*
111:*5*

120:*13, 20*
121:*2*
122:*20*
129:*22*
130:*7*
133:*3*
147:*3*
236:*17*
237:*1*
238:*13, 23*
239:*7*
240:*11*
242:*1*
339:*21, 23*
340:*2, 9, 16,*
*17* 341:*20*
**confounders**
234:*14*
265:*5, 18, 24*
266:*12, 16*
268:*17, 19*
270:*4*
271:*20*
275:*7, 14, 20,*
*21* 276:*22*
277:*3*
352:*7, 14*
364:*18, 19,*
*21*
**confounding**
260:*7, 8*
263:*10, 15,*
*16* 267:*2, 16,*
*25* 268:*25*
269:*15*
273:*5, 7, 14,*
*18, 25*
274:*15, 22*
275:*1*
276:*18*
277:*1, 23, 25*
280:*25*
281:*13, 19*
352:*16, 17*

367:*15*
369:*3*

**confoundings**
268:*17*
**confused**
261:*4*
262:*19*
263:*5*
335:*20*
423:*8* 460:*8*
**congenital**
259:*11*
394:*13*
**Congress**
118:*11*
119:*20*
**conjugation**
383:*24*
387:*25*
**connect**
192:*18*
**Connecticut**
3:*16*
**connecting**
188:*14*
189:*9*
**connection**
230:*23*
233:*1*
**connections**
12:*21*
**cons** 439:*9*
**Consensus**
9:*3* 91:*20*
100:*19, 24*
138:*13*
139:*20*
140:*18*
143:*16*
144:*19*
209:*21*
327:*25*
328:*10*

329:*9*
331:*1, 16*
332:*2* 333:*8*
**consent**
48:*13, 15, 21*
49:*11, 17, 24*
50:*22, 23*
51:*3* 52:*16*
337:*17*
**consequence**
293:*3*

**consequences**
259:*20*
285:*3*
291:*19, 23*
292:*18, 20,*
*24* 293:*6, 11,*
*14, 16*
310:*15*
320:*15*
**consider**
162:*20*
253:*19*
258:*13*
259:*8*
275:*19*
277:*24*
293:*14*
297:*17, 19*
326:*21*
375:*12*
**considerable**
357:*22*

**consideration**
40:*10*
228:*18*
**consideration**
**s** 225:*24*
226:*4*
228:*11*
338:*17*

**considered**
83:*25*
84:*13*
118:*24*
170:*23*
239:*23*
258:*25*
294:*4*
349:*21*
351:*17, 22*
352:*19*
353:*3*
354:*1, 3*
355:*15*
358:*12*
375:*11*
459:*19*
**considering**
36:*10*
116:*6*
150:*17*
228:*3*
249:*14*
293:*11*
307:*19*
396:*11*
**consisted**
358:*11*
**consistency**
224:*19*
352:*6*
364:*16*
**consistent**
82:*21*
99:*16*
100:*16*
281:*17*
376:*21*
**consistently**
272:*11*
**consists**
350:*10*
**consult**
34:*11*

62:*13* 63:*2*
407:*22*
414:*16*
**consultancy**
108:*18*
**consultant**
207:*15*
208:*14*
**consultation**
23:*4* 337:*17*
**consulted**
62:*18*
**Consulting**
131:*10*
209:*13*
**Consumer**
5:*11* 413:*14*
**contact**
81:*9*
189:*19*
241:*23*
287:*14*
**contacting**
292:*9*
**contain**
141:*21*
379:*16*
**contained**
90:*24*
399:*17*
**containing**
376:*15, 20*
**contains**
331:*1*
**content**
237:*5*
**context**
155:*18, 21*
179:*2*
337:*9*
391:*11*
**continual**
111:*25*

Confidential - Subject to Protective Order

**continually**
324:*3, 4*
**continue**
45:*25*
207:*12*
227:*13*
309:*13*
310:*7*
387:*11*
**continues**
265:*12*
**continuous**
401:*19*
409:*22*
**contribute**
227:*14*
**contributed**
16:*8*
131:*12, 14*
149:*17*
432:*25*
**contributing**
131:*7*
**contribution**
148:*11*
177:*19*

**Contributors**
8:*22*
129:*23*
130:*7*
186:*14*
192:*23*
193:*6*  195:*9*
**control**
60:*5*
266:*16*
270:*15*
274:*3*
277:*10*
281:*9, 17*
364:*19*

**controlling**
270:*17*
315:*20*

**controversies**
122:*13*
305:*9*
**controversy**
215:*14*
**conversation**
37:*4*  373:*17*
**conversation
s** 209:*19*
325:*21*
370:*22*
**convince**
450:*18*
**convoluted**
341:*10*
**cooly**  296:*23*
**co-opt**  81:*1*
**co-opted**
71:*2*
**Copenhagen**
256:*18*
**copies**
12:*14*
392:*20*
**copy**  12:*14*
38:*17*  46:*3*
68:*23*  90:*5*
103:*2, 4*
158:*23*
159:*10*
188:*3*
210:*23*
212:*1*
216:*3*
220:*1*
245:*9, 11, 19*
327:*3*
331:*9*
348:*22*
349:*8*

383:*2*
392:*13*
412:*16, 23*
431:*7, 17, 24*
436:*16*
440:*7*
**copyright**
413:*8, 13*
**cord**  223:*7,
8*  234:*6, 10*
**Core**  9:*19*
10:*1, 4*
375:*21, 22*
376:*6, 23, 25*
377:*21*
382:*10, 15,
17*  385:*17*
415:*17*
**corner**
171:*9*
175:*11*
405:*2*
446:*23*
**Corporate**
184:*3, 11*
188:*16*
201:*7, 11*
**Corporation**
5:*17*  6:*9, 15*
**corporations**
180:*20, 25*
201:*6*
204:*11*
205:*21*

**corporation's**
376:*19*
**correct**
14:*11, 12*
28:*15*  42:*6*
71:*7*  78:*12*
79:*4*  81:*16*
84:*22*
91:*12*

92:*16*  93:*6*
97:*4, 10, 19*
99:*1*  100:*1*
107:*1, 23*
109:*3*
120:*9*
136:*22*
144:*7, 16*
157:*12*
160:*15*
163:*11*
164:*11*
165:*15*
171:*19*
173:*10*
176:*3*
181:*15*
184:*4, 7, 14*
185:*16*
193:*10*
194:*10*
215:*14*
221:*10*
224:*6*
228:*24*
229:*2*
230:*6, 9*
246:*25*
294:*12*
295:*6, 11*
308:*17*
333:*6, 14, 17*
334:*11*
354:*8, 18, 21*
366:*23*
387:*6*
396:*18*
398:*3*
402:*25*
407:*17*
428:*12*
447:*4*  464:*5*
**corrected**
327:*7*

**corrections**
463:*4, 7*
464:*6*
**correctly**
94:*1, 4*
108:*24*
177:*1, 3*
193:*1*
197:*2*
369:*7*
429:*24*
432:*7, 8*
**corrupted**
81:*7*
**Corruption**
9:*12*  67:*4*
69:*19*
70:*25*  80:*3*
86:*12*
151:*19*
152:*11*
**corrupts**
71:*6, 17*
80:*24*  86:*16*
**Cosgrove**
87:*1*
**cost**  196:*25*
**costs**  174:*8*
**COTE**  1:*6*
**cough**
288:*12*
298:*12, 21*
299:*12*
**Council**
184:*3, 11*
188:*16*
201:*7, 11*
**Counsel**
4:*16*  5:*11,
16, 23*  6:*4, 9,
14, 20, 25*
7:*4*  11:*13*
462:*10, 11*

counseling
29:*19*  321:*5*
counsel's
102:*7*
424:*24*
Counsyl
203:*7*
count
331:*15*
counter
285:*17*
289:*2*
400:*11*
counterpart
256:*5*
country
77:*23*  78:*1*
country's
376:*10*
couple
307:*4*  456:*7*
course
78:*11*
91:*16*
100:*10*
119:*25*
143:*14*
187:*6*
267:*7*
312:*21*
327:*22*
387:*15*
400:*10*
402:*22*
415:*5*
425:*2*  432:*9*
courses
188:*12*
COURT
1:*1, 20*
11:*15*  52:*2*
272:*19*
412:*13*
462:*18, 20,*

*21, 22*
463:*19*
cousins
13:*14*
covered
131:*15*
COVID
297:*12*
Covis  181:*4*
182:*5*
CPG  134:*21*
CPGs
134:*17, 25*
135:*3*
CRACKEN
3:*2*
create
151:*6*
305:*9*
325:*23*
created
134:*17*
creates
117:*3*
creating
216:*25*
creation
188:*13*
creative
448:*9*
credentials
42:*17*
57:*18*
249:*4, 9*
criteria
82:*8*
354:*12*
356:*16*
critical
134:*14*
criticisms
83:*3*
crossed
279:*4*

crosses
383:*20*
387:*22*
crossover
72:*12*
Cross-
sectional
10:*11*
102:*20*
CROW  4:*8*
cryptorchidis
m  432:*5*
437:*12*
438:*15*
culpable
135:*1*
cumulative
409:*21*
curious
219:*6*
current
34:*10*
116:*6*
146:*25*
148:*10*
182:*11*
192:*21, 24*
194:*24*
346:*3*
347:*24*
373:*15*
419:*21*
currently
86:*14*
cutting
448:*10*
CVS  5:*16*

< D >
daily  22:*17*
127:*6*
250:*8, 15*
251:*11, 13*
360:*19*

395:*8*
401:*2, 8, 25*
409:*1, 18*
Dallas  9:*19*
157:*25*
159:*18*
160:*4, 15*
169:*21, 23*
D'Alton
1:*12*  8:*9*
11:*19*  38:*6*
66:*11*
73:*22*  74:*1*
89:*18*
90:*12*
102:*12*
112:*6*
129:*17*
157:*16*
175:*15*
186:*5*
210:*7*
215:*25*
219:*18*
244:*25*
275:*16*
302:*22*
303:*9*
326:*24*
327:*19*
348:*16*
373:*19*
382:*6*
385:*11*
392:*3*
403:*14*
412:*9*
427:*11*
436:*10*
439:*20*
455:*7*
462:*4*
464:*12*

Dan  185:*8,*
*18*  187:*7, 9,*
*16, 17, 19*
188:*8, 21*
189:*1*
DANA  6:*12*
dangerously
375:*1*
DANIEL
3:*8*  7:*6*
Danish
247:*12, 13,*
*15*  386:*16*
DANNY
7:*11*  11:*2*
21:*11*
158:*14*
Dan's
186:*24*
Data  9:*19*
10:*1, 4*
31:*13*  35:*7*
92:*8*
149:*14*
224:*5*
230:*18*
236:*8, 10*
260:*1*
286:*1*
289:*10*
318:*2*
326:*20*
332:*4*
352:*7*
362:*8*
364:*16*
367:*12*
369:*13*
375:*21, 23*
376:*6, 23*
377:*1, 21*
380:*21, 22,*
*23*  382:*11,*
*15, 17*  385:*2,*

Confidential - Subject to Protective Order

*18* 394:*11,*
*24* 400:*21*
403:*4*
410:*3, 4, 17*
413:*20*
414:*6*
415:*17, 18,*
*19* 418:*10,*
*11* 429:*23*
430:*14*
433:*11*
437:*11, 14*
438:*14, 17,*
*21*
**database**
131:*3* 149:*9*
**databases**
354:*10*
**date**  1:*15*
11:*5*
115:*11*
218:*17*
413:*9*
431:*14*
446:*22*
451:*16*
462:*7*
463:*2, 9*
464:*12*
**Dated**
462:*23*
**dates**  116:*4*
**DAVID**
6:*17*
**day**  12:*12*
73:*21*
115:*25*
248:*5, 10*
271:*5, 9*
272:*10, 23*
314:*3*
361:*13*
401:*22*
418:*16*

449:*21*
464:*16*
**days**  39:*22*
157:*25*
323:*14*
418:*25*
446:*25*
463:*15*
**DC**  5:*4*
**dead**  181:*1*
204:*7*
**deal**  173:*25*
174:*3*
301:*14, 18,*
*19* 320:*6*
340:*1*
343:*18*
424:*11*
**dealing**
297:*6, 15*
312:*6*
313:*19*
320:*16*
399:*13*
406:*23*
407:*18*
**deals**
255:*18*
293:*21*
**dealt**  177:*20*
**DEAN**  6:*22*
**Dear**  176:*9*
**dearth**
59:*25*
**deaths**
359:*7* 360:*7*
**decade**  59:*4*
60:*9* 64:*8*
77:*16*
100:*14*
121:*17*
145:*21*
**decades**
68:*8* 93:*9*

116:*23*
253:*7*
**December**
336:*20*
**decide**  36:*7*
46:*9*
156:*16*
224:*24*
253:*4*
311:*3*
379:*1* 434:*5*
**decided**
37:*5*
**deciding**
395:*25*
430:*22*
**decision**
170:*20*
252:*2, 4, 16,*
*20, 22* 254:*5,*
*11, 16* 292:*2*
298:*4* 315:*2*
**decision-
making**
254:*14*
**decision-
makings**
170:*21*
**decisions**
76:*19*
340:*6*
345:*24*
347:*10*
396:*8* 439:*9*
**declare**
244:*18*
**declared**
111:*6, 11*
**decrease**
134:*23*
**decreased**
432:*5*
**dedicated**
163:*16*

**deemed**
463:*18*
**deep**  152:*6*
**deeply**
298:*6*
**defects**
259:*14*
**defend**
135:*11*
**defendants**
16:*21, 23, 24*
**defending**
137:*10*
**defensive**
193:*22, 24*
**define**
44:*11*
136:*13*
**defined**
116:*25*
135:*19*
**defining**
136:*1, 3, 25*
**definitely**
191:*14*
228:*8*
**definition**
42:*25*
214:*11, 16*
**definitions**
376:*7*
**definitively**
40:*1*
**dehydration**
314:*6*
**delay**
257:*10*
321:*22*
372:*16*
**delaying**
292:*18, 20*
**delighted**
63:*19*

**delineating**
236:*22*
**delivered**
324:*11, 20*
326:*4* 328:*6*
**delivery**
134:*18*
**DELUCIA**
3:*9*
**demand**
114:*4*
**demonstrate**
385:*5*
**demonstrativ
e** 414:*24*
**DENISE**  1:*5*
**deny**
417:*18, 21*
**department**
13:*25* 14:*5*
18:*13, 17*
47:*25*
57:*23*
58:*16*
59:*24*
62:*21* 63:*1,*
*7, 23* 69:*21*
72:*7, 18*
74:*11* 75:*6*
76:*10*
78:*22* 93:*3*
104:*20*

**departmental**
58:*16*
**departments**
61:*5*
161:*23*
162:*20*
173:*12*
372:*12*

**department's**
84:*15*

Confidential - Subject to Protective Order

**departure**
16:7, 8
**depend**
195:14
285:2
**depending**
48:17
360:24
**depends**
29:25
30:10
31:10, 11, 13
32:22, 24
55:23 56:1
178:23
214:17
285:12
297:3
317:17, 18
319:19
325:11
419:9
**deponent**
11:12 464:1
**DEPONENT**
....................46
**4** 10:18
**deposed**
375:19
**deposes**
11:22
**deposing**
463:14
**deposition**
1:11 10:15
11:7 39:1,
3, 6, 21
69:15
303:7
304:8
461:18
463:3, 12, 16,
17

**depositions**
14:11, 14, 20
17:7, 8, 20,
21 136:9
294:20, 21
375:17
**deps@golko
w.com** 1:23
**derived**
117:8 148:2
**derives**
126:7
**deriving**
129:2
**describe**
242:22
**described**
86:11
358:24
379:23
380:9
**Description**
8:8 382:15
**design**
45:13 48:3,
7 50:23
51:3, 8
53:16, 24
62:14
224:19
247:4, 14, 15,
22 419:12
421:24
**designated**
163:24
164:2
**designed**
47:5 49:10
51:1 62:4
226:12
247:12, 19
248:3, 13
**designing**
47:18

62:19
421:19
**designs**
47:11
**desirable**
135:6
**detail** 152:2
269:7
**detailed**
31:8 33:18
145:23
229:6
254:18
353:21
355:4
356:6
358:18
**details**
174:20
187:12
188:25
222:23
246:4
**determinant**
137:2
**determinatio
n** 45:17
62:10
139:2
220:19
**determine**
94:16
135:17
223:2 313:1
**determined**
52:19
310:24
355:18
**determining**
226:13
268:19
310:2
**detrimental**

133:2
**Detsky** 98:4
**develop**
325:14
366:18
**developing**
388:25
389:7
**Development**
9:21 135:2,
3 237:5
**development
al** 372:16
402:13
408:20
**device**
77:17
119:14
123:13
163:8, 13
164:9, 16
165:10
219:17
**devices**
119:24
**devoid**
141:5
**diagnosed**
325:4
352:10
**diagnosis**
114:3, 5, 20,
23, 24 115:8,
20 122:8, 13,
15, 18, 23
123:22
128:5
265:10
266:1, 5
**diagnostic**
352:15
**diarrhea**
301:9, 10

**dictate**
319:11
**diet** 401:21
**different**
14:14
30:15, 16, 17
34:15
35:13 42:8
45:14
46:17, 24
48:16
77:22
93:12
116:24
138:3
140:4, 9, 11,
12 143:10
166:10
173:12
179:16
200:16
209:5
255:11
260:1
267:8
272:5
318:9
319:8, 12
331:15
334:23
335:18
336:2
341:12
361:8
433:12
450:4, 7, 23,
25 454:1, 6
**differently**
255:23
**difficult**
36:18
398:14
**difficulties**

15:*19*
**dig** 14:*13*
**dimensions**
82:*9*
**diminish**
249:*3, 8*
**dinner**
168:*15*
176:*23*
179:*14, 15*
**dinners**
167:*12*
168:*1, 5*
**Diplomate**
1:*16* 462:*2,*
*16*
**DIRECT**
12:*1*
150:*14*
200:*22*
380:*18*
435:*1, 15*
**directed**
383:*16, 24*
384:*21*
388:*1*
**direction**
82:*21*
235:*11, 16*
424:*25*
**directions**
84:*4*
**directly**
28:*6, 7*
30:*6* 33:*14*
452:*21*
**director**
18:*23* 457:*1*
**directors**
19:*1*
175:*20, 22*
**disabilities**
320:*18*

**disagree**
44:*1, 8*
114:*21*
127:*10*
259:*21*
270:*10*
288:*25*
310:*16*
311:*24*
322:*14*
430:*10*
432:*10, 13*
447:*3, 13, 23*
448:*4*
451:*6*
453:*6, 16, 17*
**disagreed**
61:*13*
448:*16, 17*

**disagreement**
44:*12*
**disassociatio
n** 105:*9*
**disaster**
124:*7*
**disclose**
51:*10, 12*
53:*9*
127:*14*
129:*8*
144:*1*
145:*7*
147:*2, 7, 12*
207:*14, 22*
208:*13*
209:*12*
237:*21*
242:*13, 21*
244:*10*
340:*22*
341:*14*
342:*21*
344:*8*

370:*22*
457:*19*
**disclosed**
52:*23*
143:*25*
146:*8, 21*
207:*20*
208:*1*
238:*6*
239:*8*
242:*1*
243:*11*
341:*19, 20*
342:*17*
**disclosing**
127:*19*
209:*6*
340:*17*
**disclosure**
144:*10*
236:*22*
238:*21*
340:*2, 9, 19,*
*20* 341:*22*
343:*18, 21,*
*22*

**discoloration**
380:*1*
**discomfort**
285:*18*
286:*3*
289:*3*
310:*10, 20*
311:*7*
**discover**
152:*15*
**discovered**
359:*22*
**discuss**
27:*22*
301:*23*
329:*22*

**discussed**
136:*7*
219:*4*
356:*6*
434:*8*
449:*10*
**discussing**
155:*22*
286:*8*
**discussion**
31:*16*
99:*10*
138:*5*
158:*16*
272:7 290:*6*
**discussions**
375:*2*
453:*22*
**disease**
30:*19* 43:*7,*
*15* 216:*25*
**disorder**
215:*13*
443:*14, 15*
**disorders**
26:*13*
139:*6, 23*
309:*6*
368:*5*
372:*5*
437:*13*
442:*10*
443:*11*
**dispensing**
91:*22*
**disrespectful**
304:*10*
**distracting**
66:*7*
**distraction**
324:*1*
**DISTRICT**
1:*1*

**disturbance**
379:*24*
**diuretics**
379:*25*
**dive** 152:*6*
**division**
63:*1* 413:*14*
**Divisions**
93:*1*
**dizzy** 330:*13*
**djash@duan
emorris.com**
6:*12*
**dkatz@smith
sovik.com**
6:*18*
**Doctor**
15:*16* 22:*7*
40:*5* 44:*7*
46:*6* 47:*5*
48:*12* 50:*1*
54:*17*
56:*14*
70:*16* 76:*9,*
*22* 79:*6*
87:*21* 92:*5*
94:*2, 20*
95:*15*
99:*18*
106:*2*
110:*19*
112:*13, 19,*
*20* 114:*9*
115:*15*
124:*4*
128:*10, 24*
129:*8*
130:*4*
134:*2*
135:*8*
136:*16*
138:*11, 19*
153:*4*
155:*2, 7*

159:*15*
160:*19*
190:*8*
205:*19*
212:*12*
220:*5*
225:*24*
245:*18*
253:2
258:*21*
263:*5*
270:*25*
272:2
273:*16*
274:*24*
278:*6*
287:*14*
294:*11*
296:*9, 21*
298:*14*
301:*13*
318:*8, 22*
319:*14*
327:*11, 22*
336:*13*
345:4
349:*11*
353:*11*
370:*12*
395:*24*
396:7
399:*18*
400:*10*
401:*11*
402:*11*
405:*9*
412:*12, 16*
420:2
421:*9*
422:*12*
423:*21*
424:*3*
425:*7, 11*
426:*2, 5*

427:*17*
428:*5*
437:2
452:*16*
453:*1*
459:*10*
**doctors**
70:*18*
108:*10*
135:*12*
144:*20*
165:*6, 7, 8,*
*19* 166:*23*
167:*12, 13*
169:*4*
411:*6*
414:*11*
417:*19*
426:*24*
428:*11*
433:*10*
**DOCUMEN**
**T** 1:*5* 92:2
158:*6*
159:*4*
205:*11*
217:*13*
232:*12*
237:*17*
238:*9*
240:*1*
241:*13, 21*
244:*20*
256:*3, 16, 19,*
*23* 257:*2, 5*
258:*24*
261:*24*
263:*25*
264:*1, 5, 18*
265:*3*
305:*18*
329:*5*
375:*15*
376:*8, 11*

382:*13*
391:*16*
392:*23*
403:*17*
411:*21*
415:*23*
425:*18*
431:*23*
432:*24*
433:*1, 21*
434:*10, 11*
435:*14, 18*
441:*8, 20*
442:*17*
444:*2*
446:*6*
454:*21, 23*
**documents**
106:*15*
172:*3*
256:*14*
262:*3*
263:*3*
337:*12, 15*
373:*24*
374:*5, 17*
375:*9*
376:*2*
388:*8*
398:*7, 9, 20*
409:*11*
415:*24*
416:*17, 19*
426:*15*
435:*4*
451:*15, 20*
453:*25*
459:*1* 460:*4*
**d'oeuvres**
177:*7*
**doing** 49:*3*
69:*12*
73:*19*
74:*21*

80:*22*
142:*20*
143:7
153:*15, 16*
227:*8*
229:*20, 25*
245:*15*
250:*11*
285:*3*
305:*14*
325:*19*
365:*24*
368:*9, 20*
371:*6*
419:*14*
420:*21*
422:*1, 3*
463:*8*
**Dollar** 5:*23*
6:*14*
**dollars**
123:*4*
133:*21*
149:*20*
152:*17*
**domains**
86:*20* 87:*24*
**dominant**
23:*22*
277:*25*
281:*4*
**dominantly**
352:*18*
**donated**
180:*20*
**donation**
187:*5*
225:*22*
**donor**
182:*19*
**donors**
181:*8, 15*
**dosage**
266:*7, 8*

345:*23*
347:*10*
352:*9*
**dose** 251:7
286:*11*
323:*1*
360:*19*
395:*8*
401:*3, 8, 25*
409:*1, 18*
**dose-related**
395:*10*
396:*10*
402:2
**dose-**
**response**
401:*11, 16*
**doses** 259:*9*
359:*17*
361:*21*
383:*20*
387:*21*
395:7
401:*2, 7, 23*
402:*5*
408:*23, 25*
409:*17, 20*
**dosing** 8:*11*
409:*21*
**doubt** 125:*6*
138:*8*
221:*25*
285:*7, 12*
**downside**
292:*23*
**Dr** 12:*3*
31:*25* 36:*6*
38:*15* 41:*8,*
*11, 17* 42:*5,*
*20* 44:*3*
45:*5, 7*
50:*2, 15*
57:*10, 15*
58:*2, 15, 23*

Confidential - Subject to Protective Order

60:*15*
61:*22*
62:*12, 18*
63:*3, 7, 14,*
*15*  64:*2, 17*
66:*15, 16*
69:*15*  73:*3,*
*22*  74:*1, 10,*
*25*  75:*20*
76:*5*  85:*18*
90:*12*
102:*9, 23*
105:*12*
110:*12*
112:*12, 20*
125:*9*
126:*18*
130:*17*
138:*8*
140:*23*
146:*6*
151:*3*
153:*2*
154:*16*
157:*10, 21*
180:*13*
186:*4*
188:*11*
207:*11*
232:*16*
235:*11*
241:*4*
242:*5*
252:*2*
253:*14*
256:*2, 4*
258:*7*
264:*4, 14*
268:*12, 24*
272:*9, 16, 20*
275:*12, 15,*
*16*  276:*6, 10,*
*16*  278:*4, 15*
279:*15, 17*

282:*11, 14*
283:*11*
284:*13*
286:*14*
294:*25*
295:*1, 4, 24*
302:*22*
303:*9*
304:*6, 10, 16*
305:*3, 6*
306:*6*
309:*3, 19, 23*
310:*4*
316:*9, 18*
327:*3*
330:*7, 23*
331:*8*
348:*19*
349:*8*
370:*20*
371:*3*
375:*2*
378:*12*
390:*4*
404:*22*
418:*25*
419:*4*
421:*12*
423:*20*
424:*18*
425:*2*
427:*6*
431:*25*
432:*22*
435:*2, 15*
448:*1*
449:*20*
452:*13*
455:*7*
457:*24*
**Draft**  10:*11*
**Dramamine**
300:*2, 22, 24*
301:*2*

**dramatic**
93:*10*
**draw**  123:*2*
**drawing**
82:*17*  125:*3*
**dressed**
461:*7*
**drink**  314:*3*
**drinks**
177:*5*
**driven**
122:*17*
135:*4*  324:*1*
**drives**
122:*14*
**drop**  299:*12*
**drops**
288:*12*
298:*12, 21*
**Drs**  245:*6*
246:*24*
264:*20*
321:*14*
**drug**  24:*19*
26:*9, 18, 23*
29:*20*
30:*15, 18, 24*
31:*9, 12*
32:*17, 22, 24*
33:*1*  36:*24*
228:*2*
246:*19*
250:*13*
258:*13*
259:*8*
260:*24*
310:*8, 12, 14*
311:*6*
317:*11*
318:*11*
319:*15, 19*
322:*3, 6, 22*
345:*23, 24*
346:*1*

347:*9, 11, 23*
369:*12*
370:*4*
374:*18*
376:*14*
379:*3, 11, 14,*
*17, 18*  381:*6,*
*16*  391:*12*
403:*19*
406:*24*
407:*1, 19, 20*
432:*4*
437:*8, 19*
**Drugs**  8:*12*
24:*22*
29:*22*  30:*2*
32:*16*
119:*24*
259:*10*
300:*6*
302:*18*
317:*22*
319:*22*
320:*2*
367:*10*
369:*6, 10*
370:*6*
372:*4*
381:*21*
428:*4, 11*
**dsullivan@hs**
**gllp.com**  3:*9*
**DUANE**  6:*9*
**due**  134:*12*
323:*20, 21*
**duly**  11:*20*
462:*4*
**duty**  116:*8*
**dynamic**
345:*22*
347:*8*

< E >

**e.g**  346:*2*
379:*24*
**earlier**
57:*14*
82:*11*
106:*16*
238:*2*
265:*10*
267:*10*
350:*24*
386:*18*
416:*18*
445:*8*
**early**  22:*22*
23:*23*  35:*4*
313:*16*
383:*21*
387:*23*
442:*6*  443:*7*
**East**  2:*11*
3:*16*  4:*23*
5:*9*
**Eastern**
1:*15*
**eat**  314:*3*
**echo**  15:*4*
**edelucia@hs**
**gllp.com**
3:*10*
**Edition**
8:*12*  428:*4*
431:*18*
**editions**
432:*21*
**editorial**
72:*11*  85:*6*
105:*5, 8, 9*
116:*10*
151:*14*
226:*17*
**educate**
99:*2*
**education**
18:*18, 23*

Confidential - Subject to Protective Order

educational
140:8
148:12
educator
357:13, 21
358:17
366:5
370:11
377:13
effect 73:1
267:3
269:14
273:17
274:24
276:20
415:2
418:10
effective
421:1
effectively
383:23
387:24
393:8
effects 51:9
133:2
297:10
317:12
318:11
319:15
362:11
379:22
380:2
401:6
409:21
421:21, 22
efficacy
82:16
376:13
413:20
effort
365:16
efforts
188:10

EILEEN
3:9
either 16:1,
4 23:8
26:9 74:3
78:6 93:24
95:10, 25
162:8
239:8
304:3
356:19
438:25
453:9
elected
58:23 59:14
Electric
190:25
191:1 193:4
Electric's
184:24
electrolyte
379:24
elements
150:17
eliminated
274:16
277:1, 4
280:16
ELLIS 5:20
elucidated
353:9
e-mail 211:9
e-mails
459:23
embryo-fetal
429:22
employed
13:20
351:23
363:15
employee
462:10, 11
employees
164:15

employs
430:19
enables
381:9
enacted
119:2
encephalopat
hy 138:2
encountered
255:5
encourage
134:18
ended 77:13
endocrinolog
ist 256:8
454:16
endocrinolog
y 256:8
ends 304:8
engaged
343:16
engagements
168:12
England
116:11
enhanced
115:4, 5
enjoy
192:17
334:1
enlisted
57:21
59:22 61:1
enormous
145:15
293:3, 5
enroll 41:5
44:16 45:4
53:10
enrolling
49:12 51:11
enter
267:15
370:4, 6

enterprise
229:1
enterprises
337:19
entire 41:18
101:16
177:12
205:11
303:22
329:16
350:20
entirety
138:24
220:8, 10
ENTIS
435:6
entitled
73:13, 14
116:11
316:23
environment
57:20 60:1
61:23
62:24 63:19
environment
al 57:22
58:17, 25
59:21, 24
265:19
372:4
epidemiologi
c 48:7
353:4
364:16
384:9
Epidemiologi
cal 383:15
394:11
epidemiologi
cally 350:20
epidemiologi
st 39:9
42:5, 21, 23
43:1, 5, 19,

21 44:1
47:23, 24
57:16, 23
62:13, 20, 23
63:5 153:1
357:18
365:23
epidemiologi
sts 48:2
52:8 57:14
59:23
248:20
251:14

epidemiology
42:11
43:14
47:17 48:1
58:18
62:25
139:5
221:12, 19
232:17
233:6
308:13
332:25
350:4, 13, 25
362:3
epigenetics
57:20
epigenome
59:2
Epistemic
9:12 66:17
67:3 69:18
70:25 80:3
151:19
152:11

epistemology
67:19, 21
Epocrates
8:9 435:23,
24 436:19

437:*16*
438:*25*
447:*19*
448:*17, 22*
**equipoise**
40:*22*  41:*12*
**erase**  267:*23*
**erases**
267:*17*
**errata**
463:*6, 9, 11,*
*14*  464:*7*
465:*1*
**ERRATA......**
**.....................**
**.........465**
10:*19*
**errors**
134:*15*
**especially**
260:*7*
263:*15*
265:*11, 13*
266:*11*
267:*22, 23*
268:*19*
292:*21*
323:*23*
350:*6*
**essential**
359:*2*
376:*12*
**essentially**
127:*19*
**establish**
40:*25*
41:*22*  42:*2*
**established**
27:*18*  60:*24*
**establishmen**
**t**  119:*20*
188:*10*
**estimate**
17:*16*  18:*1,*

*9*  294:*21*
331:*22*
**estimation**
54:*6*
**et**  8:*20, 24*
9:*7*  10:*11*
443:*12*
**ethical**
46:*10, 11*
82:*15*
118:*25*
337:*14*
338:*13*
339:*20*
420:*18*
**ethically**
53:*10*  135:*3*
**Ethics**  8:*12*
46:*25*
336:*14, 17*
338:*1*
422:*1, 3*
**Europe**
33:*24*  435:*9*
**European**
268:*4*
**evaluate**
49:*20*
130:*6*
225:*7*
274:*14*
307:*21*
366:*19, 22*
**evaluated**
65:*6*  314:*16*
**Evaluating**
8:*20*
129:*22*
224:*17*
228:*1*
296:*22*
332:*24*
364:*23*

**evaluation**
23:*16*
24:*17, 18*
95:*5*
231:*19*
306:*24*
311:*1*
312:*4, 10, 25*
313:*13*
314:*13*
315:*1, 4*
318:*2, 3*
322:*10*
323:*7, 9*
**Evaluations**
93:*18*
**EVANS**  6:*1*
122:*12*
**evening**
176:*21, 23*
179:*15*
**event**  43:*25*
167:*25*
177:*12*
185:*9*
187:*6, 11*
**events**
166:*9, 13, 18*
169:*16*
176:*22*
197:*21, 24*
408:*22*
**everybody**
12:*9*
138:*14*
184:*25*
185:*4*
342:*1*
382:*24*
**eviCore**
186:*7*
**Evidence**
8:*17*  23:*21*
26:*1*  27:*6*

28:*21*  36:*2*
40:*23*  71:*4,*
*15*  85:*13*
86:*19, 24*
87:*22*  88:*2*
89:*24*
90:*19*
92:*10*
93:*17, 21*
94:*14, 17, 22*
95:*8, 16, 20*
99:*16*
100:*16, 18,*
*25*  101:*4, 10*
132:*20*
133:*1*
134:*20*
135:*5*
136:*17, 25*
137:*18*
141:*23*
146:*1*
224:*25*
227:*7*
228:*1*
231:*20*
232:*13*
234:*12*
235:*9*
244:*17*
256:*20*
259:*25*
260:*9, 15*
261:*11*
262:*10, 12,*
*13*  263:*2, 10,*
*17, 21*
264:*25*
270:*6, 12*
271:*19*
273:*7*
276:*17, 18*
281:*18*
296:*22*

304:*17*
317:*17*
318:*19*
352:*8*
364:*15, 17,*
*18*  365:*12,*
*14, 17*
367:*22*
368:*12*
385:*6*
391:*20*
395:*9*
397:*19*
398:*2*
399:*8*
409:*2*
421:*11*
442:*7*  443:*8*
**evidence-**
**based**  92:*9*
134:*19*
**evolve**
265:*12*
**ex**  175:*15,*
*21, 23*
458:*20*
**exact**  34:*23*
112:*4*
170:*18*
239:*19*
331:*5*
408:*16*
409:*8*
**exactly**  53:*2*
57:*17*
111:*24*
187:*4*
215:*1*
238:*1*
274:*7*
288:*13, 14*
295:*23*
308:*23*

