# Exhibit 28

Confidential - Subject to Protective Order

1         IN THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF NEW YORK
2                     - - -

3     IN RE:  ACETAMINOPHEN   :
      - ASD-ADHD PRODUCTS      :  MDL NO. 3043
4     LIABILITY LITIGATION     :
      _____ :  CASE NO.
5                              :  1:22-md-03043
      THIS DOCUMENT RELATES    :  -DLC
6     TO:  ALL CASES:          :
                               :  Judge Denise
7     1:22-md-03043            :  Cote

8             - CONFIDENTIAL -
        - PURSUANT TO PROTECTIVE ORDER -
9
                      - - -
10
                 September 1, 2023
11
                      - - -
12
                Videotaped deposition of
13    ALEX KOLEVZON, M.D., taken pursuant to
      notice, was held at the Best Western Plus
14    & Venue, 503 Washington Avenue, Kingston,
      New York, beginning at 8:31 a.m., on the
15    above date, before Michelle L. Gray, a
      Registered Professional Reporter,
16    Certified Court Reporter, Certified
      Realtime Reporter, and Notary Public.
17
                      - - -
18

19        GOLKOW LITIGATION SERVICES
         877.370.3377 ph| 917.591.5672
20             deps@golkow.com

21

22

23

24

1  APPEARANCES:

2

3  WATTS GUERRA LLP
   BY:  MIKAL C. WATTS, ESQ.
   (In person)
4  BY:  HAILEY WATTS, ESQ.
   (In person)
5  BY:  SHELLY SANFORD, ESQ.
   (Zoom)
6  BY:  JOHN CRACKIN, ESQ.
   (Zoom)
7  BY:  JERRY WHITE, ESQ.
   (Zoom)
8  875 East Ashby Place
   Suite 1200
9  San Antonio, Texas 78257
   (210) 447-0500
10 mcwatts@wattsguerra.com
   hwatts@wattsguerra.com
11 ssanford@wattsguerra.com
   jwhite@wattsguerra.com
12 Representing the Plaintiffs

13

14 BEASLEY ALLEN LAW FIRM
   BY:  W. ROGER SMITH, III, ESQ.
15 (In person)
   218 Commerce Street
16 Montgomery, Alabama 36104
   (334) 954-7555
17 roger.smith@beasleyallen.com
   Representing the Plaintiffs
18

19 THE LANIER LAW FIRM
   BY:  CATHERINE HEACOX, ESQ.
20 (Zoom)
   BY:  CRISTINA DELISE, ESQ.
21 (Zoom)
   10940 West Sam Houston Parkway North
22 Suite 100
   Houston, Texas 77064
23 (713) 659-5200
   catherine.heacox@lanierlawfirm.com
24 cristina.delise@lanierlawfirm.com
   Representing the Plaintiffs

1  APPEARANCES:  (Cont'd.)

2

3  KELLER POSTMAN LLC
   BY:  ASHLEY BARRIERE, ESQ.
   (Zoom)
4  BY:  AMANDA HUNT, ESQ.
   (Zoom)
5  BY:  ROSEANN ROMANO, ESQ.
   (Zoom)
6  BY:  T.J. SNIDOW, ESQ.
   (Zoom)
7  BY:  REBECCA KING, ESQ.
   (Zoom)
8  150 North Riverside Plaza
   Suite 4100
9  Chicago, Illinois 60606
   (312) 741-5220
10 ashley.barriere@kellerpostman.com
   amanda.hunt@kellerpostman.com
11 roseann.romano@kellerpostman.com
   TJ.snidow@kellerpostman.com
12 Rebecca.king@kellerpostman.com
   Representing the Plaintiffs
13

14 HOLWELL, SHUSTER & GOLDBERG, LLP
   BY:  EILEEN MONAGHAN DELUCIA, ESQ.
15 (Zoom)
   BY:  DANIEL SULLIVAN, ESQ.
16 (Zoom)
   425 Lexington Avenue
17 New York, New York 10017
   (646) 837-5151
18 edelucia@hsgllp.com
   Dsullivan@hsgllp.com
19 Representing the Plaintiffs

20

21

22

23

24

1  APPEARANCES:  (Cont'd.)

2

3  THE LANIER FIRM
   BY:  EVAN M. JANUSH, ESQ.
4  (Zoom)
   126 East 56th Street
5  6th Floor
   New York, New York 10022
6  (212) 421-2800
   evan.janush@lanierlawfirm.com
7  Representing the Plaintiffs

8  KRAUSE & KINSMAN LAW FIRM
   BY:  TRICIA CAMPBELL, ESQ.
9  (Zoom)
   4717 Grand Avenue
10 Suite 300
   Kansas City, Missouri 64112
11 (816) 200-2900
   tcampbell@krauseandkinsman.com
12 Representing the Plaintiffs

13

14 TRACEY FOX & WALTERS
   BY:  SEAN P. TRACEY, ESQ.
15 (Zoom)
   BY:  LAWRENCE TRACEY, ESQ.
16 (Zoom)
   440 Louisiana Street
17 Unit 1901
   Houston, Texas 77002
18 (713) 489-6304
   stracey@traceylawfirm.com
19 ltracey@traceylawfirm.com
   Representing the Plaintiffs
20

21

22

23

24

1  APPEARANCES:  (Cont'd.)

2

3  HOLWELL, SHUSTER & GOLDBERG, LLP
   BY:  EILEEN MONAGHAN DELUCIA, ESQ.
   (Zoom)
4  BY:  DANIEL SULLIVAN, ESQ.
   (Zoom)
5  425 Lexington Avenue
   New York, New York 10017
6  (646) 837-5151
   edelucia@hsgllp.com
7  Dsullivan@hsgllp.com
   Representing the Plaintiffs

8

9  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   BY:  ALLISON M. BROWN, ESQ.
10 (In person)
   BY:  JOSEPH A. CARUSO, ESQ.
11 (In person)
   One Manhattan West
12 New York, New York 10001
   (212) 735-3000
13 allison.brown@skadden.com
   joseph.caruso@skadden.com
14 Representing Johnson & Johnson Consumer
   Inc. (JJCI)
15

16 BUTLER SNOW LLP
   BY:  DAVID M. COHEN, ESQ.
17 (Zoom)
   BY:  RAQUEL LUCAS, ESQ.
18 (Zoom)
   810 Seventh Avenue
19 Suite 1105
   New York, New York 10019
20 (646) 606-2996
   david.cohen@butlersnow.com
21 raquel.lucas@butlersnow.com
   Representing Johnson & Johnson Consumer
22 Inc. (JJCI)

23

24

1 APPEARANCES: (Cont'd.)
2
3 KING & SPALDING LLP
4 BY: LUKE BOSSO, ESQ.
(Zoom)
5 1700 Pennsylvania Avenue, NW
Suite 900
6 Washington, D.C. 20006
(202) 737-0500
7 Lbosso@kslaw.com
Representing the Defendant, Walmart,
8 Inc., and Wal-Mart Stores, Inc.
9 BARNES & THORNBURG LLP
10 BY: NADINE S. KOHANE, ESQ.
(Zoom)
11 390 Madison Avenue
12th Floor
12 New York, New York 10017
(646) 746-2000
13 nkohane@btlaw.com
Representing CVS Pharmacy, Inc., CVS
14 Health Corporation, Walgreen Co.,
Walgreens Co., and Walgreens Boots
15 Alliance, Inc.,
16 BARNES & THORNBURG LLP
17 BY: SANDRA KO, ESQ.
(Zoom)
18 BY: DEANNA LEE, ESQ.
(Zoom)
19 555 12th Street N.W.
Suite 1200
20 Washington, D.C. 20004
(202) 289-1313
21 sko@btlaw.com
deanna.lee@btlaw.com
22 Representing the Defendant, Costco
Wholesale Corporation
23
24

1 APPEARANCES: (Cont'd.)
2
3 STONE DEAN LLP
4 BY: JOSEPH A. LARA, ESQ.
21052 Oxnard Street
5 Woodland Hills, California 91367
(818) 999-2232
6 jlara@stonedeanlaw.com
Representing the Defendant, The Kroger
7 Co.
8 MORRISON & FOERSTER LLP
9 BY: LINDSEY HAAS CAIN, ESQ.
(Zoom)
10 4200 Republic Plaza
370 Seventeenth Street
11 Denver, Colorado 80202
(303) 592-1500
12 lcain@mofo.com
Representing the Defendant, Target
13 Corporation
14 HAIGHT BROWN & BONESTEEL LLP
15 BY: KATIE TRINH, ESQ.
(Zoom)
16 555 South Flower Street, 45th Floor
Los Angeles, California 90071
17 213.542.8000
ktrinh@hbblaw.com
18 Representing the Defendant, Big Lots
Stores-PNS, LLC
19
20 DUANE MORRIS LLP
BY: SEAN K. BURKE, ESQ.
21 (Zoom)
901 New York Avenue N.W.
22 Suite 700 East
Washington, DC 2000
23 202-776-7236
Sburke@duanemorris.com
24 Representing the Defendant, Dollar
General Corporation

1 APPEARANCES: (Cont'd.)
2
3
4 ALSO PRESENT:
5 VIDEOTAPE TECHNICIANS:
6 Henry Marte - Golkow
(In person)
7 Danny Ortega - Golkow
8 (In person)
9 LITIGATION TECHNICIAN:
10 Erik Thorsnes - U.S. Legal
(In person)
11
12 Jason Short - IT
13 (Zoom)
14
...

1          - - -
2         I N D E X
3          - - -
4
5 Testimony of:
6     ALEX KOLEVZON, M.D.
7 By Mr. Watts        35, 617
8 By Ms. Brown          593
9
...
13          - - -
14       E X H I B I T S
15          - - -
16 NO.      DESCRIPTION        PAGE
17 KOLEVZON
No. 400                35
18 APAP MDL AMENDED DEPOSITION
19 NOTICE ALEX KOLEVZON.PDF
20 KOLEVZON
No. 401                37
21 APAP MDL RESPONSES AND
OBJECTIONS TO PLAINTIFFS'
22 NOTICE OF DEPOSITION TO
DR. KOLEVZON.PDF



Page 10

- - -

E X H I B I T S (Cont'd.)

- - -

NO.         DESCRIPTION         PAGE

KOLEVZON
No. 403                106
20230701-KOLEVSON, ALEX-
EXPERT REPORT-4-83.PDF

KOLEVZON
No. 404                235
2030721-KOLEVSON, ALEX-
MATERIALS
REVIEWED-84-150.PDF

KOLEVZON
No. 405                37
20230721-KOLEVSON, ALEX-
CV.PDF

KOLEVZON
No. 408                218
20020600-CROEN DESCRIPTIVE
EPIDEMIOLOGY OF AUTISM IN A
CALIFORNIA POPULATION, WHO IS
AT RISK JOURNAL OF AUTISM
AND DEVELOPMENTAL DISORDERS,
VOL. 32, NO. 3, 217-224

KOLEVZON
No. 409                220
20020600-CROEN THE CHANGING
PREVALENCE OF AUTISM IN
CALIFORNIA JOURNAL OF
AUTISM AND
DEVELOPMENTAL DISORDERS,
VOL. 32, NO.3, JUNE 2002,
207-215.PDF

Page 11

- - -

E X H I B I T S (Cont'd.)

- - -

NO.         DESCRIPTION         PAGE

KOLEVZON
No. 410                223
20030400-BLAXILL
BASKIN AND SPITZER
ON CROEN
JOURNAL OF AUTISM AND
DEVELOPMENTAL
DISORDERS,
VOL. 33, NO. 2,
APRIL 2003,
223-226.PDF

KOLEVZON
No. 411                227
RESPONSE: A
REPLY TO BLAXILL, BASKIN
& SPITZER
(Croen)

KOLEVZON
No. 414                109
20070400-KOLEVZON,
GROSS &
REICHENBERG, 2007-
PERINATAL RISK
FACTORS FOR AUTISM
A.PDF

Page 12

- - -

E X H I B I T S (Cont'd.)

- - -

NO.         DESCRIPTION         PAGE

KOLEVZON
No. 415                341
20071100, JOHNSON
IDENTIFICATION AND_
EVALUATION OF_
CHILDREN_WITH_AUT.PDF

KOLEVZON
No. 416                342
20080000-MOY AND NADLER-
ADVANCES IN BEHAVIORAL
GENETICS MOUSE MODELS
OF A.PDF

KOLEVZON
No. 417                114
2090100-THE RISE IN
AUTISM AND
THE ROLE OF AGE AT
DIAGNOSIS-
EPIDEMIOLOGY.PDF

KOLEVZON
No. 418                240
20090109-CONE, NEW STUDY_
AUTISM LINKED
TO ENVIRONMENT-
SCIENTIFIC AMERICAN.PDF

Page 13

- - -

E X H I B I T S (Cont'd.)

- - -

NO.         DESCRIPTION         PAGE

KOLEVZON
No. 420                147
20100622-AVCHEN, EVALUATION
OF A RECORDS-REVIEW
SURVEILLANCE SYSTEM USED TO
DETERMINE THE PREVALENCE OF
AUTISM SPECTRUM DISORDERS,
J. AUTISM DEV. DISCOR
(2011)41-227-236

KOLEVZON
No. 422                122
20110000-TEXTBOOK OF
AUTISM SPECTRUM DISORDERS,
1ST EDITION, CHAPTER 20-
PARENTAL AND PERINATAL
RISK FACTORS FOR AUTISM,
ABRAHAM REICHENBERG,
RAZ GROSS, ALEXANDER
KOLEVZON, EZRA SUSSER.PDF

KOLEVZON
No. 424                534
20120000-MOUNT SINAI
CHILDRENS ENVIRONMENTAL
HEALTH CENTER
PUBLISHED A LIST
OF THE TOP 10 TOXIC
CHEMICALS SUSPECTED
TO CAUSE AUTISM AND
LEARNING



**Page 14**

- - -

E X H I B I T S (Cont'd.)

- - -

NO.          DESCRIPTION          PAGE

KOLEVZON
No. 429          353
20120701-PUELO ET AL.-
ADVANCING PATERNAL AGE AND
SIMPLEX AUTISM.PDF

KOLEVZON
No. 430          289
20130000-NEUROBIOLOGY OF
MENTAL ILLNESS, CHAPTER 77-
AUTISM SPECTRUM DISORDERS-
ALEXANDER KOLEVZON, A TING
WANG, DAVID GRODBERG,
JOSEPH BUXBAUM.PDF

KOLEVZON
No. 431          502
2013000-THE NEUROSCIENCE OF
AUTISM SPECTRUM, CHAPTER 1.6
CURRENT TRENDS IN THE
PHARMACOLOGICAL TREATMENT OF
AUTISM SPECTRUM DISORDERS-
ALEXANDER KOLEVZON.PDF

KOLEVZON
No. 433          176
20140300-MAENNER, POTENTIAL
IMPACT OF DSM-V CRITERIA
ON AUTISM SPECTRUM DISORDER
PREVALENCE ESTIMATES-PMC.PDF

**Page 16**

- - -

E X H I B I T S (Cont'd.)

- - -

NO.          DESCRIPTION          PAGE

KOLEVZON
No. 443          183
20150600-ZANDER,
THE NEW DSM-V
IMPAIRMENT CRITERION-A
CHALLENGE TO EARLY AUTISM
SPECTRUM DISORDER
DIAGNOSIS_J AUTISM
DEV DISCORD (2015)
45-3634-3643.PDF

KOLEVZON
No. 445          546
20150904-TAVASSOLI,
KOLEVZON, ET AL.,
2016-MEASURING SENSORY
REACTIVITY IN AUTISM
SPECTRUM.PDF

KOLEVZON
No. 447          187
20160216-BENNETT, A META-
ANALYSIS OF DSM-V AUTISM
DIAGNOSES IN RELATION TO
DSM-IV AND DSM-IV-TR_
SPRINGERLINK.PDF

KOLEVZON
No. 451          375
20160908-AUTISM AND PRENATAL
ENDOCRINE DISRUPTORS
(A-PED)-
FOA-FUNDING OPPORTUNITY
ANNOUNCEMENT-PAR-14-203.PDF

**Page 15**

- - -

E X H I B I T S (Cont'd.)

- - -

NO.          DESCRIPTION          PAGE

KOLEVZON
No. 434          267
20140501-PINTO, KOLEVZON,
CONVERGENCE OF GENES AND
CELLULAR PATHWAYS
DYSREGULATED
IN AUTISM SPECTRUM
DISORDERS-
THE AMERICAN JOURNAL
OF HUMAN GENETICS 94,
NO. 5 (MAY 2014),
677-694.PDF

KOLEVZON
No. 437          181
437-20140621-STURMEY,
THE EFFECTS OF DSM5 AUTISM
DIAGNOSTIC CRITERIA ON
NUMBER OF INDIVIDUALS
DIAGNOSED WITH AUTISM
SPECTRUM DISORDERS-
A SYSTEMATIC REVIEW.PDF

KOLEVZON
No. 438          258
20140800-GAULGER, MOST
GENETIC_RISK_FOR_AUTISM_
RESIDES_WITH_COMMON_V.PDF

**Page 17**

- - -

E X H I B I T S (Cont'd.)

- - -

NO.          DESCRIPTION          PAGE

KOLEVZON
No. 452          349
20160908-AUTISM AND PRENATAL
ENDOCRINE DISRUPTORS
(A-PED)-
1R01ES026904-01-REICHENBERG-
2016-2021-ABSTRACT.PDF

KOLEVZON
No. 453          321
20170000-BOOK-MOUNT SINAI
EXPERT GUIDES-CHPT
23-ANGARITA
& KOLEVZON, AUTISM SPECTRUM
DISORDER, 225-232.PDF

KOLEVZON
No. 456          539
20171116_VIDEO_KOLEVZON_
ADVANCES_IN_AUTISM_
CONFERENCE
_2017_ALEX_CLIP_3.MP4

KOLEVZON
No. 458          542
20171116_VIDEO_KOLEVZON_
ADVANCES_IN_AUTISM_
CONFERENCE
_2017_ALEX_CLIP_5.MP4

KOLEVZON
No. 459          439
20171116_VIDEO_KOLEVZON_
ADVANCES_IN_AUTISM_
CONFERENCE
_2017_ALEX_CLIP_6.MP4

Confidential - Subject to Protective Order

---

Page 18

1       - - -
2       E X H I B I T S (Cont'd.)
3       - - -
4
5   NO.      DESCRIPTION      PAGE
6   KOLEVZON
7   No. 460          401
        20171116_VIDEO_KOLEVZON_
8       ADVANCES_IN_AUTISM_
        CONFERENCE
9       _2017_ALEX_CLIP_7.MP4
10  KOLEVZON
11  No. 463          357
        20170712-VIKTORIN ET AL.-
12      2017-ASSOCIATION OF
        ANTIDEPRESSANT
        MEDICATION.PDF
13  KOLEVZON
14  No. 464          426
        20180000-MT. SINAI
15      NEWSLETTER-
        DEVELOPING PERSONALIZED
16      APPROACHES TO THE TREATMENT
        OF AUTISM-KOLEVZON-2017-
17      2023.PDF
18  KOLEVZON
19  No. 465          359
        CHARNEY & NESTLER'S
20      NEUROBIOLOGY OF
        MENTAL ILLNESS
21      5TH EDITION
        (CHARNEY)
22
23
24

---

Page 19

1       - - -
2       E X H I B I T S (Cont'd.)
3       - - -
4
5   NO.      DESCRIPTION      PAGE
6   KOLEVZON
7   No. 466          618
        20180110-ACETAMINOPHEN USE
8       DURING PREGNANCY ASSOCIATED
        WITH ELEVATED RATE
9       OF LANGUAGE
        DELAY IN GIRLS, MOUNT SINAI
10      RESEARCHERS FIND_MOUNT SINAI
        -NEW YORK.PDF
11  KOLEVZON
12  No. 468          429
        20180223-KOLEVZON DEPO-
13      POSTON V. ST. JOHN HOSPITAL
        .PDF
14  KOLEVZON
15  No. 469          308
        20180228_VIDEO_KOLEVZON_
16      CLINICAL_TRIALS_IN_PMS_
        CLIP_1.MPF
17  KOLEVZON
18  No. 470          436
        20180228_VIDEO_KOLEVZON_
19      CLINICAL_TRIALS_IN_PMS_
        CLIP_5.MPF
20
21  KOLEVZON
22  No. 472          301
        20180228_VIDEO KOLEVZON_
        CLINICAL.MP4
23
24

---

Page 20

1       - - -
2       E X H I B I T S (Cont'd.)
3       - - -
4
5   NO.      DESCRIPTION      PAGE
6   KOLEVZON
7   No. 474          362
        20180403-KOLEVZON BLOG-ON
8       BIOLOGY-DIAGNOSIS AND
        TREATMENT OF AUTISM_THE REAL
9       STORY.PDF
10  KOLEVZON
11  No. 475          190
        20180427-BAIO-PREVALENCE OF
        AUTISM SPECTRUM
12      DISORDER AMONG
        CHILDREN AGED 8 YEARS-AUTISM
13      AND DEVELOPMENTAL
        DISABILITIES
14      MONITORING NETWORK
        11 SITES, UNITED STATES,
15      APRIL 27, 2018,
        67(6); 1-23.PDF
16  KOLEVZON
17  No. 476          192
        20180504-CARTOLANO,
18      UNDER THE
        UMBRELLA-REDEFINING THE
19      SPECTRUM OF AUTISM.PDF
20  KOLEVZON
21  No. 477          193
        20180619-FONBOMME-EDITORIAL
        -THE RISING PREVALENCE OF
22      AUTISM-FOMBONNE-2018-JOURNAL
        OF CHILD PSYCHOLOGY AND
23      PSYCHIATRY-WILEY ONLINE
        LIBRARY.PDF
24

---

Page 21

1       - - -
2       E X H I B I T S (Cont'd.)
3       - - -
4
5   NO.      DESCRIPTION      PAGE
6   KOLEVZON
7   No. 479          107
        20181108-REPORT OF ALEXANDER
8       KOLEVZON-DANIELS FEASEL V.
        FOREST PHARMACEUTICALS.PDF
9   KOLEVZON
10  No. 480          333
        20181207-KOLEVZON-
        DEPO-SULLENS
11      V. WALMART.PDF
12  KOLEVZON
13  No. 481          172
        20190000-ROGERS,
        TOBY (THESIS)-
14      THE POLITICAL ECONOMY OF
        AUTISM.PDF
15  KOLEVZON
16  No. 482          530
        20190610-ADDO-ACETAMINOPHEN
        USE-DNA METHYLATION IN THE
17      PLACENTA.PDF
18  KOLEVZON
19  No. 484          525
        PLACENTAL DNA
20      METHYLATION
        LEVELS AT CYP2E1
        (Zhu)
21
22
23
24

Page 22

- - -

E X H I B I T S (Cont'd.)

- - -

NO.        DESCRIPTION        PAGE

KOLEVZON
No. 485        417
20200000-PREM S, MILLONIG JH,
DICREO-BLOOM E.
DYSREGULATION
OF NEURITE OUTGROWTH
AND CELL
MIGRATION IN AUTISM
AND OTHER
NEURODEVELOPMENTAL
DISORDERS. ADV.
NEUROBIOL. 2020;25-
109-153 .PDF

KOLEVZON
No. 486        352
20200804-KOLEVZON
DEPOSITION-
PURDUE V. MERCY
MEDICAL.PDF

KOLEVZON
No. 489        542
20210007_VIDEO_KOLEVZON_
THE_BENEFITS_OF_
GENETIC_TESTING_
IN_AUTISM_CLIP_2.MP4

KOLEVZON
No. 490        194
20210100-KARL A.
COMPARISON OF
THE DIAGNOSTIC CRITERIA FOR
ASD USING DSM AND ICD-A
STUDY FROM NORTH INDIA.PDF

Page 23

- - -

E X H I B I T S (Cont'd.)

- - -

NO.        DESCRIPTION        PAGE

KOLEVZON
No. 491        127
PRENATAL AND PERINATAL
METABOLIC RISK FACTORS
FOR AUTISM
(KATZ)

KOLEVZON
No. 494        41
20220000-TEXTBOOK OF AUTISM
SPECTRUM DISORDERS
(2ND EDITION)
CHPT 11-KAPRA, KOLEVZON,
REICHENBERG & GROSS,
PRENATAL PERINATAL
AND PARENTAL RISK
FACTORS.PDF

KOLEVZON
No. 496        379
20220117-DATTARO, FDA CITES
HAIR-BASED AUTISM DIAGNOSTIC
AID AS BREAKTHROUGH
SPECTRUM_AUTISM RESEARCH
NEWS.PDF

KOLEVZON
No. 498        195
20220407-CDC-KEY FINDINGS
POTENTIAL IMPACT OF DSM-v
CRITERIA ON ASD PREVALENCE_
AUTISM_CDC.PDF

Page 24

- - -

E X H I B I T S (Cont'd.)

- - -

NO.        DESCRIPTION        PAGE

KOLEVZON
No. 500        554
20220516-MOUNT
SINAI RECEIVES
LANDMARK GIFT FROM ROYALTY
PHARMA TO ADVANCE HEALTH
EQUITY_MOUNT SINAI-
NEW YORK.PDF

KOLEVZON
No. 501        555
20220516-OUR HISTORY-
ROYALTY PHARMA.PDF

KOLEVZON
No. 502        555
20220516-TOP OWNERS
OF T&T
RESIZE.PDF
Web Printout

KOLEVZON
No. 503        555
20220516-TOP OWNERS
OF ROYALTY
PHARMA PLC.PDF
Web Printout

KOLEVZON
No. 504        411
20220603-DR KOLEVZON
EXPERT REPORT
PALMQUIST V HAIN.PDF

Page 25

- - -

E X H I B I T S (Cont'd.)

- - -

NO.        DESCRIPTION        PAGE

KOLEVZON
No. 506        568
20220904-KOLEVZON'S
CORRESPONDENCE FILE
(WITH TILLERY)
[KOLEVZON_000001-108]
.PDF

KOLEVZON
No. 510        553
20230000-MT. SINAI-
OUR PARTNERS
MOUNT SINAI INNOVATION
PARTNERS.PDF

KOLEVZON
No. 511        170
20230117-LASALLE, JANINE M.
"EPIGENOMIC
SIGNATURES REVEAL
MECHANISTIC CLUES AND
PREDICTIVE MARKERS
FOR AUTISM SPECTRUM
DISORDER.".PDF

KOLEVZON
No. 512        433
20230216-AM-PALMQUIST V. THE
HAIN CELESTIAL GROUP,
INC.PDF

KOLEVZON
No. 513        332
20230216-AM-PALMQUIST
V THE HAIN CELESTIAL
GROUP, INC.PDF

Page 26

```
1              - - -
2       E X H I B I T S  (Cont'd.)
3              - - -
4
5  NO.      DESCRIPTION      PAGE
6  KOLEVZON
7  No. 514            391
   20230225-KHACHADOURIAN,
8  KOLEVZON COMORBIDITIES
   IN AUTISM SPECTRUM
9  DISORDER AND
   THEIR ETIOLOGIES-
10 PMC.PDF
11 KOLEVZON
   No. 520            370
12 UNDATED-MT. SINAI WEBSITE-
   AUTISM SPECTRUM DISORDER
13 INFORMATION_MOUNT SINAI-
   NEW YORK.PDF
14 KOLEVZON
15 No. 521            389
   UNDATED-MOUNT SINAI AWARDED
16 $25 MILLION TO STUDY THE
   ENVIRONMENT_S INFLUENCE ON
17 PEOPLE_S HEALTH THROUGHOUT
   THEIR LIFETIMES_MOUNT SINAI-
18 NEW YORK.PDF
19 KOLEVZON
   No. 522            294
20 UNDATED-_ADVANCES_IN_THE_
   GENETICS_OF_AUTISM_
21 CLIP_1.MP4
22 KOLEVZON
   No. 525            580
23 UNDATED-KOLEVZON BILLING
   (KOLEVZON 000102_108.PDF
24
```

Page 27

```
1              - - -
2       E X H I B I T S  (Cont'd.)
3              - - -
4
5  NO.      DESCRIPTION      PAGE
6  KOLEVZON
7  No. 526            336
   UNDATED-(20180515) KOLEVZON
8  HUDDLESTON DEPO.PDF
9  KOLEVZON
   No. 528            551
10 JANSSEN R&D RESEARCH
   PAYMENTS TO MOUNT SINAI
11 HOSPITAL-OPENPAYMENTS_RESIZE
   .PDF
12 KOLEVZON
13 No. 530            54
   FEDERAL RULES OF
14 CIVIL PROCEDURE
   (DECEMBER 1, 2017)
15 KOLEVZON
16 No. 532            455
   20111100-PINTO-MARTIN,
17 PREVALENCE OF
   AUTISM SPECTRUM
18 DISORDER IN ADOLESCENTS
   BORN WEIGHING 2000
19 GRAMS-PMC.PDF
20 KOLEVZON
   No. 542            41
21 UNDATED-E-MAIL RE
   PUBLICATION
22 DATE OF HOLLANDER BOOK,
   2ND EDITION.PDF
23
24
```

Page 28

```
1              - - -
2       E X H I B I T S  (Cont'd.)
3              - - -
4
5  NO.      DESCRIPTION      PAGE
6  KOLEVZON
7  No. 543            131
   ASD PREVALENCE OVER
8  TIME.PDF
   (Demonstrative)
9  KOLEVZON
10 No. 544            569
   E-MAIL THREAD
11 6/7/18
   SUBJECT_WHITE PAPER
12 FOR SCIENTISTS
   KOLEVZON 000109-
13 KOLEVZON 000307
   .PDF
14 KOLEVZON
15 No. 545            136
   KOLEVZON'S EXPLANATION
16 FOR RISING PREVALENCE
   RATES OF ASD.PDF
17 (Demonstrative)
   KOLEVZON
18 No. 546            306
   BOCCUTO-PHENOTYPE
19 VARIABILITY
   IN PITT-HOPKINS AND
20 PITT-HOPKINS-LIKE
   SYNDROME
   AND ITS PUTATIVE LINK TO
21 ENVIRONMENTAL FACTORS-
   PMC.PDF
22
23
24
```

Page 29

```
1              - - -
2       E X H I B I T S  (Cont'd.)
3              - - -
4
5  NO.      DESCRIPTION      PAGE
6  KOLEVZON
7  No. 547            296
   20181029-SALDARRIAGA,
8  INCREASED
   SEVERITY OF
9  AUTISM SPECTRUM
   DISORDERS IN THE
10 AGRICULTURAL
   COMMUNITY OF
11 RICAURTE COLOMBIA
   .PDF
12 KOLEVZON
13 No. 548            277
   (Chung)
14 MP4
15 KOLEVZON
16 No. 549            263
   (Chung)
   MP4
17 KOLEVZON
18 No. 550            282
   (Chung)
19 MP4
20 KOLEVZON
   No. 556            488
21 HARVARD-20100500-EARLY
   EXPERIENCES CAN ALTER GENE
22 EXPRESSION AND AF.PDF
23
24
```

Page 30

1                - - -

2          E X H I B I T S  (Cont'd.)

3                - - -

4

5   NO.       DESCRIPTION       PAGE

6   KOLEVZON
7   No. 557              72
    MT. SINAI-20180110-
8   ACETAMINOPHEN
    USE DURING PREGNANCY
9   ASSOCIATED WITH
    ELEVATED RATE OF LANGUAGE
10  DELAY IN GIRLS, MOUNT S.PDF

11  KOLEVZON
    No. 558              77
12  JOHNS HOPKINS-20191105-
    TAKING TYLENOL
13  DURING PREGNANCY
    ASSOCIATED WITH
14  ELEVATED RISKS
    FOR AUTISM, ADHD-HUB.PDF

15  KOLEVZON
    No. 559              79
16  YALE-20210930-SCIENTIFIC
    TEAM, INCLUDING YPSH
17  RESEARCHER, WARN AGAINST USE
    OF ACETAMINOPHEN BY PREGNANT
18  WOMEN-YA.PDF

19  KOLEVZON
    No. 560              86
20  HARVARD-20211029-IS
    A COMMON
21  PAIN RELIEVER SAFE DURING
    PREGNANCY-HARVARD
22  HEALTHX.560
    .PDF
23

24

Page 31

1                - - -

2          E X H I B I T S  (Cont'd.)

3                - - -

4

5   NO.       DESCRIPTION       PAGE

6   KOLEVZON
7   No. 561              93
    BAUER (CONSENSUS STATEMENT)-
8   20211200-PARACETAMOL USE
    DURING PREGNANCY.PDF

9   KOLEVZON
    No. 562              94
10  20211200-BAUER ET AL.-
    SUPPLEMENTARY TABLES.PDF
11

12  KOLEVZON
    No. 563              101
13  YALE-20220300-YSPH RESEARCH
    IDENTIFIES PREGNANCY RISKS
14  ASSOCIATED WITH
    ACETAMINOPHEN
15  USE-YALE SCHOOL
    OF PUBLIC H.PDF

16  KOLEVZON
17  No. 564              539
    MP4

18  KOLEVZON
19  No. 565              392
    20220630-MT. SINAI-CLINICAL
20  NEUROSCIENCE FELLOWSHIP
    EXPLORES LINKS
21  BETWEEN PREGNANCY AND
    AUTISM SPECTRUM DISO.PDF

22

23

24

Page 32

1                - - -

2          E X H I B I T S  (Cont'd.)

3                - - -

4

5   NO.       DESCRIPTION       PAGE

6   KOLEVZON
    No. 566              394
7   20230000-
8   MT. SINAI-JANECKA.PDF

9   KOLEVZON
    No. 568              129
10  SPARK AND THE
    FUTURE OF AUTISM
11  RESEARCH
    (CHUNG)
12

13  DEFENDANT'S
    No. I              612
14  Exhibit 545
15  Marked up
    (Demonstrative)
16

17                - - -

18

19

20

21

22

23

24

Page 33

1                - - -

2      DEPOSITION SUPPORT INDEX

3                - - -

4

5   Direction to Witness Not to Answer

6   PAGE  LINE PAGE LINE   PAGE LINE
7   330   24

8   Request for Production of Documents

9   PAGE  LINE PAGE LINE   PAGE LINE
10  585   17
    591   5

12  Stipulations

13  PAGE  LINE PAGE LINE   PAGE LINE
    None
14

15  Questions Marked

16  PAGE  LINE PAGE LINE   PAGE LINE
    None
17

18

19

20

21

22

23

24

Page 34

1           - - -
2       THE VIDEOGRAPHER:  We are
3   now on the record.
4       My name is Danny Ortega.
5   I'm the legal videographer for
6   Golkow Litigation Services.
7       Today's date is
8   September 1st, 2023, and the time
9   is 8:31 a.m.
10      This video deposition is
11  being held at 503 Washington
12  Avenue, Kingston, New York, in the
13  matter of Tylenol,
14  Acetaminophen/Tylenol ASD-ADHD
15  products liability litigation MDL.
16      The deponent today is Alex
17  Kolevzon.
18      All counsel will be noted on
19  the stenographic record.
20      The court reporter today is
21  Michelle Gray and will now swear
22  in the witness.
23          - - -
24

Page 35

1           - - -
2       ... ALEX KOLEVZON, M.D.,
3   having been first duly sworn, was
4   examined and testified as follows:
5           - - -
6       EXAMINATION
7           - - -
8   BY MR. WATTS:
9       Q.   What is your name?
10      A.   Alex Kolevzon.
11      Q.   You are a medical doctor?
12      A.   I am.
13      Q.   Clinical psychiatrist?
14      A.   I am.
15      Q.   Okay.  I'm here to take your
16  deposition because you've been designated
17  as an expert witness by the defendants in
18  this case.
19          Do you understand that?
20      A.   Yes.
21          (Document marked for
22      identification as Exhibit
23      Kolevzon 400.)
24  BY MR. WATTS:

Page 36

1       Q.   Let me put up on the screen
2   Exhibit 400.  This is the amended notice
3   for your deposition.
4           On Page 2 it shows the
5   location at the Best Western Plus & Venue
6   here in Kingston, New York; is that
7   right?
8       A.   Yes.
9       Q.   And as I understand, we're
10  in Kingston, New York, because we're near
11  various parties' lake houses in here in
12  the Catskills, right?
13      A.   Yeah, minus the lake.
14      Q.   Minus the lake?  Okay.
15      A.   No lake.
16      Q.   But we're in what's known as
17  the Catskills?
18      A.   Right.
19      Q.   Okay.  Great.
20          Attached to that notice is
21  what's known as a subpoena duces tecum.
22  If we go to Page 7, it asks for documents
23  to be produced.
24          Do you see that, sir?

Page 37

1       A.   Yes.
2       Q.   And without reading it all
3   in, Number 1 asks for a copy of your CV,
4   together with a list of papers you've
5   written over the last ten years; is that
6   right?
7       A.   Yes.
8       Q.   And if we go to Exhibit 401.
9           (Document marked for
10      identification as Exhibit
11      Kolevzon 401.)
12  BY MR. WATTS:
13      Q.   This is the defendants'
14  responses.  And we can see on Page 3 of
15  17 that in response to that Request
16  Number 1, the defendants refer us to your
17  expert report and Rule 26 disclosures
18  dated July 21 of 2023; is that right?
19      A.   That's what the response
20  says, yes.
21      Q.   Okay.  And I want to take
22  you to that.
23          (Document marked for
24      identification as Exhibit

Confidential - Subject to Protective Order

Page 38

1      Kolevzon 405.)
2  BY MR. WATTS:
3      Q.   Exhibit 405.
4          Is Exhibit 405, Exhibit 3 to
5  your disclosure, if you go to the second
6  page, your curriculum vitae that was
7  provided to us in this case?
8          MS. BROWN:  And, Mr. Watts,
9      if we wanted to give the witness
10     hard copies of what you're pulling
11     up, the numbers correspond to the
12     box?
13         MR. WATTS:  They do.
14         MS. BROWN:  Okay.
15         MR. WATTS:  Everything is
16     premarked.  It's 400 through 568,
17     and you're welcome to pull them
18     out.  I just figured I'd give you
19     the use of them so we don't have
20     to walk across the room every
21     time.
22         MS. BROWN:  Yep.
23  BY MR. WATTS:
24     Q.   Is Exhibit 405 a true and

Page 39

1  correct copy of the curriculum vitae that
2  was provided to us in this case, together
3  with the Rule 26 disclosure, on July 21,
4  2023?
5      A.   This is certainly a copy of
6  my CV.  I don't know whether it's the
7  most up-to-date version.
8      Q.   Well, let me ask you about
9  that.  If we go to Page 8 of the CV.
10         MS. BROWN:  Here is the CV,
11     405.  Is that what you have?
12         THE WITNESS:  Yeah.
13  BY MR. WATTS:
14     Q.   At the bottom, we see a list
15  of publications that are numbered
16  starting with 1 on Page 8; is that right?
17     A.   Yes.
18     Q.   And if we go all the way,
19  just flip, Page 8, 9, 10, 11, 12, all the
20  way to 18, we see your publications and
21  the number growing one at a time until we
22  get to Page 18.
23     A.   Yes.
24     Q.   And it goes through

Page 40

1  Publication Number 120, which is a paper
2  with first author of Levy, and it's dated
3  July 16th of 2023; is that right?
4      A.   Yes.
5      Q.   So that publication occurred
6  about five days before your disclosure in
7  this case on July the 21st; is that
8  right?
9      A.   Yes.
10     Q.   Okay.  And right under the
11  publications there's a section dealing
12  with books and chapters in books; is that
13  right?
14     A.   Yes.
15     Q.   And if we continue from
16  Page 18 to Page 19, Page 20, at the
17  bottom of Page 19, the last book that's
18  listed is one by Shapiro, Gibbs, and
19  yourself, and it's published in 2022; is
20  that right?
21     A.   That's the reference.  I
22  think it's probably not available yet.
23     Q.   Okay.  Now I want to go to
24  the Elmo for a second.  And if you could,

Page 41

1  tell me whether or not the second edition
2  of the Textbook of Autism Spectrum
3  Disorders, by Hollander, Hagerman and
4  Ferretti is listed under your books and
5  book chapters.
6      A.   I don't believe that it is.
7      Q.   Okay.  And just for
8  references, going back to the presenter,
9  Exhibit 542 is an e-mail to one of my
10  partners by the publisher of this book.
11         (Document marked for
12     identification as Exhibit
13     Kolevzon 542.)
14  BY MR. WATTS:
15     Q.   542.
16         (Document marked for
17     identification as Exhibit
18     Kolevzon 494.)
19         MS. BROWN:  We'll just give
20     you a chance to get the hardcopy
21     if you want it, Doctor.
22         MR. WATTS:  I don't think
23     he's going to need this one.  It's
24     real -- pretty short.

Page 42

1  BY MR. WATTS:
2      Q.   Anyway, if this book, second
3  edition of the Textbook of Autism
4  Spectrum Disorders, it tells us was
5  published on March 15th of 2022.
6          Do you see that, sir?
7      A.   Yes.
8      Q.   If we go to this book, you
9  wrote a chapter in this book.
10     A.   I didn't write a chapter.  I
11  was a co-author on a chapter.
12     Q.   Co-author?  And if we go to
13  Chapter 11, we can see Chapter 11 is
14  something entitled "Prenatal, Perinatal,
15  and Parental Risk Factors."
16          And you are listed as a
17  co-author of this book chapter of the
18  second edition of the Textbook of Autism
19  Spectrum Disorders that was published in
20  March of 2022; is that right?
21     A.   I'm listed as a co-author,
22  yes.
23     Q.   And in the chapter where you
24  are a co-author, part of what is written

Page 43

1  is very "strong evidence that
2  nonheritable prenatal or perinatal events
3  are likely to have an etiological role,"
4  and it cites to Bristol in 1996; is that
5  right?
6          MS. BROWN:  Counsel, could
7      you zoom in a little bit?  It's a
8      little hard to see on the screen.
9          MR. WATTS:  I sure can.
10         MS. BROWN:  Thank you.
11         MR. WATTS:  Yeah.
12         MS. BROWN:  Can you see it?
13         THE WITNESS:  Yeah.
14         MS. BROWN:  Okay.
15         THE WITNESS:  I've read this
16     chapter.
17  BY MR. WATTS:
18     Q.   And part of what's written
19  in the book chapter that you are a
20  co-author of is "only half of the risk is
21  explained by genetics"; is that right?
22     A.   That's what was written by
23  the person who wrote the article, the
24  chapter.

Page 44

1      Q.   You are listed as a
2  co-author on that, right?
3      A.   Yes.  Although I didn't have
4  the opportunity to review this before it
5  was published.
6      Q.   And if we can go to
7  Page 187.  On Page 187, this chapter
8  where you are a co-author says, "We
9  present plausible biological mechanisms
10  linking those risk factors to ASD and
11  suggest some directions for future
12  research."
13          Did I read that correctly?
14     A.   That's what the person who
15  wrote the chapter wrote, yes.
16     Q.   And that's what's in the
17  chapter where you are listed as a
18  co-author, right?
19     A.   Yes.  Although I don't agree
20  with everything that was written in the
21  chapter.
22     Q.   And if we go to Page 191,
23  the chapter where you are a co-author,
24  published in March of 2022, has a section

Page 45

1  on acetaminophen, does it not?
2      A.   The author of the chapter
3  wrote a section on acetaminophen, yes.
4      Q.   And the chapter where you
5  are a co-author of this book chapter,
6  published in March of 2022, says, "One
7  analgesic and antipyretic medication
8  classified in the B category for safety
9  during pregnancy has recently been
10  demonstrated to be associated with ASD
11  and ADHD."
12          Do you see that?
13     A.   That's what the person who
14  wrote the chapter believes, yes.
15     Q.   And it also says, "It has
16  also been suggested that acetaminophen
17  increases the risk for ASD by causing
18  neuronal oxidative stress"; is that
19  right?
20     A.   Well, I don't believe that
21  that's correct, but that person who wrote
22  the chapter thinks it was correct.
23     Q.   And you are listed as a
24  co-author in the chapter where that

Page 46

1  statement exists, right, just last year?
2      A.   I was listed as a co-author
3  as a courtesy because I wrote the
4  original chapter from the first edition
5  of this textbook.
6      Q.   Now if we go to Page 192.
7          MS. BROWN:  What exhibit is
8      this, Mr. Watts?
9          MR. WATTS:  494.  It's the
10     one that's in your box.
11  BY MR. WATTS:
12     Q.   Page 192 says, "These
13  findings suggest that metal toxicant
14  update [sic] and essential element
15  deficiency during specific developmental
16  windows increases ASD risk and severity,
17  supporting the hypothesis of systemic
18  elemental dysregulation in ASD."
19          Is that what's said in here?
20     A.   So the author of this
21  chapter is talking about a hypothetical
22  mechanism for increasing the risk, yes.
23     Q.   But are the words that I
24  read in the book chapter where you were

Page 47

1  listed as a co-author just last year?
2      A.   You read the words
3  correctly.
4      Q.   Okay.  Now, here is my
5  question.  When is the last time you
6  testified as an expert in a lawsuit?
7          MS. BROWN:  Objection to
8      form.
9          THE WITNESS:  I testified as
10     an expert in a lawsuit in the late
11     spring, early summer.
12  BY MR. WATTS:
13     Q.   And that was in Beaumont,
14  Texas?
15     A.   No.
16     Q.   Where was it?
17     A.   It was --
18     Q.   Galveston, Texas.
19     A.   So you're talking about a
20  different case --
21     Q.   Okay.
22     A.   -- which was in, I think,
23  February of 2023.  But that wasn't the
24  last time I testified.

Page 48

1      Q.   All right.  Let's talk about
2  the one in Texas.
3      A.   Okay.
4      Q.   That was a case where you
5  were designated as an expert witness and
6  there was an allegation of heavy metal
7  ingestion being causative of autism
8  spectrum disorder, right?
9      A.   That was a case where the
10  claim was that a child got autism because
11  of eating baby food and that the heavy
12  metals in the baby food caused him to
13  have --
14     Q.   And did you disclose that
15  you were a co-author in this book chapter
16  before you went to federal court and
17  testified with respect to that subject?
18         MS. BROWN:  Objection to the
19     form.
20         You can answer.
21         THE WITNESS:  As I said, I
22     was unaware that I was a co-author
23     on this book chapter.
24  BY MR. WATTS:

Page 49

1      Q.   So you did not disclose it?
2      A.   There was no -- there'd be
3  no way for me to disclose it.
4      Q.   And if we keep going in this
5  book chapter.
6          Page 198.  There are
7  conclusions and future directions, and I
8  want to visit with you about what those
9  conclusions and those future directions
10  are.
11         First it says, "A growing
12  body of evidence suggests that
13  dysregulation within the prenatal
14  environment, as well as insults to the
15  fetal brain during critical time periods
16  of neurodevelopment or during delivery,
17  in conjunction with genetic factors, may
18  culminate in ASD."
19         Is that what's written?
20     A.   You've read the words
21  correctly, yeah.
22     Q.   And do the words also say,
23  "According to current evidence from
24  epidemiological studies, several prenatal

1  exposures, parental characteristics, and
2  obstetrical conditions consistently
3  emerge as potential risk factors for
4  ASD."
5          Did I read that right?
6      A.   That is what the author of
7  the chapter wrote, yeah.
8      Q.   And in the chapter where you
9  were listed as a co-author, published
10 just last year, it says, "Most notably,"
11 and then it has a list.  You know, in
12 that list is prenatal use of
13 acetaminophen, right?
14     A.   So among -- what the author
15 is saying, that among the potential risk
16 factors, they are proposing that prenatal
17 use of acetaminophen is one possibility.
18     Q.   And in the book chapter,
19 which was published last year with your
20 name as a co-author, it says, "In
21 analyses that adjusted for confounding
22 variables, these factors mostly remain
23 considerably robust and statistically
24 significant."

1          Did I read that correctly?
2      A.   You read it.  I think the
3  keyword in that sentence is "mostly."
4  But...
5      Q.   And on Page 199, the chapter
6  ends with something called "Key Points."
7  And it says, "There is strong evidence
8  that nonheritable prenatal, perinatal,
9  and parental events play a role in the
10 etiology of autism spectrum disorder."
11         Is that what's written?
12     A.   That's what's written.
13     Q.   And that's written at the
14 end of the chapter where Dr. Alexander
15 Kolevzon is listed as a co-author of
16 prenatal, perinatal, and parental risk
17 factors; is that right?
18     A.   I was listed as a co-author
19 as a courtesy because my --
20     Q.   And --
21         MS. BROWN:  Well, let him
22 finish.  He's not --
23         MR. WATTS:  I'm sorry.  I
24 was looking down.

1          MS. BROWN:  Go ahead.  You
2  can finish, Doctor.
3          THE WITNESS:  So just to
4  kind of clarify this whole
5  chapter.  There was an initial
6  version of the Textbook of Autism
7  Spectrum Disorders where I was an
8  editor.
9  BY MR. WATTS:
10     Q.   2011.
11     A.   2011.  Co-editor along with
12 Dr. Hollander.  I wrote this chapter with
13 my colleagues Dr. Gross and
14 Dr. Reichenberg.  Subsequently,
15 Dr. Gross, I believe, was invited to
16 submit an updated version of the chapter
17 that he had a student or a research
18 associate write, and they included me as
19 an author as a courtesy because I had
20 written the original paper.
21         So there are many things in
22 this chapter that are the opinions of the
23 first author and perhaps other authors
24 but not -- not of me.

1      Q.   So do you make it a practice
2  of allowing your name to be used as a
3  co-author in articles with which you
4  disagree?
5      A.   Absolutely not.  I totally
6  regret this, actually.
7      Q.   And can you provide the jury
8  with any explanation as to why it is that
9  a CV that had 160 publications and every
10 book chapter that your name has ever been
11 listed on somehow miraculously did not
12 include this book chapter that was
13 published just last year?
14         MS. BROWN:  I object to the
15 form of the question as
16 argumentative.
17         You can answer.
18         THE WITNESS:  Yeah, if
19 you're implying that I
20 purposefully omitted this chapter
21 from my CV for the purposes of
22 this case, that is factually
23 incorrect.
24         The reason that it's not on

Page 54

1    my CV is because I was not aware
2    of it.  And the reason I was not
3    aware of it is because it was a
4    total oversight on my part, that I
5    take responsibility for.
6  BY MR. WATTS:
7    Q.   So let's go to Exhibit 530,
8  please.
9        (Document marked for
10   identification as Exhibit
11   Kolevzon 530.)
12 BY MR. WATTS:
13   Q.   Now, the Federal Rules of
14 Civil Procedure -- go to Page 2 --
15 includes a rule called Rule 26, where
16 there is a duty to disclose and required
17 disclosures.
18       Do you see that?
19   A.   Yes.
20   Q.   And on the next page down in
21 26(a)(2)(B)(iv).
22       MR. WATTS:  Highlight it,
23   all of that.
24 BY MR. WATTS:

Page 55

1    Q.   It is a list of publications
2  authored in the previous ten years.
3        Do you see that?
4        You know that's required,
5  right?
6        MS. BROWN:  I object to this
7    line of questioning showing an
8    expert witness the Federal Rules
9    of Civil Procedure.
10 BY MR. WATTS:
11   Q.   Go ahead, sir.
12   A.   So, unfortunately, with
13 chapters there's no way to
14 cross-reference databases.  When you talk
15 about publications that are published
16 online or through peer-review processes,
17 you can search for it, so you can have an
18 inclusive list.
19       With chapters you can't have
20 an inclusive list.  So I regret that the
21 chapter slipped through, but I can't know
22 something that I was not made aware of.
23   Q.   Doctor, if we go to your CV,
24 there's all sorts of book chapters that

Page 56

1  you're listed on, right?
2    A.   Yeah.
3    Q.   And with respect to Dr. Raz
4  Gross, this is a medical doctor with whom
5  you hold in the highest regard.
6    A.   Yes, that's true.
7    Q.   Dr. Abraham Reichenberg
8  works with you at Mount Sinai, right?
9    A.   Yes.
10   Q.   A medical doctor and a
11 researcher that you hold in the highest
12 regard.
13   A.   Yes.
14   Q.   Ori Kapra, is that a doctor
15 you respect?
16   A.   I don't know Ori Kapra.
17   Q.   Okay.  So of the four
18 authors that are listed, yourself,
19 together with Reichenberg and Gross, are
20 three individuals that you would
21 absolutely say know exactly what they are
22 doing from the standpoint of autism
23 research, right?
24       MS. BROWN:  Object to the

Page 57

1    form.
2        You can answer.
3        THE WITNESS:  Right.  Which
4    is why I would trust Dr. Gross and
5    Dr. Reichenberg to put appropriate
6    things in this chapter.
7  BY MR. WATTS:
8    Q.   You know --
9        MS. BROWN:  Were you done?
10       THE WITNESS:  Yeah.
11       MS. BROWN:  Okay.
12 BY MR. WATTS:
13   Q.   Dr. Reichenberg is an
14 outstanding scientist in the field of
15 autism spectrum disorder at Mount Sinai,
16 agreed?
17   A.   I respect Dr. Reichenberg,
18 yes.
19   Q.   And we can have a situation
20 where outstanding, well-respected medical
21 doctors just disagree; is that right?
22   A.   I think it depends on the
23 issue.
24   Q.   Okay.  And we'll go through

Page 58

¹ that issue in a little bit.
² But after this book, that
³ you're listed as a co-author, said what
⁴ it said with respect to acetaminophen,
⁵ you had not yet been hired as a defense
⁶ expert in this case; is that right?
⁷     A.   Correct.
⁸     Q.   You were hired on what date
⁹ in this case?
¹⁰     A.   I don't know the exact date.
¹¹     Q.   Okay.  If I told you the
¹² first entry on your billing time records
¹³ that you provided to us is December 15th
¹⁴ of 2022, would you accept that?
¹⁵     A.   Yes.
¹⁶     Q.   Okay.  Who first called you
¹⁷ in this case?
¹⁸     A.   David Cohen.
¹⁹     Q.   Okay.  And David Cohen
²⁰ with -- is who?
²¹     A.   He's a defense attorney at
²² Butler Snow.
²³     Q.   Okay.  And he called you
²⁴ during the month of November, didn't he?

Page 59

¹     A.   I think the first
² conversation was in the month of
³ December.
⁴     Q.   Okay.  And after you talked
⁵ to Mr. Cohen, did you tell him that you
⁶ were already in discussions with a
⁷ gentleman by the name of Steve Tillery, a
⁸ lawyer from Illinois?
⁹     MS. BROWN:  Objection to the
¹⁰     form of the question.
¹¹     THE WITNESS:  The first
¹²     time --
¹³     MS. BROWN:  Assumes facts.
¹⁴     Go ahead.
¹⁵     THE WITNESS:  The first time
¹⁶     I spoke to Mr. Cohen, I told him
¹⁷     that I had a conversation with
¹⁸     Mr. Tillery, yes.
¹⁹ BY MR. WATTS:
²⁰     Q.   Okay.  And after Mr. Cohen
²¹ from the Butler Snow law firm, a defense
²² lawyer in this case, contacted you, you
²³ then sent correspondence to Mr. Tillery
²⁴ telling him you would not be helping him

Page 60

¹ anymore; is that right?
²     A.   I believe the correspondence
³ that I sent to Mr. Tillery was before I
⁴ spoke to doctor -- Mr. Cohen, but...
⁵     Q.   Okay.  If you sent an e-mail
⁶ to Mr. Tillery on the 14th and your first
⁷ billing entry in this case is on the 15th
⁸ of December, would that comport with your
⁹ recollection?
¹⁰     MS. BROWN:  Objection to the
¹¹     form.  Vague.
¹²     THE WITNESS:  As I recall, I
¹³     had asked defense attorneys from
¹⁴     another case that I was working on
¹⁵     about this acetaminophen case and
¹⁶     my discussion with the plaintiffs'
¹⁷     attorneys.  And at that point I
¹⁸     think I had sent an e-mail to
¹⁹     Mr. Tillery saying that I had to
²⁰     essentially bow out of trying to
²¹     be helpful because it represented
²²     something of a conflict with
²³     another case.  Not -- not related
²⁴     to the --

Page 61

¹ BY MR. WATTS:
²     Q.   And what was the other case
³ that presented a conflict?
⁴     A.   That was the Hain Celestial
⁵ case.
⁶     Q.   I'm sorry?
⁷     A.   The Hain Celestial case.
⁸     Q.   Okay.  And what did it
⁹ involve?
¹⁰     A.   The one that we just
¹¹ discussed, the baby food causing heavy
¹² metal poisoning.
¹³     Q.   Okay.  And we'll get to that
¹⁴ case in a little bit, but -- I showed you
¹⁵ Rule 26 not to be argumentative, but you
¹⁶ understand that if you're listed as an
¹⁷ author on a book chapter, you have a duty
¹⁸ to disclose it?
¹⁹     MS. BROWN:  Object.  Lacks
²⁰     foundation.
²¹     THE WITNESS:  So, as a
²²     general rule in terms of like
²³     scientific ethics, which is what I
²⁴     abide by, I absolutely disclose

1 everything that I'm aware of.
2 This was an oversight, and I
3 regret it.
4 BY MR. WATTS:
5 Q. Okay. And, again, not
6 beating a dead horse here, but your
7 explanation is that it was an oversight,
8 right?
9 MS. BROWN: Objection.
10 Asked and answered.
11 THE WITNESS: My explanation
12 is that this was a chapter that
13 was written by somebody else where
14 my name was put on it as a
15 courtesy. And while I was aware
16 that it was being written, I
17 didn't have an opportunity to read
18 it. I didn't know that it was
19 actually being published. I
20 didn't know what textbook it went
21 into.
22 And, yes, it was an
23 oversight.
24 BY MR. WATTS:

1 Q. And so is today the first
2 day that you have seen the book chapter,
3 Exhibit 494, which you were listed a
4 co-author of in the second edition of the
5 Textbook of Autism Spectrum Disorders,
6 published in March of 2022?
7 A. No. Defense attorneys had
8 found it and asked me about it, I think,
9 about a month ago, three weeks ago.
10 Q. Okay. And a month or three
11 weeks ago when the defense attorneys
12 found it and asked you about it, did you
13 supplement your Rule 26 disclosure so
14 that a plaintiffs' lawyer wanting to talk
15 to you about your publications could know
16 that you were listed as a co-author in
17 Chapter 11 of the Textbook of Autism
18 Spectrum Disorders, Second Edition?
19 A. Sorry, you have to repeat
20 the question.
21 Q. Sure.
22 Did you supplement your
23 Rule 26 disclosure?
24 A. I don't know if that was

1 done or not.
2 Q. Okay. You know last night I
3 got an e-mail supplementing your
4 materials considered list as part of the
5 Rule 26 disclosure supplementation,
6 right?
7 MS. BROWN: Objection to the
8 form. Lacks foundation.
9 THE WITNESS: Yeah, I
10 don't -- I don't know whether you
11 did or not.
12 BY MR. WATTS:
13 Q. Okay. Was there any
14 discussion where you said, oh, that was
15 an oversight, I need to add that to my
16 curriculum vitae to be fair to Mr. Watts
17 and the plaintiffs. They need to know
18 that I'm listed as a co-author on a book
19 chapter that says something diametrically
20 opposed to my position in this case?
21 MS. BROWN: I object to the
22 form of the question. Assumes
23 facts. Lacks foundation.
24 BY MR. WATTS:

1 Q. Go ahead.
2 A. So I think you're
3 mischaracterizing the chapter, first of
4 all. It doesn't totally oppose my
5 opinions. I don't agree with everything
6 that was written in the chapter.
7 I think, from my
8 perspective, when I discovered this
9 chapter, I do think it's important to be
10 included now on my CV going forward,
11 absolutely.
12 Q. Okay. Fair enough.
13 Now, you say you don't agree
14 with everything written in the chapter
15 with your name on it.
16 Do you agree that there are
17 other researchers at outstanding medical
18 schools that hold that same position with
19 which you now disagree, right?
20 A. Can you be more specific.
21 Q. Sure. Let's go through a
22 list of them.
23 Are you familiar with a
24 university known as Harvard University?

Page 66

1    A.   I am, yes.
2    Q.   What about Mount Sinai?
3  That's where you work, right?
4    A.   Yes.
5    Q.   Johns Hopkins?
6    A.   Yes.
7    Q.   Is that an outstanding
8  medical research university?
9    A.   I think it's got an
10  excellent reputation.  I think you have
11  to judge research based on the
12  researchers.
13    Q.   Yale, is that a good school?
14    A.   I'm sure Yale has some good
15  schools within it, yes.
16    Q.   And not subjugating Mount
17  Sinai in anyway, but Johns Hopkins,
18  Harvard, and Yale are all in the top ten
19  medical schools in the United States,
20  right?
21    A.   I think it depends on how
22  you define those rankings.
23    Q.   Sure.
24    A.   But I'm sure there's

Page 67

1  rankings that include them, sure.
2    Q.   Pretty much every ranking of
3  medical school and research facilities
4  that exist have Johns Hopkins, Harvard,
5  and Yale in the top ten; would you give
6  me that?
7    A.   I think that they are
8  outstanding schools with good
9  reputations, sure.
10    Q.   Sure.  And, you know, I went
11  to a law school, University of Texas,
12  that's in the teens, and it bothers them
13  greatly they are not in the top
14  10 percent.
15        Mount Sinai is listed about
16  16 to 18, consistently, right?
17    A.   Yeah.  I went to the
18  University of Wisconsin, which is in the
19  30s.
20    Q.   And, you know --
21        MS. BROWN:  You guys are
22  both doing great, for the record.
23  BY MR. WATTS:
24    Q.   You and I can tell Ivy

Page 68

1  League jokes later, but I mean, the
2  bottom line is, is that you understand
3  that there are researchers at your
4  medical school, at Harvard, at Yale, and
5  Johns Hopkins, who disagree with your
6  position in this case?
7        MS. BROWN:  Objection to the
8    form.  Assumes facts.
9        THE WITNESS:  So I think
10    that the consensus among the
11    scientific community, at least as
12    it relates to acetaminophen, is
13    that it's not considered to be a
14    risk factor and that any of the
15    speculation that occurred in this
16    chapter was just that,
17    speculation.
18  BY MR. WATTS:
19    Q.   Have you read the consensus
20  statement signed by 91 scientists with
21  respect to their concerns about the
22  prenatal use of acetaminophen?
23    A.   I've read the consensus
24  statement.  I've read various review

Page 69

1  papers.
2    Q.   Who is the lead author --
3        MS. BROWN:  Let him finish.
4  BY MR. WATTS:
5    Q.   I'm sorry.  I apologize.
6        Who is the lead author of
7  the consensus statement?
8    A.   I believe it's a person
9  named Bauer.
10    Q.   Okay.  Do you know
11  Dr. Bauer?
12    A.   I do not.
13    Q.   Who is the second author
14  listed on the consensus statement?
15    A.   I do not know.
16    Q.   Do you know a Dr. Swan?
17    A.   I do.
18    Q.   And where does Dr. Swan
19  work?
20    A.   She worked at Mount Sinai.
21  She is a collaborator of mine.
22    Q.   Is she an outstanding autism
23  research disorder researcher?
24    A.   I don't think that she would

1 consider herself an autism research
2 disorder researcher.
3      Q.   Is she a medical doctor?
4      A.   I don't think that she is a
5 medical doctor.  I think that she is a
6 Ph.D.
7      Q.   Ph.D.  Okay.
8          So we're still talking --
9      A.   I could be wrong though.
10      Q.   Okay.  Even if she's only a
11 Ph.D., that's a hell of an
12 accomplishment.  We still call her
13 doctor, right?
14      A.   Absolutely.
15      Q.   Okay.  Do you find her to be
16 an outstanding researcher?
17      A.   I think that she's a
18 thoughtful scientist.
19      Q.   She's not a hack?
20          MS. BROWN:  Objection to the
21      form.
22          THE WITNESS:  I wouldn't
23      consider Dr. Swan a hack.
24 BY MR. WATTS:

1      Q.   She's not a quack?
2          MS. BROWN:  Objection to the
3      form.
4          THE WITNESS:  I wouldn't
5      consider her a quack, either.
6 BY MR. WATTS:
7      Q.   I notice that in your report
8 you reference that clown over in England
9 that committed, you know, medical fraud
10 with respect to the vaccines.  We're not
11 dealing with people like that when we are
12 talking about Drs. Bauer and Dr. Swan and
13 folks at Harvard and Yale and Johns
14 Hopkins, right?
15      A.   Yeah, I don't think I would
16 refer to any --
17      Q.   Okay.
18      A.   -- anybody as a clown.  But
19 Dr. Swan is a respected scientist.
20      Q.   Okay.  Dr. Reichenberg,
21 outstanding, respected scientist, right?
22      A.   I think that both of these
23 people have a real commitment to trying
24 to understand environmental causes of

1 autism.
2      Q.   Dr. Wright.  What is
3 Dr. Wright's first name, at Mount Sinai?
4      A.   Dr. Wright?
5      Q.   Yeah.
6      A.   How do you spell the last
7 name?
8      Q.   W-R-I-G-H-T.
9      A.   I'm not familiar with
10 Dr. Wright.
11      Q.   Okay.  I'll show you some
12 Mount Sinai publications.  Maybe it will
13 prompt your recollection.
14      A.   Okay.
15      Q.   But let's go back to medical
16 schools for a second.
17          MR. WATTS:  Exhibit 557,
18      please.
19          (Document marked for
20      identification as Exhibit
21      Kolevzon 557.)
22 BY MR. WATTS:
23      Q.   And this is -- just blow up
24 the title for me.  It's on Mount Sinai's

1 website.
2          MR. WATTS:  Can you blow up
3      the title first.  I'm sorry.
4          MS. BROWN:  Oh, wow.
5 BY MR. WATTS:
6      Q.   And up at the top you see
7 Mount Sinai?
8      A.   Yep.
9      Q.   Okay.  And it's a Mount
10 Sinai press release from January 10,
11 2018, entitled "Acetaminophen Use During
12 Pregnancy Associated With Elevated Rate
13 of Language Delay in Girls, Mount Sinai
14 Researchers Find."
15          Is that right?
16      A.   That's what it says, yes.
17      Q.   And in this Mount Sinai
18 press release -- by the way, you were
19 working at Mount Sinai at the time,
20 right?
21      A.   Yes.
22      Q.   It quotes Dr. Swan.  And if
23 you can pull up --
24          MS. BROWN:  And, Counsel, I

Page 74

1  don't know what to do to give him
2  the opportunity to look at this
3  whole thing, because the printed
4  copy is super tiny.
5       MR. WATTS:  Yeah.  So I
6  think that I'm going to have to
7  plead guilty to -- I tried to buy
8  a high-definition laser printer,
9  and they sold me a Canon Inkjet
10 that's just a mess.
11      But he has the ability to
12 blow this up, so we'll do that on
13 the screen.  Not all of them are
14 printed like this, but there are a
15 few, and I apologize for that.
16      MS. BROWN:  Okay.  No
17 worries.
18      Just to the extent that you
19 need to -- you're not familiar
20 with everything this document
21 says, and you need to read it
22 before you truthfully answer
23 counsel's questions.  He's going
24 to let you do that.

Page 75

1  BY MR. WATTS:
2       Q.   And the only thing I want to
3  ask you about is the senior author of
4  that study is Shanna Swan, Ph.D., a
5  professor of Environmental and Public
6  Health at the Icahn School of Medicine;
7  is that right?
8       A.   Yes.  That's Shanna Swan.
9       Q.   This is a person you
10 respect, right?
11      A.   So I can respect her science
12 and not agree with her opinions.
13      Q.   I didn't ask you whether you
14 agreed with her.  I said you respect her
15 science, right?
16      A.   I think that she is a good
17 scientist.
18      Q.   Okay.
19      MR. WATTS:  Now go back to
20 the quote.
21 BY MR. WATTS:
22      Q.   She says, "Given the
23 prevalence of prenatal acetaminophen use
24 and the importance of language

Page 76

1  development, our findings, if replicated,
2  suggest that pregnant women should limit
3  their use of this analgesic during
4  pregnancy."
5       That's what Dr. Swan said
6  back in 2018; is that right?
7       MS. BROWN:  I object to this
8  line of questioning as lacking
9  foundation.
10      Do you need to see the
11 entire document to answer these
12 questions?
13      THE WITNESS:  So I've read
14 this document.  I'm familiar with
15 Dr. Swan's opinions --
16 BY MR. WATTS:
17      Q.   And that's what she said.
18      A.   I just disagree with her.
19      Q.   I know, but that's what she
20 said, right?
21      A.   So you've read what she said
22 from this press release correctly.
23      Q.   Okay.  Great.
24      Now let's go on past Mount

Page 77

1  Sinai to Johns Hopkins, Exhibit 558.
2       (Document marked for
3       identification as Exhibit
4       Kolevzon 558.)
5  BY MR. WATTS:
6       Q.   And the title is "Taking
7  Tylenol During Pregnancy Associated With
8  Elevated Risk For Autism, ADHD."
9       "A Johns Hopkins study
10 analyzing umbilical cord blood samples
11 found that newborns with the highest
12 exposure to acetaminophen were about
13 three times more likely to be diagnosed
14 with ADHD and autism spectrum disorder in
15 childhood."
16      Is that the title of this
17 document that was published in
18 November 5, 2019?
19      A.   So you've correctly read the
20 title.  If we are going to talk about
21 this particular opinion, I'll need to
22 look at the actual paper that it's
23 referencing.
24      Q.   Okay.  Well, let -- I'm just

1 asking about the authors for now.
2          MR. WATTS:  Go -- go to the
3      quote from...
4 BY MR. WATTS:
5      Q.   Do you know Xiaobin Wang?
6      A.   I do not.
7      Q.   Okay.  Where is the
8 Bloomberg School Department of
9 Population, Family and Reproductive
10 Health?  Is that part of Johns Hopkins?
11     A.   I understand it to be, yes.
12     Q.   He says, "Our study further
13 supports the concerns raised by previous
14 studies- that there is a link between
15 Tylenol use during pregnancy and
16 increased risk of autism and ADHD."
17          Is that what Dr. Wang said?
18          MS. BROWN:  Objection to the
19      form.  This lacks foundation.
20          THE WITNESS:  You're reading
21      quotes from press releases.
22 BY MR. WATTS:
23     Q.   And my only question is,
24 with respect to your knowledge, you had

1 no information that Dr. Wang is not a
2 highly respected researcher at one of the
3 best medical schools in this country?
4      A.   I can't say anything about
5 Dr. Wang.  I don't know who he is.
6      Q.   Okay.  Let's go to Yale.
7 Exhibit 559.
8          (Document marked for
9      identification as Exhibit
10     Kolevzon 559.)
11 BY MR. WATTS:
12     Q.   The title at the top says,
13 "Scientific Team, Including YSPH" --
14 that's the Yale School of Public Health,
15 right?
16     A.   Mm-hmm.
17     Q.   "Scientific Team, Including
18 the Yale School of Public Health
19 Researcher, Warn Against Use of
20 Acetaminophen by Pregnant Women."
21          And that's published on
22 September 30th of 2021; is that right?
23          MS. BROWN:  Objection.
24      Lacks foundation.

1          THE WITNESS:  This seems to
2      be a quote from a press release,
3      yes.
4 BY MR. WATTS:
5      Q.   Okay.
6          MR. WATTS:  And if we could
7      go down to the paragraphs that we
8      highlighted.  Just blow those up.
9 BY MR. WATTS:
10     Q.   It says, "A team of
11 13 scientists- including one from the
12 Yale School of Public Health- are
13 cautioning against the use of pain
14 relievers with acetaminophen (also known
15 as paracetamol) by pregnant women, citing
16 a growing body of research that suggests
17 the drug might alter fetal development."
18          MR. WATTS:  Let me see the
19      next quote.
20 BY MR. WATTS:
21     Q.   I want to ask you about this
22 person.  Do you know who Zeyan Liew is?
23     A.   I've read some of Dr. Liew's
24 papers, yes.

1      Q.   Dr. Liew write -- or says,
2 "Our lab was among the first to report a
3 potential harmful effect of acetaminophen
4 on fetal brain development in a large
5 longitudinal human cohort study.  It is
6 time to take the growing body of evidence
7 seriously and consider precautionary
8 measures, says Zeyan Liew, Ph.D., M.P.H.,
9 an assistant professor in the Yale School
10 of Public Health Department of
11 Environmental Health Sciences and one of
12 the authors of the statement"; is that
13 right?
14     A.   So that's what the quote
15 says; however, if you look at Dr. Liew's
16 paper, I wouldn't necessarily agree with
17 those conclusions.
18     Q.   Okay.  But let me ask you,
19 Dr. Liew is a respected researcher at the
20 Yale School of Public Health, one of the
21 best medical schools this country has to
22 offer, right?
23     A.   I don't know Dr. Liew.  I
24 can't comment on his respectability.

Page 82

1    Q.   And so you have no negative
2 view of his respectability, acquiring
3 that position at one of the nation's
4 finest medical schools?
5    A.   I have no positive or
6 negative view.
7    Q.   Okay.
8    A.   I do have a view on the
9 results of his paper, however.
10    MR. WATTS:  Let's go to the
11    next paragraph.
12 BY MR. WATTS:
13    Q.   It says, "The Yale School of
14 Public Health has previously contributed
15 to published research that raises
16 questions about the drug's safety.  This
17 research includes a series of
18 epidemiological studies that linked
19 pregnancy intake of acetaminophen with an
20 increased risk for attention deficit
21 hyperactivity disorders, or ADHD, as well
22 as impaired cognitive and executive
23 function when analyzing detailed
24 pregnancy medication intake.  Data in a

Page 83

1 Dutch" -- "in a Danish longitudinal
2 cohort included more than 60,000 mothers
3 and children."
4        Were you involved in the
5 research that was done by those
6 13 researchers, including this gentleman
7 from the Yale School of Public Health?
8    A.   So my research focused --
9 and my role, I think, in this case, is as
10 an autism researcher and an autism
11 expert.  And this is not about autism.
12    Q.   So let's add -- let's take
13 out the book chapter that wasn't listed
14 in your CV.
15        If you could assume, and you
16 should, that I've read everything you've
17 ever written, does the word
18 "acetaminophen" show up a single time in
19 any of the research or any of the
20 publications that you did prior to being
21 hired in this case?
22    MS. BROWN:  Objection to the
23    speech.
24        THE WITNESS:  I can't say

Page 84

1 with certainty.
2 BY MR. WATTS:
3    Q.   Okay.  You are aware that
4 through technology, whether it be AI or
5 databases, we can load in everything
6 you've ever done and do Boolean searches
7 to look for words, right?
8    A.   Yeah.
9    MS. BROWN:  Objection.
10    Lacks foundation.
11 BY MR. WATTS:
12    Q.   Can you tell us whether the
13 word "acetaminophen" shows up in any
14 publication you ever did before this
15 lawyer from Butler Snow called you and
16 asked you to be an expert in this case?
17    MS. BROWN:  I object on
18    multiple grounds, including that
19    it lacks foundation and it's
20    argumentative.
21 BY MR. WATTS:
22    Q.   Go ahead.
23    A.   So I think I answered the
24 question, which is that I cannot be

Page 85

1 certain.  If you want me to speculate...
2    Q.   Let's go with your
3 recollection --
4    MS. BROWN:  Let's let him
5    finish, though.
6 BY MR. WATTS:
7    Q.   Oh, I thought you were done.
8 I apologize.
9    A.   And so I think it's
10 unlikely.
11    Q.   Okay.
12    A.   I have not considered
13 acetaminophen to be a significant risk
14 factor in autism, and I hadn't looked
15 deeply into literature.  When I had an
16 opportunity to actually investigate the
17 literature, it became pretty clear to me
18 that it should not be considered a
19 significant risk factor.
20    MR. WATTS:  Okay.
21    Objection.  Nonresponsive.
22 BY MR. WATTS:
23    Q.   Here is my question.
24    Can you, by way of

¹ recollection, point me to any publication
² that you had ever published before being
³ hired as an expert in this case that even
⁴ referenced acetaminophen?
⁵          MS. BROWN:  Objection.
⁶     Asked and answered.
⁷          You can answer again.
⁸          THE WITNESS:  By way of
⁹     recollection, right this minute,
¹⁰    no, I cannot.
¹¹ BY MR. WATTS:
¹²     Q.   Okay.  Fair enough.
¹³          MR. WATTS:  Let's go to
¹⁴    Harvard, Exhibit 560.
¹⁵          (Document marked for
¹⁶    identification as Exhibit
¹⁷    Kolevzon 560.)
¹⁸ BY MR. WATTS:
¹⁹     Q.   "Is a common pain reliever
²⁰ safe during pregnancy?"
²¹          Do you see that, sir?
²²     A.   I see what's written, yes.
²³          MR. WATTS:  And if we can go
²⁴ to the fourth page.

¹ BY MR. WATTS:
²     Q.   It says, "Sensible steps if
³ you're pregnant."
⁴          MS. BROWN:  And, Counsel,
⁵     can he have a moment to take a
⁶     look at this?  This one is printed
⁷     in a readable format.
⁸ BY MR. WATTS:
⁹     Q.   So the questions I'm going
¹⁰ to ask you are on Page 4, about sensible
¹¹ steps.
¹²          MS. BROWN:  But if he's
¹³    never seen it before, let's give
¹⁴    him a minute to review it so he
¹⁵    can answer your questions.
¹⁶          MR. WATTS:  I'm just
¹⁷    pointing him to where we're going.
¹⁸ By MR. WATTS:
¹⁹     Q.   All right.  Do you know
²⁰ Dr. Kathryn Rexrode at Harvard?
²¹     A.   No.
²²     Q.   I'm sorry?
²³     A.   No.
²⁴     Q.   Okay.  So you don't have any

¹ testimony that she's anything other than
² an outstanding researcher --
³          MS. BROWN:  Objection to the
⁴     form.
⁵          MR. WATTS:  Excuse me, I'm
⁶     not done with my question.  Let
⁷     me -- let me ask the question and
⁸     finish it and then you can object.
⁹ BY MR. WATTS:
¹⁰     Q.   You don't have any
¹¹ information that Dr. Rexrode is anything
¹² but an outstanding researcher at one of
¹³ the finest medical schools in this
¹⁴ country, the Harvard-affiliated Brigham
¹⁵ and Women's Hospital, right?
¹⁶          MS. BROWN:  Objection to the
¹⁷    form.  Lacks foundation.
¹⁸          THE WITNESS:  Yeah.  I mean,
¹⁹    I don't know why you're asking me
²⁰    about Dr. Rexrode.  How is that
²¹    relevant to this particular --
²² BY MR. WATTS:
²³     Q.   Well, it's relevant because
²⁴ I ask the questions and you have to

¹ answer them, and the judge can decide
² whether it's relevant.
³     A.   Okay.
⁴     Q.   And my question is, you know
⁵ that Harvard is affiliated with Brigham
⁶ and Women's Hospital, right?
⁷     A.   Yes.
⁸     Q.   It's one of the outstanding
⁹ medical schools in this country?
¹⁰     A.   It's got an excellent
¹¹ reputation.
¹²     Q.   Okay.  And in terms of this
¹³ publication, the Harvard Health
¹⁴ Publishing, it says, "Sensible steps if
¹⁵ you are pregnant."
¹⁶          And the first step is,
¹⁷ "Avoid acetaminophen during pregnancy
¹⁸ when possible"; is that right?
¹⁹          MS. BROWN:  Objection to the
²⁰    form.  Lacks foundation.
²¹          THE WITNESS:  Again, that's
²²    what's written here, but --
²³ BY MR. WATTS:
²⁴     Q.   This says that --

Page 90

1      MS. BROWN:  Let him finish,
2   please, Counsel.
3   BY MR. WATTS:
4      Q.   Is that what's written here?
5      A.   So that this is a press
6   release of sorts from a non-peer-reviewed
7   website, I imagine.  And right before it
8   talks about sensible steps, it talks
9   about "more research is needed."
10      So I agree with you that
11   there are these things that are written.
12   The question is what's the basis for
13   them.
14      MR. WATTS:  Okay.
15   Objection.  Nonresponsive.
16   MR. WATTS:
17      Q.   Under, "Sensible steps if
18   you're pregnant," does it say, "Avoid
19   acetaminophen during pregnancy when
20   possible"?
21      A.   So it's not clear on what
22   basis this person is making this
23   suggestion.
24      Q.   I didn't ask you that.

Page 91

1      MS. BROWN:  Wait.  Let him
2   finish, please, Counsel.
3      THE WITNESS:  Those are --
4   those are the words on the page.
5   BY MR. WATTS:
6      Q.   Okay.  It also says, "'Its
7   use should be limited to situations where
8   it's really needed,' says Dr. Rexrode,"
9   right?
10      Are those words on the page?
11      A.   It says, "Dr. Rexrode has
12   warned patients against using NSAID
13   drugs, such as Advil and Aleve, and
14   suggested taking acetaminophen instead."
15      Q.   And, keep going.
16      A.   "Now I'll also tell you
17   [sic] that some people -- have -- some
18   concerns have been raised about
19   acetaminophen use during pregnancy."
20      Q.   "And explain that its use
21   should be limited to situations where
22   it's really needed," right?
23      A.   This is what Dr. Rexrode,
24   who I don't know who she is --

Page 92

1      Q.   And --
2      MS. BROWN:  Wait.  Please
3   let him finish.
4      THE WITNESS:  -- and I don't
5   know what basis she's making this
6   opinion.
7   BY MR. WATTS:
8      Q.   And at the bottom it says,
9   "Minimize use.  If you do need to take
10   acetaminophen during pregnancy, take it
11   for the shortest amount of time possible
12   at the lowest effective dose to reduce
13   fetal exposure.  'This advice about the
14   lowest necessary dose for the shortest
15   period of time is generally good
16   counseling for all over-the-counter
17   medication use, especially during
18   pregnancy,' says Dr. Rexrode."
19      Is that the words on the
20   paper?
21      A.   Those are the words on the
22   paper.
23      Q.   Okay.  Now let's go to
24   Exhibit 561.

Page 93

1      (Document marked for
2   identification as Exhibit
3   Kolevzon 561.)
4   BY MR. WATTS:
5      Q.   And this is the so-called
6   consensus statement; is that right?
7      MS. BROWN:  Hang on.  I'm
8   going to give him the hardcopy so
9   he can have a minute to --
10      MR. WATTS:  Sure.
11      MS. BROWN:  -- refamiliarize
12   himself before you ask the
13   questions.
14      MR. WATTS:  561.
15      MS. BROWN:  We got it.
16   BY MR. WATTS:
17      Q.   Is this the one where
18   Dr. Bauer is the first author and Shanna
19   Swan is second?
20      A.   Yes.
21      Q.   And in the abstract does it
22   say, "We recommend that pregnant women
23   should be cautioned at the beginning of
24   pregnancy to," and it says, "forego APAP

Page 94

1 unless it is medically indicated; consult
2 with a physician or pharmacist if they
3 are uncertain whether its use is
4 indicated and before using on a long-term
5 basis; and minimize exposure by using the
6 lowest effective dose for the shortest
7 possible time."
8        Is that what it says?
9    A.   I think this group of
10 authors is providing their opinion on the
11 use of acetaminophen and urging caution.
12    Q.   And is that what it says?
13    A.   It's what it says.
14    Q.   Okay.
15    A.   But I don't think that's
16 commonly accepted in the scientific
17 community.
18    Q.   Now, let's talk about that
19 for a second.
20        MR. WATTS:  Go to
21    Exhibit 562.
22        (Document marked for
23    identification as Exhibit
24    Kolevzon 562.)

Page 95

1 BY MR. WATTS:
2    Q.   And this is a supplementary
3 information to the consensus statement.
4 It's entitled "Paracetamol Use During
5 Pregnancy:  A Call for Precautionary
6 Action."
7        Do you see that?
8        MS. BROWN:  Hang on a
9    second.  I don't -- I just want to
10    get us the hardcopy, and I don't
11    see it.
12        Here we go.
13 BY MR. WATTS:
14    Q.   Have you gone through and
15 studied these 91 doctors that signed off
16 on the consensus statement?
17        MS. BROWN:  Objection.
18    Vague.
19        THE WITNESS:  Can you
20    clarify the question.
21 BY MR. WATTS:
22    Q.   Sure.
23        Did -- did you go through
24 and check who they are, see their

Page 96

1 reputations?
2        MS. BROWN:  Objection.
3        THE WITNESS:  No.
4 BY MR. WATTS:
5    Q.   Okay.  Let's go to Page 2,
6 the supplementary box, the signatories.
7        Do you see, beginning on
8 Number 1 -- we can flip through the
9 pages, and it will go from 1 to 91 -- as
10 we go to Page 2, Page 3, Page 4.  Stop at
11 Page 5.
12        And it keeps going to 91,
13 but let me ask you about Number 41.
14        Do you know who Martha
15 Herbert is?
16    A.   41.
17        MS. BROWN:  Just a minute
18    while he gets there.
19        THE WITNESS:  Martha
20    Herbert?
21 BY MR. WATTS:
22    Q.   Herbert?  I'm sorry.
23    A.   I do not.
24    Q.   Is Massachusetts General

Page 97

1 Hospital an outstanding medical facility
2 in this country?
3    A.   MGH has a good reputation,
4 yes.
5    Q.   Stephen Schultz, do you know
6 Stephen Schultz, Number 42?
7    A.   I don't believe I know
8 Stephen Schultz, no.
9    Q.   Now, I don't want to get
10 crossways with you, but this is a
11 gentleman at the University of Texas
12 Health Science Center in San Antonio,
13 Texas, and we are pretty proud of him.
14        Do you know him?
15    A.   This is Dr. Schultz again?
16    Q.   Yeah.
17    A.   No, I still don't know him.
18    Q.   Dang.
19    A.   Sorry.
20    Q.   Okay.  How about Number 48.
21 Do you know Dr. Ritz at UCLA?
22    A.   No.
23    Q.   Is UCLA considered one of
24 the top medical facilities in this

Page 98

1 country?

2      A.   UCLA has some excellent

3 programs, yes.

4      Q.   Okay.  Let's go to 57.

5      A.   Yeah.

6      Q.   Do you know Dr. Bergink?

7      A.   I do.

8      Q.   She's one of your colleagues

9 at Mount Sinai, right?

10      A.   She is.

11      Q.   Dr. -- Number 80, Shanna

12 Swan?

13      A.   I know Dr. Swan, yes.

14      Q.   One of your colleagues at

15 Mount Sinai, right?

16      A.   She works at Mount Sinai,

17 yes.

18      Q.   And then if we go to 82,

19 we've got Dr. Liew at Yale and Dr. Hugh

20 Taylor.  Do you know Dr. Taylor at Yale?

21      A.   I don't know either one of

22 these personally.

23      Q.   Okay.  What about Number 91,

24 Dr. David Møbjerg Kristensen?

Page 99

1      A.   I don't know Dr. Kristensen

2 personally, no.

3      Q.   Has he taught at Icahn on an

4 adjunct professor basis, do you know?

5      MS. BROWN:  Objection to the

6      form.  Lacks foundation.

7      THE WITNESS:  He may or may

8      not have.  I am not aware.

9 BY MR. WATTS:

10      Q.   Okay.  And if we go to

11 Page 12, "Supplementary Table 1:

12 Reproductive [sic] Epidemiology."

13      They list the epidemiology,

14 right?

15      A.   Page 11, yeah.

16      Q.   Supplementary Table 2 on

17 Page 14.  They list "Reproduction

18 Experimental Studies," right?

19      A.   That's what Table 2 says,

20 yes.

21      Q.   Page 20, Supplemental

22 Table 3, they list "Neurodevelopmental

23 Epidemiological" -- or "Epidemiology

24 Cohort Studies," right?

Page 100

1      A.   Yep.  There are studies

2 listed here.  That's correct.

3      Q.   Now, if we go to Page 32,

4 there's a "Supplementary Table 4:

5 Neurotoxicity Experimental Studies"; is

6 that right?

7      MS. BROWN:  Hang on just a

8      sec while he gets there.

9      THE WITNESS:  These look to

10      be model studies, animals, yeah.

11 BY MR. WATTS:

12      Q.   If we go to Page 37,

13 Supplementary Table 5 lists review

14 articles, right?

15      A.   Sorry, which page?

16      Q.   Page 37.

17      A.   There are some review

18 articles in this table, yes.

19      Q.   And if you go to Page 50,

20 they begin the inclusion of references.

21 In between 50 and 61, there are

22 121 different references that they cite

23 to; is that right?

24      A.   There appear to be

Page 101

1 121 references.

2      Q.   Now, let me go back to Yale

3 for a second, Exhibit 563.

4      (Document marked for

5      identification as Exhibit

6      Kolevzon 563.)

7 BY MR. WATTS:

8      Q.   This is dated the spring of

9 2022.  Came out about the same time as

10 your book chapter.

11      "Yale School of Public

12 Health Research Identifies Pregnancy

13 Risks Associated With Acetaminophen Use."

14      MS. BROWN:  Sorry, what --

15      what exhibit is this?

16      MR. WATTS:  563.

17 BY MR. WATTS:

18      Q.   Did you see this when it

19 came out?

20      MS. BROWN:  Hang on a second

21      while we find it.

22      Did we mark this already?

23      MR. WATTS:  Nope.

24      MS. BROWN:  Okay.

BY MR. WATTS:

Q.   Do you recall seeing this when it came out?

A.   I just need to look at the article.

MS. BROWN:  Just -- just a second.  I'll give it to him.
It's a little bit hard to read.
Mr. Watts can probably put it up on the Elmo if you need it expanded --

THE WITNESS:  I just want to -- want to see what article they are referencing.

BY MR. WATTS:

Q.   What I want to ask you about is the third paragraph from the bottom.
It says, "In another study."

MS. BROWN:  But, Counsel, just because he's never seen this before --

MR. WATTS:  I know.  I know.

MS. BROWN:  -- if we can just give him a minute to

familiarize --

BY MR. WATTS:

Q.   I know.  I'm just pointing you to where I want to ask you about.

MS. BROWN:  Thanks.

MR. WATTS:  Just blow up "In another study," if you would.

MS. BROWN:  Well, give him a second to read this.

THE WITNESS:  Okay.

MR. WATTS:  Now blow up that article.  "In another study."
There you go.

BY MR. WATTS:

Q.   All right.  Here is my question.

It references another study where a Yale student "used human pluripotent stem cells, RNA sequencing, and metabolomics to identify cellular mechanisms that may be involved in the development of autism spectrum disorder.
After exposing the stem cells in culture to clinically relevant doses of

acetaminophen for six days, Furnary found that acetaminophen to elicit the same gene expression patterns and metabolic behaviors in the cultures as those known to be associated with autism spectrum disorder."

Do you see that, sir?

A.   Yeah, I see that.

Q.   Here's my question:
Can you tell the ladies and gentlemen of the jury what the phrase "gene expression" means to you?

A.   So gene expression is, essentially, whether the proteins that are translated from the DNA are upregulated or downregulated.

Q.   Okay.  And when this says that "the same gene expression patterns and metabolic behaviors in the cultures of acetaminophen were those known to be associated with autism spectrum disorder," have you seen this work?

MS. BROWN:  Objection to form.  Vague.

You can answer if you understand.

THE WITNESS:  That's the -- that's the end of the question?

BY MR. WATTS:

Q.   Yeah.

A.   Oh.

So I'm not sure I feel comfortable commenting on the study without looking at the actual study.  So this is just an excerpt.

Q.   Does this ring a bell to you at all as something that you recall looking at?

A.   I'm not sure I understand the question.

Q.   Sure.

This -- this gene expression work that was done at Yale, does it ring a bell?

A.   As it relates to what specifically?

Q.   Acetaminophen and autism spectrum disorder.

Page 106

1    MS. BROWN:  Objection to the
2 form.
3    THE WITNESS:  So I'm aware
4 of studies that have looked at
5 proxies for gene expression.
6 BY MR. WATTS:
7    Q.   Okay.  Now, have you done
8 any studies that used proxies of gene
9 expression to compare what the gene
10 expression patterns were for
11 acetaminophen versus what you see in
12 autism spectrum disorder?
13    A.   I myself do not do gene
14 expression studies.
15    Q.   Fair enough.  All right.
16    MR. WATTS:  Let's go to
17 Exhibit 403.
18    (Document marked for
19    identification as Exhibit
20    Kolevzon 403.)
21 BY MR. WATTS:
22    Q.   And this is your report.
23 You're probably going to need it most of
24 the rest of the day, so just kind of --

Page 107

1 don't put this one up.
2    A.   Okay.
3    Q.   Is Exhibit 403 a true and
4 correct copy of the expert report that
5 you provided in this case?
6    MS. BROWN:  And just at
7    least take a moment to flip
8    through it, please.
9    THE WITNESS:  Yeah, it looks
10    to be.
11 BY MR. WATTS:
12    Q.   Now, you've also gave a
13 report in a case called Daniels-Feasel;
14 is that right?
15    A.   Yes.
16    Q.   And that's Exhibit 479.  If
17 you could pull that one out as well.
18    (Document marked for
19    identification as Exhibit
20    Kolevzon 479.)
21 BY MR. WATTS:
22    Q.   Is the date of this report
23 November 8th of 2018?
24    A.   That's what it says on the

Page 108

1 top of the report, yes.
2    Q.   Now, if you could, you see
3 the file number that says Page 2 of 94,
4 and then it goes up one per page?
5    A.   Yes.
6    Q.   Okay.  Go to Page 9 of 94
7 for a second.
8    MR. WATTS:  Now, if you
9    would blow up the first five
10    lines, Erik, of III (a)?
11 BY MR. WATTS:
12    Q.   Now, you described autism
13 disorder first being described by Leo
14 Kanner in 1943.
15    Second paragraph, you said,
16 "The prevalence of ASD has increased
17 dramatically over the past five decades
18 in the United States"; is that right?
19    A.   That's what it says, yes.
20    Q.   All right.  Now, I want to
21 talk to you about prevalence in some
22 detail for a little bit.
23    Between 1997 and 2007, do
24 the prevalence rates of autism increase

Page 109

1 in the United States?
2    A.   The prevalence increased.
3 I'm not sure the incidence did.
4    Q.   I'm asking about prevalence
5 rates right now, okay?
6    A.   So according to
7 prevalence-based studies, depending on
8 the methods, most rates increased.
9    Q.   And let me show you
10 Exhibit 414 where you've said this, just
11 real briefly.
12    (Document marked for
13    identification as Exhibit
14    Kolevzon 414.)
15 BY MR. WATTS:
16    Q.   And we'll talk about
17 prevalence versus incidence here in a
18 second.
19    Did you write an article in
20 2007 entitled, "Prenatal and Perinatal
21 Risk Factors for Autism:  A review and
22 integration of findings," with Dr. Gross
23 and Dr. Reichenberg?
24    A.   I did.

Page 110

1    Q.   And on Page 326 there's a
2  sentence in there that says, "Prevalence
3  rates of both autism and autism spectrum
4  disorders (ASDs) may have increased
5  markedly in the past decade"; is that
6  right?
7          MS. BROWN:  Can we give him
8      a second to find the page.  Page 3
9      of the article.
10         MR. WATTS:  No, I said
11  Page 326, which is the first page.
12         THE WITNESS:  Are you
13     referring to the abstract or
14     the --
15         MS. BROWN:  Right here.
16         THE WITNESS:  Ah, okay.
17  That's convenient.
18         Yes, I think it's inarguable
19     that prevalence rates have
20     increased.
21  BY MR. WATTS:
22     Q.   Okay.  And then in the next
23  column it says, "Although this increase
24  may be artifactual to some degree, it may

Page 111

1  also reflect a true increase in the
2  incidence of ASD and implicates an
3  important role of environmental causes."
4          Did I read that correctly?
5     A.   You read it correctly.  And
6  it reflects the idea that there are some
7  nonheritable causes and that they're
8  important to try to identify.
9     Q.   And I think your point is
10  that if you have this dramatic increase
11  of autism spectrum disorder cases, our
12  genes don't change that fact.  So if
13  there is, in fact, a true increase, it
14  has to be explained by something other
15  than genetics; is that right?
16         MS. BROWN:  Objection.
17  Lacks foundation.
18         THE WITNESS:  So my opinion
19     about the true increase and
20     prevalence relates more to other
21     factors, like changing diagnostic
22     criteria, younger age of
23     diagnosis --
24  BY MR. WATTS:

Page 112

1     Q.   And what I'm --
2          MS. BROWN:  Let him finish.
3  Let him finish.
4  BY MR. WATTS:
5     Q.   Yeah, go ahead.
6          MR. WATTS:  We're going to
7  get to those.
8          MS. BROWN:  I know.  But let
9  him at least answer your question
10  and then you can follow up.
11         Go ahead.
12         THE WITNESS:  You had said
13  that -- something to the effect of
14  because there's an increase in
15  prevalence, that must mean
16  environmental factors, and I don't
17  think that that's true --
18  BY MR. WATTS:
19     Q.   I actually said --
20         MS. BROWN:  Wait.  Wait.
21  Please, Mr. Watts, let him finish.
22         MR. WATTS:  I'm sorry.
23         MS. BROWN:  Go ahead, sir.
24         MR. WATTS:  I actually said,

Page 113

1  "If there is a true increase."
2          MS. BROWN:  I know, but he's
3      got to at least finish and then
4      you can follow up.
5  BY MR. WATTS:
6     Q.   Go ahead.  Go ahead.  I
7  didn't mean to cut you off.  Go ahead.
8     A.   Okay.
9          So the fact that there's an
10  increase in prevalence does not
11  necessarily reflect the presence of
12  environmental risk factors.
13     Q.   Could be artifactual, but if
14  it's not artifactual, it has to be
15  environmental.  Agreed?
16     A.   I don't think it has to be
17  anything.  I think that there could be
18  other factors that we are, as of yet,
19  unaware of.
20     Q.   Okay.  So let's talk about
21  whether it's artifactual.
22         But before we go there,
23  let's -- let's talk about the increase of
24  prevalence over time.

Confidential - Subject to Protective Order

Page 114

1    Let me show you Exhibit 417.
2        (Document marked for
3    identification as Exhibit
4    Kolevzon 417.)
5  BY MR. WATTS:
6        Q.   Do you know who
7  Dr. Hertz-Picciotto is?
8        A.   I don't know her personally.
9        Q.   But you published with her?
10       A.   I may have been on papers
11 with her, but I don't know her.
12       Q.   Okay.  And she did a lot of
13 work with respect to the increase in
14 prevalence in -- shown in certain
15 databases out in California; is that
16 right?
17           MS. BROWN:  Objection.
18       Lacks foundation.
19           THE WITNESS:  I know that
20       she works with some California
21       databases, yes.
22 BY MR. WATTS:
23       Q.   And if you go to Page 3 of
24 20,

Page 115

1        A.   Hold on.  Hold on one
2  second.  Let me just look at the
3  abstract.
4            MS. BROWN:  I think we only
5        have a page.
6            If this is Exhibit 417 --
7        are we looking at the same thing?
8            THE WITNESS:  "The Rise in
9        Autism and the Role of Age at
10       Diagnosis."
11           MS. BROWN:  Is that it?  Our
12       hardcopy just has one page.
13           MR. WATTS:  There's one page
14       in your folder?
15           THE WITNESS:  Two pages.
16           MS. BROWN:  It looks --
17       Mr. Watts, it looks like it's just
18       the abstract.
19           MR. WATTS:  That's odd.
20       Here, let me give you mine.
21           MS. BROWN:  Okay.
22           MR. WATTS:  Will you make
23       sure that we substitute the right
24       one in there?

Page 116

1            I apologize.
2            THE WITNESS:  Thanks.
3  BY MR. WATTS:
4        Q.   Just go to Page 3 of 20, and
5  I'm going to ask you about the data.  And
6  then you and I are going to talk about
7  the different reasons that you think it's
8  artifactual.
9        A.   Yeah, okay.  I just want to
10 look at the way the study was done.
11           MS. BROWN:  Okay.  Give us a
12       second to organize our exhibits.
13           THE WITNESS:  I'm going to
14       need more time with this paper.  I
15       mean, I have not seen this paper
16       before.  So if you are going to
17       ask me questions about it, I need
18       more time to review it.
19 BY MR. WATTS:
20       Q.   Well, let me just ask you --
21 and I want to be fair to you.
22           This is something you
23 haven't seen before?
24       A.   Correct.

Page 117

1        Q.   Okay.  And then last
2  question, and then we'll go on, because I
3  don't want to talk to you about something
4  that you haven't seen.
5            Just on the results on
6  Page 3 of 20.  Do you see how it says,
7  "Autism incidence in children rose
8  throughout the period.  Cumulative
9  incidence to five years of age per 10,000
10 births rose from 6.2 for 1990 births to
11 42.5 for 2001 births"?
12           MS. BROWN:  And I'll just
13       object.  The witness asked for
14       more time with a paper he's never
15       seen.
16           So if you want to ask him
17       about the paper, that's fine.  He
18       just needs time to look at it.
19 BY MR. WATTS:
20       Q.   I'm just asking about this
21 one sentence.
22           Do you see that, sir?
23           MS. BROWN:  Well, I object
24       as lacking foundation.

Page 118

BY MR. WATTS:

Q.   Go ahead.

A.   So I see that that's what's written on the page, but I have no way to evaluate it.

Q.   And the way I want to ask the question is this:

The difference between 6.2 and 42.5, how would you express that change in rate?

A.   Again, I think it --

MS. BROWN:  Object.  It lacks foundation.  I object.

He's never seen this article before and he asked for more time to answer your question.

So I object.

MR. WATTS:  You can have a running objection.

BY MR. WATTS:

Q.   Go ahead.

A.   I seek to understand the methods of the paper.  I need to understand the cohort, the rigor, the

Page 119

science.

Q.   Okay.  And my question is, what's the difference between 6.2 and 42.5, mathematically?

A.   Well, if you want a mathematical --

Q.   Yeah.

A.   It's times seven.

Q.   Okay.  So seven-times increase, right?

MS. BROWN:  Objection. Lacks foundation.

THE WITNESS:  That's the quantitative difference, but I don't know how that relates or how that's relevant to the incidence of autism.

BY MR. WATTS:

Q.   Okay.  So the reason I ask about this is this seven-time difference, quantitatively, between 1990 and 2001, in your report, you have four or five artifactual reasons that you think that difference exists, right?

Page 120

MS. BROWN:  I object as lacking foundation.

THE WITNESS:  I think the consensus in the scientific community is the prevalence of autism is increasing.  And the reason it is increasing is because of a number of different factors.

But, yes, you would probably label those artifactual.

MR. WATTS:  Okay. Objection.  Nonresponsive.

BY MR. WATTS:

Q.   I'm asking about you and your report.

And in your report you suggest five artifactual reasons that explain whatever the rate increase is, right?

A.   My report reflects on the reasons that the prevalence rates have gone up.

Q.   Okay.

A.   And my opinion is that there

Page 121

isn't a true increase in the -- in the incidence.

And if there is one paper that says that there is, I need to evaluate that paper more, in order to comment.

Q.   I understand.

Now I want to talk to you about the incidence increase over the last decade.

Can I have that back?  And then I'll get you a copy during the break.

MR. WATTS:  Will you go get that?

MS. BROWN:  Do you want to take a break now so we can get him a copy before you start --

MR. WATTS:  We're going to go on to something else.  Let me finish this section and we'll take a break.

MS. BROWN:  Okay.  And I'll just continue to object to the

Page 122

1    extent the witness needs a copy --
2        MR. WATTS:  Yes.
3        MS. BROWN:  -- and time to
4    review before he answers questions
5    about a paper he's said he has
6    never seen before.
7        MR. WATTS:  Let's go to one
8    you wrote.  Exhibit 422.
9        (Document marked for
10   identification as Exhibit
11   Kolevzon 422.)
12       THE WITNESS:  Ah, first
13   edition.
14   BY MR. WATTS:
15       Q.   There you go.
16       You wrote this in 2011,
17   right?
18       A.   I think this was published
19   in 2011.  I probably wrote it before
20   then, but...
21       Q.   Go to Page 568.
22       A.   568.
23       Q.   It's in the very back.
24       By the way, just for the

Page 123

1    record, there are three book chapters
2    that you included in here.  I'm going to
3    the third one.
4        You wrote three.  So 568 is
5    towards the back.  Chapter 47, "Future
6    Directions."
7        A.   "Future Directions."  Okay.
8        Q.   And by the way, if we go to
9    567 --
10       MR. WATTS:  Erik, the
11   previous page, please.
12   BY MR. WATTS:
13       Q.   This is a book chapter that
14   you wrote with Eric Hollander.  Did you
15   work with Dr. Hollander at Mount Sinai
16   for a number of years?
17       A.   I did, yes.
18       Q.   How long did you work
19   together with Eric Hollander?
20       A.   I think Eric -- I was in
21   Mount Sinai from 2000.  Eric was there
22   well before me, and I think he was there
23   until 2009.  So about nine years.
24       Q.   Did you work under him?

Page 124

1        A.   I did.
2        Q.   Okay.  Was he your boss
3    between 2000 and 2009?
4        A.   No, he was my boss between
5    2007 and 2009.
6        Q.   Okay.  Is he a medical
7    doctor that you respect?
8        A.   I respect Dr. Hollander.
9        Q.   Okay.  He is a fine
10   researcher in the field of autism
11   spectrum disorders, right?
12       A.   Dr. Hollander does a lot of
13   research in autism.  I don't always agree
14   with his conclusions, but he does a lot
15   of research.
16       Q.   And, again, I'm not trying
17   to get you to say something to get you in
18   trouble with your buddies.
19       But in science, you can have
20   two different outstanding researchers who
21   both employ sound science and can come up
22   with this different opinions, right?
23       MS. BROWN:  Well, I object
24   as vague.

Page 125

1        Are you talking about
2    generally or are you talking about
3    related to his opinions in this
4    case?
5    BY MR. WATTS:
6        Q.   Go ahead.
7        A.   I think --
8        MS. BROWN:  Same objection.
9        Go ahead.
10       THE WITNESS:  I think it
11   depends on what the issue is and
12   what the data show.
13   BY MR. WATTS:
14       Q.   Okay.  But my point is, is
15   that Dr. Kolevzon is an autism spectrum
16   disorder researcher for whom you hold the
17   highest regard?
18       MS. BROWN:  He is
19   Dr. Kolevzon.
20       THE WITNESS:  Dr. Kolevzon?
21   I am Dr. Kolevzon.
22   BY MR. WATTS:
23       Q.   Well, I knew that one was
24   true.  I meant Dr. --

Page 126

1       MS. BROWN:  So he is very,
2   very well respected.
3       THE WITNESS:  I like to
4   think I'm more humble than that,
5   but...
6   BY MR. WATTS:
7       Q.   You know, if we can't laugh
8   about moments like that, you can't laugh.
9       Other than holding yourself
10  in high regard, you hold Dr. Hollander in
11  high regard as an outstanding researcher
12  in the -- in the field of autism spectrum
13  disorder?
14      MS. BROWN:  Same objection.
15  BY MR. WATTS:
16      Q.   Go ahead.
17      A.   I respect Dr. Hollander as a
18  well-intentioned, thoughtful scientist.
19      Q.   How about Dr. Coyle?
20      A.   I respect Dr. Coyle as a
21  well-intentioned, thoughtful scientist.
22      Q.   Okay.  And if we go to the
23  next page, under "Prevalence," the three
24  of you write, "The prevalence of autism

Page 127

1   continues to grow.  The most recent
2   Center for Disease Control and Prevention
3   estimates suggest 1 in 110 persons have
4   an ASD, which is higher than the earlier
5   estimates of 1 in 150 affected
6   individuals."
7       Did I read that right?
8       A.   Yes.
9       Q.   Let's move forward to
10  Exhibit 479, which is your report in the
11  Daniels-Feasel case.
12      Page 9 of 94.  Now we are in
13  November of 2018?
14      And by here, in
15  Paragraph III (a), you say the prevalence
16  rate is 1 in 59; is that right?
17      A.   I'm quoting the CDC.
18      Q.   Okay.  And then let's go to
19  2021.  Exhibit 491.
20      (Document marked for
21      identification as Exhibit
22      Kolevzon 491.)
23  BY MR. WATTS:
24      Q.   Do you recall a paper you

Page 128

1   wrote with Dr. Katz?
2       MS. BROWN:  Hang on.  491?
3       MR. WATTS:  Yes, ma'am.
4   BY MR. WATTS:
5       Q.   Julia Katz?
6       MS. BROWN:  Hang on.  We're
7   getting it out.
8   BY MR. WATTS:
9       Q.   Is Julia Katz an autism
10  researcher you respect?
11      A.   Julia was a resident in
12  general psychiatry.  So she is not an
13  autism researcher, no.  She did autism
14  research in this case.
15      Q.   Yeah.  I mean, we all start
16  off as a resident, right?
17      A.   Basically.  I mean...
18      Q.   Some of us are such
19  outstanding researchers we can write
20  books during our residency, can't we?
21      A.   Some of us.
22      Q.   Abraham Reichenberg was not
23  in his residency when he co-authored this
24  article with you, right?

Page 129

1       A.   Dr. Reichenberg is a -- is
2   an epidemiologist and Ph.D., so he
3   doesn't do a residency.
4       Q.   Okay.  Go to Page 2.  The
5   introduction.
6       The three of you, with
7   respect to prevalence at this time, and
8   we're now in March of 2021, say, "The
9   prevalence of ASD has been increasing in
10  recent decades and current estimates from
11  the Center for Disease Control (CDC)
12  suggest that 1 in 54 children in the U.S.
13  aged eight years has ASD."
14      Did I read that right?
15      A.   Yeah, those were the CDC
16  rates at the time that we published this.
17      Q.   And then lastly,
18  Exhibit 568.
19      (Document marked for
20      identification as Exhibit
21      Kolevzon 568.)
22  BY MR. WATTS:
23      Q.   I saw in your supplemental
24  disclosure last night that you read the

Page 130

1 transcript of Wendy Chung's deposition.
2     A.  I did, yeah.
3     Q.   Let me show you Exhibit 568,
4 which is a PowerPoint that she published
5 on April 25th of 2023, entitled, "SPARK
6 and the Future of Autism Research."
7         MS. BROWN:  Yeah.  I'll just
8     object to the form as inconsistent
9     with her testimony about this.
10        Go ahead.
11        MR. WATTS:  Okay.  And I
12    will stipulate that what she
13    testified to is inconsistent with
14    what she's written.
15        I'm kidding.  Let's go on.
16        MS. BROWN:  I get the sense
17    that you guys think that.  I think
18    it's --
19 BY MR. WATTS:
20    Q.   By the way, Doctor, Alli and
21 I are good friends, and we can joust.
22 It's nothing personal.
23    A.   I was told not to do any
24 humor, so...

Page 131

1     Q.   Try not to be funny.
2         Let's go to Page 7, please.
3         MS. BROWN:  Which in and of
4     itself is hilarious.
5         All right.  We're focusing
6     on Exhibit 560?
7         MR. WATTS:  8.
8         MS. BROWN:  8.
9 BY MR. WATTS:
10    Q.   And in April 2023 Dr. Chung
11 says, "The prevalence of autism,
12 according to 2020 data, has increased to
13 1 in 36 eight-year-old children."
14        Do you see that?
15    A.   I see what's written on the
16 screen, yes.
17    Q.   All right.  Now, let me show
18 you Exhibit 543, just for a second.
19        MS. BROWN:  And this is the
20    last one?
21        MR. WATTS:  We'll take our
22    break after this.
23        MS. BROWN:  Great.
24        (Document marked for

Page 132

1     identification as Exhibit
2     Kolevzon 543.)
3 BY MR. WATTS:
4     Q.   I took the studies we just
5 went through, between 2011 and 2023, and
6 without making you retread all these
7 numbers, I'm sure somebody at the fine
8 firm where Alli comes from will check my
9 math.
10        Can we agree that the rate
11 of reported ASD from 2011 to 2023 has
12 increased during those 12-year period?
13        MS. BROWN:  Okay.  And I'll
14    object.
15        Can you tell us what this
16    is.
17        Did you make this, Mr.
18    Watts?
19        MR. WATTS:  I did.
20        MS. BROWN:  Okay.  So I'm
21    going to object as lacking
22    foundation to this un-cited,
23    lawyer-created chart.
24 BY MR. WATTS:

Page 133

1     Q.   Just the ones we just read
2 in show an increase between 2011 and 2023
3 in the rate of ASD prevalence reported
4 over that time, right?
5     A.   So over this period of time,
6 there have been dramatic changes that
7 have contributed to the increase in
8 prevalence of autism.
9     Q.   Okay.
10    A.   The CDC, whose rates you've
11 quoted, uses a methodology that, by
12 itself, inflates the rates.  And so if
13 you're asking me whether or not rates
14 have gone up, prevalence rates, over the
15 last 12 years, the answer is yes,
16 undoubtedly.
17    Q.   Okay.  With respect to the
18 issue of whether the rates of reported
19 ASD have gone up, we can agree that that
20 has happened.  You just say there are
21 reasons for it that are artifactual,
22 fair?
23    A.   Fair.
24        MR. WATTS:  Okay.  We're

Page 134

1  going to take our break and then
2  we're going to talk about those
3  reasons.
4      THE WITNESS:  Great.
5      MR. WATTS:  All right.
6      THE VIDEOGRAPHER:  The time
7  right now is 9:40 a.m.  We are off
8  the record.
9      (Short break.)
10     THE VIDEOGRAPHER:  The time
11 right now is 10:00 a.m.  We're
12 back on the record.
13 BY MR. WATTS:
14     Q.   I want to go back to the
15 Katz paper that you co-authored in March
16 of 2021, Exhibit 491.
17         And the purpose of the
18 review says, "Given the ongoing rise in
19 prevalence of autism spectrum disorder
20 (ASD)" -- and then you go on to say,
21 "There is an urgent need to identify
22 modifiable risk factors for ASD."
23         What is a modifiable risk
24 factor?

Page 135

1      A.   It's one where you can
2  manipulate the environment in some way or
3  you can provide some sort of medication
4  to either prevent or alleviate symptoms.
5      Q.   So a modifiable risk factor,
6  by definition, relates to environmental
7  causes of ASD?
8      A.   Not by definition and not
9  exclusively.  But environmental risk
10 factors could be considered a modifiable
11 risk factor, yes.
12     Q.   Okay.  Now let's go into the
13 reasons for the increase of the
14 prevalence, and I want to refer you to
15 your report, Exhibit 403, Pages 16 and
16 17, and Paragraph 39.  Can you pull that
17 up.
18     A.   Sorry, page?  Page what?
19     Q.   16 and 17, Paragraph 39.
20         Okay.  Now, you acknowledge
21 that prevalence rates have gone up, but
22 you say, "It's unlikely the true
23 incidence of ASD is increasing.  This
24 discrepancy is due to a combination of

Page 136

1  factors that broadly include A, B, C, D,
2  and E."
3          Do you see that, sir?
4      A.   I do.
5          MR. WATTS:  Now, if you
6  would put up Exhibit 545, just for
7  a second, Erik.
8          (Document marked for
9  identification as Exhibit
10 Kolevzon 545.)
11 BY MR. WATTS:
12     Q.   What I've done is I've taken
13 A, B, C, D, and E and put it into an
14 Excel chart.
15         And here is my question:
16 First of all, under the
17 explanation, did I correctly transpose
18 from your report the five reasons that
19 you posit explain the increase in the
20 reported prevalence rate increase of ASD?
21     A.   Yeah.  I think the only
22 clarification I would make is it's not
23 about calculating the prevalence rate,
24 it's about the ascertainment.

Page 137

1      Q.   Okay.  Now, here is my
2  question:
3          Each of these five factors
4  that you listed in your report, for
5  example, E, "changes in law and society,"
6  you reference something that happened
7  back in 1991, right?
8      A.   Yes.
9          MR. WATTS:  Okay.  So, Erik,
10 could you write "1991" under date.
11 BY MR. WATTS:
12     Q.   Now, in C, for example,
13 "younger age of diagnosis," you report
14 this is something that happened back in
15 2007, right?
16     A.   There are many factors that
17 contributed to younger age of diagnosis.
18 But in 2007 is when the recommendation
19 from the American Academy of Pediatrics
20 came out.
21         MR. WATTS:  Okay.  Type in
22 "2007" under B, Erik.
23         TRIAL TECH:  I'm sorry,
24 under D or?

1    MR. WATTS:  B.
2    THE WITNESS:  No, no.
3    MR. WATTS:  Apologies.  Type
4 in "2007" under C.
5 BY MR. WATTS:
6    Q.    Now, under D, the
7 "improvements in diagnostic
8 ascertainment," you reference a
9 behavioral tool called ADOS in your
10 Daniels-Feasel report and then Autism
11 Diagnostic Interview-Revised, an ADI-R,
12 in that same report.
13    You know what those are?
14    A.    I do.
15    Q.    And here is my question.
16    From the standpoint of
17 improvements of diagnostic ascertainment,
18 the ADOS was created by Catherine Lord,
19 Michael Rutter, Pamela DiLavore, and
20 Susan Risi back in 1989, right?
21    A.    That's correct.
22    Q.    And the ADI-R was developed
23 by Rutter, Ann Lecouteur, and Catherine
24 Lord in 2003; is that right?

1    A.    Both those things are
2 correct.  But neither one of those things
3 would I necessarily attribute to the
4 improvement in diagnostic ascertainment.
5    Q.    Well, let's go and see what
6 you said in Exhibit 479, which was your
7 Daniels-Feasel report.
8    Go to Page 10 of 94.
9    MR. WATTS:  You don't need
10 to type Exhibit 479.
11    MS. BROWN:  Hang on.  Do we
12 have it?  Did we already look at
13 this one?
14    THE WITNESS:  Yeah.
15    MS. BROWN:  Okay.  Let's
16 just find it.
17    MR. WATTS:  794.  III (b).
18 BY MR. WATTS:
19    Q.    And three lines down you
20 say, "Finally, behavior assessment tools,
21 such as the Autism Diagnostic Observation
22 Schedule (ADOS) and the Autism Diagnostic
23 Interview-Revised have improved our
24 ability to detect autism."

1    Is that what you said in
2 that report?
3    A.    It's true that those are
4 better measures to detect autism, but
5 that's not necessarily --
6    Q.    And those better measures
7 happened in 1989 and 2003, right?
8    A.    Right.  But the ability to
9 detect autism and ascertainment methods
10 can sometimes be different.
11    Q.    Okay.  With respect to this
12 report, those are the two things that you
13 referenced, right?
14    A.    So in this report, I'm
15 talking about two different tools that
16 were developed that improved our ability
17 to detect autism.
18    Q.    That happened in 1989 and
19 2003.
20    A.    Well, there have been
21 multiple revisions over time that have
22 improved the tools.  But they were
23 originally developed earlier, yes.
24    Q.    Okay.

1    MR. WATTS:  Now go back to
2 Exhibit 545, Erik.
3 BY MR. WATTS:
4    Q.    And so 1989 and 2003.
5    The expansion of ASD
6 diagnostic criteria.  Are you talking
7 about the iterations of the DSM?
8    A.    I am.
9    Q.    Okay.  And if we look at the
10 iterations of the DSM, the DSM-III was
11 published what year?
12    A.    1987.
13    Q.    Are you sure that wasn't the
14 DSM-III-Revised?
15    A.    Oh, correct.  Sorry.
16    Q.    1980 -- let me just kind of
17 lead you through this.
18    1980 was the DSM-III, right?
19    A.    Correct.
20    Q.    1987 was the
21 DSM-III-Revised.
22    A.    R, yeah.
23    Q.    1994 was the DSM-IV?
24    A.    Yes.

Confidential - Subject to Protective Order

Page 142

1    Q.   And 2013 was the DSM-V?
2    A.   Correct.
3    Q.   Okay.  So when we talk about
4 B, that would be the various iterations
5 of the DSM, the Diagnostic and
6 Statistical Manual, right?
7    A.   Correct.
8    Q.   All right.  So that happened
9 between 1980 and 2013, right?
10    A.   Yes.  The most dramatic of
11 which probably was 2013.
12    Q.   All right.  Now, with
13 respect to A, the "methodological issues
14 in calculating prevalence rates," your
15 report references a study by Avchen,
16 right?
17    A.   Yes.
18    Q.   And basically what you're
19 saying is that because of the data found
20 in Avchen, the calculated prevalence rate
21 may be inaccurate; is that right?
22    A.   So I need -- I need to make
23 a couple of comments about this.
24    Q.   First of all, is that right,

Page 143

1 and then you can make your comment.
2    A.   So Avchen is one paper which
3 supports my opinion.
4    Q.   It's one you cited, right?
5    A.   I cite it.
6         I have 20 years of
7 experience that support my opinion.
8         The consensus within the
9 scientific community supports my opinion.
10         But more importantly, I
11 don't think it's fair to assign a
12 specific date to these dynamic issues
13 that have been unfolding for the last
14 50 years.
15    Q.   Avchen looked at
16 177 children in Atlanta who were born in
17 1997 and went to public schools in 2005,
18 right?
19    A.   Yeah.
20    Q.   Did you cite to any other
21 specific studies referencing
22 methodological issues in calculating
23 prevalence rates, other than Avchen?
24    A.   It's commonly accepted

Page 144

1 that --
2         MS. BROWN:  Well, let him
3 finish and then you can follow up.
4         Go ahead.
5         THE WITNESS:  It's commonly
6 accepted that the diagnosis of
7 autism requires a clinician to
8 observe a child, and that
9 requirement is not embedded within
10 the ADDM, the CDC criteria.
11         And when Avchen went and
12 looked at a subset of people who
13 had been diagnosed, according to
14 the CDC criteria, found that a
15 certain percentage did not meet
16 criteria.
17 BY MR. WATTS:
18    Q.   Okay.
19    A.   And that's consistent across
20 clinics and that's consistent across the
21 literature.  And that -- that's just the
22 way that the scientific community accepts
23 the increase in prevalence.
24    Q.   What was my question?

Page 145

1    A.   Your question was whether --
2 well, why don't you repeat your question.
3    Q.   Sure.
4         Did you cite to any other
5 studies in support of your proposition
6 other than Avchen?
7    A.   I provided Avchen as a
8 reference.
9    Q.   As an example?
10    A.   But not to imply that that's
11 the only reference --
12    Q.   Sure.
13    A.   -- or that that's the
14 totality of the literature that I'm
15 relying on.
16    Q.   Sure.  But you understand
17 when you write a report and you drop
18 footnotes, I'm going to read those
19 footnotes.
20    A.   Yeah.
21         MS. BROWN:  Objection.
22 BY MR. WATTS:
23    Q.   And if you cite one example,
24 and I go read it and can joust about that

Confidential - Subject to Protective Order

Page 146

1 one example.  And then you come in and
2 say, oh, it's conclusive, the scientific
3 community knows this, and like that, that
4 doesn't provide me with any other studies
5 that back it up, does it?
6            MS. BROWN:  No.  I object.
7       That lacks foundation.  It's
8       argumentative, and it's also false.
9 BY MR. WATTS:
10      Q.   Go ahead.
11      A.   I think it's clear, based on
12 my record and my experience and my
13 publications, that I'm considered an
14 expert.  I think it's clear that I can be
15 representing the scientific community
16 under what the consensus is as it relates
17 to these issues.  And I think it's clear
18 that, in general, these are the themes
19 that explain the increase in prevalence
20 rates.
21      Q.   Okay.  So was Avchen ever
22 replicated?
23      A.   I think there was one other
24 study, but I can't recall it off the top

Page 147

1 of my head.
2      Q.   Did Avchen state, we have
3 used rules to resolve discordance between
4 ASD diagnostic measures that have not
5 been studied or replicated in published
6 research?
7      A.   If you want to discuss the
8 Avchen article at length, I need to pull
9 it out and review it.
10           MR. WATTS:  Okay.
11      Exhibit 420, Page 235.
12           (Document marked for
13      identification as Exhibit
14      Kolevzon 420.)
15 BY MR. WATTS:
16      Q.   The question is did they
17 state that.
18           First column, first full
19 paragraph, fourth line.
20           MR. WATTS:  Blow it up.
21      No, first full paragraph.
22      "Several limitations in this
23      study deserve consideration."
24 BY MR. WATTS:

Page 148

1      Q.   Did they state, we used
2 rules to resolve discordance between ASD
3 diagnostic measures that have not been
4 studied or replicated in published
5 research?
6           MS. BROWN:  Where are we?
7           THE WITNESS:  Yeah, I'm not
8 sure where we are.
9           MS. BROWN:  Can you show us
10 where we are?  It's not matching
11 up --
12           MR. WATTS:  Sure.  Erik
13 highlighted it.
14           MS. BROWN:  I know, just we
15 want to match it up --
16           THE WITNESS:  What page?
17 BY MR. WATTS:
18      Q.   It's on 235.  First column,
19 first full paragraph.  And it's being
20 highlighted on the big screen right in
21 front of you.
22      A.   235.
23           MS. BROWN:  I think we might
24 have a different article printed.

Page 149

1      Do you see this?
2           THE WITNESS:  It's -- I
3 don't have -- I mean, 235 is
4 Page 1.  It doesn't --
5           MS. BROWN:  Yeah, we have a
6 different copy printed here, you
7 guys.
8           What is the date?
9           MR. WATTS:  Erik, pull up
10 the paragraph, please.
11           TRIAL TECH:  They're trying
12 to -- I'm trying to help them --
13           MR. WATTS:  I want you to
14 blow up the paragraph that --
15           MS. BROWN:  I think we just
16 need to get coordinated, because
17 we're looking at something totally
18 different.
19           MR. WATTS:  Okay.  It sounds
20 like we had a bad copy job, so I
21 apologize for that.
22           MS. BROWN:  No worries.
23 BY MR. WATTS:
24      Q.   Yeah.  Can you see the

Page 150

1  screen, sir?
2      A.   Yeah.
3      Q.   Can you see the words, "We
4  use rules to resolve discordance between
5  ASD diagnostic measures that have not
6  been studied or replicated in published
7  research"?
8          MS. BROWN:  And, Mr. Watts,
9      I don't mean to be difficult, but
10     we don't have this document in
11     front of us, and I think he needs
12     to see it just to be able to
13     accurately answer your questions.
14         So can we just resolve that?
15         MR. WATTS:  Take -- take my
16     copy too.
17         MS. BROWN:  All right.
18         MR. WATTS:  I don't know
19     what happened to your copy.  I
20     apologize.
21         MS. BROWN:  All right.  No
22     worries.  Thanks very much.
23     Thanks very much.  Thank you.
24  BY MR. WATTS:

Page 151

1      Q.   235.
2      A.   Oh, it's a different
3  pagination altogether.  Okay.
4          MS. BROWN:  Okay.  All
5      right.
6  BY MR. WATTS:
7      Q.   Do you see the words --
8      A.   I just -- I need to
9  understand the context.  I'm sorry.  I
10 appreciate these are limitations that the
11 authors are citing.  I just want to
12 understand in what context.
13     Q.   Okay.  And before we get to
14 the full context, do the words, "We used
15 the rules to resolve discordance between
16 ASD diagnostic measures that have not
17 been studied or replicated in published
18 research," is that in there?
19     A.   Those are the words that are
20 written on the page.
21     Q.   All right.
22         MS. BROWN:  And we can
23     resolve this on a break, but both
24     of the copies seem to go up to 236

Page 152

1  and then back down to 233.  So I
2  don't --
3          MR. WATTS:  Look, I would
4      assume that whoever they sent out
5      the copies to screwed up and used
6      the digital version that I've
7      given you.
8          But if there's a problem,
9      let me know, and I'll give you
10     mine just like I did.  I don't
11     have a --
12         MS. BROWN:  Yours is printed
13     with the same issue.  So I just
14     want to -- I just want to make
15     sure we have the complete study --
16         MR. WATTS:  Of course.
17         MS. BROWN:  -- and
18     Dr. Kolevzon has a chance to
19     refresh on it so we can accurately
20     answer your questions.
21         So if you need a minute with
22     whatever we have in front of us,
23     please take a minute.  Let's make
24     sure we're all on the same page

Page 153

1  before you answer.
2          THE WITNESS:  Do you have
3      additional questions?
4  BY MR. WATTS:
5      Q.   No, that was the question.
6          And then my next question
7  is, in Avchen, did they have
8  misclassified children who were
9  incorrectly transferred from case to
10 non-case status as well?
11     A.   So, again, if we want to
12 talk about Avchen in detail, I need to
13 review this paper again.
14     Q.   Sure.
15     A.   Okay.
16     Q.   Right up above that
17 paragraph.
18         Do you see where it says,
19 "Several more misclassified children were
20 incorrectly" --
21     A.   Sorry.  I have to go back to
22 the methods.  This is -- you know, you're
23 asking me to comment on --
24         MS. BROWN:  Take as long as

Page 154

1    you need.
2  BY MR. WATTS:
3    Q.   I'm really not asking you to
4  comment.  I'm asking you, can you see the
5  words on the paper?
6        MS. BROWN:  Yeah, but in
7    order to answer your question, he
8    needs to look --
9        MR. WATTS:  He needs to look
10   at the paper and tell me whether
11   it's there.  We don't need to
12   waste ten minutes reading all
13   these articles.
14       MS. BROWN:  But -- well, I
15   just don't think that's fair, sir.
16   If he wanted to comment -- hang
17   on --
18       MR. WATTS:  I'm not asking
19   for a comment --
20       MS. BROWN:  Hold on.  Let me
21  put my objection on the record.
22       MR. WATTS:  Okay.
23       MS. BROWN:  The witness has
24  been given a document.  He's asked

Page 155

1    for a moment to review and refresh
2    on the document to accurately and
3    truthfully provide testimony in
4    this deposition.
5        So I'm going to object to
6    anything that doesn't allow him
7    enough time to do that.
8        MR. WATTS:  Okay.  Your
9    objection is noted.
10 BY MR. WATTS:
11   Q.   And my question is, can you
12 see on the screen, "Several more
13 misclassified children were incorrectly
14 transferred from case to non-case
15 status"?
16   A.   I'm able to read those words
17 on the screen.  I'm not able to interpret
18 the meaning or the significance of them.
19   Q.   Now, this article that you
20 want to read is one that you cited in
21 your report, right?
22   A.   Correct.
23   Q.   Okay.  Now, Avchen was dated
24 what year?

Page 156

1    A.   2011.
2    Q.   Now, with respect to -- go
3  back to 545 for a second.
4        I want to talk about this
5  expansion of diagnostic criteria.
6        In your report, you cite to
7  a paper by Wazana.  Do you know
8  Dr. Wazana?
9    A.   I do not.
10   Q.   And Wazana, is that the one
11 source she gave with respect to the issue
12 of the expansion of ASD diagnostic
13 criteria, Footnote 27?
14   A.   Sorry, can you repeat the
15 question?
16   Q.   Sure.
17       Exhibit 403 --
18       MS. BROWN:  Is that your --
19 I think we're on your report.
20       MR. WATTS:  Yes.
21       THE WITNESS:  The Wazana
22 paper.
23       Oh, you're talking about my
24 reference in the report to Wazana?

Page 157

1        MS. BROWN:  Yep.
2        THE WITNESS:  Oh, okay.
3        So what was the question?
4  BY MR. WATTS:
5    Q.   Sure.  Paragraph 42.
6        MS. BROWN:  Paragraph 42 of
7    your report.
8        MR. WATTS:  Exhibit 403.
9        THE WITNESS:  That's my
10   report.
11       MR. WATTS:  Page 18,
12   Paragraph 42.
13       THE WITNESS:  42.  Yep.
14 BY MR. WATTS:
15   Q.   You say, "Additional factors
16 that could drive ASD prevalence rates
17 higher have been described in published
18 literature," and you provide Wazana in
19 2007; is that right?
20   A.   Yes.
21   Q.   Now, here is my question:
22       With respect to Wazana, have
23 you read any articles that criticize the
24 work by Wazana as being not legitimate?

1  MS. BROWN:  Objection.
2  Vague.
3  THE WITNESS:  I may or may
4  not have.  I don't recall at this
5  point.
6  MR. WATTS:  Pull up 417,
7  Hertz-Picciotto paper from January
8  of 2009.
9  Now, is this a study that
10 you told me you had not read
11 before?
12 A.  I believe so.
13 Q.  Okay.  Go to Page 8 and 9,
14 and put them up split screen so we can
15 see them both.
16 MS. BROWN:  Okay.  Hold on.
17 This is the one we --
18 THE WITNESS:  This is the
19 one that we don't have --
20 MS. BROWN:  It's okay.
21 MR. WATTS:  Okay.  Hold on.
22 Hold on.  I'll give it to you.
23 Put up 8 and 9 on the split
24 screen, Erik, please.  Thank you.

1  And then highlight the
2  bottom of 8, "simulation study by
3  Wazana," all the way to the top of
4  9.
5  MS. BROWN:  Okay.  Hang on
6  one second.
7  Here is a hardcopy.  And,
8  again, if this is something you're
9  not familiar with, take as long as
10 you need to orient yourself to be
11 able to answer the questions.
12 BY MR. WATTS:
13 Q.  "Simulation study by Wazana
14 et al. suggests that an apparent increase
15 of as much as 28-fold could be explained
16 by a combination of three artifacts:  a
17 change in case definition, a decline in
18 age of diagnosis, and better
19 ascertainment.  Several problems with
20 this analysis detract from the
21 validity" -- "from its validity and
22 applicability.  First, the data they use
23 for the decline in mean age at diagnosis
24 are based on noncomparable cohorts.

1  Specifically, they rely on a reported
2  analysis of DDS data used follow-up to a
3  specific calendar date rather than to a
4  specific age.  This inflates the decline
5  in age at diagnosis because children from
6  recent birth cohorts are too young for
7  calculation of diagnosed at older age.
8  Using longer follow-up and equivalent
9  follow-up periods, we recalculated the
10 mean age at diagnosis for birth cohorts
11 from 1990 to 1996 to be 5.23, 5.16, 5.12,
12 5.18, 5.02, 4.90, 4.83, a tenfold smaller
13 shift (0.14 years between 1991 and 1994)
14 than what was assumed in the simulation
15 study of 1.6 years.  This shift is
16 evident from our Figure 4.
17 "Secondly, the extremely
18 large increases found in the simulation
19 observed only in the analysis of
20 cumulative incidence to age four years
21 (labeled 'prevalence' by the authors.)
22 When the simulation's carried out to age
23 12 years, the magnitude of the explained
24 increase is much less.  By this age, the

1  impact of age at diagnosis is largely
2  eliminated, and the magnitude of
3  artifactual increases that result from
4  the other two assumptions (change in
5  definition and more efficient) combine to
6  a 2.4-fold increase.  This prediction is
7  much smaller than the actual increases in
8  autism rates in the California DDS data,
9  even if we assume, as Wazana et al. did,
10 that all clinicians were using DSM-III in
11 the earlier period (unlikely, given that
12 the DSM-III-Revised had already been
13 adopted) and all clinicians were using
14 the DSM-IV at the end of our study
15 period."
16 Were you aware of this
17 criticism of Wazana before you cited it?
18 MS. BROWN:  Objection to the
19 form of the question.
20 THE WITNESS:  So Wazana is
21 one reference among many that
22 contributes to my opinions about
23 the increasing prevalence of
24 autism and is very commonly

Confidential - Subject to Protective Order

Page 162

1   accepted in the scientific
2   community.
3         The fact that there's
4   another paper that criticizes one
5   of the many papers that I cite
6   doesn't change my opinion.
7         MR. WATTS:  Objection.
8   Nonresponsive.
9   BY MR. WATTS:
10        Q.   Were you aware of this
11  criticism of Wazana when you cited it?
12        A.   So you've already asked me
13  that question.
14        Q.   You didn't answer it.
15        A.   I did.
16        MS. BROWN:  Well, let him
17  answer again.
18        THE WITNESS:  You've asked
19  me if I have seen this paper.
20  BY MR. WATTS:
21        Q.   Were you aware of it?
22        A.   I -- I had not seen this
23  paper, no.
24        Q.   Okay.  Let's go to Volkmar.

Page 163

1         MS. BROWN:  Were you done
2   with your answer, Doctor?
3         THE WITNESS:  Only to
4   clarify that in order for me to be
5   thoughtful and careful about my
6   answer as it relates to this paper
7   and this criticism, I need to
8   spend time reviewing it because I
9   haven't seen it before.
10  BY MR. WATTS:
11        Q.   Okay.  Let's go to
12  Volkmar --
13        MS. BROWN:  He's done
14  though, Mr. Watts.  Let him
15  finish.
16        Was there anything else?
17        THE WITNESS:  I'm done.
18        MS. BROWN:  Okay.
19  BY MR. WATTS:
20        Q.    Let's go to Volkmar.  Is
21  that the next study that you cite in
22  Paragraph 43?
23        Exhibit 403, Paragraph 43.
24        MS. BROWN:  I'll take this.

Page 164

1   Go to your report.  We're back to
2   your report.
3         THE WITNESS:  Yeah.
4         MS. BROWN:  He wants to ask
5   you about another citation at
6   Paragraph 43.
7         Do you need it back?
8         MR. WATTS:  I'll get it
9   back.
10        THE WITNESS:  Yes.
11  BY MR. WATTS:
12        Q.   So you cite Volkmar in 1988
13  as examining "a sample of 52 individuals
14  with autism diagnosed by clinical experts
15  and 62 individuals with developmental
16  disability with autism -- without autism
17  and applied criteria from two different
18  editions of DSM.
19        "Applying the DSM-III
20  criteria to this cohort correctly
21  diagnosed 42/52, or 81 percent, with
22  autism and incorrectly diagnosed 4/62, or
23  6.5, developmentally disabled individuals
24  as having autism"; is that right?

Page 165

1         A.   Yes.
2         Q.   All right.  So the net
3   effect is 6 out of 62 were undercounted,
4   15 percent undercount, right?
5         A.   The purpose of this study
6   was to show that by applying different
7   criteria, you can change the prevalence
8   and the autism diagnosis.  And that's
9   what they did.
10        Q.   What was my question?
11        Was the net effect that the
12  undercount was 15 percent, or 6 of 62?
13        A.   In this small cohort, that
14  shows sort of a proof of concept, yes.
15        Q.   What was the increase in ASD
16  prevalence between 1987 and 1994 when the
17  DSM-III-Revised was in place before
18  DSM-IV came out?
19        A.   I'm not aware of exactly
20  what the increase was between those two
21  years.
22        Q.   Did you provide any studies
23  showing the numerical impact of
24  DSM-III-Revised on subsequent prevalence

Confidential - Subject to Protective Order

Page 166

¹ rates?
²      A.   From DSM-III to DSM-III-R?
³ In my report?
⁴      Q.   Yep.
⁵      A.   No.  This -- this article
⁶ and the idea behind this section of the
⁷ report reflects the fact that when
⁸ diagnostic criteria are broadened, more
⁹ people are included in the diagnosis.
¹⁰ That is inarguable.
¹¹      Q.   Did you provide any studies
¹² showing the numerical impact of
¹³ DSM-III-Revised on subsequent prevalence
¹⁴ rates?  Yes or no?
¹⁵      MS. BROWN:  Objection.
¹⁶      Asked and answered.
¹⁷      THE WITNESS:  As I said, the
¹⁸      premise here is that prevalence
¹⁹      has increased.  It's increased for
²⁰      a variety of reasons.  Here is one
²¹      example of a reason.  Here is one
²²      study to support that.
²³ BY MR. WATTS:
²⁴      Q.   Did you provide any studies

Page 167

¹ showing the numerical impact of
² DSM-III-Revised on subsequent prevalence
³ rates?
⁴      MS. BROWN:  I object.  He's
⁵      answered it three times now.  I'm
⁶      looking at the answer.
⁷ BY MR. WATTS:
⁸      Q.   It's a yes-or-no.
⁹      MS. BROWN:  It is -- he
¹⁰      already answered it.  It's there.
¹¹ BY MR. WATTS:
¹²      Q.   What studies did you provide
¹³ showing the numerical impact of
¹⁴ DSM-III-Revised?
¹⁵      A.   So the study that I am
¹⁶ citing here shows the concept that when
¹⁷ you change criteria, you can actually
¹⁸ have an increase in prevalence, even
¹⁹ within the same cohort.
²⁰      Q.   What percentage of the
²¹ increased prevalence between 1987 and
²² 1994 did scientific studies attribute to
²³ the revised criteria in DSM-III-Revised?
²⁴      A.   I have not investigated that

Page 168

¹ specific issue.
²      Q.   Okay.  Now, with respect to
³ your statement on Page 19, Paragraph 44,
⁴ you say, "It's noteworthy that the DSM
⁵ criteria for autism spectrum disorder
⁶ have continued to expand since autism
⁷ first became a diagnostic entity in
⁸ DSM-III in 1980."
⁹      Do you see that, sir?
¹⁰      A.   Yes.
¹¹      Q.   Are you suggesting that the
¹² rate of autism prevalence that we see in
¹³ this country from 2013 to 2023 is a
¹⁴ result of DSM-V diagnostic criteria
¹⁵ replacing DSM-IV?
¹⁶      A.   I'm suggesting that there's
¹⁷ a whole number of factors that contribute
¹⁸ to the increase in prevalence and, among
¹⁹ them, the change in criteria may
²⁰ contribute, yes.
²¹      Q.   What percentage of the
²² increase in the rate of prevalence of ASD
²³ diagnosis do the studies show is
²⁴ attributable to DSM-V being utilized as

Page 169

¹ opposed to DSM-IV?
²      A.   I have not investigated that
³ specific issue.
⁴      Q.   Well, you cited to Tidmarsh,
⁵ right?
⁶      A.   That's a citation, yes.
⁷      Q.   And Tidmarsh didn't try to
⁸ quantify that increase of rate, right?
⁹      A.   Well, the Tidmarsh paper was
¹⁰ written -- or was a chapter in 2003.
¹¹      Q.   Okay.  So that doesn't have
¹² anything to do with DSM-V replacing
¹³ DSM-IV, agreed?
¹⁴      A.   Again, I think we're kind of
¹⁵ missing the forest for the trees here,
¹⁶ where diagnostic criteria have changed
¹⁷ steadily since the autism was first
¹⁸ described.  That broadening of diagnostic
¹⁹ criteria has led to an increase in
²⁰ prevalence, among many other factors.
²¹      MR. WATTS:  Objection.
²²      Nonresponsive.
²³ BY MR. WATTS:
²⁴      Q.   Tidmarsh didn't have

Page 170

¹ anything to do with explaining the
² increase in rate of prevalence of autism
³ spectrum disorder since the publication
⁴ of DSM-V in 2013, agreed?
⁵     A.   Tidmarsh was published in
⁶ 2003.  So the answer is no, because the
⁷ criteria would change in 2013.
⁸     Q.   Let go to LaSalle in 2023.
⁹ Exhibit 511, please.
¹⁰     (Document marked for
¹¹     identification as Exhibit
¹²     Kolevzon 511.)
¹³ BY MR. WATTS:
¹⁴     Q.   And as we look at the
¹⁵ introduction, second sentence, "The
¹⁶ prevalence of ASD has been steadily
¹⁷ increasing over the past 20 years, from
¹⁸ U.S. child estimates of 0.66 percent in
¹⁹ 2002, 1.13 percent in 2008, 1.85 in 2016,
²⁰ and 2.27 percent in 2018.  Changes over
²¹ this period in the rate of ASD is in part
²² due to increased awareness and changing
²³ diagnoses.  However, even estimates that
²⁴ account for diagnostic changes still

Page 171

¹ leave an apparent increase that cannot
² likely be explained by genetics alone."
³     Is that what it says?
⁴     A.   Those are the words on the
⁵ page.
⁶     Q.   And at the bottom of that
⁷ first paragraph, it says, "Together,
⁸ these findings have demonstrated that ASD
⁹ etiology is decidedly complex, involving
¹⁰ hundreds of genes and interactions with
¹¹ environmental factors."
¹²     Is that what it says?
¹³     A.   So, again, those are words
¹⁴ on the page.  This is a paper that I have
¹⁵ not reviewed.
¹⁶     But I need to clarify some
¹⁷ points of this before I agree with it in
¹⁸ totality.
¹⁹     Q.   Now, the DSM-V was published
²⁰ in May of 2013, right?
²¹     A.   I don't recall the exact
²² month, but it was definitely 2013.
²³     Q.   Okay.  If your report says
²⁴ that, would you buy what you said?

Page 172

¹     A.   Yes.
²     Q.   Okay.  Have you read any of
³ the studies that have calculate the
⁴ percentage of change of prevalence rates
⁵ in autism spectrum disorder that had been
⁶ attributed to DSM-V over DSM-IV?
⁷     MS. BROWN:  Objection.
⁸ Lacks foundation.
⁹     You can answer.
¹⁰     THE WITNESS:  So I've read
¹¹ some of the studies, but I don't
¹² have an immediate memory of them
¹³ at this moment.
¹⁴ BY MR. WATTS:
¹⁵     Q.   Let me take you through some
¹⁶ of them.  And I want to start with just a
¹⁷ reference document.  And this is
¹⁸ Exhibit 481.
¹⁹     (Document marked for
²⁰     identification as Exhibit
²¹     Kolevzon 481.)
²² BY MR. WATTS:
²³     Q.   It's a young man named Toby
²⁴ Rogers, thesis in some school in

Page 173

¹ Australia.
²     And Page 19.  I'm not going
³ to ask you anything about the thesis,
⁴ just what he's citing.
⁵     MR. WATTS:  Page 19, Erik.
⁶     MS. BROWN:  I'm going to
⁷ object to this gentleman's thesis
⁸ as lacking foundation.
⁹     And just for the record, I
¹⁰ have like a three-inch stack of
¹¹ printed dissertation here that I
¹² am aware that Dr. Kolevzon has
¹³ never seen before.
¹⁴     So lacks foundation.  And to
¹⁵ the extent you need time to at
¹⁶ least flip through Mr. Toby
¹⁷ Rogers' paper.
¹⁸ BY MR. WATTS:
¹⁹     Q.   Go to Page 19.  I'm not
²⁰ going to ask you about anything else.
²¹     Here is my question:
²²     On Page 19 --
²³     MR. WATTS:  Blow up Barton,
²⁴ Robins -- just that paragraph,

Page 174

1    Erik.  Yep.
2   BY MR. WATTS:
3    Q.   And he cites to Barton,
4   Robins, Brennan, and Fein in 2013, and
5   Mazefsky, McPartland, Gastgeb and Minshew
6   in 2013, who "concluded that the more
7   precise definition of autism in DSM-V
8   will result in fewer numbers of children
9   diagnosed with autism."
10    Do you see that?
11    A.   I see the words that are
12   written on the page.
13    Q.   Are you familiar with the
14   Barton paper in 2013 or the Mazefsky
15   paper in 2013?
16    A.   I'm familiar with the
17   concerns at the time that the change in
18   diagnostic criteria would sort of lead to
19   people losing their diagnosis.
20    MR. WATTS:  Objection --
21    THE WITNESS:  I'm not
22   familiar with this specific paper.
23   Or if I've read it, I don't
24   recall.

Page 175

1   BY MR. WATTS:
2    Q.   Okay.  How about the Maenner
3   paper in 2014, have you read it?
4    A.   Maenner is one of the main
5   authors on the CDC papers.  So I don't
6   know this exact reference that they are
7   referring to.  But I may or may not have
8   read it.
9    Q.   And it says that the DSM-V
10   definition would lead to an 11.5 percent
11   decrease in the number of children
12   diagnosed with autism.
13    Did you know that?
14    A.   You're reading from a person
15   I never heard of, for a dissertation that
16   is not peer-reviewed, and for a reference
17   that I had no knowledge of --
18    Q.   Let's go to Maenner's
19   paper --
20    MS. BROWN:  Wait.  Let him
21   finish, though, please.
22   BY MR. WATTS:
23    Q.   Let's go to Maenner's paper
24   that was peer-reviewed, Exhibit 433.  I

Page 176

1   think that's --
2    (Document marked for
3   identification as Exhibit
4   Kolevzon 433.)
5    MS. BROWN:  And for the
6   record, where did Tony Rogers'
7   [sic] dissertation come from?  How
8   can we --
9    MR. WATTS:  In Australia.
10   And I only used it for purposes of
11   pointing out two studies to see
12   whether he knew it was there.  I'm
13   not going to ask any more --
14    MS. BROWN:  I understand.  I
15   just want, for the record, how
16   would one access this paper.
17    MR. WATTS:  I can -- well,
18   Number 1, you've got it.  And
19   Number 2, I'll show you how.
20    MS. BROWN:  Okay.  Let's
21   just add to the record, before we
22   close the deposition, a link, a
23   cite, something that would allow
24   someone in the public to access

Page 177

1   this.
2    MR. WATTS:  Sure.
3   And I've already given you a
4   disc with the documents, so you'll
5   be able to see it there as well.
6    MS. BROWN:  I know.  It's
7   just we don't have time to review
8   the three inches of his
9   dissertation.  So I want to know
10   how to access it.
11    MR. WATTS:  So what you do
12   is you type in "Toby Rogers" or
13   the title and you turn on the
14   Google machine and it will come
15   up.
16    MS. BROWN:  Okay.  That's
17   what I wanted to know.
18   BY MR. WATTS:
19    Q.   Okay.  Now, enough of this.
20   Exhibit 433.  Matthew
21   Maenner.
22    Have you read this -- have
23   you read this article before?
24    MS. BROWN:  Hang on.

Page 178

1  BY MR. WATTS:
2      Q.   Have you ever seen it
3  before?
4      A.   I recall this paper coming
5  out.  I don't remember the details of it.
6  I'd have to review it if you wanted me to
7  be --
8      Q.   So --
9          MS. BROWN:  Wait.  Let him
10      finish.
11 BY MR. WATTS:
12     Q.   Maenner's article is
13 entitled, "Potential Impact of DSM-V
14 Criteria on Autism Spectrum Disorder
15 Prevalence Estimates."
16         Published in JAMA Psychiatry
17 in March of 2014.  And your testimony is
18 you recall it coming out but you don't
19 recall reading it, correct?
20     A.   No.
21         MS. BROWN:  Well --
22         THE WITNESS:  My testimony
23      is that I recall it coming out,
24      but I don't remember the details

Page 179

1  off the top of my head.
2  BY MR. WATTS:
3      Q.   Okay.  So --
4      A.   And I'll also say that
5  Maenner is using methods from the
6  CDC-monitoring sites, which is one of the
7  methods that has contributed to
8  increasing prevalence.
9      Q.   And Maenner, on Page 2 of
10 20, in the results, "Based on these
11 findings, ASD prevalence per 1,000 for
12 2008 would have been 10.0 (95 percent
13 confidence interval, 9.6 to 10.3) using
14 DSM-V criteria compared with reported
15 prevalence based on DSM-IV-TR criteria of
16 11.0 to 11.7."
17         Did I read that correctly?
18         MS. BROWN:  I object as
19      lacking foundation.
20         This is an article he said
21      he's not familiar with.
22         THE WITNESS:  Yes.  But --
23 BY MR. WATTS:
24     Q.   Okay.

Page 180

1      A.   Hold on.  Hold on.  I'm
2  sorry.
3          We have to go, just for
4  clarification, to the methods.  All
5  right.  So the methods used for this
6  study were based on coded behaviors
7  documented in children's medical records
8  and educational evaluations.  These are
9  not proxies for the diagnosis.  This is
10 the problem with the CDC methods overall.
11 And so the fact that Dr. Maenner has now
12 taken the CDC methods and applied it to
13 the DSM-III -- DSM-IV and the DSM-V
14 doesn't mean that I necessarily would
15 agree with these results.
16     Q.   Did you put this in your
17 materials considered?
18     A.   Did I put what in my
19 materials considered?
20     Q.   The Maenner paper.
21     A.   This particular paper?  I
22 don't know if I did or not.
23     Q.   Okay.  Let's go to the
24 Sturmey paper of 2013, Exhibit 437.

Page 181

1          (Document marked for
2      identification as Exhibit
3      Kolevzon 437.)
4  BY MR. WATTS:
5      Q.   The abstract --
6          MS. BROWN:  Hang on.  Let's
7      just give him a second to get the
8      copy so he can answer the
9      question.
10         MR. WATTS:  Pull up the
11     abstract.
12 BY MR. WATTS:
13     Q.   "Systematic review of
14 empirical papers comparing the
15 application of DSM-IV and DSM-V
16 diagnostic criteria for Autism Spectrum
17 Disorders identified 12 papers.  The
18 application of DSM-V diagnostic criteria
19 resulted in approximately a one-third
20 reduction in Autism Spectrum Disorders."
21         Did I read that correctly?
22     A.   Those are the words on the
23 page, yes.
24     Q.   Did you cite to any of those

Page 182

1  12 papers saying that DSM-V resulted in a
2  contraction of the number of autism
3  spectrum disorders being reported?
4      A.   I don't know whether those
5  papers are cited in my reference list or
6  not.
7      Q.   Okay.  In terms of the
8  quantum of that subtraction -- go to Page
9  251.
10         "In reviewing those
11 12 papers, the median overall change in
12 diagnosis of ASD from all papers was
13 negative 36.97 percent."
14         Do you see that, sir?
15     A.   I see what they've said on
16 the paper.
17     Q.   Now --
18     A.   This is not in -- not
19 consistent with the way that it's viewed
20 in the community.  It's not consistent
21 with my experience as a clinician.
22         The idea that we're debating
23 whether or not change in diagnostic
24 criteria have led to an increase in

Page 183

1  prevalence to me is misguided.
2         MR. WATTS:  Doctor,
3      nonresponsive.
4         MS. BROWN:  Object.
5  BY MR. WATTS:
6      Q.   My question is, did you ever
7  see Sturmey's paper before I just showed
8  it to you?
9      A.   I don't recall whether I
10 have or haven't.
11     Q.   Let's go to Zander's paper
12 in 2015, Exhibit 443.
13         (Document marked for
14     identification as Exhibit
15     Kolevzon 443.)
16 BY MR. WATTS:
17     Q.   A "New DSM-V Impairment
18 Criterion:  A Challenge to Early Autism
19 Spectrum Disorder Diagnosis?" by Eric
20 Zander, published online in June 28,
21 2015.
22         Did you cite this in your
23 materials considered?
24     A.   I don't know if I did or

Page 184

1  didn't.
2      Q.   On the second page -- I'm
3  sorry, on Page 3640.
4         MS. BROWN:  Let's give him a
5      minute to familiarize himself with
6      the paper.
7  BY MR. WATTS:
8      Q.   Well, as we're familiarizing
9  ourself.
10        MR. WATTS:  Let's go back to
11 3636.  I want to set the stage.
12        MS. BROWN:  I'm just going
13 to object.  The hardcopy is
14 missing pages, and to the extent
15 that he's not familiar with it, we
16 need to get him a copy that he can
17 read to answer your questions.
18        MR. WATTS:  3636.
19        THE WITNESS:  I'm sorry, I'm
20 still on this paper.
21        MS. BROWN:  Take your time.
22 Take you time.
23        This -- my copy was missing
24 pages.  If you want a complete

Page 185

1  one, you might want to look at
2  this.
3         MR. WATTS:  Erik, did you
4  pre-highlight this stuff?
5         TRIAL TECH:  Yes.
6         MR. WATTS:  Can you push
7  click so the highlighting comes up
8  so we can figure it out?
9         TRIAL TECH:  On Page 3636?
10        MR. WATTS:  Yeah.
11 BY MR. WATTS:
12     Q.   "The objective of the
13 current study was to investigate the
14 impact of the new DSM-V impairment
15 criterion on diagnosing ASD in toddlers
16 and young preschoolers."
17     A.   It looks like -- and I'm
18 just seeing this for the first time.
19 It's focused on the impairment criterion
20 using an adaptive behavior scale.
21     Q.   Now, when you say you're
22 seeing it for the first time, you hadn't
23 seen it before I just showed it to you?
24     A.   I don't recall seeing this

Confidential - Subject to Protective Order

Page 186

1  before.
2      Q.   Okay.  If we go to 3641.
3  The conclusion after that objective was
4  set says, "Our findings indicate that a
5  strict application of this DSM-V
6  criterion would compromise the
7  possibility for very young children to
8  get an ASD diagnosis despite exhibiting
9  the defining symptomatology."
10         Do you see that, sir?
11         MS. BROWN:  I object to
12     lacking foundation.  He said he
13     hasn't seen the article before.
14  BY MR. WATTS:
15     Q.   You hadn't seen it, had you?
16         MS. BROWN:  Well, he asked
17     for a minute to read --
18         THE WITNESS:  You asked me
19     two different questions.
20         MS. BROWN:  -- and
21     familiarize himself with the
22     article.
23         THE WITNESS:  You asked me
24     two questions.  One, do I see the

Page 187

1  words on the page?  The answer's
2  yes.
3         Two, if I see -- I don't
4  recall seeing this paper.
5  BY MR. WATTS:
6     Q.   Let's go to Bennett, 2016,
7  Exhibit 447.
8         (Document marked for
9     identification as Exhibit
10    Kolevzon 447.)
11  BY MR. WATTS:
12     Q.   "A Meta-Analysis of DSM-V
13  Autism Diagnoses in Relation to DSM-IV
14  and DSM-IV-TR?"
15         Published in the Review
16  Journal of Autism and Developmental
17  Disorders in 2016.  The author is Matthew
18  Bennett.
19         MS. BROWN:  And, again,
20     Doctor, if you haven't seen this
21     before, take as long as you need
22     to familiarize yourself with it.
23  BY MR. WATTS:
24     Q.   Page 2, it says, "All 24

Page 188

1  studies identified indicated a reduction
2  in the number of people with a DSM-IV or
3  DSM-IV-TR ASD diagnosis being eligible
4  for a DSM-V ASD diagnosis" -- and "a 35
5  and 37 percent reduction respectfully."
6         MS. BROWN:  And I object as
7     lacking foundation.
8         Mr. Watts, what we're doing
9     is just reading random sentences
10    in articles that he's testified he
11    would like a minute to review and
12    he has not seen before.  So I
13    object --
14        MR. WATTS:  Well, that's my
15    question, have you see it before.
16        MS. BROWN:  Wait.  Let me
17    just put this on the record.
18        MR. WATTS:  And, Alli, your
19    job is to say "Objection to form."
20        MS. BROWN:  I understand.
21    But what you're doing is not fair.
22        MR. WATTS:  I know, but when
23    you're giving speeches, you're
24    coaching the witness.

Page 189

1      MS. BROWN:  Well, first of
2  all, that's not -- that's not
3  fair.
4      MR. WATTS:  You can't give a
5  speech every time.  You can say,
6  "Objection.  Form."
7      MS. BROWN:  I need to
8  preserve an objection to this
9  line --
10     MR. WATTS:  Have you read
11  the deposition protocol order?
12     MS. BROWN:  I have.
13     MR. WATTS:  Okay.  So --
14     MS. BROWN:  And I am
15  absolutely complying it --
16  complying with it.
17     MR. WATTS:  Okay.
18     MS. BROWN:  But what doesn't
19  comply with it is when a witness
20  asks for time to look at something
21  and you continue to just read
22  random sentences.
23     I object to that.  And it
24  lacks foundation.  And it's

Page 190

1    improper.
2  BY MR. WATTS:
3      Q.    Doctor, have you ever seen
4  this paper before?
5      A.    I can't say whether I have
6  or I haven't.
7          MR. WATTS:  Go to Baio,
8      2018, Exhibit 475.
9          (Document marked for
10     identification as Exhibit
11     Kolevzon 475.)
12         MS. BROWN:  Please finish
13     your answer.
14         Did you have something you
15     were answering?
16         THE WITNESS:  I feel like
17     it's important to understand all
18     of these papers in their context,
19     right.
20         When the DSM-V came out
21     there were concerns that people
22     would lose their diagnosis, and so
23     lots of papers came out on both
24     sides of this issue, some showing

Page 191

1      they wouldn't, some showing that
2      they would, and it was a very kind
3      of heightened time.
4          Since then, it's clear that
5      prevalence rates have increased,
6      and it's clear that many, many,
7      many factors have contributed,
8      including the broadening
9      diagnostic criteria.
10  BY MR. WATTS:
11     Q.    You done?
12     A.    Yes.
13         MR. WATTS:  Objection.
14     Nonresponsive.
15         MS. BROWN:  Objection.
16  BY MR. WATTS:
17     Q.    Go to Exhibit 475.
18         Have you seen the Baio
19  paper, published by the Centers for
20  Disease Control and Prevention in 2018?
21         MS. BROWN:  Give us a minute
22     to just get the hardcopy in front
23     of him.  Take a minute.
24  BY MR. WATTS:

Page 192

1      Q.    Doctor, my only question is,
2  have you seen this before?
3      A.    Yes.
4      Q.    Okay.  Let's go to Cartolano
5  in 2018, Exhibit 476.
6          (Document marked for
7      identification as Exhibit
8      Kolevzon 476.)
9          MS. BROWN:  One second.
10  BY MR. WATTS:
11     Q.    And in fairness to you, I'm
12  sure, I won't blame you if you haven't
13  seen this one.  It looks like it's some
14  sort of a graduate student study.
15         "Under the Umbrella:
16  Redefining the Spectrum of Autism."
17         Without being critical, have
18  you ever seen this before?
19     A.    Definitely not.
20     Q.    Okay.  Let's keep going.
21         You know who Dr. Fombonne
22  is?
23     A.    Yes.
24     Q.    Exhibit 477.

Page 193

1          (Document marked for
2      identification as Exhibit
3      Kolevzon 477.)
4  BY MR. WATTS:
5      Q.    You cited this paper in your
6  reliance materials at Footnote 25.
7          And the question I have is
8  on Page 9 of 13, Footnote 1, where
9  Dr. Fombonne --
10     A.    Hold on.
11         MS. BROWN:  Just one second,
12     please.
13  BY MR. WATTS:
14     Q.    Page 9 of 13.
15     A.    Just give me a second.
16     Q.    Yeah.
17         In Footnote 1 it says,
18  "Calculated by the author from Baio et
19  al. (2018), Page 12."
20         Then it says, The DSM-IV-TR
21  prevalence in the same subsample was
22  1.77 percent (4,236 plus 4,222 over 20 --
23  263,775).  The DSM prevalence is reduced
24  by 18.1 percent compared to that of the

Page 194

1 DSM-IV-TR.
2      Have you ever talked to
3 Dr. Fombonne about his calculation about
4 the reduction in prevalence under DSM-V
5 versus DSM-IV?
6      MS. BROWN:  Objection.
7 Lacks foundation.
8      THE WITNESS:  I've talked to
9 Dr. Fombonne about the rise in
10 prevalence of autism, but not
11 about this specific calculation.
12 BY MR. WATTS:
13     Q.   Okay.  Let's go to
14 Exhibit 490.
15      (Document marked for
16 identification as Exhibit
17 Kolevzon 490.)
18      MR. WATTS:  Kalra in 2021.
19      MS. BROWN:  What's the
20 number?  490?
21 BY MR. WATTS:
22     Q.   "Comparison of diagnostic
23 criteria for autism spectrum disorder
24 (ASD) using Diagnostic and Statistical

Page 195

1 Manual (DSM) and International
2 Classification of Diseases (ICD)."
3      In fairness, this is a study
4 in Northern India.  Have you ever seen
5 this?
6     A.   I don't recall if I have or
7 not.
8     Q.   Okay.
9      MS. BROWN:  Well, if you
10 have not -- I mean, he should
11 probably take a minute to check if
12 you want a truthful answer.
13      MR. WATTS:  I'm happy with
14 the answer he gave, because I
15 wouldn't expect anybody to see it
16 anyway.
17 BY MR. WATTS:
18     Q.   We'll go to one he should
19 have seen.
20      Exhibit 498, the CDC, in
21 2022.
22      (Document marked for
23 identification as Exhibit
24 Kolevzon 498.)

Page 196

1 BY MR. WATTS:
2     Q.   I assume you have seen this.
3      MS. BROWN:  Take a minute to
4 answer.
5      THE WITNESS:  This exhibit
6 is a?
7 BY MR. WATTS:
8     Q.   Press release.
9     A.   Press release from the CDC.
10     Q.   Okay.  And --
11      MS. BROWN:  Let's just give
12 him a minute to read it.
13 BY MR. WATTS:
14     Q.   It says, under "Main
15 findings," "The findings suggested that
16 estimates of the number of children with
17 ASD might be lower using the current
18 DSM-V criteria than using the previous
19 DSM-IV-TR criteria."
20      Do you see that, sir?
21      MS. BROWN:  Object as
22 lacking foundation.
23      If you need a minute to look
24 at this and understand what this

Page 197

1 press release is about, please
2 take it.
3      THE WITNESS:  So I see the
4 words on the page, but I don't
5 know on what basis they are making
6 this conclusion, and I don't know
7 what study they are relying on.
8 BY MR. WATTS:
9     Q.   Did you cite to this press
10 release?
11     A.   I don't know if I cited to
12 this press release or not.
13     Q.   Have you ever seen that the
14 CDC says that the number of children with
15 ASD might be lower using the current
16 DSM-V criteria rather than using the
17 DSM-IV-TR criteria?
18      MS. BROWN:  I object.  That
19 misstates this document and the
20 CDC's position.
21      THE WITNESS:  I don't know
22 what this reference refers to
23 specifically in terms of studies.
24      I know that the CDC methods

Page 198

1  of calculating prevalence of
2  autism are fundamentally flawed.
3  BY MR. WATTS:
4      Q.   Have you called the CDC and
5  told them that?
6      A.   No.
7      Q.   Have you written to Congress
8  telling them that their money is being
9  spent on a fundamentally flawed
10 calculation at the CDC?
11         MS. BROWN:  I object.  I
12     object.  That lacks foundation --
13         THE WITNESS:  I don't see
14     that as my role.
15 BY MR. WATTS:
16     Q.   Have you published a single
17 article stating that the CDC prevalence
18 calculation methodology is mistaken?
19         MS. BROWN:  Objection to the
20     form of the question.
21         THE WITNESS:  So the
22     scientific community that examines
23     these issues has raised concerns
24     about the methods, about how these

Page 199

1  methods are contributing to
2  estimates that are overblown.
3      MR. WATTS:  Objection.
4  Nonresponsive.
5      MS. BROWN:  Object.
6  BY MR. WATTS:
7      Q.   Has Alexander Kolevzon
8  published a single word saying that the
9  CDC calculations of autism spectrum
10 disorder prevalence rates is in error?
11         MS. BROWN:  Objection.
12     Lacks foundation.
13         THE WITNESS:  You need to be
14     specific about when you say
15     about -- when you say published.
16 BY MR. WATTS:
17     Q.   Like written an article
18 telling the scientific community the CDC
19 has got it all wrong.
20         MS. BROWN:  Objection.
21 BY MR. WATTS:
22     Q.   Have you done that?
23     A.   I have definitely spoke
24 about my concerns with the methods, both

Page 200

1  professionally and in my teaching.  And
2  my view is consistent with the general
3  view.
4          And, by the way, it's just
5  factually correct.  You cannot make the
6  diagnosis of autism based purely on
7  school records and symptoms that appear
8  in school records that are consistent
9  with the criteria.
10         MR. WATTS:  Objection.
11     Nonresponsive.
12         MS. BROWN:  Object.
13 BY MR. WATTS:
14     Q.   Have you published anything
15 saying the CDC calculation rate is in
16 error?
17         MS. BROWN:  Objection.
18     Asked and answered.
19         You can answer again,
20     Dr. Kolevzon.
21         THE WITNESS:  As I said,
22     when I teach, when I speak to
23     professionals, when I give
24     presentations, and this issue

Page 201

1  comes up, I'm certainly most vocal
2  about it.
3  BY MR. WATTS:
4      Q.   Is there a reported
5  publication?
6      A.   Is there a peer-reviewed
7  reported publication?
8      Q.   Yes, sir.
9      A.   I don't recall.
10     Q.   Okay.  Let's go to the
11 younger age of diagnosis.
12         Now, you reference that in
13 2007 the American Academy of Pediatrics
14 published a policy recommending
15 ASD-specific screening at 18 to
16 24 months, right?
17     A.   Yes.
18     Q.   And to the extent that that
19 caused a bump in prevalence rate, would
20 you give me that that's a onetime bump?
21         MS. BROWN:  Objection to the
22     form.
23         THE WITNESS:  No.
24 BY MR. WATTS:

Page 202

1    Q.   Okay.  So from the
2 standpoint of what happened in 2007, they
3 recommended screening at 18 months,
4 right?
5    A.   18 and 24 months.
6    Q.   Yes.
7         And has there been any
8 change in the date of the recommendation
9 for screening in the last 16 years since
10 2007?
11    A.   I'm not sure I understand
12 the question.
13    Q.   Sure.
14         Has it changed, since that
15 2007 recommendation, to start diagnosing
16 between 18 and 24 months?
17         MS. BROWN:  Objection.
18    Vague.
19         You can answer if you
20    understand.
21         THE WITNESS:  Has the
22    recommendation to screen for
23    autism at 18 to 24 months changed
24    since 2007?

Page 203

1 BY MR. WATTS:
2    Q.   Yeah.  They haven't brought
3 it down to six to eight months, is my
4 point.
5    A.   No.
6    Q.   Okay.
7    A.   But the compliance with that
8 recommendation has increased steadily.
9    Q.   Now, you cite in support of
10 this argument to a paper called Sheldrick
11 on Page 20, Footnote 35.
12         And you say that Sheldrick
13 shows "that ASD screening and early
14 intervention of less than 3 years old is
15 associated with a 60 percent increase in
16 ASD diagnosis"; is that right?
17    A.   I'd have to pull up this
18 paper to look at it more carefully.  But
19 that's what I've written on the page,
20 yes.
21    Q.   Now, you realize Sheldrick
22 was simply saying we needed to go into
23 communities of color that are not being
24 screened and start screening, right?

Page 204

1         MS. BROWN:  Objection.
2    Lacks foundation.
3         THE WITNESS:  The point is
4    that if you don't screen, you
5    don't detect cases; and when you
6    do screen, you do detect cases.
7 BY MR. WATTS:
8    Q.   Okay.
9    A.   And so when screening became
10 mandated, more cases were detected.
11    Q.   Okay.  And in Sheldrick they
12 said, look, the services failed to
13 provide ASD screening to Spanish-speaking
14 families, and so we need to screen for
15 Spanish-speaking families, right?
16         MS. BROWN:  If we want to
17    talk about this paper, can we pull
18    it up.
19         MR. WATTS:  No.
20 BY MR. WATTS:
21    Q.   Is that what happened?  You
22 cited it, you should know it.
23         MS. BROWN:  Well, how's he
24    going to know all these papers --

Page 205

1         MR. WATTS:  "Objection.
2    Form," Alli.  Cut it out.
3         MS. BROWN:  I object to the
4    form.  I object to the form.
5         But let's be fair with him.
6         You want a truthful answer --
7 BY MR. WATTS:
8    Q.   Is that -- do you know what
9 Sheldrick did or not?
10    A.   As I understand it, this is
11 not an exercise in my memory.  I did
12 review this paper carefully, and I'm
13 happy to go back and review it again.
14    Q.   Do you know that it had to
15 do with going into communities with
16 Spanish-speaking-only parents?
17    A.   Again, I'm happy to review
18 the methods again right now.
19    Q.   Now, let me take you back to
20 Exhibit 417, which is the Hertz-Picciotto
21 "Rise in Autism, Role of Age At
22 Diagnosis."  This is the one you told me
23 you hadn't seen, right?
24    A.   I have not seen this paper.

Page 206

1    Q.   Have you looked at any of
2 Dr. Hertz-Picciotto's work with respect
3 to the rise in autism prevalence in
4 California?
5    A.   I'm sure I have.  I don't
6 recall exactly what all the findings were
7 at this moment.
8    Q.   And you realize that she
9 says, is the changing age of diagnosis
10 can only explain a 12 percent increase?
11    A.   I don't know what
12 Dr. Hertz-Picciotto says or doesn't say
13 specifically.
14    Q.   Go to Page 3 of 20.  Let's
15 just pull it out there.
16        MS. BROWN:  Hang on.  Let's
17    just get the hardcopy in front of
18    him.
19        This is something we've
20    already marked?
21        THE WITNESS:  This is the
22    one that -- this is not the full
23    version of it, though.
24        MS. BROWN:  I think this is

Page 207

1    it, right?
2        So, Counsel, this is the one
3    that I think we had borrowed your
4    copy for because we only had the
5    abstract.  And we need to borrow
6    it back, please.
7        MR. WATTS:  I'm giving it
8    back to you.
9        MS. BROWN:  Thank you.
10 BY MR. WATTS:
11    Q.   The last sentence of the
12 results on Page 3 of 20 says, "Changing
13 age of diagnosis can explain a 12 percent
14 increase," right?
15        MS. BROWN:  Hang on.  Object
16    as lacking foundation.
17        Let's let him get to the
18    hardcopy and review what he needs
19    to, to answer your question.
20 BY MR. WATTS:
21    Q.   Right there.
22    A.   That's what it says, yes.
23    Q.   Now, if changing age at
24 diagnosis explains a 12 percent increase,

Page 208

1 and there's a 685 percent increase, that
2 means that of the increase, only
3 1.75 percent of it is explained by
4 changing age of diagnosis, doesn't it?
5        MS. BROWN:  Objection.
6    Assumes facts.  Lacks foundation.
7        THE WITNESS:  So the
8    conclusion that's written here is
9    that the changing age at diagnosis
10    can explain a 12 percent increase,
11    and part of that includes also
12    milder cases.
13 BY MR. WATTS:
14    Q.   So that's 56 percent.  So
15 you add those together and that's
16 68 percent, but we had 685 percent
17 increase.
18    A.   So there are many, many
19 factors that contribute to the increase
20 in prevalence.
21        The most likely of which and
22 the most, kind of, profound of which is
23 misidentification of cases.
24    Q.   Doctor, you listed five

Page 209

1 factors, so I'm asking about them, and
2 the changing age of diagnosis, which is
3 Category C, the one study that I've been
4 able to pull up says it increases it by
5 12 out of 685 percent.
6        Do you have another study
7 you can point me to?
8        MS. BROWN:  Objection to the
9    form of the question.
10        THE WITNESS:  So at this
11    moment, off the top of my head, I
12    do not.
13        But when you take a swath of
14    people at a certain age, like
15    eight, and you look for people
16    that have been diagnosed with
17    autism, if they were previously
18    diagnosed at six or seven and now
19    they are being diagnosed at two or
20    three, you are going to include
21    more people in your study.
22 BY MR. WATTS:
23    Q.   Sure.  But they are not
24 going to be rediagnosed when they turn

Page 210

1 six or seven, right?
2     A.   No, they would -- they would
3 count as a case.
4     Q.   So when I said it was a
5 onetime phenomenon, that's what I meant.
6         They are counted.  They are
7 in the system.  They are not counted
8 again when they turn six or seven again,
9 right?
10     A.   Culturally, what this
11 mandate did was it sensitized
12 pediatricians across the country to the
13 importance of screening for autism, and
14 so whether they did it properly at 18 to
15 24, or they were desensitized to it and
16 did it at six or seven, the average age
17 of diagnosis went down.  It just did.
18     Q.   Doctor, and it explained a
19 12 percent increase, but we've got a
20 700 percent increase.
21     A.   The point being --
22     Q.   Do you have another study
23 that says the changing age of diagnosis
24 had a statistically more impactful result

Page 211

1 in explaining the overall increase of
2 prevalence?
3         MS. BROWN:  Objection.
4     Compound.  Misstates the study.
5     Misstates the evidence.
6 BY MR. WATTS:
7     Q.   Do you have a single other
8 study?
9     A.   You're pointing to a single
10 study.
11     Q.   Do you have one?
12     A.   I don't have one off the top
13 of my head right now.
14     Q.   Okay.  Let's go to the
15 changes in law in 1991.
16         And I want to go to your
17 report, Exhibit 403.  Page 20,
18 paragraph 46, please.
19         All right.  Now,
20 Paragraph 46 and 47, you reference
21 something that happened in 1991 called
22 the Individuals with Disability Education
23 Act?
24     A.   And it continues to be

Page 212

1 relevant today.
2     Q.   And you cite Croen in 2002;
3 is that right?
4     A.   That's one of the references
5 that supports that, yes.
6     Q.   Well, help me with any other
7 reference that supports that, that you
8 bothered to cite in this -- this report?
9         MS. BROWN:  Did you say that
10     you bothered to say?
11         MR. WATTS:  I did.
12         MS. BROWN:  I object.
13     That's argumentative.
14 BY MR. WATTS:
15     Q.   Okay.  So there's other
16 ones, but you didn't give them to me, so
17 let's talk about the one you did give.
18 And that's Croen, right?
19     A.   Yeah.  And I can also rely
20 on my 20 years of experience in seeing
21 thousands and thousands of kids being
22 misdiagnosed for the purposes of
23 educational services.
24     Q.   Doctor, did you give me a

Page 213

1 single other citation other than Croen in
2 2002?
3         MS. BROWN:  Objection to the
4     form of the question.  Misstates
5     the report.
6         THE WITNESS:  As one
7     reference to support this idea
8     that's commonly accepted in the
9     scientific community as truthful,
10     I've cited one reference.
11 BY MR. WATTS:
12     Q.   It's the only reference you
13 gave me, right?
14         MS. BROWN:  Objection.
15         THE WITNESS:  In addition to
16     my 20 years of experience.
17 BY MR. WATTS:
18     Q.   And so let's split this up.
19         Did I only get one
20 reference, Croen of 2002, yes or no?
21     A.   I provided one reference to
22 support this statement.
23     Q.   Okay.  And you say that
24 reference is so excellent, it's commonly

1  accepted as proving your point, right?
2      A.   That mischaracterizes what I
3  said.
4          What I said is that it's
5  commonly accepted in the scientific
6  community, based on decades of clinical
7  experience, that when this law changed,
8  families decided they wanted services and
9  they got the -- the autism diagnosis in
10 order to get services; it became
11 prescriptive.
12     Q.   And as your silver bullet,
13 you give me crown -- Croen of 2002.
14 That's it?
15     A.   It's not a --
16     MS. BROWN:  Objection.
17 Argumentative.
18     Go ahead.
19     THE WITNESS:  It's not a
20 silver bullet.  It is a reference
21 that supports the idea.
22 BY MR. WATTS:
23     Q.   Do you have a single other
24 reference you want to share with this

1  jury other than Croen 2002?
2      MS. BROWN:  Objection.
3  Other than what he already
4  testified to.
5      THE WITNESS:  I think I --
6  as I've said, at this time,
7  sitting here today, I do not have
8  another reference.  That isn't to
9  say that another reference doesn't
10 exist.
11 BY MR. WATTS:
12     Q.   Now let's visit about Croen
13 in 2002.
14     MS. BROWN:  Were you done?
15     THE WITNESS:  Sure.
16 BY MR. WATTS:
17     Q.   Croen in 2002, you dropped
18 Footnote 36.
19     MR. WATTS:  Can we show --
20 just pull up 47 and go down to the
21 footnote so we can see it.
22     No.  No.  Take that off.
23     Okay.  I want only
24 Paragraph 47, and I want to see

1  Footnote 36.
2      MS. BROWN:  Yep.  Mm-hmm.
3      And Dr. Kolevzon needs a
4  break as soon as your question is
5  not pending anymore.
6      MR. WATTS:  As soon as we
7  get done with Croen, we'll take a
8  break.  Okay?
9      MS. BROWN:  Good.
10 BY MR. WATTS:
11     Q.   All right.  You see how in
12 Footnote 36 you cite to Croen,
13 "Descriptive epidemiology of autism in a
14 California population:  Who is at risk?"
15     Is that right?
16     A.   That looks to be the Croen
17 reference, yes.
18     Q.   Okay.  And then your only
19 other reference is -- go to 37 and 38 --
20 is Id. at 214; is that right?
21     MR. WATTS:  Show -- show 36,
22 37 and 38.
23 BY MR. WATTS:
24     Q.   So you've given three

1  footnotes, 36, 37, and 38.
2      Id. means same paper, right?
3      A.   Yeah.
4      Q.   Now, I'm curious,
5  Footnote 36 has a paper range of 217 to
6  224, and your Id. is the 214, which is
7  outside that range.
8      That's a mistake, isn't it?
9      A.   Go back.  Sorry.
10     Q.   Do you see 36?
11     A.   Yep.
12     Q.   And the paper range is 217
13 to 224, right?
14     A.   Yes.
15     Q.   So it can't be an Id. at
16 214.  It's got to be something went wrong
17 here, right?
18     A.   Most likely.
19     Q.   Okay.  Now, let's talk about
20 what went wrong.
21     MS. BROWN:  Can we give
22 Dr. Kolevzon a bathroom break
23 first, though?
24     MR. WATTS:  Sure.

1        MS. BROWN:  Okay.  Perfect.

2        THE VIDEOGRAPHER:  The time

3 right now is 11:02 a.m.  We are

4 off the record.

5        (Short break.)

6        THE VIDEOGRAPHER:  The time

7 right now is 11:10 a.m.  We're

8 back on the record.

9 BY MR. WATTS:

10     Q.   Okay.  Doctor, we've got

11 Footnote 36 which cites to "Descriptive

12 epidemiology in a California population:

13 Who is at risk?"

14        Journal of Autism and

15 Developmental Disorders, 2002, Volume 32,

16 Pages 217 to 24.

17        We clearly have a typo in

18 Footnote 37 and 38, because it doesn't

19 fit within the range.

20        But let's go to the paper,

21 which is Exhibit 408, "Descriptive

22 Epidemiology."

23        (Document marked for

24     identification as Exhibit

1     Kolevzon 408.)

2 BY MR. WATTS:

3     Q.   This is the paper that you

4 cite to in Footnote 36, right?

5        MS. BROWN:  Hold on.

6        Okay.  Got it.

7 BY MR. WATTS:

8     Q.   Is that right, Doctor?

9     A.   Yeah.  They seem consistent.

10     Q.   Yeah.  And I'm going to

11 clean it up here in a second.

12        Go to Page 219, because

13 there's one thing in this paper that I

14 want you to see.

15        It says, "Our series of

16 children with autism is larger than the

17 total number of children included in all

18 previous epidemiologic studies of autism

19 combined."

20        Do you see that?

21     A.   I see where it says that,

22 yeah.

23     Q.   Okay.  Now, I think what

24 happened, and not being pejorative about

1 it, is you cited originally to this, and

2 you meant to cite to another one, which

3 I'm going to take you to, which is 409.

4        So let's just clean this up,

5 if we could.

6        (Document marked for

7     identification as Exhibit

8     Kolevzon 409.)

9 BY MR. WATTS:

10     Q.   409, in fairness to you, is

11 in the same journal.  It's entitled, "The

12 Changing Prevalence in Autism in

13 California," and it starts on Page 207

14 and includes Page 214.

15        Do you see that?

16     A.   Yeah.  In looking at my --

17 yeah, in looking at my description of the

18 paper, the 36 reference is wrong, and it

19 should be to this.

20     Q.   Right.  Okay.  So when you

21 cited 408, you meant to cite to 409.

22 That's where we are, right?

23     A.   Yes.

24     Q.   Okay.  Now let's go to 409.

1        That's what I thought.  And

2 these things happen.  It's not a big

3 deal.

4     A.   Yeah.

5     Q.   But let's go to 409.

6        Okay.  On Page 213 --

7     A.   Just let me orient myself

8 one second.

9     Q.   In the second column, it

10 says, "The marked increase in the

11 prevalence of autism and MR observed for

12 children born in 1990-1992 provides

13 support for the hypothesis that

14 improvements in detection may have

15 contributed to our results."

16        And then go to the next one.

17        "Changes in diagnostic

18 practices during the study period might

19 also have contributed to the observed

20 increase."

21        That's what you meant to

22 cite to, right?

23     A.   Yes.

24     Q.   Okay.  Now, this is the one

1 study, Exhibit 409, that you cited to, by
2 intention anyway, to support your
3 argument in this particular point dealing
4 with the change of special education law,
5 right, Croen in 2002?
6     A.   So it's very clear that the
7 change in special education law led to a
8 shift in diagnostic practices, and this
9 study provides some evidence that, in
10 fact, that's true.
11     Q.   It's the one study you
12 provided to support it, right?
13         MS. BROWN:  Objection.
14     Misstates testimony.
15         THE WITNESS:  I used this
16     study to support that statement.
17 BY MR. WATTS:
18     Q.   And only this study?
19         MS. BROWN:  Objection.
20     Misstates testimony.
21         THE WITNESS:  This is a
22     study that I've used.
23 BY MR. WATTS:
24     Q.   Was there any other study

1 used?
2     A.   I haven't used any other
3 studies in this particular reference.
4     Q.   All right.  Now, the reason
5 I ask that question is, are you familiar
6 with a Dr. Blaxill, B-L-A-X-I-L-L?
7     A.   I am not.
8     Q.   Let's look at what he had to
9 say about Croen in 2002.
10         Exhibit 410, please.
11         (Document marked for
12     identification as Exhibit
13     Kolevzon 410.)
14 BY MR. WATTS:
15     Q.   This is a commentary by
16 Blaxill, Baskin, and Spitzer on Croen,
17 2002, "The Changing Prevalence of Autism
18 in California."
19         Have you seen this
20 commentary before?
21     A.   I don't recall if I have or
22 not.
23     Q.   And in the introductions,
24 just get to the meat of it.

1         MS. BROWN:  Just give him a
2     minute to look at it.
3 BY MR. WATTS:
4     Q.   It says, "Their calculations
5 purport to demonstrate that over
6 100 percent of the increase in autism
7 from 1987 to 1994 is an artifact of
8 changes in diagnostic practices.  In your
9 editorial commentary, Eric Fombonne
10 praises the study, and claims Croen et
11 al. carefully analyzed the California
12 dataset.  We disagree."
13         Did I read that correctly?
14     A.   It appears that Dr. Blaxill,
15 or Mr. Blaxill, disagrees, yes.
16     Q.   Let's go to his conclusion
17 on Page 226.
18         "Croen et al. support
19 arguments to set aside the growing body
20 of evidence that we have an epidemic of
21 autistic diseases.  They have suggested
22 that 'diagnostic substitution' accounts
23 for an apparent increase in the incidence
24 of autism in California that is not real.

1 This hypothesized substitution is not
2 supported by proper and detailed analyses
3 of the California data.  On the contrary,
4 California continues to provide the
5 strongest evidence for the explosion in
6 the incidence of autism."
7         Did I read that correctly?
8     A.   I don't agree with that
9 statement, but you did --
10     Q.   I didn't ask that.  Did I
11 read it correctly?
12         MS. BROWN:  Let him finish,
13     please.
14         THE WITNESS:  You read it
15     correctly.
16 BY MR. WATTS:
17     Q.   Okay.  Have you ever seen
18 this before today?
19     A.   I don't recall seeing this,
20 physically.
21     Q.   Now, Croen in 2002 is the
22 one study you provided in support, and
23 yet Blaxill is saying it's wrong, right?
24         MS. BROWN:  Objection.

Page 226

1  Misstates the paper.
2       THE WITNESS:  So, again, I
3  can represent the view of the
4  scientific community in saying
5  that there's clearly a consensus
6  that younger age of diagnosis,
7  change in diagnostic criteria, and
8  educational shifts in sort of
9  regulatory requirements have led
10 to an increase in the diagnosis of
11 autism.  And there are some
12 studies that support that, and, I
13 imagine, there are some studies
14 that don't support that.
15      But, overall, the totality
16 of the evidence suggest that, in
17 fact, that's the case.
18      MR. WATTS:  Objection.
19 Nonresponsive.
20      MS. BROWN:  Objection.
21 BY MR. WATTS:
22      Q.   The one study that you cited
23 is criticized as being wrong by Blaxill,
24 which you have never seen before today,

Page 227

1  right?
2       A.   I don't have the
3  opportunity --
4       MS. BROWN:  Objection to
5  form.
6       Go ahead.
7       THE WITNESS:  I don't have
8  the opportunity to evaluate
9  Blaxill's commentary.
10      It's a commentary.  It's not
11 even peer-reviewed.  I don't think
12 it's fair for me to comment on it.
13 BY MR. WATTS:
14      Q.   Okay.  Well, I'll tell you
15 what.  Let's comment on Exhibit 411,
16 which is what Croen said about her own
17 study after reading Blaxill.
18      Exhibit 411 is entitled
19 "Response:  A Response to Blaxill,
20 Baskin, and Spitzer on Croen (2002), 'The
21 Changing Prevalence in Autism in
22 California,'" by Croen and Grether.
23      (Document marked for
24 identification as Exhibit

Page 228

1       Kolevzon 411.)
2  BY MR. WATTS:
3       Q.   Have you ever seen Croen's
4  response published in April 2003 about
5  the criticism to her 2002 study that you
6  cited to?
7       A.   I don't recall.
8       Q.    And if we look at --
9       MR. WATTS:  Let's go to
10 Column 2, Eric.  First page.
11 BY MR. WATTS:
12      Q.   Says, "Blaxill et al.
13 correctly point out that age patterns of
14 enrollment in this service system may be
15 substantially different for autism and
16 idiopathic MR and that truncated
17 follow-up for children born during the
18 more recent study years might
19 differentially affect the observed trends
20 in prevalence of these two disorders over
21 the study period.  That is, not only did
22 we underascertain autism in the later
23 years (which we acknowledged), but we may
24 have underascertained MR to a

Page 229

1  substantially greater degree (which we
2  did not acknowledge).  Blaxill et al.
3  assert that the observed decline in
4  idiopathic MR could be an artifact of a
5  relatively later average age of entry
6  into the system for children with this
7  disorder."
8       Did I read that correctly?
9       MS. BROWN:  Objection.
10 Lacks foundation.
11      THE WITNESS:  It's
12 impossible for me to comment on
13 this without reading it.
14 BY MR. WATTS:
15      Q.   Did I read it correctly?
16      A.   You read the words on the
17 page.
18      Q.   Okay.
19      A.   But I can't make any kind of
20 opinion about this.
21      Q.   Because you've never seen it
22 before?
23      A.   If I have seen it before, I
24 don't remember.

Confidential - Subject to Protective Order

Page 230

1    Q.   You did not cite to it, did
2  you?
3    A.   It was not in my citations.
4    Q.   Let's go down further on the
5  column.
6        "As a way of addressing the
7  criticisms by Blaxill et al. with our
8  original dataset, we have conducted a
9  reanalysis limiting the data to children
10 who had the same number of years of
11 follow-up across all study years."
12       And if we go to the next
13 page, they conclude, based on that
14 reanalysis, that, "diagnostic
15 substitution does not appear to account
16 for the increased trend in autism
17 prevalence we observed in our original
18 analysis."
19       Did you know that they had
20 to reanalyze and retract what they said
21 before?
22       MS. BROWN:  I object to the
23 reading of part of that sentence
24 as incomplete.

Page 231

1        THE WITNESS:  There's no
2  doubt that people who were
3  previously diagnosed with
4  intellectual disability are now
5  being diagnosed with autism
6  spectrum disorder.
7        There's no doubt that prior
8  to 1990 people with autism were
9  not guaranteed educational
10 services, whereas afterwards they
11 were.
12       And there's no doubt that
13 that's some diagnostic
14 substitution going on.
15       MR. WATTS:  Objection.
16 Nonresponsive.
17       MS. BROWN:  Object.
18 BY MR. WATTS:
19   Q.   Were you aware that Croen in
20 2003 had to acknowledge that her
21 methodology that you cited to, she did in
22 2002, was wrong?
23       MS. BROWN:  I object.  That
24 misstates the paper.

Page 232

1        THE WITNESS:  In order for
2  me to comment on this paper, I
3  need time to read it, understand
4  the methods, understand exactly
5  what she's saying needed to be
6  changed or not changed.  I don't
7  have time to do that.
8  BY MR. WATTS:
9    Q.   Because you've never seen it
10 before today, have you?
11   A.   If I've seen it, I don't
12 remember.  So in order to comment on it,
13 I need to read it carefully.
14   Q.   And let's go to Page 229.
15       "We agree with Blaxill et
16 al. that the slight degree of diagnostic
17 substitution we observed in these samples
18 would not explain the dramatic increase
19 in the probability of becoming a DDS
20 client for autism by age four."
21       Did I read that correctly?
22   A.   You read the words on the
23 page.
24       Nobody is implying that

Page 233

1  diagnostic substitution is the
2  explanation for the entire increase in
3  prevalence.  It's one among many, many
4  factors.
5    Q.   And, in fact, you know that
6  this same dataset was later analyzed, and
7  it was only a quarter of the increase,
8  don't you?
9        MS. BROWN:  Objection.
10 Lacks foundation.
11       THE WITNESS:  I'm not aware
12 of that specifically.
13 BY MR. WATTS:
14   Q.   Well, in previous cases, you
15 cited to a paper by Keane and Berman,
16 haven't you?
17   A.   It may be true.
18   Q.   Let's go to Exhibit 479,
19 which was your report in the
20 Daniels-Feasel case, Pages 9 and 10 of
21 94.
22       At the bottom of 9, it says,
23 "For example, Keane and Berman in 2009
24 estimated that one-fourth of the observed

Page 234

1   increase in ASD prevalence in California
2   between 1992 and 2005 was a direct
3   consequence of diagnostic exchange
4   between ID and autism."
5          Do you see that, sir?
6      A.   That's what it says, yes.
7      Q.   So you said that in the
8   Daniels-Feasel case five years ago.  Did
9   you even cite to Keane and Berman in this
10  report?
11     A.   I don't recall whether I did
12  or didn't.
13     Q.   Well, is Keane and Berman
14  even in your materials considered?
15         MS. BROWN:  Objection to the
16     form.
17         THE WITNESS:  I don't know
18     if it is or isn't.
19         MR. WATTS:  Go to Page 30 of
20     Exhibit 404, which is his
21     materials considered list.
22         MS. BROWN:  What is the
23     exhibit?
24         MR. WATTS:  404.  His

Page 235

1   materials considered list.
2   Page 30.
3          (Document marked for
4      identification as Exhibit
5      Kolevzon 404.)
6   BY MR. WATTS:
7      Q.   If you cited to Keane and
8   Berman, it should be right between Entry
9   Number 2 and Entry Number 3, between Kim
10  and Kristen -- or Kirsten, right?  And
11  it's not there.
12     A.   It does not appear to be
13  there.
14     Q.   Can you explain for the
15  ladies and gentlemen of the jury why, in
16  2018, you explained that only 25 percent
17  of the increase is because of this; and
18  in 2023, you just took out the reference
19  altogether, suggesting something entirely
20  otherwise?
21         MS. BROWN:  I object.  That
22     completely misstates these
23     documents.
24         THE WITNESS:  So the

Page 236

1   opinions are the same.  The trends
2   are the same.  The explanation is
3   the same.
4          I've not included one
5   reference that supports that.
6   BY MR. WATTS:
7      Q.   Now, if Keane and Berman
8   said changes in practices for
9   diagnostic -- diagnosing autism accounted
10  for only one-fourth of the observed
11  increase in prevalence in California,
12  that means three-quarters of the increase
13  has to be explained by other factors,
14  right?
15         MS. BROWN:  Objection.
16     Lacks foundation.
17         THE WITNESS:  There are many
18     other factors, many of which I've
19     described here, which include
20     change in diagnostic criteria,
21     younger age of diagnosis.  And
22     other just cultural shifts in the
23     acceptance of the diagnosis.
24  BY MR. WATTS:

Page 237

1      Q.   Now, have you done any
2   sort -- going back to 545, please.
3          Have you done any sort of
4   work to be able to tell the ladies and
5   gentlemen of the jury what the percentage
6   of the rate increases explained by these
7   five examples that you gave?
8      A.   I don't think I'm able to do
9   that, sitting here today.
10     Q.   Well --
11     A.   I think it's clear that all
12  these factors have contributed to the
13  rise in prevalence, for sure.
14     Q.   You can't add it up to
15  100 percent, can you?
16         MS. BROWN:  Objection.
17  BY MR. WATTS:
18     Q.   Not even close.
19         MS. BROWN:  Objection to the
20     form.
21         THE WITNESS:  So I haven't
22     added it up.  I haven't done a
23     calculation.
24         The point here is that

Confidential - Subject to Protective Order

Page 238

1 there's an enormous increase in
2 the prevalence of autism. That
3 the true increase -- the true --
4 the true incidence has not
5 actually changed. And that much
6 of the increase in prevalence can
7 be accounted for by these factors.
8 BY MR. WATTS:
9     Q.   Is it much of the increase,
10 some of the increase, a small percentage
11 of the increase, or all the increase?
12     A.   I'm not going to guess.
13     Q.   You don't know?
14        MS. BROWN:  Objection to the
15     form.
16        THE WITNESS:  Was that a
17     question?
18 BY MR. WATTS:
19     Q.   Yep.
20     A.   What's the question?
21     Q.   You don't know what
22 percentage of the increase of prevalence
23 is accounted for by these supposed
24 artifactual excuses you give versus

Page 239

1 environmental, do you?
2        MS. BROWN:  Objection.
3     Argumentative.  Lacks foundation.
4        THE WITNESS:  So I'm not
5     sure that you can use the word
6     "excuses" to characterize it,
7     first of all.
8        I can't, at this moment,
9     assign values, because this would
10     probably require mathematical
11     modeling that I'm not able to do,
12     certainly not sitting here today.
13 BY MR. WATTS:
14     Q.   Other people have done that
15 mathematical modeling and concluded that
16 there's got to be something else
17 environmental going on, haven't they?
18        MS. BROWN:  Objection to the
19     form.  Lacks foundation.
20        THE WITNESS:  So it's clear
21     that there are potentially
22     environmental effects, because
23     heritability is not 100 percent.
24        However, those environmental

Page 240

1 effects are, as of yet, basically
2 unknown and certainly do not
3 include acetaminophen.
4 BY MR. WATTS:
5     Q.   Doctor, other people have
6 done the work to figure out what
7 percentage of the rate of prevalence
8 increase is attributable artifact versus
9 it's got to be environmental, haven't
10 they?  You've seen that?
11     A.   So I would object to the
12 "got to be environmental" part.
13     Q.   Okay.  Let me show you
14 Exhibit 418 as one example.
15        (Document marked for
16        identification as Exhibit
17        Kolevzon 418.)
18 BY MR. WATTS:
19     Q.   And this is an article
20 written by Martha [sic] Cone in 2009, and
21 I just want to give you a couple of
22 quotes in this article.
23        At the bottom of the first
24 page, top of the second --

Page 241

1        MS. BROWN:  Well, he's not
2     familiar with it.  Let's let him
3     read it first.
4        MR. WATTS:  Split the page.
5 BY MR. WATTS:
6     Q.   It quotes Martha -- Irva
7 Hertz-Picciotto, an epidemiology
8 professor at the University of
9 California, Davis, who led the study.
10 She says, "It's time to start looking for
11 the environmental culprits responsible
12 for the remarkable increase in the rate
13 of autism in California."
14        This is a doctor that you
15 have published with in the past, right?
16        MS. BROWN:  Objection.
17     Lacks foundation.
18        Can he read the article
19     first.
20 BY MR. WATTS:
21     Q.   Sir, have you published with
22 her?
23     A.   I may have.
24     Q.   Okay.  All we have to do is

Page 242

1 type in Picciotto --
2      A.   Yeah.
3      Q.   -- into the file of your
4 publications, and we'll see it or not,
5 right?
6      A.   Of course.
7      Q.   Okay.
8           And if we go to Page 3 of 6
9 it says, "The California researchers
10 concluded that doctors are diagnosing
11 autism at a younger age because of
12 increased awareness.  But that change is
13 responsible for only about a 24 percent
14 increase in children reported to be
15 autistic by the age.
16           "'A shift towards younger
17 age at diagnosis was clear but not huge,'
18 the report says.
19           "Also, a shift in doctors
20 diagnosing milder cases explains another
21 56 percent.  And changes in state
22 reporting of the disorder could account
23 for around a 120 percent increase.
24           "Combined, Hertz-Picciotto

Page 243

1 says those factors 'don't get us close'
2 to the 600 to 700 percent increase in
3 diagnosed cases."
4           Did I read that correctly?
5      A.   You're reading from a
6 web-based article by somebody that I've
7 never heard of, relying on information
8 that I'm not able to verify.
9      Q.   You've never heard of
10 Dr. Hertz-Picciotto?
11      A.   No.  I have never heard of
12 Marla Cone, who wrote this article.
13      Q.   Okay.  But the quote from
14 Hertz-Picciotto, have you ever talked to
15 her about her opinions in this regard?
16      A.   I have not talked to her --
17 to her about it personally, no.
18      Q.   And if we go farther down
19 the page, she's quoted again.  After she
20 says they don't come close to getting us
21 to the 6- to 700 percent increase, it
22 says, "'There's genetics and there's the
23 environment.  And genetics don't change
24 in such short periods of time,'

Page 244

1 Hertz-Picciotto, a researcher at UC Davis
2 M.I.N.D. Institute, a leading autism
3 research facility, said in an interview
4 on Thursday."
5           Do you agree with that
6 statement?
7      A.   I agree with parts of that.
8 And I think that it's clear there are
9 both genetic, which makes up the vast
10 majority of the cause of autism, and
11 then, likely, some environmental risk
12 factors that we have, as of yet, not
13 reliably identified.
14      Q.   Now, I want to talk to you
15 about that last statement that you just
16 made.
17           First of all, you have
18 stated in many papers and depositions
19 that autism spectrum disorder is a
20 heterogenous condition, right?
21      A.   Both clinically and
22 genetically, yes.
23      Q.   Okay.  And for people who
24 don't talk like doctors, heterogeneity

Page 245

1 means what?
2      A.   There are a lot of different
3 genetic causes and there are a lot of
4 different symptoms.
5      Q.   Okay.  A lot of different
6 environmental causes.
7      A.   So, hypothetically.  It's a
8 speculation at this point, but it's
9 certainly possible.
10      Q.   Now, let's see if we can go
11 about it this way.
12           Would you agree with me that
13 if somebody fractures their femur, the
14 fractured femur is a broken leg, right?
15           MS. BROWN:  Objection.
16 Incomplete hypothetical.
17           THE WITNESS:  I'm not an
18 orthopedic surgeon, but in
19 layperson's terms I would assume
20 that to be the case, yes.
21 BY MR. WATTS:
22      Q.   The fractured femur is not
23 the cause of the broken leg, it's the
24 result, right?

Page 246

1    MS. BROWN:  Objection to the
2  form of the question.
3    THE WITNESS:  Depends.
4  BY MR. WATTS:
5    Q.   Well, if I put a bat to your
6  femur -- and I wouldn't do that to you --
7  but if I did and I broke your femur, the
8  swinging of the bat is the cause of your
9  broken leg, right?
10    MS. BROWN:  Objection to the
11  form of the question.
12    THE WITNESS:  It depends.
13  BY MR. WATTS:
14    Q.   Well, autism, does it result
15  from a gene change that occurs?
16    MS. BROWN:  Objection.
17  Vague.
18    THE WITNESS:  The only
19  commonly accepted cause of autism
20  today, as we understand it, is
21  genetic in origin.
22    MR. WATTS:  Objection.
23  Nonresponsive.
24    MS. BROWN:  Object.

Page 247

1  BY MR. WATTS:
2    Q.   Do you know what the phrase
3  "ipsi dixit" means?
4    MS. BROWN:  Objection to the
5  form of the question.
6    THE WITNESS:  I do, but only
7  because I read a deposition
8  yesterday.
9  BY MR. WATTS:
10    Q.   Okay.
11    MS. BROWN:  You guys are
12  asking the same questions.
13  BY MR. WATTS:
14    Q.   Did you read --
15    A.   And I took Latin in high
16  school.
17    Q.   Yeah.  Did you read "Alice
18  in Wonderland"?  It is, because I say it
19  is.
20    A.   Yes.
21    MS. BROWN:  Objection to
22  form.
23  BY MR. WATTS:
24    Q.   And so let's -- let's probe

Page 248

1  on this, "It is, because I say it is."
2    Does autism ever happen
3  without a change in genetic composition
4  or gene expression?
5    MS. BROWN:  Objection.
6  Calls for speculation.
7    THE WITNESS:  So to the
8  state of our knowledge today, the
9  only reliable, replicated,
10  consistent causal factor in autism
11  is genetic in origin.
12  BY MR. WATTS:
13    Q.   Okay.  That wasn't my
14  question.
15    The change in the gene is
16  the broken leg, right?  It's the
17  consequence that manifests itself through
18  clinical conditions that you call autism,
19  right?
20    MS. BROWN:  Objection to the
21  form of the question.  Lacks
22  foundation.  Vague.
23    THE WITNESS:  I think you
24  need to clarify the question.

Page 249

1  BY MR. WATTS:
2    Q.   Well, let's see if we can go
3  about it this way.
4    There are all sorts of study
5  about what causes that change in the
6  gene, right?
7    MS. BROWN:  Objection.
8  Vague.
9    THE WITNESS:  There are some
10  studies that explore what are
11  called epigenetic factors.  Other
12  studies that very, very clearly
13  document that de novo,
14  spontaneous, what are called
15  stochastic mutations occur at the
16  time of conception.
17  BY MR. WATTS:
18    Q.   Okay.  So we're going to get
19  into all of that, but let's keep it on a
20  global fifth-grade level.
21    Is there any, according to
22  you, any case of autism that exists
23  without a modification of the gene of
24  some sort?

Page 250

1      MS. BROWN:  Objection.
2  Vague.  Calls for speculation.
3      THE WITNESS:  The current
4  understanding is that the only
5  accepted cause of autism is
6  genetic in origin.
7  BY MR. WATTS:
8      Q.   And we're almost getting
9  there.
10      When you say genetic in
11  origin, something happened to the gene --
12      A.   Yep.
13      Q.   -- that altered it, right?
14      MS. BROWN:  Objection.
15  Vague.
16      THE WITNESS:  So by
17  "something," what do you mean?
18  BY MR. WATTS:
19      Q.   Well, we're going to get
20  there.
21      But in order to have autism,
22  you have to have a changed gene from
23  what's normal, right?
24      MS. BROWN:  Objection.

Page 251

1  Lacks foundation.
2      THE WITNESS:  I mean, it
3  could be sort of a common
4  variation that might manifest as
5  normal in one individual, but as
6  it's inherited and interacting
7  with other genes, could be
8  pathologic in another individual.
9  BY MR. WATTS:
10      Q.   See if can go about it this
11  way.
12      I do a lot of pesticide
13  work.
14      A.   Yeah.
15      Q.   Tell the jury what a
16  clastogen is.
17      A.   I'm not a pesticide expert.
18  I have no idea.
19      Q.   You are not aware of what a
20  clastogenic substance?
21      A.   A what?
22      Q.   A clastogenic substance.
23      A.   Clastogenic?  No --
24      Q.   Clastogenic,

Page 252

1  C-L-A-S-T-O-G-E-N-I-C.
2      A.   I think that's well outside
3  of my area of expertise.
4      Q.   Okay.  If I tell you that
5  it's a mutagenic agent that disturbs
6  normal DNA-related process, causes DNA
7  strand breakages, deletion of entire
8  chromosome sections, insertion of
9  chromosome sections, rearrangements of
10  chromosome sections, does that make a lot
11  of sense to you?
12      A.   All of that make sense.
13      MS. BROWN:  Objection.  It
14  lacks foundation.
15  BY MR. WATTS:
16      Q.   Okay.  So a clastogen is
17  something that alters the genetic
18  presentation, right?
19      MS. BROWN:  Object.  Lacks
20  foundation.
21      THE WITNESS:  So, again, I
22  don't know what a clastogen is, so
23  it's hard for me to comment about
24  it.

Page 253

1      But what you asked me was,
2  did that string of words make
3  sense.
4  BY MR. WATTS:
5      Q.   Yeah.  And it did, didn't
6  it?
7      MS. BROWN:  Let him finish.
8      THE WITNESS:  Those -- those
9  string of words make sense.  There
10  is the possibility.
11  BY MR. WATTS:
12      Q.   Okay.  There are
13  environmental products that are
14  clastogenic because they can alter the
15  general metallic presentation in the way
16  that I just described, right?
17      MS. BROWN:  Objection.
18  Lacks foundation.
19      THE WITNESS:  This is,
20  again, outside of my area of
21  expertise.
22  BY MR. WATTS:
23      Q.   Okay.  But in that
24  situation, if you have a substance, when

Page 254

¹ somebody is exposed to it, it results in
² their change of their genetic
³ presentation.  The substance caused the
⁴ change in the genetic presentation;
⁵ agreed?
⁶          MS. BROWN:  Object.  It
⁷     lacks foundation.  It's an
⁸     incomplete hypothetical, and the
⁹     doctor has already said it's
¹⁰    outside his area of expertise.
¹¹         THE WITNESS:  So I'm happy
¹²    to talk about this as it relates
¹³    to autism, which I think is what
¹⁴    my area of expertise is and what I
¹⁵    came here to testify about.
¹⁶ BY MR. WATTS:
¹⁷    Q.   Okay.  I really need you to
¹⁸ answer my question.
¹⁹         MS. BROWN:  He did.
²⁰ BY MR. WATTS:
²¹    Q.   If a pollutant, for example,
²² is a clastogen and results in an
²³ interruption of the genetic presentation,
²⁴ either deletion, insertion, the

Page 255

¹ rearrangement of entire chromosome
² sections or DNA strand break.  That
³ substance is the cause of the change in
⁴ the genetic presentation; would you agree
⁵ with me?
⁶          MS. BROWN:  Object.  It
⁷     lacks foundation.
⁸          He already said he doesn't
⁹     know what a clastogen is.
¹⁰         MR. WATTS:  Well, that's
¹¹    shocking.
¹²         THE WITNESS:  I don't feel
¹³    comfortable testifying about the
¹⁴    structural damage that pollutants
¹⁵    may or may not cause.
¹⁶ BY MR. WATTS:
¹⁷    Q.   Okay.  And part of the
¹⁸ reason, you don't even know what a
¹⁹ clastogen is, do you?
²⁰    A.   I have never heard that
²¹ particular term before.
²²    Q.   I am frankly shocked.
²³         MS. BROWN:  That's
²⁴     inappropriate, and you know that,

Page 256

¹     Mr. Watts.
²          Let's behave.
³ BY MR. WATTS:
⁴    Q.   Let's -- let's get boned up
⁵ on that before trial, okay?
⁶          MS. BROWN:  That's not
⁷     appropriate.
⁸ BY MR. WATTS:
⁹    Q.   Now, let me ask you this.
¹⁰ When you don't know what caused the
¹¹ change in gene presentation, you all call
¹² that idiopathic autism, right?
¹³         MS. BROWN:  Objection to the
¹⁴    form.
¹⁵         THE WITNESS:  Idiopathic
¹⁶    autism is defined as autism where
¹⁷    we don't have an identified gene,
¹⁸    yeah.
¹⁹ BY MR. WATTS:
²⁰    Q.   And over time, in your
²¹ testimonies in the last five years,
²² you've said in the Huddleston deposition,
²³ "80 percent of the time there is no
²⁴ specific gene identified as the cause,"

Page 257

¹ right?
²    A.   I think at the time of that
³ deposition, that was probably the correct
⁴ number.  That number changes over time.
⁵    Q.   Okay.  And to be fair, more
⁶ recently you said it's more like
⁷ 70 percent of the time we don't know what
⁸ caused it, right?
⁹    A.   That's probably a more
¹⁰ accurate reflection of where we are
¹¹ today.
¹²    Q.   Okay.  And to your credit,
¹³ and others studying it, we're learning as
¹⁴ we go, right?
¹⁵    A.   We are in an exponential
¹⁶ phase of discovery, yes.
¹⁷    Q.   All right.  Now, let's talk
¹⁸ about the concept of heritability versus
¹⁹ de novo genetic changes, okay.
²⁰         First of all, from the
²¹ standpoint of common variants, are common
²² variants, by definition, inherited
²³ variants?
²⁴    A.   Common variants are thought

Page 258

¹ to be inherited variants, yes.
²    Q.  Okay.  And with respect to
³ the common variants, we can use something
⁴ called monozygotic twin studies to look
⁵ for concordance between the two twins in
⁶ terms of how often they have autism, both
⁷ of them, versus one of them, right?
⁸    A.  That's how you define
⁹ heritability, yes.
¹⁰    Q.  Okay.  Now, let me give you
¹¹ an example of that.  And we're just going
¹² to go through this step-by-step.
¹³      Exhibit 438 is a paper by
¹⁴ Gaugler that you cite in your report.
¹⁵    A.  Yeah.
¹⁶      (Document marked for
¹⁷      identification as Exhibit
¹⁸      Kolevzon 438.)
¹⁹ BY MR. WATTS:
²⁰    Q.  And if we could go to Page 3
²¹ of Exhibit 438.
²²      And Gaugler --
²³    A.  Sorry, this is a press
²⁴ release from Mount Sinai about this

Page 259

¹ paper.  And all I have is a bunch of
² papers.  I don't have the actual...
³      MS. BROWN:  Is this 438?
⁴      MR. WATTS:  Yeah, I think
⁵      you're --
⁶      MS. BROWN:  I gave you 435.
⁷      That's my fault.  Here you go.
⁸      MR. WATTS:  Okay.  Strike
⁹      what he just said.  He didn't mean
¹⁰      it.
¹¹ BY MR. WATTS:
¹²    Q.  I get it, you were given the
¹³ wrong document.
¹⁴      Now we're on 438, let's talk
¹⁵ together.  This is the Gaugler manuscript
¹⁶ entitled, "Most Genetic Risks For Autism
¹⁷ Reliance on Common Variation," and it's
¹⁸ in the NIH Public Access author
¹⁹ manuscript, right?
²⁰    A.  Yes, from 2014.
²¹    Q.  From 2014.
²²      And I want to take you to
²³ Page 3, and part of what he says on
²⁴ Page 3 is "A recent, large study of twins

Page 260

¹ places heritability at 38 percent."
²      Do you see that?
³    A.  Yep.
⁴    Q.  Now, he cites to
⁵ Footnote 20; is that right?
⁶    A.  Yeah.  It's probably the
⁷ Hallmayer study.
⁸    Q.  I'm sorry?  Say what you
⁹ said.
¹⁰    A.  It's probably the Hallmayer
¹¹ study.
¹²    Q.  Okay.  And when was the
¹³ Hallmayer study?
¹⁴    A.  Yeah.  2011.
¹⁵    Q.  Okay.  And that's a study
¹⁶ with which you are familiar?
¹⁷    A.  I am.
¹⁸    Q.  And the Hallmayer study
¹⁹ placed the heritability of autism at
²⁰ 38 percent, right?
²¹    A.  The Hallmayer study was one
²² among 14 or 15 studies that had overblown
²³ estimates -- or underblown underestimates
²⁴ of heritability.

Page 261

¹    Q.  That wasn't my question.  My
² question was, the Hallmayer study placed
³ heritability at 38 percent, correct?
⁴    A.  I think that they looked at
⁵ different ways of measuring, and, yes,
⁶ one of the estimates was 38 percent.
⁷    Q.  And it's being cited by
⁸ Gaugler, which is one of the papers that
⁹ you cited in your report, right?
¹⁰    A.  Yes.
¹¹    Q.  Okay.  Now, you, saying that
¹² Hallmayer was low, have more recently
¹³ said that common variations contribute to
¹⁴ about half of the autism risk, right?
¹⁵    A.  That's what it's thought of,
¹⁶ yes.
¹⁷    Q.  Okay.  So by virtue of that
¹⁸ statement which you've said several
¹⁹ times, to be fair to you, your position
²⁰ is, is that half of the risk of autism is
²¹ inherited from parents; is that right?
²²      MS. BROWN:  Objection.
²³    Lacks foundation.
²⁴      THE WITNESS:  So this is

Page 262

1  complicated, because --
2  BY MR. WATTS:
3      Q.   Let me re-ask the question.
4          MS. BROWN:  Can we --
5  BY MR. WATTS:
6      Q.   I see why you're saying it's
7  complicated.  Let me see if I can go
8  about it this way.
9          You remember how we talked
10 about 20 or 30 percent are genes that we
11 know and the rest we don't know?
12         Did you mean to say that of
13 the genetic source that we have, half of
14 that is common variation?
15     A.   About that, yes.
16     Q.   Okay.  And common variation
17 is, in effect, inherited variation,
18 right?
19     A.   Yep.
20     Q.   Okay.  Now I want to play
21 you a video that I think does it pretty
22 well from the standpoint of Dr. Chung,
23 and I think there was an intention to
24 play this for her on Wednesday.  But I

Page 263

1  want to ask your thoughts about it.
2          Okay.  Give me just a
3  second.
4          (Document marked for
5          identification as Exhibit
6          Kolevzon 549.)
7          MS. BROWN:  We're playing a
8  video for Dr. Kolevzon of
9  Dr. Chung.
10         MR. WATTS:  We absolutely
11 are doing that.
12         MS. BROWN:  All right.  I'm
13 going to object as lacking
14 foundation, as I suspect
15 Dr. Kolevzon hasn't seen it
16 before.
17         MR. WATTS:  Okay.  Objection
18 overruled.  We're going to keep
19 going -- I'm kidding.
20 BY MR. WATTS:
21     Q.   Exhibit 549.  Just play the
22 video, and I'll ask your thoughts about
23 it.
24         TRIAL TECH:  I'm sorry,

Page 264

1  which one?
2          MR. WATTS:  Exhibit 549.
3          (Video played.)
4          DR. CHUNG:  You take two
5  identical twins, and you ask
6  yourself, if one twin has autism,
7  what is the probability that the
8  other twin has autism?  If this
9  were genetic, if it were entirely
10 genetic, what would you think that
11 answer should be?
12         100 percent.  Absolutely.
13         Is that number up there
14 100 percent?  Absolutely not.
15 77 percent.  Some people have
16 estimated 80 percent.  But it's
17 not 100 percent.
18         So there's some difference
19 that not, at least not in the
20 genes that happened right at the
21 time of fertilization.  But
22 there's some change, some
23 difference between the two of
24 them.  That number is high,

Page 265

1  though.
2          So as an example, as a
3  comparison, now, if you take
4  fraternal twins, right.  So these
5  are cases that are like brother
6  and sister, but they share the
7  same in utero environment.  They
8  can be in the same household.
9  They share the same -- some of the
10 same postnatal factors.  And if
11 you look at that, they share
12 50 percent of their genomes, or
13 50 percent of their genetic
14 information.  The concordance rate
15 between those is 31 percent.
16         But now take as an
17 interesting comparator to that,
18 siblings.  So these are, again,
19 genetically sharing 50 percent of
20 their genetic information, but
21 they don't share the same in utero
22 environment.  They don't
23 necessarily share the same
24 exposures after they are born.

Page 266

1    And in that particular case, it's
2 lower. Right. Statistically,
3 significantly lower, only
4 20 percent in those cases.
5        And in the general
6 population, as you've heard, it's
7 about 1 percent, or, these days, 1
8 in 59 individuals with autism.
9        So what does that tell me?
10 What that tells me is, there are
11 some genes. I don't -- doesn't
12 tell me what the genes are, but it
13 tells me genes are important in
14 that, but it's not all in the
15 genes, right.
16        Part of it is genes, part of
17 it is something else.
18        (Video playback ended.)
19 BY MR. WATTS:
20    Q.   Her description -- and I
21 played it because it's all very
22 compact -- about the difference in autism
23 rates between identical twins, lower in
24 fraternal twins, lower than that in

Page 267

1 brothers and sisters, you agree with that
2 as a concept, right?
3        MS. BROWN:  Objection.
4        THE WITNESS:  Yes.
5 BY MR. WATTS:
6    Q.   Okay.  Now, you said
7 Hallmayer was low when it said that only
8 36 percent is nonheritable, right?
9    A.   30 -- I said it was low and
10 36 percent was heritable.
11    Q.   Yes, I'm sorry.  Yes, I
12 misstated.
13        You have in a paper since
14 then said that 36 percent is inherited,
15 right?
16        MS. BROWN:  Objection to
17 form.
18        THE WITNESS:  Say it again.
19 BY MR. WATTS:
20    Q.   Well, let me just show it to
21 you.  Exhibit 434.
22        (Document marked for
23 identification as Exhibit
24 Kolevzon 434.)

Page 268

1 BY MR. WATTS:
2    Q.   Entitled, "Convergence of
3 Genes and Cellular Pathways Dysregulated
4 in Autism Spectrum Disorder," published
5 in The American Journal of Human
6 Genetics, Volume 94, Issue 5, of May 1st,
7 2014.  The first author is Dalila Pinto.
8        Do you see that?
9    A.   Yes.
10    Q.   And if you go about halfway
11 down all the -- all the authors?
12    A.   Yeah, I know.  This is -- I
13 know what this is.
14    Q.   Okay.  There is your name,
15 correct?
16    A.   Yep.
17    Q.   And if we go to Page 15 of
18 43, and we highlight, it says,
19 "Inheritance data showed that 64 percent
20 of pathogenic CNVs were de novo
21 events" -- and we'll get to that in a
22 second -- "and the remaining (36 percent)
23 were inherited."
24        Do you see that?

Page 269

1    A.   Yes.
2    Q.   Okay.  Now, because you put
3 this in the same sentence --
4    A.   But --
5    Q.   Let me just say, what is a
6 de novo event, first of all?
7    A.   All right.  So to clarify,
8 when it says inherited here, that's
9 many -- that's among the things that are
10 considered to be heritable.
11        De novo just means that it
12 occurred spontaneously, so it was not
13 specifically passed on from a parent.  So
14 the common variations exist in parents
15 but are not causing any clinical
16 symptoms.
17    Q.   Now --
18    A.   When they are inherited to
19 the child, they can interact with other
20 genes and cause clinical symptoms, which
21 is different than other heritable genetic
22 factors which can occur within the sperm
23 or the egg.  So they are still
24 essentially passed on, right.  They are

Confidential - Subject to Protective Order

Page 270

1   just not common variations.
2           So they can either be de
3   novo, rare variations, or even some de
4   novo, rather, rare inherited variations.
5           So this 36 percent
6   represents the universe -- a piece of the
7   universe that is considered to be
8   heritable.
9       Q.   Okay.  Now, here is my
10  question.  I think it was about what is a
11  de novo gene mutation --
12      A.   Just means spontaneously
13  occurred.
14      Q.   Okay.  Go back to my example
15  about the clastogenic chemical that
16  alters a gene presentation.
17          Does that go in the de novo
18  category?
19      A.   Generally speak --
20          MS. BROWN:  Objection to the
21  hypothetical.
22          Go ahead.
23          THE WITNESS:  When it comes
24  to autism, the de novo mutations

Page 271

1       that we've identified, that we
2       know cause autism, occur at the
3       time of conception.
4   BY MR. WATTS:
5       Q.   I'm asking, if that mutation
6   which results from environmental
7   exposure -- I'll give you that it happens
8   at the time of conception -- is that in
9   the de novo category?
10      A.   Can you repeat the question?
11      Q.   When you talk about de novo
12  mutations, those are nonheritable, right?
13      A.   No.  De novo mutations are
14  heritable.
15      Q.   Well, what about ones from
16  the environment, are they de novo?
17          MS. BROWN:  I object to the
18  question.  It doesn't make sense.
19          THE WITNESS:  I don't know
20      what you mean by ones from the
21      environment.
22  BY MR. WATTS:
23      Q.   Well, when you use the
24  phrase "de novo," does it include

Page 272

1   environmentally caused increase in risk
2   because of a gene mutation that an
3   environmental agent caused, yes or no?
4           MS. BROWN:  Objection.
5   Vague.  Lacks foundation.
6           THE WITNESS:  So
7   heritability is defined by the
8   concordance or discordance between
9   monozygotic and dizygotic twins.
10  BY MR. WATTS:
11      Q.   Done that.  Now de novo.
12      A.   De novo mutations in the
13  case of autism that have been identified
14  up until now occur when sperm meets egg.
15      Q.   I understand when it occurs.
16  I'm saying why it's occurring.
17      A.   So the current state of our
18  understanding, that these things are what
19  are called stochastic; they are random.
20      Q.   So we're back to idiopathic
21  autism.  You just don't know what's
22  causing it yet, is what you're saying.
23      A.   No, we know what's causing
24  it.  There's the gene that's causing it.

Page 273

1       Q.   Well --
2       A.   Why does the gene mutate?
3   We don't necessarily know.
4       Q.   But there's strong evidence
5   that nonheritable, pre- and perinatal
6   events are likely to also have an
7   etiological role?
8           MS. BROWN:  In autism?
9           MR. WATTS:  Yep.
10          THE WITNESS:  So in autism,
11      because the heritability is not
12      100 percent, there are likely
13      environmental events that play a
14      role, they just are, as of yet,
15      unidentified.
16          And bringing it back to this
17      case, when you look at the
18      literature around acetaminophen,
19      it's certainly not considered a
20      risk factor.
21  BY MR. WATTS:
22      Q.   Well, look, let's go back to
23  2011, before you were ever hired in this
24  case, and let's look at the first edition

1   of the Textbook of Autism Spectrum
2   Disorders.
3           MR. WATTS:  Exhibit 422.
4   BY MR. WATTS:
5       Q.   And if we go to Page 239.
6   You, Reichenberg, Gross and Susser write,
7   "Parental and Perinatal Risk Factors for
8   Autism."
9           And the very second sentence
10  in your book chapter is, "Yet there is
11  strong evidence that nonheritable pre- or
12  perinatal events are also likely to have
13  an etiological role," right?
14      A.   Because heritability is not
15  100 percent, there are going to be
16  nonheritable events that likely play an
17  etiological role.
18      Q.   And in the book chapter that
19  didn't make its way into your CV, you
20  said the same thing 11 years later in the
21  second edition, right?
22          MS. BROWN:  Objection to the
23      form of the question.
24          THE WITNESS:  I'm sure I

1       said something similar, because it
2       continues to be true.
3   BY MR. WATTS:
4       Q.   And an etiological role
5   means what?
6       A.   Causal role.
7       Q.   Okay.  So a prenatal event
8   means what?
9       A.   Prenatal just means before
10  the time of birth.
11      Q.   And perinatal means during
12  the time of birth, right?
13      A.   Birth and delivery, yeah.
14      Q.   And so, yet, there is strong
15  evidence that nonheritable
16  before-the-time-of-birth or
17  during-the-time-of-birth events are
18  likely to also have a causal role.
19          That's what that sentence
20  means, right?
21      A.   So, theoretically, because
22  heritability is not 100 percent, there
23  are likely going to be prenatal and
24  perinatal events that play a causal role.

1       Q.   And that sentence doesn't
2   use the word "theoretically" at all, does
3   it?  It says there is strong evidence
4   that it's true.
5       A.   Well, it's -- there's strong
6   evidence it's true, based on twin studies
7   that show that heritability is not
8   100 percent.
9       Q.   Now, Doctor, I want to play
10  you another video from Dr. Chung,
11  Exhibit 549, and get your comment on it.
12          MS. BROWN:  And same
13      objections to the Dr. Chung
14      videos.
15          And could we also, Counsel,
16      identify them for the record?
17      Dates, where they came from?
18          MR. WATTS:  Sure.  This one
19  is December 16, 2018.
20          MS. BROWN:  Okay.  And for
21  the other one, we can go back and
22  fill it in, please.
23          MR. WATTS:  Yeah, I'll do
24  that.

1       MS. BROWN:  Thank you.
2       (Video played.)
3       DR. CHUNG:  Two identical
4   twins, and you ask yourself if one
5   twin has autism, what's the
6   probability that the other twin
7   has autism?  If this were genetic,
8   if it were entirely genetic, what
9   would you think that answer should
10  be --
11          MS. BROWN:  We just watched
12  this one.
13      THE WITNESS:  Same clip.
14      DR. CHUNG:  100 percent.
15  Absolutely.  Is that number 100
16  percent?  Absolutely not.  77
17  percent.  Some people have
18  estimated 80 percent.  But --
19      (Video playback stopped.)
20      MR. WATTS:  Stop.  Had a
21  glitch.  Sorry.
22      548, please.
23      (Document marked for
24  identification as Exhibit

Page 278

1  Kolevzon 548.)
2      (Video played.)
3      DR. CHUNG:  The bottom line
4  is, for any one person that I see
5  in terms of identifying a cause, I
6  can come up with the answer these
7  days about 20 percent of the time.
8  That's the good news/bad news.
9  So you can now -- that's the
10  take-home message.  You can go
11  home now if you're bored.
12      So with that, though, that
13  means 80 percent of the time we
14  have not yet figured this out.
15  It's not all about the genes, but
16  for the majority of individuals
17  where we can pin it down to one
18  thing, it is in the genes.
19      But we know there are other
20  factors from epidemiological
21  studies, which I won't have time
22  to talk about.  We do know that
23  there are infections during
24  pregnancy.  We know there are

Page 279

1  infections in early childhood that
2  can cause this.  Whether it's the
3  virus itself, or whatever might be
4  infected; whether it's some of the
5  inflammatory response or what we
6  do to fight the infection.  It
7  could be some of both.
8      There may be things in our
9  environment, so things that we're
10  exposed to.  Things like
11  pollutants, chemicals, things that
12  are changing in that.
13      But we don't know all the
14  answers, is the bottom line.
15      (Video playback ended.)
16  BY MR. WATTS:
17      Q.   Do you agree with what she
18  says?
19      A.   You need to be more
20  specific.
21      Q.   Okay.  Things like
22  environmental pollutants.  Do you agree
23  with her?
24      A.   I don't think it's been

Page 280

1  established that environmental pollutants
2  are a cause of autism, no.
3      Q.   Let's -- let's go to the
4  identification of autism genes.
5      Inherited or common variants
6  account for 50 percent of the genetic
7  risk.  We've established that, right?
8      A.   Yes.
9      Q.   Give us examples of the
10  common variants that have been
11  identified.
12      A.   So off the top of my head, I
13  don't have a lot of good examples of
14  common variations.  There's probably, you
15  know, five or six of them.  The problem
16  is that they are common, and they have a
17  very weak effect.  And that it's only
18  through interacting with many, many of
19  them are you going to produce sort of a
20  perfect storm of autism.
21      Q.   You said something I agree
22  with, that they have a weak effect.  Why
23  is it that common variants have a weak
24  effect, whereas de novo variants are more

Page 281

1  powerful?
2      A.   Because common variants that
3  are inherited from parents are not having
4  any kind of penetration.  They are not
5  creating an actual symptom.  They are
6  sort of impairing, perhaps, the way that
7  a protein functions.  But in and of
8  itself, it is not enough to produce,
9  like, a clinical picture.
10      When it's inherited and then
11  combined with many, many other common
12  variants, that's when it occurs.
13      Q.   Okay.  So a common variant
14  by itself is weak and hard to clinically
15  diagnose, agreed?
16      A.   In general that's the case.
17      Q.   Common variants become
18  clinically diagnosable when they are
19  inherited, when they are working together
20  with other common variants?
21      A.   Yes.  But even then we have
22  not been super successful at identifying
23  common variants.
24      Q.   And so common variants that

Confidential – Subject to Protective Order

Page 282

1  are interacting with de novo variants,
2  does that present, clinically, in a way
3  that you have a more powerful or more
4  easily diagnosable case of ASD?
5        MS. BROWN:  Objection to the
6     form.
7        THE WITNESS:  That's sort of
8     a hypothetical.  I think when you
9     have rare de novo variants that
10    are highly pathogenic, and in a
11    single gene are sufficient to
12    cause autism, then you have common
13    variations that require
14    interaction with multiple other
15    genes in order to produce a
16    clinical picture.
17 BY MR. WATTS:
18    Q.   Now, this is my last Chung
19 video, I promise.  Exhibit 550.
20        (Document marked for
21     identification as Exhibit
22     Kolevzon 550.)
23        MR. WATTS:  This one is from
24 April 2nd of 2021.

Page 283

1        (Video played.)
2        DR. CHUNG:  So there are two
3  distinctly different -- when I
4  think of genetics of autism, there
5  are sort of two different buckets
6  that I think of.  So within -- and
7  let me try and point this out.
8        So we return about -- to
9  about 10 percent of SPARK families
10 currently, about 10 percent of you
11 have a genetic finding that we see
12 that we're very certain is the --
13 a major contributor to the autism
14 in your family.  And so we return
15 that information to you.
16       For most of the individuals,
17 not all, but most of the
18 individuals that we currently
19 recognize that in, those are
20 genetic changes that are de novo,
21 or new, in the individual with
22 autism.
23       And so what I mean by that
24 is it's not something that's in

Page 284

1  the mother's sample that was sent
2  in, it's not something in the
3  father's sample that was sent in
4  that we see, then it seems to have
5  started first with the individual
6  with autism.
7        So that's genetic, but it
8  was not inherited.
9        So it didn't come down from
10 mom or dad.  But it is genetic in
11 the individual with autism.
12       (Video playback ended.)
13 BY MR. WATTS:
14    Q.   Do you agree with that?
15    A.   Yes.
16    Q.   Okay.
17    A.   It's still different than
18 the heritability, though.
19    Q.   Well, she says it's genetic
20 but not inherited.  That's what she said,
21 right?
22    A.   It wasn't passed from the
23 parent to the child, but it occurred in
24 the parents's gamete, the sperm or the

Page 285

1  egg.
2    Q.   Now, on Page 23,
3  Paragraph 51, of your report, Exhibit
4  403, you say, "Rare genetic variants are
5  often de novo (i.e., not inherited from
6  the mother or the father), highly
7  penetrant (i.e., expressing associated
8  trait), and considered to be causal to
9  autism spectrum disorder," right?
10    A.   That's correct.
11    Q.   Okay.  And then one last
12 thing with respect to Chung, PowerPoint
13 Exhibit 568, on April 25, 2023, Slide 29.
14       She says, "De novo variants
15 have a strong effect on the presence of
16 autism."  Whereas "common/mild effect
17 variants have milder effects."
18       Do you agree with that?
19    A.   It depends, but, in general,
20 that's a true statement.
21    Q.   Do you know why it's true?
22    A.   I think we've gone over
23 this.
24    Q.   And why is it true again?

Page 286

1    A.   So common variations by
2 themselves don't produce clinical
3 effects, and only when they are
4 interacting with many other common
5 variations do you actually see, like, a
6 threshold met, essentially.
7    Q.   Okay.
8    A.   And they're -- they are
9 common.
10    Q.   Okay.  And they are common,
11 and there's five or six of them, and you
12 just can't name any of them today?
13    A.   No.  There's hundreds, if
14 not thousands of them.
15    Q.   I'm talking about common
16 variants.
17    A.   There's hundreds --
18    Q.   You said -- you said three
19 minutes ago there were five or six of
20 them.
21    A.   No.  What I said is there
22 are five or six that have been reliably
23 identified as of yet, based on the
24 current state of science.  But there are

Page 287

1 likely hundreds, if not thousands, of
2 common variants that contribute to
3 autism.
4    Q.   Okay.  As to the ones that
5 we've identified, five or six, can you
6 list any of them?
7    A.   Not off the top of my head,
8 no.
9    Q.   Not one?
10    A.   No, I don't...
11    Q.   Okay.  Now, let's talk about
12 the last 15 years of science.
13         Back in 2007, in
14 Exhibit 414, you said, "To date there are
15 no known genes for autism."
16    A.   Sorry.  Can you -- where are
17 we?
18    Q.   Yeah.  Exhibit 414, Page
19 331.  And I'm talking about the time
20 between then and now.  And I understand
21 why, I just wanted to start with a
22 baseline.
23         Do you see that statement on
24 your paper in 2007, "There are no known

Page 288

1 genes for autism"?
2    A.   No.
3    Q.   Look at the screen.
4         MS. BROWN:  Where is it in
5 the article?
6         THE WITNESS:  What page are
7 we on?
8         MR. WATTS:  We're on 44 --
9         MS. BROWN:  Conclusions.
10         MR. WATTS:  We're on
11 Page 331.
12         THE WITNESS:  331.
13 BY MR. WATTS:
14    Q.   "To date, there are no known
15 genes for autism."
16         Do you see that?
17    A.   Yeah.  Even in 2014, I would
18 disagree with that statement.
19    Q.   Okay.  But this is in 2007.
20    A.   Fragile X.
21    Q.   Okay.  Now, let's go forward
22 in time.  In 2011, in your first edition
23 of the Hollander book, Exhibit 422,
24 Page 244.

Page 289

1         MS. BROWN:  This one.
2         THE WITNESS:  442?  Sorry.
3         442?
4 BY MR. WATTS:
5    Q.   Yep.
6         No.  Exhibit 422, Page 244,
7 and there it is on the screen.
8         You say, again, in 2011,
9 "Because currently there are no known" --
10 "there are no established risk genes for
11 autism."
12         Do you see that?
13    A.   Yeah.  I see that on the
14 page, yeah.
15    Q.   Okay.  And then in 2013, if
16 we can go to Exhibit 430.
17         (Document marked for
18         identification as Exhibit
19         Kolevzon 430.)
20 BY MR. WATTS:
21    Q.   In the book, Neurobiology of
22 Mental Illness, Fourth Edition, edited by
23 Charney, published in 2013, you were the
24 first author in a book chapter, 77?

Confidential - Subject to Protective Order

Page 290

1    A.   Yep.
2    Q.   Entitled "Autism Spectrum
3  Disorders"?
4    A.   Yes.
5    Q.   And if we go to Page 1027 of
6  that.  The upper right-hand corner.
7         The bottom of the last
8  sentence in the upper right-hand corner,
9  it says, "One important conclusion from
10  the empirical and theoretical data is
11  that many, and even most, of the
12  candidate gene association studies
13  published in autism spectrum disorder are
14  very likely false-positive findings."
15    A.   Mm-hmm.
16    Q.   If you could, explain why
17  that's true.
18    A.   So I think that when you
19  look at, like, these snips that are
20  common and have weak effects, and you use
21  things like linkage dysequilibrium
22  studies and see that they are more
23  prominent in people with autism, they
24  don't hold up in larger datasets.  So you

Page 291

1  just get spurious effects.
2    Q.   Okay.
3    A.   Which is totally in contrast
4  with the rare variants.
5    Q.   Now, since 2007, the
6  technology available to you to be able to
7  look into the DNA and the gene expression
8  has exponentially improved, agreed?
9    A.   The technology and the
10  analytic methods, yes.
11    Q.   Okay.  So let's talk about
12  the technology first.
13         Since about 2007 you all
14  have used chromosomal microarrays,
15  correct?
16    A.   Yes.
17    Q.   And that allowed you to see
18  the deletion or the duplication or the
19  reordering of genetic code, right?
20    A.   So, yeah, to a certain
21  extent of resolution, depending on how
22  many probes, yes, that's basically true.
23    Q.   Okay.  And in about
24  2013-'14, you've got something even

Page 292

1  better, called exome sequencing, right?
2    A.   Right.
3    Q.   And beginning around 2013,
4  that would be kind of the next generation
5  of higher resolution testing, right?
6    A.   Yes.
7    Q.   And that got the technology
8  even better, where you can see more than
9  you could with just microsomal arrays,
10  right?
11    A.   Generally that's true.
12    Q.   Okay.  We've got other
13  techniques since then.  I mean, in the
14  earlier says you had karyotyping, right?
15    A.   True.
16    Q.   Then you had high-resolution
17  karyotyping, right?  Yes?
18    A.   Yes.
19    Q.   And then you had something
20  called FISH, fluorescent in situ
21  hybridization.
22    A.   Yes.
23    Q.   And then you had the
24  chromosomal microwave beginning about

Page 293

1  2007?
2    A.   Yes.
3    Q.   And then now we have
4  something called WES, what is that?
5    A.   Whole exome sequencing.
6    Q.   Okay.  And even today, with
7  all that technology, each of these rare
8  variants account for only about 1 percent
9  of autism or less, right?
10    A.   So given rare variant,
11  probably only accounts for 1 to 2 percent
12  in a given case.
13    Q.   Okay.
14    A.   When you add up all the rare
15  variants, it accounts for much more.
16    Q.   Okay.  Let's talk about
17  Exhibit 522.  This is a video that you
18  gave.  It's on YouTube, and I will tell
19  you it's undated.  I couldn't find the
20  date.
21         But let me just play it and
22  ask whether you still agree with it.
23  Maybe you can tell me when it was.
24         (Document marked for

Page 294

1  identification as Exhibit
2  Kolevzon 522.)
3      (Video played.)
4      "DR. KOLEVZON:  To date all
5  the genetic defects reliably
6  identified to cause autism are
7  rare variants, each accounting for
8  only about 1 percent of autism or
9  less.
10      However, when these rare
11  genetic defects are present, they
12  are always associated with
13  clinical symptoms, which more
14  often than not include autism."
15      (Video playback ended.)
16  BY MR. WATTS:
17      Q.   Okay.  So is that still true
18  today, that even the most common rare
19  variant is about 1 percent of the total
20  risk for autism?
21      A.   So 1 to 2 percent.  That's
22  probably true.
23      Q.   Okay.  Let's talk about some
24  of the more spoken of rare variants.

Page 295

1      Fragile X syndrome is a rare
2  variant, right?
3      A.   Right.
4      Q.   It's caused by mutations in
5  the FMR1 gene that results in the loss of
6  the FMR protein, which is critical for
7  brain development, right?
8      A.   Yes.
9      Q.   You have testified that it's
10  the most commonly known rare variant
11  cause of autism spectrum disorder, right?
12      A.   I think that that was
13  probably old testimony.
14      Q.   Okay.
15      A.   But it's certainly among the
16  most commonly known.
17      Q.   Now let's take fragile X
18  syndrome and call it our broken leg.
19      Do you know what the
20  epidemiological research has demonstrated
21  causes fragile X syndrome?
22      MS. BROWN:  I'm just going
23  to object to the hypothetical
24  about the leg.

Page 296

1      MR. WATTS:  That's a great
2  example.
3  BY MR. WATTS:
4      Q.   Keep going.
5      A.   Fragile X syndrome is
6  essentially inherited from mothers.
7      Q.   Have you looked at any
8  epidemiological work on fragile X
9  syndrome?
10      A.   I did not investigate that
11  specific question today.
12      Q.   Let me put up Exhibit 547,
13  just to give you an example.  One of
14  many.
15      (Document marked for
16      identification as Exhibit
17      Kolevzon 547.)
18  BY MR. WATTS:
19      Q.   There's a lot of work's been
20  done on what causes fragile X syndrome?
21      A.   Well, it's CGG repeats,
22  inherited from a parent.
23      Q.   And let -- let's use --
24      MR. WATTS:  Objection.

Page 297

1  Nonresponsive.
2      MS. BROWN:  Object.
3  I don't have 547, I don't
4  think.  Oh, wait.
5      MR. WATTS:  I'm pretty sure
6  you do.  It's got my handwriting
7  on it, on the back.
8      MS. BROWN:  Well, we go from
9  546 to 548.  Let me try the other
10  box.
11      MR. WATTS:  Here, take mine.
12  Give it back, though.
13      MS. BROWN:  Oh, hold on.
14  546 is 547.  Got it.
15      MR. WATTS:  We're good.
16      MS. BROWN:  We got it.
17  BY MR. WATTS:
18      Q.   Okay.  This is a study by
19  Saldarriaga.  "Increased severity of
20  fragile X spectrum disorders in the
21  agricultural community of Ricaurte,
22  Columbia."
23      A.   Hold on.  Let me just read
24  it for a second.

Page 298

1      Q.   Do you see in the abstract
2 they said, "We found an increased
3 frequency and severity of symptoms of
4 fragile X spectrum disorders, which might
5 be related to the vulnerability of the
6 FMR1 premutation carriers to higher
7 exposure to neurotoxic pesticides in this
8 rural community"?
9       MS. BROWN:  Object as
10 lacking foundation.
11       THE WITNESS:  So these
12 are -- these are not people with
13 fragile X syndrome.  These are
14 premutation carriers.  These are
15 the parents that when you pass on,
16 it becomes a full mutation.
17 BY MR. WATTS:
18      Q.   Did you cite -- I'm sorry.
19      A.   And then you have fragile X
20 syndrome.
21      Q.   Did you cite to any studies
22 that analyze whether the prevalence of
23 fragile X syndrome was higher in areas
24 with pesticide exposure than not?

Page 299

1       MS. BROWN:  Objection.
2 Assumes facts.  Lacks foundation.
3       THE WITNESS:  My task here
4 was to evaluate the relationship
5 between acetaminophen used during
6 pregnancy and autism, not fragile
7 X syndrome.
8 BY MR. WATTS:
9      Q.   Yeah, but you said it was
10 genetic, not environmental.  Have you
11 looked at anything to say whether it's
12 environmental or not?
13       MS. BROWN:  Object to the
14 form of the question.
15       THE WITNESS:  Can you repeat
16 the question?
17 BY MR. WATTS:
18      Q.   Have you looked at any
19 studies that have analyzed whether the
20 prevalence of fragile X syndrome is based
21 on exposure to things like pesticides or
22 other environmental toxicants?
23       MS. BROWN:  Objection to the
24 form.

Page 300

1       THE WITNESS:  So I have not.
2 BY MR. WATTS:
3      Q.   Okay.
4      A.   But this -- this particular
5 study doesn't necessarily suggest that.
6      Q.   Let's go to a different one,
7 Phelan-McDermid syndrome.  You've studied
8 that in SHANK3 mice a lot, right?
9      A.   I've spent a lot of time
10 studying Phelan-McDermid syndrome, yes.
11      Q.   You began studying in about
12 2009?
13      A.   Sounds about right.
14      Q.   You've looked at different
15 pathway activity, hoping to either
16 inhibit or decrease the activation so you
17 can have an effect on the phenotype,
18 right?
19      A.   I collaborate with people
20 that do that on the preclinical trial,
21 and I do clinical trials in kids, yes.
22      Q.   And you use SHANK3.  You are
23 using mice, right?
24      A.   I don't work with mice

Page 301

1 myself.  I collaborate with basic
2 scientists who do.
3      Q.   Yeah.  Let me show a video,
4 Exhibit 472, just as an example.
5       (Document marked for
6 identification as Exhibit
7 Kolevzon 472.)
8       (Video played.)
9       DR. KOLEVZON:  You can
10 actually stimulate mice with
11 the missing copies of the SHANK3
12 gene in this case where you
13 basically ring, like, a very loud
14 bell and you can induce a seizure.
15 These are called audiogenic
16 seizures.  And, remarkably, all of
17 these phenotypes were rescued
18 under the influence of this drug
19 AMO-1.
20      Okay.  And so for us, that
21 was, like, you know, kind of an
22 important sort of proof of
23 concept, that there could be some
24 real relevance to some kids with

Page 302

1    Phelan-McDermid syndrome.
2        (Video playback ended.)
3  BY MR. WATTS:
4    Q.   That's your voice, right?
5    A.   Yeah.
6    Q.   Okay.  Phelan-McDermid
7  syndrome also goes by SHANK3 deletion
8  syndrome, right?  It's the same thing?
9    A.   It's -- they're -- yeah.  I
10 mean, it's complicated.  But sort of.
11   Q.   If you want to get really in
12 the weeds, it's the 22q13.3 deletion
13 syndrome?
14   A.   You can have any deficiency,
15 or what's called haploinsufficiency of
16 SHANK3, gives you the diagnosis of
17 Phelan-McDermid syndrome.  That can be
18 through deletions, or it can be through
19 single base para-sequence variants.
20   Q.   Sure.  But it's all about a
21 loss of a small piece of what,
22 Chromosome 22?
23   A.   Small or large, yeah.
24   Q.   Okay.  And Phelan-McDermid

Page 303

1  or SHANK3 is about one-half to 1 percent
2  of the rare variant autism cases, right?
3    A.   Probably up to 2 percent
4  when you include intellectual disability,
5  but yes.
6    Q.   And have you read any
7  studies with respect to the relationship
8  between environmental exposures and the
9  prevalence of Phelan-McDermid syndrome?
10       MS. BROWN:  Objection.
11 Assumes facts.  Lacks foundation.
12       THE WITNESS:  So I'd be
13 interested in studies that you
14 have to show me if I haven't read
15 them.
16       But the Phelan-McDermid
17 syndrome is a de novo spontaneous
18 mutation that occurs at the time
19 of conception.
20 BY MR. WATTS:
21   Q.   What was the answer to my
22 question?
23       MS. BROWN:  He answered it.
24       THE WITNESS:  I said I'd be

Page 304

1  interested in any studies that you
2  have to show me that the
3  prevalence of Phelan-McDermid
4  syndrome increases with
5  environmental exposures.
6  BY MR. WATTS:
7    Q.   I know you desire that.  I'm
8  asking, before you showed up here, have
9  you bothered to look?
10       MS. BROWN:  Well, that's
11 argumentative.  He answered your
12 question, and he'll answer it
13 again.
14       Go ahead, Doctor.
15       THE WITNESS:  I've looked at
16 every paper that has ever come out
17 with Phelan-McDermid syndrome as
18 it relates to clinical features.
19 It's possible --
20 BY MR. WATTS:
21   Q.   What about etiology?
22       MS. BROWN:  Let him finish.
23       THE WITNESS:  Also, the
24 etiology of Phelan-McDermid

Page 305

1  syndrome is SHANK3
2  haploinsufficiency.
3  BY MR. WATTS:
4    Q.   Broken leg?
5    A.   Excuse me?  Broken leg?
6    Q.   We've got a fractured femur
7  that caused the broken leg again.
8        MS. BROWN:  Again with the
9  leg.  I'm going to continue to
10 object to the leg.
11       THE WITNESS:  So -- yeah,
12 the leg is an interesting analogy.
13 I mean, let's think about the leg
14 for a second.
15       If you have Phelan-McDermid
16 syndrome -- and I'll pull your
17 analogies together just for fun.
18 BY MR. WATTS:
19   Q.   Cool.
20   A.   And you are more prone to
21 hyperflexibility, and you find yourselves
22 in situations where you may have a
23 fracture because you have fallen, because
24 you've got motor skill deficits.  And so

Page 306

1 in that case, it's not the bat, it's the
2 Phelan-McDermid syndrome that caused the
3 fracture.
4      Q.   Let's look at 546, a paper
5 by Boccuto.
6      A.   Boccuto?
7      (Document marked for
8      identification as Exhibit
9      Kolevzon 546.)
10 BY MR. WATTS:
11     Q.   Yeah.  Are you ready?
12     A.   Yes.
13     Q.   "Phenotypic Variability in
14 Phelan-McDermid Syndrome and Its Putative
15 Link to Environmental Factors."
16          Have you seen this before?
17     A.   Yes.
18     Q.   Was it listed in your
19 materials considered in this case?
20     A.   I don't know if it was or
21 wasn't.
22     Q.   Okay.  If we could go to
23 Table 1, it's got "Possible contributions
24 of environmental factors to

Page 307

1 Phelan-Mcdermid syndrome clinical
2 presentation."
3          And it lists different
4 environmental factors, including drugs
5 and inflammations -- inflammation, and
6 the like, right?
7     A.   Yes.
8     Q.   Okay.  And it's got a bunch
9 of references that talk about those
10 contributions of environmental factors to
11 Phelan-McDermid syndrome, right?
12     A.   Yes.
13     Q.   Okay.  Doctor, with respect
14 to your work with SHANK3 mice, are you
15 doing work with respect to etiology or
16 cause of the syndrome as opposed to treat
17 it, in fairness to you?
18     A.   So by point of
19 clarification, I don't work with the
20 mice.  I collaborate with people who work
21 with mice.
22     Q.   Fair enough.
23     A.   The etiology of
24 Phelan-McDermid syndrome has been

Page 308

1 established.  It's due to SHANK3
2 haploinsufficiency.
3     Q.   Broken leg.
4          MS. BROWN:  Again, with the
5     broken leg.  I'm going to object.
6 BY MR. WATTS:
7     Q.   Go ahead.
8     A.   And my role is always to try
9 to develop ways to support or treat
10 children.
11    Q.   Okay.  Let me give you some
12 kudos and play Exhibit 469 for a second.
13 It's one of your videos, and I just want
14 to put it in the record.
15         MS. BROWN:  Can you give us
16    the date.
17         MR. WATTS:  February 28,
18    2018.
19    (Document marked for
20    identification as Exhibit
21    Kolevzon 469.)
22    (Video played.)
23         DR. KOLEVZON:  We create
24 different kinds of model systems,

Page 309

1 whether it's mice models or rat
2 models or even now, neurons
3 derived from humans, and using
4 iPSCs, or pluripotent stem cells,
5 as it's called.
6          We use those models to
7 really better understand the
8 pathophysiology, and in this case,
9 what's going wrong in terms of the
10 nerve cell connections when SHANK3
11 is -- when there's loss of
12 function of SHANK3.
13          Then we can test specific
14 medicines in the models.  And then
15 if those medicines work at
16 reversing either the behavior of
17 the models or the way the nerve
18 cells connect, for example, then
19 we bring those medicines to
20 clinical trials in kids.
21          And that's the pathway that
22 we've been following.
23    (Video playback ended.)
24 BY MR. WATTS:

Page 310

1    Q.   Is that one of the videos
2  you did?
3    A.   Yes.
4    Q.   Okay.  So you're working
5  with people who are using the SHANK3 mice
6  to help try to come up with a clinical
7  treatment for Phelan-McDermid syndrome?
8    A.   Yes.  If you fast-forward to
9  the end of the presentation, you'll see
10  the acknowledgments, which includes the
11  whole team.
12    Q.   Yep.  Okay.  Let's go to
13  IGF-1.  That's insulin-like growth
14  factor 1, right?
15    A.   Yes.
16    Q.   It's a hormone that's
17  similar in molecular structure to
18  insulin, right?
19    A.   Similar, yeah.
20    Q.   It's produced primarily by
21  the liver?
22    A.   Correct.
23    Q.   It's characterized by the
24  association of intrauterine growth

Page 311

1  retardation with intellectual deficit,
2  right?
3    A.   Sorry, can you repeat that?
4    Q.   It's characterized by the
5  association of intrauterine growth
6  retardation with intellectual deficit?
7    A.   That's taken out of context.
8  It is a growth factor that's critical for
9  brain development.
10    Q.   Okay.  It's caused by a
11  deregulated lipid metabolism?
12    A.   What's caused by a
13  deregulated lipid metabolism?
14    Q.   IGF-1 syndrome?
15    A.   Ah.  You are talking about a
16  short stature syndrome.
17    Q.   Is that right?
18    A.   So there is a syndrome
19  that's characterized by IGF-1 deficiency.
20    Q.   And is placental dysfunction
21  a cause of IGF-1 deficiency?
22    A.   So we're talking about an
23  indication for IGF-1 as a compound.
24  That's not at all what I was using it

Page 312

1  for.  I was using it for Phelan-McDermid
2  syndrome.
3         And I'm using it to take
4  advantage of the mechanism which is to
5  produce growth.
6    Q.   I understand.  But my
7  question is, is placental dysfunction a
8  cause of IGF-1 deficiency?
9    A.   I'm not an expert in IGF-1
10  deficiency.
11    Q.   Okay.  During gestation, a
12  placenta is one of the major sources of
13  IGF-1, right?
14         MS. BROWN:  Object to the
15    form.
16         THE WITNESS:  I'm not an
17    expert in IGF-1 deficiency.
18  BY MR. WATTS:
19    Q.   Okay.  Does DNA methylation
20  play a critical role in placental
21  development?
22    A.   I'm not an expert in
23  placental development or IGF-1
24  deficiency.

Page 313

1    Q.   So I won't be hearing you
2  talk about any of those issues at trial?
3    A.   I mean, depends on what I'm
4  asked about IGF-1.
5    Q.   Well, I just asked you.  So
6  do you have any answers?
7         MS. BROWN:  Well --
8         THE WITNESS:  I will not be
9    providing any testimony about
10    placental insufficiency or IGF-1
11    deficiency.
12  BY MR. WATTS:
13    Q.   Let's talk about Angelman
14  syndrome.  Do you know what that is?
15    A.   I do.
16    Q.   Ubiquitin protein ligase
17  E3A, right?
18    A.   That's correct.  I'm not an
19  expert in Angelman syndrome --
20    Q.   Do you know what causes it?
21    A.   I do know what causes it.
22  I'm not an expert in this area.
23    Q.   What about 15q duplications?
24    A.   I'm also aware of 15q

Page 314

¹ duplication. I'm not an expert in this
² area.
³     Q.   Okay. Are you an expert in
⁴ the etiology of that?
⁵     A.   I'm not an expert in the
⁶ area of 15q duplications.
⁷     Q.   Do you know enough about it
⁸ to know that the EEG signature is almost
⁹ identical to the beta oscillations
¹⁰ induced by benzodiazapine drugs?
¹¹        MS. BROWN: I object as
¹²     lacking foundation.
¹³        THE WITNESS: I know that
¹⁴     there are EEG signatures that are
¹⁵     different than typically
¹⁶     developing controls in both
¹⁷     Angelman syndrome and 15q11
¹⁸     duplication syndrome.
¹⁹ BY MR. WATTS:
²⁰     Q.   Okay. Do you know that the
²¹ beta oscillations are similar or almost
²² identical to those induced by
²³ benzodiazapine drugs?
²⁴        MS. BROWN: Lacks

Page 315

¹     foundation. I object.
²        THE WITNESS: I was not
³     investigating that specific
⁴     question when I came here.
⁵ BY MR. WATTS:
⁶     Q.   Okay. Rett syndrome, are
⁷ you familiar with that?
⁸     A.   I am.
⁹     Q.   It's not an inherited
¹⁰ disorder, is it?
¹¹     A.   It's a spontaneous de novo
¹² mutation that's considered to be within
¹³ the heritability domain. So it's
¹⁴ genetic.
¹⁵     Q.   But not inherited?
¹⁶     A.   Parents do not pass on Rett
¹⁷ syndrome to their children, but...
¹⁸     Q.   And Rett syndrome results in
¹⁹ problems with protein production critical
²⁰ to brain development, right?
²¹     A.   Yes.
²²     Q.   Williams syndrome, do you
²³ know what that is?
²⁴     A.   I'm familiar with Williams

Page 316

¹ syndrome, yes.
²     Q.   It's most often not
³ inherited, right?
⁴     A.   I'm not sure if that's
⁵ correct, no.
⁶     Q.   No? It results from not
⁷ having a copy of the 25 to 27 genes on
⁸ Chromosome Number 7, right?
⁹     A.   Right. So, again, inherited
¹⁰ versus sort of heritable. It's still
¹¹ embedded within the genetics.
¹²     Q.   I'm not saying it's not in
¹³ the genetics.
¹⁴     A.   Right.
¹⁵     Q.   But it's not heritable from
¹⁶ the parents.
¹⁷     A.   It's not inherited from the
¹⁸ parents.
¹⁹     Q.   In other words, if you have
²⁰ a kid that presents with the rare
²¹ mutation, Williams syndrome --
²²     A.   The parent did not have it.
²³     Q.   There you go. Okay.
²⁴        Prader-Willi syndrome. You

Page 317

¹ familiar with it?
²     A.   Yeah, same.
³     Q.   Not genetic or -- strike
⁴ that.
⁵        Not heritable, right?
⁶     A.   Entirely, wholly genetic.
⁷     Q.   I know. And I said it
⁸ wrong.
⁹        My question is, it's not
¹⁰ heritable, right?
¹¹     A.   It is heritable.
¹²     Q.   Okay.
¹³     A.   It is not inherited.
¹⁴     Q.   There you go.
¹⁵        And that's an unstable
¹⁶ region that's on Chromosome 15, right?
¹⁷     A.   15, yes.
¹⁸     Q.   Okay. Smith-Magenis
¹⁹ syndrome?
²⁰     A.   I've seen one case with
²¹ Smith-Magenis syndrome.
²²     Q.   And it was not inherited,
²³ was it?
²⁴     A.   It's not inherited. It is

Page 318

1 still genetic.
2      Q.   Okay.  I mean, all of these
3 are genetic mutations and, therefore,
4 genetic, right?
5      A.   Correct, just like autism.
6      Q.   Yeah.  It's just different
7 kinds of a fractured femur that are --
8 they are all a broken leg?
9           MS. BROWN:  Objection to the
10 form of the question.
11 BY MR. WATTS:
12      Q.   All right.  Let's get --
13 let's get back to the details.
14           DiGeorge syndrome?
15      A.   Yes.
16      Q.   That's 22q11.2 deletion
17 syndrome?
18      A.   Yes.
19      Q.   90 percent of those cases
20 are not heritable?
21      A.   Again, heritable to me means
22 the percentage of the phenotype that's
23 explained by genetics, in which case
24 22q13 deletion -- 22q11 deletion system

Page 319

1 is heritable.  It is genetic in origin.
2           The parents don't also have
3 it and, therefore, pass it on to their
4 kids.  But it is heritable, and it is
5 genetic.
6      Q.   It's not passed along by the
7 parents?
8      A.   Correct.
9      Q.   Okay.  So far, you've
10 identified about 250 rare genes, you
11 said?
12      A.   So I think the field as a
13 whole is about at, yeah, somewhere around
14 250 genes.
15      Q.   Okay.  The lion's share of
16 those are not heritable, in that you
17 don't see them in the parents as well,
18 right?
19      A.   Those are mainly de novo
20 mutations that occur when sperm meets
21 egg, so they are carried, but they are
22 within the gamete.
23      Q.   And each of those 250 rare
24 genetic mutations could have an

Page 320

1 environmental etiology if the child is
2 genetically predisposed, right?
3           MS. BROWN:  Objection.
4 Improper hypothetical.  Calls for
5 speculation.
6           THE WITNESS:  I'm not sure I
7 understand the question.
8 BY MR. WATTS:
9      Q.   Okay.  When you say that
10 we've gone from zero to 100 rare variants
11 to 250, and we expect to get to 500 to a
12 thousand, those are just different
13 examples of different kinds of gene
14 mutations that you're able to see through
15 the technology that we've identified,
16 right?
17      A.   I think it's a combination
18 of the technology being better
19 resolution, and also a combination of the
20 analytics methods improving.
21      Q.   Now, in -- did you write a
22 paper in 2017 with the scientist known as
23 Angarita?
24      A.   Yes.

Page 321

1      Q.   Let me put this up real
2 quick.  Exhibit 453.
3           (Document marked for
4      identification as Exhibit
5      Kolevzon 453.)
6 BY MR. WATTS:
7      Q.   And a statement you make on
8 Page 227.
9      A.   Oh, that's the one that I
10 didn't recognize.
11           TRIAL TECH:  227?
12           MR. WATTS:  226.  I'm sorry.
13 BY MR. WATTS:
14      Q.   Under "Pathophysiology," did
15 you write that, "10 to 15 percent of the
16 autism spectrum disorder is caused by
17 rare genetic variants"?
18      A.   At the time that may have
19 been correct.
20      Q.   Okay.
21           I'm going to be a liar.  I
22 have one more Chung video I want to ask
23 you about.  I'm sorry.  I thought I was
24 done.  Exhibit 548.  And we may have

Page 322

1   already played it.
2           Do you remember when she
3   said that genes only explain 20 percent
4   of the cases?
5           MS. BROWN:  Objection.
6   Misstates testimony.
7           THE WITNESS:  No.
8           MR. WATTS:  Play -- play it
9   again.  It's on December 26, 2018.
10          (Video played.)
11          DR. CHUNG:  The bottom line
12  is, for any one person that I see
13  in terms of identifying a cause, I
14  can come up with the answer these
15  days about 20 percent of the time.
16  That's the good news/bad news.
17          (Video playback ended.)
18          MR. WATTS:  Stop there.
19          THE WITNESS:  So that's not
20  what she said.
21  BY MR. WATTS:
22      Q.   Okay.  Tell me what she had
23  meant -- I'm clearly ships passing in the
24  light, and I'm not trying to be -- tell

Page 323

1   me what she said.
2       A.   Yeah.  So what she says is
3   that when she sees 100 kids in her
4   clinic, she does genetic testing on all
5   of them.  They all have autism, but only
6   20 percent of the genetic tests comes
7   back with a specific genetic cause.
8       Q.   Okay.  I'll take it --
9       A.   It's the yield of the
10  genetic testing.
11      Q.   And -- and then let's go
12  back to 4 -- 568 for a second.  It's the
13  PowerPoint.
14          And if you can go to
15  Slide 10.  This is dated April 25th.
16          See how she says, "Genetic
17  diagnoses in 8 to 10 percent of the
18  families"?
19      A.   Yeah.
20      Q.   Okay.  Is that consistent
21  with your experience?
22          MS. BROWN:  Objection to
23  form.
24          THE WITNESS:  So, you know,

Page 324

1   this depends entirely on when this
2   slide was done versus when the
3   video was done versus what the
4   technology's being used.
5   BY MR. WATTS:
6       Q.   Okay.  This is why I'm
7   asking both of them.  The video that we
8   just watched saying 20 percent was in
9   December of 2018.  This is in a slideshow
10  that's dated April 25th of 2023.
11      A.   So I --
12          MS. BROWN:  I object.  Lacks
13  foundation.
14          THE WITNESS:  I don't
15  understand the context of this
16  slide and what exactly she's
17  referring to, what her sample is.
18  BY MR. WATTS:
19      Q.   Okay.
20      A.   So we need to figure that
21  out first.
22      Q.   Now, here is my question.
23          And she -- she was at
24  Columbia and is now in Boston, and you

Page 325

1   are at Mount Sinai.
2           Do you have similar
3   statistics in terms of, for every 100
4   kids that we run genetic testing on, we
5   only identify a genetic diagnosis 8, 10,
6   15, 20 percent of the time?
7           MS. BROWN:  Objection to
8   form.
9           THE WITNESS:  So the
10  ascertainment will change the
11  yield for sure.
12  BY MR. WATTS:
13      Q.   Okay.
14      A.   But I can't answer the
15  question as to whether her ascertainment
16  is different than mine.
17      Q.   Okay.  Do you know whether
18  yours is 10 percent versus 20 percent?
19      A.   I know what it is in terms
20  of the general field, where I think we're
21  up to actually 30 percent.  I think
22  Dr. Chung would say 30 percent today.
23  And I don't know what this genetic
24  diagnosis kind of --

Page 326

1    Q.   Okay.
2    A.   -- cohort is referring to.
3         Oh, this could be SPARK.  Is
4  this SPARK?
5    Q.   I think it is.
6    A.   Oh, okay.  So that's a
7  different story altogether.
8    Q.   Now, let's talk about
9  siblings for a second.  Why is the rate
10 of autism among siblings 50 times greater
11 than in the general population?
12        MS. BROWN:  Objection to
13     form.  Lacks foundation.
14        THE WITNESS:  Because of the
15     common variants.
16 BY MR. WATTS:
17    Q.   Okay.  Which is 50 percent
18 of the genetic contribution, right?
19    A.   So among the genetic causes,
20 it's likely that 50 percent probably can
21 be attributed to common variants.
22    Q.   Now, I've noticed that in
23 all of the autism cases where you've
24 testified, you try to get a genetic test

Page 327

1  done on the little boy or the little girl
2  that's at issue, right?
3         MS. BROWN:  Objection to the
4      form.
5         THE WITNESS:  I usually
6      advise that it's the standard of
7      care.  But I don't necessarily
8      inform what happens in terms of
9      their case or their strategy.
10 BY MR. WATTS:
11    Q.   Okay.  And even when the
12 genetic testing doesn't identify a common
13 variant or a rare variant with which you
14 are familiar, you say it's not
15 environmental, it's got to be genetic,
16 right?
17        MS. BROWN:  Objection.
18     Objection to form.
19        THE WITNESS:  So if you want
20     to talk about specific cases, we
21     have to evaluate them
22     specifically.  I can't sort of
23     talk about them en masse.
24 BY MR. WATTS:

Page 328

1    Q.   Okay.  Well, did the genetic
2  test on the case that you testified in
3  Houston come up negative?
4         MS. BROWN:  Objection to the
5      form of the question.
6         THE WITNESS:  So the
7      question, in Houston -- it wasn't
8      Houston.  It was Galveston.
9  BY MR. WATTS:
10    Q.   Galveston.
11    A.   Galveston.  Come on, guys.
12    Q.   Listen, we both moved away
13 from Beaumont.
14    A.   Right.
15    Q.   The case that you testified
16 in 2023 in Galveston -- I said Galveston
17 first --
18    A.   Yeah.
19    Q.   The genetic test came up
20 negative, didn't it?
21        MS. BROWN:  Objection to the
22     form.
23        THE WITNESS:  The question
24     at hand for me in that case was

Page 329

1      whether or not there was a
2      likelihood that child had heavy
3      metal poisoning from baby food and
4      whether heavy metal poisoning had
5      been established as the cause of
6      autism.
7  BY MR. WATTS:
8    Q.   That wasn't my question.
9         You did genetic testing on
10 that little boy and it came up negative,
11 didn't it?
12        MS. BROWN:  Object to that
13     question.  Lacks foundation.
14        THE WITNESS:  So, I think,
15     two things.  One, I didn't do any
16     genetic testing.  Two, I don't
17     think the details of that
18     particular case are appropriate to
19     share.
20 BY MR. WATTS:
21    Q.   Well, I'll tell you what.
22 Assuming I've got his deposition --
23    A.   Mm-hmm.
24    Q.   -- and assuming that I've

Page 330

¹ talked to his lawyers who gave me that
² deposition.
³     A.   Mm-hmm.
⁴     Q.   None of Ethan's genetic
⁵ testing showed any genetic abnormalities.
⁶         Isn't that true?  Didn't you
⁷ testify to that in your deposition, or
⁸ your trial testimony, in that case?
⁹         MS. BROWN:  Well, I'm going
¹⁰     to interject, though.  To the
¹¹     extent the doctor has concerns
¹²     that there is a protective order
¹³     or confidentiality, I don't want
¹⁴     him to give any testimony.
¹⁵         Whether you had a
¹⁶     conversation with your friends on
¹⁷     the plaintiffs' side or not, if he
¹⁸     feels that giving testimony about
¹⁹     someone's genetic testing would be
²⁰     inappropriate --
²¹         MR. WATTS:  Yeah, if --
²²         MS. BROWN:  -- we have to
²³     err on the side of caution there.
²⁴     I'm going to instruct him not to

Page 331

¹     answer that.
² BY MR. WATTS:
³     Q.   Let's err -- let's err on
⁴ the side that when you testify in a
⁵ trial, it's a public courtroom and it is
⁶ a public record, okay?  So this isn't
⁷ something where that nonsense is going to
⁸ play, okay?
⁹         You were in trial in
¹⁰ Galveston earlier this year and testified
¹¹ that none of Ethan's genetic testing
¹² showed any genetic abnormalities, right?
¹³         MS. BROWN:  And I'll just
¹⁴     give you the same caution.  If you
¹⁵     are concerned that answering these
¹⁶     questions is revealing something
¹⁷     that was not testified to in a
¹⁸     public arena, then I don't want
¹⁹     you to answer it.
²⁰         THE WITNESS:  This is a
²¹     public record?
²² BY MR. WATTS:
²³     Q.   It is.
²⁴     A.   Then, obviously, what I said

Page 332

¹ in that public record, I stand by.
²         MR. WATTS:  Exhibit 513.
³     Page 25.
⁴         (Document marked for
⁵     identification as Exhibit
⁶     Kolevzon 513.)
⁷ BY MR. WATTS:
⁸     Q.   In the public transcript, in
⁹ the public testimony, in the public
¹⁰ record.
¹¹         Page 25.  There we go.
¹²         "And so what we know about
¹³ Ethan's genetic testing is that none of
¹⁴ the tests that he had showed any genetic
¹⁵ abnormalities, right, sir?"
¹⁶         The answer was, "Correct,"
¹⁷ right?
¹⁸     A.   To the extent of our
¹⁹ knowledge and to the extent of the
²⁰ testing that was done, and where we are
²¹ sitting today, no identified genetic
²² abnormalities were found.
²³     Q.   That was the same as in the
²⁴ Sullens case in 2018.  There was no

Page 333

¹ genetic test done that was able to detect
² a genetic cause for this child's autism,
³ right?
⁴     A.   That is --
⁵         MS. BROWN:  I object.
⁶     That's inconsistent with the
⁷     testimony on the rest of this
⁸     page.
⁹         THE WITNESS:  I don't have
¹⁰     any memory of that case.
¹¹         MR. WATTS:  Exhibit 480,
¹²     Page 82.
¹³         (Document marked for
¹⁴     identification as Exhibit
¹⁵     Kolevzon 480.)
¹⁶ BY MR. WATTS:
¹⁷     Q.   Lines 19 through 21.
¹⁸         MS. BROWN:  And can we take
¹⁹     a break when you get to a good
²⁰     spot?
²¹         MR. WATTS:  Yeah, when I get
²²     done with this spot, sure.
²³ BY MR. WATTS:
²⁴     Q.   You see in the Sullens

Page 334

1  versus Walmart case, there was no genetic
2  test done that was able to detect a
3  genetic cause for this child's autism?
4      A.   So in this case -- this is
5  also public record?
6          MS. BROWN:  I don't know.
7      Let's look.
8          This is a deposition.  I
9      don't know.  If you have any
10     concerns, don't testify about it.
11         THE WITNESS:  So --
12         MS. BROWN:  Do -- can you
13     represent there is no protective
14     order?  I don't know how you got
15     this deposition.
16  BY MR. WATTS:
17     Q.   Do you have an answer for my
18  question?
19         MS. BROWN:  Well, no, but
20     he's raised a concern, and it's a
21     fair --
22         MR. WATTS:  Alli, you don't
23     represent Walmart.  Come on.
24     You're just obstructing --

Page 335

1          MS. BROWN:  No, no.  But
2      if -- if he's subject to a
3      protective order because he gave a
4      deposition in another case and
5      he's raising a concern about it --
6          MR. WATTS:  I've got the
7      deposition --
8          MS. BROWN:  -- I'm going to
9      advise him not to testify about
10     it.
11  BY MR. WATTS:
12     Q.   I've got the deposition in
13  the Sullens case.  There was a genetic
14  testing done.  It showed no genetic
15  abnormalities, again.
16         MS. BROWN:  I'm going to
17     give you the same caution --
18         THE WITNESS:  So, yeah, I
19     think -- if we can dig into these
20     cases, the question at hand here
21     was whether the so-called insult
22     caused this child to have autism.
23     In this case it was crystal clear
24     that it did not.

Page 336

1          MR. WATTS:  Objection.
2      Nonresponsive.
3          MS. BROWN:  I object.
4  BY MR. WATTS:
5      Q.   Was there genetic test done
6  of the Sullens kid and it didn't show a
7  genetic cause for this child's autism?
8          MS. BROWN:  Objection to
9      form.
10         THE WITNESS:  I don't recall
11     the details of this case.
12  BY MR. WATTS:
13     Q.   What about the Huddleston
14  case, Exhibit 526.
15         (Document marked for
16     identification as Exhibit
17     Kolevzon 526.)
18  BY MR. WATTS:
19     Q.   Was there testing done in
20  that case?
21     A.   I don't recall the details
22  of that case.
23     Q.   Doctor, with respect to
24  sibling controls, have you read the

Page 337

1  Solander paper in 2016 that the bias
2  tends to attenuate the estimated effect
3  toward the null in some common scenarios,
4  thus producing a conservative estimate of
5  the true exposure effect?
6          MS. BROWN:  Objection to the
7      form of the question.
8          THE WITNESS:  I would have
9      to see the paper.
10  BY MR. WATTS:
11     Q.   Sure.
12     A.   I have to see the paper.
13     Q.   Okay.  Have you heard that
14  generally, in looking at sibling control
15  studies, that they bias towards the null?
16         MS. BROWN:  Objection to the
17     form.
18         THE WITNESS:  I have heard
19     people make that claim, yes.
20  BY MR. WATTS:
21     Q.   Do you agree with it?
22         MS. BROWN:  Objection to the
23     form.  Calls for speculation.
24         THE WITNESS:  I think --

Page 338

1    yeah, I think it depends on the
2    study, it depends on the design,
3    it depends on the rigor.
4  BY MR. WATTS:
5    Q.   In what way is a study
6  design with the sibling controls that
7  will bias towards the null?
8         MS. BROWN:  Objection.
9    Overbroad.
10        THE WITNESS:  Can you be
11   more specific?
12 BY MR. WATTS:
13   Q.   No.  You said it depends on
14 how the study is designed.  In which way
15 does study design cause a sibling control
16 study to bias towards the null?
17        MS. BROWN:  Objection.
18   Assumes facts.  Misstates
19   testimony.
20        THE WITNESS:  So a sibling
21   control study, if you take a
22   mother who took acetaminophen
23   during pregnancy and had a child
24   with autism and you compare the

Page 339

1  rates of those autism offspring to
2  the rates of a parent who didn't
3  take acetaminophen during
4  pregnancy, that would be an
5  effective sibling control that
6  should, ideally, control for some
7  genetic confounding at least.
8  BY MR. WATTS:
9    Q.   Okay.  I want -- one last
10 issue and then we'll break.
11        An environmental factor, as
12 it relates to autism, really just means
13 anything that's not genetic, right?
14        MS. BROWN:  Objection to
15   form.
16        THE WITNESS:  Yeah, so,
17   broadly speaking, people have
18   included lots of different factors
19   in the environment, some of which
20   could actually be genetic in
21   origin.  But by definition, they
22   are not heritable.
23 BY MR. WATTS:
24   Q.   Okay.  Good.

Page 340

1        So when you talk about an
2  environmental factor, we know it's not
3  heritable, right?
4        MS. BROWN:  Objection to the
5    form.
6        THE WITNESS:  So it depends.
7  BY MR. WATTS:
8    Q.   Now, environmental factors
9  can trigger genetic predisposition,
10 right?
11        MS. BROWN:  Objection.
12   Assumes facts.  Lacks foundation.
13        THE WITNESS:  You'll have to
14   give me a specific instance.
15 BY MR. WATTS:
16   Q.   Well, epigenetics is the
17 study of how various factors can
18 influence the expression of genes without
19 changing the structure of the DNA, right?
20   A.   That's a true statement.
21   Q.   And the expression of autism
22 genes may be influenced by environmental
23 factors, right?
24        MS. BROWN:  Objection to the

Page 341

1    form.
2        THE WITNESS:  So
3    theoretically and hypothetically,
4    that is possible.
5  BY MR. WATTS:
6    Q.   You cited to the Johnson
7  paper, which I marked as Exhibit 415,
8  that says precisely that.  Do you agree
9  with it?
10   A.   Let's go to the reference.
11   Q.   Okay.
12        MR. WATTS:  Exhibit 415.
13   (Document marked for
14   identification as Exhibit
15   Kolevzon 415.)
16 BY MR. WATTS:
17   Q.   1188.  Second column under
18 "Environmental Issues."
19        "However, the expression of
20 the autism genes may be influenced by
21 environmental factors.  Although
22 currently under investigation, these
23 factors may represent a 'second hit'
24 phenomenon that primarily occurs during

Page 342

1  fetal brain development.  That is,
2  environmental factors may modulate
3  already existing genetic factors
4  responsible for the manifestation of
5  autism spectrum disorders in individual
6  children."
7        Did I read that right?
8    A.   This is an important
9  hypothesis-generating idea and something
10  that's being actively pursued.
11    Q.   Well, let's look at another
12  study you cited.  416, which is the Moy
13  and Nadler study?
14    A.   Sorry, the what?
15      (Document marked for
16      identification as Exhibit
17      Kolevzon 416.)
18  BY MR. WATTS:
19    Q.   Page 4, please.
20    A.   Yep.
21      MR. WATTS:  Page 4.
22      TRIAL TECH:  That is Page 4.
23      MR. WATTS:  First page.  I'm
24  sorry.  In the abstract -- pull up

Page 343

1  the abstract.
2        Second sentence.  Third
3  sentence, rather -- well, second
4  and third.
5  By MR. WATTS:
6    Q.   "Etiology is thought to
7  involve complex multigenic interactions
8  and possible environmental contributions.
9  In this review, we focus on the genetic
10  pathways with multiple members
11  represented in autism candidate gene
12  lists.  Many of these pathways can also
13  be impinged upon by environmental risk
14  factors associated with the disorder."
15        Did I read that right?
16    A.   So like in all these
17  studies --
18    Q.   Did I read that right?
19      MS. BROWN:  Well, let him
20  answer, please.
21      THE WITNESS:  You read the
22  words on the page, but I need to
23  contextualize it by saying that
24  all these studies are saying the

Page 344

1  same thing, which is that there
2  are possible environmental factors
3  that are worthy of study but, at
4  the moment, are hypothesis
5  generating.
6  BY MR. WATTS:
7    Q.   Let's go to 511, which is
8  the LaSalle paper.
9        "Epigenomic signatures
10  reveal mechanistic clues and predictive
11  markers for autism spectrum disorder."
12  In 2023?
13        MS. BROWN:  511?
14        MR. WATTS:  Yep.
15        MS. BROWN:  This box doesn't
16  have it.  Hang on.
17  BY MR. WATTS:
18    Q.   It says, "These findings
19  have demonstrated that ASD etiology is
20  decidedly complex with hundreds of genes
21  and interactions with environmental
22  factors."
23        Is that what LaSalle says?
24        MS. BROWN:  I object.  He

Page 345

1  needs a minute to look at LaSalle.
2        Lacks foundation.
3  BY MR. WATTS:
4    Q.   Can you see it right at the
5  bottom of Column 1 on the first page?
6    A.   So the first part of the
7  sentence is categorically true, that ASD
8  etiology is decidedly complex.  It is
9  true that it involves hundreds of genes.
10    Q.   And interactions?
11    A.   Interacts with environmental
12  factors, at this point, remains
13  speculative.
14    Q.   Okay.  But the words on the
15  screen say, "involving hundreds of genes
16  and interactions with environmental
17  factors," does it not?
18    A.   Those are the words.
19    Q.   Okay.
20    A.   But you are taking them out
21  of context.
22    Q.   Okay.  Let's go to Page 5
23  and take it out of context some more.
24        MS. BROWN:  I hope you're

Page 346

1    not being argumentative.
2  BY MR. WATTS:
3    Q.   Second column at the top.
4  "Together these results suggested a
5  multi-hit intersecting pathway between
6  genetic susceptibility and an
7  environmental exposure observed through
8  shared epigenomic signature."
9        Is that right?
10       MS. BROWN:  I object.  This
11   lacks foundation to random
12   sentences being read.
13       THE WITNESS:  I need to
14   figure out what they are
15   referencing.  This is a review
16   paper.
17 BY MR. WATTS:
18   Q.   Well, Doctor, in your
19 papers, you published a study in 2012
20 with Sandin.  "There's evidence that
21 nonheritable perinatal events and/or
22 environmental exposures are likely to
23 have a significant etiological role,"
24 right?

Page 347

1    A.   There is no question that
2  there are other nongenetic factors that
3  play a role in autism.  As of yet, we
4  have not reliably identified them.  And
5  none of the risk factors have reached the
6  level of causation.
7    Q.   Dr. Reichenberg there at
8  Mount Sinai is very bullish on the idea
9  that environmental factors have great
10 importance with respect to autism, right?
11       MS. BROWN:  Objection.
12   Lacks foundation.
13       THE WITNESS:
14   Dr. Reichenberg is the lead of our
15   environmental and epidemiological
16   group at Mount Sinai in the autism
17   center, so, yes, he is --
18 BY MR. WATTS:
19   Q.   And then --
20       MS. BROWN:  Let him finish,
21   please.
22 BY MR. WATTS:
23   Q.   I'm sorry, I thought you
24 were done.  Go ahead.

Page 348

1    A.   He is very passionate about
2  exploring these risk factors.  And if he
3  were sitting here today, he would
4  certainly not say that acetaminophen
5  causes autism.
6        MR. WATTS:  Objection --
7        THE WITNESS:  That's
8    speculative on my part.
9        MR. WATTS:  Yeah.
10   Objection.  Speculation.
11       MS. BROWN:  That question
12   called for speculation, so the
13   answer was appropriate.
14       MR. WATTS:  Okay, Judge.
15   Let's keep going.
16 BY MR. WATTS:
17   Q.   You and Reichenberg have
18 participated in the same grants seeking
19 money from the federal government, the
20 NIH, and others, to study environmental
21 factors, right?
22   A.   Correct.
23   Q.   And let me just put up one
24 of those abstracts, Exhibit 452.

Page 349

1        MS. BROWN:  Can we take a
2    break?
3        MR. WATTS:  Almost done.
4        (Document marked for
5    identification as Exhibit
6    Kolevzon 452.)
7  BY MR. WATTS:
8    Q.   Exhibit 452 is one of the
9  grant abstracts, "Autism and Prenatal
10 Endocrine Disruptors," that's referenced
11 in your CV as one of the grants that
12 you've worked on?
13   A.   Yes.
14   Q.   And part of what's said here
15 is, "Both genetic and environmental
16 factors contribute to autism spectrum
17 disorder, but environmental factors have
18 been understudied.  Because environmental
19 factors are potentially modifiable, they
20 should be a research priority."
21       Is that what y'all said?
22   A.   That's what we said.
23       MR. WATTS:  Let's take that
24   break.

Page 350

1    THE VIDEOGRAPHER:  The time
2    right now is 12:43 p.m.  We are
3    off the record.
4         - - -
5         (Whereupon a luncheon recess
6    was taken.)
7         - - -
8         THE VIDEOGRAPHER:  The time
9    right now is 1:32 p.m.  We're back
10   on the record.
11        - - -
12        CONTINUED EXAMINATION
13        - - -
14   BY MR. WATTS:
15   Q.   Doctor, your research has
16   included an examination of risk factors
17   for autism spectrum disorder, correct?
18   A.   Yes.  I've reviewed some of
19   the literature and I have some ongoing
20   projects that are doing that.
21   Q.   And you have done studies on
22   environmental risks for autism, right?
23   A.   I'm involved in studies that
24   are looking at environmental risks for

Page 351

1    autism, yes.
2    Q.   And having done studies on
3    the environmental risks for autism, it is
4    not your testimony under oath that there
5    are no studies that suggest or find that
6    there are causes of autism other than
7    genetic, correct?
8    A.   Can you repeat the question?
9    Q.   Having conducted or
10   participated in the studies on
11   environmental risk for autism, it is not
12   your testimony under oath that there are
13   no studies that suggest or find that
14   there are causes of autism other than
15   genetic?
16   A.   So there's -- there's sort
17   of a double negative built into that.
18        My testimony is that the
19   only established causes of autism are
20   genetic in origin.  And there are ongoing
21   studies of environmental risk factors.
22   Q.   Let me show you your
23   testimony in the Purdie versus Mercy
24   Medical case, Exhibit 486.

Page 352

1         (Document marked for
2    identification as Exhibit
3    Kolevzon 486.)
4    BY MR. WATTS:
5    Q.   It's August 4, 2020.
6    Page 155, Lines 15 through 18.
7         "Question:  Is it your
8    testimony under oath that there are no
9    studies that suggest or find that there
10   are causes of autism other than genetic?"
11        Is your answer:  "No, that
12   is not my testimony"?
13        MS. BROWN:  Objection to
14   form.
15        THE WITNESS:  I think I'm
16   probably saying the same thing now
17   as I was saying then.  That's
18   what's written on the page, yes.
19   BY MR. WATTS:
20   Q.   Okay.  You wrote a paper
21   with a scientist named Puleo in 2012?
22   A.   You'll have to refresh my
23   memory.
24   Q.   Okay.

Page 353

1         MR. WATTS:  Exhibit 429,
2    please.
3         (Document marked for
4    identification as Exhibit
5    Kolevzon 429.)
6    BY MR. WATTS:
7    Q.   "Advancing paternal age and
8    simplex autism."
9         Were you one of the authors
10   together with Puleo in this article, 2011
11   or '12?
12   A.   Yes, I was.
13   Q.   Okay.  If we look at
14   Page 368, part of what you write is,
15   "Causal gene mutations in male sperm
16   cells, environmental exposure with
17   mutagenic effects, increasing use of
18   infertility or assisted reproductive
19   technologies, or the combination of these
20   mechanisms may all be potential
21   descriptors.  Such mechanisms may
22   particularly play a role in autism
23   spectrum disorder that appears less
24   likely to be inherited, occurring in

Page 354

¹ families with no prior history of the
² disorder, with spontaneous mutation
³ hypotheses thus far gaining the most
⁴ research attention and support."
⁵         Did I read that correctly?
⁶     A.   So the words on the page
⁷ were read correctly.
⁸         The intent was to better
⁹ understand paternal age effects.  And the
¹⁰ idea is that as men age, their ability to
¹¹ synthesize sperm is more susceptible to
¹² copy errors, and so they pass on
¹³ mutations to children.  So it's,
¹⁴ therefore, still heritable.
¹⁵     Q.   Did I read the words on the
¹⁶ page correctly, sir?
¹⁷         MS. BROWN:  Asked and
¹⁸     answered.
¹⁹         THE WITNESS:  So I did say
²⁰     that you read the words on the
²¹     page correctly, but, I think,
²²     taking those words out of context.
²³     It's important to understand what
²⁴     the intent was.

Page 355

¹ BY MR. WATTS:
²     Q.   Well, the context is the
³ first sentence that I didn't read.  "The
⁴ etiological implications of these
⁵ paternal age findings remain unclear,"
⁶ right?
⁷     A.   So, in --
⁸     Q.   I'll tell you what.  Let me
⁹ strike the question --
¹⁰     A.   We just have to go back to
¹¹ the date of the article.
¹²     Q.   Let me -- let me re-ask a
¹³ different question that's on my mind.
¹⁴         Do you see on Line 2 where
¹⁵ it says, "Environmental exposure with
¹⁶ mutagenic effects"?
¹⁷     A.   I see those words, yes.
¹⁸     Q.   A mutagen is a chemical
¹⁹ agent that increases the rate of a
²⁰ genetic mutation by interfering with the
²¹ function of nucleic acids, right?
²²     A.   Yes.
²³     Q.   It permanently changes
²⁴ genetic material?

Page 356

¹     A.   Depends on whether it's
² permanent, but it can change...
³     Q.   So environmental exposure
⁴ can change genetic material, right?
⁵     A.   I think we've established
⁶ that environmental exposure can change
⁷ genetic material.  I think the issue is
⁸ that in autism, that has not been
⁹ established.
¹⁰     Q.   Well, except in your book
¹¹ chapter.
¹²     A.   Which chapter is that?
¹³     Q.   We'll keep going.
¹⁴         Doctor, what is ID?
¹⁵     A.   ID is an acronym that stands
¹⁶ for intellectual disability.
¹⁷     Q.   Genetic and environmental
¹⁸ factors are implicated in intellectual
¹⁹ disability, correct?
²⁰     A.   Genetic and environmental
²¹ factors are implicated.
²²     Q.   Okay.  Have adverse outcomes
²³ in neurodevelopmental function been
²⁴ associated with conventional medications

Page 357

¹ used during pregnancy?
²         MS. BROWN:  Objection to the
³     form.
⁴         THE WITNESS:  It's a very
⁵     broad statement.  It would be
⁶     helpful for you to be more
⁷     specific.
⁸ BY MR. WATTS:
⁹     Q.   Sure.  Exhibit 463.
¹⁰         (Document marked for
¹¹     identification as Exhibit
¹²     Kolevzon 463.)
¹³ BY MR. WATTS:
¹⁴     Q.   You wrote a paper in 2017
¹⁵ with Viktorin.  Do you remember that
¹⁶ paper?
¹⁷     A.   If I take a look at it, I'm
¹⁸ sure I'll remember it.
¹⁹     Q.   Okay.  Exhibit 463.
²⁰         Are you a co-author with
²¹ Alexander Viktorin?
²²     A.   Yes.
²³     Q.   And where does he work?
²⁴     A.   He worked at Mount Sinai at

Page 358

1 the time, I believe.
2    Q.   Okay.  Rudolf Uher, where
3 did he work?
4    A.   I don't know, but we could
5 check the affiliations.
6    Q.   Reichenberg worked at Mount
7 Sinai, right?
8    A.   Yes, for sure.
9    Q.   Sven Sandin worked at Mount
10 Sinai, right?
11    A.   Yes, for sure.
12    Q.   So there's at least four of
13 you that worked at Mount Sinai that wrote
14 this article entitled, "Association of
15 Antidepressant Medication Use During
16 Pregnancy With Intellectual Disability in
17 Offspring," right?
18    A.   Yes.
19    Q.   If we go to the second page,
20 the top left.  Part of what you all wrote
21 is, "Genetic and environmental factors
22 are implicated in intellectual
23 disability," right?
24    A.   Yep.

Page 359

1    Q.   And they include "factors
2 that affect fetal development, such as
3 uncontrolled diabetes and congenital
4 exposures to infectious agents or toxic
5 agents," right?
6    A.   It does say these are
7 implicated.  That's true.
8    Q.   Doctor, did you write a
9 paper with a gentleman by the name of
10 Costales in 2018?
11    A.   Yes.
12       MR. WATTS:  Exhibit 465.
13       (Document marked for
14       identification as Exhibit
15       Kolevzon 465.)
16 BY MR. WATTS:
17    Q.   This is in Charney and
18 Nestler's book, Neurobiology of Mental
19 Illness, Fifth Edition.  And it's
20 Chapter 63.  "Neurobiology of Autism
21 Spectrum Disorder and Intellectual
22 Disability, Animal and Human Studies,"
23 right?
24       MR. WATTS:  Go to the next

Page 360

1 page.  Keep going.  63.  Go.  Right
2 there.
3 BY MR. WATTS:
4    Q.   Do you see that, sir?
5    A.   Yes.
6    Q.   And if we could go to the
7 next page, 856.  Says, "Nongenetic
8 factors, including advancing parental
9 age, have also started emerging in autism
10 spectrum disorder, although the precise
11 nature of these associations has yet to
12 be determined.
13       "In addition, environmental
14 factors (e.g., maternal alcohol abuse
15 during gestation, infections, birth
16 complications, and malnutrition) are
17 major contributors of ID etiology."
18       Is that what you wrote?
19    A.   That's what's written.  And,
20 of course, I think we've covered this.
21 There's no debate about whether or not
22 there are environmental factors.  The
23 debate is what those factors are.
24    Q.   With respect to those

Page 361

1 factors, there are a group of factors
2 that likely act on the genetic
3 vulnerability to increase the risk of
4 autism spectrum disorder; is that right?
5       MS. BROWN:  Objection to the
6       form of the question.  Lacks
7       foundation.
8       THE WITNESS:  It's correct
9       that that is a good idea and a
10       hypothetical mechanism that's
11       worthy of exploration.  But it has
12       not been established or commonly
13       accepted in the scientific
14       community.
15 BY MR. WATTS:
16    Q.   Well, let's go to your blog.
17       MR. WATTS:  Exhibit 474.
18       (Document marked for
19       identification as Exhibit
20       Kolevzon 474.)
21 BY MR. WATTS:
22    Q.   In this blog, you shared
23 research on autism diagnosis and
24 explained current treatments for the

Confidential - Subject to Protective Order

Page 362

1 disease, right?
2      A.   Give me a moment, because I
3 don't -- I don't have any memory
4 whatsoever of this blog.  I don't recall
5 blogging.
6      Q.   Well, on Page 3 of this
7 exhibit, it says at the top, "There's
8 also a group of factors that likely act
9 on the genetic vulnerability to increase
10 the risk of autism spectrum disorder.
11 These risk factors include very low birth
12 weight, preterm birth, older paternal
13 age, and exposure to several toxins
14 during pregnancy"; is that right?
15      A.   So going back to the page
16 before, it says that autism is primarily
17 a genetic disorder.  And that, yes, there
18 are likely some environmental risk
19 factors that act to increase the risk.
20      Q.   Okay.  And so the bottom
21 line is, if you're genetically
22 predisposed, the environmental factor may
23 occur and push you over the edge, which
24 then leads to the development of autism

Page 363

1 spectrum disorder, right?
2           MS. BROWN:  I object to the
3      form.  It lacks foundation.
4           THE WITNESS:  So the
5      hypothesis is exactly that.
6      Correct.
7 BY MR. WATTS:
8      Q.   Well, it's more than a
9 hypothesis.  It was your testimony in the
10 Purdie versus Mercy Medical case in 2020,
11 right?
12           MS. BROWN:  Objection to
13      form.
14           THE WITNESS:  This is a
15      conceptual framework for how
16      environmental factors are, and as
17      I said, there are no established
18      environmental factors that reach
19      the level of causation.
20           MR. WATTS:  Objection.
21      Nonresponsive.
22 BY MR. WATTS:
23      Q.   Was that your testimony in
24 the Purdie versus Mercy Medical case?

Page 364

1           MS. BROWN:  Objection.
2      Lacks foundation.
3           THE WITNESS:  So you'd need
4      to show me exactly what the
5      testimony is --
6 BY MR. WATTS:
7      Q.   Exhibit 486, Page 140,
8 Line 21, through 141, Line 5.
9           (Document marked for
10      identification as Exhibit
11      Kolevzon 486.)
12 BY MR. WATTS:
13      Q.   "Question:  I understand
14 your opinion -- all right.  I understand
15 the first part of your opinion as a
16 layperson, which is that if you're
17 genetically predisposed, the
18 environmental factor may occur and push
19 you over the edge which then leads to the
20 development of that condition, correct?"
21           And what was your answer?
22      A.   So --
23           MS. BROWN:  I object.  Let's
24      get him the hardcopy.

Page 365

1           Is this something we've
2      already looked at?
3 BY MR. WATTS:
4      Q.   Sir, what was your answer?
5      A.   I need to see the line of
6 questioning in order to better understand
7 the context.
8           MS. BROWN:  I'll try to find
9      it for you.
10           THE WITNESS:  But my answer,
11      as it's written on the page, is
12      "Yes."
13 BY MR. WATTS:
14      Q.   Okay.  Do you remember the
15 Mercy Medical case, the Purdie case?
16      A.   I remember participating.  I
17 don't remember the details.
18      Q.   Okay.  In the book chapter
19 that we started this deposition with, in
20 March of 2022, the Textbook of Autism
21 Spectrum Disorder, second division --
22 Second Edition, your book chapter says,
23 "There is strong evidence that
24 nonheritable prenatal, perinatal and

Page 366

¹ parental events play a role in the
² etiology of autism spectrum disorder,"
³ right?
⁴        MS. BROWN:  Objection to the
⁵    form.
⁶        THE WITNESS:  So this is the
⁷    book chapter that was written by
⁸    Ori Kapra.  Is that -- that's the
⁹    one we are talking about?
¹⁰ BY MR. WATTS:
¹¹    Q.   It's the one that's got your
¹² name on it that wasn't on your CV.
¹³    A.   Yeah.
¹⁴        MS. BROWN:  Well, can we
¹⁵    just have the year?
¹⁶ BY MR. WATTS:
¹⁷    Q.   2022 March.
¹⁸    A.   So as I said, autism is
¹⁹ 80 percent, maybe more, heritable.  But
²⁰ when you look at twin studies, there are
²¹ not 100 percent concordant, which means
²² that there's some environmental effect
²³ that plays a role in the etiology.
²⁴ However, there have been no clear

Page 367

¹ established factors that rise to the
² level of causation.
³        And as it relates to this
⁴ case, acetaminophen has been studied as
⁵ it relates to autism, and there's no
⁶ evidence that it's even associated.
⁷        MR. WATTS:  Objection.
⁸    Nonresponsive.
⁹        MS. BROWN:  Object.
¹⁰ BY MR. WATTS:
¹¹    Q.   In your book chapter, March
¹² of 2022, one of the key points says,
¹³ "There is strong evidence that
¹⁴ nonheritable prenatal, perinatal, and
¹⁵ parental events play a role in the
¹⁶ etiology of autism spectrum disorder"; is
¹⁷ that right?
¹⁸        MS. BROWN:  Asked and
¹⁹    answered.  I object.
²⁰        THE WITNESS:  I would say
²¹    strong evidence exists for some
²²    factors.  But acetaminophen is not
²³    among them.
²⁴ BY MR. WATTS:

Page 368

¹    Q.   The etiology of autism
² spectrum disorder is multifactorial,
³ includes a combination of genetic and
⁴ environmental factors as well as their
⁵ interaction, right?
⁶    A.   Theoretically, in some
⁷ cases, that may be right.  In most cases,
⁸ I would identify to date, a single
⁹ genetic factor is sufficient to cause
¹⁰ autism.
¹¹    Q.   In the nontheoretical March
¹² of 2021 paper you wrote with Katz, that's
¹³ been marked as Exhibit 491, you wrote,
¹⁴ "The etiology of ASD is thought to be
¹⁵ multifactorial and includes a combination
¹⁶ of genetic and environmental factors, as
¹⁷ well as their interaction," did you not?
¹⁸    A.   That's what's written on the
¹⁹ page.  But in the broader context of
²⁰ autism spectrum disorder, as I said,
²¹ there are many causes of autism where a
²² single genetic mutation is sufficient to
²³ cause a phenotype.
²⁴    Q.   Doctor, I want to talk to

Page 369

¹ you about comorbidities.  Explain for the
² jury what a comorbidity is.
³    A.   A comorbidity is a condition
⁴ that occurs along with another condition.
⁵ So in the case of autism, a common
⁶ comorbidity would be something like
⁷ anxiety or attention problems or
⁸ hyperactivity.
⁹    Q.   Okay.  Did you write a paper
¹⁰ with Vahe Khachadourian of Mount Sinai on
¹¹ comorbidities and autism spectrum
¹² disorder and their etiologies?
¹³    A.   It's vaguely familiar.
¹⁴    Q.   It says published online in
¹⁵ February 2023, this year.  Does that
¹⁶ help?  Published in Translational
¹⁷ Psychiatry?
¹⁸    A.   Let's take it out so I can
¹⁹ see.
²⁰        MR. WATTS:  Okay.  Let's go
²¹    to Exhibit 514.
²²        (Document marked for
²³    identification as Exhibit
²⁴    Kolevzon 514.)

Page 370

BY MR. WATTS:

Q.   First of all, did you write that paper with Mr. -- or Dr. Khachadourian?

A.   Dr. Khachadourian wrote the paper.  I was a co-author.

Q.   And in terms of the other authors of the paper, Behrang Mahjani at Mount Sinai, right?

A.   Yeah.  Behrang, Sven, Joe, Avi and Magdalena are all at Mount Sinai.

Q.   Everybody on this paper is a Mount Sinai scientist, right?

A.   Yes.

Q.   And in the paper, if we look at Page 10 of 17, the seven Mount Sinai scientists co-authoring this paper end the discussion by saying, "These results suggest that the higher rates of certain comorbidities in autism spectrum disorder may be partly attributable to the higher rates of the underlying risk factors (environmental exposures, or the underlying genetic variation) among the

Page 371

affected individuals, rather than to downstream effects of autism spectrum disorder itself."

Is that what you all wrote?

A.   Yeah, I'm not prepared to comment on this paper without looking back at the methods.

Q.   Okay.  Are those words on the page?

A.   Well, you've read the words on the page correctly.

Q.   Okay.

A.   But in order to interpret them I need more time on this paper.

Q.   Sure.

The next page has a Figure 5.  This Figure 5 shows lines between genetic factors and environmental exposure, right?

A.   Yes.

Q.   It has a direct line between environmental exposure to autism spectrum disorder, right?

A.   Yes.

Page 372

Q.   It has a direct line from genetic factors to autism spectrum disorder, right?

A.   Yes.

Q.   And it has direct lines from genetic factors and environmental exposures with respect to comorbidities, right?

A.   This is a very simplistic diagram illustrating the interaction between the environment and genetics, yes.

Q.   And it's a very simplistic diagram included in a paper that seven scientists at Mount Sinai, including yourself, wrote this year, right?

A.   There's no debate that this is a reasonable framework.

Q.   Okay.  If we go to Page 13 of 17.

Part of which you all concluded was, "We demonstrated that the common comorbidities in individuals with autism spectrum disorder are often

Page 373

associated with pre- and postnatal exposure also linked to autism spectrum disorder."

Did I read that right?

A.   Again, if you want to go into the results and the conclusions, we need to look at the methods.  And I haven't looked at the methods in a long time.

Q.   Now, there was, without pulling out the CV, a substantial part of your CV that talks about all of your grants that you've done in the past and done -- or are doing now, right?

A.   Yes.

Q.   Okay.  And without being pejorative about it, you all will go to third-party financiers and seek funding for research on different topics, right?

MS. BROWN:  Object to the form of the question.

THE WITNESS:  We have a diverse sort of body of funders that may include third parties, as

Page 374

1    you say.
2  BY MR. WATTS:
3      Q.   Okay.  And before I get to
4  the section dealing with Johnson &
5  Johnson funding some of your work, the
6  government funds some of your work,
7  right?
8      A.   The NIH provides grants to
9  fund some of our work, yes.
10     Q.   And the process is, is that
11  they may put out a, I'm going to call it
12  a call bar, for lack -- we want people
13  willing to research X, and then you can
14  make a grant application and they can
15  decide whether to deploy capital to fund
16  your work on that particular subject,
17  right?
18     A.   It's called a request for
19  applications.
20     Q.   Okay.  Let's just look at a
21  couple of those.  Exhibit 451.
22          (Document marked for
23          identification as Exhibit
24          Kolevzon 451.)

Page 375

1  BY MR. WATTS:
2      Q.   This is from the Department
3  of Health and Human Services.  It's a
4  research project grant.  The funding
5  opportunity title is "Environmental
6  Contributors to Autism Spectrum
7  Disorder," right?
8      A.   That's -- that's the title,
9  yes.
10     Q.   If we look at Page 6 of 19.
11  It says the "NICHD is interested in
12  applications that focus on environmental
13  exposures that occurred prenatally during
14  critical windows of fetal development and
15  that impact early childhood development."
16          MS. BROWN:  Let's give you a
17          second to look at the document and
18          to get to where counsel is.
19  BY MR. WATTS:
20     Q.   Did I read that right?
21          MS. BROWN:  One second.
22          THE WITNESS:  So there is a
23          huge body of priorities, according
24          to different institutes, and among

Page 376

1    them, yes, the NICHD is interested
2  in environmental risk factors.
3  BY MR. WATTS:
4      Q.   Okay.  And you know what the
5  NICHD is.  That would be the National
6  Institute of Child Health and Human
7  Development, right?
8      A.   Yes.
9      Q.   And then down at the bottom,
10  it talks about the NIMH, and that's
11  National Institute of Mental Health,
12  right?
13     A.   Right.
14     Q.   Okay.  Up at the top, the
15  National Institute for Child Health and
16  Human Development is seeking applications
17  "that focus on environmental exposures
18  that occurred prenatally during critical
19  windows of fetal development and that
20  impact early child development," right?
21     A.   So I think what this points
22  to is the importance of exploring this
23  area.
24     Q.   Okay.

Page 377

1      A.   And there are many, many
2  people that are looking to fund this
3  area, because we need to learn a lot more
4  about it.
5      Q.   Okay.
6      A.   And that's because most of
7  it remains hypothetical.
8      Q.   And about five lines down it
9  says, "Specifically, the National
10  Institute of Child Health and Human
11  Development is interested in studies
12  focusing on prenatal exposures that alter
13  the genetic or epigenetic profile and
14  predispose to autism susceptibility;
15  factors that alter the maternal or
16  offspring microbiome and affect infant
17  development; prenatal exposures to
18  maternal disease, conditions, or
19  medications; and the presence of
20  significant inflammation in utero and how
21  it might be quantitatively related to
22  altered cellular function and development
23  in the offspring."
24          Did I read that right?

Confidential - Subject to Protective Order

Page 378

1    A.   There is an infinite number
2  of factors that are important to study,
3  and it may be relevant.
4    Q.   Did I read that right?
5    A.   The words you read are
6  correct.
7    Q.   And then it says the
8  "National Institute for Child Health and
9  Human Development is also interested in
10  specific gene-environment interactions
11  influenced by prenatal exposures," right?
12    A.   These are important things
13  to study.
14    Q.   Okay.  And did Mount Sinai
15  submit a grant application in response to
16  this call for grants?
17        MS. BROWN:  Objection to the
18    form.
19        THE WITNESS:  When was this
20    call posted?  These applications
21    were due in 2015, so I can't be
22    certain.
23        Mount Sinai does investigate
24    various risk factors for autism,

Page 379

1  as you know.
2  BY MR. WATTS:
3    Q.   Okay.  Are you familiar with
4  the Food and Drug Administration
5  fast-tracking testing with respect to
6  people's teeth and hair in order to
7  collect information that can be used to
8  predict autism diagnoses?
9    A.   I am roughly familiar with
10  it.  I am not an expert in this area.
11    Q.   Okay.  Let me show you
12  Exhibit 496.
13        (Document marked for
14    identification as Exhibit
15    Kolevzon 496.)
16  BY MR. WATTS:
17    Q.   It's a news article in
18  Spectrum News by a Laura Dattaro
19  entitled, "FDA Cites Hair-Based Autism
20  Diagnostic Aid As a 'Breakthrough.'"
21        Do you see that?
22        MS. BROWN:  Give him a
23    minute to read it.
24        MR. WATTS:  Sure.

Page 380

1        THE WITNESS:  Okay.
2  BY MR. WATTS:
3    Q.   On Page 2, the article says,
4  "U.S. Food and Drug Administration, or
5  FDA, has granted 'breakthrough device'
6  designation to a hair-based test designed
7  to aid autism diagnosis."
8        Do you see that, sir?
9    A.   I do.  What they are trying
10  to do is develop a biomarker that will
11  speed the path towards assessment.
12    Q.   Okay.  The test, called
13  StrandDx, analyzes the levels of
14  chemicals in a strand of a child's hair
15  to capture a snapshot of her 'exposome'-
16  some of her cumulative environmental
17  exposures and how she regulates certain
18  essential nutrients.  The measures
19  suggest how a person's physiology
20  responds to her environment, which can
21  predict her chances of having autism,
22  says Manish Arora."
23        Dr. Arora is a scientist at
24  Mount Sinai, right?

Page 381

1    A.   Yes.
2    Q.   It says, "Previous research
3  from the test's makers suggested that
4  autistic people's teeth contain atypical
5  levels of some metals, and that
6  information can be used to predict autism
7  diagnoses," right?
8    A.   So, taken out of context,
9  what that overlooks is that it wasn't the
10  levels of the metals, it was the way that
11  the metals regulate themselves.  And the
12  rhythmicity of the level -- of the
13  metals.
14    Q.   Did I read it right?
15        MS. BROWN:  Let him finish
16    his answer, please.
17        THE WITNESS:  This is a good
18    example of when you read words on
19    a page, the words can be
20    misleading.
21        And so, yes, you read them
22    right, but they are misleading.
23  BY MR. WATTS:
24    Q.   Okay.  And then give you

Page 382

¹ some more context.  On Page 3 the article
² says, "Analyzing hair samples makes it
³ possible to look at chemical exposures
⁴ and how the body regulates them over
⁵ time, Arora says, similar to how the
⁶ rings of a tree can reveal its age and
⁷ changing environment."
⁸          Do you see that, sir?
⁹      A.   I see that's written.  It's
¹⁰ generally very broad, and I don't
¹¹ necessarily agree with it.
¹²      Q.    Now, Dr. Manish Arora is a
¹³ scientist at Mount Sinai with whom you
¹⁴ have published scientific literature,
¹⁵ right?
¹⁶      A.    Correct.
¹⁷      Q.    You've done grants together
¹⁸ with him?
¹⁹      A.    I don't think that's
²⁰ correct.
²¹      Q.    How many articles have you
²² published with Dr. Arora?
²³      A.    I would have to check.
²⁴      Q.    Okay.  Do you find him to be

Page 383

¹ a reputable scientist?
²          MS. BROWN:  Objection to the
³      form.
⁴          THE WITNESS:  I respect
⁵      Dr. Arora.  He is a thoughtful and
⁶      well-intentioned scientist.
⁷ BY MR. WATTS:
⁸      Q.    Okay.  Would you agree that
⁹ Dr. Arora is a thoughtful and
¹⁰ well-intentioned scientist, employed by
¹¹ Mount Sinai, is committed to
¹² understanding pre- and postnatal
¹³ exposures that contribute to autism
¹⁴ spectrum disorder?
¹⁵          MS. BROWN:  Objection to the
¹⁶      form.
¹⁷          THE WITNESS:  I think it's
¹⁸      important for him to try to
¹⁹      understand ways of speeding the
²⁰      way that we get people diagnosed.
²¹      I think that these
²²      biomarkers in and of themselves
²³      are not going to speak much to
²⁴      etiology.  But they may help

Page 384

¹ people take the early signs more
² seriously and lead to faster
³ diagnoses.
⁴ BY MR. WATTS:
⁵      Q.    Okay.  In trying to develop
⁶ a biomarker with respect to what we see
⁷ in a child's teeth or a child's hair, do
⁸ you agree that that is a biomarker that
⁹ is trying to look at the chemical
¹⁰ exposures that child has been subjected
¹¹ to and how the body is regulating it over
¹² time?
¹³          MS. BROWN:  Objection to the
¹⁴      form.
¹⁵          THE WITNESS:  So biomarkers
¹⁶      can be used for many different
¹⁷      things.  They --
¹⁸ BY MR. WATTS:
¹⁹      Q.    Including environment --
²⁰          MS. BROWN:  Well, let him
²¹      finish --
²² BY MR. WATTS:
²³      Q.    I'm sorry.  I didn't mean to
²⁴ interrupt.

Page 385

¹          But including environment,
² right?
³      A.    So I think some biomarkers
⁴ can reflect environmental impacts.  But
⁵ those environmental impacts don't
⁶ necessarily have anything to do with
⁷ etiology.  They just are a marker.
⁸      Q.    Sure.
⁹      A.    So what's the cause and
¹⁰ what's the effect?
¹¹      Q.    They reflect exposure,
¹² right?
¹³          MS. BROWN:  Objection to the
¹⁴      form.
¹⁵          THE WITNESS:  They
¹⁶      potentially reflect differential
¹⁷      exposure.
¹⁸ BY MR. WATTS:
¹⁹      Q.    Okay.  And if they reflect
²⁰ differential exposure to an environmental
²¹ agent known to cause or play a role in
²² increasing the risk of ASD that can allow
²³ a diagnosis at an earlier point in time
²⁴ and allow for treatment of ASD at an

Page 386

¹ earlier point, that's the goal, right?
²          MS. BROWN:  Objection to the
³     form.
⁴          THE WITNESS:  So that's a
⁵     serious hypothetical.  Because
⁶     there hasn't been, like, a
⁷     specific environmental factor
⁸     that's been established as a
⁹     cause.
¹⁰ BY MR. WATTS:
¹¹     Q.   So we obviously disagree
¹² with each other on that.
¹³          But the premise of my
¹⁴ question was, that's the goal of the
¹⁵ environmental biomarker, through the hair
¹⁶ and the teeth, to be able to diagnose
¹⁷ something earlier, right?
¹⁸     A.   That is one of the goals,
¹⁹ yeah.
²⁰     Q.   Okay.  Yeah.  And along the
²¹ lines of attempting to understand
²² prenatal and postnatal exposures that
²³ contribute to autism, that's a laudatory
²⁴ goal, right?

Page 387

¹     A.   A laudatory goal?
²     Q.   Yeah.
³     A.   I think we talked about the
⁴ idea that if you can discover risk
⁵ factors that are modifiable and reduce
⁶ the risk, that would be something that's
⁷ important to do.
⁸     Q.   Okay.  Let's go back to 568,
⁹ which is Wendy Chung's SPARK PowerPoint.
¹⁰ Page 42.
¹¹          She ends, "We're committing
¹² to understanding" -- and the last thing
¹³ that she's committed to understanding is
¹⁴ pre- and postnatal exposure contributing
¹⁵ to autism.
¹⁶          Do you see that?
¹⁷     A.   I see that, yeah.
¹⁸     Q.   That's a laudatory goal,
¹⁹ right?
²⁰     A.   You know, we all have the
²¹ same goal.  I think the question is how
²² do we interpret the science as it stands
²³ today.
²⁴     Q.   Okay.

Page 388

¹     A.   I think the point that
² everyone is still searching in many ways
³ underscores how much we have left to
⁴ know.  Especially as it relates to
⁵ acetaminophen.
⁶     Q.   With respect to these
⁷ laudatory goals, do you believe that the
⁸ government generally tries to fund
⁹ research that is important to improving
¹⁰ the treatment of autism spectrum
¹¹ disorder?
¹²          MS. BROWN:  Objection.
¹³     Overbroad.
¹⁴          THE WITNESS:  I can't really
¹⁵     comment on the government's
¹⁶     motivations or priorities.  I'm
¹⁷     not involved in those decisions.
¹⁸ BY MR. WATTS:
¹⁹     Q.   Let's go to Exhibit 521.
²⁰          (Document marked for
²¹     identification as Exhibit
²²     Kolevzon 521.)
²³ BY MR. WATTS:
²⁴     Q.   This is dated October 22nd

Page 389

¹ of 2019.
²          And this is a Mount Sinai
³ press release.  It says Mount Sinai has
⁴ been "awarded $25 million to study the
⁵ environment's influence on people's
⁶ health throughout their lifetimes."
⁷          Do you see that?
⁸          MS. BROWN:  Let's just give
⁹     him a minute to look at it,
¹⁰     please.
¹¹          THE WITNESS:  Yeah, this is
¹²     Manish's Exposomic Institute.
¹³ BY MR. WATTS:
¹⁴     Q.   Okay.  You said Manish's
¹⁵ expo --
¹⁶     A.   Exposome Institute.
¹⁷     Q.   Institute?
¹⁸     A.   Yeah.
¹⁹     Q.   Okay.  And just so that
²⁰ we've got it in the record.  Exposomic
²¹ means what?
²²     A.   It's kind of a word that I
²³ only first heard recently.  But as I
²⁴ understand it, it relates to the universe

1 of environmental exposures, like the
2 genome or the exposome.
3      Q.   Okay.  So exposomic is the
4 way in which environmental exposures
5 affects the genome?
6           MS. BROWN:  Objection.
7      Misstates testimony.
8           THE WITNESS:  That's not
9      what I said, and that's not how I
10      understand it.
11 BY MR. WATTS:
12      Q.   Okay.  When asked during
13 your trial testimony in Galveston earlier
14 this year about Manish Arora securing
15 this $25 million grant, that was to
16 explore environmental factors in autism
17 spectrum disorder, wasn't it?
18           MS. BROWN:  Objection to the
19      form of the question.
20           THE WITNESS:  Can you repeat
21      the question?
22 BY MR. WATTS:
23      Q.   Sure.
24           MR. WATTS:  Let's put up

1 Exhibit 513, Page 24, Line 23, through
2 25, Line 2.
3 BY MR. WATTS:
4      Q.   You're on the stand on the
5 afternoon of February 16, 2023, and you
6 are asked about this grant?
7           (Document marked for
8      identification as Exhibit
9      Kolevzon 513.)
10 BY MR. WATTS:
11      Q.   Have you talked to Dr. Arora
12 about what he's doing with that
13 $25 million that he achieved a grant for?
14      A.   No, not about the grant.  I
15 was aware that he got the grant, as I
16 said.  I did not know the grant amount.
17           My focus with Dr. Arora is
18 very sort of narrow as it relates to the
19 teeth study.
20      Q.   With this grant he was able
21 to hire people to study the link between
22 the pregnancy exposures and autism
23 spectrum disorder, wasn't he?
24      A.   I'm not aware of how he

1 spends the money or what he's working on.
2      Q.   Let's go to Exhibit 565.
3           (Document marked for
4      identification as Exhibit
5      Kolevzon 565.)
6           MR. WATTS:  And just blow up
7      the top, starting with Mount
8      Sinai.
9           MS. BROWN:  Okay.  Let's
10      just give him a minute to look at
11      the hardcopy if he wants to.
12 BY MR. WATTS:
13      Q.   This is a press release
14 dated June 30, 2022, from Mount Sinai,
15 entitled, "Clinical Neuroscience
16 Fellowship Explores Links Between
17 Pregnancy Exposures and Autism Spectrum
18 Disorder."
19           That's the title, right?
20      A.   Mm-hmm.
21      Q.   And then if we go down to
22 the first paragraph, we can see a
23 photograph of a gentleman that I think
24 you're familiar with, Vahe Khachadourian.

1 You co-authored the comorbidities paper
2 about autism spectrum disorder with him,
3 right?
4      A.   Yes.
5      Q.   And he's the -- Mount
6 Sinai's first recipient of National
7 Institute of Mental Health's T32
8 Postdoctoral Research Fellowship, right?
9      A.   That's what it says.
10      Q.   And the Mount Sinai press
11 release says, "A large body of research
12 suggests that environmental exposures
13 during pregnancy may be associated with
14 autism in offspring," right?
15      A.   Yes.  The next sentence
16 says, "But those studies barely scratch
17 the surface of the complex task of
18 understanding the cause of autism
19 spectrum disorder."
20      Q.   Then it mentions his mentor
21 Magdalena Janecka, who is working on that
22 intricate puzzle, right?
23      A.   Yeah, that complex puzzle
24 that we're barely able to scratch the

Confidential - Subject to Protective Order

Page 394

1  surface on.
2      Q.   And if we look at
3  Exhibit 566.
4          (Document marked for
5      identification as Exhibit
6      Kolevzon 566.)
7  BY MR. WATTS:
8      Q.   Dr. Janecka is working on
9  the subject of functional epidemiology.
10 And the goal of her research "is to
11 better understand why certain parental
12 and early-life factors are associated
13 with the risk of neurodevelopmental
14 disorders in children," right?
15     A.   I've got to open it up.
16         MS. BROWN:  Let's let him
17     open it up and look at it.
18         Oh, my goodness.  If you
19     guys could see the print on this.
20         MR. WATTS:  Guys, just stay
21     focused on the screen.  I realize
22     it's small.
23         MS. BROWN:  Yeah, I
24     understand.  But just give him a

Page 395

1  minute.  Give him a minute.
2      MR. WATTS:  Yeah, just look
3  at the screen -- I'm giving him a
4  minute, but look at the screen.
5      MS. BROWN:  Well, okay,
6  then, I'm going to object.
7  Because what you have on the
8  screen is selected, highlighted
9  parts of an exhibit that you
10 provided us that you couldn't even
11 read with a magnifying glass.
12     So just give him a minute --
13     MR. WATTS:  Overruled.
14 Let's go.
15     I am giving him a minute.  I
16 just don't want you talking.
17     MS. BROWN:  And if he wants
18 to look at the rest of it, he'll
19 have to ask for you to scroll
20 down.
21     MR. WATTS:  Look all you
22 want.
23     MS. BROWN:  Presumably, you
24 want truthful and accurate

Page 396

1  testimony.
2      MR. WATTS:  I want him
3  testifying, not you.
4      MS. BROWN:  I'm not
5  testifying.
6      MR. WATTS:  You know you're
7  still my buddy, but you need to
8  kind of let him go.
9      MS. BROWN:  I like you, too.
10 But I can't read this.
11     MR. WATTS:  You're the one
12 that wanted paper.  I've got a big
13 screen.
14     Let's go.
15     THE WITNESS:  Can you repeat
16 the question?
17 BY MR. WATTS:
18     Q.   Sure.
19     Dr. Janecka, working under
20 the title "Functional Epidemiology," as
21 part of the functional epidemiology lab
22 of the Seaver Autism Center at the Icahn
23 School of Medicine.
24     Who is the head of the

Page 397

1  Seaver Autism Center?
2      A.   Joseph Buxbaum.
3      Q.   Okay.  Have you ever been
4  the head of it?
5      A.   No.
6      Q.   What is your role at the
7  Seaver Autism Center?
8      A.   I'm the clinical director.
9      Q.   Okay.  And is Joseph Buxbaum
10 your boss?
11     A.   Yes, one of many.
12     Q.   And so we've got the
13 functional epidemiology lab at the Seaver
14 Autism Center.  And, "The goal of our
15 research is to better understand why
16 certain prenatal and early-life factors
17 are associated with a risk of
18 neurodevelopmental disorders in
19 children," right?
20     A.   So it's very hard for me to
21 comment on sentences that are lifted from
22 a web page.
23     But if you're asking me if
24 you read the sentences correctly, the

1  answer is yes.
2      Q.  Is autism spectrum disorder
3  a neurodevelopmental disorder in
4  children?
5      A.  As defined by the DSM, yes.
6      Q.  Okay.  Let's go back to
7  biomarkers for a second.  You remember we
8  were talking about teeth and hair to try
9  to get a biomarker showing exposure to
10 environmental agents?
11     A.  So we talked about the
12 studies in teeth and hair to show that
13 there are potentially different levels,
14 or different rhythms between levels, that
15 distinguish between autism and not
16 autism.
17     Q.  Okay.  I want to simplify
18 our discussion on what a biomarker is.
19 Now, this is going to surprise you
20 because I'm the picture of cardiovascular
21 health.  But every once in a while, I'll
22 get my blood taken to get a blood screen,
23 right.  And you can get all sorts of data
24 with respect to what your levels are on

1  different things.
2         Those are biomarkers, right?
3      A.  Those are examples of
4  biomarkers, yes.
5      Q.  So, you know, for example,
6  hemoglobin A1C is a measure in your blood
7  for a risk of diabetes, right?
8      A.  It's a biomarker for
9  diabetes, yes.
10     Q.  Blood pressure for heart
11 disease?
12     A.  Yes.
13     Q.  Cholesterol for heart
14 disease?
15     A.  Those are all examples of
16 biomarkers.
17     Q.  Okay.  And so by analogy,
18 those are examples of biomarkers that, if
19 they are too high, are likely to cause an
20 increased risk of heart disease for my
21 example, right?
22         MS. BROWN:  Objection to the
23     incomplete hypothetical.
24         THE WITNESS:  So you are

1  representing biomarkers that are
2  linked to the cause of a disease
3  that indicate increased risk.
4  That doesn't necessarily mean that
5  there aren't biomarkers that
6  simply identify cases that have
7  already been established.
8  BY MR. WATTS:
9      Q.  Okay.  Fair enough.
10         So your research is focused
11 on developing biomarkers, among other
12 things, right?
13     A.  Yes, I'm very interested in
14 biomarkers.
15     Q.  Okay.  And I think that one
16 of your prior reports said that you've
17 had approximately $4.3 million in grant
18 funding as a principal investigator on a
19 variety of different things, including
20 discovering biomarkers for ASD, right?
21     A.  Yes.
22     Q.  Okay.  And I think you
23 described that effort as, we're trying to
24 think about other factors that kind of

1  correspond to autism that we can use to
2  predict autism, right?
3      A.  Yes, I'm happy to talk more
4  about those.
5      Q.  Okay.  Now I want to play a
6  video of you at 460.
7         (Document marked for
8      identification as Exhibit
9      Kolevzon 460.)
10         MR. WATTS:  And this is the
11     Advances in Autism conference in
12     2017.
13         (Video played.)
14         DR. KOLEVZON:  You can't
15     just think about autism as one
16     group.  It's really important for
17     us to develop and validate
18     biomarkers.  I think that is going
19     to be the key to clinical trial
20     success, as I said.
21         (Video playback ended.)
22 BY MR. WATTS:
23     Q.  What you said is true,
24 right?

Page 402

1    A.    What I'm talking about
2 there, electrophysiological biomarkers
3 that have nothing whatsoever to do with
4 the etiology or cause of autism.
5    Q.    Okay.
6    A.    They are measuring autism
7 and, potentially, autism symptoms and a
8 way of identifying subgroups and
9 predicting treatment response.
10    Q.    Now, I noticed that last
11 night I got a Supplemental Rule 26(a)
12 disclosure.  I don't know whether you
13 know what that means, but it says that
14 you looked at more stuff.  Okay?
15    A.    Okay.
16    Q.    And I think it listed, you
17 know, various reports, the deposition
18 transcripts for the expert depos that
19 have been taken thus far, and then I
20 think there were three new studies that
21 we'll talk about in a little.
22       You read Dr. Chung's
23 transcript of the deposition taken on the
24 30th of August 2023, the rough

Page 403

1 transcript?
2    A.    I read most of it.
3    Q.    Okay.  Do you remember the
4 discussion about the slide with the
5 concentric circles of genetics and
6 environment?
7    A.    I do, yes.
8    Q.    Let me put up an example,
9 that Exhibit 568.
10       This is the SPARK and Future
11 of Autism research, April 25, 2023.  And
12 go to Page 5.
13       And does this comport with
14 what you were reading in the transcript
15 when we were asking about this slide?
16       MS. BROWN:  Objection.
17    Lacks foundation.
18       THE WITNESS:  Comport, in a
19    critical piece of the slide, to
20    me, is the implication that
21    genetic factors and environmental
22    factors are roughly equal, which,
23    of course, that's 100 percent not
24    the case, and not consistent with

Page 404

1 her testimony.
2 BY MR. WATTS:
3    Q.    I realize it wasn't
4 consistent with her testimony after she
5 got hired in this case.
6       But do you know how many
7 different PowerPoints Dr. Chung has used
8 with the environmental factors circle,
9 the identical side of the genetic
10 factors?
11       MS. BROWN:  Well, I object
12    on a number of grounds, including
13    argumentative, and it lacks
14    foundation.  It's false, and it
15    misrepresents the testimony and
16    the document.
17 BY MR. WATTS:
18    Q.    Go ahead, sir.
19    A.    So I'm not aware of how many
20 PowerPoints and exactly what the size of
21 her circles are.
22       But I am aware of the
23 article that she's written and the body
24 of literature that suggest very

Page 405

1 consistently that 80 to 90 percent of
2 autism is genetic in origin.
3       MR. WATTS:  Objection.
4    Nonresponsive.
5       MS. BROWN:  Objection.
6 BY MR. WATTS:
7    Q.    Here's my question.  Do you
8 know how many times this slide has been
9 used in her PowerPoints over the last
10 decade?
11       MS. BROWN:  How would he
12    possibly know that?  I object.
13       MR. WATTS:  Object to form.
14    Come on.
15       MS. BROWN:  I object to the
16    form.
17 BY MR. WATTS:
18    Q.    All right.  Now let's go on.
19       You can tell me whether you
20 possibly know that.
21    A.    So the size of the circles
22 are irrelevant.  But, no, I am not aware
23 of how many times she's presented on this
24 particular slide.

1  Q. So the relevance to me is
2  that every time she gives a PowerPoint,
3  she gives it to an audience.
4        Does that make sense?
5  A. That makes sense.
6  Q. And every time you use a
7  PowerPoint with genetic factors having a
8  circle the same size as environmental
9  factors, you are communicating messaging
10 to your audience that is seeing the
11 PowerPoint?
12       MS. BROWN: Object. Lacks
13    foundation.
14 BY MR. WATTS:
15    Q. Make sense?
16    A. So the intent behind this
17 slide is to teach a lay audience, and the
18 size of the circles is not what's
19 important. It's what comes out of her
20 mouth that's important.
21    Q. I mean, part of what we're
22 doing here is we put the cards on the
23 table. Is what comes out of your mouth
24 after you are retained as an expert in

1  litigation -- you know, there may be some
2  secondary bias that is alleged on both
3  sides.
4        You've read all the
5  depositions, right?
6  A. No.
7  Q. You haven't read my good
8  friend Mr. Murdica, before you started
9  taking money from plaintiffs' lawyers,
10 blah blah blah. Did you see any of that?
11       MS. BROWN: Objection to the
12    form.
13       THE WITNESS: I can tell you
14    there were depositions that I
15    read.
16 BY MR. WATTS:
17    Q. Okay. And, then, the point
18 is, is that these PowerPoints were given
19 before anybody was hired by lawyers in
20 this case. Can we agree to that?
21       MS. BROWN: Objection.
22    Calls for speculation.
23       THE WITNESS: I think what
24    you're implying is that Dr. Chung

1  is adapting her opinions about the
2  genetics of autism based on being
3  paid, and that is factually
4  incorrect, because her opinions
5  are based on literature and based
6  on decades of research and have
7  been consistent since the time
8  that she started in this career.
9  BY MR. WATTS:
10    Q. Do you think it's fair for a
11 lawyer like me to probe what people who
12 are experts are saying in litigation
13 versus saying what they said before
14 litigation?
15    A. Absolutely.
16    Q. Okay. And so, for example,
17 if you said something in a book chapter
18 before you were hired, that's a
19 legitimate area for me to probe, and then
20 you can give your reasons for that,
21 right?
22       MS. BROWN: Objection to the
23    form.
24       THE WITNESS: I think it's

1  legitimate for you to probe and
2  ask questions. I just think the
3  questions need to be reasonable.
4  BY MR. WATTS:
5  Q. And it's reasonable to say,
6  you know what, I'm looking at a
7  PowerPoint slide that an expert for the
8  defense has used in 2023, in 2019, in
9  2017, in 2014, and communicated to crowd
10 after crowd after crowd before she was
11 retained as an expert in this case.
12       That's a reasonable inquiry,
13 don't you think?
14    A. No.
15       MS. BROWN: Objection to the
16    form.
17 BY MR. WATTS:
18    Q. Okay.
19    A. I absolutely do not think
20 it's reasonable to infer by the size of
21 circles what the genetic component of
22 autism is.
23    Q. Sometimes you can't believe
24 your lying eyes, huh?

Page 410

1     MS. BROWN:  Objection to the
2  form.  It's argumentative.
3     And our realtime has stopped
4  working.  Could we just pause to
5  get it fixed?
6     MR. WATTS:  Sure.
7     THE WITNESS:  I'm sorry.  I
8  don't know what -- can you clarify
9  what does it mean?
10  BY MR. WATTS:
11     Q.   You've never heard "believe
12  your lying eyes"?
13     A.   I think I've heard it.  I
14  don't want to assume.  Are you calling me
15  a liar?
16     Q.   It's a great phrase down in
17  Texas.  Don't take offense.
18     MS. BROWN:  Can we go off
19  for one second and just get this
20  working?
21     MR. WATTS:  Sure.  Sure.
22     THE VIDEOGRAPHER:  The time
23  right now is 2:19 p.m.  We are off
24  the record.

Page 411

1     (Short break.)
2     THE VIDEOGRAPHER:  The time
3  right now is 2:27 p.m.  Back on
4  the record.
5     (Document marked for
6  identification as Exhibit
7  Kolevzon 504.)
8  BY MR. WATTS:
9     Q.   Doctor, I want to switch
10  gears with you and show you Exhibit 504.
11  This was your expert report dated
12  June 3rd of 2022 in the Palmquist versus
13  Hain case.  Is that true?
14     A.   Yes.
15     Q.   And we can see it's in the
16  Southern District of Texas.  This is the
17  so-called Galveston matter that we've
18  been discussing, right?
19     A.   Okay.
20     Q.   And I'd like to take you to
21  Page 32 of that report.
22     And as we look at this
23  report, Section VI has what's called a
24  "Bradford Hill Causation Analysis"?

Page 412

1     A.   Yes.
2     Q.   And as we look at Page 32,
3  Section A deals with temporality; is that
4  right?
5     A.   Yes.
6     Q.   Page 33, Section B deals
7  with "Strength of Association"?
8     A.   Yes.
9     Q.   Page 34, C is "Consistency,"
10  right?
11     A.   Yes.
12     Q.   D is "Dose Response," right?
13     A.   Correct.
14     Q.   Page 35, E is "Specificity"?
15     A.   Yes.
16     Q.   Page 35, F is "Biological
17  Plausibility"?
18     A.   Yes.
19     Q.   G is "Coherence"?
20     A.   Yes.
21     Q.   Page 36, H is "Experiment"?
22     A.   Yes.
23     Q.   And I is "Analogy"; is that
24  right?

Page 413

1     A.   Those are all the sections,
2  yeah.
3     Q.   Okay.  So in those five
4  pages, 32, 33, 34, 35, and 36, you did a
5  Bradford Hill analysis to suggest
6  exposure to heavy metals in baby food
7  could not be causative of autism, right?
8     A.   That's what I did for this
9  case, yes.
10     Q.   Okay.  And there's something
11  you said I want to talk to you about, and
12  that is the idea of temporality.
13     And I -- let me paraphrase.
14  You tell me if I, basically, got it
15  right.
16     And that is that your
17  understanding of autism is that it's
18  conceptualized in utero, even if it's not
19  evident until later on, right?
20     A.   Correct.
21     Q.   And, therefore, a baby
22  already outside of the uterus ingesting
23  baby food with allegedly too much metals
24  in it failed the test of temporality

Page 414

¹ because the conceptualization of autism
² was already present, right?
³     A.   As it relates to autism,
⁴ yes.
⁵     Q.   Okay.  Now, let's put that
⁶ aside for a second.  And if we go to your
⁷ report -- you didn't do a
⁸ section-by-section Bradford Hill analysis
⁹ of this particular case; is that right?
¹⁰     A.   So my review of the
¹¹ literature in this particular case did
¹² not indicate the need for Bradford Hill.
¹³     Q.   Okay.  Fair enough.
¹⁴         So the answer is you didn't
¹⁵ do one, right?
¹⁶     A.   I used Bradford Hill
¹⁷ framework.
¹⁸     Q.   But you didn't list them all
¹⁹ out and talk about each of them.  Is that
²⁰ fair?
²¹     A.   It was very hard to get past
²² the consistency one.
²³     Q.   Okay.  Now, I want to talk
²⁴ to you about temporality, just for a

Page 415

¹ second, and developmental time tables in
² utero.  Okay?
³         You've testified -- well,
⁴ you said in your report, Exhibit 403,
⁵ that it's generally established that
⁶ altered neurodevelopment in autism
⁷ spectrum disorder begins in utero and
⁸ likely in the first trimester; is that
⁹ right?
¹⁰     A.   Yes.
¹¹     Q.   Does it continue through the
¹² second trimester?
¹³         MS. BROWN:  Objection to
¹⁴     form.
¹⁵         THE WITNESS:  So the brain
¹⁶     is developing throughout all three
¹⁷     trimesters.  So the initial insult
¹⁸     occurs, as I said, when sperm
¹⁹     meets egg, but the manifestations
²⁰     of that insult can certainly occur
²¹     throughout utero.
²² BY MR. WATTS:
²³     Q.   Okay.  You cited a paper
²⁴ called Prem.  Are you familiar with that?

Page 416

¹     A.   Off the top of my head, I'm
² not.
³     Q.   Okay.  Let me -- hold on a
⁴ just second, because I want to be
⁵ specific about this.
⁶         If you look at Page 24 of
⁷ your report, Exhibit 403.
⁸         And you, in Footnote 50 --
⁹     A.   We're talking about the
¹⁰ Payne report.
¹¹     Q.   No, your report in this
¹² case.
¹³         Exhibit 403.  Page 24,
¹⁴ Footnote 50.
¹⁵         For the proposition,
¹⁶ "Because it's generally established that
¹⁷ altered neurodevelopment in ASD begins in
¹⁸ utero, and likely in the first trimester,
¹⁹ challenges remain in determining which
²⁰ neurobiological features cause ASD versus
²¹ which are a consequence."
²²         And then Footnote 50 cites
²³ to a study by Prem entitled
²⁴ "Dysregulation of Neurite Outgrowth and

Page 417

¹ Cell Migration in Autism and Other
² Neurodevelopmental Disorders"?
³     A.   Mm-hmm.  Yeah.
⁴     Q.   Now, the Prem article I
⁵ marked as Exhibit 485.
⁶         (Document marked for
⁷     identification as Exhibit
⁸     Kolevzon 485.)
⁹ BY MR. WATTS:
¹⁰     Q.   And what I'm going to do --
¹¹ there's a -- let me just kind of
¹² pre-stage what I'm doing.  There's a
¹³ variety of time tables that are listed in
¹⁴ Prem.  I just want to see if you agree or
¹⁵ disagree with those particular time
¹⁶ tables.
¹⁷     A.   All right.  It's been a
¹⁸ while since --
¹⁹     Q.   I mean, you're welcome to
²⁰ read or I can just take you one by one.
²¹ Whatever you want me to do --
²²     A.   Let me take a look at the
²³ abstract.
²⁴     Q.   Yeah.  Yeah, that's fine.

Page 418

1  That's where I'm going with these
2  particular time tables.
3      A.   Okay.
4      Q.   Are you ready?
5      A.   I am.
6      Q.   Okay.  First question is, in
7  the overview, about three lines from the
8  bottom, it says, "For ASD, more recent
9  genetic studies have also suggested that
10  risk genes largely confer" -- "converge
11  upon the developing human cerebral cortex
12  between Weeks 8 and 24 in utero."
13          Do you agree with that?
14      A.   So this is not an area of my
15  expertise.  This is the pathology.
16      Q.   Okay.  Let's go to 110.
17          The next one.
18          In the middle of the page it
19  says, "During the 8 to 24-week window of
20  human neurodevelopment, neural precursor
21  cells are actively undergoing
22  proliferation, migration, and early
23  differentiation to form the basic
24  cytoarchitecture of the brain."

Page 419

1          Agree, disagree, or don't
2  know?
3      A.   I generally understand that
4  to be a true statement.
5      Q.   Okay.  Go to Page 111.
6          "The formation of the neural
7  tube occurs during early gestation in
8  humans, 3 to 4 weeks."
9          Agree or disagree?
10      A.   I don't know the answer to
11  that.
12      Q.   Okay.  Page 112, down at the
13  bottom.
14          "Migration of cortical
15  neurons occurs between E-19 and E-22 in
16  rats, but in humans migration begins at
17  18 weeks postconception and can continue
18  until Week 36, though most cortical
19  neurons are in place by 24 weeks."
20          Agree, disagree, don't know?
21      A.   You know, sitting here, I
22  don't know for sure, so I don't want to
23  guess.
24      Q.   Okay.  Fair enough.

Page 420

1          126.  "Moreover, the
2  importance of very early cortical
3  development was recently confirmed by the
4  large scale, over 35,000 samples, whole
5  genome sequencing study by, Footnote 167,
6  that shows that 80 percent of 102
7  high-risk autism spectrum disorder genes
8  are expressed in the forebrain by
9  23 weeks gestation and regulate maturing
10  or mature neurons of both excitatory or
11  inhibitory lineages.  Thus, while
12  ASD-risk genes may have different roles
13  in the adult brain, a majority of these
14  risk genes seem to play a key role in the
15  regulation of neurodevelopment."
16          With respect to the 23 weeks
17  after gestation with ASD genes being
18  expressed in the forebrain, is that
19  something you agree with or you just
20  don't know?
21      A.   I don't know.
22      Q.   Okay.  Page 135, down at the
23  bottom, and the top of 136.
24          It talks about, "More

Page 421

1  recently, with wider use of 'omic'
2  studies and more sophisticated modeling
3  tools, pathway analysis studies of
4  idiopathic and syndrome-associated ASD
5  genes have uncovered their" -- "have
6  uncovered their convergence onto the
7  cerebral cortex of the developing
8  mid-fetal brain (8 to 24 weeks old)."
9          Do you agree with that?
10      A.   Again, the timing of all of
11  these events, I'm not comfortable
12  testifying to.
13      Q.   Okay.  I think the same
14  answer, but let me ask.
15          Interesting --
16  "Interestingly, in human brain
17  development, it is believed that the
18  first synapses begin to form between
19  20 and 24 weeks of gestation and the peak
20  of synapse formation occurs postnatally."
21          Agree, disagree, or don't
22  know?
23      A.   I can't be certain.
24      Q.   Okay.  And then on Page 136.

Page 422

1    "Indeed, in the 8 to 24-week
2  period of brain development, we find that
3  NPCs are proliferating, migrating, and
4  differentiating to form the brain."
5    Any thoughts?
6    A.   I can't know for sure.
7    Q.   Okay.  I want to talk to you
8  about the concept of plausible biological
9  mechanisms.
10    And if I could, I want to go
11  back to 494, which is the book chapter.
12  It's in the second edition of the Autism
13  Spectrum Disorder.
14    And you see where it says,
15  "We present plausible biological
16  mechanisms linking the" -- "those risk
17  factors to autism spectrum disorder"?
18    A.   I see where it's written.
19    Q.   And then there's a list of
20  prenatal exposures and maternal
21  conditions, including antidepressants and
22  depression, additional prenatal exposures
23  and maternal -- additional prenatal
24  exposures and maternal conditions.

Page 423

1  Gestational diabetes.  Maternal high body
2  mass index.  Fetal distress and cesarian
3  delivery.  Viral and bacterial
4  infections.  Acetaminophen.  Metals.
5  Folic acid.  And air pollution.
6    Were those all listed in the
7  book chapter that carries your name as a
8  co-author in 2022?
9    A.   Those were listed, yeah.
10    Q.   And then there's a section
11  entitled "Perinatal Risk Factors."
12    Low birth weight.  Preterm
13  birth.  Fetal growth restriction, being
14  short for gestational age.
15    Were those all listed as
16  prenatal risk factors for autism spectrum
17  disorder?
18    A.   So they've all been listed,
19  but they don't all have plausible
20  biological mechanisms.
21    Q.   Okay.  And then it says,
22  "Parental Risk Factors: advanced maternal
23  age, advanced paternal age, potential
24  etiologic mechanisms of advancing

Page 424

1  paternal and maternal age."
2    Is that right?
3    A.   And those are a couple of
4  good examples where biological mechanisms
5  are plausible.
6    Q.   But they are listed under
7  the presentation of biological plausible
8  mechanisms in the book chapter, right?
9    A.   So the book chapter says
10  that they are going to present some
11  biological mechanisms.  And then the book
12  chapter lists a whole bunch of different
13  areas but doesn't necessarily imply that
14  each of those areas has a biological
15  mechanism that's plausible.
16    Q.   Yeah.  Except that it
17  follows, "We present plausible biological
18  mechanisms linking those risk factors to
19  autism spectrum disorder," didn't it?
20    A.   It does.  But there are not
21  plausible biological mechanisms linking
22  all of those risk factors to autism.
23    Q.   As we go back to the Elmo,
24  all of that happened right after you all

Page 425

1  said, "We present biological plausible
2  mechanisms linking these risk factors to
3  autism spectrum disorder," right?
4    A.   Well, the fact that the two
5  things occur next to each other in a
6  chapter doesn't mean that one explains
7  the other.
8    Q.   Hmmm.  Let's go through a
9  few of these and just talk about it for a
10  second.
11    Folic acid reduces the risk
12  of autism spectrum disorder, right?
13    A.   No.
14    Q.   Let me show you Exhibit 464.
15  This is a newsletter from the Seaver
16  Autism Center where you are the clinical
17  director, right?
18    A.   I am.
19    (Document marked for
20    identification as Exhibit
21    Kolevzon 464.)
22  BY MR. WATTS:
23    Q.   "Working with collaborators
24  in Israel, and using data from a national

Page 426

¹ healthcare provider, our team examined
² the correlation between intake of folic
³ acid and multivitamin supplements with
⁴ the risk of autism spectrum disorder in
⁵ the offspring."
⁶      Did I read that right?
⁷    A.   Hold on.  I've got to get to
⁸ the actual section.
⁹      Yeah, there's a lower-odds
¹⁰ ratio of having autism among women who
¹¹ took folic acid.
¹²    Q.   Okay.  And let's look at
¹³ what was said next.
¹⁴      "Of the 45,300 children in
¹⁵ the study, 570, or 1.3 percent, received
¹⁶ a diagnosis of autism spectrum disorder.
¹⁷ Maternal use of folic acid and
¹⁸ multivitamin supplements before pregnancy
¹⁹ was associated with a 61 percent lower
²⁰ risk for autism spectrum disorder in
²¹ their children compared with children of
²² mothers who did not use the supplements."
²³      Did I read that right?
²⁴    A.   You read that right.  And

Page 427

¹ this is a great example of where,
² potentially, there's something else that
³ led the mothers to take folic acid in the
⁴ first place that protected them from
⁵ having a child with autism.
⁶      So this finding, in and of
⁷ itself, is not sufficient to say folic
⁸ acid reduces the risk of autism.
⁹    Q.   Okay.  But Mount Sinai says
¹⁰ if you take folic acid and multivitamins
¹¹ before pregnancy, you've got a 61 percent
¹² of lower risk of autism spectrum disorder
¹³ in your children, right?
¹⁴    A.   No.
¹⁵      MS. BROWN:  Objection.  That
¹⁶ misstates the document.
¹⁷ BY MR. WATTS:
¹⁸    Q.   Okay.  And then the -- it
¹⁹ says, "Maternal use of supplements during
²⁰ pregnancy was also associated with a
²¹ 73 percent lower risk of autism spectrum
²² disorder," right?
²³    A.   The next sentence, which I
²⁴ think is the important one, is that, "The

Page 428

¹ results need to be interpreted
² cautiously, because other factors, such
³ as lifestyle choices, could play a role."
⁴    Q.   Okay.  But let's --
⁵    A.   More studies should be
⁶ conducted to validate these findings.
⁷    Q.   Okay.  But let's take it
⁸ step by step.
⁹      First of all, does the
¹⁰ Seaver Autism Center newsletter in 2018
¹¹ say, "Maternal use of supplements during
¹² pregnancy was also associated with a
¹³ 73 percent lower risk for ASD"?
¹⁴      Did I read that right?
¹⁵    A.   The Seaver Autism Center
¹⁶ newsletter highlights findings from one
¹⁷ study.
¹⁸    Q.   Yep.  And then --
¹⁹    A.   -- and shows --
²⁰      MS. BROWN:  Let him finish.
²¹      THE WITNESS:  -- this
²² result.
²³ BY MR. WATTS:
²⁴    Q.   And that happened in 2018,

Page 429

¹ right?  That's -- that's when this is
² dated, up in the upper left-hand corner?
³    A.   Yeah.
⁴    Q.   And in February of 2018 in
⁵ the Poston case, did you say taking
⁶ prenatal vitamins is -- things are
⁷ globally good because they reduce risk?
⁸    A.   You've got to be more
⁹ specific, sorry.
¹⁰      MR. WATTS:  Sure.
¹¹ Exhibit 468, Page 83, 7 through
¹² 20.
¹³      (Document marked for
¹⁴ identification as Exhibit
¹⁵ Kolevzon 468.)
¹⁶      THE WITNESS:  Yeah.
¹⁷ BY MR. WATTS:
¹⁸    Q.   Okay.
¹⁹    A.   Right.  Just like you don't
²⁰ want to smoke during pregnancy.  But this
²¹ isn't necessarily related to autism.
²² So they -- they -- it
²³ doesn't have anything to do with autism?
²⁴    A.   Well, so you want to reduce

Confidential - Subject to Protective Order

Page 430

¹ risk factors in general, modifiable risk
² factors.
³         Just like you don't want to
⁴ smoke during pregnancy, you also want to
⁵ take prenatal vitamins.  Those things are
⁶ globally good because they reduce risk --
⁷     Q.   But you talk --
⁸     A.   -- of all kinds of things,
⁹ including neural tube defects.
¹⁰    Q.   But you're talking about
¹¹ studies of people with autism.
¹²        Do you see that there?
¹³    A.   I'm talking, in the first --
¹⁴ the first section, in the second part I'm
¹⁵ expanding.  It's, like, an obvious thing
¹⁶ you want to do.
¹⁷    Q.   Well --
¹⁸    A.   Right?  So on one hand you
¹⁹ specifically want to reduce the risk of
²⁰ autism.  On the other hand, just like we
²¹ take prenatal vitamins, you want to
²² reduce the risk of bad outcomes, hard
²³ stop.
²⁴    Q.   Does the data show that

Page 431

¹ taking folic acid before pregnancy
² reduces the risk of autism?
³     A.   There are some studies that
⁴ show that as an association.  I don't
⁵ think it's definitively determined.
⁶     Q.   By the way, folic acid is
⁷ Vitamin B, right?
⁸     A.   Yes.
⁹     Q.   Okay.  There's other
¹⁰ prenatal vitamins that are like
¹¹ Vitamin D, right?
¹²    A.   Correct.
¹³    Q.   Vitamin D levels are low in
¹⁴ cases of autism, right?
¹⁵    A.   So there is some association
¹⁶ with levels of Vitamin D or higher -- or
¹⁷ higher levels of Vitamin D reduce the
¹⁸ risk.
¹⁹    Q.   So you can supplement
²⁰ Vitamin D to reduce the risk of autism?
²¹        MS. BROWN:  Objection to the
²² form.  Misstates testimony.
²³        THE WITNESS:  Yeah.  So what
²⁴ you're -- what you're doing is

Page 432

¹ you're taking some isolated
² findings that are important and
³ worth considering, and you're
⁴ implying that you then want to
⁵ make a change in your practice,
⁶ like take Vitamin D.
⁷        But we are not at that
⁸ point, as a field.
⁹ BY MR. WATTS:
¹⁰    Q.   It's probably a good idea to
¹¹ take Vitamin D if you want to reduce the
¹² risk of autism, right?
¹³        MS. BROWN:  Objection.
¹⁴ Asked and answered.  Inconsistent.
¹⁵        THE WITNESS:  I would never
¹⁶ tell a patient that if they took
¹⁷ Vitamin D during pregnancy, they
¹⁸ are going to reduce their risk of
¹⁹ autism.
²⁰ BY MR. WATTS:
²¹    Q.   Would you tell a jury in
²² Galveston, Texas, earlier this year,
²³ Vitamin D levels are low in autism and
²⁴ you can supplement Vitamin D to reduce

Page 433

¹ the risk, that's probably a good idea?
²     A.   Yeah.
³     Q.   Did you say that, under
⁴ sworn oath, in Galveston this year?
⁵        MS. BROWN:  Hold on.  Hold
⁶ on.  Let him answer.
⁷        THE WITNESS:  If I said
⁸ that, it was a theoretical
⁹ proposition based on an isolated
¹⁰ finding.
¹¹ BY MR. WATTS:
¹²    Q.   Exhibit 512.  Page 109,
¹³ Lines 13 through 15.
¹⁴        (Document marked for
¹⁵ identification as Exhibit
¹⁶ Kolevzon 512.)
¹⁷ BY MR. WATTS:
¹⁸    Q.   February 16th, morning trial
¹⁹ session in Galveston.
²⁰        Is that what you said?
²¹        MS. BROWN:  Can you blow up
²² the question too?
²³        THE WITNESS:  Yeah, these
²⁴ are all ideas that we have that

Page 434

1 are relevant. But nobody is
2 making that recommendation.
3 BY MR. WATTS:
4 Q. But you told a jury that's
5 probably a good idea, right?
6 MS. BROWN: Objection to
7 form.
8 THE WITNESS: You're taking
9 this out of context, Counselor.
10 BY MR. WATTS:
11 Q. Every time I quote your
12 words back to you, you tell me I'm taking
13 it out of context.
14 MS. BROWN: Well, that's not
15 true, but that happens to be what
16 you're doing here.
17 BY MR. WATTS:
18 Q. I feel so bad.
19 A. I'm not saying that you
20 pick -- that you do every time. I'm
21 saying in this particular situation, they
22 are talking in general about modifiable
23 risk factors. I'm giving Vitamin D as an
24 example, if they were low.

Page 435

1 Q. What's a modifiable risk --
2 MS. BROWN: Wait, wait.
3 Lets let him finish.
4 BY MR. WATTS:
5 Q. And I'm sorry, I thought you
6 were done.
7 What's a modifiable risk
8 factor?
9 A. So this is an example. If,
10 in fact, we had established that -- so
11 what we know, to some extent, or at least
12 there have been some associations with
13 higher levels of Vitamin D during
14 pregnancy, lower the risk of autism.
15 Right.
16 That doesn't necessarily
17 mean that taking Vitamin D protects you,
18 but if it did mean that, that would be a
19 modifiable risk factor. We'd say we want
20 to make sure that we have your Vitamin D
21 levels high, because we can modify that
22 through diet and supplements, and that
23 would reduce the risk.
24 This is a conceptual

Page 436

1 framework. This is an idea.
2 Q. Oxytocin.
3 A. Yes.
4 Q. That's a natural hormone
5 that stimulates uterine contractions in
6 childbirth and lactation after
7 childbirth, right?
8 A. Correct. Among other --
9 many other activities.
10 MR. WATTS: Play Exhibit 470
11 for a second.
12 (Document marked for
13 identification as Exhibit
14 Kolevzon 470.)
15 MS. BROWN: Can you --
16 BY MR. WATTS:
17 Q. This is a video of you on
18 February the 28th of 2018.
19 (Video played.)
20 DR. KOLEVZON: But, in the
21 meantime, because of all the
22 interest in oxytocin, Dr. Buxbaum
23 and his group, including Hala
24 Harony-Nicolas, used oxytocin in

Page 437

1 another model systems. So instead
2 of using a mouse model, they
3 created a rat model. Rats have
4 bigger brains. They're a little
5 bit easier to work with,
6 evidently.
7 And they looked at some of
8 the electrophysiological measures.
9 So this is a measure of what's
10 called long-term potentiation.
11 It's basically a proxy of synaptic
12 plasticity. And they looked at
13 the effect of oxytocin on these
14 SHANK3 rats, and they found that,
15 actually, oxytocin reversed the
16 electrophysiological deficits.
17 And that's a really important
18 marker of nerve cell conduction
19 integrity, and we saw that there
20 was essentially a reversal of the
21 deficit. And that was a very
22 exciting initial finding.
23 (Video playback ended.)
24 BY MR. WATTS:

Page 438

1    Q.   What is it about oxytocin
2  that achieves a reversal in the deficit?
3  Or do you know?
4    A.   So these are rats that are
5  missing a copy of their SHANK3 gene --
6  actually, I think they're homozygous, so
7  they are missing both copies.  And there
8  are -- there's some evidence of some
9  oxytocin dysregulation, essentially,
10 based on cellular studies.
11       And, you know, there's an
12 idea that if you try different compounds
13 in the model systems and they work, then
14 that's an easy target for humans.
15   Q.   Okay.
16   A.   So they did the study, and
17 we did a study in humans.
18   Q.   All right.  So --
19   A.   And it failed.
20   Q.   -- if we look at
21 Exhibit 405, which is your CV.  On
22 Page 4, we were going through your
23 grants, and you had $265,000 grant to be
24 a co-investigator to study the neural

Page 439

1  effects to sustained oxytocin treatment
2  on children with autism, right?
3    A.   I've had many different
4  grants studying oxytocin.
5    Q.   Yeah, including that one?
6    A.   Yeah.
7    Q.   Okay.  Let me play 459,
8  which is a video of you at the Advances
9  in Autism Conference 2017, on
10 November 16th of 2017.
11       (Document marked for
12       identification as Exhibit
13       Kolevzon 459.)
14       (Video played.)
15       DR. KOLEVZON:  Many of you
16 have had children who have been
17 assessed for ADHD, and you have a
18 continuous performance test where
19 you are kind of pressing buttons
20 on prompts.  That's essentially
21 what this is.
22       So there's a little rat in
23 the chamber.  There's these five
24 holes.  The holes light up.  The

Page 440

1  rat touches the light with their
2  nose, and they get a reward.
3       And what happens is you kind
4  of increase the speed of that,
5  which is a measure of their
6  attention.  And you also don't
7  have a light at all, which is a
8  measure of their inhibitory
9  control, right.
10      So obviously the kid that --
11 the kids.  The rats with the
12 missing copy or two missing copies
13 of their SHANK3 gene had real
14 deficits in their attention, then
15 you give those rats oxytocin, you
16 rescue those deficits.
17      So now we've identified two
18 critical domains that are
19 consistent with the human
20 phenotype, and we've rescued both
21 of them with oxytocin.
22      So of course, what do you do
23 next?  You do a clinical trial
24 with humans.

Page 441

1       (Video playback ended.)
2  BY MR. WATTS:
3    Q.   What are the two critical
4  domains that were consistent with the
5  human phenotype?
6    A.   In the rats?
7    Q.   Mm-hmm.
8    A.   In this study, social
9  recognition memory and I think some sort
10 of attention measure.
11      I wasn't listening to
12 myself, but that's what I recall.
13   Q.   Probably watching this,
14 saying who is that guy?
15      MS. BROWN:  You were
16 distracted by the hair.
17      THE WITNESS:  It is
18 nostalgic and sad.
19 BY MR. WATTS:
20   Q.   Lets see if we can go back.
21      When you say modifiable risk
22 factors, how many modifiable risk factors
23 have you investigated over the years?
24   A.   I can't possibly recall.

Confidential - Subject to Protective Order

Page 442

1   Q.   Okay.  Let me ask you the
2   next thing in the book chapter that's got
3   your name on it, in March of 2022.
4           Advanced maternal age.  It
5   is true as a matter of data that there's
6   an increased risk for autism spectrum
7   disorder with advancing maternal age,
8   right?
9       A.   Yes.
10      Q.   I think there's been
11  published epidemiological studies
12  before controlling for potential
13  confounders and 7 after you control for
14  the confounders, that have all
15  demonstrated a relationship between
16  advanced maternal age, over the age of
17  35, and an increased risk of autism
18  spectrum disorder; is that right?
19      A.   I can't attest to exactly
20  the number of studies.  But generally
21  it's accepted that advanced maternal age
22  is a risk factor for autism.
23      Q.   Yeah.  And for example, in
24  our textbook here -- that's where I got

Page 443

1   those, by the way.  The 11 studies and
2   7 --
3       A.   Mm-hmm.
4       Q.   It says, "Summarizing
5   results across studies suggest that older
6   maternal age of mothers is likely to
7   increase risk of autism spectrum disorder
8   by 50 percent after accounting for
9   potential confounders."
10          Is that consistent with your
11  recollection?
12      A.   I think that the odds ratio
13  varies depending on the study.  So
14  sometimes it's much higher than that.
15  But that's not inconsistent.
16      Q.   And then we go to advanced
17  paternal age, and we see that when dad is
18  over the age of 40, you start to see a
19  statistically significant increase in the
20  risk of the child having autism.  And
21  it's more than 50 percent after taking
22  into account potential confounders,
23  right?
24      A.   Yeah, and I think it's

Page 444

1   important to point out that both of these
2   are occurring through genetic mechanisms.
3       Q.   We're going to get to that
4   in a second.
5           After dad's over the age of
6   50, the increased risk of autism spectrum
7   disorder in offspring is more than
8   100 percent after potential confounders
9   are taken into account.  Isn't that
10  right?
11      A.   Again, I can't attest to the
12  exact odds ratios.  But it's commonly
13  accepted that advanced paternal age and
14  advanced maternal age are significant
15  risk factors for autism.
16      Q.   Okay.  And I'll represent to
17  you everything I just said came out of
18  this book, okay?
19      A.   That's the book that I
20  didn't write.
21      Q.   But the one that's got your
22  name on it?
23      A.   It does, but I can't --
24      Q.   By the way, let me just ask

Page 445

1   you.  Do you really believe in your heart
2   of hearts that if I put a subpoena on you
3   and on Hollander and your co-authors,
4   that there's not going to be e-mails back
5   and forth to you with respect to this
6   book chapter at all?
7       A.   Oh, there -- there will be.
8       Q.   Okay.
9       A.   Yeah.
10      Q.   Drafts?
11      A.   No drafts.
12      Q.   No redlines, nothing like
13  that?
14      A.   No.  If I had seen
15  acetaminophen in a draft, I would have
16  deleted it.
17      Q.   Well, I don't know.  You
18  published this before you were asked to
19  look at acetaminophen, didn't -- weren't
20  you?
21          MS. BROWN:  I object to the
22  form of the question.
23          THE WITNESS:  Again, you're
24  implying that I'm biased.

1  BY MR. WATTS:
2      Q.   Well, what I'm implying --
3          MS. BROWN:  Let him finish.
4  BY MR. WATTS:
5      Q.   What I'm implying is that
6  before March of 2022 and every study
7  you'd ever done, the word "acetaminophen"
8  was never once used.
9      A.   Right.
10     Q.   And then the first time that
11 your name ends up on a published article,
12 it has a section about how acetaminophen
13 plays a role in autism spectrum disorder.
14         MS. BROWN:  That doesn't
15     even make sense.  I object.
16 BY MR. WATTS:
17     Q.   Is there any other
18 publication where you talk about
19 acetaminophen, consciously or
20 unconsciously, before you became a
21 lawyer -- I mean before you became an
22 expert witness in a litigation?
23         MS. BROWN:  Object to the
24     form.

1          THE WITNESS:  I think what
2      you've pointed out is that none of
3      the literature that I've ever
4      published has the word
5      "acetaminophen" in it.
6          And my point is that if I
7      had gotten a chance to review this
8      chapter, I probably wouldn't have
9      put acetaminophen in this either,
10     regardless of whether I had been
11     working on this case or not.
12 BY MR. WATTS:
13     Q.   Well, that's not what you
14 suggested in Tillery when you were his
15 guy.
16     A.   What did I --
17         MS. BROWN:  Whoa, whoa,
18     whoa.
19 BY MR. WATTS:
20     Q.   I'm happy to consult with
21 your Mr. Tillery --
22         MS. BROWN:  Timeout,
23     friends.  I object to that
24     question as argumentive.

1          MR. WATTS:  Well, get ready
2      for it at trial.
3          THE WITNESS:  Right.  So I'd
4      like to just address that for a
5      moment, which is --
6          MS. BROWN:  Go ahead.
7      Because there was a question --
8          MR. WATTS:  Let's wait on
9      that for just a second.  Because
10     I'm going to ask you about those
11     stuff.
12 BY MR. WATTS:
13     Q.   Let me just ask you this.
14         If you think, down on a
15 common-sense level, what is it about the
16 advancing age of mom and dad that
17 increases the risk of genetic disruption
18 in a child?
19     A.   So as women age, they
20 produce a finite number of eggs, and
21 those eggs become more susceptible to
22 damage.
23     Q.   And why is that?
24     A.   Because as we age,

1  everything becomes more susceptible to
2  damage.
3      Q.   Just look at me.
4      A.   Exactly.
5      Q.   Okay.
6      A.   Strike that "exactly" part.
7          MS. BROWN:  No, don't strike
8      it.
9  BY MR. WATTS:
10     Q.   Let me ask you this --
11     A.   Hold on, let me finish.
12     Q.   Yeah, go ahead.
13     A.   In the dads, it's a little
14 bit of a different mechanism, where dads
15 are always making new sperm.  But the
16 mechanism to reproduce sperm becomes
17 faulty, again, with age.  Like as your
18 cars age, the engine starts to break
19 down.
20     Q.   Okay.
21     A.   And so those are examples of
22 heritable genetic factors, essentially
23 passed on from parent to child, but the
24 parent isn't affected, so it's not,

¹ strictly speaking, inherited, but it's
² still embedded within the genetics.
³     Q.   Have you ever heard the
⁴ phrase "pack-years" in dealing with
⁵ epidemiology with smoking?
⁶     A.   Pack-years?
⁷     Q.   Yeah.
⁸     A.   No.
⁹     Q.   I mean, I think the concept
¹⁰ is --
¹¹     A.   Oh, yes, no.  I have, I
¹² have.
¹³     Q.   -- if you smoke for a little
¹⁴ bit, it's not enough to --
¹⁵     A.   Yeah, five years, five
¹⁶ cigarettes is -- yeah, 25-year pack --
¹⁷     Q.   Yeah.  So with respect to
¹⁸ environmental exposures, the longer one
¹⁹ is exposed the greater their exposure
²⁰ will be, all other things being equal?
²¹         MS. BROWN:  Object to the
²²     form.  Lacks foundation.
²³         THE WITNESS:  It depends.
²⁴ BY MR. WATTS:

¹     Q.   Sorry?
²     A.   It depends.
³     Q.   Okay.  If somebody is
⁴ 50 years old and is subjected to a
⁵ steady-state exposure of a chemical, they
⁶ are going to have greater exposure at 50
⁷ than they would at 40, all other things
⁸ being equal, right?
⁹         MS. BROWN:  Object.  Lacks
¹⁰     foundation.
¹¹         THE WITNESS:  Depends.
¹² BY MR. WATTS:
¹³     Q.   Okay.  When asked to explain
¹⁴ paternal and maternal age effects, the
¹⁵ older you get, there is an increased
¹⁶ occurrence of spontaneous genomic
¹⁷ alterations, right?
¹⁸     A.   That's the idea, yes.
¹⁹     Q.   In addition to that, the
²⁰ older parents are, the higher number of
²¹ premature and low-birth-weight babies
²² surviving this, right?
²³     A.   I do think that there is a
²⁴ correlation between older maternal and

¹ paternal age and preterm birth, yes.
²     Q.   I'm just reading from
³ Chapter 11 of your book chapter in the
⁴ second Textbook of Autism Spectrum
⁵ Disorder.
⁶         So is it true or not?  Is
⁷ this another one where Kapra wrote
⁸ something you wouldn't have signed off on
⁹ if you'd wrote the chapter with your name
¹⁰ on it?
¹¹         MS. BROWN:  Objection to the
¹²     form.
¹³         THE WITNESS:  So, again, I
¹⁴     think that there's a correlation
¹⁵     there.  So it is a reasonable
¹⁶     thing to say.
¹⁷         This is an example where
¹⁸     there is actually a mechanism,
¹⁹     right.
²⁰ BY MR. WATTS:
²¹     Q.   Okay.  Low birth weight or
²² fetal malnutrition is a major contributor
²³ of intellectual disability, which is
²⁴ commonly associated with autism spectrum

¹ disorder, right?
²     A.   So I am not prepared to
³ testify about all the different causes of
⁴ intellectual disability.
⁵     Q.   Were you prepared to testify
⁶ it in your report in the Daniels-Feasel
⁷ case, Page 21 of 94, on November 8, 2018?
⁸     A.   I may or may not have been.
⁹ But as I'm sitting here today, I haven't
¹⁰ investigated this.
¹¹     Q.   Well, let's see where you --
¹² let's see where you are in November of
¹³ 2018.
¹⁴         MR. WATTS:  Page 21 of 94 of
¹⁵     Exhibit 479.
¹⁶ BY MR. WATTS:
¹⁷     Q.   Environmental factors --
¹⁸         MR. WATTS:  Page 21 -- I'm
¹⁹     sorry.  Oh, you know what, 21 of
²⁰     94.  Sorry.  You're right.  Go
²¹     back up.
²²         Paragraph 7-A.
²³         I think you're on the wrong
²⁴     page, Bud.  There we go.

Page 454

BY MR. WATTS:

Q.   In your expert report in the Daniels-Feasel case, did you write that, "Environmental factors (e.g., maternal alcohol abuse during gestation, infections, birth complications, and malnutrition) are major contributors of intellectual disability which is commonly associated with autism spectrum disorder"?

A.   I did write that, yes.

Q.   And after you wrote that in 2018, you were aware of studies showing that the estimated prevalence for autism spectrum disorder diagnosis was about five times greater if the baby was of low birth weight, right?

MS. BROWN:  Objection. Lacks foundation.

THE WITNESS:  Can you repeat that?

(Document marked for identification as Exhibit Kolevzon 532.)

Page 455

BY MR. WATTS:

Q.   Sure.

Let me show you Exhibit 532, which is a study by Pinto-Martin.

Did you read Dr. Powell's deposition?

A.   Bits and pieces of it.

Q.   Did you hear the classic part where he called Pinto-Martin, Mr. Pinto-Martin?

A.   I did.

Q.   And Baccarelli, Mrs. Baccarelli?

A.   I did.

Q.   Okay.  Well, assuming it's Mrs. Jennifer Pinto-Martin, she is the first author of "Prevalence of Autism Spectrum Disorder in Adolescents Born Weighing Less Than 2,000 Grams," published November 2011 in Pediatrics.

If we go to Page 16 of 20 --

A.   Hold on.  Let me just read it.

Q.   Okay.

Page 456

MR. WATTS:  Pull out the conclusions.

MS. BROWN:  Well, let's just give him a minute to read the article.

BY MR. WATTS:

Q.   Hold up.

Have you seen this before?

A.   This is familiar, but I don't remember the details of it.

Q.   Okay.  We'll go to the conclusions on 16 to 20.  It says, "The estimated prevalence of ASD diagnoses in this LBW cohort", I assume that's low birth weight cohort?

A.   Yes.

Q.   -- "was five times the prevalence reported by the Centers of Disease Control and Prevention for eight-year-olds in the general U.S. population in 2006.  The prospective study, using rigorous diagnostic procedures, confirms that the rate of ASD is elevated among low birth

Page 457

weight/preterm survivors."

Did I read that right?

A.   I think extreme low birth weight is a clear risk factor for autism.  And I think that --

Q.   Why?

A.   Why is it higher than the CDC?

Q.   Why is it a risk factor for autism?

A.   It's just been shown in studies -- I don't know exactly what the mechanism is.

Q.   Okay.  So you don't know why it's true, you just know that, statistically, it is true?

A.   It's one of the commonly accepted risk factors in the scientific community.  I don't think it's a causal factor.

It could be acting by virtue of preterm birth.  It could be acting by genetic susceptibility.

But the reason why it's

1 different than the CDC studies is because
2 the CDC studies include lots of kids who
3 don't have autism.
4         But I'm speculating.
5     Q.   So in the book chapter from
6 last year, Exhibit 494, with your name on
7 it, it says, "Low birth weight defined as
8 birth weight below 2500 grams, 5 pounds
9 8 ounces, is considered to be a marker
10 for newborns at high risk for later
11 neurological, psychiatric, and
12 neuropsychological problems."
13         Do you agree with that?
14     A.   Broadly speaking, that's
15 true.
16     Q.   Okay.  Preterm birth.  In
17 the same book chapter you all cite
18 Persson 2020.
19         Says, "Finding the relative
20 risk of autism spectrum disorder
21 increased weekly as the date of delivery
22 diverged from 40 weeks."
23         Do you know why that would
24 be true?

1     A.   I'd have to look at this
2 reference to better understand it.
3     Q.   Anything off the top of your
4 head just make sense as to why ASD would
5 go higher the farther you are away from
6 40 weeks?
7         MS. BROWN:  Objection to the
8     form.
9         THE WITNESS:  I'm not sure I
10 understand the question.
11 BY MR. WATTS:
12     Q.   Okay.  In your paper with
13 Viktorin.  Environmental factors that are
14 implicated as affecting fetal
15 development, such as uncontrolled
16 diabetes, results in an increased risk,
17 right?
18     A.    Again, we'd have to pull the
19 paper.  Shall we have that exhibit again?
20         You're quoting the Viktorin
21 paper?
22     Q.   Let's use the Katz paper for
23 this one.  Exhibit 491.  Page 7, please.
24 BY MR. WATTS:

1     Q.   And I should say the
2 Katz/Kolevzon paper, right?  You were a
3 co-author?
4     A.   I was.  I think we looked at
5 this one already.  Hold on.
6     Q.   By the way, did Ms. Katz
7 tell you that she was going to put your
8 name on this book chapter -- I mean, this
9 paper?
10     A.   Is that a serious question?
11     Q.   Probably halfway so.
12         By the way, you brought up a
13 good point.  You are the last author.
14 Tell me the relationship between the last
15 author and the first, and the people in
16 the middle.
17     A.   So --
18     Q.   Just generally, I mean, I
19 understand there's variations.
20     A.   Yeah.  Generally speaking,
21 the first author is the person who wrote
22 it, or maybe the second author is the
23 person who wrote it.  The last author
24 tends to be the senior author.

1         MS. BROWN:  Here it is.
2 BY MR. WATTS:
3     Q.   What does that mean to be
4 the senior author?
5     A.   Senior author is the person
6 who kind of organizes the effort, mentors
7 the person who writes the first --
8 usually the first or second author.
9     Q.   The older you get, the more
10 hair that you lose, you kind of get --
11 get to the back as a senior author in
12 the -- how does that work?
13     A.   So, I mean, Avi and I are
14 both equally senior.
15     Q.   Yeah.
16     A.   It happens to be that Julia
17 was a resident of mine, and so I kind of
18 assumed responsibility for the whole
19 effort.  And Avi was more of a guiding
20 consultant.
21     Q.   Okay.  Is the first author
22 usually junior to the last author?
23     A.   No.  I think it depends on
24 the type of study.  I put myself as first

Page 462

1 authors on very -- you know, studies that
2 I think are really important, that I want
3 to make sure that I'm the first author
4 on.
5     Q.   All right.  Okay.  And tell
6 me what you said about the second author,
7 usually writing it, or something?
8     A.   Well, so sometimes there's a
9 first author who sort of acts as lead,
10 but the second author does the most --
11 most of the writing.
12     Q.   Okay.  Okay.
13     A.   In the case of my
14 Chapter 11, I was asked, just to clarify,
15 whether I wanted to be on the chapter.
16 So it wasn't that Raz put me on the
17 chapter without asking me.  He did ask
18 me.
19     Q.   Okay.
20     A.   It's just that I was unaware
21 of the contents of the chapter, and I
22 neglected, as an oversight, to read it
23 carefully.
24     Q.   Okay.  Fair enough.

Page 463

1     So to get back to my point.
2 And I think you've just obviated the need
3 for it.  If I were to subpoena all the
4 e-mails, you would have been copied on
5 this stuff, but it was an oversight by
6 you, not having seen it.  You didn't look
7 at it close enough, is what you're
8 saying.
9     Is that fair?
10     MS. BROWN:  Objection to
11 form.
12 BY MR. WATTS:
13     Q.   Go ahead.
14     A.   So now I'm speculating based
15 on memory.  But I suspect that there
16 would have been an e-mail saying, hey, do
17 you want to be on this chapter, we're
18 updating the first textbook chapter.  And
19 I just said -- probably said sure.  And
20 then that was probably it.  Or maybe, oh,
21 we submitted it, is that cool.  And I was
22 like, oh, yeah, that's great.  Figuring
23 that I trust Avi and I trust Raz, and we
24 were updating an existing chapter, and

Page 464

1 they were putting me on as a courtesy.
2 So I said thank you very much.
3     Q.   Okay.  Avi being
4 Reichenberg?
5     A.   Yes.
6     Q.   I'm told that he's in poor
7 health right now; is that true?
8     A.   Avi is doing well.
9     Q.   Good.  Okay.  I'll leave it
10 there.  I'm not trying to dig in.
11     A.   Yeah.
12     Q.   I heard that earlier this
13 week, and it kind of bummed me out.
14     A.   You know Avi.
15     Q.   I know of his work.  I don't
16 know him personally.
17     Okay.  Let's keep going.
18     The Katz paper, 491, we
19 talked about the pregestational diabetes.
20 You see the overall increased risk varied
21 from 1.39 to 1.65.
22     Do you see that?
23     A.   Yeah, I do.  But, again,
24 this is important not to take out of

Page 465

1 context.  Because I think the question of
2 consistency and strength of association
3 is especially important in this review.
4     Q.   Yeah.  And in the review
5 that was done in the book chapter, it
6 talks about diabetes as a risk factor,
7 right?
8     A.   I'm sure there's some of
9 that out there.  Although this paper
10 likely reflects a more updated review of
11 the literature than that chapter.
12     Q.   Okay.  High maternal BMI.
13 BMI is associated with a higher risk of
14 autism spectrum disorder, right?
15     A.   So, again, there are
16 probably some isolated studies that show
17 that.  But they may not be consistent
18 enough.  So I need to look at this paper
19 more carefully and then we can talk about
20 the results.
21     Q.   Well, in the Katz paper on
22 Page 7, is part of what you all say, "BMI
23 was associated with a higher risk of ASD
24 irrespective of other insulin-resistant

Page 466

1 conditions."
2         It's on the screen if you
3 want to see where it is.
4     A.   So I think the findings from
5 this paper reflect that the only
6 significant associated factor among the
7 ones that we examined were preeclampsia,
8 and other ones showed some association
9 but probably were not consistent enough
10 or didn't show strength of association
11 and that we thought were just sort of
12 warranting further study.
13     Q.   Okay.  Can high maternal BMI
14 lead to inflammation?
15         MS. BROWN:  Objection to the
16     form.  Overbroad.
17         THE WITNESS:  So that's very
18     broad.
19         What do you mean by
20     inflammation?
21 BY MR. WATTS:
22     Q.   What do you mean by
23 inflammation?
24     A.   You're asking me about

Page 467

1 inflammation?
2     Q.   Yeah.
3     A.   Inflammation, where, in the
4 brain?
5     Q.   Well, I'm just asking
6 generally, first of all, and then we'll
7 get to what you've said about
8 inflammation.
9     A.   Yeah.
10     Q.   Can high maternal BMI lead
11 to inflammation during fetal development?
12     A.   I don't know.  Maybe.
13     Q.   Okay.  What about excessive
14 gestational weight gain?
15     A.   There have been some
16 associations.  I don't know that it's
17 commonly accepted as a risk factor for
18 autism.
19     Q.   Does preeclampsia -- that's
20 high blood pressure, right?
21     A.   Preeclampsia is high blood
22 pressure during pregnancy.  And I think,
23 yes, there have been more studies and
24 more sort of stronger associations there.

Page 468

1     Q.   Between preeclampsia and
2 inflammation during fetal development?
3     A.   No.  Between preeclampsia
4 and autism.
5     Q.   Okay.
6     A.   So as a risk factor for
7 autism.
8     Q.   Okay.  But let me get back
9 to my question if that's fine.  I hope
10 you've found it.
11         But does preeclampsia have a
12 role in causing inflammation during fetal
13 development?
14         MS. BROWN:  Objection to the
15     form.
16         THE WITNESS:
17     Hypothetically.
18 BY MR. WATTS:
19     Q.   Okay.  Is it hypothetically
20 in a way that you've written that?
21     A.   Let's go and see what I've
22 written and decide.
23     Q.   Let's go on to maternal
24 infection first so I can stay on my word

Page 469

1 and then we'll get to preeclampsia.
2     A.   Okay.
3     Q.   Maternal infection.  Does
4 infection lead to inflammation?
5     A.   So it depends.
6     Q.   On what?
7     A.   On the nature of the
8 infection.  The location of the
9 infection.
10     Q.   Okay.  What is it about
11 infectious agents and prenatal infections
12 that causes an increase in the risk of
13 autism spectrum disorder?
14         MS. BROWN:  Objection to the
15     form.
16         THE WITNESS:  So there's
17     many different possibilities.  I
18     don't think any have been
19     established.
20 BY MR. WATTS:
21     Q.   Well, let me look at
22 Page 191 of the book chapter.  And this
23 is under Viral and Bacterial Infections.
24         MR. WATTS:  494, please.

Page 470

1  Page 191.
2  BY MR. WATTS:
3      Q.  It says, "A recent
4  meta-analysis demonstrated a
5  statistically significant association of
6  maternal infection/fever with ASD in
7  offspring, odds ratio 1.32,
8  95th percentile, CI 1.20 to 1.46.  Citing
9  Tioleco at 2021.
10      "Although casualty has not
11  been firmly established, these findings
12  suggest maternal infection during
13  pregnancy confers an increased risk for
14  autism spectrum disorder in offspring."
15      And my question is, what is
16  it about maternal infection that, as a
17  clinician, makes sense to you as causing
18  increased risk of autism spectrum
19  disorder?
20      MS. BROWN:  Objection to the
21  form of the question.
22      THE WITNESS:  I think I
23  answered this in saying that there
24  are probably many different

Page 471

1  hypothetical reasons why maternal
2  infection might increase the risk.
3  BY MR. WATTS:
4      Q.  Have you studied why?
5      A.  I have not studied why.
6      Q.  Okay.  You just know that it
7  increases the risk?
8      A.  I know that there are some
9  studies that show an association.
10      Q.  Okay.  Congenital rubella
11  syndrome.  That results with -- from a
12  maternal infection with rubella during
13  pregnancy, right?
14      A.  Yes.
15      Q.  It's pretty well accepted to
16  cause autism in the offspring, right?
17      A.  So based on very small
18  studies, that has been reproduced in the
19  literature, that people consider
20  congenital rubella to cause autism.
21      Q.  Let me show you your
22  testimony in the Purdie versus Mercy
23  Medical case.
24      MR. WATTS:  Exhibit 486,

Page 472

1      Page 157, Lines 3 through 6.
2  BY MR. WATTS:
3      Q.  That's something you
4  testified to on August 4th of 2020; is
5  that right?
6      A.  That's correct.
7      Q.  Okay.  Now, is preeclampsia
8  a serious blood pressure condition?
9      A.  I'm not sure I would be
10  qualified to gauge whether it's serious
11  or not.  But preeclampsia is definitely a
12  blood pressure condition.
13      Q.  In Exhibit 491, Page 9, you
14  and Ms. Katz write in your article that,
15  "Preeclampsia contributes to an increase
16  in the circulation of proinflammatory
17  cytokines, such as the IL-6 and CRP,
18  which can impact the development of
19  neurotransmitter pathways in the
20  developing fetus."
21      True?
22      A.  So this is certainly a
23  compelling hypothetical mechanism.
24      Q.  Okay.  And it's compelling

Page 473

1  because you and Ms. Katz wrote that
2  general -- or, "Gestational hypertension
3  and preeclampsia are consistently found
4  to be associated with an increased risk
5  of autism spectrum disorder in
6  offspring," right?
7      A.  So I think the results of
8  Dr. Katz's review suggest that, among the
9  various factors that she looked at,
10  preeclampsia came up more consistently
11  and stronger than most of the others.
12      Q.  And if we go to Page 9, "The
13  most consistent association across
14  studies was observed for preeclampsia and
15  autism spectrum disorder.  This is
16  further supported by a sibling analysis
17  suggesting limiting" -- "limited familial
18  confounding factors," right?
19      A.  That's what Dr. Katz has
20  written, yes.
21      Q.  And on Page 10, you all
22  concluded, "Current evidence from
23  large-scale, population-based
24  epidemiological studies support an

Page 474

¹ association between preeclampsia and
² autism spectrum disorder," right?
³      A.   So there is an association
⁴ that's --
⁵      Q.   Is that an environmental
⁶ cause of autism?
⁷      A.   So you're sort of moving
⁸ quickly to this idea of cause.
⁹      Q.   Is it an environmental
¹⁰ association?
¹¹          MS. BROWN:  Well, let him --
¹² let him finish.
¹³          THE WITNESS:  So I said
¹⁴      association.  You said cause.
¹⁵ BY MR. WATTS:
¹⁶      Q.   I'll take association.
¹⁷          Is it a environmentally
¹⁸ induced association between preeclampsia
¹⁹ and autism spectrum disorder?
²⁰          MS. BROWN:  Objection to the
²¹      form.
²²          THE WITNESS:  So it's a
²³      intrauterine environment.  I would
²⁴      think that's true, yes.

Page 475

¹ BY MR. WATTS:
²      Q.   Okay.  What is it about
³ maternal smoking that leads to an
⁴ increased risk of autism spectrum
⁵ disorder?
⁶          MS. BROWN:  Objection to the
⁷      form.  Lacks foundation.
⁸          THE WITNESS:  So I think
⁹      there's probably many different
¹⁰      factors that one could theorize.
¹¹ BY MR. WATTS:
¹²      Q.   Go ahead.
¹³      A.   So oxygen deprivation, for
¹⁴ one.
¹⁵      Q.   What does oxygen deprivation
¹⁶ mean?
¹⁷      A.   It means the tissues in the
¹⁸ body are not receiving enough oxygen.
¹⁹      Q.   And why would that lead to
²⁰ autism spectrum disorder?
²¹      A.   I didn't say it would lead
²² to autism spectrum disorder.
²³      Q.   What is it about oxygen
²⁴ deprivation in the tissues that makes

Page 476

¹ sense to you as playing a role?
²      A.   I don't think a role has
³ been established.  And I don't think that
⁴ we know what the mechanism is.
⁵      Q.   Is it mechanism of action?
⁶ What are you comfortable saying about it?
⁷          MS. BROWN:  Objection to the
⁸      form of the question.  Calls for
⁹      speculation.
¹⁰          THE WITNESS:  What am I
¹¹      comfortable saying about what
¹²      exactly?
¹³ BY MR. WATTS:
¹⁴      Q.   Well, I asked you why
¹⁵ maternal smoking increases the risk of
¹⁶ ASD.  You said oxygen deprivation in the
¹⁷ tissues.
¹⁸          MS. BROWN:  I object --
¹⁹      object to that.
²⁰ BY MR. WATTS:
²¹      Q.   And I'm asking what is it
²² about oxygen deprivation that makes sense
²³ to you, as a clinician, could play a role
²⁴ in ASD?

Page 477

¹      A.   Yeah, so --
²          MS. BROWN:  Objection.
³ Lacks foundation.
⁴          Go ahead.
⁵          THE WITNESS:  So -- yeah, I
⁶ think you're mischaracterizing
⁷ what I said.
⁸          What I said is there are
⁹ probably many different potential
¹⁰ reasons, hypothetically, why
¹¹ smoking could be associated with
¹² autism.  And none of those
¹³ scenarios would somebody say that
¹⁴ smoking causes autism.
¹⁵          But among them, if I'm
¹⁶ speculating, oxygen deprivation
¹⁷ is, you know, probably not very
¹⁸ good for brain tissue and so can
¹⁹ lead to global problems,
²⁰ hypoxia-related problems, that
²¹ theoretically, hypothetically,
²² could be related to an increased
²³ risk of autism.
²⁴ BY MR. WATTS:

Confidential - Subject to Protective Order

Page 478

1  Q.  You mentioned hypoxia.  What
2  does that mean?
3  A.  Just low oxygen.
4  Q.  Okay.  In the same way
5  oxygen deprivation, you said, could play
6  a role, hypoxia could play a role?
7  MS. BROWN:  Objection.
8  Calls for speculation.
9  THE WITNESS:  I'm sort of --
10  I'm using those things kind of
11  synonymously.
12  BY MR. WATTS:
13  Q.  Kind of as an analogy?
14  A.  No.  As synonyms.
15  Q.  Okay.  What other things can
16  cause oxygen deprivation?
17  A.  I don't want to speculate.
18  MS. BROWN:  Objection.
19  Calls for speculation.
20  BY MR. WATTS:
21  Q.  How does oxygen deprivation
22  differ from oxidative stress?
23  MS. BROWN:  Objection.
24  Lacks foundation.

Page 479

1  THE WITNESS:  So they are
2  different concepts.
3  BY MR. WATTS:
4  Q.  What is oxidative stress?
5  A.  So it's lots of different
6  things.  I'm definitely not an expert in
7  oxidative stress.  I'm not sure I'm
8  comfortable with providing testimony
9  about that.
10  Q.  What is your understanding
11  of what oxidative stress means?
12  MS. BROWN:  Objection.
13  Calls for speculation.
14  THE WITNESS:  Well, as it
15  relates to autism spectrum
16  disorder, my understanding is that
17  there's no consensus in the
18  scientific community that
19  oxidative stress causes autism.
20  BY MR. WATTS:
21  Q.  And I'm not sure that
22  answered my question, respectfully.
23  What -- what is your
24  understanding of what oxidative stress

Page 480

1  means, was my question?
2  A.  Well, so oxidative stress is
3  a relatively nonspecific term that
4  relates to reactive oxygen, sort of
5  radicals that are circulating in the
6  system and potentially causing damage to
7  cells.
8  Q.  What way are they theorized
9  to cause damage to cells?
10  A.  There's many, many
11  mechanisms, as I understand it.
12  Q.  Give me the mechanisms that
13  you understand.
14  A.  I don't understand them,
15  necessarily, because I'm not an expert in
16  this area.
17  Q.  Okay.  Can I take the last
18  two minutes to say you're not going to
19  testify about oxidative stress one way or
20  the other?
21  A.  So I'm comfortable
22  testifying that, based on the scientific
23  literature, my knowledge as an expert in
24  autism, that it's not commonly accepted

Page 481

1  that oxidative stress causes autism.
2  But, no, I'm not going to
3  testify about the mechanisms of oxidative
4  stress.
5  Q.  Have you written about
6  oxidative stress as it relates to autism?
7  A.  I don't think I've studied
8  that, certainly not on a cellular level.
9  Q.  Do you agree that oxidative
10  stress may have lasting consequences for
11  offspring health and development?
12  MS. BROWN:  Objection to the
13  form.  Lacks foundation.  Broad.
14  THE WITNESS:  I think that's
15  a broad statement.  If you showed
16  me the context, I could sort of
17  agree or disagree.
18  BY MR. WATTS:
19  Q.  Sure.
20  Page 190 of your book
21  chapter published in March of last year.
22  Exhibit 494, Page 190.
23  MS. BROWN:  Can he have your
24  book?  Our hardcopy doesn't go

Page 482

1    past the cover page.
2  BY MR. WATTS:
3       Q.   Do you see the second line
4  under "Gestational Diabetes"?
5       Do you agree with that
6  statement, "Oxidative stress due to
7  gestational diabetes may have lasting
8  consequences for offspring health and
9  development"?
10      A.   Yeah, I think that's a
11 nonspecific and very vague statement
12 that's kind of hard to say I don't agree
13 with.  Because, sure, it's possible, but
14 under certain circumstances.
15      Q.   Okay.  Maternal alcohol use
16 is associated with a higher risk of
17 autism spectrum disorder?
18      A.   I don't think that's been
19 well established.
20      Q.   Is maternal alcohol use a
21 major contributor of intellectual
22 disability which is commonly associated
23 with autism spectrum disorder?
24      MS. BROWN:  Objection to the

Page 483

1    form of the question.
2       THE WITNESS:  Maternal
3       alcohol abuse causes fetal alcohol
4       syndrome which causes intellectual
5       disability.
6  BY MR. WATTS:
7       Q.   What is fetal alcohol
8  syndrome?
9       A.   It's the effects on a fetus
10 when the mother drinks alcohol.
11      Q.   And what is the effect on
12 the fetus when a mother drinks alcohol?
13      A.   I don't know the details.
14 I'm not a fetal alcohol syndrome expert.
15      Q.   You don't know why fetal
16 alcohol syndrome has an effect on a
17 fetus?
18      MS. BROWN:  Objection to the
19      form.  Asked and answered.
20      THE WITNESS:  I'd have to be
21      speculating, and I don't want to
22      do that.
23 BY MR. WATTS:
24      Q.   Okay.  Air pollution.  Go to

Page 484

1  Page 192, the book chapter marked as
2  Exhibit 494.
3       Down at the bottom it says,
4  "A recent review of 20 articles published
5  in England from 1977 to 2020 found a
6  strong association between maternal
7  exposure to particulate matter, mostly
8  during pregnancy, and the risk of autism
9  spectrum disorder."
10      Is that part of what's
11 written in the book chapter that has your
12 name on it as a co-author?
13      A.   Yeah, it's written.  But I
14 have no way to evaluate the accuracy of
15 that statement.
16      Q.   Okay.  Let's talk about
17 metals for a second.  Page 191 and 192.
18      Now, my friends at Arnold &
19 Itkin showed me the CV that you produced
20 in that case three months after this was
21 published.  It didn't have this book
22 chapter on it there either.  Are you
23 aware of that?
24      MS. BROWN:  Objection to the

Page 485

1    form.  Lacks foundation.
2       THE WITNESS:  So I think
3       I've been very clear.  I was
4       unaware of this chapter entirely,
5       which is why it didn't appear on
6       my CV.  So there was no
7       selectivity around including it or
8       not including it.  It never
9       appeared on my CV until defense
10      attorneys pointed it out to me.
11 BY MR. WATTS:
12      Q.   Yeah, a month ago.
13      A.   Three weeks?
14      Q.   Have you revised your CV to
15 add it?
16      A.   I haven't yet, but I will
17 for sure.
18      Q.   This is the last time you
19 want to be crossed about this missing
20 chapter?
21      MS. BROWN:  Objection to the
22      form.
23      THE WITNESS:  No.  Honestly,
24      I think it's -- to pull out

Page 486

1    sentences from a chapter I didn't
2    write in a non-peer-reviewed
3    journal, when you talk about
4    reasonableness, this is not
5    reasonable.
6  BY MR. WATTS:
7        Q.   Well, it's a -- it's a book,
8  right?
9        A.   It's a chapter that's
10  outdated by the time it's published, that
11  very few people in the scientific
12  community actually read.
13        Q.   Are you going to participate
14  in a third edition of Autism Spectrum
15  Disorders to clarify things?
16        A.   That's a very good question.
17  I think if I have the opportunity to
18  revise this chapter, I will.
19        Q.   Okay.  In the three weeks
20  since these defense lawyers pointed out
21  that this book chapter with your name on
22  it was published in March of 2022, have
23  you had any discussion with Mr. Hollander
24  about doing a third edition so you can

Page 487

1  clarify your position?
2        A.   I have not spoken to
3  Dr. Hollander about clarifying my
4  position.
5        Q.   Okay.  If we look at
6  Page 192, part of what's written in this
7  book chapter about metals is, "These
8  findings suggest that metal toxicant
9  uptake and essential element deficiency
10  during specific developmental windows
11  increases autism spectrum disease risk
12  and severity, supporting the hypothesis
13  of systemic elemental dysregulation in
14  autism spectrum disorder."
15            Is that what it says?
16        A.   I think Manish has a lot of
17  interesting hypotheses around the roles
18  of heavy metals.  And that's what he's
19  written, or that's what's being
20  referenced here, yes.
21        Q.   Okay.  If we could, let's go
22  to the concept of medications as an
23  environmental risk for autism spectrum
24  disorder.

Page 488

1        If we could pull out
2  Exhibit 556.  I want to talk to you about
3  a May 2010 publication from a college
4  known as Harvard.
5            (Document marked for
6            identification as Exhibit
7            Kolevzon 556.)
8  BY MR. WATTS:
9        Q.   Did you apply to go to
10  Harvard?
11        A.   Sorry?
12        Q.   Huh?
13        A.   Sorry, say that again.
14        Q.   Did you apply to go to
15  Harvard?
16        A.   I don't think I was
17  qualified to apply to go to Harvard.
18        Q.   I laughed at one of your
19  prior depositions that you said you went
20  to school in Israel, because I didn't get
21  into school here, or something like that.
22  I can't remember.
23            Where did you apply that you
24  didn't get into such that you went to

Page 489

1  Israel?
2        A.   I only applied in New York,
3  so Mount Sinai, and Cornell, I was
4  waitlisted, and it didn't work out.
5        Q.   Okay.  By the way, where did
6  you go to college in Israel?
7        A.   No, I didn't.  I went to --
8  I went to college in the University of
9  Wisconsin.
10        Q.   You said you went to Israel
11  because you didn't get in somewhere.
12  What did you do in Israel?
13        A.   Right.  So I went to college
14  in the University of Wisconsin.  And then
15  I didn't do very well in my first couple
16  years.  So I created some obstacles to
17  get into medical school.  And then I was
18  waitlisted in medical schools in
19  New York.  So I went to Israel for
20  medical school.  Tel Aviv University.
21        Q.   Okay.  Were you overexposed
22  to environmental toxicants in your first
23  couple years in college?
24        A.   That is an excellent

Page 490

1  question, Counselor.
2         MS. BROWN:  Objection to the
3     form of the question.
4         THE WITNESS:  Isn't there --
5     isn't there something where you
6     plead the Fifth or...
7  BY MR. WATTS:
8     Q.   Designate this highly
9  confidential.  I'm just teasing you.
10 Okay.  Let's go to 556.
11        You kind of served it up on
12 a platter.  I had to go there.
13    A.   Good probe.
14    Q.   The -- 556 is a Working
15 Paper Number 10 published by the Center
16 on Developing Child at Harvard
17 University, the National Scientific
18 Counsel on the Developing Child,
19 entitled, "Early Experiences Can Alter
20 Gene Expression and Affect Long-Term
21 Development."
22        And if you could, I want to
23 be fair and -- why don't you take a look
24 through this real quick and then I'll ask

Page 491

1  you a couple questions about it.
2         MS. BROWN:  And, Counsel,
3     for the record, is there a date on
4     this?
5         THE WITNESS:  2010.
6         MR. WATTS:  May of 2010, I
7     believe.
8         THE WITNESS:  Okay.
9  BY MR. WATTS:
10    Q.   Okay.  Let's go to Page 1,
11 which it says, "The Issue."  And on the
12 right side, it says, "Nutritional status,
13 exposure to toxins and drugs, and the
14 experiences of interacting with varied
15 environment can all modify an
16 individual's epigenome."
17        Do you see that, sir?
18    A.   I see that.  Yeah, this is
19 the beginning of epigenetics.
20    Q.   Okay.  Do you agree with
21 that statement?
22    A.   So this is a very broad
23 statement.  And I think that there are
24 some cases in which this is true and

Page 492

1  other cases where it may not be true.
2     Q.   Okay.  Let's go to the next
3  page, Page 2.  The red area first.
4         "Early prenatal and
5  postnatal experiences and exposures
6  influence long-term outcomes by
7  chemically altering the structure of the
8  genes."
9         Do you agree with that
10 statement?
11    A.   I think that, theoretically,
12 exposures can influence the structure of
13 genes, as we know, based on epigenetics.
14 I don't think it's necessarily
15 established in autism.
16    Q.   But generally you agree that
17 this is -- this is true, right?
18    A.   So I definitely agree that
19 the field of epigenetics is onto
20 something.
21    Q.   Is on what?
22    A.   Is onto something.
23    Q.   Okay.  Good.  Let's go to
24 the second column.

Page 493

1         "We are also learning from
2  new scientific discoveries in both
3  animals and humans that environmental
4  factors such as certain drugs or the
5  nutritional status of the mother have the
6  potential to cause epigenetic changes to
7  genes in eggs or sperm cells in the
8  fetus."
9         Do you agree?
10    A.   Again, this is a very broad
11 statement, and I think in some cases,
12 it's likely true.  In other cases, it's
13 probably irrelevant.
14    Q.   Okay.
15        MR. WATTS:  Next page.  Blow
16    up the graphic.
17 BY MR. WATTS:
18    Q.   "How early experiences alter
19 gene expression and shape development."
20        And Number 1 says, "External
21 experiences, e.g., stress, nutrition,
22 toxins, spark signals between neurons.
23        "Neuro signals launch
24 production of gene regulatory proteins

Page 494

1  inside the cell.
2          "Gene regulatory proteins
3  attract or repel enzymes that add or
4  remove epigenetic markers.
5          "Epigenetic markers control
6  where and how much protein is made by a
7  gene, effectively turning the gene on or
8  off, thereby shaping how the brain and
9  bodies develop."
10      Do you see that, 1, 2, 3, 4?
11      A.   I do.  This reflects the
12  kind of framework of our understanding
13  about epigenetics.
14      Q.   Okay.  Do you agree with
15  Concept Number 1 with respect to external
16  experiences?
17          MS. BROWN:  Objection.
18  Broad.
19          THE WITNESS:  So this is a
20  broad statement.  And I think it
21  depends.
22          So there are some cases
23  where I suspect it's true.  But in
24  the case of autism, it's not

Page 495

1  established.
2  BY MR. WATTS:
3      Q.   So -- I'm interested.  We
4  have a deposition protocol that says she
5  can say, "Objection.  Form."  And she
6  says, "Objection.  Broad."
7          And you say this is a broad
8  statement.
9          MS. BROWN:  Must be broad.
10         MR. WATTS:  Must be coached.
11  BY MR. WATTS:
12      Q.   Let me ask you this.
13         With respect to Number 1,
14  external experiences, stress, nutrition,
15  toxins spark signals between neurons.
16         Is that true?
17         MS. BROWN:  Objection to the
18  form of the question.  Broad.
19         MR. WATTS:  Well done.
20         THE WITNESS:  So just to
21  respond to what you said.  I think
22  when you ask a very broad
23  question, it's hard to answer it
24  yes or no.

Page 496

1          And, I mean, I agree she
2  uses the word "broad," and then I
3  use the word "broad," so it may
4  sound suspicious to you, but I'm
5  also capable of evaluating a
6  question and determining whether
7  or not it's broad.  In this
8  particular case, this is a very
9  broad question.
10         So I think in some cases,
11  toxins can spark signals between
12  neurons.
13  BY MR. WATTS:
14      Q.   So you, as a scientist, are
15  capable, in responding to my question,
16  telling me it's broad without having to
17  be coached by a lawyer?
18      A.   Yes.
19         MS. BROWN:  I object to the
20  suggestion that there's any
21  coaching going on here.
22  BY MR. WATTS:
23      Q.   Lets go to Number 2, neural
24  signal --

Page 497

1          MR. WATTS:  Maybe that's why
2  we have the limitation "objection
3  to form."  Just curious.
4  BY MR. WATTS:
5      Q.   Number 2, neural signals --
6          MS. BROWN:  Or to make sure
7  people ask the right questions.
8  BY MR. WATTS:
9      Q.   -- launch production of gene
10  regulatory proteins -- let me try --
11  she's talking over me again.
12         Number 2, neural signals
13  launch production of gene regulatory
14  proteins inside cell.
15         Do you agree that that's
16  true?
17      A.   Yes.
18         MS. BROWN:  I object to the
19  form of that question.
20  BY MR. WATTS:
21      Q.   Number 3, gene regulatory
22  proteins attract or repel enzymes that
23  add or remove epigenetic markers.
24         Do you agree that that's

Page 498

1 true?
2        MS. BROWN:  Same objection.
3        THE WITNESS:  There are
4    cases in which that is true.
5        Again, that's a broad
6    statement.
7 BY MR. WATTS:
8    Q.   Epigenetic markers control
9 where and how much protein is made by a
10 gene, effectively turning a gene on or
11 off, thereby shaping how brains and
12 bodies develop.
13        Is that true?
14    A.   There --
15        MS. BROWN:  Same objection.
16        THE WITNESS:  There are
17    circumstances in which that is
18    definitely true.
19 BY MR. WATTS:
20    Q.   Okay.  Let's go to Page 4.
21    "In addition to adverse
22 experiences, a wide variety of chemicals,
23 nutrients, and drugs are also capable of
24 modifying the epigenome for long-lasting

Page 499

1 effects on gene expression."
2        Is that true?
3        MS. BROWN:  I object to that
4    question.
5        THE WITNESS:  Potentially,
6    in some cases, that might be true.
7 BY MR. WATTS:
8    Q.   And number -- Page 5.
9        "Injurious experiences such
10 as malnutrition, exposure to chemical
11 toxins or drugs, and toxic stress before
12 birth or in early childhood are not
13 'forgotten' but rather are built into the
14 architecture of the developing brain
15 through epigenome."
16        Is that true?
17        MS. BROWN:  Objection.
18        THE WITNESS:  In some cases
19    it may be true.
20 BY MR. WATTS:
21    Q.   Let's go to Page 7.  The
22 first sentence in red.  Page 7.
23        "Epigenetic changes caused
24 by the exposure of pregnant women,

Page 500

1 infants, and toddlers to environmental
2 toxins, prescription drugs, alcohol, and
3 illicit substances require an urgent look
4 at what safeguards can be implemented to
5 prevent such exposures."
6        Do you agree with that
7 statement?
8        MS. BROWN:  Objection to the
9    form.
10        THE WITNESS:  Again, this is
11    a broad statement, and I think if
12    epigenetic changes were
13    demonstrated to have clear
14    negative effects, then I would
15    agree with it.
16 BY MR. WATTS:
17    Q.   Okay.  Further down in the
18 red.  It says, "The serious" -- keep
19 going.
20        "The serious and continuing
21 impact of prenatal exposure to alcohol
22 and a wide variety of chemical
23 substances, including prescription drugs,
24 on child health and development calls for

Page 501

1 a more vigorous approach to environmental
2 policies and public education."
3        Do you conceptually agree
4 with that statement?
5    A.   I'm not sure that I'm
6 qualified to, like, make regulatory
7 comments.
8    Q.   All right.  Doctor, do you
9 agree that intrauterine exposure to
10 divalproex sodium is a predictive risk
11 factor for autism spectrum disorder,
12 right?
13    A.   I think it's been
14 established that Depakote, or valproic
15 sodium, divalproex sodium, increases the
16 risk of autism, yes.
17    Q.   Now, in 2013, in the book
18 "Neuroscience of Autism Spectrum
19 Disorder," Chapter 1.6, Page 97, this is
20 Exhibit 431, Page 97.
21        (Document marked for
22    identification as Exhibit
23    Kolevzon 431.)
24 BY MR. WATTS:

Page 502

1    Q.   Your book chapter ends with
2  the conclusion, "Improved understanding
3  of the nature and likelihood of
4  medication side effects in autism
5  spectrum disorder may help identify risk
6  factors to predict in advance which
7  individuals are most vulnerable."
8         Is that what you wrote in
9  2013?
10    A.   Again, I certainly wrote
11  that.  But we have to kind of pull out
12  and see the larger context in what I was
13  talking about here.  I don't remember
14  this chapter specifically.
15    Q.   I'm curious.  The
16  Katz/Kolevzon study, Exhibit 491.  On
17  Page 3 when you all did this analysis, on
18  Page 3, did you exclude studies focused
19  on the use of medications?
20    A.   I think we were focused on
21  metabolic factors in our search criteria.
22    Q.   And so you excluded studies
23  focused on the use of medications, right?
24         MS. BROWN:  Objection.

Page 503

1  Misstates testimony.
2         THE WITNESS:  I think we
3     were focused on metabolic factors,
4     and we didn't specifically include
5     medications.  There are many other
6     papers that have looked at
7     medication effects in autism.
8  BY MR. WATTS:
9     Q.   There we go.
10         Does this state that you
11  excluded studies that focused on
12  exposures outside the scope of this
13  review, such as use of medications?
14    A.   So I think my testimony is
15  that we focused on metabolic factors and
16  did not include studies of medications or
17  exposures.
18    Q.   Okay.  Let me show you
19  Exhibit 520, which comes from the Mount
20  Sinai website.
21         (Document marked for
22     identification as Exhibit
23     Kolevzon 520.)
24  BY MR. WATTS:

Page 504

1    Q.   The website at Mount Sinai
2  says, "Certain medicines taken during
3  pregnancy may also lead to autism
4  spectrum disorder in the child."
5         Do you see that?
6         MS. BROWN:  Hang on.  Let's
7     let him take a look at it.
8         And when we get to a good
9     spot, can we take a break?
10         MR. WATTS:  Sure.
11  BY MR. WATTS:
12    Q.   Can you see that there on
13  Page 1, about two inches down from autism
14  spectrum disorder, under causes?
15    A.   I see that.  I note this is
16  part of the early days when there was
17  concerned about the SSRIs, until the
18  studies were properly controlled for, and
19  didn't realize it was a genetic
20  compounding issue.
21    Q.   The early days.
22         Go to Page 12 of this
23  document.  When was it last updated?
24         MR. WATTS:  Page 11.

Page 505

1  Page 10.  Page 9.  Page 8.  7.
2         Well, let's go to the upper
3     right-hand corner.
4  BY MR. WATTS:
5    Q.   Do you see how I pulled it
6  off the website on August 22, 2023?
7         You are the clinical
8  director of the Seaver Autism Center at
9  Mount Sinai, and Mount Sinai's website,
10  as of eight days ago, had this
11  information on it, right?
12    A.   Yes.  As the clinical
13  director I'm responsible for the clinical
14  operations, not the social media or
15  website operations.
16    Q.   So this is more recent than
17  the date when the defense lawyers in this
18  case told you about the chapter of the
19  second edition Textbook of Autism
20  Spectrum Disorder, right?
21         MS. BROWN:  Objection to the
22     form.
23  BY MR. WATTS:
24    Q.   This is fresher than that.

Page 506

1    MS. BROWN:  Same objection.
2    THE WITNESS:  So, to be
3  clear, that's a vast body of
4  literature about the associations
5  between SSRIs during pregnancy and
6  the risk of autism spectrum
7  disorder, which have now been
8  well-controlled for, and it's
9  pretty clear that there is no
10  effect.  Whatever effect existed,
11  existed because of genetic
12  confounding.
13  BY MR. WATTS:
14    Q.   So --
15    A.   Whether I said that --
16  anyway, sorry.
17    MS. BROWN:  No.  You should
18  finish.
19  BY MR. WATTS:
20    Q.   When your employer says A,
21  and you say B, do you have any ability to
22  go and get them to clean up their website
23  so they are consistent with you?
24    MS. BROWN:  Objection to the

Page 507

1  form.  Misstates the document.
2    THE WITNESS:  So we update
3  our website periodically.  And we
4  correct information or provide new
5  information.
6    Science is an iterative
7  process.  But I don't monitor the
8  website on a very consistent
9  basis.
10  BY MR. WATTS:
11    Q.   When you say we update it,
12  who is involved in that?
13    A.   So periodically our
14  communications director will say, hey,
15  we're taking a look at this page, look at
16  the content, would you change anything,
17  does anything need to be revised, and
18  we'll make changes.
19    Q.   Have you had any recent
20  discussions with your communications
21  director about what's on the website
22  concerning acetaminophen and autism?
23    A.   No.
24    Q.   Even though you were hired

Page 508

1  in this case back on December 15th of
2  2022?
3    A.   No.  I don't use our website
4  as a source of reliable information.  I
5  use the literature and peer-reviewed
6  journals.
7    Q.   Why does Mount Sinai have a
8  website in the first place?  Surely they
9  are putting up what they think is
10  reliable information.
11    A.   Well, I think that the
12  information needs to be updated
13  periodically in order to remain reliable.
14    Q.   Okay.
15    MR. WATTS:  Why don't we
16  take that break that she asked
17  for.
18    MS. BROWN:  Thank you.
19    THE VIDEOGRAPHER:  The time
20  right now is 3:45 p.m.  We are off
21  the record.
22    (Short break.)
23    THE VIDEOGRAPHER:  The time
24  right now is 3:59 p.m.  We're back

Page 509

1  on the record.
2  BY MR. WATTS:
3    Q.   Doctor, have you done any
4  work in analyzing the prevalence of
5  autism on the island of Cuba?
6    A.   I can't say that I have.
7    Q.   Do you have any information
8  as to whether that prevalence rate is
9  lower or higher than in the United
10  States?
11    A.   So because autism is a
12  genetic disorder, you would expect
13  prevalence rates to be roughly equal
14  across the population.
15    Q.   Yes.
16    A.   However, it would depend a
17  lot on the methodology used for the
18  prevalence studies.
19    Q.   Now, you understand that
20  acetaminophen, also known as paracetamol,
21  is one of the most widely used analgesic
22  and antipyretic drugs in the world,
23  right?
24    A.   I'm aware of that, yes.

Page 510

1    Q.   Can we agree that nearly
2  two-thirds of the women pregnant in the
3  United States use acetaminophen during
4  their pregnancy?
5    A.   I read that that statistic
6  is correct, yeah.
7    Q.   That is a higher rate of use
8  than pregnant women across Europe use
9  acetaminophen during their pregnancy; is
10  that right?
11       MS. BROWN:  Objection to
12    form.
13       THE WITNESS:  I haven't
14    investigated rates across Europe.
15  BY MR. WATTS:
16    Q.   Is acetaminophen available
17  over the counter in the European Union?
18       MS. BROWN:  Objection to
19    form.
20       THE WITNESS:  I haven't
21    investigated the use of
22    acetaminophen in Europe.
23  BY MR. WATTS:
24    Q.   Okay.  You've testified in

Page 511

1  birth trauma cases, right?
2    A.   Yes.
3    Q.   Do you remember the Davis
4  versus Menges and MidHudson Medical Group
5  case?
6    A.   I do remember that case,
7  yes.
8    Q.   A young boy named Rhyder
9  Davis, who came out blue, according to
10  his mother, suffered shoulder dystocia,
11  fractured humerus during delivery.
12       Does that ring a bell?
13    A.   Yes.
14    Q.   Children with autism show an
15  increased evidence of perinatal
16  complications, right?
17       MS. BROWN:  Objection to the
18    form.
19       THE WITNESS:  Broadly
20    speaking, there are perinatal
21    complications that have been
22    associated with increased risk of
23    autism.
24  BY MR. WATTS:

Page 512

1    Q.   Okay.  You wrote that in
2  your book 23 years ago when you were in
3  medical school, right?
4    A.   I may have.
5    Q.   Okay.  Perinatal asphyxia
6  can increase the risk of autism?
7    A.   I think epidemiological
8  studies would suggest that
9  hypoxia-related events increase the risk,
10  yeah.
11    Q.   Inflammatory processes can
12  contribute and increase the risk of
13  autism for a subset of cases.  You
14  testified to that, right?
15    A.   So I think it would depend
16  on the inflammatory process.  And I think
17  it would be important to clarify that we
18  are not talking about causal factors.
19  We're talking about associated.
20    Q.   Well, did you say,
21  "Inflammatory process may contribute and
22  increase the risk for autism in a subset
23  of cases"?
24    A.   If you're quoting me, then I

Page 513

1  assume I said it.
2    Q.   Okay.
3       For the record, August 4,
4  2020, Purdie versus Mercy Medical,
5  Page 13, Lines 4 through 6, Exhibit 486.
6       In the Katz paper, did you
7  and Ms. Katz write -- Dr. Katz -- "A
8  chronic low-grade inflammatory state is
9  thought to be present in obese mothers,
10  which accompanies the fetus during its
11  intrauterine development"?
12    A.   That is thought to be the
13  case, yes.
14    Q.   What is a maternal prenatal
15  metabolic syndrome?
16    A.   I think metabolic syndrome
17  in general refers to risk of diabetes and
18  being overweight.
19    Q.   And that results in an
20  inflammatory state which can have a
21  significant impact on fetal
22  neurodevelopment, secondary to
23  neuroinflammation, and can affect
24  synaptic plasticity, oxidative stress, as

1  well as neurotropic and neuroprotective
2  signaling?
3      A.   Those are all hypothetical
4  mechanisms that can be associated with
5  metabolic syndrome.
6      Q.   And you wrote that on
7  Pages 2 and 3 of the Katz paper just two
8  years ago in March of 2021, right?
9      A.   I can look at the paper now
10 and confirm.
11         MR. WATTS:  Sure.
12     Exhibit 491, Page 2 and 3, please.
13 BY MR. WATTS:
14     Q.   There it is on the screen.
15         Is that what you wrote?
16     A.   That's written in there,
17 yes.
18     Q.   Acetaminophen may interrupt
19 brain development by the induction of
20 oxidative stress leading to neuronal
21 death, right?
22     A.   Can you repeat that?
23     Q.   Acetaminophen may interrupt
24 brain development by induction of

1  oxidative stress leading to neuronal
2  death.
3         MS. BROWN:  Objection.
4     Lacks foundation.
5         THE WITNESS:  So I think
6     that that's a theoretical
7     mechanism that some people might
8     propose.
9  BY MR. WATTS:
10     Q.   Okay.  You've seen that
11 proposed in the published literature?
12     A.   I've seen that proposed in
13 the published literature.
14     Q.   You've never published that
15 that is incorrect?
16     A.   I have not published about
17 acetaminophen.
18     Q.   In the book chapter from
19 last year, it says it's also been
20 suggested that acetaminophen increases
21 the risk for ASD by causing neuronal
22 oxidative stress, citing to the
23 Ghanizadeh publication, 2012?
24     A.   So that was written by the

1  author of that chapter, yes.
2      Q.   Okay.  And you are the
3  second author listed in that book
4  chapter, right?
5      A.   I am.  But as I've noted, I
6  didn't have an opportunity to review.
7  And if I did, I probably would have
8  changed some of the things in that
9  chapter.
10     Q.   Okay.  What's the
11 relationship between endocannabinoid
12 dysfunction and the risk of autism
13 spectrum disorder?
14         MS. BROWN:  Objection to the
15     form.
16         THE WITNESS:  There is no
17     clear relationship.  There are
18     some proposed hypothetical
19     relationships.
20 BY MR. WATTS:
21     Q.   And what's the biologic
22 plausibility of that?  Why does that make
23 sense?  Why is it being proposed?
24         MS. BROWN:  I object.

1         THE WITNESS:  I don't think
2     there's been an established
3     mechanism.
4  BY MR. WATTS:
5      Q.   You don't know?
6      A.   I don't think there's been
7  an established mechanism that's commonly
8  accepted.  I think people might propose,
9  hypothetically, that it relates to
10 glutamatergic cannabinoid regulation or,
11 perhaps, hypothetically, to immune
12 regulation.
13     Q.   Okay.  You agreed in your
14 report that glutamatergic activity is
15 critical for the brain's plasticity,
16 correct?
17     A.   That is correct.
18     Q.   Excitatory and inhibitory
19 imbalance of glutamatergic activity plays
20 a role in autism spectrum disorder,
21 right?
22         MS. BROWN:  Objection to the
23     form.
24         THE WITNESS:  There's

1   evidence of glutamatergic and
2   GABAergic dysregulation.  It's not
3   clear whether it's a causal effect
4   or a consequence.
5  BY MR. WATTS:
6      Q.   By the way, AM404 may
7  activate cannabinoid receptors in the
8  brain and exert effects on glutamate GABA
9  activity, right?
10      A.   I don't know that that's
11  true.
12      Q.   Well, did you write that
13  that was true in your report?
14      A.   I wrote that that is what
15  people have proposed to be true
16  theoretically.
17      Q.   All right.  Have you studied
18  whether or not it is true?
19      A.   I am not a toxicologist.  I
20  have not studied that, no.
21      Q.   In the Purdie versus Mercy
22  Medical case, August 4, 2020, you were
23  asked, "Would you agree that
24  environmental factors outside of a

1  genetic context can affect the glutamate
2  system in the developing fetus?"
3         Did you say, "Yes, I'd
4  probably agree with that"?
5         MS. BROWN:  Objection to the
6      form.
7         THE WITNESS:  So if you can
8      put that up so I can look at it in
9      context --
10         MR. WATTS:  Sure.
11      Exhibit 486.  Page 83, Lines 9
12      through 19, please.
13         MS. BROWN:  Can you blow up
14      the whole page so we can see it.
15      Thank you.
16  BY MR. WATTS:
17      Q.   "What role, if any, does the
18  glutamate system play in the final common
19  pathway of autism spectrum disorder?
20         "I mean, the glutamate
21  system is implicated in many different
22  cases of autism and the glutamate system
23  is relevant to many different genes that
24  underlie autism.

1         "Question:  Would you agree
2  that environmental factors outside of
3  genetic context can affect the glutamate
4  system in the developing fetus?
5         "Answer:  Yes, I'd probably
6  agree with that."
7         Is that what you said?
8      A.   I said that.  And I would
9  stand by it.
10      Q.   And exposures to various
11  toxins or medicines that affect the
12  glutamatergic system can affect the
13  glutamatergic function of the fetus,
14  right?
15         MS. BROWN:  Objection to the
16      form.
17         THE WITNESS:  Can you say
18      that again.
19  BY MR. WATTS:
20      Q.   Sure.
21         MR. WATTS:  Page 85,
22      Lines 11 through 14.
23  By MR. WATTS:
24      Q.   And you said, "Likely

1  exposures to various toxins or medicines
2  that affect the glutamatergic system can
3  impact the glutamatergic function in the
4  fetus"?
5      A.   So what I'm referring here
6  to, toxins, right, we're not talking
7  about acetaminophen, just to be clear.
8      Q.   Right.  You said or
9  medicines, though, to be fair.
10      A.   To be fair.
11      Q.   Okay.
12         Is that a true statement?
13      A.   I think in a hypothetical
14  sense, and we're talking in a very broad
15  hypothetical sense, it is certainly a
16  possibility.
17      Q.   Okay.  Prenatal exposure to
18  acetaminophen has been associated in a
19  dose-dependent relationship with
20  increased DNA methylation among children
21  with ADHD.
22         Agreed?
23      A.   So you are talking about
24  ADHD, and I'm not prepared to provide

Confidential - Subject to Protective Order

Page 522

1 testimony as to ADHD.
2    Q.   Okay.
3    A.   I haven't explored that.
4    Q.   The genes affected by DNA
5 methylation are those enriched in
6 pathways involving oxidative stress and
7 neurological function.
8        Do you agree?
9        MS. BROWN:  Objection to the
10   form.
11       THE WITNESS:  Again, in
12   general, it's hard for me to
13   comment on isolated sentences.  So
14   if you give me the context, I'm
15   happy to look at it.
16 BY MR. WATTS:
17   Q.   Sure.
18       In your report did you say,
19 "Among those differentially methylated
20 regions, the region containing the CYP2E1
21 gene was associated with an increased
22 risk for autism spectrum disorder"?
23   A.   Let's take a look at the
24 report.

Page 523

1    Q.   Sure.
2        MR. WATTS:  Exhibit 403,
3        Page 69, Paragraph 124.
4 BY MR. WATTS:
5    Q.   Do you see that, sir?
6    A.   Paragraph 125?
7    Q.   124.  "Among those
8 differentiated methylated regions, the
9 region containing the CYP2E1 gene was
10 associated with increased risk for autism
11 spectrum disorder."
12       That's in your report,
13 right?
14   A.   So I'm discussing the
15 results from a study by Zhu and
16 colleagues, where that was what their
17 finding was.
18   Q.   Now, that's at Page 69.  If
19 you go back to Page 68 just for a second.
20 You see how in Paragraph 123, you cite to
21 the LaSalle paper in Footnote 201?
22   A.   Mm-hmm.
23   Q.   Yes?
24   A.   Yeah.

Page 524

1    Q.   Now J.M. LaSalle is
2 Dr. Janine LaSalle, right?
3    A.   I don't know Dr. LaSalle's
4 first name.
5    Q.   Are you aware that she was
6 an author of a study identifying the
7 CYP2E1 gene as an autism spectrum
8 disorder risk gene?
9        MS. BROWN:  Objection to
10   form.  Lacks foundation.
11       THE WITNESS:  So I've looked
12   extensively at the genetic
13   literature, and I have not found
14   evidence that CYP2E1 is an autism
15   risk gene.
16 BY MR. WATTS:
17   Q.   Have you read her article
18 entitled, "Human Molecular Genetics," in
19 2019?
20   A.   I'm happy to take a look at
21 it.
22   Q.   Now, with respect to
23 Exhibit 481, which is what you cited to,
24 the LaSalle paper -- no, I'm sorry.  I've

Page 525

1 got it butchered.
2        (Document marked for
3        identification as Exhibit
4        Kolevzon 484.)
5 BY MR. WATTS:
6    Q.   484.  There's our guy from
7 Australia.
8    A.   Back to them, yeah.
9    Q.   Okay.  Have you read the Zhu
10 and -- paper entitled, "Placental DNA
11 Methylation Levels at CYP2E1 and IRS2 are
12 Associated With Child Outcome in a
13 Prospective Autism Study"?
14   A.   I have.
15   Q.   And you see how Janine
16 LaSalle is the, what'd you call it, the
17 last author, the senior author?
18   A.   Yeah.
19   Q.   Okay.
20       In the abstract, go to the
21 abstract.  It says, "DNA methylation acts
22 at the interface of genetic and
23 environmental factors relevant for autism
24 spectrum disorder," right?

Page 526

1    A.    That's what it says.

2    Q.    And if we go to Page 23 of
3  48.  Part of the conclusion is, "Both
4  CYP2E1 and IRS2 are related to protein
5  synthesis, cell proliferation, and cell
6  metabolism consistent with previous
7  studies of convergent gene pathways in
8  autism spectrum disorder.  These results,
9  therefore, provide evidence that
10  placental methylation levels reflect the
11  intersection of genetic and environmental
12  risk and protective factors that are
13  expected to be useful for early
14  intervention and prevention of autism
15  spectrum disorder."
16          Is that what it says?
17    A.    That's what it says.  But I
18  don't agree with the conclusions based on
19  these data.
20    Q.    Now, when placental
21  methylation levels reflect the
22  intersection of genetic and environmental
23  risk and protective factors, what is your
24  understanding as to what is resulting in

Page 527

1  a higher risk of ASD?  Is it higher
2  methylation level at the placental area
3  or lower?
4          MS. BROWN:  Objection to the
5      form of the question.
6          THE WITNESS:  So I'd have to
7      go back to the article.
8  BY MR. WATTS:
9    Q.    You don't know?
10    A.    I'd have to go back to the
11  article.
12    Q.    Okay.
13    A.    But the idea that CYP2E1 is
14  an autism risk gene, to me, is unfounded.
15  So the fact that there is differential
16  expression does not necessarily mean that
17  there's any etiological role.
18    Q.    So, really, I'm not asking
19  about CYP2E1 yet.  I'm asking about
20  placental methylation levels.
21    A.    Sure.
22    Q.    And do you agree that
23  placental methylation levels reflect the
24  intersection of genetic and environmental

Page 528

1  risk and protective factors that are
2  expected to be useful for early
3  intervention and prevention of ASD?
4          MS. BROWN:  Objection to
5      form.
6          THE WITNESS:  So very broad.
7      So --
8  BY MR. WATTS:
9    Q.    Do you agree with that very
10  broad statement?
11    A.    In general, methylation can
12  affect the expression of different genes.
13  And differential expression can be
14  characteristic of certain disease states
15  but doesn't necessarily reflect any
16  etiological role.
17    Q.    Okay.  Now, in your report
18  at Page 73 and 74, you write that it's
19  been postulated -- Paragraph 133.
20          "It's been postulated that
21  disruptions in prostaglandin signaling
22  during early development can lead to
23  adverse developmental outcomes, including
24  autism spectrum disorder."

Page 529

1          Do you see that?
2    A.    Yeah.  I'm summarizing some
3  of what the literature --
4    Q.    Have you done any research
5  yourself with respect to prostaglandin
6  synthesis pathways and signaling?
7    A.    So in my 20-some-odd years
8  of experience going to conferences and
9  talking to colleagues, I have some
10  understanding of what the common pathways
11  are and the generally accepted causal
12  theories.  And prostaglandin synthesis is
13  not one of them.
14    Q.    So, respectfully, that
15  wasn't my question.  I was asking you
16  about you doing original research.
17          Have you done any original
18  research yourself with respect to
19  prostaglandin signaling --
20    A.    I have not.
21    Q.    Okay.  Do you agree that
22  acetaminophen acts as a cyclooxygenase
23  inhibitor?
24    A.    I think that's one of the

Page 530

¹ proposed mechanisms of action.
² Q. Do you agree that that's
³ true?
⁴ A. I don't have the knowledge
⁵ or background to determine that.
⁶ Q. Okay. Do you agree that
⁷ cyclooxygenase inhibitors prevent
⁸ prostaglandin synthesis?
⁹ A. I understand that that's
¹⁰ been postulated. I have no experience to
¹¹ confirm that.
¹² Q. So no way to rebut it or
¹³ confirm it, is what you're saying?
¹⁴ A. It's outside of my
¹⁵ expertise.
¹⁶ Q. Have you read the Addo
¹⁷ paper, Exhibit 482.
¹⁸ (Document marked for
¹⁹ identification as Exhibit
²⁰ Kolevzon 482.)
²¹ BY MR. WATTS:
²² Q. Have you seen this before?
²³ MR. WATTS: Put that on the
²⁴ left side and put Exhibit 404 up

Page 531

¹ on the right.
² BY MR. WATTS:
³ Q. Exhibit 404, if you go to
⁴ the second page, is your materials
⁵ considered list.
⁶ A. Mm-hmm.
⁷ Q. Do you see between Adams and
⁸ Aishworiya where Addo would go, it's not
⁹ there?
¹⁰ A. I see that it's not there.
¹¹ And I am not familiar with this article.
¹² Q. Okay. So you haven't read
¹³ the Addo paper before coming here today,
¹⁴ fair?
¹⁵ MS. BROWN: Objection to
¹⁶ form.
¹⁷ THE WITNESS: I don't -- I
¹⁸ don't recall.
¹⁹ BY MR. WATTS:
²⁰ Q. Okay. Let's just look at
²¹ Page 5 real quick.
²² A. Can you just give me a
²³ second to read what this is about?
²⁴ Q. Sure.

Page 532

¹ And part of what's on
² Page 5, just so you know where I'm going.
³ It says, "Our data suggests that the
⁴ prostaglandin synthesis pathway may be
⁵ disrupted in the placenta related to in
⁶ utero acetaminophen use."
⁷ You can see that, right?
⁸ MS. BROWN: Take as long as
⁹ you need.
¹⁰ BY MR. WATTS:
¹¹ Q. It's up on the screen.
¹² A. So what you've written --
¹³ what you've read is what's written.
¹⁴ Q. Okay.
¹⁵ A. I would probably look more
¹⁶ deeply into his methods. I think it
¹⁷ speaks to the point that I made before,
¹⁸ which is that although there could be
¹⁹ methylation or expression changes,
²⁰ doesn't necessarily reflect an
²¹ etiological mechanism.
²² Q. Well --
²³ A. So I agree that it's written
²⁴ on the screen, but I can't agree or

Page 533

¹ disagree, for that matter --
² Q. Yeah, you haven't studied
³ it. I mean, this is the first time
⁴ you've ever seen it, fair?
⁵ A. Fair.
⁶ Q. Okay. Now, let's go to
⁷ endocrine disruption for a second.
⁸ You agree that the endocrine
⁹ system plays a clear role in prenatal
¹⁰ brain development, right?
¹¹ MS. BROWN: Objection to
¹² form.
¹³ THE WITNESS: Yes.
¹⁴ BY MR. WATTS:
¹⁵ Q. You agree that the endocrine
¹⁶ system plays a clear role in prenatal
¹⁷ brain development, because disruptions in
¹⁸ endocrine function can lead to a wide
¹⁹ array of adverse developmental outcomes,
²⁰ agreed?
²¹ A. I believe you're reading
²² from my report, and I agree with my
²³ report.
²⁴ Q. Now, for that reason, if we

¹ go to Exhibit 424, which is Mount Sinai's
² publication in 2012 where they published
³ a list of the top ten toxic chemicals
⁴ suspected to cause autism and learning
⁵ disabilities.
⁶        (Document marked for
⁷      identification as Exhibit
⁸      Kolevzon 424.)
⁹ BY MR. WATTS:
¹⁰    Q.   The Center for Environmental
¹¹ Health Center -- or the Children's
¹² Environmental Health Center -- go to
¹³ Page 2 -- put out a list and it says,
¹⁴ "CEHC developed a list of ten chemicals
¹⁵ found in consumer products that are
¹⁶ suspected to contribute to autism and
¹⁷ learning disabilities to guide a research
¹⁸ strategy to discover potentially
¹⁹ preventable environmental causes.  The
²⁰ top ten chemicals are..."
²¹        Is Number 6 endocrine
²² disruptors?
²³    A.   So, if you're -- yes, the
²⁴ Number 6 is listed as endocrine

¹ disruptors.
²        And all of these are worthy
³ for exploration.  And all of these are
⁴ important to study.  But none of these
⁵ have been demonstrated to be associated
⁶ with autism.
⁷    Q.   Acetaminophen is a
⁸ well-known endocrine disruptor?
⁹    A.   I can't say that that's
¹⁰ true.
¹¹    Q.   Can you say that it's
¹² untrue?
¹³    A.   As I said, I'm not qualified
¹⁴ to analyze the endocrine effects of
¹⁵ acetaminophen.  I can say that it's not
¹⁶ associated with autism, however.
¹⁷    Q.   Well, acetaminophen may
¹⁸ interfere with maternal and neonatal
¹⁹ hormones, e.g., the thyroid related to
²⁰ brain development, agreed?
²¹    A.   So there may be many
²² different mechanisms.  It's not clear to
²³ me that any of them are reliably
²⁴ established.

¹        But what has been pretty
² reliably established is that there isn't
³ a significant association in
⁴ epidemiological studies between
⁵ acetaminophen use during pregnancy and
⁶ autism as the outcome.
⁷    Q.   Doctor, does serotonin
⁸ metabolism dysfunction -- does your book
⁹ chapter from 2022 say it's one of the few
¹⁰ consistent biological explanations
¹¹ leading to autism spectrum disorder?
¹²    A.   So the role of the serotonin
¹³ system in autism is one of the more
¹⁴ consistent findings, although it remains
¹⁵ hypothesis generating.
¹⁶    Q.   In the book chapter, at
¹⁷ Page 187, says, "These findings suggest
¹⁸ prenatal exposure to SSRIs may have a
¹⁹ causal role in ASD by operating directly
²⁰ on the developing brain."
²¹    A.   So, thankfully, over time,
²² because science is an iterative process,
²³ we've learned that SSRI use during
²⁴ pregnancy is confounded by indication,

¹ and actually once you control for
² genetics, you attenuate the effects.  So
³ the effect is more about the mom, not
⁴ about the SSRIs.
⁵    Q.   And you said that in
⁶ litigation involving SSRIs?
⁷    A.   Have I said that in
⁸ litigation?  I probably put that in a
⁹ report involving SSRI.
¹⁰    Q.   What is BDNF?
¹¹    A.   What does it stand for?
¹²    Q.   Yeah.
¹³    A.   Brain-derived neurotrophic
¹⁴ factor.
¹⁵    Q.   Say again?
¹⁶    A.   Brain-derived neurotrophic
¹⁷ factor.
¹⁸    Q.   Okay.  Does acetaminophen
¹⁹ exposure impact BDNF in the neonatal
²⁰ brain?
²¹    A.   I'm not an expert in this
²² area.  I couldn't say whether that was
²³ true or not.  I'm sure it's been
²⁴ proposed.

Page 538

1    Q.   What you can say is BDNF is
2  a critical growth factor for brain
3  development and plasticity, right?
4    A.   I've said that, and I think
5  that continues to be the case, yes.
6    Q.   All right.  Now, with
7  respect to prostaglandin signaling and
8  the risk for autism spectrum disorder,
9  your report says it's derived from gene
10 expression studies in the cyclooxygenase
11 knockout mice, 219, another animal
12 experiment showing effects of autism --
13 on autism spectrum disorder-related
14 symptoms, right?
15    A.   So when I review the
16 literature --
17    Q.   I'm sorry?
18    A.   I said when I review the
19 literature and I try to figure out from
20 where this theory was derived, it seemed
21 to be, in part, derived from some animal
22 studies, including cyclooxygenase
23 knockout mice.
24    Q.   Okay.  Let me show you a

Page 539

1  couple of videos where you talked about
2  this.
3         MR. WATTS:  Exhibit 456.
4     November 16, 2017, at the Advances
5     in Autism Conference.
6         TRIAL TECH:  I'm sorry, did
7     you say 426?
8         MR. WATTS:  456.
9         (Document marked for
10     identification as Exhibit
11     Kolevzon 456.)
12         (Video played.)
13         DR. KOLEVZON:  So then what
14     do you want to do.  Think about
15     our model where you're going to go
16     from mouse to physiology, which we
17     understand, to now thinking about
18     treatment.
19         (Video playback ended.)
20  BY MR. WATTS:
21    Q.   And let me show you
22 Exhibit 564, also from 2017, but two
23 months earlier on September 10th.
24         (Document marked for

Page 540

1  identification as Exhibit
2  Kolevzon 564.)
3         (Video played.)
4         DR. KOLEVZON:  But so this
5     has been sort of our model in
6     terms of treatment development.
7     This is not a novel model, right.
8     This is something that cancer
9     treatments have been following for
10     a long time.
11         But for us, again, this kind
12     of window into these single genes
13     provides opportunities to, A, you
14     know, discover an actual gene that
15     we consider to be pathogenic, as
16     Colleen explained.  And then we
17     can sort of replicate that
18     biological defect in a model
19     system, using rats or mice or fish
20     or even human neurons, and you can
21     do things with these kinds of
22     models that you obviously can't do
23     in humans -- and I'll talk about
24     some of those details.

Page 541

1         But then it helps you really
2     understand what's -- what's going
3     on in terms of the brain.  Where
4     actually are the defects
5     occurring.  What's the problem in
6     terms of nerve cell communication.
7     And then eventually you can start
8     thinking on that basis what types
9     of --
10         (Video playback ended.)
11  BY MR. WATTS:
12    Q.   Now, back when you had a
13 beard in 2017, is that what you said?
14    A.   Oh, yeah.  And I still say
15 that.
16    Q.   Good beard.  I like it.
17         One more.  Exhibit 458,
18 November 16, 2017.
19         (Document marked for
20     identification as Exhibit
21     Kolevzon 458.)
22         (Video played.)
23         DR. KOLEVZON:  And so the
24     ways that you want to try to

Page 542

1  measure and sort of have your
2  animal studies inform your
3  clinical studies and then have
4  your clinical studies inform your
5  animal studies, that's what's
6  called translational science,
7  right.
8      (Video playback ended.)
9  BY MR. WATTS:
10     Q.   Is that something you said
11 back in 2017?
12     A.   Yep.
13     Q.   Let's go to 2020, October 7,
14 489.
15         (Document marked for
16 identification as Exhibit
17 Kolevzon 489.)
18         (Video played.)
19         DR. KOLEVZON:  To develop
20 new treatments, we've adopted the
21 following approach.
22         First, we identify a
23 specific gene that causes autism
24 when mutated.  Then we replicate

Page 543

1  the genetic defect in the model
2  system using an animal or even a
3  brain cell derived from a
4  patient's blood cells.
5          We can use these models to
6  better understand the biology and
7  understand what's going wrong with
8  brain cell connections.  Then we
9  study the various treatments, but,
10 first, in the model, to see if
11 they can reverse the biological
12 changes associated with the
13 genetic defects.  If the
14 treatments work in the models,
15 then we move to clinical trials in
16 humans affected by the same
17 genetic changes.
18         There's enormous promise in
19 this approach and many --
20         (Video playback ended.)
21 BY MR. WATTS:
22     Q.   Is that part of what you
23 said in 2020?
24     A.   Yes.  And I'd like to just

Page 544

1  provide some context here, right, because
2  what we're talking about is translational
3  science, where we use model systems that
4  are extremely valuable in developing and
5  testing new treatments, because we can do
6  things in a model system and manipulate
7  models in a way that we can't manipulate
8  in humans.  And it can provide us with
9  evidence of proof of concept, right?
10         We want to think about, oh,
11 this treatment might work in the model.
12 Maybe it will work in humans.  But in no
13 way does the model recapitulate human
14 condition.  If, at best, it recapitulates
15 some of the biology.
16     Q.   And it's true you can use
17 both human and animal studies to show
18 that something is occurring, right?
19     A.   I'd say, sorry, but broad
20 and vague statement.  Could you be more
21 specific.
22     Q.   I'll give you a specific
23 example.
24     A.   Thanks.

Page 545

1      Q.   Let's go back to the Katz
2  paper.
3          MR. WATTS:  Exhibit 491.
4  Pages 2 and 3.
5  BY MR. WATTS:
6      Q.   "Human and animal studies
7  have shown that maternal prenatal
8  metabolic syndrome includes increased
9  adiposity and insulin resistance and
10 results in an inflammatory state, as well
11 as altered leptin signaling.  These
12 changes have significant impact on fetal
13 neurodevelopment secondary to
14 neuroinflammation and can affect synaptic
15 plasticity, oxidative stress, as well as
16 neurotrophic and neuroprotective
17 signaling."
18         Is that part of what you
19 wrote in 2021?
20     A.   I wrote that.  And I think
21 in this case it's important to see that
22 the animal studies provide a window
23 that's worth hypothesis testing, just
24 like the animal studies with treatments

Confidential - Subject to Protective Order

1  provide a window.
2        But if you do a treatment
3  study in a human being, no matter what
4  the animal studies show, if the treatment
5  fails in the human being, you wouldn't
6  continue to say, oh, that treatment works
7  because it worked in animals.
8        You'd only say it works if
9  it worked in the humans.  And you
10  wouldn't be able to say it on the basis
11  of one study.  You'd have to say it on
12  the basis of multiple studies across
13  multiple sites.
14     Q.   Doctor, let me show you
15  Exhibit 445.
16        (Document marked for
17        identification as Exhibit
18        Kolevzon 445.)
19  BY MR. WATTS:
20     Q.   This is a paper that you
21  wrote with Theresa Tavassoli, titled,
22  "Measuring Sensory Reactivity in Autism
23  Spectrum Disorder:  Application and
24  Simplification of a

1  Clinician-Administered Sensory
2  Observation Scale."
3        Do you see that, sir?
4     A.   Yes.
5        MS. BROWN:  I just gave him
6        the hardcopy, so take a minute to
7        look if you need to.
8  BY MR. WATTS:
9     Q.   And let's go to Page 288.
10        And my only point of
11  bringing this up is on the first column,
12  you all write, "In general, sensory
13  questionnaires are considered valuable
14  screening tools for sensory issues and
15  have the advantage of being low cost and
16  easy to administer," right?
17     A.   Oh, yeah.
18     Q.   And on the bottom of 288,
19  second column, and 289, you write, "The
20  Autism Spectrum Quotient, AQ, was used to
21  screen autism spectrum disorder traits in
22  the TD group.  The AQ is a 50-item
23  questionnaire with five subscales
24  measuring autistic traits, social skills,

1  attention switching, attention detail,
2  imagination, and communication.  Results
3  from the AQ have been replicated
4  cross-culturally and across different age
5  groups with good test/retest
6  reliability."
7        Did I read that correctly?
8     A.   Yeah.  The AQ is a good
9  screening tool, but it's not a diagnostic
10  measure.
11     Q.   Now, in addition to that,
12  you and I have already talked about the
13  two most common parent report tools are
14  the Modified Checklist for Autism in
15  Toddlers, or the M-CHAT-R, right?
16     A.   I don't know that we've
17  talked about that, but --
18     Q.   Do you agree?
19     A.    -- that is a correct
20  statement.
21     Q.   And childhood autism --
22  Childhood Autism Spectrum Test, or CAST,
23  is also used broadly, right?
24     A.   I don't know that it's used

1  broadly, but it's been used.
2     Q.   And then we've talked about,
3  before, ADOS, the Autism Diagnostic
4  Observation Schedule, right?
5     A.   I don't think we've talked
6  about it before, but that is definitely a
7  gold-standard diagnostic tool.
8     Q.   And in your previous report
9  in the Daniels-Feasel case, Exhibit 479,
10  you said, "ADOS has improved our ability
11  to detect."
12        Do you agree?
13        TRIAL TECH:  What page?
14        THE WITNESS:  Sorry.  Can
15        you finish the sentence.
16        MR. WATTS:  Page 10 of 94.
17        It's down at the bottom.
18  BY MR. WATTS:
19     Q.   You write that, "The Autism
20  Diagnostic Observation Schedule, ADOS,
21  and the Autism Diagnostic
22  Interview-Revised have improved our
23  ability to test for autism, right?
24     A.   I think that's true, yes.

Page 550

1    Q.   Now, have you ever used the
2  population-based cohort in Sweden called
3  PAGES?
4    A.   I have been part of
5  collaborations that have used PAGES, yes.
6    Q.   Okay.  What other Swedish,
7  Danish, European population-based cohorts
8  have you worked in?
9    A.   Numerous ones.  I can't
10 recall sitting here.
11   Q.   Have you ever studied any of
12 those cohorts with respect to
13 acetaminophen?
14   A.   So we may have queried some
15 of those samples.  I don't recall whether
16 we have specifically.
17   Q.   Okay.  Doctor, we talked a
18 little bit about the fact that third
19 parties fund research that Mount Sinai
20 does; is that right?
21       MS. BROWN:  Objection to the
22 form.
23       THE WITNESS:  So I'll speak
24   to my own research and the

Page 551

1  research of the Seaver Autism
2  Center.  It's funded by
3  foundations.  It's funded by the
4  federal government.  It's funded
5  by industry.
6  BY MR. WATTS:
7    Q.   Are you aware of a
8  legislatively required database known as
9  openpayments.com?
10   A.   I am, yes.
11   Q.   And if we could put up
12 Exhibit 528 on the screen.
13       (Document marked for
14   identification as Exhibit
15   Kolevzon 528.)
16 BY MR. WATTS:
17   Q.   Are you aware that since
18 2016, various Janssen industries have
19 made payments to Mount Sinai Hospital
20 exceeding $10 million?
21       MS. BROWN:  Object to this
22 document.
23       Did you make it?
24       MR. WATTS:  I did.

Page 552

1        MS. BROWN:  Okay.  I object.
2        THE WITNESS:  I am not aware
3  nor do I follow the payments that
4  are made to Mount Sinai Hospital.
5  I follow the payments that are
6  made to me.
7  BY MR. WATTS:
8    Q.   So, as you understand the
9  purpose of OpenPayments data, it's
10 required by the federal government so
11 people can know how much money a
12 particular pharmaceutical company has
13 spent to fund research at a particular
14 hospital facility, right?
15   A.   I understand that's the
16 purpose of the law, yes.
17   Q.   Okay.  And, again, have you
18 ever gone on there and seen how much
19 money came from the Janssen entities to
20 Mount Sinai?
21   A.   I have --
22       MS. BROWN:  Objection to
23   form.
24       THE WITNESS:  I have not,

Page 553

1  no.
2  BY MR. WATTS:
3    Q.   Okay.  Do you know, if we
4  added 2023 to it, how much more money
5  Janssen has paid Mount Sinai in payments?
6        MS. BROWN:  Objection to
7   form.
8        THE WITNESS:  I do not know.
9  BY MR. WATTS:
10   Q.   As we look at Exhibit 510.
11       (Document marked for
12   identification as Exhibit
13   Kolevzon 510.)
14 BY MR. WATTS:
15   Q.   Mount Sinai has a data -- or
16 a website that's entitled, "Our Partners,
17 Our Relationships With Industry Provide
18 Access to Partners and Funding
19 Opportunities."
20       Can you see that?
21   A.   Yes.
22   Q.   And first up in terms of the
23 list of our partners is Johnson &
24 Johnson, right?

Page 554

1      A.   That's on the list among
2 many industry partners, yes.
3      Q.   In addition to Johnson &
4 Johnson, has Mount Sinai received gifts
5 from Royalty Pharma?
6          MS. BROWN:  Objection to the
7 form.
8          THE WITNESS:  I would have
9 no way of knowing that.
10         MR. WATTS:  Let me show you
11 Exhibit 500, which is a Mount
12 Sinai press release.
13         (Document marked for
14 identification as Exhibit
15 Kolevzon 500.)
16         MS. BROWN:  Hang on.  Let us
17 get it, please.
18 BY MR. WATTS:
19     Q.   You see it talks about a
20 $20 million gift from Royalty Pharma?
21         MS. BROWN:  Hey, I just want
22 to give him the document before
23 you start asking questions about
24 it.

Page 555

1          MR. WATTS:  Get 401 -- I
2 mean, get 501, 502, and 503 while
3 you are there.
4          (Document marked for
5 identification as Exhibit
6 Kolevzon 501.)
7          (Document marked for
8 identification as Exhibit
9 Kolevzon 502.)
10         (Document marked for
11 identification as Exhibit
12 Kolevzon 503.)
13         THE WITNESS:  So this is an
14 announcement about a gift that's
15 meant to identify, interrogate,
16 and combat health inequities by
17 building a future that is more
18 equitable for all communities,
19 including those that are
20 non-white, low-income, immigrant,
21 uninsured and LGBTQ+.
22 BY MR. WATTS:
23     Q.   And Royalty Pharma is a
24 company, if you look at Page 4, that

Page 556

1 enjoys royalties on 35 commercial
2 products, including Johnson & Johnson's
3 Imbruvica and Tremfya, right?
4      A.   That's what it says on the
5 page.
6      Q.   Let's go to Page 501 and
7 look at the "Our History of Royal
8 Pharma."
9          It says they "are the
10 largest buyer of biopharmaceutical
11 royalties and a leading funder of
12 innovation across the biopharmaceutical
13 industry."
14         And then it talks about
15 "assembling a portfolio of royalties
16 entitling us to payments on top-line
17 sales of many of the industry's leading
18 therapies, including Johnson & Johnson's
19 Imbruvica and Tremfya."
20         Can you see that?
21         MS. BROWN:  Objection.
22 Lacks foundation.
23         THE WITNESS:  I can see that
24 it's written on the page.

Page 557

1 BY MR. WATTS:
2      Q.   Doctor, as we go to 502 --
3 put that on the left and put 503 on the
4 right.
5          MS. BROWN:  Where did 502
6 come from?
7          MR. WATTS:  I'll get you
8 that.  I --
9          MS. BROWN:  And 503.  Can we
10 just identify what these are?
11         MR. WATTS:  Yeah.  If you go
12 to the Google machine and turn it
13 on, type in the top ten owners of
14 Johnson & Johnson, this comes up.
15         MS. BROWN:  Okay.  So a
16 lawyer did that and created these
17 two exhibits?
18         MR. WATTS:  No, I pulled it
19 off the Google machine.
20         MS. BROWN:  Okay.  I object.
21 These lack foundation.
22         MR. WATTS:  I'll get you the
23 URLs.
24         MS. BROWN:  All right.

1  BY MR. WATTS:
2      Q.   On the left we see that the
3  top four owners of Johnson & Johnson are
4  the Vanguard Group, SSGA Fund Management,
5  Inc., BlackRock Fund Advisors, and Geode
6  Capital Management, all of whom are on
7  the list of the top ten owners of Royalty
8  Pharma.
9          Do you see that?
10         MS. BROWN:  Objection.
11  Lacks foundation.
12         THE WITNESS:  I can say that
13  I am totally unqualified and this
14  is so outside of my scope, that I
15  can read what's on the page, but I
16  have no way of evaluating it.
17  BY MR. WATTS:
18     Q.   Does Mount Sinai accept
19  grants from third parties that are funded
20  by pharmaceutical companies?
21         MS. BROWN:  Objection to the
22  form of the question.
23         THE WITNESS:  I think that's
24  a vague statement.  And I can't

1      say yes or no without more
2      specifics.
3  BY MR. WATTS:
4      Q.   I'm going to use an example.
5  But I don't mean to suggest it's illegal,
6  but you know what money laundering is?
7         MS. BROWN:  I object to the
8      form of the question.
9         THE WITNESS:  I'm familiar
10     with the --
11  BY MR. WATTS:
12     Q.   Go ahead.
13     A.   I'm familiar with the idea
14  of money laundering.
15     Q.   And that is routing the true
16  source of the money through some third
17  party so you can hide its true source,
18  right?
19         MS. BROWN:  I object to this
20     entire line of questioning.
21         THE WITNESS:  Again, I'm
22     totally unqualified to be
23     answering questions about money
24     laundering.

1         MS. BROWN:  Also, who are we
2      suggesting is money laundering?
3         MR. WATTS:  I used it as an
4      example.
5  BY MR. WATTS:
6      Q.   Let me just ask you, are you
7  aware of third-party entities through
8  which Johnson & Johnson has routed
9  payments to Mount Sinai on top of what
10  we've already discussed?
11         MS. BROWN:  I emphatically
12     object to these questions as not
13     based in facts or truth or
14     relevance.
15         MR. WATTS:  I know.  We'll
16     get to it.
17         THE WITNESS:  I'm not aware
18     now, no.
19  BY MR. WATTS:
20     Q.   In terms of other pharma
21  companies that pay you stipends, you are
22  on the advisory boards for Ovid
23  Therapeutics, right?
24     A.   Yes.

1      Q.   RetroVirox Therapeutics?
2      A.   I'm on the board.  I do not
3  receive a stipend.
4      Q.   Do you have stock options?
5      A.   No.
6      Q.   Okay.  Jaguar Therapeutics?
7      A.   I'm an advisor to Jaguar
8  Therapeutics, yes.
9      Q.   Are you paid for your time?
10     A.   I do get paid for my time if
11  I bill for it.
12     Q.   Okay.  Are you paid for your
13  time for RetroVirox Therapeutics?
14     A.   I have not been paid for my
15  time for RetroVirox.
16     Q.   Do you expect to be paid?
17     A.   I -- at some point in the
18  future, if they are successful.
19     Q.   Okay.  You consult with
20  Acadia?
21     A.   I have consulted to Acadia
22  in the past.
23     Q.   Alkermes?
24     A.   Alkermes, in the past, yes.

Page 562

1    Q.   GW Pharmaceuticals?
2    A.   I participated in an
3  advisory board call for GW, yes.
4    Q.   Were you compensated for
5  your time --
6    A.   Yes.
7    Q.   Neuren Pharmaceuticals, or
8  Neuren Pharmaceuticals?
9    A.   I've consulted to Neuren.
10    Q.   Clinibis Labs?
11    A.   I have --
12    Q.   I think I mispronounced
13  that.  Clinilabs --
14    A.   Clinilabs, yes.
15    Q.   -- Drug Development
16  Corporation?
17    A.   I have a consulting
18  agreement.  I haven't actually consulted
19  with them yet.
20    Q.   Okay.  Scioto Biosciences?
21    A.   I have consulted with them
22  in the past.
23    Q.   Seaside Therapeutics?
24    A.   I've received grant support

Page 563

1  from Seaside, but I have not consulted
2  with them.
3    Q.   Okay.  Hoffmann-La Roche?
4    A.   I have received grant
5  support for studies to do the project,
6  but I haven't consulted with them, as far
7  as I can remember.
8    MR. WATTS:  If we can go
9  back to 510, please.  Second page.
10  BY MR. WATTS:
11    Q.   Have you consulted with
12  Merck?
13    A.   Not that I recall.
14    Q.   GSK?
15    A.   I think GSK, or some
16  subsidiary, funded studies that I was
17  involved in.
18    Q.   Okay.  Is that Lan Bio on
19  the right?
20    Do you know what that is?
21    A.   I don't.
22    Q.   Okay.  Have you consulted
23  with Eli Lilly?
24    A.   I think Eli Lilly may have

Page 564

1  funded some studies that we did early on,
2  but I don't consult to them, no.
3    Q.   Novartis?
4    A.   I don't consult to Novartis.
5    Q.   Novo Nordisk?
6    A.   I don't consult to Novo
7  Nordisk.
8    Q.   Roche?
9    A.   I don't consult to Roche, as
10  far as I know.
11    Q.   Okay.  But you do consult
12  for Hoffmann-La Roche, right?
13    A.   I think I have received
14  funding for research, which is different
15  than consulting.
16    Q.   I can never tell the
17  difference between the two, Hoffmann-La
18  Roche, Roche.
19    Okay.  Let me ask you this.
20  How many litigations have you testified
21  in, just ballpark?
22    A.   I think total, between trial
23  testimony and depositions, I think it's
24  eight or nine.

Page 565

1    Q.   Okay.  Can you tell me what
2  the McSweeney versus South Hampton
3  Pediatric Associates is about?
4    MS. BROWN:  Only if that's
5  been disclosed.
6    MR. WATTS:  It was.  It was
7  a prior testimony listed.
8    MS. BROWN:  Okay.
9    THE WITNESS:  I don't
10  remember the details of that case.
11  I remember that it was, broadly
12  speaking, a medical malpractice
13  case.
14  BY MR. WATTS:
15    Q.   In Suffolk County, New York?
16    A.   Correct.
17    Q.   Do you know who the
18  plaintiffs' lawyer who took your
19  deposition was?
20    A.   This was in New York, so I
21  don't believe they have depositions, but
22  I was in trial.
23    Q.   I wish I lived in such a
24  state.

Page 566

1    Tell me about the Ting
2 versus Christina Ring case in Boulder,
3 Colorado?
4         MS. BROWN:  Same
5    instruction.
6         MR. WATTS:  Same answer.
7    These are all prior testimonies.
8 BY MR. WATTS:
9    Q.    Go ahead.
10    A.    So I don't remember the
11 details of the case other than to
12 remember that it was a medical
13 malpractice case.
14    Q.    Anthem versus Franciscan
15 Health -- Health System case in
16 Washington?
17    A.    I don't remember the details
18 of that case at all.
19    Q.    Okay.  Hayes versus Johns
20 Hopkins?
21    A.    I don't remember the
22 details.
23    Q.    Anderson versus Johns
24 Hopkins?

Page 567

1    A.    Now, that one I should
2 remember, because it was quite recent.
3 That was a medical malpractice case, yes.
4 I remember that case.
5    Q.    Okay.  What did it involve?
6    A.    It involved a claim that a
7 child who had hypoxic-ischemic
8 encephalopathy due to some perinatal
9 complication had autism.
10    Q.    Okay.  And when you said it
11 was very recent, and were you deposed in
12 that case?
13    A.    I think that was in the
14 beginning of the summer, maybe the end of
15 the spring.
16    Q.    And did they have the joy of
17 deposing you in Kingston, New York?
18    A.    No.  They did it by Zoom,
19 actually.
20    Q.    Okay.  Who took your
21 deposition?
22    A.    Oh, I remember the person's
23 name.  He had a -- can I get that as a
24 multiple choice question?

Page 568

1    I can't remember the name.
2 Sorry.  He had an interesting name.
3 Storm maybe.
4    Q.    Sorry?
5    A.    Storm maybe was his name.
6 We can look it up.
7    Q.    Maybe he's related to Stormy
8 Daniels?
9         MS. BROWN:  Things are going
10    off the rails rapidly here.  We
11    are down to the bottom.
12         MR. WATTS:  Segue there.
13    Not me.
14 BY MR. WATTS:
15    Q.    Okay.  Let's go to
16 Exhibit 506 and 544.  Put them up left
17 and right.
18         (Document marked for
19    identification as Exhibit
20    Kolevzon 506.)
21         (Document marked for
22    identification as Exhibit
23    Kolevzon 544.)
24 BY MR. WATTS:

Page 569

1    Q.    Okay.  Exhibit 506 is Bates
2 page Kolevzon 1 through 108, and
3 Exhibit 544 is Bates page Kolevzon 109
4 through 115.
5         And this is your
6 so-called -- I'll just call it your
7 correspondence file involving when you
8 were talking to Steve Tillery?
9    A.    Yep.
10    Q.    And my first question is
11 this:
12         What led to the second
13 production in Exhibit 544 that wasn't
14 included in the first that was
15 Exhibit 506; do you know?
16         MS. BROWN:  Objection to the
17    form.
18         THE WITNESS:  So sorry, can
19    you -- I don't know the
20    difference.
21 BY MR. WATTS:
22    Q.    Well, the one on the left, 1
23 through 108, we got, and that was
24 supposed to be your correspondence file

Page 570

1 involving -- involving Tillery?
2     A.   Yeah.
3     Q.   And then subsequently I got
4 544, which is Bates page 109 through 115.
5 That's some more e-mails.  And I'm just
6 curious how that came down.
7     A.   So I think the first time I
8 was asked about this by the defense
9 attorneys I only searched according to my
10 inbox for Tillery.
11     Q.   Yeah.
12     A.   And the second time I was
13 more comprehensive, so I included my sent
14 items --
15     Q.   Gotcha.
16     A.   -- as well as my e-mails to
17 Shanna Swan.
18     Q.   Okay.
19     A.   So there were some e-mails I
20 think that were not included, based on my
21 sent items.
22     Q.   Now.  Here is my question.
23 If we look at the top of Exhibit 544, we
24 see Shanna Swan's name, Alexander

Page 571

1 Kolevzon, Avi Reichenberg, David
2 Kristensen, and Ann Bauer.
3         Do you see that?
4     A.   Yes.
5     Q.   Are those all individuals
6 with whom you are familiar?
7     A.   So I know Avi Reichenberg
8 and I know Shanna Swan.  I don't know
9 David Kristensen other than paper, and I
10 never heard of Ann Bauer before this
11 case.
12     Q.   Okay.  Were you on calls
13 with those individuals during the fall of
14 2022?
15     A.   So I had one 30-minute call,
16 and I'm certain that Shanna Swan was on
17 the call and Stephen Tillery was on the
18 call and Avi Reichenberg was on the call.
19     Q.   Okay.  And if we could, just
20 put down 544 and go to -- go to 506.
21 We'll go through it for just a second.
22         MR. WATTS:  If you go back,
23     to about 108.  Let's go to 107.
24     First bill.  Yeah, right there.

Page 572

1     102.
2         MS. BROWN:  What are these
3     numbers?  What is 102?
4         MR. WATTS:  That's the Bates
5     page number in the lower
6     right-hand corner.
7         MS. BROWN:  Of what exhibit?
8     TRIAL TECH:  506.
9         MR. WATTS:  Of Exhibit 506.
10         MS. BROWN:  Mine's not
11     Bates'd.
12 BY MR. WATTS:
13     Q.   Okay.  Do you see on the
14 screen that in Bates Number 102, we have
15 the first entry on your billing records
16 of being December 15th?
17     A.   Yes.
18     Q.   And that is a half an hour
19 and a conversation with somebody at
20 Butler Snow.  Who was the individual at
21 Butler Snow?
22     A.   I believe it was David
23 Snow -- sorry, David Cohen.
24     Q.   Okay.  And that wasn't the

Page 573

1 first time that you spoke with Mr. Cohen
2 about this case, though?
3     A.   No.
4     Q.   How much earlier than
5 December 15 was the first time that you
6 spoke to Mr. Cohen?
7     A.   I don't know exactly.  It
8 was within -- I don't know exactly.  I
9 don't want to guess.
10     Q.   Well, was it in the month of
11 November?
12         MS. BROWN:  Objection to the
13     form.
14         THE WITNESS:  I think it was
15     in December, but I don't know.
16 BY MR. WATTS:
17     Q.   So with respect to that
18 conversation --
19     A.   Which conversation?
20     Q.   The first conversation you
21 had with David Cohen at Butler Snow, it
22 was prior to December 15, 2022.  We know
23 that, right?
24     A.   Yes.

Page 574

1    Q.   Best estimate as to how many
2 days prior to the first time where you
3 actually billed your time?
4    A.   I don't want to guess.
5    Q.   Well, a week?
6    A.   I don't want to guess.
7    Q.   Okay.
8    A.   I can -- if we look at the
9 e-mail chain, I can sort of
10 back-calculate it, but...
11    Q.   Yeah.  Okay.  Go to Bates
12 page number 100.
13        MS. BROWN:  We need to find
14    a way to match this up with what
15    we have, because it's not matching
16    up.
17        MR. WATTS:  Okay.  Bates
18    page 100.  At the top or at the
19    bottom -- let's go to 101, and
20    we'll come back to 100.  You know
21    how with e-mails you have to work
22    backwards.  So start with 101.
23 BY MR. WATTS:
24    Q.   You see on November 30th,

Page 575

1 Tillery says to all five of you experts,
2 "I'd appreciate having a call, WebEx, at
3 your convenience, to bring you up-to-date
4 and discuss next steps"?
5    A.   Yes.
6    Q.   That happens on
7 November 30th?
8    A.   Yes.
9    Q.   If we go to the top of the
10 screen, Ann Bauer responds, "I would be
11 happy to participate"; is that right?
12    A.   Yes.
13    Q.   Do you see that?
14    A.   Yes.
15    Q.   Now, we go to 100, Shanna
16 Swan says, "Me too," right?
17    A.   Yep.
18    Q.   And then on December 13th,
19 Steve Tillery asks for a time for a call
20 on WebEx, right?
21    A.   Yes.
22    Q.   And then on December 14th at
23 6:43 a.m., you say, "I'm going to bow
24 out, folks.  Good luck with the case,"

Page 576

1 right?
2    A.   Right.  But there's an
3 e-mail in between where I also respond
4 that I can't participate.
5    Q.   Okay.  And my question is,
6 the e-mail in between -- and I want to
7 say it was December 1, but we'll find
8 it -- was that before or after you first
9 talked to the Butler Snow lawyer?
10        MS. BROWN:  Objection.
11    Calls for speculation.
12 BY MR. WATTS:
13    Q.   Go ahead.
14    A.   So I believe it was before I
15 spoke to the attorney, because I was
16 involved in another case.  And I remember
17 speaking to those attorneys, and that was
18 the impetus for backing out.
19    Q.   Okay.  The law firm
20 defending the baby food case in Galveston
21 was the one you talked to that was the
22 impetus for backing out with Tillery?
23    A.   Correct.
24    Q.   Yes?

Page 577

1    A.   Correct.
2    Q.   Okay.  And did you speak to
3 David Cohen at Butler Snow before or
4 after you talked to the law firm that was
5 defending the Galveston case?
6        MS. BROWN:  Asked and
7    answered.  Objection.
8        THE WITNESS:  I think I
9    spoke to David Cohen after I spoke
10    to -- I think these two things
11    happened separate from each other,
12    and the conversation with David
13    happened afterwards.
14 BY MR. WATTS:
15    Q.   Okay.  So as I get the
16 sequence, you are talking with Tillery
17 and Bauer and Shanna Swan?
18    A.   Just to clarify, no.  We had
19 one 30-minute call, and then --
20    Q.   I'm not going to take you
21 through 100 pages of e-mails.  But I -- I
22 get it.
23        There was a discussion that
24 happened where you answered 11 questions

Page 578

1  and --
2      A.    No, I didn't answer
3  11 questions.  There was a discussion for
4  30 minutes.  I don't remember the
5  details.
6            There were 11 questions on
7  the agenda.  I don't recall going through
8  11 questions.  Then there was some
9  back-and-forth in e-mails.  An attempt to
10 schedule a subsequent meeting, and then
11 at that point I had backed out.
12     Q.    And so at the time they were
13 attempting to schedule a subsequent
14 meeting, you have a conversation with the
15 defense lawyer who is defending the
16 Galveston autism case, right?
17     A.    Correct.
18     Q.    You identify that now maybe
19 between the Galveston case and the
20 acetaminophen case, you felt like you had
21 a conflict?
22     A.    Yes.  It was a potential
23 conflict.
24     Q.    Okay.  What was the nature

Page 579

1  of that conflict that you felt you had?
2      A.    I think it was seen as
3  problematic, potentially, to be on both
4  defense and plaintiffs' side
5  simultaneously in cases around exposures.
6      Q.    Okay.  I'm sorry, what?
7      A.    In cases around exposures.
8      Q.    Okay.  So then after you
9  backed out, following talking with the
10 defense firm in the Galveston baby food
11 case, you get a call out of the blue from
12 Butler Snow asking you to consult with
13 them in this case?
14     A.    They didn't ask me to
15 consult with them.  They asked me if I
16 would be interested in.
17           We had an introductory
18 conversation.  At that point I still
19 hadn't looked at the literature.
20     Q.    And at that point, after you
21 spoke with Butler Snow, you sent the
22 December 14th e-mail saying you're going
23 to back -- bow out?
24     A.    So, again, there was an

Page 580

1  e-mail prior to this, and I was still
2  copied on these e-mails trying to
3  schedule.  So then I sent another e-mail
4  to say, I'm going to have to bow out.
5      Q.    Okay.  And then the next day
6  you had your first conversation where you
7  billed Butler Snow for work on behalf of
8  the acetaminophen manufacturers in this
9  case, right?
10     A.    Yes.  I never saw myself as
11 being retained by the plaintiffs'
12 attorney.  And at that point it was clear
13 that I was going to be helping the
14 defense attorneys.
15     Q.    Now, let me take you to
16 Exhibit 525.
17           (Document marked for
18           identification as Exhibit
19           Kolevzon 525.)
20 BY MR. WATTS:
21     Q.    This is your billing file
22 between 102 and 108.  It's separate
23 because -- it's part of your
24 correspondence file, the other one, but I

Page 581

1  separated it.
2      A.    Yeah.
3      Q.    So here is my question.  You
4  had a 30-minute call on December 15th.  A
5  second 30-minute call on January 17th.
6  Did no work in between, right?
7      A.    Sorry, say that again.
8      Q.    Yeah.
9            You had one call on
10 December 15th for a half an hour, a
11 second call on January 17th for a half an
12 hour, and billed for no work in between,
13 right?
14     A.    Well, I billed for no work
15 in between.  Obviously, I did no work,
16 but I billed for no work, so, yeah.
17     Q.    That's my point.
18           Let's go to the next page.
19           The next thing that you do
20 is on January 21st, you start preparing a
21 report on changing prevalence rates.
22           Do you see that?
23     A.    Yeah.  Yes.
24     Q.    And then on the 22nd, you

Page 582

1 start preparing a report on changing
2 prevalence rates, correct?
3      A.   Yes.
4      Q.   So a total of four hours and
5 75 minutes.
6      A.   Four hours and 45 minutes.
7      Q.   I'm sorry, 4.75 hours,
8 right?
9           Are you a football fan?
10      A.   Do I have to answer?
11      Q.   Yeah.  Giants or Jets, which
12 is it?
13      A.   If I had to choose, I would
14 go with the Giants.
15      Q.   Okay.  You know the Giants
16 were playing on the 21st in the playoffs
17 against the Eagles, right?
18      A.   I can't confirm or deny.
19      Q.   Did you watch them get
20 killed by the Eagles 38 to 7 while you
21 were working on your prevalence report?
22      A.   I definitely was not
23 watching the game.
24      Q.   Okay.  Well, you didn't miss

Page 583

1 anything, so there you go.
2           During the call on the 17th,
3 did they ask you to write a report about
4 changing prevalence rates?
5      A.   During the call on the 17th
6 of -- sorry.  Can we go back?
7      Q.   Call on the 17th, right
8 there.  Half an hour.  You haven't done
9 anything for a month.  You have a call
10 with Butler Snow for a half an hour and
11 then you start working on a changing
12 prevalence rate while the football games
13 are on, right?
14           MS. BROWN:  And I'm just
15      going to object to the
16      conversation on the 17th.  It's
17      been redacted for work product
18      privilege.  And so I'm going to
19      instruct you not to answer what is
20      underneath the redaction.
21 BY MR. WATTS:
22      Q.   That's fair.  That's fair.
23           The first thing that you
24 chose to do, as it happens, right after a

Page 584

1 half an hour call with Butler Snow, is to
2 write a report on changing prevalence
3 rates, right?
4      A.   So I was asked my
5 opinions -- because that literature I had
6 already reviewed.  And I was asked my
7 opinions on the changing prevalence
8 rates, which I discussed, and then I was
9 asked to provide some overview of those
10 opinions in writing.
11      Q.   And that's where you gave
12 them the citation to Croen in 2002,
13 right?
14           MS. BROWN:  Objection to the
15      form.
16           THE WITNESS:  I don't know.
17      And I don't remember when I first
18      provided that citation.
19 BY MR. WATTS:
20      Q.   Do you think if the football
21 games hadn't been on, you might have
22 spotted the 2003 Blaxill or 2003 Croen
23 response?
24           MS. BROWN:  Objection to the

Page 585

1      form.
2           THE WITNESS:  I'm not sure
3      how we can answer that question.
4 BY MR. WATTS:
5      Q.   Let's see if we can just do
6 one last thing and then we'll call this a
7 day, okay?
8      A.   Okay.
9      Q.   If you would go to
10 Document 404, which is your materials
11 considered list.
12           (Whereupon, a discussion was
13      held off the record.)
14 BY MR. WATTS:
15      Q.   I'm going to hand you my
16 copy of 404.
17           And what I need to know is,
18 of the documents that you listed as your
19 materials referred to, if you would take
20 my blue pen and put a check next to each
21 of them that you consider to be a
22 reliable authority.
23           MS. BROWN:  I'm going to
24      object to this as improper

Confidential - Subject to Protective Order

Page 586

1    instruction for the witness.  And
2    it's an impossible task to be done
3    in the remaining time.
4  BY MR. WATTS:
5       Q.   I'll tell you what.  Are
6  there any authorities that you reference
7  that you consider not to be reliable?
8       MS. BROWN:  On materials
9    referenced?
10 BY MR. WATTS:
11      Q.   Sir?
12      A.   I mean, I considered all
13 these papers.  In terms of the findings,
14 I'd have to go through each and every one
15 of them to determine whether they -- I
16 consider them to be reliable --
17      Q.   Right.  That's what I meant.
18      A.   -- on the basis of their
19 design and methods and results.
20      Q.   Which ones did you find to
21 be reliable?  And just put a check next
22 to the ones that you found reliable.
23      MS. BROWN:  Object to the
24    form of the question.

Page 587

1       What part reliable?
2  BY MR. WATTS:
3       Q.   Go ahead, sir.  Just put a
4  check on the ones that you think are
5  reliable.
6       THE VIDEOGRAPHER:  Just grab
7    your microphone.
8       THE WITNESS:  We'd have to
9    go to the actual papers and make
10   sure that I'm looking at all the
11   papers, and then we can do that
12   exercise.
13 BY MR. WATTS:
14      Q.   Okay.  Do you have any in
15 here that you consider to be not
16 reliable?
17      MS. BROWN:  Same.
18 BY MR. WATTS:
19      Q.   Just off the top -- top of
20 your head?
21      MS. BROWN:  Same objection.
22      THE WITNESS:  You know, I
23 don't want to respond off the top
24   of my head.  I'd rather look at

Page 588

1    the actual papers to make sure
2    that I'm being thoughtful and
3    comprehensive in my answer.
4  BY MR. WATTS:
5       Q.   What's today's date,
6  September 1st?
7       A.   No -- oh, yeah.
8  September 1st.
9       Q.   Okay.  I'll be asking you
10 that question again.  So if you want to
11 think about that between now and the next
12 time that we see each other, I think that
13 would be a good thing for you to do.
14 Okay?
15      A.   Can you clarify the
16 question.
17      Q.   Sure.
18      MS. BROWN:  There's no
19    question.  Don't worry about it.
20    We'll look forward to seeing you.
21 BY MR. WATTS:
22      Q.   There is very much a
23 question that you're refusing to do, and
24 that's okay.

Page 589

1       But the question is, I would
2  like to know which of the materials
3  you've considered, you consider to be
4  reliable authorities.
5       A.   I'm not refusing --
6       MS. BROWN:  Okay.  And to be
7  fair -- hold on.  Hold on.
8       He's not refusing.  This is
9  how you chose to spend your time
10 today.  He asked to be able to
11 complete the task you've asked of
12 him, to have each one of these
13 studies so he can reliably go
14 through them and answer your
15 question.
16      MR. WATTS:  Okay.
17      MS. BROWN:  We don't have
18 time for that.
19      MR. WATTS:  Well, that's not
20 my problem.
21      MS. BROWN:  But I think it
22 is, because it's your time.
23      MR. WATTS:  Alli, you're not
24 the judge.  Now let me take my

Confidential - Subject to Protective Order

Page 590

1    deposition, okay?
2  BY MR. WATTS:
3        Q.   Now, my question is, which
4  of these are reliable authorities.  And
5  if you'd like to answer it, fill it in
6  before you sign your deposition, I'm
7  happy to do that.
8            I'm making the request.  I
9  want a list of these materials considered
10  that you consider to be reliable
11  authorities, okay?
12           MS. BROWN:  I object.  He's
13      not going to do that.  He's
14      already answered that question.
15  BY MR. WATTS:
16       Q.   Go ahead.
17       A.   So my answer is that I'm
18  happy to do that.
19       Q.   Okay.
20       A.   However, I can't do that on
21  the basis of titles.  I need to do it on
22  the basis of the actual articles.  And
23  there are, you know, 20 pages in here.
24       Q.   Yep.

Page 591

1        A.   So we'd have to go through
2  each article, look at the methods, look
3  at the rigor, look at the design, look at
4  all the elements of it, and then I can
5  try to answer that question.
6        Q.   Okay.  Great.  Well, that's
7  my request.  And if you want to comply
8  with it before you read and sign your
9  deposition, you can.  If you choose not
10  to, whatever the repercussions are of
11  that, that'll be fine.
12           MS. BROWN:  There's no
13      repercussions.  I object to the
14      instruction.
15           MR. WATTS:  Judge, Judge,
16      come on.
17           MS. BROWN:  That's improper.
18      Are you threatening him with
19      repercussions?  It sounded like a
20      threat.  It's outrageous.
21           MR. WATTS:  It sounds like
22      coaching.
23           THE WITNESS:  I thought we
24      were done.

Page 592

1            MR. WATTS:  Objection to
2      form.  My goodness.
3  BY MR. WATTS:
4        Q.   What's a business address
5  and phone number that you can be reached
6  at for purposes of identifying you on the
7  record?
8            MS. BROWN:  He's a retained
9      expert.  If you need to reach him,
10      you call us.
11           THE WITNESS:  I was going to
12      say that.
13           MR. WATTS:  Okay.  So I'll
14      list the business address of
15      Skadden Arps?
16           MS. BROWN:  Please do.
17           MR. WATTS:  That's fine.
18      Okay.  Those are all my
19      questions.  Thank you.
20           MS. BROWN:  I'm going to
21      have a few questions, but can we
22      take ten minutes, please.
23           THE VIDEOGRAPHER:  The time
24      right now is 5:01 p.m.  We are off

Page 593

1  the record.
2            (Short break.)
3            THE VIDEOGRAPHER:  The time
4  right now is 5:11 p.m.  We're back
5  on the record.
6               - - -
7            EXAMINATION
8               - - -
9  BY MS. BROWN:
10       Q.   Welcome back, Dr. Kolevzon.
11  How are you doing?
12       A.   I'm good, thanks, Alli.
13       Q.   Okay.  Just a couple of
14  quick questions for you at the end of the
15  day here.
16           We started this morning
17  talking about institutions and doctors
18  you may know from different institutions.
19  Do you remember those questions?
20       A.   I do.
21       Q.   And one of the things
22  counsel was asking you about was things
23  like, do you think Harvard is a good and
24  respectable school, right?

Confidential - Subject to Protective Order

Page 594

1    A.   Right.
2    Q.   And you agreed, of course,
3  that Harvard and Yale and Mount Sinai,
4  these are respectable institutions,
5  correct?
6    A.   Correct.
7    Q.   And you were asked a number
8  of questions about doctors that you may
9  know and you may have written with or
10  presented with or worked with over the
11  years, correct?
12    A.   Correct.
13    Q.   And many of those doctors
14  you believed to be good doctors, correct?
15    A.   Correct.
16    Q.   But, Dr. Kolevzon, I want to
17  ask you about whether it is reasonable
18  for doctors to have the opinion, based on
19  the current scientific literature, that
20  acetaminophen causes autism?
21    A.   I don't think that the
22  scientific literature supports an
23  association between acetaminophen and
24  autism, and it certainly doesn't support

Page 595

1  a causal one.
2    Q.   And so is it possible,
3  though, for reasonable scientists to
4  disagree on the question of whether
5  acetaminophen causes autism?
6    A.   I think any reasonable
7  scientist that would evaluate the
8  literature would come to the same
9  conclusion, so I think, in this
10  particular case, it's not possible or it
11  shouldn't be possible for a reasonable
12  scientist to disagree.
13    Q.   And you were shown, in
14  connection with that line of questioning,
15  you were shown a number of press releases
16  and articles discussing whether or not
17  there could be an association between
18  acetaminophen and autism.  Do you recall
19  some of those?
20    A.   Yes.
21    Q.   Okay.  And I want to show
22  you and ask you some questions about
23  Exhibit 560, which was this 2021 printout
24  from a women's health section of the

Page 596

1  Harvard Medical School.
2         Do you recall some questions
3  about this?
4    A.   Vaguely, yes.
5    Q.   Okay.  And do you recall,
6  actually, a lot of questions about just
7  headlines and press releases and
8  sentences and articles you weren't
9  familiar with?
10         MR. WATTS:  Objection.
11  Leading.
12         THE WITNESS:  I was asked to
13  confirm that what was written on
14  the page was in fact written on
15  the page.
16         But, yes, they were from
17  various press releases.
18  BY MS. BROWN:
19    Q.   And is it important, though,
20  when you're evaluating any kind of
21  document, to actually read what the words
22  in the document say?
23    A.   Yes.  I think in order to
24  evaluate what the document is saying, you

Page 597

1  need to understand the source and the
2  methods used to determine the
3  conclusions.
4    Q.   And so, for example,
5  Exhibit 560's title, "Is a Common Pain
6  Reliever Safe During Pregnancy?"
7         And let's just look briefly
8  at what the article actually says.
9         Would you read for us,
10  Doctor, the last two sentences of this
11  press release that you were asked about
12  the title of?
13    A.   "While the issue they raise
14  is important, it's worth noting that the
15  concerns come from studies done in
16  animals and human observational studies.
17  These type of studies cannot prove that
18  acetaminophen is the actual cause of any
19  of these problems."
20    Q.   And, Doctor, on the very
21  next page of the Harvard press release,
22  what does it say about the research on
23  this topic?
24    A.   It says the research on this

Confidential - Subject to Protective Order

Page 598

1 topic is not conclusive.
2     Q.   And is that consistent with
3 your review of the literature?
4     A.   It is.
5     Q.   Okay.  And what does it say
6 in terms of whether or not this is an
7 area where a causal association has been
8 proven?
9     A.   It says that more research
10 is needed to confirm that this medicine
11 is truly causing health problems, and to
12 determine at what doses and at what
13 points during the pregnancy exposure to
14 acetaminophen might be most harmful.
15     Q.   And was one of the sensible
16 steps that the Harvard folks actually
17 suggest pregnant moms do when considering
18 whether or not to take acetaminophen
19 during pregnancy?
20     A.   It looks like they are
21 recommending to consult with your doctor.
22     Q.   Okay.  And what is the
23 concluding sentence, Doctor, of this
24 Harvard press release as it relates to

Page 599

1 that advice to pregnant moms?
2     A.   That assuming it's advised
3 by your doctor, that the benefits
4 outweigh the risks.
5     Q.   Okay.  You were asked some
6 questions about the Mount Sinai website
7 at Exhibit 520, and I just want to make
8 sure that I understood your testimony and
9 it's consistent.
10         Counsel asked you if you
11 agreed with what Mount Sinai said on
12 their website about acetaminophen.
13         Do you recall that question?
14     A.   I do.
15     Q.   Okay.  Did Exhibit 520 that
16 counsel showed you, titled, "Autism
17 Spectrum Disorder," does it say anything
18 about acetaminophen?
19     A.   Not to my knowledge.
20     Q.   Okay.  And so he mentioned
21 that this had been recently printed off
22 of the Mount Sinai website.  And there
23 were some questions about whether you
24 support what Mount Sinai says about

Page 600

1 acetaminophen.
2         But, in fact, this document
3 doesn't say a word about acetaminophen,
4 right?
5     A.   Right.
6     Q.   Okay.  And what he did point
7 you to is a section about causes, right?
8     A.   Yes.
9     Q.   The exact cause of autism
10 isn't known; do you agree with that?
11     A.   Other than genetics.
12     Q.   Okay.  Certain medicines
13 taken during pregnancy may also lead to
14 ASD in the child.
15         You talked to us about a
16 study showing an association with
17 valproic acid, correct?
18     A.   Yes.
19     Q.   And do you believe that
20 there have been some studies showing a
21 potential association?
22     A.   Yes.
23     Q.   Does this page of Mount
24 Sinai's website say anything about

Page 601

1 acetaminophen causing autism?
2     A.   Not that I'm aware of.
3     Q.   Okay.  You were asked a lot
4 of questions, Dr. Kolevzon, throughout
5 the day about a recent edition of a book
6 chapter you wrote years ago that we have
7 as Exhibit 494.
8         Do you recall that series of
9 questions?
10     A.   Yes.
11     Q.   Okay.  And when counsel was
12 asking you about the questions, he
13 referred to a -- what he termed to be a
14 very recent edition of this book,
15 correct?
16     A.   Correct.
17     Q.   And, in fact, this book, the
18 addition that we have at 494, came out
19 just within the last couple of years,
20 correct?
21     A.   Yes.
22     Q.   Okay.  I want to show you
23 some -- and I understand you didn't write
24 this section, right?

Page 602

1    A.   No.

2    Q.   Okay.  Nevertheless, I want

3 to show you some sections of this

4 chapter, though, that counsel didn't show

5 you and see if you agree with them.

6         First chapter of the

7 paragraph says, "Caution against

8 inappropriately causing the public to

9 blame mothers for their child's condition

10 is sometimes warranted in studies on

11 associations in which a mother's agency

12 is involved, such as the case of maternal

13 antidepressant use during pregnancy."

14         Do you see that?

15    A.   Yes.

16    Q.   What does that mean to you,

17 Doctor?

18    A.   It means going back to the

19 history of autism, people would blame

20 mothers for their child's autism, and I

21 think that's quite dangerous, especially

22 as those theories have mostly been

23 disproven.

24         And when a mother who is

Page 603

1 depressed takes an SSRI and passes on

2 increased risk by virtue of their genetic

3 susceptibility and tries to treat the

4 depression and you blame the mother for

5 taking the SSRI, that's potentially very

6 damaging.

7    Q.   This very recent chapter

8 that you didn't write says on the next

9 page, "Despite significant research into

10 the association between conditions and

11 complications of pregnancy and birth and

12 autism spectrum disorder, the causal

13 nature of these associations is still in

14 question."

15         Do you agree with that?

16    A.   Yes.  I think that there are

17 some associations that have been reliably

18 shown, but the strength and consistency

19 would not lead one to conclude that they

20 are causal in nature.

21    Q.   Okay.  And you were pointed

22 out this sentence on the next page about

23 mechanisms, but I don't think the

24 complete sentence was read.

Page 604

1         Would you read that final

2 sentence for us there, Doctor.

3    A.   "We present plausible

4 biological mechanisms linking those risk

5 factors to ASD and suggest some

6 directions for future research."

7    Q.   And what does "suggest

8 future directions for future research"

9 mean to you, Doctor?

10    A.   It means that all these

11 biological mechanisms that are proposed

12 are hypothesis driven, and that's why

13 it's important to do future research, to

14 try to actually establish them as

15 plausible.

16    Q.   And is that consistent with

17 your review of the literature, Doctor?

18    A.   It is.

19    Q.   Okay.  And then I don't

20 think we had a chance to actually look at

21 what other authors said about

22 acetaminophen.  I want to ask you about

23 that.

24         This short paragraph says,

Page 605

1 "It's also been suggested that

2 acetaminophen increases the risk for

3 autism spectrum disorder by causing

4 neuronal oxidative stress.  Only one

5 meta-analysis has been published focusing

6 on this association, and considering the

7 susceptibility of individual

8 observational studies to several biases,

9 mostly confounding by indication, this

10 association awaits further elucidation."

11         What does that mean, Doctor?

12    A.   So, again, I didn't write

13 this.  But the person who did was able to

14 review the literature at the time.

15 Things have evolved since then, but I

16 think they included one meta-analysis by

17 Masarwa.  And I think within that

18 meta-analysis there were six or so

19 studies included, only one of which used

20 autism as an outcome.

21         And the kind of combined

22 among all those studies odds ratio was

23 something like 1.19.  And so on that

24 basis they are saying there is a possible

Page 606

1 association.
2          But because of the
3 inconsistency across studies, a lot more
4 work needs to be done to -- to establish
5 that.  And, actually, since then,
6 multiple studies have examined this, and
7 most have been negative.
8     Q.    And anywhere in this short
9 paragraph on acetaminophen, do these
10 authors conclude that maternal use of
11 acetaminophen is a cause of autism?
12     A.    No, certainly not.
13     Q.    Okay.  And then, finally,
14 Doctor, at the very end of this chapter,
15 there is some conclusions and future
16 directions.
17          Do you see that?
18     A.    Yes.
19     Q.    Okay.  And I think we talked
20 about some of these highlights.  But
21 let's just look at the very first
22 unhighlighted sentence fragment.
23          "Although the etiology of
24 autism remains largely unknown."

Page 607

1          Do you agree with that?
2     A.    I think, other than genetics
3 sort of en masse, it is largely unknown.
4 And I think we still have many, many,
5 many genes, even thousands, that we have
6 yet to identify.
7     Q.    Now I want to ask you a
8 couple of follow-up questions, actually,
9 about that.
10          We talked a little bit about
11 genetics today, and I thought I heard you
12 use the percentage 70 to 80 percent of
13 autism may be caused by genetics.
14          Was that your testimony?
15     MR. WATTS:  Objection.
16 Form.
17     THE WITNESS:  So we were
18 talking about the heritability of
19 autism, and I think, generally
20 speaking, it's accepted to be
21 about 80 percent, even perhaps
22 more.  I think in my report I said
23 70 to 90.  So estimates range.
24          But that is the amount of

Page 608

1     the kind of clinical features or
2     the phenotype that we see as being
3     driven by genetics.
4 BY MS. BROWN:
5     Q.    And how does that relate to
6 the 20 percent or less of genes we've
7 actually identified that you spoke about
8 today?
9     A.    Right.  So 20 years ago we
10 were able to identify 1 percent,
11 2 percent.  Today we're able to identify
12 20 percent or even 30 percent.
13          What that means is that
14 despite it being 80 to 90 percent genetic
15 in origin, if you do a genetic test on a
16 population of 100 kids, you're only going
17 to find a specific gene in 20 to
18 30 percent.  And that reflects the
19 limitations in both the technology, our
20 analytic methods, and just the state of
21 the knowledge.
22     Q.    And because we don't know
23 what the genes are, does that mean that
24 there's only a genetic cause or a genetic

Page 609

1 factor in 20 percent of those cases?
2     A.    No.  Decades and decades of
3 literature, especially in twins, shows
4 quite convincingly that 80 to 90 percent
5 of autism is genetically driven.
6     Q.    And, in fact, one of the
7 things the folks who wrote this book
8 chapter that we spent a lot of time on
9 here today wrote was that "perhaps the
10 most important potential confounder to
11 consider is genetic susceptibility to ASD
12 which may be associated with obstetrical
13 suboptimality."
14          What does that mean?
15     A.    So in this particular case,
16 it means that the child may be at
17 increased risk for autism based on in
18 uterine conditions.  Based on, you know,
19 speculatively, stress of the mother.  And
20 it's for that reason that they are taking
21 Tylenol or acetaminophen.
22          And it's not that the
23 acetaminophen is causing the autism, it's
24 the obstetric conditions that are causing

Page 610

¹ the autism or some other genetic
² confounding.
³          There are studies that
⁴ suggest that there are sort of genetic
⁵ reasons why mothers might take Tylenol,
⁶ and those same genetic reasons may drive
⁷ the autism diagnosis.
⁸     Q.   You were shown a Exhibit 545
⁹ today, which was a blank chart titled,
¹⁰ "Kolevzon's Explanation for Rising
¹¹ Prevalence Rates of ASD."
¹²          Do you remember this chart?
¹³     A.   Yes.
¹⁴     Q.   Okay.  And counsel started
¹⁵ to fill in, in red, some dates.
¹⁶     A.   Yes.
¹⁷     Q.   Do you recall that?
¹⁸     A.   Yes.
¹⁹     Q.   Okay.  And based on your
²⁰ 20-plus years of experience and your
²¹ review of the scientific literature, are
²² those dates reflective of the time period
²³ for which these explanations apply?
²⁴     A.   No.  I think I mentioned

Page 611

¹ that these explanations reflect dynamic
² changes over the last, in some cases,
³ 40 years that have kind of iteratively
⁴ affected prevalence rates.
⁵          So even though a certain
⁶ mandate occurred in 2007, that doesn't
⁷ mean that it only affected prevalence in
⁸ 2007, because it affected prevalence from
⁹ 2007 until today, for example.
¹⁰     Q.   And so if you wanted to
¹¹ accurately put a date through which these
¹² explanations were continuing to influence
¹³ rising prevalence rates of autism, what
¹⁴ date would you put?
¹⁵     A.   Today.
¹⁶     Q.   Today for all of these,
¹⁷ correct?
¹⁸     A.   Well, every year that the
¹⁹ CDC has monitored rates, it's gone up and
²⁰ up and up.  So if the explanation, as
²¹ I've proposed it or as it's been proposed
²² by many, many, many people, and commonly
²³ accepted in the scientific community, you
²⁴ would see these -- the continued impact

Page 612

¹ up until today.
²          It's the last prevalence
³ rate that was estimated by the CDC is 1
⁴ out of 36 children has autism.  And if
⁵ that's because of some, as of yet,
⁶ unknown environmental factor, it would be
⁷ absolutely shocking.
⁸     Q.   And, in fact -- and we'll
⁹ mark this as Defense-1 and provide it to
¹⁰ your deposition.
¹¹          (Document marked for
¹²          identification as Kolevzon Defense
¹³          Exhibit 1.)
¹⁴ BY MS. BROWN:
¹⁵     Q.   In fact, along those lines,
¹⁶ if we just take a quick peek back at 520,
¹⁷ that Mount Sinai website that counsel
¹⁸ showed you.  Mount Sinai says, "The
¹⁹ increase in children with ASD may be due
²⁰ to better diagnosis and newer definitions
²¹ of ASD.  Autism spectrum disorder now
²² includes syndromes that used to be
²³ regarded as separate disorders."
²⁴          Is that part of what you

Page 613

¹ were talking about regarding the
² prevalence rates, Doctor?
³     A.   Yes.  And Mount Sinai
⁴ doesn't say that.  I would say it's the
⁵ consensus in the scientific community
⁶ that these are the factors that have led,
⁷ for the most part, to the increase in
⁸ prevalence.
⁹     Q.   But as it relates to these
¹⁰ factors, you say the consensus in the
¹¹ scientific community, you were shown bits
¹² and pieces of a bunch of other articles
¹³ talking about DSM-V and whether or not
¹⁴ that influenced prevalence rates in the
¹⁵ way you describe it.  Help us understand
¹⁶ that.
¹⁷     A.   So in science you have
¹⁸ conflicting findings.  But the totality
¹⁹ of the literature, the totality of the
²⁰ evidence and certainly the consensus
²¹ among scientists is that this is mainly
²² artifactual.
²³     Q.   A few quick questions on the
²⁴ e-mails that counsel was asking you about

1   at the very end of your deposition.
2          Is it accurate that you were
3   actually approached by the plaintiffs in
4   this litigation at one point?
5          MR. WATTS:  Objection.
6   Form.
7          THE WITNESS:  Correct.
8   BY MS. BROWN:
9      Q.   Okay.  And did you
10  understand -- did you tell the lawyers
11  representing the plaintiffs in this
12  litigation that you believed
13  acetaminophen could cause autism?
14     A.   No.  I told them that I was
15  willing to investigate the literature, to
16  help answer that question.
17     Q.   Did you tell the lawyers
18  representing the plaintiffs in this
19  litigation that you ever formed the
20  opinion that supports their litigation
21  theory that maternal use of acetaminophen
22  can cause autism?
23     A.   No.  In fact, as I recall, I
24  told them that my previous investigation

1   of another exposure determined that, in
2   fact, the exposure was not causal.
3      Q.   Were you ever retained by
4   the lawyers representing the plaintiffs
5   in this litigation?
6      A.   No.  As I recall, an e-mail
7   was sent saying that they would send a
8   retention letter.  I never received a
9   retention letter, and I didn't assume to
10  be retained by them.
11     Q.   Is your opinion based on who
12  is hiring you?
13     A.   Absolutely not.  My opinion
14  is based on my evaluation of literature,
15  which is based on my experience
16  scientifically and clinically.
17     Q.   And similar to that you were
18  asked a lot of questions about funding of
19  scientific research and scientific
20  articles.
21          Are the results or the
22  efforts of your scientific endeavors
23  determined by who is funding them?
24     A.   No.  I think it's always

1   important to reveal and be transparent
2   about potential conflicts of interest,
3   which is what we do.  Obviously,
4   everybody comes to science with some
5   biases that they have to be aware of.
6          But by no means is my
7   science dictated, determined, or
8   influenced by the funder.  Or at least
9   not the outcomes.  Maybe the nature of
10  the experiment can depend on certain
11  priorities, but the outcomes are
12  dependent on the data.
13          MS. BROWN:  Dr. Kolevzon,
14      that's all I have for you.  Thanks
15      so much for your time.
16          MR. WATTS:  A little bit
17      more.
18             - - -
19          EXAMINATION
20             - - -
21  BY MR. WATTS:
22     Q.   Ready.
23          Dr. Kolevzon, counsel for
24  the acetaminophen manufacturers asked you

1   about my questions concerning respectable
2   institutions, Harvard, Yale, Johns
3   Hopkins; you recall that, right?
4      A.   Yes.
5      Q.   Then you said that you don't
6   think that any reasonable science could
7   disagree with you, right?
8      A.   No.  What I said is in the
9   case of, specifically, acetaminophen
10  causing autism, looking at the literature
11  as it stands, I don't think a reasonable
12  scientist could conclude that it causes
13  autism.
14     Q.   Now, she pointed you to 520,
15  which was a Mount Sinai press release
16  that didn't mention acetaminophen, but
17  she didn't mention Exhibit 466.
18          MR. WATTS:  Put that up.
19          (Document marked for
20      identification as Exhibit
21      Kolevzon 466.)
22  BY MR. WATTS:
23     Q.   This is a Mount Sinai press
24  release that does mention acetaminophen,

Page 618

1 right?
2         MS. BROWN:  Objection.
3     Misstates the document.
4         THE WITNESS:  This is --
5 BY MR. WATTS:
6     Q.   Is it a Mount Sinai press
7 release?
8         MS. BROWN:  Same objection.
9 BY MR. WATTS:
10     Q.   Yes?
11     A.   Yes.  We'd have to look at
12 the study, which is not --
13     Q.   Is it titled, "Acetaminophen
14 Use"?
15         The first word of the whole
16 article is the first word of the title
17 that mentions acetaminophen, right?
18     A.   So this is a different web
19 page, sponsored by a different site and
20 has nothing to do with autism.
21     Q.   This document has nothing to
22 do with autism?
23     A.   The study that the document
24 is based on is language delay in girls.

Page 619

1     Q.   So with respect to
2 acetaminophen, 466 mentions
3 acetaminophen, and it has a quote from
4 Shanna Swan of the Icahn School, right?
5         MR. WATTS:  Second page.
6         THE WITNESS:  Okay.
7 BY MR. WATTS:
8     Q.   And Carl-Gustaf Bornehag, a
9 professor at Karlstad University and
10 adjunct professor at the Icahn School.
11         MR. WATTS:  Take that down.
12 BY MR. WATTS:
13     Q.   There's Shanna Swan, and
14 then right below that is Carl-Gustaf
15 Bornehag, right?
16     A.   So I'm familiar with the
17 study.
18     Q.   Okay.
19     A.   This is a study that has
20 nothing to do with autism.
21     Q.   So Shanna Swan, Mount Sinai,
22 says, "Pregnant women should limit their
23 use of this analgesic during pregnancy."
24 And the adjunct professor at Icahn says,

Page 620

1 "New data suggests the use of
2 acetaminophen poses a risk for pregnant
3 women," right?
4     A.   I don't think that's a
5 reasonable conclusion to draw based on
6 the evidence.
7     Q.   But it's a conclusion by
8 reasonable scientists, right?
9         MS. BROWN:  Objection.
10     Misstates testimony.
11         THE WITNESS:  I think if a
12     reasonable scientist in this case
13     evaluated the totality of the
14     literature, they would not draw
15     that conclusion.
16 BY MR. WATTS:
17     Q.   And if we look at the
18 consensus statement in 561, it was
19 written in part by an Icahn scientist,
20 Shanna Swan, right?
21         MS. BROWN:  Objection to the
22     form.
23 BY MR. WATTS:
24     Q.   Yes?

Page 621

1     A.   Yes.
2     Q.   And the 91 physicians that
3 were listed include Veerle Bergink, also
4 an Icahn scientist in 562, right?
5     A.   If Shanna Swan or Veerle
6 Bergink evaluated the literature as it
7 relates to autism, prenatal use, and
8 acetaminophen, I don't think they could
9 reasonably conclude that it causes
10 autism.
11     Q.   You know, that's why I used
12 Exhibit 562.  I showed you all the stuff
13 that was evaluated by the consensus
14 statement group.
15         Remember all those tables,
16 five tables?  Do you remember that?
17     A.   Vaguely.
18     Q.   I didn't take you through
19 that for my health.  That was all the
20 stuff that they reviewed and listed what
21 they reviewed before coming up with a
22 conclusion that there was a need for
23 precautionary action regarding
24 paracetamol use during pregnancy, right?

Confidential - Subject to Protective Order

Page 622

1    MS. BROWN: Objection.
2    Argumentative.
3    THE WITNESS: Disagree with
4    that conclusion.
5 BY MR. WATTS:
6    Q.   Now, the difference between
7 you and them is after your school came
8 out with this press release, with this
9 consensus statement, those folks looked
10 at it and they weren't retained in
11 litigation, right?
12    MS. BROWN: Objection to the
13    form of the question as false.
14    THE WITNESS: I don't know
15    if they were retained or not.
16    They may have been retained for
17    the plaintiffs.
18 BY MR. WATTS:
19    Q.   Well, between the time that
20 this consensus statement came out in 2018
21 until almost five years later when you
22 decided to go to work for Butler Snow,
23 did you do one lick of work with respect
24 to acetaminophen, one lick other than

Page 623

1 have your name on a book chapter that you
2 say you didn't write?
3    MS. BROWN: Highly
4    argumentative. I object.
5 BY MR. WATTS:
6    Q.   Go ahead.
7    A.   I think I've made it clear
8 that I did not start investigating the
9 relationship between acetaminophen and
10 autism, I did not find it plausible,
11 until recently.
12    Q.   Did you ever tell
13 Mr. Tillery that you didn't find his
14 theory plausible? I didn't see an e-mail
15 that said that.
16    A.   I think in the first e-mail
17 that I sent to Shanna Swan, I reflected
18 some skepticism but also agreed,
19 nevertheless, to dig into the literature,
20 because I was curious about the science.
21    Q.   Now, since the Butler Snow
22 people have called you, your bills total
23 $82,250 as of a month ago. Do you know
24 how much time you spent this month?

Page 624

1    A.   I don't know how much time.
2    Q.   What is your best estimate?
3    A.   I don't want to guess.
4    Q.   Well, I mean, you've been
5 here eight hours. How much time did you
6 prepare this week?
7    A.   Several hours a day.
8    Q.   Yeah. You remember the
9 supplemental thing. You've read all the
10 deposition reports -- I mean all the
11 expert reports, right?
12    A.   Yes.
13    Q.   And then you read all the
14 rough transcripts of the depositions,
15 right?
16    A.   I spent a lot of time, yes.
17    Q.   What's a lot of time?
18 What's your best estimate?
19    A.   I don't want to make a best
20 estimate.
21    Q.   Okay. Would you be willing
22 to send me your supplemental bill for
23 this time so we can have an accurate
24 description of what you billed as of the

Page 625

1 date of the deposition?
2    A.   Sure --
3    MS. BROWN: Counsel.
4    THE WITNESS: I'm sure
5    defense counsel will provide it to
6    you.
7 BY MR. WATTS:
8    Q.   Now, let me ask you this
9 next thing, this caution against blaming
10 mothers. Did you hear one word out of my
11 mouth saying I blame the mother?
12    A.   No.
13    Q.   Now, if the mother is not
14 warned about a risk, can she make an
15 informed choice as to whether to take a
16 pharmaceutical product or not?
17    MS. BROWN: I object to the
18    hypothetical.
19    THE WITNESS: I'm not in the
20    position of advising mothers
21    whether to take medicine or not.
22 BY MR. WATTS:
23    Q.   The label that mom gets when
24 she goes to Walgreens or CVS or Walmart

Page 626

1  doesn't say one word about autism, does
2  it?
3          MS. BROWN:  Objection to the
4      form of the question.
5          THE WITNESS:  I'm a child
6      psychiatrist.  I don't prescribe
7      medicine to --
8          MS. BROWN:  Let him finish,
9      please.  Let him finish.
10 BY MR. WATTS:
11     Q.   Yeah, but you saw it doesn't
12 say anything about acetaminophen causing
13 autism, does it?
14         MS. BROWN:  Objection to
15     form.  Lacks foundation.
16         THE WITNESS:  To my
17     knowledge, the label of
18     acetaminophen does not say it
19     causes autism.  Rightfully so.
20 BY MR. WATTS:
21     Q.   Okay.  Do you know what the
22 label over in Europe says about the
23 relationship between acetaminophen use
24 and autism spectrum disorder?

Page 627

1          MS. BROWN:  Objection to the
2      form.
3          THE WITNESS:  I'm not a
4      regulatory expert.  I don't
5      prescribe medicine to pregnant
6      women, and I don't practice in
7      Europe.
8  BY MR. WATTS:
9      Q.   Now, if a label says that
10 you should use this as judiciously as
11 possible given this risk, do you think
12 moms are just going to ignore that label?
13     A.   Again, I'm not in a position
14 to judge moms.  I'm not in a position to
15 evaluate labels.
16     Q.   You would agree that there
17 is absolutely no basis to blame mom for
18 taking acetaminophen when she's not told
19 one word about acetaminophen risk of
20 autism, agreed?
21         MS. BROWN:  I object to this
22     whole line of questioning as
23     lacking foundation.
24         And, Counsel, you are out of

Page 628

1      time.
2  BY MR. WATTS:
3      Q.   Go ahead.
4      A.   Again, I don't find myself
5  in the position of advising moms.
6      Q.   Okay.  Well, you made the
7  comments about moms, so...
8          MS. BROWN:  Counsel, I'll
9      give you the courtesy of a couple
10     more questions, but you're over
11     seven hours.
12         MR. WATTS:  Well, I have the
13     same -- no, it's seven hours the
14     first part, then I get the same
15     time as you.  That's what the
16     order said, but I'm not --
17         MS. BROWN:  Okay.  Okay.
18 BY MR. WATTS:
19     Q.   Let me just ask you, with
20 respect to whether something is causal or
21 not, does cigarette smoking cause cancer?
22         MS. BROWN:  Objection to the
23     form.
24         THE WITNESS:  I'm not here

Page 629

1      to provide testimony on the
2      relationship between cigarette
3      smoking and cancer.
4  BY MR. WATTS:
5      Q.   But assuming you were asked
6  in front of the trial, do you have an
7  opinion as to whether it causes cancer,
8  yes or no?
9          MS. BROWN:  Asked and
10     answered.
11         THE WITNESS:  I don't feel
12     comfortable providing an expert
13     opinion on that.
14 BY MR. WATTS:
15     Q.   Okay.  Fair enough.
16     With respect to 545.
17         MR. WATTS:  Put it on the
18     screen.
19 By MR. WATTS:
20     Q.   And counsel wrote in
21 something about today and all that stuff,
22 and we'll have that.
23         I'm just curious.  We've
24 been here for eight hours.  Are you able

Page 630

¹ to tell me about the percentage of the
² increased prevalence that is due to any
³ of the five factors that you talked
⁴ about?
⁵          MS. BROWN:  You asked that
⁶ nine hours ago.  I object.
⁷          THE WITNESS:  So I am not
⁸ able, as I sit here, to isolate
⁹ these five factors and tell you
¹⁰ what percentage of a rate increase
¹¹ it is.
¹²          But we are able to look at
¹³ the rate increase and we are able
¹⁴ to see that the majority of that
¹⁵ increase is due to these
¹⁶ methodological factors.
¹⁷ BY MR. WATTS:
¹⁸     Q.   Oh, and 12 percent of it is
¹⁹ because of younger age of diagnosis.
²⁰ What other diagnosis rate increase are
²¹ you going to give to any one of these so
²² that we can add it up and see if it's
²³ close to 100 percent or not?
²⁴          MS. BROWN:  Asked and

Page 631

¹     answered like nine times now.
²          THE WITNESS:  Yeah, I think
³     I've answered that question.  I am
⁴     not able, at this moment in time,
⁵     to mathematically model the rate
⁶     of increase per item.
⁷ BY MR. WATTS:
⁸     Q.   Now, next-to-last issue.
⁹ She asked you whether the plaintiffs'
¹⁰ lawyers in this litigation approached
¹¹ you.  You understand that Mr. Tillery has
¹² nothing to do with this litigation.
¹³     A.   I have no understanding
¹⁴ whatsoever of Mr. Tillery's role in this
¹⁵ litigation or not.
¹⁶     Q.   You are testifying in an MDL
¹⁷ proceeding in the Southern District of
¹⁸ New York; you know that, right?
¹⁹     A.   Yes.
²⁰     Q.   And you know that
²¹ Mr. Tillery is not one of the co-leads,
²² is not on the plaintiffs' executive
²³ committee, not on the Plaintiffs'
²⁴ Steering Committee, has nothing to do

Page 632

¹ with this litigation?
²          MS. BROWN:  I object to the
³ form as lacking foundation.
⁴          THE WITNESS:  The only --
⁵ no, I don't know what his role
⁶ is --
⁷ BY MR. WATTS:
⁸     Q.   Do you know whether --
⁹          MS. BROWN:  Wait, wait, let
¹⁰ him finish, please.
¹¹ BY MR. WATTS:
¹²     Q.   Do you know whether
¹³ Mr. Tillery has even filed a single
¹⁴ lawsuit?
¹⁵     A.   I have no idea what
¹⁶ Mr. Tillery's role is.
¹⁷     Q.   Okay.  So when she says the
¹⁸ plaintiffs' lawyers in this litigation,
¹⁹ in order to be in this litigation, you
²⁰ have to file a single lawsuit, right?
²¹          MS. BROWN:  Objection to the
²² form.
²³          THE WITNESS:  I have a sense
²⁴ that you're arguing with --

Page 633

¹ BY MR. WATTS:
²     Q.   Nope.
³     A.   -- Ms. Brown.
⁴     Q.   I'm not.
⁵     A.   So, I'm sorry, what's the
⁶ question?
⁷     Q.   So this idea that
⁸ plaintiffs' lawyers in this litigation
⁹ approached you.  Did I approach you?
¹⁰     A.   No.
¹¹     Q.   Did Ashley Keller approach
¹² you?
¹³     A.   No.
¹⁴     Q.   Did Mark Lanier approach
¹⁵ you?
¹⁶     A.   No.
¹⁷     Q.   Did any members of the
¹⁸ plaintiffs' executive committee and the
¹⁹ MDL appointed by the court approach you?
²⁰          MS. BROWN:  Objection.
²¹ Lacks foundation.
²²          THE WITNESS:  No.  I have no
²³ idea.
²⁴ BY MR. WATTS:

Page 634

1    Q.   Did any members of the
2  Plaintiffs' Steering Committee appointed
3  by the court approach you?
4         MS. BROWN:  Same objection.
5         THE WITNESS:  I have no
6     idea.
7  BY MR. WATTS:
8    Q.   Okay.  Now, this question
9  about your funding sources, do the
10  results of your scientific endeavors
11  relate to who funded them?  You've done
12  no scientific research on the
13  relationship between acetaminophen and
14  autism outside of the litigation context
15  in this case; is that true?
16         MS. BROWN:  Asked and
17  answered.
18         THE WITNESS:  I have not
19     done research on the relationship
20     between acetaminophen and autism
21     outside of the context of this.
22  BY MR. WATTS:
23    Q.   And in your CV, updated
24  however well it has been, it has grant

Page 635

1  applications with respect to grants that
2  are ongoing right now, right?
3    A.   Yes.
4    Q.   Have you sought any funding
5  from any third party to do scientific
6  research with respect to the relationship
7  between acetaminophen and autism?
8    A.   I have not myself, no.
9         MR. WATTS:  Okay.  That's
10     all my questions.  Thank you.
11         MS. BROWN:  Nothing further.
12     Thank you so much, Doctor.
13         THE VIDEOGRAPHER:  The time
14     right now is 5:42 p.m.  We are off
15     the record.
16         ***********
17         (Excused.)
18         (Deposition concluded at
19     approximately 5:42 p.m.)
20
21
22
23
24

Page 636

1
2         CERTIFICATE
3
4
5         I HEREBY CERTIFY that the
6  witness was duly sworn by me and that the
   deposition is a true record of the
7  testimony given by the witness.
8         It was requested before
   completion of the deposition that the
9  witness, ALEX KOLEVZON, M.D., have the
   opportunity to read and sign the
10  deposition transcript.
11
12  _____
13  MICHELLE L. GRAY,
    A Registered Professional
14  Reporter, Certified Court
    Reporter, Certified Realtime
15  Reporter and Notary Public
    Dated:  September 5, 2023
16
17
18         (The foregoing certification
19  of this transcript does not apply to any
20  reproduction of the same by any means,
21  unless under the direct control and/or
22  supervision of the certifying reporter.)
23
24

Page 637

1    INSTRUCTIONS TO WITNESS
2  DATE: September 5, 2023
3         Please read your deposition
4  over carefully and make any necessary
5  corrections.  You should state the reason
6  in the appropriate space on the errata
7  sheet for any corrections that are made.
8         After doing so, please sign
9  the errata sheet and date it.
10         You are signing same subject
11  to the changes you have noted on the
12  errata sheet, which will be attached to
13  your deposition.
14         It is imperative that you
15  return the original errata sheet to the
16  deposing attorney within thirty (30) days
17  of receipt of the deposition transcript
18  by you.  If you fail to do so, the
19  deposition transcript may be deemed to be
20  accurate and may be used in court.
21
22
23
24

Confidential - Subject to Protective Order

Page 638

1   E R R A T A
2
3
4  PAGE  LINE  CHANGE
5   ____  ____  _____
6     REASON: _____
7   ____  ____  _____
8     REASON: _____
9   ____  ____  _____
10    REASON: _____
11  ____  ____  _____
12    REASON: _____
13  ____  ____  _____
14    REASON: _____
15  ____  ____  _____
16    REASON: _____
17  ____  ____  _____
18    REASON: _____
19  ____  ____  _____
20    REASON: _____
21  ____  ____  _____
22    REASON: _____
23  ____  ____  _____
24    REASON: _____

Page 640

1      LAWYER'S NOTES
2  PAGE  LINE
3   ____  ____  _____
4   ____  ____  _____
5   ____  ____  _____
6   ____  ____  _____
7   ____  ____  _____
8   ____  ____  _____
9   ____  ____  _____
10  ____  ____  _____
11  ____  ____  _____
12  ____  ____  _____
13  ____  ____  _____
14  ____  ____  _____
15  ____  ____  _____
16  ____  ____  _____
17  ____  ____  _____
18  ____  ____  _____
19  ____  ____  _____
20  ____  ____  _____
21  ____  ____  _____
22  ____  ____  _____
23  ____  ____  _____
24  ____  ____  _____

Page 639

1
2      ACKNOWLEDGMENT OF DEPONENT
3
4      I,_____, do
5  hereby certify that I have read the
6  foregoing pages, 1 - 640, and that the
7  same is a correct transcription of the
8  answers given by me to the questions
9  therein propounded, except for the
10  corrections or changes in form or
11  substance, if any, noted in the attached
12  Errata Sheet.
13
14
15  _____
16  ALEX KOLEVZON, M.D.          DATE
17
18
19  Subscribed and sworn
20  to before me this
    _____ day of _____, 20____.
21  My commission expires:_____
22
23  _____
    Notary Public
24

**WORD**
**INDEX**

**< $ >**
**$10**  551:*20*
**$20**  554:*20*
**$25**  26:*15*
389:*4*
390:*15*
391:*13*
**$265,000**
438:*23*
**$4.3**  400:*17*
**$82,250**
623:*23*

**< 0 >**
**0.14**  160:*13*
**0.66**  170:*18*
**000102_108.**
**PDF**  26:*23*
**000109**
28:*12*
**000307**
28:*12*

**< 1 >**
**1**  1:*8*
27:*14*
32:*13*  37:*3,*
*16*  39:*16*
96:*8, 9*
99:*11*
127:*3, 5, 16*
129:*12*
131:*13*
149:*4*
176:*18*
193:*8, 17*
266:*7*
293:*8, 11*
294:*8, 19, 21*
303:*1*
306:*23*

310:*14*
345:*5*
491:*10*
493:*20*
494:*10, 15*
495:*13*
504:*13*
569:*2, 22*
576:*7*
608:*10*
612:*3, 13*
639:*6*
**1,000**  179:*11*
**1.13**  170:*19*
**1.19**  605:*23*
**1.20**  470:*8*
**1.3**  426:*15*
**1.32**  470:*7*
**1.39**  464:*21*
**1.46**  470:*8*
**1.6**  14:*15*
160:*15*
501:*19*
**1.65**  464:*21*
**1.75**  208:*3*
**1.77**  193:*22*
**1.85**  170:*19*
**1:22-md-**
**03043**  1:*5, 7*
**1:32**  350:*9*
**10**  39:*19*
67:*14*
73:*10*
139:*8*
233:*20*
283:*9, 10*
321:*15*
323:*15, 17*
325:*5, 18*
370:*16*
473:*21*
490:*15*
505:*1*

**549:**16
**10,000**  117:*9*
**10.0**  179:*12*
**10.3**  179:*13*
**10:00**
134:*11*
**100**  2:*21*
224:*6*
237:*15*
239:*23*
264:*12, 14,*
*17*  273:*12*
274:*15*
275:*22*
276:*8*
277:*14, 15*
320:*10*
323:*3*
325:*3*
366:*21*
403:*23*
444:*8*
574:*12, 18,*
*20*  575:*15*
577:*21*
608:*16*
630:*23*
**10001**  5:*12*
**10017**  4:*17*
5:*5*  6:*11*
**10019**  5:*19*
**10022**  3:*5*
**101**  31:*12*
574:*19, 22*
**102**  420:*6*
572:*1, 3, 14*
580:*22*
**1027**  290:*5*
**106**  10:*6*
**107**  21:*6*
571:*23*
**108**  569:*2,*
*23*  571:*23*
580:*22*

**109**  11:*17*
433:*12*
569:*3*  570:*4*
**109-153**
22:*12*
**10940**  2:*21*
**10th**  539:*23*
**11**  20:*14*
39:*19*
42:*13*
63:*17*
99:*15*
274:*20*
442:*11*
443:*1*
452:*3*
462:*14*
504:*24*
520:*22*
577:*24*
578:*3, 6, 8*
**11.0**  179:*16*
**11.5**  175:*10*
**11.7**  179:*16*
**11:02**  218:*3*
**11:10**  218:*7*
**110**  127:*3*
418:*16*
**1105**  5:*19*
**111**  419:*5*
**112**  419:*12*
**114**  12:*13*
**115**  569:*4*
570:*4*
**1188**  341:*17*
**11-KAPRA**
23:*12*
**12**  39:*19*
99:*11*
133:*15*
160:*23*
181:*17*
182:*1, 11*
193:*19*

206:*10*
207:*13, 24*
208:*10*
209:*5*
210:*19*
353:*11*
504:*22*
630:*18*
**12:43**  350:*2*
**120**  40:*1*
242:*23*
**1200**  2:*8*
6:*19*
**121**  100:*22*
101:*1*
**122**  13:*11*
**123**  523:*20*
**1-23.PDF**
20:*15*
**124**  523:*3, 7*
**125**  523:*6*
**126**  3:*4*
420:*1*
**127**  23:*6*
**129**  32:*9*
**12th**  6:*11,*
*18*
**12-year**
132:*12*
**13**  80:*11*
83:*6*  193:*8,*
*14*  372:*19*
433:*13*
513:*5*
**131**  28:*6*
**133**  528:*19*
**135**  420:*22*
**136**  28:*14*
420:*23*
421:*24*
**13th**  575:*18*
**14**  99:*17*
260:*22*

Confidential - Subject to Protective Order

520:22
**140** 364:7
**141** 364:8
**147** 13:6
**14th** 60:6
575:22
579:22
**15** 165:4, 12
260:22
268:17
287:12
317:16, 17
321:15
325:6
352:6
433:13
573:5, 22
**150** 4:8
127:5
**155** 352:6
**157** 472:1
**15q** 313:23, 24 314:6
**15q11**
314:17
**15th** 42:5
58:13 60:7
508:1
572:16
581:4, 10
**16** 67:16
135:15, 19
202:9
276:19
391:5
455:21
456:12
539:4
541:18
**160** 53:9
**167** 420:5
**16th** 40:3
433:18
439:10

**17** 33:9
37:15
135:16, 19
370:16
372:20
**170** 25:14
**1700** 6:4
**172** 21:12
**176** 14:18
**177** 143:16
**17th** 581:5, 11 583:2, 5, 7, 16
**18** 39:20, 22
40:16
67:16
157:11
201:15
202:3, 5, 16, 23 210:14
352:6
419:17
**18.1** 193:24
**181** 15:13
**183** 16:6
**187** 16:16
44:7 536:17
**19** 40:16, 17
168:3
173:2, 5, 19, 22 333:17
375:10
519:12
**190** 20:10
481:20, 22
**1901** 3:16
**191** 44:22
469:22
470:1
484:17
**192** 20:16
46:6, 12
484:1, 17

487:6
**193** 20:20
**194** 22:20
**1943** 108:14
**195** 23:19
**1977** 484:5
**198** 49:6
**1980** 141:16, 18 142:9
168:8
**1987** 141:12, 20 165:16
167:21
224:7
**1988** 164:12
**1989** 138:20
140:7, 18
141:4
**199** 51:5
**1990** 117:10
119:21
160:11
231:8
**1990-1992**
221:12
**1991** 137:7, 10 160:13
211:15, 21
**1992** 234:2
**1994** 141:23
160:13
165:16
167:22
224:7
**1996** 43:4
160:11
**1997** 108:23
143:17
**1R01ES0269 04-01-REICHENBERG** 17:8

**1ST** 13:13
34:8 268:6
588:6, 8

**< 2 >**
**2** 11:10
36:4 54:14
96:5, 10
99:16, 19
108:3
129:4
176:19
179:9
187:24
228:10
235:9
293:11
294:21
303:3
355:14
380:3
391:2
492:3
494:10
496:23
497:5, 12
514:7, 12
534:13
545:4
608:11
**2,000** 455:19
**2.27** 170:20
**2.4-fold**
161:6
**2:19** 410:23
**2:27** 411:3
**20** 13:13
40:16
99:21
114:24
116:4
117:6
143:6
170:17

179:10
193:22
203:11
206:14
207:12
211:17
212:20
213:16
260:5
262:10
266:4
278:7
322:3, 15
323:6
324:8
325:6, 18
421:19
429:12
455:21
456:12
484:4
590:23
608:6, 9, 12, 17 609:1
639:20
**2000** 7:22
27:18
123:21
124:3
**20004** 6:19
**20006** 6:5
**2001** 117:11
119:21
**2002** 10:22
11:8
170:19
212:2
213:2, 20
214:13
215:1, 13, 17
218:15
222:5
223:9, 17
225:21

Confidential - Subject to Protective Order

227:*20*
228:*5*
231:*22*
584:*12*
**20020600-**
**CROEN**
10:*15, 19*
**200-2900**
3:*11*
**2003** 11:*11*
138:*24*
140:*7, 19*
141:*4*
169:*10*
170:*6*
228:*4*
231:*20*
584:*22*
**20030400-**
**BLAXILL**
11:*7*
**2005** 143:*17*
234:*2*
**2006** 456:*21*
**2007** 108:*23*
109:*20*
124:*5*
137:*15, 18,*
*22* 138:*4*
157:*19*
201:*13*
202:*2, 10, 15,*
*24* 287:*13,*
*24* 288:*19*
291:*5, 13*
293:*1*
611:*6, 8, 9*
**20070400-**
**KOLEVZON**
11:*18*
**20071100**
12:*7*
**2008** 170:*19*
179:*12*

**20080000-**
**MOY** 12:*10*
**2009** 123:*23*
124:*3, 5*
158:*8*
233:*23*
240:*20*
300:*12*
**20090109-**
**CONE**
12:*18*
**201** 523:*21*
**2010** 488:*3*
491:*5, 6*
**20100622-**
**AVCHEN**
13:*7*
**2011** 52:*10,*
*11* 122:*16,*
*19* 132:*5, 11*
133:*2*
156:*1*
260:*14*
273:*23*
288:*22*
289:*8*
353:*10*
455:*20*
**2011)41-227-**
**236** 13:*10*
**20110000-**
**TEXTBOOK**
13:*12*
**20111100-**
**PINTO-**
**MARTIN**
27:*16*
**2012** 346:*19*
352:*21*
515:*23*
534:*2*
**20120000-**
**MOUNT**
13:*17*

**20120701-**
**PUELO**
14:*7*
**2013** 142:*1,*
*9, 11* 168:*13*
170:*4, 7*
171:*20, 22*
174:*4, 6, 14,*
*15* 180:*24*
289:*15, 23*
292:*3*
501:*17*
502:*9*
**20130000-**
**NEUROBIO**
**LOGY**
14:*10*
**2013000-**
**THE** 14:*14*
**2013-'14**
291:*24*
**2014** 15:*11*
175:*3*
178:*17*
259:*20, 21*
268:*7*
288:*17*
409:*9*
**20140300-**
**MAENNER**
14:*19*
**20140501-**
**PINTO** 15:*7*
**20140800**
15:*18*
**2015** 16:*10*
183:*12, 21*
378:*21*
**20150600-**
**ZANDER**
16:*7*
**20150904-**
**TAVASSOLI**
16:*12*

**2016** 170:*19*
187:*6, 17*
337:*1*
551:*18*
**20160216-**
**BENNETT**
16:*16*
**20160908-**
**AUTISM**
16:*20* 17:*7*
**2016-2021-**
**ABSTRACT.**
**PDF** 17:*9*
**2016-**
**MEASURIN**
**G** 16:*13*
**2017** 27:*14*
320:*22*
357:*14*
401:*12*
409:*9*
439:*9, 10*
539:*4, 22*
541:*13, 18*
542:*11*
**2017_ALEX_**

**CLIP_3.MP4**
17:*16*
**2017_ALEX_**

**CLIP_5.MP4**
17:*20*
**2017_ALEX_**

**CLIP_6.MP4**
17:*23*
**2017_ALEX_**

**CLIP_7.MP4**
18:*8*
**20170000-**
**BOOK-**

**MOUNT**
17:*11*
**20170712-**
**VIKTORIN**
18:*10*
**20171116_VI**
**DEO_KOLE**
**VZON**
17:*15, 18, 22*
18:*7*
**2017-**
**ASSOCIATI**
**ON** 18:*11*
**2018** 20:*14*
73:*11* 76:6
107:*23*
127:*13*
170:*20*
190:*8*
191:*20*
192:*5*
193:*19*
235:*16*
276:*19*
308:*18*
322:*9*
324:*9*
332:*24*
359:*10*
428:*10, 24*
429:*4*
436:*18*
453:*7, 13*
454:*13*
622:*20*
**20180000-**
**MT** 18:*14*
**20180110-**
**ACETAMIN**
**OPHEN**
19:*7*
**20180223-**
**KOLEVZON**
19:*12*

Confidential - Subject to Protective Order

**20180228**
19:2*1*
**20180228_VI**
**DEO_KOLE**
**VZON**
19:*15, 18*
**20180403-**
**KOLEVZON**
20:7
**20180427-**
**BAIO**  20:*10*
**20180504-**
**CARTOLAN**
**O**  20:*17*
**20180619-**
**FONBOMM**
**E-**
**EDITORIAL**
20:*20*
**20181029-**
**SALDARRI**
**AGA**  29:7
**20181108-**
**REPORT**
21:7
**20181207-**
**KOLEVZON**
21:*10*
**2019**  77:*18*
389:*1*
409:*8*
524:*19*
**20190000-**
**ROGERS**
21:*12*
**20190610-**
**ADDO**
21:*16*
**202**  6:*6, 20*
**202.776-**
**5236**  7:*22*
**2020**  131:*12*
352:*5*
363:*10*

458:*18*
472:*4*
484:*5*
513:*4*
518:*22*
542:*13*
543:*23*
**2020;25**
22:*11*
**2020000-**
**PREM**  22:7
**20200804-**
**KOLEVZON**
22:*14*
**20201007_VI**
**DEO_KOLE**
**VZON**
22:*17*
**2021**  79:*22*
127:*19*
129:*8*
134:*16*
194:*18*
282:*24*
368:*12*
470:9
514:*8*
545:*19*
595:*23*
**20210100-**
**KARLA**
22:*21*
**20211200-**
**BAUER**
31:*10*
**20211200-**
**PARACETA**
**MOL**  31:*7*
**2022**  40:*19*
42:*5, 20*
44:*24*  45:*6*
58:*14*  63:6
101:*9*
195:*21*

365:*20*
366:*17*
367:*12*
392:*14*
411:*12*
423:*8*
442:*3*
446:6
486:*22*
508:*2*
536:9
571:*14*
573:*22*
**20220000-**
**TEXTBOOK**
23:*10*
**20220117-**
**DATTARO**
23:*16*
**20220407-**
**CDC-KEY**
23:*20*
**20220516-**
**MOUNT**
24:7
**20220516-**
**OUR**  24:*11*
**20220516-**
**TOP**  24:*13,*
*17*
**20220603-**
**DR**  24:*20*
**20220630-**
**MT**  31:*19*
**20220904-**
**KOLVEZON'**
**S**  25:*7*
**2023**  1:*8*
34:8  37:*18*
39:*4*  40:*3*
47:*23*
130:*5*
131:*10*
132:*5, 11*

133:2
168:*13*
170:8
235:*18*
285:*13*
324:*10*
328:*16*
344:*12*
369:*15*
391:*5*
402:*24*
403:*11*
409:*8*
505:6
553:*4*
636:*15*
637:*2*
**2023.PDF**
18:*16*
**20230000**
32:7
**20230000-**
**MT**  25:*11*
**20230117-**
**LASALLE**
25:*14*
**20230216-**
**AM-**
**PALMQUIS**
**T**  25:*19, 22*
**20230225-**
**KHACHAD**
**OURIAN**
26:7
**20230701-**
**KOLEVSON**
10:7
**20230721-**
**KOLEVSON**
10:*12*
**2030721-**
**KOLEVSON**
10:*9*
**207**  220:*13*

**207-215.PDF**
10:*22*
**2090100-**
**THE**  12:*14*
**20-plus**
610:*20*
**20-some-odd**
529:7
**21**  37:*18*
39:*3*
333:*17*
364:8
453:*7, 14, 18,*
*19*
**210**  2:*9*
**21052**  7:*4*
**212**  3:*5*
5:*12*
**213**  221:6
**213.542.8000**
7:*16*
**214**  216:*20*
217:*6, 16*
220:*14*
**217**  217:*5,*
*12*  218:*16*
**217-224**
10:*17*
**218**  2:*15*
10:*14*
**219**  219:*12*
538:*11*
**21st**  40:7
581:*20*
582:*16*
**22**  302:*22*
505:6
**220**  10:*19*
**223**  11:6
**223-226.PDF**
11:*11*
**224**  217:*6,*
*13*

Confidential - Subject to Protective Order

**225-232.PDF**
17:*13*
**226** 224:*17*
321:*12*
**227** 11:*13*
321:*8, 11*
**229** 232:*14*
**22nd**
388:*24*
581:*24*
**22q11**
318:*24*
**22q11.2**
318:*16*
**22q13**
318:*24*
**22q13.3**
302:*12*
**23** 285:*2*
391:*1*
420:*9, 16*
512:*2* 526:*2*
**233** 152:*1*
**235** 10:*9*
147:*11*
148:*18, 22*
149:*3* 151:*1*
**236** 151:*24*
**239** 274:*5*
**24** 33:*6*
187:*24*
201:*16*
202:*5, 16, 23*
210:*15*
218:*16*
242:*13*
391:*1*
416:*6, 13*
418:*12*
419:*19*
421:*8, 19*
**240** 12:*17*
**244** 288:*24*
289:*6*

**24-week**
418:*19*
422:*1*
**25** 193:*6*
235:*16*
285:*13*
316:*7*
332:*3, 11*
391:*2*
403:*11*
**250** 319:*10, 14, 23*
320:*11*
**2500** 458:*8*
**251** 182:*9*
**258** 15:*18*
**25-**
**ANGARITA**
17:*12*
**25th** 130:*5*
323:*15*
324:*10*
**25-year**
450:*16*
**26** 37:*17*
39:*3* 54:*15*
61:*15*
63:*13, 23*
64:*5* 322:*9*
**26(a** 402:*11*
**26(a)(2)(B)(iv**
54:*21*
**263** 29:*15*
**263,775**
193:*23*
**267** 15:*6*
**27** 20:*14*
156:*13*
316:*7*
**277** 29:*12*
**28** 183:*20*
308:*17*
**282** 29:*17*

**288** 547:*9, 18*
**289** 14:*9*
547:*19*
**289-1313**
6:*20*
**28-fold**
159:*15*
**28th** 436:*18*
**29** 285:*13*
**294** 26:*19*
**296** 29:*6*
**2ND** 23:*11*
27:*22*
282:*24*

**< 3 >**
**3** 10:*17*
37:*14* 38:*4*
96:*10*
99:*22*
110:*8*
114:*23*
116:*4*
117:*6*
203:*14*
206:*14*
207:*12*
235:*9*
242:*8*
258:*20*
259:*23, 24*
362:*6*
382:*1*
419:*8*
472:*1*
494:*10*
497:*21*
502:*17, 18*
514:*7, 12*
545:*4*
**3:45** 508:*20*
**3:59** 508:*24*

**30** 234:*19*
235:*2*
262:*10*
267:*9*
325:*21, 22*
392:*14*
578:*4*
608:*12, 18*
637:*16*
**300** 3:*10*
**301** 19:*21*
**303** 7:*11*
**3043** 1:*3*
**306** 28:*18*
**308** 19:*14*
**30-minute**
571:*15*
577:*19*
581:*4, 5*
**30s** 67:*19*
**30th** 79:*22*
402:*24*
574:*24*
575:*7*
**31** 265:*15*
**312** 4:*9*
**32** 10:*17, 22*
100:*3*
218:*15*
411:*21*
412:*2* 413:*4*
**321** 17:*10*
**326** 110:*1, 11*
**33** 11:*10*
412:*6* 413:*4*
**330** 33:*6*
**331** 287:*19*
288:*11, 12*
**332** 25:*22*
**333** 21:*9*
**334** 2:*16*
**336** 27:*6*

**34** 412:*9*
413:*4*
**341** 12:*6*
**342** 12:*10*
**349** 17:*6*
**35** 9:*7, 17*
188:*4*
203:*11*
412:*14, 16*
413:*4*
442:*17*
556:*1*
**35,000** 420:*4*
**352** 22:*13*
**353** 14:*6*
**357** 18:*10*
**359** 18:*18*
**36** 131:*13*
215:*18*
216:*1, 12, 21*
217:*1, 5, 10*
218:*11*
219:*4*
220:*18*
267:*8, 10, 14*
268:*22*
270:*5*
412:*21*
413:*4*
419:*18*
612:*4*
**36.97** 182:*13*
**36104** 2:*15*
**362** 20:*6*
**3636** 184:*11, 18* 185:*9*
**3640** 184:*3*
**3641** 186:*2*
**368** 353:*14*
**37** 9:*20*
10:*12*
100:*12, 16*
188:*5*
216:*19, 22*

217:*1*
218:*18*
**370** 7:*10*
26:*11*
**375** 16:*20*
**379** 23:*15*
**38** 216:*19,*
22 217:*1*
218:*18*
260:*1, 20*
261:*3, 6*
582:*20*
**389** 26:*14*
**39** 135:*16,*
*19*
**390** 6:*10*
**391** 26:*6*
**392** 31:*18*
**394** 32:*6*
**3rd** 411:*12*

**< 4 >**
**4** 87:*10*
96:*10*
100:*4*
160:*16*
323:*12*
342:*19, 21,*
22 352:*5*
419:*8*
438:*22*
494:*10*
498:*20*
513:*3, 5*
518:*22*
555:*24*
**4,222** 193:*22*
**4,236** 193:*22*
**4.75** 582:*7*
**4.83** 160:*12*
**4.90** 160:*12*
**4/62** 164:*22*
**40** 443:*18*
451:*7*

458:*22*
459:*6* 611:*3*
**400** 9:*17*
35:*23* 36:*2*
38:*16*
**401** 9:*20*
18:*6* 37:*8,*
11 555:*1*
**403** 10:*6*
106:*17, 20*
107:*3*
135:*15*
156:*17*
157:*8*
163:*23*
211:*17*
285:*4*
415:*4*
416:*7, 13*
523:*2*
**404** 10:*9*
234:*20, 24*
235:*5*
530:*24*
531:*3*
585:*10, 16*
**405** 10:*12*
38:*1, 3, 4, 24*
39:*11*
438:*21*
**408** 10:*14*
218:*21*
219:*1*
220:*21*
**409** 10:*19*
220:*3, 8, 10,*
*21, 24* 221:*5*
222:*1*
**41** 23:*10*
27:*20*
96:*13, 16*
**410** 11:*6*
223:*10, 13*
**4100** 4:*8*

**411** 11:*13*
24:*20*
227:*15, 18*
228:*1*
**414** 11:*17*
109:*10, 14*
287:*14, 18*
**415** 12:*6*
341:*7, 12, 15*
**416** 12:*10*
342:*12, 17*
**417** 12:*13*
22:*6* 114:*1,*
*4* 115:*6*
158:*6*
205:*20*
**418** 12:*17*
240:*14, 17*
**42** 97:*6*
157:*5, 6, 12,*
*13* 387:*10*
**42.5** 117:*11*
118:*9* 119:*4*
**42/52**
164:*21*
**420** 13:*6*
147:*11, 14*
**4200** 7:*9*
**421-2800**
3:*5*
**422** 13:*11*
122:*8, 11*
274:*3*
288:*23*
289:*6*
**424** 13:*17*
534:*1, 8*
**425** 4:*16*
5:*5*
**426** 18:*13*
539:*7*
**429** 14:*6*
19:*11*
353:*1, 5*

**43** 163:*22,*
23 164:*6*
268:*18*
**430** 14:*9*
289:*16, 19*
**431** 14:*14*
501:*20, 23*
**433** 14:*18*
25:*19*
175:*24*
176:*4*
177:*20*
**434** 15:*6*
267:*21, 24*
**435** 259:*6*
**436** 19:*17*
**437** 15:*13*
180:*24*
181:*3*
**437-**
**20140621-**
**STURMEY**
15:*13*
**438** 15:*18*
258:*13, 18,*
21 259:*3, 14*
**439** 17:*21*
**44** 168:*3*
288:*8*
**440** 3:*16*
**442** 289:*2, 3*
**443** 16:*6*
183:*12, 15*
**445** 16:*12*
546:*15, 18*
**447** 16:*16*
187:*7, 10*
**447-0500**
2:*9*
**45** 582:*6*
**45,300**
426:*14*
**451** 16:*20*
374:*21, 24*

**452** 17:*6*
348:*24*
349:*6, 8*
**453** 17:*10*
321:*2, 5*
**45-3634-**
**3643.PDF**
16:*10*
**455** 27:*15*
**456** 17:*14*
539:*3, 8, 11*
**458** 17:*18*
541:*17, 21*
**459** 17:*21*
439:*7, 13*
**45th** 7:*15*
**46** 211:*18,*
20
**460** 18:*6*
401:*6, 9*
**463** 18:*10*
357:*9, 12, 19*
**464** 18:*13*
425:*14, 21*
**465** 18:*18*
359:*12, 15*
**466** 19:*6*
617:*17, 21*
619:*2*
**468** 19:*11*
429:*11, 15*
**469** 19:*14*
308:*12, 21*
**47** 123:*5*
211:*20*
215:*20, 24*
**470** 19:*17*
436:*10, 14*
**472** 19:*21*
301:*4, 7*
**474** 20:*6*
361:*17, 20*
**4747** 3:*9*

**475** 20:10
190:8, 11
191:17
**476** 20:16
192:5, 8
**477** 20:20
192:24
193:3
**479** 21:6
107:16, 20
127:10
139:6, 10
233:18
453:15
549:9
**48** 97:20
526:3
**480** 21:9
333:11, 15
**481** 21:12
172:18, 21
524:23
**482** 21:15
530:17, 20
**484** 21:18
525:4, 6
**485** 22:6
417:5, 8
**486** 22:13
351:24
352:3
364:7, 11
471:24
513:5
519:11
**488** 29:20
**489** 22:17
542:14, 17
**489-6304**
3:17
**490** 22:20
194:14, 17,
20

**491** 23:6
127:19, 22
128:2
134:16
368:13
459:23
464:18
472:13
502:16
514:12
545:3
**494** 23:10
41:18  46:9
63:3
422:11
458:6
469:24
481:22
484:2
601:7, 18
**496** 23:15
379:12, 15
**498** 23:19
195:20, 24
**4th** 472:4

**< 5 >**
**5** 15:11
33:10
77:18
96:11
100:13
268:6
345:22
364:8
371:17
403:12
458:8
499:8
531:21
532:2
636:15
637:2

**5.02** 160:12
**5.12** 160:11
**5.16** 160:11
**5.18** 160:12
**5.23** 160:11
**5:01** 592:24
**5:11** 593:4
**5:42** 635:14,
19
**50** 100:19,
21  143:14
265:12, 13,
19  280:6
326:10, 17,
20  416:8, 14,
22  443:8, 21
444:6
451:4, 6
**500** 24:6
320:11
554:11, 15
**501** 24:11
555:2, 6
556:6
**502** 14:14
24:13
555:2, 9
557:2, 5
**503** 1:14
24:16
34:11
555:2, 12
557:3, 9
**504** 24:20
411:7, 10
**506** 25:6
568:16, 20
569:1, 15
571:20
572:8, 9
**50-item**
547:22
**51** 285:3

**510** 25:10
553:10, 13
563:9
**511** 25:14
170:9, 12
344:7, 13
**512** 25:19
433:12, 16
**513** 25:22
332:2, 6
391:1, 9
**514** 26:6
369:21, 24
**52** 164:13
**520** 26:11
503:19, 23
599:7, 15
612:16
617:14
**521** 26:14
388:19, 22
**522** 26:19
293:17
294:2
**525** 21:18
26:22
580:16, 19
**526** 27:6
336:14, 17
**528** 27:9
551:12, 15
**530** 21:15
27:12  54:7,
11
**532** 27:15
454:24
455:3
**534** 13:17
**539** 17:14
31:16
**54** 27:12
129:12
**542** 17:18
22:17

27:20  41:9,
13, 15
**543** 28:6
131:18
132:2
**544** 28:9
568:16, 23
569:3, 13
570:4, 23
571:20
**545** 28:14
32:14
136:6, 10
141:2
156:3
237:2
610:8
629:16
**546** 16:12
28:18
297:9, 14
306:4, 9
**547** 29:6
296:12, 17
297:3, 14
**548** 29:12
277:22
278:1
297:9
321:24
**549** 29:15
263:6, 21
264:2
276:11
**550** 29:17
282:19, 22
**551** 27:9
**553** 25:10
**554** 24:6
**555** 6:18
7:15  24:11,
13, 16

Confidential - Subject to Protective Order

**556**  29:*20*
488:*2, 7*
490:*10, 14*
**557**  30:*6*
72:*17, 21*
**558**  30:*11*
77:*1, 4*
**559**  30:*15*
79:*7, 10*
**56**  208:*14*
242:*21*
**560**  30:*19*
86:*14, 17*
131:*6*
595:*23*
**560's**  597:*5*
**561**  31:*6*
92:*24*  93:*3,*
*14*  620:*18*
**562**  31:*9*
94:*21, 24*
621:*4, 12*
**563**  31:*12*
101:*3, 6, 16*
**564**  31:*16*
539:*22*
540:*2*
**565**  31:*18*
392:*2, 5*
**566**  32:*6*
394:*3, 6*
**567**  123:*9*
**568**  25:*6*
32:*9*  38:*16*
122:*21, 22*
123:*4*
129:*18, 21*
130:*3*
285:*13*
323:*12*
387:*8*  403:*9*
**569**  28:*9*
**56th**  3:*4*

**57**  98:*4*
**570**  426:*15*
**580**  26:22
**585**  33:*9*
**59**  127:*16*
266:*8*
**591**  33:*10*
**592-1500**
7:*11*
**593**  9:*8*
**5TH**  18:*20*

**< 6 >**
**6**  165:*3, 12*
242:*8*
243:*21*
375:*10*
472:*1*
513:*5*
534:*21, 24*
**6.2**  117:*10*
118:*8*  119:*3*
**6.5**  164:*23*
**6:43**  575:*23*
**60**  203:*15*
**60,000**  83:*2*
**600**  243:*2*
**60606**  4:*9*
**606-2996**
5:*20*
**61**  100:*21*
426:*19*
427:*11*
**612**  32:*13*
**617**  9:*7*
**618**  19:*6*
**62**  164:*15*
165:*3, 12*
**63**  359:*20*
360:*1*
**64**  268:*19*
**640**  639:*6*
**64112**  3:*10*

**646**  4:*17*
5:*6, 20*  6:*12*
**659-5200**
2:*22*
**67(6**  20:*15*
**677-694.PDF**
15:*11*
**68**  208:*16*
523:*19*
**685**  208:*1,*
*16*  209:*5*
**69**  523:*3, 18*
**6th**  3:*4*

**< 7 >**
**7**  36:*22*
131:*2*
316:*8*
429:*11*
442:*13*
443:*2*
459:*23*
465:*22*
499:*21, 22*
505:*1*
542:*13*
582:*20*
**70**  257:*7*
607:*12, 23*
**700**  7:*21*
210:*20*
243:*2, 21*
**713**  2:*22*
3:*17*
**72**  30:*6*
**73**  427:*21*
428:*13*
528:*18*
**735-3000**
5:*12*
**737-0500**
6:*6*
**74**  528:*18*

**741-5220**
4:*9*
**746-2000**
6:*12*
**75**  582:*5*
**77**  14:*10*
30:*11*
264:*15*
277:*16*
289:*24*
**77002**  3:*17*
**77064**  2:*22*
**78257**  2:*9*
**79**  30:*15*
**794**  139:*17*
**7-A**  453:*22*

**< 8 >**
**8**  20:*12*
39:*9, 16, 19*
131:*7, 8*
158:*13, 23*
159:*2*
323:*17*
325:*5*
418:*12, 19*
421:*8*
422:*1*
453:*7*
458:*9*  505:*1*
**8:31**  1:*14*
34:*9*
**80**  98:*11*
256:*23*
264:*16*
277:*18*
278:*13*
366:*19*
405:*1*
420:*6*
607:*12, 21*
608:*14*
609:*4*

**80202**  7:*10*
**81**  164:*21*
**810**  5:*18*
**816**  3:*11*
**818**  7:*5*
**82**  98:*18*
333:*12*
**83**  429:*11*
519:*11*
**837-5151**
4:*17*  5:*6*
**85**  520:*21*
**856**  360:*7*
**86**  30:*19*
**875**  2:*8*
**877.370.3377**
1:*19*
**8th**  107:*23*

**< 9 >**
**9**  39:*19*
108:*6*
127:*12*
158:*13, 23*
159:*4*
193:*8, 14*
233:*20, 22*
472:*13*
473:*12*
505:*1*
519:*11*
**9.6**  179:*13*
**9/22/22**
28:*10*
**9:40**  134:*7*
**90**  318:*19*
405:*1*
607:*23*
608:*14*
609:*4*
**900**  6:*5*
**90071**  7:*16*
**901**  7:*21*

Confidential - Subject to Protective Order

**91**  68:*20*
95:*15*  96:*9,*
*12*  98:*23*
621:*2*
**91367**  7:*4*
**917.591.5672**
*1:19*
**93**  31:*6*
**94**  15:*10*
31:*9*  108:*3,*
*6*  127:*12*
139:*8*
233:*21*
268:*6*
453:*7, 14, 20*
549:*16*
**95**  179:*12*
**954-7555**
*2:16*
**95th**  470:*8*
**97**  501:*19,*
*20*
**999-2232**
*7:5*

**< A >**
**a.m**  1:*14*
34:*9*  134:*7,*
*11*  218:*3, 7*
575:*23*
**A.PDF**
11:*21*  12:*12*
**A1C**  399:*6*
**abide**  61:*24*
**ability**
74:*11*
139:*24*
140:*8, 16*
354:*10*
506:*21*
549:*10, 23*
**able**  150:*12*
155:*16, 17*
159:*11*

177:*5*
209:*4*
237:*4, 8*
239:*11*
243:*8*
291:*6*
320:*14*
333:*1*
334:*2*
386:*16*
391:*20*
393:*24*
546:*10*
589:*10*
605:*13*
608:*10, 11*
629:*24*
630:*8, 12, 13*
631:*4*
**abnormalitie
s**  330:*5*
331:*12*
332:*15, 22*
335:*15*
**ABRAHAM**
13:*14*  56:*7*
128:*22*
**Absolutely**
53:*5*  56:*21*
61:*24*
65:*11*
70:*14*
189:*15*
263:*10*
264:*12, 14*
277:*15, 16*
408:*15*
409:*19*
612:*7*
615:*13*
627:*17*
**abstract**
93:*21*
110:*13*

115:*3, 18*
181:*5, 11*
207:*5*
298:*1*
342:*24*
343:*1*
417:*23*
525:*20, 21*
**abstracts**
348:*24*
349:*9*
**abuse**
360:*14*
454:*5*  483:*3*
**Academy**
137:*19*
201:*13*
**Acadia**
561:*20, 21*
**accept**
58:*14*
558:*18*
**acceptance**
236:*23*
**accepted**
94:*16*
143:*24*
144:*6*
162:*1*
213:*8*
214:*1, 5*
246:*19*
250:*5*
361:*13*
442:*21*
444:*13*
457:*18*
467:*17*
471:*15*
480:*24*
517:*8*
529:*11*
607:*20*
611:*23*

**accepts**
144:*22*
**access**
176:*16, 24*
177:*10*
259:*18*
553:*18*
**accompanies**
513:*10*
**accomplishm
ent**  70:*12*
**account**
170:*24*
230:*15*
242:*22*
280:*6*
293:*8*
443:*22*
444:*9*
**accounted**
236:*9*
238:*7, 23*
**accounting**
294:*7*  443:*8*
**accounts**
224:*22*
293:*11, 15*
**accuracy**
484:*14*
**accurate**
257:*10*
395:*24*
614:*2*
624:*23*
637:*20*
**accurately**
150:*13*
152:*19*
155:*2*
611:*11*
**ACETAMIN
OPHEN**
1:*3*  21:*16*
30:*7, 17*

31:*14*  45:*1,*
*3, 16*  50:*13,*
*17*  58:*4*
60:*15*
68:*12, 22*
73:*11*
75:*23*
77:*12*
79:*20*
80:*14*  81:*3*
82:*19*
83:*18*
84:*13*
85:*13*  86:*4*
89:*17*
90:*19*
91:*14, 19*
92:*10*
94:*11*
101:*13*
104:*1, 2, 20*
105:*23*
106:*11*
240:*3*
273:*18*
299:*5*
338:*22*
339:*3*
348:*4*
367:*4, 22*
388:*5*
423:*4*
445:*15, 19*
446:*7, 12, 19*
447:*5, 9*
507:*22*
509:*20*
510:*3, 9, 16,*
*22*  514:*18,*
*23*  515:*17,*
*20*  521:*7, 18*
529:*22*
532:*6*
535:*7, 15, 17*

536:*5*
537:*18*
550:*13*
578:*20*
580:*8*
594:*20, 23*
595:*5, 18*
597:*18*
598:*14, 18*
599:*12, 18*
600:*1, 3*
601:*1*
604:*22*
605:*2*
606:*9, 11*
609:*21, 23*
614:*13, 21*
616:*24*
617:*9, 16, 24*
618:*13, 17*
619:*2, 3*
620:*2*
621:*8*
622:*24*
623:*9*
626:*12, 18, 23*  627:*18, 19*  634:*13, 20*  635:*7*
**Acetaminoph en/Tylenol**
34:*14*
**achieved**
391:*13*
**achieves**
438:*2*
**acid**  423:*5*
425:*11*
426:*3, 11, 17*
427:*3, 8, 10*
431:*1, 6*
600:*17*
**acids**  355:*21*

**acknowledge**
135:*20*
229:*2*
231:*20*
**acknowledge d**  228:*23*
**ACKNOWL EDGMENT**
639:*2*
**acknowledg ments**
310:*10*
**acquiring**
82:*2*
**acronym**
356:*15*
**Act**  211:*23*
361:*2*
362:*8, 19*
363:*16*
**acting**
457:*21, 22*
**Action**  95:*6*
476:*5*
530:*1*
621:*23*
**activate**
518:*7*
**activation**
300:*16*
**actively**
342:*10*
418:*21*
**activities**
436:*9*
**activity**
300:*15*
517:*14, 19*
518:*9*
**acts**  462:*9*
525:*21*
529:*22*
**actual**
77:*22*

105:*10*
161:*7*
259:*2*
281:*5*
426:*8*
540:*14*
587:*9*
588:*1*
590:*22*
597:*18*
**Adams**
531:*7*
**adapting**
408:*1*
**adaptive**
185:*20*
**add**  64:*15*
83:*12*
176:*21*
208:*15*
237:*14*
293:*14*
485:*15*
494:*3*
497:*23*
630:*22*
**added**
237:*22*
553:*4*
**addition**
213:*15*
360:*13*
451:*19*
498:*21*
548:*11*
554:*3*
601:*18*
**additional**
153:*3*
157:*15*
422:*22, 23*
**ADDM**
144:*10*

**Addo**
530:*16*
531:*8, 13*
**address**
448:*4*
592:*4, 14*
**addressing**
230:*6*
**ADHD**
45:*11*  77:*8, 14*  78:*16*
82:*21*
439:*17*
521:*21, 24*
522:*1*
**ADHD-HUB.PDF**
30:*14*
**adiposity**
545:*9*
**ADI-R**
138:*11, 22*
**adjunct**
99:*4*
619:*10, 24*
**adjusted**
50:*21*
**administer**
547:*16*
**Administrati on**  379:*4*
380:*4*
**ADOLESCE NTS**  27:*17*
455:*18*
**adopted**
161:*13*
542:*20*
**ADOS**
138:*9, 18*
139:*22*
549:*3, 10, 20*
**adult**  420:*13*
**ADV**  22:*11*

**ADVANCE**
24:*8*  502:*6*
**advanced**
423:*22, 23*
442:*4, 16, 21*
443:*16*
444:*13, 14*
**ADVANCES**
12:*11*
401:*11*
439:*8*  539:*4*
**ADVANCES _IN_AUTIS M**  17:*15, 19, 22*  18:*7*
**ADVANCIN G**  14:*7*
353:*7*
360:*8*
423:*24*
442:*7*
448:*16*
**advantage**
312:*4*
547:*15*
**adverse**
356:*22*
498:*21*
528:*23*
533:*19*
**advice**
92:*13*  599:*1*
**Advil**  91:*13*
**advise**
327:*6*  335:*9*
**advised**
599:*2*
**advising**
625:*20*
628:*5*
**advisor**
561:*7*

Confidential - Subject to Protective Order

**Advisors**
558:*5*
**advisory**
560:*22*
562:*3*
**AF.PDF**
29:*21*
**affect**
228:*19*
359:*2*
377:*16*
490:*20*
513:*23*
519:*1*
520:*3, 11, 12*
521:*2*
528:*12*
545:*14*
**affiliated**
89:*5*
**affiliations**
358:*5*
**afternoon**
391:*5*
**AGE**   12:*15*
14:*7*
111:*22*
115:*9*
117:*9*
137:*13, 17*
159:*18, 23*
160:*4, 5, 7,*
*10, 20, 22, 24*
161:*1*
201:*11*
205:*21*
206:*9*
207:*13, 23*
208:*4, 9*
209:*2, 14*
210:*16, 23*
226:*6*
228:*13*
229:*5*

232:*20*
236:*21*
242:*11, 15,*
*17*   353:*7*
354:*9, 10*
355:*5*
360:*9*
362:*13*
382:*6*
423:*14, 23*
424:*1*
442:*4, 7, 16,*
*21*   443:*6, 17,*
*18*   444:*5, 13,*
*14*   448:*16,*
*19, 24*
449:*17, 18*
451:*14*
452:*1*
548:*4*
630:*19*
**AGED**
20:*12*
129:*13*
**agency**
602:*11*
**agenda**
578:*7*
**agent**   252:*5*
272:*3*
355:*19*
385:*21*
**agents**
359:*4, 5*
398:*10*
469:*11*
**ago**   63:*9, 11*
234:*8*
286:*19*
485:*12*
505:*10*
512:*2*
514:*8*
601:*6*

608:*9*
623:*23*
630:*6*
**agree**   44:*19*
65:*5, 13, 16*
75:*12*
81:*16*
90:*10*
124:*13*
132:*10*
133:*19*
171:*17*
180:*15*
225:*8*
232:*15*
244:*5, 7*
245:*12*
255:*4*
267:*1*
279:*17, 22*
280:*21*
284:*14*
285:*18*
293:*22*
337:*21*
341:*8*
382:*11*
383:*8*
384:*8*
407:*20*
417:*14*
418:*13*
419:*1, 9, 20*
420:*19*
421:*9, 21*
458:*13*
481:*9, 17*
482:*5, 12*
491:*20*
492:*9, 16, 18*
493:*9*
494:*14*
496:*1*
497:*15, 24*

500:*6, 15*
501:*3, 9*
510:*1*
518:*23*
519:*4*
520:*1, 6*
522:*8*
526:*18*
527:*22*
528:*9*
529:*21*
530:*2, 6*
532:*23, 24*
533:*8, 15, 22*
548:*18*
549:*12*
600:*10*
602:*5*
603:*15*
607:*1*
627:*16*
**agreed**
57:*16*
75:*14*
113:*15*
169:*13*
170:*4*
254:*5*
281:*15*
291:*8*
517:*13*
521:*22*
533:*20*
535:*20*
594:*2*
599:*11*
623:*18*
627:*20*
**agreement**
562:*18*
**AGRICULT**
**URAL**   29:*9*
297:*21*

**Ah**   110:*16*
122:*12*
311:*15*
**ahead**   52:*1*
55:*11*
59:*14*   65:*1*
84:*22*
112:*5, 11, 23*
113:*6, 7*
118:*2, 21*
125:*6, 9*
126:*16*
130:*10*
144:*4*
146:*10*
214:*18*
227:*6*
270:*22*
304:*14*
308:*7*
347:*24*
404:*18*
448:*6*
449:*12*
463:*13*
475:*12*
477:*4*
559:*12*
566:*9*
576:*13*
587:*3*
590:*16*
623:*6*   628:*3*
**AI**   84:*4*
**AID**   23:*17*
379:*20*
380:*7*
**air**   423:*5*
483:*24*
**Aishworiya**
531:*8*
**AL**   11:*8*
14:*7*   16:*13*
18:*10*

31:*10*
159:*14*
161:*9*
193:*19*
224:*11, 18*
228:*12*
229:*2*
230:*7*
232:*16*
**Alabama**
2:*15*
**alcohol**
360:*14*
454:*5*
482:*15, 20*
483:*3, 7, 10, 12, 14, 16*
500:*2, 21*
**Aleve** 91:*13*
**ALEX** 1:*13*
9:*3, 18*
10:*7, 9, 12*
34:*16* 35:*2, 10* 636:*8*
639:*16*
**ALEXANDE R** 13:*15*
14:*11, 17*
21:*7* 51:*14*
199:*7*
357:*21*
570:*24*
**Alice** 247:*17*
**Alkermes**
561:*23, 24*
**allegation**
48:*6*
**alleged**
407:*2*
**allegedly**
413:*23*
**ALLEN**
2:*12*

**alleviate**
135:*4*
**Alli** 130:*20*
132:*8*
188:*18*
205:*2*
334:*22*
589:*23*
593:*12*
**Alliance**
6:*14*
**ALLISON**
5:*9*
**allison.brow n@skadden.c om** 5:*13*
**allow** 155:*6*
176:*23*
385:*22, 24*
**allowed**
291:*17*
**allowing**
53:*2*
**ALTER**
29:*21*
80:*17*
253:*14*
377:*12, 15*
490:*19*
493:*18*
**alterations**
451:*17*
**altered**
250:*13*
377:*22*
415:*6*
416:*17*
545:*11*
**altering**
492:*7*
**alters**
252:*17*
270:*16*

**altogether**
151:*3*
235:*19*
326:*7*
**AM404**
518:*6*
**AMANDA**
4:*4*
**amanda.hunt @kellerpost man.com**
4:*10*
**AMENDED**
9:*18* 36:*2*

**AMERICAN**
15:*10*
137:*19*
201:*13*
268:*5*
**AMERICAN .PDF** 12:*19*
**AMO-1**
301:*19*
**amount**
92:*11*
391:*16*
607:*24*
**analgesic**
45:*7* 76:*3*
509:*21*
619:*23*
**analogies**
305:*17*
**analogy**
305:*12*
399:*17*
412:*23*
478:*13*
**analyses**
50:*21* 225:*2*
**ANALYSIS**
16:*17*
159:*20*

160:*2, 19*
230:*18*
411:*24*
413:*5*
414:*8*
421:*3*
473:*16*
502:*17*
**analytic**
291:*10*
608:*20*
**analytics**
320:*20*
**analyze**
298:*22*
535:*14*
**analyzed**
224:*11*
233:*6*
299:*19*
**analyzes**
380:*13*
**analyzing**
77:*10*
82:*23*
382:*2* 509:*4*
**and/or**
346:*21*
636:*21*
**Anderson**
566:*23*
**Angarita**
320:*23*
**Angeles**
7:*16*
**Angelman**
313:*13, 19*
314:*17*
**Animal**
359:*22*
538:*11, 21*
542:*2, 5*
543:*2*
544:*17*

545:*6, 22, 24*
546:*4*
**animals**
100:*10*
493:*3*
546:*7*
597:*16*
**Ann** 138:*23*
571:*2, 10*
575:*10*
**announceme nt** 555:*14*
**ANNOUNCE MENT-PAR- 14-203.PDF**
16:*22*
**Answer**
33:*5* 48:*20*
53:*17* 57:*2*
74:*22*
76:*11* 86:*7*
87:*15* 89:*1*
105:*1*
112:*9*
118:*16*
133:*15*
150:*13*
152:*20*
153:*1*
154:*7*
159:*11*
162:*14, 17*
163:*2, 6*
167:*6*
170:*6*
172:*9*
181:*8*
184:*17*
190:*13*
195:*12, 14*
196:*4*
200:*19*
202:*19*
205:*6*

207:*19*
254:*18*
264:*11*
277:9
278:6
303:*21*
304:*12*
322:*14*
325:*14*
331:*1, 19*
332:*16*
334:*17*
343:*20*
348:*13*
352:*11*
364:*21*
365:*4, 10*
381:*16*
398:*1*
414:*14*
419:*10*
421:*14*
433:6
495:*23*
520:5
566:6
578:2
582:*10*
583:*19*
585:*3*
588:*3*
589:*14*
590:*5, 17*
591:5
614:*16*
**answered**
62:*10*
84:*23*  86:6
166:*16*
167:*5, 10*
200:*18*
303:*23*
304:*11*
354:*18*

367:*19*
432:*14*
470:*23*
479:22
483:*19*
577:7, *24*
590:*14*
629:*10*
631:*1, 3*
634:*17*
**answering**
190:*15*
331:*15*
559:*23*
**answers**
122:*4*
279:*14*
313:6  639:*8*
**answer's**
187:*1*
**Anthem**
566:*14*
**ANTIDEPR**
**ESSANT**
18:*11*
358:*15*
602:*13*
**antidepressa**
**nts**  422:*21*
**antipyretic**
45:7  509:22
**Antonio**  2:9
97:*12*
**anxiety**
369:7
**anybody**
71:*18*
195:*15*
407:*19*
**anymore**
60:*1*  216:5
**Anyway**
42:2  66:*17*
195:*16*

222:2
506:*16*
**APAP**  9:*18*,
*20*  93:*24*
**A-PED**
16:*21*  17:*8*
**Apologies**
138:*3*
**apologize**
69:5  74:*15*
85:*8*  116:*1*
149:*21*
150:*20*
**apparent**
159:*14*
171:*1*
224:*23*
**appear**
100:*24*
200:7
230:*15*
235:*12*
485:5
**APPEARAN**
**CES**  2:*1*
3:*1*  4:*1*
5:*1*  6:*1*
7:*1*  8:*1*
**appeared**
485:*9*
**appears**
224:*14*
353:*23*
**applicability**
159:*22*
**application**
181:*15, 18*
186:5
374:*14*
378:*15*
546:*23*
**applications**
374:*19*
375:*12*

376:*16*
378:*20*
635:*1*
**applied**
164:*17*
180:*12*
489:*2*
**apply**  488:*9,*
*14, 17, 23*
610:*23*
636:*19*
**Applying**
164:*19*
165:6
**appointed**
633:*19*
634:*2*
**appreciate**
151:*10*
575:*2*
**approach**
501:*1*
542:*21*
543:*19*
633:*9, 11, 14,*
*19*  634:*3*
**approached**
614:*3*
631:*10*
633:*9*
**APPROACH**
**ES**  18:*15*
**appropriate**
57:5  256:7
329:*18*
348:*13*
637:*6*
**approximatel**
**y**  181:*19*
400:*17*
635:*19*
**APRIL**
11:*11*
20:*14*

130:5
131:*10*
228:4
282:*24*
285:*13*
323:*15*
324:*10*
403:*11*
**AQ**  547:*20,*
*22*  548:*3, 8*
**architecture**
499:*14*
**area**  252:*3*
253:*20*
254:*10, 14*
313:22
314:2, *6*
376:*23*
377:*3*
379:*10*
408:*19*
418:*14*
480:*16*
492:*3*
527:2
537:22
598:7
**areas**
298:*23*
424:*13, 14*
**arena**
331:*18*
**arguing**
632:*24*
**argument**
203:*10*
222:*3*
**argumentativ**
**e**  212:*13*
404:*13*
**argumentive**
53:*16*
61:*15*
84:*20*

146:*8*
214:*17*
239:*3*
304:*11*
346:*1*
410:2
447:*24*
622:2  623:*4*
**arguments**
224:*19*
**Arnold**
484:*18*
**Arora**
380:*22, 23*
382:*5, 12, 22*
383:*5, 9*
390:*14*
391:*11, 17*
**ARPS**  5:*9*
592:*15*
**array**
533:*19*
**arrays**
292:*9*
**article**
43:*23*
102:*5, 13*
103:*12*
109:*19*
110:*9*
118:*14*
128:*24*
147:*8*
148:*24*
155:*19*
166:*5*
177:*23*
178:*12*
179:*20*
186:*13, 22*
198:*17*
199:*17*
240:*19, 22*
241:*18*

243:*6, 12*
288:*5*
353:*10*
355:*11*
358:*14*
379:*17*
380:*3*
382:*1*
404:*23*
417:*4*
446:*11*
456:*5*
472:*14*
524:*17*
527:*7, 11*
531:*11*
591:2
597:*8*
618:*16*
**articles**
53:*3*
100:*14, 18*
154:*13*
157:*23*
188:*10*
382:*21*
484:*4*
590:*22*
595:*16*
596:*8*
613:*12*
615:*20*
**artifact**
224:7
229:*4*  240:*8*
**artifacts**
159:*16*
**artifactual**
110:*24*
113:*13, 14,*
*21*  116:*8*
119:*23*
120:*10, 17*
133:*21*

161:*3*
238:*24*
613:*22*
**ascertainmen
t** 136:*24*
138:*8, 17*
139:*4*
140:*9*
159:*19*
325:*10, 15*
**ASD**  22:*22*
23:*21*  28:*7*
44:*10*
45:*10, 17*
46:*16, 18*
49:*18*  50:*4*
108:*16*
111:2
127:*4*
129:*9, 13*
132:*11*
133:*3, 19*
134:*20, 22*
135:*7, 23*
136:*20*
141:*5*
147:*4*
148:2
150:*5*
151:*16*
156:*12*
157:*16*
165:*15*
168:*22*
170:*16, 21*
171:*8*
179:*11*
182:*12*
185:*15*
186:*8*
188:*3, 4*
194:*24*
196:*17*
197:*15*

203:*13, 16*
204:*13*
234:*1*
282:*4*
344:*19*
345:7
368:*14*
385:*22, 24*
400:*20*
416:*17, 20*
418:*8*
420:*17*
421:*4*
428:*13*
456:*13, 23*
459:*4*
465:*23*
470:*6*
476:*16, 24*
515:*21*
527:*1*
528:*3*
536:*19*
600:*14*
604:*5*
609:*11*
610:*11*
612:*19, 21*
**ASD.PDF**
28:*16*
**ASD-ADHD**
1:*3*  34:*14*
**ASD-risk**
420:*12*
**ASDs**  110:*4*
**ASD-specific**
201:*15*
**Ashby**  2:*8*
**ASHLEY**
4:*3*  633:*11*
**ashley.barrie
re@kellerpos
tman.com**
4:*10*

**aside**
224:*19*
414:*6*
**asked**  60:*13*
62:*10*  63:*8,*
*12*  84:*16*
86:*6*
117:*13*
118:*15*
154:*24*
162:*12, 18*
166:*16*
186:*16, 18,*
*23*  200:*18*
253:*1*
313:*4, 5*
354:*17*
367:*18*
390:*12*
391:*6*
432:*14*
445:*18*
451:*13*
462:*14*
476:*14*
483:*19*
508:*16*
518:*23*
570:*8*
577:*6*
579:*15*
584:*4, 6, 9*
589:*10, 11*
594:7
596:*12*
597:*11*
599:*5, 10*
601:*3*
615:*18*
616:*24*
629:*5, 9*
630:*5, 24*
631:*9*
634:*16*

Confidential - Subject to Protective Order

asking 78:1
88:19
109:4
117:20
120:14
133:13
153:23
154:3, 4, 18
209:1
247:12
271:5
304:8
324:7
397:23
403:15
462:17
466:24
467:5
476:21
527:18, 19
529:15
554:23
579:12
588:9
593:22
601:12
613:24
asks 36:22
37:3
189:20
575:19
asphyxia
512:5
assembling
556:15
assert 229:3
assessed
439:17
assessment
139:20
380:11
assign
143:11
239:9

assistant
81:9
assisted
353:18
associate
52:18
ASSOCIATED 19:7
30:13
31:13
45:10
73:12   77:7
101:13
104:5, 21
203:15
285:7
294:12
343:14
356:24
367:6
373:1
393:13
394:12
397:17
426:19
427:20
428:12
452:24
454:9
465:13, 23
466:6
473:4
477:11
482:16, 22
511:22
512:19
514:4
521:18
522:21
523:10
525:12
535:5, 16
543:12
609:12

ASSOCIATES 30:8
565:3
association
290:12
310:24
311:5
358:14
412:7
431:4, 15
465:2
466:8, 10
470:5
471:9
473:13
474:1, 3, 10,
14, 16, 18
484:6
536:3
594:23
595:17
598:7
600:16, 21
603:10
605:6, 10
606:1
associations
360:11
435:12
467:16, 24
506:4
602:11
603:13, 17
assume
83:15
152:4
161:9
196:2
245:19
410:14
456:14
513:1   615:9

assumed
160:14
461:18
Assumes
59:13
64:22   68:8
208:6
299:2
303:11
338:18
340:12
Assuming
329:22, 24
455:15
599:2   629:5
assumptions
161:4
Atlanta
143:16
Attached
36:20
637:12
639:11
attempt
578:9
attempting
386:21
578:13
attention
82:20
354:4
369:7
440:6, 14
441:10
548:1
attenuate
337:2   537:2
attest
442:19
444:11
attorney
58:21
576:15

580:12
637:16
attorneys
60:13, 17
63:7, 11
485:10
570:9
576:17
580:14
attract
494:3
497:22
attributable
168:24
240:8
370:21
attribute
139:3
167:22
attributed
172:6
326:21
atypical
381:4
audience
406:3, 10, 17
audiogenic
301:15
August
352:5
402:24
472:4
505:6
513:3
518:22
Australia
173:1
176:9   525:7
author 40:2
45:2   46:20
50:6, 14
52:19, 23
61:17   69:2,
6, 13   75:3

| | | | | |
|---|---|---|---|---|
| 93:18 | 14, 15  16:8, | 17  144:7 | 242:11 | 338:24 |
| 187:17 | 9, 14, 17 | 161:8, 24 | 244:2, 10, 19 | 339:1, 12 |
| 193:18 | 17:12 | 164:14, 16, | 246:14, 19 | 340:21 |
| 259:18 | 20:11  22:9 | 22, 24  165:8 | 248:2, 10, 18 | 341:20 |
| 268:7 | 23:8, 10, 16 | 168:5, 6, 12 | 249:22 | 342:5 |
| 289:24 | 25:17  26:8, | 169:17 | 250:5, 21 | 343:11 |
| 455:17 | 12  27:17 | 170:2 | 254:13 | 344:11 |
| 460:13, 15, | 30:14 | 172:5 | 256:12, 16 | 347:3, 10, 16 |
| 21, 22, 23, 24 | 31:21 | 174:7, 9 | 258:6 | 348:5 |
| 461:4, 5, 8, | 32:10  41:2 | 175:12 | 259:16 | 349:9, 16 |
| 11, 21, 22 | 42:3, 18 | 178:14 | 260:19 | 350:17, 22 |
| 462:3, 6, 9, | 48:7, 10 | 181:16, 20 | 261:14, 20 | 351:1, 3, 6, |
| 10  516:1, 3 | 51:10  52:6 | 182:2 | 264:6, 8 | 11, 14, 19 |
| 524:6 | 56:22 | 183:18 | 266:8, 22 | 352:10 |
| 525:17 | 57:15  63:5, | 187:13, 16 | 268:4 | 353:8, 22 |
| **authored** | 17  69:22 | 192:16 | 270:24 | 356:8 |
| 55:2 | 70:1  72:1 | 194:10, 23 | 271:2 | 359:20 |
| **authorities** | 77:8, 14 | 198:2 | 272:13, 21 | 360:9 |
| 586:6 | 78:16 | 199:9 | 273:8, 10 | 361:4, 23 |
| 589:4 | 83:10, 11 | 200:6 | 274:1, 8 | 362:10, 16, |
| 590:4, 11 | 85:14 | 202:23 | 277:5, 7 | 24  365:20 |
| **authority** | 103:22 | 205:21 | 280:2, 4, 20 | 366:2, 18 |
| 585:22 | 104:5, 21 | 206:3 | 282:12 | 367:5, 16 |
| **authors** | 105:23 | 209:17 | 283:4, 13, 22 | 368:1, 10, 20, |
| 52:23 | 106:12 | 210:13 | 284:6, 11 | 21  369:5, 11 |
| 56:18  78:1 | 108:12, 24 | 214:9 | 285:9, 16 | 370:20 |
| 81:12 | 109:21 | 216:13 | 287:3, 15 | 371:2, 22 |
| 94:10 | 110:3 | 218:14 | 288:1, 15 | 372:2, 24 |
| 151:11 | 111:11 | 219:16, 18 | 289:11 | 373:2 |
| 160:21 | 115:9 | 220:12 | 290:2, 13, 23 | 375:6 |
| 175:5 | 117:7 | 221:11 | 293:9 | 377:14 |
| 268:11 | 119:17 | 223:17 | 294:6, 8, 14, | 378:24 |
| 353:9 | 120:6 | 224:6, 24 | 20  295:11 | 379:8, 19 |
| 370:8 | 124:10, 13 | 225:6 | 299:6 | 380:7, 21 |
| 462:1 | 125:15 | 226:11 | 303:2 | 381:6 |
| 604:21 | 126:12, 24 | 227:21 | 318:5 | 383:13 |
| 606:10 | 128:9, 13 | 228:15, 22 | 321:16 | 386:23 |
| **AUTISM** | 130:6 | 230:16 | 323:5 | 387:15 |
| 10:15, 16, 20, | 131:11 | 231:5, 8 | 326:10, 23 | 388:10 |
| 21  11:9, 20 | 133:8 | 232:20 | 329:6 | 390:16 |
| 12:14, 18 | 134:19 | 234:4 | 333:2 | 391:22 |
| 13:9, 12, 14, | 138:10 | 236:9 | 334:3 | 392:17 |
| 20  14:11, 15, | 139:21, 22, | 238:2 | 335:22 | 393:2, 14, 18 |
| 16, 20  15:9, | 24  140:4, 9, | 241:13 | 336:7 | 396:22 |

Confidential - Subject to Protective Order

397:*1, 7, 14*
398:*2, 15, 16*
401:*1, 2, 11,*
*15* 402:*4, 6,*
*7* 403:*11*
405:*2*
408:*2*
409:*22*
413:*7, 17*
414:*1, 3*
415:*6*
417:*1*
420:*7*
422:*12, 17*
423:*16*
424:*19, 22*
425:*3, 12, 16*
426:*4, 10, 16,*
*20* 427:*5, 8,*
*12, 21*
428:*10, 15*
429:*21, 23*
430:*11, 20*
431:*2, 14, 20*
432:*12, 19,*
*23* 435:*14*
439:*2, 9*
442:*6, 17, 22*
443:*7, 20*
444:*6, 15*
446:*13*
452:*4, 24*
454:*9, 14*
455:*17*
457:*4, 10*
458:*3, 20*
465:*14*
467:*18*
468:*4, 7*
469:*13*
470:*14, 18*
471:*16, 20*
473:*5, 15*
474:*2, 6, 19*

475:*4, 20, 22*
477:*12, 14,*
*23* 479:*15,*
*19* 480:*24*
481:*1, 6*
482:*17, 23*
484:*8*
486:*14*
487:*11, 14,*
*23* 492:*15*
494:*24*
501:*11, 16,*
*18* 502:*4*
503:*7*
504:*3, 13*
505:*8, 19*
506:*6*
507:*22*
509:*5, 11*
511:*14, 23*
512:*6, 13, 22*
516:*12*
517:*20*
519:*19, 22,*
*24* 522:*22*
523:*10*
524:*7, 14*
525:*13, 23*
526:*8, 14*
527:*14*
528:*24*
534:*4, 16*
535:*6, 16*
536:*6, 11, 13*
538:*8, 12, 13*
539:*5*
542:*23*
546:*22*
547:*20, 21*
548:*14, 21,*
*22* 549:*3, 19,*
*21, 23* 551:*1*
567:*9*
578:*16*

594:*20, 24*
595:*5, 18*
599:*16*
600:*9*
601:*1*
602:*19, 20*
603:*12*
605:*3, 20*
606:*11, 24*
607:*13, 19*
609:*5, 17, 23*
610:*1, 7*
611:*13*
612:*4, 21*
614:*13, 22*
617:*10, 13*
618:*20, 22*
619:*20*
621:*7, 10*
623:*10*
626:*1, 13, 19,*
*24* 627:*20*
634:*14, 20*
635:*7*
**AUTISM.PD**
**F** 14:*8*
20:*18* 21:*14*
**AUTISM_C**
**DC.PDF**
23:*21*
**AUTISM_T**
**HE** 20:*8*
**AUTISM-**
**FOMBONN**
**E-2018-**
**JOURNAL**
20:*21*
**AUTISM-**
**KOLEVZON**
**-2017** 18:*16*
**autistic**
224:*21*
242:*15*

381:*4*
547:*24*
**available**
40:*22*
291:*6*
510:*16*
**Avchen**
142:*15, 20*
143:*2, 15, 23*
144:*11*
145:*6, 7*
146:*21*
147:*2, 8*
153:*7, 12*
155:*23*
**Avenue**
1:*14* 3:*9*
4:*16* 5:*5,*
*18* 6:*4, 10*
7:*21* 34:*12*
**average**
210:*16*
229:*5*
**Avi** 370:*11*
461:*13, 19*
463:*23*
464:*3, 8, 14*
571:*1, 7, 18*
**Aviv** 489:*20*
**Avoid**
89:*17* 90:*18*
**awaits**
605:*10*
**AWARDED**
26:*15* 389:*4*
**aware** 54:*1,*
*3* 55:*22*
62:*1, 15*
84:*3* 99:*8*
106:*3*
161:*16*
162:*10, 21*
165:*19*
173:*12*

231:*19*
233:*11*
251:*19*
313:*24*
391:*15, 24*
404:*19, 22*
405:*22*
454:*13*
484:*23*
509:*24*
524:*5*
551:*7, 17*
552:*2*
560:*7, 17*
601:*2* 616:*5*
**awareness**
170:*22*
242:*12*

**< B >**
**babies**
451:*21*
**baby** 48:*11,*
*12* 61:*11*
329:*3*
413:*6, 21, 23*
454:*16*
576:*20*
579:*10*
**Baccarelli**
455:*12, 13*
**back** 41:*8*
72:*15*
75:*19* 76:*6*
101:*2*
121:*11*
122:*23*
123:*5*
134:*12, 14*
137:*7, 14*
138:*20*
141:*1*
146:*5*
152:*1*

153:*21*
156:*3*
164:*1, 7, 9*
184:*10*
205:*13, 19*
207:*6, 8*
217:*9*
218:*8*
237:*2*
270:*14*
272:*20*
273:*16, 22*
276:*21*
287:*13*
297:*7, 12*
318:*13*
323:*7, 12*
350:*9*
355:*10*
362:*15*
371:*7*
387:*8*
398:*6*
411:*3*
422:*11*
424:*23*
434:*12*
441:*20*
445:*4*
453:*21*
461:*11*
463:*1*
468:*8*
508:*1, 24*
523:*19*
525:*8*
527:*7, 10*
541:*12*
542:*11*
545:*1*
563:*9*
571:*22*
574:*20*
579:*23*

583:*6*
593:*4, 10*
602:*18*
612:*16*
**back-and-
forth** 578:*9*
**back-
calculate**
574:*10*
**backed**
578:*11*
579:*9*
**background**
530:*5*
**backing**
576:*18, 22*
**backwards**
574:*22*
**bacterial**
423:*3*
469:*23*
**bad** 149:*20*
430:*22*
434:*18*
**Baio** 190:*7*
191:*18*
193:*18*
**ballpark**
564:*21*
**bar** 374:*12*
**barely**
393:*16, 24*
**BARNES**
6:*9, 16*
**BARRIERE**
4:*3*
**Barton**
173:*23*
174:*3, 14*
**base** 302:*19*
**based** 66:*11*
146:*11*
159:*24*
179:*10, 15*

180:*6*
200:*6*
214:*6*
230:*13*
276:*6*
286:*23*
299:*20*
408:*2, 5*
433:*9*
438:*10*
463:*14*
471:*17*
480:*22*
492:*13*
526:*18*
560:*13*
570:*20*
594:*18*
609:*17, 18*
610:*19*
615:*11, 14,
15* 618:*24*
620:*5*
**baseline**
287:*22*
**basic** 301:*1*
418:*23*
**Basically**
128:*17*
142:*18*
240:*1*
291:*22*
301:*13*
413:*14*
437:*11*
**basis** 90:*12,
22* 92:*5*
94:*5* 99:*4*
197:*5*
507:*9*
541:*8*
546:*10, 12*
586:*18*
590:*21, 22*

605:*24*
627:*17*
**BASKIN**
11:*7, 14*
223:*16*
227:*20*
**bat** 246:*5, 8*
306:*1*
**Bates** 569:*1,
3* 570:*4*
572:*4, 14*
574:*11, 17*
**Bates'd**
572:*11*
**bathroom**
217:*22*
**BAUER**
31:*7* 69:*9,
11* 71:*12*
93:*18*
571:*2, 10*
575:*10*
577:*17*
**BDNF**
537:*10, 19*
538:*1*
**beard**
541:*13, 16*
**BEASLEY**
2:*12*
**beating** 62:*6*
**Beaumont**
47:*13*
328:*13*
**becoming**
232:*19*
**before-the-
time-of-
birth** 275:*16*
**began**
300:*11*
**beginning**
1:*14* 93:*23*
96:*7* 292:*3,*

*24* 491:*19*
567:*14*
**begins**
415:*7*
416:*17*
419:*16*
**behalf** 580:*7*
**behave**
256:*2*
**behavior**
139:*20*
185:*20*
309:*16*
**BEHAVIOR
AL** 12:*11*
138:*9*
**behaviors**
104:*4, 19*
180:*6*
**Behrang**
370:*8, 10*
**believe** 41:*6*
45:*20*
52:*15* 60:*2*
69:*8* 97:*7*
158:*12*
358:*1*
388:*7*
409:*23*
410:*11*
445:*1*
491:*7*
533:*21*
565:*21*
572:*22*
576:*14*
600:*19*
**believed**
421:*17*
594:*14*
614:*12*
**believes**
45:*14*

Confidential - Subject to Protective Order

bell 105:*12, 20* 301:*14* 511:*12*

benefits 599:*3*

Bennett 187:*6, 18*

benzodiazapine 314:*10, 23*

Berginck 98:*6* 621:*3, 6*

Berman 233:*15, 23* 234:*9, 13* 235:*8* 236:*7*

Best 1:*13* 36:*5* 79:*3* 81:*21* 544:*14* 574:*1* 624:*2, 18, 19*

beta 314:*9, 21*

better 140:*4, 6* 159:*18* 292:*1, 8* 309:*7* 320:*18* 354:*8* 365:*6* 394:*11* 397:*15* 459:*2* 543:*6* 612:*20*

bias 337:*1, 15* 338:*7, 16* 407:*2*

biased 445:*24*

biases 605:*8* 616:*5*

Big 7:*17* 148:*20* 221:*2* 396:*12*

bigger 437:*4*

bill 561:*11* 571:*24* 624:*22*

billed 574:*3* 580:*7* 581:*12, 14, 16* 624:*24*

BILLING 26:*22* 58:*12* 60:*7* 572:*15* 580:*21*

bills 623:*22*

Bio 563:*18*

biologic 516:*21*

biological 44:*9* 412:*16* 422:*8, 15* 423:*20* 424:*4, 7, 11, 14, 17, 21* 425:*1* 536:*10* 540:*18* 543:*11* 604:*4, 11*

BIOLOGY 20:*7* 543:*6* 544:*15*

biomarker 380:*10* 384:*6, 8* 386:*15* 398:*9, 18* 399:*8*

biomarkers 383:*22* 384:*15* 385:*3* 398:*7* 399:*2, 4, 16, 18* 400:*1, 5, 11, 14, 20* 401:*18* 402:*2*

biopharmaceutical 556:*10, 12*

Biosciences 562:*20*

birth 160:*6, 10* 275:*10, 12, 13* 360:*15* 362:*11, 12* 423:*12, 13* 452:*1, 21* 454:*6, 17* 456:*15, 24* 457:*3, 22* 458:*7, 8, 16* 499:*12* 511:*1* 603:*11*

births 117:*10, 11*

bit 43:*7* 58:*1* 61:*14* 102:*8* 108:*22* 437:*5* 449:*14* 450:*14* 550:*18* 607:*10* 616:*16*

Bits 455:*7* 613:*11*

BlackRock 558:*5*

blah 407:*10*

blame 192:*12* 602:*9, 19* 603:*4* 625:*11* 627:*17*

blaming 625:*9*

blank 610:*9*

BLAXILL 11:*14* 223:*6, 16* 224:*14, 15* 225:*23* 226:*23* 227:*17, 19* 228:*12* 229:*2* 230:*7* 232:*15* 584:*22*

B-L-A-X-I-L-L 223:*6*

Blaxill's 227:*9*

blog 361:*16, 22* 362:*4*

blogging 362:*5*

BLOG-ON 20:*7*

blood 77:*10* 398:*22* 399:*6, 10* 467:*20, 21* 472:*8, 12* 543:*4*

Bloomberg 78:*8*

blow 72:*23* 73:*2* 74:*12*

80:*8* 103:*6, 11* 108:*9* 147:*20* 149:*14* 173:*23* 392:*6* 433:*21* 493:*15* 519:*13*

blue 511:*9* 579:*11* 585:*20*

BMI 465:*12, 13, 22* 466:*13* 467:*10*

board 561:*2* 562:*3*

boards 560:*22*

Boccuto 306:*5, 6*

BOCCUTO-PHENOTYPE 28:*18*

bodies 494:*9* 498:*12*

body 49:*12* 80:*16* 81:*6* 224:*19* 373:*23* 375:*23* 382:*4* 384:*11* 393:*11* 404:*23* 423:*1* 475:*18* 506:*3*

boned 256:*4*

BONESTEEL 7:*14*

**BOOK**
27:2*1*
40:*17* 41:*5,
10* 42:*2, 8, 9,
17* 43:*19*
45:*5* 46:*24*
48:*15, 23*
49:*5* 50:*18*
53:*10, 12*
55:*24* 58:*2*
61:*17* 63:*2*
64:*18*
83:*13*
101:*10*
123:*1, 13*
274:*10, 18*
288:*23*
289:*21, 24*
356:*10*
359:*18*
365:*18, 22*
366:*7*
367:*11*
408:*17*
422:*11*
423:*7*
424:*8, 9, 11*
442:*2*
444:*18, 19*
445:*6*
452:*3*
458:*5, 17*
460:*8*
465:*5*
469:*22*
481:*20, 24*
484:*1, 11, 21*
486:*7, 21*
487:*7*
501:*17*
502:*1*
512:*2*
515:*18*
516:*3*

536:*8, 16*
601:*5, 14, 17*
609:*7* 623:*1*
**books** 40:*12*
41:*4* 128:*20*
**Boolean**
84:*6*
**Boots** 6:*14*
**bored**
278:*11*
**BORN**
27:*18*
143:*16*
221:*12*
228:*17*
265:*24*
455:*18*
**Bornehag**
619:*8, 15*
**borrow**
207:*5*
**borrowed**
207:*3*
**boss** 124:*2,
4* 397:*10*
**BOSSO** 6:*3*
**Boston**
324:*24*
**bothered**
212:*8, 10*
304:*9*
**bothers**
67:*12*
**bottom**
39:*14*
40:*17* 68:*2*
92:*8*
102:*17*
159:*2*
171:*6*
233:*22*
240:*23*
278:*3*
279:*11*

290:*7*
322:*11*
345:*5*
362:*20*
376:*9*
418:*8*
419:*13*
420:*23*
484:*3*
547:*18*
549:*17*
568:*11*
574:*19*
**Boulder**
566:*2*
**bow** 60:*20*
575:*23*
579:*23*
580:*4*
**box** 38:*12*
46:*10* 96:*6*
297:*10*
344:*15*
**boy** 327:*1*
329:*10*
511:*8*
**Bradford**
411:*24*
413:*5*
414:*8, 12, 16*
**brain** 49:*15*
81:*4* 295:*7*
311:*9*
315:*20*
342:*1*
415:*15*
418:*24*
420:*13*
421:*8, 16*
422:*2, 4*
467:*4*
477:*18*
494:*8*
499:*14*

514:*19, 24*
518:*8*
533:*10, 17*
535:*20*
536:*20*
537:*20*
538:*2*
541:*3*
543:*3, 8*
**Brain-
derived**
537:*13, 16*
**brains**
437:*4*
498:*11*
**brain's**
517:*15*
**break**
121:*13, 17,
22* 131:*22*
134:*1, 9*
151:*23*
216:*4, 8*
217:*22*
218:*5*
255:*2*
333:*19*
339:*10*
349:*2, 24*
411:*1*
449:*18*
504:*9*
508:*16, 22*
593:*2*
**breakages**
252:*7*
**BREAKTHR
OUGH**
23:*17*
379:*20*
380:*5*
**Brennan**
174:*4*

**briefly**
109:*11*
597:*7*
**Brigham**
88:*14* 89:*5*
**bring**
309:*19*
575:*3*
**bringing**
273:*16*
547:*11*
**Bristol** 43:*4*
**broad**
357:*5*
382:*10*
466:*18*
481:*13, 15*
491:*22*
493:*10*
494:*18, 20*
495:*6, 7, 9,
18, 22* 496:*2,
3, 7, 9, 16*
498:*5*
500:*11*
521:*14*
528:*6, 10*
544:*19*
**broadened**
166:*8*
**broadening**
169:*18*
191:*8*
**broader**
368:*19*
**broadly**
136:*1*
339:*17*
458:*14*
511:*19*
548:*23*
549:*1*
565:*11*
**broke** 246:*7*

Confidential - Subject to Protective Order

**broken**
245:*14, 23*
246:*9*
248:*16*
295:*18*
305:*4, 5, 7*
308:*3, 5*
318:8
**brother**
265:*5*
**brothers**
267:*1*
**brought**
203:2
460:*12*
**BROWN**
5:9   7:*14*
9:*8*   38:*8,*
*14, 22*   39:*10*
41:*19*   43:*6,*
*10, 12, 14*
46:7   47:7
48:*18*
51:*21*   52:*1*
53:*14*   55:6
56:*24*   57:*9,*
*11*   59:*9, 13*
60:*10*
61:*19*   62:9
64:*7, 21*
67:*21*   68:7
69:*3*   70:*20*
71:2   73:*4,*
*24*   74:*16*
76:7   78:*18*
79:*23*
83:*22*   84:*9,*
*17*   85:*4*
86:*5*   87:*4,*
*12*   88:*3, 16*
89:*19*   90:*1*
91:*1*   92:2
93:*7, 11, 15*
95:*8, 17*

96:*2, 17*
99:*5*   100:7
101:*14, 20,*
*24*   102:*6, 19,*
*23*   103:*5, 8*
104:*23*
106:*1*
107:6
110:*7, 15*
111:*16*
112:*2, 8, 20,*
*23*   113:2
114:*17*
115:*4, 11, 16,*
*21*   116:*11*
117:*12, 23*
118:*12*
119:*11*
120:*1*
121:*16, 23*
122:*3*
124:*23*
125:*8, 18*
126:*1, 14*
128:*2, 6*
130:*7, 16*
131:*3, 8, 19,*
*23*   132:*13,*
*20*   139:*11,*
*15*   144:2
145:*21*
146:6
148:*6, 9, 14,*
*23*   149:*5, 15,*
*22*   150:*8, 17,*
*21*   151:*4, 22*
152:*12, 17*
153:*24*
154:*6, 14, 20,*
*23*   156:*18*
157:*1, 6*
158:*1, 16, 20*
159:*5*
161:*18*

162:*16*
163:*1, 13, 18,*
*24*   164:*4*
166:*15*
167:*4, 9*
172:7
173:6
175:*20*
176:*5, 14, 20*
177:*6, 16, 24*
178:*9, 21*
179:*18*
181:6
183:*4*
184:*4, 12, 21*
186:*11, 16,*
*20*   187:*19*
188:*6, 16, 20*
189:*1, 7, 12,*
*14, 18*
190:*12*
191:*15, 21*
192:9
193:*11*
194:*6, 19*
195:9
196:*3, 11, 21*
197:*18*
198:*11, 19*
199:*5, 11, 20*
200:*12, 17*
201:*21*
202:*17*
204:*1, 16, 23*
205:*3*
206:*16, 24*
207:*9, 15*
208:*5*
209:*8*
211:*3*
212:*9, 12*
213:*3, 14*
214:*16*
215:*2, 14*

216:*2, 9*
217:*21*
218:*1*
219:*5*
222:*13, 19*
224:*1*
225:*12, 24*
226:*20*
227:*4*
229:*9*
230:*22*
231:*17, 23*
233:*9*
234:*15, 22*
235:*21*
236:*15*
237:*16, 19*
238:*14*
239:*2, 18*
241:*1, 16*
245:*15*
246:*1, 10, 16,*
*24*   247:*4, 11,*
*21*   248:*5, 20*
249:*7*
250:*1, 14, 24*
252:*13, 19*
253:*7, 17*
254:*6, 19*
255:*6, 23*
256:*6, 13*
259:*3, 6*
261:*22*
262:*4*
263:*7, 12*
267:*3, 16*
270:*20*
271:*17*
272:*4*
273:*8*
274:*22*
276:*12, 20*
277:*1, 11*
282:*5*

288:*4, 9*
289:*1*
295:22
297:*2, 8, 13,*
*16*   298:*9*
299:*1, 13, 23*
303:*10, 23*
304:*10, 22*
305:*8*
308:*4, 15*
312:*14*
313:*7*
314:*11, 24*
318:*9*
320:*3*
322:*5*
323:*22*
324:*12*
325:*7*
326:*12*
327:*3, 17*
328:*4, 21*
329:*12*
330:*9, 22*
331:*13*
333:*5, 18*
334:*6, 12, 19*
335:*1, 8, 16*
336:*3, 8*
337:*6, 16, 22*
338:*8, 17*
339:*14*
340:*4, 11, 24*
343:*19*
344:*13, 15,*
*24*   345:*24*
346:*10*
347:*11, 20*
348:*11*
349:*1*
352:*13*
354:*17*
357:*2*
361:*5*

363:2, *12*
364:*1, 23*
365:*8*
366:*4, 14*
367:*9, 18*
373:*20*
375:*16, 21*
378:*17*
379:*22*
381:*15*
383:2, *15*
384:*13, 20*
385:*13*
386:2
388:*12*
389:*8*
390:6, *18*
392:*9*
394:*16, 23*
395:*5, 17, 23*
396:*4, 9*
399:*22*
403:*16*
404:*11*
405:*5, 11, 15*
406:*12*
407:*11, 21*
408:*22*
409:*15*
410:*1, 18*
415:*13*
427:*15*
428:*20*
431:*21*
432:*13*
433:*5, 21*
434:*6, 14*
435:*2*
436:*15*
441:*15*
445:*21*
446:*3, 14, 23*
447:*17, 22*
448:*6*

449:*7*
450:*21*
451:*9*
452:*11*
454:*18*
456:*3*
459:*7*
461:*1*
463:*10*
466:*15*
468:*14*
469:*14*
470:*20*
474:*11, 20*
475:*6*
476:*7, 18*
477:*2*
478:*7, 18, 23*
479:*12*
481:*12, 23*
482:*24*
483:*18*
484:*24*
485:*21*
490:*2*
491:*2*
494:*17*
495:*9, 17*
496:*19*
497:*6, 18*
498:*2, 15*
499:*3, 17*
500:*8*
502:*24*
504:*6*
505:*21*
506:*1, 17, 24*
508:*18*
510:*11, 18*
511:*17*
515:*3*
516:*14, 24*
517:*22*
519:*5, 13*

520:*15*
522:*9*
524:*9*
527:*4*
528:*4*
531:*15*
532:*8*
533:*11*
547:*5*
550:*21*
551:*21*
552:*1, 22*
553:*6*
554:*6, 16, 21*
556:*21*
557:*5, 9, 15,
20, 24*
558:*10, 21*
559:*7, 19*
560:*1, 11*
565:*4, 8*
566:*4*
568:*9*
569:*16*
572:*2, 7, 10*
573:*12*
574:*13*
576:*10*
577:*6*
583:*14*
584:*14, 24*
585:*23*
586:*8, 23*
587:*17, 21*
588:*18*
589:*6, 17, 21*
590:*12*
591:*12, 17*
592:*8, 16, 20*
593:*9*
596:*18*
608:*4*
612:*14*
614:*8*

616:*13*
618:2, *8*
620:*9, 21*
622:*1, 12*
623:*3*
625:*3, 17*
626:*3, 8, 14*
627:*1, 21*
628:*8, 17, 22*
629:*9*
630:*5, 24*
632:*2, 9, 21*
633:*3, 20*
634:*4, 16*
635:*11*
**buckets**
   283:*5*
**Bud** 453:*24*
**buddies**
   124:*18*
**buddy** 396:*7*
**building**
   555:*17*
**built** 351:*17*
   499:*13*
**bullet**
   214:*12, 20*
**bullish**
   347:*8*
**bummed**
   464:*13*
**bump**
   201:*19, 20*
**bunch**
   259:*1*
   307:*8*
   424:*12*
   613:*12*
**BURKE**
   7:*20*
**business**
   592:*4, 14*
**butchered**
   525:*1*

**BUTLER**
5:*16*  58:*22*
59:*21*
84:*15*
572:*20, 21*
573:*21*
576:*9*
577:*3*
579:*12, 21*
580:*7*
583:*10*
584:*1*
622:*22*
623:*21*
**buttons**
   439:*19*
**Buxbaum**
   397:2, *9*
   436:*22*
**BUXBAUM.
PDF** 14:*12*
**buy** 74:*7*
   171:*24*
**buyer**
   556:*10*

**< C >**
**CAIN** 7:*8*
**calculate**
   172:*3*
**calculated**
   142:*20*
   193:*18*
**calculating**
   136:*23*
   142:*14*
   143:*22*
   198:*1*
**calculation**
   160:*7*
   194:*3, 11*
   198:*10, 18*
   200:*15*
   237:*23*

**calculations**
199:*9* 224:*4*
**calendar**
160:*3*
**California**
7:*4, 16*
10:*16, 20*
114:*15, 20*
161:*8*
206:*4*
216:*14*
218:*12*
220:*13*
223:*18*
224:*11, 24*
225:*3, 4*
227:*22*
234:*1*
236:*11*
241:*9, 13*
242:*9*
**call** 70:*12*
95:*5*
248:*18*
256:*11*
295:*18*
374:*11, 12*
378:*16, 20*
525:*16*
562:*3*
569:*6*
571:*15, 17,*
*18* 575:*2, 19*
577:*19*
579:*11*
581:*4, 5, 9,*
*11* 583:*2, 5,*
*7, 9* 584:*1*
585:*6*
592:*10*
**called** 51:*6*
54:*15*
58:*16, 23*
84:*15*

107:*13*
138:*9*
198:*4*
203:*10*
211:*21*
249:*11, 14*
258:*4*
272:*19*
292:*1, 20*
293:*4*
301:*15*
302:*15*
309:*5*
348:*12*
374:*18*
380:*12*
411:*23*
415:*24*
437:*10*
455:*9*
542:*6*
550:*2*
623:*22*
**calling**
410:*14*
**Calls** 248:*6*
250:*2*
320:*4*
337:*23*
407:*22*
476:*8*
478:*8, 19*
479:*13*
500:*24*
571:*12*
576:*11*

**CAMPBELL**
3:*8*
**cancer**
540:*8*
628:*21*
629:*3, 7*

**candidate**
290:*12*
343:*11*
**cannabinoid**
517:*10*
518:*7*
**Canon** 74:*9*
**capable**
496:*5, 15*
498:*23*
**capital**
374:*15*
558:*6*
**capture**
380:*15*
**cardiovascul**
**ar** 398:*20*
**cards**
406:*22*
**care** 327:*7*
**career** 408:*8*
**careful**
163:*5*
**carefully**
203:*18*
205:*12*
224:*11*
232:*13*
462:*23*
465:*19*
637:*4*
**Carl-Gustaf**
619:*8, 14*
**carried**
160:*22*
319:*21*
**carriers**
298:*6, 14*
**carries**
423:*7*
**cars** 449:*18*
**Cartolano**
192:*4*

**CARUSO**
5:*10*
**CASE** 1:*4*
35:*18* 38:*7*
39:*2* 40:*7*
47:*20* 48:*4,*
*9* 53:*22*
58:*6, 9, 17*
59:*22* 60:*7,*
*14, 15, 23*
61:*2, 5, 7, 14*
64:*20* 68:*6*
83:*9, 21*
84:*16* 86:*3*
107:*5, 13*
125:*4*
127:*11*
128:*14*
153:*9*
155:*14*
159:*17*
210:*3*
226:*17*
233:*20*
234:*8*
245:*20*
249:*22*
266:*1*
272:*13*
273:*17, 24*
281:*16*
282:*4*
293:*12*
301:*12*
306:*1, 19*
309:*8*
317:*20*
318:*23*
327:*9*
328:*2, 15, 24*
329:*18*
330:*8*
332:*24*
333:*10*

334:*1, 4*
335:*4, 13, 23*
336:*11, 14,*
*20, 22*
351:*24*
363:*10, 24*
365:*15*
367:*4*
369:*5*
403:*24*
404:*5*
407:*20*
409:*11*
411:*13*
413:*9*
414:*9, 11*
416:*12*
429:*5*
447:*11*
453:*7*
454:*3*
462:*13*
471:*23*
484:*20*
494:*24*
496:*8*
505:*18*
508:*1*
511:*5, 6*
513:*13*
518:*22*
538:*5*
545:*21*
549:*9*
565:*10, 13*
566:*2, 11, 13,*
*15, 18* 567:*3,*
*4, 12* 571:*11*
573:*2*
575:*24*
576:*16, 20*
577:*5*
578:*16, 19,*
*20* 579:*11,*

| | | | | |
|---|---|---|---|---|
| *13* 580:*9* | **category** | 271:*2* | 295:*4* | *24* 468:*12* |
| 595:*10* | 45:*8* 209:*3* | 278:*5* | 305:*7* | 470:*17* |
| 602:*12* | 270:*18* | 279:*2* | 306:*2* | 480:*6* |
| 609:*15* | 271:*9* | 280:*2* | 311:*10, 12* | 515:*21* |
| 617:*9* | **CATHERIN** | 282:*12* | 321:*16* | 598:*11* |
| 620:*12* | **E** 2:*19* | 294:*6* | 335:*22* | 601:*1* |
| 634:*15* | 138:*18, 23* | 295:*11* | 499:*23* | 602:*8* |
| **CASES** 1:*6* | **catherine.hea** | 307:*16* | 607:*13* | 605:*3* |
| 111:*11* | **cox@lanierla** | 311:*21* | **causes** | 609:*23, 24* |
| 204:*5, 6, 10* | **wfirm.com** | 312:*8* | 71:*24* | 617:*10* |
| 208:*12, 23* | 2:*23* | 322:*13* | 111:*3, 7* | 626:*12* |
| 233:*14* | **Catskills** | 323:*7* | 135:*7* | **caution** |
| 242:*20* | 36:*12, 17* | 329:*5* | 245:*3, 6* | 94:*11* |
| 243:*3* | **causal** | 333:*2* | 249:*5* | 330:*23* |
| 265:*5* | 248:*10* | 334:*3* | 252:*6* | 331:*14* |
| 266:*4* | 275:*6, 18, 24* | 336:*7* | 295:*21* | 335:*17* |
| 303:*2* | 285:*8* | 338:*15* | 296:*20* | 602:*7* 625:*9* |
| 318:*19* | 353:*15* | 368:*9, 23* | 313:*20, 21* | **cautioned** |
| 322:*4* | 457:*19* | 385:*9, 21* | 326:*19* | 93:*23* |
| 326:*23* | 512:*18* | 386:*9* | 348:*5* | **cautioning** |
| 327:*20* | 518:*3* | 393:*18* | 351:*6, 14, 19* | 80:*13* |
| 335:*20* | 529:*11* | 399:*19* | 352:*10* | **cautiously** |
| 368:*7* | 536:*19* | 400:*2* | 368:*21* | 428:*2* |
| 400:*6* | 595:*1* | 402:*4* | 453:*3* | **CDC** |
| 431:*14* | 598:*7* | 416:*20* | 469:*12* | 127:*17* |
| 491:*24* | 603:*12, 20* | 471:*16, 20* | 477:*14* | 129:*11, 15* |
| 492:*1* | 615:*2* | 474:*6, 8, 14* | 479:*19* | 133:*10* |
| 493:*11, 12* | 628:*20* | 478:*16* | 481:*1* | 144:*10, 14* |
| 494:*22* | **causation** | 480:*9* | 483:*3, 4* | 175:*5* |
| 496:*10* | 347:*6* | 493:*6* | 504:*14* | 180:*10, 12* |
| 498:*4* | 363:*19* | 534:*4* | 534:*19* | 195:*20* |
| 499:*6, 18* | 367:*2* | 597:*18* | 542:*23* | 196:*9* |
| 511:*1* | 411:*24* | 600:*9* | 594:*20* | 197:*14, 24* |
| 512:*13, 23* | **causative** | 606:*11* | 595:*5* | 198:*4, 10, 17* |
| 519:*22* | 48:*7* 413:*7* | 608:*24* | 600:*7* | 199:*9, 18* |
| 579:*5, 7* | **CAUSE** | 614:*13, 22* | 617:*12* | 200:*15* |
| 609:*1* 611:*2* | 13:*20* | 628:*21* | 621:*19* | 457:*8* |
| **CAST** | 244:*10* | **caused** | 626:*19* | 458:*1, 2* |
| 548:*22* | 245:*23* | 48:*12* | 629:*7* | 611:*19* |
| **casualty** | 246:*8, 19* | 201:*19* | **causing** | 612:*3* |
| 470:*10* | 250:*5* | 254:*3* | 45:*17* | **CDC-** |
| **categorically** | 255:*3, 15* | 256:*10* | 61:*11* | **monitoring** |
| 345:*7* | 256:*24* | 257:*8* | 269:*15* | 179:*6* |
| | 269:*20* | 272:*1, 3* | 272:22, 23, | |

Confidential - Subject to Protective Order

CDC's
197:20
CEHC
534:14

CELESTIAL
25:20, 23
61:4, 7
CELL 22:9
309:10
417:1
437:18
494:1
497:14
526:5
541:6
543:3, 8
cells 103:19,
23 309:4, 18
353:16
418:21
480:7, 9
493:7 543:4

CELLULAR
15:8
103:20
268:3
377:22
438:10
481:8
CENTER
13:18
97:12
127:2
129:11
347:17
396:22
397:1, 7, 14
425:16
428:10, 15
490:15
505:8

534:10, 11,
12 551:2
Centers
191:19
456:18
cerebral
418:11
421:7
certain 85:1
114:14
144:15
209:14
283:12
291:20
370:19
378:22
380:17
394:11
397:16
421:23
482:14
493:4
504:2
528:14
571:16
600:12
611:5
616:10
certainly
39:5 201:1
239:12
240:2
245:9
273:19
295:15
348:4
415:20
472:22
481:8
502:10
521:15
594:24
606:12
613:20

certainty
84:1
CERTIFICA
TE 636:2
certification
636:18
Certified
1:16
636:13, 14
CERTIFY
636:5 639:5
certifying
636:22
cesarian
423:2
CGG
296:21
chain 574:9
CHALLENG
E 16:8
183:18
challenges
416:19
chamber
439:23
chance
41:20
152:18
447:7
604:20
chances
380:21
change
111:12
118:10
159:17
161:4
162:6
165:7
167:17
168:19
170:7
172:4
174:17

182:11, 23
202:8
222:4, 7
226:7
236:20
242:12
243:23
246:15
248:3, 15
249:5
254:2, 4
255:3
256:11
264:22
325:10
356:2, 4, 6
432:5
507:16
638:4
changed
169:16
202:14, 23
214:7
232:6
238:5
250:22
516:8
changes
133:6
137:5
170:20, 24
211:15
221:17
224:8
236:8
242:21
257:4, 19
283:20
355:23
493:6
499:23
500:12
507:18
532:19

543:12, 17
545:12
611:2
637:11
639:10

CHANGING
10:19
111:21
170:22
206:9
207:12, 23
208:4, 9
209:2
210:23
220:12
223:17
227:21
279:12
340:19
382:7
581:21
582:1
583:4, 11
584:2, 7
CHAPTER
13:13
14:10, 15
42:9, 10, 11,
13, 17, 23
43:16, 19, 24
44:7, 15, 17,
21, 23 45:2,
4, 5, 14, 22,
24 46:4, 21,
24 48:15, 23
49:5 50:7,
8, 18 51:5,
14 52:5, 12,
16, 22 53:10,
12, 20 55:21
57:6 61:17
62:12 63:2,
17 64:19

65:*3, 6, 9, 14*
68:*16*
83:*13*
101:*10*
123:*5, 13*
169:*10*
274:*10, 18*
289:*24*
356:*11, 12*
359:*20*
365:*18, 22*
366:*7*
367:*11*
408:*17*
422:*11*
423:*7*
424:*8, 9, 12*
425:*6*
442:*2*
445:*6*
447:*8*
452:*3, 9*
458:*5, 17*
460:*8*
462:*14, 15, 17, 21*
463:*17, 18, 24*   465:*5, 11*
469:*22*
481:*21*
484:*1, 11, 22*
485:*4, 20*
486:*1, 9, 18, 21*   487:*7*
501:*19*
502:*1, 14*
505:*18*
515:*18*
516:*1, 4, 9*
536:*9, 16*
601:*6*
602:*4, 6*
603:*7*

606:*14*
609:*8*   623:*1*
**chapters**
40:*12*   41:*5*
55:*13, 19, 24*
123:*1*
**characteristi c** 528:*14*
**characteristi cs** 50:*1*
**characterize**
239:*6*
**characterize d** 310:*23*
311:*4, 19*
**CHARNEY**
18:*18, 20*
289:*23*
359:*17*
**chart**
132:*23*
136:*14*
610:*9, 12*
**check** 95:*24*
132:*8*
195:*11*
358:*5*
382:*23*
585:*20*
586:*21*
587:*4*
**Checklist**
548:*14*
**chemical**
270:*15*
355:*18*
382:*3*
384:*9*
451:*5*
499:*10*
500:*22*
**chemically**
492:*7*

**CHEMICAL S** 13:*20*
279:*11*
380:*14*
498:*22*
534:*3, 14, 20*
**Chicago** 4:*9*
**CHILD**
20:*22*
48:*10*
144:*8*
170:*18*
269:*19*
284:*23*
320:*1*
329:*2*
335:*22*
338:*23*
376:*6, 15, 20*
377:*10*
378:*8*
384:*10*
427:*5*
443:*20*
448:*18*
449:*23*
490:*16, 18*
500:*24*
504:*4*
525:*12*
567:*7*
600:*14*
609:*16*
626:*5*
**childbirth**
436:*6, 7*
**childhood**
77:*15*
279:*1*
375:*15*
499:*12*
548:*21, 22*
**CHILDREN**
20:*12*   83:*3*

117:*7*
129:*12*
131:*13*
143:*16*
153:*8, 19*
155:*13*
160:*5*
174:*8*
175:*11*
186:*7*
196:*16*
197:*14*
219:*16, 17*
221:*12*
228:*17*
229:*6*
230:*9*
242:*14*
308:*10*
315:*17*
342:*6*
354:*13*
394:*14*
397:*19*
398:*4*
426:*14, 21*
427:*13*
439:*2, 16*
511:*14*
521:*20*
612:*4, 19*
**CHILDREN _WITH_AU T.PDF** 12:*8*
**CHILDREN' S** 13:*18*
180:*7*
534:*11*
**child's**
333:*2*
334:*3*
336:*7*
380:*14*

384:*7*
602:*9, 20*
**choice**
567:*24*
625:*15*
**choices**
428:*3*
**Cholesterol**
399:*13*
**choose**
582:*13*
591:*9*
**chose**
583:*24*
589:*9*
**CHPT**
23:*12*
**Christina**
566:*2*

**chromosomal**
291:*14*
292:*24*
**chromosome**
252:*8, 9, 10*
255:*1*
302:*22*
316:*8*
317:*16*
**chronic**
513:*8*
**Chung**
29:*13, 15, 18*
32:*11*
131:*10*
262:*22*
263:*9*
264:*4*
276:*10, 13*
277:*3, 14*
278:*3*
282:*18*
283:*2*
285:*12*

321:22
322:11
325:22
404:7
407:24
**Chung's**
130:1
387:9
402:22
**CI** 470:8
**cigarette**
628:21
629:2
**cigarettes**
450:16
**circle** 404:8
406:8
**circles**
403:5
404:21
405:21
406:18
409:21
**circulating**
480:5
**circulation**
472:16
**circumstance**
**s** 482:14
498:17
**citation**
164:5
169:6
213:1
584:12, 18
**citations**
230:3
**cite** 100:22
143:5, 20
145:4, 23
156:6
162:5
163:21
164:12

176:23
181:24
183:22
197:9
203:9
212:2, 8
216:12
219:4
220:2, 21
221:22
230:1
234:9
258:14
298:18, 21
458:17
523:20
**cited** 143:4
155:20
161:17
162:11
169:4
182:5
193:5
197:11
204:22
213:10
220:1, 21
222:1
226:22
228:6
231:21
233:15
235:7
261:7, 9
341:6
342:12
415:23
524:23
**CITES**
23:16 43:4
174:3
218:11
260:4

379:19
416:22
**citing** 80:15
151:11
167:16
173:4
470:8
515:22
**City** 3:10
**CIVIL**
27:13
54:14 55:9
**claim** 48:10
337:19
567:6
**claims**
224:10
**clarification**
136:22
180:4
307:19
**clarify** 52:4
95:20
163:4
171:16
248:24
269:7
410:8
462:14
486:15
487:1
512:17
577:18
588:15
**clarifying**
487:3
**classic** 455:8
**Classification**
195:2
**classified**
45:8
**clastogen**
251:16

252:16, 22
254:22
255:9, 19
**clastogenic**
251:20, 22,
23, 24
253:14
270:15
**C-L-A-S-T-**
**O-G-E-N-I-**
**C** 252:1
**clean**
219:11
220:4
506:22
**clear** 85:17
90:21
146:11, 14,
17 191:4, 6
222:6
237:11
239:20
242:17
244:8
335:23
366:24
457:4
485:3
500:13
506:3, 9
516:17
518:3
521:7
533:9, 16
535:22
580:12
623:7
**clearly**
218:17
226:5
249:12
322:23
**click** 185:7

**client**
232:20
**Clinibis**
562:10
**clinic** 323:4
**CLINICAL**
19:22
35:13
164:14
214:6
248:18
269:15, 20
281:9
282:16
286:2
294:13
300:21
304:18
307:1
309:20
310:6
392:15
397:8
401:19
425:16
440:23
505:7, 12, 13
542:3, 4
543:15
608:1
**CLINICAL_**
**TRIALS_IN**
**_PMS**
19:15, 18
**clinically**
103:24
244:21
281:14, 18
282:2
615:16
**clinician**
144:7
182:21

470:*17*
476:*23*
**Clinician-**
**Administere**
**d**  547:*1*
clinicians
  161:*10, 13*
clinics
  144:*20*
**Clinilabs**
  562:*13, 14*
**clip**  277:*13*

**CLIP_1.MP4**
  26:*20*
**CLIP_1.MP**
**F**  19:*16*
**CLIP_5.MP**
**F**  19:*19*
**close**
  176:*22*
  237:*18*
  243:*1, 20*
  463:*7*
  630:*23*
**clown**  71:*8,*
*18*
**CLUES**
  25:*16*
  344:*10*
**CNVs**
  268:*20*
**coached**
  495:*10*
  496:*17*
**coaching**
  188:*24*
  496:*21*
  591:*22*
**co-author**
  42:*11, 12, 17,*
*21, 24*  43:*20*
  44:*2, 8, 18,*
*23*  45:*5, 24*

46:*2*  47:*1*
48:*15, 22*
50:*9, 20*
51:*15, 18*
53:*3*  58:*3*
63:*4, 16*
64:*18*
357:*20*
370:*6*
423:*8*
460:*3*
484:*12*
**co-authored**
128:*23*
134:*15*
393:*1*
**co-authoring**
370:*17*
**co-authors**
445:*3*
**code**  291:*19*
**coded**  180:*6*
**Co-editor**
52:*11*
**cognitive**
82:*22*
**COHEN**
5:*16*  58:*18,*
*19*  59:*5, 16,*
*20*  60:*4*
572:*23*
573:*1, 6, 21*
577:*3, 9*
**Coherence**
412:*19*
**cohort**  81:*5*
83:*2*  99:*24*
118:*24*
164:*20*
165:*13*
167:*19*
326:*2*
456:*14, 15*
550:*2*

**cohorts**
  159:*24*
  160:*6, 10*
  550:*7, 12*
**co-**
**investigator**
  438:*24*
**co-leads**
  631:*21*
**collaborate**
  300:*19*
  301:*1*
  307:*20*
**collaboration**
**s**  550:*5*
**collaborator**
  69:*21*

**collaborators**
  425:*23*
**colleagues**
  52:*13*  98:*8,*
*14*  523:*16*
  529:*9*
**collect**  379:*7*
**Colleen**
  540:*16*
**college**
  488:*3*
  489:*6, 8, 13,*
*23*

**COLOMBIA**
  29:*10*
**color**  203:*23*
**Colorado**
  7:*10*  566:*3*
**Columbia**
  297:*22*
  324:*24*
**column**
  110:*23*
  147:*18*
  148:*18*

221:*9*
228:*10*
230:*5*
341:*17*
345:*5*
346:*3*
492:*24*
547:*11, 19*
**combat**
555:*16*
**combination**
135:*24*
159:*16*
320:*17, 19*
353:*19*
368:*3, 15*
**combine**
161:*5*
**combined**
219:*19*
242:*24*
281:*11*
605:*21*
**come**
124:*21*
146:*1*
176:*7*
177:*14*
243:*20*
278:*6*
284:*9*
304:*16*
310:*6*
322:*14*
328:*3, 11*
334:*23*
405:*14*
557:*6*
574:*20*
591:*16*
595:*8*
597:*15*
**comes**
132:*8*

185:*7*
201:*1*
270:*23*
323:*6*
406:*19, 23*
503:*19*
557:*14*
616:*4*
**comfortable**
105:*9*
255:*13*
421:*11*
476:*6, 11*
479:*8*
480:*21*
629:*12*
**coming**
178:*4, 18, 23*
531:*13*
621:*21*
**comment**
81:*24*
121:*6*
143:*1*
153:*23*
154:*4, 16, 19*
227:*12, 15*
229:*12*
232:*2, 12*
252:*23*
276:*11*
371:*6*
388:*15*
397:*21*
522:*13*
**commentary**
223:*15, 20*
224:*9*
227:*9, 10*
**commenting**
105:*9*
**comments**
142:*23*
501:*7*  628:*7*

Commerce
2:15
commercial
556:1
commission
639:21
commitment
71:23
committed
71:9
383:11
387:13
committee
631:23, 24
633:18
634:2
committing
387:11
COMMON
30:20
86:19
251:3
257:21, 24
258:3
259:17
261:13
262:14, 16
269:14
270:1
280:5, 10, 14, 16, 23   281:2, 11, 13, 17, 20, 23, 24
282:12
286:1, 4, 9, 10, 15   287:2
290:20
294:18
326:15, 21
327:12
337:3
369:5
372:23
519:18

529:10
548:13
597:5
common/mild 285:16
commonly
94:16
143:24
144:5
161:24
213:8, 24
214:5
246:19
295:10, 16
361:12
444:12
452:24
454:8
457:17
467:17
480:24
482:22
517:7
611:22
common-sense 448:15
communicated 409:9
communicating 406:9
communication 541:6
548:2
communications 507:14, 20
communities
203:23
205:15
555:18
COMMUNITY 29:10
68:11
94:17

120:5
143:9
144:22
146:3, 15
162:2
182:20
198:22
199:18
213:9
214:6
226:4
297:21
298:8
361:14
457:19
479:18
486:12
611:23
613:5, 11
comorbidities 369:1, 11
370:20
372:7, 23
393:1
comorbidity 369:2, 3, 6
compact
266:22
companies
558:20
560:21
company
552:12
555:24
comparator
265:17
compare
106:9
338:24
compared
179:14
193:24
426:21

comparing
181:14
COMPARISON 22:21
194:22
265:3
compelling
472:23, 24

compensated
562:4
complete
152:15
184:24
589:11
603:24
completely
235:22
completion
636:8
complex
171:9
343:7
344:20
345:8
393:17, 23
compliance
203:7
complicated
262:1, 7
302:10
complication
567:9
complications 360:16
454:6
511:16, 21
603:11
comply
189:19
591:7
complying
189:15, 16

component
409:21
comport
60:8
403:13, 18
composition
248:3
Compound
211:4
311:23
compounding 504:20
compounds
438:12
comprehensive 570:13
588:3
compromise
186:6
concentric
403:5
concept
165:14
167:16
257:18
267:2
301:23
422:8
450:9
487:22
494:15
544:9
conception
249:16
271:3, 8
303:19
concepts
479:2
conceptual
363:15
435:24
conceptualization 414:1

Confidential - Subject to Protective Order

conceptualized 413:18
conceptually 501:3
concern 334:20 335:5
concerned 331:15 504:17
concerning 507:22 617:1
concerns 68:21 78:13 91:18 174:17 190:21 198:23 199:24 330:11 334:10 597:15
conclude 230:13 603:19 606:10 617:12 621:9
concluded 174:6 239:15 242:10 372:22 473:22 635:18
concluding 598:23
conclusion 186:3 197:6 208:8 224:16

290:9
502:2
526:3
595:9
620:5, 7, 15
621:22
622:4
conclusions 49:7, 9 81:17 124:14 288:9 373:6 456:2, 12 526:18 597:3 606:15
conclusive 146:2 598:1
concordance 258:5 265:14 272:8
concordant 366:21
condition 244:20 364:20 369:3, 4 472:8, 12 544:14 602:9
conditions 50:2 248:18 377:18 422:21, 24 466:1 603:10 609:18, 24
conducted 230:8 351:9 428:6

conduction 437:18
Cone 240:20 243:12
confer 418:10
CONFERENCE 17:16, 19, 23 18:8 401:11 439:9 539:5
conferences 529:8
confers 470:13
confidence 179:13
CONFIDENTIAL 1:8 490:9
confidentiality 330:13
confirm 514:10 530:11, 13 582:18 596:13 598:10
confirmed 420:3
confirms 456:23
conflict 60:22 61:3 578:21, 23 579:1
conflicting 613:18
conflicts 616:2
confounded 536:24

confounder 609:10
confounders 442:13, 14 443:9, 22 444:8
confounding 50:21 339:7 473:18 506:12 605:9 610:2
congenital 359:3 471:10, 20
Congress 198:7
conjunction 49:17
connect 309:18
connection 595:14
connections 309:10 543:8
consciously 446:19
CONSENSUS 31:7 68:10, 19, 23 69:7, 14 93:6 95:3, 16 120:4 143:8 146:16 226:5 479:17 613:5, 10, 20 620:18 621:13 622:9, 20
consequence 234:3

248:17
416:21
518:4

consequences 481:10 482:8
conservative 337:4
consider 70:1, 23 71:5 81:7 471:19 540:15 585:21 586:7, 16 587:15 589:3 590:10 609:11
considerably 50:23

consideration 147:23
considered 64:4 68:13 85:12, 18 97:23 135:10 146:13 180:17, 19 183:23 234:14, 21 235:1 269:10 270:7 273:19 285:8 306:19 315:12 458:9 531:5 547:13

Confidential - Subject to Protective Order

585:*11*
586:*12*
589:*3*  590:*9*
**considering**
432:*3*
598:*17*
605:*6*
**Consistency**
412:*9*
414:*22*
465:*2*
603:*18*
**consistent**
144:*19, 20*
182:*19, 20*
200:*2, 8*
219:*9*
248:*10*
323:*20*
403:*24*
404:*4*
408:*7*
440:*19*
441:*4*
443:*10*
465:*17*
466:*9*
473:*13*
506:*23*
507:*8*
526:*6*
536:*10, 14*
598:*2*
599:*9*
604:*16*
**consistently**
50:*2*  67:*16*
405:*1*
473:*3, 10*
**consult**
94:*1*
447:*20*
561:*19*
564:*2, 4, 6, 9,*

*11*  579:*12,*
*15*  598:*21*
**consultant**
461:*20*
**consulted**
561:*21*
562:*9, 18, 21*
563:*1, 6, 11,*
*22*
**consulting**
562:*17*
564:*15*
**Consumer**
5:*14, 21*
534:*15*
**contacted**
59:*22*
**contain**
381:*4*
**containing**
522:*20*
523:*9*
**Cont'd**  3:*1*
4:*1*  5:*1*
6:*1*  7:*1*
8:*1*  10:*2*
11:*2*  12:*2*
13:*2*  14:*2*
15:*2*  16:*2*
17:*2*  18:*2*
19:*2*  20:*2*
21:*2*  22:*2*
23:*2*  24:*2*
25:*2*  26:*2*
27:*2*  28:*2*
29:*2*  30:*2*
31:*2*  32:*2*
**content**
507:*16*
**contents**
462:*21*
**context**
151:*9, 12, 14*
190:*18*

311:*7*
324:*15*
345:*21, 23*
354:*22*
355:*2*
365:*7*
368:*19*
381:*8*
382:*1*
434:*9, 13*
465:*1*
481:*16*
502:*12*
519:*1, 9*
520:*3*
522:*14*
544:*1*
634:*14, 21*

**contextualize**
343:*23*
**continue**
40:*15*
121:*24*
189:*21*
305:*9*
415:*11*
419:*17*
546:*6*
**continued**
168:*6*
350:*12*
611:*24*
**continues**
127:*1*
211:*24*
225:*4*
275:*2*  538:*5*
**continuing**
500:*20*
611:*12*
**continuous**
439:*18*

**contraction**
182:*2*
**contractions**
436:*5*
**contrary**
225:*3*
**contrast**
291:*3*
**contribute**
168:*17, 20*
208:*19*
261:*13*
287:*2*
349:*16*
383:*13*
386:*23*
512:*12, 21*
534:*16*
**contributed**
82:*14*
133:*7*
137:*17*
179:*7*
191:*7*
221:*15, 19*
237:*12*
**contributes**
161:*22*
472:*15*
**contributing**
199:*1*
387:*14*
**contribution**
326:*18*

**contributions**
306:*23*
307:*10*
343:*8*
**contributor**
283:*13*
452:*22*
482:*21*

**contributors**
360:*17*
375:*6*  454:*7*
**Control**
127:*2*
129:*11*
191:*20*
337:*14*
338:*15, 21*
339:*5, 6*
440:*9*
442:*13*
456:*19*
494:*5*
498:*8*
537:*1*
636:*21*
**controlled**
504:*18*
**controlling**
442:*12*
**controls**
314:*16*
336:*24*
338:*6*
**convenience**
575:*3*
**convenient**
110:*17*
**conventional**
356:*24*
**converge**
418:*10*
**CONVERGE
NCE**  15:*7*
268:*2*  421:*6*
**convergent**
526:*7*
**conversation**
59:*2, 17*
330:*16*
572:*19*
573:*18, 19,*
*20*  577:*12*

Confidential - Subject to Protective Order

578:*14*
579:*18*
580:6
583:*16*
**convincingly**
609:*4*
**Cool** 305:*19*
463:*21*
**coordinated**
149:*16*
**copied**
463:*4* 580:2
**copies**
38:*10*
151:*24*
152:5
301:*11*
438:7
440:*12*
**copy** 37:*3*
39:*1, 5*
74:*4* 107:*4*
121:*12, 18*
122:*1*
149:*6, 20*
150:*16, 19*
181:*8*
184:*16, 23*
207:*4*
316:7
354:*12*
438:5
440:*12*
585:*16*
**cord** 77:*10*
**Cornell**
489:*3*
**corner**
290:*6, 8*
429:2
505:*3* 572:6
**Corporation**
6:*13, 22*

7:*12, 24*
562:*16*
**correct**
39:*1* 45:*21*,
*22* 58:7
100:2
107:*4*
116:*24*
138:*21*
139:2
141:*15, 19*
142:2, *7*
155:*22*
178:*19*
200:5
257:*3*
261:*3*
268:*15*
285:*10*
291:*15*
310:*22*
313:*18*
316:5
318:5
319:8
321:*19*
332:*16*
348:*22*
350:*17*
351:7
356:*19*
361:8
363:6
364:*20*
378:6
382:*16, 20*
412:*13*
413:*20*
431:*12*
436:8
472:6
507:*4*
510:6
517:*16, 17*

548:*19*
565:*16*
576:*23*
577:*1*
578:*17*
582:2
594:*5, 6, 11,*
*12, 14, 15*
600:*17*
601:*15, 16,*
*20* 611:*17*
614:*7* 639:7
**corrections**
637:*5, 7*
639:*10*
**correctly**
44:*13* 47:*3*
49:*21* 51:*1*
76:22
77:*19*
111:*4, 5*
136:*17*
164:*20*
179:*17*
181:*21*
224:*13*
225:*7, 11, 15*
228:*13*
229:*8, 15*
232:*21*
243:*4*
354:*5, 7, 16,*
*21* 371:*11*
397:*24*
548:7
**correlation**
426:2
451:*24*
452:*14*
**correspond**
38:*11* 401:*1*
**CORRESPO**
**NDENCE**
25:7 59:*23*

60:2 569:*7,*
*24* 580:*24*
**cortex**
418:*11*
421:7
**cortical**
419:*14, 18*
420:2
**cost** 547:*15*
**Costales**
359:*10*
**Costco** 6:*21*
**Cote** 1:7
**counsel**
34:*18* 43:6
73:*24* 87:*4*
90:2 91:2
102:*19*
207:2
276:*15*
375:*18*
490:*18*
491:2
593:*22*
599:*10, 16*
601:*11*
602:*4*
610:*14*
612:*17*
613:*24*
616:*23*
625:*3, 5*
627:*24*
628:8
629:*20*
**counseling**
92:*16*
**Counselor**
434:*9* 490:*1*
**counsel's**
74:*23*
**count** 210:*3*
**counted**
210:*6, 7*

**counter**
510:*17*
**country**
79:*3* 81:*21*
88:*14* 89:*9*
97:2 98:*1*
168:*13*
210:*12*
**County**
565:*15*
**couple**
142:*23*
240:*21*
374:*21*
424:*3*
489:*15, 23*
491:*1*
539:*1*
593:*13*
601:*19*
607:*8* 628:*9*
**course**
152:*16*
242:6
360:*20*
403:*23*
440:*22*
594:2
**COURT**
1:*1, 16*
34:*20*
48:*16*
633:*19*
634:*3*
636:*13*
637:*20*
**courtesy**
46:*3* 51:*19*
52:*19*
62:*15*
464:*1* 628:*9*
**courtroom**
331:5
**cover** 482:*1*

Confidential - Subject to Protective Order

covered 360:*20*

Coyle 126:*19, 20*

CRACKIN 2:*6*

create 308:*23*

created 138:*18*
437:*3*
489:*16*
557:*16*

creating 281:*5*

credit 257:*12*

CRISTINA 2:*20*

cristina.delise@lanierlawfirm.com 2:*23*

CRITERIA 14:*19*
15:*14*
22:*22*
23:*21*
111:*22*
141:*6*
144:*10, 14, 16*  156:*5, 13*
164:*17, 20*
165:*7*
166:*8*
167:*17, 23*
168:*5, 14, 19*
169:*16, 19*
170:*7*
174:*18*
178:*14*
179:*14, 15*
181:*16, 18*
182:*24*

191:*9*
194:*23*
196:*18, 19*
197:*16, 17*
200:*9*
226:*7*
236:*20*
502:*21*

Criterion 183:*18*
185:*15, 19*
186:*6*

CRITERION-A  16:*8*

critical 49:*15*
192:*17*
295:*6*
311:*8*
312:*20*
315:*19*
375:*14*
376:*18*
403:*19*
440:*18*
441:*3*
517:*15*
538:*2*

criticism 161:*17*
162:*11*
163:*7*  228:*5*

criticisms 230:*7*

criticize 157:*23*

criticized 226:*23*

criticizes 162:*4*

CROEN 11:*8, 15*
212:*2, 18*
213:*1, 20*

214:*13*
215:*1, 12, 17*
216:*7, 12, 16*
222:*5*
223:*9, 16*
224:*10, 18*
225:*21*
227:*16, 20, 22*  231:*19*
584:*12, 22*

Croen's 228:*3*

cross-culturally 548:*4*

crossed 485:*19*

cross-reference 55:*14*

crossways 97:*10*

crowd 409:*9, 10*

crown 214:*13*

CRP  472:*17*

crystal 335:*23*

Cuba  509:*5*

culminate 49:*18*

culprits 241:*11*

cultural 236:*22*

Culturally 210:*10*

culture 103:*23*

cultures 104:*4, 19*

Cumulative 117:*8*

160:*20*
380:*16*

curious 217:*4*
497:*3*
502:*15*
570:*6*
623:*20*
629:*23*

CURRENT 14:*15*
49:*23*
129:*10*
185:*13*
196:*17*
197:*15*
250:*3*
272:*17*
286:*24*
361:*24*
473:*22*
594:*19*

currently 283:*10, 18*
289:*9*
341:*22*

curriculum 38:*6*  39:*1*
64:*16*

cut  113:*7*
205:*2*

CV  37:*3*
39:*6, 9, 10*
53:*9, 21*
54:*1*  55:*23*
65:*10*
83:*14*
274:*19*
349:*11*
366:*12*
373:*11, 12*
438:*21*
484:*19*

485:*6, 9, 14*
634:*23*

CV.PDF 10:*13*

CVS  6:*13*
625:*24*

cyclooxygenase  529:*22*
530:*7*
538:*10, 22*

CYP2E1 21:*20*
522:*20*
523:*9*
524:*7, 14*
525:*11*
526:*4*
527:*13, 19*

cytoarchitecture  418:*24*

cytokines 472:*17*


< D >

D.C  6:*5, 19*

dad  284:*10*
443:*17*
448:*16*

dads  449:*13, 14*

dad's  444:*5*

Dalila  268:*7*

damage 255:*14*
448:*22*
449:*2*
480:*6, 9*

damaging 603:*6*

Dang  97:*18*

dangerous 602:*21*

DANIEL 4:*15*  5:*4*

Confidential - Subject to Protective Order

| | | | | |
|---|---|---|---|---|
| **Daniels** | **dataset** | **DAVID** | 282:*1, 9* | 322:*9* |
| 568:*8* | 224:*12* | 5:*16*  14:*12* | 283:*20* | 324:*9* |
| **Daniels-** | 230:*8*  233:*6* | 58:*18, 19* | 285:5, *14* | 508:*1* |
| **Feasel** | **datasets** | 98:*24* | 303:*17* | 572:*16* |
| 107:*13* | 290:*24* | 571:*1, 9* | 315:*11* | 573:5, *15, 22* |
| 127:*11* | **date**  1:*15* | 572:22, *23* | 319:*19* | 575:*18, 22* |
| 138:*10* | 27:*21*  34:*7* | 573:*21* | **dead**  62:*6* | 576:*7* |
| 139:*7* | 58:*8, 10* | 577:*3, 9, 12* | **deal** 221:*3* | 579:*22* |
| 233:*20* | 107:*22* | **david.cohen** | **dealing** | 581:*4, 10* |
| 234:*8* | 137:*10* | **@butlersnow** | 40:*11* | **decide**  89:*1* |
| 453:*6* | 143:*12* | **.com**  5:*20* | 71:*11* | 374:*15* |
| 454:*3*  549:*9* | 149:*8* | **Davis**  241:*9* | 222:*3* | 468:*22* |
| **Danish**  83:*1* | 160:*3* | 244:*1* | 374:*4*  450:*4* | **decided** |
| 550:*7* | 202:*8* | 511:*3, 9* | **deals**  412:*3,* | 214:*8* |
| **Danny**  8:*7* | 287:*14* | **day**  63:*2* | *6* | 622:*22* |
| 34:*4* | 288:*14* | 106:*24* | **DEAN**  7:*1* | **decidedly** |
| **Data**  82:*24* | 293:*20* | 580:*5* | **DEANNA** | 171:*9* |
| 116:*5* | 294:*4* | 585:*7* | 6:*17* | 344:*20* |
| 125:*12* | 308:*16* | 593:*15* | **deanna.lee@** | 345:*8* |
| 131:*12* | 355:*11* | 601:*5* | **btlaw.com** | **decisions** |
| 142:*19* | 368:*8* | 624:*7* | 6:*21* | 388:*17* |
| 159:*22* | 458:*21* | 639:*20* | **death** | **decline** |
| 160:*2* | 491:*3* | **days**  40:*6* | 514:*21* | 159:*17, 23* |
| 161:*8* | 505:*17* | 104:*1* | 515:*2* | 160:*4*  229:*3* |
| 225:*3* | 588:*5* | 266:*7* | **debate** | **decrease** |
| 230:*9* | 611:*11, 14* | 278:*7* | 360:*21, 23* | 175:*11* |
| 268:*19* | 625:*1* | 322:*15* | 372:*17* | 300:*16* |
| 290:*10* | 637:2, *9* | 504:*16, 21* | **debating** | **deemed** |
| 398:*23* | 639:*16* | 505:*10* | 182:*22* | 637:*19* |
| 425:*24* | **dated**  37:*18* | 574:*2* | **decade** | **deeply** |
| 430:*24* | 40:*2*  101:*8* | 637:*16* | 110:*5* | 85:*15* |
| 442:*5* | 155:*23* | **DC**  7:*22* | 121:*10* | 532:*16* |
| 526:*19* | 323:*15* | **DDS**  160:*2* | 405:*10* | **defect** |
| 532:*3* | 324:*10* | 161:*8* | **decades** | 540:*18* |
| 552:*9* | 388:*24* | 232:*19* | 108:*17* | 543:*1* |
| 553:*15* | 392:*14* | **de**  249:*13* | 129:*10* | **defects** |
| 616:*12* | 411:*11* | 257:*19* | 214:*6* | 294:5, *11* |
| 620:*1* | 429:*2* | 268:*20* | 408:*6*  609:*2* | 430:*9* |
| **database** | 636:*15* | 269:*6, 11* | | 541:*4* |
| 551:*8* | **Dates** | 270:2, *3, 11,* | **DECEMBER** | 543:*13* |
| **databases** | 276:*17* | *17, 24*  271:*9,* | 27:*14* | **Defendant** |
| 55:*14*  84:*5* | 610:*15, 22* | *11, 13, 16, 24* | 58:*13*  59:*3* | 6:*7, 21*  7:*6,* |
| 114:*15, 21* | **Dattaro** | 272:*11, 12* | 60:*8* | *12, 17, 23* |
| | 379:*18* | 280:*24* | 276:*19* | |

Confidential - Subject to Protective Order

defendants
35:17
37:13, 16
DEFENDANT'S   32:13
defending
576:20
577:5
578:15
defense
58:5, 21
59:21
60:13   63:7, 11   409:8
485:9
486:20
505:17
570:8
578:15
579:4, 10
580:14
612:12
625:5
Defense-1
612:9
deficiency
46:15
302:14
311:19, 21
312:8, 10, 17, 24   313:11
487:9
deficit
82:20
311:1, 6
437:21
438:2
deficits
305:24
437:16
440:14, 16
define
66:22   258:8

defined
256:16
272:7
398:5   458:7
defining
186:9
definitely
171:22
192:19
199:23
472:11
479:6
492:18
498:18
549:6
582:22
definition
135:6, 8
159:17
161:5
174:7
175:10
257:22
339:21
definitions
612:20
definitively
431:5
degree
110:24
229:1
232:16
DELAY
19:9   30:9
73:13
618:24
deleted
445:16
deletion
252:7
254:24
291:18
302:7, 12
318:16, 24

deletions
302:18
DELISE
2:20
delivery
49:16
275:13
423:3
458:21
511:11
DELUCIA
4:14   5:3
demonstrate
224:5
demonstrated   45:10
171:8
295:20
344:19
372:22
442:15
470:4
500:13
535:5
Demonstrative   28:8, 16
32:15
Denise   1:6
Denver   7:10
deny   582:18
Depakote
501:14
Department
78:8   81:10
375:2
depend
509:16
512:15
616:10
dependent
616:12
depending
109:7

291:21
443:13
depends
57:22
66:21
125:11
246:3, 12
285:19
313:3
324:1
338:1, 2, 3, 13   340:6
356:1
450:23
451:2, 11
461:23
469:5
494:21
deploy
374:15
DEPO
19:12
DEPO.PDF
27:7
deponent
34:16   639:2
depos
402:18
deposed
567:11
deposing
567:17
637:16
deposition
1:8   9:18, 21   22:14
33:2   34:10
35:16   36:3
130:1
155:4
176:22
189:11
247:7
256:22

257:3
329:22
330:2, 7
334:8, 15
335:4, 7, 12
365:19
402:17, 23
455:6
495:4
565:19
567:21
590:1, 6
591:9
612:10
614:1
624:10
625:1
635:18
636:6, 8, 9
637:3, 13, 17, 19
depositions
244:18
407:5, 14
488:19
564:23
565:21
624:14
DEPO-SULLENS
21:10
depressed
603:1
depression
422:22
603:4
deprivation
475:13, 15, 24   476:16, 22   477:16
478:5, 16, 21
deps@golkow.com   1:20

Confidential - Subject to Protective Order

deregulated
311:*11, 13*
derived
309:*3*
538:*9, 20, 21*
543:*3*
describe
613:*15*
described
108:*12, 13*
157:*17*
169:*18*
236:*19*
253:*16*
400:*23*
DESCRIPTI
ON  9:*16*
10:*5*   11:*5*
12:*5*   13:*5*
14:*5*   15:*5*
16:*5*   17:*5*
18:*5*   19:*5*
20:*5*   21:*5*
22:*5*   23:*5*
24:*5*   25:*5*
26:*5*   27:*5*
28:*5*   29:*5*
30:*5*   31:*5*
32:*5*
220:*17*
266:*20*
624:*24*
DESCRIPTI
VE  10:*15*
216:*13*
218:*11, 21*
descriptors
353:*21*
desensitized
210:*15*
deserve
147:*23*
design
338:2, *6, 15*

586:*19*
591:*3*
Designate
490:*8*
designated
35:*16*  48:*5*
designation
380:*6*
designed
338:*14*
380:*6*
desire   304:*7*
despite
186:*8*
603:*9*
608:*14*
detail
108:*22*
153:*12*
548:*1*
detailed
82:*23*   225:*2*
details
178:5, *24*
318:*13*
329:*17*
336:*11, 21*
365:*17*
456:*10*
483:*13*
540:*24*
565:*10*
566:*11, 17,
22*  578:*5*
detect
139:*24*
140:*4, 9, 17*
204:5, *6*
333:*1*
334:*2*
549:*11*
detected
204:*10*

detection
221:*14*
DETERMIN
E   13:*8*
530:*5*
586:*15*
597:*2*
598:*12*
determined
360:*12*
431:*5*
615:*1, 23*
616:*7*
determining
416:*19*
496:*6*
detract
159:*20*
DEV   13:*9*
16:*10*
develop
308:*9*
380:*10*
384:*5*
401:*17*
494:*9*
498:*12*
542:*19*
developed
138:*22*
140:*16, 23*
534:*14*
DEVELOPI
NG   18:*15*
314:*16*
400:*11*
415:*16*
418:*11*
421:*7*
472:*20*
490:*16, 18*
499:*14*
519:*2*
520:*4*

536:*20*
544:*4*
development
76:*1*  80:*17*
81:*4*
103:*22*
295:*7*
311:*9*
312:*21, 23*
315:*20*
342:*1*
359:*2*
362:*24*
364:*20*
375:*14, 15*
376:*7, 16, 19,
20*  377:*11,
17, 22*  378:*9*
420:*3*
421:*17*
422:*2*
459:*15*
467:*11*
468:*2, 13*
472:*18*
481:*11*
482:*9*
490:*21*
493:*19*
500:*24*
513:*11*
514:*19, 24*
528:*22*
533:*10, 17*
535:*20*
538:*3*
540:*6*
562:*15*
DEVELOPM
ENTAL
10:*17, 21*
11:*9*  20:*12*
46:*15*
164:*15*

187:*16*
218:*15*
415:*1*
487:*10*
528:*23*
533:*19*
development
ally  164:*23*
device   380:*5*
diabetes
359:*3*
399:*7, 9*
423:*1*
459:*16*
464:*19*
465:*6*
482:*4, 7*
513:*17*
diagnosable
281:*18*
282:*4*
diagnose
281:*15*
386:*16*
DIAGNOSE
D   15:*15*
77:*13*
144:*13*
160:*7*
164:*14, 21,
22*  174:*9*
175:*12*
209:*16, 18,
19*  231:*3, 5*
243:*3*
383:*20*
DIAGNOSE
S   16:*17*
170:*23*
187:*13*
323:*17*
379:*8*
381:*7*

384:*3*
456:*13*
**diagnosing**
185:*15*
202:*15*
236:*9*
242:*10*, *20*

**DIAGNOSIS**
12:*15* 20:*7*
111:*23*
115:*10*
137:*13*, *17*
144:*6*
159:*18*, *23*
160:*5*, *10*
161:*1*
165:*8*
166:*9*
168:*23*
174:*19*
180:*9*
182:*12*
183:*19*
186:*8*
188:*3*, *4*
190:*22*
200:*6*
201:*11*
203:*16*
205:*22*
206:*9*
207:*13*, *24*
208:*4*, *9*
209:*2*
210:*17*, *23*
214:*9*
226:*6*, *10*
236:*21*, *23*
242:*17*
302:*16*
325:*5*, *24*
361:*23*
380:*7*

385:*23*
426:*16*
454:*15*
610:7
612:*20*
630:*19*, *20*
**DIAGNOSIS**
**_„J** 16:*9*
**DIAGNOSTI**
**C** 15:*14*
22:22
23:*16*
111:*21*
138:*7*, *11*, *17*
139:*4*, *21*, *22*
141:*6*
142:*5*
147:*4*
148:*3*
150:*5*
151:*16*
156:*5*, *12*
166:*8*
168:*7*, *14*
169:*16*, *18*
170:*24*
174:*18*
181:*16*, *18*
182:*23*
191:*9*
194:*22*, *24*
221:*17*
222:*8*
224:*8*, *22*
226:*7*
230:*14*
231:*13*
232:*16*
233:*1*
234:*3*
236:*9*, *20*
379:*20*
456:22
548:*9*

549:*3*, *7*, *20*,
*21*
**diagram**
372:*10*, *14*

**diametrically**
64:*19*
**DICICCO-**
**BLOOM**
22:*7*
**dictated**
616:*7*
**diet** 435:*22*
**differ**
478:22
**difference**
118:*8*
119:*3*, *14*, *20*,
*24* 264:*18*,
*23* 266:22
564:*17*
569:*20*
622:*6*
**different**
47:*20*
100:22
116:*7*
120:*8*
124:*20*, *22*
140:*10*, *15*
148:*24*
149:*6*, *18*
151:*2*
164:*17*
165:*6*
186:*19*
228:*15*
245:*2*, *4*, *5*
261:*5*
269:*21*
283:*3*, *5*
284:*17*
300:*6*, *14*
307:*3*

308:*24*
314:*15*
318:*6*
320:*12*, *13*
325:*16*
326:*7*
339:*18*
355:*13*
373:*19*
375:24
384:*16*
398:*13*, *14*
399:*1*
400:*19*
404:*7*
420:*12*
424:*12*
438:*12*
439:*3*
449:*14*
453:*3*
458:*1*
469:*17*
470:*24*
475:*9*
477:*9*
479:*2*, *5*
519:*21*, *23*
528:*12*
535:22
548:*4*
564:*14*
593:*18*
618:*18*, *19*
**differential**
385:*16*, *20*
527:*15*
528:*13*

**differentially**
228:*19*
522:*19*
**differentiate**
**d** 523:*8*

**differentiatin**
**g** 422:*4*
**differentiatio**
**n** 418:*23*
**difficult**
150:*9*
**dig** 335:*19*
464:*10*
623:*19*
**DiGeorge**
318:*14*
**digital** 152:*6*
**DiLavore**
138:*19*
**direct** 234:*2*
371:*21*
372:*1*, *5*
636:*21*
**Direction**
33:*5*
**directions**
44:*11* 49:*7*,
*9* 123:*6*, *7*
604:*6*, *8*
606:*16*
**directly**
536:*19*
**director**
397:*8*
425:*17*
505:*8*, *13*
507:*14*, *21*
**DISABILITI**
**ES** 20:*13*
534:*5*, *17*
**disability**
164:*16*
211:22
231:*4*
303:*4*
356:*16*, *19*
358:*16*, *23*
359:22
452:*23*

453:*4*
454:*8*
482:22
483:*5*
**disabled**
164:*23*
**disagree**
53:*4* 57:*21*
65:*19* 68:*5*
76:*18*
224:*12*
288:*18*
386:*11*
417:*15*
419:*1, 9, 20*
421:*21*
481:*17*
533:*1*
595:*4, 12*
617:*7* 622:*3*
**disagrees**
224:*15*
**disc** 177:*4*
**disclose**
48:*14* 49:*1,*
*3* 54:*16*
61:*18, 24*
**disclosed**
565:*5*
**disclosure**
38:*5* 39:*3*
40:*6* 63:*13,*
*23* 64:*5*
129:*24*
402:*12*
**disclosures**
37:*17* 54:*17*
**DISCOR**
13:*9*
**DISCORD**
16:*10*
**discordance**
147:*3*
148:2

150:*4*
151:*15*
272:*8*
**discover**
387:*4*
534:*18*
540:*14*
**discovered**
65:*8*
**discoveries**
493:*2*
**discovering**
400:*20*
**discovery**
257:*16*
**discrepancy**
135:*24*
**discuss**
147:*7* 575:*4*
**discussed**
61:*11*
560:*10*
584:*8*
**discussing**
411:*18*
523:*14*
595:*16*
**discussion**
60:*16*
64:*14*
370:*18*
398:*18*
403:*4*
486:*23*
577:*23*
578:*3*
585:*12*
**discussions**
59:*6* 507:*20*
**Disease**
127:*2*
129:*11*
191:*20*
362:*1*

377:*18*
399:*11, 14,*
*20* 400:*2*
456:*19*
487:*11*
528:*14*
**Diseases**
195:*2*
224:*21*
**DISO.PDF**
31:*21*
**DISORDER**
14:*20* 16:*9*
17:*13*
20:*11* 26:*8,*
*12* 27:*17*
48:*8* 51:*10*
57:*15*
69:*23* 70:*2*
77:*14*
103:22
104:*6, 22*
105:24
106:*12*
108:*13*
111:*11*
125:*16*
126:*13*
134:*19*
168:*5*
170:*3*
172:*5*
178:*14*
183:*19*
194:*23*
199:*10*
229:*7*
231:*6*
242:22
244:*19*
268:*4*
285:*9*
290:*13*
295:*11*

315:*10*
321:*16*
343:*14*
344:*11*
349:*17*
350:*17*
353:*23*
354:*2*
359:*21*
360:*10*
361:*4*
362:*10, 17*
363:*1*
365:*21*
366:2
367:*16*
368:*2, 20*
369:*12*
370:*20*
371:*3, 23*
372:*3, 24*
373:*3*
375:*7*
383:*14*
388:*11*
390:*17*
391:*23*
392:*18*
393:*2, 19*
398:*2, 3*
415:*7*
420:*7*
422:*13, 17*
423:*17*
424:*19*
425:*3, 12*
426:*4, 16, 20*
427:*12, 22*
442:*7, 18*
443:*7*
444:*7*
446:*13*
452:*5*
453:*1*

454:*10, 15*
455:*18*
458:*20*
465:*14*
469:*13*
470:*14, 19*
473:*5, 15*
474:*2, 19*
475:*5, 20, 22*
479:*16*
482:*17, 23*
484:*9*
487:*14, 24*
501:*11, 19*
502:*5*
504:*4, 14*
505:*20*
506:*7*
509:*12*
516:*13*
517:*20*
519:*19*
522:22
523:*11*
524:*8*
525:24
526:*8, 15*
528:24
536:*11*
538:*8*
546:*23*
547:*21*
599:*17*
603:*12*
605:*3*
612:*21*
626:24

**DISORDER."**
**.PDF** 25:*17*
**disorder-**
**related**
538:*13*

Confidential - Subject to Protective Order

| | | | | |
|---|---|---|---|---|
| **DISORDER S** 10:*17, 21* 11:*10* 13:*9, 12* 14:*11, 16* 15:*9, 16* 22:*11* 23:*11* 29:*9* 41:*3* 42:*4, 19* 52:*7* 63:*5, 18* 82:*21* 110:*4* 124:*11* 181:*17, 20* 182:*3* 187:*17* 218:*15* 228:*20* 274:*2* 290:*3* 297:*20* 298:*4* 342:*5* 394:*14* 397:*18* 417:*2* 486:*15* 612:*23* **disproven** 602:*23* **disrupted** 532:*5* **disruption** 448:*17* 533:*7* **disruptions** 528:*21* 533:*17* **disruptor** 535:*8* **DISRUPTO RS** 16:*21* 17:*7* 349:*10* | 534:*22* 535:*1* **dissertation** 173:*11* 175:*15* 176:7 177:*9* **distinctly** 283:*3* **distinguish** 398:*15* **distracted** 441:*16* **distress** 423:*2* **DISTRICT** 1:*1* 411:*16* 631:*17* **disturbs** 252:*5* **divalproex** 501:*10, 15* **diverged** 458:*22* **diverse** 373:*23* **division** 365:*21* **dixit** 247:*3* **dizygotic** 272:*9* **DLC** 1:*5* **DNA** 21:*19* 104:*15* 252:*6* 255:*2* 291:*7* 312:*19* 340:*19* 521:*20* 522:*4* 525:*10, 21* **DNA-related** 252:*6* | **doctor** 35:*11* 41:*21* 52:*2* 55:*23* 56:*4, 10, 14* 60:*4* 70:*3, 5, 13* 124:*7* 130:*20* 163:*2* 183:*2* 187:*20* 190:*3* 192:*1* 208:*24* 210:*18* 212:*24* 218:*10* 219:*8* 240:*5* 241:*14* 254:*9* 276:*9* 304:*14* 307:*13* 330:*11* 336:*23* 346:*18* 350:*15* 356:*14* 359:*8* 368:*24* 411:*9* 501:*8* 509:*3* 536:*7* 546:*14* 550:*17* 557:*2* 597:*10, 20* 598:*21, 23* 599:*3* 602:*17* 604:*2, 9, 17* 605:*11* | 606:*14* 613:*2* 635:*12* **doctors** 57:*21* 95:*15* 242:*10, 19* 244:*24* 593:*17* 594:*8, 13, 14, 18* **DOCUMEN T** 1:*5* 35:*21* 37:*9, 23* 41:*11, 16* 54:*9* 72:*19* 74:*20* 76:*11, 14* 77:*2, 17* 79:*8* 86:*15* 93:*1* 94:*22* 101:*4* 106:*18* 107:*18* 109:*12* 114:*2* 122:*9* 127:*20* 129:*19* 131:*24* 136:*8* 147:*12* 150:*10* 154:*24* 155:*2* 170:*10* 172:*17, 19* 176:*2* 181:*1* 183:*13* 187:*8* 190:*9* 192:*6* 193:*1* | 194:*15* 195:*22* 197:*19* 218:*23* 220:*6* 223:*11* 227:*23* 235:*3* 240:*15* 249:*13* 258:*16* 259:*13* 263:*4* 267:*22* 277:*23* 282:*20* 289:*17* 293:*24* 296:*15* 301:*5* 306:*7* 308:*19* 321:*3* 332:*4* 333:*13* 336:*15* 341:*13* 342:*15* 349:*4* 352:*1* 353:*3* 357:*10* 359:*13* 361:*18* 364:*9* 369:*22* 374:*22* 375:*17* 379:*13* 388:*20* 391:*7* 392:*3* 394:*4* 401:*7* |

404:*16*
411:*5*
417:*6*
425:*19*
427:*16*
429:*13*
433:*14*
436:*12*
439:*11*
454:*22*
488:*5*
501:*21*
503:*21*
504:*23*
507:*1*
525:2
530:*18*
534:*6*
539:*9, 24*
541:*19*
542:*15*
546:*16*
551:*13, 22*
553:*11*
554:*13, 22*
555:*4, 7, 10*
568:*18, 21*
580:*17*
585:*10*
596:*21, 22, 24* 600:2
612:*11*
617:*19*
618:*3, 21, 23*
**documented**
180:7
**Documents**
33:8 36:22
177:*4*
235:*23*
585:*18*
**doing** 56:22
67:22
188:*8, 21*

263:*11*
307:*15*
350:*20*
373:*14*
391:*12*
406:*22*
417:*12*
431:*24*
434:*16*
464:*8*
486:*24*
529:*16*
593:*11*
637:*8*
**Dollar** 7:*23*
**domain**
315:*13*
**domains**
440:*18*
441:*4*
**dose** 92:*12, 14* 94:*6*
412:*12*
**dose-dependent**
521:*19*
**doses**
103:*24*
598:*12*
**double**
351:*17*
**doubt** 231:2, 7, 12
**downregulated** 104:*16*
**downstream**
371:2
**DR** 9:*22*
51:*14*
52:*12, 13, 14, 15* 56:*3, 7*
57:*4, 5, 13, 17* 69:*11, 16, 18* 70:*23*

71:*12, 19, 20*
72:2, *3, 4, 10*
73:*22* 76:*5, 15* 78:*17*
79:*1, 5*
80:*23* 81:*1, 15, 19, 23*
87:*20*
88:*11, 20*
91:*8, 11, 23*
92:*18*
93:*18*
97:*15, 21*
98:*6, 11, 13, 19, 20, 24*
99:*1*
109:*22, 23*
114:7
123:*15*
124:*8, 12*
125:*15, 19, 20, 21, 24*
126:*10, 17, 19, 20* 128:*1*
129:*1*
131:*10*
152:*18*
156:8
173:*12*
180:*11*
192:*21*
193:9
194:*3, 9*
200:*20*
206:2, *12*
216:*3*
217:*22*
223:6
224:*14*
243:*10*
262:*22*
263:8, *9, 15*
264:*4*
276:*10, 13*

277:*3, 14*
278:*3*
283:2
294:*4*
301:9
308:*23*
322:*11*
325:*22*
347:7, *14*
370:*4, 5*
380:*23*
382:*12, 22*
383:*5, 9*
391:*11, 17*
394:8
396:*19*
401:*14*
402:*22*
404:7
407:*24*
436:*20, 22*
439:*15*
455:*5*
473:8, *19*
487:*3*
513:7
524:2, *3*
539:*13*
540:*4*
541:*23*
542:*19*
593:*10*
594:*16*
601:*4*
616:*13, 23*
**draft** 445:*15*
**Drafts**
445:*10, 11*
**dramatic**
111:*10*
133:6
142:*10*
232:*18*

**dramatically**
108:*17*
**draw** 620:*5, 14*
**drinks**
483:*10, 12*
**drive**
157:*16*
610:6
**driven**
604:*12*
608:*3* 609:*5*
**drop** 145:*17*
**dropped**
215:*17*
**Drs** 71:*12*
**drug** 80:*17*
301:*18*
379:*4*
380:*4*
562:*15*
**drugs** 91:*13*
307:*4*
314:*10, 23*
491:*13*
493:*4*
498:*23*
499:*11*
500:2, *23*
509:*22*
**drug's** 82:*16*
**DSM** 22:*22*
141:7, *10*
142:*5*
164:*18*
168:*4*
193:*23*
195:*1* 398:*5*
**DSM5** 15:*14*
**DSM-III**
141:*10, 18*
161:*10*
164:*19*
166:2

168:8
180:13
**DSM-III-R**
166:2
**DSM-III-**
**Revised**
141:14, 21
161:12
165:17, 24
166:13
167:2, 14, 23
**DSM-IV**
16:18
141:23
161:14
165:18
168:15
169:1, 13
172:6
180:13
181:15
187:13
188:2  194:5
**DSM-IV-TR**
16:18
179:15
187:14
188:3
193:20
194:1
196:19
197:17
**DSM-V**
14:19  16:7,
17  23:20
142:1
168:14, 24
169:12
170:4
171:19
172:6
174:7
175:9
178:13

179:14
180:13
181:15, 18
182:1
183:17
185:14
186:5
187:12
188:4
190:20
194:4
196:18
197:16
613:13
Dsullivan@h
sgllp.com
4:18  5:7
**DUANE**
7:18
**duces**  36:21
**due**  135:24
170:22
308:1
378:21
482:6
567:8
612:19
630:2, 15
**duly**  35:3
636:5
**duplication**
291:18
314:1, 18
**duplications**
313:23
314:6
**during-the-**
**time-of-**
**birth**  275:17
**Dutch**  83:1
**duty**  54:16
61:17

**dynamic**
143:12
611:1
**dysequilibriu**
**m**  290:21
**dysfunction**
311:20
312:7
516:12
536:8
**DYSREGUL**
**ATED**  15:8
268:3
**DYSREGUL**
**ATION**
22:8  46:18
49:13
416:24
438:9
487:13
518:2
**dystocia**
511:10

**< E >**
**e.g**  360:14
454:4
493:21
535:19
**E-19**  419:15
**E-22**  419:15
**E3A**  313:17
**Eagles**
582:17, 20
**earlier**
127:4
140:23
161:11
292:14
331:10
385:23
386:1, 17
390:13
432:22

464:12
539:23
573:4
**EARLY**
16:8  47:11
183:18
203:13
279:1
375:15
376:20
384:1
418:22
419:7
420:2
490:19
492:4
493:18
499:12
504:16, 21
526:13
528:2, 22
564:1
**early-life**
394:12
397:16
**easier**  437:5
**easily**  282:4
**East**  2:8
3:4  7:21
**easy**  438:14
547:16
**eating**  48:11
**ECONOMY**
21:13
**edelucia@hs**
**gllp.com**
4:18  5:6
**edge**  362:23
364:19
**edited**
289:22
**EDITION**
13:13
18:20

23:11  41:1
42:3, 18
46:4  63:4,
18  122:13
273:24
274:21
288:22
289:22
359:19
365:22
422:12
486:14, 24
505:19
601:5, 14
**EDITION.P**
**DF**  27:22
**editions**
164:18
**editor**  52:8
**editorial**
224:9
**Education**
211:22
222:4, 7
501:2
**educational**
180:8
212:23
226:8  231:9
**EEG**  314:8,
14
**effect**  81:3
112:13
165:3, 11
262:17
280:17, 22,
24  285:15,
16  300:17
337:2, 5
366:22
385:10
437:13
483:11, 16

Confidential - Subject to Protective Order

506:*10*
518:*3* 537:*3*
**effective**
92:*12* 94:*6*
339:*5*
**effectively**
494:*7*
498:*10*
**EFFECTS**
15:*14*
239:*22*
240:*1*
285:*17*
286:*3*
290:*20*
291:*1*
353:*17*
354:*9*
355:*16*
371:*2*
439:*1*
451:*14*
483:*9*
499:*1*
500:*14*
502:*4*
503:*7*
518:*8*
535:*14*
537:*2*
538:*12*
**efficient**
161:*5*
**effort**
400:*23*
461:*6, 19*
**efforts**
615:*22*
**egg** 269:*23*
272:*14*
285:*1*
319:*21*
415:*19*

**eggs** 448:*20,*
*21* 493:*7*
**eight**
129:*13*
203:*3*
209:*15*
505:*10*
564:*24*
624:*5*
629:*24*
**eight-year-**
**old** 131:*13*
**eight-year-**
**olds** 456:*20*
**EILEEN**
4:*14* 5:*3*
**either** 71:*5*
98:*21*
135:*4*
254:*24*
270:*2*
300:*15*
309:*16*
447:*9*
484:*22*
**electrophysio**
**logical**
402:*2*
437:*8, 16*
**element**
46:*14* 487:*9*
**elemental**
46:*18*
487:*13*
**elements**
591:*4*
**ELEVATED**
19:*8* 30:*9,*
*13* 73:*12*
77:*8* 456:*24*
**Eli** 563:*23,*
*24*
**elicit** 104:*2*

**eligible**
188:*3*
**eliminated**
161:*2*
**Elmo** 40:*24*
102:*10*
424:*23*
**elucidation**
605:*10*
**E-MAIL**
28:*10* 41:*9*
60:*5, 18*
64:*3*
463:*16*
574:*9*
576:*3, 6*
579:*22*
580:*1, 3*
615:*6*
623:*14, 16*
**e-mails**
445:*4*
463:*4*
570:*5, 16, 19*
574:*21*
577:*21*
578:*9*
580:*2*
613:*24*
**embedded**
144:*9*
316:*11*
450:*2*
**emerge** 50:*3*
**emerging**
360:*9*
**emphatically**
560:*11*
**empirical**
181:*14*
290:*10*
**employ**
124:*21*

**employed**
383:*10*
**employer**
506:*20*
**en** 327:*23*
607:*3*
**encephalopat**
**hy** 567:*8*
**endeavors**
615:*22*
634:*10*
**ended**
266:*18*
279:*15*
284:*12*
294:*15*
302:*2*
309:*23*
322:*17*
401:*21*
437:*23*
441:*1*
539:*19*
541:*10*
542:*8*
543:*20*
**endocannabi**
**noid** 516:*11*
**ENDOCRIN**
**E** 16:*21*
17:*7*
349:*10*
533:*7, 8, 15,*
*18* 534:*21,*
*24* 535:*8, 14*
**ends** 51:*6*
387:*11*
446:*11*
502:*1*
**engine**
449:*18*
**England**
71:*8* 484:*5*
**enjoys** 556:*1*

**enormous**
238:*1*
543:*18*
**enriched**
522:*5*
**enrollment**
228:*14*
**entire** 76:*11*
233:*2*
252:*7*
255:*1*
559:*20*
**entirely**
235:*19*
264:*9*
277:*8*
317:*6*
324:*1* 485:*4*
**entities**
552:*19*
560:*7*
**entitled**
42:*14*
73:*11* 95:*4*
109:*20*
130:*5*
178:*13*
220:*11*
227:*18*
259:*16*
268:*2*
290:*2*
358:*14*
379:*19*
392:*15*
416:*23*
423:*11*
490:*19*
524:*18*
525:*10*
553:*16*
**entitling**
556:*16*
**entity** 168:*7*

Confidential - Subject to Protective Order

| | | | | |
|---|---|---|---|---|
| **entry** 58:*12* | *22* 303:*8* | 453:*17* | 10:*15* | **equivalent** |
| 60:7 229:*5* | 304:*5* | 454:*4* | 99:*12, 13, 23* | 160:*8* |
| 235:*8, 9* | 306:*15, 24* | 459:*13* | 216:*13* | **Eric** 123:*14,* |
| 572:*15* | 307:*4, 10* | 474:5, *9* | 218:*12, 22* | *19, 20, 21* |
| **ENVIRONM** | 320:*1* | 487:*23* | 241:7 | 183:*19* |
| **ENT** 12:*19* | 327:*15* | 489:*22* | 394:9 | 224:9 |
| 49:*14* | 339:*11* | 493:*3* | 396:*20, 21* | 228:*10* |
| 135:*2* | 340:2, *8, 22* | 500:*1* | 397:*13* | **Erik** 8:*10* |
| 243:*23* | 341:*18, 21* | 501:*1* | 450:*5* | 108:*10* |
| 265:7, *22* | 342:*2* | 518:*24* | **EPIDEMIO** | 123:*10* |
| 271:*16, 21* | 343:*8, 13* | 520:*2* | **LOGY.PDF** | 136:7 |
| 279:9 | 344:*2, 21* | 525:*23* | 12:*16* | 137:9, *22* |
| 339:*19* | 345:*11, 16* | 526:*11, 22* | **epigenetic** | 141:*2* |
| 372:*11* | 346:7, *22* | 527:*24* | 249:*11* | 148:*12* |
| 380:*20* | 347:9, *15* | 534:*10, 12,* | 377:*13* | 149:9 |
| 382:7 | 348:*20* | *19* 612:6 | 493:6 | 158:*24* |
| 384:*19* | 349:*15, 17,* | **environment** | 494:*4, 5* | 173:5 |
| 385:*1* | *18* 350:*22,* | **ally** 272:*1* | 497:*23* | 174:*1* 185:*3* |
| 403:6 | *24* 351:*3, 11,* | 474:*17* | 498:*8* | **err** 330:*23* |
| 474:*23* | *21* 353:*16* | **ENVIRONM** | 499:*23* | 331:*3* |
| 491:*15* | 355:*15* | **ENT'S** | 500:*12* | **errata** |
| **ENVIRONM** | 356:*3, 6, 17,* | 26:*16* 389:*5* | **epigenetics** | 637:6, *9, 12,* |
| **ENTAL** | *20* 358:*21* | **enzymes** | 340:*16* | *15* 639:*12* |
| 13:*18* | 360:*13, 22* | 494:*3* | 491:*19* | **error** |
| 28:*20* | 362:*18, 22* | 497:*22* | 492:*13, 19* | 199:*10* |
| 71:*24* 75:*5* | 363:*16, 18* | **epidemic** | 494:*13* | 200:*16* |
| 81:*11* | 364:*18* | 224:*20* | **epigenome** | **errors** |
| 111:*3* | 366:*22* | **epidemiologi** | 491:*16* | 354:*12* |
| 112:*16* | 368:*4, 16* | **c** 219:*18* | 498:*24* | **especially** |
| 113:*12, 15* | 370:*23* | **epidemiologi** | 499:*15* | 92:*17* |
| 135:6, *9* | 371:*18, 22* | **cal** 49:*24* | **EPIGENOM** | 388:*4* |
| 171:*11* | 372:6 | 82:*18* | **IC** 25:*15* | 465:*3* |
| 239:*1, 17, 22,* | 375:5, *12* | 99:*23* | 344:9 346:*8* | 602:*21* |
| *24* 240:9, *12* | 376:2, *17* | 278:*20* | **equal** | 609:*3* |
| 241:*11* | 380:*16* | 295:*20* | 403:*22* | **ESQ** 2:*3, 4,* |
| 244:*11* | 385:*4, 5, 20* | 296:8 | 450:*20* | *5, 6, 7, 14, 19,* |
| 245:6 | 386:7, *15* | 347:*15* | 451:*8* | *20* 3:*3, 8, 14,* |
| 253:*13* | 390:*1, 4, 16* | 442:*11* | 509:*13* | *15* 4:*3, 4, 5,* |
| 271:6 | 393:*12* | 473:*24* | **equally** | *6, 7, 14, 15* |
| 272:*3* | 398:*10* | 512:7 536:*4* | 461:*14* | *5:3, 4, 9, 10,* |
| 273:*13* | 403:*21* | **epidemiologi** | **equitable** | *16, 17* 6:*3, 9,* |
| 279:*22* | 404:*8* | **st** 129:*2* | 555:*18* | *16, 17* 7:*3, 8,* |
| 280:*1* | 406:*8* | **EPIDEMIO** | **EQUITY_M** | *14, 20* |
| 299:*10, 12,* | 450:*18* | **LOGY** | **OUNT** 24:9 | |

essential
46:14
380:18
487:9
essentially
60:20
104:14
269:24
286:6
296:6
437:20
438:9
439:20
449:22
establish
604:14
606:4
established
280:1, 7
289:10
308:1
329:5
351:19
356:5, 9
361:12
363:17
367:1
386:8
400:7
415:5
416:16
435:10
469:19
470:11
476:3
482:19
492:15
495:1
501:14
517:2, 7
535:24
536:2
estimate
337:4

574:1
624:2, 18, 20
estimated
233:24
264:16
277:18
337:2
454:14
456:13
612:3
estimates
127:3, 5
129:10
170:18, 23
178:15
196:16
199:2
260:23
261:6
607:23
ESTIMATE
S-PMC.PDF
14:20
ET 11:8
14:7 16:13
18:10
31:10
159:14
161:9
193:18
224:10, 18
228:12
229:2
230:7
232:15
Ethan's
330:4
331:11
332:13
ethics 61:23
etiologic
423:24
etiological
43:3 273:7

274:13, 17
275:4
346:23
355:4
527:17
528:16
532:21
ETIOLOGIE
S 26:9
369:12
etiology
51:10
171:9
304:21, 24
307:15, 23
314:4
320:1
343:6
344:19
345:8
360:17
366:2, 23
367:16
368:1, 14
383:24
385:7
402:4
606:23
Europe
510:8, 14, 22
626:22
627:7
European
510:17
550:7
evaluate
118:5
121:5
227:8
299:4
327:21
484:14
595:7

596:24
627:15
evaluated
620:13
621:6, 13
evaluating
496:5
558:16
596:20
EVALUATI
ON 13:7
615:14
EVALUATI
ON_OF
12:8
evaluations
180:8
EVAN 3:3
evan.janush
@lanierlawfi
rm.com 3:6
event 269:6
275:7
events 43:2
51:9
268:21
273:6, 13
274:12, 16
275:17, 24
346:21
366:1
367:15
421:11
512:9
eventually
541:7
Everybody
370:12
616:4
evidence
43:1 49:12,
23 51:7
81:6 211:5
222:9

224:20
225:5
226:16
273:4
274:11
275:15
276:3, 6
346:20
365:23
367:6, 13, 21
438:8
473:22
511:15
518:1
524:14
526:9
544:9
613:20
620:6
evident
160:16
413:19
evidently
437:6
evolved
605:15
exact 58:10
171:21
175:6
444:12
600:9
exactly
56:21
165:19
206:6
232:4
324:16
363:5
364:4
404:20
442:19
449:4, 6
457:12

476:*12*
573:7, *8*
**EXAMINAT**
**ION**  35:*6*
350:*12, 16*
593:*7*
616:*19*
**examined**
35:*4*  426:*1*
466:*7*  606:*6*
**examines**
198:*22*
**examining**
164:*13*
**example**
137:*5, 12*
145:*9, 23*
146:*1*
166:*21*
233:*23*
240:*14*
254:*21*
258:*11*
265:*2*
270:*14*
296:*2, 13*
301:*4*
309:*18*
381:*18*
399:*5, 21*
403:*8*
408:*16*
427:*1*
434:*24*
435:*9*
442:*23*
452:*17*
544:*23*
559:*4*
560:*4*
597:*4*  611:*9*
**examples**
237:*7*
280:*9, 13*

320:*13*
399:*3, 15, 18*
424:*4*
449:*21*
**exceeding**
551:*20*
**Excel**
136:*14*
**excellent**
66:*10*
89:*10*  98:*2*
213:*24*
489:*24*
**excerpt**
105:*11*
**excessive**
467:*13*
**exchange**
234:*3*
**excitatory**
420:*10*
517:*18*
**exciting**
437:*22*
**exclude**
502:*18*
**excluded**
502:*22*
503:*11*
**exclusively**
135:*9*
**Excuse**  88:*5*
305:*5*
**Excused**
635:*17*
**excuses**
238:*24*
239:*6*
**executive**
82:*22*
631:*22*
633:*18*

**exercise**
205:*11*
587:*12*
**exert**  518:*8*
**Exhibit**
32:*14*
35:*22*  36:*2*
37:*8, 10, 24*
38:*3, 4, 24*
41:*9, 12, 17*
46:*7*  54:*7,*
*10*  63:*3*
72:*17, 20*
77:*1, 3*
79:*7, 9*
86:*14, 16*
92:*24*  93:*2*
94:*21, 23*
101:*3, 5, 15*
106:*17, 19*
107:*3, 16, 19*
109:*10, 13*
114:*1, 3*
115:*6*
122:*8, 10*
127:*10, 19,*
*21*  129:*18,*
*20*  130:*3*
131:*6, 18*
132:*1*
134:*16*
135:*15*
136:*6, 9*
139:*6, 10*
141:*2*
147:*11, 13*
156:*17*
157:*8*
163:*23*
170:*9, 11*
172:*18, 20*
175:*24*
176:*3*
177:*20*

180:*24*
181:*2*
183:*12, 14*
187:*7, 9*
190:*8, 10*
191:*17*
192:*5, 7, 24*
193:*2*
194:*14, 16*
195:*20, 23*
196:*5*
205:*20*
211:*17*
218:*21, 24*
220:*7*
222:*1*
223:*10, 12*
227:*15, 18,*
*24*  233:*18*
234:*20, 23*
235:*4*
240:*14, 16*
258:*13, 17,*
*21*  263:*5, 21*
264:*2*
267:*21, 23*
274:*3*
276:*11*
277:*24*
282:*19, 21*
285:*3, 13*
287:*14, 18*
288:*23*
289:*6, 16, 18*
293:*17*
294:*1*
296:*12, 16*
301:*4, 6*
306:*8*
308:*12, 20*
321:*2, 4, 24*
332:*2, 5*
333:*11, 14*
336:*14, 16*

341:*7, 12, 14*
342:*16*
348:*24*
349:*5, 8*
351:*24*
352:*2*
353:*1, 4*
357:*9, 11, 19*
359:*12, 14*
361:*17, 19*
362:*7*
364:*7, 10*
368:*13*
369:*21, 23*
374:*21, 23*
379:*12, 14*
388:*19, 21*
391:*1, 8*
392:*2, 4*
394:*3, 5*
395:*9*
401:*8*
403:*9*
411:*6, 10*
415:*4*
416:*7, 13*
417:*5, 7*
425:*14, 20*
429:*11, 14*
433:*12, 15*
436:*10, 13*
438:*21*
439:*12*
453:*15*
454:*23*
455:*3*
458:*6*
459:*19, 23*
471:*24*
472:*13*
481:*22*
484:*2*
488:*2, 6*
501:*20, 22*

502:*16*
503:*19, 22*
513:*5*
514:*12*
519:*11*
523:2
524:*23*
525:3
530:*17, 19,
24*  531:3
534:*1, 7*
539:*3, 10, 22*
540:*1*
541:*17, 20*
542:*16*
545:3
546:*15, 17*
549:9
551:*12, 14*
553:*10, 12*
554:*11, 14*
555:*5, 8, 11*
568:*16, 19,
22*  569:*1, 3,
13, 15*
570:*23*
572:*7, 9*
580:*16, 18*
595:*23*
597:*5*
599:*7, 15*
601:*7*
610:*8*
612:*13*
617:*17, 20*
621:*12*
**exhibiting**
186:*8*
**exhibits**
116:*12*
557:*17*
**exist**  67:*4*
215:*10*
269:*14*

**existed**
506:*10, 11*
**existing**
342:*3*
463:*24*
**exists**  46:*1*
119:*24*
249:*22*
367:*21*
**exome**
292:*1*  293:*5*
**expand**
168:*6*
**expanded**
102:*11*
**expanding**
430:*15*
**expansion**
141:*5*
156:*5, 12*
**expect**
195:*15*
320:*11*
509:*12*
561:*16*
**expected**
526:*13*
528:2
**experience**
143:*7*
146:*12*
182:*21*
212:20
213:*16*
214:*7*
323:*21*
529:*8*
530:*10*
610:20
615:*15*
**EXPERIEN
CES**  29:*21*
490:*19*
491:*14*

492:*5*
493:*18, 21*
494:*16*
495:*14*
498:*22*
499:9
**Experiment**
412:*21*
538:*12*
616:*10*
**Experimenta
l**  99:*18*
100:*5*
**EXPERT**
10:*7*  17:*11*
24:*21*
35:*17*
37:*17*  47:*6,
10*  48:*5*
55:*8*  58:*6*
83:*11*
84:*16*  86:*3*
107:*4*
146:*14*
251:*17*
312:*9, 17, 22*
313:*19, 22*
314:*1, 3, 5*
379:*10*
402:*18*
406:*24*
409:*7, 11*
411:*11*
446:*22*
454:2
479:*6*
480:*15, 23*
483:*14*
537:*21*
592:9
624:*11*
627:*4*
629:*12*

**expertise**
252:*3*
253:*21*
254:*10, 14*
418:*15*
530:*15*
**experts**
164:*14*
408:*12*
575:*1*
**expires**
639:*21*
**explain**
91:20
120:*18*
136:*19*
146:*19*
206:*10*
207:*13*
208:*10*
232:*18*
235:*14*
290:*16*
322:*3*
369:*1*
451:*13*
**explained**
43:*21*
111:*14*
159:*15*
160:*23*
171:2
208:*3*
210:*18*
235:*16*
236:*13*
237:*6*
318:*23*
361:*24*
540:*16*
**explaining**
170:*1*  211:*1*
**explains**
207:*24*

242:20
425:*6*
**EXPLANAT
ION**  28:*15*
53:*8*  62:*7,
11*  136:*17*
233:2
236:2
610:*10*
611:20
**explanations**
536:*10*
610:*23*
611:*1, 12*
**exploration**
361:*11*
535:3
**explore**
249:*10*
390:*16*
**explored**
522:*3*
**EXPLORES**
31:20
392:*16*
**exploring**
348:2
376:*22*
**explosion**
225:*5*
**expo**  389:*15*
**exponential**
257:*15*

**exponentially**
291:*8*
**exposed**
254:*1*
279:*10*
450:*19*
**exposing**
103:*23*
**exposome**
380:*15*

389:*16*
390:*2*
**Exposomic**
389:*12, 20*
390:*3*
**exposure**
77:*12*
92:*13* 94:*5*
271:*7*
298:*7, 24*
299:*21*
337:*5*
346:*7*
353:*16*
355:*15*
356:*3, 6*
362:*13*
371:*19, 22*
373:*2*
385:*11, 17, 20* 387:*14*
398:*9*
413:*6*
450:*19*
451:*5, 6*
484:*7*
491:*13*
499:*10, 24*
500:*21*
501:*9*
521:*17*
536:*18*
537:*19*
598:*13*
615:*1, 2*
**exposures**
50:*1*
265:*24*
303:*8*
304:*5*
346:*22*
359:*4*
370:*23*
372:*7*

375:*13*
376:*17*
377:*12, 17*
378:*11*
380:*17*
382:*3*
383:*13*
384:*10*
386:*22*
390:*1, 4*
391:*22*
392:*17*
393:*12*
422:*20, 22, 24* 450:*18*
492:*5, 12*
500:*5*
503:*12, 17*
520:*10*
521:*1*
579:*5, 7*
**express**
118:*9*
**expressed**
420:*8, 18*
**expressing**
285:*7*
**EXPRESSIO
N** 29:*21*
104:*3, 12, 13, 18* 105:*18*
106:*5, 9, 10, 14* 248:*4*
291:*7*
340:*18, 21*
341:*19*
490:*20*
493:*19*
499:*1*
527:*16*
528:*12, 13*
532:*19*
538:*10*

**extensively**
524:*12*
**extent**
74:*18*
122:*1*
173:*15*
184:*14*
201:*18*
291:*21*
330:*11*
332:*18, 19*
435:*11*
**External**
493:*20*
494:*15*
495:*14*
**extreme**
457:*3*
**extremely**
160:*17*
544:*4*
**eyes** 409:*24*
410:*12*
**EZRA**
13:*15*

< F >
**facilities**
67:*3* 97:*24*
**facility** 97:*1*
244:*3*
552:*14*
**fact** 111:*12, 13* 113:*9*
162:*3*
166:*7*
180:*11*
222:*10*
226:*17*
233:*5*
425:*4*
435:*10*
527:*15*
550:*18*

596:*14*
600:*2*
601:*17*
609:*6*
612:*8, 15*
614:*23*
615:*2*
**factor**
68:*14*
85:*14, 19*
134:*24*
135:*5, 11*
248:*10*
273:*20*
310:*14*
311:*8*
339:*11*
340:*2*
362:*22*
364:*18*
368:*9*
386:*7*
435:*8, 19*
442:*22*
457:*4, 9, 20*
465:*6*
466:*6*
467:*17*
468:*6*
501:*11*
537:*14, 17*
538:*2*
609:*1* 612:*6*
**FACTORS**
11:*20*
13:*14* 23:*7*
28:*20*
42:*15*
44:*10*
49:*17* 50:*3, 16, 22* 51:*17*
109:*21*
111:*21*
112:*16*

113:*12, 18*
120:*8*
134:*22*
135:*10*
136:*1*
137:*3, 16*
157:*15*
168:*17*
169:*20*
171:*11*
191:*7*
208:*19*
209:*1*
233:*4*
236:*13, 18*
237:*12*
238:*7*
243:*1*
244:*12*
249:*11*
265:*10*
269:*22*
274:*7*
278:*20*
306:*15, 24*
307:*4, 10*
339:*18*
340:*8, 17, 23*
341:*21, 23*
342:*2, 3*
343:*14*
344:*2, 22*
345:*12, 17*
347:*2, 5, 9*
348:*2, 21*
349:*16, 17, 19* 350:*16*
351:*21*
356:*18, 21*
358:*21*
359:*1*
360:*8, 14, 22, 23* 361:*1*
362:*8, 11, 19*

Confidential - Subject to Protective Order

363:*16, 18*
367:*1, 22*
368:*4, 16*
370:*22*
371:*18*
372:2, *6*
376:*2*
377:*15*
378:2, *24*
387:*5*
390:*16*
394:*12*
397:*16*
400:*24*
403:*21, 22*
404:*8, 10*
406:*7, 9*
422:*17*
423:*11, 16, 22*  424:*18, 22*  425:*2*
428:*2*
430:*1, 2*
434:*23*
441:*22*
444:*15*
449:*22*
453:*17*
454:*4*
457:*18*
459:*13*
473:*9, 18*
475:*10*
493:*4*
502:6, *21*
503:*3, 15*
512:*18*
518:*24*
520:*2*
525:*23*
526:*12, 23*
528:*1*
604:*5*

613:*6, 10*
630:*3, 9, 16*
**FACTORS.P**
**DF**  23:*14*
**facts**  59:*13*
64:*23*  68:*8*
208:*6*
299:*2*
303:*11*
338:*18*
340:*12*
560:*13*
**factually**
53:*22*
200:*5*  408:*3*
**fail**  637:*18*
**failed**
204:*12*
413:*24*
438:*19*
**fails**  546:*5*
**fair**  64:*16*
65:*12*
86:*12*
106:*15*
116:*21*
133:*22, 23*
143:*11*
154:*15*
188:*21*
189:*3*
205:*5*
227:*12*
257:*5*
261:*19*
307:*22*
334:*21*
400:*9*
408:*10*
414:*13, 20*
419:*24*
462:*24*
463:*9*
490:*23*

521:*9, 10*
531:*14*
533:*4, 5*
583:*22*
589:*7*
629:*15*
**fairness**
192:*11*
195:*3*
220:*10*
307:*17*
**fall**  571:*13*
**fallen**
305:*23*
**false**  146:*8*
404:*14*
622:*13*
**false-positive**
290:*14*
**familial**
473:*17*
**familiar**
65:*23*  72:*9*
74:*19*
76:*14*
159:*9*
174:*13, 16, 22*  179:*21*
184:*15*
223:*5*
241:*2*
260:*16*
315:7, *24*
317:*1*
327:*14*
369:*13*
379:*3, 9*
392:*24*
415:*24*
456:*9*
531:*11*
559:*9, 13*
571:*6*

596:*9*
619:*16*
**familiarize**
103:*1*
184:*5*
186:*21*
187:*22*
**familiarizing**
184:*8*
**families**
204:*14, 15*
214:*8*
283:*9*
323:*18*
354:*1*
**Family**  78:*9*
283:*14*
**fan**  582:*9*
**far**  319:*9*
354:*3*
402:*19*
563:*6*
564:*10*
**farther**
243:*18*
459:*5*
**faster**  384:*2*
**fast-forward**
310:*8*
**fast-tracking**
379:*5*
**father**  285:*6*
**father's**
284:*3*
**fault**  259:*7*
**faulty**
449:*17*
**FDA**  23:*16*
379:*19*
380:*5*
**FEASEL**
21:*7*
**features**
304:*18*

416:*20*
608:*1*
**February**
47:*23*
308:*17*
369:*15*
391:*5*
429:*4*
433:*18*
436:*18*
**FEDERAL**
27:*13*
48:*16*
54:*13*  55:*8*
348:*19*
551:*4*
552:*10*
**feel**  105:*8*
190:*16*
255:*12*
434:*18*
629:*11*
**feels**  330:*18*
**Fein**  174:*4*
**FELLOWSH
IP**  31:*19*
392:*16*
393:*8*
**felt**  578:*20*
579:*1*
**femur**
245:*13, 14, 22*  246:6, *7*
305:*6*  318:*7*
**Ferretti**
41:*4*
**fertilization**
264:*21*
**fetal**  49:*15*
80:*17*  81:*4*
92:*13*
342:*1*
359:*2*
375:*14*

376:*19*
423:*2, 13*
452:22
459:*14*
467:*11*
468:2, *12*
483:*3, 7, 14, 15*  513:*21*
545:*12*
**fetus**
472:*20*
483:*9, 12, 17*
493:*8*
513:*10*
519:2
520:*4, 13*
521:*4*
**fewer**  174:*8*
**field**  57:*14*
124:*10*
126:*12*
319:*12*
325:20
432:*8*
492:*19*
**Fifth**
359:*19*
490:*6*
**fifth-grade**
249:*20*
**fight**  279:*6*
**Figure**
160:*16*
185:*8*
240:*6*
324:*20*
346:*14*
371:*17*
538:*19*
**figured**
38:*18*
278:*14*
**Figuring**
463:22

**FILE**  25:*7*
108:*3*
242:*3*
569:*7, 24*
580:*21, 24*
632:20
**filed**  632:*13*
**fill**  276:22
590:*5*
610:*15*
**final**  519:*18*
604:*1*
**Finally**
139:*20*
606:*13*
**financiers**
373:*18*
**find**  70:*15*
73:*14*
101:*21*
110:*8*
139:*16*
293:*19*
305:*21*
351:*5, 13*
352:*9*
365:*8*
382:*24*
422:2
574:*13*
576:*7*
586:*20*
608:*17*
623:*10, 13*
628:*4*
**FIND_MOU**
**NT**  19:*9*
**finding**
283:*11*
427:*6*
433:*10*
437:22
458:*19*
523:*17*

**FINDINGS**
23:*20*
46:*13*  76:*1*
109:22
171:*8*
179:*11*
186:*4*
196:*15*
206:*6*
290:*14*
344:*18*
355:*5*
428:*6, 16*
432:2
466:*4*
470:*11*
487:*8*
536:*14, 17*
586:*13*
613:*18*
**fine**  117:*17*
124:*9*
132:*7*
417:*24*
468:*9*
591:*11*
592:*17*
**finest**  82:*4*
88:*13*
**finish**  51:22
52:2  69:*3*
85:*5*  88:*8*
90:*1*  91:*2*
92:*3*  112:*2, 3, 21*  113:*3*
121:*21*
144:*3*
163:*15*
175:*21*
178:*10*
190:*12*
225:*12*
253:*7*
304:22

347:*20*
381:*15*
384:*21*
428:*20*
435:*3*
446:*3*
449:*11*
474:*12*
506:*18*
549:*15*
626:*8, 9*
632:*10*
**finite**  448:*20*
**FIRM**  2:*12, 17*  3:*1, 8*
59:*21*
132:*8*
576:*19*
577:*4*
579:*10*
**firmly**
470:*11*
**first**  35:*3*
40:2  46:*4*
49:*11*
52:*23*
58:*12, 16*
59:*1, 11, 15*
60:*6*  63:*1*
65:*3*  72:*3*
73:*3*  81:*2*
89:*16*
93:*18*
108:*9, 13*
110:*11*
122:*12*
136:*16*
142:*24*
147:*18, 21*
148:*18, 19*
159:22
168:*7*
169:*17*
171:*7*

185:*18, 22*
189:*1*
217:*23*
228:*10*
239:*7*
240:*23*
241:*3, 19*
244:*17*
257:*20*
268:*7*
269:*6*
273:*24*
284:*5*
288:22
289:*24*
291:*12*
324:*21*
328:*17*
342:*23*
345:*5, 6*
355:*3*
364:*15*
370:2
389:*23*
392:22
393:*6*
415:*8*
416:*18*
418:*6*
421:*18*
427:*4*
428:*9*
430:*13, 14*
446:*10*
455:*17*
460:*15, 21*
461:*7, 8, 21, 24*  462:*3, 9*
463:*18*
467:*6*
468:*24*
489:*15, 22*
492:*3*
499:22

508:*8*
524:*4*
533:*3*
542:*22*
543:*10*
547:*11*
553:*22*
569:*10, 14*
570:*7*
571:*24*
572:*15*
573:*1, 5, 20*
574:*2*
576:*8*
580:*6*
583:*23*
584:*17*
602:*6*
606:*21*
618:*15, 16*
623:*16*
628:*14*
**FISH**
292:*20*
540:*19*
**fit** 218:*19*
**five** 40:*6*
108:*9, 17*
117:*9*
119:*22*
120:*17*
136:*18*
137:*3*
208:*24*
234:*8*
237:*7*
256:*21*
280:*15*
286:*11, 19,*
*22* 287:*5*
377:*8*
413:*3*
439:*23*
450:*15*

454:*16*
456:*17*
547:*23*
575:*1*
621:*16*
622:*21*
630:*3, 9*
**fixed** 410:*5*
**flawed**
198:*2, 9*
**flip** 39:*19*
96:*8* 107:*7*
173:*16*
**FLOM** 5:*9*
**Floor** 3:*4*
6:*11* 7:*15*
**Flower** 7:*15*
**fluorescent**
292:*20*
**FMR** 295:*6*
**FMR1**
295:*5* 298:*6*
**FOA-**
**FUNDING**
16:*22*
**focus** 343:*9*
375:*12*
376:*17*
391:*17*
**focused**
83:*8*
185:*19*
394:*21*
400:*10*
502:*18, 20,*
*23* 503:*3, 11,*
*15*
**focusing**
131:*5*
377:*12*
605:*5*
**FOERSTER**
7:*8*

**folder**
115:*14*
**Folic** 423:*5*
425:*11*
426:*2, 11, 17*
427:*3, 7, 10*
431:*1, 6*
**folks** 71:*13*
575:*24*
598:*16*
609:*7* 622:*9*
**follow**
112:*10*
113:*4*
144:*3*
552:*3, 5*
**following**
309:*22*
540:*9*
542:*21*
579:*9*
**follows** 35:*4*
424:*17*
**follow-up**
160:*2, 8, 9*
228:*17*
230:*11*
607:*8*
**Fombonne**
192:*21*
193:*9*
194:*3, 9*
224:*9*
**food** 48:*11,*
*12* 61:*11*
329:*3*
379:*4*
380:*4*
413:*6, 23*
576:*20*
579:*10*
**football**
582:*9*

583:*12*
584:*20*
**Footnote**
156:*13*
193:*6, 8, 17*
203:*11*
215:*18, 21*
216:*1, 12*
217:*5*
218:*11, 18*
219:*4*
260:*5*
416:*8, 14, 22*
420:*5*
523:*21*
**footnotes**
145:*18, 19*
217:*1*
**forebrain**
420:*8, 18*
**forego** 93:*24*
**foregoing**
636:*18*
639:*6*
**FOREST**
21:*8* 169:*15*
**forgotten**
499:*13*
**form** 47:*8*
48:*19*
53:*15* 57:*1*
59:*10*
60:*11* 64:*8,*
*22* 68:*8*
70:*21* 71:*3*
78:*19* 88:*4,*
*17* 89:*20*
99:*6*
104:*24*
106:*2*
130:*8*
161:*19*
188:*19*
189:*6*

198:*20*
201:*22*
205:*2, 4*
209:*9*
213:*4*
227:*5*
234:*16*
237:*20*
238:*15*
239:*19*
246:*2, 11*
247:*5, 22*
248:*21*
256:*14*
267:*17*
274:*23*
282:*6*
299:*14, 24*
312:*15*
318:*10*
323:*23*
325:*8*
326:*13*
327:*4, 18*
328:*5, 22*
336:*9*
337:*7, 17, 23*
339:*15*
340:*5*
341:*1*
352:*14*
357:*3*
361:*6*
363:*3, 13*
366:*5*
373:*21*
378:*18*
383:*3, 16*
384:*14*
385:*14*
386:*3*
390:*19*
405:*13, 16*
407:*12*

Confidential - Subject to Protective Order

| | | | | |
|---|---|---|---|---|
| 408:*23* | 552:*23* | 524:*13* | 263:*14* | 558:*3* |
| 409:*16* | 553:7 | 534:*15* | 272:5 | 582:*4, 6* |
| 410:2 | 554:7 | 586:22 | 298:*10* | **fourth** |
| 415:*14* | 558:22 | **foundation** | 299:2 | 86:*24* |
| 418:*23* | 559:8 | 61:*20*  64:*8,* | 303:*11* | 147:*19* |
| 421:*18* | 569:*17* | *23*  76:9 | 314:*12* | 289:22 |
| 422:*4* | 573:*13* | 78:*19* | 315:*1* | **FOX**  3:*12* |
| 431:22 | 584:*15* | 79:*24* | 324:*13* | **fracture** |
| 434:7 | 585:*1* | 84:*10, 19* | 326:*13* | 305:*23* |
| 445:22 | 586:*24* | 88:*17* | 329:*13* | 306:*3* |
| 446:*24* | 592:2 | 89:*20*  99:6 | 340:*12* | **fractured** |
| 450:22 | 607:*16* | 111:*17* | 345:2 | 245:*14, 22* |
| 452:*12* | 614:6 | 114:*18* | 346:*11* | 305:6 |
| 459:8 | 620:22 | 117:*24* | 347:*12* | 318:7 |
| 463:*11* | 622:*13* | 118:*13* | 361:7 | 511:*11* |
| 466:*16* | 626:*4, 15* | 119:*12* | 363:*3* | **fractures** |
| 468:*15* | 627:2 | 120:2 | 364:2 | 245:*13* |
| 469:*15* | 628:*23* | 132:22 | 403:*17* | **FRAGILE** |
| 470:*21* | 632:*3, 22* | 146:7 | 404:*14* | 29:8 |
| 474:*21* | 639:*10* | 172:8 | 406:*13* | 288:*20* |
| 475:7 | **format**  87:7 | 173:*8, 14* | 450:22 | 295:*1, 17, 21* |
| 476:8 | **formation** | 179:*19* | 451:*10* | 296:*5, 8, 20* |
| 481:*13* | 419:6 | 186:*12* | 454:*19* | 297:*20* |
| 483:*1, 19* | 421:*20* | 188:7 | 475:7 | 298:*4, 13, 19,* |
| 485:*1, 22* | **formed** | 189:*24* | 477:*3* | *23*  299:*6, 20* |
| 490:*3* | 614:*19* | 194:7 | 478:*24* | **fragment** |
| 495:*5, 18* | **forth**  445:*5* | 196:22 | 481:*13* | 606:22 |
| 497:*3, 19* | **forward** | 198:*12* | 485:*1* | **framework** |
| 500:9 | 65:*10* | 199:*12* | 515:4 | 363:*15* |
| 505:22 | 127:9 | 204:2 | 524:*10* | 372:*18* |
| 507:*1* | 288:*21* | 207:*16* | 556:22 | 414:*17* |
| 510:*12, 19* | 588:*20* | 208:6 | 557:*21* | 436:*1* |
| 511:*18* | **found**  63:*8,* | 229:*10* | 558:*11* | 494:*12* |
| 516:*15* | *12*  77:*11* | 233:*10* | 626:*15* | **Franciscan** |
| 517:*23* | 104:*1* | 236:*16* | 627:*23* | 566:*14* |
| 519:6 | 142:*19* | 239:*3, 19* | 632:*3* | **frankly** |
| 520:*16* | 144:*14* | 241:*17* | 633:*21* | 255:22 |
| 522:*10* | 160:*18* | 248:22 | **foundations** | **fraternal** |
| 524:*10* | 298:2 | 251:*1* | 551:*3* | 265:*4* |
| 527:5 | 332:22 | 252:*14, 20* | **four**  56:*17* | 266:*24* |
| 528:5 | 437:*14* | 253:*18* | 119:22 | **fraud**  71:9 |
| 531:*16* | 468:*10* | 254:7 | 160:*20* | **frequency** |
| 533:*12* | 473:*3* | 255:7 | 232:*20* | 298:*3* |
| 550:22 | 484:5 | 261:*23* | 358:*12* | |

Confidential - Subject to Protective Order

fresher
505:*24*
friend  407:*8*
friends
130:*21*
330:*16*
447:*23*
484:*18*
front
148:*21*
150:*11*
152:22
191:22
206:*17*
629:6
full  147:*18*,
*21*  148:*19*
151:*14*
206:22
298:*16*
fun  305:*17*
function
82:*23*
309:*12*
355:*21*
356:*23*
377:22
520:*13*
521:*3*
522:7
533:*18*
functional
394:*9*
396:*20, 21*
397:*13*
functions
281:7
fund  374:*9*,
*15*  377:2
388:*8*
550:*19*
552:*13*
558:*4, 5*

fundamentally  198:*2, 9*
funded
551:2, *3, 4*
558:*19*
563:*16*
564:*1*
634:*11*
funder
556:*11*
616:*8*
funders
373:*23*
funding
373:*18*
374:*5*
375:*4*
400:*18*
553:*18*
564:*14*
615:*18, 23*
634:*9*  635:*4*
funds  374:*6*
funny  131:*1*
Furnary
104:*1*
further
78:*12*
230:*4*
466:*12*
473:*16*
500:*17*
605:*10*
635:*11*
FUTURE
32:*10*
44:*11*  49:*7,
9*  123:*5, 7*
130:*6*
403:*10*
555:*17*
561:*18*
604:*6, 8, 13*

606:*15*

< G >
GABA
518:*8*
GABAergic
518:2
gain  467:*14*
gaining
354:*3*
Galveston
47:*18*
328:*8, 10, 11,
16*  331:*10*
390:*13*
411:*17*
432:22
433:*4, 19*
576:*20*
577:5
578:*16, 19*
579:*10*
game
582:*23*
games
583:*12*
584:*21*
gamete
284:*24*
319:22
Gastgeb
174:*5*
gauge
472:*10*
Gaugler
258:*14, 22*
259:*15*
261:*8*
GAULGER
15:*18*
gears
411:*10*
GENE
29:*21*

104:*3, 12, 13,
18*  105:*18*
106:*5, 8, 9,
13*  246:*15*
248:*4, 15*
249:*6, 23*
250:*11, 22*
256:*11, 17,
24*  270:*11,
16*  272:*2, 24*
273:2
282:*11*
290:*12*
291:7
295:5
301:*12*
320:*13*
343:*11*
353:*15*
438:5
440:*13*
490:*20*
493:*19, 24*
494:*2, 7*
497:*9, 13, 21*
498:*10*
499:*1*
522:*21*
523:*9*
524:*7, 8, 15*
526:7
527:*14*
538:*9*
540:*14*
542:*23*
608:*17*
gene-
environment
378:*10*
General
7:*24*  61:22
96:*24*
128:*12*
146:*18*

200:2
253:*15*
266:5
281:*16*
285:*19*
325:*20*
326:*11*
430:*1*
434:22
456:*20*
473:2
513:*17*
522:*12*
528:*11*
547:*12*
generally
92:*15*
125:2
270:*19*
292:*11*
337:*14*
382:*10*
388:*8*
415:5
416:*16*
419:*3*
442:*20*
460:*18, 20*
467:*6*
492:*16*
529:*11*
607:*19*
generating
344:*5*
536:*15*
generation
292:*4*
GENES
15:7
111:*12*
171:*10*
251:7
262:*10*
264:*20*

Confidential - Subject to Protective Order

266:*11, 12, 13, 15, 16*
268:*3*
269:*20*
278:*15, 18*
280:*4*
282:*15*
287:*15*
288:*1, 15*
289:*10*
316:*7*
319:*10, 14*
322:*3*
340:*18, 22*
341:*20*
344:*20*
345:*9, 15*
418:*10*
420:*7, 12, 14, 17*  421:*5*
492:*8, 13*
493:*7*
519:*23*
522:*4*
528:*12*
540:*12*
607:*5*
608:*6, 23*
**genetic**
49:*17*
244:*9*
245:*3*
246:*21*
248:*3, 11*
250:*6, 10*
252:*17*
254:*2, 4, 23*
255:*4*
257:*19*
259:*16*
262:*13*
264:*9, 10*
265:*13, 20*
269:*21*

277:*7, 8*
280:*6*
283:*11, 20*
284:*7, 10, 19*
285:*4*
291:*19*
294:*5, 11*
299:*10*
315:*14*
317:*3, 6*
318:*1, 3, 4*
319:*1, 5, 24*
321:*17*
323:*4, 6, 7, 10, 16*  325:*4, 5, 23*  326:*18, 19, 24*
327:*12, 15*
328:*1, 19*
329:*9, 16*
330:*4, 5, 19*
331:*11, 12*
332:*13, 14, 21*  333:*1, 2*
334:*1, 3*
335:*13, 14*
336:*5, 7*
339:*7, 13, 20*
340:*9*
342:*3*
343:*9*
346:*6*
349:*15*
351:*7, 15, 20*
352:*10*
355:*20, 24*
356:*4, 7, 17, 20*  358:*21*
361:*2*
362:*9, 17*
368:*3, 9, 16, 22*  370:*24*
371:*18*
372:*2, 6*

377:*13*
403:*21*
404:*9*
405:*2*
406:*7*
409:*21*
418:*9*
444:*2*
448:*17*
449:*22*
457:*23*
504:*19*
506:*11*
509:*12*
519:*1*
520:*3*
524:*12*
525:*22*
526:*11, 22*
527:*24*
543:*1, 13, 17*
603:*2*
608:*14, 15, 24*  609:*11*
610:*1, 4, 6*
**GENETIC_ RISK_FOR_ AUTISM**
15:*19*
**GENETIC_T ESTING**
22:*18*
**genetically**
244:*22*
265:*19*
320:*2*
362:*21*
364:*17*
609:*5*
**GENETICS**
12:*11*
15:*10*
43:*21*
111:*15*

171:*2*
243:*22, 23*
268:*6*
283:*4*
316:*11, 13*
318:*23*
372:*11*
403:*5*
408:*2*
450:*2*
524:*18*
537:*2*
600:*11*
607:*2, 11, 13*
608:*3*
**GENETICS_ OF_AUTIS M** 26:*20*
**genome**
390:*2, 5*
420:*5*
**genomes**
265:*12*
**genomic**
451:*16*
**gentleman**
59:*7*  83:*6*
97:*11*
359:*9*
392:*23*
**gentleman's**
173:*7*
**gentlemen**
104:*11*
235:*15*
237:*5*
**Geode**  558:*5*
**gestation**
312:*11*
360:*15*
419:*7*
420:*9, 17*
421:*19*
454:*5*

**Gestational**
423:*1, 14*
467:*14*
473:*2*
482:*4, 7*
**getting**
128:*7*
243:*20*
250:*8*
**Ghanizadeh**
515:*23*
**Giants**
582:*11, 14, 15*
**Gibbs**  40:*18*
**GIFT**  24:*8*
554:*20*
555:*14*
**gifts**  554:*4*
**girl**  327:*1*
**GIRLS**
19:*9*  30:*9*
73:*13*
618:*24*
**give**  38:*9, 18*  41:*19*
67:*5*  74:*1*
87:*13*  93:*8*
102:*7, 24*
103:*8*
110:*7*
115:*20*
116:*11*
152:*9*
158:*22*
181:*7*
184:*4*
189:*4*
191:*21*
193:*15*
196:*11*
200:*23*
201:*20*
212:*16, 17,*

*24* 214:*13*
217:*21*
224:*1*
238:*24*
240:*21*
258:*10*
263:*2*
271:*7*
280:*9*
296:*13*
297:*12*
308:*11, 15*
330:*14*
331:*14*
335:*17*
340:*14*
362:*2*
375:*16*
379:*22*
381:*24*
389:*8*
392:*10*
394:*24*
395:*1, 12*
408:*20*
440:*15*
456:*4*
480:*12*
522:*14*
531:*22*
544:*22*
554:*22*
628:*9*
630:*21*
**Given**
75:*22*
134:*18*
152:7
154:*24*
161:*11*
177:*3*
216:*24*
259:*12*
293:*10, 12*

407:*18*
627:*11*
636:*6*  639:*8*
**gives**
302:*16*
406:*2, 3*
**giving**
188:*23*
207:7
330:*18*
395:*3, 15*
434:*23*
**glass**  395:*11*
**glitch**
277:*21*
**global**
249:*20*
477:*19*
**globally**
429:7  430:*6*
**glutamate**
518:*8*
519:*1, 18, 20,*
*22*  520:*3*
**glutamatergi**
**c**  517:*10, 14,*
*19*  518:*1*
520:*12, 13*
521:*2, 3*
**go**  36:*22*
37:*8*  38:*5*
39:*9, 18*
40:*23*  42:*8,*
*12*  44:*6, 22*
46:*6*  52:*1*
54:7, *14*
55:*11, 23*
57:*24*
59:*14*  65:*1,*
*21*  72:*15*
75:*19*
76:*24*  78:*2*
79:*6*  80:7
82:*10*

84:*22*  85:*2*
86:*13, 23*
92:*23*
94:*20*
95:*12, 23*
96:*5, 9, 10*
98:*4, 18*
99:*10*
100:*3, 12, 19*
101:*2*
103:*13*
106:*16*
108:*6*
112:*5, 11, 23*
113:*6, 7, 22*
114:*23*
116:*4*
117:*2*
118:*2, 21*
121:*14, 20*
122:7, *15, 21*
123:*8*
125:*6, 9*
126:*16, 22*
127:*18*
129:*4*
130:*10, 15*
131:*2*
134:*14, 20*
135:*12*
139:*5, 8*
141:*1*
144:*4*
145:*24*
146:*10*
151:*24*
153:*21*
156:*2*
158:*13*
162:*24*
163:*11, 20*
164:*1*
170:*8*
173:*19*

175:*18, 23*
180:*3, 23*
182:*8*
183:*11*
184:*10*
186:*2*
187:*6*
190:7
191:*17*
192:*4*
194:*13*
195:*18*
201:*10*
203:*22*
205:*13*
206:*14*
211:*14, 16*
214:*18*
215:*20*
216:*19*
217:*9*
218:*20*
219:*12*
220:*24*
221:*5, 16*
224:*16*
227:*6*
228:*9*
230:*4, 12*
232:*14*
233:*18*
234:*19*
242:*8*
243:*18*
245:*10*
249:*2*
251:*10*
257:*14*
258:*12, 20*
259:7
262:7
268:*10, 17*
270:*14, 17,*
*22*  273:*22*

274:*5*
276:*21*
278:*10*
280:*3*
288:*21*
289:*16*
290:*5*
297:*8*
300:*6*
304:*14*
306:*22*
308:7
310:*12*
316:*23*
317:*14*
323:*11, 14*
332:*11*
341:*10*
344:7
345:*22*
347:*24*
355:*10*
358:*19*
359:*24*
360:*1, 6*
361:*16*
369:*20*
372:*19*
373:*5, 17*
387:*8*
388:*19*
392:*2, 21*
395:*14*
396:*8, 14*
398:*6*
403:*12*
404:*18*
405:*18*
410:*18*
414:*6*
418:*16*
419:*5*
422:*10*
424:*23*

Confidential - Subject to Protective Order

425:8
441:20
443:16
448:6
449:12
453:20, 24
455:21
456:11
459:5
463:13
468:21, 23
473:12
475:12
477:4
481:24
483:24
487:21
488:9, 14, 17
489:6
490:10, 12
491:10
492:2, 23
496:23
498:20
499:21
503:9
504:22
505:2
506:22
523:19
525:20
526:2
527:7, 10
531:3, 8
533:6
534:1, 12
539:15
542:13
545:1
547:9
556:6
557:2, 11
559:12
563:8

566:9
568:15
571:20, 21, 22, 23
574:11, 19
575:9, 15
576:13
581:18
582:14
583:1, 6
585:9
586:14
587:3, 9
589:13
590:16
591:1
622:22
623:6  628:3
**goal**  386:1, 14, 24  387:1, 18, 21
394:10
397:14
**goals**
386:18
388:7
**goes**  39:24
108:4
302:7
625:24
**going**  41:8, 23  49:4
65:10  74:6, 23  77:20
87:9, 17
91:15  93:8
96:12
106:23
112:6
116:5, 6, 13, 16  121:19
123:2
132:21
134:1, 2

145:18
155:5
173:2, 6, 20
176:13
184:12
192:20
204:24
205:15
209:20, 24
219:10
220:3
231:14
237:2
238:12
239:17
249:18
250:19
258:11
263:13, 18, 19  274:15
275:23
280:19
295:22
296:4
305:9
308:5
309:9
321:21
330:9, 24
331:7
335:8, 16
348:15
356:13
360:1
362:15
374:11
383:23
395:6
398:19
401:18
417:10
418:1
424:10
432:18

438:22
444:3
445:4
448:10
451:6
460:7
464:17
480:18
481:2
486:13
496:21
500:19
529:8
532:2
539:15
541:2
543:7
559:4
568:9
575:23
577:20
578:7
579:22
580:4, 13
583:15, 18
585:15, 23
590:13
592:11, 20
602:18
608:16
627:12
630:21

**GOLDBERG**
4:14  5:1
**gold-standard**
549:7
**GOLKOW**
1:19  8:1, 7
34:6
**good**  66:13, 14  67:8
75:16

92:15  97:3
130:21
216:9
278:8
280:13
297:15
322:16
333:19
339:24
361:9
381:17
407:7
424:4
429:7
430:6
432:10
433:1
434:5
460:13
464:9
477:18
486:16
490:13
492:23
504:8
541:16
548:5, 8
575:24
588:13
593:12, 23
594:14
**goodness**
394:18
592:2
**Google**
177:14
557:12, 19
**Gotcha**
570:15
**gotten**  447:7
**government**
348:19
374:6
388:8

551:*4*
552:*10*

**government's**
388:*15*
**grab** 587:*6*
**graduate**
192:*14*
**Grams**
455:*19*
458:*8*
**GRAMS-**
**PMC.PDF**
27:*18*
**Grand** 3:*9*
**grant** 349:*9*
374:*14*
375:*4*
378:*15*
390:*15*
391:*6, 13, 14,*
*15, 16, 20*
400:*17*
438:*23*
562:*24*
563:*4*
634:*24*
**granted**
380:*5*
**grants**
348:*18*
349:*11*
373:*13*
374:*8*
378:*16*
382:*17*
438:*23*
439:*4*
558:*19*
635:*1*
**graphic**
493:*16*

**Gray** 1:*15*
34:*21*
636:*12*
**Great** 36:*19*
67:*22*
76:*23*
131:*23*
134:*4*
296:*1*
347:*9*
410:*16*
427:*1*
463:*22*
591:*6*
**greater**
229:*1*
326:*10*
450:*19*
451:*6*
454:*16*
**greatly**
67:*13*
**Grether**
227:*22*
**GRODBER**
**G** 14:*12*
**GROSS**
11:*18*
13:*15*
23:*12*
52:*13, 15*
56:*4, 19*
57:*4*
109:*22*
274:*6*
**grounds**
84:*18*
404:*12*
**GROUP**
25:*20, 23*
94:*9*
347:*16*
361:*1*
362:*8*

401:*16*
436:*23*
511:*4*
547:*22*
558:*4*
621:*14*
**groups**
548:*5*
**grow** 127:*1*
**growing**
39:*21*
49:*11*
80:*16* 81:*6*
224:*19*
**growth**
310:*13, 24*
311:*5, 8*
312:*5*
423:*13*
538:*2*
**GSK**
563:*14, 15*
**guaranteed**
231:*9*
**GUERRA**
2:*1*
**guess**
238:*12*
419:*23*
573:*9*
574:*4, 6*
624:*3*
**guide**
534:*17*
**GUIDES-**
**CHPT**
17:*11*
**guiding**
461:*19*
**guilty** 74:*7*
**guy** 441:*14*
447:*15*
525:*6*

**guys** 67:*21*
130:*17*
149:*7*
247:*11*
328:*11*
394:*19, 20*
**GW** 562:*1,*
*3*

**< H >**
**H.PDF**
31:*15*
**HAAS** 7:*8*
**hack** 70:*19,*
*23*
**Hagerman**
41:*3*
**HAIGHT**
7:*14*
**HAILEY**
2:*4*
**HAIN**
25:*20, 23*
61:*4, 7*
411:*13*
**HAIN.PDF**
24:*21*
**hair** 379:*6*
380:*14*
382:*2*
384:*7*
386:*15*
398:*8, 12*
441:*16*
461:*10*
**HAIR-**
**BASED**
23:*16*
379:*19*
380:*6*
**Hala** 436:*23*
**half** 43:*20*
261:*14, 20*
262:*13*

572:*18*
581:*10, 11*
583:8, *10*
584:*1*
**halfway**
268:*10*
460:*11*
**Hallmayer**
260:7, *10, 13,*
*18, 21* 261:*2,*
*12* 267:*7*
**Hampton**
565:*2*
**hand**
328:*24*
335:*20*
430:*18, 20*
585:*15*
**handwriting**
297:*6*
**Hang** 93:*7*
95:*8* 100:*7*
101:*20*
128:*2, 6*
139:*11*
154:*16*
159:*5*
177:*24*
181:*6*
206:*16*
207:*15*
344:*16*
504:*6*
554:*16*
**haploinsuffic**
**iency**
302:*15*
305:*2* 308:*2*
**happen**
221:*2* 248:*2*
**happened**
133:*20*
137:*6, 14*
140:7, *18*

Confidential - Subject to Protective Order

142:*8*
150:*19*
202:2
204:*21*
211:*21*
219:*24*
250:*11*
264:*20*
424:*24*
428:*24*
577:*11, 13, 24*

**happens**
271:7
327:*8*
434:*15*
440:*3*
461:*16*
575:6
583:*24*

**happy**
195:*13*
205:*13, 17*
254:*11*
401:*3*
447:*20*
522:*15*
524:*20*
575:*11*
590:7, *18*

**hard** 38:*10*
43:*8* 102:*8*
252:*23*
281:*14*
397:*20*
414:*21*
430:*22*
482:*12*
495:*23*
522:*12*

**hardcopy**
41:*20* 93:*8*
95:*10*
115:*12*

159:7
184:*13*
191:22
206:*17*
207:*18*
364:*24*
392:*11*
481:*24*
547:6

**harmful**
81:*3* 598:*14*

**Harony-Nicolas**
436:*24*

**Harvard**
65:*24*
66:*18* 67:*4*
68:*4* 71:*13*
86:*14*
87:*20* 89:*5, 13* 488:*4, 10, 15, 17*
490:*16*
593:*23*
594:*3*
596:*1*
597:*21*
598:*16, 24*
617:2

**HARVARD-20100500-EARLY**
29:*20*

**HARVARD-20211029-IS**
30:*20*

**Harvard-affiliated**
88:*14*

**Hayes**
566:*19*

**HEACOX**
2:*19*

**head** 147:*1*
179:*1*
209:*11*
211:*13*
280:*12*
287:7
396:*24*
397:*4*
416:*1*
459:*4*
587:*20, 24*

**headlines**
596:7

**Health** 6:*13*
13:*18* 24:*8*
26:*16* 75:6
78:*10*
79:*14, 18*
80:*12*
81:*10, 11, 20*
82:*14* 83:7
89:*13*
97:*12*
101:*12*
375:*3*
376:6, *11, 15*
377:*10*
378:*8*
389:6
398:*21*
464:7
481:*11*
482:*8*
500:*24*
534:*11, 12*
555:*16*
566:*15*
595:*24*
598:*11*
621:*19*

**healthcare**
426:*1*

**Health's**
393:7

**HEALTHX.560** 30:22

**hear** 455:*8*
625:*10*

**heard**
175:*15*
243:7, *9, 11*
255:*20*
266:6
337:*13, 18*
389:*23*
410:*11, 13*
450:*3*
464:*12*
571:*10*
607:*11*

**hearing**
313:*1*

**heart**
399:*10, 13, 20* 445:*1*

**hearts** 445:2

**heavy** 48:*6, 11* 61:*11*
329:*2, 4*
413:6
487:*18*

**heightened**
191:*3*

**held** 1:*13*
34:*11*
585:*13*

**hell** 70:*11*

**he'll** 304:*12*
395:*18*

**help** 149:*12*
212:6
310:6
369:*16*
383:*24*
502:5
613:*15*
614:*16*

**helpful**
60:*21* 357:6

**helping**
59:*24*
580:*13*

**helps** 541:*1*

**hemoglobin**
399:6

**Henry** 8:*1*

**Herbert**
96:*15, 20, 22*

**heritability**
239:*23*
257:*18*
258:9
260:*1, 19, 24*
261:*3*
272:7
273:*11*
274:*14*
275:22
276:7
284:*18*
315:*13*
607:*18*

**heritable**
267:*10*
269:*10, 21*
270:*8*
271:*14*
316:*10, 15*
317:5, *10, 11*
318:20, *21*
319:*1, 4, 16*
339:22
340:*3*
354:*14*
366:*19*
449:22

**Hertz-Picciotto**
114:7
158:7
205:*20*

206:*12*

241:*7*

242:*24*

243:*10, 14*

244:*1*

**Hertz-
Picciotto's**
206:*2*

**heterogeneity**
244:*24*

**heterogenous**
244:*20*

**hey** 463:*16*
507:*14*
554:*21*

**hide** 559:*17*

**high** 126:*10,
11* 247:*15*
264:*24*
399:*19*
423:*1*
435:*21*
458:*10*
465:*12*
466:*13*
467:*10, 20,
21*

**high-
definition**
74:*8*

**higher**
127:*4*
157:*17*
292:*5*
298:*6, 23*
370:*19, 21*
431:*16, 17*
435:*13*
443:*14*
451:*20*
457:*7*
459:*5*

465:*13, 23*

482:*16*

509:*9*

510:7  527:*1*

**highest**
56:*5, 11*
77:*11*
125:*17*

**Highlight**
54:*22*
159:*1*
268:*18*

**highlighted**
80:*8*
148:*13, 20*
395:*8*

**highlighting**
185:*7*

**highlights**
428:*16*
606:*20*

**highly** 79:*2*
282:*10*
285:*6*
490:8  623:*3*

**high-
resolution**
292:*16*

**high-risk**
420:*7*

**hilarious**
131:*4*

**Hill** 411:*24*
413:*5*
414:*8, 12, 16*

**Hills** 7:*4*

**hire** 391:*21*

**hired** 58:*5,
8*  83:*21*
86:*3*
273:*23*
404:*5*
407:*19*

408:*18*

507:*24*

**hiring**
615:*12*

**HISTORY**
24:*11*
354:*1*
556:*7*
602:*19*

**hit** 341:*23*

**Hmmm**
425:*8*

**Hoffmann-
La** 563:*3*
564:*12, 17*

**hold** 56:*5,
11* 65:*18*
115:*1*
125:*16*
126:*10*
154:*20*
158:*16, 21,
22* 180:*1*
193:*10*
219:*5*
290:*24*
297:*13, 23*
416:*3*
426:*7*
433:*5*
449:*11*
455:*22*
456:*7*
460:5  589:*7*

**holding**
126:*9*

**holes** 439:*24*

**HOLLANDE
R** 27:*21*
41:*3* 52:*12*
123:*14, 15,
19* 124:8, *12*
126:*10, 17*
288:*23*

445:*3*

486:*23*

487:*3*

**HOLWELL**
4:*14* 5:*1*

**home**
278:*11*

**homozygous**
438:*6*

**Honestly**
485:*23*

**hope**
345:*24*
468:*9*

**hoping**
300:*15*

**Hopkins**
66:*5, 17*
67:*4* 68:*5*
71:*14* 77:*1,
9* 78:*10*
566:*20, 24*
617:*3*

**HOPKINS-
20191105**
30:*11*

**hormone**
310:*16*
436:*4*

**hormones**
535:*19*

**horse** 62:*6*

**HOSPITAL**
19:*12*
88:*15* 89:*6*
97:*1*
551:*19*
552:*4, 14*

**HOSPITAL-
OPENPAYM
ENTS_RESI
ZE** 27:*10*

**hour**
572:*18*

581:*10, 12*

583:*8, 10*

584:*1*

**hours** 582:*4,
6, 7* 624:*5, 7*
628:*11, 13*
629:*24*
630:*6*

**household**
265:*8*

**houses**
36:*11*

**Houston**
2:*21, 22*
3:*17* 328:*3,
7, 8*

**how's**
204:*23*

**HUDDLEST
ON** 27:*7*
256:*22*
336:*13*

**huge**
242:*17*
375:*23*

**Hugh** 98:*19*

**huh** 409:*24*
488:*12*

**HUMAN**
15:*10* 81:*5*
103:*18*
268:*5*
359:*22*
375:*3*
376:*6, 16*
377:*10*
378:*9*
418:*11, 20*
421:*16*
440:*19*
441:*5*
524:*18*
540:*20*
544:*13, 17*

545:6
546:3, 5
597:16
**humans**
309:3
419:8, 16
438:14, 17
440:24
493:3
540:23
543:16
544:8, 12
546:9
**humble**
126:4
**humerus**
511:11
**humor**
130:24
**hundreds**
171:10
286:13, 17
287:1
344:20
345:9, 15
**HUNT** 4:4
**hwatts@watt**
**sguerra.com**
2:10

**hybridization**
292:21

**hyperactivity**
82:21  369:8
**hyperflexibili**
**ty**  305:21

**hypertension**
473:2
**hypotheses**
354:3
487:17

**hypothesis**
46:17
221:13
344:4
363:5, 9
487:12
536:15
545:23
604:12
**hypothesis-**
**generating**
342:9

**hypothesized**
225:1
**hypothetical**
46:21
245:16
254:8
270:21
282:8
295:23
320:4
361:10
377:7
386:5
399:23
471:1
472:23
514:3
516:18
521:13, 15
625:18
**hypotheticall**
**y**  245:7
341:3
468:17, 19
477:10, 21
517:9, 11
**hypoxia**
478:1, 6
**hypoxia-**
**related**

477:20
512:9
**hypoxic-**
**ischemic**
567:7

**< I >**
**i.e**  285:5, 7
**Icahn**  75:6
99:3
396:22
619:4, 10, 24
620:19
621:4
**ICD**  195:2
**ICD-A**
22:22
**Id**  216:20
217:2, 6, 15
234:4
356:14, 15
360:17
**idea**  111:6
166:6
182:22
213:7
214:21
251:18
342:9
347:8
354:10
361:9
387:4
413:12
432:10
433:1
434:5
436:1
438:12
451:18
474:8
527:13
559:13
632:15

633:7, 23
634:6
**ideally**
339:6
**ideas**  433:24
**identical**
264:5
266:23
277:3
314:9, 22
404:9

**identification**
35:22
37:10, 24
41:12, 17
54:10
72:20  77:3
79:9  86:16
93:2  94:23
101:5
106:19
107:19
109:13
114:3
122:10
127:21
129:20
132:1
136:9
147:13
170:11
172:20
176:3
181:2
183:14
187:9
190:10
192:7
193:2
194:16
195:23
218:24
220:7

223:12
227:24
235:4
240:16
258:17
263:5
267:23
277:24
280:4
282:21
289:18
294:1
296:16
301:6
306:8
308:20
321:4
332:5
333:14
336:16
341:14
342:16
349:5
352:2
353:4
357:11
359:14
361:19
364:10
369:23
374:23
379:14
388:21
391:8
392:4
394:5
401:8
411:6
417:7
425:20
429:14
433:15
436:13
439:12

454:*23*
488:*6*
501:*22*
503:*22*
525:*3*
530:*19*
534:*7*
539:*10*
540:*1*
541:*20*
542:*16*
546:*17*
551:*14*
553:*12*
554:*14*
555:*5, 8, 11*
568:*19, 22*
580:*18*
612:*12*
617:*20*
**IDENTIFIC
ATION AN
D** 12:*7*
**identified**
181:*17*
188:*1*
244:*13*
256:*17, 24*
271:*1*
272:*13*
280:*11*
286:*23*
287:*5*
294:*6*
319:*10*
320:*15*
332:*21*
347:*4*
440:*17*
608:*7*

**IDENTIFIES**
31:*13*
101:*12*

**identify**
103:*20*
111:*8*
134:*21*
276:*16*
325:*5*
327:*12*
368:*8*
400:*6*
502:*5*
542:*22*
555:*15*
557:*10*
578:*18*
607:*6*
608:*10, 11*
**identifying**
278:*5*
281:*22*
322:*13*
402:*8*
524:*6* 592:*6*
**idiopathic**
228:*16*
229:*4*
256:*12, 15*
272:*20*
421:*4*
**IGF-1**
310:*13*
311:*14, 19,
21, 23* 312:*8,
9, 13, 17, 23*
313:*4, 10*
**ignore**
627:*12*
**III** 2:*14*
108:*10*
127:*15*
139:*17*
**IL-6** 472:*17*
**illegal** 559:*5*
**illicit** 500:*3*

**Illinois** 4:*9*
59:*8*
**ILLNESS**
14:*10*
18:*19*
289:*22*
359:*19*
**illustrating**
372:*10*
**imagination**
548:*2*
**imagine**
90:*7* 226:*13*
**imbalance**
517:*19*
**Imbruvica**
556:*3, 19*
**immediate**
172:*12*
**immigrant**
555:*20*
**immune**
517:*11*
**IMPACT**
14:*19*
23:*20*
161:*1*
165:*23*
166:*12*
167:*1, 13*
178:*13*
185:*14*
375:*15*
376:*20*
472:*18*
500:*21*
513:*21*
521:*3*
537:*19*
545:*12*
611:*24*
**impactful**
210:*24*

**impacts**
385:*4, 5*
**impaired**
82:*22*
**impairing**
281:*6*
**IMPAIRME
NT** 16:*8*
183:*17*
185:*14, 19*
**imperative**
637:*14*
**impetus**
576:*18, 22*
**impinged**
343:*13*

**implemented**
500:*4*
**implicated**
356:*18, 21*
358:*22*
359:*7*
459:*14*
519:*21*
**implicates**
111:*2*
**implication**
403:*20*
**implications**
355:*4*
**imply**
145:*10*
424:*13*
**implying**
53:*19*
232:*24*
407:*24*
432:*4*
445:*24*
446:*2, 5*
**importance**
75:*24*
210:*13*

347:*10*
376:*22*
420:*2*
**important**
65:*9* 111:*3,
8* 190:*17*
266:*13*
290:*9*
301:*22*
342:*8*
354:*23*
378:*2, 12*
383:*18*
387:*7*
388:*9*
401:*16*
406:*19, 20*
427:*24*
432:*2*
437:*17*
444:*1*
462:*2*
464:*24*
465:*3*
512:*17*
535:*4*
545:*21*
596:*19*
597:*14*
604:*13*
609:*10*
616:*1*
**importantly**
143:*10*
**impossible**
229:*12*
586:*2*
**improper**
190:*1*
320:*4*
585:*24*
591:*17*
**improved**
139:*23*

140:*16, 22*
291:*8*
502:*2*
549:*10, 22*

**improvement**
139:*4*

**improvement**
**s** 138:*7, 17*
221:*14*

**improving**
320:*20*
388:*9*

**IN_AUTISM**
**_CLIP_2.MP**
**4** 22:*19*

**inaccurate**
142:*21*

**inappropriat**
**e** 255:*24*
330:*20*

**inappropriat**
**ely** 602:*8*

**inarguable**
110:*18*
166:*10*

**inbox**
570:*10*

**INC.PDF**
25:*20, 23*

**inches**
177:*8*
504:*13*

**incidence**
109:*3, 17*
111:*2*
117:*7, 9*
119:*16*
121:*2, 9*
135:*23*
160:*20*
224:*23*
225:*6* 238:*4*

**include**
53:*12* 67:*1*
136:*1*
209:*20*
236:*19*
240:*3*
271:*24*
294:*14*
303:*4*
359:*1*
362:*11*
373:*24*
458:*2*
503:*4, 16*
621:*3*

**included**
52:*18*
65:*10* 83:*2*
123:*2*
166:*9*
219:*17*
236:*4*
339:*18*
350:*16*
372:*14*
569:*14*
570:*13, 20*
605:*16, 19*

**includes**
54:*15*
82:*17*
208:*11*
220:*14*
310:*10*
368:*3, 15*
545:*8*
612:*22*

**INCLUDIN**
**G** 30:*16*
79:*13, 17*
80:*11* 83:*6*
84:*18*
191:*8*
307:*4*

360:*8*
372:*15*
384:*19*
385:*1*
400:*19*
404:*12*
422:*21*
430:*9*
436:*23*
439:*5*
485:*7, 8*
500:*23*
528:*23*
538:*22*
555:*19*
556:*2, 18*

**inclusion**
100:*20*

**inclusive**
55:*18, 20*

**incomplete**
230:*24*
245:*16*
254:*8*
399:*23*

**inconsistency**
606:*3*

**inconsistent**
130:*8, 13*
333:*6*
432:*14*
443:*15*

**incorrect**
53:*23*
408:*4*
515:*15*

**incorrectly**
153:*9, 20*
155:*13*
164:*22*

**increase**
108:*24*
110:*23*

111:*1, 10, 13,*
*19* 112:*14*
113:*1, 10, 23*
114:*13*
119:*10*
120:*18*
121:*1, 9*
133:*2, 7*
135:*13*
136:*19, 20*
144:*23*
146:*19*
159:*14*
160:*24*
161:*6*
165:*15, 20*
167:*18*
168:*18, 22*
169:*8, 19*
170:*2*
171:*1*
182:*24*
203:*15*
206:*10*
207:*14, 24*
208:*1, 2, 10,*
*17, 19*
210:*19, 20*
211:*1*
221:*10, 20*
224:*6, 23*
226:*10*
232:*18*
233:*2, 7*
234:*1*
235:*17*
236:*11, 12*
238:*1, 3, 6, 9,*
*10, 11, 22*
240:*8*
241:*12*
242:*14, 23*
243:*2, 21*
272:*1*

361:*3*
362:*9, 19*
440:*4*
443:*7, 19*
469:*12*
471:*2*
472:*15*
512:*6, 9, 12,*
*22* 612:*19*
613:*7*
630:*10, 13,*
*15, 20* 631:*6*

**INCREASE**
**D** 29:*7*
78:*16*
82:*20*
108:*16*
109:*2, 8*
110:*4, 20*
131:*12*
132:*12*
166:*19*
167:*21*
170:*22*
191:*5*
203:*8*
230:*16*
242:*12*
297:*19*
298:*2*
399:*20*
400:*3*
442:*6, 17*
444:*6*
451:*15*
458:*21*
459:*16*
464:*20*
470:*13, 18*
473:*4*
475:*4*
477:*22*
511:*15, 22*
521:*20*

522:*21*
523:*10*
545:8
603:2
609:*17*
630:2
**increases**
45:*17*
46:*16*
160:*18*
161:*3, 7*
209:*4*
237:6
304:*4*
355:*19*
448:*17*
471:7
476:*15*
487:*11*
501:*15*
515:*20*
605:2
**increasing**
46:22
120:*6, 7*
129:9
135:*23*
161:*23*
170:*17*
179:8
353:*17*
385:22
**INDEX**
33:2    423:2
**India**  195:*4*
**INDIA.PDF**
22:*23*
**indicate**
186:*4*
400:*3*
414:*12*
**indicated**
94:*1, 4*
188:*1*

**indication**
311:*23*
536:*24*
605:9
**individual**
251:*5, 8*
283:*21*
284:*5, 11*
342:5
572:20
605:7
**INDIVIDUA**
**LS**  15:*15*
56:*20*
127:6
164:*13, 15,*
*23*  211:22
266:8
278:*16*
283:*16, 18*
371:*1*
372:*23*
502:7
571:*5, 13*
**individual's**
491:*16*
**induce**
301:*14*
**induced**
314:*10, 22*
474:*18*
**induction**
514:*19, 24*
**industries**
551:*18*
**industry**
551:*5*
553:*17*
554:2
556:*13*
**industry's**
556:*17*
**inequities**
555:*16*

**infant**
377:*16*
**infants**
500:*1*
**infected**
279:*4*
**infection**
279:6
468:*24*
469:*3, 4, 8, 9*
470:*12, 16*
471:*2, 12*
**infection/feve**
**r**  470:6
**infections**
278:*23*
279:*1*
360:*15*
423:*4*
454:6
469:*11, 23*
**infectious**
359:*4*
469:*11*
**infer**  409:*20*
**infertility**
353:*18*
**infinite**
378:*1*

**inflammation**
307:5
377:*20*
466:*14, 20,*
*23*   467:*1, 3,*
*8, 11*  468:2,
*12*  469:*4*
**inflammation**
**s**  307:5
**inflammator**
**y**  279:*5*
512:*11, 16,*
*21*  513:*8, 20*
545:*10*

**inflates**
133:*12*
160:*4*
**INFLUENC**
**E**  26:*16*
301:*18*
340:*18*
389:*5*
492:*6, 12*
611:*12*
**influenced**
340:22
341:*20*
378:*11*
613:*14*
616:8
**inform**
327:8
542:*2, 4*
**information**
79:*1*  88:*11*
95:*3*  243:7
265:*14, 20*
283:*15*
379:7
381:6
505:*11*
507:*4, 5*
508:*4, 10, 12*
509:7
**INFORMAT**
**ION_MOUN**
**T**  26:*12*
**informed**
625:*15*
**ingesting**
413:22
**ingestion**
48:7
**Inheritance**
268:*19*
**inherited**
251:6
257:22

258:*1*
261:*21*
262:*17*
267:*14*
268:*23*
269:*8, 18*
270:*4*
280:*5*
281:*3, 10, 19*
284:*8, 20*
285:*5*
296:*6, 22*
315:*9, 15*
316:*3, 9, 17*
317:*13, 22,*
*24*  353:*24*
450:*1*
**inhibit**
300:*16*
**inhibitor**
529:*23*
**inhibitors**
530:7
**inhibitory**
420:*11*
440:8
517:*18*
**initial**  52:5
415:*17*
437:22
**Injurious**
499:9
**Inkjet**  74:9
**INNOVATI**
**ON**  25:*12*
556:*12*
**inquiry**
409:*12*
**insertion**
252:8
254:*24*
**inside**  494:*1*
497:*14*

Confidential - Subject to Protective Order

instance
340:*14*
**Institute**
244:*2*
376:*6, 11, 15*
377:*10*
378:*8*
389:*12, 16,
17* 393:*7*
**institutes**
375:*24*
**institutions**
593:*17, 18*
594:*4* 617:*2*
**instruct**
330:*24*
583:*19*
**instruction**
566:*5*
586:*1*
591:*14*
**INSTRUCTI
ONS** 637:*1*
**insufficiency**
313:*10*
**insulin**
310:*18*
545:*9*
**insulin-like**
310:*13*
**insulin-
resistant**
465:*24*
**insult**
335:*21*
415:*17, 20*
**insults**
49:*14*
**intake**
82:*19, 24*
426:*2*
**integration**
109:*22*

**integrity**
437:*19*
**intellectual**
231:*4*
303:*4*
311:*1, 6*
356:*16, 18*
358:*16, 22*
359:*21*
452:*23*
453:*4*
454:*8*
482:*21*
483:*4*
**intent** 354:*8,
24* 406:*16*
**intention**
222:*2*
262:*23*
**interact**
269:*19*
**interacting**
251:*6*
280:*18*
282:*1*
286:*4*
491:*14*
**interaction**
282:*14*
368:*5, 17*
372:*10*
**interactions**
171:*10*
343:*7*
344:*21*
345:*10, 16*
378:*10*
**Interacts**
345:*11*
**interest**
436:*22*
616:*2*
**interested**
303:*13*

304:*1*
375:*11*
376:*1*
377:*11*
378:*9*
400:*13*
495:*3*
579:*16*
**interesting**
265:*17*
305:*12*
421:*15*
487:*17*
568:*2*
**Interestingly**
421:*16*
**interface**
525:*22*
**interfere**
535:*18*
**interfering**
355:*20*
**interject**
330:*10*

**International**
195:*1*
**interpret**
155:*17*
371:*13*
387:*22*
**interpreted**
428:*1*
**interrogate**
555:*15*
**interrupt**
384:*24*
514:*18, 23*
**interruption**
254:*23*
**intersecting**
346:*5*

**intersection**
526:*11, 22*
527:*24*
**interval**
179:*13*
**intervention**
203:*14*
526:*14*
528:*3*
**interview**
244:*3*
**Interview-
Revised**
138:*11*
139:*23*
549:*22*
**intrauterine**
310:*24*
311:*5*
474:*23*
501:*9*
513:*11*
**intricate**
393:*22*
**introduction**
129:*5*
170:*15*

**introductions**
223:*23*
**introductory**
579:*17*
**investigate**
85:*16*
185:*13*
296:*10*
378:*23*
614:*15*
**investigated**
167:*24*
169:*2*
441:*23*
453:*10*
510:*14, 21*

**investigating**
315:*3* 623:*8*
**investigation**
341:*22*
614:*24*
**investigator**
400:*18*
**invited**
52:*15*
**involve**
61:*9* 343:*7*
567:*5*
**involved**
83:*4*
103:*21*
350:*23*
388:*17*
507:*12*
563:*17*
567:*6*
576:*16*
602:*12*
**involves**
345:*9*
**involving**
171:*9*
345:*15*
522:*6*
537:*6, 9*
569:*7* 570:*1*
**iPSCs** 309:*4*
**ipsi** 247:*3*
**irrelevant**
405:*22*
493:*13*
**irrespective**
465:*24*
**IRS2**
525:*11*
526:*4*
**Irva** 241:*6*
**island** 509:*5*
**isolate** 630:*8*

isolated
432:*1*
433:*9*
465:*16*
522:*13*
**Israel**
425:*24*
488:*20*
489:*1, 6, 10,*
*12, 19*
issue  57:*23*
58:*1*
125:*11*
133:*18*
152:*13*
156:*11*
168:*1*
169:*3*
190:*24*
200:*24*
268:*6*
327:*2*
339:*10*
356:*7*
491:*11*
504:*20*
597:*13*
631:*8*
issues
142:*13*
143:*12, 22*
146:*17*
198:*23*
313:*2*
341:*18*
547:*14*
item  631:*6*
items
570:*14, 21*
iterations
141:*7, 10*
142:*4*

iterative
507:*6*
536:*22*
**iteratively**
611:*3*
**Itkin**  484:*19*
**ITS**  28:*20*
91:*6, 20*
94:*3*
159:*21*
274:*19*
306:*14*
382:*6*
513:*10*
559:*17*
**Ivy**  67:*24*

< J >
**J&J**  24:*14*
**J.J**  4:*6*
**J.M**  524:*1*
**Jaguar**
561:*6, 7*
**JAMA**
178:*16*
**Janecka**
393:*21*
394:*8*
396:*19*
**JANINE**
25:*14*
524:*2*
525:*15*
**JANSSEN**
27:*9*
551:*18*
552:*19*
553:*5*
**January**
73:*10*
158:*7*
581:*5, 11, 20*
**JANUSH**

3:*3*
**Jason**  8:*12*
**Jennifer**
455:*16*
**JERRY**  2:7
**Jets**  582:*11*
**JH**  22:7
**JJ.snidow@k**
**ellerpostman**
**.com**  4:*11*
**JJCI**  5:*14,*
*22*
**jlara@stoned**
**eanlaw.com**
7:*5*
**job**  149:*20*
188:*19*
**Joe**  370:*10*
**JOHN**  2:6
19:*12*
**JOHNS**
30:*11*  66:*5,*
*17*  67:*4*
68:*5*  71:*13*
77:*1, 9*
78:*10*
566:*19, 23*
617:*2*
**Johnson**
5:*14, 21*
12:*7*  341:*6*
374:*4, 5*
553:*23, 24*
554:*3, 4*
556:*2, 18*
557:*14*
558:*3*  560:*8*
**Johnson's**
556:*2, 18*
**jokes**  68:*1*
**JOSEPH**
5:*10*  7:*3*
14:*12*
397:*2, 9*

joseph.carus
o@skadden.c
om  5:*13*
**JOURNAL**
10:*16, 20*
11:*9*  15:*10*
187:*16*
218:*14*
220:*11*
268:*5*  486:*3*
journals
508:*6*
joust
130:*21*
145:*24*
joy  567:*16*
**Judge**  1:6
66:*11*  89:*1*
348:*14*
589:*24*
591:*15*
627:*14*
judiciously
627:*10*
**Julia**  128:*5,*
*9, 11*  461:*16*
**July**  37:*18*
39:*3*  40:*3, 7*
**JUNE**
10:*22*
183:*20*
392:*14*
411:*12*
junior
461:*22*
jury  53:7
104:*11*
215:*1*
235:*15*
237:*5*
251:*15*
369:*2*
432:*21*
434:*4*

jwhite@watt
sguerra.com
2:*11*

< K >
**Kalra**
194:*18*
**Kanner**
108:*14*
**Kansas**  3:*10*
**Kapra**
56:*14, 16*
366:*8*  452:7
**Karlstad**
619:*9*
karyotyping
292:*14, 17*
**Kathryn**
87:*20*
**KATIE**  7:*14*
**KATZ**  23:*8*
128:*1, 5, 9*
134:*15*
368:*12*
459:*22*
460:*6*
464:*18*
465:*21*
472:*14*
473:*1, 19*
513:*6, 7*
514:7  545:*1*
**Katz/Kolevzo**
**n**  460:*2*
502:*16*
**Katz's**  473:*8*
**Keane**
233:*15, 23*
234:*9, 13*
235:7  236:7
**keep**  49:*4*
91:*15*
192:*20*
249:*19*

263:*18*
296:*4*
348:*15*
356:*13*
360:*1*
464:*17*
500:*18*
**keeps** 96:*12*
**KELLER**
4:*1* 633:*11*
**Key** 51:*6*
367:*12*
401:*19*
420:*14*
**keyword**
51:*3*
**Khachadouri**
**an** 369:*10*
370:*4, 5*
392:*24*
**kid** 316:*20*
336:*6*
440:*10*
**kidding**
130:*15*
263:*19*
**kids** 212:*21*
300:*21*
301:*24*
309:*20*
319:*4*
323:*3*
325:*4*
440:*11*
458:*2*
608:*16*
**killed**
582:*20*
**Kim** 235:*9*
**kind** 52:*4*
106:*24*
141:*16*
169:*14*
191:*2*

208:*22*
229:*19*
281:*4*
292:*4*
301:*21*
325:*24*
389:*22*
396:*8*
400:*24*
417:*11*
439:*19*
440:*3*
461:*6, 10, 17*
464:*13*
478:*10, 13*
482:*12*
490:*11*
494:*12*
502:*11*
540:*11*
596:*20*
605:*21*
608:*1* 611:*3*
**kinds**
308:*24*
318:*7*
320:*13*
430:*8*
540:*21*
**KING** 4:*7*
6:*3*
**Kingston**
1:*14* 34:*12*
36:*6, 10*
567:*17*
**KINSMAN**
3:*8*
**Kirsten**
235:*10*
**knew**
125:*23*
176:*12*
**knockout**
538:*11, 23*

**know** 39:*6*
50:*11* 55:*4,*
*21* 56:*16, 21*
57:*8* 58:*10*
62:*18, 20*
63:*15, 24*
64:*2, 10, 17*
67:*10, 20*
69:*10, 15, 16*
71:*9* 74:*1*
76:*19* 78:*5*
79:*5* 80:*22*
81:*23*
87:*19*
88:*19* 89:*4*
91:*24* 92:*5*
96:*14* 97:*5,*
*7, 14, 17, 21*
98:*6, 13, 20,*
*21* 99:*1, 4*
102:*22*
103:*3*
112:*8*
113:*2*
114:*6, 8, 11,*
*19* 119:*15*
126:*7*
138:*13*
148:*14*
150:*18*
152:*9*
153:*22*
156:*7*
175:*6, 13*
177:*6, 9, 17*
180:*22*
182:*4*
183:*24*
188:*22*
192:*21*
197:*5, 6, 11,*
*21, 24*
204:*22, 24*
205:*8, 14*

206:*11*
230:*19*
233:*5*
234:*17*
238:*13, 21*
247:*2*
252:*22*
255:*9, 18, 24*
256:*10*
257:*7*
262:*11*
268:*12, 13*
271:*2, 19*
272:*21, 23*
273:*3*
278:*19, 22,*
*24* 279:*13*
280:*15*
285:*21*
295:*19*
301:*21*
304:*7*
306:*20*
313:*14, 20,*
*21* 314:*7, 8,*
*13, 20*
315:*23*
317:*7*
323:*24*
325:*17, 19,*
*23* 332:*12*
334:*6, 9, 14*
340:*2*
358:*4*
376:*4*
379:*1*
387:*20*
388:*4*
391:*16*
396:*6*
399:*5*
402:*12, 13,*
*17* 404:*6*
405:*8, 12, 20*

407:*1*
409:*6*
410:*8*
419:*2, 10, 20,*
*21, 22*
420:*20, 21*
421:*22*
422:*6*
435:*11*
438:*3, 11*
445:*17*
453:*19*
457:*12, 14,*
*15* 458:*23*
462:*1*
464:*14, 15,*
*16* 467:*12,*
*16* 471:*6, 8*
476:*4*
477:*17*
483:*13, 15*
492:*13*
517:*5*
518:*10*
524:*3*
527:*9*
532:*2*
540:*14*
548:*16, 24*
552:*11*
553:*3, 8*
559:*6*
560:*15*
563:*20*
564:*10*
565:*17*
569:*15, 19*
571:*7, 8*
573:*7, 8, 15,*
*22* 574:*20*
582:*15*
584:*16*
585:*17*
587:*22*

589:2
590:23
593:18
594:9
608:22
609:18
621:11
622:14
623:23
624:1
626:21
631:18, 20
632:5, 8, 12
**knowing**
554:9
**knowledge**
78:24
175:17
248:8
332:19
480:23
530:4
599:19
608:21
626:17
**known**
36:16, 21
65:24
80:14
104:4, 20
287:15, 24
288:14
289:9
295:10, 16
320:22
385:21
488:4
509:20
551:8
600:10
**knows**  146:3
**KO**  6:16
**KOHANE**
6:9

**KOLEVZON**
1:13  9:3,
17, 18  10:6,
7, 10, 14, 17
11:6, 11, 17
12:6, 8, 13,
17  13:6, 11,
15  14:6, 9,
11, 12, 18
15:6, 7, 11,
16  16:6, 10,
13, 14, 18
17:6, 10, 12,
14, 16, 21
18:6, 8, 13,
16  19:6, 11,
14, 17, 19, 21
20:6, 8, 16,
18  21:6, 9,
12, 15, 18
22:6, 13, 15,
20  23:6, 8,
12, 15, 19
24:6, 9, 13,
16, 18, 20
25:6, 10, 12,
17, 20  26:6,
9, 14, 17, 20,
23  27:6, 7,
12, 15, 18
28:6, 9, 12,
14, 16  29:6,
12, 13, 17, 18
30:6, 9, 15,
19  31:6, 9,
10, 16, 18
32:6, 9, 11
34:17  35:2,
10, 23  37:11
38:1  41:13,
18  51:15
54:11
72:21  77:4

79:10
86:17  93:3
94:24
101:6
106:20
107:20
109:14
114:4
122:11
125:15, 19,
20, 21
127:22
129:21
132:2
136:10
147:14
152:18
170:12
172:21
173:12
176:4
181:3
183:15
187:10
190:11
192:8
193:3
194:17
195:24
199:7
200:20
216:3
217:22
219:1
220:8
223:13
228:1
235:5
240:17
258:18
263:6, 8, 15
267:24
278:1
282:22

289:19
294:2, 4
296:17
301:7, 9
306:9
308:21, 23
321:5
332:6
333:15
336:17
341:15
342:17
349:6
352:3
353:5
357:12
359:15
361:20
364:11
369:24
374:24
379:15
388:22
391:9
392:5
394:6
401:9, 14
411:7
417:8
425:21
429:15
433:16
436:14, 20
439:13, 15
454:24
488:7
501:23
503:23
525:4
530:20
534:8
539:11, 13
540:2, 4
541:21, 23

542:17, 19
546:18
551:15
553:13
554:15
555:6, 9, 12
568:20, 23
569:2, 3
571:1
580:19
593:10
594:16
601:4
612:12
616:13, 23
617:21
636:8
639:16
**KOLEVZON
,COMORBI
DITIES**
26:7
**KOLEVZON
.PDF**  9:18,
22  14:17
**KOLEVZON
_000001-108**
25:8
**KOLEVZON
-DANIELS**
21:7

**KOLEVZON'
S**  28:15
610:10
**KRAUSE**
3:8
**Kristen**
235:10
**Kristensen**
98:24  99:1
571:2, 9
**Kroger**  7:6

Confidential - Subject to Protective Order

ktrinh@hbbl
aw.com 7:17
kudos
308:12

< L >
lab 81:2
396:21
397:13
label
120:10
625:23
626:17, 22
627:9, 12
labeled
160:21
labels
627:15
Labs 562:10
lack 374:12
557:21
lacking
76:8
117:24
120:2
132:21
173:8
179:19
186:12
188:7
196:22
207:16
263:13
298:10
314:12
627:23
632:3
Lacks
61:19 64:8,
23 78:19
79:24
84:10, 19
88:17
89:20 99:6

111:17
114:18
118:13
119:12
146:7
172:8
173:14
189:24
194:7
198:12
199:12
204:2
208:6
229:10
233:10
236:16
239:3, 19
241:17
248:21
251:1
252:14, 19
253:18
254:7
255:7
261:23
272:5
299:2
303:11
314:24
324:12
326:13
329:13
340:12
345:2
346:11
347:12
361:6
363:3
364:2
403:17
404:13
406:12
450:22
451:9

454:19
475:7
477:3
478:24
481:13
485:1
515:4
524:10
556:22
558:11
626:15
633:21
lactation
436:6
ladies
104:10
235:15
237:4
lake 36:11,
13, 14, 15
Lan 563:18
LANDMAR
K 24:8

LANGUAGE
19:8 30:9
73:13
75:24
618:24
LANIER
2:17 3:1
633:14
LARA 7:3
large 81:4
160:18
259:24
302:23
393:11
420:4
largely
161:1
418:10
606:24
607:3

larger
219:16
290:24
502:12
large-scale
473:23
largest
556:10
LaSalle
170:8
344:8, 23
345:1
523:21
524:1, 2, 24
525:16
LaSalle's
524:3
laser 74:8
lasting
481:10
482:7
lastly
129:17
late 47:10
Latin
247:15
laudatory
386:23
387:1, 18
388:7
laugh 126:7,
8
laughed
488:18
launch
493:23
497:9, 13
laundering
559:6, 14, 24
560:2
Laura
379:18
LAW 2:12,
17 3:8

59:21
67:11
137:5
211:15
214:7
222:4, 7
552:16
576:19
577:4
LAWRENC
E 3:15
lawsuit
47:6, 10
632:14, 20
lawyer 59:8,
22 63:14
84:15
408:11
446:21
496:17
557:16
565:18
576:9
578:15
lawyer-
created
132:23
lawyers
330:1
407:9, 19
486:20
505:17
614:10, 17
615:4
631:10
632:18
633:8
LAWYER'S
640:1
lay 406:17
layperson
364:16
layperson's
245:19

Lbosso@ksla
w.com  6:6
**LBW**
456:*14*
lcain@mofo.
com  7:*11*
**lead**  69:*2, 6*
141:*17*
174:*18*
175:*10*
347:*14*
384:*2*
462:*9*
466:*14*
467:*10*
469:*4*
475:*19, 21*
477:*19*
504:*3*
528:22
533:*18*
600:*13*
603:*19*
**leading**
244:*2*
514:*20*
515:*1*
536:*11*
556:*11, 17*
596:*11*
**leads**
362:*24*
364:*19*
475:*3*
**League**  68:*1*
**learn**  377:*3*
**learned**
536:*23*
**LEARNING**
13:*21*
257:*13*
493:*1*
534:*4, 17*

**leave**  171:*1*
464:*9*
**Lecouteur**
138:*23*
**led**  169:*19*
182:*24*
222:7
226:*9*
241:*9*
427:*3*
569:*12*
613:6
**LEE**  6:*17*
**left**  358:*20*
388:*3*
530:*24*
557:*3*
558:*2*
568:*16*
569:22
**left-hand**
429:*2*
**leg**  245:*14,*
*23*  246:*9*
248:*16*
295:*18, 24*
305:*4, 5, 7, 9,*
*10, 12, 13*
308:*3, 5*
318:*8*
**Legal**  8:*10*
34:*5*
**legislatively**
551:*8*
**legitimate**
157:*24*
408:*19*
409:*1*
**length**  147:*8*
**Leo**  108:*13*
**leptin**
545:*11*

**Lets**  435:*3*
441:*20*
496:*23*
**letter**  615:*8,*
*9*
**level**  249:*20*
347:6
363:*19*
367:*2*
381:*12*
448:*15*
481:*8*  527:*2*
**LEVELS**
21:*20*
380:*13*
381:*5, 10*
398:*13, 14,*
*24*  431:*13,*
*16, 17*
432:*23*
435:*13, 21*
525:*11*
526:*10, 21*
527:*20, 23*
**Levy**  40:*2*
**Lexington**
4:*16*  5:*5*
**LGBTQ**
555:*21*
**LIABILITY**
1:*4*  34:*15*
**liar**  321:*21*
410:*15*
**LIBRARY.P
DF**  20:*23*
**lick**  622:*23,*
*24*
**Liew**  80:*22*
81:*1, 8, 19,*
*23*  98:*19*
**Liew's**
80:*23*  81:*15*
**lifestyle**
428:*3*

**lifetimes**
389:6
**LIFETIMES
_MOUNT**
26:*17*
**lifted**  397:*21*
**ligase**
313:*16*
**light**  322:*24*
439:*24*
440:*1, 7*
**likelihood**
329:*2*  502:*3*
**Lilly**  563:*23,*
*24*
**limit**  76:*2*
619:22
**limitation**
497:*2*
**limitations**
147:22
151:*10*
608:*19*
**limited**  91:*7,*
*21*  473:*17*
**limiting**
230:*9*
473:*17*
**LINDSEY**
7:*8*
**LINE**  33:*6,*
*9, 10, 13*
55:*7*  68:*2*
76:*8*
147:*19*
189:*9*
278:*3*
279:*14*
322:*11*
355:*14*
362:*21*
364:*8*
365:*5*
371:*21*

372:*1*
391:*1, 2*
482:*3*
559:*20*
595:*14*
627:22
638:*4*  640:*2*
**lineages**
420:*11*
**lines**  108:*10*
139:*19*
333:*17*
352:6
371:*17*
372:*5*
377:*8*
386:*21*
418:*7*
433:*13*
472:*1*
513:*5*
519:*11*
520:22
612:*15*
**LINK**
28:*20*
78:*14*
176:22
306:*15*
391:*21*
**linkage**
290:*21*
**LINKED**
12:*18*
82:*18*
373:*2*  400:*2*
**linking**
44:*10*
422:*16*
424:*18, 21*
425:*2*  604:*4*
**LINKS**
31:*20*
392:*16*

lion's
319:*15*
lipid 311:*11,*
*13*
LIST 13:*19*
37:*4* 39:*14*
50:*11, 12*
55:*1, 18, 20*
64:*4* 65:*22*
99:*13, 17, 22*
182:*5*
234:*21*
235:*1*
287:*6*
414:*18*
422:*19*
531:*5*
534:*3, 13, 14*
553:*23*
554:*1*
558:*7*
585:*11*
590:*9*
592:*14*
listed 40:*18*
41:*4* 42:*16,*
*21* 44:*1, 17*
45:*23* 46:*2*
47:*1* 50:*9*
51:*15, 18*
53:*11* 56:*1,*
*18* 58:*3*
61:*16* 63:*3,*
*16* 64:*18*
67:*15*
69:*14*
83:*13*
100:*2*
137:*4*
208:*24*
306:*18*
402:*16*
417:*13*
423:*6, 9, 15,*

*18* 424:*6*
516:*3*
534:*24*
565:*7*
585:*18*
621:*3, 20*
Listen
328:*12*
listening
441:*11*
lists 100:*13*
307:*3*
343:*12*
424:*12*
literature
85:*15, 17*
144:*21*
145:*14*
157:*18*
273:*18*
350:*19*
382:*14*
404:*24*
408:*5*
414:*11*
447:*3*
465:*11*
471:*19*
480:*23*
506:*4*
508:*5*
515:*11, 13*
524:*13*
529:*3*
538:*16, 19*
579:*19*
584:*5*
594:*19, 22*
595:*8*
598:*3*
604:*17*
605:*14*
609:*3*
610:*21*

613:*19*
614:*15*
615:*14*
617:*10*
620:*14*
621:*6*
623:*19*
LITIGATIO
N 1:*4, 19*
8:*9* 34:*6,*
*15* 407:*1*
408:*12, 14*
446:*22*
537:*6, 8*
614:*4, 12, 19,*
*20* 615:*5*
622:*11*
631:*10, 12,*
*15* 632:*1, 18,*
*19* 633:*8*
634:*14*
litigations
564:*20*
little 43:*7, 8*
58:*1* 61:*14*
102:*8*
108:*22*
327:*1*
329:*10*
402:*21*
437:*4*
439:*22*
449:*13*
450:*13*
550:*18*
607:*10*
616:*16*
lived 565:*23*
liver 310:*21*
LLC 4:*1*
7:*18*
LLP 2:*1*
4:*14* 5:*1, 9,*

*16* 6:*3, 9, 16*
7:*1, 8, 14, 18*
load 84:*5*
location
36:*5* 469:*8*
long 123:*18*
153:*24*
159:*9*
187:*21*
373:*8*
532:*8*
540:*10*
longer
160:*8*
450:*18*
longitudinal
81:*5* 83:*1*
long-lasting
498:*24*
long-term
94:*4*
437:*10*
490:*20*
492:*6*
look 74:*2*
77:*22*
81:*15* 84:*7*
87:*6* 100:*9*
102:*4*
115:*2*
116:*10*
117:*18*
139:*12*
141:*9*
152:*3*
154:*8, 9*
170:*14*
185:*1*
189:*20*
196:*23*
203:*18*
204:*12*
209:*15*
223:*8*

224:*2*
228:*8*
258:*4*
265:*11*
273:*17, 22,*
*24* 288:*3*
290:*19*
291:*7*
304:*9*
306:*4*
334:*7*
342:*11*
345:*1*
353:*13*
357:*17*
366:*20*
370:*15*
373:*7*
374:*20*
375:*10, 17*
382:*3*
384:*9*
389:*9*
392:*10*
394:*2, 17*
395:*2, 4, 18,*
*21* 411:*22*
412:*2*
416:*6*
417:*22*
426:*12*
438:*20*
445:*19*
449:*3*
459:*1*
463:*6*
465:*18*
469:*21*
487:*5*
490:*23*
500:*3*
504:*7*
507:*15*
514:*9*

519:*8*
522:*15, 23*
524:*20*
531:*20*
532:*15*
547:*7*
553:*10*
555:*24*
556:*7*
568:*6*
570:*23*
574:*8*
587:*24*
588:*20*
591:*2, 3*
597:*7*
604:*20*
606:*21*
618:*11*
620:*17*
630:*12*
**looked**
85:*14*
106:*4*
143:*15*
144:*12*
206:*1*
261:*4*
296:*7*
299:*11, 18*
300:*14*
304:*15*
365:*2*
373:*8*
402:*14*
437:*7, 12*
460:*4*
473:*9*
503:*6*
524:*11*
579:*19*
622:*9*
**looking**
51:*24*

105:*10, 14*
115:*7*
149:*17*
167:*6*
220:*16, 17*
241:*10*
337:*14*
350:*24*
371:*6*
377:*2*
409:*6*
587:*10*
617:*10*
**looks** 107:*9*
115:*16, 17*
185:*17*
192:*13*
216:*16*
598:*20*
**Lord**
138:*18, 24*
**Los** 7:*16*
**lose** 190:*22*
461:*10*
**losing**
174:*19*
**loss** 295:*5*
302:*21*
309:*11*
**lot** 114:*12*
124:*12, 14*
245:2, *3, 5*
251:*12*
252:*10*
280:*13*
296:*19*
300:*8, 9*
377:*3*
487:*16*
509:*17*
596:*6*
601:*3*
606:*3*
609:*8*

615:*18*
624:*16, 17*
**Lots** 7:*17*
190:*23*
339:*18*
458:2  479:*5*
**loud** 301:*13*
**Louisiana**
3:*16*
**low** 261:*12*
267:*7, 9*
362:*11*
423:*12*
431:*13*
432:*23*
434:*24*
452:*21*
454:*16*
456:*14, 24*
457:*3*
458:*7*
478:*3*
547:*15*
**low-birth-
weight**
451:*21*
**lower**
196:*17*
197:*15*
266:2, *3, 23,
24*  426:*19*
427:*12, 21*
428:*13*
435:*14*
509:*9*
527:3  572:*5*
**lower-odds**
426:*9*
**lowest**
92:*12, 14*
94:*6*
**low-grade**
513:*8*

**low-income**
555:*20*
ltracey@trac
eylawfirm.co
m  3:*18*
**LUCAS**
5:*17*
**luck** 575:*24*
**LUKE** 6:*3*
**luncheon**
350:*5*
**lying**
409:*24*
410:*12*

**< M >**
**M.D** 1:*13*
9:*3*  35:*2*
636:*8*
639:*16*
**M.I.N.D**
244:*2*
**M.P.H** 81:*8*
**ma'am**
128:*3*
**machine**
177:*14*
557:*12, 19*
**Madison**
6:*10*
**Maenner**
175:2, *4*
177:*21*
179:5, *9*
180:*11, 20*
**Maenner's**
175:*18, 23*
178:*12*
**Magdalena**
370:*11*
393:*21*
**magnifying**
395:*11*

**magnitude**
160:*23*
161:*2*
**Mahjani**
370:*8*
**main** 175:*4*
196:*14*
**major**
283:*13*
312:*12*
360:*17*
452:*22*
454:*7*
482:*21*
**majority**
244:*10*
278:*16*
420:*13*
630:*14*
**makers**
381:*3*
**making**
90:22  92:*5*
132:*6*
197:*5*
434:*2*
449:*15*
590:*8*
**male** 353:*15*
**malnutrition**
360:*16*
452:*22*
454:*7*
499:*10*
**malpractice**
565:*12*
566:*13*
567:*3*
**man** 172:*23*

**Management**
558:4, *6*

Confidential - Subject to Protective Order

mandate
210:*11*
611:*6*
mandated
204:*10*
Manhattan
5:*11*
manifest
251:*4*
manifestatio
n 342:*4*
manifestatio
ns 415:*19*
manifests
248:*17*
manipulate
135:*2*
544:*6, 7*
Manish
380:*22*
382:*12*
390:*14*
487:*16*
Manish's
389:*12, 14*
Manual
142:*6* 195:*1*
manufacture
rs 580:*8*
616:*24*
manuscript
259:*15, 19*
March 42:*5,*
*20* 44:*24*
45:*6* 63:*6*
129:*8*
134:*15*
178:*17*
365:*20*
366:*17*
367:*11*
368:*11*
442:*3*
446:*6*

481:*21*
486:*22*
514:*8*
mark
101:*22*
612:*9*
633:*14*
Marked
32:*14*
33:*13*
35:*21* 37:*9,*
*23* 41:*11, 16*
54:*9* 72:*19*
77:*2* 79:*8*
86:*15* 93:*1*
94:*22*
101:*4*
106:*18*
107:*18*
109:*12*
114:*2*
122:*9*
127:*20*
129:*19*
131:*24*
136:*8*
147:*12*
170:*10*
172:*19*
176:*2*
181:*1*
183:*13*
187:*8*
190:*9*
192:*6*
193:*1*
194:*15*
195:*22*
206:*20*
218:*23*
220:*6*
221:*10*
223:*11*
227:*23*

235:*3*
240:*15*
258:*16*
263:*4*
267:*22*
277:*23*
282:*20*
289:*17*
293:*24*
296:*15*
301:*5*
306:*7*
308:*19*
321:*3*
332:*4*
333:*13*
336:*15*
341:*7, 13*
342:*15*
349:*4*
352:*1*
353:*3*
357:*10*
359:*13*
361:*18*
364:*9*
368:*13*
369:*22*
374:*22*
379:*13*
388:*20*
391:*7*
392:*3*
394:*4*
401:*7*
411:*5*
417:*5, 6*
425:*19*
429:*13*
433:*14*
436:*12*
439:*11*
454:*22*
484:*1*

488:*5*
501:*21*
503:*21*
525:*2*
530:*18*
534:*6*
539:*9, 24*
541:*19*
542:*15*
546:*16*
551:*13*
553:*11*
554:*13*
555:*4, 7, 10*
568:*18, 21*
580:*17*
612:*11*
617:*19*
markedly
110:*5*
marker
385:*7*
437:*18*
458:*9*
MARKERS
25:*16*
344:*11*
494:*4, 5*
497:*23*
498:*8*
Marla
243:*12*
Marte 8:*1*
Martha
96:*14, 19*
240:*20*
241:*6*
Masarwa
605:*17*
mass 423:*2*
Massachusett
s 96:*24*

masse
327:*23*
607:*3*
match
148:*15*
574:*14*
matching
148:*10*
574:*15*
material
355:*24*
356:*4, 7*
MATERIAL
S 10:*10*
64:*4*
180:*17, 19*
183:*23*
193:*6*
234:*14, 21*
235:*1*
306:*19*
531:*4*
585:*10, 19*
586:*8*
589:*2* 590:*9*
maternal
360:*14*
377:*15, 18*
422:*20, 23,*
*24* 423:*1, 22*
424:*1*
426:*17*
427:*19*
428:*11*
442:*4, 7, 16,*
*21* 443:*6*
444:*14*
451:*14, 24*
454:*4*
465:*12*
466:*13*
467:*10*
468:*23*
469:*3*

470:6, *12, 16*
471:*1, 12*
475:*3*
476:*15*
482:*15, 20*
483:*2*
484:*6*
513:*14*
535:*18*
545:*7*
602:*12*
606:*10*
614:*21*
**math**  132:*9*
**mathematical**  119:*6*
239:*10, 15*
**mathematically**  119:*4*
631:*5*
**matter**
34:*13*
411:*17*
442:*5*
484:*7*
533:*1  546:3*
**Matthew**
177:*20*
187:*17*
**mature**
420:*10*
**maturing**
420:*9*
**Mazefsky**
174:*5, 14*
**M-CHAT-R**
548:*15*
**McPartland**
174:*5*
**McSweeney**
565:*2*
**mcwatts@wattsguerra.com**  2:*10*

**MDL**  1:*3*
9:*18*  34:*15*
631:*16*
633:*19*
**MDL-RESPONSES**  9:*20*
**MEAGHER**  5:*9*
**mean**  68:*1*
88:*18*
112:*15*
113:*7*
116:*15*
128:*15, 17*
149:*3*
150:*9*
159:*23*
160:*10*
180:*14*
195:*10*
250:*17*
251:*2*
259:*9*
262:*12*
271:*20*
283:*23*
292:*13*
302:*10*
305:*13*
313:*3*
318:*2*
384:*23*
400:*4*
406:*21*
410:*9*
417:*19*
425:*6*
435:*17, 18*
446:*21*
450:*9*
460:*8, 18*
461:*3, 13*
466:*19, 22*

475:*16*
478:*2*
496:*1*
519:*20*
527:*16*
533:*3*
555:*2*
559:*5*
586:*12*
602:*16*
604:*9*
605:*11*
608:*23*
609:*14*
611:*7*
624:*4, 10*
**meaning**
155:*18*
**means**
104:*12*
208:*2*
217:*2*
236:*12*
245:*1*
247:*3*
269:*11*
270:*12*
275:*5, 8, 9, 11, 20*
278:*13*
318:*21*
339:*12*
366:*21*
389:*21*
402:*13*
475:*17*
479:*11*
480:*1*
602:*18*
604:*10*
608:*13*
609:*16*
616:*6*
636:*20*

**meant**
125:*24*
210:*5*
220:*2, 21*
221:*21*
322:*23*
555:*15*
586:*17*
**measure**
399:*6*
437:*9*
440:*5, 8*
441:*10*
542:*1*
548:*10*
**measures**
81:*8  140:4, 6  147:4*
148:*3*
150:*5*
151:*16*
380:*18*
437:*8*
**measuring**
261:*5*
402:*6*
546:*22*
547:*24*
**meat**  223:*24*
**mechanism**
46:*22*
312:*4*
361:*10*
424:*15*
449:*14, 16*
452:*18*
457:*13*
472:*23*
476:*4, 5*
515:*7*
517:*3, 7*
532:*21*
**mechanisms**
44:*9*

103:*21*
353:*20, 21*
422:*9, 16*
423:*20, 24*
424:*4, 8, 11, 18, 21  425:2*
444:*2*
480:*11, 12*
481:*3*
514:*4*
530:*1*
535:*22*
603:*23*
604:*4, 11*
**MECHANISTIC**  25:*16*
344:*10*
**media**
505:*14*
**median**
182:*11*
**medical**
35:*11  56:4, 10  57:20*
65:*17  66:8, 19  67:3*
68:*4  70:3, 5  71:9*
72:*15  79:3*
81:*21  82:4*
88:*13  89:9*
97:*1, 24*
124:*6*
180:*7*
351:*24*
363:*10, 24*
365:*15*
471:*23*
489:*17, 18, 20  511:4*
512:*3*
513:*4*
518:*22*
565:*12*

566:*12*
567:*3* 596:*1*
**MEDICAL.P**
**DF** 22:*15*
**medically**
94:*1*
**medication**
45:*7* 82:*24*
92:*17*
135:*3*
358:*15*
502:*4* 503:*7*
**MEDICATI**
**ON.PDF**
18:*12*
**medications**
356:*24*
377:*19*
487:*22*
502:*19, 23*
503:*5, 13, 16*
**Medicine**
75:*6*
396:*23*
598:*10*
625:*21*
626:*7* 627:*5*
**medicines**
309:*14, 15,*
*19* 504:*2*
520:*11*
521:*1, 9*
600:*12*
**meet** 144:*15*
**meeting**
578:*10, 14*
**meets**
272:*14*
319:*20*
415:*19*
**members**
343:*10*
633:*17*
634:*1*

**memory**
172:*12*
205:*11*
333:*10*
352:*23*
362:*3*
441:*9*
463:*15*
**men** 354:*10*
**Menges**
511:*4*
**MENTAL**
14:*10*
18:*19*
289:*22*
359:*18*
376:*11*
393:*7*
**mention**
617:*16, 17,*
*24*
**mentioned**
478:*1*
599:*20*
610:*24*
**mentions**
393:*20*
618:*17*
619:*2*
**mentor**
393:*20*
**mentors**
461:*6*
**Merck**
563:*12*
**MERCY**
22:*15*
351:*23*
363:*10, 24*
365:*15*
471:*22*
513:*4*
518:*21*
**mess** 74:*10*

**message**
278:*10*
**messaging**
406:*9*
**met** 286:*6*
**META**
16:*16*
**Meta-**
**Analysis**
187:*12*
470:*4*
605:*5, 16, 18*
**METABOLI**
**C** 23:*7*
104:*3, 19*
502:*21*
503:*3, 15*
513:*15, 16*
514:*5* 545:*8*
**metabolism**
311:*11, 13*
526:*6* 536:*8*
**metabolomic**
**s** 103:*20*
**metal** 46:*13*
48:*6* 61:*12*
329:*3, 4*
487:*8*
**metallic**
253:*15*
**metals**
48:*12*
381:*5, 10, 11,*
*13* 413:*6, 23*
423:*4*
484:*17*
487:*7, 18*
**methodologic**
**al** 142:*13*
143:*22*
630:*16*
**methodology**
133:*11*
198:*18*

231:*21*
509:*17*
**methods**
109:*8*
118:*23*
140:*9*
153:*22*
179:*5, 7*
180:*4, 5, 10,*
*12* 197:*24*
198:*24*
199:*1, 24*
205:*18*
232:*4*
291:*10*
320:*20*
371:*7*
373:*7, 8*
532:*16*
586:*19*
591:*2*
597:*2*
608:*20*
**methylated**
522:*19*
523:*8*
**METHYLA**
**TION**
21:*16, 19*
312:*19*
521:*20*
522:*5*
525:*11, 21*
526:*10, 21*
527:*2, 20, 23*
528:*11*
532:*19*
**MGH** 97:*3*
**mice** 300:*8,*
*23, 24*
301:*10*
307:*14, 20,*
*21* 309:*1*
310:*5*

538:*11, 23*
540:*19*
**Michael**
138:*19*
**Michelle**
1:*15* 34:*21*
636:*12*
**microarrays**
291:*14*
**microbiome**
377:*16*
**microphone**
587:*7*
**microsomal**
292:*9*
**microwave**
292:*24*
**middle**
418:*18*
460:*16*
**mid-fetal**
421:*8*
**MidHudson**
511:*4*
**migrating**
422:*3*
**MIGRATIO**
**N** 22:*9*
417:*1*
418:*22*
419:*14, 16*
**MIKAL** 2:*3*
**milder**
208:*12*
242:*20*
285:*17*
**MILLION**
26:*15*
389:*4*
390:*15*
391:*13*
400:*17*
551:*20*
554:*20*

**MILLONIG**
22:7
**mind** 355:13
**mine** 69:21
115:20
152:10
297:11
325:16
461:17
**Mine's**
572:10
**Minimize**
92:9 94:5
**Minshew**
174:5
**minus**
36:13, 14
**minute** 86:9
87:14 93:9
96:17
102:24
152:21, 23
184:5
186:17
188:11
191:21, 23
195:11
196:3, 12, 23
224:2
345:1
379:23
389:9
392:10
395:1, 4, 12,
15 456:4
547:6
**minutes**
154:12
286:19
480:18
578:4
582:5, 6
592:22

**miraculously**
53:11
**mischaracter
izes** 214:2
**mischaracter
izing** 65:3
477:6
**misclassified**
153:8, 19
155:13

**misdiagnosed**
212:22
**misguided**
183:1
**misidentifica
tion** 208:23
**misleading**
381:20, 22
**mispronounc
ed** 562:12
**misrepresent
s** 404:15
**missing**
169:15
184:14, 23
301:11
438:5, 7
440:12
485:19
**Missouri**
3:10
**misstated**
267:12
**misstates**
197:19
211:4, 5
213:4
222:14, 20
226:1
231:24
235:22
322:6

338:18
390:7
427:16
431:22
503:1
507:1
618:3
620:10
**mistake**
217:8
**mistaken**
198:18
**Mm-hmm**
79:16
216:2
290:15
329:23
330:3
392:20
417:3
441:7
443:3
523:22
531:6
**Møbjerg**
98:24
**model**
100:10
308:24
437:1, 2, 3
438:13
539:15
540:5, 7, 18
543:1, 10
544:3, 6, 11,
13 631:5
**modeling**
239:11, 15
421:2
**MODELS**
12:11
309:1, 2, 6,
14, 17
540:22

543:5, 14
544:7
**modifiable**
134:22, 23
135:5, 10
349:19
387:5
430:1
434:22
435:1, 7, 19
441:21, 22
**modification**
249:23
**Modified**
548:14
**modify**
435:21
491:15
**modifying**
498:24
**modulate**
342:2
**molecular**
310:17
524:18
**mom**
284:10
448:16
537:3
625:23
627:17
**moment**
87:5 107:7
155:1
172:13
206:7
209:11
239:8
344:4
362:2
448:5 631:4
**moments**
126:8

**moms**
598:17
599:1
627:12, 14
628:5, 7
**MONAGHA
N** 4:14 5:3
**money**
198:8
348:19
392:1
407:9
552:11, 19
553:4
559:6, 14, 16,
23 560:2
**monitor**
507:7
**monitored**
611:19
**MONITORI
NG** 20:13
**monozygotic**
258:4 272:9

**Montgomery**
2:15
**month**
58:24 59:2
63:9, 10
171:22
485:12
573:10
583:9
623:23, 24
**months**
201:16
202:3, 5, 16,
23 203:3
484:20
539:23
**morning**
433:18
593:16

**MORRIS**
7:*18*

**MORRISON**
7:*8*
**mother**
285:*6*
338:*22*
483:*10, 12*
493:*5*
511:*10*
602:*24*
603:*4*
609:*19*
625:*11, 13*
**mothers**
83:*2*  296:*6*
426:*22*
427:*3*
443:*6*
513:*9*
602:*9, 20*
610:*5*
625:*10, 20*
**mother's**
284:*1*
602:*11*
**motivations**
388:*16*
**motor**
305:*24*
**MOUNT**
19:*9*  25:*12*
27:*10*  30:*9*
56:*8*  57:*15*
66:*2, 16*
67:*15*
69:*20*  72:*3,*
*12, 24*  73:*7,*
*9, 13, 17, 19*
76:*24*  98:*9,*
*15, 16*
123:*15, 21*
258:*24*

325:*1*
347:*8, 16*
357:*24*
358:*6, 9, 13*
369:*10*
370:*9, 11, 13,*
*16*  372:*15*
378:*14, 23*
380:*24*
382:*13*
383:*11*
389:*2, 3*
392:*7, 14*
393:*5, 10*
427:*9*
489:*3*
503:*19*
504:*1*
505:*9*
508:*7*
534:*1*
550:*19*
551:*19*
552:*4, 20*
553:*5, 15*
554:*4, 11*
558:*18*
560:*9*
594:*3*
599:*6, 11, 22,*
*24*  600:*23*
612:*17, 18*
613:*3*
617:*15, 23*
618:*6*
619:*21*
**MOUSE**
12:*11*
437:*2*
539:*16*
**mouth**
406:*20, 23*
625:*11*

**move**  127:*9*
543:*15*
**moved**
328:*12*
**moving**
474:*7*
**Moy**  342:*12*
**MP4**  19:*22*
29:*13, 16, 18*
31:*17*
**MT**  30:*7*
32:*7*
**multifactoria
l**  368:*2, 15*
**multigenic**
343:*7*
**multi-hit**
346:*5*
**multiple**
84:*18*
140:*21*
282:*14*
343:*10*
546:*12, 13*
567:*24*
606:*6*

**multivitamin**
426:*3, 18*
**multivitamin
s**  427:*10*
**Murdica**
407:*8*
**mutagen**
355:*18*
**mutagenic**
252:*5*
353:*17*
355:*16*
**mutate**
273:*2*
**mutated**
542:*24*

**mutation**
270:*11*
271:*5*
272:*2*
298:*16*
303:*18*
315:*12*
316:*21*
354:*2*
355:*20*
368:*22*
**mutations**
249:*15*
270:*24*
271:*12, 13*
272:*12*
295:*4*
318:*3*
319:*20, 24*
320:*14*
353:*15*
354:*13*

**< N >**
**N.W**  6:*18*
7:*21*
**NADINE**
6:*9*
**NADLER**
12:*10*
342:*13*
**name**  34:*4*
35:*9*  50:*20*
53:*2, 10*
59:*7*  62:*14*
65:*15*  72:*3,*
*7*  268:*14*
286:*12*
359:*9*
366:*12*
423:*7*
442:*3*
444:*22*
446:*11*

452:*9*
458:*6*
460:*8*
484:*12*
486:*21*
524:*4*
567:*23*
568:*1, 2, 5*
570:*24*
623:*1*
**named**  69:*9*
172:*23*
352:*21*
511:*8*
**narrow**
391:*18*
**National**
376:*5, 11, 15*
377:*9*
378:*8*
393:*6*
425:*24*
490:*17*
**nation's**
82:*3*
**natural**
436:*4*
**nature**
360:*11*
469:*7*
502:*3*
578:*24*
603:*13, 20*
616:*9*
**near**  36:*10*
**nearly**  510:*1*
**necessarily**
81:*16*
113:*11*
139:*3*
140:*5*
180:*14*
265:*23*
273:*3*

300:*5*
327:*7*
382:*11*
385:*6*
400:*4*
424:*13*
429:*21*
435:*16*
480:*15*
492:*14*
527:*16*
528:*15*
532:*20*
**necessary**
92:*14* 637:*4*
**need** 41:*23*
64:*15, 17*
74:*19, 21*
76:*10*
77:*21* 92:*9*
102:*4, 10*
106:*23*
116:*14, 17*
118:*23*
121:*4*
134:*21*
139:*9*
142:*22*
147:*8*
149:*16*
151:*8*
152:*21*
153:*12*
154:*1, 11*
159:*10*
163:*7*
164:*7*
171:*16*
173:*15*
184:*16*
187:*21*
189:*7*
196:*23*
199:*13*

204:*14*
207:*5*
232:*3, 13*
248:*24*
254:*17*
279:*19*
324:*20*
343:*22*
346:*13*
364:*3*
365:*5*
371:*14*
373:*7*
377:*3*
396:*7*
409:*3*
414:*12*
428:*1*
463:*2*
465:*18*
507:*17*
532:*9*
547:*7*
574:*13*
585:*17*
590:*21*
592:*9*
597:*1*
621:*22*
**needed** 90:*9*
91:*8, 22*
203:*22*
232:*5*
598:*10*
**needs**
117:*18*
122:*1*
150:*11*
154:*8, 9*
207:*18*
216:*3*
345:*1*
508:*12*
606:*4*

**negative**
82:*1, 6*
182:*13*
328:*3, 20*
329:*10*
351:*17*
500:*14*
606:*7*
**neglected**
462:*22*
**neither**
139:*2*
**neonatal**
535:*18*
537:*19*
**nerve**
309:*10, 17*
437:*18*
541:*6*
**NESTLER'S**
18:*18*
359:*18*
**net** 165:*2, 11*
**NETWORK**
20:*13*
**neural**
418:*20*
419:*6*
430:*9*
438:*24*
496:*23*
497:*5, 12*
**Neuren**
562:*7, 8, 9*
**NEURITE**
22:*8* 416:*24*
**Neuro**
493:*23*
**NEUROBIOL** 22:*11*
**neurobiological** 416:*20*

**NEUROBIOLOGY**
18:*19*
289:*21*
359:*18, 20*
**neurodevelopment** 49:*16*
415:*6*
416:*17*
418:*20*
420:*15*
513:*22*
545:*13*
**NEURODEVELOPMENTAL** 22:*10*
99:*22*
356:*23*
394:*13*
397:*18*
398:*3* 417:*2*
**neuroinflammation**
513:*23*
545:*14*
**neurological**
458:*11*
522:*7*
**neuronal**
45:*18*
514:*20*
515:*1, 21*
605:*4*
**neurons**
309:*2*
419:*15, 19*
420:*10*
493:*22*
495:*15*
496:*12*
540:*20*
**neuroprotective** 514:*1*
545:*16*

**neuropsychological**
458:*12*
**NEUROSCIENCE**
14:*14*
31:*19*
392:*15*
501:*18*
**neurotoxic**
298:*7*
**Neurotoxicity** 100:*5*
**neurotransmitter** 472:*19*
**neurotrophic**
537:*13, 16*
545:*16*
**neurotropic**
514:*1*
**never** 87:*13*
102:*20*
117:*14*
118:*14*
122:*6*
173:*13*
175:*15*
226:*24*
229:*21*
232:*9*
243:*7, 9, 11*
255:*20*
410:*11*
432:*15*
446:*8*
485:*8*
515:*14*
564:*16*
571:*10*
580:*10*
615:*8*

**Nevertheless**
602:2
623:19
**NEW** 1:1,
14 3:5
4:17 5:5,
12, 19 6:11
7:21 12:18
16:7 19:10
24:9 26:13,
17 34:12
36:6, 10
183:17
185:14
283:21
402:20
449:15
489:2, 19
493:2
507:4
542:20
544:5
565:15, 20
567:17
620:1
631:18
**newborns**
77:11
458:10
**newer**
612:20
**news** 278:8
322:16
379:17, 18
**NEWS.PDF**
23:18
**news/bad**
278:8
322:16
**NEWSLETT**
**ER** 18:14
425:15
428:10, 16

**next-to-last**
631:8
**NICHD**
375:11
376:1, 5
**night** 64:2
129:24
402:11
**NIH** 259:18
348:20
374:8
**NIMH**
376:10
**nine** 123:23
564:24
630:6 631:1
**nkohane@btl**
**aw.com** 6:12
**NO.3** 10:22
**non-case**
153:10
155:14
**noncompara**
**ble** 159:24
**nongenetic**
347:2 360:7
**nonheritable**
43:2 51:8
111:7
267:8
271:12
273:5
274:11, 16
275:15
346:21
365:24
367:14
**non-peer-**
**reviewed**
90:6 486:2
**Nonresponsi**
**ve** 85:21
90:15
120:12

162:8
169:22
183:3
191:14
199:4
200:11
226:19
231:16
246:23
297:1
336:2
363:21
367:8 405:4
**nonsense**
331:7
**nonspecific**
480:3
482:11
**nontheoretic**
**al** 368:11
**non-white**
555:20
**Nope**
101:23
633:2
**Nordisk**
564:5, 7
**normal**
250:23
251:5 252:6
**North** 2:21
4:8 22:23
**Northern**
195:4
**nose** 440:2
**nostalgic**
441:18
**notably**
50:10
**Notary** 1:16
636:14
639:23
**note** 504:15

**noted** 34:18
155:9
516:5
637:11
639:11
**NOTES**
640:1
**noteworthy**
168:4
**notice** 1:13
9:18, 21
36:2, 20
71:7
**noticed**
326:22
402:10
**noting**
597:14
**Novartis**
564:3, 4
**novel** 540:7
**November**
58:24
77:18
107:23
127:13
439:10
453:7, 12
455:20
539:4
541:18
573:11
574:24
575:7
**novo**
249:13
257:19
268:20
269:6, 11
270:3, 4, 11,
17, 24 271:9,
11, 13, 16, 24
272:11, 12
280:24

282:1, 9
283:20
285:5, 14
303:17
315:11
319:19
564:5, 6
**NPCs** 422:3
**NSAID**
91:12
**nucleic**
355:21
**null** 337:3,
15 338:7, 16
**NUMBER**
15:15 37:3,
16 39:21
40:1 96:8,
13 97:6, 20
98:11, 23
108:3
120:8
123:16
168:17
175:11
176:18, 19
182:2
188:2
194:20
196:16
197:14
219:17
230:10
235:9
257:4
264:13, 24
277:15
316:8
378:1
404:12
442:20
448:20
451:20
490:15

| | | | | |
|---|---|---|---|---|
| 493:*20* | 64:*21*  76:*7* | 314:*11* | 68:*7*  70:*20* | 214:*16* |
| 494:*15* | 84:*17*  88:*8* | 315:*1* | 71:*2*  78:*18* | 215:2 |
| 495:*13* | 117:*13, 23* | 324:*12* | 79:*23* | 222:*13, 19* |
| 496:*23* | 118:*12, 13,* | 329:*12* | 83:*22*  84:*9* | 225:24 |
| 497:*5, 12, 21* | *17*  120:*1* | 333:*5* | 85:*21*  86:*5* | 226:*18, 20* |
| 499:*8* | 121:*24* | 336:*3* | 88:*3, 16* | 227:4 |
| 534:*21, 24* | 124:*23* | 344:*24* | 89:*19* | 229:9 |
| 572:*5, 14* | 130:*8* | 346:*10* | 90:*15* | 231:*15* |
| 574:*12* | 132:*14, 21* | 363:*2* | 95:*17*  96:*2* | 233:9 |
| 592:*5* | 146:*6* | 364:*23* | 99:*5* | 234:*15* |
| 594:*7* | 155:*5* | 367:*9, 19* | 104:*23* | 236:*15* |
| 595:*15* | 167:*4* | 373:*20* | 106:*1* | 237:*16, 19* |
| **numbered** | 173:*7* | 395:*6* | 111:*16* | 238:*14* |
| 39:*15* | 179:*18* | 404:*11* | 114:*17* | 239:2, *18* |
| **numbers** | 183:*4* | 405:*12, 13,* | 118:*19* | 241:*16* |
| 38:*11* | 184:*13* | *15*  406:*12* | 119:*11* | 245:*15* |
| 132:*7* | 186:*11* | 445:*21* | 120:*12* | 246:*1, 10, 16,* |
| 174:*8*  572:*3* | 188:*6, 13* | 446:*15, 23* | 125:*8* | *22*  247:*4, 21* |
| **numerical** | 189:*23* | 447:*23* | 126:*14* | 248:5, *20* |
| 165:*23* | 196:*21* | 450:*21* | 145:*21* | 249:*7* |
| 166:*12* | 197:*18* | 451:*9* | 154:*21* | 250:*1, 14, 24* |
| 167:*1, 13* | 198:*11, 12* | 476:*18, 19* | 155:*9* | 252:*13* |
| **Numerous** | 199:*5* | 496:*19* | 158:*1* | 253:*17* |
| 550:*9* | 200:*12* | 497:*18* | 161:*18* | 256:*13* |
| **nutrients** | 205:*3, 4* | 499:*3* | 162:*7* | 261:22 |
| 380:*18* | 207:*15* | 516:*24* | 166:*15* | 263:*17* |
| 498:*23* | 212:*12* | 551:*21* | 169:*21* | 267:*3, 16* |
| **nutrition** | 230:22 | 552:*1* | 172:*7* | 270:*20* |
| 493:*21* | 231:*17, 23* | 557:*20* | 174:*20* | 272:*4* |
| 495:*14* | 235:*21* | 559:*7, 19* | 188:*19* | 274:22 |
| **Nutritional** | 240:*11* | 560:*12* | 189:*6, 8* | 282:5 |
| 491:*12* | 246:*24* | 583:*15* | 191:*13, 15* | 296:*24* |
| 493:*5* | 252:*19* | 585:*24* | 194:*6* | 299:*1, 23* |
| **NW**  6:*4* | 254:*6* | 586:*23* | 198:*19* | 303:*10* |
| | 255:*6* | 590:*12* | 199:*3, 11, 20* | 318:*9* |
| **< O >** | 263:*13* | 591:*13* | 200:*10, 17* | 320:*3* |
| **oath**  351:*4,* | 271:*17* | 623:*4* | 201:*21* | 322:*5* |
| *12*  352:*8* | 295:*23* | 625:*17* | 202:*17* | 323:22 |
| 433:*4* | 297:*2* | 627:*21* | 204:*1* | 325:*7* |
| **obese**  513:*9* | 298:*9* | 630:*6*  632:*2* | 205:*1* | 326:*12* |
| **object** | 299:*13* | **Objection** | 208:*5* | 327:*3, 17, 18* |
| 53:*14*  55:*6* | 305:*10* | 47:*7*  48:*18* | 209:*8* | 328:*4, 21* |
| 56:*24* | 308:*5* | 59:*9*  60:*10* | 211:*3* | 336:*1, 8* |
| 61:*19* | 312:*14* | 62:*9*  64:*7* | 213:*3, 14* | 337:*6, 16, 22* |

Confidential - Subject to Protective Order

338:*8, 17*
339:*14*
340:*4, 11, 24*
347:*11*
348:*6, 10*
352:*13*
357:*2*
361:*5*
363:*12, 20*
364:*1*
366:*4*
367:*7*
378:*17*
383:*2, 15*
384:*13*
385:*13*
386:*2*
388:*12*
390:*6, 18*
399:*22*
403:*16*
405:*3, 5*
407:*11, 21*
408:*22*
409:*15*
410:*1*
415:*13*
427:*15*
431:*21*
432:*13*
434:*6*
452:*11*
454:*18*
459:*7*
463:*10*
466:*15*
468:*14*
469:*14*
470:*20*
474:*20*
475:*6*
476:*7*
477:*2*
478:*7, 18, 23*

479:*12*
481:*12*
482:*24*
483:*18*
484:*24*
485:*21*
490:*2*
494:*17*
495:*5, 6, 17*
497:*2*
498:*2, 15*
499:*17*
500:*8*
502:*24*
505:*21*
506:*1, 24*
510:*11, 18*
511:*17*
515:*3*
516:*14*
517:*22*
519:*5*
520:*15*
522:*9*
524:*9*
527:*4*
528:*4*
531:*15*
533:*11*
550:*21*
552:*22*
553:*6*
554:*6*
556:*21*
558:*10, 21*
569:*16*
573:*12*
576:*10*
577:*7*
584:*14, 24*
587:*21*
592:*1*
596:*10*
607:*15*

614:*5*
618:*2, 8*
620:*9, 21*
622:*1, 12*
626:*3, 14*
627:*1*
628:*22*
632:*21*
633:*20*
634:*4*
**OBJECTIONS** 9:*21*
276:*13*
**objective**
185:*12*
186:*3*
**Observation**
139:*21*
547:*2*
549:*4, 20*

**observational**
597:*16*
605:*8*
**observe**
144:*8*
**observed**
160:*19*
221:*11, 19*
228:*19*
229:*3*
230:*17*
232:*17*
233:*24*
236:*10*
346:*7*
473:*14*
**obstacles**
489:*16*
**obstetric**
609:*24*
**obstetrical**
50:*2* 609:*12*

**obstructing**
334:*24*
**obviated**
463:*2*
**obvious**
430:*15*
**obviously**
331:*24*
386:*11*
440:*10*
540:*22*
581:*15*
616:*3*
**occur**
249:*15*
269:*22*
271:*2*
272:*14*
319:*20*
362:*23*
364:*18*
415:*20*
425:*5*
**occurred**
40:*5* 68:*15*
269:*12*
270:*13*
284:*23*
375:*13*
376:*18*
611:*6*
**occurrence**
451:*16*
**occurring**
272:*16*
353:*24*
444:*2*
541:*5*
544:*18*
**occurs**
246:*15*
272:*15*
281:*12*
303:*18*

341:*24*
369:*4*
415:*18*
419:*7, 15*
421:*20*
**October**
388:*24*
542:*13*
**odd** 115:*19*
**odds** 443:*12*
444:*12*
470:*7*
605:*22*
**offense**
410:*17*
**offer** 81:*22*
**offspring**
339:*1*
358:*17*
377:*16, 23*
393:*14*
426:*5*
444:*7*
470:*7, 14*
471:*16*
473:*6*
481:*11*
482:*8*
**oh** 64:*14*
73:*4* 85:*7*
105:*7*
141:*15*
146:*2*
151:*2*
156:*23*
157:*2*
297:*4, 13*
321:*9*
326:*3, 6*
394:*18*
445:*7*
450:*11*
453:*19*
463:*20, 22*

Confidential - Subject to Protective Order

| | | | | |
|---|---|---|---|---|
| 541:*14* | 108:*6* | 176:*20* | 259:*8* | 324:*6, 19* |
| 544:*10* | 109:*5* | 177:*16, 19* | 260:*12, 15* | 325:*13, 17* |
| 546:*6* | 110:*16, 22* | 179:*3, 24* | 261:*11, 17* | 326:*1, 6, 17* |
| 547:*17* | 113:*8, 20* | 180:*23* | 262:*16, 20* | 327:*11* |
| 567:*22* | 114:*12* | 182:*7* | 263:*2, 17* | 328:*1* |
| 588:*7* | 115:*21* | 186:*2* | 267:*6* | 331:*6, 8* |
| 630:*18* | 116:*9, 11* | 189:*13, 17* | 268:*14* | 337:*13* |
| **Okay** 35:*15* | 117:*1* | 192:*4, 20* | 269:*2* | 339:*9, 24* |
| 36:*14, 19* | 119:*2, 9, 19* | 194:*13* | 270:*9, 14* | 341:*11* |
| 37:*21* | 120:*11, 23* | 195:*8* | 275:*7* | 345:*14, 19,* |
| 38:*14* | 121:*23* | 196:*10* | 276:*20* | *22* 348:*14* |
| 40:*10, 23* | 123:*7* | 201:*10* | 279:*21* | 352:*20, 24* |
| 41:*7* 43:*14* | 124:*2, 6, 9* | 202:*1* | 281:*13* | 353:*13* |
| 47:*4, 21* | 125:*14* | 203:*6* | 284:*16* | 356:*22* |
| 48:*3* 56:*17* | 126:*22* | 204:*8, 11* | 285:*11* | 357:*19* |
| 57:*11, 24* | 127:*18* | 211:*14* | 286:*7, 10* | 358:*2* |
| 58:*11, 16, 19,* | 129:*4* | 212:*15* | 287:*4, 11* | 362:*20* |
| *23* 59:*4, 20* | 130:*11* | 213:*23* | 288:*19, 21* | 365:*14, 18* |
| 60:*5* 61:*8,* | 132:*13, 20* | 215:*23* | 289:*15* | 369:*9, 20* |
| *13* 62:*5* | 133:*9, 17, 24* | 216:*8, 18* | 291:*2, 11, 23* | 371:*8, 12* |
| 63:*10* 64:*2,* | 135:*12, 20* | 217:*19* | 292:*12* | 372:*19* |
| *13* 65:*12* | 137:*1, 9, 21* | 218:*1, 10* | 293:*6, 13, 16* | 373:*16* |
| 69:*10* 70:*7,* | 139:*15* | 219:*6, 23* | 294:*17, 23* | 374:*3, 20* |
| *10, 15* 71:*17,* | 140:*11, 24* | 220:*20, 24* | 295:*14* | 376:*4, 14, 24* |
| *20* 72:*11, 14* | 141:*9* | 221:*6, 24* | 297:*18* | 377:*5* |
| 73:*9* 74:*16* | 142:*3* | 225:*17* | 300:*3* | 378:*14* |
| 75:*18* | 144:*18* | 227:*14* | 301:*20* | 379:*3, 11* |
| 76:*23* | 146:*21* | 229:*18* | 302:*6, 24* | 380:*1, 12* |
| 77:*24* 78:*7* | 147:*10* | 240:*13* | 306:*22* | 381:*24* |
| 79:*6* 80:*5* | 149:*19* | 241:*24* | 307:*8, 13* | 382:*24* |
| 81:*18* 82:*7* | 151:*3, 4, 13* | 242:*7* | 308:*11* | 383:*8* |
| 84:*3* 85:*11,* | 153:*15* | 243:*13* | 310:*4, 12* | 384:*5* |
| *20* 86:*12* | 154:*22* | 244:*23* | 311:*10* | 385:*19* |
| 87:*24* 89:*3,* | 155:*8, 23* | 245:*5* | 312:*11, 19* | 386:*20* |
| *12* 90:*14* | 157:*2* | 247:*10* | 314:*3, 20* | 387:*8, 24* |
| 91:*6* 92:*23* | 158:*13, 16,* | 248:*13* | 315:*6* | 389:*14, 19* |
| 94:*14* 96:*5* | *20, 21* 159:*5* | 249:*18* | 316:*23* | 390:*3, 12* |
| 97:*20* 98:*4,* | 162:*24* | 252:*4, 16* | 317:*12, 18* | 392:*9* |
| *23* 99:*10* | 163:*11, 18* | 253:*12, 23* | 318:*2* | 395:*5* |
| 101:*24* | 168:*2* | 254:*17* | 319:*9, 15* | 397:*3, 9* |
| 103:*10* | 169:*11* | 255:*17* | 320:*9* | 398:*6, 17* |
| 104:*17* | 171:*23* | 256:*5* | 321:*20* | 399:*17* |
| 106:*7* | 172:*2* | 257:*5, 12, 19* | 322:*22* | 400:*9, 15, 22* |
| 107:*2* | 175:*2* | 258:*2, 10* | 323:*8, 20* | 401:*5* |

Confidential - Subject to Protective Order

402:5, 14, 15
403:3
407:17
408:16
409:18
411:19
413:3, 10
414:5, 13, 23
415:2, 23
416:3
418:3, 6, 16
419:5, 12, 24
420:22
421:13, 24
422:7
423:21
426:12
427:9, 18
428:4, 7
429:18
431:9
438:15
439:7
442:1
444:16, 18
445:8
449:5, 20
451:3, 13
452:21
455:15, 24
456:11
457:14
458:16
459:12
461:21
462:5, 12, 19,
24  464:3, 9,
17  465:12
466:13
467:13
468:5, 8, 19
469:2, 10
471:6, 10
472:7, 24

475:2
478:4, 15
480:17
482:15
483:24
484:16
486:19
487:5, 21
489:5, 21
490:10
491:8, 10, 20
492:2, 23
493:14
494:14
498:20
500:17
503:18
508:14
510:24
512:1, 5
513:2
515:10
516:2, 10
517:13
521:11, 17
522:2
525:9, 19
527:12
528:17
529:21
530:6
531:12, 20
532:14
533:6
537:18
538:24
550:6, 17
552:1, 17
553:3
557:15, 20
561:6, 12, 19
562:20
563:3, 18, 22
564:11, 19

565:1, 8
566:19
567:5, 10, 20
568:15
569:1
570:18
571:12, 19
572:13, 24
574:7, 11, 17
576:5, 19
577:2, 15
578:24
579:6, 8
580:5
582:15, 24
585:7, 8
587:14
588:9, 14, 24
589:6, 16
590:1, 11, 19
591:6
592:13, 18
593:13
595:21
596:5
598:5, 22
599:5, 15, 20
600:6, 12
601:3, 11, 22
602:2
603:21
604:19
606:13, 19
610:14, 19
614:9
619:6, 18
624:21
626:21
628:6, 17
629:15
632:17
634:8  635:9

**old**  203:14
295:13
421:8  451:4
**older**  160:7
362:12
443:5
451:15, 20,
24  461:9
**omic**  421:1
**omitted**
53:20
**once**  398:21
446:8  537:1
**one-fourth**
233:24
236:10
**one-half**
303:1
**ones**  133:1
212:16
271:15, 20
287:4
466:7, 8
550:9
586:20, 22
587:4
**one-third**
181:19
**onetime**
201:20
210:5
**ongoing**
134:18
350:19
351:20
635:2
**ONLINE**
20:22
55:16
183:20
369:14
**open**
394:15, 17

**OpenPaymen
ts**  552:9
**openpayment
s.com**  551:9
**operating**
536:19
**operations**
505:14, 15
**opinion**
77:21  92:6
94:10
111:18
120:24
143:3, 7, 9
162:6
229:20
364:14, 15
594:18
614:20
615:11, 13
629:7, 13
**opinions**
52:22  65:5
75:12
76:15
124:22
125:3
161:22
236:1
243:15
408:1, 4
584:5, 7, 10

**opportunities**
540:13
553:19
**OPPORTUN
ITY**  16:22
44:4  62:17
74:2  85:16
227:3, 8
375:5
486:17

516:6  636:9
oppose 65:4
opposed
  64:20
  169:1
  307:16
options
  561:4
ORDER
  1:8  121:5
  154:7
  163:4
  189:11
  214:10
  232:1, 12
  250:21
  282:15
  330:12
  334:14
  335:3
  365:6
  371:13
  379:6
  508:13
  596:23
  628:16
  632:19
organize
  116:12
organizes
  461:6
Ori 56:14,
16  366:8
orient
  159:10
  221:7
origin
  246:21
  248:11
  250:6, 11
  319:1
  339:21
  351:20

405:2
608:15
original
  46:4  52:20
  230:8, 17
  529:16, 17
  637:15
originally
  140:23
  220:1
Ortega 8:7
  34:4
orthopedic
  245:18
oscillations
  314:9, 21
ounces
  458:9
ourself
  184:9
Outcome
  525:12
  536:6
  605:20
outcomes
  356:22
  430:22
  492:6
  528:23
  533:19
  616:9, 11
outdated
  486:10
OUTGROW
TH 22:8
  416:24
outrageous
  591:20
outside
  217:7
  252:2
  253:20
  254:10
  413:22

503:12
518:24
520:2
530:14
558:14
634:14, 21
outstanding
  57:14, 20
  65:17  66:7
  67:8  69:22
  70:16
  71:21  88:2,
  12  89:8
  97:1
  124:20
  126:11
  128:19
outweigh
  599:4
overall
  180:10
  182:11
  211:1
  226:15
  464:20
overblown
  199:2
  260:22
Overbroad
  338:9
  388:13
  466:16
overexposed
  489:21
overlooks
  381:9
overruled
  263:18
  395:13
oversight
  54:4  62:2,
  7, 23  64:15
  462:22
  463:5

over-the-
counter
  92:16
overview
  418:7  584:9
overweight
  513:18
Ovid 560:22
OWNERS
  24:13, 17
  557:13
  558:3, 7
oxidative
  45:18
  478:22
  479:4, 7, 11,
  19, 24  480:2,
  19  481:1, 3,
  6, 9  482:6
  513:24
  514:20
  515:1, 22
  522:6
  545:15
  605:4
Oxnard 7:4
oxygen
  475:13, 15,
  18, 23
  476:16, 22
  477:16
  478:3, 5, 16,
  21  480:4
Oxytocin
  436:2, 22, 24
  437:13, 15
  438:1, 9
  439:1, 4
  440:15, 21

< P >
p.m 350:2,
9  410:23
  411:3

508:20, 24
592:24
593:4
635:14, 19
pack 450:16
pack-years
  450:4, 6
PAGE 9:16
  10:5  11:5
  12:5  13:5
  14:5  15:5
  16:5  17:5
  18:5  19:5
  20:5  21:5
  22:5  23:5
  24:5  25:5
  26:5  27:5
  28:5  29:5
  30:5  31:5
  32:5  33:6,
  9, 10, 13
  36:4, 22
  37:14  38:6
  39:9, 16, 19,
  22  40:16, 17
  44:7, 22
  46:6, 12
  49:6  51:5
  54:14, 20
  86:24
  87:10  91:4,
  10  96:5, 10,
  11  99:11, 15,
  17, 21  100:3,
  12, 15, 16, 19
  108:3, 4, 6
  110:1, 8, 11
  114:23
  115:5, 12, 13
  116:4
  117:6
  118:4
  122:21
  123:11

126:*23*
127:*12*
129:*4*
131:*2*
135:*18*
139:*8*
147:*11*
148:*16*
149:*4*
151:*20*
152:*24*
157:*11*
158:*13*
168:*3*
171:*5, 14*
173:*2, 5, 19, 22*  174:*12*
179:*9*
181:*23*
182:*8*
184:*2, 3*
185:*9*
187:*1, 24*
193:*8, 14, 19*
197:*4*
203:*11, 19*
206:*14*
207:*12*
211:*17*
219:*12*
220:*13, 14*
221:*6*
224:*17*
228:*10*
229:*17*
230:*13*
232:*14, 23*
234:*19*
235:*2*
240:*24*
241:*4*
242:*8*
243:*19*
258:*20*

259:*23, 24*
268:*17*
274:*5*
285:*2*
287:*18*
288:*6, 11, 24*
289:*6, 14*
290:*5*
321:*8*
332:*3, 11*
333:*8, 12*
342:*19, 21, 22, 23*
343:*22*
345:*5, 22*
352:*6, 18*
353:*14*
354:*6, 16, 21*
358:*19*
360:*1, 7*
362:*6, 15*
364:*7*
365:*11*
368:*19*
370:*16*
371:*9, 11, 16*
372:*19*
375:*10*
380:*3*
381:*19*
382:*1*
387:*10*
391:*1*
397:*22*
403:*12*
411:*21*
412:*2, 6, 9, 14, 16, 21*
416:*6, 13*
418:*18*
419:*5, 12*
420:*22*
421:*24*
429:*11*

433:*12*
438:*22*
453:*7, 14, 18, 24*  455:*21*
459:*23*
465:*22*
469:*22*
470:*1*
472:*1, 13*
473:*12, 21*
481:*20, 22*
482:*1*
484:*1, 17*
487:*6*
491:*10*
492:*3*
493:*15*
498:*20*
499:*8, 21, 22*
501:*19, 20*
502:*17, 18*
504:*13, 22, 24*  505:*1*
507:*15*
513:*5*
514:*12*
519:*11, 14*
520:*21*
523:*3, 18, 19*
526:*2*
528:*18*
531:*4, 21*
532:*2*
534:*13*
536:*17*
547:*9*
549:*13, 16*
555:*24*
556:*5, 6, 24*
558:*15*
563:*9*
569:*2, 3*
570:*4*
572:*5*

574:*12, 18*
581:*18*
596:*14, 15*
597:*21*
600:*23*
603:*9, 22*
618:*19*
619:*5*
638:*4*   640:*2*
**pages**   96:*9*
115:*15*
135:*15*
184:*14, 24*
218:*16*
233:*20*
413:*4*
514:*7*
545:*4*
550:*3, 5*
577:*21*
590:*23*
639:*6*
**pagination**
151:*3*
**paid**   408:*3*
553:*5*
561:*9, 10, 12, 14, 16*
**PAIN**   30:*21*
80:*13*
86:*19*   597:*5*
**PALMQUIST**   24:*21*
411:*12*
**Pamela**
138:*19*
**PAPER**
28:*11*   40:*1*
52:*20*
77:*22*
81:*16*   82:*9*
92:*20, 22*
116:*14, 15*
117:*14, 17*

118:*23*
121:*3, 5*
122:*5*
127:*24*
134:*15*
143:*2*
153:*13*
154:*5, 10*
156:*7, 22*
158:*7*
162:*4, 19, 23*
163:*6*
169:*9*
171:*14*
173:*17*
174:*14, 15, 22*  175:*3, 19, 23*  176:*16*
178:*4*
180:*20, 21, 24*  182:*16*
183:*7, 11*
184:*6, 20*
187:*4*
190:*4*
191:*19*
193:*5*
203:*10, 18*
204:*17*
205:*12, 24*
217:*2, 5, 12*
218:*20*
219:*3, 13*
220:*18*
226:*1*
231:*24*
232:*2*
233:*15*
258:*13*
259:*1*
267:*13*
287:*24*
304:*16*
306:*4*

320:22
337:1, 9, 12
341:7
344:8
346:16
352:20
357:14, 16
359:9
368:12
369:9
370:3, 6, 8, 12, 15, 17
371:6, 14
372:14
393:1
396:12
415:23
459:12, 19, 21, 22  460:2, 9  464:18
465:9, 18, 21
466:5
490:15
513:6
514:7, 9
523:21
524:24
525:10
530:17
531:13
545:2
546:20
571:9
**papers**  37:4
69:1  80:24
114:10
162:5
175:5
181:14, 17
182:1, 5, 11, 12  190:18, 23  204:24
244:18
259:2

261:8
346:19
503:6
586:13
587:9, 11
588:1
**paracetamol**
80:15  95:4
509:20
621:24
**paragraph**
82:11
102:17
108:15
127:15
135:16, 19
147:19, 21
148:19
149:10, 14
153:17
157:5, 6, 12
163:22, 23
164:6
168:3
171:7
173:24
211:18, 20
215:24
285:3
392:22
453:22
523:3, 6, 20
528:19
602:7
604:24
606:9
**paragraphs**
80:7
**paraphrase**
413:13
**para-sequence**
302:19

**parent**
269:13
284:23
296:22
316:22
339:2
449:23, 24
548:13
**PARENTAL**
13:13
23:13
42:15  50:1
51:9, 16
274:7
360:8
366:1
367:15
394:11
423:22
**parents**
205:16
261:21
269:14
281:3
298:15
315:16
316:16, 18
319:2, 7, 17
451:20
**parents's**
284:24
**Parkway**
2:21
**part**  42:24
43:18  54:4
64:4  78:10
170:21
208:11
230:23
240:12
255:17
259:23
266:16
345:6

348:8
349:14
353:14
358:20
364:15
372:21
373:11
396:21
406:21
430:14
449:6
455:9
465:22
484:10
487:6
504:16
526:3
532:1
538:21
543:22
545:18
550:4
580:23
587:1
612:24
613:7
620:19
628:14
**participate**
486:13
575:11
576:4
**participated**
348:18
351:10
562:2

**participating**
365:16
**particular**
77:21
88:21
180:21
222:3

223:3
255:21
266:1
300:4
329:18
374:16
405:24
414:9, 11
417:15
418:2
434:21
496:8
552:12, 13
595:10
609:15
**particularly**
353:22
**particulate**
484:7
**parties**
36:11
373:24
550:19
558:19
**partly**
370:21
**PARTNERS**
25:11
41:10
553:16, 18, 23  554:2
**PARTNERS.PDF**  25:12
**parts**  244:7
395:9
**party**
559:17
635:5
**pass**  298:15
315:16
319:3
354:12
**passed**
269:13, 24

Confidential - Subject to Protective Order

284:*22*
319:*6*
449:*23*
**passes** 603:*1*
**passing**
322:*23*
**passionate**
348:*1*
**PATERNAL**
14:*7* 353:*7*
354:*9*
355:*5*
362:*12*
423:*23*
424:*1*
443:*17*
444:*13*
451:*14*
452:*1*
**path** 380:*11*
**pathogenic**
268:*20*
282:*10*
540:*15*
**pathologic**
251:*8*
**pathology**
418:*15*
**pathophysiol**
**ogy** 309:*8*
321:*14*
**pathway**
300:*15*
309:*21*
346:*5*
421:*3*
519:*19*
532:*4*

**PATHWAYS**
15:*8* 268:*3*
343:*10, 12*
472:*19*
522:*6*

526:*7*
529:*6, 10*
**patient**
432:*16*
**patients**
91:*12*
**patient's**
543:*4*
**patterns**
104:*3, 18*
106:*10*
228:*13*
**pause** 410:*4*
**pay** 560:*21*

**PAYMENTS**
27:*10*
551:*19*
552:*3, 5*
553:*5*
556:*16*
560:*9*
**Payne**
416:*10*
**PDF** 19:*13*
22:*12* 25:*9*
27:*11*
28:*13*
29:*11* 30:*22*
**peak** 421:*19*
**Pediatric**
565:*3*

**pediatricians**
210:*12*
**Pediatrics**
137:*19*
201:*13*
455:*20*
**peek** 612:*16*
**peer-review**
55:*16*
**peer-**
**reviewed**

175:*16, 24*
201:*6*
227:*11*
508:*5*
**pejorative**
219:*24*
373:*17*
**pen** 585:*20*
**pending**
216:*5*
**penetrant**
285:*7*
**penetration**
281:*4*

**Pennsylvania**
6:*4*
**people**
71:*11, 23*
91:*17*
144:*12*
166:*9*
174:*19*
188:*2*
190:*21*
209:*14, 15,*
*21* 231:*2, 8*
239:*14*
240:*5*
244:*23*
264:*15*
277:*17*
290:*23*
298:*12*
300:*19*
307:*20*
310:*5*
337:*19*
339:*17*
374:*12*
377:*2*
383:*20*
384:*1*
391:*21*

408:*11*
430:*11*
460:*15*
471:*19*
486:*11*
497:*7*
515:*7*
517:*8*
518:*15*
552:*11*
602:*19*
611:*22*
623:*22*
**PEOPLE'S**
26:*16*
379:*6*
381:*4* 389:*5*
**percent**
67:*14*
164:*21*
165:*4, 12*
170:*18, 19,*
*20* 175:*10*
179:*12*
182:*13*
188:*5*
193:*22, 24*
203:*15*
206:*10*
207:*13, 24*
208:*1, 3, 10,*
*14, 16* 209:*5*
210:*19, 20*
224:*6*
235:*16*
237:*15*
239:*23*
242:*13, 21,*
*23* 243:*2, 21*
256:*23*
257:*7*
260:*1, 20*
261:*3, 6*
262:*10*

264:*12, 14,*
*15, 16, 17*
265:*12, 13,*
*15, 19* 266:*4,*
*7* 267:*8, 10,*
*14* 268:*19,*
*22* 270:*5*
273:*12*
274:*15*
275:*22*
276:*8*
277:*14, 16,*
*17, 18* 278:*7,*
*13* 280:*6*
283:*9, 10*
293:*8, 11*
294:*8, 19, 21*
303:*1, 3*
318:*19*
321:*15*
322:*3, 15*
323:*6, 17*
324:*8*
325:*6, 18, 21,*
*22* 326:*17,*
*20* 366:*19,*
*21* 403:*23*
405:*1*
420:*6*
426:*15, 19*
427:*11, 21*
428:*13*
443:*8, 21*
444:*8*
607:*12, 21*
608:*6, 10, 11,*
*12, 14, 18*
609:*1, 4*
630:*18, 23*
**percentage**
144:*15*
167:*20*
168:*21*
172:*4*

Confidential - Subject to Protective Order

237:*5*
238:*10*, *22*
240:*7*
318:*22*
607:*12*
630:*1*, *10*
**percentile**
470:*8*
**Perfect**
218:*1*
280:*20*
**performance**
439:*18*
**PERINATAL** *11*:*20*
*13*:*13* *23*:*7*, *13* *42*:*14*
*43*:*2* *51*:*8*, *16* *109*:*20*
273:*5*
274:*7*, *12*
275:*11*, *24*
346:*21*
365:*24*
367:*14*
423:*11*
511:*15*, *20*
512:*5* 567:*8*
**period**
92:*15*
117:*8*
132:*12*
133:*5*
161:*11*, *15*
170:*21*
221:*18*
228:*21*
422:*2*
610:*22*
**periodically**
507:*3*, *13*
508:*13*
**periods**
49:*15*

160:*9*
243:*24*
**permanent**
356:*2*
**permanently**
355:*23*
**person** 2:*3*, *4*, *14* 5:*10*, *11* 8:*6*, *7*, *10*
43:*23*
44:*14*
45:*13*, *21*
69:*8* 75:*9*
80:*22*
90:*22*
175:*14*
278:*4*
322:*12*
460:*21*, *23*
461:*5*, *7*
605:*13*
**personal**
130:*22*
**PERSONALIZED** 18:*15*
**personally**
98:*22* 99:*2*
114:*8*
243:*17*
464:*16*
**persons**
127:*3*
**person's**
380:*19*
567:*22*
**perspective**
65:*8*
**Persson**
458:*18*
**pesticide**
251:*12*, *17*
298:*24*

**pesticides**
298:*7*
299:*21*
**ph** 1:*19*
**Ph.D** 70:*6*, *7*, *11* 75:*4*
81:*8* 129:*2*
**PHARMA**
24:*8*, *18*
554:*5*, *20*
555:*23*
556:*8*
558:*8*
560:*20*
**PHARMA.PDF** 24:*12*
**pharmaceutical** 552:*12*
558:*20*
625:*16*
**Pharmaceuticals** 562:*1*, *7*, *8*
**PHARMACEUTICALS.PDF** 21:*8*
**pharmacist**
94:*2*
**PHARMACOLOGICAL** 14:*16*
**Pharmacy**
6:*13*
**phase**
257:*16*
**PHELAN-MCDERMID** 28:*19*
300:*7*, *10*
302:*1*, *6*, *17*, *24* 303:*9*, *16*
304:*3*, *17*, *24*
305:*15*
306:*2*, *14*

307:*1*, *11*, *24*
310:*7* 312:*1*
**phenomenon**
210:*5*
341:*24*
**phenotype**
300:*17*
318:*22*
368:*23*
440:*20*
441:*5* 608:*2*
**phenotypes**
301:*17*
**Phenotypic**
306:*13*
**phone** 592:*5*
**photograph**
392:*23*
**phrase**
104:*11*
247:*2*
271:*24*
410:*16*
450:*4*
**physically**
225:*20*
**physician**
94:*2*
**physicians**
621:*2*
**physiology**
380:*19*
539:*16*
**Picciotto**
242:*1*
**pick** 434:*20*
**picture**
281:*9*
282:*16*
398:*20*
**piece** 270:*6*
302:*21*
403:*19*

**pieces**
455:*7*
613:*12*
**pin** 278:*17*
**Pinto** 268:*7*
**Pinto-Martin**
455:*4*, *9*, *10*, *16*
**Place** 2:*8*
165:*17*
419:*19*
427:*4* 508:*8*
**placed**
260:*19*
261:*2*
**placenta**
312:*12*
532:*5*
**PLACENTA.PDF** 21:*17*
**PLACENTAL** 21:*19*
311:*20*
312:*7*, *20*, *23*
313:*10*
525:*10*
526:*10*, *20*
527:*2*, *20*, *23*
**places** 260:*1*
**Plaintiffs**
2:*12*, *17*, *24*
3:*6*, *12*, *19*
4:*12*, *19*
5:*7* 9:*21*
60:*16*
63:*14*
64:*17*
330:*17*
407:*9*
565:*18*
579:*4*
580:*11*
614:*3*, *11*, *18*

615:*4*
622:*17*
631:*9, 22, 23*
632:*18*
633:*8, 18*
634:*2*
**plasticity**
437:*12*
513:*24*
517:*15*
538:*3*
545:*15*
**platter**
490:*12*
**Plausibility**
412:*17*
516:*22*
**plausible**
44:*9* 422:*8,*
*15* 423:*19*
424:*5, 7, 15,*
*17, 21* 425:*1*
604:*3, 15*
623:*10, 14*
**play** 51:*9*
262:*20, 24*
263:*21*
273:*13*
274:*16*
275:*24*
276:*9*
293:*21*
308:*12*
312:*20*
322:*8*
331:*8*
347:*3*
353:*22*
366:*1*
367:*15*
385:*21*
401:*5*
420:*14*
428:*3*

436:*10*
439:*7*
476:*23*
478:*5, 6*
519:*18*
**playback**
266:*18*
277:*19*
279:*15*
284:*12*
294:*15*
302:*2*
309:*23*
322:*17*
401:*21*
437:*23*
441:*1*
539:*19*
541:*10*
542:*8*
543:*20*
**played**
264:*3*
266:*21*
277:*2*
278:*2*
283:*1*
294:*3*
301:*8*
308:*22*
322:*1, 10*
401:*13*
436:*19*
439:*14*
539:*12*
540:*3*
541:*22*
542:*18*
**playing**
263:*7*
476:*1*
582:*16*
**playoffs**
582:*16*

**plays**
366:*23*
446:*13*
517:*19*
533:*9, 16*
**Plaza** 4:*8*
7:*9*
**PLC.PDF**
24:*18*
**plead** 74:*7*
490:*6*
**please** 54:*8*
72:*18* 90:*2*
91:*2* 92:*2*
107:*8*
112:*21*
123:*11*
131:*2*
149:*10*
152:*23*
158:*24*
170:*9*
175:*21*
190:*12*
193:*12*
197:*1*
207:*6*
211:*18*
223:*10*
225:*13*
237:*2*
276:*22*
277:*22*
342:*19*
343:*20*
347:*21*
353:*2*
381:*16*
389:*10*
459:*23*
469:*24*
514:*12*
519:*12*
554:*17*

563:*9*
592:*16, 22*
626:*9*
632:*10*
637:*3, 8*
**pluripotent**
103:*19*
309:*4*
**Plus** 1:*13*
36:*5* 193:*22*
**PMC.PDF**
26:*9* 28:*21*
**point** 60:*17*
86:*1* 111:*9*
125:*14*
158:*5*
203:*4*
204:*3*
209:*7*
210:*21*
214:*1*
222:*3*
228:*13*
237:*24*
245:*8*
283:*7*
307:*18*
345:*12*
385:*23*
386:*1*
388:*1*
407:*17*
432:*8*
444:*1*
447:*6*
460:*13*
463:*1*
532:*17*
547:*10*
561:*17*
578:*11*
579:*18, 20*
580:*12*

581:*17*
600:*6* 614:*4*
**pointed**
447:*2*
485:*10*
486:*20*
603:*21*
617:*14*
**pointing**
87:*17*
103:*3*
176:*11*
211:*9*
**Points** 51:*6*
171:*17*
367:*12*
376:*21*
598:*13*
**poisoning**
61:*12*
329:*3, 4*
**policies**
501:*2*
**policy**
201:*14*

**POLITICAL**
21:*13*
**pollutant**
254:*21*
**pollutants**
255:*14*
279:*11, 22*
280:*1*
**pollution**
423:*5*
483:*24*
**poor** 464:*6*
**Population**
78:*9*
216:*14*
218:*12*
266:*6*
326:*11*

Confidential - Subject to Protective Order

456:*21*
509:*14*
608:*16*
**population-based**
473:*23*
550:*2, 7*
**POPULATION-WHO**
10:*16*
**portfolio**
556:*15*
**poses**  620:*2*
**posit**  136:*19*
**position**
64:*20*
65:*18*  68:*6*
82:*3*
197:*20*
261:*19*
487:*1, 4*
625:*20*
627:*13, 14*
628:*5*
**positive**
82:*5*
**possibilities**
469:*17*
**possibility**
50:*17*
186:*7*
253:*10*
521:*16*
**possible**
89:*18*
90:*20*
92:*11*  94:*7*
245:*9*
304:*19*
306:*23*
341:*4*
343:*8*
344:*2*
382:*3*

482:*13*
595:*2, 10, 11*
605:*24*
627:*11*
**possibly**
405:*12, 20*
441:*24*
**postconception**  419:*17*
**Postdoctoral**
393:*8*
**posted**
378:*20*
**POSTMAN**
4:*1*
**postnatal**
265:*10*
373:*1*
383:*12*
386:*22*
387:*14*
492:*5*
**postnatally**
421:*20*
**POSTON**
19:*12*  429:*5*
**postulated**
528:*19, 20*
530:*10*
**POTENTIAL**  14:*19*
23:*20*  50:*3, 15*  81:*3*
178:*13*
353:*20*
423:*23*
442:*12*
443:*9, 22*
444:*8*
477:*9*
493:*6*
578:*22*
600:*21*

609:*10*
616:*2*
**potentially**
239:*21*
349:*19*
385:*16*
398:*13*
402:*7*
427:*2*
480:*6*
499:*5*
534:*18*
579:*3*  603:*5*
**potentiation**
437:*10*
**pounds**
458:*8*
**Powell's**
455:*5*
**powerful**
281:*1*  282:*3*
**PowerPoint**
130:*4*
285:*12*
323:*13*
387:*9*
406:*2, 7, 11*
409:*7*
**PowerPoints**
404:*7, 20*
405:*9*
407:*18*
**practice**
53:*1*  432:*5*
627:*6*
**practices**
221:*18*
222:*8*
224:*8*  236:*8*
**Prader-Willi**
316:*24*
**praises**
224:*10*

**pre**  273:*5*
274:*11*
373:*1*
383:*12*
387:*14*
**precautionary**  81:*7*
95:*5*  621:*23*
**precise**
174:*7*
360:*10*
**precisely**
341:*8*
**preclinical**
300:*20*
**precursor**
418:*20*
**predict**
379:*8*
380:*21*
381:*6*
401:*2*  502:*6*
**predicting**
402:*9*
**prediction**
161:*6*
**PREDICTIVE**  25:*16*
344:*10*
501:*10*
**predispose**
377:*14*
**predisposed**
320:*2*
362:*22*
364:*17*
**predisposition**  340:*9*

**preeclampsia**
466:*7*
467:*19, 21*
468:*1, 3, 11*
469:*1*

472:*7, 11, 15*
473:*3, 10, 14*
474:*1, 18*
**pregestational**  464:*19*
**PREGNANCY**  19:*7*
30:*8, 12*
31:*13, 20*
45:*9*  73:*12*
76:*4*  77:*7*
78:*15*
82:*19, 24*
86:*20*
89:*17*
90:*19*
91:*19*
92:*10, 18*
93:*24*  95:*5*
101:*12*
278:*24*
299:*6*
338:*23*
339:*4*
357:*1*
358:*16*
362:*14*
391:*22*
392:*17*
393:*13*
426:*18*
427:*11, 20*
428:*12*
429:*20*
430:*4*
431:*1*
432:*17*
435:*14*
467:*22*
470:*13*
471:*13*
484:*8*
504:*3*
506:*5*

510:*4*, *9*
536:*5*, *24*
597:*6*
598:*13*, *19*
600:*13*
602:*13*
603:*11*
619:*23*
621:*24*
**PREGNANC**
**Y.PDF** 31:*8*
**PREGNANC**
**Y-**
**HARVARD**
30:*21*

**PREGNANT**
30:*17* 76:*2*
79:*20*
80:*15* 87:*3*
89:*15*
90:*18*
93:*22*
499:*24*
510:2, *8*
598:*17*
599:*1*
619:*22*
620:2 627:*5*
**pre-**
**highlight**
185:*4*
**Prem**
415:*24*
416:*23*
417:*4*, *14*
**premarked**
38:*16*
**premature**
451:*21*
**premise**
166:*18*
386:*13*

**premutation**
298:*6*, *14*
**PRENATAL**
11:*19*
16:*20* 17:*7*
23:*7*, *13*
42:*14* 43:*2*
49:*13*, *24*
50:*12*, *16*
51:*8*, *16*
68:*22*
75:*23*
109:*20*
275:*7*, *9*, *23*
349:*9*
365:*24*
367:*14*
377:*12*, *17*
378:*11*
386:*22*
397:*16*
422:*20*, *22*,
*23* 423:*16*
429:*6*
430:*5*, *21*
431:*10*
469:*11*
492:*4*
500:*21*
513:*14*
521:*17*
533:*9*, *16*
536:*18*
545:*7* 621:*7*
**prenatally**
375:*13*
376:*18*
**prepare**
624:*6*
**prepared**
371:*5*
453:2, *5*
521:*24*

**preparing**
581:*20*
582:*1*
**preschoolers**
185:*16*
**prescribe**
626:*6* 627:*5*
**prescription**
500:2, *23*
**prescriptive**
214:*11*
**presence**
113:*11*
285:*15*
377:*19*
**PRESENT**
8:*1* 44:*9*
282:*2*
294:*11*
414:*2*
422:*15*
424:*10*, *17*
425:*1*
513:*9* 604:*3*
**presentation**
252:*18*
253:*15*
254:*3*, *4*, *23*
255:*4*
256:*11*
270:*16*
307:*2*
310:*9* 424:*7*

**presentations**
200:*24*
**presented**
61:*3*
405:*23*
594:*10*
**presenter**
41:*8*
**presents**
316:*20*

**preserve**
189:*8*
**press** 73:*10*,
*18* 76:*22*
78:*21* 80:*2*
90:*5* 196:*8*,
*9* 197:*1*, *9*,
*12* 258:*23*
389:*3*
392:*13*
393:*10*
554:*12*
595:*15*
596:*7*, *17*
597:*11*, *21*
598:*24*
617:*15*, *23*
618:*6* 622:*8*
**pressing**
439:*19*
**pressure**
399:*10*
467:*20*, *22*
472:*8*, *12*
**pre-stage**
417:*12*
**Presumably**
395:*23*
**preterm**
362:*12*
423:*12*
452:*1*
457:*22*
458:*16*
**pretty**
41:*24* 67:*2*
85:*17*
97:*13*
262:*21*
297:*5*
471:*15*
506:*9* 536:*1*
**PREVALEN**
**CE** 10:*20*

13:*8* 14:*20*
20:*10*, *21*
23:*21*
27:*16* 28:*7*,
*15* 75:*23*
108:*16*, *21*,
*24* 109:2, *4*,
*17* 110:2, *19*
111:*20*
112:*15*
113:*10*, *24*
114:*14*
120:5, *21*
126:*23*, *24*
127:*15*
129:*7*, *9*
131:*11*
133:*3*, *8*, *14*
134:*19*
135:*14*, *21*
136:*20*, *23*
142:*14*, *20*
143:*23*
144:*23*
146:*19*
157:*16*
160:*21*
161:*23*
165:*7*, *16*, *24*
166:*13*, *18*
167:*2*, *18*, *21*
168:*12*, *18*,
*22* 169:*20*
170:*2*, *16*
172:*4*
178:*15*
179:*8*, *11*, *15*
183:*1*
191:*5*
193:*21*, *23*
194:*4*, *10*
198:*1*, *17*
199:*10*
201:*19*

206:*3*
208:*20*
211:*2*
220:*12*
221:*11*
223:*17*
227:*21*
228:*20*
230:*17*
233:*3*
234:*1*
236:*11*
237:*13*
238:*2, 6, 22*
240:*7*
298:*22*
299:*20*
303:*9*
304:*3*
454:*14*
455:*17*
456:*13, 18*
509:*4, 8, 13, 18*  581:*21*
582:*2, 21*
583:*4, 12*
584:*2, 7*
610:*11*
611:*4, 7, 8, 13*  612:*2*
613:*2, 8, 14*
630:*2*
**prevalence-based**  109:*7*
**prevent**
135:*4*
500:*5*  530:*7*
**preventable**
534:*19*
**Prevention**
127:*2*
191:*20*
456:*19*

526:*14*
528:*3*
**previous**
55:*2*  78:*13*
123:*11*
196:*18*
219:*18*
233:*14*
381:*2*
526:*6*
549:*8*
614:*24*
**previously**
82:*14*
209:*17*
231:*3*
**primarily**
310:*20*
341:*24*
362:*16*
**principal**
400:*18*
**print**  394:*19*
**printed**
74:*3, 14*
87:*6*
148:*24*
149:*6*
152:*12*
173:*11*
599:*21*
**printer**  74:*8*
**Printout**
24:*15, 18*
595:*23*
**prior**  83:*20*
231:*7*
354:*1*
400:*16*
488:*19*
565:*7*
566:*7*
573:*22*
574:*2*  580:*1*

**priorities**
375:*23*
388:*16*
616:*11*
**priority**
349:*20*
**privilege**
583:*18*
**probability**
232:*19*
264:*7*  277:*6*
**probably**
40:*22*
102:*9*
106:*23*
120:*9*
122:*19*
142:*11*
195:*11*
239:*10*
257:*3, 9*
260:*6, 10*
280:*14*
293:*11*
294:*22*
295:*13*
303:*3*
326:*20*
352:*16*
432:*10*
433:*1*
434:*5*
441:*13*
447:*8*
460:*11*
463:*19, 20*
465:*16*
466:*9*
470:*24*
475:*9*
477:*9, 17*
493:*13*
516:*7*
519:*4*

520:*5*
532:*15*
537:*8*
**probe**
247:*24*
408:*11, 19*
409:*1*
490:*13*
**probes**
291:*22*
**problem**
152:*8*
180:*10*
280:*15*
541:*5*
589:*20*
**problematic**
579:*3*
**problems**
159:*19*
315:*19*
369:*7*
458:*12*
477:*19, 20*
597:*19*
598:*11*
**PROCEDURE**  27:*13*
54:*14*  55:*9*
**procedures**
456:*23*
**proceeding**
631:*17*
**process**
252:*6*
374:*10*
507:*7*
512:*16, 21*
536:*22*
**processes**
55:*16*
512:*11*
**produce**
280:*19*

281:*8*
282:*15*
286:*2*
312:*5*
448:*20*
**produced**
36:*23*
310:*20*
484:*19*
**producing**
337:*4*
**product**
583:*17*
625:*16*
**Production**
33:*8*
315:*19*
493:*24*
497:*9, 13*
569:*13*
**PRODUCTS**
1:*3*  34:*15*
253:*13*
534:*15*
556:*2*
**Professional**
1:*15*  636:*13*
**professionally**  200:*1*

**professionals**
200:*23*
**professor**
75:*5*  81:*9*
99:*4*  241:*8*
619:*9, 10, 24*
**profile**
377:*13*
**profound**
208:*22*
**programs**
98:*3*
**proinflammatory**  472:*16*

Confidential - Subject to Protective Order

project
375:4  563:5
projects
350:20
proliferating
422:3
proliferation
418:22
526:5
prominent
290:23
promise
282:19
543:18
prompt
72:13
prompts
439:20
prone
305:20
proof
165:14
301:22
544:9
proper
225:2
properly
210:14
504:18
propose
515:8  517:8
proposed
515:11, 12
516:18, 23
518:15
530:1
537:24
604:11
611:21
proposing
50:16
proposition
145:5

416:15
433:9
propounded
639:9
prospective
456:21
525:13
prostaglandi
n  528:21
529:5, 12, 19
530:8
532:4  538:7
protected
427:4
PROTECTI
VE  1:8
330:12
334:13
335:3
526:12, 23
528:1
protects
435:17
protein
281:7
295:6
313:16
315:19
494:6
498:9  526:4
proteins
104:14
493:24
494:2
497:10, 14,
22
protocol
189:11
495:4
proud  97:13
prove
597:17
proven
598:8

provide
53:7  135:3
146:4
155:3
157:18
165:22
166:11, 24
167:12
204:13
225:4
507:4
521:24
526:9
544:1, 8
545:22
546:1
553:17
584:9
612:9
625:5  629:1
provided
38:7  39:2
58:13
107:5
145:7
213:21
222:12
225:22
395:10
584:18
provider
426:1
provides
221:12
222:9
374:8
540:13
providing
94:10
313:9
479:8
629:12
proving
214:1

proxies
106:5, 8
180:9
proxy
437:11
psychiatric
458:11
psychiatrist
35:13  626:6
psychiatry
128:12
178:16
369:17
PSYCHIAT
RY-WILEY
20:22
PSYCHOLO
GY  20:22
Public  1:16
31:15  75:5
79:14, 18
80:12
81:10, 20
82:14  83:7
101:11
143:17
176:24
259:18
331:5, 6, 18,
21  332:1, 8,
9  334:5
501:2
602:8
636:14
639:23
PUBLICATI
ON  27:21
40:1, 5
84:14  86:1
89:13
170:3
201:5, 7
446:18
488:3

515:23
534:2
publications
39:15, 20
40:11  53:9
55:1, 15
63:15
72:12
83:20
146:13
242:4
published
40:19  42:5,
19  44:5, 24
45:6  50:9,
19  53:13
55:15
62:19  63:6
77:17
79:21
82:15  86:2
114:9
122:18
129:16
130:4
141:11
147:5
148:4
150:6
151:17
157:17
170:5
171:19
178:16
183:20
187:15
191:19
198:16
199:8, 15
200:14
201:14
228:4
241:15, 21
268:4

289:*23*
290:*13*
346:*19*
369:*14, 16*
382:*14, 22*
442:*11*
445:*18*
446:*11*
447:*4*
455:*20*
481:*21*
484:*4, 21*
486:*10, 22*
490:*15*
515:*11, 13, 14, 16* 534:*2*
605:*5*
**publisher**
41:*10*

**PUBLISHES**
13:*19*
**Publishing**
89:*14*
**Puleo**
352:*21*
353:*10*
**pull** 38:*17*
73:*23*
107:*17*
135:*16*
147:*8*
149:*9*
158:*6*
181:*10*
203:*17*
204:*17*
206:*15*
209:*4*
215:*20*
305:*16*
342:*24*
456:*1*
459:*18*

485:*24*
488:*1*
502:*11*
**pulled**
505:*5*
557:*18*
**pulling**
38:*10*
373:*11*
**PURDIE**
22:*15*
351:*23*
363:*10, 24*
365:*15*
471:*22*
513:*4*
518:*21*
**purely**
200:*6*
**purport**
224:*5*
**purpose**
134:*17*
165:*5*
552:*9, 16*
**purposefully**
53:*20*
**purposes**
53:*21*
176:*10*
212:*22*
592:*6*
**PURSUANT**
1:*8, 13*
**pursued**
342:*10*
**push** 185:*6*
362:*23*
364:*18*
**put** 36:*1*
57:*5* 62:*14*
102:*9*
107:*1*
136:*6, 13*

154:*21*
158:*14, 23*
180:*16, 18*
188:*17*
246:*5*
269:*2*
296:*12*
308:*14*
321:*1*
348:*23*
374:*11*
390:*24*
403:*8*
406:*22*
414:*5*
445:*2*
447:*9*
460:*7*
461:*24*
462:*16*
519:*8*
530:*23, 24*
534:*13*
537:*8*
551:*11*
557:*3*
568:*16*
571:*20*
585:*20*
586:*21*
587:*3*
611:*11, 14*
617:*18*
629:*17*
**PUTATIVE**
28:*20*
306:*14*
**putting**
464:*1* 508:*9*
**puzzle**
393:*22, 23*

**< Q >**

**quack** 71:*1, 5*
**qualified**
472:*10*
488:*17*
501:*6*
535:*13*
**quantify**
169:*8*
**quantitative**
119:*14*
**quantitativel y** 119:*21*
377:*21*
**quantum**
182:*8*
**quarter**
233:*7*
**queried**
550:*14*
**question**
47:*5* 53:*15*
59:*10*
63:*20*
64:*22*
78:*23*
84:*24*
85:*23* 88:*6, 7* 89:*4*
90:*12*
95:*20*
103:*16*
104:*9*
105:*4, 16*
112:*9*
117:*2*
118:*7, 16*
119:*2*
136:*15*
137:*2*
138:*15*
144:*24*
145:*1, 2*
147:*16*

153:*5, 6*
154:*7*
155:*11*
156:*15*
157:*3, 21*
161:*19*
162:*13*
165:*10*
173:*21*
181:*9*
183:*6*
188:*15*
192:*1*
193:*7*
198:*20*
202:*12*
207:*19*
209:*9*
213:*4*
216:*4*
223:*5*
238:*17, 20*
246:*2, 11*
247:*5*
248:*14, 21, 24* 254:*18*
261:*1, 2*
262:*3*
270:*10*
271:*10, 18*
274:*23*
296:*11*
299:*14, 16*
303:*22*
304:*12*
312:*7*
315:*4*
317:*9*
318:*10*
320:*7*
324:*22*
325:*15*
328:*5, 7, 23*
329:*8, 13*

334:*18*
335:*20*
337:*7*
347:*1*
348:*11*
351:*8*
352:*7*
355:*9, 13*
361:*6*
364:*13*
373:*21*
386:*14*
387:*21*
390:*19, 21*
396:*16*
405:*7*
418:*6*
433:*22*
445:*22*
447:*24*
448:*7*
459:*10*
460:*10*
465:*1*
468:*9*
470:*15, 21*
476:*8*
479:*22*
480:*1*
483:*1*
486:*16*
490:*1, 3*
495:*18, 23*
496:*6, 9, 15*
497:*19*
499:*4*
520:*1*
527:*5*
529:*15*
558:*22*
559:*8*
567:*24*
569:*10*
570:*22*

576:*5*
581:*3*
585:*3*
586:*24*
588:*10, 16, 19, 23* 589:*1, 15* 590:*3, 14*
591:*5*
595:*4*
599:*13*
603:*14*
614:*16*
622:*13*
626:*4*
631:*3*
633:*6* 634:*8*
**questioning**
55:*7* 76:*8*
365:*6*
559:*20*
595:*14*
627:*22*
**questionnaire** 547:*23*
**questionnaires** 547:*13*
**Questions**
33:*13*
74:*23*
76:*12*
82:*16* 87:*9, 15* 88:*24*
93:*13*
116:*17*
122:*4*
150:*13*
152:*20*
153:*3*
159:*11*
184:*17*
186:*19, 24*
247:*12*
331:*16*
409:*2, 3*

491:*1*
497:*7*
554:*23*
559:*23*
560:*12*
577:*24*
578:*3, 6, 8*
592:*19, 21*
593:*14, 19*
594:*8*
595:*22*
596:*2, 6*
599:*6, 23*
601:*4, 9, 12*
607:*8*
613:*23*
615:*18*
617:*1*
628:*10*
635:*10*
639:*8*
**quick** 321:*2*
490:*24*
531:*21*
593:*14*
612:*16*
613:*23*
**quickly**
474:*8*
**quite** 567:*2*
602:*21*
609:*4*
**quote** 75:*20*
78:*3* 80:*2, 19* 81:*14*
243:*13*
434:*11*
619:*3*
**quoted**
133:*11*
243:*19*
**quotes**
73:*22*
78:*21*

240:*22*
241:*6*
**Quotient**
547:*20*
**quoting**
127:*17*
459:*20*
512:*24*

**< R >**
**R&D** 27:*9*
**radicals**
480:*5*
**rails** 568:*10*
**raise** 597:*13*
**raised**
78:*13*
91:*18*
198:*23*
334:*20*
**raises** 82:*15*
**raising**
335:*5*
**random**
188:*9*
189:*22*
272:*19*
346:*11*
**range** 217:*5, 7, 12* 218:*19*
607:*23*
**ranking**
67:*2*
**rankings**
66:*22* 67:*1*
**rapidly**
568:*10*
**RAQUEL**
5:*17*
**raquel.lucas @butlersnow .com** 5:*21*
**rare** 270:*3, 4* 282:*9*

285:*4*
291:*4*
293:*7, 10, 14*
294:*7, 10, 18, 24* 295:*1, 10*
303:*2*
316:*20*
319:*10, 23*
320:*10*
321:*17*
327:*13*
**rat** 309:*1*
437:*3*
439:*22*
440:*1*
**RATE** 19:*8*
30:*9* 73:*12*
118:*10*
120:*18*
127:*16*
132:*10*
133:*3*
136:*20, 23*
142:*20*
168:*12, 22*
169:*8*
170:*2, 21*
200:*15*
201:*19*
237:*6*
240:*7*
241:*12*
265:*14*
326:*9*
355:*19*
456:*23*
509:*8*
510:*7*
583:*12*
612:*3*
630:*10, 13, 20* 631:*5*
**RATES**
28:*16*

Confidential - Subject to Protective Order

108:*24*
109:*5*, *8*
110:*3*, *19*
120:*21*
129:*16*
133:*10*, *12*, *13*, *14*, *18*
135:*21*
142:*14*
143:*23*
146:*20*
157:*16*
161:*8*
166:*1*, *14*
167:*3*
172:*4*
191:*5*
199:*10*
266:*23*
339:*1*, *2*
370:*19*, *22*
509:*13*
510:*14*
581:*21*
582:2
583:*4*
584:*3*, *8*
610:*11*
611:*4*, *13*, *19*
613:2, *14*
**ratio**
426:*10*
443:*12*
470:7
605:*22*
**ratios**
444:*12*
**rats**  419:*16*
437:*3*, *14*
438:*4*
440:*11*, *15*
441:*6*
540:*19*

**RAZ**  13:*15*
56:*3*
462:*16*
463:*23*
**reach**
363:*18*
592:*9*
**reached**
347:*5*  592:*5*
**reactive**
480:*4*
**REACTIVIT
Y**  16:*14*
546:*22*
**read**  43:*15*
44:*13*
46:*24*  47:2
49:*20*  50:*5*
51:*1*, 2
62:*17*
68:*19*, *23*, *24*
74:*21*
76:*13*, *21*
77:*19*
80:*23*
83:*16*
102:*8*
103:*9*
111:*4*, *5*
127:*7*
129:*14*, *24*
133:*1*
145:*18*, *24*
155:*16*, *20*
157:*23*
158:*10*
172:2, *10*
174:*23*
175:*3*, *8*
177:*22*, *23*
179:*17*
181:*21*
184:*17*
186:*17*

189:*10*, *21*
196:*12*
224:*13*
225:7, *11*, *14*
229:*8*, *15*, *16*
232:*3*, *13*, *21*, *22*  241:*3*, *18*
243:*4*
247:7, *14*, *17*
297:*23*
303:*6*, *14*
336:*24*
342:7
343:*15*, *18*, *21*  346:*12*
354:*5*, 7, *15*, *20*  355:*3*
371:*10*
373:*4*
375:*20*
377:*24*
378:*4*, *5*
379:*23*
381:*14*, *18*, *21*  395:*11*
396:*10*
397:*24*
402:*22*
403:2
407:*4*, 7, *15*
417:*20*
426:*6*, *23*, *24*
428:*14*
455:*5*, *22*
456:*4*
457:2
462:*22*
486:*12*
510:*5*
524:*17*
525:*9*
530:*16*
531:*12*, *23*
532:*13*

548:7
558:*15*
591:*8*
596:*21*
597:*9*
603:*24*
604:*1*
624:*9*, *13*
636:*9*
637:*3*  639:*5*
**readable**
87:7
**reading**
37:2  78:*20*
154:*12*
175:*14*
178:*19*
188:*9*
227:*17*
229:*13*
230:*23*
243:*5*
403:*14*
452:2
533:*21*
**ready**
306:*11*
418:*4*
448:*1*
616:*22*
**REAL**  20:*8*
41:*24*
71:*23*
109:*11*
224:*24*
301:*24*
321:*1*
440:*13*
490:*24*
531:*21*
**realize**
203:*21*
206:*8*
394:*21*

404:*3*
504:*19*
**really**  91:*8*, *22*  154:*3*
254:*17*
302:*11*
309:7
339:*12*
388:*14*
401:*16*
437:*17*
445:*1*
462:2
527:*18*
541:*1*
**Realtime**
1:*16*  410:*3*
636:*14*
**reanalysis**
230:*9*, *14*
**reanalyze**
230:*20*
**rearrangeme
nt**  255:*1*
**rearrangeme
nts**  252:*9*
**re-ask**
262:*3*
355:*12*
**reason**
53:*24*  54:2
119:*19*
120:7
166:*21*
223:*4*
255:*18*
457:*24*
533:*24*
609:*20*
637:*5*
638:*6*, *8*, *10*, *12*, *14*, *16*, *18*, *20*, *22*, *24*

Confidential - Subject to Protective Order

reasonable
  372:*18*
  409:*3, 5, 12,*
  *20*  452:*15*
  486:*5*
  594:*17*
  595:*3, 6, 11*
  617:*6, 11*
  620:*5, 8, 12*
reasonablene
ss  486:*4*
reasonably
  621:*9*
reasons
  116:*7*
  119:*23*
  120:*17, 21*
  133:*21*
  134:*3*
  135:*13*
  136:*18*
  166:*20*
  408:*20*
  471:*1*
  477:*10*
  610:*5, 6*
REBECCA
  4:*7*
Rebecca.king
@kellerpost
man.com
  4:*12*
rebut
  530:*12*
recalculated
  160:*9*
recall  60:*12*
  102:*2*
  105:*13*
  127:*24*
  146:*24*
  158:*4*
  171:*21*
  174:*24*

178:*4, 18, 19,*
*23*  183:*9*
185:*24*
187:*4*
195:*6*
201:*9*
206:*6*
223:*21*
225:*19*
228:*7*
234:*11*
336:*10, 21*
362:*4*
441:*12, 24*
531:*18*
550:*10, 15*
563:*13*
578:*7*
595:*18*
596:*2, 5*
599:*13*
601:*8*
610:*17*
614:*23*
615:*6*  617:*3*
recapitulate
  544:*13*
recapitulates
  544:*14*
receipt
  637:*17*
receive
  561:*3*
received
  426:*15*
  554:*4*
  562:*24*
  563:*4*
  564:*13*
  615:*8*
RECEIVES
  24:*7*
receiving
  475:*18*

receptors
  518:*7*
recess  350:*5*
recipient
  393:*6*
recognition
  441:*9*
recognize
  283:*19*
  321:*10*
recollection
  60:*9*  72:*13*
  85:*3*  86:*1,*
  *9*  443:*11*
recommend
  93:*22*
recommenda
tion  137:*18*
  202:*8, 15, 22*
  203:*8*  434:*2*
recommende
d  202:*3*
recommendi
ng  201:*14*
  598:*21*
record  34:*3,*
*19*  67:*22*
  123:*1*
  134:*8, 12*
  146:*12*
  154:*21*
  173:*9*
  176:*6, 15, 21*
  188:*17*
  218:*4, 8*
  276:*16*
  308:*14*
  331:*6, 21*
  332:*1, 10*
  334:*5*
  350:*3, 10*
  389:*20*
  410:*24*
  411:*4*

491:*3*
508:*21*
509:*1*
513:*3*
585:*13*
592:*7*
593:*1, 5*
635:*15*
636:*6*
records
  58:*12*
  180:*7*
  200:*7, 8*
  572:*15*
RECORDS-
REVIEW
  13:*7*
red  492:*3*
  499:*22*
  500:*18*
  610:*15*
redacted
  583:*17*
redaction
  583:*20*
Redefining
  192:*16*
rediagnosed
  209:*24*
redlines
  445:*12*
reduce
  92:*12*
  387:*5*
  429:*7, 24*
  430:*6, 19, 22*
  431:*17, 20*
  432:*11, 18,*
*24*  435:*23*
reduced
  193:*23*
reduces
  425:*11*
  427:*8*  431:*2*

reduction
  181:*20*
  188:*1, 5*
  194:*4*
refamiliarize
  93:*11*
refer  37:*16*
  71:*16*
  135:*14*
reference
  40:*21*  71:*8*
  137:*6*
  138:*8*
  145:*8, 11*
  156:*24*
  161:*21*
  172:*17*
  175:*6, 16*
  182:*5*
  197:*22*
  201:*12*
  211:*20*
  212:*7*
  213:*7, 10, 12,*
*20, 21, 24*
  214:*20, 24*
  215:*8, 9*
  216:*17, 19*
  220:*18*
  223:*3*
  235:*18*
  236:*5*
  341:*10*
  459:*2*  586:*6*
referenced
  86:*4*
  140:*13*
  349:*10*
  487:*20*
  586:*9*
references
  41:*8*
  100:*20, 22*
  101:*1*

103:*17*
142:*15*
212:*4*   307:*9*
**referencing**
77:*23*
102:*14*
143:*21*
346:*15*
**referred**
585:*19*
601:*13*
**referring**
110:*13*
175:*7*
324:*17*
326:*2*   521:*5*
**refers**
197:*22*
513:*17*
**reflect**
111:*1*
113:*11*
385:*4, 11, 16,*
*19*   466:*5*
526:*10, 21*
527:*23*
528:*15*
532:*20*
611:*1*
**reflected**
623:*17*
**reflection**
257:*10*
**reflective**
610:*22*
**reflects**
111:*6*
120:*20*
166:*7*
465:*10*
494:*11*
608:*18*
**refresh**
152:*19*

155:*1*
352:*22*
**refusing**
588:*23*
589:*5, 8*
**regard**   56:*5,*
*12*   125:*17*
126:*10, 11*
243:*15*
**regarded**
612:*23*
**regarding**
613:*1*
621:*23*
**regardless**
447:*10*
**region**
317:*16*
522:*20*
523:*9*
**regions**
522:*20*
523:*8*
**Registered**
1:*15*   636:*13*
**regret**   53:*6*
55:*20*   62:*3*
**regulate**
381:*11*
420:*9*
**regulates**
380:*17*
382:*4*
**regulating**
384:*11*
**regulation**
420:*15*
517:*10, 12*
**regulatory**
226:*9*
493:*24*
494:*2*
497:*10, 13,*

*21*   501:*6*
627:*4*
**REICHENB**
**ERG**   13:*14*
23:*12*
52:*14*   56:*7,*
*19*   57:*5, 13,*
*17*   71:*20*
109:*23*
128:*22*
129:*1*
274:*6*
347:*7, 14*
348:*17*
358:*6*
464:*4*
571:*1, 7, 18*
**REICHENB**
**ERG-2007**
11:*19*
**relate**   608:*5*
634:*11*
**related**
60:*23*
125:*3*
298:*5*
377:*21*
429:*21*
477:*22*
526:*4*
532:*5*
535:*19*
568:*7*
**RELATES**
1:*5*   68:*12*
105:*21*
111:*20*
119:*15*
135:*6*
146:*16*
163:*6*
254:*12*
304:*18*
339:*12*

367:*3, 5*
388:*4*
389:*24*
391:*18*
414:*3*
479:*15*
480:*4*
481:*6*
517:*9*
598:*24*
613:9   621:7
**RELATION**
16:*17*
187:*13*
**relationship**
299:*4*
303:*7*
442:*15*
460:*14*
516:*11, 17*
521:*19*
623:*9*
626:*23*
629:*2*
634:*13, 19*
635:*6*
**relationships**
516:*19*
553:*17*
**relative**
458:*19*
**relatively**
229:*5*   480:*3*
**release**
73:*10, 18*
76:*22*   80:*2*
90:6   196:*8,*
*9*   197:*1, 10,*
*12*   258:*24*
389:*3*
392:*13*
393:*11*
554:*12*
597:*11, 21*

598:*24*
617:*15, 24*
618:7   622:8
**releases**
78:*21*
595:*15*
596:*7, 17*
**relevance**
301:*24*
406:*1*
560:*14*
**relevant**
88:*21, 23*
89:*2*
103:*24*
119:*16*
212:*1*
378:*3*
434:*1*
519:*23*
525:*23*
**reliability**
548:*6*
**reliable**
248:*9*
508:*4, 10, 13*
585:22
586:*7, 16, 21,*
*22*   587:*1, 5,*
*16*   589:*4*
590:*4, 10*
**reliably**
244:*13*
286:*22*
294:*5*
347:*4*
535:*23*
536:*2*
589:*13*
603:*17*
**reliance**
193:*6*
259:*17*

**RELIEVER**
30:*21*
86:*19* 597:6
**relievers**
80:*14*
**rely** 160:*1*
212:*19*
**relying**
145:*15*
197:7 243:7
**remain**
50:22
355:5
416:*19*
508:*13*
**remaining**
268:22
586:3
**remains**
345:*12*
377:7
536:*14*
606:*24*
**remarkable**
241:*12*
**remarkably**
301:*16*
**remember**
178:*5, 24*
229:*24*
232:*12*
262:9
322:2
357:*15, 18*
365:*14, 16,*
*17* 398:7
403:*3*
456:*10*
488:22
502:*13*
511:*3, 6*
563:7
565:*10, 11*
566:*10, 12,*

*17, 21* 567:2,
*4, 22* 568:*1*
576:*16*
578:*4*
584:*17*
593:*19*
610:*12*
621:*15, 16*
624:8
**remove**
494:*4*
497:*23*
**reordering**
291:*19*
**repeat**
63:*19*
145:2
156:*14*
271:*10*
299:*15*
311:*3*
351:8
390:*20*
396:*15*
454:*20*
514:22
**repeats**
296:*21*
**repel** 494:*3*
497:22
**repercussion**
**s** 591:*10, 13,*
*19*
**replacing**
168:*15*
169:*12*
**replicate**
540:*17*
542:*24*
**replicated**
76:*1*
146:22
147:*5*
148:*4*

150:*6*
151:*17*
248:9 548:*3*
**REPORT**
24:*21*
37:*17* 71:7
81:2
106:22
107:*4, 13, 22*
108:*1*
119:22
120:*15, 16,*
*20* 127:*10*
135:*15*
136:*18*
137:*4, 13*
138:*10, 12*
139:7
140:2, *12, 14*
142:*15*
145:*17*
155:*21*
156:6, *19, 24*
157:7, *10*
164:*1, 2*
166:*3, 7*
171:*23*
211:*17*
212:8
213:5
233:*19*
234:*10*
242:*18*
258:*14*
261:9
285:*3*
411:*11, 21,*
*23* 414:7
415:*4*
416:7, *10, 11*
453:6
454:2
517:*14*
518:*13*

522:*18, 24*
523:*12*
528:*17*
533:22, *23*
537:9
538:9
548:*13*
549:8
581:*21*
582:*1, 21*
583:*3*
584:2
607:22
**REPORT-4-**
**83.PDF** 10:7
**reported**
132:*11*
133:*3, 18*
136:*20*
160:*1*
179:*14*
182:*3*
201:*4, 7*
242:*14*
456:*18*
**Reporter**
1:*15, 16*
34:*20*
636:*13, 14,*
*22*
**reporting**
242:22
**reports**
400:*16*
402:*17*
624:*10, 11*
**represent**
226:*3*
334:*13, 23*
341:*23*
444:*16*
**represented**
60:*21*
343:*11*

**Representing**
2:*12, 17, 24*
3:*6, 12, 19*
4:*12, 19*
5:7, *14, 21*
6:7, *13, 21*
7:*6, 12, 17,*
*23* 146:*15*
400:*1*
614:*11, 18*
615:*4*
**represents**
270:*6*
**reproduce**
449:*16*
**reproduced**
471:*18*
**Reproductio**
**n** 99:*17*
636:*20*
**Reproductive**
78:9 99:*12*
353:*18*
**Republic**
7:9
**reputable**
383:*1*
**reputation**
66:*10*
89:*11* 97:*3*
**reputations**
67:9 96:*1*
**Request**
33:8 37:*15*
374:*18*
590:8 591:7
**requested**
636:6
**require**
239:*10*
282:*13*
500:*3*

Confidential - Subject to Protective Order

**required**
54:*16* 55:*4*
551:*8*
552:*10*
**requirement**
144:*9*

**requirements**
226:*9*
**requires**
144:*7*
**rescue**
440:*16*
**rescued**
301:*17*
440:*20*

**RESEARCH**
23:*17* 27:*9*
31:*12*
32:*11*
44:*12*
52:*17*
56:*23* 66:*8,*
*11* 67:*3*
69:*23* 70:*1*
80:*16*
82:*15, 17*
83:*5, 8, 19*
90:*9*
101:*12*
124:*13, 15*
128:*14*
130:*6*
147:*6*
148:*5*
150:*7*
151:*18*
244:*3*
295:*20*
349:*20*
350:*15*
354:*4*
361:*23*

373:*19*
374:*13*
375:*4*
381:*2*
388:*9*
393:*8, 11*
394:*10*
397:*15*
400:*10*
403:*11*
408:*6*
529:*4, 16, 18*
534:*17*
550:*19, 24*
551:*1*
552:*13*
564:*14*
597:*22, 24*
598:*9*
603:*9*
604:*6, 8, 13*
615:*19*
634:*12, 19*
635:*6*
**RESEARCH
ER** 30:*17*
56:*11*
69:*23* 70:*2,*
*16* 79:*2, 19*
81:*19*
83:*10* 88:*2,*
*12* 124:*10*
125:*16*
126:*11*
128:*10, 13*
244:*1*
**RESEARCH
ERS** 19:*9*
65:*17*
66:*12* 68:*3*
73:*14* 83:*6*
124:*20*
128:*19*
242:*9*

**residency**
128:*20, 23*
129:*3*
**resident**
128:*11, 16*
461:*17*
**RESIDES_W
ITH_COMM
ON_V.PDF**
15:*19*
**resistance**
545:*9*
**RESIZE.PD
F** 24:*14*
**resolution**
291:*21*
292:*5*
320:*19*
**resolve**
147:*3*
148:*2*
150:*4, 14*
151:*15, 23*
**respect**
48:*17* 56:*3,*
*15* 57:*17*
58:*4* 68:*21*
71:*10*
75:*10, 11, 14*
78:*24*
114:*13*
124:*7, 8*
126:*17, 20*
128:*10*
129:*7*
133:*17*
140:*11*
142:*13*
156:*2, 11*
157:*22*
168:*2*
206:*2*
258:*2*
285:*12*

303:*7*
307:*13, 15*
336:*23*
347:*10*
360:*24*
372:*7*
379:*5*
383:*4*
384:*6*
388:*6*
398:*24*
420:*16*
445:*5*
450:*17*
494:*15*
495:*13*
524:*22*
529:*5, 18*
538:*7*
550:*12*
573:*17*
619:*1*
622:*23*
628:*20*
629:*16*
635:*1, 6*

**respectability**
81:*24* 82:*2*
**respectable**
593:*24*
594:*4* 617:*1*
**respected**
71:*19, 21*
79:*2* 81:*19*
126:*2*
**respectfully**
188:*5*
479:*22*
529:*14*
**respond**
495:*21*
576:*3*
587:*23*

**responding**
496:*15*
**responds**
380:*20*
575:*10*
**RESPONSE**
11:*13, 14*
37:*15, 19*
227:*19*
228:*4*
279:*5*
378:*15*
402:*9*
412:*12*
584:*23*
**responses**
37:*14*

**responsibility**
54:*5* 461:*18*
**responsible**
241:*11*
242:*13*
342:*4*
505:*13*
**rest** 106:*24*
262:*11*
333:*7*
395:*18*
**restriction**
423:*13*
**result** 161:*3*
168:*14*
174:*8*
210:*24*
245:*24*
246:*14*
428:*22*
**resulted**
181:*19*
182:*1*
**resulting**
526:*24*

results 82:*9*
117:*5*
179:*10*
180:*15*
207:*12*
221:*15*
254:*1, 22*
271:*6*
295:*5*
315:*18*
316:*6*
346:*4*
370:*18*
373:*6*
428:*1*
443:*5*
459:*16*
465:*20*
471:*11*
473:*7*
513:*19*
523:*15*
526:*8*
545:*10*
548:*2*
586:*19*
615:*21*
634:*10*
retained
406:*24*
409:*11*
580:*11*
592:*8*
615:*3, 10*
622:*10, 15, 16*
retardation
311:*1, 6*
retention
615:*8, 9*
retract
230:*20*
retread
132:*6*

RetroVirox
561:*1, 13, 15*
Rett 315:*6, 16, 18*
return
283:*8, 14*
637:*15*
REVEAL
25:*15*
344:*10*
382:*6* 616:*1*
revealing
331:*16*
reversal
437:*20*
438:*2*
reverse
543:*11*
reversed
437:*15*
reversing
309:*16*
review 44:*4*
68:*24*
87:*14*
100:*13, 17*
109:*21*
116:*18*
122:*4*
134:*18*
147:*9*
153:*13*
155:*1*
177:*7*
178:*6*
181:*13*
187:*15*
188:*11*
205:*12, 13, 17* 207:*18*
343:*9*
346:*15*
414:*10*
447:*7*

465:*3, 4, 10*
473:*8*
484:*4*
503:*13*
516:*6*
538:*15, 18*
598:*3*
604:*17*
605:*14*
610:*21*
REVIEW.PDF 15:*16*
reviewed
171:*15*
350:*18*
584:*6*
621:*20, 21*
REVIEWED-84-150.PDF 10:*10*
reviewing
163:*8*
182:*10*
revise
486:*18*
revised
167:*23*
485:*14*
507:*17*
revisions
140:*21*
reward
440:*2*
Rexrode
87:*20*
88:*11, 20*
91:*8, 11, 23*
92:*18*
Rhyder
511:*8*
rhythmicity
381:*12*
rhythms
398:*14*

RICAURTE
29:*10*
297:*21*
right 36:*7, 12, 18* 37:*6, 18* 39:*16*
40:*3, 8, 10, 13, 20* 42:*20*
43:*5, 21*
44:*2, 18*
45:*19* 46:*1*
48:*1, 8*
50:*5, 13*
51:*17* 55:*5*
56:*1, 8, 23*
57:*3, 21*
58:*6* 60:*1*
62:*8* 64:*6*
65:*19* 66:*3, 20* 67:*16*
70:*13*
71:*14, 21*
73:*15, 20*
75:*7, 10, 15*
76:*6, 20*
79:*15, 22*
81:*13, 22*
84:*7* 86:*9*
87:*19*
88:*15* 89:*6, 18* 90:*7*
91:*9, 22*
93:*6* 98:*9, 15* 99:*14, 18, 24* 100:*6, 14, 23* 103:*15*
106:*15*
107:*14*
108:*18, 20*
109:*5*
110:*6, 15*
111:*15*
114:*16*
115:*23*

119:*10, 24*
120:*19*
122:*17*
124:*11, 22*
127:*7, 16*
128:*16, 24*
129:*14*
131:*5, 17*
133:*4*
134:*5, 7, 11*
137:*7, 15*
138:*20, 24*
140:*7, 8, 13*
141:*18*
142:*6, 8, 9, 12, 16, 21, 24*
143:*4, 18*
148:*20*
150:*17, 21*
151:*5, 21*
153:*16*
155:*21*
157:*19*
164:*24*
165:*2, 4*
169:*5, 8*
171:*20*
180:*5*
190:*19*
201:*16*
202:*4*
203:*16, 24*
204:*15*
205:*18, 23*
207:*1, 14, 21*
210:*1, 9*
211:*13, 19*
212:*3, 18*
213:*13*
214:*1*
216:*11, 15, 20* 217:*2, 13, 17* 218:*3, 7*
219:*4, 8*

Confidential - Subject to Protective Order

220:20, 22
221:22
222:5, 12
223:4
225:23
227:1
235:8, 10
236:14
241:15
242:5
244:20
245:14, 24
246:9
248:16, 19
249:6
250:13, 23
252:18
253:16
256:12
257:1, 8, 14, 17  258:7
259:19
260:5, 20
261:9, 14, 21
262:18
263:12
264:20
265:4
266:2, 15
267:2, 8, 15
269:7, 24
271:12
274:13, 21
275:12, 20
280:7
284:21
285:9
291:19
292:1, 2, 5, 10, 14, 17
293:9
295:2, 3, 7, 11  300:8, 13, 18, 23  302:4,

8  303:2
307:6, 11
310:14, 18
311:2, 17
312:13
313:17
315:20
316:3, 8, 9, 14  317:5, 10, 16  318:4, 12
319:18
320:2, 16
326:18
327:2, 16
328:14
331:12
332:15, 17
333:3
339:13
340:3, 10, 19, 23  342:7
343:15, 18
345:4
346:9, 24
347:10
348:21
350:2, 9, 22
355:6, 21
356:4
358:7, 10, 17, 23  359:5, 23
360:1
361:4
362:1, 14
363:1, 11
364:14
366:3
367:17
368:5, 7
370:9, 13
371:19, 23
372:3, 8, 16
373:4, 14, 19
374:7, 17

375:7, 20
376:7, 12, 13, 20  377:24
378:4, 11
380:24
381:7, 14, 22
382:15
385:2, 12
386:1, 17, 24
387:19
392:19
393:3, 8, 14, 22  394:14
397:19
398:23
399:2, 7, 21
400:12, 20
401:2, 24
405:18
407:5
408:21
410:23
411:3, 18
412:4, 10, 12, 24  413:7, 15, 19  414:2, 9, 15  415:9
417:17
424:2, 8, 24
425:3, 12, 17
426:6, 23, 24
427:13, 22
428:14
429:1, 19
430:18
431:7, 11, 14
432:12
434:5
435:15
436:7
438:18
439:2
440:9
442:8, 18

443:23
444:10
446:9
448:3
451:8, 17, 22
452:19
453:1, 20
454:17
457:2
459:17
460:2
462:5
464:7
465:7, 14
467:20
471:13, 16
472:5
473:6, 18
474:2
486:8
489:13
491:12
492:17
497:7
501:8, 12
502:23
505:11, 20
508:20, 24
509:23
510:10
511:1, 16
512:3, 14
514:8, 21
516:4
517:21
518:9, 17
520:14
521:6, 8
523:13
524:2
525:24
531:1
532:7
533:10

538:3, 6, 14
540:7
542:7
544:1, 9, 18
547:16
548:15, 23
549:4, 23
550:20
552:14
553:24
556:3
557:4, 24
559:18
560:23
563:19
564:12
568:17
571:24
573:23
575:11, 16, 20  576:1, 2
578:16
580:9
581:6, 13
582:8, 17
583:7, 13, 24
584:3, 13
586:17
592:24
593:4, 24
594:1
600:4, 5, 7
601:24
608:9
617:3, 7
618:1, 17
619:4, 14, 15
620:3, 8, 20
621:4, 24
622:11
624:11, 15
631:18
632:20
635:2, 14

**Rightfully**
626:*19*
**right-hand**
290:*6, 8*
505:*3* 572:6
**rigor**
118:*24*
338:*3* 591:*3*
**rigorous**
456:22
**ring** 105:*12,*
*19* 301:*13*
511:*12*
566:2
**rings** 382:*6*
**RISE** 12:*14*
115:*8*
134:*18*
194:*9*
205:*21*
206:*3*
237:*13*
367:*1*
**Risi** 138:*20*
**RISING**
20:*21*
28:*15*
610:*10*
611:*13*
**RISK** 10:*16*
11:*20*
13:*14* 23:7,
*13* 42:*15*
43:*20*
44:*10*
45:*17*
46:*16, 22*
50:*3, 15*
51:*16*
68:*14* 77:*8*
78:*16*
82:*20*
85:*13, 19*
109:*21*

113:*12*
134:22, *23*
135:*5, 9, 11*
216:*14*
218:*13*
244:*11*
261:*14, 20*
272:*1*
273:*20*
274:7
280:7
289:*10*
294:20
343:*13*
347:5
348:2
350:*16*
351:*11, 21*
361:*3*
362:*10, 11,*
*18, 19*
370:22
376:2
378:*24*
385:22
387:*4, 6*
394:*13*
397:*17*
399:7, *20*
400:*3*
418:*10*
420:*14*
422:*16*
423:*11, 16,*
*22* 424:*18,*
*22* 425:*2, 11*
426:*4, 20*
427:*8, 12, 21*
428:*13*
429:7
430:*1, 6, 19,*
*22* 431:*2, 18,*
*20* 432:*12,*
*18* 433:*1*

434:*23*
435:*1, 7, 14,*
*19, 23*
441:*21, 22*
442:*6, 17, 22*
443:7, *20*
444:*6, 15*
448:*17*
457:*4, 9, 18*
458:*10, 20*
459:*16*
464:*20*
465:*6, 13, 23*
467:*17*
468:*6*
469:*12*
470:*13, 18*
471:*2, 7*
473:*4*
475:*4*
476:*15*
477:*23*
482:*16*
484:*8*
487:*11, 23*
501:*10, 16*
502:*5*
506:*6*
511:*22*
512:*6, 9, 12,*
*22* 513:*17*
515:*21*
516:*12*
522:*22*
523:*10*
524:*8, 15*
526:*12, 23*
527:*1, 14*
528:*1*
538:*8*
603:*2*
604:*4*
605:*2*
609:*17*

620:*2*
625:*14*
627:*11, 19*
**RISKS**
30:*13*
31:*13*
101:*13*
259:*16*
350:22, *24*
351:*3* 599:*4*
**Ritz** 97:*21*
**Riverside**
4:*8*
**RNA** 103:*19*
**Robins**
173:*24*
174:*4*
**robust**
50:*23*
**Roche**
563:*3*
564:*8, 9, 12,*
*18*
**ROGER**
2:*14*
**roger.smith**
**@beasleyalle**
**n.com** 2:*16*
**Rogers**
172:*24*
173:*17*
176:*6*
177:*12*
**ROLE**
12:*15* 43:*3*
51:*9* 83:*9*
111:*3*
115:*9*
198:*14*
205:*21*
273:7, *14*
274:*13, 17*
275:*4, 6, 18,*
*24* 308:*8*

312:*20*
346:*23*
347:*3*
353:22
366:*1, 23*
367:*15*
385:*21*
397:*6*
420:*14*
428:*3*
446:*13*
468:*12*
476:*1, 2, 23*
478:*6*
517:*20*
519:*17*
527:*17*
528:*16*
533:9, *16*
536:*12, 19*
631:*14*
632:*5, 16*
**roles**
420:*12*
487:*17*
**ROMANO**
4:*5*
**room** 38:*20*
**rose** 117:*7,*
*10*
**ROSEANN**
4:*5*
**roseann.rom**
**ano@kellerp**
**ostman.com**
4:*11*
**rough**
402:*24*
624:*14*
**roughly**
379:*9*
403:22
509:*13*

Confidential - Subject to Protective Order

routed
    560:8
routing
    559:15
Royal 556:7
royalties
    556:1, 11, 15
ROYALTY
    24:8, 12, 17
    554:5, 20
    555:23
    558:7
rubella
    471:10, 12,
    20
Rudolf
    358:2
Rule 37:17
    39:3  54:15
    61:15, 22
    63:13, 23
    64:5  402:11
RULES
    27:13
    54:13  55:8
    147:3
    148:2
    150:4
    151:15
run 325:4
running
    118:19
rural 298:8
Rutter
    138:19, 23

< S >
S.PDF 30:9
sad 441:18
SAFE
    30:21
    86:20  597:6
safeguards
    500:4

safety 45:8
    82:16
Saldarriaga
    297:19
sales 556:17
Sam 2:21
sample
    164:13
    284:1, 3
    324:17
samples
    77:10
    232:17
    382:2
    420:4
    550:15
San 2:9
    97:12
Sandin
    346:20
    358:9
SANDRA
    6:16
SANFORD
    2:5
saw 129:23
    437:19
    580:10
    626:11
saying
    50:15
    60:19
    142:19
    182:1
    199:8
    200:15
    203:22
    225:23
    226:4
    232:5
    261:11
    262:6
    272:16, 22
    316:12

324:8
343:23, 24
352:16, 17
370:18
408:12, 13
434:19, 21
441:14
463:8, 16
470:23
476:6, 11
530:13
579:22
596:24
605:24
615:7
625:11
says 37:20
    44:8  45:6,
    15  46:12
    49:11
    50:10, 20
    51:7  64:19
    73:16
    74:21
    75:22
    78:12
    79:12
    80:10  81:1,
    8, 15  82:13
    87:2  89:14,
    24  91:6, 8,
    11  92:8, 18
    93:24  94:8,
    12, 13  99:19
    102:18
    104:17
    107:24
    108:3, 19
    110:2, 23
    117:6
    121:4
    131:11
    134:18
    153:18

171:3, 7, 12,
23  175:9
186:4
187:24
193:17, 20
196:14
197:14
206:9, 12
207:12, 22
209:4
210:23
219:15, 21
221:10
224:4
228:12
233:22
234:6
241:10
242:9, 18
243:1, 20, 22
259:23
268:18
269:8
276:3
279:18
284:19
285:14
290:9
292:14
323:2, 16
341:8
344:18, 23
355:15
360:7
362:7, 16
365:22
367:12
369:14
375:11
377:9
378:7
380:3, 22
381:2
382:2, 5

389:3
393:9, 11, 16
402:13
418:8, 19
422:14
423:21
424:9
427:9, 19
443:4
456:12
458:7, 19
470:3
484:3
487:15
491:11, 12
493:20
495:4, 6
500:18
504:2
506:20
515:19
525:21
526:1, 16, 17
532:3
534:13
536:17
538:9
556:4, 9
575:1, 16
597:8, 24
598:9
599:24
602:7
603:8
604:24
612:18
619:22, 24
626:22
627:9
632:17
Sburke@dua
nemorris.co
m  7:23

Confidential - Subject to Protective Order

scale
185:*20*
420:*4*  547:*2*
scenarios
337:*3*
477:*13*
Schedule
139:*22*
549:*4, 20*
578:*10, 13*
580:*3*
SCHOOL
31:*14*
66:*13*  67:*3,*
*11*  68:*4*
75:*6*  78:*8*
79:*14, 18*
80:*12*  81:*9,*
*20*  82:*13*
83:*7*
101:*11*
172:*24*
200:*7, 8*
247:*16*
396:*23*
488:*20, 21*
489:*17, 20*
512:*3*
593:*24*
596:*1*
619:*4, 10*
622:*7*
schools
65:*18*
66:*15, 19*
67:*8*  72:*16*
79:*3*  81:*21*
82:*4*  88:*13*
89:*9*
143:*17*
489:*18*
Schultz
97:*5, 6, 8, 15*

science
75:*11, 15*
97:*12*
119:*1*
124:*19, 21*
286:*24*
287:*12*
387:*22*
507:*6*
536:*22*
542:*6*
544:*3*
613:*17*
616:*4, 7*
617:*6*
623:*20*
Sciences
81:*11*
SCIENTIFI
C  12:*19*
61:*23*
68:*11*
79:*13, 17*
94:*16*
120:*4*
143:*9*
144:*22*
146:*2, 15*
162:*1*
167:*22*
198:*22*
199:*18*
213:*9*
214:*5*
226:*4*
361:*13*
382:*14*
457:*18*
479:*18*
480:*22*
486:*11*
490:*17*
493:*2*
594:*19, 22*

610:*21*
611:*23*
613:*5, 11*
615:*19, 22*
634:*10, 12*
635:*5*
scientifically
615:*16*
scientist
57:*14*
70:*18*
71:*19, 21*
75:*17*
126:*18, 21*
320:*22*
352:*21*
370:*13*
380:*23*
382:*13*
383:*1, 6, 10*
496:*14*
595:*7, 12*
617:*12*
620:*12, 19*
621:*4*
SCIENTIST
S  28:*11*
68:*20*
80:*11*
301:*2*
370:*17*
372:*15*
595:*3*
613:*21*
620:*8*
Scioto
562:*20*
scope
503:*12*
558:*14*
scratch
393:*16, 24*
screen  36:*1*
43:*8*  74:*13*

131:*16*
148:*20*
150:*1*
155:*12, 17*
158:*14, 24*
202:*22*
204:*4, 6, 14*
288:*3*
289:*7*
345:*15*
394:*21*
395:*3, 4, 8*
396:*13*
398:*22*
466:*2*
514:*14*
532:*11, 24*
547:*21*
551:*12*
572:*14*
575:*10*
629:*18*
screened
203:*24*
screening
201:*15*
202:*3, 9*
203:*13, 24*
204:*9, 13*
210:*13*
547:*14*
548:*9*
screwed
152:*5*
scroll
395:*19*
SEAN  3:*14*
7:*20*
search
55:*17*
502:*21*
searched
570:*9*

searches
84:*6*
searching
388:*2*
Seaside
562:*23*
563:*1*
Seaver
396:*22*
397:*1, 7, 13*
425:*15*
428:*10, 15*
505:*8*  551:*1*
sec  100:*8*
second  38:*5*
40:*24*  41:*1*
42:*2, 18*
63:*4, 18*
69:*13*
72:*16*
93:*19*
94:*19*  95:*9*
101:*3, 20*
102:*7*
103:*9*
108:*7, 15*
109:*18*
110:*8*
115:*2*
116:*12*
131:*18*
136:*7*
156:*3*
159:*6*
170:*15*
181:*7*
184:*2*
192:*9*
193:*11, 15*
219:*11*
221:*8, 9*
240:*24*
263:*3*
268:*22*

Confidential - Subject to Protective Order

274:9, 21
297:24
305:14
308:12
323:12
326:9
341:17, 23
343:2, 3
346:3
358:19
365:21, 22
375:17, 21
398:7
410:19
414:6
415:1, 12
416:4
422:12
425:10
430:14
436:11
444:4
448:9
452:4
460:22
461:8
462:6, 10
482:3
484:17
492:24
505:19
516:3
523:19
531:4, 23
533:7
547:19
563:9
569:12
570:12
571:21
581:5, 11
619:5
**secondary**
407:2

513:22
545:13
**Secondly**
160:17
**section**
40:11
44:24  45:3
121:21
166:6
374:4
411:23
412:3, 6
423:10
426:8
430:14
446:12
595:24
600:7
601:24
**section-by-section**
414:8
**sections**
252:8, 9, 10
255:2
413:1  602:3
**securing**
390:14
**see**  36:24
37:14
39:14, 20
42:6, 13
43:8, 12
45:12
54:18  55:3
73:6  76:10
80:18
86:21, 22
95:7, 11, 24
96:7
101:18
102:13
104:7, 8
106:11

108:2
117:6, 22
118:3
131:14, 15
136:3
139:5
149:1, 24
150:3, 12
151:7
153:18
154:4
155:12
158:15
168:9, 12
174:10, 11
176:11
177:5
182:14, 15
183:7
186:10, 24
187:3
188:15
195:15
196:20
197:3
198:13
215:21, 24
216:11
217:10
219:14, 20, 21  220:15
234:5
242:4
245:10
249:2
251:10
260:2
262:6, 7
268:8, 24
278:4
283:11
284:4
286:5
287:23

288:16
289:12, 13
290:22
291:17
292:8
298:1
310:9
319:17
320:14
322:12
323:16
333:24
337:9, 12
345:4
355:14, 17
360:4
365:5
369:19
379:21
380:8
382:8, 9
384:6
387:16, 17
389:7
392:22
394:19
407:10
411:15
417:14
422:14, 18
430:12
441:20
443:17, 18
453:11, 12
464:20, 22
466:3
468:21
482:3
491:17, 18
494:10
502:12
504:5, 12, 15
505:5
519:14

523:5, 20
525:15
529:1
531:7, 10
532:7
543:10
545:21
547:3
553:20
554:19
556:20, 23
558:2, 9
570:24
571:3
572:13
574:24
575:13
581:22
585:5
588:12
602:5, 14
606:17
608:2
611:24
623:14
630:14, 22
**seeing**
102:2
185:18, 22, 24  187:4
212:20
225:19
406:10
588:20
**seek**  118:22
373:18
**seeking**
348:18
376:16
**seen**  63:2
87:13
102:20
104:22
116:15, 23

Confidential - Subject to Protective Order

117:*4*, *15*
118:*14*
122:6
162:*19*, *22*
163:*9*
173:*13*
178:*2*
185:*23*
186:*13*, *15*
187:*20*
188:*12*
190:*3*
191:*18*
192:2, *13*, *18*
195:*4*, *19*
196:2
197:*13*
205:*23*, *24*
223:*19*
225:*17*
226:*24*
228:*3*
229:*21*, *23*
232:*9*, *11*
240:*10*
263:*15*
306:*16*
317:*20*
445:*14*
456:*8*
463:*6*
515:*10*, *12*
530:*22*
533:*4*
552:*18*
579:*2*
**sees** 323:*3*
**Segue**
568:*12*
**seizure**
301:*14*
**seizures**
301:*16*

**selected**
395:*8*
**selectivity**
485:*7*
**send** 615:*7*
624:*22*
**senior** 75:*3*
460:*24*
461:*4*, *5*, *11*,
*14* 525:*17*
**sense**
130:*16*
252:*11*, *12*
253:*3*, *9*
271:*18*
406:*4*, *5*, *15*
446:*15*
459:*4*
470:*17*
476:*1*, *22*
516:*23*
521:*14*, *15*
632:*23*
**Sensible**
87:*2*, *10*
89:*14*  90:*8*,
*17*  598:*15*
**sensitized**
210:*11*
**SENSORY**
16:*13*
546:*22*
547:*1*, *12*, *14*
**sent** 59:*23*
60:*3*, *5*, *18*
152:*4*
284:*1*, *3*
570:*13*, *21*
579:*21*
580:*3*
615:*7*
623:*17*
**sentence**
51:*3*  110:2

117:*21*
170:*15*
207:*11*
230:*23*
269:*3*
274:*9*
275:*19*
276:*1*
290:*8*
343:*2*, *3*
345:*7*
355:*3*
393:*15*
427:*23*
499:*22*
549:*15*
598:*23*
603:*22*, *24*
604:*2*
606:*22*
**sentences**
188:*9*
189:*22*
346:*12*
397:*21*, *24*
486:*1*
522:*13*
596:*8*
597:*10*
**separate**
577:*11*
580:*22*
612:*23*
**separated**
581:*1*
**September**
1:*8*  34:*8*
79:*22*
539:*23*
588:*6*, *8*
636:*15*
637:*2*
**sequence**
577:*16*

**sequencing**
103:*19*
292:*1*
293:*5*  420:*5*
**series** 82:*17*
219:*15*
601:*8*
**serious**
386:*5*
460:*10*
472:*8*, *10*
500:*18*, *20*
**seriously**
81:*7*  384:*2*
**serotonin**
536:*7*, *12*
**served**
490:*11*
**service**
228:*14*
**SERVICES**
1:*19*  34:*6*
204:*12*
212:*23*
214:*8*, *10*
231:*10*
375:*3*
**session**
433:*19*
**set**  184:*11*
186:*4*
224:*19*
**seven**  119:*8*
209:*18*
210:*1*, *8*, *16*
370:*16*
372:*14*
628:*11*, *13*
**Seventeenth**
7:*10*
**Seventh**
5:*18*
**seven-time**
119:*20*

**seven-times**
119:*9*
**SEVERITY**
29:*8*  46:*16*
297:*19*
298:*3*
487:*12*
**SHANK3**
300:*8*, *22*
301:*11*
302:*7*, *16*
303:*1*
305:*1*
307:*14*
308:*1*
309:*10*, *12*
310:*5*
437:*14*
438:*5*
440:*13*
**Shanna**
75:*4*, *8*
93:*18*
98:*11*
570:*17*, *24*
571:*8*, *16*
575:*15*
577:*17*
619:*4*, *13*, *21*
620:*20*
621:*5*
623:*17*
**shape**
493:*19*
**shaping**
494:*8*
498:*11*
**Shapiro**
40:*18*
**share**
214:*24*
265:*6*, *9*, *11*,
*21*, *23*

| | | | | |
|---|---|---|---|---|
| 319:*15* | **show** 72:*11* | showed | **SHUSTER** | signature |
| 329:*19* | 83:*18* | 61:*14* | 4:*14* 5:*1* | 314:8 346:8 |
| **shared** | 109:9 | 183:7 | **sibling** | **SIGNATUR** |
| 346:8 | 114:*1* | 185:23 | 336:24 | **ES** 25:*15* |
| 361:22 | 125:12 | 268:19 | 337:14 | 314:*14* |
| **sharing** | 130:3 | 304:8 | 338:6, *15, 20* | 344:9 |
| 265:*19* | 131:*17* | 330:5 | 339:5 | **signed** |
| **sheet** 637:7, | 133:2 | 331:*12* | 473:*16* | 68:*20* |
| *9, 12, 15* | 148:9 | 332:*14* | **siblings** | 95:*15* 452:8 |
| 639:*12* | 165:6 | 335:*14* | 265:*18* | **significance** |
| **Sheldrick** | 168:23 | 466:8 | 326:9, *10* | 155:*18* |
| 203:*10, 12,* | 176:*19* | 481:*15* | **sic** 46:*14* | **significant** |
| *21* 204:*11* | 215:*19* | 484:*19* | 91:*17* | 50:*24* |
| 205:9 | 216:*21* | 599:*16* | 99:*12* | 85:*13, 19* |
| **SHELLY** | 240:*13* | 612:*18* | 176:7 | 346:23 |
| 2:5 | 267:*20* | 621:*12* | 240:*20* | 377:*20* |
| **shift** 160:*13,* | 276:7 | **showing** | **side** 330:*17,* | 443:*19* |
| *15* 222:8 | 301:3 | 55:7 | *23* 331:*4* | 444:*14* |
| 242:*16, 19* | 303:*14* | 165:23 | 404:9 | 466:6 |
| **shifts** 226:8 | 304:2 | 166:*12* | 491:*12* | 470:5 |
| 236:22 | 336:6 | 167:*1, 13* | 502:*4* | 513:*21* |
| **ships** 322:*23* | 351:22 | 190:*24* | 530:*24* | 536:3 |
| **shocked** | 364:*4* | 191:*1* | 579:*4* | 545:*12* |
| 255:22 | 379:*11* | 398:9 | **sides** | 603:9 |
| **shocking** | 398:*12* | 454:*13* | 190:*24* | **significantly** |
| 255:*11* | 411:*10* | 538:*12* | 407:3 | 266:3 |
| 612:7 | 425:*14* | 600:*16, 20* | **sign** 590:6 | **signing** |
| **Short** 8:*12* | 430:*24* | **shown** | 591:8 | 637:*10* |
| 41:*24* | 431:*4* | 114:*14* | 636:9 637:8 | **signs** 384:*1* |
| 134:9 | 455:3 | 457:*11* | **signal** | **silver** |
| 218:5 | 465:*16* | 545:7 | 496:*24* | 214:*12, 20* |
| 243:*24* | 466:*10* | 595:*13, 15* | **signaling** | **similar** |
| 311:*16* | 471:9, *21* | 603:*18* | 514:2 | 275:*1* |
| 411:*1* | 503:*18* | 610:8 | 528:*21* | 310:*17, 19* |
| 423:*14* | 511:*14* | 613:*11* | 529:6, *19* | 314:*21* |
| 508:22 | 538:*24* | **shows** 36:*4* | 538:7 | 325:2 |
| 593:2 | 539:*21* | 84:*13* | 545:*11, 17* | 382:5 |
| 604:*24* | 544:*17* | 165:*14* | **signals** | 615:*17* |
| 606:8 | 546:4, *14* | 167:*16* | 493:*22, 23* | **SIMPLEX** |
| **shortest** | 554:*10* | 203:*13* | 495:*15* | 14:8 353:8 |
| 92:*11, 14* | 595:*21* | 371:*17* | 496:*11* | **Simplificatio** |
| 94:6 | 601:22 | 420:6 | 497:5, *12* | **n** 546:*24* |
| **shoulder** | 602:3, *4* | 428:*19* | **signatories** | **simplify** |
| 511:*10* | | 609:3 | 96:6 | 398:*17* |

simplistic
372:9, 13
simply
203:22
400:6
simulation
159:2, 13
160:14, 18
simulation's
160:22
simultaneous
ly 579:5
SINAI
13:17
17:11
18:14 19:9
24:7, 9
25:11, 12
26:11, 12, 15,
17 27:10
56:8 57:15
66:2, 17
67:15
69:20 72:3,
12 73:7, 10,
13, 17, 19
77:1 98:9,
15, 16
123:15, 21
258:24
325:1
347:8, 16
357:24
358:7, 10, 13
369:10
370:9, 11, 13,
16 372:15
378:14, 23
380:24
382:13
383:11
389:2, 3
392:8, 14
393:10

427:9
489:3
503:20
504:1
505:9
508:7
550:19
551:19
552:4, 20
553:5, 15
554:4, 12
558:18
560:9
594:3
599:6, 11, 22,
24 612:17,
18 613:3
617:15, 23
618:6
619:21
SINAI-
20180110
30:7
SINAI-
CLINICAL
31:19
SINAI-
JANECKA.P
DF 32:7
Sinai's
72:24
393:6
505:9
534:1
600:24
single 83:18
198:16
199:8
211:7, 9
213:1
214:23
282:11
302:19
368:8, 22

540:12
632:13, 20
sir 36:24
42:6 55:11
86:21
104:7
112:23
117:22
136:3
150:1
154:15
168:9
182:14
186:10
196:20
201:8
234:5
241:21
332:15
354:16
360:4
365:4
380:8
382:8
404:18
491:17
523:5
547:3
586:11
587:3
sister 265:6
sisters 267:1
sit 630:8
site 618:19
SITES
20:14
179:6
546:13
sitting
215:7
237:9
239:12
332:21
348:3

419:21
453:9
550:10
situ 292:20
situation
57:19
253:24
434:21
situations
91:7, 21
305:22
six 104:1
203:3
209:18
210:1, 8, 16
280:15
286:11, 19,
22 287:5
605:18
size 404:20
405:21
406:8, 18
409:20
SKADDEN
5:9 592:15
skepticism
623:18
skill 305:24
skills 547:24
sko@btlaw.c
om 6:20
SLATE 5:9
Slide
285:13
323:15
324:2, 16
403:4, 15, 19
405:8, 24
406:17
409:7
slideshow
324:9
slight
232:16

slipped
55:21
small
165:13
238:10
302:21, 23
394:22
471:17
smaller
160:12
161:7
SMITH
2:14
Smith-
Magenis
317:18, 21
smoke
429:20
430:4
450:13
smoking
450:5
475:3
476:15
477:11, 14
628:21
629:3
snapshot
380:15
SNIDOW
4:6
snips 290:19
SNOW
5:16 58:22
59:21
84:15
572:20, 21,
23 573:21
576:9
577:3
579:12, 21
580:7
583:10
584:1

622:22
623:21
**so-called**
93:5
335:21
411:17
569:6
**social** 441:8
505:14
547:24
**society**
137:5
**sodium**
501:10, 15
**Solander**
337:1
**sold** 74:9
**somebody**
62:13
132:7
243:6
245:13
254:1
451:3
477:13
572:19
**someone's**
330:19
**soon** 216:4, 6

**sophisticated**
421:2
**sorry** 51:23
61:6 63:19
69:5 73:3
87:22
96:22
97:19
100:15
101:14
112:22
135:18
137:23

141:15
151:9
153:21
156:14
180:2
184:3, 19
217:9
258:23
260:8
263:24
267:11
277:21
287:16
289:2
298:18
311:3
321:12, 23
342:14, 24
347:23
384:23
410:7
429:9
435:5
451:1
453:19, 20
488:11, 13
506:16
524:24
538:17
539:6
544:19
549:14
568:2, 4
569:18
572:23
579:6
581:7
582:7
583:6 633:5
**sort** 135:3
165:14
174:18
192:14
226:8

237:2, 3
249:24
251:3
280:19
281:6
282:7
283:5
301:22
302:10
316:10
327:22
351:16
373:23
391:18
441:9
462:9
466:11
467:24
474:7
478:9
480:4
481:16
540:5, 17
542:1
574:9
607:3 610:4
**sorts** 55:24
90:6 249:4
398:23
**sought**
635:4
**sound**
124:21
496:4
**sounded**
591:19
**sounds**
149:19
300:13
591:21
**source**
156:11
262:13
508:4

559:16, 17
597:1
**sources**
312:12
634:9
**South** 7:15
565:2

**SOUTHERN**
1:1 411:16
631:17
**space** 637:6
**SPALDING**
6:3
**Spanish-
speaking**
204:13, 15
**Spanish-
speaking-
only** 205:16
**SPARK**
32:10
130:5
283:9
326:3, 4
387:9
403:10
493:22
495:15
496:11
**speak**
200:22
270:19
383:23
550:23
577:2
**speaking**
339:17
450:1
458:14
460:20
511:20
565:12

576:17
607:20
**speaks**
532:17
**special**
222:4, 7
**specific**
46:15
65:20
143:12, 21
160:3, 4
168:1
169:3
174:22
194:11
199:14
256:24
279:20
296:11
309:13
315:3
323:7
327:20
338:11
340:14
357:7
378:10
386:7
416:5
429:9
487:10
542:23
544:21, 22
608:17
**specifically**
105:22
160:1
197:23
206:13
233:12
269:13
327:22
377:9
430:19

Confidential - Subject to Protective Order

502:*14*
503:*4*
550:*16*
617:*9*
**Specificity**
412:*14*
**specifics**
559:2

**SPECTRUM**
13:*9, 12*
14:*11, 15, 16,*
*20*  15:*9, 16*
16:*9*  17:*12*
20:*11, 18*
23:*11*
25:*17*  26:*8,*
*12*  27:*17*
29:*8*  31:*21*
41:2  42:*4,*
*19*  48:*8*
51:*10*  52:7
57:*15*  63:*5,*
*18*  77:*14*
103:22
104:*5, 21*
105:24
106:*12*
110:*3*
111:*11*
124:*11*
125:*15*
126:*12*
134:*19*
168:*5*
170:*3*
172:*5*
178:*14*
181:*16, 20*
182:*3*
183:*19*
192:*16*
194:*23*
199:*9*

231:*6*
244:*19*
268:*4*
274:*1*
285:*9*
290:2, *13*
295:*11*
297:*20*
298:*4*
321:*16*
342:*5*
344:*11*
349:*16*
350:*17*
353:23
359:*21*
360:*10*
361:*4*
362:*10*
363:*1*
365:*21*
366:2
367:*16*
368:2, *20*
369:*11*
370:*20*
371:2, *22*
372:2, *24*
373:2
375:6
379:*18*
383:*14*
388:*10*
390:*17*
391:*23*
392:*17*
393:2, *19*
398:2
415:7
420:7
422:*13, 17*
423:*16*
424:*19*
425:*3, 12*

426:*4, 16, 20*
427:*12, 21*
442:*6, 18*
443:7
444:6
446:*13*
452:*4, 24*
454:*9, 15*
455:*18*
458:*20*
465:*14*
469:*13*
470:*14, 18*
473:*5, 15*
474:2, *19*
475:*4, 20, 22*
479:*15*
482:*17, 23*
484:*9*
486:*14*
487:*11, 14,*
*23*  501:*11,*
*18*  502:*5*
504:*4, 14*
505:*20*
506:6
516:*13*
517:*20*
519:*19*
522:22
523:*11*
524:7
525:*24*
526:*8, 15*
528:*24*
536:*11*
538:*8, 13*
546:23
547:*20, 21*
548:22
599:*17*
603:*12*
605:*3*

612:*21*
626:*24*
**SPECTRUM**
**.PDF**  16:*14*
**SPECTRUM**
**_AUTISM**
23:*17*
**speculate**
85:*1*  478:*17*
**speculating**
458:*4*
463:*14*
477:*16*
483:*21*
**speculation**
68:*15, 17*
245:*8*
248:*6*
250:2
320:*5*
337:23
348:*10, 12*
407:22
476:*9*
478:*8, 19*
479:*13*
576:*11*
**speculative**
345:*13*
348:*8*
**speculatively**
609:*19*
**speech**
83:23  189:*5*
**speeches**
188:*23*
**speed**
380:*11*
440:*4*
**speeding**
383:*19*
**spell**  72:*6*
**spend**  163:*8*
589:*9*

**spends**
392:*1*
**spent**  198:*9*
300:*9*
552:*13*
609:*8*
623:*24*
624:*16*
**sperm**
269:*22*
272:*14*
284:*24*
319:*20*
353:*15*
354:*11*
415:*18*
449:*15, 16*
493:*7*
**SPITZER**
11:*7, 15*
223:*16*
227:*20*
**split**  158:*14,*
*23*  213:*18*
241:*4*
**spoke**  59:*16*
60:*4*
199:*23*
573:*1, 6*
576:*15*
577:*9*
579:*21*
608:*7*
**spoken**
294:*24*
487:*2*
**sponsored**
618:*19*
**spontaneous**
249:*14*
303:*17*
315:*11*
354:2
451:*16*

Confidential - Subject to Protective Order

spontaneously 269:*12* 270:*12*

spot 333:*20*, *22* 504:*9*

spotted 584:*22*

spring 47:*11* 101:*8* 567:*15*

SPRINGER LINK.PDF 16:*18*

spurious 291:*1*

ssanford@wattsguerra.com 2:*11*

SSGA 558:*4*

SSRI 536:*23* 537:*9* 603:*1*, *5*

SSRIs 504:*17* 506:*5* 536:*18* 537:*4*, *6*

ST 19:*12*

stack 173:*10*

stage 184:*11*

stand 332:*1* 391:*4* 520:*9* 537:*11*

standard 327:*6*

standpoint 56:*22* 138:*16* 202:*2* 257:*21* 262:*22*

stands 356:*15* 387:*22* 617:*11*

start 121:*18* 128:*15* 172:*16* 202:*15* 203:*24* 241:*10* 287:*21* 443:*18* 541:*7* 554:*23* 574:*22* 581:*20* 582:*1* 583:*11* 623:*8*

started 284:*5* 360:*9* 365:*19* 407:*8* 408:*8* 593:*16* 610:*14*

starting 39:*16* 392:*7*

starts 220:*13* 449:*18*

state 147:*2*, *17* 148:*1* 242:*21* 248:*8* 272:*17* 286:*24* 503:*10* 513:*8*, *20* 545:*10* 565:*24* 608:*20* 637:*5*

stated 244:*18*

STATEMENT 31:*7* 46:*1* 68:*20*, *24* 69:*7*, *14* 81:*12* 93:*6* 95:*3*, *16* 168:*3* 213:*22* 222:*16* 225:*9* 244:*6*, *15* 261:*18* 285:*20* 287:*23* 288:*18* 321:*7* 340:*20* 357:*5* 419:*4* 481:*15* 482:*6*, *11* 484:*15* 491:*21*, *23* 492:*10* 493:*11* 494:*20* 495:*8* 498:*6* 500:*7*, *11* 501:*4* 521:*12* 528:*10* 544:*20* 548:*20* 558:*24* 620:*18* 621:*14* 622:*9*, *20*

STATES 1:*1* 20:*14* 66:*19* 108:*18*

109:*1* 509:*10* 510:*3* 528:*14*

stating 198:*17*

statistic 510:*5*

Statistical 142:*6* 194:*24*

statistically 50:*23* 210:*24* 266:*2* 443:*19* 457:*16* 470:*5*

statistics 325:*3*

stature 311:*16*

status 153:*10* 155:*15* 491:*12* 493:*5*

stay 394:*20* 468:*24*

steadily 169:*17* 170:*16* 203:*8*

steady-state 451:*5*

Steering 631:*24* 634:*2*

stem 103:*19*, *23* 309:*4*

stenographic 34:*19*

step 89:*16* 428:*8*

step-by-step 258:*12*

Stephen 97:*5*, *6*, *8* 571:*17*

steps 87:*2*, *11* 89:*14* 90:*8*, *17* 575:*4* 598:*16*

Steve 59:*7* 569:*8* 575:*19*

stimulate 301:*10*

stimulates 436:*5*

stipend 561:*3*

stipends 560:*21*

stipulate 130:*12*

Stipulations 33:*10*

stochastic 249:*15* 272:*19*

stock 561:*4*

STONE 7:*1*

Stop 96:*10* 277:*20* 322:*18* 430:*23*

stopped 277:*19* 410:*3*

Stores 6:*7*

Stores-PNS 7:*18*

storm 280:*20* 568:*3*, *5*

**Stormy**
568:7
**story** 326:7

**STORY.PDF**
20:8
stracey@trac
eylawfirm.co
m 3:18
**strand**
252:7
255:2
380:14
**StrandDx**
380:13
**strategy**
327:9
534:18
**Street** 2:15
3:4, 16
6:18 7:4,
10, 15
**Strength**
412:7
465:2
466:10
603:18
**stress** 45:18
478:22
479:4, 7, 11,
19, 24 480:2,
19 481:1, 4,
6, 10 482:6
493:21
495:14
499:11
513:24
514:20
515:1, 22
522:6
545:15
605:4
609:19
**strict** 186:5

**strictly**
450:1
**Strike**
259:8
317:3
355:9
449:6, 7
**string** 253:2,
9
**strong** 43:1
51:7 273:4
274:11
275:14
276:3, 5
285:15
365:23
367:13, 21
484:6
**stronger**
467:24
473:11
**strongest**
225:5
**structural**
255:14
**structure**
310:17
340:19
492:7, 12
**student**
52:17
103:18
192:14
**studied**
95:15
147:5
148:4
150:6
151:17
300:7
367:4
471:4, 5
481:7
518:17, 20

533:2
550:11
**studies**
49:24
78:14
82:18
99:18, 24
100:1, 5, 10
106:4, 8, 14
109:7
132:4
143:21
145:5
146:4
165:22
166:11, 24
167:12, 22
168:23
172:3, 11
176:11
188:1
197:23
219:18
223:3
226:12, 13
249:10, 12
258:4
260:22
276:6
278:21
290:12, 22
298:21
299:19
303:7, 13
304:1
337:15
343:17, 24
350:21, 23
351:2, 5, 10,
13, 21 352:9
359:22
366:20
377:11
393:16

398:12
402:20
418:9
421:2, 3
428:5
430:11
431:3
438:10
442:11, 20
443:1, 5
454:13
457:12
458:1, 2
462:1
465:16
467:23
471:9, 18
473:14, 24
502:18, 22
503:11, 16
504:18
509:18
512:8
526:7
536:4
538:10, 22
542:2, 3, 4, 5
544:17
545:6, 22, 24
546:4, 12
563:5, 16
564:1
589:13
597:15, 16,
17 600:20
602:10
605:8, 19, 22
606:3, 6
610:3
**STUDY**
12:18
22:23
26:15 75:4
77:9 78:12

81:5
102:18
103:7, 12, 17
105:9, 10
116:10
142:15
146:24
147:23
152:15
158:9
159:2, 13
160:15
161:14
163:21
165:5
166:22
167:15
180:6
185:13
192:14
195:3
197:7
209:3, 6, 21
210:22
211:4, 8, 10
221:18
222:1, 9, 11,
16, 18, 22, 24
224:10
225:22
226:22
227:17
228:5, 18, 21
230:11
241:9
249:4
259:24
260:7, 11, 13,
15, 18, 21
261:2
297:18
300:5
338:2, 5, 14,
15, 16, 21

340:*17*
342:*12, 13*
344:*3*
346:*19*
348:*20*
378:2, *13*
389:*4*
391:*19, 21*
416:*23*
420:*5*
426:*15*
428:*17*
438:*16, 17, 24*  441:*8*
443:*13*
446:*6*
455:*4*
456:*22*
461:*24*
466:*12*
502:*16*
523:*15*
524:*6*
525:*13*
535:*4*
543:*9*
546:*3, 11*
600:*16*
618:*12, 23*
619:*17, 19*
**studying**
257:*13*
300:*10, 11*
439:*4*
**stuff**  185:*4*
402:*14*
448:*11*
463:*5*
621:*12, 20*
629:*21*
**Sturmey**
180:*24*
**Sturmey's**
183:*7*

**subgroups**
402:*8*
**SUBJECT**
28:*11*
48:*17*
335:*2*
374:*16*
394:*9*
637:*10*
**subjected**
384:*10*
451:*4*
**subjugating**
66:*16*
**submit**
52:*16*
378:*15*
**submitted**
463:*21*
**suboptimalit y**  609:*13*
**subpoena**
36:*21*
445:*2*  463:*3*
**subsample**
193:*21*
**subscales**
547:*23*
**Subscribed**
639:*19*
**subsequent**
165:*24*
166:*13*
167:*2*
578:*10, 13*

**Subsequently**
52:*14*  570:*3*
**subset**
144:*12*
512:*13, 22*
**subsidiary**
563:*16*

**substance**
251:*20, 22*
253:*24*
254:*3*
255:*3*
639:*11*
**substances**
500:*3, 23*
**substantial**
373:*11*
**substantially**
228:*15*
229:*1*
**substitute**
115:*23*
**substitution**
224:*22*
225:*1*
230:*15*
231:*14*
232:*17*
233:*1*
**subtraction**
182:*8*
**success**
401:*20*
**successful**
281:*22*
561:*18*
**suffered**
511:*10*
**sufficient**
282:*11*
368:9, *22*
427:*7*
**Suffolk**
565:*15*
**suggest**
44:*11*
46:13  76:2
120:*17*
127:*3*
129:*12*
226:*16*

300:*5*
351:5, *13*
352:*9*
370:*19*
380:*19*
404:*24*
413:*5*
443:*5*
470:*12*
473:*8*
487:*8*
512:*8*
536:*17*
559:*5*
598:*17*
604:5, *7*
610:*4*
**suggested**
45:*16*
91:*14*
196:*15*
224:*21*
346:*4*
381:*3*
418:*9*
447:*14*
515:*20*
605:*1*
**suggesting**
168:*11, 16*
235:*19*
473:*17*
560:*2*
**suggestion**
90:*23*
496:*20*
**suggests**
49:*12*
80:*16*
159:*14*
393:*12*
532:3  620:*1*
**Suite**  2:8, *21*  3:*10*

4:8  5:*19*
6:5, 19  7:*21*
**Sullens**
332:*24*
333:*24*
335:*13*
336:*6*
**SULLIVAN**
4:15  5:*4*

**Summarizing**
443:4  529:*2*
**summer**
47:*11*
567:*14*
**super**  74:*4*
281:*22*
**supervision**
636:*22*
**supplement**
63:*13, 22*
431:*19*
432:*24*
**Supplementa l**  99:*21*
129:*23*
402:*11*
624:9, *22*
**SUPPLEME NTARY**
31:*10*  95:*2*
96:6  99:*11, 16*  100:4, *13*
**supplementat ion**  64:*5*
**supplementin g**  64:*3*
**supplements**
426:3, *18, 22*
427:*19*
428:*11*
435:*22*
**SUPPORT**
33:2  143:*7*

145:*5*
166:*22*
203:*9*
213:*7, 22*
221:*13*
222:*2, 12, 16*
224:*18*
225:*22*
226:*12, 14*
308:*9*
354:*4*
473:*24*
562:*24*
563:*5*
594:*24*
599:*24*
**supported**
225:*2*
473:*16*
**supporting**
46:*17*
487:*12*
**supports**
78:*13*
143:*3, 9*
212:*5, 7*
214:*21*
236:*5*
594:*22*
614:*20*
**supposed**
238:*23*
569:*24*
**sure**  43:*9*
63:*21*
65:*21*
66:*14, 23, 24*
67:*1, 9, 10*
93:*10*
95:*22*
105:*8, 15, 17*
109:*3*
115:*23*
132:*7*

141:*13*
145:*3, 12, 16*
148:*8, 12*
152:*15, 24*
153:*14*
156:*16*
157:*5*
177:*2*
192:*12*
202:*11, 13*
206:*5*
209:*23*
215:*15*
217:*24*
237:*13*
239:*5*
274:*24*
276:*18*
297:*5*
302:*20*
316:*4*
320:*6*
325:*11*
333:*22*
337:*11*
357:*9, 18*
358:*8, 11*
371:*15*
379:*24*
385:*8*
390:*23*
396:*18*
410:*6, 21*
419:*22*
422:*6*
429:*10*
435:*20*
455:*2*
459:*9*
462:*3*
463:*19*
465:*8*
472:*9*
479:*7, 21*

481:*19*
482:*13*
485:*17*
497:*6*
501:*5*
504:*10*
514:*11*
519:*10*
520:*20*
522:*17*
523:*1*
527:*21*
531:*24*
537:*23*
585:*2*
587:*10*
588:*1, 17*
599:*8*
625:*2, 4*
**Surely**
508:*8*
**surface**
393:*17*
394:*1*
**surgeon**
245:*18*
**surprise**
398:*19*
**SURVEILL
ANCE**  13:*8*
**surviving**
451:*22*
**survivors**
457:*1*
**Susan**
138:*20*

**susceptibility**
346:*6*
377:*14*
457:*23*
603:*3*
605:*7*
609:*11*

**susceptible**
354:*11*
448:*21*
449:*1*
**suspect**
263:*14*
463:*15*
494:*23*
**SUSPECTE
D**  13:*20*
534:*4, 16*
**suspicious**
496:*4*
**Susser**
274:*6*
**SUSSER.PD
F**  13:*15*
**sustained**
439:*1*
**Sven**  358:*9*
370:*10*
**Swan**  69:*16,
18*  70:*23*
71:*12, 19*
73:*22*  75:*4,
8*  76:*5*
93:*19*
98:*12, 13*
570:*17*
571:*8, 16*
575:*16*
577:*17*
619:*4, 13, 21*
620:*20*
621:*5*
623:*17*
**Swan's**
76:*15*
570:*24*
**swath**
209:*13*
**swear**  34:*21*
**Sweden**
550:*2*

**Swedish**
550:*6*
**swinging**
246:*8*
**switch**  411:*9*
**switching**
548:*1*
**sworn**  35:*3*
433:*4*
636:*5*
639:*19*
**symptom**
281:*5*
**symptomatol
ogy**  186:*9*
**symptoms**
135:*4*
200:*7*
245:*4*
269:*16, 20*
294:*13*
298:*3*
402:*7*
538:*14*
**synapse**
421:*20*
**synapses**
421:*18*
**synaptic**
437:*11*
513:*24*
545:*14*
**SYNDROM
E**  28:*19*
295:*1, 18, 21*
296:*5, 9, 20*
298:*13, 20,
23*  299:*7, 20*
300:*7, 10*
302:*1, 7, 8,
13, 17*  303:*9,
17*  304:*4, 17*
305:*1, 16*
306:*2, 14*

Confidential - Subject to Protective Order

307:*1*, *11*, *16*,
*24*  310:7
311:*14*, *16*,
*18*  312:2
313:*14*, *19*
314:*17*, *18*
315:*6*, *17*, *18*,
*22*  316:*1*, *21*,
*24*  317:*19*,
*21*  318:*14*,
*17*  471:*11*
483:*4*, *8*, *14*,
*16*  513:*15*,
*16*  514:*5*
545:*8*
**syndrome-
associated**
421:*4*
**syndromes**
612:*22*
**synonymousl
y**  478:*11*
**synonyms**
478:*14*
**synthesis**
526:*5*
529:*6*, *12*
530:*8*  532:*4*
**synthesize**
354:*11*
**SYSTEM**
13:*8*  210:7
228:*14*
229:*6*
318:*24*
480:*6*
519:*2*, *18*, *21*,
*22*  520:*4*, *12*
521:*2*
533:*9*, *16*
536:*13*
540:*19*
543:*2*

544:*6*
566:*15*
**SYSTEMAT
IC**  15:*16*
181:*13*
**systemic**
46:*17*
487:*13*
**systems**
308:*24*
437:*1*
438:*13*
544:*3*

**< T >**
**T32**  393:7
**Table**  99:*11*,
*16*, *19*, *22*
100:*4*, *13*, *18*
306:*23*
406:*23*
**tables**  415:*1*
417:*13*, *16*
418:*2*
621:*15*, *16*
**TABLES.PD
F**  31:*10*
**take**  35:*15*
37:*21*  54:*5*
81:*6*  83:*12*
87:*5*  92:*9*,
*10*  107:7
121:*17*, *21*
131:*21*
134:*1*
150:*15*
152:*23*
153:*24*
159:*9*
163:*24*
172:*15*
184:*21*, *22*
187:*21*
191:*23*

195:*11*
196:*3*
197:*2*
205:*19*
209:*13*
215:*22*
216:7
220:*3*
259:*22*
264:*4*
265:*3*, *16*
295:*17*
297:*11*
312:*3*
323:*8*
333:*18*
338:*21*
339:*3*
345:*23*
349:*1*, *23*
357:*17*
369:*18*
384:*1*
410:*17*
411:*20*
417:*20*, *22*
427:*3*, *10*
428:7
430:*5*, *21*
432:*6*, *11*
464:*24*
474:*16*
480:*17*
490:*23*
504:7, 9
508:*16*
522:*23*
524:*20*
532:*8*
547:*6*
577:*20*
580:*15*
585:*19*
589:*24*

592:*22*
598:*18*
610:*5*
612:*16*
619:*11*
621:*18*
625:*15*, *21*
**take-home**
278:*10*
**taken**  1:*13*
136:*12*
180:*12*
311:7
350:*6*
381:*8*
398:*22*
402:*19*, *23*
444:*9*
504:*2*
600:*13*
**takes**  603:*1*
**talk**  48:*1*
55:*14*
63:*14*
77:*20*
94:*18*
108:*21*
109:*16*
113:*20*, *23*
116:*6*
117:*3*
121:*8*
134:*2*
142:*3*
153:*12*
156:*4*
204:*17*
212:*17*
217:*19*
244:*14*, *24*
254:*12*
257:*17*
259:*14*
271:*11*

278:*22*
287:*11*
291:*11*
293:*16*
294:*23*
307:*9*
313:*2*, *13*
326:*8*
327:*20*, *23*
340:*1*
368:*24*
401:*3*
402:*21*
413:*11*
414:*19*, *23*
422:*7*
425:*9*
430:*7*
446:*18*
465:*19*
484:*16*
486:*3*
488:*2*
540:*23*
**talked**  59:*4*
194:*2*, *8*
243:*14*, *16*
262:*9*
330:*1*
387:*3*
391:*11*
398:*11*
464:*19*
539:*1*
548:*12*, *17*
549:*2*, *5*
550:*17*
576:*9*, *21*
577:*4*
600:*15*
606:*19*
607:*10*
630:*3*

talking
46:*21*
47:*19* 70:*8*
71:*12*
125:*1, 2*
140:*15*
141:*6*
156:*23*
286:*15*
287:*19*
311:*15, 22*
366:*9*
395:*16*
398:*8*
402:*1*
416:*9*
430:*10, 13*
434:*22*
497:*11*
502:*13*
512:*18, 19*
521:*6, 14, 23*
529:*9*
544:*2*
569:*8*
577:*16*
579:*9*
593:*17*
607:*18*
613:*1, 13*
talks 90:*8*
373:*12*
376:*10*
420:*24*
465:*6*
554:*19*
556:*14*
Target 7:*12*
438:*14*
task 299:*3*
393:*17*
586:*2*
589:*11*
taught 99:*3*

Tavassoli
546:*21*
Taylor
98:*20*
tcampbell@k
rauseandkins
man.com
3:*11*
TD 547:*22*
teach
200:*22*
406:*17*
teaching
200:*1*
TEAM
30:*16*
79:*13, 17*
80:*10*
310:*11*
426:*1*
teasing
490:*9*
TECH
137:*23*
149:*11*
185:*5, 9*
263:*24*
321:*11*
342:*22*
539:*6*
549:*13*
572:*8*
TECHNICIA
N 8:*9*
TECHNICIA
NS 8:*1*
techniques
292:*13*
technologies
353:*19*
technology
84:*4* 291:*6,
9, 12* 292:*7*
293:*7*

320:*15, 18*
608:*19*
technology's
324:*4*
tecum 36:*21*
teens 67:*12*
teeth 379:*6*
381:*4*
384:*7*
386:*16*
391:*19*
398:*8, 12*
Tel 489:*20*
tell 41:*1*
59:*5* 67:*24*
84:*12*
91:*16*
104:*10*
132:*15*
154:*10*
227:*14*
237:*4*
251:*15*
252:*4*
266:*9, 12*
293:*18, 23*
322:*22, 24*
329:*21*
355:*8*
405:*19*
407:*13*
413:*14*
432:*16, 21*
434:*12*
460:*7, 14*
462:*5*
564:*16*
565:*1*
566:*1*
586:*5*
614:*10, 17*
623:*12*
630:*1, 9*

telling
59:*24*
198:*8*
199:*18*
496:*16*
tells 42:*4*
266:*10, 13*
temporality
412:*3*
413:*12, 24*
414:*24*
TEN 13:*19*
37:*5* 55:*2*
66:*18* 67:*5*
154:*12*
534:*3, 14, 20*
557:*13*
558:*7*
592:*22*
tends 337:*2*
460:*24*
tenfold
160:*12*
term
255:*21*
480:*3*
termed
601:*13*
terms 61:*22*
89:*12*
182:*7*
197:*23*
245:*19*
258:*6*
278:*5*
309:*9*
322:*13*
325:*3, 19*
327:*8*
370:*7*
540:*6*
541:*3, 6*
553:*22*
560:*20*

586:*13*
598:*6*
test 309:*13*
326:*24*
328:2, *19*
333:*1*
334:*2*
336:*5*
380:*6, 12*
413:*24*
439:*18*
548:*22*
549:*23*
608:*15*
test/retest
548:*5*
testified
35:*4* 47:*6,
9, 24* 48:*17*
130:*13*
188:*10*
215:*4*
295:*9*
326:*24*
328:2, *15*
331:*10, 17*
415:*3*
472:*4*
510:*24*
512:*14*
564:*20*
testify
254:*15*
330:*7*
331:*4*
334:*10*
335:*9*
453:*3, 5*
480:*19*
481:*3*
testifying
255:*13*
396:*3, 5*
421:*12*

Confidential - Subject to Protective Order

480:*22*
631:*16*
**testimonies**
256:*21*
566:7
**Testimony**
9:*3* 88:*1*
130:*9*
155:*3*
178:*17, 22*
222:*14, 20*
295:*13*
313:*9*
322:6
330:*8, 14, 18*
332:*9*
333:7
338:*19*
351:*4, 12, 18,
23* 352:*8, 12*
363:*9, 23*
364:*5*
390:7, *13*
396:*1*
404:*1, 4, 15*
431:*22*
471:*22*
479:*8*
503:*1, 14*
522:*1*
564:*23*
565:7
599:*8*
607:*14*
620:*10*
629:*1* 636:6
**testing**
292:*5*
323:*4, 10*
325:*4*
327:*12*
329:*9, 16*
330:*5, 19*
331:*11*

332:*13, 20*
335:*14*
336:*19*
379:*5*
544:*5*
545:*23*
**tests** 323:6
332:*14*
**test's** 381:*3*
**Texas** 2:*9,
22* 3:*17*
47:*14, 18*
48:*2* 67:*11*
97:*11, 13*
410:*17*
411:*16*
432:*22*
**Textbook**
41:2 42:*3,
18* 46:*5*
52:6 62:*20*
63:*5, 17*
274:*1*
365:*20*
442:*24*
452:*4*
463:*18*
505:*19*
**Thank**
43:*10*
150:*23*
158:*24*
207:*9*
277:*1*
464:2
508:*18*
519:*15*
592:*19*
635:*10, 12*
**thankfully**
536:*21*
**Thanks**
103:*5*
116:2

150:*22, 23*
544:*24*
593:*12*
616:*14*
**THE_BENE
FITS_OF**
22:*18*
**themes**
146:*18*
**theoretical**
290:*10*
433:*8* 515:6
**theoretically**
275:*21*
276:2
341:*3*
368:6
477:*21*
492:*11*
518:*16*
**theories**
529:*12*
602:*22*
**theorize**
475:*10*
**theorized**
480:*8*
**theory**
538:*20*
614:*21*
623:*14*

**Therapeutics**
560:*23*
561:*1, 6, 8,
13* 562:*23*
**therapies**
556:*18*
**Theresa**
546:*21*
**THESIS**
21:*13*
172:*24*
173:*3, 7*

**thing** 74:*3*
75:2 115:7
219:*13*
274:20
278:*18*
285:*12*
302:*8*
344:*1*
352:*16*
387:*12*
430:*15*
442:2
452:*16*
581:*19*
583:*23*
585:6
588:*13*
624:9 625:9
**things**
52:*21* 57:6
90:*11*
139:*1, 2*
140:*12*
221:2
269:*9*
272:*18*
279:8, *9, 10,
11, 21*
290:*21*
299:*21*
329:*15*
378:*12*
384:*17*
399:*1*
400:*12, 19*
425:*5*
429:6
430:*5, 8*
450:*20*
451:7
478:*10, 15*
479:6
486:*15*
516:*8*

540:*21*
544:6
568:9
577:*10*
593:*21, 22*
605:*15*
609:7
**think** 40:*22*
41:*22*
47:*22* 51:2
57:*22* 59:*1*
60:*18* 63:*8*
65:*2, 7, 9*
66:*9, 10, 21*
67:7 68:*9*
69:*24* 70:*4,
5, 17* 71:*15,
22* 74:6
75:*16* 83:*9*
84:*23* 85:*9*
94:*9, 15*
110:*18*
111:*9*
112:*17*
113:*16, 17*
115:*4*
116:7
118:*11*
119:*23*
120:*3*
122:*18*
123:*20, 22*
125:*7, 10*
126:*4*
130:*17*
136:*21*
143:*11*
146:*11, 14,
17, 23*
148:*23*
149:*15*
150:*11*
154:*15*
156:*19*

| | | | | |
|---|---|---|---|---|
| 169:*14* | 388:*1* | 492:*11, 14* | 607:*2, 4, 19,* | 591:*23* |
| 176:*1* | 392:*23* | 493:*11* | *22* 610:*24* | 607:*11* |
| 206:*24* | 400:*15, 22,* | 494:*20* | 615:*24* | **thoughtful** |
| 207:*3* | *24* 401:*15,* | 495:*21* | 617:*6, 11* | 70:*18* |
| 215:*5* | *18* 402:*16,* | 496:*10* | 620:*4, 11* | 126:*18, 21* |
| 219:*23* | *20* 407:*23* | 500:*11* | 621:*8* | 163:*5* |
| 227:*11* | 408:*10, 24* | 501:*13* | 623:*7, 16* | 383:*5, 9* |
| 237:*8, 11* | 409:*2, 13, 19* | 502:*20* | 627:*11* | 588:*2* |
| 244:*8* | 410:*13* | 503:*2, 14* | 631:*2* | **thoughts** |
| 248:*23* | 421:*13* | 508:*9, 11* | **thinking** | 263:*1, 22* |
| 252:*2* | 427:*24* | 512:*7, 15, 16* | 539:*17* | 422:*5* |
| 254:*13* | 431:*5* | 513:*16* | 541:*8* | **thousand** |
| 257:*2* | 438:*6* | 515:*5* | **thinks** 45:*22* | 320:*12* |
| 259:*4* | 441:*9* | 517:*1, 6, 8* | **third** | **thousands** |
| 261:*4* | 442:*10* | 521:*13* | 102:*17* | 212:*21* |
| 262:*21, 23* | 443:*12, 24* | 529:*24* | 123:*3* | 286:*14* |
| 264:*10* | 447:*1* | 532:*16* | 343:*2, 4* | 287:*1* 607:*5* |
| 270:*10* | 448:*14* | 538:*4* | 373:*24* | **THREAD** |
| 277:*9* | 450:*9* | 539:*14* | 486:*14, 24* | 28:*10* |
| 279:*24* | 451:*23* | 544:*10* | 550:*18* | **threat** |
| 282:*8* | 452:*14* | 545:*20* | 558:*19* | 591:*20* |
| 283:*4, 6* | 453:*23* | 549:*5, 24* | 559:*16* | **threatening** |
| 285:*22* | 457:*3, 5, 19* | 558:*23* | 635:*5* | 591:*18* |
| 290:*18* | 460:*4* | 562:*12* | **third-party** | **three** 56:*20* |
| 295:*12* | 461:*23* | 563:*15, 24* | 373:*18* | 63:*9, 10* |
| 297:*4* | 462:*2* | 564:*13, 22,* | 560:*7* | 77:*13* |
| 305:*13* | 463:*2* | *23* 567:*13* | **thirty** | 123:*1, 4* |
| 319:*12* | 465:*1* | 570:*7, 20* | 637:*16* | 126:*23* |
| 320:*17* | 466:*4* | 573:*14* | **THORNBUR** | 129:*6* |
| 325:*20, 21* | 467:*22* | 577:*8, 10* | **G** 6:*9, 16* | 139:*19* |
| 326:*5* | 469:*18* | 579:*2* | **Thorsnes** | 159:*16* |
| 329:*14, 17* | 470:*22* | 584:*20* | 8:*10* | 167:*5* |
| 335:*19* | 473:*7* | 587:*4* | **thought** | 177:*8* |
| 337:*24* | 474:*24* | 588:*11, 12* | 85:*7* 221:*1* | 209:*20* |
| 338:*1* | 475:*8* | 589:*21* | 257:*24* | 216:*24* |
| 352:*15* | 476:*2, 3* | 593:*23* | 261:*15* | 286:*18* |
| 354:*21* | 477:*6* | 594:*21* | 321:*23* | 402:*20* |
| 356:*5, 7* | 481:*7, 14* | 595:*6, 9* | 343:*6* | 415:*16* |
| 360:*20* | 482:*10, 18* | 596:*23* | 347:*23* | 418:*7* |
| 376:*21* | 485:*2, 24* | 602:*21* | 368:*14* | 484:*20* |
| 382:*19* | 486:*17* | 603:*16, 23* | 435:*5* | 485:*13* |
| 383:*17, 21* | 487:*16* | 604:*20* | 466:*11* | 486:*19* |
| 385:*3* | 488:*16* | 605:*16, 17* | 513:*9, 12* | **three-inch** |
| 387:*3, 21* | 491:*23* | 606:*19* | | 173:*10* |

Confidential - Subject to Protective Order

three-
quarters
  236:*12*
threshold
  286:*6*
Thursday
  244:*4*
thyroid
  535:*19*
Tidmarsh
  169:*4, 7, 9,
  24*  170:*5*
TILLERY
  25:*8*  59:*7,
  18, 23*  60:*3,
  6, 19*  447:*14,
  21*  569:*8*
  570:*1, 10*
  571:*17*
  575:*1, 19*
  576:*22*
  577:*16*
  623:*13*
  631:*11, 21*
  632:*13*
Tillery's
  631:*14*
  632:*16*
time  34:*8*
  38:*21*
  39:*21*  47:*5,
  24*  49:*15*
  58:*12*
  59:*12, 15*
  73:*19*  81:*6*
  83:*18*
  92:*11, 15*
  94:*7*  101:*9*
  113:*24*
  116:*14, 18*
  117:*14, 18*
  118:*15*
  122:*3*
  129:*7, 16*

133:*4, 5*
134:*6, 10*
140:*21*
155:*7*
163:*8*
173:*15*
174:*17*
177:*7*
184:*21, 22*
185:*18, 22*
189:*5, 20*
191:*3*
215:*6*
218:*2, 6*
232:*3, 7*
241:*10*
243:*24*
249:*16*
256:*20, 23*
257:*2, 4, 7*
264:*21*
271:*3, 8*
275:*10, 12*
278:*7, 13, 21*
287:*19*
288:*22*
300:*9*
303:*18*
321:*18*
322:*15*
325:*6*
350:*1, 8*
358:*1*
371:*14*
373:*9*
382:*5*
384:*12*
385:*23*
406:*2, 6*
408:*7*
410:*22*
411:*2*
415:*1*
417:*13, 15*

418:*2*
434:*11, 20*
446:*10*
485:*18*
486:*10*
508:*19, 23*
533:*3*
536:*21*
540:*10*
561:*9, 10, 13,
15*  562:*5*
570:*7, 12*
573:*1, 5*
574:*2, 3*
575:*19*
578:*12*
586:*3*
588:*12*
589:*9, 18, 22*
592:*23*
593:*3*
605:*14*
609:*8*
610:*22*
616:*15*
622:*19*
623:*24*
624:*1, 5, 16,
17, 23*  628:*1,
15*  631:*4*
635:*13*
TIME.PDF
28:*7*
Timeout
447:*22*
times  77:*13*
119:*8*
167:*5*
261:*19*
326:*10*
405:*8, 23*
454:*16*
456:*17*
631:*1*

timing
  421:*10*
TING
  14:*11*  566:*1*
tiny  74:*4*
Tioleco
  470:*9*
tissue
  477:*18*
tissues
  475:*17, 24*
  476:*17*
title  72:*24*
  73:*3*  77:*6,
  16, 20*  79:*12*
  177:*13*
  375:*5, 8*
  392:*19*
  396:*20*
  597:*5, 12*
  618:*16*
titled
  546:*21*
  599:*16*
  610:*9*
  618:*13*
titles  590:*21*
TOBY
  21:*13*
  172:*23*
  173:*16*
  177:*12*
today  34:*16,
  20*  63:*1*
  212:*1*
  215:*7*
  225:*18*
  226:*24*
  232:*10*
  237:*9*
  239:*12*
  246:*20*
  248:*8*
  257:*11*

286:*12*
293:*6*
294:*18*
296:*11*
325:*22*
332:*21*
348:*3*
387:*23*
453:*9*
531:*13*
589:*10*
607:*11*
608:*8, 11*
609:*9*
610:*9*
611:*9, 15, 16*
612:*1*
629:*21*
Today's
  34:*7*  588:*5*
toddlers
  185:*15*
  500:*1*
  548:*15*
told  58:*11*
  59:*16*
  130:*23*
  158:*10*
  198:*5*
  205:*22*
  434:*4*
  464:*6*
  505:*18*
  614:*14, 24*
  627:*18*
Tony  176:*6*
tool  138:*9*
  548:*9*  549:*7*
tools  139:*20*
  140:*15, 22*
  421:*3*
  547:*14*
  548:*13*

Confidential - Subject to Protective Order

| | | | | |
|---|---|---|---|---|
| **TOP** 13:*19* | **totality** | 402:*23* | 543:*9, 14* | **trigger** |
| 66:*18*  67:*5,* | 145:*14* | 403:*1, 14* | 544:*5* | 340:*9* |
| *13*  73:*6* | 171:*18* | 636:*9, 19* | 545:*24* | **trimester** |
| 79:*12* | 226:*15* | 637:*17, 19* | **tree**  382:*6* | 415:*8, 12* |
| 97:*24* | 613:*18, 19* | | **trees**  169:*15* | 416:*18* |
| 108:*1* | 620:*13* | **transcription** | **Tremfya** | **trimesters** |
| 146:*24* | **totally**  53:*5* | 639:*7* | 556:*3, 19* | 415:*17* |
| 159:*3* | 65:*4* | **transcripts** | **trend** | **TRINH** |
| 179:*1* | 149:*17* | 402:*18* | 230:*16* | 7:*14* |
| 209:*11* | 291:*3* | 624:*14* | **TRENDS** | **trouble** |
| 211:*12* | 558:*13* | **transferred** | 14:*15* | 124:*18* |
| 240:*24* | 559:*22* | 153:*9* | 228:*19* | **true**  38:*24* |
| 280:*12* | **touches** | 155:*14* | 236:*1* | 56:*6*  107:*3* |
| 287:*7* | 440:*1* | **translated** | **TRIAL** | 111:*1, 13, 19* |
| 346:*3* | **TOXIC** | 104:*15* | 137:*23* | 112:*17* |
| 358:*20* | 13:*19* | | 149:*11* | 113:*1* |
| 362:*7* | 359:*4* | **Translational** | 185:*5, 9* | 121:*1* |
| 376:*14* | 499:*11* | 369:*16* | 256:*5* | 125:*24* |
| 392:*7* | 534:*3* | 542:*6*  544:*2* | 263:*24* | 135:22 |
| 416:*1* | **toxicant** | **transparent** | 300:*20* | 140:*3* |
| 420:*23* | 46:*13*  487:*8* | 616:*1* | 313:2 | 222:*10* |
| 459:*3* | **toxicants** | **transpose** | 321:*11* | 233:*17* |
| 534:*3, 20* | 299:*22* | 136:*17* | 330:8 | 238:*3, 4* |
| 557:*13* | 489:*22* | **trauma** | 331:*5, 9* | 275:2 |
| 558:*3, 7* | **toxicologist** | 511:*1* | 342:22 | 276:*4, 6* |
| 560:*9* | 518:*19* | **treat** | 390:*13* | 285:*20, 21,* |
| 570:*23* | **toxins** | 307:*16* | 401:*19* | *24*  290:*17* |
| 574:*18* | 362:*13* | 308:*9*  603:*3* | 433:*18* | 291:22 |
| 575:*9* | 491:*13* | **TREATMEN** | 440:*23* | 292:*11, 15* |
| 587:*19, 23* | 493:*22* | **T**  14:*16* | 448:2 | 294:*17, 22* |
| **topic** | 495:*15* | 18:*15*  20:8 | 539:*6* | 330:6 |
| 597:*23* | 496:*11* | 310:*7* | 549:*13* | 337:*5* |
| 598:*1* | 499:*11* | 385:*24* | 564:22 | 340:*20* |
| **topics** | 500:2 | 388:*10* | 565:22 | 345:*7, 9* |
| 373:*19* | 520:*11* | 402:*9* | 572:8  629:6 | 359:*7* |
| **top-line** | 521:*1, 6* | 439:*1* | **trials** | 401:*23* |
| 556:*16* | **TRACEY** | 539:*18* | 300:*21* | 411:*13* |
| **total**  54:*4* | 3:*12, 14, 15* | 540:*6* | 309:*20* | 419:*4* |
| 219:*17* | **trait**  285:*8* | 544:*11* | 543:*15* | 434:*15* |
| 294:*19* | **traits** | 546:*2, 4, 6* | **TRICIA**  3:*8* | 442:*5* |
| 564:22 | 547:*21, 24* | **treatments** | **tried**  74:*7* | 452:*6* |
| 582:*4* | **transcript** | 361:*24* | **tries**  388:*8* | 457:*15, 16* |
| 623:22 | 130:*1* | 540:*9* | 603:*3* | 458:*15, 24* |
| | 332:8 | 542:*20* | | 464:*7* |

472:*21*
474:*24*
491:*24*
492:*1, 17*
493:*12*
494:*23*
495:*16*
497:*16*
498:*1, 4, 13, 18*  499:*2, 6, 16, 19*
518:*11, 13, 15, 18*
521:*12*
530:*3*
535:*10*
537:*23*
544:*16*
549:*24*
559:*15, 17*
634:*15*
636:*6*
**truly**  598:*11*
**truncated**
228:*16*
**trust**  57:*4*
463:*23*
**truth**  560:*13*
**truthful**
195:*12*
205:*6*
213:*9*
395:*24*
**truthfully**
74:*22*  155:*3*
**try**  111:*8*
131:*1*
169:*7*
283:*7*
297:*9*
308:*8*
310:*6*
326:*24*
365:*8*

383:*18*
398:*8*
438:*12*
497:*10*
538:*19*
541:*24*
591:*5*
604:*14*
**trying**
60:*20*
71:*23*
124:*16*
149:*11, 12*
322:*24*
380:*9*
384:*5, 9*
400:*23*
464:*10*
580:*2*
**tube**  419:*7*
430:*9*
**turn**  177:*13*
209:*24*
210:*8*
557:*12*
**turning**
494:*7*
498:*10*
**twin**  258:*4*
264:*6, 8*
276:*6*
277:*5, 6*
366:*20*
**twins**  258:*5*
259:*24*
264:*5*
265:*4*
266:*23, 24*
272:*9*
277:*4*  609:*3*
**Two**  115:*15*
124:*20*
140:*12, 15*
161:*4*

164:*17*
165:*20*
176:*11*
186:*19, 24*
187:*3*
209:*19*
228:*20*
258:*5*
264:*4, 23*
277:*3*
283:*2, 5*
329:*15, 16*
425:*4*
440:*12, 17*
441:*3*
480:*18*
504:*13*
514:*7*
539:*22*
548:*13*
557:*17*
564:*17*
577:*10*
597:*10*
**two-thirds**
510:*2*
**TYLENOL**
30:*12*
34:*13*  77:*7*
78:*15*
609:*21*
610:*5*
**Type**
137:*21*
138:*3*
139:*10*
177:*12*
242:*1*
461:*24*
557:*13*
597:*17*
**types**  541:*8*
**typically**

314:*15*
**typo**  218:*17*

**< U >**
**U.S**  8:*10*
129:*12*
170:*18*
380:*4*
456:*20*
**Ubiquitin**
313:*16*
**UC**  244:*1*
**UCLA**
97:*21, 23*
98:*2*
**Uher**  358:*2*
**umbilical**
77:*10*
**Umbrella**
192:*15*
**UMBRELLA-**
**REDEFININ**
**G**  20:*18*
**unaware**
48:*22*
113:*19*
462:*20*
485:*4*
**uncertain**
94:*3*
**un-cited**
132:*22*
**unclear**
355:*5*
**unconsciousl**
**y**  446:*20*
**uncontrolled**
359:*3*
459:*15*
**uncovered**
421:*5, 6*
**undated**
293:*19*

**UNDATED-**
**(20180515**
27:*7*
**UNDATED_**
**ADVANCES**
**_IN_THE**
26:*19*
**UNDATED-**
**E-MAIL**
27:*20*
**UNDATED-**
**KOLEVZON**
26:*22*
**UNDATED-**
**MOUNT**
26:*15*
**UNDATED-**
**MT**  26:*11*
**underascerta**
**in**  228:*22*
**underascerta**
**ined**  228:*24*
**underblown**
260:*23*
**undercount**
165:*4, 12*
**undercounte**
**d**  165:*3*
**underestimat**
**es**  260:*23*
**undergoing**
418:*21*
**underlie**
519:*24*
**underlying**
370:*22, 24*
**underneath**
583:*20*
**underscores**
388:*3*
**understand**
35:*19*  36:*9*
61:*16*  68:*2*
71:*24*

78:*11*
105:2, *15*
118:22, *24*
121:*7*
145:*16*
151:9, *12*
176:*14*
188:*20*
190:*17*
196:*24*
202:11, *20*
205:*10*
232:3, *4*
246:*20*
272:*15*
287:*20*
309:*7*
312:*6*
320:*7*
324:*15*
354:9, *23*
364:13, *14*
365:*6*
383:*19*
386:*21*
389:*24*
390:*10*
394:11, *24*
397:*15*
419:*3*
459:2, *10*
460:*19*
480:11, *13,*
*14*   509:*19*
530:*9*
539:*17*
541:*2*
543:6, *7*
552:8, *15*
597:*1*
601:*23*
613:*15*
614:*10*
631:*11*

**understandin
g** 250:*4*
272:*18*
383:*12*
387:12, *13*
393:*18*
413:*17*
479:*10, 16,
24*   494:*12*
502:*2*
526:*24*
529:*10*
631:*13*
**understood**
599:*8*

**understudied**
349:*18*
**undoubtedly**
133:*16*
**unfolding**
143:*13*
**unfortunatel
y**  55:*12*
**unfounded**
527:*14*
**unhighlighte
d** 606:*22*
**unidentified**
273:*15*
**uninsured**
555:*21*
**Union**
510:*17*
**Unit**  3:*16*
**UNITED**
1:*1*  20:*14*
66:*19*
108:*18*
109:*1*
509:9  510:*3*
**universe**
270:6, *7*
389:*24*

**university**
65:24  66:*8*
67:11, *18*
97:*11*
241:*8*
489:*8, 14, 20*
490:*17*
619:*9*
**unknown**
240:*2*
606:*24*
607:*3*  612:*6*
**unqualified**
558:*13*
559:*22*
**unstable**
317:*15*
**untrue**
535:*12*
**update**
46:*14*
507:2, *11*
**updated**
52:*16*
465:*10*
504:*23*
508:*12*
634:*23*
**updating**
463:*18, 24*
**upper**
290:6, *8*
429:2  505:*2*
**upregulated**
104:*16*
**uptake**
487:*9*
**up-to-date**
39:7  575:*3*
**urgent**
134:*21*
500:*3*
**urging**
94:*11*

**URLs**
557:*23*
**USE**  19:*7*
30:8, *17*
31:7  38:*19*
50:12, *17*
68:*22*
73:*11*
75:23  76:*3*
78:*15*
79:*19*
80:13  91:*7,
19, 20*  92:*9,
17*  94:*3, 11*
95:*4*
101:*13*
150:*4*
159:*22*
239:*5*
258:*3*
271:*23*
276:*2*
290:*20*
296:*23*
300:*22*
309:*6*
353:*17*
358:*15*
401:*1*
406:*6*
421:*1*
426:17, *22*
427:*19*
428:*11*
459:*22*
482:15, *20*
496:*3*
502:19, *23*
503:*13*
508:3, *5*
510:*3, 7, 8,
21*  532:*6*
536:5, *23*
543:*5*

544:3, *16*
559:*4*
602:*13*
606:*10*
607:*12*
614:*21*
618:*14*
619:*23*
620:*1*
621:7, *24*
626:*23*
627:*10*
**USE-DNA**
21:*16*
**useful**
526:*13*
528:*2*
**uses**  133:*11*
496:*2*
**USE-YALE**
31:*14*
**usually**
327:*5*
461:8, *22*
462:*7*
**uterine**
436:*5*
609:*18*
**utero**  265:*7,
21*  377:*20*
413:*18*
415:2, 7, *21*
416:*18*
418:*12*
532:*6*
**uterus**
413:*22*
**utilized**
168:*24*

**< V >**
**vaccines**
71:*10*

Confidential - Subject to Protective Order

**Vague**
60:*11*
95:*18*
104:*24*
124:*24*
158:2
202:*18*
246:*17*
248:22
249:*8*
250:2, *15*
272:5
482:*11*
544:*20*
558:*24*
**vaguely**
369:*13*
596:4
621:*17*
**Vahe**
369:*10*
392:*24*
**validate**
401:*17*
428:*6*
**validity**
159:*21*
**valproic**
501:*14*
600:*17*
**valuable**
544:*4*
547:*13*
**values** 239:*9*
**Vanguard**
558:*4*
**VARIABILI
TY** 28:*19*
306:*13*
**variables**
50:22
**variant**
281:*13*
293:*10*

294:*19*
295:2, *10*
303:2
327:*13*
**variants**
257:*21, 22,
23, 24* 258:*1,
3* 280:*5, 10,
23, 24* 281:*2,
12, 17, 20, 23,
24* 282:*1, 9*
285:*4, 14, 17*
286:*16*
287:2
291:*4*
293:*8, 15*
294:*7, 24*
302:*19*
320:*10*
321:*17*
326:*15, 21*
**variation**
251:*4*
259:*17*
262:*14, 16,
17* 370:*24*
**variations**
261:*13*
269:*14*
270:*1, 3, 4*
280:*14*
282:*13*
286:*1, 5*
460:*19*
**varied**
464:*20*
491:*14*
**varies**
443:*13*
**variety**
166:*20*
400:*19*
417:*13*

498:22
500:22
**various**
36:*11*
68:*24*
142:*4*
340:*17*
378:*24*
402:*17*
473:*9*
520:*10*
521:*1*
543:*9*
551:*18*
596:*17*
**vast** 244:*9*
506:*3*
**Veerle**
621:*3, 5*
**Venue** 1:*14*
36:*5*
**verify** 243:*8*
**version**
39:*7* 52:*6,
16* 152:*6*
206:*23*
**versus**
106:*11*
109:*17*
194:*5*
238:*24*
240:*8*
257:*18*
258:*7*
316:*10*
324:*2, 3*
325:*18*
334:*1*
351:*23*
363:*10, 24*
408:*13*
411:*12*
416:*20*
471:22

511:*4*
513:*4*
518:*21*
565:2
566:2, *14, 19,
23*
**VI** 411:*23*
**VIDEO**
19:*21*
34:*10*
262:*21*
263:*8, 22*
264:*3*
266:*18*
276:*10*
277:2, *19*
278:2
279:*15*
282:*19*
283:*1*
284:*12*
293:*17*
294:*3, 15*
301:*3, 8*
302:2
308:22
309:*23*
321:22
322:*10, 17*
324:*3, 7*
401:*6, 13, 21*
436:*17, 19*
437:*23*
439:*8, 14*
441:*1*
539:*12, 19*
540:*3*
541:*10, 22*
542:*8, 18*
543:*20*
**VIDEOGRA
PHER** 34:*2,
5* 134:*6, 10*
218:*2, 6*

350:*1, 8*
410:22
411:2
508:*19, 23*
587:*6*
592:*23*
593:*3*
635:*13*
**videos**
276:*14*
308:*13*
310:*1* 539:*1*
**VIDEOTAP
E** 8:*1*
**Videotaped**
1:*8*
**view** 82:2, *6,
8* 200:2, *3*
226:*3*
**viewed**
182:*19*
**vigorous**
501:*1*
**Viktorin**
357:*15, 21*
459:*13, 20*
**Viral** 423:*3*
469:*23*
**virtue**
261:*17*
457:*21*
603:2
**virus** 279:*3*
**visit** 49:*8*
215:*12*
**vitae** 38:*6*
39:*1* 64:*16*
**Vitamin**
431:*7, 11, 13,
16, 17, 20*
432:*6, 11, 17,
23, 24*
434:*23*

435:*13*, *17*, *20*

**vitamins**
429:*6*
430:*5*, *21*
431:*10*
**vocal** 201:*1*
**voice** 302:*4*
**VOL** 10:*17*, *22* 11:*10*
**Volkmar**
162:*24*
163:*12*, *20*
164:*12*
**Volume**
218:*15*
268:*6*
**vulnerability**
298:*5*
361:*3* 362:*9*
**vulnerable**
502:*7*

**< W >**
**Wait** 91:*1*
92:*2*
112:*20*
175:*20*
178:*9*
188:*16*
297:*4*
435:*2*
448:*8* 632:*9*
**waitlisted**
489:*4*, *18*
**Walgreen**
6:*13*
**Walgreens**
6:*14* 625:*24*
**walk** 38:*20*
**Walmart**
6:*7* 334:*1*, *23* 625:*24*

**Wal-Mart**
6:*7*
**WALMART.**
**PDF** 21:*11*
**WALTERS**
3:*12*
**WANG**
14:*12* 78:*5*, *17* 79:*1*, *5*
**want** 37:*21*
40:*23*
41:*21* 49:*8*
75:*2* 80:*21*
85:*1* 95:*9*
97:*9*
102:*12*, *13*, *16* 103:*4*
108:*20*
116:*9*, *21*
117:*3*, *16*
118:*6*
119:*5*
121:*8*, *16*
134:*14*
135:*14*
147:*7*
148:*15*
149:*13*
151:*11*
152:*14*
153:*11*
155:*20*
156:*4*
172:*16*
176:*15*
177:*9*
184:*11*, *24*
185:*1*
195:*12*
204:*16*
205:*6*
211:*16*
214:*24*
215:*23*, *24*

219:*14*
240:*21*
244:*14*
259:*22*
262:*20*
263:*1*
276:*9*
302:*11*
308:*13*
321:*22*
327:*19*
330:*13*
331:*18*
339:*9*
368:*24*
373:*5*
374:*12*
395:*16*, *22*, *24* 396:*2*
398:*17*
401:*5*
410:*14*
411:*9*
413:*11*
414:*23*
416:*4*
417:*14*, *21*
419:*22*
422:*7*, *10*
429:*20*, *24*
430:*3*, *4*, *16*, *19*, *21* 432:*4*, *11* 435:*19*
462:*2*
463:*17*
466:*3*
478:*17*
483:*21*
485:*19*
488:*2*
490:*22*
539:*14*
541:*24*
544:*10*

554:*21*
573:*9*
574:*4*, *6*
576:*6*
587:*23*
588:*10*
590:*9*
591:*7*
594:*16*
595:*21*
599:*7*
601:*22*
602:*2*
604:*22*
607:*7*
624:*3*, *19*
**wanted**
38:*9*
154:*16*
177:*17*
178:*6*
214:*8*
287:*21*
396:*12*
462:*15*
611:*10*
**wanting**
63:*14*
**wants** 164:*4*
392:*11*
395:*17*
**WARN**
30:*17* 79:*19*
**warned**
91:*12*
625:*14*
**warranted**
602:*10*
**warranting**
466:*12*
**Washington**
1:*14* 6:*5*, *19* 7:*22*

34:*11*
566:*16*
**waste**
154:*12*
**watch**
582:*19*
**watched**
277:*11*
324:*8*
**watching**
441:*13*
582:*23*
**WATTS**
2:*1*, *3*, *4*
9:*7* 35:*8*, *24* 37:*12*
38:*2*, *8*, *13*, *15*, *23* 39:*13*
41:*14*, *22*
42:*1* 43:*9*, *11*, *17* 46:*8*, *9*, *11* 47:*12*
48:*24*
51:*23* 52:*9*
54:*6*, *12*, *22*, *24* 55:*10*
57:*7*, *12*
59:*19* 61:*1*
62:*4*, *24*
64:*12*, *16*, *24*
67:*23*
68:*18* 69:*4*
70:*24* 71:*6*
72:*17*, *22*
73:*2*, *5*
74:*5* 75:*1*, *19*, *21* 76:*16*
77:*5* 78:*2*, *4*, *22* 79:*11*
80:*4*, *6*, *9*, *18*, *20* 82:*10*, *12*
84:*2*, *11*, *21*
85:*6*, *20*, *22*
86:*11*, *13*, *18*,

Confidential - Subject to Protective Order

23 87:1, 8, 16, 18 88:5, 9, 22 89:23 90:3, 14, 16 91:5 92:7 93:4, 10, 14, 16 94:20 95:1, 13, 21 96:4, 21 99:9 100:11 101:7, 16, 17, 23 102:1, 9, 15, 22 103:2, 6, 11, 14 105:5 106:6, 16, 21 107:11, 21 108:8, 11 109:15 110:10, 21 111:24 112:4, 6, 18, 21, 22, 24 113:5 114:5, 22 115:13, 17, 19, 22 116:3, 19 117:19 118:1, 18, 20 119:18 120:11, 13 121:14, 19 122:2, 7, 14 123:10, 12 125:5, 13, 22 126:6, 15 127:23 128:3, 4, 8 129:22 130:11, 19 131:7, 9, 21 132:3, 18, 19, 24 133:24

134:5, 13 136:5, 11 137:9, 11, 21 138:1, 3, 5 139:9, 17, 18 141:1, 3 144:17 145:22 146:9 147:10, 15, 20, 24 148:12, 17 149:9, 13, 19, 23 150:8, 15, 18, 24 151:6 152:3, 16 153:4 154:2, 9, 18, 22 155:8, 10 156:20 157:4, 8, 11, 14 158:6, 21 159:12 162:7, 9, 20 163:10, 14, 19 164:8, 11 166:23 167:7, 11 169:21, 23 170:13 172:14, 22 173:5, 18, 23 174:2, 20 175:1, 22 176:9, 17 177:2, 11, 18 178:1, 11 179:2, 23 181:4, 10, 12 183:2, 5, 16 184:7, 10, 18 185:3, 6, 10, 11 186:14 187:5, 11, 23

188:8, 14, 18, 22 189:4, 10, 13, 17 190:2, 7 191:10, 13, 16, 24 192:10 193:4, 13 194:12, 18, 21 195:13, 17 196:1, 7, 13 197:8 198:3, 15 199:3, 6, 16, 21 200:10, 13 201:3, 24 203:1 204:7, 19, 20 205:1, 7 207:7, 10, 20 208:13 209:22 211:6 212:11, 14 213:11, 17 214:22 215:11, 16, 19 216:6, 10, 21, 23 217:24 218:9 219:2, 7 220:9 222:17, 23 223:14 224:3 225:16 226:18, 21 227:13 228:2, 9, 11 229:14 231:15, 18 232:8 233:13 234:19, 24

235:6 236:6, 24 237:17 238:8, 18 239:13 240:4, 18 241:4, 5, 20 245:21 246:4, 13, 22 247:1, 9, 13, 23 248:12 249:1, 17 250:7, 18 251:9 252:15 253:4, 11, 22 254:16, 20 255:10, 16 256:1, 3, 8, 19 258:19 259:4, 8, 11 262:2, 5 263:10, 17, 20 264:2 266:19 267:5, 19 268:1 271:4, 22 272:10 273:9, 21 274:3, 4 275:3 276:18, 23 277:20 279:16 282:17, 23 284:13 288:8, 10, 13 289:4, 20 294:16 296:1, 3, 18, 24 297:5, 11, 15, 17 298:17

299:8, 17 300:2 302:3 303:20 304:6, 20 305:3, 18 306:10 308:6, 17 309:24 312:18 313:12 314:19 315:5 318:11 320:8 321:6, 12, 13 322:8, 18, 21 324:5, 18 325:12 326:16 327:10, 24 328:9 329:7, 20 330:21 331:2, 22 332:2, 7 333:11, 16, 21, 23 334:16, 22 335:6, 11 336:1, 4, 12, 18 337:10, 20 338:4, 12 339:8, 23 340:7, 15 341:5, 12, 16 342:18, 21, 23 343:5 344:6, 14, 17 345:3 346:2, 17 347:18, 22 348:6, 9, 14, 16 349:3, 7,

23  350:*14*
352:*4, 19*
353:*1, 6*
355:*1*
357:*8, 13*
359:*12, 16,
24*  360:*3*
361:*15, 17,
21*  363:*7, 20,
22*  364:*6, 12*
365:*3, 13*
366:*10, 16*
367:*7, 10, 24*
369:*20*
370:*1*
374:*2*
375:*1, 19*
376:*3*
379:*2, 16, 24*
380:*2*
381:*23*
383:*7*
384:*4, 18, 22*
385:*18*
386:*10*
388:*18, 23*
389:*13*
390:*11, 22,
24*  391:*3, 10*
392:*6, 12*
394:*7, 20*
395:*2, 13, 21*
396:*2, 6, 11,
17*  400:*8*
401:*10, 22*
404:*2, 17*
405:*3, 6, 13,
17*  406:*14*
407:*16*
408:*9*
409:*4, 17*
410:*6, 10, 21*
411:*8*
415:*22*

417:*9*
425:*22*
427:*17*
428:*23*
429:*10, 17*
432:*9, 20*
433:*11, 17*
434:*3, 10, 17*
435:*4*
436:*10, 16*
437:*24*
441:*2, 19*
446:*1, 4, 16*
447:*12, 19*
448:*1, 8, 12*
449:*9*
450:*24*
451:*12*
452:*20*
453:*14, 16,
18*  454:*1*
455:*1*
456:*1, 6*
459:*11, 24*
461:*2*
463:*12*
466:*21*
468:*18*
469:*20, 24*
470:*2*
471:*3, 24*
472:*2*
474:*15*
475:*1, 11*
476:*13, 20*
477:*24*
478:*12, 20*
479:*3, 20*
481:*18*
482:*2*
483:*6, 23*
485:*11*
486:*6*
488:*8*

490:*7*
491:*6, 9*
493:*15, 17*
495:*2, 10, 11,
19*  496:*13,
22*  497:*1, 4,
8, 20*  498:*7,
19*  499:*7, 20*
500:*16*
501:*24*
503:*8, 24*
504:*10, 11,
24*  505:*4, 23*
506:*13, 19*
507:*10*
508:*15*
509:*2*
510:*15, 23*
511:*24*
514:*11, 13*
515:*9*
516:*20*
517:*4*
518:*5*
519:*10, 16*
520:*19, 21,
23*  522:*16*
523:*2, 4*
524:*16*
525:*5*
527:*8*
528:*8*
530:*21, 23*
531:*2, 19*
532:*10*
533:*14*
534:*9*
539:*3, 8, 20*
541:*11*
542:*9*
543:*21*
545:*3, 5*
546:*19*
547:*8*

549:*16, 18*
551:*6, 16, 24*
552:*7*
553:*2, 9, 14*
554:*10, 18*
555:*1, 22*
557:*1, 7, 11,
18, 22*  558:*1,
17*  559:*3, 11*
560:*3, 5, 15,
19*  563:*8, 10*
565:*6, 14*
566:*6, 8*
568:*12, 14,
24*  569:*21*
571:*22*
572:*4, 9, 12*
573:*16*
574:*17, 23*
576:*12*
577:*14*
580:*20*
583:*21*
584:*19*
585:*4, 14*
586:*4, 10*
587:*2, 13, 18*
588:*4, 21*
589:*16, 19,
23*  590:*2, 15*
591:*15, 21*
592:*1, 3, 13,
17*  596:*10*
607:*15*
614:*5*
616:*16, 21*
617:*18, 22*
618:*5, 9*
619:*5, 7, 11,
12*  620:*16,
23*  622:*5, 18*
623:*5*
625:*7, 22*
626:*10, 20*

627:*8*
628:*2, 12, 18*
629:*4, 14, 17,
19*  630:*17*
631:*7*
632:*7, 11*
633:*1, 24*
634:*7, 22*
635:*9*
**way** 39:*18,
20*  49:*3*
55:*13*
73:*18*
85:*24*  86:*8*
116:*10*
118:*4, 6*
122:*24*
123:*8*
130:*20*
135:*2*
144:*22*
159:*3*
182:*19*
200:*4*
230:*6*
245:*11*
249:*3*
251:*11*
253:*15*
262:*8*
274:*19*
281:*6*
282:*2*
309:*17*
338:*5, 14*
381:*10*
383:*20*
390:*4*
402:*8*
431:*6*
443:*1*
444:*24*
460:*6, 12*
468:*20*

478:*4*
480:*8, 19*
484:*14*
489:*5*
518:*6*
530:*12*
544:*7, 13*
554:*9*
558:*16*
574:*14*
613:*15*
**ways** 261:*5*
308:*9*
383:*19*
388:*2*
541:*24*
**Wazana**
156:*7, 8, 10,*
*21, 24*
157:*18, 22,*
*24* 159:*3, 13*
161:*9, 17, 20*
162:*11*
**weak**
280:*17, 22,*
*23* 281:*14*
290:*20*
**Web** 24:*15,*
*18* 397:*22*
618:*18*
**web-based**
243:*6*
**WebEx**
575:*2, 20*
**WEBSITE**
26:*11* 73:*1*
90:*7*
503:*20*
504:*1*
505:*6, 9, 15*
506:*22*
507:*3, 8, 21*
508:*3, 8*
553:*16*

599:*6, 12, 22*
600:*24*
612:*17*
**Wednesday**
262:*24*
**weeds**
302:*12*
**Week**
419:*18*
464:*13*
574:*5* 624:*6*
**weekly**
458:*21*
**weeks** 63:*9,*
*11* 418:*12*
419:*8, 17, 19*
420:*9, 16*
421:*8, 19*
458:*22*
459:*6*
485:*13*
486:*19*
**WEIGHING**
27:*18*
455:*19*
**weight**
362:*12*
423:*12*
452:*21*
454:*17*
456:*15*
457:*4*
458:*7, 8*
467:*14*
**weight/preter**
**m** 457:*1*
**welcome**
38:*17*
417:*19*
593:*10*
**Well** 39:*8*
45:*20*
49:*14*
51:*21*

77:*24*
82:*21*
88:*23*
103:*8*
107:*17*
116:*20*
117:*23*
119:*5*
123:22
124:*23*
125:*23*
126:*2*
139:*5*
140:*20*
144:*2*
145:*2*
153:*10*
154:*14*
162:*16*
169:*4, 9*
176:*17*
177:*5*
178:*21*
184:*8*
186:*16*
188:*14*
189:*1*
195:*9*
204:*23*
212:*6*
227:*14*
233:*14*
234:*13*
237:*10*
241:*1*
246:*5, 14*
249:*2*
250:*19*
252:*2*
255:*10*
262:*22*
267:*20*
271:*15, 23*
273:*1, 22*

276:*5*
284:*19*
296:*21*
297:*8*
304:*10*
313:*5, 7*
319:*17*
328:*1*
329:*21*
330:*9*
334:*19*
340:*16*
342:*11*
343:*3, 19*
346:*18*
355:*2*
356:*10*
361:*16*
362:*6*
363:*8*
366:*14*
368:*4, 17*
371:*10*
384:*20*
395:*5*
404:*11*
415:*3*
425:*4*
429:*24*
430:*17*
434:*14*
445:*17*
446:*2*
447:*13*
448:*1*
453:*11*
455:*15*
456:*3*
462:*8*
464:*8*
465:*21*
467:*5*
469:*21*
471:*15*

474:*11*
476:*14*
479:*14*
480:2
482:*19*
486:*7*
489:*15*
495:*19*
505:2
508:*11*
512:*20*
514:*1*
518:*12*
532:22
535:*17*
545:*10, 15*
569:22
570:*16*
573:*10*
574:*5*
581:*14*
582:*24*
589:*19*
591:*6*
611:*18*
622:*19*
624:*4*
628:*6, 12*
634:*24*
**well-**
**controlled**
506:*8*
**well-**
**intentioned**
126:*18, 21*
383:*6, 10*
**well-known**
535:*8*
**well-**
**respected**
57:*20*
**Wendy**
130:*1* 387:*9*

Confidential - Subject to Protective Order

| | | | | |
|---|---|---|---|---|
| **went** 48:*16* | 350:*9* | 608:*6* | **Witness** | 149:*2* |
| 62:*20* | 387:*11* | 629:*23* | 33:*5* 34:*22* | 153:*2* |
| 67:*10, 17* | 393:*24* | **what'd** | 35:*17* 38:*9* | 154:*23* |
| 132:*5* | 400:*23* | 525:*16* | 39:*12* | 156:*21* |
| 143:*17* | 406:*21* | **whatsoever** | 43:*13, 15* | 157:*2, 9, 13* |
| 144:*11* | 416:*9* | 362:*4* | 47:*9* 48:*5,* | 158:*3, 18* |
| 210:*17* | 444:*3* | 402:*3* | *21* 52:*3* | 161:*20* |
| 217:*16, 20* | 463:*17* | 631:*14* | 53:*18* 55:*8* | 162:*18* |
| 488:*19, 24* | 507:*15* | **WHITE** 2:*7* | 57:*3, 10* | 163:*3, 17* |
| 489:*7, 8, 10,* | 508:*24* | 28:*11* | 59:*11, 15* | 164:*3, 10* |
| *13, 19* | 512:*19* | **Whoa** | 60:*12* | 166:*17* |
| **we're** 36:*9,* | 521:*6, 14* | 447:*17, 18* | 61:*21* | 172:*10* |
| *10, 16* 70:*8* | 544:*2* | **Wholesale** | 62:*11* 64:*9* | 174:*21* |
| 71:*10* | 593:*4* | 6:*22* | 68:*9* 70:*22* | 178:*22* |
| 87:*17* | 608:*11* | **wholly** | 71:*4* 76:*13* | 179:*22* |
| 112:*6* | **WES** 293:*4* | 317:*6* | 78:*20* 80:*1* | 184:*19* |
| 121:*19* | **West** 2:*21* | **wide** 498:*22* | 83:*24* 86:*8* | 186:*18, 23* |
| 128:*6* | 5:*11* | 500:*22* | 88:*18* | 188:*24* |
| 129:*8* | **Western** | 533:*18* | 89:*21* 91:*3* | 189:*19* |
| 131:*5* | 1:*13* 36:*5* | **widely** | 92:*4* 95:*19* | 190:*16* |
| 133:*24* | **we've** 98:*19* | 509:*21* | 96:*3, 19* | 194:*8* |
| 134:*2, 11* | 206:*19* | **wider** 421:*1* | 99:*7* 100:*9* | 196:*5* |
| 149:*17* | 210:*19* | **Williams** | 102:*12* | 197:*3, 21* |
| 152:*24* | 218:*10* | 315:*22, 24* | 103:*10* | 198:*13, 21* |
| 156:*19* | 271:*1* | 316:*21* | 105:*3* | 199:*13* |
| 164:*1* | 280:*7* | **willing** | 106:*3* | 200:*21* |
| 169:*14* | 285:*22* | 374:*13* | 107:*9* | 201:*23* |
| 182:*22* | 287:*5* | 614:*15* | 110:*12, 16* | 202:*21* |
| 184:*8* | 292:*12* | 624:*21* | 111:*18* | 204:*3* |
| 188:*8* | 305:*6* | **window** | 112:*12* | 206:*21* |
| 218:*7* | 309:*22* | 418:*19* | 114:*19* | 208:*7* |
| 249:*18* | 320:*10, 15* | 540:*12* | 115:*8, 15* | 209:*10* |
| 250:*8, 19* | 356:*5* | 545:*22* | 116:*2, 13* | 213:*6, 15* |
| 257:*13* | 360:*20* | 546:*1* | 117:*13* | 214:*19* |
| 258:*11* | 365:*1* | **windows** | 119:*13* | 215:*5, 15* |
| 259:*14* | 389:*20* | 46:*16* | 120:*3* | 222:*15, 21* |
| 263:*7, 18* | 397:*12* | 375:*14* | 122:*1, 12* | 225:*14* |
| 272:*20* | 411:*17* | 376:*19* | 125:*10, 20* | 226:*2* |
| 279:*9* | 440:*17, 20* | 487:*10* | 126:*3* | 227:*7* |
| 283:*12* | 536:*23* | **Wisconsin** | 134:*4* | 229:*11* |
| 288:*8, 10* | 542:*20* | 67:*18* | 138:*2* | 231:*1* |
| 297:*15* | 548:*16* | 489:*9, 14* | 139:*14* | 232:*1* |
| 311:*22* | 549:*2, 5* | **wish** 565:*23* | 144:*5* | 233:*11* |
| 325:*20* | 560:*10* | | 148:*7, 16* | 234:*17* |

Confidential - Subject to Protective Order

| | | | | |
|---|---|---|---|---|
| 235:24 | 327:5, 19 | 415:15 | 517:1, 24 | 633:22 |
| 236:17 | 328:6, 23 | 428:21 | 519:7 | 634:5, 18 |
| 237:21 | 329:14 | 429:16 | 520:17 | 636:5, 6, 8 |
| 238:16 | 331:20 | 431:23 | 522:11 | 637:1 |
| 239:4, 20 | 333:9 | 432:15 | 524:11 | **women** |
| 245:17 | 334:11 | 433:7, 23 | 527:6 | 76:2  79:20 |
| 246:3, 12, 18 | 335:18 | 434:8 | 528:6 | 80:15 |
| 247:6 | 336:10 | 441:17 | 531:17 | 93:22 |
| 248:7, 23 | 337:8, 18, 24 | 445:23 | 533:13 | 426:10 |
| 249:9 | 338:10, 20 | 446:22 | 549:14 | 448:19 |
| 250:3, 16 | 339:16 | 447:1 | 550:23 | 499:24 |
| 251:2 | 340:6, 13 | 448:3 | 552:2, 24 | 510:2, 8 |
| 252:21 | 341:2 | 450:23 | 553:8 | 619:22 |
| 253:8, 19 | 343:21 | 451:11 | 554:8 | 620:3  627:6 |
| 254:11 | 346:13 | 452:13 | 555:13 | **Women's** |
| 255:12 | 347:13 | 454:20 | 556:23 | 88:15  89:6 |
| 256:15 | 348:7 | 459:9 | 558:12, 23 | 595:24 |
| 261:24 | 352:15 | 466:17 | 559:9, 21 | **WOMEN-** |
| 267:4, 18 | 354:19 | 468:16 | 560:17 | **YA.PDF** |
| 270:23 | 357:4 | 469:16 | 565:9 | 30:18 |
| 271:19 | 361:8 | 470:22 | 569:18 | **Wonderland** |
| 272:6 | 363:4, 14 | 474:13, 22 | 573:14 | 247:18 |
| 273:10 | 364:3 | 475:8 | 577:8 | **Woodland** |
| 274:24 | 365:10 | 476:10 | 584:16 | 7:4 |
| 277:13 | 366:6 | 477:5 | 585:2 | **word**  83:17 |
| 282:7 | 367:20 | 478:9 | 586:1 | 84:13 |
| 288:6, 12 | 373:22 | 479:1, 14 | 587:8, 22 | 199:8 |
| 289:2 | 375:22 | 481:14 | 591:23 | 239:5 |
| 298:11 | 378:19 | 483:2, 20 | 592:11 | 276:2 |
| 299:3, 15 | 380:1 | 485:2, 23 | 596:12 | 389:22 |
| 300:1 | 381:17 | 490:4 | 607:17 | 446:7 |
| 303:12, 24 | 383:4, 17 | 491:5, 8 | 614:7 | 447:4 |
| 304:15, 23 | 384:15 | 494:19 | 618:4 | 468:24 |
| 305:11 | 385:15 | 495:20 | 619:6 | 496:2, 3 |
| 312:16 | 386:4 | 498:3, 16 | 620:11 | 600:3 |
| 313:8 | 388:14 | 499:5, 18 | 622:3, 14 | 618:15, 16 |
| 314:13 | 389:11 | 500:10 | 625:4, 19 | 625:10 |
| 315:2 | 390:8, 20 | 503:2 | 626:5, 16 | 626:1 |
| 320:6 | 396:15 | 506:2 | 627:3 | 627:19 |
| 322:7, 19 | 399:24 | 507:2 | 628:24 | **words** |
| 323:24 | 403:18 | 510:13, 20 | 629:11 | 46:23  47:2 |
| 324:14 | 407:13, 23 | 511:19 | 630:7 | 49:20, 22 |
| 325:9 | 408:24 | 515:5 | 631:2 | 84:7  91:4, |
| 326:14 | 410:7 | 516:16 | 632:4, 23 | 10  92:19, 21 |

Confidential - Subject to Protective Order

150:*3*
151:*7, 14, 19*
154:*5*
155:*16*
171:*4, 13*
174:*11*
181:*22*
187:*1*
197:*4*
229:*16*
232:22
253:*2, 9*
316:*19*
343:*22*
345:*14, 18*
354:*6, 15, 20, 22*  355:*17*
371:*8, 10*
378:*5*
381:*18, 19*
434:*12*
596:*21*
**work**  66:*3*
69:*19*
104:*22*
105:*19*
114:*13*
123:*15, 18, 24*  157:*24*
206:2
237:*4*
240:*6*
251:*13*
296:*8*
300:*24*
307:*14, 15, 19, 20*
309:*15*
357:*23*
358:*3*
374:*5, 6, 9, 16*  437:*5*
438:*13*
461:*12*

464:*15*
489:*4*
509:*4*
543:*14*
544:*11, 12*
574:*21*
580:*7*
581:*6, 12, 14, 15, 16*
583:*17*
606:*4*
622:*22, 23*
**worked**
69:*20*
349:*12*
357:*24*
358:*6, 9, 13*
546:*7, 9*
550:*8*
594:*10*
**working**
60:*14*
73:*19*
281:*19*
310:*4*
392:*1*
393:*21*
394:*8*
396:*19*
410:*4, 20*
425:*23*
447:*11*
490:*14*
582:*21*
583:*11*
**works**  56:*8*
98:*16*
114:*20*
546:*6, 8*
**work's**
296:*19*
**world**
509:*22*

**worries**
74:*17*
149:*22*
150:*22*
**worry**
588:*19*
**worth**
432:*3*
545:*23*
597:*14*
**worthy**
344:*3*
361:*11*
535:*2*
**wow**  73:*4*
**Wright**
72:*2, 4, 10*
**W-R-I-G-H-T**  72:*8*
**Wright's**
72:*3*
**write**  42:*10*
52:*18*  81:*1*
109:*19*
126:*24*
128:*19*
137:*10*
145:*17*
274:*6*
320:*21*
321:*15*
353:*14*
359:*8*
369:*9*
370:*2*
444:*20*
454:*3, 11*
472:*14*
486:*2*
513:*7*
518:*12*
528:*18*
547:*12, 19*
549:*19*

583:*3*
584:*2*
601:*23*
603:*8*
605:*12*
623:*2*
**writes**  461:*7*
**writing**
462:*7, 11*
584:*10*
**written**
37:*5*  42:*24*
43:*18, 22*
44:*20*
49:*19*
51:*11, 12, 13*
52:*20*
62:*13, 16*
65:*6, 14*
83:*17*
86:*22*
89:*22*  90:*4, 11*  118:*4*
130:*14*
131:*15*
151:*20*
169:*10*
174:*12*
198:*7*
199:*17*
203:*19*
208:*8*
240:*20*
352:*18*
360:*19*
365:*11*
366:*7*
368:*18*
382:*9*
404:*23*
422:*18*
468:*20, 22*
473:*20*
481:*5*

484:*11, 13*
487:*6, 19*
514:*16*
515:*24*
532:*12, 13, 23*  556:*24*
594:*9*
596:*13, 14*
620:*19*
**wrong**  70:*9*
199:*19*
217:*16, 20*
220:*18*
225:*23*
226:*23*
231:*22*
259:*13*
309:*9*
317:*8*
453:*23*
543:*7*
**wrote**  42:*9*
43:*23*
44:*15*  45:*3, 14, 21*  46:*3*
50:*7*  52:*12*
122:*8, 16, 19*
123:*4, 14*
128:*1*
243:*12*
352:*20*
357:*14*
358:*13, 20*
360:*18*
368:*12, 13*
370:*5*
371:*4*
372:*16*
452:*7, 9*
454:*12*
460:*21, 23*
473:*1*
502:*8, 10*
512:*1*

514:*6, 15*
518:*14*
545:*19, 20*
546:*21*
601:*6*
609:*7, 9*
629:*20*

**< X >**
**Xiaobin**
78:*5*

**< Y >**
**Yale** 66:*13,
14, 18* 67:*5*
68:*4* 71:*13*
79:*6, 14, 18*
80:*12* 81:*9,
20* 82:*13*
83:*7* 98:*19,
20* 101:*2, 11*
103:*18*
105:*19*
594:*3* 617:*2*
**YALE-
20210930-
SCIENTIFI
C** 30:*16*
**YALE-
20220300-
YSPH** 31:*12*
**y'all** 349:*21*
**Yeah** 36:*13*
39:*12*
43:*11, 13*
49:*21* 50:*7*
53:*18* 56:*2*
57:*10* 64:*9*
67:*17*
71:*15* 72:*5*
74:*5* 84:*8*
88:*18*
97:*16* 98:*5*
99:*15*

100:*10*
104:*8*
105:*6*
107:*9*
112:*5*
116:*9*
119:*7*
128:*15*
129:*15*
130:*2, 7*
136:*21*
139:*14*
141:*22*
143:*19*
145:*20*
148:*7*
149:*5, 24*
150:*2*
154:*6*
164:*3*
185:*10*
193:*16*
203:*2*
212:*19*
217:*3*
219:*9, 10, 22*
220:*16, 17*
221:*4*
242:*2*
247:*17*
251:*14*
253:*5*
256:*18*
258:*15*
259:*4*
260:*6, 14*
268:*12*
275:*13*
276:*23*
287:*18*
288:*17*
289:*13, 14*
291:*20*
299:*9*

301:*3*
302:*5, 9, 23*
305:*11*
306:*11*
310:*19*
317:*2*
318:*6*
319:*13*
323:*2, 19*
328:*18*
330:*21*
333:*21*
335:*18*
338:*1*
339:*16*
348:*9*
366:*13*
370:*10*
371:*5*
386:*19, 20*
387:*2, 17*
389:*11, 18*
393:*23*
394:*23*
395:*2*
413:*2*
417:*3, 24*
423:*9*
424:*16*
426:*9*
429:*3, 16*
431:*23*
433:*2, 23*
439:*5, 6*
442:*23*
443:*24*
445:*9*
449:*12*
450:*7, 15, 16,
17* 460:*20*
461:*15*
463:*22*
464:*11, 23*
465:*4*

467:*2, 9*
477:*1, 5*
482:*10*
484:*13*
485:*12*
491:*18*
510:*6*
512:*10*
523:*24*
525:*8, 18*
529:*2*
533:*2*
537:*12*
541:*14*
547:*17*
548:*8*
557:*11*
570:*2, 11*
571:*24*
574:*11*
581:*2, 8, 16,
23* 582:*11*
588:*7*
624:*8*
626:*11*
631:*2*
**year** 46:*1*
47:*1* 50:*10,
19* 53:*13*
141:*11*
155:*24*
331:*10*
366:*15*
369:*15*
372:*16*
390:*14*
432:*22*
433:*4*
458:*6*
481:*21*
515:*19*
611:*18*
**years** 37:*5*
55:*2* 117:*9*

123:*16, 23*
129:*13*
133:*15*
143:*6, 14*
160:*13, 15,
20, 23*
165:*21*
170:*17*
202:*9*
203:*14*
212:*20*
213:*16*
228:*18, 23*
230:*10, 11*
234:*8*
256:*21*
274:*20*
287:*12*
441:*23*
450:*15*
451:*4*
489:*16, 23*
512:*2*
514:*8*
529:*7*
594:*11*
601:*6, 19*
608:*9*
610:*20*
611:*3*
622:*21*
**YEARS-
AUTISM**
20:*12*
**Yep** 38:*22*
73:*8* 100:*1*
157:*1, 13*
166:*4*
174:*1*
216:*2*
217:*11*
238:*19*
250:*12*
260:*3*

Confidential - Subject to Protective Order

262:*19*
268:*16*
273:*9*
289:*5*
290:*1*
310:*12*
342:*20*
344:*14*
358:*24*
428:*18*
542:*12*
569:*9*
575:*17*
590:*24*
**yes-or-no**
167:*8*
**yesterday**
247:*8*
**yield**  323:*9*
325:*11*
**YORK**  1:*1,*
*14*  3:*5*
4:*17*  5:*5,*
*12, 19*  6:*11*
7:*21*  34:*12*
36:*6, 10*
489:*2, 19*
565:*15, 20*
567:*17*
631:*18*
**YORK.PDF**
19:*10*  24:*9*
26:*13, 17*
**young**
160:*6*
172:*23*
185:*16*
186:*7*  511:*8*
**younger**
111:*22*
137:*13, 17*
201:*11*
226:*6*
236:*21*

242:*11, 16*
630:*19*
**YouTube**
293:*18*
**YPSH**  30:*16*
**YSPH**  79:*13*

**< Z >**
**Zander**
183:*20*
**Zander's**
183:*11*
**zero**  320:*10*
**Zeyan**
80:*22*  81:*8*
**Zhu**  21:*20*
523:*15*
525:*9*
**Zoom**  2:*5, 6,*
*7, 19, 20*  3:*3,*
*9, 14, 15*  4:*3,*
*4, 5, 6, 7, 15,*
*16*  5:*3, 4, 17,*
*18*  6:*4, 10,*
*17, 18*  7:*3, 9,*
*15, 20*  8:*12*
43:*7*  567:*18*