368:*20*
424:*4*
**EXAMINAT**
**ION** 12:*1*
127:*8* 462:*4*
**EXAMINAT**
**IONS** 8:*4*
126:*9* 129:*3*
**examined**
92:*8, 10*
**example**
86:*21*
87:*24*
91:*19*
137:*4*
184:*16*
308:*12*
347:*23*
354:*5*
357:*15*
358:*3*
402:*12*
**examples**
85:*10*
**exceeding**
131:*18*
**excellent**
60:*25* 189:*1*
**exception**
452:*13*
**exceptions**
311:*10*
**excerpt**
10:*13*
**excess**
360:*19*
**exchange**
49:*7*
**exchanged**
178:*2*
**exclusively**
201:*19*
202:*4*

**excuse**
29:*16*
121:*24*
139:*12*
143:*4, 8*
234:*16*
277:*12*
343:*22*
431:*4*
**executive**
131:*6*
149:*17*
189:*2*
237:*2*
238:*25*
240:*10, 17*
457:*1*
**exercise**
442:*5* 443:*6*
**Exhibit**
38:*6, 10*
59:*9* 66:*10,*
*11* 69:*14*
89:*18, 23*
102:*12, 15,*
*16* 107:*16*
112:*6, 10*
129:*17, 21*
157:*16, 20*
161:*14*
163:*23*
164:*5, 7*
165:*8*
172:*19*
210:*7, 12*
211:*16*
215:*24, 25*
219:*18, 22*
229:*4*
244:*25*
245:*4*
284:*11*
326:*24*
327:*3, 18, 19*

335:*24*
336:*12*
348:*16, 21*
373:*19*
374:*1*
375:*20*
382:*6, 9*
385:*11*
392:*3, 7*
403:*14, 18*
411:*17*
412:*9, 14*
427:*11, 14,*
*20* 436:*10,*
*14* 439:*20,*
*23*
**exhibition**
402:*12*
**exhibitor**
162:*11*
**exhibitors**
161:*15, 17*
162:*4, 7, 19,*
*24* 163:*7, 17,*
*25* 164:*2, 8*
198:*15, 17*
199:*5*
**EXHIBITS**
8:*7* 10:*15*
12:*12*
173:*13*
198:*21*
**exist** 152:*16*
305:*10*
**existed**
151:*21*
**existence**
83:*15* 293:*2*
**existing**
146:*16*
230:*18*
259:*25*
302:*18*
376:*14*

**exists** 121:*3*
182:*2*
273:*19*
276:*19*
420:*3*
**exonerate**
234:*21*
235:*1*
**exonerated**
232:*17*
**exoneration**
134:*22*
**expect**
272:*15, 18*
299:*10*
300:*3, 5*
302:*4, 12*
306:*6, 14*
408:*4*
455:*17*
**expectations**
303:*18*
**expected**
70:*24*
307:*12*
339:*25*
**expense**
172:*2*
**experience**
72:*9* 86:*1*
163:*6*
297:*6*
313:*19*
358:*25*
381:*2*
**experienced**
167:*12*
**Expert** 8:*9*
93:*21, 23*
94:*23* 95:*8,*
*9, 15, 25*
100:*19, 24*
142:*1*
246:*19*

254:*24*
284:*19, 24*
287:*25*
336:*25*
337:*20*
341:*6*
370:*5*
396:*22*
397:*3*
407:*10*
457:*9, 17*
458:*4, 8*
**expertise**
367:*23*
398:*13*
402:*18*
407:*13*
**experts**
39:*16*
451:*5*
453:*6* 454:*5*
**expires**
464:*17*
**explain**
260:*6*
263:*14*
281:*20*
304:*21*
443:*18*
**explained**
83:*16*
269:*15*
370:*12*
**explicitly**
380:*25*
**explore**
55:*11*
90:*18* 107:*9*
**explored**
101:*8*
**explores**
104:*11*

Confidential - Subject to Protective Order

**exploring**
55:*24*
103:*11*
**exposed**
259:*14*
379:*11*
**exposing**
421:*12*
**exposure**
223:*3*
257:*10*
268:*20*
379:*15, 18*
442:*8*
443:*9, 13*
**exposures**
59:*1, 21*
265:*19*
322:7
**express**
421:*20*
**expressing**
199:*12*
**extending**
198:*18*
**extensive**
109:*12*
123:*10*
146:7
**extent**
45:*24* 352:*1*
**extraordinari
ly** 253:8
**extraordinar
y** 145:*23*
320:*13, 18*
**extremely**
31:*19*
114:*25*
145:*3, 16*
312:*14*
**eye** 200:*11*
**eyes** 335:7

**< F >**
**face** 55:*17,
25*
**faced**
250:*12*
**facilities**
118:*14*
**fact** 84:7
85:*21*
96:*12*
114:*15*
208:*25*
262:*10*
272:*24*
304:*13*
318:*13*
361:*24*
373:*11*
**factor** 84:*1*
108:*3*
414:*23*
417:*16, 21*
**factors**
49:*21*
83:*22*
138:*25*
**facts** 376:*18*
**fading** 335:8
**fail** 463:*17*
**failed** 121:2
125:*21*
242:*13*
414:*24*
**failing** 231:*4*
**failure**
134:*25*
265:7
359:7
360:*6, 7*
362:*25*
364:*19*
**Fair** 17:5
38:*4*

115:*21*
128:*10*
244:*23*
348:5
357:*25*
375:*4* 411:2
**Fairfield**
3:*16*
**fairly** 102:*1*
168:*14*
407:*13*
**fall** 22:*22*
23:*23*
37:*16*
57:*25*
434:*14*
**fallacy**
54:*18*
**false** 415:7
417:*21*
**familiar**
31:*12* 33:*1*
64:*13* 67:*1*
69:*23, 24*
70:*1* 87:*3,
8* 88:*5, 10*
102:*22*
104:9
116:*13, 18*
117:6
118:*15, 19,
21* 120:*1*
121:9
122:*16*
124:6
125:*1*
131:*19, 24*
174:*21*
181:*21*
183:*4, 8*
191:*12, 14*
238:*4*
239:*18*
254:*13*

287:*25*
299:22
310:*1*
327:*4, 23*
336:*16, 18*
337:*21*
338:5
356:*13, 18*
403:*21*
407:*20*
432:22
**familiarize**
336:*21*
**families**
99:5
**Family** 5:*23*
13:*13*
320:*19*
**far** 16:*15*
35:7 49:*15*
79:9
176:*14*
274:*21*
280:*15*
323:7
345:*10*
356:9 429:9
**fashion**
314:8
**fast** 330:*13*
**fault** 79:*1*
**favor** 83:2
86:*25* 88:*3*
**favorable**
82:*15, 16, 17*
**FDA** 34:*1,
8, 17* 35:2
36:*1*
230:*21*
368:2, *20*
370:*4*
381:*20*
407:*1, 11*
414:22

**FDA's** 34:*3*
368:9
**fearful**
292:*25*
**February**
9:*1* 192:*15*
219:*13*
405:*4*
**federal**
228:*21*
439:*25*
441:*14*
**feeds**
154:*18*
155:*13*
156:*1*
**feel** 23:*15*
128:5
355:*17*
451:*18*
**feels** 243:*17*
**fees** 131:*11*
**fell** 439:*11*
448:*24, 25*
**fellow** 19:*7,
16* 20:*16, 18*
88:*20*
**fellows**
18:*14* 19:*6,
13, 14, 19*
20:7 99:*3*
146:2
161:*3, 8*
162:*1*
165:2, *19*
166:*23*
167:*13*
169:5
188:*13*
207:*23*
208:2
209:*20*

Confidential - Subject to Protective Order

**fellowship**
18:*25*
187:*7, 9*
**fellowships**
18:*24*
**felt** 230:*19*
315:*11*
323:*8*
351:*10*
448:*23, 25*
452:*8*
**Ferring**
184:*18*
186:*16*
203:*17, 25*
204:*5*
**Fetal** 9:*4*
26:*6* 32:*3*
49:*19, 22*
126:*8*
127:*7*
129:*3*
246:*20*
281:*20*
374:*6*
383:*21, 23*
387:*22, 25*
394:*17*
396:*9*
397:*19*
398:*3*
421:*21*
427:*17*
437:*10, 24*
438:*13*
**fetotoxicity**
395:*9, 15*
409:*2*
**fetus** 19:*21*
20:*8* 21:*1*
22:*12* 23:*1,*
*21* 24:*3, 24*
25:*13, 18*
28:*1* 29:*21*

228:*2*
383:*18*
384:*1, 22*
388:*2, 25*
389:*7*
395:*20*
399:*8*
401:*5*
409:*3*
410:*6, 17*
414:*25*
421:*12, 19*
442:*8* 443:*9*
**fetuses** 51:*9*
409:*17*
**fever** 23:*9*
24:*14*
26:*13*
32:*11*
46:*15, 22*
249:*22*
252:*12, 14*
286:*22*
292:*21*
294:*1*
315:*14*
351:*15*
354:*24*
420:*20*
421:*2* 422:*6*
**field** 122:*22*
124:*7*
126:*7*
134:*10*
451:*6*
**Fifteen**
126:*3*
**fifth** 402:*3*
**fight** 304:*8*
**fighting**
217:*3*
**filed** 236:*21*
238:*20*

**filibuster**
73:*15*
272:*17*
303:*12*
**filibustering**
73:*8* 153:*13*
**finances**
151:*5*
**Financial**
8:*20* 10:*8*
86:*22*
87:*25*
102:*18*
103:*13*
104:*12*
108:*8*
109:*9, 19*
116:*7*
121:*3, 6*
123:*11*
127:*15, 20*
128:*12*
129:*22*
131:*16*
133:*2*
144:*9*
147:*20, 24*
244:*11*
340:*22*
**financially**
129:*13*
462:*12*
**find** 25:*24*
63:*15*
159:*23*
167:*4*
172:*19*
182:*20*
183:*20*
186:*2*
187:*22*
213:*13*
256:*17*
263:*8*

321:*17*
327:*7*
333:*21*
336:*11*
349:*24*
352:*21*
353:*14*
357:*2*
358:*21*
378:*9*
389:*19*
426:*17*
436:*25*
445:*20*
453:*4, 16, 17*
**finding**
99:*19*
205:*1*
267:*18, 23*
**findings**
99:*12*
119:*16*
121:*5*
259:*19*
260:*3*
270:*5*
281:*14*
379:*9*
381:*4, 11*
386:*21*
**fine** 89:*10*
102:*8*
156:*25*
279:*18*
283:*21*
290:*3*
299:*8*
445:*10*
448:*8, 12*
**finest** 58:*9*
**finish** 50:*3,*
*15* 73:*17*
74:*4* 75:*20*
76:*4*

110:*12*
148:*19*
154:*22*
155:*5*
268:*12*
272:*4, 21*
275:*16*
276:*7*
281:*7*
295:*5*
302:*23*
303:*9*
304:*6*
305:*3, 7*
449:*15, 19*
457:*24*
459:*7*
**finished**
73:*23*
75:*23*
206:*4*
229:*20*
274:*20, 21*
276:*9*
**finishing**
155:*4*
**FIRM** 2:*8*
**first** 11:*20*
23:*9* 24:*9*
25:*11* 41:*4,*
*7* 53:*6, 14*
63:*12*
93:*16*
116:*3, 9*
118:*7*
120:*23*
126:*12*
132:*5*
138:*11, 18*
139:*5, 10*
142:*10*
143:*1*
151:*18*
160:*24*

171:*10*
174:*8*
186:*17*
250:*23*
261:*14*
281:*24*
282:*19, 25*
302:*16*
306:*13*
307:*3*
312:*24*
313:*20*
314:*16*
318:*21, 24*
337:*4*
342:*15*
358:22
373:9
375:*15*
433:*16*
437:*18*
**first-line**
313:*7, 13*
**first-year**
188:*13*
**five** 80:*12*
89:*8*
156:*20*
193:*18*
278:*11*
386:*6*
**fix** 15:*5*
21:22
**flag** 80:*10*
329:*15*
344:*19*
**flaws** 35:*8*
317:2
**flip** 80:*19*
99:*10*
125:*14*
130:*24*
132:2
171:*8*

172:*14*
173:2
175:9
176:*16*
180:*17*
183:25
185:7
190:*24*
197:*19*
201:*4*
203:*5*
204:*6, 10*
205:*4, 20*
375:25
377:25
380:*17*
390:*13*
393:*12, 13, 16* 394:*23*
406:*1*
413:*6, 17, 19*
414:*8*
428:*15*
442:*1*
**flipping**
176:*5* 206:*3*
**Floor** 1:*13*
2:*11* 5:*15*
7:2 161:*15*
163:*23*
164:*5*
165:*9*
172:*19*
**floors** 164:*7*
**Florida**
441:*21*
445:*18*
446:*18*
**flow** 148:*16*
**Flower** 7:2
**flu** 315:*14*
**fluids**
314:*10*
315:*19*

**flu-like**
315:*10*
**focus** 32:2
80:*21, 23*
123:*11*
224:*11, 12*
347:2
**focused**
26:22 32:*8*
201:*19*
202:*4*
**focusing**
25:*10*
**FOERSTER**
6:*4*
**folders** 69:2
**Foley**
188:*11*
**folks**
200:*23*
202:*19, 23*
203:*24*
**follow**
258:*17, 23*
259:22
260:*11*
304:*17*
321:*20*
346:*14*
**followed**
18:*5* 379:*11*
**following**
31:*1* 33:*18*
198:*19, 21*
199:*1*
254:*18*
263:*24*
264:*14*
279:*14*
337:*16*
404:*19*
435:*11*
**follows**
11:*23*

**follow-up**
26:*4* 126:*14*
**Food**
131:*13*
206:20
**footnotes**
335:*3*
**footprint**
191:*2, 6, 10*
**force-feed**
253:*15, 24*
**force-
feeding**
253:*20*
**fore** 251:*23*
**forefront**
111:*4*
251:*24*
**foregoing**
462:*6* 464:*4*
**foremost**
93:*16*
**forget**
412:*15*
452:*5*
**forgot**
455:*1, 13*
**forgotten**
412:*13*
**Forinash**
434:*13*
**form** 19:*23*
20:*10* 21:*3*
22:*14* 24:*5*
25:21
27:*10* 28:*4,
24* 29:24
30:*21*
32:20
33:*12* 34:*7,
21* 35:*16*
36:*12* 37:*8*
39:*14*
41:*15*

42:*14* 43:*3,
17* 44:*5, 23*
45:9, *23*
47:8 48:*18,
22* 49:*11, 24*
51:*16* 53:*1,
12* 54:*20*
55:*21*
56:*10, 16, 23*
57:6 59:*7*
60:*11, 18*
61:*12, 20*
62:*16*
64:*10, 22*
65:*13*
66:*22* 67:*7*
68:*2, 12*
71:*9, 19*
72:*2, 20*
74:*13, 18*
75:2 76:*14*
77:*7* 78:*14*
81:*18* 83:*6*
84:*11* 85:*1,
24* 87:*6*
88:*8* 91:*25*
94:*9* 95:*2,
18* 96:*8, 16*
97:24
98:*15, 25*
99:*21*
101:*2, 14*
103:*17*
104:*15*
105:*20*
106:*6*
107:*25*
109:*1, 22*
110:*21*
111:*15, 22*
113:*10*
114:*11*
116:*16*
117:*10, 20*

118:*18*
119:*5*
120:*4, 11*
121:*12*
123:*6*
124:*9*
126:*20*
127:*17*
128:*17*
130:*11*
131:*23*
133:*14, 24*
135:*14*
136:*20*
137:*15*
138:*16*
139:*9, 25*
140:*20*
141:*8*
142:*8*
143:*19*
144:*4, 10, 14, 24*  145:*10*
146:*10, 23*
147:*10, 18*
148:*5*
149:*10*
150:*6*
151:*8, 24*
152:*19*
154:*20*
155:*15, 24*
156:*10*
160:*8, 21*
161:*20*
162:*14*
163:*10, 19*
164:*19*
165:*13, 22*
166:*6, 16*
167:*2, 16*
168:*20*
169:*7, 18*
170:*6, 16*

171:*2, 21*
172:*22*
173:*9, 20*
174:*12*
177:*9*
178:*8, 21*
179:*6, 21*
180:*4, 11*
181:*11*
182:*8, 11*
183:*7, 16*
184:*6, 13, 22*
185:*2, 13, 22*
186:*20*
187:*1*
188:*23*
189:*12, 25*
190:*10*
191:*4, 21*
192:*4*
193:*9, 16*
194:*8, 15*
195:*21*
196:*16*
197:*8, 15*
198:*10*
199:*8, 18*
200:*1, 10, 19, 25*  201:*14*
203:*1, 13*
204:*20, 25*
205:*7*
206:*1, 11*
207:*18*
208:*6, 20*
209:*9, 24*
210:*6*
212:*25*
214:*5, 14*
215:*7, 16*
216:*17*
217:*22*
218:*5, 14, 22*
221:*2, 16*

223:*5, 20*
224:*15*
225:*4, 14*
226:*1*
227:*17*
228:*7*
229:*9*
230:*8, 15*
231:*6*
232:*1, 9, 21*
233:*11*
234:*23*
235:*13*
236:*4*
237:*14, 24*
238:*15*
239:*4, 15*
240:*5*
241:*9*
242:*4, 16*
243:*9, 20*
244:*14*
246:*1, 10*
247:*10*
248:*7, 18*
249:*6*
250:*2, 22*
252:*18*
253:*17*
254:*9*
255:*1, 13, 25*
257:*13*
260:*17*
262:*13, 17*
264:*23*
267:*6, 20*
269:*5, 19*
270:*9*
273:*22*
275:*4*
276:*24*
278:*8*
279:*6, 14*
280:*7, 22*

282:*1, 22*
285:*10, 23*
286:*18*
287:*2, 11, 21*
288:*6, 16, 20*
289:*7, 17*
290:*1, 12*
291:*3, 16*
293:*9*
294:*14*
295:*17*
296:*2, 13*
297:*1, 24*
298:*25*
299:*14, 20*
300:*15*
301:*17*
302:*8*
306:*9*
307:*9*
308:*4, 16, 21*
309:*8, 21*
311:*13*
312:*20*
313:*11*
314:*23*
316:*12*
317:*15*
318:*15*
320:*9, 24*
322:*13*
323:*17*
324:*14*
325:*6*
326:*6*
329:*11*
331:*3, 19*
332:*6, 19*
333:*5, 24*
334:*10*
337:*24*
339:*5, 15*
340:*14*
341:*1, 17*

342:*13*
343:*10*
344:*6*
346:*9*
352:*1, 24*
353:*18*
354:*14, 20*
355:*13*
356:*22*
357:*5*
358:*7*
359:*10*
360:*1, 22*
361:*15*
362:*5, 18*
363:*2*
364:*6*
365:*20*
367:*7, 17*
368:*7, 22*
369:*18*
372:*7*
374:*8, 20*
377:*3*
380:*12*
381:*25*
384:*7, 24*
385:*23*
386:*10*
388:*6*
389:*10, 24*
390:*8*
391:*23*
394:*6*
395:*18*
396:*3, 20*
397:*7, 22*
398:*5*
399:*11, 21*
400:*14*
401:*12*
402:*15*
403:*6*
405:*19*

| | | | | |
|---|---|---|---|---|
| 407:7 | **for-profit** | 195:*10* | **frequently** | **fund**  227:*12* |
| 409:6 | 197:*12* | 204:*12* | 22:*21* | 228:*12* |
| 410:9, *20* | 228:*25* | 225:22 | 160:*10* | **fundamental** |
| 411:9 | **forth**  99:*14* | 227:*12* | 167:5 | 338:*25* |
| 415:9, *21* | 462:8 | 384:7 | 301:9 | 376:*18* |
| 416:*12, 25* | **forthright** | **foundational** | 310:*14* | **funded** |
| 417:*11, 24* | 296:*18* | 323:3 | **FRIDAY** | 72:22, *23* |
| 419:*4* | **forthrightly** | **Foundations** | 1:6  176:*25* | 75:6  77:*11,* |
| 420:9 | 296:7 | 338:*13* | 179:*18* | *15*  85:*15* |
| 424:8 | **fortunate** | 339:*21* | 192:*15* | 225:*21* |
| 425:*13* | 62:*19* | | **friends** | 227:*10* |
| 426:*11* | **forums** | **Foundation's** | 176:9 | 228:*4* |
| 429:5, *12* | 143:*10* | 188:*15* | 186:*15* | **funding** |
| 430:5 | **forward** | **four**  96:*12* | **front**  49:*2* | 76:*11, 15* |
| 432:*12* | 77:24 | 149:2, *16* | 158:*19* | 77:*4, 9, 13* |
| 433:*15* | **found**  63:*16* | **fourth** | 159:*20* | 78:*21*  82:*7,* |
| 434:*21* | 85:*14* | 133:9 | 188:*3* | *14, 20, 22* |
| 437:*11, 15* | 93:*19*  95:6 | 402:*3*  442:*1* | 190:*17* | 83:*25*  84:*4,* |
| 438:*14, 17* | 99:9 | **FOX**  2:*3* | 212:*13* | *7*  85:*9, 21* |
| 441:*3, 17* | 100:*21, 22* | 7:6 | 297:*12* | 86:*9, 15* |
| 443:*20* | 101:*11* | **frame** | 304:*23, 25* | 153:5 |
| 446:*3* | 133:8 | 23:*24* | 309:*15* | 178:*3, 4, 12* |
| 451:8 | 149:*1, 8* | 37:*15* | 331:*10, 23* | 179:2 |
| 452:*18* | 219:6 | 377:*23* | 336:*1* | 226:*4, 8, 9,* |
| 453:*11, 20* | 233:*8, 20* | **framework** | 348:22 | *16, 25*  227:*3* |
| 454:*9* | 236:*18* | 353:*15* | 349:*8* | 228:*16* |
| 455:*20* | 240:22 | 405:*15, 25* | 412:*17, 24* | 342:5 |
| 456:*12* | 324:*12* | 407:*1*  408:*1* | 414:2 | **funds**  82:*25* |
| 457:*14, 22* | 350:*21* | **Francisco** | 416:*14* | 151:*4* |
| 464:6 | 358:*5, 13, 15* | 9:2  216:8 | 425:5, *18* | **further** |
| **formal** | 376:*13* | **free**  103:*10,* | 427:*19* | 236:*14* |
| 83:22  86:*14* | 390:*19* | *20*  167:*14,* | **Frye**  132:9 | 274:*13* |
| **format** | 391:*20* | *18*  225:*19,* | **full**  93:8 | 277:*23* |
| 405:*12* | 454:*19* | *23*  226:*3, 23* | 252:9 | 462:6, *8* |
| **formats** | **foundation** | 228:*10* | 299:7 | |
| 310:5 | 72:24 | **freedom** | 377:7 | **Furthermore** |
| **formerly** | 106:*12* | 105:*10* | 393:8 | 126:*13* |
| 47:*25* | 174:*24* | 374:*11, 12* | 401:*14* | 265:*14* |
| **forming** | 175:*15* | **Freeman** | **fully**  297:*19* | **future** |
| 220:*14* | 181:*8, 13, 15* | 432:*19* | **function** | 216:*25* |
| **forms** | 182:*15, 23* | **frequency** | 281:*21* | 228:*16* |
| 269:*15* | 184:*3* | 322:7 | **functional** | 323:*10* |
| 386:*23* | 192:*17, 24,* | **frequent** | 259:*14* | |
| | *25*  193:6 | 14:*25* | 379:*24* | **< G >** |

**Galway**
12:20, 23
13:14
**game** 74:7
305:13
**Gas-X**
288:13
299:18, 22
300:12
305:17
**gathered**
283:9
**gathering**
192:17
**GE** 192:12
195:11
**General**
6:14, 15
108:17
131:1, 13, 15
149:10, 20
184:24
190:25
191:1
193:3
227:1
269:9
285:24
315:23
**generalized**
314:12
**generally**
15:23, 24
79:7 163:5
214:24
252:22
311:9
312:1
319:24
**generate**
126:14
**generation**
171:12
402:9 410:3

**genetic**
122:7, 15
137:21
265:20
266:12, 15,
16 267:24
268:3, 17, 19
271:19
273:4, 14, 24
274:14, 22
275:7, 20
277:23, 25
280:25
364:21
**geneticists**
52:10
**Genetics**
183:2
186:17
270:17
275:10
321:6
352:17
**gently** 97:6
**Gerald**
432:17, 18
**GE's** 204:8
**gestation**
401:1
**getting**
38:17
40:17
48:20 90:5
103:2
159:10
185:18, 19
209:14
215:1
245:9, 11
328:4
356:9
374:25
383:4
392:20

403:22
436:15
440:6
**girl** 155:10
**give** 16:2,
14, 16 17:3,
23 18:7
46:8 90:22
98:10
102:3
107:16
130:21
150:25
152:2
158:11
176:17
185:14
188:4
208:10, 24
209:1, 21
210:2
211:8
229:11
258:17
269:17, 21
326:20
328:5
342:3, 21
354:5, 9
371:8
374:23
378:18
384:10
**given** 14:10,
16 17:7
20:19
40:10
48:23
135:21
140:8
146:2
167:4
172:4
187:11

235:17
281:17
293:15
322:8
326:17
343:17
374:10
381:3
383:19
387:21
394:19
455:24
464:5
**gives**
166:21
239:6
**giving**
171:24
186:23
230:17
234:11
257:16
273:12
291:25
292:24
314:9
315:5
337:16
427:9
440:8
444:14
458:9
**glasses**
335:14
**Glenamaddy**
13:14
**go** 12:22
13:3 21:20,
21 39:6
44:25 66:9,
10 79:25
81:25 92:7
93:7 97:6
100:12

109:8
118:5
119:11
121:21
130:20
137:18, 19
138:4
165:8
167:14
170:10, 18
172:18, 19
175:12
192:2
193:5, 14, 18
194:2, 13
196:12
198:2
202:22
211:6, 21
212:3
235:10, 16
259:24
266:22
267:4
276:5
284:15, 17
285:15
302:17
307:10
320:21
321:10
329:18
330:9, 16
334:13, 24
336:12
346:25
353:24
358:3
363:15
364:2, 8
378:17
383:11
390:15, 22
401:18

406:*10*
409:*14*
412:*15*
422:9, *24*
424:*16, 17*
425:9
426:*17*
428:*19*
431:*15*
432:2
434:*4*
443:*1, 18*
449:*3*
451:*1*
452:9, *20*
454:*10*
460:5
**goal** 134:*12*
225:*16*
**goals** 71:*3*
81:5
**God** 13:7
299:7
345:9
404:*18*
461:6
**goes** 40:*19*
45:*20*
116:*23*
170:*11*
346:*21*
400:*24*
**going** 12:*12,*
*13* 21:*17*
28:9 32:*4,*
*5* 35:*20*
38:9 39:5
45:25
46:*21* 48:9
51:7 55:*11*
59:*10*
65:22
68:*14*
69:*13* 73:7,

*17, 20* 76:9,
*21* 80:9, *10,*
*11* 89:*21*
92:5 102:3
124:*4*
146:3
148:*17*
153:20, *22,*
*25* 154:*22,*
*23* 156:22
159:*23*
162:*10*
163:*4*
169:*16*
193:3
205:*10*
206:*15*
210:*10, 11*
211:*13*
212:*1*
213:*15*
215:*21*
216:5
224:*4*
225:20, *21*
227:*10, 12,*
*13* 228:*4, 12*
245:*13*
254:7
259:3
263:*23*
271:*23*
272:*4*
276:5, *6*
278:*10*
283:*11*
284:*16*
294:8
303:2, *3, 7,*
*11* 304:2, *5,*
*6, 22* 305:*1,*
*3, 7, 21, 23*
312:2
317:8

319:*11, 23*
327:*4*
330:*13*
336:8
337:*10, 11*
341:*13*
344:*16, 19,*
*21, 24* 345:*6,*
*15* 347:*12*
363:*17*
366:*13*
368:*16*
373:*24*
376:2
377:*19*
378:*11, 12*
388:*15*
393:22, *25*
394:*23*
397:*14*
413:5
420:*4, 6*
437:*4*
438:5
450:*20*
460:*15, 17*

**GOLDBERG**
3:*8*
**golf** 168:*17,*
*22*
**golfer**
169:*11*
**GOLKOW**
1:*21* 7:*11*
11:*4*
**Good** 12:*3,*
*4* 44:*20*
45:*6, 11*
57:*24*
69:*10*
79:*10*
80:*17*
93:*17*

100:*15*
104:*3*
162:22
206:25
225:*16*
236:8, *9*
283:*24*
290:*18, 25*
344:*23, 25*
411:2
423:*17*
452:9
**goodnight**
97:7
**gotten** 444:*3*
**government**
226:*6*
228:*21, 22*
439:*25*
441:*14*
**grab** 383:*2*
**GRADE**
363:*23*
365:*3, 10, 16*
**G-R-A-D-E**
365:*4*
**grading**
145:*25*
364:*12*
365:*1*
366:*16*
**grams**
361:*4, 13, 24*
**Grand** 3:*21*
4:*4* 176:*20*
177:*4*
**grandfather**
70:7
**graph**
210:*12*
**gratitude**
199:*12, 15,*
*20*

**Gray**
120:2*5*
175:*1*
**Great** 21:*10*
26:*20*
32:*13* 70:*3,*
*9* 80:*17*
89:7 189:5
331:*12*
343:*18*
382:25
412:*12*
414:*4*
445:*11*
**greater**
119:*23*
131:9, *11*
149:*19, 21*
359:*17*
**greatest**
397:*15*
426:7
**Green**
92:22
120:2*5*
**gremlin**
87:*17*
**GROUP**
3:*13* 47:*18*
161:*1* 402:*6*
**groups**
93:*13*
**grown**
160:*11*
**growth**
49:*19, 22*
410:*1*
**Guaynabo**
3:*4*
**GUERRA**
3:*1*
**guess**
157:*24*
180:7, *13*

Confidential - Subject to Protective Order

192:2
206:*23*
423:*3*
**Guevara**
132:*11*
**guidance**
91:*15*
**Guide**
363:22
413:2, *19*
426:*23*
427:*16*
428:*11, 14*
430:7
432:*10*
**guideline**
136:*15*
147:2
150:22
**guideline-making**
96:*25*
**Guidelines**
8:*22*  86:*23*
88:*1*  91:*14,
21*  92:*9*
93:*11, 13, 14,
16, 19*  94:7,
*12, 13*  95:6
97:6, *14*
98:5, *11, 18,
19*  100:*15*
112:2, *3*
129:24
130:8
131:*17*
134:7, *16*
135:*11, 24*
142:21, 24
143:8
145:*19*
146:*17*
337:22
365:9

**Gustavson**
270:*21*
277:7, *21*
280:*4*
**guys**  87:*11*
92:*14*
207:2
392:*18*
429:*10*
461:*13*
**gynecologic**
29:9  93:*1*
**gynecologist**
250:8
255:22
256:22
257:7
298:7
322:20
433:*4*
454:*15*
**Gynecologists**  8:*17, 19,
24*  88:22
89:*25*
92:*13*
113:*3, 22*
125:*18*
127:24
129:25
141:21
249:17
250:*4*
251:*12*
297:*14*
337:*14*
362:*21*
366:7
**gynecology**
14:*1, 6*
47:*1*  60:2
93:3  99:*25*
113:*21*
121:*16*

124:*20*
125:*25*
126:2
131:*4*
132:*16*
133:9, *20*
149:*15*
150:*3*
152:5
175:2
252:*21*
255:*17*
256:6  370:8


**< H >**
**HAIGHT**
7:*1*
**HAILEY**
3:*1*
**half**  223:*12*
229:*15*
319:5
324:*19*
**hall**  172:*19*
**Hall's**
299:*12, 16*
**hand**  12:*13*
36:*14, 20*
38:*10*
55:23
66:*15*
89:21
102:*16*
134:24
154:*18*
155:*12*
156:*1*
165:*18*
187:*15*
210:*10, 11*
298:*12, 13*
306:*17*
314:*1*  327:3

**handed**
171:*18, 23*
**handing**
331:8
**handled**
352:8
**hands**
146:*20*
157:21
178:2
225:20
**Hang**  158:*1*
**happen**
86:*13*
167:21
304:5, *23*
420:7
**happened**
21:*16*
112:5
253:9
343:*14*
405:7
**happening**
49:22
**happens**
74:21
303:8
342:20
420:5
**happy**  32:7
166:*3, 8*
236:12
278:21
336:*10*
343:2  345:4
**hard**  12:*14*
38:*17*
40:25
67:*10*
68:22
158:23
188:*1, 3*
211:24

226:2
346:*13*
431:*18*
**hardcopy**
431:*18*
**harm**  19:*21*
20:8  23:*21*
29:20
40:*13*
310:*13*
311:8
374:6
394:*17*
398:*3*
399:8
429:22
437:*10, 24*
438:*13*
**harmful**
228:2
**HEACOX**
2:*10*
**head**  53:*15*
156:16
332:*21*
457:5
**headache**
312:7
313:*3, 4, 8,
14, 15, 22*
314:5, 7
315:*21*
354:25
356:5
**headaches**
312:*18, 23*
313:*1*
314:*20*
315:*18*
**healing**
217:*4*
**Health**  5:*17*
9:6  16:5
23:4  34:*11*

48:*24*  58:7,
*10, 14, 17*
59:*24*
77:*19*
85:*16*
132:*13*
173:*4*
185:*5*
188:*20*
191:2, *7, 8,*
*10, 13, 16*
202:*3*
246:*20*
249:*17*
251:*24*
252:5, *23*
253:*5*
254:*14*
286:*9*
287:*15*
290:7
292:*10*
297:*14*
298:*4*
310:*14, 23*
311:*2*
312:*15*
338:22, *24*
339:*12*
340:5, *10*
400:*6*
414:*17, 19*
423:*22*
424:*19*
436:*20*
439:*16*
**Healthcare**
182:*18*
186:*8*
192:*12*
413:*14*
**hear**  67:*13*
76:*3*  178:*6*
318:*23*

347:*2*
369:*7*
438:*3*
448:*11*
453:*25*
460:*11*
461:*12*
**heard**  54:*25*
55:*3, 4, 7*
66:*19, 24*
67:*4, 9, 11*
81:*15, 20, 21*
83:*3, 7, 11*
112:*22*
154:*17*
155:*7, 9, 18*
178:*9, 14, 17,*
*18*  179:*8*
249:*25*
250:*19*
255:*6, 15*
295:*13, 19*
299:*23*
318:*21, 24*
371:*11*
461:*10*
**heartburn**
446:*11, 14*
**heat**  314:*4*
**held**  1:*12*
11:*8*  140:*11*
**hello**  325:*18*
**Help**  13:7
57:*22*
59:*22*  61:*2*
136:*1, 2*
378:*12*
379:*1*
404:*22*
**helped**
63:*15*
136:*6, 11*

**helpful**
130:*9*
229:*12*
**hemorrhage**
77:*18*
**hereinbefore**
462:*8*
**Hey**  15:*2*
63:*24*
68:*20*
205:*9*
378:*8*
392:*12*
411:*19*
**Hi**  207:*11*
**hide**  343:*21*
**high**  13:*4*
70:6  322:6
**high-dose**
402:*6*
**higher**
274:*8*
277:*14*
359:*18*
**highlight**
60:*4*  115:*11*
**highlighted**
81:*12*
87:*22*
187:*24*
321:*23*
336:*24*
440:*15*
**highlighting**
60:*6*
122:*10*
337:*8*
346:*20*
**highlights**
358:*14*
393:*6*
**highly**
42:*16, 18*
59:*3*  64:*7*

107:*22*
135:*5*
**high-quality**
99:*15*
**high-risk**
26:*12*
293:*22*
**Highway**
3:*16*
**Hill**  357:*16*
363:*20*
**Hills**  6:*24*
**Hilton**  9:*19*
160:*15*
**hired**  17:*9*
39:*12, 17*
63:6  218:*2,*
*12*  341:*15*
457:*8, 12, 20*
**historically**
243:*3*
**history**
48:*25*
118:*16, 20*
119:*9*
252:*11*
**hit**  424:*15,*
*16*
**hits**  354:*9*
**Hmm**
231:*12*
**Hold**  327:*6*
420:*24*
**holding**
345:*5*
**Hologic**
183:*1*
186:*17*
**HOLWELL**
3:*8*
**home**  36:*15*
**honest**
224:*4*
279:*21*

**honestly**
20:*3, 11*
30:*23*
53:*14*
67:*15*
126:*22*
183:*17*
194:*1*
218:*16*
234:*4*
246:*11*
287:*22*
293:*10*
296:6
299:*21*
343:*17*
396:6
**hope**  56:*24*
57:*3*
176:*15, 19*
216:*3*
296:*14*
322:9
323:6
355:*20*
**hoped**  12:*8,*
*19*
**hopefully**
383:*2*
**hopelessness**
217:*5*
**hor**  177:*6*
**Hospital**
13:*22*
340:*10*
**hospitality**
108:*18*
**hospitals**
161:*23*
**host**  166:*3,*
*9*  182:*24*
**hotel**  164:*1*
**hotels**  160:6
163:*16*

Confidential - Subject to Protective Order

hour 65:*23*
79:*3* 80:*11*
148:*17*
209:*7*
278:*11*
344:*22*
hours 79:*5,*
*11, 14, 19*
166:*3, 8*
317:*9*
426:*4*
456:*9*
460:*10*
house 373:*2*
housed
373:*5*
Houston 2:*6*
http://nih.go
v/books
441:*1*
huge 191:*1*
Hugh 256:*2*
454:*13*
human 59:*1*
221:*11*
350:*24*
351:*6*
367:*12*
369:*13*
381:*2*
395:*8*
401:*2, 8, 25*
409:*1, 18*
420:*13*
437:*11, 14*
438:*13, 17,*
*21*
humility
66:*17*
hundred
294:*12*
295:*3*
HUNT 2:*18*

hwatts@watt
sguerra.com
3:*2*
hyperkinetic
233:*22*
386:*22*

hypertension
100:*5* 312:*9*
hypothesis-
generating
367:*21*
hypothetical
40:*8* 45:*18*
257:*13*
298:*25*
308:*6*

< I >
i.e 414:*23*
idea 14:*15,*
*17* 54:*22*
115:*1*
130:*15*
243:*1*
274:*23*

identification
38:*7* 66:*12*
89:*19*
102:*13*
112:*7*
129:*18*
157:*17*
210:*8*
216:*1*
219:*19*
245:*1*
326:*25*
327:*20*
348:*17*
373:*20*
382:*7*
385:*12*

392:*4*
403:*15*
412:*10*
427:*12*
436:*11*
439:*21*
identified
54:*11*
149:*8*
199:*1*
201:*6*
229:*7*
241:*2*
270:*5*
275:*1*
334:*8*
358:*2*
408:*22*
identify
121:*2*
231:*4*
241:*5*
271:*10*
306:*21*
356:*16*
identifying
114:*6* 283:*8*
identity
220:*25*
244:*3*
II 192:*12*
III 4:*9*
339:*20*
Illinois 1:*17*
2:*23* 462:*19*
Illlumina
176:*21*
Illlumina-
sponsored
176:*22*
illnesses
265:*11*
Illumina
177:*6, 11*

179:*16*
198:*4*
illustrates
114:*5*
imagine
321:*9*
Imaging
183:*3*
191:*8, 15*
immediately
312:*24*
impact
108:*2*
121:*6*
249:*13*
270:*5*
351:*5*
367:*1, 10*
impeccable
60:*16*
imperative
463:*13*
implication
83:*24*
implicit
93:*24*
95:*10* 96:*1*
importance
114:*6*
298:*3* 312:*5*
important
31:*19* 48:*5*
86:*20*
87:*23*
91:*14*
115:*13*
134:*12*
150:*16*
224:*20*
230:*20*
249:*14*
250:*6*
251:*15*
268:*18*

273:*13*
311:*1*
312:*14*
339:*8*
355:*21*
372:*17*
390:*3, 10*
importantly
70:*22* 449:*6*
impossible
40:*9*
impress
61:*24*
impressed
61:*10, 14, 17,*
*21* 145:*17*
improve
134:*17*

improvement
112:*1*
improvement
s 142:*20*
improving
217:*4*
inadequate
266:*6*
inadvertent
379:*18*
incantation
267:*16*
incapable
296:*22*
incentives
116:*7*
121:*3, 7*
128:*13*
inception
157:*14*
incidence
324:*17*
include
342:*4*
379:*9* 393:*6*

Confidential - Subject to Protective Order

included
59:2
338:19
381:7
including
86:21
108:17
126:9
133:3
135:4
164:8
232:12
337:15
350:2, 11
379:17
inclusion
82:8
income
113:6
126:8
129:3
148:2
214:21
Incomplete
298:25
inconceivable
255:9, 15
inconclusive
231:21
inconsistent
100:18
Incorporated
391:8
increase
93:10
161:25
395:10
396:10
442:9
443:10
increased
17:15  83:2

260:3
380:3
394:13
402:8
increases
409:2
increasing
189:3
442:7  443:8
independenc
e  109:15
151:15
226:18
independent
104:21
196:21
345:25
347:16
INDEX  8:1
Indiana
48:1
indicate
26:14
383:15
441:22
indicated
23:15
24:12
286:5
289:20, 23
292:19
396:13
indication
25:4  32:25
36:9, 25
37:18, 24
208:8
251:10
257:21
260:8
263:16
285:19
286:4, 7
289:4

310:11
318:4
352:16
indications
30:15
252:10
286:15, 21
307:13
315:24
316:4, 6
individual
133:11
137:19
138:20
189:20
230:5
242:22
338:23
434:4
individually
150:9
industries
86:25
Industry
9:12  10:11
68:17
69:19
76:12  77:5
80:4, 24
81:23  82:6,
13, 20, 22
83:16, 25
84:4  85:8
86:12  88:3
97:15
102:20
103:15
104:12, 22
105:4, 15
108:9
109:12, 20
110:5
120:8
122:6, 14

123:3
127:4
131:18
133:8, 11, 22
144:21
146:20
147:16, 22
148:1, 3, 7,
11  150:2
151:4, 16
152:17
161:18, 22
162:25
164:16, 17
166:3, 24
167:6, 8, 10
168:15
172:11, 12
176:24
179:17
180:8
188:15
189:10, 15,
20  190:4
196:13
198:21
213:9, 19
214:3
215:2, 5
227:11
228:5, 12
243:4
244:4
336:25
337:19
338:10
industry-
sponsored
167:11
168:2, 5, 17,
22  169:15,
23  170:3, 8
180:1  196:5

infant
388:25
influence
64:15  65:9
68:9  72:5
81:22
110:3, 4
113:6
116:8
119:15
121:5  133:4
influenced
57:1  117:5,
17
influencer
188:19
influences
118:8
influential
10:10  59:4
60:8  64:8
102:19
105:16
106:3
109:10
inform
225:8, 9
Information
10:7  29:11
30:1  32:15
35:2  48:23
49:6, 7
52:11  54:1
60:1  78:6
93:15
146:24
165:25
234:6
240:18
244:1
266:7
292:1, 25
297:16
317:25

Confidential - Subject to Protective Order

319:*25*
339:*13*, *17*
346:*1*, *4*
347:*22*, *25*
365:*12*
368:*12*
373:*13*, *15*
376:*12*, *13*,
*22* 379:*13*,
*17* 380:*8*, *15*
381:*2*, *3*
393:*7*, *9*
396:*17*
399:*17*
400:*5*
407:*22*
413:*1*
414:*12*
425:*11*
426:*5*, *18*
427:*10*
431:*2*
433:*19*
435:*7*
436:*1*
439:*7*
447:*10*, *12*
449:*1*
458:*18*
**informed**
48:*13*, *15*, *21*
49:*11*, *17*
50:*22*, *23*
51:*2*
337:*17*
358:*24*
**ingenuity**
217:*4*
**ingestion**
230:*24*
274:*17*
383:*22*
387:*24*

**ingred**
376:*16*
**ingredient**
376:*16*, *21*
**Ingredients**
9:*22*
**inherent**
339:*24*
**Initiative**
106:*20*
**injection**
391:*7*, *25*
**injury**
323:*20*
**inner** 145:*4*
**innovation**
122:*6*, *14*, *17*,
*22* 123:*23*
125:*7*
**innovations**
125:*5*
201:*20*
202:*2*
**input** 48:*7*
52:*7* 53:*21*
137:*1* 175:*3*
**inquiry**
458:*12*
**inspire**
363:*18*
**instance**
20:*1* 100:*3*
231:*9*
313:*23*
**instances**
135:*23*
173:*14*
255:*3*
**Institute**
117:*1*, *7*, *12*
152:*24*
**Institutes**
439:*16*

**institution**
120:*14*
150:*15*, *20*
152:*14*
**institutions**
108:*21*
147:*13*
151:*13*
180:*19*, *25*
**instruct**
304:*16*
**instruction**
371:*9*
**INSTRUCTI
ONS** 463:*1*
**instructs**
414:*15*
**insurers**
188:*20*
**intake**
259:*13*
**Integrated**
183:*1*
186:*17*
**integratedge
netics.com**
204:*23*
**integrity**
60:*16*, *22*
70:*22* 81:*4*
109:*15*
**intend**
340:*21*
**intended**
379:*1*
**intent** 296:*3*,
*5* 343:*20*
427:*9*
434:*15*
439:*6*, *7*
449:*1*
451:*17*

**interchangea
bly** 162:*12*,
*23*
**Interest**
8:*22* 9:*13*
62:*24*
86:*20*
87:*23*
111:*10*
112:*15*
113:*24*
116:*4*
117:*4*, *5*, *18*
118:*7*
119:*12*
120:*14*, *20*
121:*2*
122:*11*, *20*
125:*22*
129:*14*, *23*
130:*7*
131:*17*
133:*3*
144:*10*
147:*5*
156:*2*
199:*2*, *23*
214:*11*, *17*
236:*17*, *22*,
*25* 238:*5*, *21*
244:*11*, *19*
339:*22*, *24*
340:*3*, *4*, *9*,
*16*, *17*
341:*21*
344:*9*
**interested**
63:*17*
165:*20*
462:*12*
**interesting**
236:*19*
**interests**
71:*2* 81:*3*,

*10* 83:*21*
116:*9*
127:*15*, *21*
147:*3*
236:*23*
**internal**
374:*4*
**internally**
374:*18*

**international**
161:*1*
435:*21*
452:*6*
**international
ly** 168:*11*
**Internet**
171:*17*
451:*4*, *10*, *25*
452:*20*, *21*
453:*2*, *3*
**interpretatio
n** 133:*5*
**interquartile**
108:*15*
**interrupt**
15:*3* 50:*16*
74:*3* 80:*8*
148:*16*
306:*3*
**interrupted**
153:*23*
154:*8*
272:*11*
**interrupting**
304:*4*
321:*24*
438:*6*
**interruption**
87:*9* 400:*23*
**intervals**
279:*3*
280:*1*, *4*

Confidential - Subject to Protective Order

interview
265:6
266:9
352:13
intravenous
394:10
395:5
400:7  403:9
introduced
189:17
204:3
introduction
171:10
199:4, 11
258:10
369:24
invasive
114:5
investigate
71:22
307:15
investigated
62:3
292:22
310:22
investigating
100:9  309:5
investigation
72:13
100:5
225:17
investigation
s  226:5
investigator
49:19
109:6
119:17
357:13
investigators
53:22
72:12
76:18
77:23, 25
85:5

108:23
123:12
153:6
226:12, 19
372:15
419:17
invited
161:11
168:7
invoice
342:19
involve  52:6
involved
47:17  48:2
51:2, 5
85:11  87:1
88:4  107:5
170:21
174:23
250:14
involvement
71:5, 16
84:16  237:5
IQ  432:5
Ireland
13:1, 4, 5, 8
155:10
Island
441:20
445:18
446:18
Israel
182:24
issue  21:14
22:9  55:23,
24  62:5
76:21
87:14
109:24
110:3
139:21
209:3
221:13
248:3

265:25
266:2
280:24
366:3
372:17
373:5
issued
100:14
141:4
223:13
issues  21:8
62:9  99:24
103:11
104:11
124:13, 14,
16  248:9
257:23
258:1
291:7
337:16
452:10
items  224:8
it'll  376:1
its  80:25
82:9  108:2
116:9
126:8
157:14
220:8, 9
299:23
350:16
357:10
362:10
369:23
372:15
374:6
419:23, 24
426:19
428:4
434:25
448:25
IV  393:20
394:1, 15
400:17

411:13
415:11, 19
417:2, 5
418:8

< J >
J&J  376:8
394:2
415:17
J.J  2:21
Jake  132:10
JAMA  97:1,
16, 18, 20, 25
JAMES
4:22
Janssen
206:9
216:12, 13,
24  219:12
403:20
405:6
January
9:18
Jason  91:8
142:12
143:2
261:14
jcracken@w
attsguerra.co
m  3:3
Jeff  457:5
Jennifer
10:13  38:11
Jersey  1:20
5:10  462:21
JESSICA
5:8
jessica.brenn
an@btlaw.co
m  5:9
Ji  222:2
223:1, 7
234:4, 19
235:2, 18, 19

jj.snidow@k
ellerpostman
.com  2:22
jlara@stoned
eanlaw.com
6:23
jmurdica@bt
law.com
4:22
JOHN  3:2
Johnson
5:11  39:12,
18  44:2
206:9
207:15, 16
216:12, 13
217:2
218:3
219:12, 13,
15  293:6, 12,
17  340:23
341:15
342:11, 16,
25  343:1, 7,
8  344:3
373:25
374:4, 14
387:7, 8
389:20
414:6
424:4
429:10, 15
455:18
457:8, 12
458:7
Johnson's
344:3
JOHNSTON
4:19  15:2
19:22  20:9
21:2, 18, 23
22:13  24:4
25:20  27:9
28:3, 23

| | | | | |
|---|---|---|---|---|
| 29:23 | 95:1, 12, 17 | 146:9, 22 | 194:7, 14 | 240:4, 13 |
| 30:20 | 96:7, 15 | 147:9, 17 | 195:20 | 241:8 |
| 32:19 | 97:23 | 148:4, 15, 22 | 196:15 | 242:3, 15 |
| 33:11  34:6, | 98:14, 24 | 150:5 | 197:7, 14 | 243:5, 8, 19 |
| 20  35:15 | 99:20 | 151:7, 23 | 198:9 | 244:5, 13 |
| 36:11  37:7 | 101:1, 13, 21, | 152:18 | 199:7, 17, 25 | 245:8, 18, 25 |
| 38:16 | 23  102:6 | 153:8, 14 | 200:9, 18, 24 | 246:9 |
| 39:13 | 103:1, 16 | 154:4, 19 | 201:13 | 247:6, 9 |
| 41:14 | 104:14 | 155:2, 5, 14, | 202:25 | 248:6, 17 |
| 42:13  43:2, | 105:19, 22 | 23  156:9, 22 | 203:12 | 249:5 |
| 16  44:4, 22 | 106:5 | 157:1 | 204:19, 24 | 250:1, 21 |
| 45:8, 22 | 107:24 | 158:1, 5, 22 | 205:6, 9, 16, | 252:17 |
| 47:7  50:2, | 108:25 | 159:5, 9, 12 | 25  206:10, | 253:16 |
| 14  51:15 | 109:21 | 160:7, 20 | 16, 19, 24 | 254:8, 25 |
| 52:25 | 110:11, 20 | 161:19 | 207:17, 24 | 255:12, 24 |
| 53:11 | 111:14, 21 | 162:13 | 208:5, 19 | 257:12 |
| 54:19  55:2, | 113:9 | 163:9, 18 | 209:8, 23 | 258:20 |
| 20  56:9, 15, | 114:10 | 164:18 | 210:5, 22 | 260:16 |
| 22  57:5 | 116:15 | 165:12, 21 | 211:1, 4, 7, | 261:23 |
| 59:6, 12 | 117:9, 19 | 166:5, 15 | 15, 25 | 262:16 |
| 60:10, 17 | 118:17 | 167:1, 15 | 212:24 | 263:22 |
| 61:11, 19 | 119:4 | 168:19 | 213:14 | 264:10, 22 |
| 62:15 | 120:3, 10 | 169:6, 17 | 214:4, 13 | 267:5, 19 |
| 63:24  64:4, | 121:11 | 170:5, 15 | 215:6, 15 | 268:8, 11 |
| 9, 21  65:3, | 123:5 | 171:1, 20 | 216:16 | 269:4, 18 |
| 12, 20  66:1, | 124:8 | 172:21 | 217:9, 21 | 270:8 |
| 5, 21  67:6 | 126:19 | 173:8, 19 | 218:4, 13, 21, | 271:1, 4, 8, |
| 68:1, 11, 20 | 127:16 | 174:1, 11 | 24  221:1, 15 | 13, 23  272:3, |
| 69:4, 9 | 128:16 | 177:8, 17 | 223:4, 19 | 20  273:21 |
| 70:12  71:8, | 129:15 | 178:7, 20 | 224:14 | 275:3, 12, 15 |
| 18  72:1, 19 | 130:10 | 179:5, 20 | 225:3, 13, 25 | 276:4, 13, 23 |
| 73:4, 12, 16, | 131:22 | 180:3, 10 | 227:16 | 278:7, 18 |
| 22  74:2, 12, | 133:13, 23 | 181:10 | 228:6, 14 | 279:5, 13 |
| 17  75:1, 14, | 135:13 | 182:7 | 229:8 | 280:6, 21 |
| 19  76:4, 13 | 136:19 | 183:6, 15 | 230:7, 14 | 281:25 |
| 77:6  78:13 | 137:14 | 184:5, 12, 21 | 231:5, 25 | 282:13, 21 |
| 80:7  81:17 | 138:15 | 185:1, 12, 21 | 232:8, 20 | 283:10, 21, |
| 83:5  84:10, | 139:8, 24 | 186:19, 25 | 233:10 | 24  285:9, 22 |
| 25  85:23 | 140:19 | 188:22 | 234:22 | 286:17 |
| 87:5, 12 | 141:7 | 189:11, 24 | 235:12 | 287:1, 10, 20 |
| 88:7, 24 | 142:7 | 190:9 | 236:3 | 288:5, 15, 19 |
| 89:3, 7, 9 | 143:18 | 191:3, 20 | 237:13, 23 | 289:6, 16, 25 |
| 90:4, 8 | 144:3, 13, 23 | 192:3 | 238:14 | 290:12, 20 |
| 91:24  94:8 | 145:9 | 193:8, 15 | 239:3, 14 | 291:2, 15 |

293:8
294:13, 25
295:4, 16
296:1, 12, 25
297:23
298:24
299:8, 13, 19
300:4, 14, 18, 23  301:5, 16
302:7, 10, 22
303:2, 6, 14, 17, 22  304:1, 19, 24
305:15
306:3, 9
307:6, 8
308:3, 15, 20
309:7, 20
311:12
312:19
313:10
314:22
316:11, 21
317:14
318:14
319:4, 7, 17
320:8, 14, 23
322:12
323:16
324:13
325:5, 10
326:5, 15, 18
327:13, 16
328:11, 14
329:10, 14
331:2, 7, 18
332:5, 12, 18
333:4, 13, 23
334:9, 15, 18
335:1, 9, 15, 17  337:23
339:4, 14
340:13, 25
341:16

342:12
343:9
344:5, 18
346:8, 12, 18
348:25
349:2, 16
351:25
352:23
353:17
354:13, 19
355:12
356:21
357:4
358:6
359:9, 25
360:10, 21
361:14
362:4, 17
363:1, 8
364:5
365:19
367:6, 16
368:6, 21
369:17
370:19, 25
371:3, 8, 20
372:6
374:7, 19, 25
375:6
376:4
377:2
378:8, 11, 17
380:11
381:24
382:19, 22, 25  383:4
384:6, 23
385:22
386:9
388:5
389:9, 23
390:7
391:22
392:12, 19,

25  393:3
394:5
395:17
396:2, 19
397:6, 21
398:4, 22
399:10, 20
400:13
401:12
402:14
403:5, 22
404:21
405:18
406:4, 9, 13
407:6
409:5
410:8, 19
411:8, 19, 23, 25  412:2
413:10, 23
415:8, 20
416:11, 24
417:10, 23
419:3
420:8
421:8, 15
423:1, 5
424:7, 23
425:12, 22
426:10
427:24
429:4, 11
430:4, 20
432:11
433:7, 14
434:20
436:15
437:3
440:4, 18
441:2, 16
442:23
443:19
444:11, 16
445:10

446:2, 12
447:14, 25
448:5, 8, 12
449:15, 19
450:10, 15, 22  451:1, 7
452:17
453:10, 19
454:8
455:2, 6, 15, 19  456:11
457:13, 21
458:13, 20
459:21, 25
460:9
461:2, 9, 14
**joined**
57:25  87:15
**joining**
63:20
**joint**  61:3
63:6, 8
**JOSEPH**
6:22
**Journal**
92:22  98:1
103:12
107:11, 21, 22  108:2, 3
116:11
120:25
126:1
130:2
143:4
175:1
242:1, 7
244:10
435:16
**journals**
97:21
120:24
121:1
152:5
242:12

**JUDGE**  1:5
304:23, 25
305:11
358:3
364:4
371:18
**judgment**
117:3
309:19, 23, 24  310:2
345:25
347:17
**July**  79:14, 17  130:1
**jump**  278:9
**justified**
260:5
263:13

**< K >**
**Kansas**
1:19  3:22
4:4  462:20
**KATIE**  7:1
**KATZ**  6:17
**keep**  104:9, 16, 25  105:3
176:5
201:22
206:3
284:16
344:24
358:20
373:12
**KELLER**
2:15, 16
**KENDRICK**
6:17
**KERSHAW**
4:14
**key**  188:15
189:10, 14
190:4  376:7
**kgs**  401:21

**kidney**
401:*5*
409:*16*
**Killala**
13:*11*
**kind** 26:*4*
40:*16*
46:*24*
62:*13* 83:*8*
94:*21*
341:*10*
393:*15*
440:*6*
**kinds** 70:*23*
315:*8*
**KING** 2:*15*
6:*1*
**Kings** 3:*16*
**Kingston**
69:*22* 70:*2*
**KINSMAN**
4:*1*
**knew** 39:*15*
59:*13*
102:2
183:*19*
373:*25*
399:*5, 12, 16,*
*25* 437:*23*
**know** 14:*10*
17:*10, 21*
19:*25* 20:*4,*
*12* 29:*10*
30:2 31:*20*
32:23
36:*13, 22*
38:*13, 15, 20*
40:*4* 42:*10,*
*15, 18, 24*
43:*18*
44:*13, 24*
45:*11, 12, 16*
46:*13* 47:2
48:*12*

54:*17*
57:*10, 15, 17,*
*18* 59:*5, 16*
60:*7, 15, 20,*
*22, 23* 64:*6,*
*12, 16, 25*
66:*17, 23*
67:*8, 18, 22*
68:*13, 14*
71:24
79:*11, 13, 19*
85:*25* 86:*4*
96:*3*
105:22
110:22
111:*3*
112:*11, 12,*
*21* 113:*11,*
*14* 114:*8, 12*
117:22
118:2
119:9
123:20
128:*18*
129:5
130:*13, 18*
132:*17, 18*
133:*12, 15*
136:7
137:*5, 17*
139:*4, 19*
140:*1, 3, 14*
141:*13*
145:4
148:6
150:*24*
151:*9, 12*
156:*14, 15*
159:*1*
164:22
166:7
167:*17*
168:*24*
169:*9, 20*

170:*9, 19*
172:*6, 18*
174:*7, 10, 13,*
*18, 19* 175:*6,*
*13* 176:*4, 9*
177:*13, 23*
178:*19, 24*
179:*3, 10, 25*
180:*5, 15*
181:*12, 25*
182:*3, 10*
183:*13, 18,*
*22* 185:*3, 5*
187:*4, 16, 17*
188:*5, 24*
189:*8*
190:*21*
191:*5, 6, 9*
194:*17*
195:*19*
202:*19, 23*
203:*2, 24*
204:*1*
206:8
208:*24*
213:*23*
216:*20*
217:*16*
219:*3, 6, 8*
220:*4*
222:*15, 16,*
*19, 24*
223:*11, 14*
231:*24*
234:*24*
237:*10*
239:*16*
240:*8, 9, 10,*
*19* 250:*19,*
*24* 257:*4*
258:*16*
261:*15*
264:*7, 8*
266:*13*

267:*25*
273:*16*
282:*11, 25*
283:*2*
286:*14*
288:*2, 18, 22*
289:*10*
290:*10, 14,*
*15, 24* 291:*4,*
*6* 295:*23*
296:*10*
299:*23*
300:*11*
304:*1*
305:*11*
306:*13*
309:*23, 24*
319:*22*
320:*25*
321:*10*
323:*11*
324:*15*
326:*19, 21*
330:*25*
331:*8*
333:*18, 19*
334:*7*
335:*10, 22*
336:*4*
341:*18, 25*
344:*2*
346:*8, 10, 15*
354:*17*
357:*18*
358:*16*
359:*6, 11, 12,*
*21* 360:*2, 14,*
*20* 362:*24*
363:*5, 9, 17*
367:*3, 9, 14*
368:*2*
369:*9, 14*
370:*2, 18*
371:*6*

372:*1, 13, 22,*
*24, 25*
375:*18, 22*
379:*19*
382:*4*
388:*7*
390:*4*
391:*2, 9, 13*
395:*15, 24*
396:*23*
397:*4*
402:*11, 17*
404:*1*
405:*3, 11, 14*
406:*19, 25*
412:*22*
415:*5*
419:*11*
422:*15, 16*
424:*1*
426:*12*
427:*22*
428:*18*
429:*9, 13*
430:*1, 17*
431:*8*
432:*16, 17,*
*18, 19*
435:*23, 24*
437:*16*
447:*7, 8, 9*
450:*17*
452:*9*
454:*1*
455:*24*
458:*2*
459:*2, 13, 16*
460:*16*
**knowing**
144:22
243:7
**knowledge**
67:22
70:*22, 24*

Confidential - Subject to Protective Order

81:2 140:2
142:16
161:25
204:2
256:9
341:5
360:25
364:14
366:24
369:6
397:12
404:11
419:21
454:17
**knowledgeable** 165:1, 4
364:11
365:23
366:6
377:8
426:13
**known**
57:19
362:20
394:16
437:9, 24
438:12
**knows**
184:25
185:4
279:17
397:3
**KOHANE**
5:14
**KRAUSE**
4:1
**kricher@btlaw.com** 4:21
**KRISTEN**
4:21
**Kroger** 6:25
**ktrinh@hbblaw.com** 7:2

**Kuller**
457:5

**< L >**
**L&D**
201:20
202:4
**lab** 372:2
**label** 8:12
70:24
286:16, 20, 25 288:23
291:10, 24
292:4
376:14
378:5
389:4, 12
392:9
396:18, 24
399:18
400:24
402:24
403:19, 23, 25 404:12
405:3
406:24
407:23
408:17, 18
411:4
415:6, 16
416:7, 22, 23
**labeled**
383:20
387:21
**labeling**
287:24
376:10
396:22
397:4, 9
398:1
405:8
407:10
**labels**
406:19, 22

407:16, 19
411:11
417:13, 15
**labor** 47:16
100:3
311:20, 21, 23
**laboratory**
372:23
**labs** 373:1
**lack** 233:14
**lacking**
141:5
**Lactation**
8:12 378:7
383:12
388:22
402:4
414:9, 14
426:23
428:5
**Lance** 132:9
**language**
30:16
217:11
288:4
291:24
298:21
408:16
411:5, 6
**LANIER**
2:8
**LARA** 6:22
**large** 19:10
227:2
324:17
359:17
**largely**
118:12
121:1
**largest**
49:14
201:19

202:3
451:25
**Larissa**
132:11
**Las** 170:3, 9
**late** 22:21
23:23
**latest**
397:15
426:6
**LAUREN**
2:20
**lauren.schultz@kellerpostman.com**
2:21
**LAW** 2:8
3:13 119:9, 10 120:1
287:19
**lawful** 11:20
**LAWRENCE** 2:4
**Laws**
118:10, 11, 16, 20, 22
119:2
287:25
**lawsuit**
134:24
**lawsuits**
134:22
**lawyer**
138:12, 19
**lawyers**
39:17
218:3
295:13
340:23
341:15
343:8
344:4
374:13
455:18

457:8, 12
458:6
**LAWYER'S**
10:20 466:1
**lcain@mofo.com** 6:7
**LE** 4:14
**lead** 77:23
91:8
106:19
142:12
355:1
**leader**
106:2, 7
108:14
189:1, 2, 20
277:21
**leaders**
10:8 98:10
102:18
108:8, 9, 22
109:10
188:15
189:10, 15
190:4 202:7
**leadership**
106:21
108:13
188:11
**learn** 345:5
**learning**
176:24
179:17
**leased**
216:14
**lecture**
208:10
**lectures**
20:20
**led** 143:3
152:25
**left** 80:21
144:21
187:14

Confidential - Subject to Protective Order

213:*25*
217:*11*
297:*13*
356:*10*
434:*3* 449:*2*
**left-hand**
141:*19*
175:*11*
446:*23*
**legal** 11:*3*
352:2
**legitimate**
257:*9*
**length**
55:*13*
226:*10*
396:*10*
400:*18*
**lens** 366:*3*
**letting**
403:*25*
**level** 94:*14*
100:*15*
182:*23*
262:*9*
297:*7* 321:*8*
**levels** 223:*9*
234:*10*
235:*4*
365:*11, 14*
**Lexchin**
87:2
**Lexington**
3:*10*
**LIABILITY**
1:*4* 11:*11*
**Library**
441:*9, 13*
445:*20*
446:*5, 8*
447:*21*
**lie** 71:*3*
81:5

**Liew**
233:*17*
234:*19*
235:*18*
245:6
246:*25*
258:7
263:*12*
264:*20*
281:8
282:*11*
283:*16*
284:*10*
309:*3*
310:7
316:*9, 18*
321:*14*
386:*6, 18*
**life** 12:*9*
128:*3*
**light** 192:*10, 20*
**likelihood**
134:*23*
**liken** 243:*21*
**limitations**
93:*16*
223:*25*
224:*6, 11*
364:*20*
**limited**
73:*19*
100:*17*
134:*19*
437:*14*
438:*16, 20*
**limiting**
28:*11*
**LINDSEY**
3:*20*
**line** 80:*14*
278:*12*
303:22

465:*3* 466:*3*
**lines** 213:*20*
**link** 25:*1*
26:*1* 27:6,
*19* 28:*18, 22*
29:*13, 15, 21*
30:*19, 24*
31:*4, 9*
32:*17* 33:*9*
34:*1, 4, 18*
35:*9, 14, 18,
22, 23* 36:*2*
41:*22* 42:*3*
52:*20*
54:*10*
259:*12*
317:*3*
366:*11*
385:*5, 7*
422:*25*
423:*16*
**list** 59:*3*
64:7
180:*19*
202:6
291:*13*
347:*12*
351:*22*
354:*2, 6*
375:*11*
431:5
**listed** 149:*9,
12* 265:*5*
333:7
**listen**
303:*11*
**listening**
416:8
**literally**
167:*13*
214:*10*
**literature**
23:*20*
24:*25*

25:*24, 25*
27:*12, 14, 24*
28:*17, 20*
29:*8* 33:*17,
19* 41:*18*
54:5 71:*15,
21* 88:*6, 11*
104:*10, 17*
105:*1*
232:*12, 14*
234:*15*
283:8
293:*1*
316:*25*
317:*19*
318:*18*
346:2
347:*24*
350:*1, 11, 20*
351:*12*
352:5
353:22
355:*4, 9, 11*
356:*17*
358:*14, 15*
359:*1*
361:*6, 17*
363:*16*
364:*3, 9, 23*
366:*6, 19, 23*
370:*17*
373:*14*
385:*20*
408:22
451:*4*
**LITIGATIO
N** 1:*4, 21*
7:*11* 11:*4,
11* 135:*2*
371:*7, 12*
**litter** 402:*3*
**litters** 402:7
409:*24*

**little** 27:*5*
58:*21* 66:6
82:2
155:*10*
209:5
215:4
285:*19*
289:*4*
310:*13*
311:8
318:9
330:9
341:*11*
361:8
390:*15*
**live** 14:22
15:*20*
154:*1*
295:*10*
423:*12, 14*
**lived** 69:*25*
**liver** 359:7,
*14, 23* 360:*6,
7, 15, 16*
361:*10*
362:*11, 12,
16, 25* 401:*4*
409:*16*
**LLC** 2:*15*
3:*1, 13* 7:*4*
**LLP** 3:8
4:*16* 5:*1, 8,
11, 20* 6:*1, 4,
9, 22* 7:*1*
**local** 376:*10*
**located**
192:*12*
201:2
**location**
202:*16*
**lodging**
131:*10*
**log** 120:7

| | | | | |
|---|---|---|---|---|
| **logical** | 117:*21* | 328:*24* | 158:*8, 10* | 266:*24* |
| 54:*18* | 121:*18* | 331:*4* | 205:*13* | 297:*16* |
| **logos** 184:*1,* | 124:*4* | 334:*21* | 229:*16* | 301:*15* |
| *10* | 132:7 | 335:2 | 248:*3* | 317:22 |
| **long** 14:*4* | 138:*17, 23,* | 338:*13* | 264:5 | 331:20 |
| 55:6 68:*14* | *24* 152:*1* | 349:*17, 19* | 308:*13* | 346:*11, 14* |
| 73:2*1* 77:*3* | 155:*11* | 351:*13* | 319:9 | 356:9 |
| 145:*14* | 163:*1* | 363:*15, 16* | 327:*11* | 377:6 |
| 158:*8* | 181:*14* | 364:*3* | 328:22 | 385:*19, 25* |
| 159:*19* | 185:*15* | 372:2 | 332:9, *16* | 387:*18* |
| 229:*15* | 187:*14* | 373:25 | 335:*10, 18* | 417:*14* |
| 234:*13* | 188:2 | 377:22 | 352:5, *6, 7, 8,* | 418:*4* |
| 271:5, *9* | 193:*21* | 384:9, *11, 17* | *9* 382:*12, 16* | 459:*13* |
| 321:2, *7* | 200:*12* | 388:*18* | 386:*19* | **Lots** 7:*4* |
| 336:2*1* | 211:20 | 390:*14* | 406:5 | **Louisiana** |
| 347:6 | 213:*3, 12* | 391:*4* | 408:5 | 1:*19* 2:5 |
| 359:2*1, 23* | 215:21 | 401:*14* | 416:7 | 462:22 |
| 363:5 | 216:*18* | 404:*14, 20* | 423:7 | **lounge** |
| 369:20 | 219:*21* | 406:*24* | 433:*11* | 191:*18* |
| 406:8 | 223:*18, 24* | 407:*19* | 442:22, *24* | 192:*1, 6, 11,* |
| 413:*3, 4* | 224:5, *8, 25* | 411:*11, 15* | 451:*4* 456:*1* | *21* 193:*4, 14,* |
| 449:2*1* | 225:6 | 413:3, *5* | **looks** 43:5, | *25* 195:*11* |
| **longer** | 229:*4, 11* | 416:*16* | *6, 14* 68:22 | 198:6 |
| 170:*10, 11* | 231:*15, 16* | 427:8 | 69:*4, 5* | **love** 304:*25* |
| 182:2 | 236:6, *12, 16* | 436:*13, 22* | 115:22 | **low** 101:*9* |
| 305:2 | 240:*16* | 437:*1* | 122:*12* | 145:*3* |
| 408:*3* 432:*4* | 245:20 | 440:*1* 449:*3* | 132:*12* | 315:*12* |
| **long-term** | 246:*17* | **looked** 65:5 | 217:*10* | 428:*24* |
| 324:2 | 248:*14* | 120:*17* | 273:24 | 432:*3* |
| 429:2 | 258:6 | 221:*13, 21* | **Los** 4:*23* | **lower** |
| 437:*13* | 260:*19* | 232:*18* | 7:*3* | 175:*11* |
| 438:2, *16* | 261:24 | 233:6 | **lose** 87:*10* | 405:2 |
| **look** 34:*23* | 263:25 | 282:*16* | **loses** 70:22 | **lowest** |
| 55:*18* 62:*4* | 264:*17* | 287:*23* | **lost** 51:*18,* | 94:*21, 22* |
| 84:20 86:2 | 278:2*1* | 382:*15* | *19* 78:20 | 95:*16, 20* |
| 88:*12* | 279:9 | 415:6 | 438:*8* | 100:25 |
| 90:2*1, 22* | 280:9, *16* | 426:4 | **lot** 26:*12* | 101:*4* |
| 91:2, *3* | 282:8 | 427:*3, 4, 8* | 30:2 55:5 | 251:7 |
| 96:*17, 20, 21* | 286:20 | 436:*3* | 67:*9, 13* | 286:*10, 11* |
| 99:8 | 299:25 | **looking** | 150:25 | 323:*1* |
| 103:*13* | 300:*16, 25* | 74:*19* | 168:7, *10* | **low-quality** |
| 107:*14* | 305:8 | 78:*10* | 174:*4* | 83:*23* |
| 110:*23* | 308:*24* | 107:*15* | 183:2*1* | 93:20 95:7 |
| 113:*13* | 321:*1, 19* | 121:*24, 25* | 227:*19, 22* | 141:22 |

lozenges
 300:*9*
**lscarcello@w**
**cllp.com**
 3:*21*
**ltracey@trac**
**eylawfirm.co**
**m** 2:*5*
**Luanne**
 132:*10*
**luck** 229:*18*
**lunch**
 167:*14, 18,*
 *19* 196:*24*
 205:*14*
 206:*15*
**Luncheon**
 196:*4*
**lunches**
 167:*11, 20,*
 *21* 168:*1*
 176:*24*
 179:*17*
 180:*1*
 196:*5, 12*
**Lundh** 82:*5*
**Lupin**
 204:*17*
**LYNDSEY**
 6:*7*

**< M >**
**M.D** 8:*9*
**ma'am** 30:*9*
 42:*9* 81:*11*
 83:*4* 84:*6*
 109:*17*
 133:*12*
 142:*6*
 149:*23*
 221:*25*
 223:*17*
 237:*7, 22*
 240:*12*

241:*24*
244:*10*
261:*2*
267:*13*
270:*2*
272:*10*
277:*17*
284:*21*
289:*13*
290:*11*
294:*23*
302:*21*
328:*25*
340:*12*
359:*4*
381:*13, 15*
382:*14*
384:*15*
388:*16*
389:*1, 14*
392:*8*
393:*10, 23*
394:*21*
395:*16*
396:*16*
397:*2, 14*
400:*20*
404:*5*
408:*13*
410:*7, 13*
415:*3, 15*
416:*4*
417:*8*
418:*13*
438:22
439:*14*
441:*11*
442:*1*
444:*9*
445:*1*
446:22
447:*11*
448:*15*

449:*13*
450:*6* 451:*3*
**Madison**
 1:*13* 5:*15*
 11:*8*
**magic** 267:*3*
**magical**
 267:*14*
**Mailman**
 58:*6, 13*
 63:*18*
**main** 62:*23*
 173:*23*
 422:*2*
**major**
 92:22
 192:*23*
 193:*6*
 195:*9*
 372:*14*
 394:*13*
**majority**
 33:22
 235:*21*
 275:*6*
**making**
 140:*4*
 291:*1*
 345:*20*
**mal** 17:*13*
 138:*23*
**male** 402:*7*
**malformatio**
**ns** 259:*11*
 379:*13, 23*
 394:*14*
**malpractice**
 135:*2, 9, 12,*
 *16* 257:*11,*
 *15, 18*
**manage**
 379:*19*
**management**
 134:*16*

**managing**
 251:*25*
**manner**
 296:*18, 19*
**manufacture**
**r** 149:*11*
 201:*19*
 202:*3*
 228:22
 373:*24*
 425:*9*
 426:*6, 8*
**manufacture**
**r's** 346:*3*
 347:*24*
 373:*14*
**March**
 218:*7, 9*
 221:*9*
**mark** 12:*11*
 69:*13*
 439:*12*
**marked**
 38:*6* 66:*11*
 69:*14*
 89:*18*
 102:*12*
 112:*6*
 129:*17*
 157:*16*
 210:*7*
 215:*25*
 219:*18*
 244:*25*
 326:*24*
 327:*19*
 348:*16, 21*
 373:*19*
 382:*6*
 385:*11*
 392:*3*
 403:*14*
 412:*9*
 427:*11*

436:*10*
439:*20*
**market**
 202:*7*
 370:*4, 6*
**marketing**
 171:*11*
 172:*10*
 173:*6* 174:*9*
**marking**
 59:*8*
**Martin**
 38:*15*
**Mary** 1:*11*
 8:*9* 11:*12,*
 *19* 90:*12*
 175:*14*
 186:*4*
 211:*25*
 219:*1*
 282:*13*
 413:*24*
 462:*4*
 464:*12*
**matched**
 281:*15*
**matches**
 213:*24*
**material**
 172:*11*
 180:22
**materials**
 165:*18*
 171:*11*
 173:*6*
 174:*17*
 176:*8*
 349:*21*
 351:*17, 22*
 353:*25*
 354:*2*
 355:*15*
 358:*12*

Confidential - Subject to Protective Order

375:*10*
459:*18*
**maternal**
77:*12*
139:*1*
230:*24, 25*
233:*15*
235:*4*
249:*15*
269:*1*
274:*9, 17*
277:*11, 14*
278:*3*
362:*11*
385:*7*
421:*22*
**Maternal-**
**Fetal**  9:*9,*
*16*  19:*9*
55:*12*
88:*15*  93:*2*
106:*10*
112:*19*
113:*4*
114:*2, 18*
115:*3, 5*
124:*12*
125:*19*
126:*6, 16, 24*
127:*25*
148:*1, 8*
157:*12, 22*
159:*17*
160:*25*
161:*5, 9*
165:*3*
175:*5, 16*
188:*18*
210:*13*
212:*16, 21*
213:*5*
221:*6*
237:*3*
239:*10, 21*

254:*24*
258:*8*
259:*17*
269:*2*
327:*10*
370:*9*
373:*10*
387:*3*
397:*3*
432:*20, 23*
449:*12*
451:*5, 12, 24*
452:*1, 3, 10*
453:*6*
454:*4, 22*
456:*18*
457:*4*
**Math**
456:*13*
**mathematica**
**lly**  273:*18*
**mating**
402:*4, 7*
409:*24, 25*
**Matt**  132:*11*
**matter**  11:*9*
129:*7*
130:*5*
138:*10*
380:*7*
**maximum**
395:*8*
401:*2, 8, 25*
409:*1, 18*
**Mayo**  13:*7,*
*9, 15*
**mcharchalis**
**@btlaw.com**
*4:20*
**McNeil**
9:*19*  206:*9*
413:*14*
414:*7*
417:*19*

**McNeil-PPC**
413:*15*
**MD**  1:*12*
11:*19*
175:*15*
462:*4*
464:*12*
**MDL**  1:*3*
**mean**  30:*22*
32:*21*
65:*22*
81:*19*
86:*17*
127:*18*
128:*19*
150:*7*
161:*18*
162:*18*
177:*18*
178:*24*
189:*13*
193:*23*
194:*18*
195:*1*
211:*8*
253:*18*
264:*10*
266:*13*
269:*6*
275:*18*
279:*12*
291:*5*
308:*5*
317:*20*
324:*23*
337:*25*
341:*2, 10, 19*
353:*20*
390:*9*
422:*23*
425:*20*
430:*6*
431:*11*

443:*22*
446:*6*
**means**
48:*16*  96:*1*
115:*1*
126:*23*
129:*4*
177:*15*
178:*19*
179:*4, 11*
194:*19*
295:*24*
296:*10*
371:*18*
397:*19*
**meant**
243:*25*
327:*8*
337:*3*
399:*7*
418:*14*
**measure**
65:*15*
226:*7*
265:*22*
270:*16*

**measurement**
126:*9*
**measures**
65:*8*  86:*15*
**meat**  82:*2*
**mechanisms**
86:*13*
**mechanistic**
367:*22*
**meconium**
223:*9*
**med**  17:*13*
138:*23*
**media**  140:*6*
**median**
108:*14*

**Medical**
9:*13*  10:*10*
12:*22*  13:*1,*
*4, 17*  14:*2, 7*
19:*17*
48:*25*
69:*20*  70:*7*
71:*6, 17*
80:*5, 25*
81:*2, 7*
86:*12, 16*
97:*21*
102:*19*
103:*14*
104:*10, 12*
105:*14, 17*
106:*3, 8*
107:*10, 21,*
*22*  108:*9*
109:*11, 20*
110:*9*
111:*1*
118:*8*
119:*14*
133:*10*
135:*8, 12, 16*
136:*18*
163:*8, 13*
164:*16*
173:*17*
228:*13*
252:*11*
296:*22*
337:*20*
345:*22*
346:*4*
347:*9*
348:*4*
350:*3, 13*
362:*15*
363:*16*
385:*19*
430:*2, 9, 19,*

*23* 433:*3*
436:*1*
**Medical-**
**Industrial**
116:*12*
**medication**
34:*12*
40:*12*
249:*21*
251:*1, 2, 8*
289:*19*
299:*16*
306:*18*
314:*17*
315:7
359:2
420:*25*
**medications**
286:6
300:8
302:*14*
303:*19*
414:*15*
426:*24*
**Medicine**
9:*11, 18*
19:*9* 34:*13*
55:*12*
58:*24*
59:*14, 16, 17*
68:*10* 81:5
86:*21*
87:*24*
88:*15* 93:2
106:*11*
112:*20*
113:*4*
114:2, *19*
115:3, 5
116:*4, 11*
117:*1, 7, 13*
118:7
121:*4*
124:*12*

125:*19*
126:7, *16, 24*
127:*1, 22, 25*
128:*4, 6*
129:*4*
148:*1, 8*
152:*25*
157:*12, 23*
159:*17*
160:*25*
161:5, *9*
165:*3*
175:5, *16*
188:*18*
210:*14*
212:*17, 21*
213:5
221:6
237:*3*
239:*10, 21*
251:*10*
252:8
257:*19*
258:9
259:*18*
269:2
292:8
318:5
327:*10*
339:*25*
370:*10*
373:*10*
387:*3*
397:*3*
411:*5*
432:*20, 23*
441:*9, 13*
445:*20*
447:*21*
449:*12*
451:5, *12, 24*
452:*1, 4, 11*
453:6
454:5, *22*

456:*18*
457:*4*
**meds** 36:*17*
**meet** 12:8
166:*24*
219:*14*
**Meeting** 9:*1,*
*18* 157:*11,*
*23, 24*
159:*16, 25*
160:*1, 3*
161:*3, 12, 13*
162:2
167:*19*
168:6, *24*
171:6
173:*13*
180:9
199:5
205:*23*
214:*19*
216:7, *9, 14*
218:*10, 11*
219:*11, 13,*
*17*
**meetings**
140:*10*
160:5, *19, 23*
166:*19*
168:2, *11*
169:*3, 4*
174:*18*
198:*20*
**member**
88:*20*
105:*16*
**members**
126:*3, 4*
128:*20, 22*
131:*4, 6, 16*
143:*15, 24*
144:*18*
146:*25*
149:*14, 16*

150:2
160:*24*
161:2
164:*24*
165:2
166:*10, 24*
171:*18*
172:*4*
180:8
192:22, *25*
193:5
194:*25*
195:2, *3, 4*
201:7, *12*
236:*21*
237:*11*
238:*20*
239:*24*
240:*10, 20*
241:6
243:2
452:5, *7*
**memory**
90:*23* 181:6
**mental** 9:*4*
246:*20*
**mention**
122:*21*
208:*13*
412:*14*
**mentioned**
57:*13*
163:2
228:*20*
230:6, *11*
234:*18*
269:*16*
281:9
353:5, *7*
381:*1* 439:6
**mentioning**
260:7
263:*15*

**mentions**
122:*19*
**mentorship**
187:*10, 11*
**Merck**
72:23, *24*
77:9 85:*15*
342:2, *6, 10,*
*24*
**mere** 84:7
85:*21* 267:*1*
**mesh** 124:7,
*15*
**met** 82:8
135:*18*
204:2
354:*11*
**meta-**
**analysis**
82:6, *10, 13*
222:20, *23*
236:*1, 6, 7*
445:5, *7, 8*
**metabolized**
383:*23*
387:*24*
**method**
281:*15*
364:*1*
**methodical**
276:*3*
365:*17*
**methodically**
268:*24*

**methodologic**
35:8
224:*19*
270:*16*
277:*20*
317:2
**methodologic**
**al** 86:*15*

Confidential - Subject to Protective Order

**methodologically** 32:5
**methodologies** 356:13
**methodology** 349:14, 24
350:1, 10
351:23
352:4
353:15
358:1, 4
363:13, 15
364:2, 8, 10
365:8
**methods**
142:22
281:12
315:19
**METHVIN**
4:8
**MFM** 181:8
**mgs** 401:21
**Micah**
132:9  262:1
**mice** 373:2,
5  390:19
391:21
401:19
408:21
409:19
**mic'ed**
461:7
**middle** 76:1
80:9  116:5
134:8
184:18
187:15
336:23
337:2, 3, 4
442:4
**midwives**
16:5

**migraine**
316:2
351:14
**Mike** 188:11
**mild** 312:8,
12
**MILES** 4:8
**Millennium**
3:3
**milligrams**
359:18
361:3, 4
**million**
108:13, 19,
20  215:3, 4
**mind**
206:13
211:22
234:3
316:5
330:9
361:21
373:22
**mine** 256:5
428:17
**mingle**
166:24
167:5, 7
**minimize**
281:13
**minor**
285:17
286:2, 25
289:2, 14, 23
310:10, 20,
24  311:1, 4,
7, 18, 22
**minute**
51:20
90:22
158:12
159:24
176:18
185:15

219:25
280:14
397:15
**minutes**
89:8
156:20
193:19
283:17
383:22
387:23
412:1  416:6
**mis** 247:23
**misclassificat
ion** 269:3
**misconduct**
337:18
**misheard**
247:24
**misinformati
on** 257:16
**misleading**
122:25
**missed**
355:11, 19
**missing**
68:25
**mission**
148:12
**Missouri**
1:19  3:22
4:4  462:18
**misspoke**
143:5
**Misstates**
457:22
**misunderstoo
d** 273:11
**MITCHELL**
4:20
**mix** 404:8
**MoBa**
274:12
**model** 372:2

**models**
332:10
368:10
372:3
**mom** 16:2
**moment**
40:21
107:17
178:18
188:4
229:11
246:15
258:17
280:10
328:5
378:19
384:11
390:1
439:19
**momentarily**
427:21
**MONAGHA
N** 3:9
**money**
56:21  57:1
72:17
74:10  75:5,
8  79:23
117:18
144:20
146:19
147:15
150:1
178:2
180:20
186:24
225:19
243:4
342:10, 16
343:7
**monies**
150:14
226:23

**Montgomery**
4:10
**month**
455:23
**months**
274:6
277:13
343:16
345:6  456:7
**MOORE**
7:8  69:1
210:20
212:3
330:2, 11, 15
335:16, 25
422:22
423:14
**morely**
301:19
**morning**
12:3, 4
24:8  61:25
83:10
136:8
294:16
356:7
420:12
**MORRIS**
6:9

**MORRISON**
6:4
**Morristown**
5:10
**mortality**
77:12
**MOSKOW**
3:13, 15
**mother**
26:15
137:24
250:19
286:2

Confidential - Subject to Protective Order

293:*25*
294:*2*
310:*25*
312:*12*
320:*6, 11, 19*
326:*8, 11*
383:*17, 20*
384:*1, 22*
387:*21*
388:2, *24*
389:*6*
420:*25*
421:*18*
**Motherhood**
106:*19*
**mothers**
51:*11*
52:*24* 53:*9*
72:*23*
77:*10*
85:*15*
250:*10*
292:*24*
321:*2*
325:*2*
342:*2, 6, 10,*
*25*
**mother's**
249:*24, 25*
250:*5, 6, 16,*
*18* 251:*19,*
*20* 252:*3*
254:*5*
**Mothers-to-**
**be** 322:*2*
**mouse**
372:*3, 23*
373:*1*
**mouses**
373:*2*
**move** 112:*9*
129:*20*
263:*6*

336:*11*
378:*13*
**moving**
44:*25*
**Moynihan**
10:*11*
**multiple**
205:*21*
234:*14*
265:*7*
286:*6*
316:*24*
323:*19*
**MURDICA**
4:*22*
**mutagenesis**
380:*24*
**mute** 15:*7*
**muted** 87:*13*
**mutual**
12:*20*
**myriad**
307:*14*
311:*17*
**mysterious**
86:*17*
**mystery**
145:*8*

**< N >**
**N.W** 5:*4*
**NADINE**
5:*14*
**name** 11:*2*
12:*7* 63:*10,*
*12* 69:*17*
90:*11*
112:*14*
175:*10*
184:*24*
206:*5*
218:*20*
219:*9*
232:*16*

233:*5*
246:*19*
363:*14*
364:2, *10, 25*
434:*12*
**named**
108:*22*
**names**
143:*22*
241:*25*
363:*18*
**Nanosonics**
205:*5*
**Natera**
172:*17*
176:*25*
197:*5*
**national**
49:*20*
58:*24*
439:*16*
441:*9, 13*
445:*20*
447:*21*
**naturally**
21:*16*
**nature**
345:*22*
347:*8*
363:*25*
**Navigation**
363:*22*
**NCBI** 442:*3*
**NCRA**
462:*16*
**NDA** 391:*8,*
*9, 13*
**NEAL** 3:*15*
neal@mosko
wlaw.com
3:*15*
**Neanderthal**
431:*12*
**near** 323:*10*

**necessarily**
322:*4*
**necessary**
294:*6* 463:*4*
**necrosis**
401:*4*
409:*15*
**need** 45:*16*
102:*1*
110:*22*
117:*21*
130:*12*
150:*24*
152:*1, 6*
178:*24*
181:*14*
229:*15*
245:*14, 20*
250:*25*
261:*21, 23*
268:*23*
272:*6*
306:*23*
307:*17, 20*
315:*3, 10*
317:*20*
319:*22*
323:*8*
324:*6*
329:*6*
335:*13*
336:*21*
339:*13, 17*
349:*4, 6, 17*
373:*12*
377:*5*
382:*21*
398:*12*
399:*1*
401:*13*
415:*25*
416:*18*
419:*11*
420:*11, 16*

440:7, *9*
448:*13*
451:*19*
455:*11*
**needed**
313:*5*
322:*5, 23, 24*
366:*1*
393:*7*
394:*20*
**needs** 281:*2*
294:*3*
309:*13*
310:*22*
311:*2*
312:*23*
379:*19*
407:*3*
**negative**
270:*15*
274:*3*
277:*9*
281:*9, 16*
291:*19, 22*
292:*17*
379:*10*
**negligence**
136:*18*
**neither**
237:*4*
462:*10, 11*
**neonatal**
138:*1*
427:*17*
**network**
192:*18*
193:*5*
195:*10, 13,*
*14*
**neurodevelop**
**ment** 432:*6*
**neurodevelop**
**mental**
139:*6, 22*

221:*14*
232:*19*
257:*9, 23*
258:*1*
309:*5*
368:*5*
370:*3*
372:*5*
433:*23*
437:*13*
438:*15*
**neurological**
442:*9*
443:*10*
**never**  17:*11, 13*  21:*14*
23:*14*  40:*9*
47:*5*  54:*25*
66:*19*
128:2
151:*10*
155:*25*
168:*13*
255:5
296:*15*
298:*1, 2*
309:*11*
343:*20*
410:*12, 15, 22, 24*
456:*13*
**NEW**  1:*1, 14, 19*  2:*11*
3:*11*  5:*10, 15, 22*  6:*8, 19*  11:*8, 9*
13:*21*
72:*25*  74:*5*
75:*21*
77:*11, 17*
106:*18*
116:*11, 12*
129:*12*
302:*13*

306:*18*
382:*13*
391:*12*
405:*9, 12, 24*
406:*23, 25*
407:*19, 21, 25*  415:*24*
447:*10*
462:*21*
**newborn**
379:*22*
**news**  37:*20*
**night**  185:*19*
**NIH**  226:*8, 9*  228:*20*
440:*15, 25*
441:*8, 10, 23*
442:*17*
445:*24*
446:*1, 5, 7, 20*
**NIPT**
125:*20*
171:*12, 14*
nkohane@btl
aw.com  5:*14*
**noncomplian
t**  131:*16*
**nondisclosur
e**  391:*10, 14*
**noninvasive**
9:*16*
112:*17*
113:*25*
114:*17*
115:*9*
123:*18*
124:*25*
125:*10*
128:*11*
129:*10*
171:*13*
**nonresponsiv
e**  48:*10*

146:*4*
253:*12*
294:*9*
295:*14, 24*
296:*4, 10, 15*
366:*14*
368:*17*
**non-
responsive**
303:*1*
**North**  2:*22*
361:*3*
**Norwegian**
274:*12*
**Notary**
462:*23*
464:*19*
**note**  125:*21*
176:*22*
**noted**  11:*13*
120:*23*
463:*10*
464:*7*
**NOTES**
466:*1*
**NOTES.........
.....................**
**466**  10:*20*
**nothing's**
417:*9*
**noticed**
21:*12*  427:*5*
**notifying**
292:*12*
**notionally**
81:*9*
**November**
10:*4*  387:*9*
**now-dated**
373:*10*
**nuchal**
126:*10*
**number**
17:*15*

18:*24, 25*
23:2  31:*1*
52:7  55:*22*
63:*21*
93:*10, 18*
95:6  96:*24*
97:*5, 11, 12*
98:3  99:*24*
100:7
136:8
161:*15*
165:*24*
180:*15*
206:6
216:*12*
221:*18, 19*
248:*9*
282:*24*
286:*21*
291:*25*
294:*20, 21, 22*  308:*22*
314:*24*
324:8
328:*12*
331:6
335:*3*
338:*13*
339:*20*
351:*12*
354:*11*
359:6
360:5
361:9
372:*25*
386:*12*
402:6
409:*23*
428:*17*
430:8
435:*12*
442:*13, 18, 20*  443:*23, 24*

**numbered**
393:*15*
**numbers**
269:*17, 21, 22, 23*  406:*3*
409:*8*
**nurses**  16:*5*
**nursing**
388:*25*
**Nutrition**
184:*17*

**< O >**
**OB**  124:*11*
137:*10*
**OB/GYN**
18:*12*
27:*16*
52:*19*
134:*11*
256:*13*
435:*21*
451:5
**OB/GYNs**
52:*10*
453:*5*  454:*4*
**Object**
19:22  20:*9*
21:2  22:*13*
24:4  25:*20*
27:9  28:*3, 23*  29:*23*
30:*20*
32:*19*
33:*11*  34:*6, 20*  35:*15*
36:*11*  37:7
39:*13*
41:*14*
42:*13*  43:*2, 16*  44:*4, 22*
45:8, 22
47:7  48:*10*
51:*15*

Confidential - Subject to Protective Order

| | | | | |
|---|---|---|---|---|
| 52:25 | 123:5 | 178:7, 20 | 229:8 | 287:1, 10, 20 |
| 53:11 | 124:8 | 179:5, 20 | 230:7, 14 | 288:5, 15, 19 |
| 54:19 | 126:19 | 180:3, 10 | 231:5, 25 | 289:6, 16, 25 |
| 55:20  56:9, | 127:16 | 181:10 | 232:8, 20 | 290:12 |
| 15, 22  57:5 | 128:16 | 182:7 | 233:10 | 291:2, 15 |
| 59:6  60:10, | 130:10 | 183:6, 15 | 234:22 | 293:8 |
| 17  61:11, 19 | 131:22, 23 | 184:5, 12, 21 | 235:12 | 294:9, 13 |
| 62:15  64:9, | 133:13, 23 | 185:1, 12, 21 | 236:3 | 295:13, 16 |
| 21  65:12 | 135:13 | 186:19, 25 | 237:13, 23 | 296:1, 12, 25 |
| 66:21  67:6 | 136:19 | 188:22 | 238:14 | 297:23 |
| 68:1, 11 | 137:14 | 189:11, 24 | 239:3, 14 | 298:24 |
| 71:8, 18 | 138:15 | 190:9 | 240:4 | 299:13, 19 |
| 72:1, 19 | 139:8, 24 | 191:3, 20 | 241:8 | 300:14 |
| 74:12, 17 | 140:19 | 192:3 | 242:3, 15 | 301:16 |
| 75:1  76:13 | 141:7 | 193:8, 15 | 243:8, 19 | 302:7 |
| 77:6  78:13 | 142:7 | 194:7, 14 | 244:13 | 306:9 |
| 81:17  83:5 | 143:18 | 195:20 | 245:25 | 307:8 |
| 84:10, 25 | 144:3, 13, 23 | 196:15 | 246:9 | 308:3, 15, 20 |
| 85:23  87:5 | 145:9 | 197:7, 14 | 247:6, 9 | 309:7, 20 |
| 88:7  91:24 | 146:4, 9, 22 | 198:9 | 248:6, 17 | 311:12 |
| 94:8  95:1, | 147:9, 17 | 199:7, 17, 25 | 249:5 | 312:19 |
| 17  96:7, 15 | 148:4 | 200:9, 18, 24 | 250:1, 21 | 313:10 |
| 97:23 | 150:5 | 201:13 | 252:17 | 314:22 |
| 98:14, 24 | 151:7, 23 | 202:25 | 253:16 | 316:11 |
| 99:20 | 152:18 | 203:12 | 254:8, 25 | 317:14 |
| 101:1, 13 | 154:19 | 204:19, 24 | 255:12, 24 | 318:14 |
| 102:7 | 155:14, 23 | 205:6, 25 | 257:12 | 320:8, 23 |
| 103:16 | 156:9 | 206:10 | 260:16 | 322:12 |
| 104:14 | 160:7, 20 | 207:17 | 262:16 | 323:16 |
| 105:19 | 161:19 | 208:5, 19 | 263:23 | 324:13 |
| 106:5 | 162:13 | 209:8, 23 | 264:22 | 325:5 |
| 107:24 | 163:9, 18 | 210:5 | 267:5, 19 | 326:5 |
| 108:25 | 164:18 | 212:24 | 269:4, 18 | 329:10 |
| 109:21 | 165:12, 21 | 214:4, 13 | 270:8 | 331:2, 18 |
| 110:20 | 166:5, 15 | 215:6, 15 | 273:21 | 332:5, 18 |
| 111:14, 21 | 167:1, 15 | 216:16 | 275:3 | 333:4, 24 |
| 113:9 | 168:19 | 217:10, 21 | 276:23 | 334:9 |
| 114:10 | 169:6, 17 | 218:4, 13, 21 | 278:7, 18 | 337:23 |
| 116:15 | 170:5, 15 | 221:1, 15 | 279:5, 13 | 339:4, 14 |
| 117:9, 19 | 171:1, 20 | 223:4, 19 | 280:6, 21 | 340:13, 25 |
| 118:17 | 172:21 | 224:14 | 281:25 | 341:16 |
| 119:4 | 173:8, 19 | 225:3, 13, 25 | 282:21 | 342:12 |
| 120:3, 10 | 174:11 | 227:17 | 285:9, 22 | 343:9 |
| 121:11 | 177:8 | 228:6 | 286:17 | 344:5 |

346:*9*
351:*25*
352:*23*
353:*17*
354:*13, 19*
355:*12*
356:*21*
357:*4*
358:*6*
359:*9, 25*
360:*21*
361:*14*
362:*4, 17*
363:*1*
364:*5*
365:*19*
366:*14*
367:*6, 16*
368:*6, 17, 21*
369:*17*
370:*20*
372:*6*
374:*7, 19*
377:*2*
380:*11*
381:*24*
384:*6, 23*
385:*22*
386:*9*
388:*5*
389:*9, 23*
390:*7*
391:*22*
394:*5*
395:*17*
396:*19*
397:*6, 21*
398:*4*
399:*10, 20*
400:*13*
401:*12*
402:*14*
403:*5*
405:*18*

407:*6*
409:*5, 6*
410:*8, 19*
411:*8*
415:*8, 20*
416:*11, 24*
417:*10, 23*
419:*3*
420:*8*
421:*15*
424:*7, 24*
425:*12*
426:*10*
429:*4, 11*
430:*4*
432:*11*
433:*14*
434:*20*
441:*2, 16*
443:*19*
446:*2*
451:*7*
452:*17*
453:*10, 19*
454:*8*
455:*19*
456:*11*
457:*13, 21*
**objected**
178:*1*
**objection**
55:*2*  65:*3*
174:*1*
177:*17*
207:*24*
228:*14*
240:*13*
243:*5*
253:*11*
300:*4, 19, 23*
301:*5*
307:*6*
316:*21*
325:*10*

326:*15*
332:*12, 13*
333:*13, 24*
396:*2*
446:*12*
**objections**
319:*17*
320:*14*
326:*18*
360:*10*
363:*8*
371:*20*
425:*13, 22*
430:*20*
447:*25*
**objective**
31:*15*
43:*20*  91:*4,
13*  99:*2*
164:*23*
**objectively**
223:*18*
**objectives**
173:*23*
**obligation**
338:*20*

**observational**
259:*25*
260:*22*
262:*5, 20, 25*
263:*4*  421:*6*
**observed**
409:*15, 25*
**obstetric**
29:*8*  33:*20,
22*  125:*20*
**obstetrical**
430:*25*
**obstetrician**
124:*11*
135:*20*
137:*5, 10*
249:*16*

250:*3, 7*
251:*12*
255:*10, 17,
22*  256:*21*
257:*7*
298:*6*
322:*20*
362:*20*
366:*7*
433:*4*
454:*14*

**Obstetricians**
8:*17, 19, 23*
88:*21*
89:*25*
92:*12*
113:*3, 22*
125:*17*
127:*24*
129:*25*
297:*13*
337:*13*
**obstetrics**
14:*1, 6*
47:*1*  60:*2*
93:*3*  99:*25*
100:*8*
113:*20*
121:*16*
125:*25*
126:*1*
131:*4*
132:*16*
133:*9, 20*
141:*20*
149:*15*
150:*2*
152:*4*
175:*2*
252:*21*
255:*16*
256:*6, 10*

292:*6*
370:*8, 9*
**obvious**
400:*9*
407:*13*
**obviously**
222:*14*
**occasion**
208:*9*
**Occasionally**
295:*18*
**occur**
168:*23*
401:*6*
**occurred**
123:*21*
351:*8*
401:*4*  402:*4*
**occurrence**
326:*14*
**occurring**
257:*10*
**occurs**  71:*1*
**ocean**  13:*11*
**October**
115:*14*
**odd**  230:*13,
17*  433:*6*
454:*20*
**odds**  71:*2*
433:*2*
**offer**  374:*23*
**offhand**
278:*20*
**office**
325:*17*
342:*9, 24*
431:*8*
**officer**
194:*20, 22*
272:*19*
**offices**  1:*12*
**official**
196:*22*

**officio**
175:*15, 21, 23*
**offspring**
259:*14*
402:*3, 7*
410:*2*
**Ofirmev**
8:*12*  393:*7*
394:*17, 18*
415:*6, 16*
416:*7, 21*
**oh**  14:*22*
27:*22*  69:*4*
79:*10*  90:*7*
103:*6*
132:*22*
172:*15*
181:*14*
198:*25*
210:*24*
289:*22*
299:*7*
328:*16*
330:*5*
335:*7, 12*
345:*9, 13*
347:*20*
372:*1*
390:*24*
391:*13*
393:*12*
404:*2, 18*
413:*2*
423:*17*
432:*16*
443:*4*
445:*14*
446:*13*
461:*6*
**Okay**  12:*7, 15, 19*  13:*5, 12*  14:*4, 21*
15:*16, 18*

16:*9, 25*
17:*24*
18:*10*  20:*6*
21:*23*  22:*7*
24:*1*  25:*10*
26:*20*
27:*22*  28:*9*
29:*6*  32:*12, 13*  33:*5*
34:*3, 15*
37:*2*  38:*19*
39:*5*  41:*25*
43:*13, 25*
44:*14*  46:*5*
50:*19*
51:*24*  53:*8*
54:*25*
55:*10*  58:*1*
59:*12*
61:*17*  62:*2*
63:*14*
64:*16*  67:*3, 18*  69:*5, 8, 9*
70:*14*
75:*12*
76:*24*  78:*3, 9, 20*  79:*16, 23*  80:*2*
86:*8*  87:*16*
88:*14, 23*
91:*3*
100:*12*
107:*7, 12*
109:*8*
112:*9, 25*
115:*11*
116:*2, 22*
117:*16*
118:*5*
120:*16, 21*
124:*22*
125:*13*
132:*23*
133:*18*

134:*6*
139:*15*
141:*15, 17*
148:*14*
149:*6, 7*
153:*7*
156:*18, 24*
157:*19*
159:*11*
160:*5, 14*
162:*9*
171:*8*
172:*9*
174:*7, 16*
175:*9, 19*
176:*17, 18*
178:*14*
179:*13*
180:*7, 17*
181:*16, 25*
182:*13*
183:*11, 25*
187:*23*
188:*1, 7*
189:*22*
190:*5, 21, 24*
192:*9*
193:*21*
194:*24*
195:*7*
196:*10*
201:*9*
202:*21*
204:*14*
205:*16*
206:*8, 14*
207:*1*
208:*16*
210:*10*
211:*17, 21*
212:*12*
213:*16*
215:*11, 23*
219:*11, 21*

223:*17*
227:*25*
229:*10, 17, 22*  230:*3*
234:*18*
235:*7*
244:*23*
247:*21*
248:*12*
257:*6*
258:*6, 17*
261:*6, 8, 19*
262:*23*
263:*5, 7*
268:*23*
275:*24*
276:*4*
277:*6*
286:*24*
287:*7*
289:*24*
291:*22*
295:*9*
299:*10*
300:*11, 20*
311:*5*
319:*1*
321:*21*
327:*2, 12*
329:*19*
330:*4, 15, 16*
334:*13*
338:*8, 12*
343:*5*
344:*14*
345:*1*
347:*7, 14, 15*
348:*6, 9*
349:*23*
350:*8*
356:*11, 25*
362:*23*
363:*5, 12*
368:*16*

369:*2*
371:*25*
372:*22*
373:*8, 22*
377:*24*
378:*15*
380:*4, 17*
382:*3, 9, 12, 18*  383:*6*
384:*16*
385:*14*
387:*20*
391:*4*
392:*6*
393:*24*
394:*4*
395:*1, 2*
401:*18*
404:*7, 12, 22, 24*  405:*5*
406:*7, 15, 16, 18*  407:*15*
408:*7, 14*
409:*14*
411:*17*
412:*19, 22, 25*  413:*17*
422:*8*
423:*19*
424:*14*
429:*17*
431:*7*
432:*2*
437:*5, 7*
438:*10*
440:*22*
441:*3*
443:*4*
445:*11, 15*
453:*15*
454:*3*
455:*15, 17*
458:*1*

460:9, 19
461:12
O'Keefe
185:8, 19
187:7, 9
Oklahoma
132:13
old 345:9, 11
OLIVO 7:6
Olsen 9:7
245:6
246:24
258:7
263:12
264:20
283:16
284:10
310:8
316:9, 18
321:14
Olsen's
281:8
once 37:3
74:21
77:20
80:14
211:11
410:15
Oncology
93:2
one-page
333:3, 12
ones 94:14
249:19
361:19, 20
online
171:24
172:1
431:16, 20
435:25
oops 108:6
Open
120:18

131:3
149:9
180:2
192:13
opened
423:16
opening
176:20
177:4 198:5
operating
376:8
opiate
404:10
opine
301:22
opinion
16:3 33:18, 20 35:19
51:10
52:13
61:24
93:21, 23
94:23 95:8, 9, 16, 25
100:20, 24
142:1, 2, 25
151:1, 3
225:9
232:11
246:19
254:23
255:11
257:7
260:14
262:12
268:18
273:13
280:2, 20, 24
284:19, 24
291:18
292:25
308:7
316:23
351:5

366:25
367:2, 11
402:23
434:9
439:11
449:18, 23, 25 454:6
opinions
16:14, 16
17:23
107:4
113:6
119:17
121:6
208:24
209:1
220:14, 16, 17, 19
222:17
260:10
263:18
309:24
349:15
351:24
387:19
433:1
opportunity
91:2 102:4
134:4
166:22
167:4
249:12
416:16
opposing
255:19
optimal
99:4
options
260:2
oral 394:11
395:6
401:1, 7
403:3, 8
411:12

415:13, 19
416:9, 22
437:11, 14
438:14, 17
ORDER
1:6 53:9
250:18
324:18
339:11
353:13
371:17
420:15
431:24
435:5, 10
organization
56:3, 25
140:10
147:16
152:22

organizations
29:9 31:2
54:12
55:18 56:7
77:22
198:19
435:13
organogenesi
s 395:7
orient
337:11
origin
116:10
original
90:1 463:14
originally
429:21
ORTEGA
7:11 11:2
ossification
395:11
Osteopathic
130:3

osteopathy
108:10
OTC 9:21
414:15
Ottawa
69:25
outcome
15:25 16:8
32:18
137:24
363:21
379:12
outcomes
9:9 82:23
221:14
232:19
438:16
outdated
345:14
outings
168:18, 23
169:3
outlets
140:4
outlines
349:25
outside
81:10
242:4
301:6, 10
304:21
312:2
360:1, 22
362:5
370:25
outweighs
291:12
388:24
389:6
overall
82:17 338:1
overdose
359:16
360:15

361:*13*
440:*10*
**over-the-counter**
287:*18*
288:*3*
300:*8* 411:*5*
**owe** 116:*9*
**ox** 315:*12*
**Oxnard**
6:*23*

**< P >**
**p.m** 192:*14*
207:*4, 6, 8*
212:*6, 7, 9*
284:*3, 5, 7*
348:*11, 12,*
*14* 412:*5, 7*
446:*24*
460:*21, 23,*
*25* 461:*16,*
*18*
**PAGE** 8:*2,*
*8* 39:*7*
80:*20*
99:*11*
107:*18*
125:*14*
132:*24*
134:*8*
171:*9*
172:*9, 10, 15*
173:*3*
175:*10*
176:*7, 14*
180:*17*
181:*1, 16*
182:*25*
184:*1*
185:*8*
187:*15*
190:*25*
196:*3*

197:*19*
198:*15, 24*
203:*6, 20*
204:*7, 11*
205:*4, 21*
206:*5, 6*
231:*16*
241:*11*
265:*3*
284:*14*
321:*14*
329:*1*
334:*25*
336:*2*
349:*20*
351:*21*
358:*22*
378:*2, 14, 16*
380:*20*
383:*11*
387:*10*
390:*13, 25*
394:*24*
404:*13*
413:*6, 19, 22*
414:*8*
428:*17*
436:*24*
437:*4*
440:*16, 21*
442:*1*
465:*3* 466:*3*
**pages** 46:*1*
149:*3*
159:*19*
175:*11*
180:*21*
198:*16*
201:*4*
204:*10*
229:*15*
376:*1*
404:*19*

413:2:*2, 4, 6,*
*11* 464:*5*
**paid** 16:*21,*
*23* 78:*12, 23*
103:*11*
133:*21*
167:*18*
177:*15*
209:*14*
244:*4*
**pain** 23:*8*
24:*13*
26:*13*
32:*11*
46:*15, 21*
249:*22*
252:*13*
286:*22*
289:*14*
292:*21*
293:*23*
323:*20, 22,*
*25* 324:*1, 6*
351:*13*
354:*23*
420:*13, 20*
421:*1* 422:*6*
**pains**
286:*25*
289:*23*
**pair** 402:*4,*
*7* 409:*24, 25*
**Panorama**
171:*12*
**paper** 69:*17*
101:*8*
131:*20, 25*
141:*6*
148:*20*
151:*18*
154:*22*
155:*4*
156:*11*
212:*22*

222:*13, 15,*
*16* 225:*7*
236:*18*
237:*11*
241:*7, 25*
244:*12*
245:*14*
260:*14*
261:*7, 10, 13*
280:*4*
336:*10*
342:*4* 387:*4*
**papers**
130:*6*
235:*19*
242:*14*
334:*23*
355:*23*
386:*2, 7, 12*
**Paracetamol**
9:*3* 10:*1, 4*
258:*12*
259:*7*
383:*16, 20,*
*25* 384:*21*
387:*14, 22*
388:*1*
390:*18*
429:*19*
**paradigm**
116:*6*
**paragraph**
58:*22* 60:*5*
80:*20*
83:*13* 86:*8,*
*18* 93:*8*
120:*22, 23*
231:*18*
265:*2*
321:*13*
334:*6*
337:*4*
349:*23*
358:*23*

379:*7*
388:*19*
408:*15*
**paragraphs**
46:*10* 82:*1*
230:*2*
**paralegal**
211:*9*
**parameters**
227:*22*
**parental**
409:*24, 25*
**parents**
155:*11*
**Park** 3:*3*
4:*23* 5:*9*
**part** 19:*10*
39:*6* 47:*13*
49:*13* 91:*7*
126:*10*
134:*17*
147:*4*
152:*22*
176:*8*
178:*10*
196:*22*
250:*8*
258:*23*
299:*6*
303:*1*
316:*13*
341:*21*
371:*7*
**partially**
276:*24*
**participate**
169:*5*
**participated**
47:*20*

**participating**
47:*11*

**participation**

198:*20*
199:*13, 21*
**particular**
81:*3* 88:*10*
134:*24*
141:*24*
150:*21*
252:*12*
365:*15*
**particularly**
93:*22* 95:*9,*
*24* 122:*12*
448:*2*
**parties**
462:*10*
**PartoSure**
198:*4*
**parts** 106:*16*
**passed**
118:*11*
153:*2*
**paternal**
139:*1*
270:*18*
274:*4*
277:*11, 12*
278:*1*
**Pathways**
363:*21*
**patient**
19:*12*
20:*24, 25*
24:*1* 25:*7*
26:*8, 17*
28:*13, 16*
30:*6, 7*
31:*16, 22*
33:*15*
36:*21*
48:*18, 23*
49:*8* 54:*4*
118:*10*
119:*16*
134:*15, 19*

208:*17, 21*
209:*12*
251:*6*
252:*6, 7, 24*
254:*15, 19,*
*21* 257:*8, 20*
290:*8*
292:*8*
293:*15*
298:*5, 8*
301:*23, 24*
302:*1, 5*
307:*17*
311:*22*
312:*25*
313:*24*
314:*1*
315:*4, 17*
317:*25*
318:*3*
337:*18*
338:*16*
339:*7*
340:*4, 8*
341:*4*
**patient-**
**physician**
338:*15, 18*
**patients**
17:*14* 19:*6*
22:*11, 16, 24*
23:*19, 25*
25:*15, 16*
26:*12, 25*
27:*3* 32:*16*
33:*7* 34:*10*
37:*12, 14, 18,*
*25* 49:*11, 17,*
*21* 52:*11, 14*
114:*25*
118:*13*
207:*15, 20*
209:*20, 21*
217:*2*

249:*19, 20*
253:*3*
255:*18*
256:*11, 22*
257:*17*
290:*15*
291:*6*
292:*15*
293:*21*
298:*9*
302:*13*
303:*18*
306:*7, 20*
310:*3*
313:*20*
314:*20*
315:*8, 9*
317:*11*
318:*11*
319:*15*
321:*3*
322:*22*
323:*19*
324:*5, 8*
325:*14, 21,*
*25* 338:*21,*
*23* 339:*11*
340:*24*
341:*14*
342:*9*
343:*22*
357:*23*
377:*14*
379:*20, 21*
381:*12*
410:*23*
411:*7*
420:*16*
427:*9*
431:*3*
454:*18*
**patient's**
36:*15*

116:*9*
137:*20*
**PAUL** 5:*3*
**pay** 169:*11*
**payer**
340:*10*
**paying**
209:*6*
**payment**
118:*8*
149:*11, 14*
177:*11*
**payments**
108:*12, 17,*
*19, 21*
109:*14*
119:*13, 22*
120:*7, 18*
131:*2, 3, 8, 9,*
*14, 15, 18*
133:*8, 11*
149:*9, 13, 20*
150:*12, 18*
**pending**
283:*12*

**Pennsylvania**
6:*13*
**people**
18:*21* 56:*8,*
*13, 17, 20*
160:*23*
164:*13*
181:*25*
183:*13, 19,*
*20* 185:*4*
195:*7*
256:*17*
309:*2*
459:*13*
**Pepto-**
**Bismol**
301:*4, 7, 15,*
*20* 302:*6*

303:*21*
305:*17*
306:*8, 12*
**perceived**
236:*24*
343:*13*
**percent**
17:*3, 17*
19:*15* 78:*7*
100:*14, 16,*
*18, 23* 101:*8*
108:*8, 11*
131:*9, 12, 14*
139:*16*
141:*24*
150:*11*
213:*9, 24*
214:*2*
262:*11*
324:*19*
326:*23*
401:*20*
**percentage**
148:*2*
274:*24*
276:*19*
402:*8*
**perfect**
445:*14*
**perfectly**
12:*17*
**performance**
48:*19*
**performed**
126:*11, 15*
**Peri** 186:*10*
**PeriGen**
186:*12*
**period**
251:*8*
361:*23*
**periods**
324:*7*

Confidential - Subject to Protective Order

permanent 379:25
person 12:8, 21 26:11 61:3 137:17 138:21 204:5 306:23 312:6 315:4 336:6 341:24
personal 195:16 236:22 252:11
personally 19:4 23:13 38:21 60:21 85:11 187:19 188:8 290:3, 4
person's 312:14
perspective 41:19
pertaining 350:14
pertains 191:15
pertinent 379:9
pharma 68:16 84:16
Pharmaceutical 9:12 68:9, 17 69:19 71:5, 16 72:6, 14, 17, 22 74:11 75:8, 9

76:11, 17 77:4 80:4, 24 81:1, 23 82:25 83:18 85:7, 8 86:12 97:14 110:4, 5 119:14 120:8 122:22 123:13 144:21 151:4, 15 162:25 163:14 164:8, 16 165:9 179:3 181:20 205:22 217:1 219:16 226:14 228:23 377:10 392:23 407:11 426:15
pharmaceutical-funded 84:23
Pharmaceuticals 72:25 84:17 181:3, 4 184:17, 19 186:1, 16 203:17 204:17 391:8 403:20
pharmacologic 268:5

pharmacologist 434:14
Pharmacology 391:6
Pharmacy 5:16
pharyngitis 93:12
phase 370:13, 14 371:11, 18
Philadelphia 6:13
Philips 182:18
Philosophy 69:21
phrases 346:25
physically 372:24
physician 118:9, 12 126:24 131:3, 6, 7 135:1 161:10 251:6 252:5 253:5 286:8 340:7 379:19 381:10 426:17 449:12
physicians 16:5 98:9 118:13 119:15, 22 126:16 131:2 133:4, 8, 11, 21 135:1

149:8, 13, 18 150:1 161:5 174:5 338:20 339:25 389:22 427:10 431:4 451:24 452:1, 11 454:22
physician's 116:8 134:20
PI 49:14
pick 138:12
picture 58:2 427:19
pie 213:24
piece 449:18, 24
pieces 449:25
Pinto-Martin 10:13 38:12 41:11, 17 42:5 44:3 45:7 418:25 421:12
Pinto-Martin's 41:8 419:4
pioneering 58:25
Place 5:9 157:24 159:18 160:6 170:22 189:5

192:18 216:8 344:23 405:9, 12 411:20 462:7
placebo 420:19
placebo-controlled 420:22
placed 426:14
placenta 380:2 383:21 387:22
places 163:15, 24 164:1, 2
plaintiff 16:11 17:18, 23
Plaintiffs 4:16 11:23 16:18 17:9, 14
planned 196:23
planning 52:5 306:18
plans 62:7
plasma 235:4
play 46:19 169:16
playing 74:7 305:13
plays 169:20
Plaza 2:22 3:3
please 45:1 50:15 66:15

75:*20*
104:*6*
215:*23*
220:*1*
272:*12*
275:*16*
327:*15*
387:*10*
412:*2*
427:*23*
463:*3, 8*
**plenty**
426:*16*
**PLLC** 2:*8*
**point** 23:*10,*
*11, 13, 18*
37:*11*
40:*12* 41:*1,*
*11* 52:*20*
55:*8* 62:*6,*
*10* 78:*8*
96:*13*
107:*8*
112:*24*
116:*19, 20*
118:*1*
129:*14*
133:*16*
136:*10, 12*
139:*17*
162:*22*
171:*4*
175:*7*
187:*13*
204:*4*
213:*15*
222:*6, 24*
230:*21*
231:*13*
236:*12*
240:*22*
254:*2*
270:*12, 14*
279:*24*

282:*7*
287:*3*
290:*19, 23,*
*25* 293:*2*
301:*1*
323:*9*
345:*21*
349:*13*
363:*10*
370:*17*
371:*22*
387:*17, 18*
399:*4*
411:*2*
418:*19*
422:*15*
447:*16*
451:*18*
**pointed**
238:*8*
**points** 25:*11*
**policies**
340:*10*
**policy**
109:*16, 18*
113:*1, 19*
125:*16*
126:*6*
128:*10*
129:*9, 12*
148:*7*
238:*5, 21*
242:*23*
341:*22*
344:*10*
378:*1*

**policymakers**
188:*20*
**popular**
188:*12*
**populations**
43:*6, 7*

**PORTER**
5:*20*
**portion**
38:*11*
114:*21*
126:*8*
129:*2*
136:*24*
433:*1*
**portions**
220:*11*
**PORTIS** 4:*8*
**posed** 33:*3*
273:*2*
**poses** 22:*12*
24:*2*
**position**
34:*4, 16*
97:*12*
141:*6*
174:*9*
212:*22*
376:*19*
387:*4*
**positions**
113:*7*
223:*14, 16*
**positive**
267:*17*
276:*20*
379:*9*
**possibility**
260:*6*
263:*14*
**possible**
38:*2* 96:*9*
167:*20*
211:*8*
227:*1*
231:*21*
281:*20*
297:*10*
320:*2*
322:*25*

323:*1*
355:*17*
380:*23*
388:*24*
389:*7*
437:*11, 25*
438:*14, 20*
**POSTMAN**
2:*15*
**postnatal**
265:*18*
443:*13*
**postpartum**
77:*18* 356:*5*
**post-**
**weaning**
402:*5*
**potential**
23:*8* 26:*14*
35:*22*
53:*25*
101:*19*
104:*25*
110:*3*
113:*5, 23*
114:*6*
116:*7*
122:*21*
195:*13*
236:*24*
265:*4, 17, 18*
292:*13, 19*
308:*6*
314:*14*
339:*23*
343:*12, 14*
379:*5, 21*
388:*23*
389:*5*
410:*5, 16*
**potentially**
217:*11*
293:*24*
379:*2*

pquincy@btl
aw.com 5:*3*
**PRAC**
268:*4*
**Practice**
8:*20, 22*
9:*15* 13:*21*
22:*17*
34:*10*
86:*23* 88:*1*
89:*25*
90:*20*
94:*15*
95:*20* 97:*6,*
*14* 98:*5, 11,*
*13* 99:*14*
101:*9*
111:*7, 9*
112:*16*
114:*3, 19, 23*
118:*25*
121:*4*
124:*11, 20*
125:*20, 23*
126:*6*
127:*6, 7, 21*
128:*4, 6*
129:*24*
130:*8*
131:*5*
134:*7, 11, 13,*
*14, 16*
135:*11*
136:*14*
141:*21, 25*
142:*5, 21, 23*
143:*7, 8*
145:*18*
146:*17, 21*
147:*1, 2*
149:*15*
150:*3, 22*
251:*11, 13*
253:*10*

256:*9*
257:*18*
262:*9, 11*
317:*6, 10*
322:*21*
323:*4*
324:*17*
326:*17, 23*
337:*20*
339:*24*
345:*22*
347:*9*
358:*16*
365:*9*
368:*15*
398:*13*
407:*17*
428:*8*
**practiced**
126:*25*
**practices**
133:*5*
346:*4*
348:*4*
370:*7, 8*
**practicing**
129:*4*
255:*16, 22*
256:*21*
257:*6*
400:*6*  439:*8*
**practitioner**
293:*20*
355:*1*  434:*4*
**practitioners**
436:*21*
**pre**  274:*5*
**preamble**
131:*23*
**precautionar**
**y**  285:*5*
322:*2, 16, 18*
**precise**
190:*13*

248:*3*
309:*14*
439:*18*
**Precision**
7:*8*  83:*8*
**preclinical**
380:*19, 21,*
*22*  381:*4*
392:*10*
**predictable**
84:*3*
**predispositio**
**n**  265:*20*

**predominant**
266:*14*
268:2, *22*
**predominant**
**ly**  108:*20*
**preface**
426:*7*
**preference**
425:*20*
**preferences**
195:*16*
**Pregnancy**
8:*12*  9:*1, 4,*
*18*  24:*13, 19*
30:*3*  31:*10*
34:*13*
46:*15*
49:*16, 21*
91:*22*
106:*13*
137:*7, 12*
157:*23*
198:*20*
208:*12, 18,*
*23*  212:*23*
216:*7*
234:*5*
249:*16, 21*
250:*13*
251:*4, 25*

256:*23*
261:*3*
274:*6, 10*
277:*13, 15*
287:*5, 8, 14*
290:*5*
297:*8*
299:*24*
300:*6, 9*
301:*9, 10*
302:*15*
303:*19*
306:*19*
310:*21*
311:*16, 18,*
*25*  312:2, *8,*
*11*  313:*17*
317:*23*
320:*3*
323:*21*
324:*9*
325:*12, 16,*
*23*  326:*1*
350:5, *15, 16*
351:*6, 14, 15*
354:*24, 25*
355:*3*
356:*5*
357:*9, 23*
359:*16*
361:*1, 2, 18*
362:*10*
366:*4*
378:2, *6, 21*
379:*1, 12*
381:*17, 22*
383:*11*
386:*16*
388:*22*
389:*5*
393:*14, 17,*
*19*  394:*8*
396:*12, 16*
397:*4, 25*

398:*20*
399:*6*
403:*3*
405:*8*
406:*2*
408:*3*
413:*18*
414:*9, 14, 21,*
*22*  417:*15,*
*20*  422:*5, 21*
424:*4, 15, 20*
425:*9*
426:*19, 23*
428:*5, 12*
429:*17, 20*
436:*6, 9, 23*
437:*8, 9, 22*
439:*10*
442:*6*  443:*7*
**pregnant**
31:*22*
32:*16*
249:*18*
255:*18*
256:*10*
259:*9*
285:*20*
289:*5*
290:*11, 16,*
*25*  291:*10,*
*11, 20, 24*
292:*1, 16*
293:*3, 15, 20*
294:*6*
297:*6*
298:*14*
299:*11*
307:*4*
312:*6, 18*
313:*20*
322:*8*
379:2, *10, 20*
383:*14, 17*
384:*1, 22*

387:*13*
388:2
394:*10, 12,*
*18, 19*  395:*6*
400:*25*
401:*5, 19*
403:*10*
408:*24*
409:*16*
410:*5, 16*
414:*16*
415:*1*
417:*4*
419:*15*
420:*4*
442:*5*
443:*6*
454:*18*
**premiere**
97:*20*
**Prenatal**
9:*7, 16*
26:2  27:*19*
29:*15, 16*
36:*3*
112:*17*
114:*1, 3, 5,*
*17, 19, 23*
115:*9, 20*
122:*7, 13, 18,*
*23*  123:*18,*
*22*  125:*1, 10*
128:*5, 11*
129:*11*
171:*13*
221:*22*
233:*19*
246:*22*
255:*7*
259:*12*
268:*20*
274:*17*
302:*17*
317:*4*

Confidential - Subject to Protective Order

355:*5*
366:*11*
386:*20*
418:*22*
419:*22*
443:*13*
**preparation**
31:*6, 7*
**prepared**
46:*8*
**preparing**
427:*5*
**prerogative**
305:*20*
**Presbyterian**
13:*22*
**prescribe**
312:*17*
395:*25*
400:*7*  404:*4*
**prescriber**
381:*5*
**prescribers**
398:*2*
**prescribing**
133:*4*
381:*10*
393:*8*
439:*10*
**PRESENT**
7:*6*  54:*5*
111:*16*
137:*23*
259:*20*
266:*17*
269:*10*
317:*18*
342:*18*
371:*23*
379:*13*
446:*7*
**presentation**
311:*20*

**presentations**
196:*22*
**presented**
196:*13*
381:*9*
**president**
106:*11*
107:*3*
174:*22*
175:*25*
176:*2*
193:*13*
457:*3*
**presidents**
192:*22*
195:*9*
**presume**
197:*16*
**preterm**
47:*16*
100:*2*
137:*25*
311:*20, 21*
**pretty**  40:*1*
125:*1*
230:*1*
231:*13*
343:*15*
345:*9, 11, 13*
433:*2*
442:*16*
**prevent**
119:*3*
**prevented**
118:*12*
**previous**
20:*13, 14*
30:*5*  67:*9*
76:*1*  85:*4*
121:*14*
141:*12*
321:*4*
341:*20*

404:*14*
409:*10, 11*
418:*2*
432:*21*
**primarily**
100:*19*
**primary**
117:*4*
236:*9*
281:*19*
**principal**
49:*18*
108:*22*
109:*5*
**principle**
285:*5*
**print**  217:*16*
**printed**
210:*21*
212:*2*
431:*24*
**prior**  24:*18*
34:*12*
269:*11*
274:*6*
277:*13*
287:*15*
306:*20*
315:*5, 6*
369:*23*
447:*6*  462:*3*
**priori**
365:*18*
366:*18*
**priority**
372:*14*
**private**
192:*17*
**probability**
260:*4*
**probably**
15:*1*  17:*21*
65:*21*
138:*9*

168:*8*
169:*11*
184:*25*
193:*18*
208:*13*
326:*22*
353:*24*
396:*7*
407:*22*
431:*21*
**problem**
98:*8*
261:*19*
275:*5*
305:*6*
330:*11*
392:*19*
411:*25*
**problematic**
93:*23*  95:*9, 24*
**problems**
432:*6*
**procedure**
48:*19*  49:*1*
**Process**
9:*21*  26:*15*
48:*22*  51:*3*
52:*17*
64:*14*
104:*22*
112:*1*
135:*4*
145:*23*
146:*16*
161:*8*
174:*20*
175:*7*
237:*2*
238:*8, 24*
239:*7, 12, 19*
240:*12*
242:*10*
243:*12*

252:*22*
257:*4, 5*
271:*14, 16*
302:*16, 21*
303:*5, 25*
334:*3*
353:*14, 22*
364:*22*
**processes**
145:*16*
**produce**
86:*23*  88:*1*
**produced**
262:*4*
458:*17, 25*
**producing**
56:*25*
82:*15*
86:*22*  87:*25*
**Product**
10:*7*
197:*22, 23*
287:*18, 23*
288:*3*
346:*3*
347:*25*
373:*15*
376:*10, 14, 15*  378:*5, 6*
379:*4*
381:*12*
387:*8*
388:*21*
389:*4*
390:*5, 11*
392:*9*
394:*1*
399:*18*
407:*3*
413:*1*
414:*12*
**production**
172:*3*

**PRODUCTS**
1:*3* 11:*11*
164:*25*
165:*1, 4, 10*
197:*6*
202:7
228:*23*
376:*20*
407:*3*
**Professional**
8:*12* 10:7,
*10* 27:*16*
52:*18*
102:*19*
103:*14*
104:*11*
105:*14, 17*
106:*3, 8*
109:*11, 19*
110:*9*
111:*1*
117:*3*
169:*4*
236:*23*
252:6, *24*
253:*6*
254:*15*
286:*9*
287:*15*
290:7
292:*10*
310:*23*
311:*3*
336:*14, 17*
338:*1*
366:*9*
413:*1*
414:*11, 17,
19* 424:*20*
435:*3* 444:*4*

**professionals**
16:*6*
249:*18*

251:*24*
338:*22*
400:6
423:*23*
**professions**
110:6
**professor**
58:*17*
**profile**
308:*2, 8*
359:*3* 381:*6*
**Prognostics**
183:*2*
**program**
18:*24*
175:*3*
184:*4, 11*
187:*10, 12*
188:*16*
192:*22*
194:*25*
195:*2, 3, 5, 8*
196:*23*
**programmin
g** 9:*4*
246:*20*
281:*20*
**programs**
161:*24*
162:*1* 189:*5*
**projects**
63:*22*
**prolonged**
322:6 324:7
**propensity**
281:*15*
**proper**
227:*1*
376:*19*
**propounded**
464:6
**pros** 439:*9*
**prospective**
53:*17*

**PROTECTI
VE** 1:*6*
**proud** 58:*13*
**prove** 96:*13*
**proved**
85:*22*
**proven**
30:*18*
232:7 359:*2*
**provide**
19:*12*
70:*23*
93:*14*
118:*9*
337:*14*
354:*1*
366:*3*
379:*3*
433:*20*
439:7 449:*1*
**provided**
39:*4*
119:*15*
177:*6*
196:*24*
214:*18, 21*
374:*3*
376:*22*
**provider**
23:*4* 34:*12*
49:7 298:*5*
**providers**
297:*15*
**provides**
82:*5*
**providing**
281:*18*
431:*2*
**prudent**
288:*9*
**Public** 58:7,
*10, 14* 130:*9*
146:*8, 18*
147:*8*

158:*5*
237:*22*
240:*18*
340:2, 8, *19,
20* 341:*23,
24* 343:*21,
23* 462:*23*
464:*19*
**publication**
146:*15*
174:*25*
236:*25*
237:*6*
239:*25*
245:7
263:2
269:*11*
351:*8*
386:*14*
439:*15, 24*
444:7
445:*24*
446:*19*
**publications**
107:6
126:*5*
128:*25*
215:*17*
220:*23*
221:*5*
237:*19*
238:*3*
239:*9, 20*
240:*21*
241:*14*
242:*19*
243:*12, 14*
244:*22*
247:*16*
269:*10*
360:*24*
434:*3*
451:*13*
457:*6*

**publicly**
340:*21*
341:*13, 19*
389:*20*
**publish**
242:*20*
269:*22*
341:*22*
342:*4*
**published**
27:*13, 24*
28:*18* 35:*3*
78:*5* 92:*18,
19, 21* 96:*25*
97:*15*
103:*13*
107:*9*
113:*20*
115:*18, 19*
121:*5*
125:*25*
130:*1*
139:7, *20*
142:*14, 22*
143:*3, 4, 9*
221:*8, 12, 18,
20* 222:*8, 10,
14, 17, 20, 24*
246:*18*
248:*22*
266:*3*
333:*9*
336:*19*
353:*9*
356:*4*
364:*9*
365:*8*
386:*2*
408:*21*
431:*15*
434:*1*
441:*19*
446:*6*
449:7, *9*

Confidential - Subject to Protective Order

publishes
119:*17*
publishing
145:*24*
441:*21*
445:*19*
446:*19*
PubMed
121:*15*
Puerto   3:*4*
pull   63:*25*
211:*23*
261:*16, 20,*
*21*   263:*20*
286:*19*
349:*1*
351:*2, 3*
364:*3*
411:*18*
422:*18*
427:*15*
pulse   315:*12*
pumped
386:*6, 13*
punt   455:*14*
pups   402:*10*
purchased
205:*23*
285:*16*
289:*1*
purity   81:*8*
PURSUANT
1:*6*
pursuit
225:*12*
227:*8*
push   128:*13*
pushes   84:*3*
pushing
128:*11, 19*
put   58:*1*
77:*24*
82:*24*
98:*10, 21*

99:*13*
116:*8*
128:*3*
140:*21*
175:*8*
187:*7*
189:*4*
212:*22*
219:*23*
236:*8*
241:*25*
284:*9*
291:*9, 23*
327:*23*
337:*22*
342:*23*
359:*24*
375:*8, 13*
387:*3*
388:*15*
396:*18, 23*
399:*18*
400:*5*
426:*7*
439:*15, 25*
puts   82:*2*
174:*16*
putting
18:*20*
194:*18*
195:*5*   294:*4*

< Q >
qualified
42:*16, 18*
124:*19*
129:*5, 8*
453:*5*   454:*4*
qualitative
82:*12*
quality
90:*19*   92:*8,*
*10*   94:*6, 11,*
*17, 22*   95:*16,*

20   100:*25*
101:*4, 9*
quantifiable
84:*2*
quantified
84:*3*
quantitative
82:*11*
quantum
109:*14*
Queenan
182:*15*
Queen's
69:*21*   70:*1,*
*5*   152:*9*
question
19:*20*
20:*13, 15*
22:*8*   24:*9*
25:*7, 12*
26:*5*   27:*25*
28:*12, 16*
30:*5*   32:*14,*
*23*   36:*18*
37:*2*   39:*8,*
*22, 24*   40:*2*
44:*15, 18, 21*
45:*1, 5, 6, 12*
46:*6, 17, 24*
49:*25*   50:*5,*
*7, 18, 20, 21*
51:*18, 22*
52:*3*   68:*21*
70:*13*
73:*10, 13, 25*
74:*5, 9, 20,*
*24*   75:*22*
76:*8*   87:*20*
95:*13*
102:*8, 11*
103:*6, 19*
104:*6, 8*
105:*11, 13,*
*23*   122:*1*

129:*16*
141:*12*
143:*12*
153:*4, 9, 17*
154:*7, 25*
178:*25*
193:*25*
226:*21*
227:*15*
231:*10*
233:*3, 7*
244:*6*
254:*2*
258:*4*
263:*24*
267:*9*
268:*7, 10*
272:*5*
273:*3, 11, 15*
276:*6, 12, 17*
280:*2, 18*
282:*15*
283:*13, 20*
290:*21*
294:*24*
295:*21*
296:*9*
299:*4, 7*
302:*24*
303:*14*
304:*18*
309:*18*
318:*8, 10*
319:*3, 8, 14*
326:*13*
329:*7*
351:*19*
355:*25*
356:*12, 15*
357:*1, 7*
368:*4*
369:*2*
384:*20*
398:*18, 23,*

25   399:*3*
403:*25*
423:*11*
424:*3*
425:*3, 8*
430:*17*
433:*8*
443:*20*
444:*10, 12,*
*17, 19, 22, 24*
445:*9, 13*
447:*15*
450:*12, 14,*
*19*   451:*22*
452:*15*
453:*8*
455:*5, 13*
458:*22*
459:*7*
questioning
80:*15*
303:*23*
QUESTION
S   12:*2*
15:*15*   20:*5,*
*23*   21:*8*
22:*6, 23*
25:*9*   26:*19*
27:*21*   28:*8*
29:*5*   30:*8*
31:*23*   33:*4,*
*7*   34:*2, 14*
35:*12*   36:*5*
37:*1, 21*
38:*8, 22*
39:*19*
41:*24*
42:*19*
43:*12, 24*
44:*6*   45:*2,*
*19*   46:*1, 4*
48:*11*   50:*9*
51:*6*   52:*21*
53:*4, 24*

Confidential - Subject to Protective Order

54:*16, 24*
55:*9*  56:*6,*
*12, 19*  57:*2,*
*8*  60:*3, 14*
61:*6, 16*
62:*1*  63:*4*
64:*1, 5, 11,*
*24*  65:*7, 16*
66:*13*  67:*2,*
*17*  68:*6, 18*
69:*16*
70:*15*
71:*13, 23*
72:*15*  73:*2,*
*9, 24*  74:*8,*
*14, 23*  75:*11,*
*16*  76:*6, 20*
78:*2, 17*
80:*18*
81:*24*
83:*12*
84:*21*
85:*17*  86:*7*
87:*19*
88:*13*
89:*20*
90:*10*  92:*4*
94:*19*  95:*3,*
*14, 22*  96:*10,*
*19*  98:*2, 20*
99:*6*
100:*11*
101:*6, 24*
102:*14*
103:*5, 23*
105:*6*
106:*1, 24*
108:*4*
109:*4, 15*
110:*7, 13*
111:*12, 19*
112:*8*
113:*16*
115:*10*

116:*21*
117:*15*
118:*4*
119:*1, 6*
120:*5, 15*
121:*20*
124:*3, 21*
127:*11*
128:*8, 23*
129:*19*
130:*23*
132:*1*
133:*17*
134:*1*
135:*7*
136:*4, 21*
138:*7*
139:*3, 14*
140:*15*
141:*1, 9*
143:*11, 21*
144:*8, 17*
145:*6*
146:*5, 11*
147:*6, 14, 23*
148:*13, 24*
151:*2, 17*
152:*10*
153:*3*
154:*14*
155:*6, 19*
156:*4*
157:*9, 18*
158:*17*
159:*13*
160:*13*
161:*16*
162:*3, 16*
163:*12*
164:*3, 20*
165:*16*
166:*1, 11, 20*
167:*9, 24*
169:*1, 14*

170:*1, 12, 24*
171:*7*
172:*8*
173:*1, 15, 24*
174:*6, 15*
177:*14, 24*
178:*13*
179:*1, 12, 24*
180:*6, 16*
181:*17*
182:*12*
183:*10, 24*
184:*8, 15, 23*
185:*6, 17, 24*
186:*22*
187:*2*
189:*7, 21*
190:*6, 20*
191:*11, 24*
192:*8*
193:*11, 20*
194:*11, 23*
196:*1, 19*
197:*11, 18*
198:*13*
199:*14, 22*
200:*3, 15, 21*
201:*3, 16*
203:*4, 15*
204:*21*
205:*3, 18*
206:*2*
207:*10, 21*
208:*3, 15*
209:*4, 17*
210:*1, 9*
211:*18*
212:*11*
213:*2, 18*
214:*6, 22*
215:*10, 20*
216:*2, 23*
217:*14, 18*
218:*1, 8, 19*

219:*10, 20*
221:*7, 24*
223:*10, 23*
224:*22*
225:*10, 18*
226:*20*
227:*23*
228:*9, 19*
229:*13*
230:*12*
231:*2, 11*
232:*4, 15, 22*
233:*23*
235:*6, 24*
236:*15*
237:*16, 20*
238:*10, 17*
239:*11*
240:*2, 7, 24*
241:*12, 16,*
*22*  242:*11,*
*24*  243:*6, 13,*
*15, 16, 24*
244:*8, 15, 20*
245:*2, 12, 14,*
*23*  246:*6, 16*
247:*7, 17*
248:*11*
249:*1, 23*
250:*17*
251:*17*
253:*1, 13, 22*
254:*20*
255:*8, 20*
256:*24*
258:*5*
259:*2*
261:*1*
262:*7, 22*
264:*13*
266:*20, 24*
267:*12*
268:*6, 14*
269:*13*

270:*1, 22*
271:*21*
272:*1, 14, 18*
273:*1, 9*
274:*19*
275:*9, 13, 22*
276:*15*
277:*5*
278:*14*
279:*1, 10, 22*
280:*11*
281:*6*
282:*10, 18*
283:*5*
284:*12*
285:*14*
286:*13, 23*
287:*6, 16*
288:*1, 10, 17,*
*24*  289:*12,*
*21*  290:*9, 17,*
*22*  291:*8, 21*
294:*10, 17*
295:*8, 22*
296:*6, 8, 17,*
*20*  297:*20*
298:*10*
299:*5, 9, 17*
300:*1, 10, 21*
301:*3, 11*
302:*3, 19*
304:*7, 11, 13*
305:*17, 22*
306:*1, 5*
307:*1, 24*
308:*9, 18*
309:*1, 15, 17*
310:*6*
312:*16*
313:*6*
314:*18*
316:*7, 16*
317:*7*
318:*6, 20*

Confidential - Subject to Protective Order

319:*12, 13*
320:*4, 12, 20*
321:*12*
323:*12*
324:*10, 22*
325:*8*
326:*2, 12, 16*
327:*1, 21*
328:*23*
329:*4, 21*
330:*19*
331:*13*
332:*1, 8, 15, 23* 333:*10, 15* 334:*5, 12*
336:*7*
338:*7*
339:*10, 19*
340:*18*
341:*8*
342:*7*
343:*4*
344:*1, 11*
345:*3*
346:*22*
348:*18*
349:*10, 22*
352:*20*
353:*10*
354:*4, 16*
355:*7, 22*
356:*24*
357:*14*
358:*19*
359:*20*
360:*4, 17*
361:*11*
362:*1, 13, 22*
363:*4, 11*
364:*24*
366:*15*
367:*13*
368:*1, 18*
369:*1*

370:*1*
371:*4, 14, 24*
372:*21*
373:*21*
374:*15, 22*
375:*7*
376:*5*
377:*18*
378:*20*
380:*16*
382:*2, 8*
383:*7*
384:*13*
385:*13, 15*
386:*5*
387:*1*
388:*14*
389:*13*
390:*2, 12*
392:*5*
393:*4*
394:*7*
395:*21*
396:*14*
397:*1, 13, 24*
398:*15, 17, 24* 399:*15, 22* 400:*19*
401:*17*
402:*21*
403:*11, 16*
404:*3*
405:*1, 22*
406:*17*
407:*14*
409:*13*
410:*11*
411:*1, 16*
412:*11*
413:*12*
414:*3*
415:*14*
416:*2, 20*
417:*7, 17*

418:*12*
419:*20*
420:*1*
421:*4, 10*
422:*7*
423:*18*
424:*13*
425:*6, 14*
426:*1, 20*
427:*13*
428:*2*
429:*8, 16*
430:*15*
431:*6*
432:*15*
433:*9*
434:*16*
435:*22*
436:*12, 17*
437:*6*
439:*22*
440:*12, 20*
441:*5, 24*
443:*3*
444:*8, 13, 21*
445:*2, 12*
446:*9, 21*
447:*17*
448:*14*
449:*17*
450:*5*
451:*2, 21*
452:*23*
453:*14*
454:*2, 24*
455:*3, 10, 16*
456:*8, 16*
457:*18*
458:*10, 15*
459:*9, 22*
460:*3, 14, 17*
461:*4* 464:*6*
**quick** 345:*2*

**quickly**
121:*23*
229:*11, 21*
283:*11*
343:*15*
349:*19*
**QUINCY**
5:*3*
**quit** 455:*13*
**Quite** 20:*11*
21:*6* 24:*7*
30:*22*
53:*13*
126:*22*
128:*14*
183:*17*
195:*22*
218:*16*
229:*19*
234:*4*
246:*11*
293:*10*
295:*19*
299:*3, 21*
396:*6* 403:*1*
**quote** 117:*2, 8* 384:*10*
**quoted**
123:*10*
**quoting**
134:*5*
142:*10, 13*
260:*21*

**< R >**
**raised**
28:*12*
188:*17*
340:*9*
**raises** 27:*25*
109:*14*
**ran** 106:*12*
**randomizatio
n** 47:*2*

**randomize**
420:*4, 15*
**randomized**
40:*20*
46:*11, 20*
47:*6, 11, 13, 21*
**randomly**
40:*11*
**range**
108:*15*
409:*21*
**rank-and-
file** 98:*9*
**ranked**
133:*9*
**ranking**
64:*14*
**ranks** 64:*17*
65:*1*
**rare** 168:*14*
253:*8*
255:*4*
325:*9*
326:*3, 14, 22*
**rarely** 86:*9*
295:*19*
**rating**
396:*16*
414:*23*
**ratio** 82:*14*
**rats** 390:*19*
391:*20*
395:*6*
400:*25*
401:*5*
408:*21, 24*
409:*16*
**RAY** 7:*8*
12:*13* 58:*1, 21* 60:*5*
66:*14* 69:*1*
96:*22*
102:*16*

Confidential - Subject to Protective Order

157:*19*
202:22
210:2*0*
212:*3*
215:24
216:2*1*
284:*9*
327:2
330:2, *11, 15*
334:24
335:*16, 25*
349:*6*
390:25
393:*16*
413:*7, 11, 21*
422:*9, 18, 22*
423:*12, 14*
427:*14*
428:*18*
439:*23*
**RAYNE**
5:*20*
**rayne.ellis@a**
**rnoldporter.c**
**om** 5:*21*
**RCT** 39:*25*
40:*4*
**reach** 234:*8*
349:*15*
351:*24*
394:*25*
**reaching**
387:*18, 19*
**reacting**
37:*19*
**read** 38:*23*
39:*1, 2*
51:22 52:2
61:7 71:*7,*
*10* 81:*13*
94:*1, 3*
101:*16, 21,*
*22* 108:24
109:2

112:25
116:*19*
117:*24, 25*
122:2
177:*1, 2*
187:25
190:*8, 12*
193:*1, 7*
196:2*0*
197:2
199:*10*
202:*10*
205:*11, 17*
222:5
227:2*1*
229:2*1*
246:*4*
278:22
310:7
336:2*0*
337:*6, 8, 10*
360:25
367:*4*
373:*9*
375:*16*
380:*4*
391:25
406:*18, 21*
408:*11, 17*
416:*8*
429:24
431:*22, 23,*
*25* 432:*7, 8*
438:*7, 10, 11*
440:*13*
463:*3* 464:*4*
**reader**
239:*6*
**reading**
190:*14*
196:*17*
198:23
222:*1, 4*
243:*1*

409:*4, 9*
416:7
**ready** 15:*16,*
*17* 188:*6*
190:22
207:*11*
220:*4, 5*
258:*19, 22*
**real** 154:*25*
156:2*0*
236:24
257:9
**really** 19:*24*
21:*18* 33:2
40:*10*
43:22
44:*13, 20*
45:*10*
53:23
60:2*1* 68:*3*
99:22
124:*18*
137:*16*
150:24
175:*6, 13*
177:22
179:*9, 10*
180:*14*
192:7
208:7
227:*4*
230:*16*
246:2
283:*10*
290:*18*
305:*10*
309:22
337:*3*
370:*16*
377:7
402:*16*
420:6
426:2*1*
433:*6, 17*

434:*3*
449:2*1*
450:*15*
455:23
**Realtime**
1:*17*
154:*11*
462:2, *17*
**reask** 87:2*0*
**reasked**
76:7
**reasking**
227:*17*
**reason**
23:23
30:*11* 49:*1*
82:*19* 98:*8*
230:*19*
278:*1*
281:*19*
307:25
308:*11*
369:*4*
418:23
426:*3* 463:*5*
**reasonable**
17:*16* 18:*1,*
*9* 52:*17*
54:*4*
135:2*0*
190:23
331:22
**reasoned**
151:*1*
**reasoning**
170:*18*
**reasons**
24:*11*
101:*19*
306:*16*
310:*19*
313:2*1, 22*
432:*14*
435:*17*

447:*13*
448:24
**Reassessmen**
**t** 97:*5*
**REBECCA**
2:*15*
**rebecca.king**
**@kellerpost**
**man.com**
2:*16*
**rebuttal**
278:*5, 17, 22*
**recall** 19:*25*
20:*1, 2*
67:*16* 79:*6*
116:2*0*
117:*11*
136:*10*
139:*13*
152:*8*
167:22
171:*3*
180:2*1*
194:*1, 16, 21*
220:*9*
222:*1, 4, 5, 7*
236:*11*
246:*3, 4, 14*
258:25
262:*14*
265:*6*
266:*9*
280:*3, 9*
282:*6*
283:*1*
286:24
287:*13*
301:*1*
308:23
332:2, *9, 16,*
*20, 24*
345:*11*
352:*13*
357:*6*

Confidential - Subject to Protective Order

362:*23*
371:*21, 23*
374:*9*
381:*23*
386:*1, 4, 8,
12* 389:*25*
399:*3*
415:*15, 23*
416:*6, 13*
424:*10*
434:*24*
439:*18*
457:*15*
459:*14, 20*
**receipt**
133:*10*
463:*15*
**receive**
40:*12*
342:*10*
**received**
120:*7*
149:*10, 20,
21* 150:*13*
342:*5, 15*
343:*7*
395:*6*
400:*25*
401:*7, 20*
422:*23*
**receiving**
131:*17*
149:*12, 19*
150:*1, 9*
**reception**
176:*20*
177:*5* 198:*5*
**recitated**
83:*9*
**recognize**
58:*3* 96:*5*
129:*13*
247:*2*
340:*1*

440:*25*
445:*4, 6*
**recognized**
248:*1*
**recognizing**
381:*6*
**recollect**
22:*19*
37:*14* 77:*9*
361:*17*
388:*9*
436:*9* 447:*9*
**recommend**
23:*5* 24:*17*
250:*13*
315:*15, 21,
24* 355:*2*
419:*17*
**recommenda
tion** 35:*20*
252:*8*
253:*5*
365:*15*
369:*12*
**recommenda
tions** 86:*24*
88:*2* 92:*11*
93:*20* 95:*7*
99:*13*
100:*13, 17*
134:*21*
141:*22, 25*
146:*1*
242:*20*
254:*17*
379:*4*
410:*23*
428:*21*
**recommende
d** 34:*9*
251:*2*
259:*9*
285:*2*
322:*19*

323:*13*
324:*2*
360:*19*
387:*19*
**recommendi
ng** 315:*6*
**record** 11:*2,
14* 15:*10, 11,
14* 21:*20*
22:*1, 2, 5*
89:*13, 14, 17*
107:*8*
157:*4, 5, 8*
158:*16*
207:*5, 6, 9*
209:*2*
212:*4, 7, 10*
284:*4, 5, 8*
348:*11, 12,
15* 412:*4, 5,
8* 416:*8, 9*
460:*5, 22, 23*
461:*1, 3, 10,
17*
**recorded**
149:*19*
**recreate**
353:*12, 16*
358:*3, 4*
**recruited**
62:*22*
**recruiting**
57:*22*
59:*22* 61:*2*
173:*22*
174:*4*
**reduce** 73:*1*
77:*12*
**reduced**
114:*4*
395:*11*
396:*9*
402:*6, 9*
410:*2*

**reduction**
402:*2*
409:*23*
**reevaluate**
324:*4*
**refer**
241:*10*
321:*5*
**reference**
142:*11*
200:*7*
289:*9*
377:*23*
384:*18*
390:*23, 25*
391:*17, 18*
427:*1, 16*
428:*10, 14*
430:*7, 18*
431:*1, 3, 5,
19* 432:*10*
434:*17*
442:*14*
443:*2, 17, 24*
444:*25*
**referenced**
84:*24*
123:*14*
124:*2*
365:*2*
384:*14*
387:*4*
392:*9, 24*
394:*2*
**references**
96:*23*
121:*19*
122:*2*
125:*11*
331:*21*
333:*7*
385:*9, 15*
433:*20, 22*
434:*5, 18, 24*

**referred**
136:*11*
237:*18*
241:*14*
243:*13*
244:*22*
**referring**
118:*3, 13*
120:*24*
121:*10, 14*
**reflected**
346:*2*
347:*23*
373:*13*
**reform**
96:*25*
109:*16, 18*
110:*18*
**reformed**
110:*25*
**refresh**
90:*22*
**refreshes**
181:*5*
**refreshments**
192:*20*
**refusal**
244:*18*
**refused**
244:*10*
**regard** 65:*1*
378:*6*
**regarding**
117:*4*
125:*19*
231:*21*
241:*13*
345:*24*
347:*11*
**regime**
398:*1*
403:*2*

Confidential - Subject to Protective Order

405:*9, 11, 13, 21*

**region** 14:*19*

**register**
171:*19*
180:*1*

**Registered**
1:*16* 172:*5*
197:*1*
462:2, *16*

**registration**
192:*13*

**regularly**
306:*12*

**regulatory**
259:*20*
405:*15, 24*

**related** 9:*13*
53:*16, 17*
56:*21*
68:*16*
104:*11, 17*
112:*15*
117:*14*
121:*3*
122:*4, 5*
124:*14*
125:*9, 11, 22*
150:*8*
172:2
214:*18*
234:*5*
235:22
237:*17*
266:*18*
281:*3*
286:22
301:*20*
317:*13*
342:*24, 25*
350:*5, 6, 7, 21, 25* 351:*3*
352:*4*
367:9

385:*20*
393:*20*
418:22
419:*20*
428:*11*
433:*21*
436:*1*
448:*21*
458:*23*

**RELATES**
1:*5*

**relation**
179:*8*
236:*25*
267:*24*
364:*20*
443:*14*
449:*7*

**relations**
97:*12*

**relationship**
109:*9*
226:*18*
231:22
325:*15*
334:*1*
338:*15, 18, 19* 344:*3*
357:*10*
429:*14*

**Relationships**
97:*13*
123:*11*
127:*4*
336:*24*
337:*18*
338:*10*

**relative**
462:*10, 11*

**relax** 192:*18*

**relaxation**
166:*18*

**relaxed**
166:*21*

**relentless**
225:*12*
227:8

**relevance**
381:*5*

**relevant**
155:*21*
283:8
350:*3, 12*
351:*10*
355:*11*
356:*17*
369:*11*
381:*11*
408:*23*
458:*11, 16, 19*

**relief** 324:*6*

**rely** 98:*9, 17, 18, 22*
220:*13, 18*
368:*12*

**remember**
34:25
37:*17*
42:*17*
49:25 50:6
55:4 90:*3*
101:*11, 18*
104:*4*
111:*23*
112:*23*
151:22
160:*1, 2, 3*
182:9
187:8
192:*5, 7*
217:*17*
218:*17*
219:*11*
222:22
226:*21*

253:8
258:*24*
260:*13, 18*
261:*13*
262:*4*
276:*12*
277:22
278:*19, 23*
279:*2, 20*
280:*14, 15*
282:*3*
287:*4*
345:*10*
373:*16*
381:*15*
386:*14, 17*
389:*16, 17*
390:*23*
398:*25*
399:*25*
400:*4*
409:*4, 7, 9*
416:*21*
417:*1*
422:*16*
424:*2*
434:*12, 19*
451:22
452:*15*
458:*4*

**remind**
370:*20*

**rented**
216:*13*

**repeat** 22:8
325:*25*
448:*1*

**repetitious**
134:*15*

**replicated**
352:6

**replication**
364:*17*

**reply** 284:*10*

**Report** 8:*9*
9:*11* 30:*25*
31:6 38:*23*
44:*10* 61:7, *23* 117:*1, 7, 22* 120:*13, 20* 140:*18, 22* 141:*5, 11*
144:6
210:*14*
212:*16*
220:*8, 10, 11, 12* 221:*21*
232:*6, 7*
233:*16*
235:*3, 23*
242:*5*
245:*17, 19*
260:*20*
278:*5*
279:*16*
283:9
348:*20*
349:*14*
350:22
351:*16, 21*
352:22
353:*2, 15, 18*
354:*2, 22*
356:*20*
357:*2, 8*
358:*2, 18, 23*
361:*24*
365:*17, 22*
366:*17*
384:*15*
387:*5*
427:*5*
431:*25*
438:*24, 25*
439:6
444:*1*
454:*13*

**reported**
29:*3*  33:*17*
42:*1*  52:*15*
53:7  54:*6*,
*8*  71:*11*
119:*23*
139:*11*
214:*25*
215:*1*
230:*5*
233:*13*, *18*
292:*13*
359:*13*, *16*
361:*18*
362:*9*
419:*24*
435:*16*
**Reporter**
1:*16*, *17*, *19*,
*20*  11:*15*
52:*2*
412:*13*
462:*2*, *3*, *16*,
*17*, *18*, *19*, *20*,
*21*, *22*
**reporting**
41:*20*
123:*18*
**reports**
215:*9*
362:*3*, *7*
**represent**
113:7  433:*4*
**representing**
16:*17*, *22*
17:*14*
39:*17*  458:7
**represents**
52:*19*
376:*11*

**reproduction**
394:*14*
395:*4*

409:*22*
414:*23*
**reproductive**
256:7
408:*20*
442:*10*
443:*11*
454:*15*
**reputable**
151:*12*
**reputation**
60:*25*  70:*6*
**request**
244:*2*, *3*
**requested**
140:*23*
374:*11*
**require**
29:*21*
49:*24*
52:*14*, *22*
153:*18*
377:*16*
**required**
49:*17*
120:*6*
368:*13*
370:*3*
381:*20*
396:*17*, *23*
398:*1*
400:*5*
407:*10*

**requirements**
370:6  373:7
**requires**
96:*25*
119:*21*
226:*25*
312:*9*  407:*1*
**research**
18:*19*  19:*2*,
*3*  83:*19*

84:*19*  90:*2*
106:*12*, *13*
108:*19*
119:*16*
122:*6*, *14*
131:*1*, *8*
141:*19*
149:*13*
150:*11*, *12*,
*20*  151:*5*
152:*15*, *21*
156:*3*
226:7
248:*22*
260:*3*
309:*12*, *13*
353:*4*
366:*25*
367:*1*, *9*
372:*10*, *13*
419:*15*
425:*16*
**researchers**
64:*19*  84:7
85:*19*
247:*3*
248:*2*
281:*11*
309:*4*
**residency**
18:*23*
**resident**
19:*16*
20:*15*, *17*
**residents**
18:*14*  19:*6*,
*12*, *14*, *19*
20:7  161:*4*,
*6*  166:*23*
169:*5*
207:*23*
208:*1*, *11*
209:*20*
430:*3*, *24*

**resisting**
129:*9*, *10*
**resolved**
237:*1*
238:*24*
239:*8*
240:*11*
340:*3*
**resources**
81:*1*
**respect**
23:*22*
24:*23*
25:*17*  28:*1*,
*21*  30:*17*, *24*
37:*23*
71:*15*
84:*17*
91:*21*
109:*18*
111:*1*
152:*16*
178:*3*
224:*17*
226:*10*
228:*17*
233:*1*
255:*6*
267:*24*
272:*13*, *16*,
*23*  273:*13*,
*25*  274:*1*
292:*11*
316:*1*
338:*20*, *22*
339:7
420:*21*
426:*18*
**respected**
107:*22*
108:*1*, *3*
**respectfully**
127:*9*

**respecting**
340:*5*
**respectively**
401:*25*
**respond**
73:*13*
314:7  435:*3*
**responded**
31:*3*
212:*21*
435:*6*, *10*
460:*2*
**responding**
74:*20*
123:*8*, *9*
330:*23*
418:*1*
**Response**
9:*3*, 6  50:*3*
73:*17*, *23*
74:*4*  75:*21*,
*24*  76:*1*, *5*
91:*20*  92:*2*
110:*12*
138:*12*
140:*17*, *22*
143:*16*
144:*1*, *1*, *11*, *19*
245:*3*, *5*, *16*
246:*5*, *21*
258:*8*
271:*12*
281:*8*
327:*24*
329:*8*, *13*
333:*12*
435:*1*, *15*
444:*4*
449:*16*, *20*
450:*1*
455:7, *9*
**responses**
353:*6*, *7*, *8*

Confidential - Subject to Protective Order

responsibiliti
es  19:*11*
456:*3*

responsibility
18:*13*
responsible
18:*16, 17, 20*
187:*20*
188:*9*
189:*3, 9*
195:*5, 8*
responsive
296:*16*
459:*2, 15, 17*
rest  200:*17*
315:*19*
restudy
398:*12*
result  252:*7*
results
82:*11, 16, 20*
83:*1, 20*
84:*5*  99:*11*
108:*5, 7*
130:*25*
133:*6*
148:*25*
149:*4, 5*
150:*10*
281:*18*
424:*21*
425:*17*
retained
374:*13*
458:*6*
retaining
173:*22*
174:*5*
retarded
410:*1*
retreat
188:*14*

retrospective
133:*7*
134:*5*
265:*21*
retrospective
ly  379:*14*
return
463:*13*
returned
354:*10*
revealed
425:*16*
reveals
424:*5*
revenue
213:*4, 6, 10*
214:*3, 24*
215:*5*
227:*14*
Review
9:*21*  15:*25*
17:*18*
23:*20*
24:*24*
25:*23, 25*
28:*19*  29:*7*
33:*19*
41:*17*  46:*3*
56:*5*  82:*2,*
*5*  83:*14*
86:*10*
94:*13*
134:*4*
135:*5*
138:*6*
145:*24, 25*
146:*7*
147:*4*
151:*20*
152:*7*
232:*11*
236:*10*
259:*1*

318:*17, 19*
350:*19*
352:*5, 12*
356:*3*
358:*10, 11*
391:*6*
392:*2*
398:*9*
407:*21*
445:*23*
reviewed
35:*2*  36:*1*
86:*5*
247:*15*
338:*9*
350:*1, 10, 22,*
*24*  351:*7*
352:*11*
353:*21*
367:*19*
375:*14*
385:*2*
402:*23*
417:*22*
reviewing
17:*12*
22:*17*
224:*21*
227:*7*
364:*15*
415:*18*
reviews
82:*12*
350:*2, 11*
351:*13*
355:*24*
356:*14*
364:*13*
revising
142:*4*
Revision
9:*21*

revisit
322:*9*
323:*6, 8*
revolution
123:*21*
RFO  3:*3*
rib  395:*11*
RICHER
4:*21*  460:*13*
Rico  3:*4*
ridiculous
126:*23*
254:*1*
right  15:*8,*
*12*  18:*21*
20:*3*  21:*24*
22:*3*  23:*12*
25:*18*
26:*23, 25*
27:*1, 2*
28:*11, 22*
32:*8, 14*
33:*10*  39:*9*
40:*15, 18*
43:*15*  44:*7*
51:*7*  56:*8*
65:*11*
67:*21*
68:*19*
69:*10*
78:*19*  80:*2*
89:*11, 15*
90:*14, 20*
91:*6, 23*
92:*15*  93:*4,*
*9*  96:*6*
97:*3, 18*
98:*6, 13*
99:*8*  102:*5*
106:*23*
107:*11*
108:*5*
115:*23*
118:*2*

119:*7, 11*
120:*21*
125:*13*
127:*15*
128:*15*
129:*20*
132:*2, 17, 19*
133:*22*
134:*2*
146:*12*
150:*4*
155:*13*
156:*18, 24*
157:*2, 6*
158:*15*
159:*10, 14*
160:*6*
162:*17, 25*
163:*8, 17*
164:*10, 13,*
*21*  165:*11,*
*20*  166:*4, 14,*
*25*  167:*14*
168:*3*
171:*13*
172:*12, 20*
173:*7, 18*
175:*12, 17*
176:*4, 15*
177:*6, 16*
181:*9*
182:*5, 16*
184:*11, 19,*
*25*  185:*20*
186:*5, 24*
187:*3, 20*
189:*23*
193:*7, 14*
194:*5*
195:*19*
196:*14*
197:*6, 13*
199:*16, 24*
200:*7, 8, 17,*

23 201:*12,*
21 202:*14,*
17 203:*5, 11,*
16 204:*6, 8,*
16 207:*1, 3,*
7, 14* 209:7
212:*8, 23*
214:*7, 24*
215:*5*
217:*7, 20*
222:*21*
224:*3*
225:*12*
229:*3*
231:*23, 24*
232:*7*
233:*24*
242:*25*
247:*8*
248:*16*
250:*20*
252:*25*
254:*7*
256:*25*
264:*4, 11*
277:*7*
283:*4*
284:*2, 6, 17*
285:*15*
287:*8, 19*
288:*11, 25*
294:*18*
305:*1*
308:*14*
318:*7*
319:*24*
323:*11*
329:*25*
331:*5, 17*
332:*21*
333:*16*
334:*8, 17*
335:*10, 12,*
13* 337:*1*

338:*23*
344:*19*
345:*14*
346:*6*
347:*19*
348:*6, 10, 13*
349:*5, 7*
351:*18*
355:*9*
368:*2, 3*
371:*25*
375:*15, 20*
376:*24*
378:*24*
383:*5, 10, 11*
387:*5*
390:*6*
391:*21*
392:*18*
399:*9, 23*
400:*12*
403:*4, 17, 23*
404:*23*
405:*9, 14*
406:*13*
407:*24*
408:*4*
412:*6*
416:*15*
418:*18*
419:*2*
420:*14*
424:*6*
425:*15*
427:*17*
428:*5, 25*
429:*3*
436:*21*
438:*18*
440:*14*
441:*15*
442:*12*
443:*16, 18*
446:*1, 25*

459:*15*
460:*20, 24*
461:*12, 15*
**right-hand**
171:9 405:*2*
**rights**
338:*21*
**risk** 21:*1*
22:*12* 24:*3*
25:*13, 18*
26:*6, 7, 8, 16,*
23* 27:*25*
32:*3, 9, 15*
36:8 37:6
41:*3, 13*
43:6 49:*21*
51:*12, 14*
54:7 82:*14*
83:*17* 84:*1*
117:*3*
137:*21, 22*
138:*25*
139:*1, 11*
252:*9, 11*
257:*9*
274:*8, 16*
277:*2, 4, 14*
280:*16*
285:*19*
289:*4*
291:*12*
294:*2*
308:*1, 7*
389:*7*
394:*13*
397:*20*
407:*2, 3*
408:*6, 7, 12*
410:*5, 16*
414:*22, 24*
417:*16, 21*
418:*21*
427:*17*
428:*24*

430:*25*
432:*3*
437:*10, 12,*
24* 438:*1, 12,*
14, 20* 442:9
443:*10*
452:*14*
**risk/benefit**
22:*18*
31:*17* 32:8
250:*11*
251:5
254:*6, 19*
301:*25*
370:*16*
**risks** 22:*25*
24:*22*
25:*11*
26:*17*
31:*18, 21*
49:*2, 8*
52:*22*
250:*20*
291:*13*
292:*3, 11*
298:*23*
313:*18*
388:*24*
429:*3* 434:*6*
**Rite** 6:*20*
**ritodrine**
47:*15*
**Riverside**
2:*22*
**robotic**
122:*4*
123:*16*
125:*8*
**robotic-
assisted**
124:*23, 24*
125:*4*
**ROGER**
4:9 432:*19*

**roger.smith
@beasleyalle
n.com** 4:9
**role** 106:*10,*
22, 23* 114:*2,*
18* 115:*2, 4*
125:*19*
226:*13*
250:*7*
293:*13, 19*
357:*20*
**roll** 344:*21*
**ROMANO**
2:*19*
**ROSIE** 2:*19*
**rosie.romano
@kellerpost
man.com**
2:*20*
**Rothman**
153:*2*
**Rough**
10:*11*
**rounds** 19:*5,*
13*
**Roundtables**
196:*4*
**routinely**
83:*22*
251:*3*
414:*20*
**rudimentary**
395:*11*
**rules**
304:*17*
337:*15*
**run** 441:*13*
**rush** 196:9
229:*22*

**< S >**
**Sacramento**
4:*15*
**sadly** 153:*1*

Confidential - Subject to Protective Order

**Safe** 106:*19*
137:*6*
232:7
258:*13*
259:*8*
420:*17*
422:*4*
436:*6, 8*
**safeguards**
142:*3*
**safely** 379:*3*
393:7
**safer** 46:*14*
**Safety**
246:*19*
359:2
376:*12*
380:*21, 22*
381:*6*
413:*20*
414:*6*
425:*8*
426:*19*
**Sage** 176:*25*
182:*16*
197:*5*
**sake** 26:*24*
**Samsung**
186:*12*
198:*3*
**San** 9:*1*
216:*8*
**SARAH**
4:*19* 65:*18*
154:*1*
459:*16*
**sat** 79:*21*
**Saunders**
233:*13*
234:*19*
235:*20*
**saw** 12:*22*
151:*18*
256:*13*

297:*11*
388:*4*
**saying** 31:*3*
76:2  85:*19*
114:*16*
123:*15*
126:*18, 22*
127:*12, 13,*
*20*  128:*9*
154:*17*
158:*15*
159:*6*
173:*11*
234:*25*
239:*18*
324:*24*
345:*20*
350:*9*
358:*20*
361:*12*
450:*8*
**says** 11:*22*
40:*14*
44:*15*  56:*3*
58:*22, 23*
70:*21*
80:*23*  82:*4,*
*19*  83:*13*
86:*8, 18*
90:*1*  91:*13,*
*14*  93:*9*
95:*5*  99:*12*
107:*19*
108:*7*
109:*9*
113:*1, 19*
116:*2, 3*
120:*23*
125:*15, 16*
129:*1*
131:*1*
134:*10*
141:*19*
149:7

160:*14*
176:*15*
187:*15, 19*
188:*8, 17*
192:*11, 16*
194:*6, 9*
196:*21*
199:*20*
205:*12, 13*
213:*6*
216:*24*
220:*22*
221:*9*
224:*5*
238:*19*
258:*11*
260:*19*
287:*5, 7, 13*
301:*12*
337:*12*
339:*21, 23*
376:*17*
378:*4, 25*
379:*8*
380:*23*
388:*21*
390:*24*
391:*1, 6*
392:*11*
393:*6, 18*
395:*3*
408:*20*
414:*13*
425:*10*
437:*18, 25*
438:*12, 18,*
*19*  441:*8, 12*
442:*2, 5, 18,*
*20, 25*
445:*17*
**SCARCELL
O** 3:*20*
**scare** 294:*5*

**scared**
296:*24*
**scenarios**
138:*4*
**schedule**
456:7
**scheme**
405:*15*
**school**
12:*23*  13:*1,*
*4, 17*  14:*3, 7*
58:*6, 14*
63:*18*  70:*8*
228:*13*
430:2, *9, 19,*
*23*
**schools**
58:*10*
173:*17*
**SCHULTZ**
2:*20*
**Science**
9:*13*  43:*13,*
*14, 19, 20*
59:*3*  68:*10,*
*17*  69:*20*
71:*6, 17*
72:7  80:*5,*
*25*  81:*7, 23*
83:*23*
86:*13, 16*
173:*4*
217:*3*
225:*11*
226:*23*
372:*11, 18*
**Sciences**
58:*17*
132:*13*
**Scientific**
8:*17*  89:*23*
92:*8*  97:*21*
99:*16*
100:*16*

101:*4*
103:*12*
104:*10*
175:*3*
195:*3*
225:2, *16*
267:*17*
385:*20*
**scientist**
60:*16, 24*
61:*22*
**scientists**
59:*4*  60:*9*
64:*8, 14*
65:*1, 10*
248:*12*
433:*11*
**scientist's**
65:*9*
**Sciscione**
457:*2*
**scope** 242:*4*
301:*6*
360:*1, 22*
362:*5*
**score** 281:*15*
**scoring**
365:*18*
381:*19*
**screen**
44:*25*  58:*2*
115:*6*
158:*9, 19, 21*
188:*2*
211:*5*
321:*19*
328:*25*
329:*15*
335:*19, 23*
344:*15*
345:*8*
346:*21*
349:7
392:*17*

417:*20*
437:*2*
442:22, *25*
447:4, *6*
**screening**
49:*15*
114:*3*, 20, *24*
122:*16*, *18*,
*23* 123:22
126:*11*, 14
266:*4*
352:*14*
**screenshot**
423:*7*, *13*
**scroll** 58:*20*
130:*25*
200:*4*
202:*21*
329:*7*
330:*3*, *6*
331:*11*
338:*12*
407:*15*
**scrolling**
440:*5*
**SEAN** 2:*3*
12:*7* 15:*2*
21:*4*, *19*
38:*17*
45:*24*
50:*14* 59:*8*
63:*24*
65:*20*
68:*20*
73:*12*, 16
74:2, *19*
75:*14*, *19*
80:7 87:*12*
88:*24* 90:*5*
103:*1*
148:*15*
153:*9*, 15
154:*4*, *21*
158:2, *24*

205:*9*
211:*1*, 20
213:*14*
245:*9*
263:22
271:*4*, 8, *14*
272:*3*
278:*9*
283:*14*
303:*6*
304:*19*, 24
305:6, *15*
327:*14*
331:*7*
335:*19*
344:*18*
349:*3*
378:*8*
392:*12*
403:*23*
404:*21*
406:*4*
411:*19*
423:*2*
427:*25*
440:*5*
442:*23*
448:*8*
449:22
457:23
458:*13*, *21*
460:*1* 461:*2*
**search**
121:*15*
283:*7*
354:6, *12*, 17
355:5, *9*, *25*
356:*16*
389:*18*
422:*20*
424:*15*, *19*
**searched**
71:*21*
354:*23*

447:*2*
451:*10*
453:*4*
**searching**
354:*7*
**seasoned**
165:*6*
166:22
167:*12*
**seating**
192:*19*
**second**
23:*11*, 13
28:*10*
38:*16*
80:*19*, 20
90:*4* 93:*8*
119:*12*
171:*9*
172:*9*, *10*
181:*1*
196:*8*
215:22
231:*15*
245:*15*
254:*23*
265:*3*
270:*23*, 24
275:*11*
331:*15*
388:*16*
391:*5*
406:*11*
448:*5*
**secondary**
117:5, 17
**Secondly**
266:*6*
**secrecy**
241:*24*
**secret** 146:*7*,
*14*
**section**
99:*10*

131:*1*
148:*25*
149:*5*
211:*13*
229:*16*
284:*14*
378:*1*, *2*, 25
379:*8*, 16
380:*18*, 20
383:*12*
393:*14*
413:*18*
428:*16*
433:*24*
436:*23*
**sections**
381:*8*
**security**
194:*12*, 17,
*19*, *20*, 22
**see** 19:*5*, *6*
21:22
37:22
44:*18*
70:*20* 73:*1*
81:*11*
90:*11*
92:*18*, 20
94:*13* 99:*9*
107:*13*
115:*16*
116:*2*
120:*16*
123:*1*
125:*12*, 14
132:*3*, *4*, *5*
138:*14*
144:*12*
149:*1*, *23*
152:*12*
158:*20*
163:*2*
171:*10*
175:*10*, 24

176:*6*, 7, *11*,
*19* 179:*13*,
*19* 181:*19*
182:*13*, 21
184:*9*, *16*, 17,
*18* 186:*1*, *4*,
7, *12*, 16
190:2, *3*, 25
191:*19*, 22
192:*9*
194:*3*
196:*4*
197:*20*, 23
198:*8*, *11*, 22
200:*5*
201:*8*, 25
202:*9*, *13*, 18
203:8, *9*, 16
204:7, *8*
205:2, *20*, 24
206:*5*
208:*8*
211:*24*
212:*18*
213:5, *8*, *11*,
*21* 216:*15*
226:*15*
230:*4*
237:*7*, 22
244:*17*
256:*20*
263:*12*, 25
264:*19*
273:*17*
274:25
278:*4*, *15*, 21
281:*7*, *10*
284:*21*, 23
306:*23*
307:*17*, 20
315:*3*
321:*1*, *2*, *3*
325:2, *16*
326:*3*, 8, *11*

Confidential - Subject to Protective Order

328:*18*
329:22, *24*,
*25* 330:7
334:25
335:5
336:*19, 23*
337:5, 7
345:7
346:*16, 20*
353:13
355:10
358:21
359:4
374:*5, 17*
378:21
380:5, 9
381:13
384:2
387:7
389:*1*
390:20
392:*11, 17*,
*18* 393:5, 8,
*10, 18*
394:*21, 24*
395:*13*
399:*19*
404:*17*
407:24
408:2, *16*
410:*3, 7*
412:25
413:*13, 20*
415:3
420:5
423:*21, 24*
424:2, *18, 22*
425:*4, 21, 23*
427:*19*
428:*17*
429:*18*
440:*1, 14*
451:*14*
454:*18*

**seeing** 41:*8*
180:*21*
190:*16, 17*
281:23
282:*3*
321:7, 8
388:*12*
410:*21*
**Seeking**
337:*16*
**seen** 83:*21*
169:*2, 13*
181:*6*
185:*10*
244:9
246:*7, 13*
255:5
282:5, *20*
283:*1*
297:*11*
312:*13*
315:*10*
320:5, *11*
355:23
361:*1, 6*
371:*17*
380:*8, 14*
398:*10*
409:22
410:*12, 22*,
*24* 415:*23*
439:*17*
**sees** 26:*12*
256:22
293:*20*
423:*20*
**selection**
345:*23*
347:9
**self-referral**
118:*23*
**sell** 119:*24*
164:*17, 23*

165:*11*
197:*6*
**Sema4**
183:*2*
**seminal**
116:*10*
**send** 424:*15*,
*16*
**sending**
459:*23*
**sense** 65:*21*
67:25
205:*10*
**sensitive**
322:7 323:2
**sent** 342:*18*
**sentence**
44:*14*
82:*19*
87:*21*
113:*18*
116:*3, 22*
120:22
121:*10, 15*
141:*18*
176:*14*
241:*11*
337:7
339:2
345:*17*
373:9
376:*17*
390:*18*
391:*19*
**separate**
105:*4* 272:*6*
**separately**
407:*4*
**separation**
85:*6*
**SEPTEMBE**
**R** 1:*6* 9:*4*
10:*1* 11:*5*
115:25

327:24
462:*23*
463:2
**Sera** 183:*2*
**serious**
26:*14*
293:*24*
**served**
166:*14*
**service**
441:*8, 12*
445:*19*
**SERVICES**
1:*21* 7:*11*
11:*4* 29:*11*
118:8 435:8
**serving**
83:*20*
**set** 73:*11*
117:2
135:*21*
174:*17*
275:*10*
352:22
376:*1*
381:*20*
462:8
**setting**
327:*13*
**setup** 66:6
345:2
**seven**
460:*10*
**severe**
137:7
292:*21*
**severely**
320:7
**sexual**
337:*17*
**shaded**
200:7, *16*
201:5
203:*10, 17*

**share** 24:*15*,
*21* 32:*15*
140:*4*
164:*24*
211:*16*
232:25
241:*20*
242:9
306:*11*
310:*19*
317:*24*
365:*12*
**shared**
37:*13*
104:*19*
110:*24*
174:*23*
238:*1*
252:4, *20*
254:*13*
257:7
258:*23*
282:2
288:*21*
294:*19*
298:*3, 4*
316:*24*
354:22
358:8
367:*18*
398:8
407:9
415:*24*
416:*17*
439:*13*
445:7
448:*24*
453:*21*
**sharing**
138:*22*
**sheds** 192:*9*
**Sheet** 9:*19*
10:*1, 4*
375:*21, 23*

376:6, *23*
377:*1, 21*
382:*11, 16,*
*17* 385:*18*
415:*17*
463:6, *9, 11,*
*14* 464:7
**short**
328:25
361:*23*
434:*14*
435:5, *10*
439:*12*
448:25
**shortest**
251:8
286:*12*
322:25
**Shorthand**
1:*18* 462:*3,*
*17, 19, 20*
**shortly** 92:6
**Short-term**
428:*23*
437:*10*
438:*13*
**show** 39:*5*
169:*16*
180:9
201:*23*
259:*12*
263:20
270:*15*
272:*12, 23*
336:*1*
344:*16*
364:*3*
376:2 413:8
**showcase**
161:25
**showed**
151:*19*
274:*4, 15*
394:*12*

395:9
409:*2, 12*
448:*21*
**showing**
31:*13*
58:25
71:*16*
235:20
277:*11*
329:*16*
346:*15, 17*
377:22
396:9
**shown**
29:*12* 46:*2*
121:*19*
142:2 415:*2*
**shows**
86:*11*
169:*21, 23*
170:*3, 9*
201:*1*
202:*16*
203:*19*
239:*5*
**SHUSTER**
3:*8*
**shutting**
306:*4*
**sibling-**
**controlled**
281:*16*
**sib-pair**
278:*16*
279:*4* 280:*5*
**sic** 301:*19*
**sickness**
217:*3*
**side** 40:*24*
317:*12*
318:*11*
319:*15*
**side-by-side**
388:*12, 16*

**sign** 48:*18*
49:*11*
252:*13*
256:*23*
342:*24*
463:8
**signatories**
256:*15*
435:20
454:20
**signed**
91:*10*
256:*18*
257:2
435:*14*
454:*23*
**significant**
35:7 52:7
126:7
129:2
142:*19*
230:22
279:*8, 12*
280:*13, 20*
291:*19*
292:*15*
315:*18*
317:*1*
323:20
336:9
**significantly**
114:*4*
**signing**
257:*4* 463:9
**silico** 332:*17*
**similar**
20:*21*
82:*11*
135:*21*
388:9
409:9
411:6 450:8
**similarly**
34:*1*

125:20
233:*17*
312:7
**simple**
260:5
263:*13*
313:*16*
**simply** 24:7
82:*24*
135:*19*
267:*15*
326:*13*
**sincere**
198:*18*
**single** 152:8
232:*17, 23*
233:5, *9*
244:6
287:*17, 23*
288:*3*
329:9
330:20
**Sir** 158:*11*
**Sismondo**
9:*13*
**sit** 183:*23*
204:*4*
242:25
**site** 441:*1*
447:*21*
**situation**
105:2
178:*23*
255:*4*
**situations**
285:*4* 340:*1*
**six** 115:*14*
157:24
223:*12*
274:5
277:*13*
283:*17*
**sixth** 154:6

**size** 191:6
**sizes** 268:*24*
**sjohnston@b**
**tlaw.com**
*4:19*
**skews** 82:*20*
**skip** 82:*18*
116:22
182:*14*
379:7
**skipped**
327:*11*
**sleep** 323:*24*
**slower**
330:*10*
**small** 13:*10*
211:2 324:8
**SMFM** 9:6,
*9* 106:22
107:*3*
111:*4*
112:2
126:5
184:*3*
192:24
196:*23*
237:*19*
238:*3*
241:*14*
242:*10*
244:22
246:*21*
265:*3*
321:*15*
322:*1, 9*
323:6, 7
350:*12*
449:*10*
453:*23*
457:6
**SMITH** 4:9
6:*17* 132:*11*

Confidential - Subject to Protective Order

**SNIDOW**
2:*21* 39:*23*
40:*14*
**social** 48:*25*
**societies**
27:*16, 17*
33:*21, 22, 24*
54:*14*
106:*9*
113:*7*
366:*8*
433:*3, 13*
435:*3, 12, 21*
438:*24*
439:*3* 444:*5*
**Society** 9:*9,*
*16* 55:*11*
68:*8* 88:*15*
106:*10*
113:*4*
125:*18*
147:*25*
148:*8, 12*
157:*11, 22*
159:*16*
160:*11, 25*
165:*2*
166:*10*
170:*10*
174:*22*
175:*4, 5, 16*
181:*14*
188:*14, 19*
189:*2, 4, 9,*
*18* 192:*5, 6,*
*23* 195:*6, 8,*
*9* 198:*17*
199:*3*
210:*13*
212:*16, 21*
213:*4*
215:*9, 12, 18*
216:*7*
219:*22*

220:*23*
221:*5*
222:*9, 12, 14,*
*18* 223:*12*
228:*4*
236:*18*
237:*3*
239:*9, 20*
240:*20*
242:*18, 21*
243:*22*
258:*8*
259:*17*
263:*9*
264:*12, 17,*
*20* 267:*9*
269:*1, 16, 21*
270:*4*
271:*7, 12*
327:*10*
387:*3*
451:*11*
452:*3, 12, 22*
456:*18*
457:*3*
**Society's**
188:*9*
214:*3*
245:*6*
263:*20*
**sold** 369:*16*
381:*21*
**sole** 137:*2*
**solicited**
237:*4*
**Solis** 132:*10*
**Solutions**
7:*8*
**somebody**
12:*12* 43:*5*
87:*15*
173:*3*
210:*11*

323:*14*
383:*1*
**somebody's**
151:*5*
**soon** 205:*14*
406:*6*
**sorry** 15:*3*
29:*16*
34:*22*
35:*21*
51:*17*
63:*11* 73:*4,*
*5* 78:*16*
90:*6, 7*
94:*24*
103:*3, 6*
107:*14*
110:*10, 14*
112:*18*
132:*22*
149:*2, 4*
153:*8, 14*
158:*2*
163:*21*
176:*17*
180:*18*
185:*15*
187:*22*
188:*1*
189:*17*
190:*1*
198:*22*
201:*9, 22*
204:*13*
210:*16, 18*
220:*12*
235:*18*
245:*10*
247:*23*
258:*15, 16*
261:*18*
262:*18*
276:*11*
287:*12*

311:*14*
318:*23*
321:*17*
328:*16*
329:*24*
330:*10*
335:*9*
336:*15*
337:*2*
361:*4, 5*
378:*15*
382:*19*
390:*15, 24*
391:*13*
392:*15, 16,*
*21* 393:*2*
411:*24*
413:*21*
431:*4*
434:*6*
435:*8*
436:*25*
437:*3*
438:*3*
440:*3, 16*
441:*7*
443:*23*
447:*9*
448:*7*
458:*21*
461:*12*
**sort** 87:*14*
130:*5*
176:*5, 8*
267:*3*
345:*20*
363:*18*
**sound**
331:*17*
**sounds**
206:*25*
283:*24*
331:*22*
405:*20*

**source**
91:*15*
213:*4*
447:*12*
448:*3, 18*
452:*1, 9*
**sources**
98:*4*
426:*16*
431:*16*
447:*23*
450:*23, 25*
453:*16*
**South** 6:*13,*
*18* 7:*2*

**SOUTHERN**
1:*1*
**Soviet**
243:*17, 22,*
*23*
**SOVIK** 6:*17*
**space**
191:*13, 15*
373:*6* 463:*6*
**SPALDING**
6:*1*
**speak**
145:*12*
241:*19*
249:*12*
312:*3*
333:*25*
343:*24*
**speakers**
161:*11*
**speaking**
36:*7* 114:*8,*
*14* 131:*10*
163:*5*
249:*19*
307:*3*
311:*9*

Confidential - Subject to Protective Order

319:*21*
324:*24*
**speaks**
353:*19*
419:*5*  425:*1*

**spearheading**
187:*21*
188:*9*
**special**
161:*24*
**specialist**
42:*11*
432:*20*
**specialties**
133:*19*
**specialty**
124:*15*
133:*10*
188:*19*
**specific**
20:*1*  34:*25*
36:*24*  78:7
100:*13*
123:*23*
149:*12*
273:*16*
303:*21*
338:*9*
458:*23*
**specifically**
36:*19*
109:*25*
112:*23*
114:*13*
169:*25*
271:*10*
316:*15*
350:7, *15, 21*
385:*3*  458:5
**specifics**
160:2
167:22

278:*23*
317:*21*
**spectrum**
443:*14*
**speculation**
218:*25*
270:*3*
**speculative**
269:*23*
**speech**
444:*15*
**speeches**
73:*21*
**spend**
103:*11, 19*
174:*4*
377:6, *16*
**spent**  79:*14*
193:*18*
**sperm**
402:8  410:*1*
**spite**  151:*20*
**spoken**  20:6,
*17, 21, 25*
22:*10*
**sponsor**
83:*19*  178:*1*
**sponsored**
176:*20*
177:*10, 15*
179:*14, 15*
192:*11*
195:*11*
**sponsoring**
193:*4*
198:*3, 4, 5, 7*
**sponsors**
185:9
191:*17*
196:*14*
201:*11*
**sponsorship**
177:*19, 21,
22*  178:*5, 11,*

*15*  179:*4, 9*
197:*25*
**sponsorships**
197:*21*
**staff**  146:*14*
175:*4*
**stage**  376:2
**stages**
414:*21*
429:*20*
**stamp**  413:7
**stand**
361:*20*
**standard**
16:*3, 7*
30:*17*
83:*17*  84:*1*
135:*17, 18*
136:*1, 3, 13,
17, 25*  137:*1,
3*  292:7
**standardizati
on**  134:*11,
14, 18*
**stands**
200:8, *12*
357:8
**Stark**
118:*10, 20,
22*  119:9, *10*
**starkly**
433:*12*
**start**  111:*20*
159:*14*
258:9
345:*19*
443:*4*
**started**
17:*12*
47:*15*
111:*24*
154:7  317:9
**starting**
181:2

**starts**  80:*21*
82:*1*  406:*13*
**state**  61:*25*
72:8  77:*12*
132:*13*
220:*21*
232:*3*
234:9
237:*15*
244:*19*
400:9
433:*25*
434:*1*
446:*17*
463:5
**stated**
33:*14*  35:5
52:*12*  61:*1*
62:*21*
122:*3*
146:*16*
150:*10*
202:5
268:*1*
290:5
292:5
321:*15*
322:*1*
366:*21*
380:*13*
402:*25*
416:*15*
426:*13*
444:*1*
448:*23*
449:*1*
454:*12*
**Statement**
9:*3, 6, 9*
35:*21*
71:*11, 25*
91:*20*
102:7
113:*12*

114:*15*
117:*12*
122:*10*
129:9, *12*
130:*19*
137:*12*
138:*13*
139:*20*
140:*18*
143:*17*
144:*19*
209:*22*
210:*3*
219:22
220:7, *12, 13,
17*  222:*8, 11,
15*  223:*13*
242:*18*
243:22
246:22
256:*4*
262:*20, 24*
263:9, *20*
289:*11*
311:8
327:9, *23*
328:*10*
329:9, *16*
330:*24*
331:*1, 9, 16*
332:*3*
333:3, *8*
346:5
418:*1, 2*
434:*18*
435:*1*
**statements**
55:*12*  57:*1*
113:2, *20*
125:*16, 24*
126:6
128:*10*
131:*13*
140:5

242:8
448:21
**STATES**
1:1 46:7
134:3
160:16
172:24
179:23
202:15
203:22
214:8
217:24
237:17
381:21
429:7
441:14
446:16
static 423:6
**statistically**
279:8, 11
280:13, 19
324:24
**StatPearls**
8:12
439:15
441:21
442:3
443:5
445:16, 17,
18 446:17,
18 450:3
stay 268:7
270:24
298:16
**stenographic**
11:14
**stenographic**
**ally** 462:7
step 32:6
77:1 138:18
**stimulate**
106:13
**STONE**
6:22

stop 75:15
284:17
303:7, 10
309:4
344:20
449:22
**stopped**
171:24
172:6
400:1, 2
**stopping**
344:23
**Stores** 6:4
**Stores-PNS**
7:4
**stories**
37:20
stracey@trac
eylawfirm.co
m 2:4
**straight**
13:3
**strategies**
355:25
**strategy**
283:7
**stream**
227:14
**Street** 2:5,
11 4:10
5:4, 21 6:2,
8, 13, 18, 23
7:2 173:3
**strength**
261:11
**strengths**
223:25
224:5, 13, 18
229:6, 16
230:4, 10
231:4, 8
434:7 449:4
stress 320:5,
11, 21 321:8

strong
270:11
285:18
286:3
289:3
310:11
365:13
456:14
**stronger**
260:9
263:17
**strongly**
114:20
**student**
19:17
**students**
430:3
**studied**
94:15, 16
118:1
281:1
443:12
studies 41:2,
12 44:9
47:19
49:23 77:5,
11 82:6, 7
84:23
85:14, 22
86:3 87:4,
8 92:7
153:5
178:5, 11, 12
221:12, 19
223:18
224:1, 20
229:7
230:5, 10
231:4, 8, 19
232:24
234:3, 5
235:7, 21
248:3, 14
259:12

266:4, 11, 18
273:17, 23
274:25
275:6
277:9
278:16
281:3, 10, 11,
14 293:2
308:13, 23
332:17
350:4, 14, 25
351:3
352:15
367:15, 20
368:14
369:3, 6, 11,
23 380:19
383:14, 15
384:9
387:13
394:9, 14
395:4, 5
396:5, 6, 8
397:20
398:3
399:9
403:9
408:20
414:24
415:1
416:22
417:3, 6
418:11, 16,
24 419:14,
15 434:8
study 10:11
41:5 44:17
45:4, 13, 15,
18 47:18
49:14, 20
51:8 62:4,
14, 19 67:22
77:17
90:16 91:5,

7, 11 99:9
102:21, 23
108:6
133:7
134:5
139:5
149:1
222:1
224:13, 17
227:11
228:12
232:17, 18,
23 233:6, 9,
16 234:19
247:4, 14, 20
261:10
263:11
267:4
273:24
277:7, 10, 20
279:4
329:9
330:20
351:9
364:20
368:4
401:19
409:15, 23
415:25
416:19
419:10
442:11
449:13, 14
**studying**
377:6, 17
stuff 271:16

**subconscious**
93:25
95:11 96:1,
4
**subject**
93:23
95:10, 25

118:*10*
142:2
152:*13*
270:*24*
376:*15, 20*
463:*10*
**submit**
456:*4, 6*
**Subscribed**
464:*15*
**subsections**
140:*12*
**subsequent**
270:*20*

**subspecialists**
52:*8*  54:2
**substance**
464:7
**substantial**
80:*25*
132:*20*
133:*1*
145:*20*
294:2
297:*8*
310:*21*
323:*23*
361:*21*
444:*3*
**substantially**
116:*24*
122:*17*
281:2

**substantiated**
293:*1*
**substantive**
377:*15*

**substantively**
377:*20*
**subtlety**
195:*23*

**sued** 137:*4,*
*9*
**suffer**
367:*15*
**sufficient**
35:*9, 18*
40:*23*
41:*21*  42:2
231:*10*
**suggest**
83:*15*
99:*12*
141:*20*
**suggested**
134:*20*
**suggesting**
41:*3, 13*
**suggestion**
40:*13*
**suggests**
259:*19*
380:*23*
428:*24*
429:2
**SUGNET**
6:*17*
**suit** 456:*14*
**Suite** 2:*5,*
*22*  3:*4, 21*
*4:4, 15, 23*
*5:4, 9*  6:*2,*
*18*
**sulfate**
383:*23*
387:*25*
**SULLIVAN**
3:*8*
**summary**
407:*2, 3*
408:*6, 7, 12*
429:*17*
436:*24*
**summer**
314:*5*

**Sunshine**
119:*21*
**supervising**
36:*16*
**support**
35:*9*  97:*11*
213:*9, 19*
214:*18*
225:*1*
262:*10*
289:*11*
391:*19*
394:*3*
**supported**
197:*20, 24*
260:*9*
263:*17*
**supporting**
199:2
**supports**
261:*12*
**supposed**
69:*1*  307:*5*
**Sure** 15:*6*
17:*4*  20:*14,*
*17, 22*  25:*3,*
*14*  26:*24*
28:*25*
35:*24*  63:*8*
68:*23*  91:*9*
94:*10*
108:2
111:*13*
112:*4*
117:*13*
169:*8*
170:*14, 17*
171:*22*
172:*5*
188:*5*
190:*18*
209:*11*
217:*12*
219:*1*

257:*14*
324:*16*
327:*16*
336:*19*
338:*3*
352:*25*
362:*21*
370:*21*
371:*10, 12*
399:2
406:*9, 21*
443:*20*
460:7
**surface**
401:*3, 9*
402:*1*
**surgery**
48:*20*
122:*4, 5*
123:*17*
124:*23, 25*
125:*4, 8*
**surprise**
99:*17, 23*
360:*9, 12*
372:*9, 18*
**surprised**
449:*11*
**surrounding**
124:*17*
**surveyed**
71:*14*  451:*3*
**swear** 11:*16*
**sworn**
11:*20*
462:*4*
464:*15*
**symposium**
176:*23*
179:*15*
**symptom**
252:*13*
301:*22*

310:*20*
314:*14*
**symptomatol**
**ogy** 252:*12*
306:*21*
307:*18*
315:*1*
**symptoms**
285:*17*
286:2
289:2
301:*20*
310:*10*
311:*7, 18, 22*
312:*4, 5*
315:*10, 14*
386:*23*
**syndrome**
49:*16*
233:*22*
**Syracuse**
6:*19*
**system**
70:*22*  71:*1*
272:*17*
363:*23*
364:*11, 12*
365:*1, 18*
366:*17, 19*
381:*19*
**systematic**
83:*20*  84:*8*
135:*5*
145:*25*
350:2, *11*
355:*24*
356:*3, 14*
364:*13*
365:*1*
**systems**
81:2

**< T >**

**tachycardia**
315:*13*
**tactics**
319:*11*
**take**  15:*4*
17:*3*  18:*7*
23:*14, 17*
24:*10*  32:*6*
36:*8*  65:*25*
66:*9*  72:*17*
74:*10*  75:*5,*
*8*  80:*13*
89:*4, 5*
91:*2*  137:*6*
147:*16*
148:*20*
152:*6*
154:*23, 24*
156:*19*
160:*5*
163:*1*
205:*14*
206:*15, 20*
211:*10, 20*
229:*3, 15*
245:*20*
250:*10*
252:*8*
253:*4*
254:*7, 17*
257:*20*
258:*20*
268:*23*
278:*11*
282:*14*
283:*22*
289:*24*
290:*4*
298:*7, 20*
299:*11*
304:*21, 25*
306:*7, 18*
313:*25*
314:*21*

322:*22*
323:*14*
324:*6*
344:*14*
348:*7*
349:*16*
360:*18*
384:*11, 17*
397:*16*
431:*22*
460:*15*
**taken**  36:*24*
144:*20*
234:*7, 8*
252:*14*
258:*14*
259:*8*
277:*13*
289:*13*
361:*22*
383:*16, 24*
384:*20*
387:*25*
462:*7*
**takes**  377:*13*
**talent**
173:*18*
**talk**  12:*20*
23:*6*  24:*11*
26:*17*
31:*20, 25*
32:*7, 10, 11*
69:*18*
134:*6*
163:*6*
165:*9*
200:*23*
208:*10*
211:*14*
252:*20*
265:*24*
266:*8*
312:*3*
342:*3, 21*

348:*19*
377:*15, 20*
380:*19*
**talked**  18:*3*
208:*17*
209:*19*
237:*9*
248:*9*
265:*24*
327:*9*
373:*11*
418:*17*
**talking**
54:*22*
78:*16*
117:*23*
164:*4*
169:*25*
248:*4*
258:*2*
261:*7, 9, 16*
262:*3, 5, 8*
277:*6, 8, 9*
279:*15*
288:*12*
303:*24*
319:*23*
362:*2, 6*
385:*4*
400:*16*
440:*18*
459:*20*
**talks**  140:*8*
**TALLEY**
4:*14*
**Target**  6:*9*
**Taylor**
256:*2, 4*
454:*13*
**tcampbell@k**
**rauseandkins**
**man.com**
4:*3*

**technical**
15:*18*  22:*9*
**technician**
7:*8*
**technology**
129:*12*
**teeth**  380:*1*
**tell**  11:*21*
22:*24*
23:*14*  24:*3*
25:*15, 16*
26:*7, 25*
27:*3, 8, 11,*
*23*  28:*17*
30:*5*  33:*8*
42:*24*
52:*14*  54:*4*
55:*7*  67:*10,*
*15*  85:*3*
104:*6*
113:*17*
130:*14*
136:*12*
178:*16, 17*
204:*3, 4*
206:*18*
211:*2*
219:*2, 14*
221:*17*
229:*5*
239:*22*
241:*18*
246:*12*
257:*20*
283:*19*
297:*5, 21*
298:*1*
313:*24*
314:*20, 21,*
*25*  325:*18*
331:*5*
333:*22*
334:*3*
341:*3, 7, 9*

342:*9*
353:*23*
354:*18*
371:*16*
376:*1*
398:*2*
414:*8*
422:*8*
424:*11*
428:*18*
457:*7, 11*
459:*3*
**telling**
15:*19*
26:*21*
238:*7, 12*
314:*2*
341:*25*
389:*21*
414:*11*
417:*19*
**tells**  80:*22*
414:*7*
**ten**  69:*25*
93:*12*
149:*12*
156:*23, 25*
412:*1*
**tend**  86:*23*
88:*1*
**tendency**
83:*20*  380:*3*
**tenet**  292:*6*
339:*8*
**tenets**  323:*4*
**teratogenic**
390:*19*
**teratogenicit**
**y**  380:*25*
390:*14, 17*
391:*20*
394:*3*
**teratologists**
433:*5*

teratology
27:17
29:11
33:23
54:14   435:7
term   55:1
66:19   67:4
155:8
177:25
178:1, 4, 14
179:4
267:2
321:2, 7
371:11
terms   17:20
25:6   26:16
56:4   64:17
133:21
156:2
309:25
311:24
353:3
354:6, 11, 17
357:11
396:11
test   420:17,
19
tested   334:4
testified
14:22   15:1,
20   16:20
34:17
135:8
294:11
295:2, 9
testify
16:10, 13, 20
209:2   462:4
testifying
44:1   78:18
79:25
447:15
450:11

Testimony
10:11   27:3
28:15   41:8
242:5
336:25
337:20
416:5
419:5
457:22
458:9   462:7
testing   9:16
112:17
114:1, 17
115:9
123:19
125:1, 10
126:15
128:11
129:11
171:13
265:8
337:18
370:3
381:4
416:10
tests   126:11,
14
tetracyclines
380:1
Texas   1:18
2:6   6:3
157:25
159:18
160:15
462:20
text   427:1,
7   431:1
textbook
450:2
textbooks
430:8   439:4
thank   12:6,
17   32:13
51:24

69:12
76:25   91:2
104:2
132:8
176:18
188:4
195:24
196:10
198:25
201:24
207:13
213:17
216:22
220:3
227:25
229:24
259:5
283:25
284:1
329:20
330:4, 8
346:15
348:9
375:6
388:17
393:3
404:25
412:21
460:18
461:4, 14
Thanks
26:20
198:18
207:2
328:7
330:5
461:13
theatre
197:22, 23
therapeutic
134:12

Therapeutics

182:16
197:5
therapy
292:18, 21
307:21
313:5
314:11, 12
345:24
347:11
thing   21:13
138:11
154:5
171:10
205:17
216:25
224:3
288:14
348:3
things   25:6
26:10   32:5,
6   48:16
55:5   61:18
67:10, 13, 23
95:23
110:25
122:19
141:4
164:17, 23
166:13
168:17
173:16
312:11
336:5
347:12
355:1
356:20
363:24
373:12
397:16
450:4, 7, 8
think   12:13
18:8   21:6
22:8   26:11
31:21, 24

34:3   35:4,
17   39:25
40:17   41:1
44:9   52:12
53:21
58:12
63:21
65:22   66:3,
6   69:6
82:20
85:20
87:13, 17
90:24
101:7
115:3, 12, 17,
19   121:13
122:9
126:21
128:9
138:3
139:10
141:12
142:9
150:16
153:11
155:20
158:3
159:5, 6, 23
162:9
169:24
172:2, 16
174:2
178:22
180:12
181:4
187:10
190:23
195:14
198:16
199:9, 19
205:13, 17
206:4, 16, 17
211:15, 25
224:16

225:*15*
230:*1*
231:*7*
238:*18*
239:*17*
241:*17*
244:*23*
255:2, *9*
257:*11*
261:2, *4*
263:*6*
264:*24*
265:*23*
267:*1, 21*
277:*22*
284:*11*
285:*11*
292:*23*
296:*21*
297:2, *17*
307:*18*
309:2, *25*
310:*25*
314:*13*
315:*9*
317:*16*
319:*4, 18*
322:*11*
327:*4*
328:*9, 20*
333:*22*
336:*8*
343:*5, 11*
345:*12*
355:*14*
357:*7*
358:*11*
360:*23*
361:*12*
362:*19*
371:*6*
378:*13*
391:*11*
393:*20*

395:*24*
396:*6*
397:*8*
403:*7, 10*
405:*17, 23*
406:*5*
413:*2*
417:*13*
418:*19*
419:*9*
420:*2, 6*
421:*3*
426:*3*
427:*21*
428:*13*
440:*5*
441:*4*
442:*20*
451:*25*
452:*4*
454:*3, 19*
458:*24*
459:*8, 16*
**thinking**
*25:6   31:18*
*46:24   62:8*
*63:20*
*103:19, 24*
*161:6, 7*
*291:11*
*366:8, 9*
**thinks**
*255:23*
*259:18*
*390:4*
**third**   *23:18*
*99:13*
*239:17*
*404:13*
*408:10, 15*
**thirty**
*463:15*

**Thornburg**
1:*13*   4:*16*
5:*1, 8, 11*
**thought**
*68:5   71:3*
*81:5   125:3*
*167:18*
*178:4*
*280:12*
*293:16*
*343:19*
*371:16*
*374:5*
*390:11*
*422:1*
*429:21*
*438:8*
*455:22, 25*
*456:3   461:9*
**thoughts**
*452:10*
**thousand**
*149:19*
**thread**
*78:21*
**threatened**
*114:1, 18*
**threatening**
*115:2*
**three**   16:*15*
*97:17*
*116:23*
*118:11*
*131:15*
*133:20*
*186:18*
*204:11*
*213:20*
*257:1*
*413:10*
*445:2*
*446:25*
*447:23*
*450:23, 25*

**threshold**
*130:5*
*138:10*
*361:13*
*380:7*
**throat**   *300:9*
**throw**
*363:17*
**Thursday**
*176:24*
*179:17*
**tieing**
*403:24*
**ties**   *10:8*
*102:18*
*103:13*
*104:13*
*108:8, 11*
*109:19*
**till**   *387:16*
**time**   *11:6*
*12:21   15:8,*
*12   21:24*
*22:3   23:24*
*32:6   37:15*
*41:1, 7*
*55:6   73:20*
*77:2   78:24*
*79:15*
*80:17*
*89:11, 15*
*99:18*
*100:6*
*101:18*
*103:10, 11,*
*19, 20*
*111:17*
*139:18*
*146:25*
*154:6, 13*
*156:21*
*157:2, 6*
*167:23*
*170:20*

*171:5*
*174:4*
*175:20*
*183:14, 19*
*194:2*
*195:15*
*206:23*
*207:3, 7*
*212:5, 8*
*221:11*
*227:24*
*229:15*
*239:18*
*243:3*
*251:9*
*258:21*
*270:25*
*281:24*
*282:14, 19,*
*25   284:2, 6*
*286:12*
*303:8, 12*
*304:20*
*305:12, 16*
*318:22, 25*
*321:9, 15*
*322:1, 15, 25*
*324:7*
*336:21*
*342:18, 19*
*348:10, 13*
*356:10*
*361:23*
*362:23*
*369:20*
*371:23*
*377:6, 16*
*381:16*
*386:2*
*397:17*
*406:6*
*412:3, 6*
*414:7*
*415:25*

416:*3*, *18*
427:2
431:*14*
434:*24*
457:25
458:22
459:6
460:*1*, *20*, *24*
461:*15*
462:7
**times** 14:*24*
15:*20*
16:*19*
19:*15* 43:*8*,
*10* 64:*18*
153:*23*
176:*1*
282:*24*
286:6
292:5
294:*1*, *12*
295:*3*, *10*
316:*24*
319:5
395:8
401:*2*, *7*, *24*
403:*1*
407:*21*
409:*1*, *17*
456:9
**tiny** 211:*3*,
*13*, *24*
**title** 13:*24*
90:25 392:*1*
**today** 11:*15*
21:*16* 31:7
33:*3*, *15*
37:*13* 86:6
116:25
128:*14*
153:*24*
176:*1*
183:*23*
238:2

246:*8*, *14*
281:*24*
286:6
293:*13*
316:25
319:*21*
342:*17*
353:*23*
366:*21*
385:4
387:*16*, *18*
398:8
402:*23*
403:*1*
407:*13*
415:*24*
418:*20*
434:*8*
439:*13*
449:*10*
454:*12*
**Today's**
11:*5*
**told** 32:*1*
33:*5* 137:6
155:*10*
294:*19*
295:*10*
360:5
390:5
418:25
454:25
457:*9*, *16*
459:*1*, *11*
460:*3*
**Tony** 457:*2*
**tool** 267:*17*
**top** 53:*15*
132:*24*
171:9
182:25
198:*24*
212:*18*
332:*21*

336:25
392:*10*
442:2
**topic** 104:*18*
**Total**
108:*12*
131:*13*
133:*21*
177:*21*
374:*10*
**totaled**
131:*11*
**totality**
269:9
**totally**
14:*18*
127:9 238:*4*
**touch**
451:*11*
**Towers**
432:22
434:*11*
452:*13*
**town** 13:*10*
**toxic**
359:*14*, *23*
360:*14*, *16*,
*20* 395:*19*
**toxicity**
361:*10*
362:*16*, *25*
402:*13*
**toxins** 372:*4*
**TRACEY**
2:*3*, *4* 7:6
8:*5* 12:*2*, 7
15:*6*, *15*
16:*12* 20:*5*,
*23* 21:*10*, *21*
22:*6*, *23*
24:7 25:9
26:*19*
27:*21* 28:8
29:5 30:8

31:*23* 33:*4*
34:*2*, *14*
35:*12* 36:*5*
37:*1*, *10*, *21*
38:8, *19*, *22*
39:*19*
41:*24*
42:*19*, *22*
43:*12*, *24*
44:6, *24*
45:2, *19*
46:*4* 48:*9*,
*11* 50:*4*, *7*, *9*,
*17* 51:*6*, *18*,
*23*, *25* 52:*21*
53:*4*, *14*
54:*16*, *23*, *24*
55:9 56:*6*,
*12*, *19* 57:*2*,
*8* 59:*10*
60:*3*, *14*, *19*
61:*6*, *16*
62:*1* 63:*4*
64:*3*, *5*, *11*,
*24* 65:*7*, *16*,
*18*, *24* 66:*4*,
*8*, *13* 67:*2*,
*17* 68:*6*, *18*
69:*8*, *11*, *16*
70:*15*
71:*13*, *23*
72:*15* 73:*2*,
*6*, *9*, *14*, *18*,
*24* 74:*6*, *8*,
*14*, *23* 75:*3*,
*11*, *16* 76:*6*,
*20* 78:*2*, *17*
79:9 80:*16*,
*18* 81:*24*
83:*12*
84:*14*, *21*
85:*3*, *17*
86:*1*, *7*
87:*10*, *16*, *19*

88:*13* 89:*1*,
*5*, *8*, *20* 90:7,
*9*, *10* 92:*4*
94:*19* 95:*3*,
*14*, *22* 96:*10*,
*19* 98:*2*, *20*
99:6
100:*11*
101:*6*, *24*
102:*10*, *14*
103:*4*, *5*, *23*
105:*6*, *21*, *24*
106:*1*, *24*
108:*4*
109:*4*
110:*7*, *13*
111:*12*, *19*
112:*8*
113:*16*
115:*10*
116:*21*
117:*15*
118:*4*
119:*1*, *6*
120:*5*, *15*
121:*20*
124:*3*, *21*
127:*11*
128:*8*, *23*
129:*19*
130:*23*
132:*1*
133:*17*
134:*1*
136:*4*, *21*, *24*
138:7
139:*3*, *14*
140:*15*
141:*1*, *9*
143:*11*, *21*
144:*8*, *17*
145:6
146:*3*, *5*, *11*
147:*6*, *14*, *23*

148:13, 19, 23, 24  151:2, 17  152:10
153:3, 12, 25
154:12, 14
155:1, 3, 6, 19  156:4, 18, 24  157:9, 18
158:4, 7, 14, 17, 25  159:3, 8, 11, 13
160:13
161:16
162:3, 16
163:12
164:3, 20
165:16
166:1, 11, 20
167:9, 24
169:1, 14
170:1, 12, 24
171:7
172:8
173:1, 15, 24
174:6, 15
177:14, 24
178:13
179:1, 12, 24
180:6, 12, 16, 24  181:17
182:12
183:10, 24
184:8, 15, 23
185:6, 17, 24
186:22
187:2
189:7, 21
190:6, 15, 20
191:11, 24
192:8
193:11, 20
194:11, 23
195:23
196:1, 19

197:11, 18
198:13
199:14, 22
200:3, 15, 21
201:3, 16
203:4, 15
204:21
205:3, 15, 18
206:2, 14, 18, 21  207:1, 10, 21  208:3, 15
209:4, 17
210:1, 9
211:6, 12, 21
212:11
213:2, 18
214:6, 22
215:10, 20
216:2, 20, 23
217:15, 18
218:1, 8, 19
219:1, 5, 10, 20  221:7, 24
223:10, 23
224:22
225:10, 18
226:20
227:23
228:9, 19
229:13, 20
230:12
231:2, 11
232:4, 15, 22
233:23
235:6, 24
236:15
237:20
238:10, 17
239:11
240:2, 7, 24
241:16, 20
242:11, 24
243:6, 16, 24
244:8, 15

245:2, 12, 23
246:6, 16
247:7, 17
248:11
249:1, 23
250:17
251:17
253:1, 11, 13, 22  254:20
255:8, 20
256:24
258:5
259:2
261:1
262:7, 22
264:7, 12, 13
266:20
267:12
268:6, 14
269:13, 25
270:1, 11, 22
271:3, 6, 11, 15, 17, 21
272:1, 15, 23
273:9
274:19
275:9, 13, 19, 22  276:15
277:5
278:13, 14
279:1, 10, 21, 22  280:11
281:6
282:10, 18, 23  283:5, 18, 22  284:9, 12
285:14
286:13, 23
287:6, 16
288:1, 10, 17, 24  289:12, 21  290:9, 17, 22  291:8, 21
294:8, 10, 17

295:2, 7, 8, 20, 22  296:4, 8, 20  297:20, 25  298:10, 17  299:4, 5, 9, 17  300:1, 10, 17, 21
301:3, 11
302:3, 19, 25
303:4, 10, 15, 20, 24
304:15, 20
305:8
306:1, 5, 11
307:1, 13, 22, 24  308:9, 18
309:1, 17
310:6
311:15
312:16
313:6
314:12, 18
316:7, 16
317:7, 23
318:6, 20
319:6, 10, 13
320:4, 12, 20
321:12
323:12
324:10, 22
325:8
326:2, 12, 16
327:1, 17, 21
328:13, 16, 21, 23  329:4, 17, 21  330:6, 19  331:12, 13, 24  332:1, 8, 15, 23
333:10, 15
334:5, 12, 16, 20  335:4, 7, 12, 21  336:4, 7  338:7

339:10, 19
340:18
341:8
342:7
343:4
344:1, 11
345:1, 3, 10
346:19, 22
348:6, 18
349:4, 10, 22
352:20
353:10
354:4, 16
355:7, 22
356:24
357:14
358:19
359:20
360:4, 17
361:11
362:1, 13, 22
363:4, 11
364:24
366:13, 15
367:13
368:1, 16, 18
369:1
370:1, 21, 24
371:2, 4, 13, 14, 24
372:21
373:21
374:15, 22
375:4, 7
376:5
377:18
378:20
380:16
382:2, 8, 23
383:1, 6, 7
384:13
385:13
386:5
387:1

388:*14*
389:*13*
390:2, *12*
392:5, *16, 22*
393:*1, 4*
394:7
395:*21*
396:*14*
397:*1, 13, 24*
398:*16, 17, 24* 399:*15, 22* 400:*19*
401:*17*
402:*21*
403:*11, 16*
404:2, *3*
405:*1, 22*
406:7, *10, 17*
407:*14*
409:*13*
410:*11*
411:*1, 16, 22, 24* 412:*1, 11*
413:*12, 21, 25* 414:*3*
415:*14*
416:2, *20*
417:7, *17*
418:*12*
419:7
420:*1*
421:4, *10*
422:7, *17*
423:3, *10, 17, 18* 424:*13*
425:5, 6, *14*
426:*1, 20*
427:*13*
428:2
429:*8, 16*
430:*15*
431:6
432:*15*
433:9

434:*16*
435:*22*
436:*12, 17*
437:6
439:*22*
440:*10, 12, 20* 441:5, *24*
443:*3*
444:*8, 13, 19, 21* 445:*12*
446:*9, 21*
447:*17*
448:*10, 14*
449:*17*
450:5, *13, 17*
451:2, *21*
452:*23*
453:*14*
454:2, *24*
455:*3, 10, 16*
456:*8, 16*
457:*18*
458:*1, 10, 15*
459:*9, 22*
460:*6, 11, 19*
461:*6, 11*
**traditional**
126:*13*
**train**  430:*2*
438:*8*
**trainees**
165:*19*
166:*23*
167:*13*
**training**
18:*14*  19:*8*
165:*7*
430:*24*
**tramadol**
404:*8*
**transcript**
38:*11*
462:6
463:*16, 17*

**transcription**
464:*5*
**translucency**
126:*10*
**transparent**
135:*4*
142:*3*
209:*15*
238:*7, 11, 18*
239:*2*  343:*3*
**travel**
131:*10*
**Treasure**
441:*20*
445:*18*
446:*18*
**treat**
256:*10*
310:2
314:*8*  320:2
**treated**
312:*23*
379:2
402:*4*
409:*19*
**treating**
31:*22*
293:*14*
421:*1*
**treatment**
24:*13*
30:*11*
46:*15, 21*
47:*16*  49:*1, 9*  77:*17*
100:*1, 2, 4*
285:*18*
289:*3*
294:7
310:*11*
311:*19*
313:7, *13*
316:*1*

322:4
351:*13, 14, 15*  388:*23*
389:6
408:*24*
420:*13, 20*
422:6
**Tree**  5:*23*
**trial**  7:*8*
14:*22*
15:*20*
46:*11, 20, 25*
47:*6, 12, 14*
48:*8*  50:*24*
51:*8, 12*
52:6, 9
53:*10, 16, 17, 25*  77:*21, 24*
82:*25*
154:*1*
227:2
295:*11*
420:*22*
421:*19, 25*
**Trials**
14:*25*
15:*22*  16:*9, 10, 15*  40:*21*
47:*21, 22*
48:*4*  49:*12*
51:*4*  75:*7, 9*  76:*16*
82:*8, 23*
84:2, *5, 18*
104:*22*
136:9
179:*3*
226:*11, 15, 25*  260:*22*
262:6, *21, 25*
263:*4*
369:*15*
418:*20*
421:6

**tribute**
185:*8*
**Trice**  183:*2*
**TRICIA**  4:*3*
**tried**  24:*8*
272:*22*
306:*10*
350:*19*
459:*12, 17*
**trimester**
126:*12*
313:*21*
**TRINH**  7:*1*
**Trinity**
192:*12*
**triplets**  16:*1*
**trouble**
21:5  404:*18*
**troubling**
272:*25*
**true**  47:*10*
71:*25*
91:*16*
138:9
141:*10, 11*
154:*13*
185:*11*
188:*21*
189:*23*
208:*16*
254:*24*
255:*3*
287:*17*
288:*11*
308:2
311:*8*
312:*1*
333:*3*
346:6
347:*19*
348:*1*
357:*3*
387:*15*
404:*16*

Confidential - Subject to Protective Order

426:*21*
447:22
448:*15, 19*
**trusted**
70:*23*
**truth**  11:*21,*
*22*  225:12
227:*9*
371:*16*
462:*4, 5*
**try**  76:*9*
223:*21*
224:2
254:2
289:*18, 19*
295:20
296:*15*
389:*19*
453:*17*
**trying**
148:*16*
182:*20*
196:7
202:*10*
204:*13*
243:25
249:*3, 8*
268:*9*
276:2
278:*9*
298:*16*
304:*11*
305:*12*
319:2
320:6
353:22
356:*1*
371:*5*
438:7
446:*15*
455:*8*
**Tuesday**
176:*23*

179:*15*
**tune**  250:*15*
**turn**  96:*22*
137:*11*
196:*3*
198:*14*
245:*3*
373:*23*
383:*10*
387:*10*
404:*12*
**Twelfth**
8:*12*  428:*4*
**twice**
175:*10*
319:*5*
**twins**  16:*1*
**two**  25:*11*
46:*1*  69:2
81:25
85:*10*  93:*9*
104:*13*
118:6
133:*19*
146:*15*
149:*20*
168:8
179:*14, 16*
201:*4, 6*
204:*10*
213:*19*
230:2
234:2
248:2
256:*16*
277:8
323:*24*
375:25
388:8
418:25
454:22
**two-minute**
460:*15*

**two-thirds**
149:*25*
**TX**  9:*19*
**Ty**  255:7
**Tylenol**
10:7  11:*10*
19:*20*  24:2,
*10*  36:8
62:*3*  91:22
137:*6, 9, 12*
139:*5, 22*
212:*23*
232:*18*
233:7
234:*21*
236:*1*
253:*7, 15, 20*
254:7
255:7, *23*
257:*10, 21,*
*22*  288:*13*
289:*14, 22*
291:*10*
292:2
298:*13, 22*
302:2
307:*2, 14, 19*
308:*7, 13*
309:*5*
312:*17*
313:8
314:*21*
315:*15, 22,*
*25*  316:*2, 6,*
*18*  319:*21*
323:*14*
324:*3*
341:*4*
355:2
357:22
359:22
360:8, *14, 15*
361:*5*
362:*16, 24*

366:*4*
367:*1*
368:5
369:*15*
370:*14*
374:6
375:*10*
380:9
389:*3, 20*
400:*10*
411:*4*
413:*1*
414:*20*
423:22
424:*3, 19, 21*
425:8
426:*18*
427:*3*
440:9
450:9
451:6
457:*10*
**tylenolprofes**
**sional.com**
389:*15*
422:*10, 14*
**type**  424:*14*
**types**  15:*23*
130:6
234:*1*
314:*20*
**typical**
86:*14*
**typically**
103:*9*
119:*13*
126:*15*
160:6

**< U >**
**UCD**  13:*17*
**Uh-huh**
101:*23*

233:*4*
**UK**  435:*8*
**ultimately**
18:*15*
254:*10, 16*
**Ultracet**
8:*12*
403:*19, 21*
404:*4*
**ultrasound**
126:8
127:7
128:*1, 4*
129:*3*
**unable**
234:*15*
265:*21*
**unaware**
368:*19*
**unborn**
285:6
310:*15*
**uncle**  13:*16*
**uncomfortab**
**le**  190:8, *12*
**uncontested**
125:7
**undergone**
145:*19*
**undergradua**
**te**  12:25
13:2
**underlie**
376:*18*
**underlies**
92:*11*  93:*18*
**underline**
90:*19*
**Underlying**
8:*17*  23:8
26:*15*
30:*11, 12, 14*
89:*24*  92:*9*

Confidential - Subject to Protective Order

263:2
313:3 314:9
**underreported** 9:15
112:16
**understand**
12:11
13:18
25:15
26:25
28:14 38:5
39:9, 11, 18
42:4, 7
79:2 85:19
111:17
117:16, 18
126:17
156:7
299:3
306:22
311:9
371:5
397:18
400:16
401:10
403:24
404:7
407:5
418:7
430:16
449:4
**understanding** 252:10
283:15
376:25
377:5, 7
415:12
**Understood**
259:3
308:10
318:1
362:15
399:5

**undertaken**
152:15
**undertaking**
368:3
**unduly**
117:5, 17
**unencumbered** 227:9
**unethical**
40:18 41:6
45:21
419:1, 10
420:24
**unfortunately** 393:14
438:9
**unhelpful**
130:15
**Union**
243:23
**UNITED**
1:1 381:21
441:14
**University**
13:21, 24
14:2, 7
18:11 58:4,
7 69:22
70:1, 2, 3, 5
93:4
132:14
152:9
256:7
372:2, 14, 20
373:3, 6
**unknown**
265:17
**untoward**
15:25
**upcoming**
456:6
**update**
344:9
451:19

**updated**
82:5
142:17
223:13, 15
**updating**
435:4
451:14
**urgency**
31:11
**URL**
440:23
445:25
446:4
**urogenital**
442:10
443:11
**Use** 9:3, 7
22:18 23:5
26:2 27:20
29:16 30:3,
15 31:9
36:3 37:19
40:3 115:8
135:15
136:6
137:12
142:23
155:25
162:8, 11, 23
221:22
223:1
230:25
233:15
234:25
235:22
246:22
249:15, 20
250:12
253:6
257:22
270:18
274:4, 9
277:12, 14
278:1, 3

287:15
291:11
299:24
306:20
307:14, 16,
23 316:2, 6
317:4
320:3
322:5, 24
324:3
350:14, 15
355:3, 5
357:9
362:7, 9
365:6, 8, 10,
11 366:4, 11,
18 369:10
376:19
378:1, 21
379:4
381:10, 11
385:7
386:15, 20
393:7
394:12, 25
396:12
406:2
407:16
414:17
415:11
417:2, 13, 14,
15 418:22
419:20, 23
422:4
424:25
428:23
429:2
431:10
432:3
436:6, 8
437:7, 9, 10,
14, 22 438:2,
13, 16

**useful**
93:15
130:22
431:2
**users**
345:23
347:10
**uses** 430:2
**usual**
315:18
**usually**
16:13 43:8
59:16
147:12
161:13
162:6
168:6
169:21
252:5
260:23
289:15, 18
310:1
325:13
326:8, 10
367:20
369:11
404:6
430:22
431:15
**UT** 173:4, 5
**utero** 40:3
442:7 443:8
**UT-Houston**
173:4
**utilized**
281:14
**utter** 267:15
**utterance**
267:2

**< V >**
**vaginal**
124:7

Confidential - Subject to Protective Order

value 55:*17,* *25*
valued 119:*22*
variability 134:*13*
variation 35:*6* 109:*13* 361:*9* 396:*11*
variations 395:*10* 409:*3*
varies 360:*23*
variety 160:*22*
various 93:*13* 138:*3* 354:*10* 436:*1*
Vassar 132:*11*
vast 33:*22* 372:*9*
Vegas 169:*22* 170:*3, 9, 11, 22* 171:*5*
vendor 162:*11*
vendors 162:*5, 6, 7, 21*
verbatim 462:*6*
Version 10:*1, 4*
versions 409:*11*

versus 285:*3* 352:*15*
vice 18:*22* 19:*3*
video 11:*7* 21:*5*
VIDEOGRA PHER 11:*1, 3* 15:*8, 12* 21:*24* 22:*3* 89:*11, 15* 157:*2, 6* 159:*2* 207:*3, 7* 212:*5, 8* 284:*2, 6* 328:*18* 329:*2* 348:*10, 13* 412:*3, 6* 460:*20, 24* 461:*15*
Videotaped 1:*11*
view 35:*25* 146:*13* 194:*19* 214:*15* 239:*6* 253:*6* 255:*19* 292:*14* 374:*12*
VINH 4:*14*
VIP 191:*18* 192:*1, 6, 11* 193:*4, 14, 25* 195:*11*
VIPs 192:*2, 17*
visibility 188:*18* 189:*4*

Visit 172:*15, 17* 173:*6* 302:*17* 306:*13* 324:*5*
vitro 332:*3*
vivo 332:*3*
Vo 132:*10*
voice 249:*14, 24, 25* 250:*5, 6, 16, 19* 251:*16, 19, 20, 21*
volunteered 369:*5*

< W >

WAGSTAFF 3:*20*
Wait 70:*12* 95:*12* 129:*15* 219:*25* 244:*5* 268:*8* 270:*23* 282:*15* 290:*20* 398:*22* 433:*7*
waiting 103:*4* 392:*13* 427:*18*
Walgreen 5:*17*
Walgreens 5:*17*
walking 374:*3*
Walmart 6:*4*

Wal-Mart 6:*4*
Walters 7:*6*
wand 267:*3, 14*
want 21:*19, 20* 23:*17* 24:*10, 16* 25:*14* 26:*7, 24* 31:*20, 24* 32:*2* 43:*22* 47:*1* 50:*3* 53:*20, 25* 58:*1* 69:*17* 72:*10* 76:*3* 80:*8* 88:*24* 96:*20, 21* 102:*15* 121:*21* 123:*2* 130:*19* 134:*6* 153:*17, 20* 161:*24* 163:*6* 173:*17* 190:*2, 3, 13, 18* 197:*6* 200:*23* 202:*12* 205:*19* 219:*3* 224:*10, 12, 24* 225:*1, 6, 7* 226:*15* 228:*13* 229:*3, 4, 22* 236:*13* 241:*3* 263:*8* 264:*19* 273:*16* 284:*23* 303:*11*

304:*9, 20*
305:*16*
307:*14*
325:*16*
337:*8*
344:*20, 22, 24* 348:*19*
349:*7*
373:*23*
384:*8, 17*
390:*14, 23*
393:*12*
395:*24*
402:*19*
408:*11*
411:*17*
413:*8*
422:*8, 24*
423:*5*
431:*22*
456:*5*
wanted 32:*2* 65:*19, 24* 94:*12* 283:*15* 353:*12* 355:*16* 358:*4* 385:*9* 405:*3* 426:*5* 451:*16*
wants 180:*13*
warn 316:*8, 17* 317:*11* 318:*11* 319:*15*
warning 359:*24* 362:*24* 363:*6*
Washington

5:*4*

**Watt**  4:*15*

**WATTS**  3:*1*

**wave**  138:*13*

**way**  12:*9*

33:*2*  66:*16*

75:*4, 13, 18*

109:*3*

122:2, *9*

130:*4*

143:*1, 6*

145:*17*

152:*13*

154:*9*

172:*15*

181:*21*

187:*16*

191:*1*

243:*7*

249:*7*

274:*14*

276:*3*

318:*1*

329:*24*

346:*16*

365:*18*

374:*2*

375:*8*

377:*15*

381:*9*

393:*13*

422:*11, 23*

423:*15*

**ways**  226:*7*

**weak**  260:*23*

**weakest**

262:*13*

**weakness**

260:*14*

266:*11*

**weaknesses**

223:*25*

224:*11, 18*

230:*22*

353:*3*

434:*7*  449:*5*

**Web**  59:*2*

**website**

58:*4*  59:*9*

120:*9, 13, 18*

210:*14*

389:*15*

422:*10, 14,*

*20, 22*  423:*8,*

*13, 15, 22*

424:*20, 25*

425:*10*

436:*19*

440:*2*

445:*16*

448:*18*

**Wednesday**

176:*21*

192:*14*

**week**  19:*5*

39:*4*

**weeks**  432:*4*

**weigh**  366:*1*

**weighed**

139:*21*

140:*13*

141:*13*

215:*12, 18*

**weight**

109:*16*

231:*20*

232:*13*

235:*8*

259:*10*

396:*9*  410:*2*

**weights**

402:2, *9*

**welcome**

176:*8*  196:*2*

**welfare**

338:*16*

**well**  12:*6,*

*25*  13:*13, 19*

15:*24*

16:*12*

17:*10*

18:*15*  24:*6,*

*12*  32:*4*

33:*5*  35:*13,*

*17*  37:*9*

39:*5*  40:*8*

43:*4*  45:*20*

46:*19*  47:*9*

53:*13*

57:*19*

61:*13*

63:*11, 16*

68:*7*  75:*25*

85:*2*  91:*7*

95:*23*

98:*21*  99:*8*

102:5, *6*

103:*6*

105:*7*

113:*17*

125:*6, 13*

127:*12*

129:*20*

132:*2*

139:*4*

145:*7, 11*

147:*11*

158:*4*

162:*15*

164:*22*

167:*25*

172:*9*

176:*23*

177:*15, 25*

178:*9*

179:*2*

182:*4*

187:*4*

193:*21*

195:*12*

197:*12*

199:*9*

205:*16*

209:*5*

211:*7, 12, 15*

214:*23*

226:*2*

231:*7, 15*

232:*10, 24*

233:*12*

234:*24*

235:*14*

238:*16, 19*

239:*5*

240:*15*

241:*2*

242:*4, 17*

243:*25*

246:*17*

247:*11*

250:*23*

251:*18*

252:*4*

253:*18*

254:*21*

256:*1*

257:*2*

264:*24*

267:*21*

268:*9*

269:*20*

271:*1, 17*

273:*20*

275:*5*

276:*4, 25*

280:*12*

284:*16*

287:*9*

289:*8, 22*

290:*2, 23*

291:*9, 25*

293:*5*

300:*25*

311:*11*

312:*21*

313:*12*

314:*24*

318:*16*

321:*21*

325:*11*

350:*4, 13*

352:*3*

355:*14*

356:*2*

358:*8*

364:*7*

367:*3*

369:*9*

374:*16*

375:*25*

379:*20*

384:*19*

386:*6*

390:*3*

391:*11, 13*

396:*4, 15*

397:*8*

398:*18*

407:*4, 8, 15,*

*24*  409:*25*

410:*18*

415:*10*

416:*3*

417:*12, 18*

418:*4*

420:*10*

430:*21*

432:*19*

433:*16*

434:*17, 22*

436:*13*

437:*18*

438:*5, 10*

439:*2*

442:*13*

445:*25*

446:*4*

447:*5*

449:*23*

450:*17, 20*

453:*21*
454:7  460:*9*
**well-**
**accepted**
114:*25*
**well-**
**controlled**
383:*13*
387:*12*
415:*1*
418:*16, 24*
**well-**
**documented**
121:*8*
**well-**
**identified**
292:*3*
**well-known**
59:*20*
428:*10, 13*
**well-**
**respected**
98:*1*
**went**  13:*16*
70:7
267:*10*
274:*13*
277:19
452:*21*
453:2, 3
**We're**  15:*9*
21:*4, 19*
38:*17*  42:7
55:*10*
58:*13*
69:*10*  73:*6,*
7  74:*21*
89:*16*  90:*5*
92:5  100:*8*
103:2, *3*
107:*9*
124:*4*
153:*15, 22*
154:*23*

156:22
159:*10, 23*
163:*4*
169:*24*
199:*15*
205:*13*
206:*15*
207:*4*
211:*13*
212:*1, 9*
215:*21*
216:*24*
217:*1*
245:*8, 10*
259:*3*
271:*23*
276:*5*
279:*15*
288:*12*
303:*2*
319:*21*
327:*13*
335:*10, 17,*
*19*  344:*19*
356:*8*
370:*13*
371:6
373:*24*
382:*12, 14,*
*16*  383:*4*
388:*15*
392:*12, 20*
393:*22, 25*
394:*23*
397:*14*
400:*15, 16*
403:*22*
406:*5*
408:*15*
413:*4*
420:*3*
437:*4*
457:*25*
458:*13*

459:*5, 8, 21,*
*25*  460:*1, 14,*
*17*
**West**  5:*21*
6:*2, 8*
**We've**  15:*3*
65:*22*
68:*22*  69:*5*
80:*11*
110:*25*
136:*7*
148:*17*
154:*11*
171:*5*
184:*1*
185:*10*
186:*15*
193:*7*
204:*22*
205:*5, 17*
206:*19*
278:*10*
297:*11*
314:*4*
344:*21*
427:*24*
434:*8*
447:*7, 18, 19,*
*20*  449:*9*
454:*12*
459:*6*
**Whoa**  356:*8*
**who've**
321:*3*
**widely**
362:*15, 20*
**widespread**
134:*12*
**Wi-Fi**
192:*19*
**Wiley**  63:*10,*
*15*
**wine**  166:*13*

**winter**
22:22
23:*23*  37:*16*
**withdraw**
283:*19*
375:*5*
455:*13*
**withdrawal**
313:*16*
**withhold**
420:*25*
**witness**
11:*17*
19:*24*
20:*11*
22:*15*  24:*6*
25:*22*
27:*11*  28:*5,*
*25*  29:*25*
30:*22*
32:*21*
33:*13*  34:*8,*
*22*  35:*17*
36:*13*  37:*9*
38:*20*
39:*15*
41:*16*
42:*15*  43:*4,*
*18*  45:*10*
46:*2*  47:*9*
50:*6, 19*
51:*17, 24*
52:*4*  53:*2,*
*13*  54:*21*
55:*3, 22*
56:*11, 17, 24*
57:*7*  59:*13*
60:*12, 19*
61:*13, 21*
62:*17*
64:*23*  65:*4,*
*14*  66:*23*
67:*8*  68:*3,*
*13*  70:*14*

71:*10, 20*
72:*3, 21*
75:*3, 25*
76:*15*  77:*8*
78:*15*
81:*19*  83:*7*
84:*12*  85:*2,*
*25*  87:*7*
88:*9*  92:*1*
94:*10*
95:*19*  96:*9,*
*17*  97:*25*
98:*16*  99:*1,*
*22*  101:*3, 15,*
*22*  103:*3, 18*
104:*16*
106:*7*
108:*1*
109:*2, 23*
110:*22*
111:*16, 23*
113:*11*
114:*12*
116:*17*
117:*11, 21*
118:*19*
120:*12*
121:*13*
123:*7*
124:*10*
126:*21*
127:*18*
128:*18*
130:*12*
131:*24*
133:*15*
135:*15*
137:*16*
138:*17*
139:*10*
140:*1, 21*
142:*9*
143:*20*
144:*5, 15, 25*

Confidential - Subject to Protective Order

| | | | | |
|---|---|---|---|---|
| 145:*11* | 198:*11* | 248:*8, 19* | 307:*7, 11* | 360:*2, 11, 23* |
| 146:*24* | 199:*9, 19* | 249:*7* | 308:*5, 17, 22* | 361:*16* |
| 147:*11, 19* | 200:*2, 11, 20* | 250:*3, 23* | 309:*9, 22* | 362:*6, 19* |
| 148:*6* | 201:*1, 15* | 252:*19* | 311:*14* | 363:*3, 9* |
| 150:*7* | 203:*2, 14* | 253:*18* | 312:*21* | 364:*7* |
| 151:*9, 25* | 205:*1, 8* | 254:*10* | 313:*12* | 365:*21* |
| 152:*20* | 206:*12* | 255:*2, 14* | 314:*24* | 367:*8, 18* |
| 155:*16, 25* | 207:*19, 25* | 256:*1* | 316:*13, 22* | 368:*8, 23* |
| 156:*13* | 208:*7, 21* | 257:*14* | 317:*16* | 369:*19* |
| 158:*11* | 209:*10, 25* | 258:*22* | 318:*16* | 371:*10, 21* |
| 160:*9, 22* | 210:*24* | 260:*18* | 319:*18* | 372:*8* |
| 161:*21* | 211:*3, 22* | 262:*1, 18* | 320:*10, 15,* | 374:*9, 21* |
| 162:*15* | 213:*1, 16* | 264:*24* | *25* 322:*14* | 377:*4* |
| 163:*11, 20* | 214:*15* | 267:*7, 21* | 323:*18* | 378:*9, 15, 18* |
| 165:*14, 23* | 215:*8, 17* | 268:*9* | 324:*15* | 380:*13* |
| 166:*7, 17* | 216:*18* | 269:*6, 20* | 325:*7, 11* | 382:*1, 21* |
| 167:*3, 17* | 217:*23* | 270:*10* | 326:*7, 19* | 384:*8, 25* |
| 168:*21* | 218:*6, 15, 23* | 271:*17* | 327:*15* | 385:*24* |
| 169:*8, 19* | 219:*8* | 272:*13, 22* | 328:*20* | 386:*11* |
| 170:*7, 17* | 221:*3, 17* | 273:*23* | 329:*3, 12, 19* | 388:*7* |
| 171:*3, 22* | 223:*6, 21* | 275:*5, 18* | 330:*4, 8, 12,* | 389:*11, 25* |
| 172:*23* | 224:*16* | 276:*11, 25* | *16* 331:*4, 20* | 390:*9* |
| 173:*10, 21* | 225:*5, 15* | 278:*19* | 332:*7, 20* | 391:*24* |
| 174:*2, 13* | 226:*2* | 279:*7, 19* | 333:*6, 14, 25* | 392:*14* |
| 177:*10, 18* | 227:*19* | 280:*8, 23* | 334:*11* | 395:*19* |
| 178:*9, 22* | 228:*8, 15* | 282:*2, 16, 23* | 335:*5* | 396:*4, 21* |
| 179:*7, 22* | 229:*10* | 284:*1* | 337:*25* | 397:*8, 23* |
| 180:*5, 14* | 230:*9, 16* | 285:*11, 24* | 339:*6, 16* | 398:*6* |
| 181:*12* | 231:*7* | 286:*19* | 340:*15* | 399:*12* |
| 182:*9* | 232:*2, 10* | 287:*3, 12, 22* | 341:*2, 18* | 400:*15* |
| 183:*8, 17* | 233:*12* | 288:*7, 21* | 342:*14* | 401:*13* |
| 184:*7, 14* | 234:*24* | 289:*8, 18* | 343:*11* | 402:*16* |
| 185:*3, 14, 23* | 235:*14* | 290:*2, 13* | 344:*7* | 403:*7* |
| 186:*21* | 236:*5* | 291:*4, 17* | 346:*10, 13,* | 404:*24* |
| 188:*24* | 237:*15, 25* | 293:*10* | *19* 348:*9* | 405:*20* |
| 189:*13* | 238:*16* | 294:*15* | 349:*1, 18* | 406:*11, 15* |
| 190:*1, 11* | 239:*5, 16* | 295:*6, 18* | 352:*3, 25* | 407:*8* |
| 191:*5, 22* | 240:*6, 15* | 296:*3, 14* | 353:*20* | 409:*7* |
| 192:*5* | 241:*10* | 297:*2, 25* | 354:*15, 21* | 410:*10, 21* |
| 193:*10, 17* | 242:*6, 17* | 299:*1, 15, 21* | 355:*14* | 411:*10* |
| 194:*9, 16* | 243:*10, 21* | 300:*5, 16, 20,* | 356:*23* | 414:*1* |
| 195:*22* | 245:*10, 21* | *24* 301:*7, 18* | 357:*6* | 415:*10, 22* |
| 196:*17* | 246:*2, 11* | 302:*9, 12* | 358:*8* | 416:*13* |
| 197:*9, 16* | 247:*11* | 306:*10* | 359:*11* | 417:*1, 12, 25* |

419:*6, 8*
420:*10*
421:*16*
424:*9*
425:*4, 23*
426:*12*
428:*1*
429:*6, 13*
430:*6, 21*
432:*13*
433:*16*
434:*22*
437:*5*
440:*8, 11*
441:*4, 18*
442:*24*
443:*22*
444:*18*
445:*11*
446:*4, 13*
448:*4, 7*
449:*23*
450:*20, 24*
451:*9*
452:*19*
453:*12, 21*
454:*11*
455:*8, 21*
456:*13*
457:*15*
458:*2*   463:*1*
**witnessed**
93:*10*
**witnesses**
375:*17*
**Wolfberg**
9:*16*
112:*11, 12,
20*  125:*9*
130:*17*
**woman**
44:*16*  45:*3*
137:*4*
253:*15, 20*

289:*5*
292:*12*
297:*3*
298:*1*
379:*2*
410:*16*
**woman's**
340:*5*
**women**
29:*19*  36:6
37:*3*  40:*11*
41:*5*  45:*3*
99:*4*  259:*9*
285:*20*
291:*20, 24*
292:*1*
293:*4*
294:6
296:*21*
297:*7, 9, 18*
299:*10, 11*
312:*18*
313:*17*
322:8
323:*24, 25*
379:*5, 10, 20*
383:*15*
387:*13*
394:*10, 12,
18, 19*
403:*10*
410:*5*
414:*16*
415:*1*
417:*4*
419:*15*
420:*4*  442:*5*
**wonderful**
153:*1, 6*
**wondering**
325:*1*
**Woodland**
6:*24*

**word**  81:*20*
234:*25*
388:*3, 11*
405:*14*
**words**
34:*23, 25*
286:*25*
**work**  12:*16*
13:*19, 20*
43:*9*  47:*22*
57:*13, 19*
58:*25*
65:*10*  72:*5,
25*  103:*9*
104:*20*
111:*8*
191:*7*
248:*13*
250:*9*
353:*12*
402:*17, 19*
429:*10*
**worked**
145:*13*
**working**
111:*6*
217:*2*
455:*25*
**workings**
145:*4*  377:*9*
**works**
12:*17*  43:*7*
64:*12*
282:*12*
304:*22*
**world**  27:*18*
29:*10, 12*
31:*2*  33:*21,
23*  54:*13, 15*
58:*10*  60:*9*
65:*2*  97:*21*
144:*11*
359:*8*
360:*7, 8*

366:*10*
420:*3*
433:*3*
435:*13*
454:*5*
**world's**
59:*3*  64:*7*
**worldwide**
376:*9*
**worrier**
421:*23*
**worries**
110:*16*
227:*9*
**worry**
421:*24*
440:*11*
**worrying**
228:*3*
**wrap**
278:*12*
283:*15*
**Wright**
8:*20, 24*
91:*8*  132:*9*
142:*12*
143:*2*
261:*14*
262:*2*
**write**  94:*23*
129:*11*
144:6
241:*17*
283:*9*
343:*23*
**writing**
51:*13*  96:*2*
142:*4*
456:*19*
**written**
115:*22*
125:*21*
128:*12*
152:*7*

341:*21*
430:*12*
449:*24, 25*
**wrong**
28:*15*
73:*15*
178:*6, 10*
280:*19*
336:*5*
**wrote**  89:*22*
90:*17*  92:*1*
143:*16*
144:*2, 6*
237:*11*
333:*11, 18,
19*  427:*6*
434:*25*

**< Y >**
**Yale**  256:*6*
**Yeah**  12:*19*
13:*3, 9, 12*
15:*6*  17:*5*
21:*21*  38:*4*
40:*16*  49:*5*
50:*17*
51:*23*
65:*17, 24*
66:*1, 4, 8*
69:*11*
70:*10*
78:*25*
80:*16*
87:*12, 16*
89:*1, 5, 9*
90:*7, 9*
91:*9*  95:*4*
96:*11*
101:*25*
102:*10*
104:*3, 5*
105:*20*
110:*14, 17*
112:*18*

Confidential - Subject to Protective Order

115:*21*
132:*6, 25*
141:*16*
148:*23*
149:*5*
157:*1*
158:*7, 25*
159:*9, 12*
164:*4*
171:*15*
172:*16*
186:*3, 23*
191:*25*
194:*12*
195:*17*
196:*9*
198:*24*
201:*17*
202:*17*
204:*14*
205:*19*
206:*16, 21,
24*   209:*10*
211:*7*
216:*22*
217:*15*
224:*23*
227:*4*
245:*13*
247:*18, 25*
268:*11*
278:*13*
283:*18*
284:*15, 17*
321:*21*
324:*23*
327:*15*
329:*17*
334:*21*
335:*15, 17,
21*   336:*6*
337:*10*
345:*13, 15*
346:*12, 18*

347:*15, 21*
349:*2, 5*
350:*19*
371:*15*
375:*5*
377:*19*
391:*17*
393:*1*
399:*24*
404:*10*
405:*6, 13, 23*
406:*14*
408:*8*
411:*22, 24*
412:*15*
413:*22, 25*
418:*19*
423:*1, 10*
437:*3*
440:*4, 24*
448:*11*
**year**  112:*4*
147:*16*
157:*14*
171:*4*
172:*5*
210:*17*
212:*20*
213:*3*
215:*11*
216:*8*
217:*20*
218:*7, 9*
225:*21*
227:*11*
228:*5*
387:*2*   405:*4*
**yearly**
59:*18*
344:*13*
**years**  14:*14*
67:*13*
69:*25*
81:*15*

115:*14*
168:*9*
172:*7*
223:*12*
292:*7*
307:*4*
400:*11*
431:*12*
**yellow** 445:*4*
**Yep**  105:*24*
148:*22*
181:*18*
188:*7*
347:*18*
460:*5*
**YORK**  1:*1,
14*  2:*11*
3:*11*  5:*15,
22*  6:*8, 19*
11:*8, 9*
13:*21*
72:*25*
77:*11*
106:*18*
**you-all**  94:*5*
100:*21*
305:*9*
**young**
165:*7*
173:*18*
**Ystrom**
270:*14*
274:*3*
277:*10, 16*

< Z >
**Zahn**  457:*1*
**zero**  145:*3*
424:*21*
434:*18, 23*
**ZOOM**  2:*3,
4, 10, 15, 16,
17, 18, 19, 20,
21*  3:*1, 2, 8,*

*9, 15, 20*  4:*3,
9, 14, 22*  5:*8,
14, 20*  6:*1, 7,
12, 17, 22*
7:*1, 7*
21:*15*  66:*5*
87:*13, 15*