# Exhibit 29

Confidential - Subject to Protective Order

```
 1            UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF NEW YORK
 2

    IN RE: ACETAMINOPHEN –     )  MDL No. 3043
 3  ASD-ADHD PRODUCTS          )
    LIABILITY LITIGATION       )  Case No.
 4  _____   )  1:22-md-03043-DLC
                               )
 5  THIS DOCUMENT RELATES TO:  )  JUDGE DENISE
    All Cases                  )  COTE
 6  _____   )


 7


 8  CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER


 9                — — —


10          Friday, September 8, 2023


11                — — —


12


13


14


15


16


17        Video-Recorded Oral Deposition of
    MITCHELL R. McGILL PhD held at the offices of
18  Quattlebaum Grooms & Tull PLLC, 111 Center
    Street, Suite 1900, Little Rock, Arkansas,
19  commencing at 8:46 a.m. CDT on the above
    date, before Michael E. Miller, Fellow of the
20  Academy of Professional Reporters, Certified
    Court Reporter, Registered Diplomate
21  Reporter, Certified Realtime Reporter and
    Notary Public.

22


23                — — —

24        GOLKOW LITIGATION SERVICES
       877.370.DEPS | fax 917.591.5672
25            deps@golkow.com
```

Page 2

1  A P P E A R A N C E S :

2  THE LANIER LAW FIRM
3  BY:  EVAN M. JANUSH, ESQ.
        evan.janush@lanierlawfirm.com
4      LEILA AYACHI, ESQ.
        leila.ayachi@lanierlawfirm.com
5      CATHERINE HEACOX, ESQ. (via Zoom)
        catherine.heacox@lanierlawfirm.com
6      DAVID KUTTLES, ESQ. (via Zoom)
        david.kuttles@lanierlawfirm.com
7  126 East 56th Street
   6th Floor,
8  New York, New York 10022
   (212)421-2800
9  Counsel for Plaintiffs

10  WATTS GUERRA LLP
11  BY:  MIKAL C. WATTS, ESQ.
        mcwatts@wattsguerra.com
12      RUSS ABNEY, ESQ. (via Zoom)
        rabney@wattsguerra.com
13  4 Dominion Drive
    Building 3, Suite 100
14  San Antonio, Texas 78257
    (210)447-0500
15  Counsel for Plaintiffs

16  KELLER POSTMAN LLC
17  BY:  ROSIE ROMANO, ESQ. (via Zoom)
        rosie.romano@kellerpostman.com
18      AMANDA HUNT, ESQ. (via Zoom)
        amanda.hunt@kellerpostman.com
19      ASHLEY C. KELLER, ESQ. (via Zoom)
        ashley.keller@kellerpostman.com
20      ASHLEY BARRIERE, ESQ. (via Zoom)
        ashley.barriere@kellerpostman.com
21  150 North Riverside Plaza
    Suite 4100,
22  Chicago, Illinois 60606
    (312)741-5220
23  Counsel for Plaintiffs

24

25

Page 3

1  A P P E A R A N C E S :

2  WAGSTAFF & CARTMELL
   BY:  LINDSEY SCARCELLO, ESQ. (via Zoom)
3      lscarcello@wcllp.com
   4740 Grand Avenue
4  Suite 300
   Kansas City, Missouri 64112
5  (816)701-1100
   Counsel for Plaintiffs
6

7  HOLWELL SHUSTER & GOLDBERG LLP
   BY:  EILEEN MONAGHAN DELUCIA, ESQ. (via Zoom)
8      edelucia@hsgllp.com
       DANIEL M. SULLIVAN, ESQ. (via Zoom)
9      dsullivan@hsgllp.com
   425 Lexington Avenue
10  New York, New York 10017
    (646)837-5151
11  Counsel for Plaintiffs

12

13  KERSHAW TALLEY BARLOW
    BY:  WILLIAM J. LEE, ESQ. (via Zoom)
14      VINH T. LE, ESQ. (via Zoom)
    401 Watt Avenue, Suite 1
15  Sacramento, California 95864-7273
    (916)520-6639
16  Counsel for Plaintiffs

17

18  KRAUSE & KINSMAN
    BY:  TRICIA CAMPBELL, ESQ, (via Zoom)
19      tcampbell@krauseandkinsman.com
    4717 Grand Avenue, Suite 300
20  Kansas City, Missouri 64112
    (816)200-2900
21  Counsel for Plaintiffs

22

23

24

25

Page 4

1  A P P E A R A N C E S :

2  THE CARLSON LAW FIRM
3  BY:  EMILY MARLOWE, ESQ. (via Zoom)
        emarlowe@carlsonattorneys.com
4  1717 North Interstate Highway 35
   Suite 305
5  Round Rock, Texas 78664
   (512)671-7272
6  Counsel for Plaintiffs

7  HOLLAND LAW FIRM
8  BY:  MICHAEL DOWD, ESQ. (via Zoom)
        mdowd@hollandtriallawyers.com
9  211 North Broadway
   Suite 2625
10  St. Louis, Missouri 63102
    (314)241-8111
11  Counsel for Plaintiffs

12

13  BUTLER SNOW LLP
    BY:  DAVID M. COHEN, ESQ.
14      david.cohen@butlersnow.com
        RAQUEL LUCAS, ESQ.
15      raquel.lucas@butlersnow.com
    810 Seventh Avenue
16  Suite 1105
    New York, New York 10019
17  (646)606-2996
    Counsel for Johnson & Johnson Consumer Inc.

18

19  BARNES & THORNBURG LLP
    BY:  WILLIAM E. PADGETT, ESQ. (via Zoom)
20      william.padgett@btlaw.com
        KARA KAPKE, ESQ. (via Zoom)
21      kara.kapke@btlaw.com
    11 South Meridian Street
22  Indianapolis, Indiana 46204
    (317)236-1313
23  Counsel for Johnson & Johnson Consumer Inc.

24

25

Page 5

1  A P P E A R A N C E S :

2  BARNES & THORNBURG LLP
3  BY:  DEANNA LEE, ESQ. (via Zoom)
        dlee@btlaw.com
4  555 12th Street NW
   Suite 1200
5  Washington, D.C. 20004
   (202)289-1313
6  Counsel for Johnson & Johnson Consumer Inc.

7  BARNES & THORNBURG LLP
8  BY:  JESSICA BRENNAN, ESQ. (via Zoom)
        jessica.brennan@btlaw.com
9  67 East Park Place
   Suite 500
10  Morristown, New Jersey 07960
    (973)775-6101
11  Counsel for Johnson & Johnson Consumer Inc.

12  DUANE MORRIS
13  BY:  SEAN K. BURKE, ESQ. (via Zoom)
        sburke@duanemorris.com
14  901 New York Avenue NW
    Suite 700 East
15  Washington, D.C. 20001
    (202)776-7800
16  Counsel for Dollar General and
    Dollar General Corporation

17

18  BARNES & THORNBURG LLP
19  BY:  SANDRA M. KO, ESQ. (via Zoom)
        sko@btlaw.com
20  555 12th Street NW
    Suite 1200
21  Washington, D.C. 20004
    (202)289-1313
22  Counsel for Costco Wholesale Corporation

23

24

25

Page 6

1  A P P E A R A N C E S:

2  BARNES & THORNBURG LLP
3  BY:  NADINE KOHANE, ESQ. (via Zoom)
      nkohane@btlaw.com
   390 Madison Avenue, 12th Floor
4  New York, New York 10017
   (646)746-2000
5  Counsel for CVS Pharmacy, Inc., CVS Health
   Corporation., Walgreen Co., Walgreens Co., and
6  Walgreens Boots Alliance, Inc.

7

8  MORRISON & FOERSTER LLP
   BY:  ALEXANDRA PREECE BARLOW, ESQ. (via Zoom)
9     abarlow@mofo.com
      ASHLEY E. QUINN, ESQ. (via Zoom)
10    aquinn@mofo.com
   12531 High Bluff Drive
11 Suite 1000
   San Diego, California 92130
12 (858)720-5100
   Counsel for Target Corporation
13

14 KING & SPALDING LLP
   BY:  LUKE BOSSO, ESQ. (via Zoom)
15    lbosso@kslaw.com
   1700 Pennsylvania Avenue NW
16 Washington, D.C. 20006
   (202)737-0500
17 Counsel for Walmart Inc., and
   Wal-Mart Stores, Inc.
18

19 STONE DEAN LLP
   BY:  KORI MACKSOUD, ESQ. (via Zoom)
20    kmacksoud@stonedeanlaw.com
   21052 Oxnard Street
21 Woodland Hills, California 91367
   (818)999-2232
22 Counsel for The Kroger Co.

23

24

25

Page 7

1  A P P E A R A N C E S:

2  HAIGHT BROWN & BONESTEEL LLP
3  BY:  KEITH KROZANSKI (via Zoom)
      krozanski@hbblaw.com
4  555 South Flower Street, 35th Floor
   Los Angeles, California 90071
5  (213)542-8000
   Counsel for Big Lots Stores-PNS, LLC

6

7  ALSO PRESENT:

8  JACKIE KOSTICK (via Zoom)

9  NAO TAKADA (via Zoom)

10 JONATHAN JAFFE (via Zoom)

11 PATRICK LUFF (via Zoom)

12 ANDREA JOHNSTONE (via Zoom)

13

14 TRIAL TECHNICIAN:

15 MICHAEL KAUFFMANN
16 Precision Trial Solutions

17

18 VIDEOGRAPHER:

19 DAN LAWLOR
   Golkow Litigation Services

20

21

22

23

24

25

Page 8

1              INDEX

2        MITCHELL R. McGILL PhD

3          September 8, 2023

4

5  APPEARANCES                           2

6  PROCEEDINGS                          15

7

8  EXAMINATION OF MITCHELL R. McGILL PhD:

9     BY MR. JANUSH            16

10    BY MR. COHEN            382

11

12 CERTIFICATE                    386

13 ERRATA                         388

14 ACKNOWLEDGMENT OF DEPONENT          389

15 LAWYER'S NOTES                  390

16

17

18

19       LITIGATION SUPPORT INDEX       PAGE

20 Certified Question            378

21

22

23

24

25

Page 9

1          DEPOSITION EXHIBITS

2  NUMBER                        MARKED

3  Exhibit P801    McGill Expert Report        42

4  Exhibit P801B   McGill First Supplemental   42

5                  Materials Reference List

6  Exhibit P802    Demonstrative Chart,        78

7                  APAP-Rodent DNT Studies in

8                  McGill Report

9  Exhibit P803    Plasma and Liver            95

10                 Acetaminophen-Protein Adduct

11                 Levels in Mice after

12                 Acetaminophen Treatment:

13                 Dose-Response, Mechanisms,

14                 and Clinical Implications,

15                 by McGill et al.

16 Exhibit P804    Apoptosis or Necrosis in    100

17                 Acetaminophen-Induced Acute

18                 Liver Failure? New Insights

19                 From Mechanistic Biomarkers,

20                 by McGill et al.

21

22

23

24

25

Page 10

DEPOSITION EXHIBITS

1
2 Exhibit P805    Circulating Acylcarnitines    103
3          as Biomarkers of
4          Mitochondrial Dysfunction
5          after Acetaminophen Overdose
6          in Mice and Humans, by
7          McGill et al.
8 Exhibit P806    The mechanism underlying    104
9          acetaminophen-induced
10         hepatotoxicity in humans and
11         mice involves mitochondrial
12         damage and nuclear DNA
13         fragmentation, by McGill
14         et al.
15 Exhibit P807    Webpage, Johnson & Johnson    111
16         Acquires McNeil Laboratories
17
18
19
20
21
22
23
24
25

Page 11

DEPOSITION EXHIBITS

1
2 Exhibit P809    Acetaminophen-induced Liver    133
3          Injury in Rats and Mice:
4          Comparison of Protein
5          Adducts, Mitochondrial
6          Dysfunction, and
7          Oxidative Stress in the
8          Mechanism of Toxicity, by
9          McGill et al.
10 Exhibit P811    A simple practice guide for    193
11         dose conversion between
12         animals and human, by Nair
13         et al.
14 Exhibit P812B    ReadCube Citation Reference,    197
15         Nair article
16 Exhibit P813    Transplacental Passage of    228
17         Acetaminophen in Term
18         Pregnancy, by Nitsche et al.
19 Exhibit P814    Sulfation of Thyroid Hormone    251
20         and Dopamine during Human
21         Development: Ontogeny of
22         Phenol Sulfotransferases and
23         Arylsulfatase in Liver,
24         Lung, and Brain, by Richard
25         et al.

Page 12

DEPOSITION EXHIBITS

1
2 Exhibit P815    Review: The blood-brain    262
3          barrier; protecting the
4          developing fetal brain, by
5          Goasdoué et al.
6 Exhibit P816    The development and function    274
7          of the brain barriers – an
8          overlooked consideration for
9          chemical toxicity, by Bell
10         et al.
11 Exhibit P818    Purification of Multiple    302
12         Forms of Cytochrome P450
13         from a Human Brain and
14         Reconstitution of Catalytic
15         Activities, by Bhamre et al.
16 Exhibit P819    CYP2E1 and Oxidative Liver    306
17         Injury by Alcohol, by Lu
18         et al.
19 Exhibit P820    Expression of CYP2E1 during    314
20         Embryogenesis and
21         Fetogenesis in Human
22         Cephalic Tissues:
23         Implications for the Fetal
24         Alcohol Syndrome, by
25         Boutelet-Bochan et al.

Page 13

DEPOSITION EXHIBITS

1
2 Exhibit P821    Catalytic Activity and    323
3          Quantitation of Cytochrome
4          P-450 2E1 in Prenatal Human
5          Brain, by Brzezinski et al.
6 Exhibit P822    Regional Distribution of    326
7          Cytochrome P450 in the Rat
8          Brain: Spectral Quantitation
9          and Contribution of P45Ob,e
10         and P450c,d, by Warner
11         et al.
12 Exhibit P825    Perinatal exposure to    352
13         paracetamol: Dose and
14         sex-dependent effects in
15         behaviour and brain's
16         oxidative stress markers in
17         progeny, by Rigobello et al.
18 Exhibit P832    McGill Invoices    380
19 Exhibit P832B    McGill Invoice    381
20 Exhibit P836    Dosing for Tylenol    189
21         Children's & Infants'
22         Medicine
23
24
25

Page 14

DEPOSITION EXHIBITS

Exhibit P837   Low-Dose Acetaminophen   172
             Induces Reversible
             Mitochondrial Dysfunction
             associated with Transient
             c-Jun N-Terminal Kinase
             Activation in Mouse Liver,
             by Hu et al.

Exhibit P839   Extrahepatic toxicity of   153
             acetaminophen: critical
             evaluation of the evidence
             and proposed mechanisms, by
             Kennon-McGill et al.

Exhibit P856   Excerpt from Pearson Expert   333
             Report

Exhibit P870   Media File, Measuring   214
             Toxicity Biomarkers

Page 15

------------

P R O C E E D I N G S

September 8, 2023, 8:46 a.m. CDT

------------

THE VIDEOGRAPHER:  We are now on the record.  My name is Dan Lawlor. I'm the videographer representing Golkow Litigation Services.

Today's date is September 8th, 2023, and the time is 8:46 a.m.

This video deposition is being held in Little Rock, Arkansas in the matter of Acetaminophen Tylenol ASD-ADHD Products Liability Litigation, MDL No. 3043.

The deponent is Mitchell McGill.

Counsel will be noted on the stenographic record.

The court reporter is Mike Miller and will now swear in the witness.

///
///
///

Page 16

------------

MITCHELL R. McGILL PhD,
having been duly sworn,
testified as follows:

------------

EXAMINATION

------------

BY MR. JANUSH:

Q.   Good morning, Dr. McGill.

A.   Good morning.

Q.   Dr. McGill, in 2013, you received your doctorate in toxicology from the University of Kansas Medical Center; is that right?

A.   That's correct.

Q.   And you are not a neurologist; is that correct?

A.   I'm not.

Q.   And you are not an epidemiologist, true?

A.   I am not an epidemiologist.

Q.   And you're not a medical doctor, right?

A.   I am a PhD.

Q.   But you're not a medical

Page 17

doctor, right?

A.   Correct.

Q.   Okay.  And aside from a review article you wrote with your wife, have you ever actually studied autism, the disease state?

MR. COHEN:  Objection to the form.

A.   Aside from that article, I have not done original research on the subject of autism.

BY MR. JANUSH:

Q.   And that article wasn't original research either, right?  It was a review of articles, right?

A.   It's a narrative review of the literature.  When we write a review like that, we try to review as much of the relevant literature as we possibly can and evaluate it critically so there is original analysis.

Q.   But it's original analysis of other people's publications, right?

A.   It's original analysis of prior studies that have been performed by others.

Page 18

1     Q.    Okay.  And have you ever
2  studied ADHD before?
3     A.    Aside from what we mentioned
4  about it in that review article, I have not
5  done original research on ADHD.
6     Q.    Do you have any experience
7  publishing in the field of developmental
8  neurotoxicity or DNT?
9     A.    I don't believe I've published
10  any original research articles in that area.
11     Q.    Do you have experience -- well,
12  you're not a teratologist either, right?
13     A.    My expertise is not in
14  teratology.  Teratology could be considered a
15  component of toxicology, and I am a
16  toxicologist.
17     Q.    But you're not a teratologist,
18  right?
19        MR. COHEN:  Objection, asked
20     and answered.
21     A.    Well, again, teratology is --
22  could be considered sort of a subfield of
23  toxicology, so I'm trained as a toxicologist.
24  I don't do -- I don't do original research on
25  the -- what would widely be considered

Page 19

1  teratology.
2  BY MR. JANUSH:
3     Q.    In any bios that you have
4  online, within your university, LinkedIn or
5  otherwise, do you hold yourself out to others
6  as a teratologist?
7     A.    I don't believe so, no.
8     Q.    Are you an expert on the fetal
9  brain?
10     A.    I'm an expert on the subject of
11  acetaminophen metabolism, and the questions
12  at hand here are about acetaminophen
13  metabolism in the brain, particularly the
14  fetal brain, after maternal ingestion of
15  therapeutic doses of acetaminophen.  So in
16  that sense, I'm an expert on this subject
17  matter.
18        MR. JANUSH:  Move to strike as
19     nonresponsive.
20  BY MR. JANUSH:
21     Q.    Do you remember my question?
22        MR. COHEN:  Object to the form.
23        MR. JANUSH:  I asked a simple
24     question.
25  BY MR. JANUSH:

Page 20

1     Q.    Are you an expert on the fetal
2  brain?  I'm not asking about acetaminophen.
3  Are you an expert on the fetal brain?
4        MR. COHEN:  Object to the form.
5     A.    The "fetal brain" is a rather
6  broad topic.  Again, I'm an expert on
7  acetaminophen metabolism, and I think that's
8  relevant to the question at hand here of
9  whether or not acetaminophen can be converted
10  to NAPQI within the fetal brain.
11  BY MR. JANUSH:
12     Q.    I appreciate that you'd like to
13  determine what's relevant, but for the
14  moment, I'm going to be asking the questions
15  and you're going to be answering them or it's
16  going to be a very long day.
17        So I'm just asking:  Are you an
18  expert on the fetal brain?  I'm not talking
19  about acetaminophen.  We're not talking about
20  your assignment or reason you're here today.
21        Are you an expert on the fetal
22  brain?
23        MR. COHEN:  Object to the form.
24     I don't think it's appropriate to
25     lecture the witness on his role.

Page 21

1        MR. JANUSH:  Well, I've asked
2     it twice already.  I'm not getting an
3     answer to the very straightforward
4     question.  It has one, two, three,
5     four, five, six, seven, eight words.
6     Eight words.
7  BY MR. JANUSH:
8     Q.    Are you an expert on the fetal
9  brain?  That's all I'm asking.
10        MR. COHEN:  Object to the form.
11     A.    The words are fairly broad, as
12  I stated.  Again, I'm an expert in
13  acetaminophen metabolism, and the question at
14  hand here is whether or not the fetal brain
15  is metabolized to form -- excuse me, can
16  metabolize acetaminophen to form NAPQI, and
17  as an expert in acetaminophen metabolism, I'm
18  qualified to comment on that.
19  BY MR. JANUSH:
20     Q.    I didn't ask you that.  Do you
21  understand that?
22        MR. COHEN:  Object to the form.
23  BY MR. JANUSH:
24     Q.    I'm not asking you what you're
25  qualified to comment on with respect to

Page 22

¹ today's assignment or the reason you're here
² today. I'm only asking if you're an expert
³ on the fetal brain.
⁴     MR. COHEN: Object to the form.
⁵ BY MR. JANUSH:
⁶     Q.    Let me ask it differently:
⁷ What have you published on the fetal brain?
⁸     A.    Aside from what we've discussed
⁹ in that review that again involved critical
¹⁰ analysis and evaluation of the literature
¹¹ that is relevant to that, I've not published
¹² original research articles dealing with the
¹³ fetal brain.
¹⁴     Q.    So as someone who has never
¹⁵ published original research articles dealing
¹⁶ with the fetal brain, do you hold yourself
¹⁷ out as an expert on the fetal brain?
¹⁸     A.    Again, I don't feel that that
¹⁹ can be answered with a yes or a no. I've
²⁰ given my answer, and I'll probably just
²¹ repeat it again, which is that I'm an expert
²² in acetaminophen metabolism, and I can speak
²³ to that in the fetal brain.
²⁴     Q.    You understand that this
²⁵ transcript is going to be appended to

Page 23

¹ briefing before a federal judge who's going
² to have the opportunity to read my questions
³ and your answers, right?
⁴     A.    Yes.
⁵     Q.    Fair to say you want to be
⁶ really responsive and accurate in response to
⁷ my questions?
⁸     MR. COHEN: Object to the form.
⁹ You don't need to lecture the witness
¹⁰ on his role --
¹¹     MR. JANUSH: You can only say
¹² object to the form, Counsel. That's
¹³ warning number one. Object to the
¹⁴ form --
¹⁵     MR. COHEN: No.
¹⁶     MR. JANUSH: That is the
¹⁷ deposition protocol that I helped
¹⁸ enter in this case on behalf of the
¹⁹ plaintiffs, and I negotiated with the
²⁰ defendants' counsel, one of which was
²¹ not you, and that is the order.
²² "Object to form" are the only words
²³ you may use, period.
²⁴     MR. COHEN: With all due
²⁵ respect, Mr. Janush, I acknowledge the

Page 24

¹ court's order and that limitation, but
² when an attorney, an opposing
³ attorney, is --
⁴     MR. COHEN: You don't have to
⁵ give a speech.
⁶     MR. COHEN: Excuse me, let me
⁷ finish. Is lecturing a witness on how
⁸ a witness needs to answer his
⁹ questions, that's outside the scope of
¹⁰ that limitation.
¹¹ BY MR. JANUSH:
¹²     Q.    I didn't lecture. I asked if
¹³ you understood that the judge is going to be
¹⁴ reading this transcript.
¹⁵     MR. COHEN: And that's a
¹⁶ lecture. Just ask your questions.
¹⁷     MR. JANUSH: And just say
¹⁸ objection to form.
¹⁹     MR. COHEN: Unless there's
²⁰ inappropriate conduct being conducted.
²¹     MR. JANUSH: Just say objection
²² to form or we will --
²³     MR. COHEN: Continue, Counsel.
²⁴     MR. JANUSH: Or we will mark
²⁵ this and file a motion literally by

Page 25

¹ Monday.
²     MR. COHEN: You may continue.
³     MR. JANUSH: Oh, I don't need
⁴ your permission to continue, but I
⁵ appreciate your courtesy.
⁶ BY MR. JANUSH:
⁷     Q.    Are you a pharmacologist?
⁸     A.    My PhD is in toxicology, and
⁹ the program in which I was trained, that
¹⁰ required initial training in pharmacology and
¹¹ then additional classes in toxicology.
¹²     Q.    Are you a pharmacologist? I'm
¹³ not talking about your training. Are you a
¹⁴ pharmacologist?
¹⁵     A.    Again, I'm trained in
¹⁶ pharmacology as part of my PhD training, part
¹⁷ of my PhD coursework, so I have pharmacology
¹⁸ training and I have additional training in
¹⁹ toxicology.
²⁰     Q.    Aside from your training, are
²¹ you offering yourself in this case as an
²² expert in pharmacology?
²³     A.    I'm offering my help in this
²⁴ case as an expert in specifically
²⁵ acetaminophen metabolism and toxicity.

Page 26

1    Q.    So is that a no?
2    A.    I wouldn't call it a no.
3 It's -- insofar as it is relevant to
4 acetaminophen metabolism and toxicity, I can
5 comment on the pharmacology.
6    Q.    I'm not asking what you can
7 comment on.  I asked if you're offering
8 yourself as an expert in pharmacology.
9        MR. COHEN:  Object to the form.
10    A.    Again, I'm offering myself as
11 an expert -- maybe I can restructure my
12 response a little bit, if that would be
13 helpful.
14        I'm offering my services or my
15 help or expert -- expertise in this case as
16 an expert in acetaminophen metabolism and
17 toxicity, and pharmacology insofar as it is
18 relevant to those questions.
19 BY MR. JANUSH:
20    Q.    Would you agree that in your
21 report you devote a fair amount of your
22 report to pharmakinetics [sic]?
23    A.    Pharmacokinetics.
24    Q.    Sorry, yes, pharmacokinetics.
25    A.    Yes.  Well, I specifically

Page 27

1 address the pharmacokinetics of
2 acetaminophen.
3    Q.    You offer criticisms of the
4 opinions proffered by Dr. Louie, who actually
5 is a pharmacologist; is that right?
6        MR. COHEN:  Objection to form.
7    A.    I'm -- criticisms with respect
8 to what?  With respect to pharmacokinetics?
9 BY MR. JANUSH:
10    Q.    I'm just addressing that in
11 your report you criticized Dr. Louie, who
12 actually is a pharmacologist, true?
13        MR. COHEN:  Object to the form.
14    A.    I'm not criticizing Dr. Louie
15 himself.  I'm criticizing some of the claims
16 that he's made, critically evaluating some of
17 the claims that he's made.
18 BY MR. JANUSH:
19    Q.    Historically, Dr. McGill,
20 throughout your academic career and after
21 receiving your doctorate in 2009, is it fair
22 to say that you've primarily been looking
23 into liver damage arising from acetaminophen
24 use?
25    A.    I just want to make sure I

Page 28

1 heard the first part.  Can you restate it?
2    Q.    Sure can.
3        Historically, throughout your
4 academic career and after receiving your
5 doctorate in 2009, is it fair to say you have
6 primarily been looking into the issue of
7 liver damage arising from acetaminophen use?
8    A.    Most of my studies have focused
9 on -- on the -- on acetaminophen
10 hepatotoxicity.  However, we've also done
11 research on acetaminophen metabolism and
12 toxicity in the cochlea, which is part of the
13 auditory nervous system, as well as in the
14 lung.
15    Q.    Right.  And the cochlea was one
16 study, correct?
17    A.    Actually --
18    Q.    One published piece of
19 literature.
20    A.    Actually, three published
21 pieces of literature.  So one was looking
22 at -- it was published -- I forget the year,
23 I'm sorry, at the moment.  But it was on the
24 subject of -- what we did in that study was
25 we gave mice acetaminophen and we looked at

Page 29

1 whether or not it causes, number one, hearing
2 loss; number two, whether or not there's
3 acetaminophen-protein adducts or glutathione
4 depletion as surrogate markers of NAPQI
5 formation.
6        Another original study was on
7 whether or not P450s are expressed in the
8 cochlea, especially compared to the liver,
9 and although we -- and we -- and the
10 discussion of that, we addressed the
11 implications for acetaminophen.
12        And then the third was the
13 review that we've discussed.
14    Q.    Sure.
15        How many total publications
16 concerning acetaminophen have you published
17 approximately?
18    A.    I don't recall the exact
19 number, but approximately -- I think it's
20 around 75.
21    Q.    And so you just ticked off like
22 four studies out of 75 that didn't have to do
23 with acetaminophen use specifically
24 associated with liver damage, right?
25        MR. COHEN:  Object to the form.

Page 30

1 BY MR. JANUSH:
2      Q.    In other words, out of
3 approximately 75 studies, four of your
4 studies didn't have to do with liver damage,
5 right?
6      A.    It's hard for me to say without
7 seeing the list --
8      Q.    Approximately.  Try to move
9 this along so we don't have to spend a lot of
10 time on prefatory background.
11           MR. COHEN:  Object to the --
12      object to the statement.
13      Go ahead.
14      A.    My concern about the way you're
15 phrasing the question is that counting number
16 of publications is a valid way to assess
17 somebody's expertise in an area.
18           MR. JANUSH:  Move to strike,
19      nonresponsive.  Not what I asked.
20           MR. COHEN:  I'm sorry, he
21      wasn't even finished.  Please don't
22      interrupt the witness.
23      A.    I think, you know, there are
24 other factors to consider.
25           ///

Page 31

1 BY MR. JANUSH:
2      Q.    Do you understand I'm only
3 asking you, out of your total history of
4 publishing scientific literature, what number
5 of studies had nothing to do with liver
6 damage?
7           MR. COHEN:  Object to the form.
8      Go ahead.
9      A.    I understand your question.  I
10 think we've discussed that.
11 BY MR. JANUSH:
12      Q.    I just want an answer.
13      A.    And my answer is I don't think
14 that's an appropriate way to evaluate --
15 counting papers is an appropriate way to
16 evaluate expertise.
17      Q.    You don't get to -- you do not
18 get to judge what is an appropriate way to
19 evaluate anything today.  I get to ask
20 questions, and you have to answer my
21 questions.  And if you're not going to, I'm
22 going to call Judge Cote and read this
23 question and answer into the record and get a
24 ruling within the next hour to cause you to
25 actually listen to my question and answer my

Page 32

1 question.
2           MR. COHEN:  Okay.
3 BY MR. JANUSH:
4      Q.    Do you understand me?
5           MR. COHEN:  I'm going to make
6 an objection.
7           MR. JANUSH:  You can, but this
8 is -- I have made my record and I
9 don't need to say more.  I'm going to
10 call the court if I can't get an
11 answer.
12      The witness does not get to
13 make judgments in response -- if he
14 doesn't like the question.  That is
15 not how this works.
16           MR. COHEN:  He --
17           MR. JANUSH:  You know it.  So
18 if you need to take a break, walk the
19 witness out in the hall and give him
20 some proper tutelage about how to
21 answer deposition questions, I'm going
22 to encourage you to do that.
23      So I'm going to now, on the
24 record, offer you that break before I
25 take this further.

Page 33

1           MR. COHEN:  He answered your
2 question.
3           MR. JANUSH:  I'm going to offer
4 you that break.  Are you saying you
5 don't want to take a break?
6           MR. COHEN:  I don't need to
7 take a break.
8           MR. JANUSH:  Okay.
9 BY MR. JANUSH:
10      Q.    My question was: Out of 75 --
11           MR. COHEN:  I'm just going to
12 state for the record that I don't
13 appreciate the lecturing to the
14 witness.
15           MR. JANUSH:  Out of --
16           MR. COHEN:  Excuse me.  Let me
17 just finish at least; otherwise, we'll
18 be talking over each other.  He does
19 not need to be lectured on how to be a
20 witness.
21           MR. JANUSH:  He sure does.
22           MR. COHEN:  Your job is to ask
23 questions.
24           MR. JANUSH:  And his job is to
25 answer them.  What I asked, not what

Page 34

1    he wants to answer.
2          MR. COHEN:  Maybe it's the
3    question, Counsel.
4          MR. JANUSH:  The question is --
5          MR. COHEN:  You're a capable --
6          MR. JANUSH:  No more.  No more.
7          MR. COHEN:  No, no.
8          MR. JANUSH:  David, no more.
9          MR. COHEN:  You're a capable
10   lawyer.
11         MR. JANUSH:  No more, David.
12         MR. COHEN:  Rephrase your
13   question.
14         MR. JANUSH:  No more.
15   BY MR. JANUSH:
16   Q.    You've published approximately
17   75 pieces of scientific literature, true?
18   Yes or no?
19   A.    No, I've published
20   approximately a hundred.
21   Q.    A hundred --
22   A.    I apologize, I need to rephrase
23   that.  I published approximately 100
24   peer-reviewed published papers.
25   Q.    Okay.

Page 35

1    A.    In addition to that,
2    approximately a dozen textbook chapters.
3    Q.    And of the approximate 100
4    peer-reviewed published papers, how many of
5    the approximate 100 had to do with liver and
6    acetaminophen?
7    A.    I wasn't quite finished with my
8    answer.
9          So 100 peer-reviewed
10   manuscripts approximately.  Approximately 12
11   book chapters that I can recall off the top
12   of my head, and somewhere in the range of 50
13   to 60 published abstracts.
14   Q.    Now will you answer my
15   question?
16   A.    Can you restate the question,
17   please.
18   Q.    Of -- out of the total number
19   of publications you've published, how many
20   didn't have to do with the liver?
21   A.    Including abstracts and book
22   chapters, I cannot recall the exact number.
23   It's more than four.
24   Q.    Okay.  Is this the first time
25   in your career testifying as an expert?

Page 36

1    A.    Yes.
2    Q.    Is this the first time you are
3    testifying in a deposition?
4    A.    Yes.
5    Q.    In this case, what entity is
6    your agreement with?
7    A.    I don't recall having a written
8    agreement.  I think my -- I think my
9    agreement is with Butler Snow.
10   Q.    Okay.  Do you understand which
11   corporate defendants you're working on behalf
12   of?
13   A.    I'm aware of at least one of
14   them.
15   Q.    And who is that?
16   A.    The one that I'm aware of is
17   J&J.
18   Q.    Okay.  The maker and seller of
19   Tylenol, right?
20   A.    In the United States.
21   Q.    How did you come to serve as an
22   expert in this case?
23   A.    I was sought by someone from
24   Butler Snow.
25   Q.    Do you currently teach at the

Page 37

1    University of Alabama?
2    A.    No.
3    Q.    I mean of Arkansas.  Sorry.  I
4    meant to say Arkansas.
5          MR. WATTS:  He's going to the
6    game.
7          MR. JANUSH:  I'm going to
8    Alabama literally tonight, so forgive
9    me.
10         (Comments off the stenographic
11   record.)
12         THE WITNESS:  You want to --
13   BY MR. JANUSH:
14   Q.    Do you currently teach at the
15   University of Arkansas?
16   A.    I teach at the University of
17   Arkansas for Medical Sciences.
18   Q.    Okay.
19   A.    Which is part of the University
20   of Arkansas system.
21   Q.    What do you teach?
22   A.    I teach -- so I teach PhD
23   students -- first of all -- well, there's two
24   different types of teaching, right.  There's
25   formal classroom teaching and then there's

Page 38

1 mentorship, which is also a type of formal
2 instruction. It's just practical hands on in
3 the laboratory guiding through research. So
4 I teach graduate students, PhD students in
5 the lab through that mentorship type of
6 teaching.
7        I also lecture on drug
8 metabolism and hepatotoxicity to graduate
9 students. I also teach a course to public
10 health students on -- currently teach a
11 course to public health students on FDA
12 regulations, and I also teach pathology
13 residents, so primarily physicians in a
14 pathology residency program, teach them
15 clinical toxicology as well as a number of
16 other subjects.
17     Q.    Are you a teacher that teaches
18 like Monday to Friday?
19     A.    Monday through Friday? That
20 kind of depends. That's a little bit hard to
21 answer because some classes are online and
22 asynchronous so they go technically
23 throughout the day every week.
24        In terms of physical, in-person
25 lectures -- I'm sorry, I didn't know if I

Page 39

1 needed to pause.
2     Q.    I'm listening.
3     A.    In terms of in-person lectures,
4 I teach -- so I teach the drug metabolism
5 toxicity to PhD students in the spring, and
6 then I teach pathology residents all
7 throughout the year, but it's not necessarily
8 every week. It's usually two to three days a
9 week, and it may be one to two weeks a month
10 typically.
11     Q.    Did you have an opportunity to
12 review the CV, your résumé and appendices to
13 your CV that was attached to your expert
14 report?
15     A.    Yes.
16     Q.    Is it complete?
17     A.    Yes.
18     Q.    Any changes you need to make
19 before we begin this deposition?
20     A.    Let me rephrase my prior
21 answer. It's complete as of the date that's
22 listed at the top of my CV.
23     Q.    Okay. What have you done since
24 the date you submitted your expert report
25 that would modify your CV?

Page 40

1     A.    Off the top of my head, I'm
2 not -- could you produce the document so I
3 can take a look at it, just in case
4 there's --
5     Q.    I'm just asking if something --
6 I don't want to spend a lot of time on this.
7 I'm just asking if something comes to your
8 mind that you've done that isn't addressed in
9 your CV.
10     A.    Well, I'm trying to be
11 cautious, you understand. As you mentioned,
12 the judge will see this. I'm under oath. So
13 I'd prefer to see a document.
14     Q.    That's okay. We'll move on.
15 If it was accurate as of the date that you
16 submitted your report, that's good enough for
17 me.
18        How did you prepare for today's
19 deposition?
20     A.    So I wrote my report. In the
21 process of writing my report, I reviewed a
22 substantial amount of -- I reviewed the
23 literature that you've seen, the materials
24 for the case. So that was an enormous part
25 of my preparation.

Page 41

1        Of course, my regular work and
2 my career is -- some of it, at least, has
3 relevance to the case, so I suppose you could
4 consider that part of my preparation as well.
5        I -- again, this is -- since
6 this is the first time I'm doing a
7 deposition, I have asked questions about how
8 to conduct myself and things of that nature.
9     Q.    Who did you meet with to
10 prepare for your deposition?
11     A.    Well, again, since part -- the
12 greater part of my preparation for this
13 deposition was in preparing my report and
14 reviewing the literature, so the majority of
15 that time was just me --
16     Q.    Did you meet with attorneys?
17     A.    I have met with counsel.
18     Q.    Who did you meet with?
19     A.    I met with Mr. Cohen,
20 Ms. Lucas. I don't recall exactly. You
21 know, some people I just met in passing.
22     Q.    On how many occasions did you
23 meet with Mr. Cohen and Ms. Lucas?
24     A.    I don't recall the number.
25     Q.    More than ten?

1    A.    I don't know.  I don't recall
2  the number.
3    Q.    Can't give an answer at all,
4  like even if you were to estimate?
5    A.    Again, being under oath and as
6  you mentioned, the judge is watching -- will
7  watch this, I don't feel comfortable
8  answering without being certain.
9        (Whereupon, Deposition
10    Exhibit P801, McGill Expert Report,
11    was marked for identification.)
12        (Whereupon, Deposition
13    Exhibit P801B, McGill First
14    Supplemental Materials Reference List,
15    was marked for identification.)
16  BY MR. JANUSH:
17    Q.    Dr. McGill, I'm going to hand
18  you what I'm marking as -- I've marked as
19  Plaintiffs' Exhibit 801 and 801B.  801 is
20  your report.  801B -- 801B is the addendum we
21  received yesterday, the supplemental
22  materials reference list.
23        Do you recognize 801 and 801B?
24    A.    Yes.
25    Q.    Dr. McGill, where in your

1  report do you identify and describe the
2  methodology that you employed to reach the
3  opinions you offer concerning
4  pharmacokinetics and acetaminophen?
5    A.    I didn't describe the
6  methodology in detail within the report.  I
7  think it's evident from the structure of the
8  report.  I'd be happy to share my methodology
9  with you, if you'd like.
10    Q.    Yeah, I'd like you to describe
11  your methodology.
12    A.    Sure.
13        So I applied the same standard
14  that I apply in my everyday academic career
15  and my scientific work, and that is following
16  the scientific method.
17        So the scientific method, as
18  you may be aware, progresses through a number
19  of steps.  There's observation.  So you
20  observe a phenomenon, an effect of some kind.
21  Based on that observation, you formulate a
22  hypothesis.
23        Once you have a hypothesis, you
24  make predictions based on your hypothesis,
25  and then you test those predictions

1  experimentally.
2        Once you've tested them, if
3  necessary, you return to your hypothesis and
4  make revisions, and then new predictions and
5  new testing.  Once you get to a point where
6  further testing is no longer necessary, you
7  would publish that data, the information that
8  you have, and then hopefully others will
9  replicate it.
10        And so in a case like this, I
11  think the observation or the suggestion has
12  been made, and so based on that, there's a
13  hypothesis that I've been asked to address,
14  which -- which is described in my report;
15  does acetaminophen -- is acetaminophen
16  converted to NAPQI or is there NAPQI present
17  at all in the brain after maternal ingestion
18  of therapeutic doses of acetaminophen --
19  excuse me -- is there NAPQI in the fetal
20  brain after maternal ingestion of therapeutic
21  doses of acetaminophen.
22        So the prediction -- if that's
23  our hypothesis and our -- what's called
24  your -- so you would state your hypothesis as
25  a falsifiable statement.  So your hypothesis

1  might be that acetaminophen is converted to
2  NAPQI in the brain.
3        So then the prediction that you
4  would make -- and let me clarify.  The null
5  hypothesis, which is also an important
6  hypothesis, is that that doesn't happen.
7        So the prediction that you
8  would make based on the hypothesis is, for
9  example, one prediction you could make, that
10  I personally made, is that if there is NAPQI
11  present in the brain after acetaminophen
12  exposure, then you would see
13  acetaminophen-protein adducts in the brain.
14        And so I'm not doing the work
15  myself here, right, so as opposed to myself
16  testing that prediction, I look in the
17  literature to see if anyone else has tested
18  it.  In this case it has been tested and it's
19  found that there's no NAPQI present in the
20  brain, even after massive overdoses of
21  acetaminophen, but we can, of course, get
22  into that later.
23        And so I see those -- that's an
24  example of how I would approach it.  And then
25  also look for people who have replicated

Page 46

1  those data.
2      Q.    You started out your answer
3  long ago by saying that part of the
4  scientific method includes testing and
5  further testing, did you not?
6          MR. COHEN:  Object to the form.
7      A.    The method -- again, the
8  progression is observation, hypothesis,
9  prediction, testing, revision, if necessary,
10  and then replication.
11  BY MR. JANUSH:
12      Q.    What testing did you perform as
13  part of your scientific method?
14      A.    Yeah, as I stated in my answer,
15  I didn't do the testing myself in this case
16  because I'm -- I was asked to review the
17  literature, right?  And so instead of doing
18  it myself, I look in the literature to see if
19  anyone else has made the same predictions or
20  tested the same predictions.
21      Q.    Fair to say that tests
22  concerning developmental neurotoxicology are
23  particularly relevant in this case?
24      A.    Well, the questions that I've
25  been asked to address are about does

Page 47

1  acetaminophen, number one, is it converted to
2  NAPQI in the brain or is there NAPQI present
3  in the brain, particularly in the fetus after
4  maternal ingestion of therapeutic doses, and
5  then also is there oxidative stress in the
6  brain and is -- is, basically, AM404 a
7  plausible metabolite that could mediate
8  biological effects after therapeutic doses of
9  acetaminophen.
10      Q.    Where is your hypothesis listed
11  in your report?
12      A.    Well, again, I think it's
13  evident from the structure of the report,
14  so --
15      Q.    It's not evident to me, so can
16  you point me to the page and paragraph where
17  it's listed?
18          MR. COHEN:  Object to the form.
19  I don't think he was finished.
20      A.    So particularly if you look at
21  paragraph 4.  I'll just wait a moment.
22          (Pause.)
23  BY MR. JANUSH:
24      Q.    Is that the paragraph that
25  begins with the reports of plaintiffs'

Page 48

1  experts that you reviewed?
2      A.    Correct.
3      Q.    And --
4      A.    So in that paragraph, I state
5  that those reports include speculation on
6  various mechanisms by which maternal use of
7  acetaminophen might result in ASD or ADHD in
8  offspring.
9          The plaintiffs' experts
10  proposed mechanisms of acetaminophen injury
11  to the embryonic/fetal brain -- for the
12  record, I'm quoting from my report -- that
13  include a formation of
14  N-acetyl-p-benzoquinone imine, or NAPQI,
15  however you prefer to say it, the potentially
16  hepatotoxic metabolite in the brain -- the
17  hepatotoxic metabolite, the potential
18  presence of that in the brain, I should say,
19  oxidative stress in the brain and the
20  production of AM404.
21          I go on to state that -- state
22  my conclusions, which is there's no
23  scientific evidence of NAPQI formation in the
24  human embryonic or fetal brain sufficient to
25  cause injury following maternal ingestion of

Page 49

1  therapeutic doses of acetaminophen.
2          There's no scientific evidence
3  of oxidative stress in the human embryonic or
4  fetal brain following maternal ingestion of
5  therapeutic doses of acetaminophen.
6          And there's no scientific
7  evidence that AM404 exists in the human
8  embryonic or fetal brain or has adverse
9  biological effects following maternal
10  ingestion of therapeutic doses of
11  acetaminophen.
12          So I've laid out what
13  mechanisms the plaintiffs propose that I was
14  asked to address.  And that is the
15  hypothesis.  That -- those are the
16  hypotheses.
17      Q.    And what's your null
18  hypothesis?
19      A.    Right.  So for each one, the
20  null hypothesis would be that there isn't
21  NAPQI in the brain; there isn't oxidative
22  stress in the brain; and that you don't
23  produce enough AM404 in the brain to have
24  adverse effects on -- enough of those to have
25  adverse effects in question, or at all in

Page 50

1 some cases.
2     Q.    In order to arrive at opinions
3 you're offering in your report, one of the
4 things you did was review the report
5 submitted by plaintiffs' experts, right?
6     A.    I reviewed their reports, yes.
7     Q.    And then you reviewed certain
8 studies, right?
9     A.    Yes.
10     Q.    Anything else?
11     A.    So in my review of the studies,
12 the way that I approach that typically is I
13 do a literature search using relevant search
14 terms, and then when I identify literature
15 that appears to be relevant from those
16 searches, I examine those papers.
17         If they cite literature in
18 those papers that may also be relevant, I
19 review that information, those papers, and
20 then -- so I obtain additional literature in
21 that way.  So through literature searches,
22 through other literature that's cited in the
23 papers that I get from those searches.
24         I also have done my own
25 obviously extensive research in the area of

Page 51

1 acetaminophen metabolism and toxicity, and
2 then in addition to that, defense counsel has
3 provided a little bit of literature.
4     Q.    Could you describe the criteria
5 you employed to set -- to select the
6 appropriate studies for your analysis?  I
7 understand that you've addressed that you
8 used search terms, but I want the criteria,
9 and then thereafter, I'm going to follow up
10 with asking you about your specific search
11 terms.
12         MR. COHEN:  Object to form.
13         Go ahead.
14     A.    So I used the same approach
15 that I use anytime I'm evaluating the
16 literature in my regular scientific work, so
17 applying the same standards.
18         That approach is typically
19 search at least one database, such as, for
20 example, Medline or PubMed.  They're
21 essentially the same thing.  And then I would
22 perform that search using Boolean search
23 terms.  So for -- just as an example, since
24 you alluded to search terms, one example I
25 could give would be acetaminophen and brain

Page 52

1 or acetaminophen -- or brain and CYP2E1 and
2 fetal.  Those are just examples.
3         Once I've done that search, my
4 approach then is to go back to the earliest
5 study, so sort the studies by date, go back
6 to the very first one and then work my way
7 forward in time.  Because understanding where
8 we start helps me to understand where we are
9 now, to how we get there.
10         As I go through those studies,
11 I use what's typical approach and what we
12 could call a systematic review, which is a
13 very common type of review that's often
14 published, and where I initially review the
15 title and abstract for relevance.
16         You know, so an example that I
17 could give for nonrelevance might be there's
18 a paper where they looked at, you know, the
19 effect of a natural product on acetaminophen
20 toxicity in the liver and then the effect of
21 a natural product on something else in the
22 brain.  So the search terms that I use could
23 yield something like that.
24         Well, that's not addressing the
25 topic here, right?  That's about some natural

Page 53

1 product in the brain and then also in the
2 liver, so I would filter that out.  I would
3 consider that irrelevant.
4         So I would go through each
5 paper step by step like that.  Once I've
6 collected all the papers that are relevant to
7 the topic, then I go through and review them.
8 BY MR. JANUSH:
9     Q.    We don't have your search
10 terms, right?  You didn't provide that to us
11 in your report; is that right?
12     A.    That's correct.
13     Q.    So we can't reproduce your
14 analysis, can we?
15         MR. COHEN:  Object to the form.
16     A.    Again, the approach that I used
17 is very standard.  Anyone has -- you know,
18 PubMed is a publicly accessible database.
19 Anyone can go in there and perform very
20 similar searches, and it's a very -- in my
21 field it's a very, very standard approach to
22 a systematic review of the literature.  So
23 it's what I would expect most people to do.
24 BY MR. JANUSH:
25     Q.    But while PubMed is widely

Page 54

1 available and I can go online and access it
2 right now, would you agree that I don't have
3 your search terms publicly available to
4 reproduce your methodology as to how you
5 selected your literature?
6        MR. COHEN:  Object to form.
7    A.    Well, I just provided a couple
8 of examples of search terms.  I did not list
9 them in this report.
10 BY MR. JANUSH:
11    Q.    Right.  You would agree with
12 me -- would you agree with me that the couple
13 of examples you provided are -- are nowhere
14 near the total search terms that you would
15 have used, or are they?
16        Do they represent the search
17 terms that you utilized and nothing more in
18 arriving at your -- the literature you
19 reviewed?
20    A.    Well, so again, just to be
21 clear, the literature that I reviewed comes
22 not just from searches.  It comes from
23 studies referenced as -- referenced by the
24 studies that came up in my -- the relevant
25 studies that come up in my search terms.  It

Page 55

1 comes from my own research, and it comes from
2 some documents provided by the defense
3 counsel.
4        Now, in terms of answering your
5 question more directly, I don't recall the
6 number of search terms that I used.  And
7 again, I -- as I've said, I didn't provide
8 them directly in my report.
9    Q.    What did you do to satisfy
10 yourself that your search was exhaustive?
11    A.    So again, that systematic
12 approach is a common practice in the field.
13 It's kind of the standard approach in my
14 field to a review of the literature.  It's
15 done that way because it's an exhaustive
16 approach.
17        Again, we're going back to the
18 very beginning and moving forward.  And
19 again, I'm not just relying on the results
20 that I get from that search.  I look at
21 references that are provided in those papers,
22 so you get kind of a network of literature.
23        And one way you can tell you've
24 pretty much seen what's out there is when you
25 start seeing the same references over and

Page 56

1 over in your searches and in your review of
2 the literature and that sort of thing.
3        But again, it's a -- that's a
4 common approach and it's common because it's
5 exhaustive.
6    Q.    Are you aware that Dr. Powell
7 and Johnson & Johnson Consumer Inc. used
8 different search terms in their review of the
9 preclinical literature?
10        MR. COHEN:  Object to form.
11    A.    Well, Dr. Powell and I are
12 addressing different issues.  Oh, I'm sorry,
13 you mean between Johnson & Johnson and
14 Dr. Powell there are differences.
15        I -- I have no information
16 about Johnson & Johnson's searches.
17 BY MR. JANUSH:
18    Q.    Do you know -- let me ask --
19 sorry, apologize, I'm going to ask a
20 different question.
21        Are you aware of what search
22 terms Dr. Powell used in his review of
23 preclinical literature?
24    A.    I reviewed Dr. Powell's report,
25 but I don't remember exactly what he said

Page 57

1 about his methodology.
2    Q.    So two different scientists
3 with two different search methodologies and
4 two different sets of search terms might come
5 up with different results, right?
6        MR. COHEN:  Object to form.
7    A.    Well, that's why you employ
8 multiple different search terms to avoid --
9 so my expectation would be if I did only one
10 search and the other individual did only one
11 search with different search terms, there
12 would be -- assuming it's on the same topic,
13 right -- then there would be considerable
14 overlap, but there might be a few different
15 studies.  But that's why you use multiple
16 search terms.
17        So if I used multiple search
18 terms and the other person uses multiple
19 search terms, then I would expect us to
20 arrive at nearly identical results.
21 BY MR. JANUSH:
22    Q.    Is transparency important in
23 science?
24    A.    That's, again, quite a broad
25 question.  Transparency in terms of what

1  you've done and the data you've collected?
2      Q.    Yes.
3      A.    Yes.
4      Q.    What does transparency mean to
5  you in fulfilling your role as an expert in
6  this case?
7          MR. COHEN:  Object to the form.
8      A.    Well, I mean, I've -- in
9  terms -- if we're still just talking about,
10  right, the scientific content, being
11  transparent is sharing the results of my
12  review of the literature and doing so
13  accurately.
14  BY MR. JANUSH:
15      Q.    If I asked you right now, could
16  you provide me, after this deposition ended,
17  with a list of your search terms and the way
18  you approached your searches to obtain the
19  literature you utilized in your report, could
20  you do it?
21          MR. COHEN:  Object to the form.
22      A.    I could provide you with --
23  excuse me -- multiple search terms that I
24  believe would yield the same studies.
25          ///

1  BY MR. JANUSH:
2      Q.    How about the actual search
3  terms that you utilized, could you provide me
4  with that?
5          MR. COHEN:  Object to the form.
6      A.    I...
7  BY MR. JANUSH:
8      Q.    In other words, did you retain
9  your search terms?
10      A.    I'm trying to consider the
11  question and answer it accurately.
12          Again, I could easily provide
13  you a list of search terms that would yield
14  the same results.
15      Q.    You could provide me with a
16  list of search terms that would yield the
17  same results as all of the literature that
18  you have addressed in your report; is that
19  your testimony today?
20          MR. COHEN:  Object to the form.
21      A.    At least the majority of the
22  results, yeah.
23  BY MR. JANUSH:
24      Q.    Would you agree to do that
25  after this deposition ends?

1          MR. COHEN:  Object to the form.
2  We'll take it under advisement.
3      A.    I -- I don't think I can
4  agree -- I would agree to anything without
5  discussing it -- without thinking it over and
6  discussing it.
7  BY MR. JANUSH:
8      Q.    Is it good or bad for a
9  scientist to cherry-pick literature?
10          MR. COHEN:  Object to the form.
11      A.    Well, personally, I try to
12  avoid it.  I think at least one of your
13  expert witnesses has done that, and --
14          MR. JANUSH:  Move to strike,
15  nonresponsive.
16  BY MR. JANUSH:
17      Q.    I just asked you if it's a good
18  thing or a bad thing to cherry-pick
19  literature when serving as an expert.
20          MR. COHEN:  Object to the form.
21      A.    Sorry, when serving as an
22  expert specifically?  Yeah, I -- I would not
23  cherry-pick literature.  Again, I think at
24  least one of your plaintiff experts has done
25  so.

1          MR. JANUSH:  Move to strike the
2  latter part of the gratuitous answer
3  beginning with "at least" and ending
4  with "done so."
5  BY MR. JANUSH:
6      Q.    Were there any limitations or
7  challenges you encountered while applying
8  your claimed scientific method to your
9  assignment?
10          MR. COHEN:  Object to the form.
11      A.    Sorry, can you ask the question
12  again?
13  BY MR. JANUSH:
14      Q.    Were there any limitations or
15  challenges that you encountered when applying
16  your claimed scientific method to your
17  assignment in this case?
18          MR. COHEN:  Same objection.
19      A.    No, not off the top of my head.
20  Again, my approach is standard in the field.
21  BY MR. JANUSH:
22      Q.    As part of your literature
23  review, did you look at and consider the
24  studies addressed before your expert report
25  was due by plaintiffs' experts?

1  A.    Can you ask the question -- I
2  want to make sure I understand --
3  Q.    You understand that before your
4  expert report was due, plaintiffs had to
5  serve their expert reports, right?
6  A.    Yes.
7  Q.    And you -- you had an
8  opportunity to receive those expert reports,
9  right?
10  A.    Yes.
11  Q.    And you had an opportunity to
12  review those reports, right?
13  A.    Yes.
14  Q.    And you did review them, right?
15  A.    Yes, my report contains some
16  responses to those.
17  Q.    I understand that.
18  Did you -- how did you go about
19  addressing which of the articles or pieces of
20  literature you would include in your
21  materials reviewed list?
22  A.    Well, I mean, we included
23  everything that I -- I referenced, every
24  study that I went over in my report as well
25  as other relevant studies that we -- that I

1  found in the process of doing my literature
2  searches and reviewing the report as well as
3  any relevant literature that I identified
4  when reviewing the plaintiffs' experts'
5  reports.
6  I mean, essentially, with
7  regard to the reference list, it just
8  includes basically everything that we -- that
9  I looked at.
10  Q.    Your reference list includes
11  everything you looked at in this case.  Fair
12  to say?
13  A.    Except those things that I
14  ruled out as irrelevant, as I described when
15  discussing my methodology.
16  Q.    What types of literature did
17  you rule out as irrelevant?
18  A.    Yeah, I described that in my
19  previous response.  So an example would be,
20  you know, let's say again, search term is
21  acetaminophen and brain, right?  That's a
22  Boolean search term, so return anything that
23  mentions both acetaminophen and the brain.
24  So -- but there might be a
25  study where, for example, they're interested

1  in -- let's say they're testing a natural
2  product, a dietary supplement, botanical
3  extract, something like that.  They want to
4  know if it affects the liver, and then they
5  may also have an additional question about,
6  you know, does it have any impact on the
7  brain.
8  So they do two different
9  studies, but they are in the same paper, but
10  the study relative to the brain has nothing
11  to do with acetaminophen.  So that would
12  obviously not be a relevant paper and I would
13  exclude that.
14  Q.    Fair to say that
15  "acetaminophen" was a fundamental term in
16  your searches?
17  A.    For parts of -- for some of my
18  searches.  There are others where I was just
19  looking at P450 levels in the brain in
20  comparison to the liver, and so those
21  studies -- those, sorry, search terms would
22  not have included "acetaminophen."
23  And I'm trying to recall.
24  There may have been additional cases where I
25  would not have included the term

1  "acetaminophen," but yeah.
2  Q.    Did you include search terms
3  about gestation?
4  A.    I don't recall for sure.  I
5  included search terms about -- certainly
6  about fetal, embryonic, neurodevelopment.  I
7  don't recall if I specifically used the term
8  "gestation."  I may have.
9  Q.    Did you use the term
10  "neurodevelopment"?
11  A.    Yes.
12  Q.    How about "lactation"?
13  A.    This case is not -- again, I
14  can't say -- I can't recall for certain.
15  Since this case is not addressing exposure
16  through the mother's milk, I may not have
17  included that term.
18  Q.    You understand that postnatal
19  day 10 is a neonatal period when we're
20  speaking about mice being studied, right?
21  A.    I am not an expert in how
22  animal-mouse neurodevelopment translates to
23  human neurodevelopment.  I understand that
24  there are studies in which that claim is
25  made, but I can't assess the claim.

Page 66

1    Q.    Did you purposefully avoid
2  mouse-rodent neurodevelopmental studies
3  concerning acetaminophen exposure because you
4  are, quote, not an expert on that topic?
5        MR. COHEN:  Object to form.
6    A.    No, I did not purposefully
7  avoid any of those -- any such studies.
8  BY MR. JANUSH:
9    Q.    Do you agree that within your
10 report you didn't grade the animal literature
11 studying APAP for neurodevelopmental
12 disorders?
13   A.    In my area of research, that is
14 not common practice.
15   Q.    So you didn't do it, right?
16   A.    I assessed the strength of the
17 data based on common considerations and
18 science.  For example, necessary but
19 sufficient, necessary and sufficient,
20 necessary and not sufficient or is -- you --
21 as a scientist, of course, you always wait as
22 one experiment is better to address this
23 question than another.
24       So, for example, to me, the
25 ultimate experiment in this case that has

Page 67

1  been done is these studies where they give
2  mice large doses of acetaminophen and look
3  for surrogates of NAPQI formation, such as --
4  or NAPQI presence, such as
5  acetaminophen-protein adducts, and they find
6  nothing.  So to me, I mean, that's an
7  outstanding piece of data.
8        MR. JANUSH:  Move to strike,
9        nonresponsive.
10   A.    As opposed to, for example --
11 BY MR. JANUSH:
12   Q.    What do you think my
13 question --
14       MR. COHEN:  No, no, no.
15       MR. JANUSH:  I'm going to stop
16       you.
17       MR. COHEN:  No, no.  No, no,
18       no.  We're not doing this.  He gets to
19       finish.  You get to ask the next
20       question.  Go ahead and finish.
21   A.    As opposed to, for example,
22 asking a question is there CYP2E1 in exosomes
23 based on some speculation that that might
24 contribute to NAPQI formation in the brain;
25 well, the fact is, there's no NAPQI in the

Page 68

1  brain.  So the exosome question essentially
2  becomes irrelevant.
3        I'm happy to discuss it if
4  you'd like, but that's an example that I just
5  wanted to give of how you would weight the
6  data, right, looking at an actual final
7  endpoint rather than some kind of
8  intermediary speculative step.
9  BY MR. JANUSH:
10   Q.    What was my question?
11   A.    Your question was
12 essentially -- I don't recall the exact --
13       MR. COHEN:  Object.  Object.
14       Sorry.
15   A.    I don't recall the exact
16 wording of your question.  I think --
17 BY MR. JANUSH:
18   Q.    I'm just asking for a yes or
19 no:  Did you grade animal literature testing
20 for acetaminophen exposure, yes or no?
21       MR. COHEN:  Object to the form.
22   A.    I don't believe it can be
23 answered with a simple yes or no.  All
24 scientists, of course, always sort of weigh,
25 evaluate the strength of different pieces of

Page 69

1  evidence against each other.
2  BY MR. JANUSH:
3    Q.    Within your report, did you
4  grade the animal-rodent literature testing
5  for acetaminophen for neurodevelopmental
6  disorders?  Yes or no?
7        MR. COHEN:  Object to the form
8        of the question.
9    A.    I was not asked to address
10 neurodevelopmental disorders or
11 neurodevelopmental endpoints.
12 BY MR. JANUSH:
13   Q.    I'm going to make you a deal.
14 I'm going to try and ask really crisp, clear
15 questions; and if I get really crisp, clear
16 answers, your day is going to be a lot
17 shorter, okay?
18       MR. COHEN:  Object to the
19       colloquy.  Just ask questions, please.
20       MR. JANUSH:  Oh, I am.
21 BY MR. JANUSH:
22   Q.    Can you point me to an area
23 within your report where you weighed the
24 animal literature studying APAP for
25 neurodevelopmental disorders?

1    MR. COHEN: Object to the form.
2    A.    As I've stated, all scientists
3  are always weighing different pieces of
4  literature, different pieces of data against
5  each other.
6  BY MR. JANUSH:
7    Q.    I'm not asking about all
8  scientists. I'm asking about your report.
9    You understand you have your
10  report in front of you, right? Is that --
11  can you look at it?
12    A.    This is my report.
13    Q.    Okay. Can you peel through it
14  and show me where you graded the
15  animal-rodent literature? It's a yes or no.
16  You either can or you can't.
17    MR. COHEN: Object to the form.
18    Go ahead.
19    A.    Again, I don't think that it's
20  a yes -- it can be answered quite so simply.
21  BY MR. JANUSH:
22    Q.    Well, just point me to the
23  page.
24    A.    Again, as I state, throughout
25  my review of the literature, I weighed

1  different pieces of evidence against each
2  other, as is the common practice for a
3  scientist.
4    Q.    Do you grade studies when
5  authoring -- when authoring review articles?
6    A.    Again, we weigh -- weigh
7  different pieces of evidence, different
8  pieces of literature against each other.
9    Q.    But in your report, right now,
10  can you point me to any area where you graded
11  animal-rodent literature?
12    A.    Yeah, again, my answer remains
13  the same, that you -- I always evaluate
14  strengths and weaknesses. That's part of a
15  critical evaluation of the literature.
16    Q.    But where is it? That's what
17  I'm asking. Can you show it to me?
18    A.    The -- what I've written in my
19  report is the result of the critical
20  evaluation of the literature.
21    Q.    I'm not asking about what you
22  wrote. Can you show me where you graded the
23  rodent literature?
24    MR. COHEN: Object to the form.
25    ///

1  BY MR. JANUSH:
2    Q.    You can't, right?
3    A.    Throughout preparation of the
4  document, I was always evaluating strengths
5  and weaknesses of different studies and
6  different pieces of data, as is common
7  practice for a scientist.
8    Q.    Including -- including the
9  available animal-rodent literature?
10    A.    The relevant available
11  animal-rodent literature. Again, I was not
12  asked to address neurodevelopmental outcomes.
13    Q.    You were not asked to address
14  neurodevelopmental outcomes?
15    MR. COHEN: Is that the
16    question?
17  BY MR. JANUSH:
18    Q.    Is that your testimony?
19    MR. COHEN: Sorry. Go ahead.
20    A.    Yes. With the caveat that the
21  questions I was asked to address, the
22  plaintiffs' experts have proposed that they
23  are relevant to those types of outcomes.
24  BY MR. JANUSH:
25    Q.    And so you didn't seek to

1  counter the plaintiffs' claims that they are
2  relevant to those types of outcomes because
3  you didn't -- you're not a neurodevelopmental
4  expert, right?
5    A.    I do counter the plaintiffs'
6  claims with respect to the issues that I've
7  outlined in paragraph 4.
8    Q.    Okay. Dr. McGill, if an expert
9  issuing an opinion on general causation
10  selectively picks literature from the
11  scientific landscape and presents the court
12  with what that expert believes the relevant
13  studies demonstrate, would that be a good
14  thing to do or a bad thing to do in
15  fulfilling an expert role?
16    MR. COHEN: Object to the form.
17    A.    Well, in terms of general
18  causation, that's not what I was asked to
19  address, and I wouldn't consider that --
20  causation in the sense of epidemiology and
21  genetics and that sort of thing, what factors
22  weigh heavily into clinical outcomes. That's
23  not my expertise.
24    In general, yeah, you wouldn't
25  want to cherry-pick studies or data.

Page 74

1   BY MR. JANUSH:
2       Q.    Cherry-picking would be bad,
3   right?
4            MR. COHEN:  Object to the form.
5       A.    Yeah, which is one of the
6   issues that I have with at least one of your
7   plaintiffs.
8            MR. JANUSH:  Move to strike the
9   latter part of your answer.
10  BY MR. JANUSH:
11      Q.    And the reason from a
12  scientific perspective that cherry-picking
13  literature is bad is because it would be a
14  form of a result-driven analysis that
15  undermines principles of the scientific
16  method, right?
17           MR. COHEN:  Object to the form.
18      A.    A result-driven analysis?  I
19  mean, the way I would characterize it is that
20  ignoring relevant data is -- could
21  potentially lead to inaccurate conclusions.
22  BY MR. JANUSH:
23      Q.    And assessing the weight of the
24  literature as we were discussing before, it
25  was part of your methodology that you did not

Page 75

1   disclose in your report, right?
2            MR. COHEN:  Object to the form.
3       A.    Again, it's -- it's a standard
4   practice in my field to -- I mean, that is
5   just the fundamental part of science, that
6   when you are considering claims that are
7   based on or purportedly based on science, you
8   evaluate the strengths and weaknesses of the
9   available data.
10  BY MR. JANUSH:
11      Q.    I'm not asking what you
12  evaluate as a scientist.  I'm addressing your
13  report.
14           Assessing the weight of the
15  literature was part of your methodology that
16  you did not set forth in your report?
17           MR. COHEN:  Object to the form.
18  BY MR. JANUSH:
19      Q.    Is that right?
20           MR. COHEN:  Go ahead.
21      A.    Assessing strengths and
22  weaknesses of studies is an intrinsic part of
23  writing a review, any kind of review,
24  including an expert report.
25           ///

Page 76

1   BY MR. JANUSH:
2       Q.    But assessing the weight of the
3   literature, the strengths and weaknesses of
4   literature, for example, the body of rodent
5   studies addressing developmental
6   neurotoxicology associated with
7   acetaminophen, you didn't evaluate the
8   strengths and weaknesses of most of those
9   studies, right?
10           MR. COHEN:  Object to form.
11      A.    Again, I was not asked to
12  evaluate any neurodevelopmental or behavioral
13  studies, so that's not my goal here.
14  BY MR. JANUSH:
15      Q.    Even -- even when those
16  neurodevelopmental and behavioral studies
17  concerned acetaminophen; is that right?
18           MR. COHEN:  Object to form.
19      A.    As I've stated, I was not asked
20  to address neurodevelopmental outcomes or
21  neurodevelopmental studies.
22  BY MR. JANUSH:
23      Q.    What's this case about?
24           MR. COHEN:  Object to form.
25      A.    The issues that I was asked to

Page 77

1   address in this case --
2   BY MR. JANUSH:
3       Q.    Not what I'm asking.
4            What do you understand this
5   case is about?  Let me ask it differently.
6            Do you have an understanding
7   that this case is about mothers and parents
8   claiming that pregnant women took
9   acetaminophen, such as Tylenol, during
10  pregnancy and gave birth to children with
11  neurodevelopmental disorders such as ASD,
12  autism spectrum disorder, and ADHD, who were
13  exposed to acetaminophen in utero?
14           Do you understand that?
15      A.    I understand that the -- at
16  least some of the plaintiffs are claiming
17  that -- basically claiming injury due to --
18  for their children due to in utero exposure
19  to therapeutic doses of acetaminophen.
20      Q.    In other words, this case is
21  about developmental in utero neurotoxicology,
22  isn't it?
23           MR. COHEN:  Object to form.
24      A.    This case is about the claims
25  of the plaintiffs, right, and your

1 plaintiffs' experts proposed, as I laid out
2 in paragraph 4, a few mechanisms by which
3 that might occur.  And that's what I was
4 asked to address, so that's what I'm
5 addressing.
6 BY MR. JANUSH:
7     Q.    Okay.  I am going to give you a
8 demonstrative that I'll have our technician
9 pull up on the screen as well.  It's marked
10 as Plaintiffs' Exhibit 802.
11          (Whereupon, Deposition
12      Exhibit P802, Demonstrative Chart,
13      APAP-Rodent DNT Studies in McGill
14      Report, was marked for
15      identification.)
16 BY MR. JANUSH:
17     Q.    It's a chart -- it's a chart,
18 Dr. McGill, of 26 animal studies that were
19 addressed by Dr. Pearson -- you remember
20 reading Dr. Pearson's report, right?
21     A.    Yes.
22     Q.    And these are all of the rodent
23 literature addressed by Dr. Pearson --
24 actually, it's 25 lines, not 26.  The first
25 lines at the top are Author, Title, Year.

1 Column E is Mentioned in McGill Report.
2 Column F is Analyzed in McGill Report.
3 Column G is on McGill Materials Considered
4 List.  And column H is whether it's mice or
5 rats.
6          Do you see that?
7          MR. COHEN:  Just before you
8      continue, Counsel, is this part of
9      Dr. Pearson's report?
10          MR. JANUSH:  No.  I said this
11      is a demonstrative that I'm addressing
12      for demonstrative purposes.
13          MR. COHEN:  Okay.  Well, just
14      standing objection to the use of
15      demonstratives like this that have
16      been created by lawyers for the
17      purpose of this deposition.  We're
18      going to object to this.  We're going
19      to object to them being even marked as
20      exhibits and being put on the record
21      as exhibits.  This is -- we don't
22      think it's proper, but you can go
23      ahead and ask questions.
24 BY MR. JANUSH:
25     Q.    Dr. McGill, we show that --

1 well, let's look at Beck.  You didn't mention
2 Beck in your report, right, Spatial
3 Glutathione and Cysteine Distribution and
4 Chemical Modulation in the Early
5 Organogenesis-Stage Rat Conceptus in Utero?
6          MR. COHEN:  Object to the form
7      of the question.
8     A.    Understand when I answer these
9 questions, I'm relying on your document.
10 Based on this document, I didn't address it.
11 BY MR. JANUSH:
12     Q.    So we show three rodent
13 studies:  At line item 17, the Koehn study;
14 line item 18, the Klein study; and line item
15 21, the Rigobello study, that you
16 addressed -- mentioned in your report.
17          Do you see that?
18     A.    Yes.
19     Q.    And then separately, when we
20 look at analyzed in your report, we show
21 those same line items, those same three
22 studies.  And then there's a host of studies
23 on your considered list that aren't even
24 present on your considered list, the Beck
25 study, the --

1          And by the way, you don't have
2 to trust me.  You have your materials
3 considered list in front of you appended to
4 your report.  You can feel free to
5 cross-check me.  You can open it up and
6 cross-check me.  You can tell me if I'm
7 wrong, so feel free to do that.
8          But we show that you didn't
9 address the Beck study.
10          You didn't address the
11 Blecharz-Klin study, Effect of Prenatal and
12 Early Life Paracetamol Exposure on the Level
13 of Neurotransmitters in Rats, with a focus on
14 the spinal cord.
15          You didn't address the
16 Blecharz-Klin study Developmental Exposure to
17 Paracetamol Causes Biochemical Alterations in
18 Medulla Oblongata.
19          You didn't address
20 Blecharz-Klin Cerebral [sic] Level of
21 Neurotransmitters in Rats Exposed to
22 Paracetamol During Development.
23          You didn't -- and I say
24 address.  "Consider" is the appropriate word,
25 so forgive me -- Philippot at line 19,

1  Evaluation of the Dentate Gyrus in Adult Mice
2  Exposed to Acetaminophen on Postnatal Day 10.
3        Suda, Therapeutic Doses of
4  Acetaminophen with Co-administration of
5  Cysteine and Mannitol During Early
6  Development Result in Long-Term Behavioral
7  Changes in Laboratory Rats.
8        Didn't address 22, Philippot,
9  Paracetamol (Acetaminophen) and Its Effect on
10  the Developing Mouse Brain.
11        Didn't address -- or consider,
12  sorry -- as to everything when I'm saying
13  address here, we're on the materials
14  considered list.
15        You didn't consider Herrington,
16  Elevated Ghrelin Alters the Behavioral
17  Effects of Perinatal Acetaminophen Exposure
18  in Rats.
19        Didn't address Harshaw,
20  Interleukin-1-beta-Induced Inflammation and
21  Acetaminophen During Infancy: Distinct and
22  Interactive Effects on Social-Emotional and
23  Repetitive Behavior in C57BL/6J mice.
24        Didn't address Baker,
25  Sex-Specific Neurobehavioral and Prefrontal

1  Cortex Gene Expression Alterations --
2        A.   Sorry, you're saying I didn't
3  consider --
4        Q.   Didn't -- sorry --
5        A.   -- it, but if you look at
6  Baker, it does say yes.
7        Q.   Sorry, apologize.  That's where
8  you didn't mention it in your report.  So you
9  considered Baker but didn't mention Baker in
10  your report, right?
11        A.   I --
12        MR. COHEN:  I'm sorry, was --
13        MR. JANUSH:  In that one.
14        MR. COHEN:  This question now
15     is about one study?  Because that was
16     a long, long question.
17  BY MR. JANUSH:
18        Q.   So now as to -- I actually
19  wasn't asking a question there.
20        MR. COHEN:  Maybe the longest
21     question in the world.
22  BY MR. JANUSH:
23        Q.   So I'm just reading through
24  this chart and addressing the studies you
25  didn't list on your considered list.  You

1  appreciate that, right?
2        A.   Based on your evaluation of
3  those materials.
4        MR. COHEN:  Yeah, object to the
5     form.
6        A.   Yes.
7  BY MR. JANUSH:
8        Q.   So why don't we not base it on
9  my evaluation.  Open your report, turn to
10  your materials considered list.  Check me.
11  Show me where you considered Beck.
12        A.   What I'd like to point out --
13  I'm happy to go through these --
14        Q.   I just want you to go through
15  it.  And I'm just asking you to tell me --
16        MR. COHEN:  Just answer his
17     questions.
18  BY MR. JANUSH:
19        Q.   My question is show me where
20  you considered Beck.
21        A.   Beck is not on my materials
22  considered list.
23        Q.   Show me where you considered
24  Dean -- excuse me, not Dean.  Blecharz-Klin.
25        A.   There are two.  Either one

1  you're asking?
2        Q.   Both aren't on your considered
3  list, correct?  Well, there's actually more
4  than that.  There's -- Effect of Prenatal,
5  the one starting with Effect of Prenatal,
6  Blecharz-Klin.  There are five, I think,
7  Blecharz-Klin studies.  You considered two;
8  three, you didn't consider.
9        You can just tell me if you
10  count two.
11        A.   Well, what I can say is that
12  you have two on the list that are not listed
13  in my materials considered list.
14        Q.   Okay.
15        A.   We do have other studies by the
16  same authors though.
17        Q.   I have three, there's another
18  one.  Cerebral Level of Neurotransmitters,
19  that's not on your list either, right, by
20  Blecharz-Klin.
21        A.   Can you say the name again,
22  please.
23        Q.   Cerebral Level of
24  Neurotransmitter in Rats Exposed to
25  Paracetamol During Development.

Page 86

1    A.   Right. I didn't include them
2  because I'm not looking at cerebral levels of
3  neurotransmitters. That's not what I was
4  asked to address. So I had no reason to
5  consider that literature.
6    Q.   Philippot, can you show me
7  where Evaluation of the Dentate Gyrus in
8  Adult Mice Exposed to Acetaminophen on
9  Postnatal Day 10 was considered?
10    A.   Sorry, which Philippot study
11  are you asking about, Adult Neurobehavioral
12  Alterations?
13    Q.   Evaluation of the Dendrite --
14  well, I said Evaluation of the Dendrite Gyrus
15  in Adult Mice Exposed to Acetaminophen.
16    A.   Dentate gyrus. Yeah, I cite
17  two other studies with Philippas as the first
18  author. That one is not on the list because
19  I'm -- I was not asked to address anything
20  about the dentate gyrus. It wasn't relevant
21  to the questions I was asked to address, so
22  of course it wasn't in my materials
23  considered.
24    Q.   How about Suda, Therapeutic
25  Doses of Acetaminophen with Co-Administration

Page 87

1  of Cysteine and Mannitol During Early
2  Development Result in Long-Term Behavioral
3  Changes in Laboratory Rats?
4    Didn't consider that, right?
5    A.   I don't have Suda on my list.
6    Q.   How about Philippot,
7  Paracetamol (Acetaminophen) and its Effect on
8  the Developing Mouse Brain?
9    Is that on your list?
10    A.   It is not one of the Philippot
11  studies that I cited -- or that I considered,
12  excuse me.
13    Q.   How about Herrington, Elevated
14  Ghrelin Alters the Behavioral Effects of
15  Perinatal Acetaminophen Exposure in Rats?
16    Is that in your list,
17  Herrington, of considered materials?
18    A.   Herrington. No, again, they're
19  looking at ghrelin levels, not something I
20  was asked to address. There may be studies
21  on my materials considered list that are not
22  directly relevant to the questions that I was
23  asked to address, but that's because I looked
24  at some literature just for background and
25  context of the whole question at hand.

Page 88

1    But there's no reason why I
2  would have a comprehensive evaluation of many
3  studies like this looking at ghrelin or
4  IL-1-beta because those are things that I was
5  not asked to address.
6    Q.   You have dozens of pieces of
7  literature on your materials considered list
8  that have nothing to do with the actual issue
9  you were asked to address though, right?
10    A.   As I stated, I reviewed some
11  additional literature that -- to get context
12  and background for the case overall.
13    Q.   Not just some, dozens, right?
14    MR. COHEN: He wasn't finished.
15    Please let him finish his answer.
16    A.   So there -- yes, there may be
17  pieces of data, but again, there's no reason
18  why I would have a comprehensive search for
19  additional pieces of data like this, you
20  understand, because these are not what I was
21  asked to address.
22  BY MR. JANUSH:
23    Q.   Admittedly, I find it
24  interesting that rodent studies were not what
25  you were asked to address, and the reason is

Page 89

1  because it's not easy to test for
2  neurodevelopmental in utero outcomes without
3  turning to animal models, right?
4    MR. COHEN: Object to form.
5    A.   So to clarify, it's not that I
6  did not include animal studies. We do have
7  animal -- I did consider animal studies in my
8  report. For example, the animal studies that
9  show that massive overdoses of acetaminophen
10  do not cause evidence of NAPQI formation in
11  the brain.
12  BY MR. JANUSH:
13    Q.   We'll get into that later.
14    MR. COHEN: Please let him
15    finish.
16    A.   Can you restate the second part
17  of your question? There was something
18  additional I wanted to point out. Oh, that
19  was it.
20    You were asking about it's
21  difficult to look at effects in utero without
22  using animal models. My response to that
23  would be, well, plaintiffs' experts have
24  relied on many studies that used, for
25  example, cell culture models that also

1 absolutely cannot model in utero exposure,
2 among other pieces of data that have no
3 relevance for in utero exposure.
4 BY MR. JANUSH:
5    Q.   If you were in a hearing before
6 Judge Cote in this case and the judge
7 overseeing this case asked you why you failed
8 to mention in your report 23 of the 26 rodent
9 studies addressed by Dr. Pearson, how would
10 you respond to Judge Cote?
11        MR. COHEN:  Object to the form.
12    A.    As I've already said, these
13 papers are not addressing the issues that I
14 was asked to address, so there's no
15 particular reason why I should have a list --
16 why I should have included these additional
17 studies.
18        MR. COHEN:  Mr. Janush, at a
19    reasonable point can we take a break?
20    We've been going way over an hour.
21        MR. JANUSH:  We can take a
22    break right now.
23        MR. COHEN:  Whatever is
24    convenient for you.
25        MR. JANUSH:  I can keep going.

1    It's your call.
2        MR. COHEN:  Okay.  Let's take a
3    break.
4        THE VIDEOGRAPHER:  We're going
5    off the record.  The time is 10:04.
6        (Recess taken, 10:04 a.m. to
7    10:21 a.m. CDT)
8        THE VIDEOGRAPHER:  We're going
9    back on record.  The time is 10:21.
10 BY MR. JANUSH:
11    Q.   Dr. McGill, when you received
12 your doctor of toxicology and pharmacology at
13 the University of Kansas, who was your
14 research advisor in your doctorate program?
15    A.    Just a point of clarity, my
16 doctorate is in -- technically in toxicology,
17 although as I mentioned, it did include
18 pharmacology training.
19        My research advisor -- sorry.
20    Q.   What's your doctorate in?  I --
21    A.    Toxicology.  Sorry, toxicology.
22    Q.   Right.  What did I say?
23    A.    You said pharmacology.
24    Q.   Sorry.  I meant to say --
25 sorry -- doctor of toxicology at the

1 University of Kansas.  Right.
2        Who was your research advisor?
3    A.    A person named Hartmut
4 Jaeschke.
5    Q.   Hartmut Jaeschke?
6    A.    Correct.
7    Q.   Has Hartmut Jaeschke been a
8 significant mentor in your academic career?
9    A.    He was my PhD mentor.  I stayed
10 with him briefly as a postdoc fellow as well.
11    Q.   Have you also published a great
12 deal with Hartmut Jaeschke?
13    A.    I guess it defines [sic] on
14 your definition of a great deal.  We have
15 published a number of papers together.
16    Q.   Approximately how many?
17    A.    Oh, boy.  Off the top of my
18 head, I don't recall.  I would -- I would
19 guess in the ballpark of 60.
20    Q.   Indeed, Professor Jaeschke
21 suggested you should be an expert in this
22 case; is that true?
23        MR. COHEN:  Object to the form.
24    A.    No, he did not.  Not to my
25 knowledge, no.

1 BY MR. JANUSH:
2    Q.    None of the literature you
3 published with Hartmut Jaeschke concerns the
4 study of acetaminophen and its potential
5 causal nexus with fetal neurodevelopmental
6 disorders, right?
7    A.    I'm sorry, bit of a long
8 question, so I just want to make sure I'm
9 considering it.
10    Q.   I'll shrink it.
11        Did you study fetal
12 neurodevelopmental disorders with Hartmut
13 Jaeschke that led to publications?
14    A.    Again, my expertise and
15 training are not in neurodevelopment, so no,
16 I've not published on that with Hartmut or
17 otherwise, other than what we've addressed in
18 our review and what we've -- what I've
19 published that's relevant to this -- the
20 questions that I'm considering in this case.
21    Q.   Would you agree that experts
22 should ensure objectivity of their research
23 and publications?
24        MR. COHEN:  Object to form.
25    A.    I -- yeah, I agree that you

Page 94

1  should be as objective as possible.  I have
2  to think how to frame this.  You're always
3  guided -- well, I shouldn't say guided.
4       You're always testing a
5  hypothesis, right, and how you -- as I
6  mentioned with the scientific method, you
7  have your hypothesis, you make predictions
8  based on that, and then you test them.  You
9  should be objective in your testing and in
10  your evaluation of the results of the
11  testing, yes.
12  BY MR. JANUSH:
13      Q.   How many scientific
14  publications did you author with Hartmut
15  Jaeschke that were funded by grants from
16  McNeil Pharmaceuticals, the former corporate
17  entity that made and sold Tylenol?
18      MR. COHEN:  Object to form.
19  Go ahead.
20      A.    So when I was -- I'll start by
21  saying I don't know all of Hartmut's funding
22  history, all the details, right?  It
23  didn't -- how to say that -- I was not a
24  recipient of any of those funds, so I guess I
25  have no reason to be familiar with all those

Page 95

1  details.
2       There were -- as I recall, when
3  I was working in his laboratory, he did have
4  some funding from McNeil, which I -- I
5  believe is a -- basically J&J or associated
6  with J&J.  I think there were maybe three,
7  four studies that -- for which Hartmut
8  received some support from that entity.
9  BY MR. JANUSH:
10      Q.   Okay.  You said you wouldn't
11  have reason to know what Hartmut received
12  funding on from McNeil or J&J.  Let's turn to
13  your footnote 24, reference citation 85,
14  Exhibit 803.  I'm just going to make it easy
15  on you by handing it over to you.
16       (Whereupon, Deposition
17      Exhibit P803, Plasma and Liver
18      Acetaminophen-Protein Adduct Levels in
19      Mice after Acetaminophen Treatment:
20      Dose-Response, Mechanisms, and
21      Clinical Implications, by McGill
22      et al., was marked for
23      identification.)
24  BY MR. JANUSH:
25      Q.   This is a publication that you

Page 96

1  are a coauthor on with Hartmut Jaeschke; is
2  that right?
3      A.   Yes.
4      Q.   And if you look at the screen,
5  I've had our technician pull up:  This
6  investigation was supported in part by grants
7  from McNeil Consumer Health to HJ and DR.
8       Do you see that?
9      MR. COHEN:  I'm sorry.  What
10  page is that on?
11      A.   Yeah, I --
12      MR. JANUSH:  So the funding
13  acknowledgement is --
14      MR. COHEN:  I found it.  Thank
15  you.  Page 8.
16  BY MR. JANUSH:
17      Q.    So do you see that on the
18  screen, this investigation was supported in
19  part by grants from McNeil Consumer
20  Health Inc.?
21      A.    I see that, that it was
22  supported in part by grants from McNeil
23  Consumer Health to Hartmut and Dr. Rollins --
24  I'm sorry, Dr. Jaeschke and Dr. Rollins.
25      Q.    But when a company like McNeil

Page 97

1  that made and sold Tylenol at that time is
2  sponsoring a coauthor of yours, that aids in
3  the publication getting published, correct?
4      MR. COHEN:  Object to the form.
5  BY MR. JANUSH:
6      Q.    In other words, grant money
7  helps scientists fund studies, true?
8      A.    Science is an expensive
9  endeavor.  It requires funds for sure.
10      Q.    And so in your report, you have
11  an area where you disclose ongoing funding
12  for studies and funding for past studies; is
13  that right?
14      A.    I believe I did.
15      Q.    You don't list this study,
16  right?
17      A.    No, because I did not receive
18  any funding for this study.
19      Q.    So is the standard that you
20  wouldn't list funding because you personally
21  weren't the grant recipient and it was one of
22  your coauthors?
23      A.    Well, may -- can you please
24  tell me the page number in my report --
25      Q.    Sure.

Page 98

1   A.   -- that you're looking at.
2   Q.   I think it's --
3   A.   I don't want to waste
4 everybody's time by flipping through here
5 trying to remember where I put it.
6   Q.   I think it's PDF page 113 to
7 115, so that will help us a bunch on the
8 actual report, Exhibit 801.  It's hard to
9 follow your report.  It changes pagination.
10   A.   I'm sorry.  Yes, right, that's
11 what I was saying, yes.
12   Q.   So it's page 11 of --
13   A.   Page 11?
14   Q.   -- your listed work.
15       MR. COHEN:  I apologize,
16   Counsel.  Are you talking about his
17   report or his CV?
18       MR. JANUSH:  Well, his CV is
19   appended to his report.  That's how it
20   was served.  So it's an appendix to
21   the report.
22       THE WITNESS:  Yeah, I think
23   this is the source of the confusion.
24 BY MR. JANUSH:
25   Q.   You have -- at page 5, you have

Page 99

1 Research, Journal Publications (latest to
2 earliest).
3       That's why I think we should go
4 to the screen and pull up P801 and go to
5 page 113, and at PDF page 113, the first
6 reference citation -- well, we can look at --
7 I believe it's the next page is reference
8 citation 85.  And that's the report.  That
9 matches the title.
10       You see that, Plasma and liver
11 acetaminophen-protein adduct levels in mice
12 after acetaminophen treatment?
13   A.   I see it.
14   Q.   So here is a study with Hartmut
15 Jaeschke and you and others addressing plasma
16 and liver acetaminophen-protein adduct levels
17 in mice after acetaminophen treatment
18 sponsored by the makers and sellers of
19 Tylenol, right?
20       MR. COHEN:  Object to the form.
21 BY MR. JANUSH:
22   Q.   At least sponsored as to your
23 coauthor, Hartmut Jaeschke, correct?
24       MR. COHEN:  Object to the form.
25   A.   Hartmut, Dr. Jaeschke, received

Page 100

1 some funds from McNeil.  Again, I point out
2 that I am not a recipient of any of those
3 funds, nor have I ever received, prior to
4 this litigation -- my involvement in this
5 litigation, have never received any sort of
6 funds from J&J.
7 BY MR. JANUSH:
8   Q.   Let's go to the next reference
9 citation.  It's on the page before.  It's
10 reference citation 79 and it's Exhibit P804.
11       (Whereupon, Deposition
12   Exhibit P804, Apoptosis or Necrosis in
13   Acetaminophen-Induced Acute Liver
14   Failure? New Insights From Mechanistic
15   Biomarkers, by McGill et al., was
16   marked for identification.)
17 BY MR. JANUSH:
18   Q.   Here's the first page of what I
19 was able to get.
20       MR. COHEN:  And just for
21   clarification, Counsel, on the
22   record -- when you say "on the
23   report," you're now looking at his --
24   and putting up on the screen pages
25   from his curriculum vitae.

Page 101

1       MR. JANUSH:  Yes, that is --
2   was appended as an exhibit to his
3   report.
4       MR. COHEN:  I understand that.
5       MR. JANUSH:  It was served as
6   one document, one PDF, and so that's
7   how I'm referring to it.
8 BY MR. JANUSH:
9   Q.   And here we're addressing
10 again --
11       MR. JANUSH:  You can go back to
12   where you were, David.
13 BY MR. JANUSH:
14   Q.   We'll call it on the screen so
15 you can see it easier.  Here too is a callout
16 for McNeil funding.  Dr. Jaeschke received
17 research grant supports from -- consulted for
18 McNeil Consumer Health, sorry.
19       Do you see that?  Dr. Jaeschke
20 consulted for McNeil Consumer Health with
21 respect to this study?
22   A.   That's not the portion that's
23 highlighted, but I see the statement.
24   Q.   Now it's being highlighted.  Do
25 you see that now that it's highlighted?

Page 102

1    A.    Yes.

2    Q.    So that's not just grant

3 support.  This is your coauthor consulting

4 for McNeil Consumer Health within the

5 confines of this particular publication,

6 right?

7         MR. COHEN:  Object to the form.

8 BY MR. JANUSH:

9    Q.    That's what that disclosure is,

10 right?

11   A.    No, that's --

12        MR. COHEN:  Object to form.

13   A.    That's an inaccurate statement.

14 In this particular case, there's no statement

15 of research support for this publication.

16        Dr. Jaeschke -- or my

17 interpretation -- my read of this, based on

18 my career of experience in this field, is

19 that he's just being extra cautious and

20 pointing out, by the way, I've received -- or

21 he has consulted for McNeil Consumer Health.

22 BY MR. JANUSH:

23   Q.    It's called a conflict of

24 interest disclosure, right?

25   A.    It's a conflict of interest

Page 103

1 disclosure in which you report anything that

2 could be perceived by someone as a potential

3 conflict.

4    Q.    Okay.

5    A.    But again, this is not support

6 for that article, and again, it has nothing

7 to do with me.

8    Q.    Let's go to reference citation

9 77, Exhibit P805.

10        (Whereupon, Deposition

11        Exhibit P805, Circulating

12        Acylcarnitines as Biomarkers of

13        Mitochondrial Dysfunction after

14        Acetaminophen Overdose in Mice and

15        Humans, by McGill et al., was marked

16        for identification.)

17   A.    Thank you.

18 BY MR. JANUSH:

19   Q.    Circulating Acylcarnitines as

20 Biomarkers of Mitochondrial Dysfunction with

21 Acetaminophen Overdose in Mice and Humans.

22 You are a coauthor with Hartmut Jaeschke,

23 amongst others, right?

24   A.    Correct.

25   Q.    And here too, was this also

Page 104

1 supported in part by grants from McNeil

2 Consumer Health to Hartmut Jaeschke and to

3 Steven C. Curry?

4         And you can look at the screen.

5 I'm trying to speed it along for you.

6         MR. COHEN:  Well, no, he's

7    entitled to look at the --

8         MR. JANUSH:  You are absolutely

9    entitled to look at the document, but

10   we're also calling it up in real time

11   to make it easy for you.

12   A.    I see the -- that the statement

13 says that.  Again, grants from McNeil

14 Consumer Health to Hartmut and Dr. Curry

15 apparently.

16 BY MR. JANUSH:

17   Q.    And we'll go to your footnote 2

18 from your report, which is also reference

19 citation 94.  This is P806.

20        (Whereupon, Deposition

21        Exhibit P806, The mechanism underlying

22        acetaminophen-induced hepatotoxicity

23        in humans and mice involves

24        mitochondrial damage and nuclear DNA

25        fragmentation, by McGill et al., was

Page 105

1        marked for identification.)

2 BY MR. JANUSH:

3    Q.    And this is:  The mechanism

4 underlying acetaminophen-induced

5 hepatotoxicity in humans and mice involves

6 mitochondrial damage and nuclear DNA

7 fragmentation.

8         Do you see that?

9    A.    Yes.

10   Q.    And on the very bottom of the

11 first page -- you don't have to go far.  You

12 don't have to flip through this one.

13   A.    The first page.

14   Q.    On the bottom left-hand corner,

15 conflict of interest, Steven C. Curry and

16 Hartmut Jaeschke are supported by grants from

17 McNeil Consumer Health.

18        Do you see that?

19   A.    I see it.

20   Q.    So here too, two of your study

21 authors were funded by the makers and sellers

22 of Tylenol, right?

23        MR. COHEN:  Object to the form.

24   A.    Based on this statement,

25 Dr. Curry and Dr. Jaeschke have received

Page 106

1  grants from McNeil.
2  BY MR. JANUSH:
3      Q.   Is that a "yes" to my question?
4          MR. COHEN:  Object to form.
5      A.   Well, my answer is that
6  apparently Dr. Curry, as well as Dr.
7  Jaeschke, have received grants from McNeil.
8  That's what the statement says.
9  BY MR. JANUSH:
10     Q.   Just to be clear, I want to
11 make sure I'm getting this right:  Your
12 standard in not disclosing grants from
13 McNeil, the maker and seller of Tylenol under
14 the J&J family of companies, was because you
15 specifically were attenuated from that grant,
16 right?  It wasn't monies given to you
17 directly?
18     A.   I'm sorry.
19     Q.   Just to your coauthors, right?
20         MR. COHEN:  Object to the form.
21         Go ahead.
22     A.   Sorry.  Where did I not
23 disclose?  What are you referring to?
24 BY MR. JANUSH:
25     Q.   Well --

Page 107

1      A.   It is disclosed in these
2  publications.
3      Q.   You have a section in your
4  report, right, and it's entitled -- I'll take
5  you to it.  It's at page 20 of your CV.
6      A.   Is this -- okay.
7      Q.   Extramural funding.
8      A.   Yes.
9      Q.   Page 20, starts at the very
10 bottom of page 20, extramural funding, way
11 back like the fourth-to-last page of the
12 entire PDF of your expert report.
13     A.   Yes.
14     Q.   That extramural funding,
15 studies are listed, right?
16     A.   Well, extramural sources of
17 funding for my research are listed.
18     Q.   Right.
19     A.   For research in my laboratory.
20     Q.   Okay.  So when -- and then
21 there's another area that addresses
22 intramural funding, right?
23     A.   Yes, I believe there is a
24 section on intramural funding.
25     Q.   But with respect to extramural

Page 108

1  funding for your laboratory, you had no
2  problem listing when you are in the role of,
3  quote, other personnel on a laudatory grant
4  of $4,278,884 from the National Institutes of
5  Health with James as the PI, right?  Here,
6  you're not the PI on that, right?
7      A.   Right.
8      Q.   It's at the bottom of page 21.
9  I want to make sure you're looking -- middle
10 of page 21.  I want to make sure you're
11 looking at it with me.  It's also up on the
12 screen.
13     A.   No, I'm not the PI.  "Other
14 personnel" is not a general term.  It's an
15 official category with the National
16 Institutes of Health.  I'm listed as --
17 officially listed as -- in that official
18 category of other personnel, and I receive
19 salary support for it.
20     Q.   Okay.
21     A.   So in that sense, I -- this is
22 one of my projects.
23     Q.   And then on the next one, you
24 also had no problem listing -- literally, the
25 very next one, yep, KO1 DK126990, National

Page 109

1  Institutes of Health, Lutkewitte is the PI.
2  I'm sure I'm pronouncing that name wrong, but
3  that's who the PI is on this study with a
4  grant of $521,314, right?
5      A.   That's correct.  So again, what
6  is typical to list on your CV is when you are
7  a named individual on that grant.  Otherwise,
8  you know, if I were to list myself as a grant
9  on Dr. Jaeschke's McNeil funding -- sorry,
10 list myself as personnel in any capacity on
11 Dr. Jaeschke's McNeil funding, that would be
12 unethical because this is a presentation of
13 my work, and others in my field see it
14 as me taking some credit for his work.
15         MR. JANUSH:  Move to strike,
16     nonresponsive.  I didn't have a
17     question pending for you to answer.
18 BY MR. JANUSH:
19     Q.   At the bottom of that, I see:
20 Effort, colon, 0% FTE.  So on this one,
21 $521,314 grant not provided by McNeil, you
22 had 0% FTE.  Explain what FTE is.
23     A.   FTE stands for full-time
24 equivalent.
25     Q.   So what does this mean, 0%

Page 110

1  full-time equivalent?
2      A.    Yeah, so what it means is that
3  I was in an official named capacity on this
4  grant as other personnel, but I declined any
5  salary recovery from it.  This was a -- this
6  was a type of training grant, it's a KL1.
7  Dr. Lutkewitte was a postdoc along with
8  myself at Washington University in St. Louis.
9  He obtained this grant as PI, but a component
10 of the grant is mentoring.
11         And so he asked me, as I was a
12 bit ahead in my career, if I would be willing
13 to mentor him.  And I said yes because I
14 believe that's a very important thing to do,
15 mentor young scientists, and I did not feel
16 that I should take any salary recovery from
17 it.
18         Nevertheless, I was an
19 officially named person in the grant, which
20 is why I've included it in here.
21     Q.    And similarly, when a coauthor
22 gets grant money from the makers and sellers
23 of Tylenol to publish science related to
24 Tylenol and neurotoxic issues, that advances,
25 as a whole, the entire publication, right?

Page 111

1         MR. COHEN:  Object to the form.
2  BY MR. JANUSH:
3      Q.    In other words, when one
4  scientist receives grant money from the maker
5  and seller of Tylenol, that has the benefit
6  of aiding the entire work, right?
7         MR. COHEN:  Object to the form.
8      A.    Again, science is an expensive
9  endeavor.  You need funds to do it.  There
10 are -- I mean, it helps you to pay for things
11 like pipette tips, tubes, things that are
12 necessary to do -- to complete the project.
13        It doesn't benefit -- well,
14 with respect to Dr. Jaeschke's funding, I was
15 not a recipient, never benefited me
16 personally, other than helping him pay for
17 the pipette tips that I was using.
18 BY MR. JANUSH:
19     Q.    Marking 807, Plaintiffs'
20 Exhibit 807.
21        (Whereupon, Deposition
22     Exhibit P807, Webpage, Johnson &
23     Johnson Acquires McNeil Laboratories,
24     was marked for identification.)
25        ///

Page 112

1  BY MR. JANUSH:
2      Q.    This is a screenshot
3  from Johnson & Johnson, Our Story.  The
4  Johnson & Johnson Company Timeline.  1959,
5  Johnson & Johnson acquires McNeil
6  Laboratories.  And it says:  At the heart of
7  its business -- at the bottom, I'm reading
8  three lines from the bottom -- at the heart
9  of its business was Tylenol, the first
10 aspirin-free pain reliever.  Today, Tylenol
11 remains a household name and one of Johnson &
12 Johnson's most popular products.
13        Do you see that?
14     A.    I see it.
15        MR. COHEN:  Object to the --
16     just note my objection to the use of
17     this exhibit.
18        Go ahead.
19 BY MR. JANUSH:
20     Q.    When you were working on
21 studies that were funded in part by McNeil to
22 one of your coauthors, did you have an
23 appreciation that at that time that it was
24 McNeil, the maker and seller of Tylenol?
25        MR. COHEN:  Object to the form.

Page 113

1      A.    As I stated in my previous
2  answer, yeah, I'm aware that McNeil -- I
3  don't know exactly their relationship, but I
4  know -- I think I said earlier, McNeil
5  basically is J&J, so...
6  BY MR. JANUSH:
7      Q.    I didn't say "at that time" in
8  that prior question, so I modified this
9  question.
10     A.    Okay.
11     Q.    Did you know then, when you
12 were publishing your work, that McNeil was
13 paying Dr. Jaeschke grant money to publish
14 that article with you?
15        MR. COHEN:  Object to the form.
16     A.    I knew Dr. Jaeschke had grant
17 funding from McNeil, and -- and yes, that
18 McNeil was part of Johnson & Johnson.
19 BY MR. JANUSH:
20     Q.    And that McNeil was the maker
21 and seller of Tylenol?
22     A.    I'm aware, yeah.
23     Q.    And you were aware then too?
24     A.    Yes.
25     Q.    Okay.  And --

Page 114

1  A.    In the United States.
2  Q.    And while serving as an expert
3  in this case, concerning this all-important
4  product to Johnson & Johnson -- it's one of
5  its most popular products according to the
6  web page -- it didn't occur to you that it
7  might be a wise thing to let Judge Cote and
8  the plaintiffs know that four of your
9  publications with Hartmut Jaeschke were
10 sponsored in part by the defendant?
11       MR. COHEN:  Objection.  That's
12    just inappropriate.
13       MR. JANUSH:  You may answer.
14  A.    I never received any funding of
15 any form from McNeil or Johnson & Johnson
16 prior to this, my involvement in this
17 litigation.  I can't speak to Hartmut's full
18 funding history.  I'm aware he had some
19 funding from McNeil.
20 BY MR. JANUSH:
21  Q.    Did you know that as recent as
22 2020, your mentor, your former research
23 advisor in your PhD program, and your
24 coauthor on, as you put it, approximately 60
25 publications, was communicating with

Page 115

1  senior -- a senior scientist at Janssen
2  research and development to help the
3  Johnson & Johnson companies counter published
4  literature linking fetal acetaminophen
5  exposure to ADHD?
6        Did you know that?
7        MR. COHEN:  Objection.  Object
8     to the form.
9  A.    No.  No, I had no knowledge of
10 that.
11 BY MR. JANUSH:
12  Q.    Incidentally, do you know how
13 many times you've cited -- let me ask it
14 differently.
15        Did you know that you cited
16 Dr. Jaeschke within the body of your expert
17 report and the appendices to your report 141
18 times?
19        MR. COHEN:  Object to the form.
20  A.    Did I know that I did that?
21 No.  I mean, I don't know the number of
22 times.
23







Page 122

[REDACTED]

---

Page 124

1  going to do something else.
2      Dr. McGill, have you reviewed
3  any studies that concluded that biological
4  causation between acetaminophen and fetal
5  exposure -- or between fetal exposure of
6  acetaminophen and neurodevelopmental outcomes
7  are biologically impossible?
8      MR. COHEN:  Object to form.
9      A.   I'm sorry, can you ask the
10 question again.
11 BY MR. JANUSH:
12     Q.   Have you reviewed any studies
13 concluding that acetaminophen in utero
14 exposure and resulting neurodevelopmental
15 outcomes are biologically impossible?
16     MR. COHEN:  Object to form.
17     A.   So to be clear, I was not asked
18 to address the neurodevelopmental outcomes or
19 anything -- behavioral outcomes, anything
20 similar to that.
21     What I have reviewed in my
22 literature and stated -- or described in my
23 expert report are a number of studies which
24 together demonstrate that there is no
25 formation of NAPQI in the brain, which is the

---

Page 125

1  question that I was asked to address and that
2  the plaintiffs opine is a mechanism for such
3  neurodevelopmental or behavioral outcomes.
4      MR. JANUSH:  Move to strike as
5      nonresponsive everything after "I was
6      not asked to review -- address the
7      neurodevelopmental outcomes or
8      anything -- behavioral outcomes,
9      anything similar to that."  Everything
10     following those words, move to strike.
11 BY MR. JANUSH:
12     Q.   Dr. McGill, have you made an
13 effort to accurately reflect your
14 understanding of what each scientific piece
15 of literature that you relied on actually
16 addressed in the papers you cited?
17     A.   Yes.  The papers that I
18 reviewed in my expert report, I've made my
19 best effort to be accurate.
20     Q.   Because if you inaccurately
21 cite a paper you relied on, it is possible
22 you misunderstood what the paper stood for,
23 right?
24     MR. COHEN:  Object to the form.
25     ///

---

14      Dr. McGill, I'm going to go
15 through really briefly your summary opinions
16 that are up front in your report that you get
17 into in greater detail later.
18     So this is at page 6 of the
19 report.
20     A.   It doesn't appear to be page 6.
21     Q.   My apologies.
22     A.   If you're referring to -- I
23 think it was paragraph 4, as we discussed
24 earlier, if that's what you're referring to.
25     Q.   Actually, you know what?  I'm

Page 126

1  BY MR. JANUSH:
2      Q.    Hypothetically.
3      A.    Hypothetically?  If -- if
4  one -- I suppose if one summarized a study or
5  described a study incorrectly, it's possible
6  that they misunderstood or missed something.
7      Q.    It's either a misunderstanding
8  or it's a purposeful error, right?
9          MR. COHEN:  Object to the form.
10  BY MR. JANUSH:
11      Q.    When someone inaccurately cites
12  a paper that they rely on?
13          MR. COHEN:  Object to the --
14      A.    No, it could also just be an
15  honest error that is not the result of
16  misunderstanding, or could be something
17  that's overlooked, some sort of accidental --
18  so the answer to your question is no.
19  BY MR. JANUSH:
20      Q.    Let's turn to page 7 -- or
21  excuse me, paragraph 7 of your report.  And
22  it's at paragraph 7 that you are addressing
23  different studies you've been involved in
24  focused on acetaminophen, fair?
25      A.    It's describing certain things

Page 127

1  that I considered major foci of my research
2  career that I, you know -- yeah.
3      Q.    And the majority of the studies
4  that are addressed at paragraph 7 concern
5  single-dose overdose of acetaminophen being
6  studied, right?
7      A.    With the caveat that they
8  sometimes involve overdose patients, and
9  overdose patients, it's very difficult to
10  determine what form their overdose took.
11      Q.    And one of the studies that you
12  address concerned whether acetaminophen could
13  cause hearing loss, right?  We talked about
14  that earlier?
15      A.    Correct.
16      Q.    And you found that a large
17  single overdose of acetaminophen did not lead
18  to NAPQI formation in the cochlea within the
19  ear of mice, right?
20      A.    Correct.
21      Q.    And by citing to this study,
22  Dr. McGill, were you seeking to imply that an
23  acetaminophen overdose study looking at the
24  cochlea is relevant to the in utero
25  developing fetal brain?

Page 128

1      A.    No, I never made such a
2  statement.  It is interesting to note that
3  the cochlea contain neurons, and we're
4  talking about the brain, and the parenchymal
5  or major cell type of the brain is neurons,
6  but I never made the statement that you're
7  saying.
8      Q.    And on page 5 in the middle of
9  the page, you address a 2012 publication and
10  you say, quote:  In 2012, we published the
11  first evidence that mitochondrial damage also
12  occurs --
13          Excuse me, I want to read below
14  it.  I apologize.
15          In 2012, we published a
16  comparison of hepatic acetaminophen-protein
17  binding, glutathione and oxidative stress in
18  mice and rats, the latter species being much
19  less susceptible to liver toxicity from
20  acetaminophen overdose.  The results indicate
21  that NAPQI must bind to mitochondrial
22  proteins to cause toxicity.
23          Did I read that right?
24      A.    Yes.
25      Q.    Would you agree that

Page 129

1  mitochondrial dysfunction is critical for the
2  development of necrosis after APAP treatment?
3          MR. COHEN:  Object to form.
4      A.    It's a critical feature of
5  liver injury due to acetaminophen overdose.
6  Specifically, yeah, overdose.
7          With the caveat that
8  mitochondrial dysfunction is not an
9  irreversible phenomenon.  It can occur
10  without subsequent injury.
11  BY MR. JANUSH:
12      Q.    Now, when we address that
13  paragraph I just read, we see footnote 3 at
14  the end of the sentence, right?
15      A.    Yes.
16      Q.    And here you are citing to your
17  own publication at footnote 3, right?
18      A.    The publication described in
19  that paragraph, yes.
20      Q.    Right.
21          Did you know, by the way, that
22  you cited to your own publications 12 times
23  within the first 12 pages and within the
24  first 24 citations to your expert report?
25      A.    I wasn't aware of the number,

Page 130

1  but I would like to add that I'm spending
2  much of the first 12 pages describing my
3  career and achievement, so of course I'm
4  going to cite myself.
5        In addition to that, and again
6  in response to your question previously about
7  how many times I've cited Dr. Jaeschke,
8  acetaminophen toxicity is a relatively small
9  field.  There are only a handful of experts.
10  Dr. Jaeschke is one of the leading experts.
11  I am also one of the leading experts.  It's
12  difficult not to cite our -- my studies or
13  his studies.
14        Q.    If you're studying the liver,
15  that's right, right?  Correct?
16        A.    We don't know that much
17  about -- well, let me rephrase that.
18        Toxicity in the liver, as well
19  as the kidney, those are the only two
20  well-characterized toxicities of
21  acetaminophen.  And so -- I'm trying to
22  consider the best way to say this.
23        So the majority of research on
24  acetaminophen metabolism and toxicity has
25  been done in the liver, and so due to the

Page 131

1  paucity of data with other potential organ
2  toxicities, we have to rely on that, and, in
3  fact, the plaintiffs' experts also rely on
4  that when they proposed this idea that NAPQI
5  mediates the toxicity in the brain and
6  oxidative stress mediates the toxicity in the
7  brain.  So we all have to rely on it just as
8  your experts did.
9        MR. JANUSH:  Move to strike,
10  nonresponsive.
11  BY MR. JANUSH:
12        Q.    You are a liver researcher
13  primarily, right?
14        MR. COHEN:  Object to form.
15  BY MR. JANUSH:
16        Q.    Just asking if -- background
17  information.  It's a yes or a no.
18        A.    The focus of my research is
19  threefold.  So I study various aspects of
20  acetaminophen toxicity with a focus on
21  hepatotoxicity.  I also study biomarkers of
22  drug-induced liver injury, including
23  acetaminophen toxicity, and we also look at
24  liver regeneration and repair after injury,
25  including after acetaminophen toxicity.

Page 132

1        Q.    How did you arrive at the
2  conclusion that NAPQI, quote, must bind,
3  quote, to mitochondrial proteins to cause
4  toxicity?
5        A.    Yes, so there are multiple
6  sources of data for this, if you'd like me to
7  go into detail.  So this idea originated from
8  older data from like 1980s, 1990s.  There's a
9  regioisoform of acetaminophen that does not
10  cause liver injury in some models called
11  AMAP.  That's -- so what has been observed is
12  that AMAP binds to proteins but does not
13  cause liver injury, and it's thought that
14  that's because if you compare what proteins
15  are bound between acetaminophen and AMAP in
16  some models, the NAPQI from acetaminophen,
17  reacting metabolite of acetaminophen, binds
18  specifically -- or binds more to
19  mitochondrial proteins.  The reactive
20  metabolite of AMAP binds less to
21  mitochondrial proteins.
22        So that was kind of the initial
23  clue that it is probably mediated in part by
24  mitochondrial protein binding.
25        In addition to that, there are

Page 133

1  other models.  For example, this paper in
2  this paragraph that you mentioned, footnote 3
3  on page 5 of my report, in that paper we
4  demonstrated that rats, which again, are very
5  resistant to acetaminophen hepatotoxicity,
6  have much lower mitochondrial protein binding
7  after an overdose of acetaminophen compared
8  to mice, which are sensitive to acetaminophen
9  hepatotoxicity.
10        In addition to that, if you
11  block NAPQI formation using P450 inhibitors,
12  then you don't get mitochondrial dysfunction.
13        So those are three keys pieces
14  of data that contribute probably the most to
15  that statement, that underlie that statement.
16  There are some additional pieces of data as
17  well.
18        MR. JANUSH:  I'm going to mark
19  what's been -- I'm providing what's
20  been marked as Plaintiffs' Exhibit
21  809.
22        (Whereupon, Deposition
23  Exhibit P809, Acetaminophen-induced
24  Liver Injury in Rats and Mice:
25  Comparison of Protein Adducts,

Page 134

1    Mitochondrial Dysfunction, and
2    Oxidative Stress in the Mechanism of
3    Toxicity, by McGill et al., was marked
4    for identification.)
5    BY MR. JANUSH:
6        Q.    And this is a -- the study that
7    you cite in your report at footnote 3.
8        Do you see that?  Can you
9    confirm that?  Acetaminophen-induced liver
10   injury in rats and mice?
11       A.    Yes, that's the reference.
12       Q.    And here you are again
13   publishing here with Dr. Hartmut Jaeschke,
14   right?
15       A.    Correct.
16       Q.    And it's 2012.
17       A.    I believe that was the year it
18   was published, yes.
19       Q.    And if we turn to page 4 of 19,
20   we see a statement:  Mitochondrial
21   dysfunction is known to play a role in APAP
22   hepatotoxicity in both mice and humans.
23       A.    Uh-huh.  I'm sorry, can you
24   tell me -- show me where you're looking at?
25       MR. JANUSH:  Yeah, I'll have

Page 135

1    David search.  It's right here
2    under -- there you are, David.  You're
3    there.
4        A.    Oh.  Yes.
5    BY MR. JANUSH:
6        Q.    And then after that statement,
7    it says:  It is well-established that NAPQI
8    binds to mitochondrial proteins, citing to
9    Tirmenstein and Nelson 1989.
10       A.    Uh-huh.
11       Q.    And it is generally accepted
12   that this is an important early event in the
13   mitochondrial dysfunction and associated
14   oxidative stress seen after APAP overdose.
15       A.    Uh-huh.
16       Q.    Did I read that correctly?
17       A.    Yes.
18       Q.    And you believe in that today,
19   right?
20       A.    With the caveat that in this
21   paper we're talking about the liver.
22       Q.    And if we turn to page 6 of 19
23   and search for the terms "protein binding,
24   especially mitochondrial protein binding, is
25   necessary for initiation of APAP toxicity" --

Page 136

1        MR. JANUSH:  No, not there,
2    David -- Michael.  Sorry.  I thought
3    this was prehighlighted.  I'll find
4    it.  It's at the bottom of the page,
5    last paragraph.  Protein binding,
6    especially mitochondrial protein
7    binding, is necessary for initiation
8    of APAP toxicity.
9    BY MR. JANUSH:
10       Q.    Do you see that?
11       A.    I see it, yes.
12       Q.    Do you hold that opinion today?
13       A.    That is what is known to --
14   it's known that protein binding in the liver
15   after an overdose, and particularly
16   mitochondrial protein binding in the liver
17   after an overdose, is necessary for
18   initiation of APAP toxicity.
19            APAP being acetaminophen, just
20   for the record.
21       Q.    By the way, just while we're
22   talking about for the record.  For the
23   record, the liver has the ability to
24   regenerate.  The brain does not have the
25   ability to regenerate following injury,

Page 137

1    right?
2        A.    I -- again, I'm not a
3    neuroscientist.  I can't comment on brain
4    regeneration.  I have no reason -- well,
5    yeah, I can't comment on brain regeneration.
6    I don't know.
7        Q.    And all these studies that we
8    are addressing in the beginning of your
9    report at page 5 and thereafter, these are
10   looking at liver cells, not brain cells,
11   right?
12       A.    Okay.  Can you -- I want to
13   make sure, because --
14       Q.    Page 5, page 6.
15       A.    You're referring to all these
16   studies in my report?
17       Q.    Other -- other than -- other
18   than the cochlea study we've spoken about
19   from 2015, I'm talking about page 5, the 2018
20   research group addressing liver tissue at the
21   bottom of page 6.
22       A.    Uh-huh.
23       Q.    Liver studies, right?
24       MR. COHEN:  So you want him to
25   check his footnotes; is that what

Page 138

1  you're asking him?

2      MR. JANUSH:  Nope.  Nope.  He

3  writes it in the body of the text.

4      If he needs help, he'll let me

5  know.

6  BY MR. JANUSH:

7      Q.    It says liver.

8      A.    You're asking specifically

9  pages 5 and 6, because there's some

10  additional on page --

11      Q.    I'll walk you there on that.

12  I'm talking about pages 5 and 6, the

13  beginning of your report here.

14      These are liver studies, right,

15  except for the cochlea study?

16      MR. COHEN:  Object to the form.

17      Just take your time and review

18  what he's asked you to review.

19  BY MR. JANUSH:

20      Q.    I didn't ask you to review

21  anything.  These are liver studies, right,

22  that you're addressing --

23      MR. COHEN:  You're asking a

24  question based upon all of these

25  studies.

Page 139

1      A.    So not exactly.  So again,

2  there are actually two studies citing -- one

3  is the hearing loss study.

4  BY MR. JANUSH:

5      Q.    It says that, yeah.

6      A.    Another is drug metabolism in

7  the ear.  So those are two studies.  On

8  pages 5 and 6 the rest are dealing primarily

9  with liver injury, though I note on page 7 we

10  mention our review that --

11      Q.    And on page 7, the top two

12  studies that are bulleted, those are also

13  liver studies, right?

14      A.    The top two studies are

15  primarily concerned with liver injury and

16  repair, yeah.

17      Q.    Okay.  At page 5 of your

18  report, when you address the bullet:  In

19  2013, we published a study of the

20  dose-response and kinetics of NAPQI formation

21  in the liver in mice, comparing hepatic

22  glutathione and hepatic and serum

23  acetaminophen-protein adducts with various

24  liver damage endpoints.  The data demonstrate

25  that NAPQI formation correlates with liver

Page 140

1  injury.

2      You wrote that, right?

3      A.    Yes.

4  ██  ███████████████████████████████

5  ██ ████████████████████████████████████████

6  ██ █████████████████████████████████

7  ██ ███████████████████████████████████

8  ██ ████████████████████████████████████

9  ██ ██████████████████████████████

10      A.    Did we already have -- I

11  guess --

12      Q.    It's 803.  I believe I put that

13  before you already.  Can you pull that up?

14      A.    Yeah.

15      Q.    Great.

16      In this study, you address that

17  toxicities might arise at doses below

18  hepatotoxic levels, true?

19      A.    No.

20      Q.    Well, let's look at the

21  abstract in the -- just in the abstract

22  alone, we will look at the following

23  language:  Importantly, the data confirm --

24  it's in the middle, slightly down from

25  there -- importantly, the data confirm

Page 141

1  earlier work that showed that protein-derived

2  APAP-cysteine can appear in plasma without

3  liver injury.

4      Do you see that?

5      A.    Yes.  But protein adduct

6  formation is not toxicity, and you asked

7  about toxicity.

8      Q.    Protein adduct formation is the

9  precursor to NAPQI, isn't it?

10      A.    It's not a precursor to NAPQI,

11  no.  NAPQI is formed by P450s and then reacts

12  with proteins.  NAPQI is the precursor to

13  protein binding.

14      Q.    So if NAPQI is the precursor to

15  protein binding, and here you're showing

16  protein-derived APAP-cysteine can appear in

17  plasma without liver injury, you're showing

18  that -- you're showing that protein binding

19  can occur without glutathione depletion in

20  this study, right?

21      A.    So to answer your question

22  directly, let me -- what we show in the paper

23  is that protein binding can occur without

24  toxicity.

25      If you look at Figure 2A,

Page 142

1 Figure 2 on page 15 of the version that I
2 have that you've provided.  I'll just give
3 you a moment.
4      Q.    Can you pull that up on the
5 screen?  There, it's up on the screen.
6      A.    Okay.  Let me know when I can
7 continue, please.  Okay.
8           Yeah, if you look at panel A
9 there in Figure 2, this is total glutathione
10 in the liver, so GSH plus GSSG, because it
11 exists in two forms, so the total is a
12 combination of both.  You can see that every
13 single dose we tested caused loss of
14 glutathione.
15      Q.    If we go to page 2, what I want
16 to address, following the introduction in the
17 second paragraph, it says:  Forty years ago,
18 a series of critical papers established the
19 mechanism of APAP-induced liver injury begins
20 with the P450-catalyzed conversion of the
21 drug to an electrophile that can react with
22 glutathione, GSH, and bind to proteins.
23      A.    Uh-huh.
24      Q.    This reactive metabolite is
25 generally believed to be

Page 143

1 N-acetyl-p-benzoquinone imine, NAPQI.
2           It is now thought that binding
3 to proteins, mitochondrial proteins in
4 particular, causes oxidative stress and
5 mitochondrial damage resulting in necrotic
6 cell death.
7           You wrote that, right?
8      A.    Yes.  This is what we call, as
9 I mentioned previously when we were
10 discussing my methodology and how I weigh or
11 compare studies, this is -- protein binding
12 is an event that we would consider in science
13 necessary but not sufficient.
14           You can have protein binding
15 without toxicity.  So in other words, you
16 have to have protein binding to get toxicity
17 in the liver, and -- but it's not enough.
18 It's not enough just to have some protein
19 adducts.
20      Q.    And if we go to page 5.
21 Mechanisms of the appearance of APAP-protein
22 adducts in plasma, you wrote:  We have
23 hypothesized that the appearance of
24 APAP-protein adducts in plasma occurs in one
25 of two ways.  Protein binding may take place

Page 144

1 exclusively within hepatocytes, followed by
2 secretion or exocytosis of some of the
3 adducted proteins into plasma.
4           Alternatively, NAPQI could
5 diffuse out of the hepatocyte and bind to
6 plasma proteins in situ.  We decided to take
7 an in vitro approach to test these
8 hypotheses.
9           Did I read that correctly?
10      A.    Yes, those were the hypotheses
11 that we had at the time.
12      Q.    And then when we get to page 7,
13 you address:  It has long been believed that
14 G -- extensive GSH -- that's glutathione,
15 right?
16      A.    Correct.
17      Q.    -- depletion is required for
18 protein binding to occur after APAP.
19 Dose-response data supporting this were first
20 published 40 years ago.
21           And then you go on to say:
22 However, more recent work has challenged this
23 idea.  Protein adducts could be measured in
24 human HepaRG cells as early as one hour after
25 treatment with APAP, well before any

Page 145

1 appreciable loss of glutathione had occurred.
2           And you cite to yourself from
3 2011, right?
4      A.    Yes.
5      Q.    Moreover, protein-derived
6 APAP-CYS could be detected in serum from
7 humans after only therapeutic doses, citing
8 to Heard 2011.
9           Do you see that?
10      A.    Yes.
11      Q.    Where in your report did you
12 address that protein-derived APAP-CYS could
13 be detected in humans from only therapeutic
14 doses?
15      A.    So it wasn't really relevant to
16 my report for the reason being that it's most
17 likely -- since the liver is the primary site
18 of drug metabolism, it's most likely that all
19 circulating acetaminophen-protein adducts
20 come from the liver.  There's no reason to
21 believe it comes from the brain at all.
22           So this observation is not
23 really relevant to what we're talking about.
24 And again, protein binding is necessary but
25 not sufficient for toxicity.

Page 146

1  Q.  Protein binding is what?
2  A.  Necessary but not sufficient
3 for toxicity.  So seeing protein binding is
4 not an indication of toxicity.  It's a
5 necessary thing; you have to see it in the
6 liver after overdose, and that's what the
7 plaintiffs opine would happen in the brain as
8 well.  So it's a necessary thing.  But just
9 having some doesn't mean you get toxicity.
10       And again, yeah, these are
11 probably mostly coming from the liver since
12 that is the major site of drug metabolism,
13 including acetaminophen metabolism.
14  Q.  And when you say for toxicity,
15 you can only speak to for liver toxicity,
16 right?
17  A.  So when I say toxicity,
18 toxicity occurs with -- it makes -- known --
19 established to occur with acetaminophen
20 overdose in the liver and in some patients in
21 the kidney.  So that's what most of our
22 statements and research have focused on.
23  Q.  You're aware, though, of
24 protein binding occurring in other tissue
25 matter, right?

Page 147

1  A.  We have provided a little bit
2 of data that there might be some in the lung.
3  Q.  I'm not talking about you
4 personally, your studies.
5  A.  Right.
6  Q.  You are personally aware as a
7 scientist that protein adduct binding occurs
8 in the brain, right?
9  A.  Absolutely not.  No, no.  There
10 are no acetaminophen-protein adducts detected
11 in the brain by anyone who's attempted to
12 measure it, even after massive overdoses of
13 acetaminophen.
14  Q.  We're going to go through the
15 brain a little more later on and address your
16 brain studies to address the relevancy of
17 what you have set forth in your expert
18 report.
19       And then further on here at
20 page 7:  Our results show that the peak of
21 protein adduct formation in the liver is
22 reached by half hour -- a half to one hour
23 after administration of subtoxic doses and
24 that adduct concentration decreases
25 thereafter.

Page 148

1       Importantly, we were able to
2 detect protein binding after treatment with
3 15 milligrams per kilogram APAP at these
4 earlier time points, with only a minimal loss
5 of liver GSH.  Together, it is clear from
6 these studies that some protein binding can
7 occur without extensive GSH depletion and
8 without toxicity.
9       Do you see that?
10  A.  I see that.  I would also like
11 to note "minimal" is a relative term, right?
12 At the other doses, we also see almost
13 complete glutathione depletion.  At the
14 15-milligram per kilogram dose, if you look
15 at panel A of Figure 2, there was still loss
16 of glutathione, as I said before.
17  Q.  What did you do -- let me ask
18 you something.
19       Do you believe that the
20 question of babies in utero being protected
21 from a potential harmful toxic product is a
22 serious concern?
23       MR. COHEN:  Object to the form.
24 BY MR. JANUSH:
25  Q.  In other words, to study that,

Page 149

1 it's important to study it because it's a --
2 it's an in utero baby that we're talking
3 about, right?
4       MR. COHEN:  Same objection.
5  A.  It's important to -- it would
6 be -- if you're concerned that in utero
7 exposure to some chemical might have adverse
8 effects on the offspring, that's an important
9 concern and it's worth studying.
10 BY MR. JANUSH:
11  Q.  From a perspective of
12 methodology, what did you do in this case,
13 when considering that Tylenol is a drug that
14 can be taken repeatedly at therapeutic doses
15 over consecutive days by a pregnant woman, to
16 determine what the impact of that minimal
17 protein binding that you spoke of earlier
18 would be over time when glutathione is not
19 being completely depleted?
20       MR. COHEN:  Object to form.
21 BY MR. JANUSH:
22  Q.  What did you do to rule in or
23 rule out what the impact of that concern is?
24  A.  Well, that's not what I was
25 asked to address, right.  I mean, these

Page 150

1 clinical outcomes, it's not -- I'm not an
2 epidemiologist. I'm -- I'm not a physician.
3 I wasn't asked to address --
4      Q.    I'm not talking about the
5 epidemiology. I'm talking about causation.
6 I'm talking about the fact that you are a
7 scientist that studies primarily, from all
8 your publications that I've seen and from
9 what you acknowledge today, liver toxicity,
10 and primarily within the field of liver
11 toxicity, single-dose overdose analysis.
12      So I'm asking: In a case like
13 this, where we are undoubtedly not addressing
14 single-dose overdoses of Tylenol but, rather,
15 cumulative doses, what did you do to satisfy
16 your safety concern for babies that -- and
17 ensure that your opinion is valid for the
18 women, the pregnant mother who's taking
19 Tylenol repeatedly, day after day during her
20 pregnancy?
21      What did you do to eliminate a
22 concern that protein binding with minimal
23 loss of liver GSH wouldn't be harmful to a
24 baby?
25      MR. COHEN: Object to form.

Page 151

1      Go ahead.
2      A.    That's a very long question.
3 First of all --
4 BY MR. JANUSH:
5      Q.    It is, and I can break it down,
6 but I'm trying to tell a story with
7 you because --
8      A.    I'm prepared to answer the
9 question.
10      Q.    Okay. Good.
11      A.    So, first of all, it's a bit
12 strange to me that you're sort of harping on
13 the single-dose overdose when your own
14 plaintiffs' experts relied extensively on
15 data from studies that use single doses.
16      In addition to that, when
17 you're talking about, you know, what did I
18 do, well -- to assuage my concern that there
19 might be an effect on the child, well, first
20 of all, there are no data on
21 acetaminophen-protein binding in the fetal
22 brain after maternal ingestion of therapeutic
23 doses of acetaminophen.
24      The only data that we have on
25 acetaminophen-protein binding in the brain

Page 152

1 comes from rodent studies where they gave
2 massive overdoses of acetaminophen and failed
3 to detect any evidence of protein binding.
4      So if massive overdoses don't
5 cause NAPQI formation in the brain, I'm not
6 too worried about it at therapeutic
7 overdoses.
8      Q.    And we're going to get to what
9 you consider massive overdoses.
10      MR. COHEN: If you're at a
11 convenient spot, we've been going over
12 an hour again. Can we take a break?
13      MR. JANUSH: Sure.
14      MR. COHEN: Thanks.
15      THE VIDEOGRAPHER: We are going
16 off record. The time is 11:26.
17      (Recess taken, 11:26 a.m. to
18 12:25 p.m. CDT)
19      THE VIDEOGRAPHER: We are going
20 back on record. Time is 12:25.
21 BY MR. JANUSH:
22      Q.    Dr. McGill, earlier before we
23 broke for lunch, we had talked a bit about
24 the paper you wrote with Stefanie
25 Kennon-McGill. That's your wife, right?

Page 153

1      A.    She's my wife and colleague.
2      Q.    Okay. So that, we're marking
3 Extrahepatic toxicity of acetaminophen
4 critical evaluation of the evidence and
5 proposed mechanisms, by Kennon-McGill et al.
6 as Plaintiffs' Exhibit 839 and handing it to
7 you.
8      (Whereupon, Deposition
9 Exhibit P839, Extrahepatic toxicity of
10 acetaminophen: critical evaluation of
11 the evidence and proposed mechanisms,
12 by Kennon-McGill et al., was marked
13 for identification.)
14 BY MR. JANUSH:
15      Q.    And this is from the Journal of
16 Clinical and Translational Research,
17 Extrahepatic toxicity of acetaminophen:
18 critical evaluation of the evidence and
19 proposed mechanisms.
20      This is the review paper that
21 you did, right? This isn't original science;
22 it's just original summary of literature from
23 your perspective, right?
24      A.    Just a point of clarity. You
25 referred to it as the review paper. I've

1 written more than one review but --
2       Q.    The one we discussed though.
3       A.    The one we discussed earlier,
4 it is that paper.
5             With regard to the question of
6 it does not represent original experimental
7 research, but again, when you write a review
8 like this, you try to critically evaluate the
9 data in the literature, so it's still a
10 critical analysis.
11      Q.    And this was published in 2017;
12 is that correct?
13      A.    That's correct.  That's what it
14 lists on the article info.
15      Q.    Okay.
16      A.    It came -- yeah, that's fine.
17      Q.    And right now, we're going to
18 focus for the moment, the abstract where
19 it says "relevance for patients."
20            Do you see that?
21      A.    Yes.
22      Q.    And on the third line down, it
23 says:  Recent studies have suggested that
24 APAP can damage cells in other organs as
25 well.

1             How can APAP damage cells in
2 other organs as well?
3       A.    So to be clear, what we're
4 saying there is just pointing out that there
5 has -- concerns have been raised about this
6 possibility, so we're not promoting that
7 statement, which is why we used the word
8 "suggested."
9             Now, in terms of how it can
10 promote -- how it could promote toxicity in
11 other organs, while the --
12      Q.    Let me actually make it easier.
13            What other organs are we
14 talking about that APAP can -- that it has
15 been suggested that APAP can damage cells
16 within?
17            MR. COHEN:  Object to the form.
18 He was interrupted.
19            Go ahead.
20      A.    So what we discuss here in the
21 paper -- we can go through it section by
22 section, if you'd like.  You can -- Section 2
23 is about -- is background essentially.
24 Section 3 is about nephrotoxicity, so this
25 is -- we're looking -- addressing the issue

1 of toxicity in the kidney.  Section 4 is
2 about pulmonary toxicity.  There have been
3 claims that there may be some pulmonary
4 toxicity of acetaminophen, at least -- and so
5 we tried to address that here.
6             There have been claims
7 regarding endocrine disruption and sexual
8 effects on -- excuse me, effects on -- well,
9 effects on the endocrine system and sexual
10 development.  There have been claims of
11 ototoxicity, so that's hearing loss, damage
12 in the ear.
13            And then we finally
14 addressed -- well, not finally, but claims of
15 neurodevelopmental, neurobehavioral
16 disorders.
17 BY MR. JANUSH:
18      Q.    So earlier when we spoke, early
19 on in this deposition you addressed that you
20 aren't the expert on neurodevelopmental
21 disorders, right?
22      A.    I am not an expert on
23 neurodevelopmental disorders, correct.
24      Q.    And you also discussed that you
25 are not an expert on epidemiology, correct?

1       A.    I'm not an epidemiologist,
2 correct.
3       Q.    What led you to undertake a
4 scientific review to address
5 neurodevelopmental and neurobehavioral
6 disorders and assess literature and weigh in
7 on this topic as someone who's admittedly not
8 an expert in this field?
9       A.    Right.  A couple of things.
10 So, first of all, this is not -- this paper
11 is not a review of the neurodevelopmental
12 claims; this section of the paper is.  Just a
13 point of clarity.
14            The other issue -- another
15 issue is, actually, my wife is a
16 neuroscientist, and she actually did her
17 postdoctoral research on autism spectrum
18 disorders, and we wrote this together.
19            And in addition to that, in
20 terms of some of the other aspects, such as
21 epidemiological studies, we were careful to
22 cite -- you know, when some of these
23 epidemiological claims came out, there were a
24 number of letters to the editor and editorial
25 comments published in the same journals or

Page 158

1 some different journals by people who have
2 greater expertise and experience in
3 epidemiology than I, and we've cited some of
4 those documents for those specific concerns
5 that we've listed. And so I'm kind of
6 channeling those experts.
7      Q.    So did your wife take the
8 laboring oar on the topic concerning
9 Section 7, Neurodevelopmental and
10 neurobehavioral disorders, when drafting this
11 piece of literature?
12      A.    I'm sorry, I'm not familiar
13 with the term -- what was it? The "laboring
14 oar"?
15      Q.    In other words, did your wife
16 carry the water, do the majority of the
17 writing and research regarding
18 neurodevelopmental and neurobehavioral
19 disorders when addressing Section 7 of this
20 journal?
21      A.    I don't remember the exact
22 proportion of who wrote what. I mean,
23 there's some material in here about sulfation
24 and -- and glucuronidation.
25          THE WITNESS: Sorry about that,

Page 159

1 I'll try to keep that in mind.
2      A.    So questions of acetaminophen
3 metabolism, and so I most likely wrote that.
4 With regard to some of the other materials,
5 she most likely contributed a great deal.
6          But again, this is -- we wrote
7 this in 2017, six years ago, so I don't
8 recall the exact proportions.
9 BY MR. JANUSH:
10     Q.    Okay. And at the last sentence
11 on the first page of the abstract it says:
12 It is especially important to view claims of
13 developmental effects of antenatal APAP
14 exposure with a critical eye because APAP is
15 currently the only over the counter
16 medication recommended for pregnant women to
17 self-treat pain and fever.
18          Did I read that correctly?
19     A.    Yes, you read it correctly.
20     Q.    And if we flip to the very last
21 page, and we'll start at the top of the
22 left-hand column, its -- it reads, on the
23 fourth line down: Typically, pregnant women
24 are advised not to use NSAIDs due to the
25 increased risk of birth defects and

Page 160

1 miscarriage that has been reported in a few
2 studies. As a result, most pregnant women
3 rely on APAP to control fever and pain. If
4 it can be shown that APAP also poses a
5 significant risk of congenital abnormalities,
6 then that may result in removal of the only
7 remaining treatment option for those
8 patients.
9          Did I read that correctly?
10     A.    Yes, you read it correctly.
11     Q.    Did either you -- were you or
12 your wife, or collectively both of you,
13 concerned that if acetaminophen could be
14 shown to be related to specific
15 neurodevelopmental disorders such as ASD or
16 ADD or ADHD, that Tylenol could -- could be
17 removed as an option for pregnant women?
18          MR. COHEN: Objection, form.
19     A.    I'm sorry, it's kind of a long
20 question. Would you mind --
21 BY MR. JANUSH:
22     Q.    Were you concerned, in writing
23 this review and researching Tylenol and
24 acetaminophen and its potential impacts on
25 pregnant women and their in utero babies,

Page 161

1 that if scientists who are claiming that ADD
2 and ADHD is caused by the drug, that this
3 drug wouldn't be available to pregnant women?
4          MR. COHEN: Objection, form.
5     A.    I'm not entirely sure I
6 understand. I think I understand what you're
7 asking.
8 BY MR. JANUSH:
9     Q.    In other words --
10     A.    So --
11     Q.    Let me phrase it differently.
12          Why -- why were -- wasn't your
13 primary concern the question of protecting
14 the fetus as opposed to what drug is
15 available to treat a -- to treat pain?
16     A.    I mean, this is a very broad --
17 you're getting into issues of ethics and that
18 sort of thing. I don't know that I would say
19 it was -- I mean, there are two issues to
20 consider here, right, the benefit of the
21 mother, which there's a clear benefit to the
22 mother for using acetaminophen, right?
23          Again, the -- it's the only
24 drug available -- generally speaking, the
25 only drug recommended for pregnant women to

Page 162

1 use to control pain and fever. So there's a
2 clear, well-established, significant benefit.
3          If you balance that with the
4 risk of the -- any potential harm to the
5 fetus, well, then you'd better have very good
6 data to justify removing that treatment, the
7 last treatment for the mother.
8          And our summary here, our
9 analysis of these literature was just that
10 you don't have very good data in support of
11 that concern.
12     Q.    And this is 2017. What did you
13 do, if anything, since 2017? Did you and
14 your wife endeavor to research all of the
15 literature that has developed since then
16 before being retained as an expert since this
17 subject had interested you?
18     A.    So in the intervening years,
19 I've maintained what I would say is a passing
20 interest in the topic. I've tried to stay up
21 on some of the literature, but not in great
22 detail, other than what I've been asked to
23 address in this case.
24          The reason for that, if you
25 care to know, is -- right, we're just busy

Page 163

1 with other projects, funded projects, and
2 things that are funded by a sponsor take
3 priority because we have to complete those to
4 satisfy the sponsor.
5     Q.    And because it's not your
6 primary area of study interest for which you
7 are sponsored, right?
8     A.    We don't have any grants or
9 funding specifically for this topic.
10     Q.    Did you ever apply for grants
11 or funding specifically for this topic?
12     A.    I have not yet.
13     Q.    Are you going to?
14     A.    I can't say for sure. Yeah.
15     Q.    And I'm going to have Michael
16 search for me for a section called Relevance
17 for Patients.
18     A.    I -- I believe that's in the
19 abstract.
20     Q.    Oh, there it is. Yes. Okay.
21 So we were addressing that earlier.
22     A.    Yes.
23     Q.    Is this section devoted to
24 information that might be clinically relevant
25 for people taking or recommending

Page 164

1 acetaminophen?
2     A.    This is a section that's
3 required by this particular journal, and so
4 yes, they ask you to comment on things that
5 might be relevant for patients. That's why
6 it says Relevance for Patients.
7     Q.    So to summarize, let's talk
8 about some of the tissues in the body that
9 acetaminophen affects that you've addressed
10 in this journal publication.
11          You agree it affects the liver,
12 right?
13          MR. COHEN: Object to form.
14     A.    Well, I agree that overdose
15 causes liver injury.
16 BY MR. JANUSH:
17     Q.    You agree that acetaminophen
18 affects kidneys, right?
19          MR. COHEN: Object to form.
20     A.    Acetaminophen overdose causes
21 kidney injury in some patients.
22 BY MR. JANUSH:
23     Q.    You agree that acetaminophen
24 affects lungs, right?
25          MR. COHEN: Object to form.

Page 165

1     A.    It's quite a bit more
2 controversial. I'd say it's not well
3 established. There's no evidence of overt
4 lung toxicity. Some concerns have been
5 raised by other people.
6 BY MR. JANUSH:
7     Q.    And you agree, including you've
8 published on it, that acetaminophen -- well,
9 you agree that acetaminophen can affect the
10 ears as well, right?
11          MR. COHEN: Object to form.
12     A.    No. Well, we -- the conclusion
13 from that -- our conclusion from the data
14 that we obtained from that study and from
15 some related studies was that there is no
16 ototoxicity, even with large overdoses.
17 BY MR. JANUSH:
18     Q.    But you found -- I'll move on
19 to the next question.
20          Dr. McGill, in this paper you
21 say that no mechanistic studies had been
22 performed on the relationship between
23 acetaminophen and neurodevelopment, right?
24     A.    I --
25          MR. COHEN: Object to form.

Page 166

1    A.    Can you point me to where --
2         MR. COHEN:  Yeah, go ahead.
3    A.    Can you point me to where I
4  state that?
5  BY MR. JANUSH:
6    Q.    Yeah, it's in the section on
7  neurodevelopmental disorders.
8         No mechanistic -- last page,
9  Biological relevance and future studies.
10  Third line of the last paragraph on the
11  left-hand side:  No mechanistic studies have
12  been performed, and the few mechanisms that
13  have been proposed have not been directly
14  tested.
15    A.    That's the statement that I
16  made at the time that we wrote this.
17    Q.    At that time, how did you come
18  to that conclusion?  Did you perform a
19  literature search?
20    A.    Yes.
21    Q.    And were you unaware of the
22  Viberg paper that was done in 2014?
23    A.    I can't say what I was aware of
24  or not aware of at that time.
25    Q.    But you apparently didn't find

Page 167

1  it in your literature search, right?
2    A.    I don't know.  You'd have to --
3  I may have found it and deemed it irrelevant.
4  I don't know.  I'd have to see the paper, and
5  even if I saw the paper, I don't know what I
6  was thinking six years ago or seven years ago
7  when we actually wrote it.
8    Q.    When you addressed that
9  conflicting epidemiological studies exist,
10  what conflicting epidemiological studies were
11  you referring to in this paragraph?
12    A.    So I'll tread carefully here
13  because, again, I'm not an epidemiologist,
14  but for -- if you'll just give me a moment.
15         (Document review.)
16    A.    So, for example, on the prior
17  page, 303, the right column near the bottom,
18  we stated here -- this is with -- I think
19  this section is -- I haven't had a chance to
20  reread it all in detail.  I think in the
21  section we're referring to ADHD, and we just
22  noted that it seemed like there was at least
23  one study -- so we say -- state specifically:
24  Interestingly, one group has even tested the
25  association between prenatal acetaminophen

Page 168

1  and ADD/ADHD-like behavior in mice and found
2  no evidence to support it.
3         And I believe, if I can have a
4  moment to look through it again...
5         (Document review.)
6    A.    I mean -- so understanding that
7  we wrote this, yeah, six years ago at least,
8  and -- and I haven't had time to review the
9  entire document, I guess I was referring to
10  that study that I just mentioned where I
11  quoted from.
12  BY MR. JANUSH:
13    Q.    Did you do a Bradford Hill
14  analysis when addressing the, quote,
15  conflicting, quote, epidemiological studies
16  you referred to in this journal review?
17    A.    Again, so I'm not an
18  epidemiologist, and doing -- using the
19  Bradford Hill criteria is not standard in
20  my -- in my area of research.
21         What we did do, again, as I
22  stated earlier, is cited experts, people who
23  have more expertise in patient care or
24  epidemiology than I, and just to describe
25  some of the concerns that they have raised.

Page 169

1    Q.    But just to even write a
2  statement like:  No mechanistic studies have
3  been performed, and the few mechanisms that
4  have been proposed have not been directly
5  tested.  In fact, there is strong evidence
6  that ASD, in particular, is driven by
7  genetics, so exposure to APAP or other
8  xenobiotics may not be important.
9         And then you get into:  Males
10  are more likely to develop ASD, and siblings
11  of children with ASD are at greater risk,
12  period.
13         And so these are weighty
14  scientific conclusions that you are drawing
15  as someone who's not an epidemiologist.  How
16  did you feel qualified to even write this
17  piece of literature here at that paragraph at
18  Section 7?
19         MR. COHEN:  Objection, form.
20    A.    As I stated earlier, with
21  regard to ASD, my wife is a neuroscientist
22  and did her postdoctoral research in ASD.  So
23  this was -- as I recall, this was one of her
24  contributions, particularly the genetic --
25  the role of genetics and so on.

Page 170

1       Again, other people with
2   expertise in epidemiology, I mean, as you've
3   seen, other defense expert reports have
4   raised significant concerns about biases and
5   confounding in the epidemiological studies.
6       The best I can do is channel
7   their opinions when it comes to epidemiology,
8   and so that's what we did with the opinions
9   that we saw at the time.
10  BY MR. JANUSH:
11      Q.   Okay.  I'm going to go back to
12  your report.  We're going to turn to
13  page 19 -- sorry, page 9, paragraph 19, where
14  I'm addressing your language, quote:  It is
15  critical that any experimental model of
16  therapeutic acetaminophen exposure mimics
17  these concentrations and durations.  And
18  you're speaking about concentrations you
19  addressed in paragraph 18.
20      A.   Uh-huh.
21      Q.   A model that results in
22  substantially higher concentrations or
23  exposure to acetaminophen for inappropriate
24  lengths of time cannot be said to model
25  therapeutic use in humans.

Page 171

1       And here's where I'd like to
2   focus the next two sentences:  Although it is
3   tempting to refer to any sub-hepatotoxic dose
4   or concentration of acetaminophen as
5   therapeutic, that is incorrect.  The terms
6   "therapeutic" and "sub-hepatotoxic" are not
7   interchangeable.
8       You wrote that, right?
9       A.   Yes.
10      Q.   Do you believe in that today
11  still?
12      A.   Absolutely.
13      Q.   Okay.  You go on to address
14  rats and how they're highly resistant to the
15  hepatotoxic effects of acetaminophen, right?
16      A.   Yes.  I also -- sorry.
17      Q.   First I want to address your
18  statement that the terms "therapeutic" and
19  "sub-hepatotoxic" are not interchangeable.
20  That's wrong, isn't it?
21      A.   Absolutely not.
22      Q.   Have you stated the opposite in
23  published literature?
24      A.   No.
25      Q.   No?  Okay.

Page 172

1       Do you remember publishing an
2   article with Hu and Jaeschke called Low-dose
3   Acetaminophen Induces Reversible
4   Mitochondrial Dysfunction Associated with
5   Transient c-Jun N-terminal Kinase Activation
6   in Mouse Liver in 2016?
7       A.   Sure do.
8       Q.   Okay.  We've marked that as
9   P837.
10          (Whereupon, Deposition
11      Exhibit P837, Low-Dose Acetaminophen
12      Induces Reversible Mitochondrial
13      Dysfunction associated with Transient
14      c-Jun N-Terminal Kinase Activation in
15      Mouse Liver, by Hu et al., was marked
16      for identification.)
17  BY MR. JANUSH:
18      Q.   Let's go -- first page, 204,
19  bottom of the left side under the bold black
20  line:  APAP toxicity shows a threshold
21  dose-dependence such that therapeutic doses
22  are generally considered nontoxic.
23          Did I read that correctly?
24      A.   Yes.
25      Q.   That's the exact opposite of

Page 173

1   what you wrote at paragraph 19, page 9, isn't
2   it?
3       A.   No.
4       Q.   Well, let's look at
5   paragraph 18, page 9 -- paragraph 19 again.
6   The terms "therapeutic" and "sub-hepatotoxic"
7   are not interchangeable.
8           Sub-hepatotoxic means nontoxic,
9   right?
10      A.   No, it does not.
11      Q.   It's below the -- it's --
12  sub-hepatotoxic is below the level of
13  toxicity.
14      A.   No, no, no.  We are not -- this
15  statement cannot be reversed.  That's kind of
16  what you're doing.  You're saying -- let me
17  rephrase this.
18          The statement that a
19  therapeutic dose is nontoxic a truism,
20  essentially.  Of course a therapeutic dose is
21  not toxic, right?  That does not mean that
22  all nontoxic doses are therapeutic.
23      Q.   Your statement in the
24  paragraph 19:  Although it is tempting to
25  refer to any sub-hepatotoxic dose or

1 concentration of acetaminophen as
2 therapeutic, that is incorrect.
3          You wrote that, right?
4     A.    Yes, I did.
5     Q.    And here you're writing: APAP
6 toxicity shows a threshold dose-dependence
7 such that therapeutic doses are generally
8 considered nontoxic.
9     A.    Yes. Once again --
10    Q.    So you're saying that doesn't
11 go in the reverse direction?
12    A.    Absolutely not, no.
13         MR. COHEN: I think that was a
14    double negative.
15    A.    You're saying that doesn't
16 go -- you're saying -- I'm sorry. Let me
17 reconsider that. Maybe I made a mistake.
18         You're saying that -- you're
19 saying that it doesn't go in the reverse
20 direction. I'm sorry.
21         Yes, I'm saying that doesn't go
22 in the reverse direction. I apologize. I'll
23 try to slow down and consider it a bit more.
24 BY MR. JANUSH:
25    Q.    So let me -- let me say this.

1          Dr. McGill, I'm going to use
2 this paper to make the point that nontoxic
3 doses of acetaminophen that do not cause
4 transaminase release and histological
5 necrosis, i.e., doses that would be
6 overdoses, can nonetheless lead to transient
7 hepatocellular mitochondrial dysfunction and
8 steatosis, right?
9     A.    I don't know if that -- you're
10 stating that that's what you're going to
11 show.
12    Q.    That's what you wrote, right?
13    A.    I don't know if that's what
14 you're going to show.
15    Q.    You wrote that though. These
16 are your words.
17    A.    Sorry, you didn't tell me you
18 were quoting anything in that question.
19    Q.    I purposely didn't because I
20 wanted to see if you were going to fuss with
21 me like you have been all day. You just
22 fussed with me over your own words.
23         MR. COHEN: Object to the form.
24 BY MR. JANUSH:
25    Q.    So let's go to page 214.

1     A.    I'd like to state right away,
2 what you said is not true. An overdose is
3 really -- I mean, you can quarrel over what's
4 a supertherapeutic dose, what's an overdose.
5 An overdose is not just a dose that causes
6 liver injury. An overdose is an excessive
7 dose that's more than the therapeutic dose.
8     Q.    Okay. Let's go to your
9 conclusion, page 214. In conclusion, this
10 study shows that even nontoxic doses of APAP
11 that do not cause transaminase release and
12 histological necrosis can nonetheless lead to
13 transient hepatocellular mitochondrial
14 dysfunction and steatosis.
15         Did I read that right?
16    A.    Yes.
17    Q.    Is oxidative stress associated
18 with mitochondrial dysfunction?
19    A.    In the case of acetaminophen
20 overdose in the liver, oxidative stress is
21 associated with mitochondrial dysfunction.
22    Q.    Okay. And here, you're not
23 addressing acetaminophen overdose. You're
24 addressing a nontoxic dose that can
25 nonetheless lead to mitochondrial

1 dysfunction, aren't you?
2     A.    No. This paper only looked at
3 overdoses. The lowest dose we used was
4 75 milligrams per kilogram. A normal dose --
5 I'm sorry, may I please finish the question?
6     Q.    I didn't interrupt you.
7     A.    May I please finish the answer?
8     Q.    I didn't interrupt you. I was
9 silent.
10    A.    So a normal dose in a human is
11 one gram at one time. An average body weight
12 for a person is 70 kilograms, although I'm
13 not sure that applies to me. And so if you
14 do that calculation, so that's 1,000
15 milligrams, right, one gram. Divided by
16 70 kilograms, you get about 14 milligrams per
17 kilogram. That is far lower than
18 75 milligrams per kilogram.
19         Furthermore, the effects of
20 transient mitochondrial dysfunction and
21 steatosis were not observed at that lowest
22 dose that we use, that lowest overdose,
23 75 milligram per kilogram.
24         And finally, the operative word
25 here is "transient." The point of this

Page 178

1  paper, from my point of view as a scientist
2  involved in this study, my interest in this
3  was that at the time it was thought, by some
4  people, anyway, that mitochondrial
5  depolarization was an irreversible step in
6  cell death, and that once that occurred, the
7  cells would die.  This paper demonstrated
8  that that's not the case.  So it was a
9  transient effect from which the cells
10  recovered quickly.
11        So again, these are still
12  overdoses.  Even the lowest overdose showed
13  no effect, and even the effects that were
14  observed at the higher dose was a transient
15  effect and the cells recovered.
16     Q.    So, first of all, just to be
17  clear, we're talking about the liver again,
18  right?
19     A.    Yes.
20     Q.    Okay.
21     A.    Liver and overdose.
22     Q.    And second of all -- I'm
23  looking at your conclusion.  Are we reading
24  the same sentence:  In conclusion, this study
25  shows that even nontoxic, quote -- you quoted

Page 179

1  it, not me -- doses of APAP that do not cause
2  transaminase release and histological
3  necrosis can nonetheless lead to transient
4  hepatocellular mitochondrial dysfunction and
5  steatosis.
6        You said that, not me, right?
7     A.    That's what we wrote in the
8  paper.  Nontoxic does not mean therapeutic.
9     Q.    It also doesn't mean overdose.
10        MR. COHEN:  Object to the form.
11  BY MR. JANUSH:
12     Q.    Right?
13     A.    Overdoses can be not overtly
14  toxic.
15     Q.    So is it your testimony in this
16  case that you intended, when using nontoxic,
17  no quotes, doses of APAP, to mean it's
18  actually an overdose dose but it is not
19  toxic?
20        MR. COHEN:  Objection, form.
21     A.    I mean, essentially, yes.
22  It's -- it is still an overdose.  It just
23  didn't cause overt liver injury based on
24  transaminase release and histology.
25        ///

Page 180

1  BY MR. JANUSH:
2     Q.    Here's where I'm stuck, and I'm
3  going to have to ask you to help me get
4  unstuck.  Because after the exact sentence I
5  read, you then use the words "Unlike
6  overdose-induced hepatotoxicity, the effects
7  of subtoxic APAP are comparably mild and
8  reversible and correlate with JNK activation
9  and mitochondrial translocation.
10        You wrote that, right?
11     A.    That's what we collectively
12  stated in the article.
13     Q.    So you're addressing that this
14  isn't -- this is unlike an overdose --
15     A.    No, no.  I said it's unlike
16  overdose-induced hepatotoxicity.
17     Q.    Right.
18     A.    A critical point.
19     Q.    Unlike overdose-induced
20  hepatotoxicity.  And then later you say:
21  However, in patients subjected to other
22  stresses, APAP-induced transient
23  mitochondrial dysfunction may lead to overt
24  transaminase release and necrosis.
25        What other stresses were you

Page 181

1  speaking about?
2     A.    At that time, there had been
3  some concerns about, for example, patients
4  with chronic liver diseases taking
5  acetaminophen may be more susceptible to
6  acetaminophen toxicity.  However, that idea
7  is widely discredited now, partly through my
8  own research.
9     Q.    I'm going to move on to
10  paragraph 20, where you address --
11     A.    So paragraph 20 in my report?
12     Q.    Paragraph 20 of your report at
13  page 10, where you address that Dr. Cabrera
14  and Dr. Louie try to justify the use of very
15  large doses or concentrations of
16  acetaminophen in experimental models by
17  referencing human equivalent dose (HED)
18  estimates from the U.S. Food and Drug
19  Administration.  And you say:  This approach
20  is scientifically invalid.
21        Did I read that right?
22     A.    Yes.
23     Q.    Are you actually saying that
24  the reverse cannot be done, that you cannot
25  have an AED, an animal equivalent dose?

Page 182

1    A.    What I'm stating here is that
2 the FDA guidance document -- I believe
3 Dr. Louie tried to argue -- I can't recall if
4 it was in his initial -- I believe --
5 actually, Dr. Cabrera and Dr. Louie have both
6 tried to rely on this FDA guidance as stating
7 that going in the reverse direction from
8 humans back to animals is an acceptable
9 approach.  The FDA guidance document never
10 says that.
11    Q.    The reason the FDA guidance
12 doesn't say that is because it was written in
13 2005 with a purpose to protect
14 first-in-human-use scenarios, right?
15    A.    That's correct.
16    Q.    It --
17    A.    Well --
18    Q.    Are you aware of the fact that
19 even today, the FDA is considering
20 potentially doing a preclinical trial?
21        MR. COHEN:  Object to form.
22 BY MR. JANUSH:
23    Q.    A preclinical study.
24        MR. COHEN:  Object to form.
25    A.    I -- that's an incredibly broad

Page 183

1 question.  I don't understand what you're
2 asking me.
3 BY MR. JANUSH:
4    Q.    So if the FDA wanted to test
5 acetaminophen in utero, isn't the animal
6 model the only way to ethically do that?
7    A.    If they -- again, this is a
8 very broad question.
9    Q.    It's actually not a broad
10 question.
11    A.    No, no.  For its --
12    Q.    It's pretty narrow.
13        MR. COHEN:  Let him finish.
14    A.    Acetaminophen is currently an
15 FDA-approved drug.  There's no reason why you
16 couldn't do a clinical trial in patients
17 using therapeutic doses of acetaminophen in
18 pregnant women.
19 BY MR. JANUSH:
20    Q.    So -- so if, hypothetically --
21 and by the way, just to be clear, in your
22 review, you also conclude just that, right?
23 You say -- the last page, right --
24        MR. COHEN:  Sorry, is this 839?
25        ///

Page 184

1 BY MR. JANUSH:
2    Q.    Back to 839.  Right above the
3 numeral 8:  Even a simple study could be
4 performed in which pregnant mice -- now
5 you're talking about mice, not women --
6 receive 15 milligrams per kilograms APAP one
7 to four times per day for several days, and
8 behaviors associated with ASD and ADD/ADHD
9 are measured in offspring over time.
10        Here you're saying you could --
11 there's no reason why you can't do an easy
12 study with mice at low doses over time,
13 right?
14    A.    Yes, which does not preclude
15 doing it in humans.
16    Q.    You didn't address doing it in
17 humans here, correct?
18    A.    I didn't say that you can't do
19 that in humans.
20    Q.    I know.  Now I'm going to ask
21 you about the ethical implications.
22        If you are testing for
23 something as serious as ADHD and -- and
24 autism spectrum disorder in offspring, why
25 would you use women, pregnant women and their

Page 185

1 offspring, as potential guinea pigs?
2        MR. COHEN:  Object to the form.
3 BY MR. JANUSH:
4    Q.    Wouldn't that be unethical?
5    A.    Listen, I'm not an ethicist.
6 I'm not a philosopher.  I can't opine on that
7 question.
8    Q.    Do you know that your fellow
9 experts for Johnson & Johnson say the exact
10 opposite of you on this topic --
11        MR. COHEN:  Object --
12 BY MR. JANUSH:
13    Q.    -- and just testified on this
14 topic stating that they would never permit a
15 patient of theirs to be enrolled in a
16 clinical trial where the endpoint is to
17 determine fetal safety?
18        MR. COHEN:  Object to the form.
19    A.    What I stated is that because
20 it's an FDA-approved drug, I personally am
21 unaware of any particular reason why you
22 couldn't look at -- for example, you could do
23 an observational study in women who choose to
24 take acetaminophen of their own volition.
25        So you're not administering it

Page 186

1  to them; they're choosing to take it. And
2  you could just observe the outcomes, which is
3  effectively what's been done in the
4  epidemiological studies -- well, anyway,
5  certain ones.
6        In addition to that, as I
7  stated, I'm not an ethicist and I'm not going
8  to comment on the ethics of any kind of study
9  design.
10 BY MR. JANUSH:
11     Q.   You understand, though, that
12 the reason it's done retrospectively in
13 epidemiological studies is specifically
14 because you cannot test on pregnant women and
15 their babies for injuries?
16        MR. COHEN:  Object to form.
17 BY MR. JANUSH:
18     Q.   Like what institutional review
19 board would commit to passing this test?
20        MR. COHEN:  Object to form.
21     A.   Once again, I'm not an
22 ethicist. I can't comment on the ethics of a
23 trial like that. In addition, there are many
24 reasons to do different kinds of studies.
25 I'm sure there are more than one in the case

Page 187

1  of epidemiological studies.
2  BY MR. JANUSH:
3      Q.   Okay. You know, I have to go
4  back before I go forward with the document
5  that I had given you a moment ago. I forgot
6  to deal with something with you.
7         At paragraph 17, page 11 of
8  your report, you address conversely all
9  drugs --
10     A.   Sorry, page 11 doesn't have
11 paragraph 17, so I want to make sure I'm
12 looking in the right spot.
13     Q.   My apologies. I apologize.
14 Page 8, Toxicology and Drug Safety.
15     A.   Uh-huh.
16     Q.   Paragraph 17 at the bottom of
17 the page: Conversely, all drugs can be used
18 safely at some dose.
19     A.   Yes, this is a fundamental
20 tenet of toxicology.
21     Q.   Do you appreciate that what you
22 just described as a fundamental tenet in
23 toxicology is -- that there isn't necessarily
24 a one size fits all, that all drugs can be
25 used safely at some dose, meaning -- let me

Page 188

1  ask it differently.
2         Do you appreciate the concept
3  that a safe dose of Tylenol for an adult
4  mother may be unsafe for a developing fetal
5  brain?
6      A.   I'm aware of the concept of
7  genetic susceptibility. I have not seen any
8  data suggesting that what you've stated is
9  correct.
10     Q.   Okay.
11     A.   Sorry, any reliable, rigorous,
12 reproducible scientific data.
13     Q.   I'm not even going to address
14 data. I'm just going to address logic and
15 FDA guidance.
16        As you sit here today, do you
17 know whether infants, postnatal, should be
18 given an adult dose of Tylenol?
19        MR. COHEN:  Object to the
20     colloquy that preceded the question.
21        Go ahead.
22 BY MR. JANUSH:
23     Q.   Should infants be given an
24 adult dose that's safe for an adult of
25 Tylenol?

Page 189

1      A.   So typically, when you dose,
2  you don't just give -- well, first of all,
3  I'm not a physician, certainly not a
4  pediatrician. Can't really comment on what
5  should or shouldn't be done.
6         I'll just leave it at that.
7      Q.   Let me give you the dosing
8  guide for Tylenol from Johnson & Johnson.
9  We'll mark this as P836.
10        (Whereupon, Deposition
11     Exhibit P836, Dosing for Tylenol
12     Children's & Infants' Medicine, was
13     marked for identification.)
14 BY MR. JANUSH:
15     Q.   If you look at the Infants Oral
16 Suspension, acetaminophen, 160 milligrams per
17 5 milliliters, weight less than 24 pounds,
18 less than 2 years, ask a doctor.
19        But when you're not a baby and
20 you're two to three years old and you're not
21 in utero, you're limited, if you weigh
22 between 24 and 35 pounds, to 160 milligrams
23 as your dose per 4 hours.
24        160 milligrams per dose is by
25 no means the adult dose for Tylenol, right?

Page 190

1    A.    I haven't done the math for
2  this.  I couldn't say.  And in any case --
3    Q.    No math needed.  It says 160 --
4    MR. COHEN:  Wait, wait, wait.
5  He hadn't finished.  Go ahead.
6    A.    Doses are typically expressed
7  scientifically as milligrams per kilogram.
8  BY MR. JANUSH:
9    Q.    It's 160 milligrams per
10  5 milliliters, you see that above, under
11  Infants Oral Suspension?
12    A.    Yes.  What that means is you
13  administer a volume of 5 milliliters that
14  contains 160 milligrams.
15    Q.    Right.
16    A.    They also base this dosing on
17  weight, right?  Because scientifically, when
18  you express a dose, it's milligrams per
19  kilogram.
20    Q.    But they're giving an infant
21  160 -- not an infant, a two- to
22  three-year-old, a limitation of
23  160 milligrams, and no such similar
24  limitation exists for an adult, right?  An
25  adult dose is different and larger, true?

Page 191

1    A.    We mean different things when
2  we say "dose."  As a toxicologist or
3  pharmacologist, dose is normalized to body
4  weight.  This 160 number is not normalized to
5  body weight.  In fact, my guess -- again,
6  I'm -- I don't work for the FDA, I don't work
7  for J&J.  I'm not a physician.
8    My guess would be this is
9  weight -- I mean, you have to, when the
10  weight is different, you have to adjust the
11  dose.
12    Q.    Right.
13    A.    So yes, this is not a surprise
14  to me at all.
15    Q.    This is similar to allometric
16  scaling, right?  You're scaling down from an
17  adult to a 24- to 35-pound toddler that's two
18  to three years old and giving a lesser dose
19  than the adult dose.
20    MR. COHEN:  Objection, form.
21    A.    No, this is not an example of
22  allometric scaling.  Not in any form.
23  BY MR. JANUSH:
24    Q.    I said similar.
25    A.    I would not even characterize

Page 192

1  it as similar.
2    Q.    Okay.  So when you say
3  conversely, all drugs can be used safely at
4  some dose, do you appreciate that there is a
5  distinction of what a safe dose might be for
6  a mother versus -- who is pregnant versus
7  what the safe dose might be for her in utero
8  developing baby that weighs far less than
9  24 pounds?
10    A.    Let me preface this again:  I'm
11  not a physician.  I'm not a pediatrician.
12  I'm not an obstetrician.  I can't comment
13  much beyond saying -- pointing out the fact
14  that you are -- you seem -- well, I'm sorry,
15  I don't want to judge what you're trying to
16  say.
17    My understanding of what you're
18  trying to say is that the dose that the
19  mother takes, that's exactly what -- as long
20  as the baby is in utero, that's what the baby
21  sees.  That's incorrect.  The drug is
22  distributed throughout the mother and the
23  reproductive unit.
24    So -- and, in fact, arguably,
25  you could say that it's a lower dose than

Page 193

1  what an adult would normally get.
2    Q.    We're going to get there too.
3  Promise you.
4    (Whereupon, Deposition
5    Exhibit P811, A simple practice guide
6    for dose conversion between animals
7    and human, by Nair et al., was marked
8    for identification.)
9  BY MR. JANUSH:
10    Q.    I was talking about allometric
11  scaling with you a moment ago.  I'm going to
12  hand you P811.  It's:  A simple practice
13  guide for dose conversion between animals and
14  human.
15    Have you ever seen this
16  article, this journal that was -- this
17  journal article published in the Journal of
18  Basic and Clinical Pharmacy in 2016 --
19    A.    Not --
20    Q.    -- by Anroop Nair and Shery
21  Jacob?
22    A.    Not to my recollection.
23    Q.    So if you turn to --
24    MR. COHEN:  Can he have just 30
25  seconds to look at the document?

Page 194

1    MR. JANUSH:  Yeah, sure.
2    MR. COHEN:  Thank you.
3    (Document review.)
4 BY MR. JANUSH:
5    Q.    And just to guide you with what
6 I'm seeking to do here, I'm seeking to
7 address the fact that there's a Table 1 with
8 a human equivalent dose calculation and a
9 Table 2 with an animal equivalent dose
10 calculation or an AED.
11    And for the moment, I only seek
12 to address the notion that these authors have
13 addressed how you scale a human equivalent
14 dose based on body surface area and
15 conversely or similarly, an animal equivalent
16 dose calculation, which also includes human
17 within the species to convert from.
18    Do you see that?
19    A.    I'm sorry, specifically what --
20 you're asking do I see the --
21    Q.    Do you see Table 2, human -- at
22 the top of Table 2 and human at the top of
23 Table 1.  In other words, when you scale an
24 HED, obviously humans are involved.  When you
25 scale an AED, an animal equivalent dose,

Page 195

1 humans also can be involved in that
2 conversion.
3    Do you see that?
4    A.    I see the tables and I see the
5 word "human" at the top lines.
6 BY MR. JANUSH:
7    Q.    Incidentally, what's the most
8 significant publication you've ever had
9 that's been broadly accepted in the
10 scientific community and cited in an
11 incredible way, like high numbers?  Do you
12 know?  Have you ever reviewed your literature
13 to see how well you're cited?
14    A.    Because I have to provide
15 certain metrics like citations and h-index
16 and so on for, you know, faculty reviews,
17 that sort of -- or annual reviews, that sort
18 of thing, I do occasionally look.
19    My highest cited original
20 article is one that was published in 2012 in
21 the Journal of Clinical Investigation, in
22 which we demonstrated for the first time,
23 using samples from humans -- acetaminophen
24 overdose patients -- that mitochondrial
25 damage also occurs in humans after

Page 196

1 acetaminophen overdose in the liver, similar
2 to the way it does in mice.  That had been
3 known for a long time.  No one had shown it
4 in mice previously.
5    I'm sorry, that had been known
6 for a long time in mice.  No one had shown it
7 in humans previously.
8    Q.    How many citations?
9    A.    Off the top of my head, I don't
10 recall.  Maybe 300 to 500, somewhere --
11    Q.    Yeah, that's what I saw when I
12 looked at your highest work as well.  And
13 some of your other work, I saw less than a
14 hundred for some, a hundred, 200 for one of
15 them.  Wouldn't surprise you of the numbers
16 I'm saying, right?
17    MR. COHEN:  I'm sorry.  Is this
18 a question?
19 BY MR. JANUSH:
20    Q.    In other words, range of
21 between less than a hundred and 300 for
22 citations of your literature is something
23 you'd expect, right?
24    MR. COHEN:  Object to form.
25    A.    I have a number -- I mean, I

Page 197

1 have many publications published over -- that
2 have been available over different lengths of
3 time and have accumulated different numbers
4 of citations.  You know, some of them are
5 hundreds and hundreds and some haven't been
6 cited yet.
7 BY MR. JANUSH:
8    Q.    Okay.  Want to take a guess how
9 many times this Nair article has been cited,
10 the simple practice guide for dose conversion
11 between animals and humans?
12    MR. COHEN:  Object to form.
13 BY MR. JANUSH:
14    Q.    Let me help you because I'm
15 sure you don't want to guess.  812B.
16    (Whereupon, Deposition
17    Exhibit P812B, ReadCube Citation
18    Reference, Nair article, was marked
19    for identification.)
20 BY MR. JANUSH:
21    Q.    3,127 citations, according to
22 ReadCube, but when you go on Google Scholar,
23 3800 citations.  That's a lot of citations
24 for a concept that is nonsensical and not
25 widely adopted, right?

Page 198

1    MR. COHEN: Object to form.
2        Is that a question?
3        MR. JANUSH: It sure is.
4    A.    I'm happy to address this.
5 First of all, the most widely accepted source
6 for citation numbers is Web of Science.
7 That's because --
8 BY MR. JANUSH:
9    Q.    I'll give you my laptop.  You
10 want to do it with me?
11    A.    Please allow me to finish the
12 question.  We can do that if you like, but I
13 have additional answers -- or additional
14 parts to the answer.
15        So it's well known that other
16 citation databases, especially Google
17 Scholar, overcount citations.
18        In addition to that, a couple
19 of other things.  What you don't have in this
20 information is whether or not those citations
21 are positive or negative.  For all I know,
22 every single citation could be saying what
23 these people say, don't do that, right?  We
24 have no way of knowing if the people citing
25 them are affirming it in this room or

Page 199

1 rejecting it.
2    Q.    Actually, we do.  Because
3 there's also a --
4        MR. COHEN: Were you done with
5 your answer?
6        THE WITNESS: No, I was not.
7        MR. COHEN: So let him finish,
8 please.
9    A.    Just give me a moment.  I've
10 lost my train of thought a bit here.
11        Oh, in addition to that, as a
12 scientist, it's not my practice and it's not
13 common practice to judge the value of a
14 publication based on citations, journal,
15 authors, institutions.  We judge it based on
16 the content.
17        I have no idea -- well, and the
18 simple fact of the matter is I strongly
19 disagree with this content, and the
20 plaintiffs' experts cite the FDA guidance to
21 endorse this kind of concept, but the FDA
22 guidance absolutely does not endorse it.  It
23 says nothing about animal equivalent dosing.
24 BY MR. JANUSH:
25    Q.    And again, you appreciate that

Page 200

1 the FDA exists to protect human beings,
2 right?
3        MR. COHEN: Object to the form.
4 BY MR. JANUSH:
5    Q.    It doesn't exist to protect
6 mice, right?
7        MR. COHEN: Object to the form.
8    A.    So I agree with your earlier
9 statement and, in fact, that the FDA guidance
10 document says this itself, that the purpose
11 of human equivalent dosing is to protect the
12 first-in-human subjects -- I'm not quite done
13 with my answer.
14 BY MR. JANUSH:
15    Q.    I didn't interrupt you.  I'm
16 just shaking my fingers.
17        MR. COHEN: You are.
18        MR. JANUSH: I'm not
19 interrupting.
20        MR. COHEN: So please don't
21 shake your fingers at the witness.
22        THE WITNESS: I take that as a
23 sign --
24        MR. JANUSH: No, no.  Meaning
25 like I want to talk in a moment.  Go

Page 201

1 ahead.
2        THE WITNESS: I apologize, I
3 interpreted that as a sign that you
4 wanted to speak.  My mistake.  Sorry,
5 let me --
6    A.    So my question, then, is --
7 there's a clear purpose for using that
8 approach to go from animal studies to humans.
9 What is the clear purpose from going from
10 human doses to animals using this approach?
11 BY MR. JANUSH:
12    Q.    The clear purpose is that
13 babies' lives are at stake.  Do you
14 understand that in this case?
15        MR. COHEN: Object to the form.
16 BY MR. JANUSH:
17    Q.    Babies' lives, their brains are
18 at stake.  So you test by looking at human
19 doses and you apply that to animals so that
20 you can get the best test you can, because
21 there is something called a
22 post-manufacturing and sale need for safety,
23 isn't there, Doctor?
24        MR. COHEN: Object to the form.
25    A.    I disagree with what you seem

Page 202

1  to be defining as a human dose.  You seem to
2  be wholesale accepting that this animal
3  equivalent dosing is the way to go and that
4  these reflect human doses.
5          There's an enormous problem
6  with that in the case of acetaminophen.  We
7  know very well the pharmacokinetics, the
8  blood concentrations, the duration of
9  exposure that humans are exposed to at
10 therapeutic doses of acetaminophen.  There's
11 no need to do this.  We can just give
12 different doses to mice and look at the
13 plasma concentrations.
14         Effectively, this has
15 absolutely no applications to acetaminophen.
16 Whether you agree with this approach or not
17 in general, it is irrelevant for
18 acetaminophen.
19 BY MR. JANUSH:
20     Q.    Only acetaminophen or
21 irrelevant in general?  This human equivalent
22 dose, this going back -- backwards to
23 animals.
24     A.    Sorry.  I -- just point of
25 clarity because you said human equivalent

Page 203

1  dose.  I'm referring to this idea of animal
2  equivalent dosing.
3      Q.    I mean, they're the same
4  concept, just addressed slightly different --
5      A.    No.
6      Q.    -- within the table, right?
7      A.    No, they're absolutely not the
8  same concept.  They use the same numbers to
9  go back and forth, but again, the rationale
10 for doing this to determine a human
11 equivalent dose is clear.  It's to protect
12 first-in-human volunteers for these drugs.
13         Going backwards from human
14 doses to animals using similar numbers is
15 totally unnecessary in cases when you have a
16 well-characterized drug where you understand
17 exposure, you understand plasma
18 concentration, you understand the
19 pharmacokinetics.  That's the case with
20 acetaminophen.  This has no relevance to
21 acetaminophen.  It's unnecessary.
22     Q.    So what's an unsafe dose for a
23 fetus based on all the knowledge you have as
24 an acetaminophen expert?
25     A.    Yeah, I'm not a clinician.  I'm

Page 204

1  not a pediatrician.  I'm not an obstetrician.
2  I cannot --
3      Q.    You said the numbers are well
4  known.
5          MR. COHEN:  Wait, were you
6  finished?
7      A.    What I said is that, again,
8  we're talking about maternal ingestion of
9  therapeutic doses.  We know very well the
10 numbers with regard to duration of exposure,
11 concentration and so on in women, including
12 pregnant women, from some studies what
13 concentrations to expect.
14         What we're discussing here is
15 about going back to animals, and what I'm
16 saying is that this is totally unnecessary
17 and not scientifically valid to go back to
18 animal doses in the case of acetaminophen.
19 BY MR. JANUSH:
20     Q.    At paragraph 22 of your report,
21 moving back to your report, you wrote that:
22 The toxicity of a drug is often organ
23 specific.  For example, the fact that
24 acetaminophen overdose can cause injury to
25 the liver does not mean that it also injures

Page 205

1  the brain.  A liver is not a brain, and the
2  brain does not play a major role in
3  acetaminophen metabolism.
4          Do you disagree with the notion
5  that APAP overdose is often associated with
6  neurological damage too?
7      A.    As I stated before, I'm not an
8  epidemiologist.  I cannot comment on the
9  epidemiological associations.
10     Q.    No, that's actually not an
11 epidemiological association.  I'm talking
12 about specific causation.
13         Do you disagree that APAP
14 overdose is associated with neurological
15 damage?
16         MR. COHEN:  Object to the form.
17     A.    Look, this is not what I'm here
18 to comment on.  I was asked to address the
19 questions that I've laid out in paragraph 4
20 of my expert report.
21 BY MR. JANUSH:
22     Q.    If a scientist was to opine
23 that there's no neurological sequelae from
24 acetaminophen overdose, that would be
25 misleading, wouldn't it?

Page 206

1    A.    Again, I'm not here to address
2  neurodevelopmental or neurobehavioral
3  effects.
4    Q.    Do you agree that acetaminophen
5  increases both neuronal cytochrome P450
6  isoforms and CYP2E1 enzymatic activity and
7  protein levels?
8    A.    Absolutely not.  At therapeutic
9  doses, absolutely not.
10    Q.    Are you aware of in vivo
11  experiments which show that intraperitoneal
12  administration of acetaminophen at 250- and
13  at 500-milligram per kilogram injection
14  induces neuronal death in the rat cortex?
15    A.    I'm aware of the Posadas study
16  that Louie referenced and that I believe you
17  are referring to.
18    Q.    And do you think it was just
19  done wrong?
20    A.    Yes.
21    Q.    The study was flawed?
22    A.    I would like to note that that
23  study was not designed to address any sort of
24  neurodevelopmental outcome.  They were
25  interested in this idea that acetaminophen

Page 207

1  may contribute to hepatic encephalopathy in
2  overdose patients.  That's what they were
3  investigating.
4        For the purposes of their
5  investigation, aside from the fact that they
6  used rats and, you know, which are not a good
7  species, generally speaking, for the study of
8  acetaminophen toxicity, I wouldn't
9  characterize it as a -- as a bad study for
10  that purpose.  For the purpose that we're
11  addressing, it's a deeply flawed study.
12    Q.    When you say rats are not a
13  good species for acetaminophen testing, you
14  say that because rats have a very high
15  threshold to ward off hepatotoxicity, right?
16    A.    No, I say it for multiple
17  reasons.  First of all, acetaminophen
18  metabolism in rats is not quite the same as
19  in humans or mice.  They do more sulfation
20  than glucuronidation.
21        In addition to that, the doses
22  that you have to give to -- kind of what
23  you're alluding to, the doses that you have
24  to give to rats to achieve hepatotoxicity are
25  far greater than what a human or mouse

Page 208

1  requires to achieve hepatotoxicity.
2        In addition to that, what your
3  plaintiffs' experts have basically overlooked
4  or ignored is everything that occurs
5  downstream of NAPQI formation, with the
6  possible exception of some mentions of
7  oxidative stress here and there.
8        A lot of other things happen,
9  right?  We have mitochondrial damage.  That
10  leads to oxidative stress.  The oxidative
11  stress activates c-Jun N-terminal kinase by
12  causing it to dis -- causing ASK1 to
13  disassociate from thioredoxin.
14        I'm sorry, I'm going to fast.
15  Let me slow down.  So I'll restart.
16        So after an overdose of
17  acetaminophen, you have NAPQI formation,
18  right, in the liver.  That binds to
19  mitochondrial proteins.  That leads to
20  mitochondrial dysfunction.  Mitochondrial
21  dysfunction results in oxidative stress.  The
22  oxidative stress leads to dissociation of
23  kinase -- an enzyme, protein for
24  simplicity -- called ASK1, from another
25  protein called thioredoxin that normally

Page 209

1  sequesters it and holds it inactive.
2        When it dissociates, the ASK1,
3  through intermediary steps involving other
4  kinases, other proteins of the same type,
5  activates a kinase called the c-Jun
6  N-terminal kinase, or JNK for short.
7        JNK then translocates to
8  mitochondria, where it binds to a protein
9  called Sab.  Sab basically causes a change in
10  another protein called SHP, S-H-P.  SHP then
11  dissociates -- or I'm sorry, let me rephrase
12  that.  SHP then inhibits S-r-c or Src.
13    Q.    I think we're going to stop you
14  and call the judge.  I think I've had it.
15        Do you remember what my
16  question was?
17        MR. COHEN:  Object to the form.
18        MR. JANUSH:  Yeah, my question
19  was --
20        MR. COHEN:  Hold on.  Hold on.
21        MR. JANUSH:  -- about rats.
22        MR. COHEN:  You interrupted
23  him.  Let's just get that on the
24  record.
25        MR. JANUSH:  I have had enough,

Page 210

1   man.

2          MR. COHEN:  Let's just get it

3   out on the record.

4   BY MR. JANUSH:

5      Q.    I don't want to hear your

6   soliloquies about all science.  I want to

7   hear answers to my questions.  I asked you

8   about rats being less hepatotoxic.  That's

9   the whole question.

10     A.    May I --

11         MR. COHEN:  Hold on.  Hold on.

12  Here's how it's going to work today.

13  You ask questions.  You hear the

14  answer.  You may not like it.  You

15  don't interrupt him.  Ask your next

16  question.  Keep going.  You've got

17  plenty of time.

18         THE WITNESS:  I'd like to

19  continue my answer, if -- is that

20  okay?

21         MR. COHEN:  Yeah.

22         MR. JANUSH:  No, because I'm

23  just going to move to strike, and it's

24  going to get stricken, so it's wasting

25  your breath and my time.

Page 211

1          MR. COHEN:  Well, you asked a

2   question that he -- he's obligated to

3   give a complete and full answer to

4   your questions, just as your experts

5   did.  And he's going to do that.

6          Now, if you don't want to do

7   that and want to end the deposition,

8   that's your choice.

9          THE WITNESS:  I'm --

10         MR. JANUSH:  If you would like

11  to continue to filibuster, you do

12  that.  I will write my letter to the

13  Court if I need to.

14         MR. COHEN:  That is an

15  inappropriate comment, just as many of

16  the other comments you've made today.

17  Please be a little more professional.

18         THE WITNESS:  I'm getting to

19  the answer to your question.

20     A.    So you asked -- my

21  understanding of your question is that -- is

22  why do we think rats are a poor model for

23  acetaminophen toxicity, right?

24         I'm telling you the mechanisms

25  that we know occur in humans and in mice.

Page 212

1   The mechanisms in humans and mice so far

2   appear to be identical from all the available

3   data, and I'm trying to explain what's

4   different in rats, okay?

5          So essentially, much of these

6   downstream effects -- here we're just talking

7   about, for the most part, plaintiffs' experts

8   and myself have just addressed the NAPQI

9   formation, a little bit about oxidative

10  stress.

11         What I'm trying to convey is

12  that there are many other events in the

13  mechanism of toxicity, and some of those

14  additional events in rats do not resemble

15  what we know to occur in humans and mice.

16         That's why, for those three

17  reasons, the resistance to hepatotoxicity

18  requiring higher doses, differences in

19  metabolism and differences in mechanistic --

20  other mechanistic endpoints, that's why we

21  don't consider rats a good model for human

22  acetaminophen hepatotoxicity.

23  BY MR. JANUSH:

24     Q.    Okay.  When you're speaking in

25  front of an audience, you've acknowledged

Page 213

1   that rats are not a good model because they

2   are so resistant to acetaminophen toxicity,

3   right?  It's just a yes or no.

4          When you've spoken in front of

5   people as a panelist, that's what you've

6   acknowledged in simple terms in one straight

7   sentence, right?

8          MR. COHEN:  I'm sorry, object

9   to the form.  This is improper

10  deposition conduct.  You can't tell a

11  witness, say yes or no.  Just ask your

12  question.

13         MR. JANUSH:  I can --

14         MR. COHEN:  He'll give you his

15  answer.  And then if you don't like

16  it, you can ask another question, you

17  can move to strike, but please, don't

18  lecture him all day on how he should

19  be answering questions.  It's

20  inappropriate conduct, Counsel.

21  BY MR. JANUSH:

22     Q.    Sir, can you answer my

23  question?

24     A.    Your question is -- I just want

25  to make sure I understand.

Page 214

1    Q.    When you've been a panelist, in
2  plain, unspoken, simple terms, you've set
3  forth in one sentence why rats are not a good
4  model for testing on acetaminophen, right?
5    A.    I don't recall every single
6  public speaking engagement I've had or what I
7  said in every single one.  However, making
8  that one statement, first of all, it doesn't
9  preclude other reasons, and second of all,
10  when you're speaking in front of people,
11  there's usually a time limit or some sort of
12  expectation for time, and I'm not necessarily
13  going to go into a long monologue on every
14  possible reason.  It's usually sufficient for
15  those purposes to just give one or two and
16  move on.
17    Q.    Okay.  We're going to play a
18  video clip.  We're going to mark this as
19  Exhibit 870.
20        (Whereupon, Deposition
21    Exhibit P870, Media File, Measuring
22    Toxicity Biomarkers, was marked for
23    identification.)
24        (Whereupon, Exhibit 870 was
25    played aloud in the deposition room.)

Page 215

1  BY MR. JANUSH:
2    Q.    So I just want to ask:  Was
3  that you that we just heard speaking?
4    A.    It sounds like me and I recall
5  this webinar.
6    Q.    Okay.  Thank you.
7        MR. COHEN:  When it's
8    convenient, let us know if you want
9    to -- when you want to take a break.
10    It's over an hour.
11        MR. JANUSH:  I don't want to,
12    but if you'd like to, I will
13    accommodate, absolutely.
14        MR. COHEN:  When you get to a
15    breaking point.
16        MR. JANUSH:  Okay.
17  BY MR. JANUSH:
18    Q.    By the way, going back to
19  Posadas.  Posadas 2010 was testing rats at
20  250 and 500 milligrams per kilogram, far less
21  than the toxic doses that you just -- that we
22  just played from your presentation, right?
23    A.    Again, a sub-hepatotoxic dose,
24  the term is not interchangeable with
25  therapeutic dose.  That's very clear in the

Page 216

1  Posadas paper, in fact, because you can look
2  at the plasma concentrations that those doses
3  resulted in, and they are 1 millimole per
4  liter to two millimoles per liter.
5        Just for reference, the maximum
6  therapeutic concentration that you typically
7  achieve at a -- with a dose of Extra Strength
8  Tylenol is around 132 micromoles per liter.
9  So 1 to 2 millimole per liter is 1,000 to
10  2,000 micromoles per liter.  That absolutely
11  cannot be said to mimic human exposure to
12  acetaminophen at therapeutic doses.
13        Those are extremely high
14  concentrations.  Those are the concentrations
15  you see in a human at overdose.
16    Q.    Actually, I'm thinking that the
17  math is done wrong here because Posadas found
18  that acetaminophen can cause
19  concentration-dependent neuronal death in
20  vitro at concentrations, as you said, of 1
21  and 2 millimolar per millimeter [sic], but
22  that's well below the stated concentrations
23  observed in humans, which ranges from 66 to
24  198 micromolars, right?
25        MR. COHEN:  Object.  We don't

Page 217

1  have Posadas marked.
2        MR. JANUSH:  Don't need to.
3    I'm just talking about the math here.
4        MR. COHEN:  No, you're talking
5    about Posadas.
6        THE WITNESS:  Yeah, I don't
7    know what you're reading from.
8  BY MR. JANUSH:
9    Q.    These are my notes, not
10  Posadas.
11    A.    May I hear the question again?
12    Q.    Sure.
13        MR. COHEN:  Are you relying on
14    Posadas?  Because if you are, maybe
15    you can hand it to him and you can
16    simplify this.
17        MR. JANUSH:  You can say
18    objection, form only and not coach.  I
19    don't need to hand a document over
20    when I want to question about a topic.
21    I don't need to.
22        MR. COHEN:  That's
23    inappropriate conduct.
24    A.    If we're asking a question --
25        MR. JANUSH:  It's not

Page 218

1   inappropriate.  You just coached your
2   witness to ask for a document.
3       MR. COHEN:  That's nonsense.
4       MR. JANUSH:  That is absolutely
5   what you did.  The depo protocol is
6   "objection, form."  If he needs to see
7   something, he's a real bright guy, he
8   can ask me for it.
9   BY MR. JANUSH:
10      Q.    Witness, let's go back,
11  Dr. McGill to my question:  Posadas -- do you
12  know whether Posadas 2010 found that
13  acetaminophen can cause
14  concentration-dependent neuronal death in
15  vitro at concentrations 1 and 2 millimolars
16  per milliliter?
17      MR. COHEN:  Objection, form.
18      A.    I would like to see the paper
19  since you are asking me specific questions
20  about it.  I don't recall off the top of my
21  head at what dose they claim to have observed
22  neuronal toxicity.
23          The doses that they
24  administered to rats, which is what they used
25  to guide their in vitro dosing per my

Page 219

1   recollection of the paper, that resulted in
2   plasma concentrations of 1 to 2 millimole per
3   liter, which is the same as 1,000 to 2,000
4   micromoles per liter, which is much higher
5   than the human therapeutic exposure --
6   maximum human therapeutic exposure of around
7   130 micromoles per liter.
8   BY MR. JANUSH:
9       Q.    What literature can you point
10  to that concludes, if you solely look at how
11  acetaminophen poses hepatic effects, you can
12  extrapolate what the effect of acetaminophen
13  will be on the human brain?
14      A.    That is a very broad question.
15  I mean...
16      Q.    Looking at your report, what
17  have you cited to in your expert report that
18  helps you conclude that if you look at how
19  acetaminophen poses hepatic effects, you can
20  extrapolate what the effect of acetaminophen
21  will be on the human brain?
22      A.    Your expert -- I'm sorry, I
23  don't mean to say "your."
24      Q.    Not my expert.  We're talking
25  about you.  What can -- did you point to in

Page 220

1   your report --
2       MR. COHEN:  I'm sorry.
3       MR. JANUSH:  No, no.  This is
4   unfair now.
5       MR. COHEN:  You just
6   interrupted him.
7       MR. JANUSH:  He can't talk
8   about my expert when asked about what
9   is in his report.
10      MR. COHEN:  I'm sorry, you
11  cannot interrupt the witness.  Just
12  let him answer and ask the next
13  question.
14      A.    My -- my report is, in part at
15  least, a response to the plaintiffs' experts,
16  so I think it's reasonable, necessary in this
17  case, to reference the plaintiffs' experts'
18  opinions or speculation, really.
19          So the plaintiffs' experts have
20  speculated on a few possible mechanisms.
21  That's what I was asked to address.
22          So when I look at the data with
23  respect to those possible mechanisms, the
24  speculative mechanisms by which the
25  plaintiffs' experts opine acetaminophen might

Page 221

1   cause toxicity in the brain, we just see no
2   evidence to support it.
3           There's -- as I've laid out in
4   my report, there's very, very little CYP2E1
5   in the brain relative to the liver.  Those
6   studies in which they have looked at, you
7   know, acetaminophen-protein adducts in the
8   brain have found none, and yeah, there's
9   just -- so I was asked to address those
10  issues.  That's what I've done in my report.
11  I find that the data don't support the claims
12  of the plaintiffs' experts.
13      MR. COHEN:  Is this a
14  convenient moment to break?
15      MR. JANUSH:  It sure is.
16  Whenever you would like.
17      MR. COHEN:  Thank you.
18      THE VIDEOGRAPHER:  We are going
19  off record.  The time is 1:37.
20      (Recess taken, 1:37 p.m. to
21  1:54 p.m. CDT)
22      THE VIDEOGRAPHER:  We're going
23  back on record.  The time is 1:54.
24  BY MR. JANUSH:
25      Q.    Dr. McGill, I'm going to have

1  you turn to your report at page 18, the
2  second paragraph of -- or second portion of
3  paragraph 29.  Let me know when you're there.
4      A.    I'm there.
5      Q.    Okay.  I'm reading from the
6  second line down:  Glutathione is available
7  in sufficient amounts in the liver to
8  detoxify NAPQI after human therapeutic doses
9  of acetaminophen.
10         Do you see that?
11     A.    Yes.
12     Q.    Is that statement true, in your
13  opinion, for in utero fetuses exposed to an
14  adult dose of acetaminophen in the second
15  trimester?
16     A.    So in my expert report, I
17  reference -- or it briefly describes a number
18  of studies that measured glutathione in the
19  human brain, including a couple that looked
20  at the fetus.  I -- off the top of my head I
21  don't recall exactly what trimester, but they
22  did show that there was millimole per liter
23  quantities of glutathione in the fetal brain
24  just like the adult brain.
25     Q.    So do you believe that in utero

1  fetuses exposed to an adult dose of
2  acetaminophen in the third semester has
3  sufficient glutathione available in the liver
4  to detoxify NAPQI after human therapeutic
5  doses of acetaminophen?
6      A.    So now you're asking third
7  trimester in the liver?
8      Q.    I am.
9      A.    So I'm trying to recall studies
10  that I cited with respect to glutathione
11  measurement in -- in vivo that may -- that
12  involved fetal measurement.
13         (Document review.)
14     A.    So in at least one of the
15  studies that I cited in my report, they were
16  able to detect glutathione levels in the
17  liver of the fetus, so it is present.  I
18  would expect it to be present, again, at
19  millimolar concentration.
20     Q.    Was there -- what study was
21  that that you're relying to, that one study?
22     A.    That particular one that I was
23  looking at --
24     Q.    Yeah.
25     A.    -- at that moment -- I'm sorry,

1  I have to find it again.
2      Q.    And what page are you on?
3      A.    Ah.  So this is the Raijmakers.
4  It's page 41.
5      Q.    Uh-huh.
6      A.    And I haven't looked through
7  all of these, so I'm not sure if --
8      Q.    Let me just ask something on
9  Raijmakers since you cited it as a relevant
10  study.
11         Zero acetaminophen tested in
12  Raijmakers, right?  Absolutely none, right?
13     A.    To my recollection, they
14  weren't looking at acetaminophen, right.
15  They were looking at glutathione levels.
16     Q.    So it -- it's -- it can't be a
17  relevant study in response to my question if
18  my question was, quote:  Is that statement
19  true in your opinion for in utero fetuses
20  exposed to an adult dose of acetaminophen in
21  the third trimester?
22     A.    Well, I disagree with your
23  statement it can't be relevant.  What they've
24  demonstrated is that there is glutathione in
25  the liver, in the fetus.  Generally speaking,

1  glutathione is present at millimole per liter
2  concentrations in the liver and throughout
3  the body.  Millimole per liter concentrations
4  are high biologically.  It's quite high.
5         So if there's glutathione
6  present, then I would absolutely expect it to
7  detoxify NAPQI.
8      Q.    And for that opinion, you would
9  look to Raijmakers et al. on page 41?
10     A.    A number of studies.  So every
11  study that I'm aware of that has measured
12  glutathione in tissues throughout the body,
13  whether we're talking about brain, liver, any
14  other tissue, including this study, has
15  found, although -- well, has found high
16  millimole per liter concentrations.
17         So I'm relying on -- this is
18  one study that I've specifically pointed out
19  as an example in response to your question,
20  but there are numerous studies that support
21  what I just said.
22     Q.    And if we move forward to
23  Acetaminophen Pharmacokinetics During
24  Pregnancy at page 20, this is a section where
25  you're addressing:  Published studies

Page 226

1  reporting differences in acetaminophen
2  metabolism and pharmacokinetics between
3  pregnant and nonpregnant women that are
4  unlikely to have significant clinical impact.
5  No published study provides direct data on
6  embryonic/fetal acetaminophen metabolism in
7  humans.  Major studies reporting data on
8  acetaminophen in pregnancy are described
9  below.
10       Right?  That's what you're
11  addressing in this section?
12       A.    Well, you've read what I've
13  written.
14       Q.    Okay.  So let's go to
15  paragraph 32 where you address that:
16  Acetaminophen must traverse the
17  blood-placenta barrier to reach the embryo or
18  fetus.
19       And you write:  Acetaminophen
20  has been shown to cross the placenta after
21  maternal use.
22       And I'm going to skip the next
23  sentence and address:  However, acetaminophen
24  concentrations in umbilical cord blood after
25  maternal ingestion of therapeutic doses have

Page 227

1  been reported to be nearly identical to the
2  low concentrations in maternal blood,
3  prompting the conclusion that maternal use of
4  acetaminophen at the currently recommended
5  dose is unlikely to lead to accumulation of
6  potentially toxic levels in the fetus.
7       Did I read that correctly?
8       A.    Yes.
9       Q.    Okay.  And after making that
10  last statement, you cite to a single case
11  reported at footnote 50.  It's the Nitsche
12  study, right?
13       A.    That is what's listed for the
14  footnote.
15       Q.    Okay.  And this concerned a
16  neonate to address -- and you used this study
17  to address that maternal use of acetaminophen
18  at the currently recommended dose is unlikely
19  to lead to accumulation of potentially toxic
20  levels in the fetus.  Right?
21       A.    That's a quote from that study.
22  It's not my words.
23       Q.    Right.  I understand that.
24       Dr. McGill, I'm going to
25  provide you with -- where is 813?  I'm going

Page 228

1  to provide you with 813.
2            (Whereupon, Deposition
3        Exhibit P813, Transplacental Passage
4        of Acetaminophen in Term Pregnancy, by
5        Nitsche et al., was marked for
6        identification.)
7  BY MR. JANUSH:
8       Q.    This is the Nitsche study.
9  It's Transplacental Passage of Acetaminophen
10  in Term Pregnancy.  It's published
11  November 2016 online, and let me ask you
12  something.
13       What was the goal of the
14  Nitsche-cited -- Nitsche study you cited, or
15  stated differently -- let me help on this.
16       This was the study, was it not,
17  where pregnant women undergoing scheduled
18  cesarean section deliveries were given a dose
19  of 1,000 milligrams of acetaminophen just
20  before they gave birth, and the acetaminophen
21  levels were then tested in the mother and
22  neonate as soon as 30 minutes after the
23  maternal administration of the drug, right?
24       A.    If you don't mind, I'd like a
25  little bit of time to refresh myself.

Page 229

1       Q.    Sure.  And just to give you
2  guidance on where I was addressing that from,
3  it was the second page, center of the left
4  side, starting with "Acetaminophen is widely
5  used in pregnancy."
6            But really, I'm addressing the
7  language:  This report suggests that the
8  level attained in the neonate after a single
9  maternal dose of acetaminophen is similar to
10  the levels obtained after an oral dose
11  administered directly to the neonate.
12       And then if you look at the
13  study design just below, you'll see the 1,000
14  milligrams, single oral dose upon admission
15  for scheduled cesarean section -- cesarean
16  section.
17       Do you see that, a few
18  sentences down from the word "study design"
19  in big bold letters?  And it's also on the
20  screen to guide you in front of you, to
21  prompt you.  You should definitely allow the
22  screen to help you.  It will help.
23            (Document review.)
24  BY MR. JANUSH:
25       Q.    And if we turn to the third

Page 230

1 page, and it's the final page. It's a real
2 short study. At the Conclusion: Maternal
3 and fetal acetaminophen levels are comparable
4 as early as 30 minutes after administration,
5 indicating rapid placental transfer of the
6 drug.
7        Notably, acetaminophen PKs in
8 fetal samples closely parallels behavior of
9 the drug in the maternal system. The time to
10 peak concentration and half-life are similar,
11 and the fetal AUC is nearly the same as the
12 maternal AUC.
13        Do you see that?
14    A.   I see the statements.
15    Q.   Okay.
16    A.   I'd like to note, these are
17 technically not fetal samples, right?
18 They're neonates who were delivered by
19 cesarean section, so we're talking about
20 exposure very late in pregnancy at the time
21 of delivery.
22    Q.   Right.
23    A.   This is not fetal development,
24 it's not embryonic development.
25    Q.   Right. Yeah. And you cited to

Page 231

1 this, not me, right?
2    A.   Yes, I cited to it.
3    Q.   Okay. So -- and you cited to
4 it as relevant to your expert report in a
5 case involving fetal neurodevelopmental
6 issues, right?
7    A.   I cited to it as relevant data
8 showing that there's transplacental passage
9 of acetaminophen.
10    Q.   Okay.
11    A.   But again, I didn't say that
12 these should -- I didn't say that this study,
13 in my report, does or does not comment on the
14 embryonic or fetal development. It does not.
15 This is neonatal.
16    Q.   Understood.
17    A.   But I didn't state that in the
18 report.
19    Q.   But you did say -- you did say
20 "prompting the conclusion that maternal use
21 of acetaminophen at the currently recommended
22 dose is unlikely to lead to accumulation of
23 potentially toxic levels in the fetus."
24        You did say that, right?
25    A.   I was quoting the authors of

Page 232

1 this study. It's a direct quote from the
2 study.
3    Q.   I understand.
4        But when you take a quote from
5 the study and include it as a concluding
6 sentence in a paragraph, you are adopting
7 their conclusion in your report, right?
8        You're not saying anywhere here
9 "and I disagree with this conclusion," are
10 you?
11    A.   My statement was that the data
12 prompted the authors to conclude, and then I
13 directly quoted them.
14    Q.   Right.
15    A.   I was saying that it prompted
16 them to conclude it. I wasn't saying it was
17 my conclusion.
18    Q.   Okay.
19    A.   I think it's a reasonable
20 conclusion.
21    Q.   You do?
22    A.   From the data in that study.
23    Q.   Okay. So --
24    A.   And from the other data that
25 I've seen.

Page 233

1    Q.   So help me on this, because
2 would you agree with the notion that
3 prompting the conclusion that this
4 recommended dose is unlikely to lead to
5 accumulation of potentially toxic levels in
6 the fetus, that conclusion is addressing a
7 safety issue, right, toxic levels in the
8 fetus?
9        MR. COHEN: Object --
10 BY MR. JANUSH:
11    Q.   Fair to say?
12        MR. COHEN: Object to the form.
13    A.   I can't comment on what the
14 authors intended to convey with that
15 statement.
16 BY MR. JANUSH:
17    Q.   Okay. Well, let's comment on
18 what you can address.
19        Can you point to any studied
20 endpoints in this three-page piece of
21 literature that addresses where the authors
22 were studying safety to the fetus? Anywhere?
23        MR. COHEN: Object to the form.
24 BY MR. JANUSH:
25    Q.   I mean, I -- the reason I'm

Page 234

1 asking is I only see discussion concerning
2 the levels of acetaminophen observed just
3 after cesarean section.  So I'd like to know
4 how the authors could have arrived at a
5 safety conclusion in the absence of endpoints
6 on safety.
7          MR. COHEN:  Object to the form.
8      Go ahead.
9      A.    I can't comment on the authors'
10 thought process.  My understanding of what
11 they're trying to say is that the -- from the
12 data available in this manuscript, the
13 pharmacokinetics, or at least plasma
14 concentrations of acetaminophen, appear to be
15 similar in the mother and the neonate at the
16 time of delivery.  And I suppose they're
17 making the assumption that you can
18 extrapolate that to earlier fetal
19 development.
20 BY MR. JANUSH:
21      Q.    Well --
22      A.    And we know that those
23 therapeutic blood concentrations in the
24 mother are deemed safe.  Those are the --
25 that's a -- the 1-gram dose is what is

Page 235

1 recommended by the manufacturer and what the
2 FDA allows, so it's considered a safe dose,
3 and they get the same blood concentration.
4      So I think that's the reasoning
5 of the authors, but again, it's the authors'
6 reasoning.
7 BY MR. JANUSH:
8      Q.    Yes, I get you.  You quoted
9 this, though, to address that the authors
10 concluded that maternal use of acetaminophen
11 at the currently recommended dose is unlikely
12 to lead to accumulation of potentially toxic
13 levels in the fetus, and I'm just asking you
14 to point me to where toxicity was studied, if
15 at all.
16      It wasn't here, right?  I mean,
17 it's a simple issue.  I'm just asking you if
18 you agree that it wasn't studied here.
19          MR. COHEN:  Objection, form.
20      A.    I think you have to take it in
21 the context of the greater literature, right?
22 The greater literature, as I've described in
23 my report, shows that there is little to no
24 CYP2E1 in the brain, so there's no -- also --
25 the literature also show there's no

Page 236

1 acetaminophen-protein binding in the brain,
2 indicating no NAPQI formation in the brain.
3      The literature also show that
4 there is no -- or that there is glutathione
5 present in the -- in the brain, including the
6 fetal brain, and so -- and databases show
7 that also the low levels -- little to no
8 CYP2E1 present in the brain extends to
9 human -- different stages of human fetal
10 development.
11      So when you put that all
12 together with the fact that there's extremely
13 low to no potential for NAPQI formation in
14 the brain, even if it did form, there's
15 glutathione to scavenge it.  And we know that
16 that works really well with these
17 concentrations of acetaminophen in adults.
18 There's no reason to think it wouldn't also
19 work very well at these concentrations in
20 the -- in the child.
21 BY MR. JANUSH:
22      Q.    You just assumed a lot as to
23 what the authors were concluding, didn't you?
24          MR. COHEN:  Object to form.
25      A.    I was giving my opinion that

Page 237

1 the data have to be interpreted within the
2 greater context of the literature.  I can't
3 say the authors did that or not.  Within the
4 greater context of the literature, their
5 conclusion was reasonable, however.
6 BY MR. JANUSH:
7      Q.    Well, let's talk about what the
8 authors actually said, because they said
9 something vastly different from what you
10 said.
11      Last paragraph:  Although the
12 current study suggests that fetal exposure to
13 acetaminophen can be predicted using maternal
14 drug levels, further study of acetaminophen
15 metabolism to NAPQI in the fetus is clearly
16 needed to better understand the risk of fetal
17 harm after maternal acetaminophen use.
18      You see that?
19      A.    I see their statement.
20      Q.    It's very different from what
21 you just said, right, about the body of
22 literature that you take into consideration
23 to conclude safety?
24      A.    Well, again, I can't say what
25 the authors were thinking or what the

1 rationale was at the time.

2    Q.    You can.  It's in black and
3 white, right, on this page?

4    A.    No, no.  They haven't said how
5 they arrived at their conclusion based on
6 these data, other than we know these levels
7 are safe in adults, probably safe in the
8 fetus too; or rather, the levels in the
9 neonates was not higher than what you see in
10 adults.  So that's part of their reasoning.
11 I can't comment on the rest of their
12 reasoning.

13    Q.    Do these authors demonstrate
14 that the neonate is able to maintain high
15 doses, high levels of -- to counter repeated
16 exposures, high levels of NAPQI?

17    A.    I'm sorry, you --

18    Q.    I mean of -- yes, that is what
19 I mean.

20    A.    I don't think the question
21 makes sense.

22    Q.    I mean glutathione.  I meant to
23 say glutathione.  Sorry.

24          MR. COHEN:  Can you repeat the
25 question?

1          MR. JANUSH:  I apologize.

2 BY MR. JANUSH:

3    Q.    I meant to simply say:  Do you
4 believe that there's sufficient levels of
5 glutathione in a neonate to endure repeated
6 exposures at this level in utero with no
7 downstream neurotoxic effects?

8    A.    Well, again, I can't comment on
9 these neurodevelopmental outcomes.  Do I --
10 if the question is do I believe there's
11 glutathione -- sorry, were you asking in the
12 brain or the liver?

13    Q.    Brain of the baby.

14    A.    In the brain of the baby.
15 Well, in fact, we know there's glutathione in
16 the brain of the baby.  I mentioned that
17 Raijmakers study, right.

18    Q.    Uh-huh.

19    A.    So -- and in fact, in that
20 study, they actually noted that the
21 concentration in the brain was higher than
22 the concentration in the fetal liver.  So
23 there's clearly glutathione present.

24          We also know from, for example,
25 the Allen Institute for Brain Sciences

1 database, their LMD microarray database, and
2 from one of the studies I cited in my report,
3 one of the publications, that fetal
4 expression of P450s in the brain is still
5 very low compared to the liver.

6          So given that information,
7 there's glutathione present, there's very
8 little P450.  We have not only no reason to
9 believe that they would have toxic effects;
10 we have strong reason to doubt that there
11 would be toxic effects in the fetus in the
12 brain.

13    Q.    So I'm going to circle back to
14 Raijmakers in a moment.  I want to go to the
15 last sentence of this paragraph:  However,
16 our findings suggest that maternal use of
17 acetaminophen at the currently recommended
18 dose is unlikely to lead to accumulation of
19 potentially toxic levels in the fetus.

20          Do you see that?

21    A.    I see the statement.

22    Q.    What are their findings that
23 they're pointing to in this literature?

24    A.    Again, I can't comment on --

25    Q.    I mean, you used the

1 literature, so I'm -- do you read literature
2 constructively when you cite it in an expert
3 report?

4          MR. COHEN:  Object to form.

5    A.    I cannot comment on the
6 rationale of the authors at that time.

7 BY MR. JANUSH:

8    Q.    Did you read literature
9 constructively to determine, gee, did the
10 authors get this right?  Did they have actual
11 data to support their conclusion?

12          Do you do that?

13          MR. COHEN:  Objection, form.

14    A.    Their data are consistent with
15 my -- with the information in my report.  I
16 cannot comment on what they were thinking at
17 the time.

18 BY MR. JANUSH:

19    Q.    I'm not talking about their
20 data about the acetaminophen passing from the
21 mother to the baby in doses that mirror the
22 mother.  That -- that is not what I'm talking
23 about.

24          I'm talking about their data
25 regarding a safety point.  Where is the

Page 242

1  safety data in this three-page study?  Can
2  you point me to it?
3          Because the way I'm reading
4  this, I see a conclusion about our findings,
5  quote.  And I don't see findings about
6  safety.  So I'm trying to find whether this
7  was a gratuitous statement and that -- or
8  not.  And I'd like your guidance on that.
9      A.    I can tell you how I would
10  interpret this in the context of the greater
11  literature -- as I mentioned, how I interpret
12  it in the context of the greater literature
13  as evidence for safety.  I can't comment on
14  what they were thinking at the time.
15      Q.    But you do see that they wrote
16  our findings.  In other words, they weren't
17  looking at the body of literature.  They were
18  looking at our findings.
19      A.    Okay.  So one issue with that
20  is they may have other findings than what's
21  in this report, right.  I can't say off the
22  top of my head.
23      Q.    How do you feel comfortable
24  citing to this piece of literature --
25          MR. COHEN:  Object to the form.

Page 243

1  BY MR. JANUSH:
2      Q.    -- for safety -- to include the
3  safety conclusion at footnote 32, when
4  there's no safety endpoints addressed in the
5  literature?
6      A.    Yeah, as I explained, all the
7  literature that I've -- as I've described in
8  my report, all the literature show there is
9  little to no CYP2E1 in the brain, there is no
10  NAPQI formation or presence in the brain.
11  There is glutathione in the brain that is
12  available to scavenge NAPQI if any did form.
13          And so when you take that with
14  the fact that the concentrations to which the
15  fetus -- well, in this case, again, this is
16  neonates.  It's not really fetus, but fine --
17  to which the fetus was exposed is similar to
18  what we're exposed to, then there's simply no
19  reason -- taken as a bigger picture, it's
20  strong evidence for the safety of -- for the
21  safety of the fetus with this exposure to
22  acetaminophen, with maternal ingestion of
23  therapeutic doses of acetaminophen.
24      Q.    You mentioned the Raijmakers
25  study.  Wasn't that of only two fetuses?

Page 244

1      A.    I don't recall off the top of
2  my head.  You'd have to show me the report.
3      Q.    I mean, you were referencing it
4  from your report as something supportive of
5  your opinions, so I'm just drilling down.
6      A.    I'm happy to comment on it if
7  you can produce a copy of the paper.
8      Q.    I can't.  Raijmakers -- do you
9  remember if Raijmakers completely failed to
10  look at any regenerative capabilities of
11  glutathione?
12          MR. COHEN:  Object -- object to
13  the form.
14      A.    Again, if you produce a copy of
15  the paper, I'll be happy to comment on it.
16  BY MR. JANUSH:
17      Q.    In Raijmakers, do you remember
18  that there was absolutely no indication
19  whatsoever as to whether acetaminophen had
20  been used before there was testing done?
21          MR. COHEN:  Object to the form.
22      A.    Again, if you produce a copy of
23  the paper, I'm happy to comment on it.
24  BY MR. JANUSH:
25      Q.    It's something you cited, sir,

Page 245

1  so I'm just coming back to you on whether you
2  know your own literature that you cited.
3          MR. COHEN:  Object to the form.
4      A.    I cited it because it shows
5  that there is glutathione present in the
6  fetal brain and as well as the fetal liver.
7  BY MR. JANUSH:
8      Q.    I think it's going to be
9  important to the court in this case as to
10  whether you were citing literature that was
11  concomitantly testing for acetaminophen use
12  when assessing glutathione.
13          Is that a reasonable
14  expectation, if -- if the court wants to see
15  was the scientist actually looking at the
16  right issue here?
17          MR. COHEN:  Object to the form.
18      A.    Depending on the question, it's
19  a reasonable desire to see data specific to
20  acetaminophen, but I would note that the
21  plaintiffs' experts frequently rely on
22  studies that have nothing to do with
23  acetaminophen.
24  BY MR. JANUSH:
25      Q.    But you're here today, and

Page 246

1 we're here to talk about you and your work.
2       You understand that, right?
3       MR. COHEN:  Object to the form.
4     A.    I'm here to talk about the
5 questions that I was asked to address in my
6 expert report.
7 BY MR. JANUSH:
8     Q.    Uh-huh.  And your work, right?
9       MR. COHEN:  Object to the form.
10     A.    I guess I'm not clear on what
11 you mean by my work.
12 BY MR. JANUSH:
13     Q.    Your expert report and your
14 conclusions and your studies that you relied
15 on is what is at issue today in front of this
16 camera and in front of the court on this
17 deposition, right?
18       MR. COHEN:  Object to the form.
19     A.    What is at issue today is the
20 questions that I was asked to address in my
21 expert report.  I addressed them in the
22 report.
23 BY MR. JANUSH:
24     Q.    Meaning plaintiffs' experts are
25 not in this deposition and they're not the

Page 247

1 subject of today's deposition, right?
2       MR. COHEN:  Object to the form.
3     A.    I think it's -- the -- my
4 report is, in part, a response to the
5 plaintiffs' experts.  I think it's impossible
6 to not cite them as a result of that or not
7 discuss them.  It's the basis of the report.
8 BY MR. JANUSH:
9     Q.    I just want to conclude by
10 coming back to a question I asked earlier and
11 try and get a clean answer from you.
12       Would you agree that in this
13 three-page Nitsche publication, the only
14 endpoints being addressed were -- addressed
15 were the measurements of acetaminophen
16 observed in the fetus and observed in the
17 mother following administration of the 1,000
18 milligrams of acetaminophen to the mother?
19       MR. COHEN:  I'm just going to
20     object to the colloquy at the
21     beginning before the question --
22       MR. JANUSH:  Fair enough.
23       MR. COHEN:  -- which implied
24     that he didn't give a, quote, clean
25     answer.  That was improper.

Page 248

1     A.    So again, what's in the study
2 is that they -- well, their conclusion from
3 their data -- one of their conclusions from
4 the data is that the plasma concentrations to
5 which a fetus or neonate -- plasma
6 concentrations of acetaminophen -- excuse
7 me -- after a therapeutic dose ingested by
8 the mother to which the fetus or neonate
9 would be exposed is no greater than that to
10 which the mother is exposed, right?
11       Given what we know about the
12 lack of P4- -- lack of CYP2E1 in the brain,
13 given what we know about the fact that there
14 are no acetaminophen-protein adducts in the
15 brain, even after massive overdoses of
16 acetaminophen, given what we know about the
17 fact that we have glutathione in the brain,
18 including in the fetal brain, together with
19 that information, these data suggest that
20 acetaminophen would be safe to the fetus.
21       Again, that's the way I take
22 the data.  I cannot comment on how the
23 authors themselves came to their conclusions.
24 BY MR. JANUSH:
25     Q.    But you had -- fair to say you

Page 249

1 had no problem quoting their concluding
2 sentence and not qualifying it as being
3 unsupported within the four corners of the
4 actual study itself, right, in terms of the
5 design of the study?
6       MR. COHEN:  Object to the form.
7     A.    So when we do science, you
8 never take it in isolation, right, unless
9 there's just nothing else ever has been done
10 on a particular subject.  You always
11 interpret it in the context of the
12 literature.
13 BY MR. JANUSH:
14     Q.    Except these scientists wrote
15 "our findings," right?  They weren't looking
16 at other literature.
17     A.    Again, they may have other
18 studies.  They may have meant our findings in
19 terms of their results in the context of
20 other things that they've found from other
21 studies.  I cannot comment on what they were
22 thinking or their rationale for that
23 statement.
24     Q.    But you felt comfortable
25 quoting it?

Page 250

1    MR. COHEN: Objection, form.

2    A.    Yeah, I was comfortable quoting
3 it because, again, when you take it in the
4 context of the greater literature, it does
5 strongly suggest that it's safe for the
6 fetus.  Or at least a neonate.

7 BY MR. JANUSH:

8    Q.    I'm going to move on to
9 paragraph 33, where you say:  In the fetus,
10 drugs also undergo metabolism.  The human
11 fetal liver expresses enzymes that can
12 catalyze the sulfation of acetaminophen at
13 levels that are comparable to the adult
14 liver.

15        Dr. McGill, fair to say that
16 this publication cited at 51, Hume, regarding
17 sulfation of thyroid hormone and dopamine
18 during human development, that --

19    A.    I'm sorry.  Footnote 51?  I
20 don't see a Hume.

21    Q.    Richard K. Hume.

22    A.    Oh.  Hume is the second author.

23    Q.    Okay.  So Rich -- my apologies.
24 I read that wrong.  K. Richard with R. Hume.
25        Do you see that?

Page 251

1    A.    I do.

2    Q.    Okay.  And fair to say this
3 publication specifically concerns the role of
4 sulfation of catecholamines and thyroid
5 hormones during human development?

6    A.    Again, to say definitively, I
7 would prefer to see a copy of the actual
8 study.

9    Q.    We've marked this as 814.

10        (Whereupon, Deposition
11        Exhibit P814, Sulfation of Thyroid
12        Hormone and Dopamine during Human
13        Development: Ontogeny of Phenol
14        Sulfotransferases and Arylsulfatase in
15        Liver, Lung, and Brain, by Richard
16        et al., was marked for
17        identification.)

18 BY MR. JANUSH:

19    Q.    And it's titled, again,
20 Sulfation of Thyroid Hormone and Dopamine
21 during Human Development:  Ontogeny of Phenol
22 Sulfotransferases and Arylsulfatase in Liver,
23 Lung and Brain.

24        (Document review.)

25        ///

Page 252

1 BY MR. JANUSH:

2    Q.    My questions may prompt a need
3 for you to look at it further or may not, so
4 I'd like to ask a question, and then you tell
5 me whether you have to look at something
6 specifically to answer it.

7        I appreciate that there's a
8 conclusion or a statement on 2735 in the
9 upper right-hand corner that says:  To
10 further our understanding of the role of
11 sulfation of catecholamines and thyroid
12 hormone during human development, we have
13 studied the ontogeny of the SULT and ARS
14 isoenzymes involved in their metabolism in
15 key tissues, liver, lung and brain, using
16 isoform-selective probe substrates and
17 immunochemical techniques.  Our data strongly
18 support the idea that the human fetus has an
19 extensive capacity for sulfation, and we
20 demonstrate for the first time a
21 developmentally programmed switch in the
22 hepatic expression of the major
23 catecholamine-metabolizing sulfotransferase,
24 SULT1A3.

25        Do you see that?

Page 253

1    A.    Yes.

2    Q.    In this study, weren't tissues
3 obtained from postmortem within 12 hours of
4 certification of death?

5    A.    I'd have to double-check the
6 methods.

7    Q.    Please do.

8        (Document review.)

9    A.    So it states:  Tissue was
10 obtained from fetuses within six hours
11 following termination of pregnancy.  Infant
12 tissue was obtained at routine postmortem
13 within 12 hours of certification of death.

14 BY MR. JANUSH:

15    Q.    Okay.  Did any aspect of this
16 study address the relevance between APAP
17 sulfation or acetaminophen sulfation and
18 sulfation of iodothyronines or thyroxine T4,
19 a prohormone secreted by the thyroid?

20    A.    I'm sorry, can you ask the
21 question again?  I want to make sure I
22 understand.

23    Q.    Yeah.

24        Did any aspect of this study
25 address the relationship between

Page 254

1  acetaminophen sulfation and sulfation of
2  thyroxine T4?
3      A.    Right.  So they actually look
4  at multiple sulfation substrates, right?  One
5  of those -- let's see if I can find it again
6  here.
7          So -- so -- I'm sorry, on the
8  first page, 2734, the right-hand column,
9  close to the top -- I think it's the second
10  sentence.  They state:  Human SULT enzymes
11  can be subdivided, based on amino acid
12  sequence identity and enzymatic function,
13  into phenol SULT, SULT1, and steroid SULT,
14  SULT2, families, where the SULT1 family
15  comprises enzymes metabolizing phenolic
16  xenobiotics and iodothyronines and
17  catecholamines.
18          So you can see there that they
19  are pointing out that they're interested in
20  SULT1A family, correct?  Acetaminophen is
21  metabolized by members of the SULT1A family
22  of sulfotransferases.
23          In addition, one of the
24  substrates that they use -- they don't just
25  use the substrates that you mentioned.  For

Page 255

1  example, just one example, they also look at
2  sulfation of 4-nitrophenol, which they seem
3  to use as a marker of SULT1A1.  And again,
4  SULT1A, sulfotransferases are involved in
5  acetaminophen metabolism.
6          And if I can find that one
7  statement again.
8          (Document review.)
9  BY MR. JANUSH:
10      Q.    What I'm addressing, though,
11  is:  Did this study actually review
12  acetaminophen?
13      A.    I don't recall if they
14  specifically mentioned acetaminophen in this
15  paper or not.
16      Q.    Why don't you look through it.
17      A.    You --
18      Q.    You had a few minutes before to
19  look through it.
20      A.    You'd like me to read the
21  entire paper?
22      Q.    Well, just -- you can just scan
23  it.  I want to confirm whether you cited a
24  paper that has nothing to do with
25  acetaminophen.

Page 256

1      A.    Well --
2      Q.    I get what you're saying about
3  SULT1 and all that, but I'm addressing
4  whether acetaminophen sulfation was tested in
5  this paper.
6      A.    I don't believe they
7  specifically looked at acetaminophen
8  sulfation.  Again, however, this is standard
9  practice in the field, right?  You use
10  well-characterized substrates to look at
11  enzyme activity, and especially
12  drug-metabolizing enzyme activity.
13          And so again, acetaminophen is
14  known to be sulfated by members of the SULT1A
15  family, and they have shown SULT1A activity
16  here.
17      Q.    But not shown acetaminophen in
18  this entire study, right?
19      A.    Not specifically, but the
20  results are suggestive that there is
21  acetaminophen sulfation.
22      Q.    Well, SULT1 sulfation is
23  broader than acetaminophen sulfation, isn't
24  it?
25      A.    True.

Page 257

1      Q.    Yeah.  How much broader?
2      A.    I -- I mean, I'm not sure how
3  to answer that question.
4      Q.    Well, what does SULT1 sulfation
5  entail beyond acetaminophen sulfation?
6      A.    I'm sure it sulfates other
7  drugs and some other chemicals as well.
8      Q.    So what led you to speculate
9  that you're sure that acetaminophen was
10  relevant here?
11          MR. COHEN:  Object to the form.
12      A.    Let me find.  So I -- let me --
13  which part -- I'm sorry, can you remind me
14  what -- which part of the expert report
15  you're referring to?  Oh, I see it.  I'm
16  sorry.  Paragraph 33.
17  BY MR. JANUSH:
18      Q.    33.
19      A.    So they express enzymes that
20  are -- that can or, in other words, are
21  capable of sulfation of acetaminophen, and
22  that's what they've shown here.  These are
23  enzymes -- testing enzymes that
24  are -- that can sulfate acetaminophen.
25          In addition to that, I have

Page 258

1  additional references in that footnote, one
2  of which, at least, does specifically address
3  acetaminophen.
4      Q.   Let's turn to paragraph 34 on
5  page 26.  And here you're addressing the
6  blood-brain barrier.
7          Dr. McGill, as part of your
8  report in this case, are you opining that
9  acetaminophen does not cross the fetal
10 blood-brain barrier?
11     A.   No.
12     Q.   Okay.  You don't know what
13 amount of acetaminophen is getting into the
14 fetal brain at various stages of pregnancy,
15 right?
16     A.   At various stages of pregnancy?
17 I don't recall specifically if any of the
18 studies I cited looked at that, getting into
19 the fetal brain at various stages of
20 pregnancy.
21         Again -- well, the short answer
22 is no, but we do know how much is in the
23 fetal plasma, and it can't be more than that.
24         And the amount in the fetal
25 plasma, by the way, one example of that comes

Page 259

1  from the study that we were discussing a
2  moment ago, looking at that neonatal
3  exposure, and they showed that the
4  concentrations and the -- well, at least the
5  neonatal samples and the cord blood samples
6  were the same as in the mother,
7  concentrations of acetaminophen.
8          And again, because
9  acetaminophen is a weak acid, a pKa of about
10 9.5, it's uncharged and not very polar at
11 physiological pH, which means it can cross in
12 brains fairly freely.  There's a delay with
13 the blood-brain barrier, but it can cross.
14 And so there's no reason to believe that it
15 would accumulate in the brain, and so --
16 including the fetal brain.
17         And so we can assume that
18 whatever concentration is in the fetal brain
19 at any stage of fetal or embryonic
20 development, it's no greater than what's in
21 the plasma.
22     Q.   I want to focus on some
23 particular statements you make in this
24 paragraph.
25         Similar to the results in

Page 260

1  humans, maximum acetaminophen concentrations
2  were far lower in the brain extracellular
3  fluid than in plasma in these animals.  These
4  data show that the blood-brain barrier delays
5  entry of acetaminophen into the brain,
6  keeping peak concentrations lower in the
7  brain than in plasma.
8          Although these studies were
9  performed in adult humans and animals, it has
10 been demonstrated that the blood-brain
11 barrier is intact in the human embryo/fetus
12 by approximately 8 weeks of gestation, and
13 functional by 10 to 12 weeks.
14         Then you have a comma and a
15 footnote, 56 -- indicating that the fetal
16 brain is also protected.  And you have
17 footnote 57.  And we're going to go through
18 each footnote 56 and 57.
19         But before I do that, I'll just
20 address initially:
21         You cited literature at
22 footnote 56 by Kate Goasdoué, Stephanie
23 Miller, Paul Colditz and Tracey Björkman, a
24 Review:  The blood-brain barrier, protecting
25 the developing fetal brain.

Page 261

1          Do you recall if there's
2  anything about acetaminophen in this review?
3      A.   Off the top of my head, I do
4  not recall.
5      Q.   Okay.  Would it surprise you if
6  there was nothing about acetaminophen in this
7  review?
8          MR. COHEN:  Objection, form.
9      A.   No, because I'm not citing this
10 review as evidence for whether or not
11 acetaminophen crosses the blood-brain
12 barrier.  I'm just citing it as a source for
13 the statement that the blood-brain barrier is
14 intact by 10 to 12 weeks' gestation.
15         This citation was not intended
16 to say anything about acetaminophen.
17 BY MR. JANUSH:
18     Q.   Did you misrepresent what
19 Goasdoué et al. actually said in their
20 publication?
21         MR. COHEN:  Objection, form.
22     A.   I don't believe so.
23 BY MR. JANUSH:
24     Q.   Let's walk through it.
25         THE STENOGRAPHER:  Is this a

Page 262

1  new exhibit?
2       MR. JANUSH:  This is exhibit
3  P815.
4       (Whereupon, Deposition
5  Exhibit P815, Review: The blood-brain
6  barrier; protecting the developing
7  fetal brain, by Goasdoué et al., was
8  marked for identification.)
9  BY MR. JANUSH:
10      Q.    We're going to go to Section 8,
11  Conclusion.  We're going to blow this up.
12  I'm going to read it.
13      Despite the presence of
14  placental efflux transporters, the placenta
15  is an imperfect drug barrier.  Given
16  sufficient time and dosage, most drugs can
17  breach the placenta and enter the fetal
18  circulation, posing a teratogenic risk to the
19  fetal brain.
20      Let me stop there for a second.
21  Is a teratogenic risk to the fetal brain a
22  good thing or a bad thing?
23      MR. COHEN:  Object to the form.
24      A.    A risk is a risk.  It doesn't
25  mean that something happens, for starters.

Page 263

1       Second of all, my statement is
2  about the blood-brain barrier.  This is about
3  the placental barrier.  They mention the
4  brain, but they're not discussing that in
5  this sentence.
6  BY MR. JANUSH:
7       Q.    I'm not done.  I have a lot
8  more to go.
9       Although the placenta and
10  blood-brain barrier have several efflux
11  transporters in common, the blood-brain
12  barrier is a far more structurally complex
13  and restrictive system.  To cross the
14  blood-brain barrier and enter the central
15  nervous system, drugs need to be small and
16  lipophilic or have dedicated transport
17  systems.
18      Drugs with these properties
19  would easily cross the placental barrier even
20  with functional efflux transporters, as quick
21  diffusion surpasses the ability of efflux
22  transporters to pump substances from the
23  fetal circulation.  Understanding how the
24  blood-brain barrier functions during
25  development of the fetus is essential to

Page 264

1  ensuring optimal brain growth and protection
2  from drugs and toxins once they cross the
3  placenta.
4       Given the differences in
5  blood-brain development -- blood-brain
6  barrier development across species,
7  refinement of animal models is critical
8  before application to the human.
9       So far I've read that
10  correctly, right?
11      A.    Yes.  As far as I've been able
12  to keep up, yeah.
13      Q.    Well, please stay with me and
14  let me know if I'm losing you because the
15  next sentences are really critical to this
16  case and to this article.
17      Minimizing drug exposure in the
18  fetus is vital to reducing teratogenic
19  effects and long-term neurological disease.
20      You ignored that statement when
21  you cited to Goasdoué, right?
22      A.    No.  Again, I cited this
23  article as support for my statement that the
24  blood-brain barrier is intact by 10 to
25  12 weeks' gestation.  I didn't make any

Page 265

1  comments in referencing that article about
2  teratogenicity, drug exposure.  I just said
3  the blood-brain barrier was intact.
4       Q.    Okay.  That's actually, by the
5  way, not so true either, right?  A -- by
6  8 weeks of gestation and functional by 10-12
7  weeks -- 10 to 12 weeks -- is your statement
8  in your report in terms of the timeline for a
9  blood-brain barrier to be intact.
10      But isn't it scientifically
11  established that the blood-brain barrier
12  continues forming and becoming tighter
13  throughout gestation and even continues to
14  develop postnatally?
15      A.    I'm not an expert on
16  blood-brain barrier development.  I'm just
17  citing what I found in those two articles.
18      Furthermore --
19      Q.    But this case --
20      A.    Sorry.  Go ahead.
21      Q.    This case is --
22      MR. COHEN:  I'm sorry, were you
23  finished?
24      MR. JANUSH:  Yeah.
25      A.    Yeah, furthermore, I don't

Page 266

1 dispute anywhere in my report that
2 acetaminophen crosses the blood-brain
3 barrier. I guess I don't -- I don't dispute
4 that.
5 BY MR. JANUSH:
6      Q.    Do you agree that it crosses
7 the blood-brain barrier and can cause
8 teratogenic effects to the fetus?
9           MR. COHEN:  Objection, form.
10     A.    That acetaminophen can cross
11 the blood-brain barrier and cause teratogenic
12 effects? I mean, I've seen no data that
13 indicates that. No reliable, reproducible,
14 scientifically rigorous data that indicates
15 that.
16 BY MR. JANUSH:
17     Q.    And again, you haven't produced
18 your methodology concerning your searches and
19 how you arrived at the literature you
20 selected to review for your report, right?
21          MR. COHEN:  Objection, form.
22     A.    I think I explained my
23 methodology pretty clearly this morning.
24 Again, I used the scientific method. I'm
25 happy to --

Page 267

1 BY MR. JANUSH:
2      Q.    No, we're not doing that again.
3           MR. COHEN:  Well, let the
4      record reflect you asked and you cut
5      him off.
6 BY MR. JANUSH:
7      Q.    And let's go to the next
8 paragraph: A significant clinical challenge
9 is the protection of the vulnerable fetal
10 brain from drugs in the maternal environment.
11 The changes in placental or blood-brain
12 barrier function due to drug exposure from
13 the maternal environment have significant
14 clinical relevance as the functional outcomes
15 vary and are often unknown.
16          As you sit here today, do you
17 agree with this statement?
18     A.    Again, I'm -- I'm not an expert
19 on blood-brain barrier development, and this
20 is not what I study, so I -- I really -- I
21 can't comment.
22     Q.    But you included a section in
23 your report specifically addressing the
24 blood-brain barrier, right?
25     A.    I mentioned that the

Page 268

1 blood-brain barrier is -- based on the
2 references that I cited, is intact during
3 certain -- by a certain point in the
4 embryonic or fetal development.
5           I also discussed acetaminophen
6 pharmacokinetics in the CSF. In order to get
7 to the CSF, it must cross the blood-brain
8 barrier. And I am an expert in acetaminophen
9 metabolism and pharmacokinetics, so I can
10 address that.
11          I'm not an expert in
12 blood-brain barrier development or this
13 specific question about maternal environment.
14 That's not my expertise.
15     Q.    Okay. And now I promised we'd
16 get to the next footnote. I've only
17 addressed Goasdoué at 56, after you say:
18 Although these studies were performed in
19 adult humans and animals, it has been
20 demonstrated that the blood-brain barrier is
21 intact in the human embryo and fetus by
22 approximately 8 weeks of gestation and fully
23 functional by 10 to 12 weeks.
24          You address, quote: indicating
25 that the fetal brain is also protected.

Page 269

1           That's -- that's a statement,
2 right? You're indicating -- are you
3 indicating -- you are -- let me -- let me ask
4 this question differently.
5           Is this your work or someone
6 who wrote this for you?
7           MR. COHEN:  No, no, no, no.
8      Stop.
9      A.    I wrote the report.
10          MR. COHEN:  Stop. Stop.
11 BY MR. JANUSH:
12     Q.    You wrote the report.
13          MR. JANUSH:  So no, I'm --
14          MR. COHEN:  I know you didn't
15      do it intentionally, but you said
16      "fully functional" and the word
17      "fully" is not there.
18          MR. JANUSH:  I did not mean
19      that. You are correct. Thank you.
20          MR. COHEN:  Thank you.
21 BY MR. JANUSH:
22     Q.    So you are, in the first
23 portion of this sentence preceding the comma,
24 addressing that the blood-brain barrier has
25 been demonstrated to be intact by

Page 270

1   approximately 8 weeks of gestation and fully
2   functional by 10 to 12 weeks.
3           MR. COHEN:  No.
4   BY MR. JANUSH:
5       Q.    And then concluding, indicating
6   that the fetal brain is also protected, cite
7   footnote 57, Bell/O'Shaughnessy publication.
8           MR. COHEN:  Object to the form.
9   Go ahead and answer, but he
10  didn't mean fully.
11          MR. JANUSH:  Oh, sorry.  I said
12  it again?
13          MR. COHEN:  Yes.
14          MR. JANUSH:  We'll delete
15  "fully" from the record.
16          MR. COHEN:  It's fine.
17          MR. JANUSH:  "Functional" is
18  what I meant.  You are correct.
19  BY MR. JANUSH:
20      Q.    Okay.  So my question is:  Did
21  you actually read the citation at
22  footnote 57?  Did you read that, that piece
23  of literature?
24      A.    Yes.
25      Q.    You did?

Page 271

1       A.    Uh-huh.
2       Q.    Do you remember it?
3       A.    I mean, it's been a little
4   while since I looked at it.  I don't recall
5   every detail off the top of my head.
6       Q.    Do you remember what was being
7   studied in this piece of literature called
8   The development and function of the brain
9   barriers - an overlooked consideration for
10  chemical toxicity?
11      A.    If my recollection is correct,
12  it was a review.  I don't think it was a
13  study.
14      Q.    Do you know what contaminants
15  were being reviewed?
16      A.    Off the top of my head, I don't
17  recall.
18      Q.    What does "biological
19  plausibility" mean?
20      A.    So when something -- in order
21  for something to be biologically plausible,
22  at least, you know, my definition, in order
23  for something to be biological plausible --
24  biologically plausible, excuse me -- you have
25  to have a firm mechanism that has been

Page 272

1   established through a body of literature
2   describing rigorous, reproducible scientific
3   studies.
4       Q.    So I'm going to give you a
5   different definition and see if you agree.
6           Would you agree that biological
7   plausibility concerns whether the
8   hypothesized causal link is credible in light
9   of what is known from science and medicine
10  about the human body and the potentially
11  offending agent?
12      A.    I dislike the term "causal
13  link," and I -- I would qualify -- so I
14  would -- I would say that there has to be a
15  firm mechanistic link, as I said, a
16  well-established mechanism.
17          And in terms of how we define
18  credible, again, that's referring to my
19  statement of -- or I would say that that's
20  related to what I said about needing to have
21  studies that are rigorous and reproducible.
22      Q.    You cited a publication at
23  footnote 57 for the concept that the fetal
24  brain is protected by the blood-brain
25  barrier, right?

Page 273

1       A.    First of all, when I say
2   protected here, I'm not saying that it
3   prevents acetaminophen from crossing the
4   blood-brain barrier, right?  Actually, in
5   other parts of this paragraph, I state that
6   if you look at overall exposure, the AUC,
7   there's a one-to-one relationship between
8   plasma and CSF, which means that the
9   acetaminophen gets in there, right?  It just
10  has delayed entry.  And that's what the
11  studies I've cited in rodents and humans
12  show.
13          So I want to be careful about
14  how we're using the word "protected."
15          In addition to that -- so
16  you're asking me that's what I've cited
17  to show that?
18  BY MR. JANUSH:
19      Q.    You cited this article, this --
20      A.    Right.
21      Q.    -- specific publication to
22  demonstrate that it indicates that the fetal
23  brain is also protected, right?
24      A.    Yeah, from people who have
25  reviewed the literature on that -- the

Page 274

¹ relevant literature on that topic.
² Q. Okay. So let's -- let me show
³ you what you considered the relevant
⁴ literature on this topic. It's P816.
⁵ (Whereupon, Deposition
⁶ Exhibit P816, The development and
⁷ function of the brain barriers – an
⁸ overlooked consideration for chemical
⁹ toxicity, by Bell et al., was marked
¹⁰ for identification.)
¹¹ BY MR. JANUSH:
¹² Q. The development and function of
¹³ the brain barriers - an overlooked
¹⁴ consideration for chemical toxicity.
¹⁵ I'm going to just ask you a
¹⁶ simple question at the outset: Can you
¹⁷ identify what contaminants -- what two
¹⁸ contaminants were being addressed in this
¹⁹ entire study as it concerns the blood-brain
²⁰ barrier? And I think it's in the closing
²¹ remarks at page 19.
²² A. So without reading through it
²³ again, I would not be comfortable saying for
²⁴ sure what two. I can tell you two that I see
²⁵ right away.

Page 275

¹ Q. PFAS and bisphenol, right?
² A. Those are the two that I see
³ right away. I can't say if there are any
⁴ others. I'll have to take your word for it.
⁵ Q. Well, I'll make you a deal so
⁶ we don't take up a lot of time. You get a
⁷ chance to issue an errata if PFAS and
⁸ bisphenols are not the only two chemicals
⁹ being studied in this -- in this piece of
¹⁰ literature for purposes of analyzing the
¹¹ blood-brain barrier.
¹² MR. COHEN: We're not making
¹³ deals. Sorry, just ask your
¹⁴ questions.
¹⁵ MR. JANUSH: Then I can go off
¹⁶ the record and have him review it on
¹⁷ his time and tell me if PFAS and
¹⁸ bisphenol are the only two.
¹⁹ MR. COHEN: No --
²⁰ MR. JANUSH: Actually, you know
²¹ what? I'm going to make him do this
²² on video because I think this is going
²³ to be painful.
²⁴ BY MR. JANUSH:
²⁵ Q. So let's go through the report,

Page 276

¹ and find me where acetaminophen is addressed
² anywhere within this piece of literature
³ addressing the protection of blood-brain
⁴ barriers.
⁵ MR. COHEN: That's a different
⁶ question. So ask that question.
⁷ MR. JANUSH: I did.
⁸ A. If you would like to do that,
⁹ we can do that.
¹⁰ BY MR. JANUSH:
¹¹ Q. I'd like for you to find
¹² where -- find me where acetaminophen is
¹³ addressed in this report, unless you know the
¹⁴ answer --
¹⁵ A. But I --
¹⁶ I'm sorry, I interrupted you.
¹⁷ I'm sorry.
¹⁸ Q. Unless you know the answer
¹⁹ already and you know that this is a bisphenol
²⁰ and PFAS study only, which I think you know.
²¹ A. Okay. A couple of things.
²² First of all, it's not -- this is not a
²³ study, right? It's a review of the
²⁴ literature that cites multiple other studies.
²⁵ In addition to that, I don't

Page 277

¹ see the relevance because I have not disputed
² that acetaminophen crosses the blood-brain
³ barrier. In fact, I've said that it does,
⁴ and I've cited data showing that it does in
⁵ my report.
⁶ When I've used the word
⁷ "protected," as I stated just a moment ago,
⁸ we need to be careful how we're using it.
⁹ Perhaps I used it a little inartfully in that
¹⁰ sentence. When I used that word, what I was
¹¹ referring to was the delay in entry of
¹² acetaminophen to the CSF, and therefore, the
¹³ brain compartment.
¹⁴ Q. But, Doctor --
¹⁵ A. What that delay -- if I may
¹⁶ finish.
¹⁷ Q. Yeah. I didn't mean to
¹⁸ interrupt there.
¹⁹ A. What that delay means is that
²⁰ the maximum peak concentrations achieved in
²¹ the CSF are lower even than the plasma
²² concentrations, the maximum peak plasma
²³ concentrations.
²⁴ So what that means is that at
²⁵ one point in time, the brain is always -- or,

Page 278

1 generally speaking, exposed to less than the
2 rest of the body.
3    Q.    Are you --
4    A.    So -- I'm sorry.  Go ahead.
5    Q.    Are you aware that bisphenol is
6 about 100 grams per mole heavier and larger
7 than acetaminophen?
8    A.    I don't know all the chemical
9 properties of -- first of all, there are
10 multiple bisphenols, right?  There's not just
11 one.  I don't know all the chemical
12 properties of all of them.
13    Q.    Are you aware that PFAS is
14 about three times larger than acetaminophen,
15 from a molecular size and weight?
16    A.    Once again, PFAS stands for
17 perfluorinated alkylated substances.  This is
18 a large group of chemicals that have multiple
19 different properties.  I don't know the
20 characteristics of every single one of them.
21    Q.    If you looked at toxicants in
22 this report that are two and three times
23 larger than acetaminophen to conclude that
24 acetaminophen -- that the fetal brain is also
25 protected from acetaminophen, that would be a

Page 279

1 bad thing, right?
2        MR. COHEN:  Objection, form.
3    A.    Again, I did not dispute that
4 acetaminophen crosses the blood-brain
5 barrier.  In fact, I said that it does.
6 BY MR. JANUSH:
7    Q.    But you said that the fetal
8 brain is protected, right?
9        MR. COHEN:  I don't think he
10 was finished.
11        MR. JANUSH:  Sorry.
12    A.    What -- again, what I meant by
13 the word "protected" is that there is a delay
14 in entry through the blood-brain barrier, and
15 that is not just me claiming that.  This is
16 not the study that shows that.
17        This is a study in which, if
18 memory serves correctly, they just mentioned
19 that the blood-brain barrier might protect
20 against some chemicals, right?  The studies
21 that show the delay in entry are --
22        (Telephonic interruption.)
23        THE WITNESS:  I'm so sorry.  I
24 meant to silence my phone.  I
25 apologize for that.

Page 280

1        MR. COHEN:  Do you need to take
2 a break?
3        THE WITNESS:  I can finish my
4 answer.
5        MR. COHEN:  Yeah, finish your
6 answer.  We've been going over an hour
7 anyway, so...
8        THE WITNESS:  Okay.
9    A.    So, I'm sorry, let me -- so
10 when I use the term "protected," I'm
11 referring to the delay of entry into the
12 brain across the blood-brain barrier.  That
13 is demonstrated in the two studies that I
14 cited above, the human study as well as the
15 rat study.
16        Because again, when you look at
17 the data in those studies -- which I'm
18 happy -- if you want to produce the paper,
19 I'll show it to you.  They see that the
20 acetaminophen enters there a bit more slowly,
21 and that's why the peak CSF concentrations of
22 acetaminophen are roughly half or less than
23 the peak plasma concentrations of
24 acetaminophen at therapeutic doses.
25        So again, that's what I mean

Page 281

1 when I use the term "protected."  I'm not
2 saying acetaminophen doesn't cross the
3 blood-brain barrier.
4 BY MR. JANUSH:
5    Q.    Dr. McGill, when you're saying
6 in your report that the blood-brain barrier
7 is intact in the human embryo/fetus by
8 approximately 8 weeks of gestation and
9 functional by 10 to 12 weeks, indicating that
10 the fetal brain is protected, you've cited
11 for the protective component of that sentence
12 the Kiersten Bell publication we're going
13 over, right, this PFAS and bisphenol
14 publication?  That's all I'm addressing.
15    A.    So you have to take it in the
16 context of the data above, right?  Again, as
17 a scientist, you don't interpret data in --
18 or don't interpret statements or data in
19 isolation.
20        The studies above show that in
21 adult humans and in rats, there's delayed
22 entry of acetaminophen across the blood-brain
23 barrier, which reduces the maximum CSF
24 concentration that's achieved.
25        We don't have specifically data

Confidential - Subject to Protective Order

Page 282

1  for crossing the blood-brain barrier in the
2  embryo or fetus.  In the absence of that
3  data, all we can really do is say, okay,
4  well, might this happen in an embryo or
5  fetus?  Well, if they have a blood-brain
6  barrier intact, then it might happen.
7       So that's -- those are the
8  statements that I'm making in this part, and
9  that's what the citations support.
10     Q.    How --
11     A.    The data showing the delayed
12 entry are in the citations above that.
13     Q.    If Judge Cote were reading your
14 report, how would she know all of that extra
15 explanation of what you meant based on the
16 words you actually did include here?
17        MR. COHEN:  Objection to the
18 form.
19     A.    Again, I have cited these data
20 above.
21 BY MR. JANUSH:
22     Q.    Yeah.  But, Dr. McGill --
23     A.    I --
24     Q.    -- holding it up --
25     A.    I think it's clear, and --

Page 283

1        MR. COHEN:  Let him finish.
2     A.    -- maybe there can be a matter
3  of disagreement over my writing style.  I
4  felt it was clear.
5  BY MR. JANUSH:
6     Q.    I understand that you felt it
7  was clear, but you -- you footnoted that the
8  fetal brain is also protected by citing to a
9  PFAS and bisphenol study where both of those
10 toxicants are significantly larger than
11 acetaminophen.
12        And so I'm asking you whether
13 that was an intellectually honest scientific
14 conclusion.
15        MR. COHEN:  Object to the form.
16     A.    Yes, when you understand the
17 way that I defined "protected" and that this
18 is -- statement is based on terms of data on
19 the studies that I cited and described above.
20 When you interpret it in the context of the
21 report, yes, this is absolutely an accurate
22 statement.
23 BY MR. JANUSH:
24     Q.    Okay.  You also --
25        MR. COHEN:  So --

Page 284

1        MR. JANUSH:  Just one more
2  question.
3        MR. COHEN:  Yeah, yeah.
4  BY MR. JANUSH:
5     Q.    You also -- but you appreciate,
6  do you not, that the size -- the size of the
7  molecule has everything to do with what
8  passes through the blood-brain barrier, how
9  quickly, how easily, and at what particular
10 point of gestation, right?
11     A.    So again, the size is one
12 factor.  There's also the actual chemical
13 properties of the drug.  As I described --
14 and again, I'm not disputing that
15 acetaminophen crosses the blood-brain
16 barrier.
17        Acetaminophen is much smaller,
18 yeah.  It's at physiological pH, around 7.4.
19 It's a weak acid with pKa 9.5, so it's
20 uncharged at physiological pH, and it's
21 lipophilic enough that it crosses the
22 blood-brain barrier.  I have not disputed
23 that.
24     Q.    So what was the protection that
25 you were citing to at footnote 57?

Page 285

1     A.    Excuse me, I'm sorry, I didn't
2  mean to interrupt.
3        As I've stated multiple times
4  now, when I said "protected," I'm referring
5  to the delay in entry to the blood-brain
6  barrier.  We have empirical evidence for
7  that.  That's shown in the two studies that I
8  cited above, above these statements.
9        MR. COHEN:  Good time for a
10 break?
11        MR. JANUSH:  Sure.
12        MR. COHEN:  Thank you.
13        THE VIDEOGRAPHER:  We are going
14 off record.  The time is 3:01.
15        (Recess taken, 3:01 p.m. to
16 3:23 p.m. CDT)
17        THE VIDEOGRAPHER:  We're going
18 back on record.  The time is 3:23.
19 BY MR. JANUSH:
20     Q.    Dr. McGill, one of the key
21 opinions in your report concerns the excess
22 NAPQI hypothesis; is that correct?
23     A.    I discuss the excess NAPQI
24 hypothesis.
25     Q.    Is it not one of the key

Confidential - Subject to Protective Order

1 opinions in your report?
2      A.    I haven't heard an opinion in
3 the question.
4      Q.    The opinion you offer on the
5 excess NAPQI hypothesis is -- sorry, I'll ask
6 it differently.  I'll ask it differently.
7           At paragraph 39, you address:
8 The liver contains a large amount of CYP2E1
9 enzyme that can generate NAPQI, and so
10 encounters more acetaminophen than other
11 organs due to first-pass metabolism.  Yet,
12 because of the presence of glutathione, an
13 overdose of acetaminophen of around at least
14 10 grams in a single dose is required to
15 cause clinically significant liver injury.
16 Therefore, to establish the biological
17 plausibility of plaintiffs' experts'
18 hypothesis that maternal ingestion of
19 recommended dose, maximum of 1 gram, of
20 acetaminophen causes developmental
21 neurotoxicity through NAPQI expression in the
22 embryonic/fetal brain, it must be
23 demonstrated that, (a) CYP2E1 enzyme is
24 present in the embryonic/fetal brain at
25 levels that are at least comparable to the

1 liver, and (b) embryonic/fetal brain
2 glutathione concentration is insufficient to
3 detoxify any NAPQI that may be produced.
4           Is that one of the key opinions
5 you offer in your report?
6           MR. COHEN:  Objection, form.
7      A.    It is -- how to say that.  It's
8 not a conclusion.  It is what you would have
9 to show in my opinion to demonstrate -- I
10 mean, to do what I've written here.
11 BY MR. JANUSH:
12      Q.    Yeah, I understand that you
13 didn't address yet what's been demonstrated,
14 but those are -- those two functions, (a) and
15 (b) of paragraph 39, you believe plaintiffs
16 must demonstrate; is that right?
17      A.    Yes.
18      Q.    What published literature do
19 you rely on for the proposition that to
20 establish maternal ingestion at recommended
21 doses causes neurotoxicity through NAPQI
22 expression in the embryonic/fetal brain it
23 must be demonstrated that CYP2E1 enzyme is
24 present in the embryonic/fetal brain at
25 levels that are at least comparable to the

1 liver?
2      A.    It's extremely well established
3 through many, many studies over the last
4 50 years that you have to have an overdose of
5 acetaminophen to have clinically significant
6 liver -- liver entry, right?
7           The liver has a lot of P450,
8 and so in order for -- so we know, right,
9 that an organ with a lot of P450 requires
10 this overdose, roughly an overdose in this
11 range of 10 grams in a single dose, in order
12 to develop toxicity.  So --
13      Q.    So -- okay.  Sorry.
14      A.    So certainly you wouldn't
15 expect toxicity in another organ that doesn't
16 have as much CYP2E1, certainly not at
17 therapeutic doses.
18      Q.    Can you point me to a piece of
19 scientific literature saying that a baby in
20 utero needs -- a fetus in utero needs at
21 least comparable levels of CYP2E1 enzyme in
22 the brain as they would have in the liver?
23      A.    Again, therapeutic doses don't
24 cause toxicity in the liver.  Only overdoses
25 do.  The liver has an enormous amount of

1 CYP2E1.  If you had any less CYP2E1, well, if
2 you don't get injury at therapeutic doses in
3 the liver and you have even less CYP2E1, then
4 you're not going to get injury in that organ
5 with less CYP2E1.
6      Q.    I'm going to ask it again.
7           Can you point me to any
8 literature that supports the opinion that
9 plaintiffs must demonstrate that CYP2E1
10 enzyme is present in the embryonic/fetal
11 brains at levels that are at least comparable
12 to the liver?
13      A.    Sorry, I think your question
14 is -- you're asking me if there are -- can I
15 point you to literature that shows there are
16 comparable levels of CYP2E1 in the brain to
17 the liver?  Sounds like that was your
18 question this time.
19      Q.    You're saying --
20      A.    There are no --
21      Q.    -- for us to establish
22 biological plausibility, can you establish --
23 can you point me to any literature that
24 supports that we would need to show that
25 plaintiffs would need to show this, this

Page 290

1  standard that you've set?
2      A.    There -- again, there is
3  50 years of data showing numerous studies,
4  including many that I've cited in my report,
5  that therapeutic doses of acetaminophen do
6  not cause liver injury.  The liver has an
7  enormous amount of CYP2E1, so if you have an
8  organ with even less CYP2E1, you are
9  certainly not going to get therapeutic injury
10  with therapeutic doses in that organ.
11      Q.    Sorry.  You are -- you are
12  addressing that we need to show -- plaintiffs
13  need to show that CYP2E1 enzyme is present in
14  the brain at levels at least comparable to
15  the liver in order to establish biological
16  plausibility that acetaminophen causes
17  developmental neurotoxicity through NAPQI
18  expression, right?
19      A.    My statement is that in order
20  for -- to establish the biological
21  plausibility, right, that maternal ingestion
22  of recommended doses of acetaminophen could
23  cause neurodevelopmental toxicity, you would
24  need to have, at a minimum, the amount of
25  CYP2E1 in the brain that you find in the

Page 291

1  liver.
2      Q.    What literature do you cite
3  to -- what can you point plaintiffs to and
4  the court to to support that statement?
5  That's all I'm asking.
6      A.    Okay.  So again, there's
7  50 years of literature.  If you'd like me to
8  give you one example, you can look at my 2013
9  study where I'm the first author.  That would
10  be this study, which I believe you marked as
11  Exhibit P803.
12      Q.    Uh-huh.  Let's pause with that
13  one, okay.  We'll talk about that one.
14          MR. COHEN:  What's the number?
15          MR. JANUSH:  P803.
16  BY MR. JANUSH:
17      Q.    Doesn't P803, your own
18  literature, conclude that you were able to
19  detect protein binding after treatment with
20  15 milligrams per kilogram of APAP at earlier
21  time points with only minimal loss of liver
22  GSH, glutathione?
23      A.    As we discussed earlier, again,
24  protein adducts are necessary but not
25  sufficient for toxicity; protein adducts

Page 292

1  don't cause toxicity.  And again, when I used
2  the term "minimal," this is relative to the
3  other doses in the study.  Again, you can
4  look at Figure 2A and you can still see that
5  there was loss of glutathione, even at that
6  very low dose.
7      Q.    But here's the problem.  You
8  didn't study what concurrent treatment, what
9  constant chronic therapy on acetaminophen
10  over a period of time at recommended doses
11  would do to address protein binding in a
12  brain.
13          You're a single-overdose liver
14  scientist, and that's what you've presented
15  in your report by and large.
16      A.    As I've --
17          MR. COHEN:  Objection, form.
18          Go ahead.
19      A.    As I've discussed earlier in
20  the day, the plaintiff experts also rely on
21  studies of single acute overdoses, and what
22  we know about -- when you take multiple doses
23  of acetaminophen -- I stated this in my
24  report -- is that the steady-state plasma
25  concentration is around 50 micromole per

Page 293

1  milliliter, which is very low.  That's a
2  concentration that doesn't cause any kind of
3  toxicity in the liver.
4          And so some of the reports
5  discussed by Dr. Louie where they might
6  purport to provide data on longer exposures
7  to acetaminophen, or where at least
8  Dr. Louie, for example, interprets the data
9  that way, they're looking at concentrations
10  that are far higher than that.
11  BY MR. JANUSH:
12      Q.    What's the amount of protein
13  binding in the fetal brain that would be
14  problematic?
15      A.    I can't say.  I mean, I can
16  tell you what we typically see in the liver,
17  which, I mean, you can --
18      Q.    Would you agree liver injury is
19  not equal to brain injury, right?
20      A.    That's quite a broad statement.
21  Again, the hypotheses that I'm addressing
22  about NAPQI, protein binding in the brain,
23  they come from the plaintiffs' experts, and
24  that's what I've been asked to address.  And
25  they -- the plaintiffs' experts derived them

Page 294

¹ from what happens in the liver.
²     Q.    But when seeking to cite to
³ literature that supports your report, you
⁴ cited me to your own literature from 2013,
⁵ right?
⁶     A.    So again, what we see in the
⁷ liver, and again, the plaintiffs' experts are
⁸ giving their hypotheses that I'm simply
⁹ addressing from data in the liver, so that's
¹⁰ the context that we're working in, right?
¹¹ What we see in the liver is that you have
¹² extremely high CYP2E1 levels, and you still
¹³ have no toxicity at therapeutic doses ever --
¹⁴ or at least clinically significant liver
¹⁵ injury.  Let's put it that way.
¹⁶          So if you have an organ with
¹⁷ even less CYP2E1, then certainly therapeutic
¹⁸ doses would not be expected to cause injury
¹⁹ within the framework that has been
²⁰ established by the plaintiffs' experts to
²¹ which I am responding.
²²     Q.    Is it your opinion that because
²³ at least 10 grams in a single dose of
²⁴ acetaminophen is required for liver injury,
²⁵ that similar levels of glutathione depletion

Page 295

¹ are necessary to trigger developmental
² neurotoxicity through NAPQI expression in the
³ embryonic or fetal brain?
⁴     A.    Again, we're working off of
⁵ what we know in the liver, which is the
⁶ framework that the plaintiffs' experts have
⁷ provided.  Based on what we know happens in
⁸ the liver, which the plaintiffs' experts
⁹ reference, I would assume that you would have
¹⁰ to have extensive GSH depletion, glutathione
¹¹ depletion.
¹²     Q.    In your literature at P803 that
¹³ we have before us, haven't you published --
¹⁴ haven't you included statements concluding
¹⁵ that a greater than 70% reduction is not
¹⁶ necessary -- and we're talking about
¹⁷ glutathione reduction -- is not necessary for
¹⁸ NAPQI-induced hepatotoxicity?
¹⁹     A.    No, I have not.
²⁰     Q.    I might have the article wrong,
²¹ but let me see.
²²          What this article does say,
²³ however, is that binding to proteins, and
²⁴ mitochondrial proteins, causes oxidative
²⁵ stress and mitochondrial damage resulting in

Page 296

¹ necrotic cell death.
²          You agree with that, right?
³          MR. COHEN:  I'm sorry, which
⁴     page are you on?
⁵          MR. JANUSH:  Introduction.
⁶     A.    In the liver after overdose.
⁷ BY MR. JANUSH:
⁸     Q.    And you also address that
⁹ protein binding APAP-CYS could be detected in
¹⁰ serum from humans after only therapeutic
¹¹ doses, citing to Heard, right?
¹²     A.    Yeah.  Again, protein binding
¹³ is necessary but not sufficient for toxicity.
¹⁴     Q.    Well, if protein binding occurs
¹⁵ over an extensive period of time, have you
¹⁶ considered what the impact would be when
¹⁷ someone is -- a maternal -- a pregnant woman
¹⁸ is taking Tylenol or acetaminophen on a daily
¹⁹ basis, multiple doses throughout the day?
²⁰          MR. COHEN:  Objection, form.
²¹          Go ahead.
²²     A.    So what you're -- what you seem
²³ to be suggesting or that my interpretation is
²⁴ that formation of more adducts over time
²⁵ would cause greater injury, so actually, we

Page 297

¹ have done -- well, let me rephrase that.
²          I'm aware of studies -- at
³ least one study that has been done where I
⁴ believe they did look at multiple dosing of
⁵ acetaminophen, even at actually fairly high
⁶ doses, but still sub-hepatotoxic, and they
⁷ didn't find any evidence of toxicity.
⁸          Regardless, even --
⁹ BY MR. JANUSH:
¹⁰     Q.    Is that study cited in your
¹¹ report?
¹²     A.    I -- I don't recall for sure,
¹³ but I don't believe I stated that one.
¹⁴     Q.    Why not?
¹⁵     A.    Well, your --
¹⁶     Q.    Given that this isn't a
¹⁷ single-use overdose case, why not?
¹⁸     A.    So it's -- it's not a study of
¹⁹ therapeutic dosing, and --
²⁰     Q.    Nor are your single-use
²¹ overdose cases, right?  Those case reports
²² and the published literature are not
²³ therapeutic dosing, are they?
²⁴          MR. COHEN:  Objection,
²⁵     interrupted the witness.

Page 298

1    Go ahead.
2    A.   So -- right.  If you're
3  concerned about single dosing and overdosing,
4  again, the plaintiffs' experts rely on the
5  same kinds of studies for their opinions.
6    I mean, in addition to that,
7  that's where most of the data on
8  acetaminophen toxicity come from, so we kind
9  of have to rely on it.
10    But there are studies of
11  long-term therapeutic dosing in humans, and
12  they never show clinically significant liver
13  injury that's clearly due to the
14  acetaminophen.
15  BY MR. JANUSH:
16    Q.   Dr. McGill, for a while today
17  we've addressed the notion that you've
18  published, including at footnote 803 --
19  excuse me, Exhibit 803, that protein binding
20  can occur without much loss of GSH, right?
21    A.   Again, this is a -- there is
22  loss of GSH.  Minimal or much loss of GSH in
23  my paper that we've discussed was a relative
24  term compared to the other doses, the
25  overdoses.  There's still loss of GSH.

Page 299

1    Q.   And the protein binding we are
2  addressing in this article is NAPQI
3  expression, right?
4    A.   The protein adducts that form
5  are a result of NAPQI reacting with proteins.
6    Q.   Dr. McGill, you also claim that
7  there's an immediate detoxification of NAPQI
8  in the brain due to the presence of
9  glutathione, right?
10    A.   Can you point me to that
11  statement that you're quoting?
12    Q.   I'm just saying you claim that,
13  that the brain would detoxify any NAPQI
14  present because the brain has sufficient
15  NAPQI to detoxify -- sufficient --
16    A.   Yeah, I --
17    MR. COHEN:  Wait, wait.
18    MR. JANUSH:  Excuse me.
19    THE WITNESS:  Sorry, I should
20  not have interrupted.
21    MR. COHEN:  Let him --
22    Will you start the question
23  again?  It got interrupted.
24  BY MR. JANUSH:
25    Q.   I mean -- that the brain has

Page 300

1  sufficient GSH, is what I meant to say, that
2  the brain has sufficient GSH to detoxify any
3  NAPQI that would be expressed.  That's what I
4  meant to say.
5    You take that position, right?
6    MR. COHEN:  Objection, form.
7    A.   We know from the studies that
8  I've cited in my report on glutathione levels
9  in humans that the brain, including the fetal
10  brain, possesses millimole per liter
11  concentration of glutathione.
12    Considering you only have
13  micromole per liter -- so on the order of a
14  thousand-fold lower concentrations of
15  acetaminophen in the plasma, and only a small
16  portion of that ever gets converted to NAPQI,
17  I think it's very safe to say that there's
18  sufficient glutathione in the brain to
19  detoxify -- including the fetal brain -- to
20  detoxify any NAPQI that might be formed
21  there.
22    Again, there's absolutely no
23  evidence for NAPQI formation in the brain
24  even after massive overdoses of
25  acetaminophen.  Individuals, other groups

Page 301

1  have looked at that, acetaminophen-protein
2  binding, as a surrogate for NAPQI formation.
3  They do not find any evidence for it.
4    And -- well, I'll just leave it
5  at that.
6  BY MR. JANUSH:
7    Q.   At paragraph 41, you wrote:
8  According to this database -- and the
9  database that you are addressing is the Human
10  Protein Atlas database -- the adult human
11  brain has less than one-seven-hundredth of
12  the CYP2E1 mRNA than in the adult liver, even
13  using the highest value in the brain measured
14  in the cerebellum.  Even if small amounts of
15  mRNA are detected, the corresponding protein
16  might not be made from the mRNA (i.e.,
17  expressed).
18    And you also address that
19  there's no indication in their data with
20  respect to the database that CYP2E1 is more
21  highly expressed in the brain during
22  development compared to adulthood, right?
23    A.   Yes.
24    Q.   Just because something appears
25  in a smaller amount doesn't mean that it

Page 302

1 fails to present clinical manifestations,
2 right?
3      A.    In the case of a -- in this
4 case it does because, again, you don't
5 have -- right, okay.  We're working with the
6 liver here because that's where we have most
7 of our data, okay, on acetaminophen toxicity.
8 It's also the framework established by the
9 plaintiffs' experts.
10          We know in the liver, at
11 therapeutic doses, you do not get clinically
12 significant liver injury.  The liver has an
13 enormous amount of P450.  If you find that
14 there's another organ that has less P450,
15 specifically less CYP2E1, then you certainly
16 would not expect therapeutic doses to cause
17 any injury there.
18      Q.    I'm going to present to you the
19 Bhamre article as P818.
20          (Whereupon, Deposition
21      Exhibit P818, Purification of Multiple
22      Forms of Cytochrome P450 from a Human
23      Brain and Reconstitution of Catalytic
24      Activities, by Bhamre et al., was
25      marked for identification.)

Page 303

1 BY MR. JANUSH:
2      Q.    Now, you address Bhamre and
3 claim that:  Bhamre reported virtually no
4 CYP2E1 immunoreactivity on immunoblots of
5 cytochrome P450 fractions purified from a
6 male human brain; is that right?
7      A.    Yes.
8      Q.    Okay.  So in the study, the
9 brain that was being analyzed was 11 hours
10 postmortem, right?
11      A.    Sorry.  Just to clarify your
12 prior question, you did say CYP2E1
13 immunoreactivity, correct, specifically?
14      Q.    I said CYP2E1 immunoreactivity.
15      A.    Just to be sure that's what
16 we're talking about.
17      Q.    Immunoblots of cytochrome P450
18 fractions purified from a male human brain.
19      A.    Yes, CYP2E1 immunoreactivity in
20 those fractions.
21      Q.    Yeah.  So this was a decedent
22 from a motor vehicle accident having donated
23 their brain, apparently, and the brain is
24 being studied 11 hours postmortem, right?
25      A.    That's what they state here.

Page 304

1      Q.    Can you point anywhere in this
2 article where there's a reflection that there
3 was acetaminophen use?
4      A.    This is not a study of
5 acetaminophen, nor did I cite it as such,
6 right?  I cited this as evidence that there's
7 no CYP2E1 in the brain --
8      Q.    I get that.
9      A.    -- in the human brain.
10      Q.    I understand that.
11          But isn't acetaminophen --
12 doesn't acetaminophen induce CYP2E1?  Isn't
13 CYP2E1 highly inducible due to acetaminophen?
14      A.    No.
15      Q.    You disagree that -- you don't
16 believe CYP2E1 is inducible?
17      A.    I do not.  No, no, let me
18 rephrase that.  CYP2E1 is not inducible by --
19 well, there is no clear reproducible,
20 rigorous evidence that acetaminophen induces
21 CYP2E1.
22      Q.    Interesting.
23      A.    In fact, there's conflicting
24 data, for example, Bao 2020, which actually
25 shows, when you look at messenger RNA protein

Page 305

1 level and CYP2E1 activity in the brain of
2 mice at different ages, what they find
3 consistently is a decrease, in fact, in
4 CYP2E1 levels in the liver.
5      Q.    So I'm going to turn back to
6 that later.  We're going to talk about
7 inducibility, but I'm going to stay on this
8 document.
9          So number one, you agree that
10 the brain is being studied 11 hours
11 postmortem, right?
12      A.    That's what they state here.
13      Q.    Okay.  And I'm going to bet
14 you're going to agree with this too:  CYP2E1
15 has a half-life of only about four hours in
16 the absence of a stabilizing substrate or
17 ligand as is the case after death, right?
18      A.    I have no idea what you're
19 getting -- where you're getting that from, so
20 I -- I can't say.
21          MR. WATTS:  Can we take a
22      break?
23          MR. JANUSH:  Sure.
24          THE VIDEOGRAPHER:  We're going
25 off the record.  The time is 3:49.

Page 306

1     (Recess taken, 3:49 p.m. to
2  3:57 p.m. CDT)
3       THE VIDEOGRAPHER:  We're going
4  back on record.  The time is 3:57.
5  BY MR. JANUSH:
6     Q.    Passing you Plaintiffs'
7  Exhibit 819.
8       (Whereupon, Deposition
9       Exhibit P819, CYP2E1 and Oxidative
10      Liver Injury by Alcohol, by Lu et al.,
11      was marked for identification.)
12     A.    Thank you.
13  BY MR. JANUSH:
14     Q.    So I left a little sticky on it
15  to make it easier for you to turn to the
16  page -- you'd stated before the break that
17  you had no idea where I was getting that
18  half-life from.
19       I'm presenting you with a
20  National Institutes of Health manuscript
21  addressing -- titled CYP2E1 and Oxidative
22  Liver Injury by Alcohol, and the author is
23  Yongke Lu and Arthur Cederbaum.
24       If you turn to page 9, where I
25  put a sticker to make it easier for you --

Page 307

1     A.    Uh-huh.
2     Q.    -- you'll see a discussion
3  concerning the half-life of CYP2E1.  And so
4  the author notes that -- towards the bottom
5  of the first -- of the big paragraph:  This
6  system was used to evaluate turnover of the
7  rabbit CYP2E1, which was rapid with a
8  half-life of 3.9 h, hours, in the absence of
9  a stabilizing substrate or ligand.  Addition
10  of the latter decreased the degradation of
11  CYP2E1.  We observed similar results in HepG2
12  cells expressing CYP2E1 as the half-life of
13  human CYP2E1 was about 3 to 6 hours in the
14  absence of a substrate or ligand, and was
15  elevated in the presence of various
16  substrates and ligands.
17       Do you see that?
18     A.    Yeah, I see this --
19     Q.    So that's where I was getting
20  it from with respect to the published
21  findings concerning the half-life of CYP2E1.
22       Had you ever, before today,
23  studied about or learned about the CYP2E1
24  half-life in the absence of a stabilizing
25  substrate or ligand?

Page 308

1     A.    No, not specifically.
2     Q.    It's kind of relevant when
3  studying deceased brains, right?
4     A.    I would note here this is -- it
5  appears -- I haven't had an opportunity to
6  read the whole paper, and actually, this
7  appears to be a review.
8       It appears to me they're
9  talking about a situation in cells.  Cells
10  have many ways -- healthy cells, right, live
11  cells, they -- well, okay.  So they mention
12  that --
13     Q.    Let me help you.  I don't want
14  to -- I'm not trying to --
15       MR. COHEN:  Whoa.  Whoa.  Let
16  him finish.
17       THE WITNESS:  Excuse me.
18       MR. COHEN:  Let him finish.
19     A.    They say "this system."  Above
20  that, they appear to be talking about HepG2
21  cells.  So yeah, right here:  Huan and Koop
22  established a tetracycline-controlled rabbit
23  CYP2E1-expressing system in HeLa cells in
24  culture.  This system was used to evaluate
25  turnover of the rabbit CYP2E1, which was

Page 309

1  rapid with a half-life of 3.9 hours.
2       This is done in live, viable
3  functional cells.  Proteins constantly turn
4  over in live cells.  This is part of just
5  protein maintenance of -- normal protein
6  levels, maintaining protein homeostasis.
7  It's part of protein quality control.
8       Dead cells that aren't
9  functional, I have no idea if they turn over
10  proteins or at what rates or what half-life,
11  any protein, certainly not CYP2E1.  This --
12  therefore, in my opinion, this has no
13  relevance to this Bhamre study.
14  BY MR. JANUSH:
15     Q.    Wouldn't a dead brain have a
16  lesser half-life than a living brain when it
17  comes to CYP2E1 expression and -- and
18  calculation?
19     A.    No, not necessarily.  Because
20  again, functional cells maintain homeostasis,
21  right?  That means part of that is
22  maintaining a certain level of proteins.  You
23  don't want to just make a ton of some protein
24  and let it get out of control.  You have to
25  tightly control your functions.  You're

Page 310

1 maintaining homeostasis on a live cell.
2        I don't think dead cells
3 maintain homeostasis.  I don't think dead
4 cells do quality control.  I have no idea
5 what the protein turnover rate is for any
6 protein in a dead cell, much less CYP2E1.
7 This paper does not touch on that.
8        Q.    But a dead cell would be more
9 prone for CYP2E1's half-life to be shortened,
10 not lengthened, right?
11        A.    Once again, you absolutely
12 cannot say that.  Again, live functional
13 viable cells maintain protein homeostasis.
14 They maintain presently quality control.  I
15 would imagine dead cells don't do that.
16        Q.    So when you say "I would
17 imagine," are you just speculating?
18        MR. COHEN:  Objection, form.
19        A.    Speculating?  No more than you
20 are.
21 BY MR. JANUSH:
22        Q.    Right.  But I'm an attorney and
23 you're the expert here, right?
24        MR. COHEN:  Objection, form.
25        ///

Page 311

1 BY MR. JANUSH:
2        Q.    You're the scientist, I'm not,
3 right?
4        A.    You have not presented any data
5 to me that shows that this half-life is
6 relevant in a human body postmortem.
7        Q.    I showed you a living human and
8 what the half-life is --
9        A.    Sorry.  You didn't show a
10 living human.  You showed a living cell
11 system.
12        Q.    A living cell system.  Fair
13 enough.
14        A.    That's an important distinction
15 also, because this is cell culture.  Cell
16 cultures, especially HeLa cells, very
17 famously, are aberrant.  Normal cells don't
18 grow on plastic like that, right?  And HeLa
19 cells are very famously not normal.  There's
20 a whole book written about this, a very
21 popular scientific nonfiction book.
22        Q.    And so you agree, though, that
23 this was a study of a single human brain of a
24 male subject, aged 50, obtained at autopsy
25 following an instant death due to a traffic

Page 312

1 accident.  You agree with that, right?
2        A.    The authors state that it's a
3 human brain from a male subject, aged
4 50 years, obtained at autopsy.  Death was due
5 to an instant -- was instant due to a traffic
6 accident, excuse me, and the brain was
7 obtained 11 hours postmortem.
8        Q.    And the subject had no known
9 neurological disorders, right?
10        A.    That's a sentence in the
11 Methods section.
12        Q.    Yep.  And nothing in this
13 entire article is addressing acetaminophen,
14 right?
15        A.    Yeah.  Again, I didn't cite it
16 for any statement about acetaminophen.  I
17 cited it for a statement about CYP2E1 levels
18 in the brain.  So whether or not
19 acetaminophen is in it is irrelevant.
20        Q.    It's actually not irrelevant if
21 CYP2E1 is something that induces -- excuse
22 me.
23        If acetaminophen induces
24 CYP2E1, that's not irrelevant, is it?
25        A.    Well, again, there's no

Page 313

1 consistent reproducible, rigorous scientific
2 evidence that acetaminophen induces CYP2E1.
3 It's not a widely accepted idea in my field.
4 In fact, there are conflicting data for it.
5        Q.    The next article you address is
6 Boutelet-Bochan from 1997.  And with regard
7 to Boutelet-Bochan, you take the position
8 that the study did not measure CYP2E1 protein
9 in the brain, right?
10        A.    Correct, that's a statement
11 that I've made.
12        Q.    You agree that the study
13 authors used standard reverse
14 transcription-polymerase chain reaction and
15 detected CYP2E1 mRNA in brain, right?
16        A.    They used three different
17 methods to look at messenger RNA.
18        Q.    Yeah, I'm just addressing that
19 one of the three.
20        And you agree that mRNA is the
21 precursor to the protein CYP2E1, right?
22        A.    The central dogma of biology is
23 you have DNA that gets transcribed to RNA,
24 which is then translated to protein.
25        Q.    Did the authors actually detect

Page 314

1  CYP2E1 mRNA in nine of the ten brains that
2  were studied?
3      A.    Can you produce the article,
4  please, just to refresh my memory.
5      Q.    Sure can.  Exhibit P820.
6          (Whereupon, Deposition
7          Exhibit P820, Expression of CYP2E1
8          during Embryogenesis and Fetogenesis
9          in Human Cephalic Tissues:
10         Implications for the Fetal Alcohol
11         Syndrome, by Boutelet-Bochan et al.,
12         was marked for identification.)
13 BY MR. JANUSH:
14     Q.    And I'm going to turn your
15 attention to page 445 at the Discussion,
16 where at the bottom of the paragraph, above
17 Figure 3, the authors write:  With RT-PCR,
18 the assay of highest sensitivity, strong
19 signals were readily detectable in nine of
20 ten human prenatal cephalic samples.
21         Do you see that?
22     A.    I see that statement.
23     Q.    Lack of detection in one sample
24 remains unexplained, but may be due to
25 genetic or environmental factors.

Page 315

1          And then it goes into the next
2  page, and there's a Table 1.  Do you see the
3  Table 1 on the next page?
4      A.    I do.
5      Q.    And when we look at the RT-PCR,
6  the brains there, the 10, we see nine of ten
7  all with plus, plus, plus for brain tissue,
8  intensity of observed signals.
9          Do you see that?
10     A.    I see it.  I also see below
11 where they did northern blotting.
12     Q.    I'm addressing RT-PCR, just say
13 with me.
14     A.    I also see below where they did
15 northern blot --
16     Q.    I know you want to testify
17 about questions I haven't asked you, but I'm
18 only addressing RT-PCR.  Do you see that --
19     A.    I would like to finish my
20 answer.
21     Q.    No, no, no.  Your lawyer will
22 get the chance to question you, and you can
23 answer anything he asks you.  But I'm only
24 asking about RT-PCR.
25         So three pluses.  And do you

Page 316

1  see at the bottom underneath the table, plus,
2  plus, plus says strong?
3          Do you see that?
4      A.    I see it.
5      Q.    Okay.  You left that out of
6  your report in the sense that you left out
7  that nine of ten brains demonstrated strong
8  signals of mRNA CYP2E1, didn't you, under the
9  RT-PCR analysis?
10     A.    No, I address these data in my
11 report by pointing out that there's a serious
12 methodological flaw with the way they did the
13 RT-PCR experiment.
14     Q.    I appreciate that you addressed
15 the flaw, and we're going to get there in a
16 minute.
17         You left out that the authors
18 found a strong signal of the precursor mRNA
19 to CYP2E1 in prenatal human brains, in nine
20 of ten prenatal human brains.  You left that
21 out of your report, right?
22     A.    So as we discussed at length,
23 the framework set up by the plaintiffs'
24 experts is looking at what happens in the
25 brain in relation to what we know about the

Page 317

1  liver, right.
2          You cannot do a -- you
3  cannot -- you know, it's fine if you just
4  want to use a -- by the way, extremely
5  sensitive method -- to say, okay, there might
6  be some CYP2E1 in the brain.  I haven't
7  disputed that in my report.  I've said that
8  there are negligible levels or little to no.
9          And when I say no, that's
10 supported by data showing that in some
11 studies when it's undetectable completely.
12         So everything has to be viewed
13 here in reference to a comparison with the
14 liver.  The way that they did this RT-PCR
15 part in Table 1 is severely methodologically
16 flawed and can't be relied on for that
17 comparison.
18     MR. JANUSH:  Move to strike,
19     nonresponsive.
20 BY MR. JANUSH:
21     Q.    I only asked you if you left
22 out of your report that nine of ten brains
23 showed strong mRNA CYP2E1 expression.
24     A.    Again --
25     Q.    Did you leave that out of your

Page 318

1 report?
2 A. Again, the framework that we're
3 working within, which was established in the
4 plaintiffs' experts' reports, is that you
5 have to consider the evidence -- consider
6 data in the brain in the context of what we
7 know about the liver. We discussed that at
8 length. It's a very relevant piece of
9 information here.
10 The relevant data is when you
11 compare with the liver. And by the way, this
12 is -- well, we can come back to that later.
13 So the relevant data here is
14 that you compare to the liver, and that
15 comparison is impossible with the RT-PCR
16 method that they've used here. This is --
17 this is a method that's a binary result
18 essentially -- it's essentially yes or no, is
19 there some messenger RNA there. With that
20 specific method, the answer was yes. With
21 the other methods that they applied, the
22 answer is either completely no across the
23 board or conflicting --
24 Q. So --
25 A. -- equivocal.

Page 319

1 Q. So I don't see yes or no on the
2 table. I see plus, plus, plus, plus for very
3 strong signal, plus, plus, plus for strong,
4 plus, plus for detectable, plus for detectable -- I
5 guess that would be a yes or no -- and plus
6 or minus for questionably detectable. And
7 minus -- actually, that's the no. Minus for
8 not detectable. And ND, not determined.
9 Do you see that underneath the
10 table?
11 A. Oh, I see the definitions.
12 Q. Okay.
13 A. I --
14 Q. I just asked if you saw it.
15 You answered me.
16 Now, on this, three pluses is
17 the second-to-highest relative intensity of
18 observed signals in nine of ten fetal brains
19 for mRNA CYP2E1 expression, isn't it? Yes or
20 no?
21 MR. COHEN: Object. Object to
22 the form.
23 Go ahead.
24 BY MR. JANUSH:
25 Q. Yes or no?

Page 320

1 A. It's a meaningless result the
2 way the experiment was done.
3 Q. Yes or no? I appreciate that
4 you don't want to give me an answer, but it's
5 a yes, right?
6 A. No, I'm giving you the
7 scientific answer, the correct answer. You
8 understand? The way that they have done this
9 method, they cannot say, oh, there's a ton of
10 people with CYP2E1 here.
11 They can say, oh, we've got a
12 pretty strong signal in the PCR, but the PCR,
13 again, the way that they've done it, they
14 cannot compare with the liver, and that is
15 our standard.
16 As we've discussed, as the
17 expert -- plaintiffs' experts established in
18 their framework for -- that I'm responding
19 to.
20 Q. Dr. McGill --
21 A. The data are severely flawed.
22 Q. Dr. McGill, you criticize the
23 manner in which the polymerase chain reaction
24 was run because you say it should have been
25 stopped during the exponential phase of

Page 321

1 amplification before the signal plateaus.
2 But in this case, the authors
3 ran all polymerase chain reactions for 30
4 cycles, right?
5 A. Yes, which is what you should
6 not do.
7 Q. And isn't it the case that by
8 30 cycles, when you run a polymerase chain
9 reaction by 30 cycles, it's generally
10 accepted that any identifiable signal will
11 have reached a plateau?
12 A. That's exactly the issue.
13 They -- the issue is not that -- the question
14 is when they reach the plateau, right?
15 So when you do that, you can't
16 make comparisons if you're stopping
17 everything after they plateau. You've
18 exceeded the dynamic range of the assay. You
19 can no longer get a higher result for one
20 sample that actually has a higher level.
21 They would all have the same level.
22 So by stopping at 30 cycles,
23 they have effectively ruined the experiment,
24 unless their only goal is to say yes or no,
25 there's messenger RNA for CYP2E1 there. So

Page 322

1 that's all you can get from that set of data.
2      Yes, they found some messenger
3 RNA.  How much was there?  It's impossible to
4 say.
5      Q.    According to them, three plus,
6 plus strength, right?
7      A.    I don't believe anywhere in
8 their methods section they described that
9 grading system.
10     Q.    Well --
11     A.    So I can't assess what that
12 means.  This is meaningless data.
13     Q.    Okay.  So --
14     A.    Other than, okay, they found
15 some CYP2E1 messenger RNA.
16     Q.    So -- but by comparison, given
17 that you didn't provide your grading system
18 on how you scored literature in this case,
19 should we just discard your whole report as
20 an irrelevancy?
21          MR. COHEN:  Objection, form.
22     A.    This is an entirely different
23 question.
24 BY MR. JANUSH:
25     Q.    Because it applies to you, it's

Page 323

1 different, right?
2      A.    No, absolutely not.
3          MR. COHEN:  No.  Objection,
4 form.
5      A.    This is actual -- well, we'll
6 just leave it at that.  It's a different
7 question.
8 BY MR. JANUSH:
9      Q.    Dr. McGill, are you aware that
10 Boutelet-Bochan is part of the same research
11 group as Brzezinski, who published on CYP2E1
12 protein findings in 1999?
13     A.    I may have seen the
14 affiliations.  I don't know these
15 individuals.  I don't know who they work with
16 or what groups they're a part of.
17     Q.    Okay.  And I'd like to go to
18 Brzezinski 1999 and --
19     A.    Do you have --
20     Q.    I will.  I'm going pass it
21 over.  It's P821.
22          (Whereupon, Deposition
23      Exhibit P821, Catalytic Activity and
24      Quantitation of Cytochrome P-450 2E1
25      in Prenatal Human Brain, by Brzezinski

Page 324

1      et al., was marked for
2      identification.)
3 BY MR. JANUSH:
4      Q.    And in Brzezinski, up at the
5 Abstract portion, on the right-hand side, the
6 last six lines, the authors write:  There was
7 a dramatic increase in human brain CYP2E1
8 content around gestational day 50 and a
9 fairly constant level was maintained
10 throughout the early fetal period, until at
11 least day 13 -- 113.  The relatively low
12 levels of the P450 isoform present in
13 conceptual brain may be sufficient to
14 generate reactive intermediates that elicit
15 neuro embryotoxicity.
16          Do you see that?
17     A.    I see their statement.
18     Q.    Do you agree that Brzezinski
19 et al., in 1999 established that unconjugated
20 APAP can reach fetal tissues, including the
21 brain, and is locally biotransformed into the
22 toxic reactive NAPQI by CYP2E1 expressed in
23 the fetal brain?
24          MR. COHEN:  Objection, form.
25     A.    You're -- sorry, you're asking

Page 325

1 me if this study established that?
2 BY MR. JANUSH:
3      Q.    Yes.
4      A.    Absolutely not.
5      Q.    It's your opinion that there's
6 no evidence of NAPQI in fetal brain
7 sufficient to cause injury; is that right?
8      A.    There's no evidence of NAPQI in
9 the brain, period.  We have no data about it
10 in the fetal brain.  So we assume, since, as
11 you can see, for example, in the Allen
12 Institute for Brain Sciences LMD microarray
13 database, there's no substantial change --
14 there's no substantial difference in
15 expression in the fetus and adults in the
16 brain of CYP2E1.
17          So yeah, there's no reason to
18 believe that fetal CYP2E1 is higher in the
19 brain than in the adult.  And we know you
20 don't get adducts, at least in adult animals,
21 in the brain, period.  You don't get NAPQI.
22     Q.    I'm going to move to a
23 different section here.  I'm going to address
24 at section -- subsection (b), Studies of
25 Other CYP450s in Brain.

Page 326

1    Here I'm going to address the
2 Warner study, cited at footnote 104,
3 addressed at paragraph 47.  Published
4 studies -- let's see.
5    Warner et al., 1988, purified
6 total CYP450 content from rat brain and liver
7 and found that the yield of P450 from the
8 whole brain was 90 plus or minus 90 pmols
9 over g -- over grams of tissue, which is
10 approximately 1% of the level in liver
11 microsomes.
12    Do you see that?
13   A.   I do.
14   Q.   I'll hand you both that, marked
15 as 822.
16    (Whereupon, Deposition
17    Exhibit P822, Regional Distribution of
18    Cytochrome P450 in the Rat Brain:
19    Spectral Quantitation and Contribution
20    of P45Ob,e and P450c,d, by Warner
21    et al., was marked for
22    identification.)
23 BY MR. JANUSH:
24   Q.   You also address that they, the
25 authors, also measured CYP450 content in

Page 327

1 various brain regions and found that it never
2 exceeded, you know, approximately 5% of the
3 liver content.
4   A.   Uh-huh.
5   Q.   Do you see that as well?
6   A.   I do.
7   Q.   After making this statement,
8 how can you go from the numbers addressed
9 from Warner with the brain levels being
10 approximately 1 to 5% of that of the liver to
11 what you say in paragraph 48, where you
12 address that CYP2E1 mRNA is approximately
13 1,000-fold lower in the brain than in the
14 liver?
15   A.   Yeah, easily.
16   Q.   How do you get there?
17   A.   Very easily.
18    So for starters, my statement
19 about 1,000-fold lower in the brain than in
20 the liver is about CYP2E1.  This study is not
21 about CYP2E1.  Actually -- well, I'll come
22 back to that in just a minute.  There is some
23 data relevant to CYP2E1.
24    What they've done in this paper
25 is they've isolated total P450 content from

Page 328

1 the brain, and they show that it's, you know,
2 in the range of 1 to 5% of what's in the
3 liver.  That's total P450 content, not
4 CYP2E1.  That's an important distinction.
5    It's also important to realize
6 not all P450s are involved in drug
7 metabolism.  There are many other -- P450 is
8 a superfamily of enzymes.  It's quite large.
9 There are many members, and they have many
10 different functions, cholesterol synthesis,
11 bioplastic synthesis, steroid synthesis.
12    So we don't know from the data
13 in this paper which isoforms -- well, exactly
14 what enzymes are contributing, what
15 percentage of these P450s are actually
16 relevant to drug metabolism.
17    In addition to that, there
18 actually are some data -- the last paragraph
19 of the Results section, that are -- I'm
20 sorry, I'll slow down a little bit -- that
21 are somewhat relevant to CYP2E1.  So in that
22 section, they state -- I'll go ahead and read
23 it -- again, it's the last paragraph of the
24 Results section.
25    Ethoxycoumarin O-deethylase

Page 329

1 activity -- which is a catalytic activity
2 characteristic of both P450b and P450c -- was
3 measurable in homogenates of thalamus and
4 cerebellum.  Catalytic activity, expressed as
5 picomole of 7-hydroxycoumarin formed per hour
6 per gram of tissue was 392 in the thalamus
7 and 336 in the cerebellum.
8    I'll skip to the last sentence.
9    The corresponding value in
10 homogenates of the livers of control rats is
11 1,200 nanomole per gram of tissue per hour.
12    Ethoxycoumarin deethylation has
13 been used in many studies as a marker of
14 CYP2E1 activity.  It can be catalyzed by
15 other isoforms as well, but CYP2E1
16 contributes to that metabolism.
17    These 392 and 336 picogram --
18 picomole -- excuse me -- per hour per gram
19 compared to the 1,200 nanomole per hour per
20 gram, that means there's -- they detected
21 about 0.03% of the activity in the liver in
22 the brain.
23    So in other words, there's
24 around or -- around 3,000-fold less in the
25 brain than the liver.  This is the only piece

Page 330

¹ of data in this study that's relevant to
² CYP2E1, and -- as far as I'm aware, as far as
³ I can recall, and that's -- actually makes my
⁴ statement pretty conservative because I said
⁵ 1,000-fold lower.
⁶          In addition, the 1,000-fold
⁷ lower number, in the 16 studies that I cite
⁸ specifically on CYP2E1, right, 12 of which I
⁹ described in detail -- in contrast, by the
¹⁰ way, to what Dr. Louie stated in his rebuttal
¹¹ report; he made the false claim that none of
¹² the studies I cited addressed CYP2E1
¹³ specifically.
¹⁴          Of the 16 studies, from those
¹⁵ 16 studies, I've provided 12 numbers where
¹⁶ they compared the brain levels to the liver,
¹⁷ and if you average those 12 numbers, it's
¹⁸ actually more than 1,000-fold lower in the
¹⁹ brain than in the liver.
²⁰          So again, my statement is
²¹ actually conservative.
²²     Q.    And every one of the studies
²³ that you address fails to address
²⁴ acetaminophen, right?
²⁵     A.    I'm not citing those studies to

Page 331

¹ make any statement specifically about
² acetaminophen.  I'm citing those studies to
³ make a statement about the relative
⁴ expression of P4 -- CYP2E1 in the brain and
⁵ the liver.
⁶     Q.    Right, in the absence of any --
⁷ in the absence of any potentially inducible
⁸ acetaminophen, correct?  None of the studies
⁹ you address have anything to do with
¹⁰ acetaminophen?
¹¹     A.    Sorry.  So again, with regard
¹² to the second part, I'm not citing them to --
¹³     Q.    I know, I've heard it a hundred
¹⁴ times.  I get it.  You're not citing them for
¹⁵ the premise of saying that it has anything to
¹⁶ do with acetaminophen.
¹⁷     A.    I'd like to finish my response.
¹⁸ I'm citing them to support my
¹⁹ statements in that section about the relative
²⁰ expression of CYP2E1 in the brain and the
²¹ liver.
²²     Q.    And to be clear, you take the
²³ position that CYP2E1 is not inducible by
²⁴ acetaminophen, right?
²⁵          MR. COHEN:  Objection, form.

Page 332

¹     A.    There are no reproduce -- there
² are lots of conflicting data there.  It's not
³ widely accepted in my field because -- I'm
⁴ sorry.
⁵          If your question -- if your
⁶ question is does acetaminophen induce CYP2E1,
⁷ that idea is not widely accepted in my field
⁸ because there are no consistent rigorous,
⁹ reproducible data showing that.
¹⁰ BY MR. JANUSH:
¹¹     Q.    Does ethanol induce CYP2E1?
¹²     A.    I believe there's studies
¹³ showing that ethanol induces CYP2E1.
¹⁴     Q.    Do you believe it's
¹⁵ biologically plausible for acetaminophen to
¹⁶ induce CYP2E1?
¹⁷     A.    I mean, again, I've seen no
¹⁸ consistent reproducible data on that.  I've
¹⁹ not seen a clear mechanism by which it would
²⁰ happen, you know.
²¹     Q.    Do you remember reviewing
²² Dr. Pearson's report which had the
²³ single-cell Brain Bank image showing CYP2E1
²⁴ expression in fetal brain?
²⁵     A.    Could you produce Dr. Pearson's

Page 333

¹ report so I can refresh my memory?
²     Q.    I probably can pull it up after
³ a break and put it on the screen.  I didn't
⁴ anticipate, you know, using it to address
⁵ your report.
⁶          You have -- you read it.  You
⁷ reviewed it.  I'm asking if you remember the
⁸ single-cell Brain Bank image that showed
⁹ CYP2E1 activity?
¹⁰     A.    My concern is that you may be
¹¹ using a name for it that I would not use, and
¹² so it's not -- I want to make sure it's clear
¹³ that we're talking about the same figure.
¹⁴     Q.    Be happy to pull it up after
¹⁵ the break.  Oh, perfect.
¹⁶          (Whereupon, Deposition
¹⁷          Exhibit P856, Excerpt from Pearson
¹⁸          Expert Report, was marked for
¹⁹          identification.)
²⁰ BY MR. JANUSH:
²¹     Q.    It's actually hard to see.
²² It's one -- one -- one page from Pearson's
²³ report.  It was on page 18.  I'm sure I can
²⁴ get it to the court technician electronically
²⁵ and pull it up and blow it up for you.

Page 334

1    I don't remember if you -- I
2 don't know if you remember seeing that.
3    A.    I recall seeing it.
4    Q.    And?  Do you have anything to
5 comment on regarding it?
6    A.    If you have a specific
7 question, I'll be happy to comment.
8    Q.    Are you disputing that CYP2E1
9 levels have been observed by the Brain Bank,
10 I believe it is, in fetal brain?
11    A.    Well, to be clear, this is
12 messenger RNA data.  It's not protein.  So to
13 say that CYP2E1 levels have been observed is
14 not quite accurate based on these data alone.
15    So what this figure shows is a
16 comparison, as I recall, a comparison of
17 CYP2E1 messenger RNA levels in different
18 regions of the brain.
19    I don't dispute -- so there's
20 no comparison with the liver here.  This is a
21 critical point.  When they say -- when he
22 says that red indicates higher expression and
23 green indicates lower expression, that's just
24 relative to other parts of the brain.
25    Again, I've not disputed that

Page 335

1 there may be some P450 in the brain.  What my
2 report shows is that it's a negligible amount
3 that's far, far lower than what's in the
4 liver.  And we know that in the liver, with
5 very high CYP2E1 levels, you don't get
6 clinically significant liver injury at
7 therapeutic doses.
8    So if you have less than that
9 in the brain, there's just no reason to think
10 that therapeutic doses would have any effect
11 there either.
12    Q.    Do you agree that the brain's
13 glutathione capacity is only one-fifth as
14 compared to the liver?
15    A.    Most reports that I have
16 seen -- so this is a somewhat complicated
17 question because the amount of glutathione in
18 an organ at any one time can depend on
19 multiple factors.
20    Generally speaking, what has
21 been reported is that the levels are around 1
22 to 2, sometimes 3 millimole per liter in the
23 brain.  The liver, depending on what study
24 you look at, it's reported anywhere between 5
25 and 10 millimole per liter in the brain.

Page 336

1    So I wouldn't necessarily say
2 that it's one-fifth of what's in the liver.
3 It depends on the study you're looking at,
4 the conditions of the study and so on.
5    I would add, though, that it's
6 still millimole per liter concentrations.  As
7 I said before, that's quite high.  There's
8 not a lot in the body that exists in
9 millimole per liter concentrations.
10 Certainly you don't get acetaminophen at
11 millimole per liter concentrations after
12 therapeutic doses, and since NAPQI -- only a
13 small portion of the acetaminophen is
14 converted to NAPQI, you definitely don't get
15 millimole per liter concentrations of NAPQI.
16    So it's plenty of glutathione,
17 what's been reported is -- should be plenty
18 to detoxify NAPQI.
19    MR. JANUSH:  Move to strike as
20    nonresponsive.
21    Doctor, I had only asked you if
22    you agreed the brain's glutathione
23    capacity is only one-fifth as compared
24    to the liver, so everything after that
25    answer, I move to strike.

Page 337

1    Moving to my next question.
2 BY MR. JANUSH:
3    Q.    Have you read Dr. Louie's
4 rebuttal report?
5    A.    I have.
6    Q.    Incidentally, do you recall
7 Dr. Louie citing to the Nuttall article, The
8 impact of therapeutic doses of paracetamol on
9 serum total antioxidant capacity?
10    A.    I vaguely recall this, his
11 reference to it in the study.
12    Q.    In your report, you did not
13 address the Nuttall publication, right, which
14 studied the impact of therapeutic doses of
15 acetaminophen taken over a period of time on
16 serum total antioxidant capacity?
17    A.    I don't recall if I considered
18 it or not.
19    Q.    Do you know why you didn't
20 address it?
21    A.    At the time, presumably, if I
22 saw it, I deemed it irrelevant.
23    Q.    In your entire report, did you
24 address that the brain has a lower
25 glutathione capacity than does the liver?

Page 338

1     A.    Okay.  When you say
2 "glutathione capacity," we need to be real
3 careful about what we mean there.  I have
4 described the glutathione concentrations in
5 the brain from multiple studies, and I've
6 also stated what a typical range of
7 glutathione concentrations in the liver are.
8     Q.    I'm talking about the
9 protective capacity against toxins.  Did you
10 address that the brain has a lower
11 glutathione capacity than does the liver?
12     A.    As I've stated, in general -- I
13 don't believe I've said it has a lower
14 glutathione capacity.  Glutathione
15 concentrations in the brain are typically in
16 the range of 1 to 3 millimole per liter;
17 liver is typically in the range of 5 to 10
18 millimole per liter, based on most studies
19 that I've seen.
20     Q.    Moving on to paragraph 49,
21 which is at page 42 of your report, you
22 address...
23     I apologize, I've lost my spot.
24 This is what happens when you're up for
25 30 hours straight.  I'm going back to 40,

Page 339

1 forgive me, page 40.  Studies of Glutathione
2 in the Brain.
3     THE WITNESS:  Do you mind if we
4 took a break?  I need to use the
5 restroom.
6     MR. JANUSH:  Yeah, no problem
7 at all.
8     THE VIDEOGRAPHER:  We're going
9 off record.  The time is 4:34.
10     (Recess taken, 4:34 p.m. to
11 4:43 p.m. CDT)
12     THE VIDEOGRAPHER:  We are going
13 back on the record.  The time is 4:43.
14 BY MR. JANUSH:
15     Q.    Going to page 40 of your
16 report, starting with the case of -- the
17 publication Griffith and Meister.  Here we're
18 addressing studies of glutathione in the
19 brain that you address at paragraph 49,
20 beginning on page 39.
21     Are you with me?
22     A.    Yes.
23     Q.    Griffith and Meister, you
24 address that they found glutathione present
25 in the normal adult mouse.  Did this study

Page 340

1 have anything to do with acetaminophen?
2     A.    Well, again, I wasn't citing it
3 to support a statement about acetaminophen.
4 I'm citing it to show that there's
5 glutathione present in the brain at a pretty
6 high concentration, but no, it didn't address
7 acetaminophen.
8     Q.    Cooper et al., 1980.  This is a
9 case where the adult rats were decapitated,
10 and 30 minutes of total decapitation --
11 30 minutes following total decapitation,
12 decreased total glutathione.
13     Do you remember that?
14     A.    My primary interest in that
15 study was in the control rat levels, since
16 that's what's relevant here.  But if you want
17 to produce the study, I'd be happy to look
18 through it.
19     Q.    I don't.
20     Did the study have anything to
21 do with acetaminophen?
22     A.    My response is the same as the
23 one above.  I'm not citing it to say anything
24 about acetaminophen.  I'm citing it because
25 it shows that there's pretty high

Page 341

1 concentrations of glutathione present in the
2 brain.
3     Q.    Pileblad and Magnusson, 1988,
4 rats were anesthetized with pentobarbital and
5 polyethylene cannulae were implanted into
6 each ventricle.  And one to two days later,
7 L-Buthionine-sulfoximine was administered
8 intracerebroventricularly through cannulae.
9 And the brain content of GSH was determined
10 by high-performance liquid chromatography
11 with electrochemical detection using N-acetyl
12 cysteine as internal standard.
13     Now, do you remember that it
14 was following a dose of L-Buthionine, a
15 maximal depletion of GSH was seen in the
16 cortex and brain stem?  Do you remember that
17 in this study?
18     A.    Again, my interest in this
19 study is the control levels, not the levels
20 of treatment with buthionine sulfoximine.
21 But just in case I slip into that language,
22 just to be clear, I typically refer to that
23 as BSO, so BSO.
24     That's -- that's not surprising
25 that it would deplete glutathione in the

Page 342

¹ brain because it's an inhibitor of the
² rate-limiting enzyme in glutathione
³ synthesis.  But again, my interest here is in
⁴ the control levels.
⁵     Q.    Where do you say that in your
⁶ report?  I didn't see that.
⁷     A.    It says normal adult rat brain,
⁸ so not BSO-depleted at all.
⁹     Q.    Got it.  Okay.
¹⁰     Jain et al., here newborn rats,
¹¹ 36 to 48 hours old, were treated with
¹² buthionine sulfoximine or saline control for
¹³ three or nine days, and measured glutathione
¹⁴ in the brain.
¹⁵     What was your interest in
¹⁶ studying this -- this particular publication?
¹⁷     A.    Again, same thing, I was
¹⁸ interested in the control levels that they
¹⁹ reported, so the saline-treated animals.  I
²⁰ just mentioned that they were -- those were
²¹ saline treated because -- you know, in
²² case -- just full disclosure, I guess, of the
²³ way the animals were handled.
²⁴     But saline treatment doesn't do
²⁵ anything.  That's why it's a vehicle control.

Page 343

¹ It's biologically inert.
²     Q.    So I'm going to jump forward to
³ the Kreis publication, which used magnetic
⁴ resonance spectroscopy approach to measure
⁵ glutathione concentrations in the brains of
⁶ human infants delivered preterm or shortly
⁷ after birth.
⁸     And you address, with respect
⁹ to this, that they reported averages --
¹⁰ average values of 2.5 and 2.3 millimoles per
¹¹ kilogram for preterm and term babies,
¹² respectively, and that these values were
¹³ higher than the reported concentration of 1.4
¹⁴ measured in human adult brains.
¹⁵     Did you notice that there was a
¹⁶ standard of error on that Table 1A in Kreis
¹⁷ of plus or minus .9?
¹⁸     A.    I don't recall off the top of
¹⁹ my head what the standard error was.
²⁰     Q.    So if, hypothetically, there's
²¹ a standard of error of plus or minus .9, is
²² there a meaningful difference between 2.5,
²³ 2.3, and by contrast, 1.4?
²⁴     A.    I would have to have way more
²⁵ data to make that assessment, way more

Page 344

¹ information at hand.
²     Q.    Well, I'm addressing numbers
³ here, and so are you, and I'm addressing
⁴ standard of error.
⁵     So if you are comparing 1.4 in
⁶ terms of the measurement found in human adult
⁷ brains as against the 2.5 and 2.3 measurement
⁸ of glutathione concentrations in terms of
⁹ millimoles per kilogram found in the babies'
¹⁰ brains, mathematically speaking and from a
¹¹ scientific standpoint, if there's a
¹² standard -- a margin of error as high as .9,
¹³ plus or minus, that may render the difference
¹⁴ immaterial, right?
¹⁵     A.    I cannot say based on the
¹⁶ information that's in here.  You would need a
¹⁷ number of additional pieces of information
¹⁸ such as what test -- what statistical test
¹⁹ was done, how many animals they used in each
²⁰ group, what was the standard error --
²¹ preferably standard deviation on the other
²² value that we're comparing with, not just
²³ that 0.9.
²⁴     In addition to that, I'm not a
²⁵ professional biostatistician.  I typically

Page 345

¹ involve professional biostatisticians in my
² work.
³     Q.    But you're using numbers and
⁴ citing them to demonstrate differences
⁵ between an adult brain, measured for
⁶ glutathione concentration, and the brains of
⁷ human infants delivered preterm or shortly
⁸ after birth, also measured for glutathione
⁹ concentration, and nowhere do you reference
¹⁰ that there was a margin of error of plus or
¹¹ minus .9.
¹²     MR. COHEN:  Object to the form.
¹³ BY MR. JANUSH:
¹⁴     Q.    Right?
¹⁵     MR. COHEN:  Object to the form.
¹⁶ I think without showing him the study,
¹⁷ this testimony is unfair.
¹⁸     But go ahead.
¹⁹     A.    Yeah --
²⁰ BY MR. JANUSH:
²¹     Q.    Well, assume that I'm not
²² lying --
²³     MR. COHEN:  I'm not accusing
²⁴ you of lying.  I'm just talking about
²⁵ fairness.

Page 346

BY MR. JANUSH:

Q.    -- and that I'm just trying to move on quickly and not show you a table just to have time wasted.

If, hypothetically, there's a standard of error, a margin of error of plus or minus .9 that was not addressed by you, that may -- that comprises a meaningful difference in -- and impacts the conclusion you reach regarding the differences between adults' and babies' glutathione measurements, right?

MR. COHEN:  Objection, form.

MR. JANUSH:  I can ask it more clean.

A.    It was quite a long question. Would you mind --

BY MR. JANUSH:

Q.    I'll break it down.

.9, plus or minus, margin of error should not have been ignored by you when assessing the Kreis publication if that margin of error existed between adults and babies, true?

MR. COHEN:  Objection, form.

Page 347

A.    Again, to make any statement about the statistical significance of that difference between 2.3, 2.5 and 1.4, I would need far more information.

Since I noted it here and specifically said it was higher, I assumed the authors did statistical testing and provided a result for that.

BY MR. JANUSH:

Q.    Do you have 821 in front of you?

A.    821?

Q.    Brzezinski, the Catalytic Activity and Quantitation of Cytochrome P-450 2E1 in Prenatal Brain?

A.    I have it here, yes.

Q.    And when we look at Figure 3, aren't we looking at a western blot of CYP2E1 protein in the prenatal human brain?

A.    No.  This is not a western blot.  This is an RNA protection assay which quantifies messenger RNA.

Q.    Oh, my apologies.  That's the -- I can't even see right now.  That's the ribonuclease protection assay.

Page 348

The immunoblot analysis is Figure 1.

Do you see that?

A.    I do.

Q.    And this is analysis of CYP2E1 content in microsome from prenatal human brain and adult rat tissues, right?

A.    Yes, that's the title of the figure.

Q.    So this is -- this is showing -- well, why don't you tell me.

What is meaningful about this to you?

A.    So what's meaningful about this to me, what's particularly notable, is that it actually shows that the adult rat brain has a much lower CYP2E1 than the liver.

Q.    What does it show you with respect to the human brain?

A.    Well, again, it shows me that -- as I've said, I'm not disputing there might be some -- a little bit of CYP2E1 in the brain, including the fetal brain; it's just a negligible amount.  So this is consistent with that.  They've apparently

Page 349

detected a little bit of CYP2E1 in the brain, but again, it's lower than what they've detected -- much lower than what they've detected in the rat adult liver.

Q.    And they've detected it in both the prenatal human brain at fetal -- let's see.  I'm trying to compare it.  It's hard through this reading.

I mean, what is clear is that there's a predominant band of immunoactive protein visible in each lane of the sample corresponding to CYP2E1, right?

A.    I don't know what you mean by predominant.

Q.    Well, that's what the authors noted, right?

A.    I don't recall the exact wording that they used.

Q.    Go to the bottom of Figure 1. The sentence states:  A predominant band of immunoreactive protein is visible in each lane of sample and standard corresponding to CYP2E1.

A.    Again, the data show that the levels are far lower than in the rat adult

Page 350

1  liver. They only loaded 10 nanograms,
2  nanograms of protein for the rat liver.
3  They've loaded microgram quantities, so on
4  the order of a thousand-fold greater for the
5  brain samples.
6         And despite adding a
7  thousand-fold more protein, the levels still
8  look a bit lower. When you take into
9  consideration how much they loaded, it's far
10 lower.
11    Q.    Did the authors conclude that a
12 minimal band exists or a predominant band of
13 visible CYP2E1 protein, immunoreactive
14 protein exists?
15    A.    What they stated, if you look
16 in the second paragraph up from that figure,
17 the second-to-last sentence, it says their
18 conclusion about that figure.
19        The enzyme was present at
20 approximately 1.6 micrograms per milligram
21 microsomal protein, similar to the amount in
22 adult rat brain and about 150-fold less than
23 the amount measured in the rat adult liver.
24    Q.    Not 1,000-fold less as you've
25 addressed in your expert report, right?

Page 351

1     A.    Again, I've explained the way I
2  came to that thousand-fold number. I cited
3  16 different studies, not just one. This was
4  one of the studies that I included in that
5  calculation.
6         Those 16 different studies
7  provide 12 numbers comparing the levels in
8  brain and liver, and if you average those 12
9  numbers, it actually comes out to more than a
10 thousand-fold less than the brain compared to
11 the liver.
12        So again, I was actually being
13 conservative in my -- the number that I gave
14 in my report.
15    Q.    At paragraph 51 of your report,
16 you address that at least two studies have
17 demonstrated that chronic exposure to
18 acetaminophen during early in utero
19 development has no effect on brain
20 glutathione levels later in life. And you
21 address the Klein publication and Rigobello
22 2021, right?
23    A.    Correct.
24    Q.    With respect to Rigobello, do
25 you agree that Rigobello 2021 concluded that

Page 352

1  acetaminophen-treated pregnant rats gave
2  birth to offspring that were deemed to have
3  neurological development -- developmental
4  issues which the authors corresponded to
5  increased oxidative stress in the brain?
6     A.    I don't recall exactly what the
7  authors concluded. I would need to see the
8  study in front of me.
9         In addition, I can't comment on
10 anything about neurobehavioral outcomes.
11        (Whereupon, Deposition
12        Exhibit P825, Perinatal exposure to
13        paracetamol: Dose and sex-dependent
14        effects in behaviour and brain's
15        oxidative stress markers in progeny,
16        by Rigobello et al., was marked for
17        identification.)
18 BY MR. JANUSH:
19    Q.    You understand pregnant women
20 aren't suing because their fetuses were
21 exposed to Tylenol and that they had liver
22 damage, right?
23        MR. COHEN: Objection, form.
24    A.    My understanding of the
25 plaintiffs' complaint is that they are --

Page 353

1  they claim that they -- their offspring
2  suffered some neurodevelopmental adverse
3  effects from in utero acetaminophen exposure.
4         So it's not about the liver.
5  But again, we -- we used the liver as a
6  framework, and that's due in large part to
7  the fact that the plaintiffs' experts used
8  the liver as a reference and framework.
9  BY MR. JANUSH:
10    Q.    I'm just going to jump straight
11 to the conclusion at page 5, paragraph 5,
12 first three sentences only, and I'm going to
13 move on.
14        In conclusion, our study
15 describes behavioral and brain oxidative
16 stress parameters altered in infant rats
17 after gestational and lactational exposure to
18 human-relevant doses of PAR.
19        PAR is paracetamol, right?
20    A.    Yes. I disagree strongly with
21 that conclusion, by the way, for the record.
22 I'm more than happy to explain why.
23        MR. JANUSH: Sorry, this is
24 Exhibit P825; and it's Rigobello,
25 titled Perinatal exposure to

Page 354

1    paracetamol:  Dose and sex-dependent
2    effects in behaviour and brain's
3    oxidative stress markers in progeny.
4   BY MR. JANUSH:
5        Q.    But in this case, it's your
6   hypothesis that there's adequate glutathione
7   in the brain to accommodate any NAPQI
8   production in the fetus, right?
9         MR. COHEN:  Object to form.
10       A.    I'm not sure what you mean by
11  "in this case."  Are you referring to this
12  study in general?
13  BY MR. JANUSH:
14       Q.    No, in general, in this
15  litigation.  I mean, you're here as an expert
16  for the litigation, not as an expert on this
17  particular piece of published literature,
18  right?
19       A.    I'm quite confident that
20  there's sufficient -- if -- if any NAPQI
21  could form in the brain after exposure to
22  acetaminophen, I'm quite confident that
23  there's enough glutathione to scavenge it.
24  However, there's data showing that you don't
25  get NAPQI in the brain, so it's kind of moot.

Page 355

1        Q.    Do you agree that the findings
2   of Brzezinski that CYP2E1 was found in the
3   brain of rats are consistent with what
4   Rigobello has found using subtoxic
5   acetaminophen doses of 35 milligrams per
6   kilogram or 350 milligrams per kilogram?
7        A.    I have a number of comments
8   about that.  Their finding -- and I believe
9   that was Brzezinski.  Let me just
10  double-check so I'm not misstating.  Right.
11  Okay.
12         Again, you remember in
13  Brzezinski, they reported 150-fold lower
14  levels of CYP2E1 in the brain.  The lack of
15  consistent reproducible effects on
16  glutathione, for example, in this study is
17  consistent with very low P450s in the brain,
18  as Brzezinski reported.
19         Furthermore, this study can't
20  be used really to say anything about NAPQI
21  formation in the brain, and that's because,
22  if I remember correctly, they're looking at
23  22 days, at least, after exposure.  There
24  would be no acetaminophen or NAPQI present,
25  so any effect on glutathione would be due to

Page 356

1   something else.
2        Q.    I'm going to jump to Studies of
3   NAPQI Surrogates in the Brain and address the
4   Fischer study that you cite.  And that's on
5   page 44 of your report.
6        A.    Uh-huh.
7        Q.    Dr. McGill, didn't Fischer use
8   older liquid chromatography method that has a
9   limit of detection in the 50 to 100 nanomolar
10  range?
11       A.    They used a method with
12  radiolabeled acetaminophen, so they're
13  counting radioactivity.  I don't recall if
14  there was any HPLC separation step or not
15  before that.
16         This was an approach where you
17  measure protein binding by -- you have a
18  radiolabeled drug like acetaminophen.  You
19  inject the animals, harvest the tissue, and
20  then basically -- basically wash the tissue
21  to get rid of anything that's not tightly
22  bound to it.
23         And then you measure the
24  radioactivity that's -- I believe, if I
25  remember correctly, that's how they did this

Page 357

1   study.
2         Radioactivity is pretty --
3   quite sensitive.
4        Q.    If Fischer did use older liquid
5   chromatography, as I've said, with a limit --
6   older chromatography would have a limit of
7   detection in the 50 to 100 nanomolar range;
8   wouldn't that be right?
9        A.    I mean, liquid chromatography,
10  first of all, characterizing it as older is
11  odd.  We do quite a lot of liquid
12  chromatography today, and liquid
13  chromatography, there are many different
14  kinds of liquid chromatography.
15       Q.    In 1981?
16       A.    Oh, yeah, yeah, yeah.  Liquid
17  chromatography is one of the oldest methods
18  to separate small molecules in samples.  It's
19  been around probably over a century would be
20  my guess.
21       Q.    What I'm getting at is:  If --
22  if older liquid chromatography from 1981 had
23  a limit detection in the 50 to 100 nanomolar
24  range, that might not be able to detect
25  levels of all APAP conjugates in the brain,

Page 358

1 right?

2     A.     Levels of -- I -- are you
3 asking about acetaminophen-protein
4 conjugates?

5     Q.     I am.

6     A.     Just to make that more clear.
7         Off -- I mean, off the top of
8 my head, I can't say.  I also don't -- yeah.
9 Again, radioactivity is -- it's a very, very
10 sensitive approach.  It's so sensitive it's
11 prone to noise.

12     Q.     Turning to the Bien study that
13 you cite.  Bien used a simpler colorimetric
14 assay that has lower sensitivity than more
15 modern methods do to study GSH; isn't that
16 right?

17     A.     No, that's not correct.  One of
18 the best methods available to measure
19 glutathione is what's called the Tietze
20 method.  It's what I use in my laboratory.

21         Depending on how you set up the
22 assay, it can be extremely sensitive.  It's
23 certainly -- I mean, I use it all the time in
24 my studies with acetaminophen to look at
25 glutathione depletion.  It's certainly

Page 359

1 sensitive enough for that purpose.

2     Q.     Is the Tietze method using --
3 using colorimetric assay?

4     A.     Yes.

5     Q.     And you disagree that it has
6 lower sensitivity than more modern methods to
7 study GSH?

8     A.     Yeah.  I also don't think
9 sensitivity is an issue here, right, because
10 you have -- sensitivity is important when
11 you're trying to measure something that's
12 very, very low abundance, right?  But again,
13 as I've stated, glutathione has presence in
14 very high concentrations, millimole per
15 liter.  It's quite high for the body.
16 Sensitivity is not an issue.

17         But whether it's an issue or
18 not, these colorimetric methods can
19 absolutely be extremely sensitive.

20     Q.     Turning to Micheli (1993).
21 Were rats dosed with 3,000 milligrams per
22 kilogram?

23     A.     That's my recollection of this
24 study.

25     Q.     And do you claim the authors

Page 360

1 reported only minor reductions of
2 glutathione, 14-24%, in various regions of
3 the brain?

4     A.     Again, that's my recollection
5 of the data.

6     Q.     But didn't the authors in
7 Micheli address, quote, from a physiologic
8 standpoint, a 20 to 30% decrease of GSH
9 levels is considered significant and able to
10 start a reversible or irreversible toxic
11 process?

12         Do you remember reading that?

13     A.     I don't recall if they used
14 those exact words.  I'd be happy to see the
15 report if you want to produce it.

16     Q.     I don't.

17     A.     In addition -- in addition, I
18 disagree with that.  We know again, if you
19 look at my 2013 study, for example, in the
20 liver, at 15 milligram per kilogram, we
21 saw -- I don't remember the exact amount,
22 probably 15, 20% loss of glutathione in the
23 liver, there was no evidence of liver injury.

24         At the 75-milligram per
25 kilogram dose, there was almost complete loss

Page 361

1 of glutathione in the liver.  There was still
2 no liver injury at that dose.

3         So no, that statement is
4 categorically incorrect.

5     Q.     So you disagree with the
6 Micheli authors who wrote those words?

7     A.     Yeah.  In addition, they're
8 only seeing this at the 3,000-milligram per
9 kilogram dose, which again, has no relevance
10 to maternal ingestion of therapeutic doses.

11     Q.     But again, you yourself have
12 recognized that rats have to be dosed
13 significantly higher because they're poorer
14 than mice in terms of animal study objects,
15 study animals?

16     A.     I've also explained that these
17 doses -- that the rat model has no relevance
18 to human therapeutic use or whether --
19 talking about large doses or not.  These very
20 large doses in rats result in these millimole
21 per liter plasma concentrations of
22 acetaminophen which you never see with
23 therapeutic use of acetaminophen.  Those are
24 overdose concentrations.  That's what you
25 would see in an overdose patient.

Page 362

1    In fact, it's higher than what
2  you see sometimes in acetaminophen overdose
3  patients.
4    Q.    At paragraph 56, where you
5  address maternal use of therapeutic doses of
6  acetaminophen and oxidative stress, this is
7  the portion of your report where you address
8  plaintiffs' claims relative to oxidative
9  stress as a potential mechanism of action
10  that leads to adverse fetal
11  neurodevelopmental outcomes, right?
12    A.    Yes.  Well, I'm sorry, let me
13  rephrase that.
14    This is the portion of my
15  report where I address the issue of whether
16  or not there's evidence that oxidative stress
17  occurs in the brain with maternal use of
18  therapeutic doses of acetaminophen.
19    Q.    And you also address that no
20  studies have been presented by plaintiff
21  experts demonstrating that -- right, I mean,
22  I'm going to quote it exactly.
23    A.    Uh-huh.
24    Q.    Demonstrating that therapeutic
25  doses of acetaminophen caused oxidative

Page 363

1  stress in the human embryonic/fetal brain.
2  Instead, plaintiff experts either fail to
3  cite studies to support this hypothesis or
4  rely on studies that use excessive doses or
5  concentrations of acetaminophen.
6    Right?
7    A.    Correct.
8    Q.    Do you agree that it is
9  ethically impossible to measure oxidative
10  stress in the human embryonic/fetal brain and
11  then follow up later to see if that test
12  subject has neurological --
13  neurodevelopmental disorders?
14    MR. COHEN:  Objection to form.
15    A.    Well, again, I am not an
16  ethicist.  I can't comment on ethics.  That's
17  not what I'm here to discuss.
18  BY MR. JANUSH:
19    Q.    But that testing would result
20  in the death of the embryo and fetus,
21  wouldn't it?
22    MR. COHEN:  Objection to form.
23    A.    I'm not a physician.  I don't
24  know what kind of sampling is possible
25  without harming the child.

Page 364

1  BY MR. JANUSH:
2    Q.    Do you agree that cell culture
3  lines of evidence are relevant and should be
4  considered in a true weight of evidence
5  analysis?
6    MR. COHEN:  Object to the form.
7    A.    A formal weight of evidence
8  analysis is not common in my field, so I
9  can't comment on that.
10    In addition, the cell culture
11  studies described by Posadas are irrelevant
12  for human therapeutic use of acetaminophen.
13  They have used, again, 0.5- to 2-millimole
14  per liter concentrations for very long
15  durations of exposure in those cell culture
16  studies.  That absolutely does not mimic
17  human therapeutic exposure to acetaminophen.
18  BY MR. JANUSH:
19    Q.    By the way, let me go back and
20  ask you something that's sticking in my mind.
21    You addressed that the rat
22  model has no relevance here, but you
23  repeatedly included the rat model and rat
24  model studies in your report, right?
25    A.    I discuss --

Page 365

1    MR. COHEN:  Object to the form.
2    Go ahead.
3    A.    I discuss them in my report
4  because, again, my report is, in part, a
5  response to the plaintiffs' experts' reports
6  who discussed some of these studies -- who
7  discussed these studies.
8  BY MR. JANUSH:
9    Q.    Do you have any methodology on
10  oxidative stress?
11    A.    Can you --
12    Q.    In terms of how and why
13  oxidative stress would not be created by
14  virtue of prenatal exposure in utero to
15  acetaminophen.
16    MR. COHEN:  Objection, form.
17    A.    Again, we're working within the
18  framework of what happens in the liver as
19  established by the plaintiffs' experts.
20    In the liver, you do not get
21  oxidative stress after acetaminophen exposure
22  without NAPQI formation.  There's evidence --
23  we know that you don't get NAPQI formation in
24  the brain after acetaminophen overdose --
25  overdose, much less therapeutic doses.

Page 366

1  BY MR. JANUSH:
2      Q.    In reaching your conclusion,
3  why did you not address the publication by
4  Beck which found that even at the lowest dose
5  of 125 milligrams per kilogram APAP given to
6  rats, thiols appeared to be almost absent
7  altogether in embryos studied, suggesting
8  that GSH was depleted?
9          MR. COHEN:  Objection, form.
10     A.    First of all, if you're going
11  to ask questions about the study, I'd like to
12  see it.
13         And again, I would note,
14  125 milligram per kilogram -- milligrams per
15  kilogram is not a human-relevant dose, not a
16  therapeutic dose.
17  BY MR. JANUSH:
18     Q.    It's a very small dose given to
19  rats, isn't it?
20     A.    Again, this gets into the issue
21  of sub-hepatotoxic and therapeutic are not
22  interchangeable terms by any means.
23         I also, off the top of my head,
24  don't know what plasma concentrations that
25  particular dose results in.  It's likely much

Page 367

1  higher than human therapeutic concentrations.
2      Q.    Why did you -- sorry.
3          Why did you fail to address the
4  Baker et al., 2023 mouse study in which the
5  scientists, including Dr. Pearson, gave
6  pregnant mice 150 milligrams per kilogram and
7  showed evidence for inflammatory and
8  oxidative stress in the brain of the
9  APAP-exposed neonatal mice using a dose that
10  is therapeutic for mice?
11         MR. COHEN:  Objection to the
12  form.
13     A.    Again, I'd need to see the
14  study in front of me to assess it.  I'm happy
15  to discuss it if you can produce a copy of
16  it.
17  BY MR. JANUSH:
18     Q.    I'm not producing a copy, but
19  it's on page 3 of your materials referred
20  list or your reference list, so --
21     A.    Yeah, I don't recall what their
22  claimed evidence for oxidative stress is.  I
23  would need to review that if you want me to
24  make a meaningful statement about it.
25  Again --

Page 368

1      Q.    We were hoping you would have
2  reviewed it in your report, Dr. McGill.
3          MR. COHEN:  Objection to the
4  statement.  That's not a question.
5  That sounds like a lecture.
6      A.    Again, the dose that you
7  mentioned was far higher than therapeutic
8  doses in humans.
9  BY MR. JANUSH:
10     Q.    What do you believe an
11  analgesic dose of acetaminophen is for a
12  laboratory mouse?
13     A.    I haven't reviewed the study
14  on -- I haven't reviewed all the literature
15  on analgesic doses of acetaminophen in mice.
16  I can't really comment on that.
17         But the question is not
18  necessarily about what's an analgesic dose in
19  a rodent.  The question is do the exposure
20  levels in those models mimic exposure levels
21  in humans.  When you're giving such large
22  doses, they absolutely don't.
23     Q.    What do you believe is the
24  appropriate dose of acetaminophen for a
25  laboratory mouse?

Page 369

1      A.    Appropriate dose to achieve --
2  sorry.
3          MR. COHEN:  Objection, form.
4  Go ahead.
5      A.    Appropriate dose to achieve
6  what?
7  BY MR. JANUSH:
8      Q.    To test for inflammatory and
9  oxidative stress in the brain of exposed
10  neonatal mice.
11     A.    Well, then I --
12     Q.    You've criticized Dr. Baker and
13  Dr. Pearson and their study group regarding
14  150 milligrams per kilogram.  So if you were
15  designing that study, what would you have
16  done?
17         MR. COHEN:  Objection, form.
18     A.    If -- if I was designing a
19  study to look at potential oxidative stress
20  in the brain with acetaminophen, the dose
21  that I would use is 14 to 15 milligrams per
22  kilogram.
23  BY MR. JANUSH:
24     Q.    AM404, paragraph 62, you
25  address that: AM404 has been described as

Page 370

1  having a potential role in acetaminophen's
2  mechanism of action for reducing pain and
3  lowering body temperature.  The proposed CNS
4  pathways for the drug's analgesic effects
5  include endocannabinoid, serotonergic, and
6  nitric oxide pathways.  The presence of AM404
7  in central nervous system and its potential
8  effects was not described until recently.  A
9  limited number of studies have examined
10 whether the biological effects of
11 acetaminophen can be mediated by AM404, and
12 only one study has examined the production of
13 AM404 after acetaminophen use in humans.
14         Dr. McGill, isn't it true that
15 AM404 literature is actually quite extensive
16 and dates back to at least 2004, predating
17 even the EPI?
18         MR. COHEN:  Object to the form.
19     A.   You asked a very broad question
20 about AM404 literature.  I don't know when
21 the first mention of AM404 in the literature
22 is.  The data on acetaminophen and AM404, of
23 which I'm aware, is what I would consider
24 relatively recent, within the last -- I mean,
25 it's hard to give a range for recent -- I

Page 371

1  don't know, 10, 15 years at most, that I can
2  recall.
3         In addition to that, I wouldn't
4  characterize it as a -- at least with respect
5  to AM404 and acetaminophen as "a lot of
6  research."  I mean, compared to what?  If you
7  look at research on acetaminophen, it's been
8  ongoing for, I mean, since it was synthesized
9  and discovered in the late 1800s.  There are
10 tens of thousands of papers on acetaminophen,
11 maybe more.
12 BY MR. JANUSH:
13     Q.   AM404 in sufficient quantities
14 has an analgesic effect; is that right?
15     A.   I -- that's -- the analgesic
16 effects and that sort of thing is not what I
17 was asked to comment on.
18     Q.   And AM404 has an analgesic
19 effect because it operates on the central
20 nervous system, doesn't it?
21     A.   Again, a number of -- well, a
22 number of pathways have been implicated in
23 whatever -- whatever effects AM404 may have.
24 Whether or not it actually acts on the
25 central nervous system, I couldn't say for

Page 372

1  sure.
2      Q.   At paragraph 66, you address
3  that Högestätt et al., 2005, treated rats
4  with 300 milligrams per kilogram of
5  acetaminophen and were able to detect AM404
6  in the brain.  However, a dose of
7  300 milligrams per kilogram of acetaminophen
8  results in blood concentrations that vastly
9  exceed concentrations in humans during
10 therapeutic use.
11        Do you see that?
12     A.   Uh-huh.  Yes.  Sorry.
13     Q.   And then similarly, in
14 paragraph 66, you also address Mallet, and
15 again, deem that the authors administered
16 rats with an overdose of 300 milligrams per
17 kilogram and tested their tolerance to pain;
18 is that right?
19        Let me ask a different
20 question.
21        Do you deem -- do you --
22 despite what we've heard you say on video as
23 you presented about rats and how immune they
24 are to hepatotoxicity, you deem
25 300 milligrams per kilogram for rats to be an

Page 373

1  overdose administration?
2      A.   Yeah.  Yeah, for sure.  Again,
3  it results -- we know -- let's just take the
4  Posadas study, which we've already discussed,
5  a lower overdose than 300 -- 250 milligram
6  per kilogram resulted in plasma
7  concentrations of, again, 1 millimole per
8  liter; that is 1,000 micromole per liter.
9         Maximum therapeutic plasma
10 concentrations in a human are 100 -- around
11 130 micromole per liter, so it's at least
12 7.6-fold higher plasma concentrations.  That
13 has absolutely no relevance to maternal
14 ingestion of therapeutic doses of
15 acetaminophen.
16     Q.   When you know an animal such as
17 a rat is ten times less susceptible to liver
18 injury than mice, should scientists scale
19 their studies to better test for the
20 potentially injurious outcome they are
21 studying when using rats as test animals?
22     A.   We've been over the animal
23 equivalent dosing.  I've shared my opinion on
24 that.
25        We know a lot about

Page 374

1 acetaminophen. We know the therapeutic
2 plasma concentration. I have no reason to
3 believe that we shouldn't aim for those
4 concentrations in a rat, for the studies --
5 types of studies that we're discussing
6 related to the brain.
7     Q.    Aiming for concentrations of
8 human therapeutic doses in rats leads --
9 necessarily leads to ignoring that the rat is
10 ten times less susceptible to liver injury
11 than mice, doesn't it?
12     A.    No. So again, I have no reason
13 to believe that the brain is more susceptible
14 to -- or excuse me, that the rat brain is
15 less susceptible to acetaminophen. In fact,
16 in general -- I'm sorry, let me start again.
17 I want to make sure I'm saying it correctly.
18         I have no reason to believe
19 that the rat brain is more resistant to
20 acetaminophen as a matter of -- well, I'm
21 sorry. I'm -- I need to rephrase.
22         Essentially, I have no
23 particular reason to believe that we need to
24 adjust the dose to look at that in the brain.
25 Yeah, I mean, the brain in general is

Page 375

1 obviously resistant to NAPQI formation,
2 right, because we don't see any NAPQI
3 formation in the brain, even with massive
4 overdoses of acetaminophen. And there's very
5 little -- little to no CYP2E1 in the brain.
6     Q.    Talking about humans, you do
7 not know the dose of acetaminophen necessary
8 to affect fetal neurodevelopment, right?
9     A.    Again, I'm not here to address
10 studies on neurodevelopmental outcomes or
11 things -- I'm not here to address
12 neurodevelopmental outcomes.
13     Q.    And you don't know the duration
14 of use at therapeutic doses that would affect
15 fetal neurodevelopment, right?
16     A.    Again, I'm not here to address
17 neurodevelopmental outcomes. We know the
18 concentrations and duration of exposure in
19 human -- to acetaminophen in humans at
20 therapeutic doses, and we know that the rat
21 model and that these high doses, whether
22 you're in mice or rats, do not mimic that
23 human exposure.
24     Q.    In this case, are you assuming
25 that there's a perfect solution for the fetus

Page 376

1 that neutralizes the CYP2E1?
2     A.    Neutralizes the CYP2E1?
3         MR. COHEN: Object to the form.
4 BY MR. JANUSH:
5     Q.    Excuse me, that neutralizes
6 the -- yeah, the CYP2E1. That's exactly what
7 I meant.
8         In other words, you address
9 that there's sufficient glutathione to handle
10 any expression of CYP2E1. Are you assuming
11 that that's a -- there's a perfect solution
12 that -- for the fetus that neutralizes
13 CYP2E1?
14         MR. COHEN: Object to the form.
15         Answer, if you can.
16     A.    Right. Again, I'm not saying
17 anything about neutralizing CYP2E1.
18 Glutathione neutralizes or detoxifies NAPQI.
19 BY MR. JANUSH:
20     Q.    I meant to say that. I
21 apologize. I've been up for 30 hours
22 straight. I meant to say NAPQI.
23         MR. COHEN: Do you want to
24 reask the question?
25         THE WITNESS: Yeah, please, if

Page 377

1 you don't mind, I'm sorry.
2         MR. JANUSH: Yeah.
3 BY MR. JANUSH:
4     Q.    Do you believe that there's a
5 perfect solution for the fetus that
6 neutralizes NAPQI expression?
7     A.    What we know is that you have,
8 number one, very little P450 in the brain
9 relative to liver. My studies described in
10 my report demonstrate that.
11         What we know is that you have
12 glutathione at millimole per liter
13 concentrations in the brain. Again, studies
14 described in my report show that.
15         We also know that in order to
16 have toxicity -- significant clinical liver
17 injury in the liver with acetaminophen, which
18 has far more CYP2E1, you would need an
19 overdose. Therapeutic doses don't cause any
20 injury in the liver, despite having much more
21 CYP2E1 than the brain.
22         So you certainly wouldn't
23 expect that an organ like the brain with
24 much, much less CYP2E1 would be susceptible
25 to injury at therapeutic doses.

Page 378

1    I guess I'll stop there.
2    Q.    In your report, you mention
3 that your independent research group has been
4 primarily funded by UAMS and by the American
5 Association for the Study of Liver Diseases
6 Foundation, with additional funding from
7 GlaxoSmithKline and Haleon, Bergstrom
8 Nutrition and the Federal Transit Authority.
9    What kinds of research have you
10 performed that was funded by GSK?
11   A.    I'm under a contractual
12 obligation not to share the details of those
13 studies, so I can't comment on that, except
14 to say that it's not related to effects on
15 the brain of acetaminophen.
16   Q.    Is it related to acetaminophen
17 or paracetamol at all?
18      MR. COHEN:  If you can answer
19    that without violating any agreements,
20    go ahead.  But if you think you might
21    be violating an agreement, then he
22    can't answer that.
23   A.    I am not a hundred percent sure
24 if I can answer that question, so I would
25 prefer not to comment on it.

Page 379

1      MR. JANUSH:  We're going to
2    mark this spot of the transcript for
3    further follow-up.
4 BY MR. JANUSH:
5    Q.    You've received $107,000 from
6 Haleon in connection with something called
7 Project HEP, part 2.  What's that?
8    A.    This is a -- what I can say
9 about it is that it's an extension, right?
10 Haleon was a company that split off of
11 GlaxoSmithKline, and that project is an
12 extension of the prior project with
13 GlaxoSmithKline.  I'm under the same
14 contractual obligations not to discuss any
15 details.
16   Q.    Does your contract ban you from
17 even confirming whether or not you are
18 studying acetaminophen?
19   A.    As I said, I'm not a hundred
20 percent sure.  I don't recall the exact
21 language of the contract.  I don't feel
22 comfortable saying one way or the other.
23 I can say that it's not related
24 to the brain.  I think I'm safe saying that.
25   Q.    Haleon distributes

Page 380

1 acetaminophen products, right?  Like Advil
2 Dual Action with acetaminophen and Panadol?
3    A.    So my understanding is that
4 GlaxoSmithKline was a manufacturer of
5 acetaminophen in countries outside the US.  I
6 don't recall -- I don't know exactly which
7 countries.
8    Since Haleon split off of that,
9 I don't know what -- exactly what Haleon's
10 relationship is to the manufacture of and
11 sales of acetaminophen.
12      MR. JANUSH:  Can we take a
13    break?
14      MR. COHEN:  Sure.
15      MR. JANUSH:  Go off the record.
16      THE VIDEOGRAPHER:  We are going
17    off record.  The time is 5:30.
18      (Recess taken, 5:30 p.m. to
19    5:43 p.m. CDT)
20      THE VIDEOGRAPHER:  We're going
21    back on record.  The time is 5:43.
22      (Whereupon, Deposition
23    Exhibit P832, McGill Invoices, was
24    marked for identification.)
25      (Whereupon, Deposition

Page 381

1    Exhibit P832B, McGill Invoice, was
2    marked for identification.)
3 BY MR. JANUSH:
4    Q.    Dr. McGill, I've premarked and
5 given you Exhibit P832 and P832B.  These are
6 the invoices that we have from you to David
7 Cohen, counsel that's sitting across the
8 table from me, and Amy Ragone of Butler Snow.
9 They reflect billings from January 16, 2023
10 through September 4, 2023.
11   Have you had an opportunity to
12 review these billings?
13   A.    Yes.
14   Q.    Are these an accurate
15 representation of your invoicing from your
16 inception of expert work through the present
17 date?
18   A.    They appear to be the
19 invoices -- copies of the invoices that I
20 submitted.
21      MR. JANUSH:  Thank you,
22    Dr. McGill, for your time today.  I
23    have no further questions.
24      THE WITNESS:  Thank you very
25    much.  I -- thanks, everybody.

Page 382

1    MR. COHEN: Do we need change
2  or can I just ask two questions?
3       (Technical comments off the
4  stenographic record.)
5       ------------
6            EXAMINATION
7       ------------
8  BY MR. COHEN:
9    Q.    Just real quickly, Dr. McGill.
10       Earlier in the day, counsel
11  asked you about Exhibits 804, 805 and 806,
12  which are studies that are referenced in your
13  expert report on which you and Dr. Jaeschke
14  are coauthors; is that correct?
15    A.    I remember discussing the
16  articles.
17    Q.    Okay.  And it may have been
18  inadvertent, but counsel said, I think, that
19  these studies, which are cited in your expert
20  report, address the neurotoxic results of
21  acetaminophen.
22       Do you remember that?
23    A.    If he made the statement,
24  then -- these are not studies of
25  neurotoxicity, so that would be inaccurate.

Page 383

1    Q.    And that was my question:  If
2  he made that statement, was that an error?
3       MR. JANUSH:  It was.
4    A.    I feel like it must have been.
5  BY MR. COHEN:
6    Q.    These studies do not address
7  neurotoxicity, do they?
8    A.    No.
9    Q.    Okay.  And he also pointed out
10  that these studies indicate that McNeil, in
11  part, funded some of Dr. Jaeschke's work?
12    A.    I believe that's what he was --
13  yeah, suggesting.
14    Q.    Do you remember that?
15    A.    Uh-huh.
16    Q.    Do the studies also indicate
17  that the NIH and other funding sources also
18  funded Dr. Jaeschke's laboratory?
19    A.    I believe some of them
20  indicated that.  I mean, he certainly
21  received funding from multiple other sources.
22    Q.    You were asked earlier by
23  counsel about Exhibit 813, P813, which is the
24  Nitsche study from 2017.
25       Do you remember that?

Page 384

1    A.    I do.
2    Q.    And do you remember counsel
3  asked you about the conclusion and the
4  concluding sentence in the conclusion that's
5  cited in your expert report beginning with
6  the word "However, our findings suggest that
7  maternal use of acetaminophen at the
8  currently recommended dose is unlikely to
9  lead to accumulation of potentially toxic
10  levels in the fetus."
11       Do you remember that?
12    A.    Yes.
13    Q.    Can you point to -- or tell us
14  where the data are in the study that support
15  that statement?
16    A.    Well, this statement is about
17  levels in the fetus, and they specifically
18  reference potentially toxic levels, and so if
19  we -- if we're talking about levels of
20  acetaminophen, the data are shown in Figure 1
21  so --
22    Q.    What does Figure 1 indicate,
23  briefly?
24    A.    It's -- well, yeah.  It's -- I
25  think -- I believe it's consistent with their

Page 385

1  statement there, and it indicates that
2  there's no accumulation or greater
3  concentration of acetaminophen in the fetus
4  than in the mother.  So it's not reaching
5  toxic levels.
6       MR. COHEN:  Okay.  That's all
7  I've got.  Thank you, Doctor.
8       THE WITNESS:  Thank you.
9       MR. JANUSH:  No further.
10       THE VIDEOGRAPHER:  Okay.  This
11  concludes today's deposition.  We are
12  going off the record.  The time is
13  5:48.
14       (Time noted: 5:48 p.m. CDT)
15            --o0o--
16
17
18
19
20
21
22
23
24
25

Page 386

CERTIFICATE

1  I, MICHAEL E. MILLER, Fellow of
the Academy of Professional Reporters,
2  Registered Diplomate Reporter, Certified
Realtime Reporter, Certified Court Reporter
3  and Notary Public, do hereby certify that
prior to the commencement of the examination,
4  MITCHELL R. McGILL PhD was duly sworn by me
to testify to the truth, the whole truth and
5  nothing but the truth.

6  I DO FURTHER CERTIFY that the
foregoing is a verbatim transcript of the
7  testimony as taken stenographically by and
before me at the time, place and on the date
8  hereinbefore set forth, to the best of my
ability.

9  I DO FURTHER CERTIFY that pursuant
to FRCP Rule 30, signature of the witness was
10  not requested by the witness or other party
before the conclusion of the deposition.

11  I DO FURTHER CERTIFY that I am
neither a relative nor employee nor attorney
12  nor counsel of any of the parties to this
action, and that I am neither a relative nor
13  employee of such attorney or counsel, and
that I am not financially interested in the
14  action.

20  MICHAEL E. MILLER, FAPR, RDR, CRR
Fellow of the Academy of Professional Reporters
21  NCRA Registered Diplomate Reporter
NCRA Certified Realtime Reporter
22  Certified Court Reporter
Notary Public

24  Dated: September 11, 2023

---

Page 387

INSTRUCTIONS TO WITNESS

DATE: September 11, 2023

Please read your deposition over
carefully and make any necessary corrections.
You should state the reason in the
appropriate space on the errata sheet for any
corrections that are made.

After doing so, please sign the
errata sheet and date it.

You are signing same subject to
the changes you have noted on the errata
sheet, which will be attached to your
deposition.

It is imperative that you return
the original errata sheet to the deposing
attorney within thirty (30) days of receipt
of the deposition transcript by you.  If you
fail to do so, the deposition transcript may
be deemed to be accurate and may be used in
court.

---

Page 388

ERRATA

PAGE  LINE  CHANGE

_____ _____ _____
REASON: _____
_____ _____ _____
REASON: _____
_____ _____ _____
REASON: _____
_____ _____ _____
REASON: _____
_____ _____ _____
REASON: _____
_____ _____ _____
REASON: _____
_____ _____ _____
REASON: _____
_____ _____ _____
REASON: _____
_____ _____ _____
REASON: _____
_____ _____ _____
REASON: _____

---

Page 389

ACKNOWLEDGMENT OF DEPONENT

I, MITCHELL R. McGILL PhD, do
hereby certify that I have read the foregoing
pages and that the same is a correct
transcription of the answers given by me to
the questions therein propounded, except for
the corrections or changes in form or
substance, if any, noted in the attached
Errata Sheet.

_____
MITCHELL R. McGILL PhD          DATE

Subscribed and sworn to before me this
_____ day of _____, 20 _____.
My commission expires: _____

_____
Notary Public

Page 390

LAWYER'S NOTES

PAGE   LINE

1
2
3
4  _____  _____  _____
5  _____  _____  _____
6  _____  _____  _____
7  _____  _____  _____
8  _____  _____  _____
9  _____  _____  _____
10 _____  _____  _____
11 _____  _____  _____
12 _____  _____  _____
13 _____  _____  _____
14 _____  _____  _____
15 _____  _____  _____
16 _____  _____  _____
17 _____  _____  _____
18 _____  _____  _____
19 _____  _____  _____
20 _____  _____  _____
21 _____  _____  _____
22 _____  _____  _____
23 _____  _____  _____
24 _____  _____  _____
25

## WORD INDEX

< $ >
**$107,000**
379:5
**$4,278,884**
108:4
**$521,314**
109:4, 21

< 0 >
**0**  109:20, 22, 25
**0.03**  329:21
**0.5**  364:13
**0.9**  344:23
**07960**  5:9

< 1 >
**1**  3:14
194:7, 23
216:3, 9, 20
218:15
219:2
286:19
315:2, 3
317:15
326:10
327:10
328:2
335:21
338:16
348:2
349:19
373:7
384:20, 22
**1,000**
177:14
216:9
219:3
228:19
229:13

247:17
373:8
**1,000-fold**
327:13, 19
330:5, 6, 18
350:24
**1,200**
329:11, 19
**1.4**  343:13, 23  344:5
347:3
**1.6**  350:20
**1:22-md-03043-DLC**
1:4
**1:37**  221:19, 20
**1:54**  221:21, 23
**10**  65:19
82:2  86:9
181:13
260:13
261:14
264:24
265:7
268:23
270:2
281:9
286:14
288:11
294:23
315:6
335:25
338:17
350:1  371:1
**10:04**  91:5, 6
**10:21**  91:7, 9
**100**  2:13
9:16  34:23
35:3, 5, 9
278:6

356:9
357:7, 23
373:10
**1000**  6:11
**10017**  3:10
6:4
**10019**  4:16
**10022**  2:7
**10-12**  265:6
**103**  10:2
**104**  10:8
326:2
**11**  4:21
98:12, 13
187:7, 10
303:9, 24
305:10
312:7
386:24
387:2
**11:26**
152:16, 17
**1105**  4:15
**111**  1:18
10:15
**113**  98:6
99:5  324:11
**115**  10:17
98:7
**12**  35:10
129:22, 23
130:2
253:3, 13
260:13
261:14
264:25
265:7
268:23
270:2
281:9
330:8, 15, 17
351:7, 8
**12:25**

152:18, 20
**1200**  5:4, 20
**125**  366:5, 14
**12531**  6:10
**126**  2:6
**12th**  5:3, 19
6:3
**13**  324:11
**130**  219:7
373:11
**132**  216:8
**133**  11:2
**14**  177:16
369:21
**141**  115:17
**14-24**  360:2
**15**  8:6
142:1
148:3
184:6
291:20
360:20, 22
369:21
371:1
**150**  2:20
367:6
369:14
**150-fold**
350:22
355:13
**153**  14:9
**15-milligram**
148:14
**16**  8:9
330:7, 14, 15
351:3, 6
381:9
**160**  189:16, 22, 24  190:3, 9, 14, 21, 23
191:4

**17**  80:13
187:7, 11, 16
**1700**  6:15
**1717**  4:3
**172**  14:2
**18**  80:14
170:19
173:5
222:1
333:23
**1800s**  371:9
**189**  13:20
**19**  81:25
134:19
135:22
170:13
173:1, 5, 24
274:21
**1900**  1:18
**193**  11:10
**1959**  112:4
**197**  11:14
**198**  216:24
**1980**  340:8
**1980s**  132:8
**1981**  357:15, 22
**1988**  326:5
341:3
**1989**  135:9
**1990s**  132:8
**1993**  359:20
**1997**  313:6
**1999**  323:12, 18  324:19
**1A**  343:16
**1-gram**
234:25

< 2 >
**2**  8:5
104:17
142:1, 9, 15
148:15

155:*22*
189:*18*
194:*9, 21, 22*
216:*9, 21*
218:*15*
219:*2*
335:*22*
379:*7*
**2,000**
216:*10*
219:*3*
**2.3** 343:*10,*
*23* 344:*7*
347:*3*
**2.5** 343:*10,*
*22* 344:*7*
347:*3*
**20** 107:*5, 9,*
*10* 181:*10,*
*11, 12*
225:*24*
360:*8, 22*
389:*16*
**200** 196:*14*
**20001** 5:*14*
**20004** 5:*4,*
*20*
**20006** 6:*16*
**2004** 370:*16*
**2005** 182:*13*
372:*3*
**2009** 27:*21*
28:*5*
**2010** 215:*19*
218:*12*
**2011** 145:*3,*
*8*
**2012** 128:*9,*
*10, 15*
134:*16*
195:*20*
**2013** 16:*11*
139:*19*
291:*8*

294:*4*
360:*19*
**2014** 166:*22*
**2015** 137:*19*
**2016** 172:*6*
193:*18*
228:*11*
**2017** 154:*11*
159:*7*
162:*12, 13*
383:*24*
**2018** 137:*19*
**202)289-**
**1313** 5:*5, 21*
**202)737-**
**0500** 6:*16*
**202)776-**
**7800** 5:*15*
**2020** 10:*18*
114:*22*
115:*25*
121:*22*
122:*19*
304:*24*
**2021** 351:*22,*
*25*
**2023** 1:*10*
8:*3* 15:*3,*
*10* 367:*4*
381:*9, 10*
386:*24*
387:*2*
**204** 172:*18*
**21** 80:*15*
108:*8, 10*
**210)447-**
**0500** 2:*14*
**21052** 6:*20*
**211** 4:*8*
**212)421-**
**2800** 2:*8*
**213)542-**
**8000** 7:*4*

**214** 14:*16*
175:*25*
176:*9*
**22** 82:*8*
204:*20*
355:*23*
**228** 11:*16*
**23** 90:*8*
**24** 95:*13*
129:*24*
189:*17, 22*
191:*17*
192:*9*
**25** 78:*24*
**250** 206:*12*
215:*20*
373:*5*
**251** 11:*19*
**26** 78:*18, 24*
90:*8* 258:*5*
**262** 12:*2*
**2625** 4:*9*
**2734** 254:*8*
**2735** 252:*8*
**274** 12:*6*
**29** 222:*3*
**2A** 141:*25*
292:*4*
**2E1** 13:*4*
323:*24*
347:*15*
**2-millimole**
364:*13*

**< 3 >**
**3** 2:*13*
129:*13, 17*
133:*2*
134:*7*
155:*24*
307:*13*
314:*17*
335:*22*
338:*16*

347:*17*
367:*19*
**3,000** 359:*21*
**3,000-fold**
329:*24*
**3,000-**
**milligram**
361:*8*
**3,127** 197:*21*
**3.9** 307:*8*
309:*1*
**3:01** 285:*14,*
*15*
**3:23** 285:*16,*
*18*
**3:49** 305:*25*
306:*1*
**3:57** 306:*2,*
*4*
**30** 193:*24*
228:*22*
230:*4*
321:*3, 8, 9,*
*22* 338:*25*
340:*10, 11*
360:*8*
376:*21*
386:*11*
387:*16*
**300** 3:*4, 19*
196:*10, 21*
372:*4, 7, 16,*
*25* 373:*5*
**302** 12:*11*
**303** 167:*17*
**3043** 1:*1*
15:*15*
**305** 4:*4*
**306** 12:*16*
**312)741-**
**5220** 2:*22*
**314** 12:*19*
**314)241-**
**8111** 4:*10*

**317)236-**
**1313** 4:*22*
**32** 226:*15*
243:*3*
**323** 13:*2*
**326** 13:*6*
**33** 250:*9*
257:*16, 18*
**333** 14:*14*
**336** 329:*7,*
*17*
**34** 258:*4*
**35** 4:*3*
189:*22*
355:*5*
**350** 355:*6*
**352** 13:*12*
**35-pound**
191:*17*
**36** 342:*11*
**378** 8:*20*
**380** 13:*18*
**3800** 197:*23*
**381** 13:*19*
**382** 8:*10*
**386** 8:*12*
**388** 8:*13*
**389** 8:*14*
**39** 286:*7*
287:*15*
339:*20*
**390** 6:*3*
8:*15*
**392** 329:*6,*
*17*

**< 4 >**
**4** 2:*12*
47:*21* 73:*7*
78:*2*
123:*23*
134:*19*
140:*5*
156:*1*

189:*23*
205:*19*
381:*10*
**4:34** 339:*9, 10*
**4:43** 339:*11, 13*
**40** 144:*20*
338:*25*
339:*1, 15*
**401** 3:*14*
**41** 224:*4*
225:*9* 301:*7*
**4100** 2:*21*
**42** 9:*3, 4*
338:*21*
**425** 3:*9*
**44** 356:*5*
**445** 314:*15*
**46204** 4:*21*
**47** 326:*3*
**4717** 3:*19*
**4740** 3:*3*
**48** 327:*11*
342:*11*
**49** 338:*20*
339:*19*
**4- nitrophenol**
255:*2*

**< 5 >**
**5** 98:*25*
128:*8*
133:*3*
137:*9, 14, 19*
138:*9, 12*
139:*8, 17*
143:*20*
189:*17*
190:*10, 13*
327:*2, 10*
328:*2*
335:*24*

338:*17*
353:*11*
**5:30** 380:*17, 18*
**5:43** 380:*19, 21*
**5:48** 385:*13, 14*
**50** 35:*12*
227:*11*
288:*4*
290:*3*
291:*7*
292:*25*
311:*24*
312:*4*
324:*8*
356:*9*
357:*7, 23*
**500** 5:*9*
196:*10*
215:*20*
**500- milligram**
206:*13*
**51** 250:*16, 19* 351:*15*
**512)671- 7277** 4:*5*
**535277**
122:*20*
**555** 5:*3, 19*
7:*3*
**55th** 7:*3*
**56** 260:*15, 18, 22*
268:*17*
362:*4*
**56th** 2:*6*
**57** 260:*17, 18* 270:*7, 22*
272:*23*
284:*25*

**< 6 >**
**6** 123:*18, 20*
135:*22*
137:*14, 21*
138:*9, 12*
139:*8*
307:*13*
**60** 35:*13*
92:*19*
114:*24*
**60606** 2:*21*
**62** 369:*24*
**63102** 4:*9*
**64112** 3:*4, 20*
**646)606- 2996** 4:*16*
**646)746- 2000** 6:*4*
**646)837- 5151** 3:*10*
**66** 216:*23*
372:*2, 14*
**67** 5:*8*
**6th** 2:*7*

**< 7 >**
**7** 126:*20, 21, 22* 127:*4*
139:*9, 11*
144:*12*
147:*20*
158:*9, 19*
169:*18*
**7.4** 284:*18*
**7.6-fold**
373:*12*
**70** 177:*12, 16* 295:*15*
**700** 5:*14*
**75** 29:*20, 22*
30:*3* 33:*10*

34:*17*
177:*4, 18, 23*
**75- milligram**
360:*24*
**77** 103:*9*
**78** 9:*6*
**78257** 2:*13*
**78664** 4:*4*
**79** 100:*10*
**7- hydroxycou marin** 329:*5*

**< 8 >**
**8** 1:*10* 8:*3*
15:*3* 96:*15*
184:*3*
187:*14*
260:*12*
262:*10*
265:*6*
268:*22*
270:*1* 281:*8*
**8:46** 1:*19*
15:*3, 10*
**801** 42:*19, 23* 98:*8*
**801B** 42:*19, 20, 23*
**802** 78:*10*
**803** 95:*14*
140:*12*
298:*18, 19*
**804** 382:*11*
**805** 382:*11*
**806** 382:*11*
**807** 111:*19, 20*
**809** 133:*21*
**810** 4:*15*
**812B** 197:*15*

**813** 227:*25*
228:*1*
383:*23*
**814** 251:*9*
**816)200- 2900** 3:*20*
**816)701- 1100** 3:*5*
**818)999- 2232** 6:*21*
**819** 306:*7*
**821** 347:*10, 12*
**822** 326:*15*
**839** 153:*6*
183:*24*
184:*2*
**85** 95:*13*
99:*8*
**858)720- 5100** 6:*12*
**870** 214:*19, 24*
**877.370.DEP S** 1:*24*
**8th** 15:*9*

**< 9 >**
**9** 170:*13*
173:*1, 5*
306:*24*
343:*17, 21*
344:*12*
345:*11*
346:*7, 20*
**9.5** 259:*10*
284:*19*
**90** 326:*8*
**90071** 7:*4*
**901** 5:*13*
**91367** 6:*21*
**916)520- 6639** 3:*15*

**917.591.5672**
1:*24*
**92130** 6:*11*
**94** 104:*19*
**95** 9:*9*
**95864-7273**
3:*15*
**973)775-**
**6101** 5:*10*

**< A >**
**a.m** 1:*19*
15:*3, 10*
91:*6, 7*
152:*17*
**abarlow@mo**
**fo.com** 6:*9*
**aberrant**
311:*17*
**ability**
136:*23, 25*
263:*21*
386:*9*
**able** 100:*19*
148:*1*
223:*16*
238:*14*
264:*11*
291:*18*
357:*24*
360:*9* 372:*5*
**ABNEY**
2:*11*
**abnormalitie**
**s** 160:*5*
**absence**
234:*5*
282:*2*
305:*16*
307:*8, 14, 24*
331:*6, 7*
**absent**
366:*6*

**absolutely**
90:*1* 104:*8*
147:*9*
171:*12, 21*
174:*12*
199:*22*
202:*15*
203:*7*
206:*8, 9*
215:*13*
216:*10*
218:*4*
224:*12*
225:*6*
244:*18*
283:*21*
300:*22*
310:*11*
323:*2*
325:*4*
359:*19*
364:*16*
368:*22*
373:*13*
**abstract**
52:*15*
140:*21*
154:*18*
159:*11*
163:*19*
324:*5*
**abstracts**
35:*13, 21*
**abundance**
359:*12*
**academic**
27:*20* 28:*4*
43:*14* 92:*8*
**Academy**
1:*20* 386:*2,*
*20*
**acceptable**
182:*8*

**accepted**
135:*11*
195:*9*
198:*5*
313:*3*
321:*10*
332:*3, 7*
**accepting**
202:*2*
**access** 54:*1*
**accessible**
53:*18*
**accident**
303:*22*
312:*1, 6*
**accidental**
126:*17*
**accommodat**
**e** 215:*13*
354:*7*
**accumulate**
259:*15*
**accumulated**
197:*3*
**accumulation**
227:*5, 19*
231:*22*
233:*5*
235:*12*
240:*18*
384:*9* 385:*2*
**accurate**
23:*6* 40:*15*
121:*23*
125:*19*
283:*21*
334:*14*
381:*14*
387:*19*
**accurately**
58:*13*
59:*11*
125:*13*

**accusing**
345:*23*
**ACETAMIN**
**OPHEN**
1:*1* 9:*12*
10:*5* 11:*17*
14:*2, 10*
15:*13*
19:*11, 12, 15*
20:*2, 7, 9, 19*
21:*13, 16, 17*
22:*22*
25:*25* 26:*4,*
*16* 27:*2, 23*
28:*7, 9, 11,*
*25* 29:*11, 16,*
*23* 35:*6*
43:*4* 44:*15,*
*18, 21* 45:*1,*
*11, 21* 47:*1,*
*9* 48:*7, 10*
49:*1, 5, 11*
51:*1, 25*
52:*1, 19*
63:*21, 23*
64:*11, 15, 22*
65:*1* 66:*3*
67:*2* 68:*20*
69:*5* 76:*7,*
*17* 77:*9, 13,*
*19* 82:*2, 4, 9,*
*17, 21* 86:*8,*
*15, 25* 87:*7,*
*15* 89:*9*
93:*4* 95:*19*
99:*12, 17*
103:*14, 21*
115:*4*
123:*3*
124:*4, 6, 13*
126:*24*
127:*5, 12, 17,*
*23* 128:*20*
129:*5*

130:*8, 21, 24*
131:*20, 23,*
*25* 132:*9, 15,*
*16, 17* 133:*5,*
*7, 8* 136:*19*
146:*13, 19*
147:*13*
151:*23*
152:*2*
153:*3, 10, 17*
156:*4*
159:*2*
160:*13, 24*
161:*22*
164:*1, 9, 17,*
*20, 23* 165:*8,*
*9, 23* 167:*25*
170:*16, 23*
171:*4, 15*
172:*3, 11*
174:*1*
175:*3*
176:*19, 23*
181:*5, 6, 16*
183:*5, 14, 17*
185:*24*
189:*16*
195:*23*
196:*1*
202:*6, 10, 15,*
*18, 20*
203:*20, 21,*
*24* 204:*18,*
*24* 205:*3, 24*
206:*4, 12, 25*
207:*8, 13, 17*
208:*17*
211:*23*
212:*22*
213:*2*
214:*4*
216:*12, 18*
218:*13*
219:*11, 12,*

19, 20
220:25
222:9, 14
223:2, 5
224:11, 14,
20  225:23
226:1, 6, 8,
16, 19, 23
227:4, 17
228:4, 9, 19,
20  229:4, 9
230:3, 7
231:9, 21
234:2, 14
235:10
236:17
237:13, 14,
17  240:17
241:20
243:22, 23
244:19
245:11, 20,
23  247:15,
18  248:6, 16,
20  250:12
253:17
254:1, 20
255:5, 12, 14,
25  256:4, 7,
13, 17, 21, 23
257:5, 9, 21,
24  258:3, 9,
13  259:7, 9
260:1, 5
261:2, 6, 11,
16  266:2, 10
268:5, 8
273:3, 9
276:1, 12
277:2, 12
278:7, 14, 23,
24, 25  279:4
280:20, 22,
24  281:2, 22

283:11
284:15, 17
286:10, 13,
20  288:5
290:5, 16, 22
292:9, 23
293:7
294:24
296:18
297:5
298:8, 14
300:15, 25
302:7
304:3, 5, 11,
12, 13, 20
312:13, 16,
19, 23  313:2
330:24
331:2, 8, 10,
16, 24  332:6,
15  336:10,
13  337:15
340:1, 3, 7,
21, 24
351:18
353:3
354:22
355:5, 24
356:12, 18
358:24
361:22, 23
362:2, 6, 18,
25  363:5
364:12, 17
365:15, 21,
24  368:11,
15, 24
369:20
370:11, 13,
22  371:5, 7,
10  372:5, 7
373:15
374:1, 15, 20
375:4, 7, 19

377:17
378:15, 16
379:18
380:1, 2, 5,
11  382:21
384:7, 20
385:3
**Acetaminoph
en-Induced**
9:17  10:9
11:2
100:13
104:22
105:4
133:23
134:9
**Acetaminoph
en-Protein**
9:10  29:3
45:13  67:5
95:18
99:11, 16
128:16
139:23
140:9
145:19
147:10
151:21, 25
221:7
236:1
248:14
301:1  358:3
**acetaminoph
en's** 370:1
**acetaminoph
en-treated**
352:1
**achieve**
207:24
208:1
216:7
369:1, 5

**achieved**
277:20
281:24
**achievement**
130:3
**acid** 254:11
259:9
284:19
**acknowledge**
23:25  150:9
**acknowledge
d** 212:25
213:6
**acknowledge
ment** 96:13
**ACKNOWL
EDGMENT**
8:14  389:1
**Acquires**
10:16
111:23
112:5
**action**
362:9
370:2
380:2
386:14, 16
**activates**
208:11
209:5
**Activation**
14:7  172:5,
14  180:8
**Activities**
12:15
302:24
**Activity**
13:2  206:6
256:11, 12,
15  305:1
323:23
329:1, 4, 14,
21  333:9

347:14
**acts** 371:24
**actual** 59:2
68:6  88:8
98:8
241:10
249:4
251:7
284:12
323:5
**Acute** 9:17
100:13
292:21
**Acylcarnitine
s** 10:2
103:12, 19
**add** 130:1
160:16
161:1  336:5
**ADD/ADHD**
184:8
**ADD/ADHD-
like** 168:1
**addendum**
42:20
**adding**
350:6
**addition**
35:1  51:2
130:5
132:25
133:10
151:16
157:19
186:6, 23
198:18
199:11
207:21
208:2
254:23
257:25
273:15
276:25
298:6

307:*9*
328:*17*
330:*6*
344:*24*
352:*9*
360:*17*
361:*7*
364:*10*
371:*3*
**additional**
25:*11, 18*
50:*20*  64:*5,*
*24*  88:*11, 19*
89:*18*
90:*16*
120:*2*
133:*16*
138:*10*
198:*13*
212:*14*
258:*1*
344:*17*
378:*6*
**address**
27:*1*  44:*13*
46:*25*
49:*14*
66:*22*  69:*9*
72:*12, 13, 21*
73:*19*
76:*20*  77:*1*
78:*4*  80:*10*
81:*9, 10, 15,*
*19, 24*  82:*8,*
*11, 13, 19, 24*
86:*4, 19, 21*
87:*20, 23*
88:*5, 9, 21,*
*25*  90:*14*
124:*18*
125:*1, 6*
127:*12*
128:*9*
129:*12*

139:*18*
140:*16*
142:*16*
144:*13*
145:*12*
147:*15, 16*
149:*25*
150:*3*
156:*5*
157:*4*
162:*23*
171:*13, 17*
181:*10, 13*
184:*16*
187:*8*
188:*13, 14*
194:*7, 12*
198:*4*
205:*18*
206:*1, 23*
220:*21*
221:*9*
226:*15, 23*
227:*16, 17*
233:*18*
235:*9*
246:*5, 20*
253:*16, 25*
258:*2*
260:*20*
268:*10, 24*
286:*7*
287:*13*
292:*11*
293:*24*
296:*8*
301:*18*
303:*2*
313:*5*
316:*10*
325:*23*
326:*1, 24*
327:*12*
330:*23*

331:*9*
333:*4*
337:*13, 20,*
*24*  338:*10,*
*22*  339:*19,*
*24*  340:*6*
343:*8*
351:*16, 21*
356:*3*
360:*7*
362:*5, 7, 15,*
*19*  366:*3*
367:*3*
369:*25*
372:*2, 14*
375:*9, 11, 16*
376:*8*
382:*20*
383:*6*
**addressed**
29:*10*  40:*8*
51:*7*  59:*18*
61:*24*
78:*19, 23*
80:*16*  90:*9*
93:*17*
125:*16*
127:*4*
156:*14, 19*
164:*9*
167:*8*
170:*19*
194:*13*
203:*4*
212:*8*
243:*4*
246:*21*
247:*14*
268:*17*
274:*18*
276:*1, 13*
298:*17*
316:*14*
326:*3*

327:*8*
330:*12*
346:*7*
350:*25*
364:*21*
**addresses**
107:*21*
233:*21*
**addressing**
27:*10*
52:*24*
56:*12*
62:*19*
65:*15*
75:*12*  76:*5*
78:*5*  79:*11*
83:*24*
90:*13*
99:*15*
101:*9*
126:*22*
137:*8, 20*
138:*22*
150:*13*
155:*25*
158:*19*
163:*21*
168:*14*
170:*14*
176:*23, 24*
180:*13*
207:*11*
225:*25*
226:*11*
229:*2, 6*
233:*6*
255:*10*
256:*3*
258:*5*
267:*23*
269:*24*
276:*3*
281:*14*
290:*12*

293:*21*
294:*9*
299:*2*
301:*9*
306:*21*
312:*13*
313:*18*
315:*12, 18*
339:*18*
344:*2, 3*
**Adduct**
9:*10*  95:*18*
99:*11, 16*
140:*9*
141:*5, 8*
147:*7, 21, 24*
**adducted**
144:*3*
**Adducts**
11:*5*  29:*3*
45:*13*  67:*5*
133:*25*
139:*23*
143:*19, 22,*
*24*  144:*23*
145:*19*
147:*10*
221:*7*
248:*14*
291:*24, 25*
296:*24*
299:*4*
325:*20*
**adequate**
354:*6*
**ADHD**  18:*2,*
*5*  48:*7*
77:*12*
115:*5*
160:*16*
161:*2*
167:*21*
184:*23*

**adjust** 191:*10* 374:*24*
**administer** 190:*13*

**administered** 218:*24* 229:*11* 341:*7* 372:*15*
**administerin g** 185:*25*
**administratio n** 147:*23* 181:*19* 206:*12* 228:*23* 230:*4* 247:*17* 373:*1*
**admission** 229:*14*
**Admittedly** 88:*23* 157:*7*
**adopted** 197:*25*
**adopting** 232:*6*
**Adult** 82:*1* 86:*8, 11, 15* 188:*3, 18, 24* 189:*25* 190:*24, 25* 191:*17, 19* 193:*1* 222:*14, 24* 223:*1* 224:*20* 250:*13* 260:*9* 268:*19* 281:*21* 301:*10, 12*

325:*19, 20* 339:*25* 340:*9* 342:*7* 343:*14* 344:*6* 345:*5* 348:*7, 16* 349:*4, 25* 350:*22, 23*
**adulthood** 301:*22*
**adults** 236:*17* 238:*7, 10* 325:*15* 346:*11, 23*
**advances** 110:*24*
**adverse** 49:*8, 24, 25* 149:*7* 353:*2* 362:*10*
**Advil** 380:*1*
**advised** 159:*24*
**advisement** 60:*2*
**advisor** 91:*14, 19* 92:*2* 114:*23*
**AED** 181:*25* 194:*10, 25*
**affect** 165:*9* 375:*8, 14*
**affiliations** 323:*14*
**affirming** 198:*25*
**aged** 311:*24* 312:*3*

**agent** 272:*11*
**ages** 305:*2*
**aggregator** 119:*3*
**ago** 46:*3* 120:*17* 142:*17* 144:*20* 159:*7* 167:*6* 168:*7* 187:*5* 193:*11* 259:*2* 277:*7*
**agree** 26:*20* 54:*2, 11, 12* 59:*24* 60:*4* 66:*9* 93:*21, 25* 128:*25* 164:*11, 14, 17, 23* 165:*7, 9* 200:*8* 202:*16* 206:*4* 233:*2* 235:*18* 247:*12* 266:*6* 267:*17* 272:*5, 6* 293:*18* 296:*2* 305:*9, 14* 311:*22* 312:*1* 313:*12, 20* 324:*18* 335:*12* 351:*25* 355:*1* 363:*8* 364:*2*
**agreed** 336:*22*

**agreement** 36:*6, 8, 9* 378:*21*
**agreements** 378:*19*
**Ah** 224:*3*
**ahead** 30:*13* 31:*8* 51:*13* 67:*20* 70:*18* 72:*19* 75:*20* 79:*23* 94:*19* 106:*21* 110:*12* 112:*18* 121:*5* 151:*1* 155:*19* 166:*2* 188:*21* 190:*5* 201:*1* 234:*8* 265:*20* 270:*9* 278:*4* 292:*18* 296:*21* 298:*1* 319:*23* 328:*22* 345:*18* 365:*2* 369:*4* 378:*20*
**aiding** 111:*6*
**aids** 97:*2*
**aim** 374:*3*
**Aiming** 374:*7*

**al** 9:*15, 20* 10:*7, 14* 11:*9, 13, 18, 25* 12:*5, 10, 15, 18, 25* 13:*5, 11, 17* 14:*8, 13* 95:*22* 100:*15* 103:*15* 104:*25* 134:*3* 153:*5, 12* 172:*15* 193:*7* 225:*9* 228:*5* 251:*16* 261:*19* 262:*7* 274:*9* 302:*24* 306:*10* 314:*11* 324:*1, 19* 326:*5, 21* 340:*8* 342:*10* 352:*16* 367:*4* 372:*3*
**Alabama** 37:*1, 8*
**Alcohol** 12:*17, 24* 306:*10, 22* 314:*10*
**ALEXANDR A** 6:*8*
**alkylated** 278:*17*
**Allen** 239:*25* 325:*11*
**Alliance** 6:*6*

all-important 114:*3*
allometric 191:*15, 22* 193:*10*
allow 122:*9* 198:*11* 229:*21*
allows 235:*2*
alluded 51:*24*
alluding 207:*23*
aloud 214:*25*
Alterations 81:*17* 83:*1* 86:*12*
altered 353:*16*

Alternatively 144:*4*
Alters 82:*16* 87:*14*
altogether 366:*7*
AM404 47:*6* 48:*20* 49:*7, 23* 369:*24, 25* 370:*6, 11, 13, 15, 20, 21, 22* 371:*5, 13, 18, 23* 372:*5*
AMANDA 2:*17*
amanda.hunt @kellerpost man.com 2:*18*

AMAP 132:*11, 12, 15, 20*
American 378:*4*
amino 254:*11*
Amisha 118:*12*
amount 26:*21* 40:*22* 258:*13, 24* 286:*8* 288:*25* 290:*7, 24* 293:*12* 301:*25* 302:*13* 335:*2, 17* 348:*24* 350:*21, 23* 360:*21*
amounts 222:*7* 301:*14*

amplification 321:*1*
Amy 381:*8*
analgesic 368:*11, 15, 18* 370:*4* 371:*14, 15, 18*
analysis 17:*21, 22, 24* 22:*10* 51:*6* 53:*14* 74:*14, 18* 150:*11* 154:*10* 162:*9* 168:*15*

316:*9*
348:*1, 5*
364:5, *8*
Analyzed 79:*2* 80:*20* 303:*9*
analyzing 275:*10*
ANDREA 7:*12* 118:*1*
anesthetized 341:*4*
Angeles 7:*4*
animal 66:*10* 68:*19* 69:*24* 78:*18* 89:*3, 6, 7, 8, 22* 181:*25* 183:*5* 194:*9, 15, 25* 199:*23* 201:*8* 202:*2* 203:*1* 204:*18* 264:*7* 361:*14* 373:*16, 22*
animal-mouse 65:*22*
animal-rodent 69:*4* 70:*15* 71:*11* 72:*9, 11*
animals 11:*12* 182:*8* 193:*6, 13* 197:*11* 201:*10, 19* 202:*23*

203:*14*
204:*15*
260:*3, 9*
268:*19*
325:*20*
342:*19, 23*
344:*19*
356:*19*
361:*15*
373:*21*
annual 195:*17*
Anroop 193:*20*
answer 21:*3* 22:*20* 24:*8* 31:*12, 13, 20, 23, 25* 32:*11, 21* 33:*25* 34:*1* 35:*8, 14* 38:*21* 39:*21* 42:*3* 46:*2, 14* 59:*11* 61:*2* 71:*12* 74:*9* 80:*8* 84:*16* 88:*15* 106:*5* 109:*17* 113:*2* 114:*13* 120:*2* 121:*16* 126:*18* 141:*21* 151:*8* 177:*7* 198:*14* 199:*5* 200:*13* 210:*14, 19* 211:*3, 19* 213:*15, 22*

220:*12*
247:*11, 25*
252:*6*
257:*3*
258:*21*
270:*9*
276:*14, 18*
280:*4, 6*
315:*20, 23*
318:*20, 22*
320:*4, 7*
336:*25*
376:*15*
378:*18, 22, 24*
answered 18:*20* 22:*19* 33:*1* 68:*23* 70:*20* 319:*15*
answering 20:*15* 42:*8* 55:*4* 213:*19*
answers 23:*3* 69:*16* 198:*13* 210:*7* 389:*5*
antenatal 159:*13*
anticipate 333:*4*
antioxidant 337:*9, 16*
Antonio 2:*13*
anytime 51:*15*
anyway 178:*4* 186:*4* 280:*7*
APAP 10:*19* 66:*11*

Confidential - Subject to Protective Order

69:*24*
115:*25*
129:*2*
134:*21*
135:*14, 25*
136:*8, 18, 19*
144:*18, 25*
148:*3*
154:*24*
155:*1, 14, 15*
159:*13, 14*
160:*3, 4*
169:*7*
172:*20*
174:*5*
176:*10*
179:*1, 17*
180:*7*
184:*6*
205:*5, 13*
253:*16*
291:*20*
324:*20*
357:*25*
366:*5*
**APAP-CYS**
145:*6, 12*
296:*9*
**APAP-cysteine**
141:*2, 16*
**APAP-exposed**
367:*9*
**APAP-induced**
142:*19*
180:*22*

**APAP-protein**
143:*21, 24*
**APAP-Rodent** 9:*7*
78:*13*
apologies
123:*21*
187:*13*
250:*23*
347:*23*
apologize
34:*22*
56:*19* 83:*7*
98:*15*
128:*14*
174:*22*
187:*13*
201:*2*
239:*1*
279:*25*
338:*23*
376:*21*
**Apoptosis**
9:*16* 100:*12*
apparently
104:*15*
106:*6*
166:*25*
303:*23*
348:*25*
appear
123:*20*
141:*2, 16*
212:*2*
234:*14*
308:*20*
381:*18*
appearance
143:*21, 23*

**APPEARANCES** 8:*5*
appeared
366:*6*
appears
50:*15*
123:*8, 11*
301:*24*
308:*5, 7, 8*
appended
22:*25* 81:*3*
98:*19* 101:*2*
appendices
39:*12*
115:*17*
appendix
98:*20*
application
264:*8*
applications
202:*15*
applied
43:*13*
318:*21*
applies
177:*13*
322:*25*
apply 43:*14*
163:*10*
201:*19*
applying
51:*17* 61:*7, 15*
appreciable
145:*1*
appreciate
20:*12* 25:*5*
33:*13* 84:*1*
187:*21*
188:*2*
192:*4*
199:*25*
252:*7*
284:*5*

316:*14*
320:*3*
appreciation
112:*23*
approach
45:*24*
50:*12*
51:*14, 18*
52:*4, 11*
53:*16, 21*
55:*12, 13, 16*
56:*4* 61:*20*
144:*7*
181:*19*
182:*9*
201:*8, 10*
202:*16*
343:*4*
356:*16*
358:*10*
approached
58:*18*
appropriate
20:*24*
31:*14, 15, 18*
51:*6* 81:*24*
368:*24*
369:*1, 5*
387:*6*
appropriately 118:*4*
approximate
35:*3, 5*
approximately 29:*17, 19*
30:*3, 8*
34:*16, 20, 23*
35:*2, 10*
92:*16*
114:*24*
260:*12*
268:*22*
270:*1*
281:*8*

326:*10*
327:*2, 10, 12*
350:*20*
aquinn@mofo.com 6:*10*
area 18:*10*
30:*17*
50:*25*
66:*13*
69:*22*
71:*10*
97:*11*
107:*21*
163:*6*
168:*20*
194:*14*
arguably
192:*24*
argue 182:*3*
arising
27:*23* 28:*7*
**Arkansas**
1:*18* 15:*12*
37:*3, 4, 15, 17, 20*
arrive 50:*2*
57:*20* 132:*1*
arrived
234:*4*
238:*5*
266:*19*
arriving
54:*18*
**ARS** 252:*13*
**Arthur**
306:*23*
article
11:*15* 17:*4, 9, 13* 18:*4*
103:*6*
113:*14*
154:*14*
172:*2*
180:*12*

193:*16*, *17*
195:*20*
197:*9*, *18*
264:*16*, *23*
265:*1*
273:*19*
295:*20*, *22*
299:*2*
302:*19*
304:*2*
312:*13*
313:*5*
314:*3*  337:*7*
**articles**
17:*15*
18:*10*
22:*12*, *15*
62:*19*  71:*5*
265:*17*
382:*16*

**Arylsulfatase**
11:*23*
251:*14*, *22*
**ASD**  48:*7*
77:*11*
160:*15*
169:*6*, *10*, *11*,
*21*, *22*  184:*8*
**ASD-ADHD**
1:*3*  15:*14*
**ASHLEY**
2:*18*, *19*  6:*9*
**ashley.barrie**
**re@kellerpos**
**tman.com**
*2:20*
**ashley.keller**
**@kellerpost**
**man.com**
*2:19*
**aside**  17:*3*,
*9*  18:*3*

22:*8*  25:*20*
207:*5*
**ASK1**
208:*12*, *24*
209:*2*
**asked**  18:*19*
19:*23*  21:*1*
24:*12*  26:*7*
30:*19*
33:*25*  41:*7*
44:*13*
46:*16*, *25*
49:*14*
58:*15*
60:*17*  69:*9*
72:*12*, *13*, *21*
73:*18*
76:*11*, *19*, *25*
78:*4*  86:*4*,
*19*, *21*  87:*20*,
*23*  88:*5*, *9*,
*21*, *25*  90:*7*,
*14*  110:*11*
119:*20*
121:*17*
124:*17*
125:*1*, *6*
138:*18*
141:*6*
149:*25*
150:*3*
162:*22*
205:*18*
210:*7*
211:*1*, *20*
220:*8*, *21*
221:*9*
246:*5*, *20*
247:*10*
267:*4*
293:*24*
315:*17*
317:*21*
319:*14*

336:*21*
370:*19*
371:*17*
382:*11*
383:*22*
384:*3*
**asking**  20:*2*,
*14*, *17*  21:*9*,
*24*  22:*2*
26:*6*  31:*3*
40:*5*, *7*
51:*10*
67:*22*
68:*18*  70:*7*,
*8*  71:*17*, *21*
75:*11*  77:*3*
83:*19*
84:*15*  85:*1*
86:*11*
89:*20*
116:*22*
120:*7*, *9*, *12*,
*19*, *21*, *24*
131:*16*
138:*1*, *8*, *23*
150:*12*
161:*7*
183:*2*
194:*20*
217:*24*
218:*19*
223:*6*
234:*1*
235:*13*, *17*
239:*11*
273:*16*
283:*12*
289:*14*
291:*5*
315:*24*
324:*25*
333:*7*  358:*3*
**asks**  315:*23*

**aspect**
253:*15*, *24*
**aspects**
131:*19*
157:*20*
**aspirin-free**
112:*10*
**assay**
314:*18*
321:*18*
347:*21*, *25*
358:*14*, *22*
359:*3*
**assess**  30:*16*
65:*25*
157:*6*
322:*11*
367:*14*
**assessed**
66:*16*
**assessing**
74:*23*
75:*14*, *21*
76:*2*
245:*12*
346:*22*
**assessment**
343:*25*
**assignment**
20:*20*  22:*1*
61:*9*, *17*
**associated**
14:*5*  29:*24*
76:*6*  95:*5*
135:*13*
172:*4*, *13*
176:*17*, *21*
184:*8*
205:*5*, *14*
**association**
167:*25*
205:*11*
378:*5*

**associations**
205:*9*
**assuage**
151:*18*
**assume**
259:*17*
295:*9*
325:*10*
345:*21*
**assumed**
236:*22*
347:*6*
**assuming**
57:*12*
375:*24*
376:*10*
**assumption**
234:*17*
**asynchronou**
**s**  38:*22*
**Atillasoy**
116:*15*
117:*2*, *8*, *13*,
*21*
**Atlas**  301:*10*
**attached**
39:*13*
123:*9*
387:*12*
389:*7*
**attachment**
122:*3*  123:*9*
**attachments**
121:*10*, *21*
122:*18*
**attained**
229:*8*
**attempted**
147:*11*
**attention**
314:*15*
**attenuated**
106:*15*

attorney
24:2, 3
310:22
386:13, 15
387:16
attorneys
41:16
AUC
230:11, 12
273:6
audience
212:25
auditory
28:13
Author
78:25
86:18
94:14
250:22
291:9
306:22
307:4
authoring
71:5
Authority
378:8
authors
85:16
105:21
194:12
199:15
231:25
232:12
233:14, 21
234:4, 9
235:5, 9
236:23
237:3, 8, 25
238:13
241:6, 10
248:23
312:2
313:13, 25
314:17

316:17
321:2
324:6
326:25
347:7
349:15
350:11
352:4, 7
359:25
360:6
361:6
372:15
autism 17:5,
11 77:12
157:17
184:24
autopsy
311:24
312:4
available
54:1, 3
72:9, 10
75:9 161:3,
15, 24 197:2
212:2
222:6
223:3
234:12
243:12
358:18
Avenue 3:3,
9, 14, 19
4:15 5:13
6:3, 15
average
177:11
330:17
343:10
351:8
averages
343:9
avoid 57:8
60:12 66:1,
7

aware
36:13, 16
43:18 56:6,
21 113:2, 22,
23 114:18
129:25
146:23
147:6
166:23, 24
182:18
188:6
206:10, 15
225:11
278:5, 13
297:2
323:9
330:2
370:23
AYACHI
2:3

< B >
babies
148:20
150:16
160:25
186:15
201:13, 17
343:11
344:9
346:11, 24
baby 149:2
150:24
189:19
192:8, 20
239:13, 14,
16 241:21
288:19
back 52:4,
5 55:17
91:9
101:11
107:11
152:20

170:11
182:8
184:2
187:4
202:22
203:9
204:15, 17,
21 215:18
218:10
221:23
240:13
245:1
247:10
285:18
305:5
306:4
318:12
327:22
338:25
339:13
364:19
370:16
380:21
background
30:10
87:24
88:12
131:16
155:23
backwards
202:22
203:13
bad 60:8,
18 73:14
74:2, 13
207:9
262:22
279:1
Baker
82:24 83:6,
9 367:4
369:12
balance
162:3

ballpark
92:19
Bamidele
117:23
ban 379:16
band
349:10, 20
350:12
Bank
332:23
333:8 334:9
Bao 304:24
BARLOW
3:13 6:8
BARNES
4:17 5:2, 7,
18 6:2
barrier
12:3
226:17
258:6, 10
259:13
260:4, 11, 24
261:12, 13
262:6, 15
263:2, 3, 10,
12, 14, 19, 24
264:6, 24
265:3, 9, 11,
16 266:3, 7,
11 267:12,
19, 24 268:1,
8, 12, 20
269:24
272:25
273:4
274:20
275:11
277:3
279:5, 14, 19
280:12
281:3, 6, 23
282:1, 6

Confidential - Subject to Protective Order

284:*8, 16, 22*
285:*6*
**BARRIERE**
2:*19*
**barriers**
12:7 271:*9*
274:*7, 13*
276:*4*
**base** 84:*8*
190:*16*
**Based**
43:*21, 24*
44:*12* 45:*8*
66:*17*
67:*23* 75:7
80:*10* 84:*2*
94:*8*
102:*17*
105:*24*
123:*11*
138:*24*
179:*23*
194:*14*
199:*14, 15*
203:*23*
238:*5*
254:*11*
268:*1*
282:*15*
283:*18*
295:*7*
334:*14*
338:*18*
344:*15*
**Basic**
193:*18*
**basically**
47:6 63:*8*
77:*17* 95:5
113:*5*
208:*3*
209:*9*
356:*20*

**basis** 247:7
296:*19*
**Beck** 80:*1,*
*2, 24* 81:9
84:*11, 20, 21*
366:*4*
**becoming**
265:*12*
**beginning**
55:*18* 61:*3*
137:*8*
138:*13*
247:*21*
339:*20*
384:*5*
**begins**
47:*25*
142:*19*
**behalf**
23:*18* 36:*11*
**Behavior**
82:*23*
168:*1* 230:*8*
**behavioral**
76:*12, 16*
82:6, *16*
87:*2, 14*
124:*19*
125:*3, 8*
353:*15*
**behaviors**
184:*8*
**behaviour**
13:*15*
352:*14*
354:*2*
**beings** 200:*1*
**believe** 18:*9*
19:7 58:*24*
68:22 95:5
97:*14* 99:7
107:*23*
110:*14*
123:*1*

134:*17*
135:*18*
140:7, *12*
145:*21*
148:*19*
163:*18*
168:*3*
171:*10*
182:*2, 4*
206:*16*
222:*25*
239:*4, 10*
240:9
256:6
259:*14*
261:*22*
287:*15*
291:*10*
297:*4, 13*
304:*16*
322:7
325:*18*
332:*12, 14*
334:*10*
338:*13*
355:*8*
356:*24*
368:*10, 23*
374:*3, 13, 18,*
*23* 377:*4*
383:*12, 19*
384:*25*
**believed**
142:*25*
144:*13*
**believes**
73:*12*
**Bell** 12:*9*
274:9
281:*12*
**Bell/O'Shaug**
**hnessy**
270:7

**benefit**
111:*5, 13*
161:*20, 21*
162:2
**benefited**
111:*15*
**Bergstrom**
378:7
**best** 125:*19*
130:*22*
170:6
201:*20*
358:*18*
386:9
**bet** 305:*13*
**better**
66:*22*
162:5
237:*16*
373:*19*
**beyond**
192:*13*
257:5
**Bhamre**
12:*15*
302:*19, 24*
303:*2, 3*
309:*13*
**biases** 170:*4*
**Bien** 358:*12,*
*13*
**Big** 7:5
229:*19*
307:5
**bigger**
243:*19*
**billings**
381:9, *12*
**binary**
318:*17*
**bind** 128:*21*
132:*2*
142:*22*
144:5

**binding**
128:*17*
132:*24*
133:6
135:*23, 24*
136:5, *7, 14,*
*16* 141:*13,*
*15, 18, 23*
143:*2, 11, 14,*
*16, 25*
144:*18*
145:*24*
146:*1, 3, 24*
147:7
148:*2, 6*
149:*17*
150:*22*
151:*21, 25*
152:*3*
236:*1*
291:*19*
292:*11*
293:*13, 22*
295:*23*
296:9, *12, 14*
298:*19*
299:*1*
301:*2*
356:*17*
**binds**
132:*12, 17,*
*18, 20* 135:*8*
208:*18*
209:*8*
**Biochemical**
81:*17*
**biological**
47:*8* 49:*9*
124:*3*
166:*9*
271:*18, 23*
272:*6*
286:*16*
289:*22*

290:*15, 20*
370:*10*
**biologically**
124:*7, 15*
225:*4*
271:*21, 24*
332:*15*
343:*1*
**biology**
313:*22*
**Biomarkers**
9:*19*  10:*3*
14:*17*
100:*15*
103:*12, 20*
131:*21*
214:*22*
**bioplastic**
328:*11*
**bios**  19:*3*
**biostatisticia
n**  344:*25*
**biostatisticia
ns**  345:*1*
**biotransform
ed**  324:*21*
**birth**  77:*10*
159:*25*
228:*20*
343:*7*
345:*8*  352:*2*
**bisphenol**
275:*1, 18*
276:*19*
278:*5*
281:*13*
283:*9*
**bisphenols**
275:*8*
278:*10*
**bit**  26:*12*
38:*20*  51:*3*
93:*7*
110:*12*

147:*1*
151:*11*
152:*23*
165:*1*
174:*23*
199:*10*
212:*9*
228:*25*
280:*20*
328:*20*
348:*22*
349:*1*  350:*8*
**Björkman**
260:*23*
**black**
172:*19*
238:*2*
**Blecharz-
Klin**  81:*11,
16, 20*  84:*24*
85:*6, 7, 20*
**block**
133:*11*
**blood**  202:*8*
226:*24*
227:*2*
234:*23*
235:*3*
259:*5*  372:*8*
**blood-brain**
12:*2*  258:*6,
10*  259:*13*
260:*4, 10, 24*
261:*11, 13*
262:*5*
263:*2, 10, 11,
14, 24*  264:*5,
24*  265:*3, 9,
11, 16*  266:*2,
7, 11*  267:*11,
19, 24*  268:*1,
7, 12, 20*
269:*24*
272:*24*

273:*4*
274:*19*
275:*11*
276:*3*
277:*2*
279:*4, 14, 19*
280:*12*
281:*3, 6, 22*
282:*1, 5*
284:*8, 15, 22*
285:*5*
**blood-
placenta**
226:*17*
**blot**  315:*15*
347:*18, 21*
**blotting**
315:*11*
**blow**
262:*11*
333:*25*
**Bluff**  6:*10*
**board**
186:*19*
318:*23*
**body**  76:*4*
115:*16*
119:*9*
138:*3*
164:*8*
177:*11*
191:*3, 5*
194:*14*
225:*3, 12*
237:*21*
242:*17*
272:*1, 10*
278:*2*
311:*6*
336:*8*
359:*15*
370:*3*
**bold**  172:*19*
229:*19*

**BONESTEE
L**  7:*2*
**book**  35:*11,
21*  311:*20,
21*
**Boolean**
51:*22*  63:*22*
**Boots**  6:*6*
**BOSSO**
6:*14*
**botanical**
64:*2*
**bottom**
105:*10, 14*
107:*10*
108:*8*
109:*19*
112:*7, 8*
136:*4*
137:*21*
167:*17*
172:*19*
187:*16*
307:*4*
314:*16*
316:*1*
349:*19*
**bound**
132:*15*
356:*22*
**Boutelet-
Bochan**
12:*25*
313:*6, 7*
314:*11*
323:*10*
**boy**  92:*17*
**Bradford**
168:*13, 19*
**Brain**  11:*24*
12:*4, 7, 13*
13:*5, 8, 15*
19:*9, 13, 14*
20:*2, 3, 5, 10,*

18, 22*  21:*9,
14*  22:*3, 7,
13, 16, 17, 23*
44:*17, 20*
45:*2, 11, 13,
20*  47:*2, 3, 6*
48:*11, 16, 18,
19, 24*  49:*4,
8, 21, 22, 23*
51:*25*  52:*1,
22*  53:*1*
63:*21, 23*
64:*7, 10, 19*
67:*24*  68:*1*
82:*10*  87:*8*
89:*11*
124:*25*
127:*25*
128:*4, 5*
131:*5, 7*
136:*24*
137:*3, 5, 10*
145:*21*
146:*7*
147:*8, 11, 15,
16*  151:*22,
25*  152:*5*
188:*5*
205:*1, 2*
219:*13, 21*
221:*1, 5, 8*
222:*19, 23,
24*  225:*13*
235:*24*
236:*1, 2, 5, 6,
8, 14*  239:*12,
13, 14, 16, 21,
25*  240:*4, 12*
243:*9, 10, 11*
245:*6*
248:*12, 15,
17, 18*
251:*15, 23*
252:*15*

Confidential - Subject to Protective Order

258:*14*, *19*
259:*15*, *16*, *18*  260:*2*, *5*, *7*, *16*, *25*
262:*7*, *19*, *21*
263:*4*
264:*1*
267:*10*
268:*25*
270:*6*
271:*8*
272:*24*
273:*23*
274:*7*, *13*
277:*13*, *25*
278:*24*
279:*8*
280:*12*
281:*10*
283:*8*
286:*22*, *24*
287:*1*, *22*, *24*
288:*22*
289:*16*
290:*14*, *25*
292:*12*
293:*13*, *19*, *22*  295:*3*
299:*8*, *13*, *14*, *25*  300:*2*, *9*, *10*, *18*, *19*, *23*
301:*11*, *13*, *21*  302:*23*
303:*6*, *9*, *18*, *23*  304:*7*, *9*
305:*1*, *10*
309:*15*, *16*
311:*23*
312:*3*, *6*, *18*
313:*9*, *15*
315:*7*
316:*25*
317:*6*
318:*6*

323:*25*
324:*7*, *13*, *21*, *23*  325:*6*, *9*, *10*, *12*, *16*, *19*, *21*, *25*  326:*6*, *8*, *18*  327:*1*, *9*, *13*, *19*
328:*1*
329:*22*, *25*
330:*16*, *19*
331:*4*, *20*
332:*23*, *24*
333:*8*
334:*9*, *10*, *18*, *24*  335:*1*, *9*, *23*, *25*
337:*24*
338:*5*, *10*, *15*
339:*2*, *19*
340:*5*
341:*2*, *9*, *16*
342:*1*, *7*, *14*
345:*5*
347:*15*, *19*
348:*7*, *16*, *19*, *23*  349:*1*, *6*
350:*5*, *22*
351:*8*, *10*, *19*
352:*5*, *14*
353:*15*
354:*7*, *21*, *25*
355:*3*, *14*, *17*, *21*  356:*3*
357:*25*
360:*3*
362:*17*
363:*1*, *10*
365:*24*
367:*8*
369:*9*, *20*
372:*6*
374:*6*, *13*, *14*, *19*, *24*, *25*
375:*3*, *5*

377:*8*, *13*, *21*, *23*  378:*15*
379:*24*
**brains**
201:*17*
259:*12*
289:*11*
308:*3*
314:*1*
315:*6*
316:*7*, *19*, *20*
317:*22*
319:*18*
343:*5*, *14*
344:*7*, *10*
345:*6*
**brain's**
335:*12*
336:*22*
354:*2*
**breach**
262:*17*
**break**  32:*18*, *24*  33:*4*, *5*, *7*
90:*19*, *22*
91:*3*  151:*5*
152:*12*
215:*9*
221:*14*
280:*2*
285:*10*
305:*22*
306:*16*
333:*3*, *15*
339:*4*
346:*19*
380:*13*
**breaking**
215:*15*
**breath**
210:*25*
**BRENNAN**
5:*7*

**briefing**
23:*1*
**briefly**
92:*10*
123:*15*
222:*17*
384:*23*
**bright**  218:*7*
**broad**  20:*6*
21:*11*
57:*24*
161:*16*
182:*25*
183:*8*, *9*
219:*14*
293:*20*
370:*19*
**broader**
256:*23*
257:*1*
**broadly**
195:*9*
**Broadway**
4:*8*
**broke**
152:*23*
**BROWN**
7:*2*
**Brzezinski**
13:*5*
323:*11*, *18*, *25*  324:*4*, *18*
347:*13*
355:*2*, *9*, *13*, *18*
**BSO**  341:*23*
**BSO-depleted**
342:*8*
**Building**
2:*13*
**bullet**
139:*18*

**bulleted**
139:*12*
**bunch**  98:*7*
**BURKE**
5:*12*
**business**
112:*7*, *9*
**busy**  162:*25*
**buthionine**
341:*20*
342:*12*
**BUTLER**
4:*10*  36:*9*, *24*  381:*8*

**< C >**
**C57BL/6J**
82:*23*
**Cabrera**
181:*13*
182:*5*
**calculation**
177:*14*
194:*8*, *10*, *16*
309:*18*
351:*5*
**California**
3:*15*  6:*11*, *21*  7:*4*
**call**  26:*2*
31:*22*
32:*10*
52:*12*  91:*1*
101:*14*
143:*8*
209:*14*
**called**  44:*23*
102:*23*
118:*4*
132:*10*
163:*16*
172:*2*
201:*21*
208:*24*, *25*

209:*5, 9, 10*
271:*7*
358:*19*
379:*6*
**calling**
104:*10*
**callout**
101:*15*
**camera**
246:*16*

**CAMPBELL**
3:*18*
**cannulae**
341:*5, 8*
**capabilities**
244:*10*
**capable**
34:*5, 9*
257:*21*
**capacity**
109:*10*
110:*3*
252:*19*
335:*13*
336:*23*
337:*9, 16, 25*
338:*2, 9, 11, 14*
**care** 162:*25*
168:*23*
**career**
27:*20* 28:*4*
35:*25* 41:*2*
43:*14* 92:*8*
102:*18*
110:*12*
127:*2* 130:*3*
**careful**
157:*21*
273:*13*
277:*8* 338:*3*

**carefully**
167:*12*
387:*4*
**CARLSON**
4:*2*
**carry**
158:*16*

**CARTMELL**
3:*2*
**Case** 1:*3*
23:*18*
25:*21, 24*
26:*15* 36:*5,
22* 40:*3, 24*
41:*3* 44:*10*
45:*18*
46:*15, 23*
58:*6* 61:*17*
63:*11*
65:*13, 15*
66:*25*
76:*23* 77:*1,
5, 7, 20, 24*
88:*12* 90:*6,
7* 92:*22*
93:*20*
102:*14*
114:*3*
149:*12*
150:*12*
162:*23*
176:*19*
178:8
179:*16*
186:*25*
190:*2*
201:*14*
202:*6*
203:*19*
204:*18*
220:*17*
227:*10*
231:5

243:*15*
245:9
258:8
264:*16*
265:*19, 21*
297:*17, 21*
302:*3, 4*
305:*17*
321:*2, 7*
322:*18*
339:*16*
340:9
341:*21*
342:*22*
354:*5, 11*
375:*24*
**Cases** 1:*5*
50:*1* 64:*24*
203:*15*
297:*21*
**Catalytic**
12:*14* 13:*2*
302:*23*
323:*23*
329:*1, 4*
347:*13*
**catalyze**
250:*12*
**catalyzed**
329:*14*
**catecholamin
e-
metabolizing**
252:*23*
**catecholamin
es** 251:*4*
252:*11*
254:*17*
**categorically**
361:*4*
**category**
108:*15, 18*
**CATHERIN
E** 2:*4*

**catherine.hea
cox@lanierla
wfirm.com**
2:*5*
**causal** 93:*5*
272:*8, 12*
**causation**
73:*9, 18, 20*
124:*4*
150:*5*
205:*12*
**cause** 31:*24*
48:*25*
89:*10*
127:*13*
128:*22*
132:*3, 10, 13*
152:*5*
175:*3*
176:*11*
179:*1, 23*
204:*24*
216:*18*
218:*13*
221:*7*
266:*7, 11*
286:*15*
288:*24*
290:*6, 23*
292:*1*
293:*2*
294:*18*
296:*25*
302:*16*
325:*7*
377:*19*
**caused**
142:*13*
161:*2*
362:*25*
**causes** 29:*1*
81:*17*
143:*4*
164:*15, 20*

176:*5*
209:9
286:*20*
287:*21*
290:*16*
295:*24*
**causing**
208:*12*
**cautious**
40:*11*
102:*19*
**caveat**
72:*20*
127:*7*
129:*7*
135:*20*
**Cc** 119:*7*
**CDT** 1:*19*
15:*3* 91:*7*
152:*18*
221:*21*
285:*16*
306:*2*
339:*11*
380:*19*
385:*14*
**Cederbaum**
306:*23*
**cell** 89:*25*
128:*5*
143:*6*
178:*6*
296:*1*
310:*1, 6, 8*
311:*10, 12,
15* 364:*2, 10,
15*
**cells** 137:*10*
144:*24*
154:*24*
155:*1, 15*
178:*7, 9, 15*
307:*12*
308:*9, 10, 11,*

21, 23 309:3,
4, 8, 20
310:2, 4, 13,
15 311:16,
17, 19
**Center** 1:18
16:13 229:3
**central**
263:14
313:22
370:7
371:19, 25
**century**
357:19
**Cephalic**
12:22
314:9, 20
**cerebellum**
301:14
329:4, 7
**Cerebral**
81:20
85:18, 23
86:2
**certain** 42:8
50:7 65:14
126:25
186:5
195:15
268:3
309:22
**certainly**
65:5 189:3
288:14, 16
290:9
294:17
302:15
309:11
336:10
358:23, 25
377:22
383:20

**CERTIFICA
TE** 8:12
386:1
**certification**
253:4, 13
**Certified**
1:20, 21
8:20 386:3,
21
**certify**
386:4, 7, 9,
13 389:4
**cesarean**
228:18
229:15
230:19
234:3
**chain**
313:14
320:23
321:3, 8
**challenge**
267:8
**challenged**
144:22
**challenges**
61:7, 15
**chance**
167:19
275:7
315:22
**change**
209:9
325:13
382:1 388:2
**changes**
39:18 82:7
87:3 98:9
267:11
387:11
389:6
**channel**
170:6

channeling
158:6
**chapters**
35:2, 11, 22
**characteristi
c** 329:2
**characteristi
cs** 278:20
**characterize**
74:19
191:25
207:9 371:4
**characterizin
g** 357:10
**Chart** 9:6
78:12, 17
83:24
**Check**
84:10
137:25
**chemical**
12:9 80:4
149:7
271:10
274:8, 14
278:8, 11
284:12
**chemicals**
257:7
275:8
278:18
279:20
**cherry-pick**
60:9, 18, 23
73:25
**Cherry-
picking**
74:2, 12
**Chicago**
2:21
**child**
151:19
236:20
363:25

children
77:10, 18
169:11
**Children's**
13:21
189:12
**choice** 211:8
**cholesterol**
328:10
**choose**
185:23
**choosing**
186:1
**chromatogra
phy** 341:10
356:8
357:5, 6, 9,
12, 13, 14, 17,
22
**chronic**
181:4
292:9
351:17
**circle**
240:13
**Circulating**
10:2
103:11, 19
145:19
**circulation**
262:18
263:23
**Citation**
11:14
95:13 99:6,
8 100:9, 10
103:8
104:19
197:17
198:6, 16, 22
261:15
270:21
**citations**
129:24

195:15
196:8, 22
197:4, 21, 23
198:17, 20
199:14
282:9, 12
**cite** 50:17
86:16
125:21
130:4, 12
134:7
145:2
157:22
199:20
227:10
241:2
247:6
270:6
291:2
294:2
304:5
312:15
330:7
356:4
358:13
363:3
**cited** 50:22
87:11
115:13, 15
125:16
129:22
130:7
140:4
158:3
168:22
195:10, 13,
19 197:6, 9
219:17
223:10, 15
224:9
228:14
230:25
231:2, 3, 7
240:2

244:*25*
245:*2, 4*
250:*16*
255:*23*
258:*18*
260:*21*
264:*21, 22*
268:*2*
272:*22*
273:*11, 16,
19* 277:*4*
280:*14*
281:*10*
282:*19*
283:*19*
285:*8*
290:*4*
294:*4*
297:*10*
300:*8*
304:*6*
312:*17*
326:*2*
330:*12*
351:*2*
382:*19*
384:*5*
**cites** 126:*11*
276:*24*
**citing**
127:*21*
129:*16*
135:*8*
139:*2*
145:*7*
198:*24*
242:*24*
245:*10*
261:*9, 12*
265:*17*
283:*8*
284:*25*
296:*11*
330:*25*

331:*2, 12, 14,
18* 337:*7*
340:*2, 4, 23,
24* 345:*4*
**City** 3:*4, 20*
**c-Jun** 14:*6*
172:*5, 14*
208:*11*
209:*5*
**claim** 65:*24,
25* 218:*21*
299:*6, 12*
303:*3*
330:*11*
353:*1*
359:*25*
**claimed**
61:*8, 16*
367:*22*
**claiming**
77:*8, 16, 17*
161:*1*
279:*15*
**claims**
27:*15, 17*
73:*1, 6*
75:6 77:*24*
156:*3, 6, 10,
14* 157:*12,
23* 159:*12*
221:*11*
362:*8*
**clarification**
100:*21*
**clarify** 45:*4*
89:5 303:*11*
**clarity**
91:*15*
153:*24*
157:*13*
202:*25*
**classes**
25:*11* 38:*21*

**classroom**
37:*25*
**clean**
247:*11, 24*
346:*15*
**clear** 54:*21*
69:*14, 15*
106:*10*
124:*17*
148:*5*
155:*3*
161:*21*
162:*2*
178:*17*
183:*21*
201:*7, 9, 12*
203:*11*
215:*25*
246:*10*
282:*25*
283:*4, 7*
304:*19*
331:*22*
332:*19*
333:*12*
334:*11*
341:*22*
349:9 358:*6*
**clearly**
237:*15*
239:*23*
266:*23*
298:*13*
**Clinical**
9:*14* 38:*15*
73:*22*
95:*21*
150:*1*
153:*16*
183:*16*
185:*16*
193:*18*
195:*21*
226:*4*

267:*8, 14*
302:*1*
377:*16*
**clinically**
163:*24*
286:*15*
288:*5*
294:*14*
298:*12*
302:*11*
335:*6*
**clinician**
203:*25*
**clip** 214:*18*
**close** 254:*9*
**closely**
230:*8*
**closing**
274:*20*
**clue** 132:*23*
**CNS** 370:*3*
**coach**
217:*18*
**coached**
218:*1*
**Co-
administratio
n** 82:*4*
86:*25*
**coauthor**
96:*1* 97:*2*
99:*23*
102:*3*
103:*22*
110:*21*
114:*24*
**coauthors**
97:*22*
106:*19*
112:*22*
382:*14*
**cochlea**
28:*12, 15*
29:*8*

127:*18, 24*
128:*3*
137:*18*
138:*15*
**COHEN**
4:*13* 8:*10*
17:7 18:*19*
19:*22* 20:*4,
23* 21:*10, 22*
22:4 23:*8,
15, 24* 24:*6,
15, 19, 23*
25:2 26:*9*
27:*6, 13*
29:*25*
30:*11, 20*
31:7 32:*2,
5, 16* 33:*1, 6,
11, 16, 22*
34:*2, 5, 7, 9,
12* 41:*19, 23*
46:6 47:*18*
51:*12*
53:*15* 54:*6*
56:*10* 57:*6*
58:*7, 21*
59:*5, 20*
60:*1, 10, 20*
61:*10, 18*
66:5 67:*14,
17* 68:*13, 21*
69:*7, 18*
70:*1, 17*
71:*24*
72:*15, 19*
73:*16* 74:*4,
17* 75:*2, 17,
20* 76:*10, 18,
24* 77:*23*
79:*7, 13*
80:6 83:*12,
14, 20* 84:*4,
16* 88:*14*
89:*4, 14*

Confidential - Subject to Protective Order

90:*11, 18, 23*
91:*2* 92:*23*
93:*24*
94:*18* 96:*9,
14* 97:*4*
98:*15*
99:*20, 24*
100:*20*
101:*4*
102:*7, 12*
104:*6*
105:*23*
106:*4, 20*
111:*1, 7*
112:*15, 25*
113:*15*
114:*11*
115:*7, 19*
116:*16*
117:*3, 14*
118:*6, 23*
119:*4, 15, 19,
25* 120:*22*
121:*3, 12, 23*
122:*8, 15*
124:*8, 16*
125:*24*
126:*9, 13*
129:*3*
131:*14*
137:*24*
138:*16, 23*
148:*23*
149:*4, 20*
150:*25*
152:*10, 14*
155:*17*
160:*18*
161:*4*
164:*13, 19,
25* 165:*11,
25* 166:*2*
169:*19*
174:*13*

175:*23*
179:*10, 20*
182:*21, 24*
183:*13, 24*
185:*2, 11, 18*
186:*16, 20*
188:*19*
190:*4*
191:*20*
193:*24*
194:*2*
196:*17, 24*
197:*12*
198:*1*
199:*4, 7*
200:*3, 7, 17,
20* 201:*15,
24* 204:*5*
205:*16*
209:*17, 20,
22* 210:*2, 11,
21* 211:*1, 14*
213:*8, 14*
215:*7, 14*
216:*25*
217:*4, 13, 22*
218:*3, 17*
220:*2, 5, 10*
221:*13, 17*
233:*9, 12, 23*
234:*7*
235:*19*
236:*24*
238:*24*
241:*4, 13*
242:*25*
244:*12, 21*
245:*3, 17*
246:*3, 9, 18*
247:*2, 19, 23*
249:*6*
250:*1*
257:*11*
261:*8, 21*

262:*23*
265:*22*
266:*9, 21*
267:*3*
269:*7, 10, 14,
20* 270:*3, 8,
13, 16*
275:*12, 19*
276:*5*
279:*2, 9*
280:*1, 5*
282:*17*
283:*1, 15, 25*
284:*3*
285:*9, 12*
287:*6*
291:*14*
292:*17*
296:*3, 20*
297:*24*
299:*17, 21*
300:*6*
308:*15, 18*
310:*18, 24*
319:*21*
322:*21*
323:*3*
324:*24*
331:*25*
345:*12, 15,
23* 346:*13,
25* 352:*23*
354:*9*
363:*14, 22*
364:*6*
365:*1, 16*
366:*9*
367:*11*
368:*3*
369:*3, 17*
370:*18*
376:*3, 14, 23*
378:*18*
380:*14*

381:*7*
382:*1, 8*
383:*5* 385:*6*
**Colditz**
260:*23*
**colleague**
153:*1*
**collected**
53:*6* 58:*1*
**collectively**
160:*12*
180:*11*
**colloquy**
69:*19*
121:*4*
188:*20*
247:*20*
**colon**
109:*20*
**colorimetric**
358:*13*
359:*3, 18*
**Column**
79:*1, 2, 3, 4*
159:*22*
167:*17*
254:*8*
**combination**
142:*12*
**come** 36:*21*
54:*25* 57:*4*
145:*20*
166:*17*
293:*23*
298:*8*
318:*12*
327:*21*
**comes** 40:*7*
54:*21, 22*
55:*1*
145:*21*
152:*1*
170:*7*
258:*25*

309:*17*
351:*9*
**comfortable**
42:*7*
242:*23*
249:*24*
250:*2*
274:*23*
379:*22*
**coming**
146:*11*
245:*1*
247:*10*
**comma**
260:*14*
269:*23*
**commenceme
nt** 386:*4*
**commencing**
1:*19*
**comment**
21:*18, 25*
26:*5, 7*
137:*3, 5*
164:*4*
186:*8, 22*
189:*4*
192:*12*
205:*8, 18*
211:*15*
231:*13*
233:*13, 17*
234:*9*
238:*11*
239:*8*
240:*24*
241:*5, 16*
242:*13*
244:*6, 15, 23*
248:*22*
249:*21*
267:*21*
334:*5, 7*
352:*9*

363:*16*
364:*9*
368:*16*
371:*17*
378:*13, 25*
**commented**
120:*8* 121:*6*
**commenting**
121:*7*
**Comments**
37:*10*
119:*11, 24*
120:*25*
123:*7*
157:*25*
211:*16*
265:*1*
355:*7* 382:*3*
**commission**
389:*17*
**commit**
186:*19*
**common**
52:*13*
55:*12* 56:*4*
66:*14, 17*
71:*2* 72:*6*
199:*13*
263:*11*
364:*8*
**communicati**
**ng** 114:*25*
**community**
195:*10*
**companies**
106:*14*
115:*3*
116:*9*
119:*13*
**company**
96:*25*
112:*4*
379:*10*

**comparable**
230:*3*
250:*13*
286:*25*
287:*25*
288:*21*
289:*11, 16*
290:*14*
**comparably**
180:*7*
**compare**
132:*14*
143:*11*
318:*11, 14*
320:*14*
349:*7*
**compared**
29:*8* 133:*7*
240:*5*
298:*24*
301:*22*
329:*19*
330:*16*
335:*14*
336:*23*
351:*10*
371:*6*
**comparing**
139:*21*
344:*5, 22*
351:*7*
**Comparison**
11:*4* 64:*20*
128:*16*
133:*25*
317:*13, 17*
318:*15*
322:*16*
334:*16, 20*
**comparisons**
321:*16*

**compartment**
277:*13*

**complaint**
352:*25*
**complete**
39:*16, 21*
111:*12*
148:*13*
163:*3*
211:*3*
360:*25*
**completely**
149:*19*
244:*9*
317:*11*
318:*22*
**complex**
263:*12*
**complicated**
335:*16*
**component**
18:*15*
110:*9*
281:*11*
**comprehensi**
**ve** 88:*2, 18*
**comprises**
254:*15*
346:*8*
**concentratio**
**n** 147:*24*
171:*4*
174:*1*
203:*18*
204:*11*
216:*6*
223:*19*
230:*10*
235:*3*
239:*21, 22*
259:*18*
281:*24*
287:*2*
292:*25*
293:*2*
300:*11*

340:*6*
343:*13*
345:*6, 9*
374:*2* 385:*3*
**concentratio**
**n-dependent**
216:*19*
218:*14*
**concentratio**
**ns** 170:*17,*
*18, 22*
181:*15*
202:*8, 13*
204:*13*
216:*2, 14, 20,*
*22* 218:*15*
219:*2*
225:*2, 3, 16*
226:*24*
227:*2*
234:*14, 23*
236:*17, 19*
243:*14*
248:*4, 6*
259:*4, 7*
260:*1, 6*
277:*20, 22,*
*23* 280:*21,*
*23* 293:*9*
300:*14*
336:*6, 9, 11,*
*15* 338:*4, 7,*
*15* 341:*1*
343:*5*
344:*8*
359:*14*
361:*21, 24*
363:*5*
364:*14*
366:*24*
367:*1*
372:*8, 9*
373:*7, 10, 12*
374:*4, 7*

375:*18*
377:*13*
**concept**
188:*2, 6*
197:*24*
199:*21*
203:*4, 8*
272:*23*
**conceptual**
324:*13*
**Conceptus**
80:*5*
**concern**
30:*14*
127:*4*
148:*22*
149:*9, 23*
150:*16, 22*
151:*18*
161:*13*
162:*11*
333:*10*
**concerned**
76:*17*
127:*12*
139:*15*
149:*6*
160:*13, 22*
227:*15*
298:*3*
**concerning**
29:*16* 43:*3*
46:*22* 66:*3*
114:*3*
158:*8*
234:*1*
266:*18*
307:*3, 21*
**concerns**
93:*3* 155:*5*
158:*4*
165:*4*
168:*25*
170:*4*

Confidential - Subject to Protective Order

181:*3*
251:*3*
272:*7*
274:*19*
285:*21*
**conclude**
183:*22*
219:*18*
232:*12*, *16*
237:*23*
247:*9*
278:*23*
291:*18*
350:*11*
**concluded**
124:*3*
235:*10*
351:*25*
352:*7*
**concludes**
219:*10*
385:*11*
**concluding**
124:*13*
232:*5*
236:*23*
249:*1*
270:*5*
295:*14*
384:*4*
**conclusion**
132:*2*
165:*12*, *13*
166:*18*
176:*9*
178:*23*, *24*
227:*3*
230:*2*
231:*20*
232:*7*, *9*, *17*,
*20*  233:*3*, *6*
234:*5*
237:*5*
238:*5*

241:*11*
242:*4*
243:*3*
248:*2*
252:*8*
262:*11*
283:*14*
287:*8*
346:*9*
350:*18*
353:*11*, *14*,
*21*  366:*2*
384:*3*, *4*
386:*12*
**conclusions**
48:*22*
74:*21*
169:*14*
246:*14*
248:*3*, *23*
**concomitantl**
**y**  245:*11*
**concurrent**
292:*8*
**conditions**
336:*4*
**conduct**
24:*20*  41:*8*
213:*10*, *20*
217:*23*
**conducted**
24:*20*
**confident**
354:*19*, *22*
**CONFIDEN**
**TIAL**  1:*8*
**confines**
102:*5*
**confirm**
121:*18*
134:*9*
140:*23*, *25*
255:*23*

**confirming**
379:*17*
**conflict**
102:*23*, *25*
103:*3*
105:*15*
**conflicting**
167:*9*, *10*
168:*15*
304:*23*
313:*4*
318:*23*
332:*2*
**confounding**
170:*5*
**confusion**
98:*23*
**congenital**
160:*5*
**conjugates**
357:*25*
358:*4*
**connection**
379:*6*
**consecutive**
149:*15*
**conservative**
330:*4*, *21*
351:*13*
**consider**
30:*24*  41:*4*
53:*3*  59:*10*
61:*23*
73:*19*
81:*24*
82:*11*, *15*
83:*3*  85:*8*
86:*5*  87:*4*
89:*7*
130:*22*
143:*12*
152:*9*
161:*20*
174:*23*

212:*21*
318:*5*
370:*23*
**considerable**
57:*13*

**consideration**
12:*8*
237:*22*
271:*9*
274:*8*, *14*
350:*9*
**consideration**
**s**  66:*17*
**considered**
18:*14*, *22*, *25*
79:*3*  80:*23*,
*24*  81:*3*
82:*14*  83:*9*,
*25*  84:*10*, *11*,
*20*, *22*, *23*
85:*2*, *7*, *13*
86:*9*, *23*
87:*11*, *17*, *21*
88:*7*  127:*1*
172:*22*
174:*8*
235:*2*
274:*3*
296:*16*
337:*17*
360:*9*  364:*4*
**considering**
75:*6*  93:*9*,
*20*  149:*13*
182:*19*
300:*12*
**consistent**
241:*14*
313:*1*
332:*8*, *18*
348:*25*
355:*3*, *15*, *17*
384:*25*

**consistently**
305:*3*
**constant**
292:*9*  324:*9*
**constantly**
309:*3*
**constructivel**
**y**  241:*2*, *9*
**consultant**
118:*1*
**consulted**
101:*17*, *20*
102:*21*
**consulting**
102:*3*
**Consumer**
4:*17*, *22*
5:*5*, *10*
56:*7*  96:*7*,
*19*, *23*
101:*18*, *20*
102:*4*, *21*
104:*2*, *14*
105:*17*
**contain**
128:*3*
**contains**
62:*15*
190:*14*
286:*8*

**contaminants**
271:*14*
274:*17*, *18*
**content**
58:*10*
199:*16*, *19*
324:*8*
326:*6*, *25*
327:*3*, *25*
328:*3*
341:*9*  348:*6*
**context**
87:*25*

88:*11*
235:*21*
237:*2, 4*
242:*10, 12*
249:*11, 19*
250:*4*
281:*16*
283:*20*
294:*10*
318:*6*
**Continue**
24:*23*  25:*2,*
*4*  79:*8*
142:*7*
210:*19*
211:*17*
**continues**
265:*12, 13*
**contract**
379:*16, 21*
**contractual**
378:*11*
379:*14*
**contrast**
330:*9*
343:*23*
**contribute**
67:*24*
133:*14*
207:*1*
**contributed**
159:*5*
**contributes**
329:*16*
**contributing**
328:*14*

**Contribution**
13:*9*  326:*19*

**contributions**
169:*24*
**control**
160:*3*

162:*1*
309:*7, 24, 25*
310:*4, 14*
329:*10*
340:*15*
341:*19*
342:*4, 12, 18,*
*25*

**controversial**
165:*2*
**convenient**
90:*24*
152:*11*
215:*8*
221:*14*
**conversely**
187:*8, 17*
192:*3*
194:*15*
**conversion**
11:*11*
142:*20*
193:*6, 13*
195:*2*
197:*10*
**convert**
194:*17*
**converted**
20:*9*  44:*16*
45:*1*  47:*1*
300:*16*
336:*14*
**convey**
212:*11*
233:*14*
**Cooper**
340:*8*
**copies**
381:*19*
**copy**  244:*7,*
*14, 22*  251:*7*
367:*15, 18*

**cord**  81:*14*
226:*24*
259:*5*
**corner**
105:*14*
252:*9*
**corners**
249:*3*
**corporate**
36:*11*  94:*16*
**Corporation**
5:*16, 21*
6:*5, 12*
**correct**
16:*15, 17*
17:*2*  28:*16*
48:*2*  53:*12*
85:*3*  92:*6*
97:*3*  99:*23*
103:*24*
109:*5*
127:*15, 20*
130:*15*
134:*15*
144:*16*
154:*12, 13*
156:*23, 25*
157:*2*
182:*15*
184:*17*
188:*9*
254:*20*
269:*19*
270:*18*
271:*17*
285:*22*
303:*13*
313:*10*
320:*7*
331:*8*
351:*23*
358:*17*
363:*7*

382:*14*
389:*5*
**corrections**
387:*4, 7*
389:*6*
**correctly**
122:*25*
135:*16*
144:*9*
159:*18, 19*
160:*9, 10*
172:*23*
227:*7*
264:*10*
279:*18*
355:*22*
356:*25*
374:*17*
**correlate**
180:*8*
**correlates**
139:*25*
**corresponde**
**d**  352:*4*
**correspondin**
**g**  301:*15*
329:*9*
349:*12, 22*
**Cortex**  83:*1*
206:*14*
341:*16*
**Costco**  5:*21*
**COTE**  1:*5*
31:*22*  90:*6,*
*10*  114:*7*
282:*13*
**Counsel**  2:*8,*
*14, 22*  3:*5,*
*11, 16, 21*
*4:5, 10, 17,*
*22*  5:*5, 10,*
*15, 21*  6:*5,*
*12, 17, 22*
*7:5*  15:*18*

23:*12, 20*
24:*23*  34:*3*
41:*17*  51:*2*
55:*3*  79:*8*
98:*16*
100:*21*
213:*20*
381:*7*
382:*10, 18*
383:*23*
384:*2*
386:*14, 15*
**count**  85:*10*
**counter**
73:*1, 5*
115:*3*
159:*15*
238:*15*
**counting**
30:*15*
31:*15*
356:*13*
**countries**
123:*5*
380:*5, 7*
**couple**  54:*7,*
*12*  157:*9*
198:*18*
222:*19*
276:*21*
**course**  38:*9,*
*11*  41:*1*
45:*21*
66:*21*
68:*24*
86:*22*
130:*3*
173:*20*
**coursework**
25:*17*
**COURT**
1:*1, 20*
15:*20*
32:*10*

73:*11*
211:*13*
245:*9, 14*
246:*16*
291:*4*
333:*24*
386:*3, 21*
387:*20*
**courtesy**
25:*5*
**court's** 24:*1*
**created**
79:*16*
365:*13*
**credible**
272:*8, 18*
**credit**
109:*14*
**crisp** 69:*14, 15*
**criteria**
51:*4, 8*
168:*19*
**critical**
14:*10* 22:*9*
71:*15, 19*
129:*1, 4*
142:*18*
153:*4, 10, 18*
154:*10*
159:*14*
170:*15*
180:*18*
264:*7, 15*
334:*21*
**critically**
17:*20*
27:*16* 154:*8*
**criticisms**
27:*3, 7*
**criticize**
320:*22*

**criticized**
27:*11*
369:*12*
**criticizing**
27:*14, 15*
**cross**
226:*20*
258:*9*
259:*11, 13*
263:*13, 19*
264:*2*
266:*10*
268:*7* 281:*2*
**cross-check**
81:*5, 6*
**crosses**
261:*11*
266:*2, 6*
277:*2*
279:*4*
284:*15, 21*
**crossing**
273:*3* 282:*1*
**CRR** 386:*19*
**CSF** 268:*6, 7* 273:*8*
277:*12, 21*
280:*21*
281:*23*
**culture**
89:*25*
308:*24*
311:*15*
364:*2, 10, 15*
**cultures**
311:*16*
**cumulative**
150:*15*
**current**
237:*12*
**currently**
36:*25*
37:*14*
38:*10*

159:*15*
183:*14*
227:*4, 18*
231:*21*
235:*11*
240:*17*
384:*8*
**curriculum**
100:*25*
**Curry**
104:*3, 14*
105:*15, 25*
106:*6*
**cut** 267:*4*
**CV** 39:*12, 13, 22, 25*
40:*9* 98:*17, 18* 107:*5*
109:*6*
**CVS** 6:*5*
**cycles** 321:*4, 8, 9, 22*
**CYP2E1**
12:*16, 19*
52:*1* 67:*22*
206:*6*
221:*4*
235:*24*
236:*8*
243:*9*
248:*12*
286:*8, 23*
287:*23*
288:*16, 21*
289:*1, 3, 5, 9, 16* 290:*7, 8, 13, 25*
294:*12, 17*
301:*12, 20*
302:*15*
303:*4, 12, 14, 19* 304:*7, 12, 13, 16, 18, 21*
305:*1, 4, 14*

306:*9, 21*
307:*3, 7, 11, 12, 13, 21, 23*
308:*25*
309:*11, 17*
310:*6*
312:*17, 21, 24* 313:*2, 8, 15, 21* 314:*1, 7* 316:*8, 19*
317:*6, 23*
319:*19*
320:*10*
321:*25*
322:*15*
323:*11*
324:*7, 22*
325:*16, 18*
327:*12, 20, 21, 23* 328:*4, 21* 329:*14, 15* 330:*2, 8, 12* 331:*4, 20, 23* 332:*6, 11, 13, 16, 23*
333:*9*
334:*8, 13, 17*
335:*5*
347:*18*
348:*5, 17, 22*
349:*1, 12, 23*
350:*13*
355:*2, 14*
375:*5*
376:*1, 2, 6, 10, 13, 17*
377:*18, 21, 24*
**CYP2E1-expressing**
308:*23*
**CYP2E1's**
310:*9*

**CYP450**
326:*6, 25*
**CYP450s**
325:*25*
**Cysteine**
80:*3* 82:*5*
87:*1* 341:*12*
**Cytochrome**
12:*12* 13:*3, 7* 206:*5*
302:*22*
303:*5, 17*
323:*24*
326:*18*
347:*14*

**< D >**
**D.C** 5:*4, 14, 20* 6:*16*
**daily** 296:*18*
**damage**
10:*12*
27:*23* 28:*7*
29:*24* 30:*4*
31:*6*
104:*24*
105:*6*
128:*11*
139:*24*
143:*5*
154:*24*
155:*1, 15*
156:*11*
195:*25*
205:*6, 15*
208:*9*
295:*25*
352:*22*
**dams**
122:*22*
**DAN** 7:*15*
15:*6*
**DANIEL**
3:*8*

Confidential - Subject to Protective Order

data 44:7
46:1 58:1
66:17 67:7
68:6 70:4
72:6 73:25
74:20 75:9
88:17, 19
90:2 131:1
132:6, 8
133:14, 16
139:24
140:23, 25
144:19
147:2
151:15, 20,
24 154:9
162:6, 10
165:13
188:8, 12, 14
212:3
220:22
221:11
226:5, 7
231:7
232:11, 22,
24 234:12
237:1
238:6
241:11, 14,
20, 24 242:1
245:19
248:3, 4, 19,
22 252:17
260:4
266:12, 14
277:4
280:17
281:16, 17,
18, 25 282:3,
11, 19
283:18
290:3
293:6, 8
294:9

298:7
301:19
302:7
304:24
311:4
313:4
316:10
317:10
318:6, 10, 13
320:21
322:1, 12
325:9
327:23
328:12, 18
330:1
332:2, 9, 18
334:12, 14
343:25
349:24
354:24
360:5
370:22
384:14, 20
database
51:19
53:18
240:1
301:8, 9, 10,
20 325:13
databases
198:16
236:6
date 1:19
15:9 39:21,
24 40:15
52:5
381:17
386:8
387:2, 9
389:12
Dated
386:24
dates 370:16

DAVID 2:5
4:13 34:8,
11 101:12
135:1, 2
136:2 381:6
david.cohen
@butlersnow
.com 4:13
david.kuttles
@lanierlawfi
rm.com 2:6
day 20:16
38:23
65:19
69:16 82:2
86:9
150:19
175:21
184:7
213:18
292:20
296:19
324:8, 11
382:10
389:16
days 39:8
149:15
184:7
341:6
342:13
355:23
387:16
de 10:18
115:25
121:21
122:18
Dead 309:8,
15 310:2, 3,
6, 8, 15
deal 69:13
92:12, 14
159:5
187:6 275:5

dealing
22:12, 15
139:8
deals 275:13
DEAN 6:19
84:24
DEANNA
5:2
death 143:6
178:6
206:14
216:19
218:14
253:4, 13
296:1
305:17
311:25
312:4
363:20
decapitated
340:9
decapitation
340:10, 11
deceased
308:3
decedent
303:21
decided
144:6
declined
110:4
decrease
305:3 360:8
decreased
307:10
340:12
decreases
147:24
dedicated
263:16
deem
372:15, 21,
24

deemed
167:3
234:24
337:22
352:2
387:19
deeply
207:11
deethylation
329:12
defects
159:25
defendant
114:10
defendants
23:20 36:11
defense
51:2 55:2
170:3
define
272:17
defined
283:17
defines
92:13
defining
202:1
definitely
229:21
336:14
definition
92:14
271:22
272:5
definitions
319:11
definitively
251:6
degradation
307:10
delay
120:18
259:12
277:11, 15,

Confidential - Subject to Protective Order

19 279:*13,
21* 280:*11*
285:*5*
**delayed**
273:*10*
281:*21*
282:*11*
**delays** 260:*4*
**delete**
270:*14*
**delivered**
230:*18*
343:*6* 345:*7*
**deliveries**
228:*18*
**delivery**
230:*21*
234:*16*
**DELUCIA**
3:*7*
**Demographe
r** 118:*5*
**demonstrate**
73:*13*
124:*24*
139:*24*
238:*13*
252:*20*
273:*22*
287:*9, 16*
289:*9*
345:*4*
377:*10*
**demonstrate
d** 133:*4*
178:*7*
195:*22*
224:*24*
260:*10*
268:*20*
269:*25*
280:*13*
286:*23*
287:*13, 23*

316:*7*
351:*17*
**demonstratin
g** 362:*21, 24*
**Demonstrati
ve** 9:*6* 78:*8,
12* 79:*11, 12*
**demonstrativ
es** 79:*15*
**Dendrite**
86:*13, 14*
**DENISE** 1:*5*
**Dentate**
82:*1* 86:*7,
16, 20*
**depend**
335:*18*
**Depending**
245:*18*
335:*23*
358:*21*
**depends**
38:*20* 336:*3*
**deplete**
341:*25*
**depleted**
149:*19*
366:*8*
**depletion**
29:*4*
141:*19*
144:*17*
148:*7, 13*
294:*25*
295:*10, 11*
341:*15*
358:*25*
**depo** 218:*5*
**depolarizatio
n** 178:*5*

**DEPONENT**
8:*14* 15:*16*
389:*1*

**deposing**
387:*15*
**Deposition**
1:*17* 9:*1*
10:*1* 11:*1*
12:*1* 13:*1*
14:*1* 15:*11*
23:*17*
32:*21* 36:*3*
39:*19*
40:*19* 41:*7,
10, 13* 42:*9,
12* 58:*16*
59:*25*
78:*11*
79:*17*
95:*16*
100:*11*
103:*10*
104:*20*
111:*21*
115:*23*
133:*22*
153:*8*
156:*19*
172:*10*
189:*10*
193:*4*
197:*16*
211:*7*
213:*10*
214:*20, 25*
228:*2*
246:*17, 25*
247:*1*
251:*10*
262:*4*
274:*5*
302:*20*
306:*8*
314:*6*
323:*22*
326:*16*
333:*16*

352:*11*
380:*22, 25*
385:*11*
386:*12*
387:*3, 13, 17,
18*
**deps@golko
w.com** 1:*25*
**derived**
293:*25*
**describe**
43:*1, 5, 10*
51:*4* 168:*24*
**described**
44:*14*
63:*14, 18*
124:*22*
126:*5*
129:*18*
187:*22*
226:*8*
235:*22*
243:*7*
283:*19*
284:*13*
322:*8*
330:*9*
338:*4*
364:*11*
369:*25*
370:*8*
377:*9, 14*
**describes**
222:*17*
353:*15*
**describing**
126:*25*
130:*2* 272:*2*
**design**
186:*9*
229:*13, 18*
249:*5*
**designed**
206:*23*

**designing**
369:*15, 18*
**desire**
245:*19*
**Despite**
262:*13*
350:*6*
372:*22*
377:*20*
**detail** 43:*6*
123:*17*
132:*7*
162:*22*
167:*20*
271:*5* 330:*9*
**details**
94:*22* 95:*1*
378:*12*
379:*15*
**detect**
148:*2*
152:*3*
223:*16*
291:*19*
313:*25*
357:*24*
372:*5*
**detectable**
314:*19*
319:*4, 6, 8*
**detected**
145:*6, 13*
147:*10*
296:*9*
301:*15*
313:*15*
329:*20*
349:*1, 3, 4, 5*
**detection**
314:*23*
341:*11*
356:*9*
357:*7, 23*

**determine**
20:*13*
117:*12*
127:*10*
149:*16*
185:*17*
203:*10*
241:*9*
**determined**
319:*8* 341:*9*
**detoxificatio**
**n** 299:*7*
**detoxifies**
376:*18*
**detoxify**
222:*8*
223:*4*
225:*7*
287:*3*
299:*13, 15*
300:*2, 19, 20*
336:*18*
**develop**
169:*10*
265:*14*
288:*12*
**developed**
162:*15*
**developing**
12:*4* 82:*10*
87:*8*
127:*25*
188:*4*
192:*8*
260:*25*
262:*6*

**Development**
11:*21* 12:*6*
81:*22* 82:*6*
85:*25* 87:*2*
115:*2*
116:*11*
129:*2*

156:*10*
230:*23, 24*
231:*14*
234:*19*
236:*10*
250:*18*
251:*5, 13, 21*
252:*12*
259:*20*
263:*25*
264:*5, 6*
265:*16*
267:*19*
268:*4, 12*
271:*8*
274:*6, 12*
301:*22*
351:*19*
352:*3*
**development**
**al** 18:*7*
46:*22* 76:*5*
77:*21*
81:*16*
159:*13*
286:*20*
290:*17*
295:*1* 352:*3*
**development**
**ally** 252:*21*
**deviation**
344:*21*
**devote**
26:*21*
**devoted**
163:*23*
**die** 178:*7*
**Diego** 6:*11*
**dietary** 64:*2*
**difference**
325:*14*
343:*22*
344:*13*
346:*9* 347:*3*

**differences**
56:*14*
212:*18, 19*
226:*1*
264:*4*
345:*4*
346:*10*
**different**
37:*24* 56:*8,*
*12, 20* 57:*2,*
*3, 4, 5, 8, 11,*
*14* 64:*8*
68:*25* 70:*3,*
*4* 71:*1, 7*
72:*5, 6*
121:*16*
126:*23*
158:*1*
186:*24*
190:*25*
191:*1, 10*
197:*2, 3*
202:*12*
203:*4*
212:*4*
236:*9*
237:*9, 20*
272:*5*
276:*5*
278:*19*
305:*2*
313:*16*
322:*22*
323:*1, 6*
325:*23*
328:*10*
334:*17*
351:*3, 6*
357:*13*
372:*19*
**differently**
22:*6* 77:*5*
115:*14*
161:*11*

188:*1*
228:*15*
269:*4* 286:*6*
**difficult**
89:*21*
121:*19, 20*
122:*6*
127:*9*
130:*12*
**diffuse**
144:*5*
**diffusion**
263:*21*
**Diplomate**
1:*20* 386:*3,*
*20*
**direct** 226:*5*
232:*1*
**direction**
174:*11, 20,*
*22* 182:*7*
**directly**
55:*5, 8*
87:*22*
106:*17*
141:*22*
166:*13*
169:*4*
229:*11*
232:*13*
**director**
116:*10*
**dis** 208:*12*
**disagree**
199:*19*
201:*25*
205:*4, 13*
224:*22*
232:*9*
304:*15*
353:*20*
359:*5*
360:*18*
361:*5*

**disagreement**
283:*3*
**disassociate**
208:*13*
**discard**
322:*19*
**disclose**
75:*1* 97:*11*
106:*23*
**disclosed**
107:*1*
**disclosing**
106:*12*
**disclosure**
102:*9, 24*
103:*1*
342:*22*
**discovered**
371:*9*
**discredited**
181:*7*
**discuss** 68:*3*
155:*20*
247:*7*
285:*23*
363:*17*
364:*25*
365:*3*
367:*15*
379:*14*
**discussed**
22:*8* 29:*13*
31:*10*
123:*23*
154:*2, 3*
156:*24*
268:*5*
291:*23*
292:*19*
293:*5*
298:*23*
316:*22*
318:*7*

320:*16*
365:*6, 7*
373:*4*
**discussing**
60:5, *6*
63:*15*
74:*24*
143:*10*
204:*14*
259:*1*
263:*4*
374:5
382:*15*
**discussion**
29:*10*
234:*1*
307:2
314:*15*
**disease** 17:5
264:*19*
**diseases**
181:*4* 378:5
**dislike**
272:*12*
**disorder**
77:*12*
184:*24*
**disorders**
66:*12* 69:*6,
10, 25* 77:*11*
93:*6, 12*
156:*16, 21,
23* 157:*6, 18*
158:*10, 19*
160:*15*
166:7
312:9
363:*13*
**dispute**
266:*1, 3*
279:*3*
334:*19*
**disputed**
277:*1*

284:*22*
317:7
334:*25*
**disputing**
284:*14*
334:*8*
348:*21*
**disruption**
156:7
**dissociates**
209:*2, 11*
**dissociation**
208:*22*
**Distinct**
82:*21*
**distinction**
192:5
311:*14*
328:*4*
**distributed**
192:*22*
**distributes**
379:*25*
**Distribution**
13:*6* 80:*3*
326:*17*
**DISTRICT**
1:*1*
**Divided**
177:*15*
**DK126990**
108:*25*
**dlee@btlaw.c**
**om** 5:*3*
**DNA** 10:*12*
104:*24*
105:*6*
313:*23*
**DNT** 9:7
18:*8* 78:*13*
**doctor**
16:*23* 17:*1*
91:*12, 25*
189:*18*

201:*23*
277:*14*
336:*21*
385:7
**doctorate**
16:*12*
27:*21* 28:5
91:*14, 16, 20*
**DOCUMEN**
**T** 1:*5* 40:*2,*
*13* 72:*4*
80:*9, 10*
101:*6*
104:*9*
116:*17, 24*
117:*10, 15,*
*18* 119:*16,*
*18, 21* 120:*1,*
*4, 11, 13, 21*
122:*10*
167:*15*
168:5, *9*
182:*2, 9*
187:*4*
193:*25*
194:*3*
200:*10*
217:*19*
218:*2*
223:*13*
229:*23*
251:*24*
253:*8*
255:*8* 305:*8*
**documents**
55:*2* 140:5
158:*4*
**dogma**
313:*22*
**doing** 41:*6*
45:*14*
46:*17*
58:*12* 63:*1*
67:*18*

168:*18*
173:*16*
182:*20*
184:*15, 16*
203:*10*
267:*2* 387:*8*
**Dollar** 5:*15,*
*16*
**Dominion**
2:*12*
**donated**
303:*22*
**Dopamine**
11:*20*
250:*17*
251:*12, 20*
**dosage**
262:*16*
**dose** 11:*11*
13:*13*
142:*13*
148:*14*
171:*3*
173:*19, 20,*
*25* 176:*4, 5,*
*7, 24* 177:*3,*
*4, 10, 22*
178:*14*
179:*18*
181:*17, 25*
187:*18, 25*
188:*3, 18, 24*
189:*1, 23, 24,*
*25* 190:*18,*
*25* 191:*2, 3,*
*11, 18, 19*
192:*4, 5, 7,*
*18, 25* 193:*6,*
*13* 194:*8, 9,*
*14, 16, 25*
197:*10*
202:*1, 22*
203:*1, 11, 22*
215:*23, 25*

216:7
218:*21*
222:*14*
223:*1*
224:*20*
227:*5, 18*
228:*18*
229:*9, 10, 14*
231:*22*
233:*4*
234:*25*
235:*2, 11*
240:*18*
248:7
286:*14, 19*
288:*11*
292:*6*
294:*23*
341:*14*
352:*13*
354:*1*
360:*25*
361:*2, 9*
366:*4, 15, 16,*
*18, 25* 367:*9*
368:*6, 11, 18,*
*24* 369:*1, 5,*
*20* 372:*6*
374:*24*
375:*7* 384:*8*
**dosed**
359:*21*
361:*12*
**dose-**
**dependence**
172:*21*
174:*6*
**Dose-**
**Response**
9:*13* 95:*20*
139:*20*
144:*19*
**doses** 19:*15*
44:*18, 21*

Confidential - Subject to Protective Order

47:*4*, 8
49:*1*, 5, 10
67:2   77:19
82:*3*   86:25
140:*17*
145:7, *14*
147:23
148:*12*
149:*14*
150:*15*
151:*15*, 23
172:*21*
173:*22*
174:7
175:*3*, 5
176:*10*
179:*1*, 17
181:*15*
183:*17*
184:*12*
190:*6*
201:*10*, 19
202:*4*, 10, 12
203:*14*
204:9, *18*
206:*9*
207:*21*, 23
212:*18*
215:*21*
216:2, *12*
218:23
222:*8*
223:5
226:25
238:*15*
241:*21*
243:*23*
280:*24*
287:*21*
288:*17*, 23
289:*2*
290:5, *10*, 22
292:*3*, *10*, 22
294:*13*, 18

296:*11*, 19
297:6
298:*24*
302:*11*, 16
335:7, *10*
336:*12*
337:*8*, 14
353:*18*
355:5
361:*10*, 17,
*19*, 20   362:*5*,
*18*, 25   363:*4*
365:25
368:*8*, 15, 22
373:*14*
374:*8*
375:*14*, 20,
*21*   377:*19*,
*25*
**Dosing**
13:*20*
189:7, *11*
190:*16*
199:*23*
200:*11*
202:*3*
203:*2*
218:25
297:*4*, 19, 23
298:*3*, *11*
373:*23*
**double**
174:*14*
**double-**
**check**   253:5
355:*10*
**doubt**
240:*10*
**DOWD**   4:7
**downstream**
208:5
212:6   239:7
**dozen**   35:*2*

**dozens**   88:*6*,
*13*
**Dr**   16:*9*, 11
27:*4*, 11, 14,
*19*   42:*17*, 25
56:*6*, 11, 14,
22, 24   73:*8*
78:*18*, 19, 20,
*23*   79:*9*, 25
90:*9*   91:*11*
96:7, 23, 24
99:25
101:*16*, 19
102:*16*
104:*14*
105:25
106:*6*
109:*9*, 11
110:7
111:*14*
113:*13*, 16
115:*16*
119:*10*, 15,
*24*   120:*6*, 7,
*25*   123:7, 14
124:*2*
125:*12*
127:22
130:7, *10*
134:*13*
152:22
165:*20*
175:*1*
181:*13*, 14
182:*3*, 5
218:*11*
221:25
227:*24*
250:*15*
258:7
281:5
282:22
285:*20*
293:5, *8*

298:*16*
299:6
320:*20*, 22
323:9
330:*10*
332:*22*, 25
337:*3*, 7
356:7
367:5
368:2
369:*12*, 13
370:*14*
381:*4*, 22
382:*9*, 13
383:*11*, 18
**drafting**
158:*10*
**dramatic**
324:7
**drawing**
169:*14*
**drilling**
244:5
**Drive**   2:*12*
6:*10*
**driven**
169:6
**drug**   38:7
39:*4*   139:6
142:*21*
145:*18*
146:*12*
149:*13*
161:*2*, 3, 14,
*24*, 25
181:*18*
183:*15*
185:*20*
187:*14*
192:*21*
203:*16*
204:*22*
228:*23*
230:*6*, 9

237:*14*
262:*15*
264:*17*
265:*2*
267:*12*
284:*13*
328:*6*, 16
356:*18*
**drug-**
**induced**
131:*22*
**drug-**
**metabolizing**
256:*12*
**drugs**   187:*9*,
*17*, 24   192:*3*
203:*12*
250:*10*
257:7
262:*16*
263:*15*, 18
264:*2*
267:*10*
**drug's**   370:*4*
**dsullivan@hs**
**gllp.com**   3:*9*
**Dual**   380:*2*
**DUANE**
5:*12*
**due**   23:*24*
61:*25*   62:*4*
77:*17*, 18
129:5
130:25
159:*24*
267:*12*
286:*11*
298:*13*
299:*8*
304:*13*
311:*25*
312:*4*, 5
314:*24*

353:6
355:25
**duly** 16:3
386:5
**duration**
202:8
204:10
375:13, 18
**durations**
170:17
364:15
**dynamic**
321:18
**Dysfunction**
10:4 11:6
14:4
103:13, 20
129:1, 8
133:12
134:1, 21
135:13
172:4, 13
175:7
176:14, 18,
21 177:1, 20
179:4
180:23
208:20, 21

< E >
**ear** 127:19
139:7
156:12
**earlier**
113:4
122:5
123:6, 24
127:14
140:6
141:1
148:4
149:17
152:22
154:3

156:18
163:21
168:22
169:20
200:8
234:18
247:10
291:20, 23
292:19
382:10
383:22
**earliest**
52:4 99:2
**Early** 80:4
81:12 82:5
87:1
135:12
144:24
156:18
230:4
324:10
351:18
**ears** 165:10
**easier**
101:15
155:12
306:15, 25
**easily** 59:12
263:19
284:9
327:15, 17
**East** 2:6
5:8, 14
**easy** 89:1
95:14
104:11
184:11
**edelucia@hs**
**gllp.com** 3:8
**editor**
157:24
**editorial**
157:24

**effect** 43:20
52:19, 20
81:11 82:9
85:4, 5
87:7
151:19
178:9, 13, 15
219:12, 20
335:10
351:19
355:25
371:14, 19
**effectively**
186:3
202:14
321:23
**effects**
13:14 47:8
49:9, 24, 25
82:17, 22
87:14
89:21
122:22
149:8
156:8, 9
159:13
171:15
177:19
178:13
180:6
206:3
212:6
219:11, 19
239:7
240:9, 11
264:19
266:8, 12
352:14
353:3
354:2
355:15
370:4, 8, 10
371:16, 23
378:14

**efflux**
262:14
263:10, 20,
21
**Effort**
109:20
125:13, 19
**eight** 21:5, 6
**EILEEN**
3:7

**either** 17:14
18:12
70:16
84:25
85:19
126:7
160:11
265:5
318:22
335:11
363:2
**electrochemi**
**cal** 341:11

**electronically**
333:24
**electrophile**
142:21
**Elevated**
82:16
87:13
307:15
**elicit** 324:14
**eliminate**
150:21
**e-mail**
116:6
119:10
123:9, 10
**E-mail(s**
10:17
115:24
**e-mails**
121:11

**emarlowe@c**
**arlsonattorne**
**ys.com** 4:3
**embryo**
226:17
268:21
282:2, 4
363:20

**embryo/fetus**
260:11
281:7
**Embryogene**
**sis** 12:20
314:8
**embryonic**
48:24 49:3,
8 65:6
230:24
231:14
259:19
268:4 295:3
**embryonic/fe**
**tal** 48:11
226:6
286:22, 24
287:1, 22, 24
289:10
363:1, 10
**embryos**
366:7
**embryotoxici**
**ty** 324:15
**EMILY** 4:2
**empirical**
285:6
**employ** 57:7
**employed**
43:2 51:5
**employee**
386:13, 15
**encephalopat**
**hy** 207:1

encountered
61:*7, 15*
encounters
286:*10*
encourage
32:*22*
endeavor
97:*9* 111:*9*
162:*14*
ended 58:*16*
endocannabi
noid 370:*5*
endocrine
156:*7, 9*
endorse
199:*21, 22*
endpoint
68:*7* 185:*16*
endpoints
69:*11*
139:*24*
212:*20*
233:*20*
234:*5*
243:*4*
247:*14*
ends 59:*25*
endure
239:*5*
engagement
214:*6*
enormous
40:*24*
202:*5*
288:*25*
290:*7*
302:*13*
enrolled
185:*15*
ensure
93:*22*
150:*17*
ensuring

264:*1*
entail 257:*5*
enter 23:*18*
262:*17*
263:*14*
enters
280:*20*
entire
107:*12*
110:*25*
111:*6*
168:*9*
255:*21*
256:*18*
274:*19*
312:*13*
337:*23*
entirely
161:*5*
322:*22*
entitled
104:*7, 9*
107:*4* 117:*5*
entity 36:*5*
94:*17* 95:*8*
entry 260:*5*
273:*10*
277:*11*
279:*14, 21*
280:*11*
281:*22*
282:*12*
285:*5* 288:*6*
environment
267:*10, 13*
268:*13*
environment
al 314:*25*
enzymatic
206:*6*
254:*12*
enzyme
208:*23*
256:*11, 12*

286:*9, 23*
287:*23*
288:*21*
289:*10*
290:*13*
342:*2*
350:*19*
enzymes
250:*11*
254:*10, 15*
257:*19, 23*
328:*8, 14*
EPI 370:*17*
epidemiologi
cal 157:*21,
23* 167:*9, 10*
168:*15*
170:*5*
186:*4, 13*
187:*1*
205:*9, 11*
epidemiologi
st 16:*20, 21*
118:*3*
150:*2*
157:*1*
167:*13*
168:*18*
169:*15*
205:*8*

epidemiology
73:*20*
116:*10*
150:*5*
156:*25*
158:*3*
168:*24*
170:*2, 7*
equal
293:*19*
equivalent
109:*24*
110:*1*

181:*17, 25*
194:*8, 9, 13,
15, 25*
199:*23*
200:*11*
202:*3, 21, 25*
203:*2, 11*
373:*23*
equivocal
318:*25*
ERRATA
8:*13* 275:*7*
387:*6, 9, 11,
15* 388:*1*
389:*7*
error 126:*8,
15* 343:*16,
19, 21* 344:*4,
12, 20*
345:*10*
346:*6, 21, 23*
383:*2*
especially
29:*8*
135:*24*
136:*6*
159:*12*
198:*16*
256:*11*
311:*16*
ESQ 2:*2, 3,
4, 5, 10, 11,
16, 17, 18, 19*
3:*2, 7, 8, 13,
14, 18* 4:*2, 7,
13, 14, 19, 20*
5:*2, 7, 12, 18*
6:*2, 8, 9, 14,
19*
essential
263:*25*
essentially
51:*21* 63:*6*
68:*1, 12*

155:*23*
173:*20*
179:*21*
212:*5*
318:*18*
374:*22*
establish
286:*16*
287:*20*
289:*21, 22*
290:*15, 20*
established
142:*18*
146:*19*
165:*3*
265:*11*
272:*1*
288:*2*
294:*20*
302:*8*
308:*22*
318:*3*
320:*17*
324:*19*
325:*1*
365:*19*
estimate
42:*4*
estimates
181:*18*
et 9:*15, 20*
10:*7, 14*
11:*9, 13, 18,
25* 12:*5, 10,
15, 18, 25*
13:*5, 11, 17*
14:*8, 13*
95:*22*
100:*15*
103:*15*
104:*25*
134:*3*
153:*5, 12*
172:*15*

Confidential - Subject to Protective Order

193:7
225:9
228:5
251:16
261:19
262:7
274:9
302:24
306:10
314:11
324:1, 19
326:5, 21
340:8
342:10
352:16
367:4  372:3
ethanol
332:11, 13
ethical
184:21
ethically
183:6  363:9
ethicist
185:5
186:7, 22
363:16
ethics
161:17
186:8, 22
363:16
Ethoxycoum
arin  328:25
329:12
evaluate
17:20
31:14, 16, 19
68:25
71:13  75:8,
12  76:7, 12
154:8
307:6
308:24

evaluating
27:16
51:15  72:4
evaluation
14:11
22:10
71:15, 20
82:1  84:2,
9  86:7, 13,
14  88:2
94:10
122:21
153:4, 10, 18
EVAN  2:2
evan.janush
@lanierlawfi
rm.com  2:3
event
135:12
143:12
events
212:12, 14
everybody
381:25
everybody's
98:4
everyday
43:14
evidence
14:11
48:23  49:2,
7  69:1
71:1, 7
89:10
128:11
152:3
153:4, 11, 18
165:3
168:2
169:5
221:2
242:13
243:20
261:10

285:6
297:7
300:23
301:3
304:6, 20
313:2
318:5
325:6, 8
360:23
362:16
364:3, 4, 7
365:22
367:7, 22
evident
43:7  47:13,
15
Evren
116:15
117:1, 7, 12,
20
exact  29:18
35:22
68:12, 15
158:21
159:8
172:25
180:4
185:9
349:17
360:14, 21
379:20
exactly
41:20
56:25
113:3
121:8
139:1
192:19
222:21
321:12
328:13
352:6
362:22

376:6
380:6, 9
EXAMINAT
ION  8:8
16:6  382:6
386:4
examine
50:16
examined
370:9, 12
example
45:9, 24
51:20, 23, 24
52:16
63:19, 25
66:18, 24
67:10, 21
68:4  76:4
89:8, 25
133:1
167:16
181:3
185:22
191:21
204:23
225:19
239:24
255:1
258:25
291:8
293:8
304:24
325:11
355:16
360:19
examples
52:2  54:8,
13
exceed
372:9
exceeded
321:18
327:2

exception
208:6
Excerpt
14:14
333:17
excess
285:21, 23
286:5
excessive
176:6  363:4
exclude
64:13
exclusively
144:1
excuse
21:15  24:6
33:16
44:19
58:23
84:24
87:12
126:21
128:13
156:8
248:6
271:24
285:1
298:19
299:18
308:17
312:6, 21
329:18
374:14
376:5
exhaustive
55:10, 15
56:5
Exhibit  9:3,
4, 6, 9, 16
10:2, 8, 15,
17  11:2, 10,
14, 16, 19
12:2, 6, 11,
16, 19  13:2,

6, 12, 18, 19, 20 14:2, 9, 14, 16 42:10, 13, 19 78:10, 12 95:14, 17 98:8 100:10, 12 101:2 103:9, 11 104:21 111:20, 22 112:17 115:24 133:20, 23 153:6, 9 172:11 189:11 193:5 197:17 214:19, 21, 24 228:3 251:11 262:1, 2, 5 274:6 291:11 298:19 302:21 306:7, 9 314:5, 7 323:23 326:17 333:17 352:12 353:24 380:23 381:1, 5 383:23

**EXHIBITS**
9:1 10:1 11:1 12:1 13:1 14:1 79:20, 21 382:11

**exist** 167:9 200:5
**existed** 346:23
**exists** 49:7 142:11 190:24 200:1 336:8 350:12, 14
**exocytosis** 144:2
**exosome** 68:1
**exosomes** 67:22
**expect** 53:23 57:19 196:23 204:13 223:18 225:6 288:15 302:16 377:23
**expectation** 57:9 214:12 245:14
**expected** 294:18
**expensive** 97:8 111:8
**experience** 18:6, 11 102:18 158:2
**experiment** 66:22, 25 316:13 320:2 321:23

**experimental** 154:6 170:15 181:16
**experimentally** 44:1
**experiments** 206:11
**Expert** 9:3 14:14 19:8, 10, 16 20:1, 3, 6, 18, 21 21:8, 12, 17 22:2, 17, 21 25:22, 24 26:8, 11, 15, 16 35:25 36:22 39:13, 24 42:10 58:5 60:13, 19, 22 61:24 62:4, 5, 8 65:21 66:4 73:4, 8, 12, 15 75:24 92:21 107:12 114:2 115:16 124:23 125:18 129:24 147:17 156:20, 22, 25 157:8 162:16 170:3 203:24 205:20 219:17, 22, 24 220:8 222:16

231:4 241:2 246:6, 13, 21 257:14 265:15 267:18 268:8, 11 310:23 320:17 333:18 350:25 354:15, 16 381:16 382:13, 19 384:5
**expertise** 18:13 26:15 30:17 31:16 73:23 93:14 158:2 168:23 170:2 268:14
**experts** 48:1, 9 50:5 60:24 61:25 63:4 72:22 78:1 89:23 93:21 130:9, 10, 11 131:3, 8 151:14 158:6 168:22 185:9 199:20 208:3 211:4 212:7 220:15, 17,

19, 25 221:12 245:21 246:24 247:5 286:17 292:20 293:23, 25 294:7, 20 295:6, 8 298:4 302:9 316:24 318:4 320:17 353:7 362:21 363:2 365:5, 19
**expires** 389:17
**Explain** 109:22 212:3 353:22
**explained** 243:6 266:22 351:1 361:16
**explanation** 282:15
**exponential** 320:25
**exposed** 77:13 81:21 82:2 85:24 86:8, 15 202:9 222:13 223:1 224:20 243:17, 18 248:9, 10

278:*1*
352:*21*
369:*9*

**exposure**
13:*12*
45:*12*
65:*15* 66:*3*
68:*20*
77:*18*
81:*12, 16*
82:*17*
87:*15* 90:*1,
3* 115:*5*
122:*23*
124:*5, 14*
149:*7*
159:*14*
169:*7*
170:*16, 23*
202:*9*
203:*17*
204:*10*
216:*11*
219:*5, 6*
230:*20*
237:*12*
243:*21*
259:*3*
264:*17*
265:*2*
267:*12*
273:*6*
351:*17*
352:*12*
353:*3, 17, 25*
354:*21*
355:*23*
364:*15, 17*
365:*14, 21*
368:*19, 20*
375:*18, 23*

**exposures**
238:*16*
239:*6* 293:*6*

**express**
190:*18*
257:*19*

**expressed**
29:*7* 190:*6*
300:*3*
301:*17, 21*
324:*22*
329:*4*

**expresses**
250:*11*

**expressing**
307:*12*

**Expression**
12:*19* 83:*1*
240:*4*
252:*22*
286:*21*
287:*22*
290:*18*
295:*2*
299:*3*
309:*17*
314:*7*
317:*23*
319:*19*
325:*15*
331:*4, 20*
332:*24*
334:*22, 23*
376:*10*
377:*6*

**extends**
236:*8*

**extension**
379:*9, 12*

**extensive**
50:*25*
144:*14*
148:*7*
252:*19*
295:*10*
296:*15*
370:*15*

**extensively**
151:*14*

**extra**
102:*19*
216:*7*
282:*14*

**extracellular**
260:*2*

**extract** 64:*3*

**Extrahepatic**
14:*9* 153:*3,
9, 17*

**Extramural**
107:*7, 10, 14,
16, 25*

**extrapolate**
219:*12, 20*
234:*18*

**extremely**
216:*13*
236:*12*
288:*2*
294:*12*
317:*4*
358:*22*
359:*19*

**eye** 159:*14*

**< F >**
**fact** 67:*25*
131:*3*
150:*6*
169:*5*
182:*18*
191:*5*
192:*13, 24*
194:*7*
199:*18*
200:*9*
204:*23*
207:*5*
216:*1*
236:*12*

239:*15, 19*
243:*14*
248:*13, 17*
277:*3*
279:*5*
304:*23*
305:*3*
313:*4*
353:*7*
362:*1*
374:*15*

**factor**
284:*12*

**factors**
30:*24*
73:*21*
314:*25*
335:*19*

**faculty**
195:*16*

**fail** 363:*2*
367:*3*
387:*18*

**failed** 90:*7*
152:*2* 244:*9*

**fails** 302:*1*
330:*23*

**Failure**
9:*18* 100:*14*

**Fair** 23:*5*
26:*21*
27:*21* 28:*5*
46:*21*
63:*11*
64:*14*
122:*9*
126:*24*
233:*11*
247:*22*
248:*25*
250:*15*
251:*2*
311:*12*

**fairly** 21:*11*
259:*12*
297:*5* 324:*9*

**fairness**
345:*25*

**false** 330:*11*

**falsifiable**
44:*25*

**familiar**
94:*25*
158:*12*

**families**
254:*14*

**family**
106:*14*
116:*8*
119:*12*
254:*14, 20,
21* 256:*15*

**famously**
311:*17, 19*

**FAPR**
386:*19*

**far** 105:*11*
177:*17*
192:*8*
207:*25*
212:*1*
215:*20*
260:*2*
263:*12*
264:*9, 11*
293:*10*
330:*2*
335:*3*
347:*4*
349:*25*
350:*9*
368:*7*
377:*18*

**fast** 208:*14*

**fax** 1:*24*

**FDA** 38:*11*
182:*2, 6, 9,*

Confidential - Subject to Protective Order

*11, 19* 183:*4*
188:*15*
191:*6*
199:*20, 21*
200:*1, 9*
235:*2*
**FDA-**
**approved**
183:*15*
185:*20*
**feature**
129:*4*
**federal** 23:*1*
378:*8*
**feel** 22:*18*
42:*7* 81:*4,*
*7* 110:*15*
169:*16*
242:*23*
379:*21*
383:*4*
**Fellow** 1:*19*
92:*10*
185:*8*
386:*2, 20*
**felt** 249:*24*
283:*4, 6*
**fetal** 12:*4,*
*23* 19:*8, 14*
20:*1, 3, 5, 10,*
*18, 21* 21:*8,*
*14* 22:*3, 7,*
*13, 16, 17, 23*
44:*19*
48:*24* 49:*4,*
*8* 52:*2*
65:*6* 93:*5,*
*11* 115:*4*
124:*4, 5*
127:*25*
151:*21*
185:*17*
188:*4*
222:*23*

223:*12*
230:*3, 8, 11,*
*17, 23* 231:*5,*
*14* 234:*18*
236:*6, 9*
237:*12, 16*
239:*22*
240:*3*
245:*6*
248:*18*
250:*11*
258:*9, 14, 19,*
*23, 24*
259:*16, 18,*
*19* 260:*15,*
*25* 262:*7, 17,*
*19, 21*
263:*23*
267:*9*
268:*4, 25*
270:*6*
272:*23*
273:*22*
278:*24*
279:*7*
281:*10*
283:*8*
293:*13*
295:*3*
300:*9, 19*
314:*10*
319:*18*
324:*10, 20,*
*23* 325:*6, 10,*
*18* 332:*24*
334:*10*
348:*23*
349:*6*
362:*10*
375:*8, 15*
**Fetogenesis**
12:*21* 314:*8*
**fetus** 47:*3*
161:*14*

162:*5*
203:*23*
222:*20*
223:*17*
224:*25*
226:*18*
227:*6, 20*
231:*23*
233:*6, 8, 22*
235:*13*
237:*15*
238:*8*
240:*11, 19*
243:*15, 16,*
*17, 21*
247:*16*
248:*5, 8, 20*
250:*6, 9*
252:*18*
263:*25*
264:*18*
266:*8*
268:*21*
282:*2, 5*
288:*20*
325:*15*
354:*8*
363:*20*
375:*25*
376:*12*
377:*5*
384:*10, 17*
385:*3*
**fetuses**
222:*13*
223:*1*
224:*19*
243:*25*
253:*10*
352:*20*
**fever**
159:*17*
160:*3* 162:*1*

**field** 18:*7*
53:*21*
55:*12, 14*
61:*20* 75:*4*
102:*18*
109:*13*
130:*9*
150:*10*
157:*8*
256:*9*
313:*3*
332:*3, 7*
364:*8*
**Figure**
141:*25*
142:*1, 9*
148:*15*
292:*4*
314:*17*
333:*13*
334:*15*
347:*17*
348:*2, 9*
349:*19*
350:*16, 18*
384:*20, 22*
**File** 14:*16*
24:*25*
214:*21*
**filibuster**
211:*11*
**filter** 53:*2*
**final** 68:*6*
230:*1*
**finally**
156:*13, 14*
177:*24*
**financially**
386:*15*
**find** 67:*5*
88:*23*
136:*3*
166:*25*
221:*11*

224:*1*
242:*6*
254:*5*
255:*6*
257:*12*
276:*1, 11, 12*
290:*25*
297:*7*
301:*3*
302:*13*
305:*2*
**finding**
355:*8*
**findings**
240:*16, 22*
242:*4, 5, 16,*
*18, 20*
249:*15, 18*
307:*21*
323:*12*
355:*1* 384:*6*
**fine** 154:*16*
243:*16*
270:*16*
317:*3*
**fingers**
200:*16, 21*
**finish** 24:*7*
33:*17*
67:*19, 20*
88:*15*
89:*15*
177:*5, 7*
183:*13*
198:*11*
199:*7*
277:*16*
280:*3, 5*
283:*1*
308:*16, 18*
315:*19*
331:*17*
**finished**
30:*21* 35:*7*

47:*19*
88:*14*
120:*10*
190:*5*
204:*6*
265:*23*
279:*10*
**FIRM**  2:*2*
4:*2, 7*
271:*25*
272:*15*
**First**  9:*4*
28:*1*  35:*24*
36:*2*  37:*23*
41:*6*  42:*13*
52:*6*  78:*24*
86:*17*  99:*5*
100:*18*
105:*11, 13*
112:*9*
128:*11*
129:*23, 24*
130:*2*
144:*19*
151:*3, 11, 19*
157:*10*
159:*11*
171:*17*
172:*18*
178:*16*
189:*2*
195:*22*
198:*5*
207:*17*
214:*8*
252:*20*
254:*8*
269:*22*
273:*1*
276:*22*
278:*9*
291:*9*
307:*5*
353:*12*

357:*10*
366:*10*
370:*21*
**first-in-**
**human**
200:*12*
203:*12*
**first-in-**
**human-use**
182:*14*
**first-pass**
286:*11*
**Fischer**
356:*4, 7*
357:*4*
**fits**  187:*24*
**five**  21:*5*
85:*6*
**flaw**  316:*12,*
*15*
**flawed**
206:*21*
207:*11*
317:*16*
320:*21*
**flip**  105:*12*
159:*20*
**flipping**
98:*4*
**Floor**  2:*7*
6:*3*  7:*3*
**Flower**  7:*3*
**fluid**  260:*3*
**foci**  127:*1*
**focus**  81:*13*
131:*18, 20*
154:*18*
171:*2*
259:*22*
**focused**
28:*8*
126:*24*
146:*22*

**FOERSTER**
6:*8*
**folks**  116:*7*
**Follow**
10:*17*  51:*9*
98:*9*
115:*24*
363:*11*
**followed**
144:*1*
**following**
43:*15*
48:*25*  49:*4,*
*9*  125:*10*
136:*25*
140:*22*
142:*16*
247:*17*
253:*11*
311:*25*
340:*11*
341:*14*
**follows**  16:*4*
**follow-up**
379:*3*
**Food**  181:*18*
**footnote**
95:*13*
104:*17*
129:*13, 17*
133:*2*
134:*7*
140:*5*
227:*11, 14*
243:*3*
250:*19*
258:*1*
260:*15, 17,*
*18, 22*
268:*16*
270:*7, 22*
272:*23*
284:*25*

298:*18*
326:*2*
**footnoted**
283:*7*
**footnotes**
137:*25*
**foregoing**
386:*7*  389:*4*
**forget**  28:*22*
**forgive**  37:*8*
81:*25*  339:*1*
**forgot**  187:*5*
**form**  17:*8*
19:*22*  20:*4,*
*23*  21:*10, 15,*
*16, 22*  22:*4*
23:*8, 12, 14,*
*22*  24:*18, 22*
26:*9*  27:*6,*
*13*  29:*25*
31:*7*  46:*6*
47:*18*
51:*12*
53:*15*  54:*6*
56:*10*  57:*6*
58:*7, 21*
59:*5, 20*
60:*1, 10, 20*
61:*10*  66:*5*
68:*21*  69:*7*
70:*1, 17*
71:*24*
73:*16*  74:*4,*
*14, 17*  75:*2,*
*17*  76:*10, 18,*
*24*  77:*23*
80:*6*  84:*5*
89:*4*  90:*11*
92:*23*
93:*24*
94:*18*  97:*4*
99:*20, 24*
102:*7, 12*
105:*23*

106:*4, 20*
111:*1, 7*
112:*25*
113:*15*
114:*15*
115:*8, 19*
118:*6, 23*
119:*4*
124:*8, 16*
125:*24*
126:*9*
127:*10*
129:*3*
131:*14*
138:*16*
148:*23*
149:*20*
150:*25*
155:*17*
160:*18*
161:*4*
164:*13, 19,*
*25*  165:*11,*
*25*  169:*19*
175:*23*
179:*10, 20*
182:*21, 24*
185:*2, 18*
186:*16, 20*
191:*20, 22*
196:*24*
197:*12*
198:*1*
200:*3, 7*
201:*15, 24*
205:*16*
209:*17*
213:*9*
217:*18*
218:*6, 17*
233:*12, 23*
234:*7*
235:*19*
236:*14, 24*

241:*4, 13*
242:*25*
243:*12*
244:*13, 21*
245:*3, 17*
246:*3, 9, 18*
247:*2*
249:*6*
250:*1*
257:*11*
261:*8, 21*
262:*23*
266:*9, 21*
270:*8*
279:*2*
282:*18*
283:*15*
287:*6*
292:*17*
296:*20*
299:*4*
300:*6*
310:*18, 24*
319:*22*
322:*21*
323:*4*
324:*24*
331:*25*
345:*12, 15*
346:*13, 25*
352:*23*
354:*9, 21*
363:*14, 22*
364:*6*
365:*1, 16*
366:*9*
367:*12*
369:*3, 17*
370:*18*
376:*3, 14*
389:*6*
**formal**
37:*25* 38:*1*
364:*7*

**formation**
29:*5* 48:*13,
23* 67:*3, 24*
89:*10*
124:*25*
127:*18*
133:*11*
139:*20, 25*
141:*6, 8*
147:*21*
152:*5*
208:*5, 17*
212:*9*
236:*2, 13*
243:*10*
296:*24*
300:*23*
301:*2*
355:*21*
365:*22, 23*
375:*1, 3*
**formed**
141:*11*
300:*20*
329:*5*
**former**
94:*16*
114:*22*
**forming**
265:*12*
**Forms**
12:*12*
142:*11*
302:*22*
**formulate**
43:*21*
**forth** 75:*16*
147:*17*
203:*9*
214:*3* 386:*9*
**Forty**
142:*17*
**forward**
52:*7* 55:*18*

187:*4*
225:*22*
343:*2*
**found** 45:*19*
63:*1* 96:*14*
127:*16*
165:*18*
167:*3*
168:*1*
216:*17*
218:*12*
221:*8*
225:*15*
249:*20*
265:*17*
316:*18*
322:*2, 14*
326:*7*
327:*1*
339:*24*
344:*6, 9*
355:*2, 4*
366:*4*
**Foundation**
378:*6*
**four** 21:*5*
29:*22* 30:*3*
35:*23* 95:*7*
114:*8*
184:*7*
249:*3*
305:*15*
**fourth**
159:*23*
**fourth-to-
last** 107:*11*
**fractions**
303:*5, 18, 20*
**fragmentatio
n** 10:*13*
104:*25*
105:*7*
**frame** 94:*2*

**framework**
294:*19*
295:*6*
302:*8*
316:*23*
318:*2*
320:*18*
353:*6, 8*
365:*18*
**FRCP**
386:*11*
**free** 81:*4, 7*
**freely**
259:*12*
**frequently**
245:*21*
**Friday** 1:*10*
38:*18, 19*
**front** 70:*10*
81:*3*
123:*16*
212:*25*
213:*4*
214:*10*
229:*20*
246:*15, 16*
347:*10*
352:*8*
367:*14*
**FTE** 109:*20,
22, 23*
**fulfill** 122:*7*
**fulfilling**
58:*5* 73:*15*
**full** 114:*17*
211:*3*
342:*22*
**full-time**
109:*23*
110:*1*
**fully** 268:*22*
269:*16, 17*
270:*1, 10, 15*

**function**
12:*6*
254:*12*
267:*12*
271:*8*
274:*7, 12*
**functional**
260:*13*
263:*20*
265:*6*
267:*14*
268:*23*
269:*16*
270:*2, 17*
281:*9*
309:*3, 9, 20*
310:*12*
**functions**
263:*24*
287:*14*
309:*25*
328:*10*
**fund** 97:*7*
**fundamental**
64:*15* 75:*5*
187:*19, 22*
**funded**
94:*15*
105:*21*
112:*21*
163:*1, 2*
378:*4, 10*
383:*11, 18*
**funding**
94:*21* 95:*4,
12* 96:*12*
97:*11, 12, 18,
20* 101:*16*
107:*7, 10, 14,
17, 22, 24*
108:*1*
109:*9, 11*
111:*14*
113:*17*

114:*14, 18,*
*19* 163:*9, 11*
378:*6*
383:*17, 21*
**funds** 94:*24*
97:*9* 100:*1,*
*3, 6* 111:*9*
**further**
32:*25* 44:*6*
46:*5*
147:*19*
237:*14*
252:*3, 10*
379:*3*
381:*23*
385:*9*
386:*7, 9, 13*

**Furthermore**
177:*19*
265:*18, 25*
355:*19*
**fuss** 175:*20*
**fussed**
175:*22*
**future** 166:*9*

< G >
**game** 37:*6*
**gee** 241:*9*
**Gene** 83:*1*
**General**
5:*15, 16*
73:*9, 17, 24*
108:*14*
202:*17, 21*
338:*12*
354:*12, 14*
374:*16, 25*
**generally**
135:*11*
142:*25*
161:*24*
172:*22*

174:*7*
207:*7*
224:*25*
278:*1*
321:*9*
335:*20*
**generate**
286:*9*
324:*14*
**genetic**
169:*24*
188:*7*
314:*25*
**genetics**
73:*21*
169:*7, 25*
**gestation**
65:*3, 8*
122:*24*
260:*12*
261:*14*
264:*25*
265:*6, 13*
268:*22*
270:*1*
281:*8*
284:*10*
**gestational**
324:*8*
353:*17*
**getting** 21:*2*
97:*3*
106:*11*
161:*17*
211:*18*
258:*13, 18*
305:*19*
306:*17*
307:*19*
357:*21*
**Ghrelin**
82:*16*
87:*14, 19*
88:*3*

**give** 24:*5*
32:*19* 42:*3*
51:*25*
52:*17* 67:*1*
68:*5* 78:*7*
116:*19*
142:*2*
167:*14*
189:*2, 7*
198:*9*
199:*9*
202:*11*
207:*22, 24*
211:*3*
213:*14*
214:*15*
229:*1*
247:*24*
272:*4*
291:*8*
320:*4*
370:*25*
**given** 22:*20*
106:*16*
123:*12*
187:*5*
188:*18, 23*
228:*18*
240:*6*
248:*11, 13,*
*16* 262:*15*
264:*4*
297:*16*
322:*16*
366:*5, 18*
381:*5* 389:*5*
**giving**
190:*20*
191:*18*
236:*25*
294:*8*
320:*6*
368:*21*

**GlaxoSmith
Kline** 378:*7*
379:*11, 13*
380:*4*
**glucuronidati
on** 158:*24*
207:*20*
**glutathione**
29:*3* 80:*3*
128:*17*
139:*22*
141:*19*
142:*9, 14, 22*
144:*14*
145:*1*
148:*13, 16*
149:*18*
222:*6, 18, 23*
223:*3, 10, 16*
224:*15, 24*
225:*1, 5, 12*
236:*4, 15*
238:*22, 23*
239:*5, 11, 15,*
*23* 240:*7*
243:*11*
244:*11*
245:*5, 12*
248:*17*
286:*12*
287:*2*
291:*22*
292:*5*
294:*25*
295:*10, 17*
299:*9*
300:*8, 11, 18*
335:*13, 17*
336:*16, 22*
337:*25*
338:*2, 4, 7,*
*11, 14* 339:*1,*
*18, 24* 340:*5,*
*12* 341:*1, 25*

342:*2, 13*
343:*5*
344:*8*
345:*6, 8*
346:*11*
351:*20*
354:*6, 23*
355:*16, 25*
358:*19, 25*
359:*13*
360:*2, 22*
361:*1*
376:*9, 18*
377:*12*
**Go** 30:*13*
31:*8* 38:*22*
48:*21*
51:*13* 52:*4,*
*5, 10* 53:*4, 7,*
*19* 54:*1*
62:*18*
67:*20*
70:*18*
72:*19*
75:*20*
79:*22*
84:*13, 14*
94:*19* 99:*3,*
*4* 100:*8*
101:*11*
103:*8*
104:*17*
105:*11*
106:*21*
112:*18*
116:*12*
118:*17*
121:*5*
122:*19*
123:*14*
132:*7*
142:*15*
143:*20*
144:*21*

Confidential   Subject to Protective Order

147:*14*
151:*1*
155:*19, 21*
166:*2*
170:*11*
171:*13*
172:*18*
174:*11, 16, 19, 21*
175:*25*
176:*8*
187:*3, 4*
188:*21*
190:*5*
197:*22*
200:*25*
201:*8*
202:*3*
203:*9*
204:*17*
214:*13*
218:*10*
226:*14*
234:*8*
240:*14*
260:*17*
262:*10*
263:*8*
265:*20*
267:*7*
270:*9*
275:*15, 25*
278:*4*
292:*18*
296:*21*
298:*1*
319:*23*
323:*17*
327:*8*
328:*22*
345:*18*
349:*19*
364:*19*
365:*2*

369:*4*
378:*20*
380:*15*
**goal**  76:*13*
228:*13*
321:*24*
**Goasdoué**
12:*5*
260:*22*
261:*19*
262:*7*
264:*21*
268:*17*
**goes**  315:*1*
**going**  20:*14, 15, 16*  22:*25*
23:*1*  24:*13*
31:*21, 22*
32:*5, 9, 21, 23*  33:*3, 11*
37:*5, 7*
42:*17*  51:*9*
55:*17*
56:*19*
67:*15*
69:*13, 14, 16*
78:*7*  79:*18*
90:*20, 25*
91:*4, 8*
95:*14*
119:*18*
121:*19*
122:*7, 12*
123:*14*
124:*1*
130:*4*
133:*18*
147:*14*
152:*8, 11, 15, 19*  154:*17*
163:*13, 15*
170:*11, 12*
175:*1, 10, 14, 20*  180:*3*

181:*9*
182:*7*
184:*20*
186:*7*
188:*13, 14*
193:*2, 11*
201:*9*
202:*22*
203:*13*
204:*15*
208:*14*
209:*13*
210:*12, 16, 23, 24*  211:*5*
214:*13, 17, 18*  215:*18*
221:*18, 22, 25*  226:*22*
227:*24, 25*
240:*13*
245:*8*
247:*19*
250:*8*
260:*17*
262:*10, 11, 12*  272:*4*
274:*15*
275:*21, 22*
280:*6*
281:*12*
285:*13, 17*
289:*4, 6*
290:*9*
302:*18*
305:*5, 6, 7, 13, 14, 24*
306:*3*
314:*14*
316:*15*
323:*20*
325:*22, 23*
326:*1*
338:*25*
339:*8, 12, 15*

343:*2*
353:*10, 12*
356:*2*
362:*22*
366:*10*
379:*1*
380:*16, 20*
385:*12*

**GOLDBERG**
3:*7*
**GOLKOW**
1:*24*  7:*19*
15:*8*
**Good**  16:*9, 10*  40:*16*
60:*8, 17*
73:*13*
151:*10*
162:*5, 10*
207:*6, 13*
212:*21*
213:*1*
214:*3*
262:*22*
285:*9*  319:*4*
**Google**
197:*22*
198:*16*
**grade**  66:*10*
68:*19*  69:*4*
71:*4*
**graded**
70:*14*
71:*10, 22*
**grading**
322:*9, 17*
**graduate**
38:*4, 8*
**gram**
177:*11, 15*
286:*19*
329:*6, 11, 18, 20*

**grams**
278:*6*
286:*14*
288:*11*
294:*23*
326:*9*
**Grand**  3:*3, 19*
**grant**  97:*6, 21*  101:*17*
102:*2*
106:*15*
108:*3*
109:*4, 7, 8, 21*  110:*4, 6, 9, 10, 19, 22*
111:*4*
113:*13, 16*
140:*6*
**grants**
94:*15*  96:*6, 19, 22*  104:*1, 13*  105:*16*
106:*1, 7, 12*
163:*8, 10*
**gratuitous**
61:*2*  242:*7*
**great**  92:*11, 14*  140:*15*
159:*5*
162:*21*
**greater**
41:*12*
123:*17*
158:*2*
169:*11*
207:*25*
235:*21, 22*
237:*2, 4*
242:*10, 12*
248:*9*
250:*4*
259:*20*
295:*15*

Confidential - Subject to Protective Order

296:*25*
350:*4* 385:*2*
**green**
334:*23*
**Griffith**
339:*17, 23*
**Grooms**
1:*18*
**group**
137:*20*
167:*24*
278:*18*
323:*11*
344:*20*
369:*13*
378:*3*
**groups**
300:*25*
323:*16*
**grow** 311:*18*
**growth**
264:*1*
**GSH**
142:*10, 22*
144:*14*
148:*5, 7*
150:*23*
291:*22*
295:*10*
298:*20, 22,*
*25* 300:*1, 2*
341:*9, 15*
358:*15*
359:*7*
360:*8* 366:*8*
**GSK** 378:*10*
**GSSG**
142:*10*
**GUERRA**
2:*10*
**guess** 92:*13,*
*19* 94:*24*
140:*11*
168:*9*

191:*5, 8*
197:*8, 15*
246:*10*
266:*3*
319:*5*
342:*22*
357:*20*
378:*1*
**guidance**
182:*2, 6, 9,*
*11* 188:*15*
199:*20, 22*
200:*9*
229:*2* 242:*8*
**guide** 11:*10*
189:*8*
193:*5, 13*
194:*5*
197:*10*
218:*25*
229:*20*
**guided** 94:*3*
**guiding** 38:*3*
**guinea**
185:*1*
**guy** 218:*7*
**Gyrus** 82:*1*
86:*7, 14, 16,*
*20*

**< H >**
**HAIGHT**
7:*2*
**Haleon**
378:*7*
379:*6, 10, 25*
380:*8*
**Haleon's**
380:*9*
**half** 147:*22*
280:*22*
**half-life**
230:*10*
305:*15*

306:*18*
307:*3, 8, 12,*
*21, 24* 309:*1,*
*10, 16* 310:*9*
311:*5, 8*
**hall** 32:*19*
**hand** 19:*12*
20:*8* 21:*14*
42:*17*
87:*25*
193:*12*
217:*15, 19*
326:*14*
344:*1*
**handed**
116:*5*
117:*14*
**handful**
130:*9*
**handing**
95:*15* 153:*6*
**handle**
376:*9*
**handled**
342:*23*
**hands** 38:*2*
**happen**
45:*6* 146:*7*
208:*8*
282:*4, 6*
332:*20*
**happens**
262:*25*
294:*1*
295:*7*
316:*24*
338:*24*
365:*18*
**happy** 43:*8*
68:*3* 84:*13*
198:*4*
244:*6, 15, 23*
266:*25*
280:*18*

333:*14*
334:*7*
340:*17*
353:*22*
360:*14*
367:*14*
**hard** 30:*6*
38:*20* 98:*8*
333:*21*
349:*7*
370:*25*
**harm** 162:*4*
237:*17*
**harmful**
148:*21*
150:*23*
**harming**
363:*25*
**harping**
151:*12*
**Harshaw**
82:*19*
**Hartmut**
92:*3, 5, 7, 12*
93:*3, 12, 16*
94:*14* 95:*7,*
*11* 96:*1, 23*
99:*14, 23, 25*
103:*22*
104:*2, 14*
105:*16*
114:*9*
134:*13*
**Hartmut's**
94:*21*
114:*17*
**harvest**
356:*19*
**HEACOX**
2:*4*
**head** 35:*12*
40:*1* 61:*19*
92:*18*
196:*9*

218:*21*
222:*20*
242:*22*
244:*2*
261:*3*
271:*5, 16*
343:*19*
358:*8*
366:*23*
**Health** 6:*5*
38:*10, 11*
96:*7, 20, 23*
101:*18, 20*
102:*4, 21*
104:*2, 14*
105:*17*
108:*5, 16*
109:*1*
306:*20*
**healthy**
308:*10*
**hear** 210:*5,*
*7, 13* 217:*11*
**heard** 28:*1*
145:*8*
215:*3*
286:*2*
296:*11*
331:*13*
372:*22*
**hearing**
29:*1* 90:*5*
120:*19*
127:*13*
139:*3*
156:*11*
**heart** 112:*6,*
*8*
**heavier**
278:*6*
**heavily**
73:*22*

Confidential - Subject to Protective Order

HeLa
308:*23*
311:*16, 18*
held 1:*17*
15:*12*
he'll 138:*4*
213:*14*
Hello
120:*15*
help 25:*23*
26:*15* 98:*7*
115:*2*
138:*4*
180:*3*
197:*14*
228:*15*
229:*22*
233:*1*
308:*13*
helped
23:*17*
helpful
26:*13*
helping
111:*16*
helps 52:*8*
97:*7*
111:*10*
219:*18*
HEP 379:*7*
HepaRG
144:*24*
hepatic
122:*22*
128:*16*
139:*21, 22*
207:*1*
219:*11, 19*
252:*22*
hepatocellula
r 175:*7*
176:*13*
179:*4*

hepatocyte
144:*5*
hepatocytes
144:*1*
hepatotoxic
48:*16, 17*
140:*18*
171:*15*
210:*8*
hepatotoxicit
y 10:*10*
28:*10* 38:*8*
104:*22*
105:*5*
131:*21*
133:*5, 9*
134:*22*
180:*6, 16, 20*
207:*15, 24*
208:*1*
212:*17, 22*
295:*18*
372:*24*
HepG2
307:*11*
308:*20*
hereinbefore
386:*9*
Herrington
82:*15*
87:*13, 17, 18*
High 6:*10*
195:*11*
207:*14*
216:*13*
225:*4, 15*
238:*14, 15,
16* 294:*12*
297:*5*
335:*5*
336:*7*
340:*6, 25*
344:*12*

359:*14, 15*
375:*21*
higher
170:*22*
178:*14*
212:*18*
219:*4*
238:*9*
239:*21*
293:*10*
321:*19, 20*
325:*18*
334:*22*
343:*13*
347:*6*
361:*13*
362:*1*
367:*1*
368:*7*
373:*12*
highest
195:*19*
196:*12*
301:*13*
314:*18*
highlighted
101:*23, 24,
25*
highly
171:*14*
301:*21*
304:*13*
high-
performance
341:*10*
Highway
4:*3*
Hill 168:*13,
19*
Hills 6:*21*
h-index
195:*15*
histological
175:*4*

176:*12*
179:*2*
histology
179:*24*
Historically
27:*19* 28:*3*
history 31:*3*
94:*22*
114:*18*
HJ 96:*7*
Högestätt
372:*3*
hold 19:*5*
22:*16*
136:*12*
209:*20*
210:*11*
holding
282:*24*
holds 209:*1*
HOLLAND
4:*7*
HOLWELL
3:*7*
homeostasis
309:*6, 20*
310:*1, 3, 13*
homogenates
329:*3, 10*
honest
126:*15*
283:*13*
hopefully
44:*8*
hoping
368:*1*
Hormone
11:*19*
250:*17*
251:*12, 20*
252:*12*
hormones

251:*5*
host 80:*22*
hour 31:*24*
90:*20*
144:*24*
147:*22*
152:*12*
215:*10*
280:*6*
329:*5, 11, 18,
19*
hours
189:*23*
253:*3, 10, 13*
303:*9, 24*
305:*10, 15*
307:*8, 13*
309:*1*
312:*7*
338:*25*
342:*11*
376:*21*
household
112:*11*
HPLC
356:*14*
Hu 14:*8*
172:*2, 15*
Huan
308:*21*
human
11:*12, 20*
12:*13, 21*
13:*4* 48:*24*
49:*3, 7*
65:*23*
144:*24*
177:*10*
181:*17*
193:*7, 14*
194:*8, 13, 16,
21, 22* 195:*5*
200:*1, 11*
201:*10, 18*

202:*1, 4, 21,*
*25* 203:*10,*
*13* 207:*25*
212:*21*
216:*11, 15*
219:*5, 6, 13,*
*21* 222:*8, 19*
223:*4*
236:*9*
250:*10, 18*
251:*5, 12, 21*
252:*12, 18*
254:*10*
260:*11*
264:*8*
268:*21*
272:*10*
280:*14*
281:*7*
301:*9, 10*
302:*22*
303:*6, 18*
304:*9*
307:*13*
311:*6, 7, 10,*
*23* 312:*3*
314:*9, 20*
316:*19, 20*
323:*25*
324:*7*
343:*6, 14*
344:*6*
345:*7*
347:*19*
348:*6, 19*
349:*6*
361:*18*
363:*1, 10*
364:*12, 17*
367:*1*
373:*10*
374:*8*
375:*19, 23*

**human-**
**relevant**
353:*18*
366:*15*
**Humans**
10:*6, 10*
103:*15, 21*
104:*23*
105:*5*
134:*22*
145:*7, 13*
170:*25*
182:*8*
184:*15, 17,*
*19* 194:*24*
195:*1, 23, 25*
196:*7*
197:*11*
201:*8*
202:*9*
207:*19*
211:*25*
212:*1, 15*
216:*23*
226:*7*
260:*1, 9*
268:*19*
273:*11*
281:*21*
296:*10*
298:*11*
300:*9*
368:*8, 21*
370:*13*
372:*9*
375:*6, 19*
**Hume**
250:*16, 20,*
*21, 22, 24*
**hundred**
34:*20, 21*
196:*14, 21*
331:*13*

378:*23*
379:*19*
**hundreds**
197:*5*
**HUNT** 2:*17*
**hypotheses**
49:*16*
144:*8, 10*
293:*21*
294:*8*
**hypothesis**
43:*22, 23, 24*
44:*3, 13, 23,*
*24, 25* 45:*5,*
*6, 8* 46:*8*
47:*10*
49:*15, 18, 20*
94:*5, 7*
285:*22, 24*
286:*5, 18*
354:*6* 363:*3*

**hypothesized**
143:*23*
272:*8*
**Hypothetically** 126:*2, 3*
183:*20*
343:*20*
346:*5*

**< I >**
**i.e** 175:*5*
301:*16*
**idea** 131:*4*
132:*7*
144:*23*
181:*6*
199:*17*
203:*1*
206:*25*
252:*18*
305:*18*
306:*17*

309:*9*
310:*4*
313:*3* 332:*7*
**identical**
57:*20*
212:*2* 227:*1*
**identifiable**
321:*10*

**identification**
42:*11, 15*
78:*15*
95:*23*
100:*16*
103:*16*
105:*1*
111:*24*
116:*3*
134:*4*
153:*13*
172:*16*
189:*13*
193:*8*
197:*19*
214:*23*
228:*6*
251:*17*
262:*8*
274:*10*
302:*25*
306:*11*
314:*12*
324:*2*
326:*22*
333:*19*
352:*17*
380:*24*
381:*2*
**identified**
63:*3*
**identify**
43:*1* 50:*14*
274:*17*

**identity**
254:*12*
**ignored**
208:*4*
264:*20*
346:*21*
**ignoring**
74:*20* 374:*9*
**IL-1-beta**
88:*4*
**Illinois** 2:*21*
**image**
332:*23*
333:*8*
**imagine**
310:*15, 17*
**imine** 48:*14*
143:*1*
**immaterial**
344:*14*
**immediate**
299:*7*
**immune**
372:*23*
**immunoactive** 349:*10*
**immunoblot**
348:*1*

**immunoblots**
303:*4, 17*
**immunoche**
**mical**
252:*17*
**immunoreact**
**ive** 349:*21*
350:*13*
**immunoreact**
**ivity** 303:*4,*
*13, 14, 19*
**impact** 64:*6*
149:*16, 23*
226:*4*

Confidential - Subject to Protective Order

296:*16*
337:*8*, *14*
**impacts**
160:*24*
346:*9*
**imperative**
387:*14*
**imperfect**
262:*15*
**implanted**
341:*5*
**implicated**
371:*22*
**Implications**
9:*14* 12:*23*
29:*11*
95:*21*
184:*21*
314:*10*
**implied**
247:*23*
**imply**
127:*22*
**important**
45:*5* 57:*22*
110:*14*
135:*12*
149:*1*, *5*, *8*
159:*12*
169:*8*
245:*9*
311:*14*
328:*4*, *5*
359:*10*
**Importantly**
140:*23*, *25*
148:*1*
**impossible**
124:*7*, *15*
247:*5*
318:*15*
322:*3* 363:*9*

**improper**
213:*9*
247:*25*
**inaccurate**
74:*21*
102:*13*
382:*25*
**inaccurately**
125:*20*
126:*11*
**inactive**
209:*1*
**inadvertent**
382:*18*
**inappropriat
e** 24:*20*
114:*12*
170:*23*
211:*15*
213:*20*
217:*23*
218:*1*
**inartfully**
277:*9*
**inception**
381:*16*
**Incidentally**
115:*12*
116:*12*
195:*7* 337:*6*
**include**
48:*5*, *13*
62:*20* 65:*2*
86:*1* 89:*6*
91:*17*
232:*5*
243:*2*
282:*16*
370:*5*
**included**
62:*22*
64:*22*, *25*
65:*5*, *17*
90:*16*

110:*20*
267:*22*
295:*14*
351:*4*
364:*23*
**includes**
46:*4* 63:*8*,
*10* 194:*16*
**Including**
35:*21* 72:*8*
75:*24*
116:*9*
131:*22*, *25*
146:*13*
165:*7*
204:*11*
222:*19*
225:*14*
236:*5*
248:*18*
259:*16*
290:*4*
298:*18*
300:*9*, *19*
324:*20*
348:*23*
367:*5*
**incorrect**
171:*5*
174:*2*
192:*21*
361:*4*
**incorrectly**
126:*5*
**increase**
324:*7*
**increased**
159:*25*
352:*5*
**increases**
206:*5*
**incredible**
195:*11*

**incredibly**
182:*25*
**independent**
378:*3*
**INDEX** 8:*1*,
*19*
**Indiana**
4:*21*
**Indianapolis**
4:*21*
**indicate**
128:*20*
383:*10*, *16*
384:*22*
**indicated**
383:*20*
**indicates**
266:*13*, *14*
273:*22*
334:*22*, *23*
385:*1*
**indicating**
230:*5*
236:*2*
260:*15*
268:*24*
269:*2*, *3*
270:*5* 281:*9*
**indication**
146:*4*
244:*18*
301:*19*
**individual**
57:*10* 109:*7*
**Individuals**
300:*25*
323:*15*
**induce**
304:*12*
332:*6*, *11*, *16*
**Induces**
14:*3* 172:*3*,
*12* 206:*14*
304:*20*

312:*21*, *23*
313:*2*
332:*13*
**inducibility**
305:*7*
**inducible**
304:*13*, *16*,
*18* 331:*7*, *23*
**inert** 343:*1*
**Infancy**
82:*21*
**infant**
190:*20*, *21*
253:*11*
353:*16*
**Infants**
13:*21*
188:*17*, *23*
189:*12*, *15*
190:*11*
343:*6* 345:*7*
**Inflammatio
n** 82:*20*
**inflammator
y** 367:*7*
369:*8*
**info** 154:*14*
**information**
44:*7* 50:*19*
56:*15*
131:*17*
163:*24*
198:*20*
240:*6*
241:*15*
248:*19*
318:*9*
344:*1*, *16*, *17*
347:*4*
**ingested**
248:*7*
**ingestion**
19:*14*
44:*17*, *20*

Confidential - Subject to Protective Order

47:4 48:25
49:4, 10
151:22
204:8
226:25
243:22
286:18
287:20
290:21
361:10
373:14
**inhibitor**
342:1
**inhibitors**
133:11
**inhibits**
209:12
**initial** 25:10
132:22
182:4
**initially**
52:14
260:20
**initiation**
135:25
136:7, 18
**inject**
356:19
**injection**
206:13
**injures**
204:25
**injuries**
186:15
**injurious**
373:20
**Injury** 11:3
12:17
48:10, 25
77:17
129:5, 10
131:22, 24
132:10, 13
133:24

134:10
136:25
139:9, 15
140:1
141:3, 17
142:19
164:15, 21
176:6
179:23
204:24
286:15
289:2, 4
290:6, 9
293:18, 19
294:15, 18,
24 296:25
298:13
302:12, 17
306:10, 22
325:7
335:6
360:23
361:2
373:18
374:10
377:17, 20,
25
**in-person**
38:24 39:3
**Insights**
9:18 100:14
**insofar** 26:3,
17
**instant**
311:25
312:5
**Institute**
239:25
325:12
**Institutes**
108:4, 16
109:1
306:20

**institutional**
186:18
**institutions**
199:15
**instruction**
38:2
**INSTRUCTI
ONS** 387:1
**insufficient**
287:2
**intact**
260:11
261:14
264:24
265:3, 9
268:2, 21
269:25
281:7 282:6
**intellectually**
283:13
**intended**
179:16
233:14
261:15
**intensity**
315:8
319:17
**intentionally**
269:15
**Interactive**
82:22
**interchangea
ble** 171:7,
19 173:7
215:24
366:22
**interest**
102:24, 25
105:15
162:20
163:6
178:2
340:14

341:18
342:3, 15
**interested**
63:25
162:17
206:25
254:19
342:18
386:15
**interesting**
88:24
128:2
304:22
**Interestingly**
167:24
**Interleukin-
1-beta-
Induced**
82:20

**intermediary**
68:8 209:3
**intermediate
s** 324:14
**internal**
341:12
**interpret**
242:10, 11
249:11
281:17, 18
283:20
**interpretatio
n** 102:17
296:23
**interpreted**
201:3 237:1
**interprets**
293:8
**interrupt**
30:22
177:6, 8
200:15
210:15
220:11

277:18
285:2
**interrupted**
155:18
209:22
220:6
276:16
297:25
299:20, 23
**interrupting**
200:19
**interruption**
279:22
**Interstate**
4:3
**intervening**
162:18
**intracerebro

ventricularly**
341:8
**intramural**
107:22, 24
**intraperitone
al** 206:11
**intrinsic**
75:22
**introduction**
142:16
296:5
**invalid**
181:20
**investigating**
207:3
**investigation**
96:6, 18
195:21
207:5
**Invoice**
13:19 381:1
**Invoices**
13:18
380:23
381:6, 19

Confidential - Subject to Protective Order

invoicing
381:*15*
involve
127:*8* 345:*1*
involved
22:*9*
126:*23*
178:*2*
194:*24*
195:*1*
223:*12*
252:*14*
255:*4* 328:*6*
involvement
100:*4*
114:*16*
involves
10:*11*
104:*23*
105:*5*
involving
209:*3* 231:*5*
iodothyronin
es 253:*18*
254:*16*
irrelevancy
322:*20*
irrelevant
53:*3* 63:*14*,
*17* 68:*2*
167:*3*
202:*17, 21*
312:*19, 20*,
*24* 337:*22*
364:*11*
irreversible
129:*9*
178:*5*
360:*10*
isoenzymes
252:*14*
isoform
324:*12*

isoforms
206:*6*
328:*13*
329:*15*
isoform-
selective
252:*16*
isolated
327:*25*
isolation
249:*8*
281:*19*
issue 28:*6*
88:*8*
155:*25*
157:*14, 15*
233:*7*
235:*17*
242:*19*
245:*16*
246:*15, 19*
275:*7*
321:*12, 13*
359:*9, 16, 17*
362:*15*
366:*20*
issues 56:*12*
73:*6* 74:*6*
76:*25*
90:*13*
110:*24*
161:*17, 19*
221:*10*
231:*6* 352:*4*
issuing 73:*9*
item 80:*13*,
*14*
items 80:*21*
Its 82:*9*
87:*7* 93:*4*
112:*7, 9*
114:*5*
159:*22*
160:*24*

183:*11*
370:*7*

< J >
J&J 36:*17*
95:*5, 6, 12*
100:*6*
106:*14*
113:*5*
118:*1* 191:*7*
JACKIE
7:*8*
Jacob
193:*21*
Jaeschke
92:*4, 5, 7, 12*,
*20* 93:*3, 13*
94:*15* 96:*1*,
*24* 99:*15, 23*,
*25* 101:*16*,
*19* 102:*16*
103:*22*
104:*2*
105:*16, 25*
106:*7*
113:*13, 16*
114:*9*
115:*16*
120:*7*
130:*7, 10*
134:*13*
172:*2*
382:*13*
Jaeschke's
109:*9, 11*
111:*14*
119:*10, 24*
120:*25*
123:*7*
383:*11, 18*
JAFFE 7:*10*
Jain 342:*10*
James 108:*5*

Janssen
115:*1*
116:*11*
January
381:*9*
JANUSH
2:*2* 8:*9*
16:*8* 17:*12*
19:*2, 18, 20*,
*23, 25* 20:*11*
21:*1, 7, 19*,
*23* 22:*5*
23:*11, 16, 25*
24:*4, 11, 17*,
*21, 24* 25:*3*,
*6* 26:*19*
27:*9, 18*
30:*1, 18*
31:*1, 11*
32:*3, 7, 17*
33:*3, 8, 9, 15*,
*21, 24* 34:*4*,
*6, 8, 11, 14*,
*15* 37:*7, 13*
42:*16*
46:*11*
47:*23* 53:*8*,
*24* 54:*10*
56:*17*
57:*21*
58:*14* 59:*1*,
*7, 23* 60:*7*,
*14, 16* 61:*1*,
*5, 13, 21*
66:*8* 67:*8*,
*11, 15* 68:*9*,
*17* 69:*2, 12*,
*20, 21* 70:*6*,
*21* 72:*1, 17*,
*24* 74:*1, 8*,
*10, 22* 75:*10*,
*18* 76:*1, 14*,
*22* 77:*2*
78:*6, 16*

79:*10, 24*
80:*11*
83:*13, 17, 22*
84:*7, 18*
88:*22*
89:*12* 90:*4*,
*18, 21, 25*
91:*10* 93:*1*
94:*12* 95:*9*,
*24* 96:*12, 16*
97:*5* 98:*18*,
*24* 99:*21*
100:*7, 17*
101:*1, 5, 8*,
*11, 13* 102:*8*,
*22* 103:*18*
104:*8, 16*
105:*2*
106:*2, 9, 24*
109:*15, 18*
111:*2, 18*
112:*1, 19*
113:*6, 19*
114:*13, 20*
115:*11*
116:*4, 21*
117:*6, 17, 19*
118:*7, 11*
119:*1, 6, 17*,
*22* 120:*5, 23*
121:*9, 14*
122:*1, 5, 11*,
*13, 17*
124:*11*
125:*4, 11*
126:*1, 10, 19*
129:*11*
131:*9, 11, 15*
133:*18*
134:*5, 25*
135:*5*
136:*1, 9*
138:*2, 6, 19*
139:*4*

Confidential - Subject to Protective Order

148:*24*
149:*10, 21*
151:*4*
152:*13, 21*
153:*14*
156:*17*
159:*9*
160:*21*
161:*8*
164:*16, 22*
165:*6, 17*
166:*5*
168:*12*
170:*10*
172:*17*
174:*24*
175:*24*
179:*11*
180:*1*
182:*22*
183:*3, 19*
184:*1*
185:*3, 12*
186:*10, 17*
187:*2*
188:*22*
189:*14*
190:*8*
191:*23*
193:*9*
194:*1, 4*
195:*6*
196:*19*
197:*7, 13, 20*
198:*3, 8*
199:*24*
200:*4, 14, 18, 24*  201:*11, 16*  202:*19*
204:*19*
205:*21*
209:*18, 21, 25*  210:*4, 22*
211:*10*

212:*23*
213:*13, 21*
215:*1, 11, 16, 17*  217:*2, 8, 17, 25*  218:*4, 9*  219:*8*
220:*3, 7*
221:*15, 24*
228:*7*
229:*24*
233:*10, 16, 24*  234:*20*
235:*7*
236:*21*
237:*6*
239:*1, 2*
241:*7, 18*
243:*1*
244:*16, 24*
245:*7, 24*
246:*7, 12, 23*
247:*8, 22*
248:*24*
249:*13*
250:*7*
251:*18*
252:*1*
253:*14*
255:*9*
257:*17*
261:*17, 23*
262:*2, 9*
263:*6*
265:*24*
266:*5, 16*
267:*1, 6*
269:*11, 13, 18, 21*  270:*4, 11, 14, 17, 19*
273:*18*
274:*11*
275:*15, 20, 24*  276:*7, 10*
279:*6, 11*

281:*4*
282:*21*
283:*5, 23*
284:*1, 4*
285:*11, 19*
287:*11*
291:*15, 16*
293:*11*
296:*5, 7*
297:*9*
298:*15*
299:*18, 24*
301:*6*
303:*1*
305:*23*
306:*5, 13*
309:*14*
310:*21*
311:*1*
314:*13*
317:*18, 20*
319:*24*
322:*24*
323:*8*
324:*3*
325:*2*
326:*23*
332:*10*
333:*20*
336:*19*
337:*2*
339:*6, 14*
345:*13, 20*
346:*1, 14, 18*
347:*9*
352:*18*
353:*9, 23*
354:*4, 13*
363:*18*
364:*1, 18*
365:*8*
366:*1, 17*
367:*17*
368:*9*

369:*7, 23*
371:*12*
376:*4, 19*
377:*2, 3*
379:*1, 4*
380:*12, 15*
381:*3, 21*
383:*3*  385:*9*
**Jeminiwa**
117:*23*
**Jersey**  5:*9*
**JESSICA**
5:*7*
**jessica.brenn**
**an@btlaw.co**
**m**  5:*8*
**JNK**  180:*8*
209:*6, 7*
**job**  33:*22, 24*
**Johnson**
4:*17, 22*
5:*5, 10*
10:*15*  56:*7, 13, 16*
111:*22, 23*
112:*3, 4, 5, 11*  113:*18*
114:*4, 15*
115:*3*
116:*8*
118:*15, 21*
119:*12*
185:*9*  189:*8*
**Johnson's**
56:*16*
112:*12*
**JOHNSTON**
**E**  7:*12*
**JONATHAN**
7:*10*
**Journal**
99:*1*

153:*15*
158:*20*
164:*3, 10*
168:*16*
193:*16, 17*
195:*21*
199:*14*
**journals**
157:*25*
158:*1*
**JUDGE**  1:*5*
23:*1*  24:*13*
31:*18, 22*
40:*12*  42:*6*
90:*6, 10*
114:*7*
192:*15*
199:*13, 15*
209:*14*
282:*13*
**judgments**
32:*13*
**jump**  343:*2*
353:*10*
356:*2*
**justify**
162:*6*
181:*14*

**< K >**
**Kansas**  3:*4, 20*  16:*13*
91:*13*  92:*1*
**KAPKE**
4:*20*
**KARA**  4:*20*
**kara.kapke@**
**btlaw.com**
4:*20*
**Kate**  260:*22*
**KAUFFMA**
**NN**  7:*15*
**keep**  90:*25*
159:*1*

210:*16*
264:*12*
**keeping**
260:*6*
**KEITH** 7:*2*
**KELLER**
2:*16, 18*
**Kennon-**
**McGill**
14:*13*
152:*25*
153:*5, 12*
**KERSHAW**
3:*13*
**key** 118:*20*
119:*3*
252:*15*
285:*20, 25*
287:*4*
**keys** 133:*13*
**kidney**
130:*19*
146:*21*
156:*1*
164:*21*
**kidneys**
164:*18*
**Kiersten**
281:*12*
**kilogram**
148:*3, 14*
177:*4, 17, 18,*
*23* 190:*7, 19*
206:*13*
215:*20*
291:*20*
343:*11*
344:*9*
355:*6*
359:*22*
360:*20, 25*
361:*9*
366:*5, 14, 15*
367:*6*

369:*14, 22*
372:*4, 7, 17,*
*25* 373:*6*
**kilograms**
177:*12, 16*
184:*6*
**Kinase** 14:*6*
172:*5, 14*
208:*11, 23*
209:*5, 6*
**kinases**
209:*4*
**kind** 38:*20*
43:*20*
55:*13, 22*
68:*7* 75:*23*
132:*22*
158:*5*
160:*19*
173:*15*
186:*8*
199:*21*
207:*22*
293:*2*
298:*8*
308:*2*
354:*25*
363:*24*
**kinds**
186:*24*
298:*5*
357:*14*
378:*9*
**kinetics**
139:*20*
**KING** 6:*14*
**KINSMAN**
3:*18*
**KL1** 110:*6*
**Klein** 80:*14*
351:*21*
**kmacksoud**
**@stonedeanl**
**aw.com** 6:*20*

**knew**
113:*16*
**know** 30:*23*
32:*17*
38:*25*
41:*21* 42:*1*
52:*16, 18*
53:*17*
56:*18*
63:*20* 64:*4,*
*6* 94:*21*
95:*11*
109:*8*
113:*3, 4, 11*
114:*8, 21*
115:*6, 12, 15,*
*20, 21*
118:*18*
121:*7, 11*
123:*25*
127:*2*
129:*21*
130:*16*
137:*6*
138:*5*
142:*6*
151:*17*
157:*22*
161:*18*
162:*25*
167:*2, 4, 5*
175:*9, 13*
184:*20*
185:*8*
187:*3*
188:*17*
195:*12, 16*
197:*4*
198:*21*
202:*7*
204:*9*
207:*6*
211:*25*
212:*15*

215:*8*
217:*7*
218:*12*
221:*7*
222:*3*
234:*3, 22*
236:*15*
238:*6*
239:*15, 24*
245:*2*
248:*11, 13,*
*16* 258:*12,*
*22* 264:*14*
269:*14*
271:*14, 22*
275:*20*
276:*13, 18,*
*19, 20* 278:*8,*
*11, 19*
282:*14*
288:*8*
292:*22*
295:*5, 7*
300:*7*
302:*10*
315:*16*
316:*25*
317:*3*
318:*7*
323:*14, 15*
325:*19*
327:*2*
328:*1, 12*
331:*13*
332:*20*
333:*4*
334:*2*
335:*4*
337:*19*
342:*21*
349:*13*
360:*18*
363:*24*
365:*23*

366:*24*
370:*20*
371:*1*
373:*3, 16, 25*
374:*1*
375:*7, 13, 17,*
*20* 377:*7, 11,*
*15* 380:*6, 9*
**knowing**
198:*24*
**knowledge**
92:*25*
115:*9*
203:*23*
**known**
134:*21*
136:*13, 14*
146:*18*
196:*3, 5*
198:*15*
204:*4*
256:*14*
272:*9* 312:*8*
**KO** 5:*18*
**KO1** 108:*25*
**Koehn**
80:*13*
**KOHANE**
6:*2*
**Koop**
308:*21*
**KORI** 6:*19*
**KOSTICK**
7:*8*
**KRAUSE**
3:*18*
**Kreis** 343:*3,*
*16* 346:*22*
**Kroger** 6:*22*
**krozanski@h**
**bblaw.com**
7:*3*
**KUTTLES**

2:5

**< L >**

**lab** 38:5

**Laboratories**
10:16
111:23
112:6
**laboratory**
38:3 82:7
87:3 95:3
107:19
108:1
358:20
368:12, 25
383:18
**laboring**
158:8, 13
**lack** 248:12
314:23
355:14
**lactation**
65:12
122:24
**lactational**
353:17
**laid** 49:12
78:1
205:19
221:3
**landscape**
73:11
**lane** 349:11, 22
**language**
140:23
170:14
229:7
341:21
379:21
**LANIER**
2:2
**laptop** 198:9

**large** 67:2
127:16
165:16
181:15
278:18
286:8
292:15
328:8
353:6
361:19, 20
368:21
**larger**
190:25
278:6, 14, 23
283:10
**late** 230:20
371:9
**latest** 99:1
**laudatory**
108:3
**LAW** 2:2
4:2, 7
**LAWLOR**
7:15 15:6
**lawyer**
34:10
315:21
**lawyers**
79:16
**LAWYER'S**
8:15 390:1
**lbosso@ksla w.com** 6:15
**L-Buthionine**
341:14
**L-Buthionine-sulfoximine**
341:7
**LE** 3:14
**lead** 74:21
127:17
175:6

176:12, 25
179:3
180:23
227:5, 19
231:22
233:4
235:12
240:18
384:9
**leader**
118:21
119:3
**leading**
130:10, 11
**leads**
208:10, 19, 22 362:10
374:8, 9
**learned**
307:23
**leave** 189:6
301:4
317:25
323:6
**lecture**
20:25 23:9
24:12, 16
38:7
213:18
368:5
**lectured**
33:19
**lectures**
38:25 39:3
**lecturing**
24:7 33:13
**led** 93:13
157:3 257:8
**LEE** 3:13
5:2
**left** 172:19
229:3
306:14

316:5, 6, 17, 20 317:21
**left-hand**
105:14
159:22
166:11
**LEILA** 2:3
**leila.ayachi@ lanierlawfir m.com** 2:4
**length**
316:22
318:8
**lengthened**
310:10
**lengths**
170:24
197:2
**lesser**
191:18
309:16
**letter**
211:12
**letters**
157:24
229:19
**Level** 81:12, 20 85:18, 23
173:12
229:8
239:6
305:1
309:22
321:20, 21
324:9
326:10
**Levels** 9:11
64:19 86:2
87:19
95:18
99:11, 16
140:9, 18
206:7
223:16

224:15
227:6, 20
228:21
229:10
230:3
231:23
233:5, 7
234:2
235:13
236:7
237:14
238:6, 8, 15, 16 239:4
240:19
250:13
286:25
287:25
288:21
289:11, 16
290:14
294:12, 25
300:8
305:4
309:6
312:17
317:8
324:12
327:9
330:16
334:9, 13, 17
335:5, 21
340:15
341:19
342:4, 18
349:25
350:7
351:7, 20
355:14
357:25
358:2
360:9
368:20
384:10, 17, 18, 19 385:5

Confidential - Subject to Protective Order

Lexington 3:9
LIABILITY 1:3  15:14
Life 81:12 351:20
ligand 305:17 307:9, 14, 25
ligands 307:16
light 272:8
limit 214:11 356:9 357:5, 6, 23
limitation 24:1, 10 190:22, 24
limitations 61:6, 14
limited 189:21 370:9
LINDSEY 3:2
line 80:13, 14, 21  81:25 116:13 154:22 159:23 166:10 172:20 222:6 388:2  390:3
lines 78:24, 25  112:8 195:5 324:6  364:3
link 272:8, 13, 15
LinkedIn 19:4
linking 115:4

lipophilic 263:16 284:21
liquid 341:10 356:8 357:4, 9, 11, 12, 14, 16, 22
List 9:5 30:7  42:14, 22  54:8 58:17 59:13, 16 62:21  63:7, 10  79:4 80:23, 24 81:3  82:14 83:25 84:10, 22 85:3, 12, 13, 19  86:18 87:5, 9, 16, 21  88:7 90:15 97:15, 20 109:6, 8, 10 367:20
listed 39:22 47:10, 17 85:12 98:14 107:15, 17 108:16, 17 158:5 227:13
listen 31:25 185:5
listening 39:2
listing 108:2, 24
lists 154:14
liter 216:4, 8, 9, 10

219:3, 4, 7 222:22 225:1, 3, 16 300:10, 13 335:22, 25 336:6, 9, 11, 15  338:16, 18  359:15 361:21 364:14 373:8, 11 377:12
literally 24:25  37:8 108:24
literature 17:17, 19 22:10 28:19, 21 31:4  34:17 40:23 41:14 45:17 46:17, 18 50:13, 14, 17, 20, 21, 22 51:3, 16 53:22  54:5, 18, 21  55:14, 22  56:2, 9, 23  58:12, 19 59:17  60:9, 19, 23  61:22 62:20  63:1, 3, 16  66:10 68:19  69:4, 24  70:4, 15, 25  71:8, 11, 15, 20, 23 72:9, 11 73:10 74:13, 24 75:15  76:3, 4  78:23

86:5  87:24 88:7, 11 93:2  115:4 124:22 125:15 153:22 154:9 157:6 158:11 162:9, 15, 21 166:19 167:1 169:17 171:23 195:12 196:22 219:9 233:21 235:21, 22, 25  236:3 237:2, 4, 22 240:23 241:1, 8 242:11, 12, 17, 24  243:5, 7, 8  245:2, 10  249:12, 16  250:4 260:21 266:19 270:23 271:7 272:1 273:25 274:1, 4 275:10 276:2, 24 287:18 288:19 289:8, 15, 23 291:2, 7, 18 294:3, 4 295:12 297:22

322:18 354:17 368:14 370:15, 20, 21
LITIGATIO N  1:3, 24 7:19  8:19 15:8, 15 100:4, 5 114:17 354:15, 16
Little  1:18 15:12 26:12 38:20  51:3 147:1, 15 211:17 212:9 221:4 228:25 235:23 236:7 240:8 243:9 271:3 277:9 306:14 317:8 328:20 348:22 349:1 375:5  377:8
live 308:10 309:2, 4 310:1, 12
Liver 9:9, 18  11:2, 23 12:16  14:7 27:23  28:7 29:8, 24 30:4  31:5 35:5, 20 52:20  53:2

Confidential - Subject to Protective Order

64:*4, 20*
95:*17*
99:*10, 16*
100:*13*
128:*19*
129:*5*
130:*14, 18, 25* 131:*12, 22, 24*
132:*10, 13*
133:*24*
134:*9*
135:*21*
136:*14, 16, 23* 137:*10, 20, 23* 138:*7, 14, 21* 139:*9, 13, 15, 21, 24, 25* 140:*8*
141:*3, 17*
142:*10, 19*
143:*17*
145:*17, 20*
146:*6, 11, 15, 20* 147:*21*
148:*5*
150:*9, 10, 23*
164:*11, 15*
172:*6, 15*
176:*6, 20*
178:*17, 21*
179:*23*
181:*4*
196:*1*
204:*25*
205:*1*
208:*18*
221:*5*
222:*7*
223:*3, 7, 17*
224:*25*
225:*2, 13*
239:*12, 22*
240:*5*

245:*6*
250:*11, 14*
251:*15, 22*
252:*15*
286:*8, 15*
287:*1*
288:*1, 6, 7, 22, 24, 25*
289:*3, 12, 17*
290:*6, 15*
291:*1, 21*
292:*13*
293:*3, 16, 18*
294:*1, 7, 9, 11, 14, 24*
295:*5, 8*
296:*6*
298:*12*
301:*12*
302:*6, 10, 12*
305:*4*
306:*10, 22*
317:*1, 14*
318:*7, 11, 14*
320:*14*
326:*6, 10*
327:*3, 10, 14, 20* 328:*3*
329:*21, 25*
330:*16, 19*
331:*5, 21*
334:*20*
335:*4, 6, 14, 23* 336:*2, 24*
337:*25*
338:*7, 11, 17*
348:*17*
349:*4*
350:*1, 2, 23*
351:*8, 11*
352:*21*
353:*4, 5, 8*
360:*20, 23*
361:*1, 2*

365:*18, 20*
373:*17*
374:*10*
377:*9, 16, 17, 20* 378:*5*
**livers**
329:*10*
**lives** 201:*13, 17*
**living**
309:*16*
311:*7, 10, 12*
**LLC** 2:*16*
7:*5*
**LLP** 2:*10*
3:*7* 4:*10, 17* 5:*2, 7, 18*
6:*2, 8, 14, 19*
7:*2*
**LMD** 240:*1*
325:*12*
**loaded**
350:*1, 3, 9*
**locally**
324:*21*
**logic** 188:*14*
**long** 20:*16*
46:*3* 83:*16*
93:*7*
144:*13*
151:*2*
160:*19*
192:*19*
196:*3, 6*
214:*13*
346:*16*
364:*14*
**longer** 44:*6*
293:*6*
321:*19*
**longest**
83:*20*
**Long-Term**
82:*6* 87:*2*

264:*19*
298:*11*
**look** 40:*3*
45:*16, 25*
46:*18*
47:*20*
55:*20*
61:*23* 67:*2*
70:*11* 80:*1, 20* 83:*5*
89:*21* 96:*4*
99:*6* 104:*4, 7, 9* 116:*17, 19, 25* 117:*4*
119:*16*
122:*9*
131:*23*
140:*20, 22*
141:*25*
142:*8*
148:*14*
168:*4*
173:*4*
185:*22*
189:*15*
193:*25*
195:*18*
202:*12*
205:*17*
216:*1*
219:*10, 18*
220:*22*
225:*9*
229:*12*
244:*10*
252:*3, 5*
254:*3*
255:*1, 16, 19*
256:*10*
273:*6*
280:*16*
291:*8*
292:*4*
297:*4*

304:*25*
313:*17*
315:*5*
335:*24*
340:*17*
347:*17*
350:*8, 15*
358:*24*
360:*19*
369:*19*
371:*7*
374:*24*
**looked**
28:*25*
52:*18* 63:*9, 11* 87:*23*
177:*2*
196:*12*
221:*6*
222:*19*
224:*6*
256:*7*
258:*18*
271:*4*
278:*21*
301:*1*
**looking**
27:*22* 28:*6, 21* 64:*19*
68:*6* 86:*2*
87:*19* 88:*3*
98:*1*
100:*23*
108:*9, 11*
127:*23*
134:*24*
137:*10*
155:*25*
178:*23*
187:*12*
201:*18*
219:*16*
223:*23*
224:*14, 15*

242:17, 18
245:15
249:15
259:2
293:9
316:24
336:3
347:18
355:22
**Los** 7:4
**losing**
264:14
**loss** 29:2
127:13
139:3
142:13
145:1
148:4, 15
150:23
156:11
291:21
292:5
298:20, 22,
25 360:22,
25
**lost** 199:10
338:23
**lot** 30:9
40:6 69:16
197:23
208:8
236:22
263:7
275:6
288:7, 9
336:8
357:11
371:5
373:25
**Lots** 7:5
332:2
**Louie** 27:4,
11, 14
181:14

182:3, 5
206:16
293:5, 8
330:10
337:7
**Louie's**
337:3
**Louis** 4:9
110:8
**low** 184:12
227:2
236:7, 13
240:5
292:6
293:1
324:11
355:17
359:12
**Low-Dose**
14:2 172:2,
11
**lower** 133:6
177:17
192:25
260:2, 6
277:21
300:14
327:13, 19
330:5, 7, 18
334:23
335:3
337:24
338:10, 13
348:17
349:2, 3, 25
350:8, 10
355:13
358:14
359:6 373:5
**lowering**
370:3
**lowest**
177:3, 21, 22

178:12
366:4
**lscarcello@w
cllp.com** 3:3
**Lu** 12:17
306:10, 23
**LUCAS**
4:14 41:20,
23
**LUFF** 7:11
**LUKE** 6:14
**lunch**
152:23
**Lung** 11:24
28:14
147:2
165:4
251:15, 23
252:15
**lungs**
164:24
**Lutkewitte**
109:1 110:7
**lying**
345:22, 24

**< M >**
**MACKSOU
D** 6:19
**Madison** 6:3
**magnetic**
343:3
**Magnusson**
341:3
**maintain**
238:14
309:20
310:3, 13, 14
**maintained**
162:19
324:9
**maintaining**
309:6, 22
310:1

maintenance
309:5
**major**
127:1
128:5
146:12
205:2
226:7
252:22
**majority**
41:14
59:21
127:3
130:23
158:16
**maker**
36:18
106:13
111:4
112:24
113:20
**makers**
99:18
105:21
110:22
**making**
214:7
227:9
234:17
275:12
282:8 327:7
**male** 303:6,
18 311:24
312:3
**Males** 169:9
**Mallet**
372:14
**man** 210:1
**manifestatio
ns** 302:1
**manner**
320:23
**Mannitol**
82:5 87:1

**manufacture**
380:10
**manufacture
r** 235:1
380:4
**manuscript**
234:12
306:20
**manuscripts**
35:10
**margin**
344:12
345:10
346:6, 20, 23
**mark** 24:24
133:18
189:9
214:18
379:2
**MARKED**
9:2 42:11,
15, 18 78:9,
14 79:19
95:22
100:16
103:15
105:1
111:24
116:2, 6
133:20
134:3
153:12
172:8, 15
189:13
193:7
197:18
214:22
217:1
228:5
251:9, 16
262:8
274:9
291:10
302:25

306:*11*
314:*12*
324:*1*
326:*14, 21*
333:*18*
352:*16*
380:*24*
381:*2*
**marker**
255:*3*
329:*13*
**markers**
13:*16* 29:*4*
352:*15*
354:*3*
**marking**
42:*18*
111:*19*
153:*2*
**MARLOWE**
4:*2*
**massive**
45:*20* 89:*9*
147:*12*
152:2, *4, 9*
248:*15*
300:*24*
375:*3*
**matches**
99:*9*
**material**
158:*23*
**Materials**
9:5 40:*23*
42:*14, 22*
62:*21* 79:*3*
81:*2* 82:*13*
84:3, *10, 21*
85:*13*
86:*22*
87:*17, 21*
88:7 159:*4*
367:*19*

**maternal**
19:*14*
44:*17, 20*
47:4 48:*6,*
*25* 49:*4, 9*
151:*22*
204:*8*
226:*21, 25*
227:2, 3, *17*
228:*23*
229:*9*
230:2, *9, 12*
231:*20*
235:*10*
237:*13, 17*
240:*16*
243:*22*
267:*10, 13*
268:*13*
286:*18*
287:*20*
290:*21*
296:*17*
361:*10*
362:5, *17*
373:*13*
384:*7*
**math** 190:*1,*
*3* 216:*17*
217:*3*
**mathematica
lly** 344:*10*
**matter**
15:*13*
19:*17*
146:*25*
199:*18*
283:*2*
374:*20*
**Matthew**
118:*15*
**maximal**
341:*15*

**maximum**
216:*5*
219:*6*
260:*1*
277:*20, 22*
281:*23*
286:*19*
373:*9*
**McGILL**
1:*17* 8:2, *8*
9:3, 4, 8, *15,*
*20* 10:7, *13*
11:*9* 13:*18,*
*19* 15:*17*
16:2, 9, *11*
27:*19*
42:*10, 13, 17,*
*25* 73:*8*
78:*13, 18*
79:*1, 2, 3, 25*
91:*11*
95:*21*
100:*15*
103:*15*
104:*25*
115:*23*
119:*15*
120:*6*
123:*14*
124:*2*
125:*12*
127:*22*
134:*3*
152:*22*
165:*20*
175:*1*
218:*11*
221:*25*
227:*24*
250:*15*
258:*7*
281:*5*
282:*22*
285:*20*

298:*16*
299:*6*
320:*20, 22*
323:*9*
356:*7*
368:*2*
370:*14*
380:*23*
381:*1, 4, 22*
382:*9*
386:*5*
389:*4, 12*
**McNeil**
10:*16*
94:*16* 95:*4,*
*12* 96:*7, 19,*
*22, 25* 100:*1*
101:*16, 18,*
*20* 102:*4, 21*
104:*1, 13*
105:*17*
106:*1, 7, 13*
109:*9, 11, 21*
111:*23*
112:*5, 21, 24*
113:*2, 4, 12,*
*17, 18, 20*
114:*15, 19*
116:*9*
140:*7*
383:*10*
**mcwatts@wa
ttsguerra.co
m** 2:*11*
**MDL** 1:*1*
15:*15*
**mdowd@holl
andtriallawy
ers.com** 4:*8*
**mean** 37:*3*
56:*13* 58:*4,*
*8* 62:*22*
63:*6* 67:*6*
74:*19* 75:*4*

109:*25*
111:*10*
115:*21*
146:*9*
149:*25*
158:*22*
161:*16, 19*
168:*6*
170:*2*
173:*21*
176:*3*
179:*8, 9, 17,*
*21* 191:*1, 9*
196:*25*
203:*3*
204:*25*
219:*15, 23*
233:*25*
235:*16*
238:*18, 19,*
*22* 240:*25*
244:*3*
246:*11*
257:*2*
262:*25*
266:*12*
269:*18*
270:*10*
271:3, *19*
277:*17*
280:*25*
285:*2*
287:*10*
293:*15, 17*
298:*6*
299:*25*
301:*25*
332:*17*
338:*3*
349:9, *13*
354:*10, 15*
357:*9*
358:7, *23*
362:*21*

370:*24*
371:*6, 8*
374:*25*
383:*20*
**meaning**
187:*25*
200:*24*
246:*24*
**meaningful**
343:*22*
346:*8*
348:*12, 14*
367:*24*
**meaningless**
320:*1*
322:*12*
**means**
110:*2*
173:*8*
189:*25*
190:*12*
259:*11*
273:*8*
277:*19, 24*
309:*21*
322:*12*
329:*20*
366:*22*
**meant** 37:*4*
91:*24*
238:*22*
239:*3*
249:*18*
270:*18*
279:*12, 24*
282:*15*
300:*1, 4*
376:*7, 20, 22*
**measurable**
329:*3*
**measure**
147:*12*
313:*8*
343:*4*

356:*17, 23*
358:*18*
359:*11*
363:*9*
**measured**
144:*23*
184:*9*
222:*18*
225:*11*
301:*13*
326:*25*
342:*13*
343:*14*
345:*5, 8*
350:*23*

**measurement**
223:*11, 12*
344:*6, 7*
**measurements** 247:*15*
346:*11*
**Measuring**
14:*16*
214:*21*
**mechanism**
10:*8* 11:*8*
104:*21*
105:*3*
125:*2*
134:*2*
142:*19*
212:*13*
271:*25*
272:*16*
332:*19*
362:*9* 370:*2*
**Mechanisms**
9:*13* 14:*12*
48:*6, 10*
49:*13* 78:*2*
95:*20*
143:*21*
153:*5, 11, 19*

166:*12*
169:*3*
211:*24*
212:*1*
220:*20, 23, 24*
**Mechanistic**
9:*19*
100:*14*
165:*21*
166:*8, 11*
169:*2*
212:*19, 20*
272:*15*
**Media**
14:*16*
214:*21*
**mediate**
47:*7*
**mediated**
132:*23*
370:*11*
**mediates**
131:*5, 6*
**Medical**
16:*13, 22, 25*
37:*17*
117:*25*
**medication**
159:*16*
**Medicine**
13:*22*
189:*12*
272:*9*
**Medline**
51:*20*
**Medulla**
81:*18*
**meet** 41:*9, 16, 18, 23*
**Meister**
339:*17, 23*
**Mello** 10:*18*
115:*25*

121:*21*
122:*18*
**members**
254:*21*
256:*14*
328:*9*
**memory**
279:*18*
314:*4* 333:*1*
**mention**
80:*1* 83:*8, 9* 90:*8*
139:*10*
263:*3*
308:*11*
370:*21*
378:*2*
**mentioned**
18:*3* 40:*11*
42:*6* 79:*1*
80:*16*
91:*17* 94:*6*
133:*2*
143:*9*
168:*10*
239:*16*
242:*11*
243:*24*
254:*25*
255:*14*
267:*25*
279:*18*
342:*20*
368:*7*
**mentions**
63:*23* 208:*6*
**mentor**
92:*8, 9*
110:*13, 15*
114:*22*
**mentoring**
110:*10*
**mentorship**
38:*1, 5*

**Meridian**
4:*21*
**messenger**
304:*25*
313:*17*
318:*19*
321:*25*
322:*2, 15*
334:*12, 17*
347:*22*
**met** 41:*17, 19, 21*
**metabolism**
19:*11, 13*
20:*7* 21:*13, 17* 22:*22*
25:*25* 26:*4, 16* 28:*11*
38:*8* 39:*4*
51:*1*
130:*24*
139:*6*
145:*18*
146:*12, 13*
159:*3*
205:*3*
207:*18*
212:*19*
226:*2, 6*
237:*15*
250:*10*
252:*14*
255:*5*
268:*9*
286:*11*
328:*7, 16*
329:*16*
**metabolite**
47:*7* 48:*16, 17* 132:*17, 20* 142:*24*
**metabolize**
21:*16*

metabolized
21:*15*
254:*21*
metabolizing
254:*15*
method
43:*16, 17*
46:*4, 7, 13*
61:*8, 16*
74:*16*  94:*6*
266:*24*
317:*5*
318:*16, 17,
20*  320:*9*
356:*8, 11*
358:*20*
359:*2*
methodologic
al  316:*12*
methodologic
ally  317:*15*
methodologie
s  57:*3*
methodology
43:*2, 6, 8, 11*
54:*4*  57:*1*
63:*15*
74:*25*
75:*15*
143:*10*
149:*12*
266:*18, 23*
365:*9*
methods
253:*6*
312:*11*
313:*17*
318:*21*
322:*8*
357:*17*
358:*15, 18*
359:*6, 18*
metrics
195:*15*

Mice  9:*11*
10:*6, 11*
11:*3*  28:*25*
65:*20*  67:*2*
79:*4*  82:*1,
23*  86:*8, 15*
95:*19*
99:*11, 17*
103:*14, 21*
104:*23*
105:*5*
127:*19*
128:*18*
133:*8, 24*
134:*10, 22*
139:*21*
168:*1*
184:*4, 5, 12*
196:*2, 4, 6*
200:*6*
202:*12*
207:*19*
211:*25*
212:*1, 15*
305:*2*
361:*14*
367:*6, 9, 10*
368:*15*
369:*10*
373:*18*
374:*11*
375:*22*
Michael
1:*19*  4:*7*
7:*15*  116:*7*
136:*2*
163:*15*
386:*2, 19*
Micheli
359:*20*
360:*7*  361:*6*
microarray
240:*1*
325:*12*

microgram
350:*3*
micrograms
350:*20*
micromolars
216:*24*
micromole
292:*25*
300:*13*
373:*8, 11*
micromoles
216:*8, 10*
219:*4, 7*
microsomal
350:*21*
microsome
348:*6*
microsomes
326:*11*
middle
108:*9*
128:*8*
140:*24*
MIKAL
2:*10*
Mike  15:*20*
mild  180:*7*
milk  65:*16*
Miller  1:*19*
15:*21*
260:*23*
386:*2, 19*
milligram
177:*23*
350:*20*
360:*20*
366:*14*
373:*5*
milligrams
148:*3*
177:*4, 15, 16,
18*  184:*6*
189:*16, 22,
24*  190:*7, 9,*

*14, 18, 23*
215:*20*
228:*19*
229:*14*
247:*18*
291:*20*
355:*5, 6*
359:*21*
366:*5, 14*
367:*6*
369:*14, 21*
372:*4, 7, 16,
25*
milliliter
218:*16*
293:*1*
milliliters
189:*17*
190:*10, 13*
millimeter
216:*21*
millimolar
216:*21*
223:*19*
millimolars
218:*15*
millimole
216:*3, 9*
219:*2*
222:*22*
225:*1, 3, 16*
300:*10*
335:*22, 25*
336:*6, 9, 11,
15*  338:*16,
18*  359:*14*
361:*20*
373:*7*
377:*12*
millimoles
216:*4*
343:*10*
344:*9*

mimic
216:*11*
364:*16*
368:*20*
375:*22*
mimics
170:*16*
mind  40:*8*
159:*1*
160:*20*
228:*24*
339:*3*
346:*17*
364:*20*
377:*1*
minimal
148:*4, 11*
149:*16*
150:*22*
291:*21*
292:*2*
298:*22*
350:*12*
Minimizing
264:*17*
minimum
290:*24*
minor  360:*1*
minus
319:*6, 7*
326:*8*
343:*17, 21*
344:*13*
345:*11*
346:*7, 20*
minute
116:*18*
316:*16*
327:*22*
minutes
228:*22*
230:*4*
255:*18*
340:*10, 11*

Confidential - Subject to Protective Order

mirror
241:*21*
miscarriage
160:*1*
misleading
205:*25*

misrepresent
261:*18*
missed
126:*6*
Missouri
3:*4, 20* 4:*9*
misstating
355:*10*
mistake
174:*17*
201:*4*
misundersta
nding 126:*7,
16*
misunderstoo
d 125:*22*
126:*6*
MITCHELL
1:*17* 8:*2, 8*
15:*16* 16:*2*
386:*5*
389:*4, 12*

mitochondria
209:*8*
Mitochondri
al 10:*4, 11*
11:*5* 14:*4*
103:*13, 20*
104:*24*
105:*6*
128:*11, 21*
129:*1, 8*
132:*3, 19, 21,
24* 133:*6, 12*
134:*1, 20*
135:*8, 13, 24*

136:*6, 16*
143:*3, 5*
172:*4, 12*
175:*7*
176:*13, 18,
21, 25*
177:*20*
178:*4*
179:*4*
180:*9, 23*
195:*24*
208:*9, 19, 20*
295:*24, 25*
Miyasaki
121:*21*
122:*19*
model 90:*1*
170:*15, 21,
24* 183:*6*
211:*22*
212:*21*
213:*1*
214:*4*
361:*17*
364:*22, 23,
24* 375:*21*
models 89:*3,
22, 25*
132:*10, 16*
133:*1*
181:*16*
264:*7*
368:*20*
modern
358:*15*
359:*6*
modified
113:*8*
modify
39:*25*
Modulation
80:*4*
mole 278:*6*

molecular
278:*15*
molecule
284:*7*
molecules
357:*18*
moment
20:*14*
28:*23*
47:*21*
117:*9*
142:*3*
154:*18*
167:*14*
168:*4*
187:*5*
193:*11*
194:*11*
199:*9*
200:*25*
221:*14*
223:*25*
240:*14*
259:*2* 277:*7*
MONAGHA
N 3:*7*
Monday
25:*1* 38:*18,
19*
money 97:*6*
110:*22*
111:*4*
113:*13*
monies
106:*16*
monologue
214:*13*
month 39:*9*
moot 354:*25*
morning
16:*9, 10*
266:*23*
MORRIS
5:*12*

165:*18*
MORRISON
6:*8*
Morristown
5:*9*
mother
150:*18*
161:*21, 22*
162:*7*
188:*4*
192:*6, 19, 22*
228:*21*
234:*15, 24*
241:*21, 22*
247:*17, 18*
248:*8, 10*
259:*6* 385:*4*
mothers
77:*7*
mother's
65:*16*
motion
24:*25*
motor
303:*22*
Mouse 14:*7*
82:*10* 87:*8*
172:*6, 15*
207:*25*
339:*25*
367:*4*
368:*12, 25*
mouse-
rodent 66:*2*
Move 19:*18*
30:*8, 18*
40:*14*
60:*14* 61:*1*
67:*8* 74:*8*
109:*15*
122:*12*
123:*13*
125:*4, 10*
131:*9*

165:*18*
181:*9*
210:*23*
213:*17*
214:*16*
225:*22*
250:*8*
317:*18*
325:*22*
336:*19, 25*
346:*3*
353:*13*
moving
55:*18*
120:*13*
121:*1, 13*
204:*21*
337:*1*
338:*20*
mRNA
301:*12, 15,
16* 313:*15,
20* 314:*1*
316:*8, 18*
317:*23*
319:*19*
327:*12*
Multiple
12:*11* 57:*8,
15, 17, 18*
58:*23*
132:*5*
207:*16*
254:*4*
276:*24*
278:*10, 18*
285:*3*
292:*22*
296:*19*
297:*4*
302:*21*
335:*19*
338:*5*

Confidential - Subject to Protective Order

383:*21*

**< N >**
**N-acetyl**
341:*11*
**N-acetyl-p-**
**benzoquinon**
**e** 48:*14*
143:*1*
**NADINE**
6:*2*
**Nair** 11:*12,*
*15* 193:7, *20*
197:*9, 18*
**name** 15:*6*
85:*21*
109:*2*
112:*11*
117:*12, 20*
118:*10, 13,*
*22* 119:*5*
333:*11*
**named** 92:*3*
109:*7*
110:*3, 19*
**names**
116:*14, 23*
118:*18*
**nanograms**
350:*1, 2*
**nanomolar**
356:*9*
357:*7, 23*
**nanomole**
329:*11, 19*
**NAO** 7:*9*
**NAPQI**
20:*10*
21:*16* 29:*4*
44:*16, 19*
45:*2, 10, 19*
47:*2* 48:*14,*
*23* 49:*21*
67:*3, 4, 24,*

*25* 89:*10*
124:*25*
127:*18*
128:*21*
131:*4*
132:*2, 16*
133:*11*
135:*7*
139:*20, 25*
141:*9, 10, 11,*
*12, 14* 143:*1*
144:*4*
152:*5*
208:*5, 17*
212:*8*
222:*8*
223:*4*
225:*7*
236:*2, 13*
237:*15*
238:*16*
243:*10, 12*
285:*22, 23*
286:*5, 9, 21*
287:*3, 21*
290:*17*
293:*22*
295:*2*
299:*2, 5, 7,*
*13, 15* 300:*3,*
*16, 20, 23*
301:*2*
324:*22*
325:*6, 8, 21*
336:*12, 14,*
*15, 18* 354:*7,*
*20, 25*
355:*20, 24*
356:*3*
365:*22, 23*
375:*1, 2*
376:*18, 22*
377:*6*

**NAPQI-**
**induced**
295:*18*
**narrative**
17:*16*
**narrow**
183:*12*
**National**
108:*4, 15, 25*
306:*20*
**natural**
52:*19, 21, 25*
64:*1*
**nature** 41:*8*
**NCRA**
386:*20, 21*
**ND** 319:*8*
**near** 54:*14*
167:*17*
**nearly**
57:*20*
227:*1*
230:*11*
**necessarily**
39:*7*
187:*23*
214:*12*
309:*19*
336:*1*
368:*18*
374:*9*
**necessary**
44:*3, 6*
46:*9* 66:*18,*
*19, 20*
111:*12*
135:*25*
136:*7, 17*
143:*13*
145:*24*
146:*2, 5, 8*
220:*16*
291:*24*
295:*1, 16, 17*

296:*13*
375:*7* 387:*4*
**Necrosis**
9:*16*
100:*12*
129:*2*
175:*5*
176:*12*
179:*3*
180:*24*
**necrotic**
143:*5* 296:*1*
**need** 23:*9*
25:*3* 32:*9,*
*18* 33:*6, 19*
34:*22*
39:*18*
111:*9*
120:*20*
201:*22*
202:*11*
211:*13*
217:*2, 19, 21*
252:*2*
263:*15*
277:*8*
280:*1*
289:*24, 25*
290:*12, 13,*
*24* 338:*2*
339:*4*
344:*16*
347:*4*
352:*7*
367:*13, 23*
374:*21, 23*
377:*18*
382:*1*
**needed** 39:*1*
190:*3*
237:*16*
**needing**
272:*20*

**needs** 24:*8*
138:*4*
218:*6*
288:*20*
**negative**
174:*14*
198:*21*
**negligible**
317:*8*
335:*2*
348:*24*
**negotiated**
23:*19*
**neither**
386:*13, 14*
**Nelson**
135:*9*
**neonatal**
65:*19*
231:*15*
259:*2, 5*
367:*9*
369:*10*
**neonate**
227:*16*
228:*22*
229:*8, 11*
234:*15*
238:*14*
239:*5*
248:*5, 8*
250:*6*
**neonates**
230:*18*
238:*9*
243:*16*
**nephrotoxicit**
**y** 155:*24*
**nervous**
28:*13*
263:*15*
370:*7*
371:*20, 25*

network
55:22
neuro
324:15
Neurobehavi
oral   82:25
86:11
156:15
157:5
158:10, 18
206:2
352:10
neurodevelop
ment   65:6,
10, 22, 23
93:15
165:23
375:8, 15
neurodevelop
mental   66:2,
11   69:5, 10,
11, 25   72:12,
14   73:3
76:12, 16, 20,
21   77:11
89:2   93:5,
12   124:6, 14,
18   125:3, 7
156:15, 20,
23   157:5, 11
158:9, 18
160:15
166:7
206:2, 24
231:5
239:9
290:23
353:2
362:11
363:13
375:10, 12,
17
neurological
205:6, 14, 23

264:19
312:9
352:3
363:12
neurologist
16:16
neuronal
206:5, 14
216:19
218:14, 22
neurons
128:3, 5
neuroscientis
t   137:3
157:16
169:21
neurotoxic
110:24
239:7
382:20

neurotoxicity
18:8
286:21
287:21
290:17
295:2
382:25
383:7
neurotoxicol
ogy   46:22
76:6   77:21
Neurotransm
itter   85:24
Neurotransm
itters   81:13,
21   85:18
86:3
neutralizes
376:1, 2, 5,
12, 18   377:6
neutralizing
376:17

never   22:14
100:5
111:15
114:14
117:15
121:8
128:1, 6
182:9
185:14
249:8
298:12
327:1
361:22
Nevertheless
110:18
NEW   1:1
2:7   3:10
4:16   5:9,
13   6:4
9:18   44:4,
5   100:14
262:1
newborn
342:10
nexus   93:5
NIH   383:17
nine   314:1,
19   315:6
316:7, 19
317:22
319:18
342:13
nitric   370:6
Nitsche
11:18
227:11
228:5, 8, 14
247:13
383:24
Nitsche-
cited   228:14
nkohane@btl
aw.com   6:3
noise   358:11

nonfiction
311:21
nonpregnant
226:3

nonrelevance
52:17
nonresponsiv
e   19:19
30:19
60:15   67:9
109:16
125:5
131:10
317:19
336:20
nonsense
218:3
nonsensical
197:24
nontoxic
172:22
173:8, 19, 22
174:8
175:2
176:10, 24
178:25
179:8, 16
Noorchashm
119:2, 7
Nope   138:2
normal
177:4, 10
309:5
311:17, 19
339:25
342:7
normalized
191:3, 4
normally
193:1
208:25
North   2:20
4:3, 8

northern
315:11, 15
notable
348:15
Notably
230:7
Notary   1:21
386:4, 22
389:20
note   112:16
128:2
139:9
148:11
206:22
230:16
245:20
308:4
366:13
noted   15:18
167:22
239:20
347:5
349:16
385:14
387:11
389:7
NOTES
8:15   217:9
307:4   390:1
notice
343:15
notion
194:12
205:4
233:2
298:17
November
228:11
NSAIDs
159:24
N-Terminal
14:6   172:5,
14   208:11
209:6

**nuclear**
10:*12*
104:*24*
105:*6*
**null** 45:*4*
49:*17, 20*
**NUMBER**
9:*2* 23:*13*
29:*1, 2, 19*
30:*15* 31:*4*
35:*18, 22*
38:*15*
41:*24* 42:*2*
43:*18* 47:*1*
55:*6* 92:*15*
97:*24*
115:*21*
124:*23*
129:*25*
157:*24*
191:*4*
196:*25*
222:*17*
225:*10*
291:*14*
305:*9*
330:*7*
344:*17*
351:*2, 13*
355:*7*
370:*9*
371:*21, 22*
377:*8*
**numbers**
195:*11*
196:*15*
197:*3*
198:*6*
203:*8, 14*
204:*3, 10*
327:*8*
330:*15, 17*
344:*2*

345:*3*
351:*7, 9*
**numeral**
184:*3*
**numerous**
225:*20*
290:*3*
**Nutrition**
378:*8*
**Nuttall**
337:*7, 13*
**NW** 5:*3, 13,*
*19* 6:*15*

**< O >**
**o0o** 385:*15*
**oar** 158:*8,*
*14*
**oath** 40:*12*
42:*5*
**Object**
19:*22* 20:*4,*
*23* 21:*10, 22*
22:*4* 23:*8,*
*12, 13, 22*
26:*9* 27:*13*
29:*25*
30:*11, 12*
31:*7* 46:*6*
47:*18*
51:*12*
53:*15* 54:*6*
56:*10* 57:*6*
58:*7, 21*
59:*5, 20*
60:*1, 10, 20*
61:*10* 66:*5*
68:*13, 21*
69:*7, 18*
70:*1, 17*
71:*24*
73:*16* 74:*4,*
*17* 75:*2, 17*
76:*10, 18, 24*

77:*23*
79:*18, 19*
80:*6* 84:*4*
89:*4* 90:*11*
92:*23*
93:*24*
94:*18* 97:*4*
99:*20, 24*
102:*7, 12*
105:*23*
106:*4, 20*
111:*1, 7*
112:*15, 25*
113:*15*
115:*7, 19*
118:*6, 23*
119:*4*
121:*3*
124:*8, 16*
125:*24*
126:*9, 13*
129:*3*
131:*14*
138:*16*
148:*23*
149:*20*
150:*25*
155:*17*
164:*13, 19,*
*25* 165:*11,*
*25* 175:*23*
179:*10*
182:*21, 24*
185:*2, 11, 18*
186:*16, 20*
188:*19*
196:*24*
197:*12*
198:*1*
200:*3, 7*
201:*15, 24*
205:*16*
209:*17*
213:*8*

216:*25*
233:*9, 12, 23*
234:*7*
236:*24*
241:*4*
242:*25*
244:*12, 21*
245:*3, 17*
246:*3, 9, 18*
247:*2, 20*
249:*6*
257:*11*
262:*23*
270:*8*
283:*15*
319:*21*
345:*12, 15*
354:*9*
364:*6*
365:*1*
370:*18*
376:*3, 14*
**Objection**
17:*7* 18:*19*
24:*18, 21*
27:*6* 32:*6*
61:*18*
79:*14*
112:*16*
114:*11*
115:*7*
120:*22*
149:*4*
160:*18*
161:*4*
169:*19*
179:*20*
191:*20*
217:*18*
218:*6, 17*
235:*19*
241:*13*
250:*1*
261:*8, 21*

266:*9, 21*
279:*2*
282:*17*
287:*6*
292:*17*
296:*20*
297:*24*
300:*6*
310:*18, 24*
322:*21*
323:*3*
324:*24*
331:*25*
346:*13, 25*
352:*23*
363:*14, 22*
365:*16*
366:*9*
367:*11*
368:*3*
369:*3, 17*
**objective**
94:*1, 9*
**objectivity**
93:*22*
**objects**
361:*14*
**obligated**
211:*2*
**obligation**
378:*12*
**obligations**
379:*14*
**Oblongata**
81:*18*
**observation**
43:*19, 21*
44:*11* 46:*8*
145:*22*

**observational**
185:*23*
**observe**
43:*20* 186:*2*

**observed**
132:*11*
177:*21*
178:*14*
216:*23*
218:*21*
234:*2*
247:*16*
307:*11*
315:*8*
319:*18*
334:*9, 13*
**obstetrician**
192:*12*
204:*1*
**obtain**
50:*20*  58:*18*
**obtained**
110:*9*
165:*14*
229:*10*
253:*3, 10, 12*
311:*24*
312:*4, 7*
**obviously**
50:*25*
64:*12*
194:*24*
375:*1*
**occasionally**
195:*18*
**occasions**
41:*22*
**occur**  78:*3*
114:*6*
129:*9*
141:*19, 23*
144:*18*
146:*19*
148:*7*
211:*25*
212:*15*
298:*20*

**occurred**
145:*1*  178:*6*
**occurring**
146:*24*
**occurs**
128:*12*
143:*24*
146:*18*
147:*7*
195:*25*
208:*4*
296:*14*
362:*17*
**odd**  357:*11*
**O-deethylase**
328:*25*
**offending**
272:*11*
**offer**  27:*3*
32:*24*  33:*3*
43:*3*  286:*4*
287:*5*
**offered**
121:*18*
**offering**
25:*21, 23*
26:*7, 10, 14*
50:*3*
**offices**  1:*17*
**official**
108:*15, 17*
110:*3*
**officially**
108:*17*
110:*19*
**offspring**
48:*8*
122:*23*
149:*8*
184:*9, 24*
185:*1*
352:*2*  353:*1*

**Oh**  25:*3*
56:*12*
69:*20*
89:*18*
92:*17*
135:*4*
163:*20*
199:*11*
250:*22*
257:*15*
270:*11*
319:*11*
320:*9, 11*
333:*15*
347:*23*
357:*16*
**Okay**  17:*3, 13*  18:*1*
32:*2*  33:*8*
34:*25*
35:*24*
36:*10, 18*
37:*18*
39:*23*
40:*14*
69:*17*
70:*13*  73:*8*
78:*7*  79:*13*
85:*14*  91:*2*
95:*10*
103:*4*
107:*6, 20*
108:*20*
113:*10, 25*
119:*9*
122:*4*
123:*6, 13*
137:*12*
139:*17*
142:*6, 7*
151:*10*
153:*2*
154:*15*
159:*10*

163:*20*
170:*11*
171:*13, 25*
172:*8*
176:*8, 22*
178:*20*
187:*3*
188:*10*
192:*2*
197:*8*
210:*20*
212:*4, 24*
214:*17*
215:*6, 16*
222:*5*
226:*14*
227:*9, 15*
230:*15*
231:*3, 10*
232:*18, 23*
233:*17*
242:*19*
250:*23*
251:*2*
253:*15*
258:*12*
261:*5*
265:*4*
268:*15*
270:*20*
274:*2*
276:*21*
280:*8*
282:*3*
283:*24*
288:*13*
291:*6, 13*
302:*5, 7*
303:*8*
305:*13*
308:*11*
316:*5*
317:*5*
319:*12*

322:*13, 14*
323:*17*
338:*1*
342:*9*
355:*11*
382:*17*
383:*9*
385:*6, 10*
**old**  189:*20*
191:*18*
342:*11*
**older**  132:*8*
356:*8*
357:*4, 6, 10, 22*
**oldest**
357:*17*
**Once**  43:*23*
44:*2, 5*
52:*3*  53:*5*
174:*9*
178:*6*
186:*21*
264:*2*
278:*16*
310:*11*
**one-fifth**
335:*13*
336:*2, 23*
**ones**  186:*5*
**one-seven-hundredth**
301:*11*
**one-to-one**
273:*7*
**ongoing**
97:*11*  371:*8*
**online**  19:*4*
38:*21*  54:*1*
228:*11*
**Ontogeny**
11:*21*
251:*13, 21*
252:*13*

Confidential - Subject to Protective Order

open  81:5
84:9
operates
371:19
operative
177:24
opine  125:2
146:7
185:6
205:22
220:25
opining
258:8
opinion
73:9
118:21
119:3
136:12
150:17
222:13
224:19
225:8
236:25
286:2, 4
287:9
289:8
294:22
309:12
325:5
373:23
opinions
27:4  43:3
50:2
123:15
170:7, 8
220:18
244:5
285:21
286:1
287:4  298:5
opportunity
23:2  39:11
62:8, 11

308:5
381:11
opposed
45:15
67:10, 21
161:14
opposing
24:2
opposite
171:22
172:25
185:10
optimal
264:1
option
160:7, 17
Oral  1:17
189:15
190:11
229:10, 14
ORDER
1:8  23:21
24:1  50:2
268:6
271:20, 22
288:8, 11
290:15, 19
300:13
350:4
377:15
organ  131:1
204:22
288:9, 15
289:4
290:8, 10
294:16
302:14
335:18
377:23
Organogenes
is-Stage
80:5
organs
154:24

155:2, 11, 13
286:11
original
17:10, 14, 20,
22, 24  18:5,
10, 24  22:12,
15  29:6
153:21, 22
154:6
195:19
387:15
originated
132:7
ototoxicity
156:11
165:16
outcome
206:24
373:20
outcomes
72:12, 14, 23
73:2, 22
76:20  89:2
124:6, 15, 18,
19  125:3, 7,
8  150:1
186:2
239:9
267:14
352:10
362:11
375:10, 12,
17
outlined
73:7
outset
274:16
outside
24:9  116:7
118:1  380:5
outstanding
67:7
overall
88:12  273:6

overcount
198:17
Overdose
10:5
103:14, 21
127:5, 8, 9,
10, 17, 23
128:20
129:5, 6
133:7
135:14
136:15, 17
146:6, 20
150:11
151:13
164:14, 20
176:2, 4, 5, 6,
20, 23
177:22
178:12, 21
179:9, 18, 22
180:14
195:24
196:1
204:24
205:5, 14, 24
207:2
208:16
216:15
286:13
288:4, 10
296:6
297:17, 21
361:24, 25
362:2
365:24, 25
372:16
373:1, 5
377:19
overdose-
induced
180:6, 16, 19
overdoses
45:20  89:9

147:12
150:14
152:2, 4, 7, 9
165:16
175:6
177:3
178:12
179:13
248:15
288:24
292:21
298:25
300:24
375:4
overdosing
298:3
overlap
57:14
overlooked
12:8
126:17
208:3
271:9
274:8, 13
overseeing
90:7
overt  165:3
179:23
180:23
overtly
179:13
Oxidative
11:7  12:16
13:16  47:5
48:19  49:3,
21  128:17
131:6
134:2
135:14
143:4
176:17, 20
208:7, 10, 21,
22  212:9
295:24

Confidential — Subject to Protective Order

306:*9*, *21*
352:*5*, *15*
353:*15*
354:*3*
362:*6*, *8*, *16*,
*25* 363:*9*
365:*10*, *13*,
*21* 367:*8*, *22*
369:*9*, *19*
**oxide** 370:*6*
**Oxnard**
6:*20*

**< P >**
**p.m** 152:*18*
221:*20*, *21*
285:*15*, *16*
306:*1*, *2*
339:*10*, *11*
380:*18*, *19*
385:*14*
**P4** 248:*12*
331:*4*
**P450** 12:*12*
13:*7* 64:*19*
133:*11*
206:*5*
240:*8*
288:*7*, *9*
302:*13*, *14*,
*22* 303:*5*, *17*
324:*12*
326:*7*, *18*
327:*25*
328:*3*, *7*
335:*1* 377:*8*
**P-450** 13:*4*
323:*24*
347:*14*
**P450b** 329:*2*
**P450c** 329:*2*
**P450c,d**
13:*10*
326:*20*

**P450-**
**catalyzed**
142:*20*
**P450s** 29:*7*
141:*11*
240:*4*
328:*6*, *15*
355:*17*
**P45Ob,e**
13:*9* 326:*20*
**P801** 9:*3*
42:*10* 99:*4*
**P801B** 9:*4*
42:*13*
**P802** 9:*6*
78:*12*
**P803** 9:*9*
95:*17*
291:*11*, *15*,
*17* 295:*12*
**P804** 9:*16*
100:*10*, *12*
**P805** 10:*2*
103:*9*, *11*
**P806** 10:*8*
104:*19*, *21*
**P807** 10:*15*
111:*22*
**P808** 10:*17*
115:*24*
116:*6*
140:*7*, *8*
**P809** 11:*2*
133:*23*
**P811** 11:*10*
193:*5*, *12*
**P812B**
11:*14*
197:*17*
**P813** 11:*16*
228:*3*
383:*23*
**P814** 11:*19*
251:*11*

**P815** 12:*2*
262:*3*, *5*
**P816** 12:*6*
274:*4*, *6*
**P818** 12:*11*
302:*19*, *21*
**P819** 12:*16*
306:*9*
**P820** 12:*19*
314:*5*, *7*
**P821** 13:*2*
323:*21*, *23*
**P822** 13:*6*
326:*17*
**P825** 13:*12*
352:*12*
353:*24*
**P832** 13:*18*
380:*23*
381:*5*
**P832B**
13:*19*
381:*1*, *5*
**P836** 13:*20*
189:*9*, *11*
**P837** 14:*2*
172:*9*, *11*
**P839** 14:*9*
153:*9*
**P856** 14:*14*
333:*17*
**P870** 14:*16*
214:*21*
**PADGETT**
4:*19*
**PAGE** 8:*19*
47:*16*
70:*23*
96:*10*, *15*
97:*24* 98:*6*,
*12*, *13*, *25*
99:*5*, *7*
100:*9*, *18*
105:*11*, *13*

107:*5*, *9*, *10*,
*11* 108:*8*, *10*
114:*6*
122:*19*
123:*18*, *20*
126:*20*
128:*8*, *9*
133:*3*
134:*19*
135:*22*
136:*4*
137:*9*, *14*, *19*,
*21* 138:*10*
139:*9*, *11*, *17*
142:*1*, *15*
143:*20*
144:*12*
147:*20*
159:*11*, *21*
166:*8*
167:*17*
170:*13*
172:*18*
173:*1*, *5*
175:*25*
176:*9*
181:*13*
183:*23*
187:*7*, *10*, *14*,
*17* 222:*1*
224:*2*, *4*
225:*9*, *24*
229:*3*
230:*1*
238:*3*
254:*8*
258:*5*
274:*21*
296:*4*
306:*16*, *24*
314:*15*
315:*2*, *3*
333:*22*, *23*
338:*21*

339:*1*, *15*, *20*
353:*11*
356:*5*
367:*19*
388:*2* 390:*3*
**pages**
100:*24*
129:*23*
130:*2*
138:*9*, *12*
139:*8* 389:*5*
**pagination**
98:*9*
**pain** 112:*10*
159:*17*
160:*3*
161:*15*
162:*1*
370:*2*
372:*17*
**painful**
275:*23*
**Panadol**
380:*2*
**panel** 142:*8*
148:*15*
**panelist**
213:*5* 214:*1*
**paper** 10:*18*
52:*18* 53:*5*
64:*9*, *12*
115:*25*
125:*21*, *22*
126:*12*
133:*1*, *3*
135:*21*
141:*22*
152:*24*
153:*20*, *25*
154:*4*
155:*21*
157:*10*, *12*
165:*20*
166:*22*

167:*4, 5*
175:*2*
177:*2*
178:*1, 7*
179:*8*
216:*1*
218:*18*
219:*1*
244:*7, 15, 23*
255:*15, 21, 24*  256:*5*
280:*18*
298:*23*
308:*6*
310:*7*
327:*24*
328:*13*
**papers**
31:*15*
34:*24*  35:*4*
50:*16, 18, 19, 23*  53:*6*
55:*21*
90:*13*
92:*15*
125:*16, 17*
142:*18*
371:*10*
**PAR**
353:*18, 19*
**paracetamol**
13:*13*
81:*12, 17, 22*
82:*9*  85:*25*
87:*7*
122:*23*
123:*3*
337:*8*
352:*13*
353:*19*
354:*1*
378:*17*
**paragraph**
47:*16, 21, 24*

48:*4*  73:*7*
78:*2*
123:*23*
126:*21, 22*
127:*4*
129:*13, 19*
133:*2*
136:*5*
142:*17*
166:*10*
167:*11*
169:*17*
170:*13, 19*
173:*1, 5, 24*
181:*10, 11, 12*  187:*7, 11, 16*  204:*20*
205:*19*
222:*2, 3*
226:*15*
232:*6*
237:*11*
240:*15*
250:*9*
257:*16*
258:*4*
259:*24*
267:*8*
273:*5*
286:*7*
287:*15*
301:*7*
307:*5*
314:*16*
326:*3*
327:*11*
328:*18, 23*
338:*20*
339:*19*
350:*16*
351:*15*
353:*11*
362:*4*

369:*24*
372:*2, 14*
**parallels**
230:*8*
**parameters**
353:*16*

**parenchymal**
128:*4*
**parent**
123:*10*
**parents**  77:*7*
**Parikh-Das**
118:*12*
**Park**  5:*8*
**part**  25:*16*
28:*1, 12*
37:*19*
40:*24*  41:*4, 11, 12*  46:*3, 13*  61:*2, 22*
71:*14*  74:*9, 25*  75:*5, 15, 22*  79:*8*
89:*16*  96:*6, 19, 22*  104:*1*
112:*21*
113:*18*
114:*10*
132:*23*
212:*7*
220:*14*
238:*10*
247:*4*
257:*13, 14*
258:*7*
282:*8*
309:*4, 7, 21*
317:*15*
323:*10, 16*
331:*12*
353:*6*
365:*4*

379:*7*
383:*11*
**particular**
90:*15*
102:*5, 14*
143:*4*
164:*3*
169:*6*
185:*21*
223:*22*
249:*10*
259:*23*
284:*9*
342:*16*
354:*17*
366:*25*
374:*23*
**particularly**
19:*13*
46:*23*  47:*3, 20*  136:*15*
169:*24*
348:*15*
**parties**
386:*14*
**partly**  181:*7*
**parts**  64:*17*
198:*14*
273:*5*
334:*24*
**party**
386:*11*
**pass**  323:*20*
**Passage**
11:*16*
228:*3, 9*
231:*8*
**passed**
119:*11*
**passes**  284:*8*
**passing**
41:*21*
162:*19*
186:*19*

241:*20*
306:*6*
**pathology**
38:*12, 14*
39:*6*
**pathways**
370:*4, 6*
371:*22*
**patient**
168:*23*
185:*15*
361:*25*
**patients**
127:*8, 9*
146:*20*
154:*19*
160:*8*
163:*17*
164:*5, 6, 21*
180:*21*
181:*3*
183:*16*
195:*24*
207:*2*  362:*3*
**PATRICK**
7:*11*
**paucity**
131:*1*
**Paul**  260:*23*
**pause**  39:*1*
47:*22*
291:*12*
**pay**  111:*10, 16*
**paying**
113:*13*
**PCR**  320:*12*
**PDF**  98:*6*
99:*5*  101:*6*
107:*12*
**peak**
147:*20*
230:*10*
260:*6*

277:*20*, *22*
280:*21*, *23*
**Pearson**
14:*14*
78:*19*, *23*
90:*9*
333:*17*
367:*5*
369:*13*
**Pearson's**
78:*20* 79:*9*
332:*22*, *25*
333:*22*
**pediatrician**
189:*4*
192:*11*
204:*1*
**peel** 70:*13*
**peer-**
**reviewed**
34:*24* 35:*4*,
*9*
**pending**
109:*17*

**Pennsylvania**
6:*15*
**pentobarbita**
**l** 341:*4*
**people**
41:*21*
45:*25*
53:*23*
158:*1*
163:*25*
165:*5*
168:*22*
170:*1*
178:*4*
198:*23*, *24*
213:*5*
214:*10*
273:*24*
320:*10*

**people's**
17:*23*
**perceived**
103:*2*
**percent**
378:*23*
379:*20*
**percentage**
328:*15*
**perfect**
333:*15*
375:*25*
376:*11*
377:*5*
**perfluorinate**
**d** 278:*17*
**perform**
46:*12*
51:*22*
53:*19*
166:*18*
**performed**
17:*25*
165:*22*
166:*12*
169:*3*
184:*4*
260:*9*
268:*18*
378:*10*
**Perinatal**
13:*12*
82:*17*
87:*15*
352:*12*
353:*25*
**period**
23:*23*
65:*19*
169:*12*
292:*10*
296:*15*
324:*10*

325:*9*, *21*
337:*15*
**permission**
25:*4*
**permit**
185:*14*
**person**
57:*18* 92:*3*
110:*19*
177:*12*
**personally**
45:*10*
60:*11*
97:*20*
111:*16*
147:*4*, *6*
185:*20*
**personnel**
108:*3*, *14*, *18*
109:*10*
110:*4*
**perspective**
74:*12*
149:*11*
153:*23*
**PFAS** 275:*1*,
*7*, *17* 276:*20*
278:*13*, *16*
281:*13*
283:*9*
**pH** 259:*11*
284:*18*, *20*
**Pharmaceuti**
**cals** 94:*16*
**Pharmacokin**
**etics** 26:*23*,
*24* 27:*1*, *8*
43:*4* 202:*7*
203:*19*
225:*23*
226:*2*
234:*13*
268:*6*, *9*

**pharmacolog**
**ist** 25:*7*, *12*,
*14* 27:*5*, *12*
191:*3*
**pharmacolog**
**y** 25:*10*, *16*,
*17*, *22* 26:*5*,
*8*, *17* 91:*12*,
*18*, *23*
**Pharmacy**
6:*5* 193:*18*
**pharmakinet**
**ics** 26:*22*
**phase**
320:*25*
**PhD** 1:*17*
8:*2*, *8* 16:*2*,
*24* 25:*8*, *16*,
*17* 37:*22*
38:*4* 39:*5*
92:*9*
114:*23*
386:*5*
389:*4*, *12*
**Phenol**
11:*22*
251:*13*, *21*
254:*13*
**phenolic**
254:*15*
**phenomenon**
43:*20* 129:*9*
**Philippot**
81:*25* 82:*8*
86:*6*, *10*, *17*
87:*6*, *10*
**philosopher**
185:*6*
**phone**
279:*24*
**phrase**
161:*11*
**phrasing**
30:*15*

**physical**
38:*24*
**physician**
150:*2*
189:*3*
191:*7*
192:*11*
363:*23*
**physicians**
38:*13*
**physiologic**
360:*7*

**physiological**
259:*11*
284:*18*, *20*
**PI** 108:*5*, *6*,
*13* 109:*1*, *3*
110:*9*
**picks** 73:*10*
**picogram**
329:*17*
**picomole**
329:*5*, *18*
**picture**
243:*19*
**piece** 28:*18*
67:*7*
125:*14*
158:*11*
169:*17*
233:*20*
242:*24*
270:*22*
271:*7*
275:*9*
276:*2*
288:*18*
318:*8*
329:*25*
354:*17*
**pieces**
28:*21*
34:*17*

Confidential – Subject to Protective Order

62:*19*
68:*25*  70:*3,
4*  71:*1, 7, 8*
72:*6*  88:*6,
17, 19*  90:*2*
133:*13, 16*
344:*17*
**pigs**  185:*1*
**Pileblad**
341:*3*
**pipette**
111:*11, 17*
**pKa**  259:*9*
284:*19*
**PKs**  230:*7*
**Place**  5:*8*
143:*25*
386:*8*
**placenta**
226:*20*
262:*14, 17*
263:*9*  264:*3*
**placental**
230:*5*
262:*14*
263:*3, 19*
267:*11*
**plain**  214:*2*
**plaintiff**
60:*24*
292:*20*
362:*20*
363:*2*
**Plaintiffs**
2:*8, 14, 22*
3:*5, 11, 16,
21*  4:*5, 10*
23:*19*
42:*19*
47:*25*  48:*9*
49:*13*  50:*5*
61:*25*  62:*4*
63:*4*  72:*22*
73:*1, 5*

74:*7*  77:*16,
25*  78:*1, 10*
89:*23*
111:*19*
114:*8*
125:*2*
131:*3*
133:*20*
146:*7*
151:*14*
153:*6*
199:*20*
208:*3*
212:*7*
220:*15, 17,
19, 25*
221:*12*
245:*21*
246:*24*
247:*5*
286:*17*
287:*15*
289:*9, 25*
290:*12*
291:*3*
293:*23, 25*
294:*7, 20*
295:*6, 8*
298:*4*
302:*9*
306:*6*
316:*23*
318:*4*
320:*17*
352:*25*
353:*7*
362:*8*
365:*5, 19*
**Plasma**  9:*9*
95:*17*
99:*10, 15*
140:*8*
141:*2, 17*
143:*22, 24*

144:*3, 6*
202:*13*
203:*17*
216:*2*
219:*2*
234:*13*
248:*4, 5*
258:*23, 25*
259:*21*
260:*3, 7*
273:*8*
277:*21, 22*
280:*23*
292:*24*
300:*15*
361:*21*
366:*24*
373:*6, 9, 12*
374:*2*
**plastic**
311:*18*
**plateau**
321:*11, 14,
17*
**plateaus**
321:*1*
**plausibility**
271:*19*
272:*7*
286:*17*
289:*22*
290:*16, 21*
**plausible**
47:*7*
271:*21, 23,
24*  332:*15*
**play**  134:*21*
205:*2*
214:*17*
**played**
214:*25*
215:*22*
**Plaza**  2:*20*

**Please**
30:*21*
35:*17*
69:*19*
85:*22*
88:*15*
89:*14*
97:*23*
142:*7*
177:*5, 7*
198:*11*
199:*8*
200:*20*
211:*17*
213:*17*
253:*7*
264:*13*
314:*4*
376:*25*
387:*3, 8*
**plenty**
210:*17*
336:*16, 17*
**PLLC**  1:*18*
**plus**  142:*10*
315:*7*
316:*1, 2*
319:*2, 3, 4, 5*
322:*5, 6*
326:*8*
343:*17, 21*
344:*13*
345:*10*
346:*6, 20*
**pluses**
315:*25*
319:*16*
**pmols**  326:*8*
**point**  44:*5*
47:*16*
69:*22*
70:*22*
71:*10*
84:*12*

89:*18*
90:*19*
91:*15*
100:*1*
153:*24*
157:*13*
166:*1, 3*
175:*2*
177:*25*
178:*1*
180:*18*
202:*24*
215:*15*
219:*9, 25*
233:*19*
235:*14*
241:*25*
242:*2*
268:*3*
277:*25*
284:*10*
288:*18*
289:*7, 15, 23*
291:*3*
299:*10*
304:*1*
334:*21*
384:*13*
**pointed**
225:*18*
383:*9*
**pointing**
102:*20*
155:*4*
192:*13*
240:*23*
254:*19*
316:*11*
**points**
148:*4*
291:*21*
**polar**
259:*10*

Confidential - Subject to Protective Order

polyethylene
341:*5*
polymerase
320:*23*
321:*3, 8*
poor  211:*22*
poorer
361:*13*
popular
112:*12*
114:*5*
311:*21*
portion
101:*22*
222:*2*
269:*23*
300:*16*
324:*5*
336:*13*
362:*7, 14*
Posadas
206:*15*
215:*19*
216:*1, 17*
217:*1, 5, 10,
14*  218:*11,
12*  364:*11*
373:*4*
poses  160:*4*
219:*11, 19*
posing
262:*18*
position
300:*5*
313:*7*
331:*23*
positive
198:*21*
possesses
300:*10*
possibility
155:*6*
possible
94:*1*

125:*21*
126:*5*
208:*6*
214:*14*
220:*20, 23*
363:*24*
possibly
17:*19*
postdoc
92:*10*  110:*7*
postdoctoral
157:*17*
169:*22*
POSTMAN
2:*16*
post-
manufacturi
ng  201:*22*
postmortem
253:*3, 12*
303:*10, 24*
305:*11*
311:*6*  312:*7*
postnatal
65:*18*  82:*2*
86:*9*  188:*17*
postnatally
265:*14*
potential
48:*17*  93:*4*
103:*2*
131:*1*
148:*21*
160:*24*
162:*4*
185:*1*
236:*13*
362:*9*
369:*19*
370:*1, 7*
potentially
48:*15*
74:*21*
182:*20*

227:*6, 19*
231:*23*
233:*5*
235:*12*
240:*19*
272:*10*
331:*7*
373:*20*
384:*9, 18*
pounds
189:*17, 22*
192:*9*
Powell  56:*6,
11, 14, 22*
Powell's
56:*24*
practical
38:*2*
practice
11:*10*
55:*12*
66:*14*  71:*2*
72:*7*  75:*4*
193:*5, 12*
197:*10*
199:*12, 13*
256:*9*
preceded
188:*20*
preceding
269:*23*
Precision
7:*15*
preclinical
56:*9, 23*
182:*20, 23*
preclude
184:*14*
214:*9*
precursor
141:*9, 10, 12,
14*  313:*21*
316:*18*

predating
370:*16*
predicted
237:*13*
prediction
44:*22*  45:*3,
7, 9, 16*  46:*9*
predictions
43:*24, 25*
44:*4*  46:*19,
20*  94:*7*
predominant
349:*10, 14,
20*  350:*12*
PREECE
6:*8*
preface
192:*10*
prefatory
30:*10*
prefer
40:*13*
48:*15*
251:*7*
378:*25*
preferably
344:*21*
Prefrontal
82:*25*
Pregnancy
11:*18*
77:*10*
150:*20*
225:*24*
226:*8*
228:*4, 10*
229:*5*
230:*20*
253:*11*
258:*14, 16,
20*
pregnant
77:*8*

149:*15*
150:*18*
159:*16, 23*
160:*2, 17, 25*
161:*3, 25*
183:*18*
184:*4, 25*
186:*14*
192:*6*
204:*12*
226:*3*
228:*17*
296:*17*
352:*1, 19*
367:*6*
prehighlighte
d  136:*3*
premarked
381:*4*
premise
331:*15*
Prenatal
13:*4*  81:*11*
85:*4, 5*
167:*25*
314:*20*
316:*19, 20*
323:*25*
347:*15, 19*
348:*6*
349:*6*
365:*14*
preparation
40:*25*  41:*4,
12*  72:*3*
prepare
40:*18*  41:*10*
prepared
151:*8*
preparing
41:*13*
presence
48:*18*  67:*4*
243:*10*

262:*13*
286:*12*
299:*8*
307:*15*
359:*13*
370:*6*
**PRESENT**
7:*7* 44:*16*
45:*11, 19*
47:*2* 80:*24*
223:*17, 18*
225:*1, 6*
236:*5, 8*
239:*23*
240:*7*
245:*5*
286:*24*
287:*24*
289:*10*
290:*13*
299:*14*
302:*1, 18*
324:*12*
339:*24*
340:*5*
341:*1*
350:*19*
355:*24*
381:*16*
**presentation**
109:*12*
215:*22*
**presented**
292:*14*
311:*4*
362:*20*
372:*23*
**presenting**
306:*19*
**presently**
310:*14*
**presents**
73:*11*

presumably
337:*21*
**preterm**
343:*6, 11*
345:*7*
**pretty**
55:*24*
183:*12*
266:*23*
320:*12*
330:*4*
340:*5, 25*
357:*2*
**prevents**
273:*3*
**previous**
63:*19* 113:*1*
**previously**
130:*6*
143:*9*
196:*4, 7*
**primarily**
27:*22* 28:*6*
38:*13*
131:*13*
139:*8, 15*
150:*7, 10*
378:*4*
**primary**
145:*17*
161:*13*
163:*6*
340:*14*
**Primeau**
118:*1*
**principles**
74:*15*
**prior** 17:*24*
39:*20*
100:*3*
113:*8*
114:*16*
167:*16*
303:*12*

379:*12*
386:*4*
**priority**
163:*3*
**probably**
22:*20*
132:*23*
133:*14*
146:*11*
238:*7*
333:*2*
357:*19*
360:*22*
**probe**
252:*16*
**problem**
108:*2, 24*
202:*5*
249:*1*
292:*7* 339:*6*
**problematic**
293:*14*
**PROCEEDI
NGS** 8:*6*
**process**
40:*21* 63:*1*
234:*10*
360:*11*
**produce**
40:*2* 49:*23*
244:*7, 14, 22*
280:*18*
314:*3*
332:*25*
340:*17*
360:*15*
367:*15*
**produced**
266:*17*
287:*3*
**producing**
367:*18*
**product**
52:*19, 21*

53:*1* 64:*2*
114:*4*
148:*21*
**production**
48:*20*
354:*8*
370:*12*
**PRODUCTS**
1:*3* 15:*14*
112:*12*
114:*5* 380:*1*
**Professional**
1:*20*
211:*17*
344:*25*
345:*1*
386:*2, 20*
**Professor**
92:*20*
**proffered**
27:*4*
**progeny**
13:*17*
352:*15*
354:*3*
**program**
25:*9* 38:*14*
91:*14*
114:*23*

**programmed**
252:*21*
**progresses**
43:*18*
**progression**
46:*8*
**prohormone**
253:*19*
**project**
111:*12*
379:*7, 11, 12*
**projects**
108:*22*
163:*1*

**promise**
122:*11*
193:*3*
**promised**
122:*5*
268:*15*
**promising**
121:*1*
**promote**
155:*10*
**promoting**
155:*6*
**prompt**
229:*21*
252:*2*
**prompted**
232:*12, 15*
**prompting**
227:*3*
231:*20*
233:*3*
**prone** 310:*9*
358:*11*
**pronouncing**
109:*2*
**proper**
32:*20* 79:*22*
**properties**
263:*18*
278:*9, 12, 19*
284:*13*
**proportion**
158:*22*
**proportions**
159:*8*
**propose**
49:*13*
**proposed**
14:*12*
48:*10*
72:*22* 78:*1*
131:*4*
153:*5, 11, 19*

166:*13*
169:*4* 370:*3*
**proposition**
287:*19*
**propounded**
389:*6*
**protect**
182:*13*
200:*1, 5, 11*
203:*11*
279:*19*
**protected**
148:*20*
260:*16*
268:*25*
270:*6*
272:*24*
273:*2, 14, 23*
277:*7*
278:*25*
279:*8, 13*
280:*10*
281:*1, 10*
283:*8, 17*
285:*4*
**protecting**
12:*3*
161:*13*
260:*24*
262:*6*
**protection**
264:*1*
267:*9*
276:*3*
284:*24*
347:*21, 25*
**PROTECTI**
**VE** 1:*8*
281:*11*
338:*9*
**Protein**
11:*4*
132:*24*
133:*6, 25*

135:*23, 24*
136:*5, 6, 14,*
*16* 141:*5, 8,*
*13, 15, 18, 23*
143:*11, 14,*
*16, 18, 25*
144:*18, 23*
145:*24*
146:*1, 3, 24*
147:*7, 21*
148:*2, 6*
149:*17*
150:*22*
152:*3*
206:*7*
208:*23, 25*
209:*8, 10*
291:*19, 24,*
*25* 292:*11*
293:*12, 22*
296:*9, 12, 14*
298:*19*
299:*1, 4*
301:*10, 15*
304:*25*
309:*5, 6, 7,*
*11, 23* 310:*5,*
*6, 13* 313:*8,*
*21, 24*
323:*12*
334:*12*
347:*19*
349:*11, 21*
350:*2, 7, 13,*
*14, 21*
356:*17*
**protein-**
**derived**
141:*1, 16*
145:*5, 12*
**proteins**
128:*22*
132:*3, 12, 14,*
*19, 21* 135:*8*

141:*12*
142:*22*
143:*3*
144:*3, 6*
208:*19*
209:*4*
295:*23, 24*
299:*5*
309:*3, 10, 22*
**protocol**
23:*17* 218:*5*
**provide**
53:*10* 55:*7*
58:*16, 22*
59:*3, 12, 15*
195:*14*
227:*25*
228:*1*
293:*6*
322:*17*
351:*7*
**provided**
51:*3* 54:*7,*
*13* 55:*2, 21*
109:*21*
142:*2*
147:*1*
295:*7*
330:*15*
347:*8*
**provides**
226:*5*
**providing**
133:*19*
**Public** 1:*21*
38:*9, 11*
214:*6*
386:*4, 22*
389:*20*
**publication**
95:*25* 97:*3*
102:*5, 15*
110:*25*
128:*9*

129:*17, 18*
164:*10*
195:*8*
199:*14*
247:*13*
250:*16*
251:*3*
261:*20*
270:*7*
272:*22*
273:*21*
281:*12, 14*
337:*13*
339:*17*
342:*16*
343:*3*
346:*22*
351:*21*
366:*3*
**publications**
17:*23*
29:*15*
30:*16*
35:*19*
93:*13, 23*
94:*14* 99:*1*
107:*2*
114:*9, 25*
129:*22*
150:*8*
197:*1* 240:*3*
**publicly**
53:*18* 54:*3*
**publish**
44:*7*
110:*23*
113:*13*
**published**
18:*9* 22:*7,*
*11, 15* 28:*18,*
*20, 22* 29:*16*
34:*16, 19, 23,*
*24* 35:*4, 13,*
*19* 52:*14*

92:*11, 15*
93:*3, 16, 19*
97:*3* 115:*3*
128:*10, 15*
134:*18*
139:*19*
144:*20*
154:*11*
157:*25*
165:*8*
171:*23*
193:*17*
195:*20*
197:*1*
225:*25*
226:*5*
228:*10*
287:*18*
295:*13*
297:*22*
298:*18*
307:*20*
323:*11*
326:*3*
354:*17*
**publishing**
18:*7* 31:*4*
113:*12*
134:*13*
172:*1*
**PubMed**
51:*20*
53:*18, 25*
**pull** 78:*9*
96:*5* 99:*4*
140:*13*
142:*4*
333:*2, 14, 25*
**pulmonary**
156:*2, 3*
**pump**
263:*22*

**Purification**
12:*11*
302:*21*
**purified**
303:*5*, *18*
326:*5*
**purport**
293:*6*
**purportedly**
75:*7*
**purpose**
79:*17*
182:*13*
200:*10*
201:*7, 9, 12*
207:*10*
359:*1*
**purposeful**
126:*8*
**purposefully**
66:*1, 6*
**purposely**
175:*19*
**purposes**
79:*12*
207:*4*
214:*15*
275:*10*
**PURSUANT**
1:*8*  386:*9*
**put**  79:*20*
98:*5*
114:*24*
140:*12*
236:*11*
294:*15*
306:*25*
333:*3*
**putting**
100:*24*

**< Q >**

**qualified**
21:*18*, *25*
169:*16*
**qualify**
272:*13*
**qualifying**
249:*2*
**quality**
309:*7*
310:*4, 14*
**quantifies**
347:*22*
**Quantitation**
13:*3, 8*
323:*24*
326:*19*
347:*14*
**quantities**
222:*23*
350:*3*
371:*13*
**quarrel**
176:*3*

**Quattlebaum**
1:*18*
**Question**
8:*20*  19:*21,
24*  20:*8*
21:*4, 13*
30:*15*  31:*9,
23, 25*  32:*1,
14*  33:*2, 10*
34:*3, 4, 13*
35:*15, 16*
49:*25*  55:*5*
56:*20*
57:*25*
59:*11*
61:*11*  62:*1*
64:*5*  66:*23*
67:*13, 20, 22*
68:*1, 10, 11,
16*  69:*8*

72:*16*  80:*7*
83:*14, 16, 19,
21*  84:*19*
87:*25*
89:*17*  93:*8*
106:*3*
109:*17*
113:*8, 9*
119:*18, 20,
23*  120:*1, 21*
124:*10*
125:*1*
126:*18*
130:*6*
138:*24*
141:*21*
148:*20*
151:*2, 9*
154:*5*
160:*20*
161:*13*
165:*19*
175:*18*
177:*5*
183:*1, 8, 10*
185:*7*
188:*20*
196:*18*
198:*2, 12*
201:*6*
209:*16, 18*
210:*9, 16*
211:*2, 19, 21*
213:*12, 16,
23, 24*
217:*11, 20,
24*  218:*11*
219:*14*
220:*13*
224:*17, 18*
225:*19*
238:*20, 25*
239:*10*
245:*18*

247:*10, 21*
252:*4*
253:*21*
257:*3*
268:*13*
269:*4*
270:*20*
274:*16*
276:*6*
284:*2*
286:*3*
289:*13, 18*
299:*22*
303:*12*
315:*22*
321:*13*
322:*23*
323:*7*
332:*5, 6*
334:*7*
335:*17*
337:*1*
346:*16*
368:*4, 17, 19*
370:*19*
372:*20*
376:*24*
378:*24*
383:*1*
**questionably**
319:*6*
**questioning**
117:*18*
**questions**
19:*11*
20:*14*  23:*2,
7*  24:*9, 16*
26:*18*
31:*20, 21*
32:*21*
33:*23*  41:*7*
46:*24*
69:*15, 19*
72:*21*

79:*23*  80:*9*
84:*17*
86:*21*
87:*22*
93:*20*
120:*3*
159:*2*
205:*19*
210:*7, 13*
211:*4*
213:*19*
218:*19*
246:*5, 20*
252:*2*
275:*14*
315:*17*
366:*11*
381:*23*
382:*2*  389:*6*
**quick**
263:*20*
**quickly**
178:*10*
284:*9*
346:*3*  382:*9*
**QUINN**  6:*9*
**quite**  35:*7*
57:*24*
70:*20*
120:*10*
165:*1*
200:*12*
207:*18*
225:*4*
293:*20*
328:*8*
334:*14*
336:*7*
346:*16*
354:*19, 22*
357:*3, 11*
359:*15*
370:*15*

**quote** 66:*4*
108:*3*
128:*10*
132:*2, 3*
168:*14, 15*
170:*14*
178:*25*
224:*18*
227:*21*
232:*1, 4*
242:*5*
247:*24*
268:*24*
360:*7*
362:*22*
**quoted**
168:*11*
178:*25*
232:*13*
235:*8*
**quotes**
179:*17*
**quoting**
48:*12*
175:*18*
231:*25*
249:*1, 25*
250:*2*
299:*11*

**< R >**
**rabbit**
307:*7*
308:*22, 25*
**rabney@wat**
**tsguerra.com**
2:*12*
**Rachel**
116:*9* 118:*5*
**radioactivity**
356:*13, 24*
357:*2* 358:*9*

**radiolabeled**
356:*12, 18*
**Ragone**
381:*8*
**Raijmakers**
224:*3, 9, 12*
225:*9*
239:*17*
240:*14*
243:*24*
244:*8, 9, 17*
**raised**
155:*5*
165:*5*
168:*25*
170:*4*
**ran** 321:*3*
**range** 35:*12*
196:*20*
288:*11*
321:*18*
328:*2*
338:*6, 16, 17*
356:*10*
357:*7, 24*
370:*25*
**ranges**
216:*23*
**rapid** 230:*5*
307:*7* 309:*1*
**RAQUEL**
4:*14*
**raquel.lucas**
**@butlersnow**
**.com** 4:*14*
**Rat** 13:*7*
80:*5*
122:*22*
206:*14*
280:*15*
326:*6, 18*
340:*15*
342:*7*
348:*7, 16*

349:*4, 25*
350:*2, 22, 23*
361:*17*
364:*21, 23*
373:*17*
374:*4, 9, 14,*
*19* 375:*20*
**rate** 310:*5*
**rate-limiting**
342:*2*
**rates** 309:*10*
**rationale**
203:*9*
238:*1*
241:*6*
249:*22*
**Rats** 11:*3*
79:*5* 81:*13,*
*21* 82:*7, 18*
85:*24* 87:*3,*
*15* 128:*18*
133:*4, 24*
134:*10*
171:*14*
207:*6, 12, 14,*
*18, 24*
209:*21*
210:*8*
211:*22*
212:*4, 14, 21*
213:*1*
214:*3*
215:*19*
218:*24*
281:*21*
329:*10*
340:*9*
341:*4*
342:*10*
352:*1*
353:*16*
355:*3*
359:*21*
361:*12, 20*

366:*6, 19*
372:*3, 16, 23,*
*25* 373:*21*
374:*8*
375:*22*
**RDR** 386:*19*
**reach** 43:*2*
226:*17*
321:*14*
324:*20*
346:*10*
**reached**
147:*22*
321:*11*
**reaching**
366:*2* 385:*4*
**react** 142:*21*
**reacting**
132:*17*
299:*5*
**reaction**
313:*14*
320:*23*
321:*9*
**reactions**
321:*3*
**reactive**
132:*19*
142:*24*
324:*14, 22*
**reacts**
141:*11*
**read** 23:*2*
31:*22*
102:*17*
120:*3*
121:*11*
122:*25*
128:*13, 23*
129:*13*
135:*16*
144:*9*
159:*18, 19*
160:*9, 10*

172:*23*
176:*15*
180:*5*
181:*21*
226:*12*
227:*7*
241:*1, 8*
250:*24*
255:*20*
262:*12*
264:*9*
270:*21, 22*
308:*6*
328:*22*
333:*6*
337:*3*
387:*3* 389:*4*
**ReadCube**
11:*14*
197:*17, 22*
**readily**
314:*19*
**reading**
24:*14*
78:*20*
83:*23*
112:*7*
120:*10*
178:*23*
217:*7*
222:*5*
242:*3*
274:*22*
282:*13*
349:*8*
360:*12*
**reads**
159:*22*
**real** 104:*10*
218:*7*
230:*1*
338:*2* 382:*9*
**realize**
328:*5*

**really** 23:6
69:*14*, *15*
123:*15*
145:*15*, *23*
176:*3*
189:*4*
220:*18*
229:*6*
236:*16*
243:*16*
264:*15*
267:*20*
282:*3*
355:*20*
368:*16*
**Realtime**
1:*21* 386:*3*,
*21*
**reask**
376:*24*
**reason**
20:*20* 22:*1*
74:*11* 86:*4*
88:*1*, *17*, *25*
90:*15*
94:*25*
95:*11*
137:*4*
145:*16*, *20*
162:*24*
182:*11*
183:*15*
184:*11*
185:*21*
186:*12*
214:*14*
233:*25*
236:*18*
240:*8*, *10*
243:*19*
259:*14*
325:*17*
335:*9*
374:*2*, *12*, *18*,

*23* 387:*5*
388:*4*, *6*, *8*,
*10*, *12*, *14*, *16*,
*18*, *20*, *22*, *24*
**reasonable**
90:*19*
220:*16*
232:*19*
237:*5*
245:*13*, *19*
**reasoning**
235:*4*, *6*
238:*10*, *12*
**reasons**
186:*24*
207:*17*
212:*17*
214:*9*
**rebuttal**
330:*10*
337:*4*
**recall** 29:*18*
35:*11*, *22*
36:*7* 41:*20*,
*24* 42:*1*
55:*5* 64:*23*
65:*4*, *7*, *14*
68:*12*, *15*
92:*18* 95:*2*
159:*8*
169:*23*
182:*3*
196:*10*
214:*5*
215:*4*
218:*20*
222:*21*
223:*9*
244:*1*
255:*13*
258:*17*
261:*1*, *4*
271:*4*, *17*
297:*12*

330:*3*
334:*3*, *16*
337:*6*, *10*, *17*
343:*18*
349:*17*
352:*6*
356:*13*
360:*13*
367:*21*
371:*2*
379:*20*
380:*6*
**receipt**
387:*16*
**receive** 62:*8*
97:*17*
108:*18*
184:*6*
**received**
16:*12*
42:*21*
91:*11* 95:*8*,
*11* 99:*25*
100:*3*, *5*
101:*16*
102:*20*
105:*25*
106:*7*
114:*14*
379:*5*
383:*21*
**receives**
111:*4*
**receiving**
27:*21* 28:*4*
**Recess** 91:*6*
152:*17*
221:*20*
285:*15*
306:*1*
339:*10*
380:*18*
**recipient**
94:*24*

97:*21*
100:*2*
111:*15*
**recognize**
42:*23*
116:*13*, *23*
117:*1*, *7*, *12*,
*20* 118:*9*, *13*,
*19*, *22*
**recognized**
361:*12*
**recollection**
193:*22*
219:*1*
224:*13*
271:*11*
359:*23*
360:*4*
**recommende
d** 159:*12*
161:*25*
227:*4*, *18*
231:*21*
233:*4*
235:*1*, *11*
240:*17*
286:*19*
287:*20*
290:*22*
292:*10*
384:*8*
**recommendi
ng** 163:*25*
**reconsider**
174:*17*
**Reconstitutio
n** 12:*14*
302:*23*
**record** 15:*6*,
*19* 31:*23*
32:*8*, *24*
33:*12*
37:*11*
48:*12*

79:*20* 91:*5*,
*9* 100:*22*
136:*20*, *22*,
*23* 152:*16*,
*20* 209:*24*
210:*3*
221:*19*, *23*
267:*4*
270:*15*
275:*16*
285:*14*, *18*
305:*25*
306:*4*
339:*9*, *13*
353:*21*
380:*15*, *17*,
*21* 382:*4*
385:*12*
**recovered**
178:*10*, *15*
**recovery**
110:*5*, *16*
**red** 334:*22*
**reduces**
281:*23*
**reducing**
264:*18*
370:*2*
**reduction**
295:*15*, *17*
**reductions**
360:*1*
**refer** 171:*3*
173:*25*
341:*22*
**Reference**
9:*5* 11:*14*
42:*14*, *22*
63:*7*, *10*
95:*13* 99:*6*,
*7* 100:*8*, *10*
103:*8*
104:*18*
134:*11*

197:*18*
216:*5*
220:*17*
222:*17*
295:*9*
317:*13*
337:*11*
345:*9*
353:*8*
367:*20*
384:*18*
**referenced**
54:*23*
62:*23*
123:*8*
206:*16*
382:*12*
**references**
55:*21*, *25*
258:*1* 268:*2*
**referencing**
181:*17*
244:*3* 265:*1*
**referred**
153:*25*
168:*16*
367:*19*
**referring**
101:*7*
106:*23*
123:*22*, *24*
137:*15*
167:*11*, *21*
168:*9*
203:*1*
206:*17*
257:*15*
272:*18*
277:*11*
280:*11*
285:*4*
354:*11*
**refinement**
264:*7*

**reflect**
125:*13*
202:*4*
267:*4* 381:*9*
**reflected**
119:*24*
**reflection**
304:*2*
**refresh**
228:*25*
314:*4* 333:*1*
**regard** 63:*7*
154:*5*
159:*4*
169:*21*
204:*10*
313:*6*
331:*11*
**regarding**
156:*7*
158:*17*
241:*25*
250:*16*
334:*5*
346:*10*
369:*13*
**Regardless**
297:*8*
**regenerate**
136:*24*, *25*
**regeneration**
131:*24*
137:*4*, *5*
**regenerative**
244:*10*
**regioisoform**
132:*9*
**Regional**
13:*6* 326:*17*
**regions**
327:*1*
334:*18*
360:*2*

**Registered**
1:*20* 386:*3*,
*20*
**regular**
41:*1* 51:*16*
**regulations**
38:*12*
**rejecting**
199:*1*
**related**
110:*23*
160:*14*
165:*15*
272:*20*
374:*6*
378:*14*, *16*
379:*23*
**RELATES**
1:*5*
**relation**
316:*25*
**relationship**
113:*3*
165:*22*
253:*25*
273:*7*
380:*10*
**relative**
64:*10*
148:*11*
221:*5*
292:*2*
298:*23*
319:*17*
331:*3*, *19*
334:*24*
362:*8*
377:*9*
386:*13*, *14*
**relatively**
130:*8*
324:*11*
370:*24*

**release**
175:*4*
176:*11*
179:*2*, *24*
180:*24*
**relevance**
41:*3* 52:*15*
90:*3*
154:*19*
163:*16*
164:*6*
166:*9*
203:*20*
253:*16*
267:*14*
277:*1*
309:*13*
361:*9*, *17*
364:*22*
373:*13*
**relevancy**
147:*16*
**relevant**
17:*19* 20:*8*,
*13* 22:*11*
26:*3*, *18*
46:*23*
50:*13*, *15*, *18*
53:*6* 54:*24*
62:*25* 63:*3*
64:*12*
72:*10*, *23*
73:*2*, *12*
74:*20*
86:*20*
87:*22*
93:*19*
127:*24*
145:*15*, *23*
163:*24*
164:*5*
224:*9*, *17*, *23*
231:*4*, *7*
257:*10*

274:*1*, *3*
308:*2*
311:*6*
318:*8*, *10*, *13*
327:*23*
328:*16*, *21*
330:*1*
340:*16*
364:*3*
**reliable**
188:*11*
266:*13*
**relied** 89:*24*
125:*15*, *21*
151:*14*
246:*14*
317:*16*
**reliever**
112:*10*
**rely** 126:*12*
131:*2*, *3*, *7*
160:*3*
182:*6*
245:*21*
287:*19*
292:*20*
298:*4*, *9*
363:*4*
**relying**
55:*19* 80:*9*
217:*13*
223:*21*
225:*17*
**remaining**
160:*7*
**remains**
71:*12*
112:*11*
314:*24*
**remarks**
274:*21*
**remember**
19:*21*
56:*25*

Confidential - Subject to Protective Order

78:*19*  98:5
158:*21*
172:*1*
209:*15*
244:*9, 17*
271:*2, 6*
332:*21*
333:*7*
334:*1, 2*
340:*13*
341:*13, 16*
355:*12, 22*
356:*25*
360:*12, 21*
382:*15, 22*
383:*14, 25*
384:*2, 11*
**remind**
257:*13*
**removal**
160:*6*
**removed**
160:*17*
**removing**
162:*6*
**renal**  122:*22*
**render**
344:*13*
**repair**
131:*24*
139:*16*
**repeat**
22:*21*
238:*24*
**repeated**
238:*15*
239:*5*
**repeatedly**
149:*14*
150:*19*
364:*23*
**Repetitive**
82:*23*

**Rephrase**
34:*12, 22*
39:*20*
130:*17*
173:*17*
209:*11*
297:*1*
304:*18*
362:*13*
374:*21*
**replicate**
44:*9*
**replicated**
45:*25*
**replication**
46:*10*
**Report**  9:*3,
8*  14:*15*
26:*21, 22*
27:*11*
39:*14, 24*
40:*16, 20, 21*
41:*13*
42:*10, 20*
43:*1, 6, 8*
44:*14*
47:*11, 13*
48:*12*  50:*3,
4*  53:*11*
54:*9*  55:*8*
56:*24*
58:*19*
59:*18*
61:*24*  62:*4,
15, 24*  63:*2*
66:*10*  69:*3,
23*  70:*8, 10,
12*  71:*9, 19*
75:*1, 13, 16,
24*  78:*14, 20*
79:*1, 2, 9*
80:*2, 16, 20*
81:*4*  83:*8,
10*  84:*9*

89:*8*  90:*8*
97:*10, 24*
98:*8, 9, 17,
19, 21*  99:*8*
100:*23*
101:*3*
103:*1*
104:*18*
107:*4, 12*
115:*17*
123:*16, 19*
124:*23*
125:*18*
126:*21*
129:*24*
133:*3*
134:*7*
137:*9, 16*
138:*13*
139:*18*
145:*11, 16*
147:*18*
170:*12*
181:*11, 12*
187:*8*
204:*20, 21*
205:*20*
219:*16, 17*
220:*1, 9, 14*
221:*4, 10*
222:*1, 16*
223:*15*
229:*7*
231:*4, 13, 18*
232:*7*
235:*23*
240:*2*
241:*3, 15*
242:*21*
243:*8*
244:*2, 4*
246:*6, 13, 21,
22*  247:*4, 7*
257:*14*

258:*8*
265:*8*
266:*1, 20*
267:*23*
269:*9, 12*
275:*25*
276:*13*
277:*5*
278:*22*
281:*6*
282:*14*
283:*21*
285:*21*
286:*1*
287:*5*
290:*4*
292:*15, 24*
294:*3*
297:*11*
300:*8*
316:*6, 11, 21*
317:*7, 22*
318:*1*
322:*19*
330:*11*
332:*22*
333:*1, 5, 18,
23*  335:*2*
337:*4, 12, 23*
338:*21*
339:*16*
342:*6*
350:*25*
351:*14, 15*
356:*5*
360:*15*
362:*7, 15*
364:*24*
365:*3, 4*
368:*2*
377:*10, 14*
378:*2*
382:*13, 20*
384:*5*

**reported**
160:*1*
227:*1, 11*
303:*3*
335:*21, 24*
336:*17*
342:*19*
343:*9, 13*
355:*13, 18*
360:*1*
**Reporter**
1:*20, 21*
15:*20*
386:*3, 20, 21*
**Reporters**
1:*20*  386:*2,
20*
**reporting**
226:*1, 7*
**reports**
47:*25*  48:*5*
50:*6*  62:*5,
8, 12*  63:*5*
170:*3*
293:*4*
297:*21*
318:*4*
335:*15*
365:*5*
**represent**
54:*16*  154:*6*
**representatio
n** 381:*15*
**representing**
15:*7*
**reproduce**
53:*13*  54:*4*
332:*1*
**reproducible**
188:*12*
266:*13*
272:*2, 21*
304:*19*
313:*1*

Confidential - Subject to Protective Order

332:*9, 18*
355:*15*
**reproductive**
192:*23*
**requested**
386:*11*
**require**
116:*24*
117:*4*
**required**
25:*10*
144:*17*
164:*3*
286:*14*
294:*24*
**requires**
97:*9* 208:*1*
288:*9*
**requiring**
212:*18*
**reread**
167:*20*
**research**
17:*10, 14*
18:*5, 10, 24*
22:*12, 15*
28:*11* 38:*3*
50:*25* 55:*1*
66:*13*
91:*14, 19*
92:*2* 93:*22*
99:*1*
101:*17*
102:*15*
107:*17, 19*
114:*22*
115:*2*
116:*11*
127:*1*
130:*23*
131:*18*
137:*20*
146:*22*
153:*16*

154:*7*
157:*17*
158:*17*
162:*14*
168:*20*
169:*22*
181:*8*
323:*10*
371:*6, 7*
378:*3, 9*
**researcher**
131:*12*
**researching**
160:*23*
**resemble**
212:*14*
**residency**
38:*14*
**residents**
38:*13* 39:*6*
**resistance**
212:*17*
**resistant**
133:*5*
171:*14*
213:*2*
374:*19*
375:*1*
**resonance**
343:*4*
**respect**
21:*25*
23:*25* 27:*7,
8* 73:*6*
101:*21*
107:*25*
111:*14*
220:*23*
223:*10*
301:*20*
307:*20*
343:*8*
348:*19*

351:*24*
371:*4*
**respectively**
343:*12*
**respond**
90:*10*
**responding**
294:*21*
320:*18*
**response**
23:*6* 26:*12*
32:*13*
63:*19*
89:*22*
122:*7*
130:*6*
220:*15*
224:*17*
225:*19*
247:*4*
331:*17*
340:*22*
365:*5*
**responses**
62:*16*
**responsive**
23:*6*
**rest** 118:*18*
139:*8*
238:*11*
278:*2*
**restart**
208:*15*
**restate** 28:*1*
35:*16* 89:*16*
**restrictive**
263:*13*
**restroom**
339:*5*
**restructure**
26:*11*
**result** 48:*7*
71:*19* 82:*6*
87:*2*

126:*15*
160:*2, 6*
247:*6*
299:*5*
318:*17*
320:*1*
321:*19*
347:*8*
361:*20*
363:*19*
**result-
driven**
74:*14, 18*
**resulted**
216:*3*
219:*1* 373:*6*
**resulting**
124:*14*
143:*5*
295:*25*
**results**
55:*19* 57:*5,
20* 58:*11*
59:*14, 17, 22*
94:*10*
128:*20*
147:*20*
170:*21*
208:*21*
249:*19*
256:*20*
259:*25*
307:*11*
328:*19, 24*
366:*25*
372:*8*
373:*3*
382:*20*
**résumé**
39:*12*
**retain** 59:*8*
**retained**
162:*16*

**retrospective
ly** 186:*12*
**return** 44:*3*
63:*22*
121:*20*
387:*14*
**reverse**
174:*11, 19,
22* 181:*24*
182:*7*
313:*13*
**reversed**
173:*15*
**Reversible**
14:*3* 172:*3,
12* 180:*8*
360:*10*
**Review**
12:*2* 17:*3,
15, 16, 17, 18*
18:*4* 22:*9*
29:*13*
39:*12*
46:*16* 50:*4,
11, 19* 52:*12,
13, 14* 53:*7,
22* 55:*14*
56:*1, 8, 22*
58:*12*
61:*23*
62:*12, 14*
70:*25* 71:*5*
75:*23*
93:*18*
117:*9*
120:*4, 20*
125:*6*
138:*17, 18,
20* 139:*10*
153:*20, 25*
154:*1, 7*
157:*4, 11*
160:*23*
167:*15*

168:5, 8, 16
183:22
186:18
194:3
223:13
229:23
251:24
253:8
255:8, 11
260:24
261:2, 7, 10
262:5
266:20
271:12
275:16
276:23
308:7
367:23
381:12
**reviewed**
40:21, 22
48:1  50:6,
7  54:19, 21
56:24
62:21
88:10
124:2, 12, 21
125:18
195:12
271:15
273:25
333:7
368:2, 13, 14
**reviewing**
41:14  63:2,
4  332:21
**reviews**
195:16, 17
**revision**
46:9
**revisions**
44:4
**ribonuclease**

347:25
**Rich** 250:23
**Richard**
11:24
250:21, 24
251:15
**rid** 356:21
**right** 16:14,
23  17:1, 14,
15, 23  18:12,
18  23:3
27:5  28:15
29:24  30:5
36:19
37:24
45:15
46:17
49:19  50:5,
8  52:25
53:10, 11
54:2, 11
57:5, 13
58:10, 15
62:5, 9, 12,
14  63:21
65:20
66:15  68:6
70:10  71:9
72:2  73:4
74:3, 16
75:1, 19
76:9, 17
77:25
78:20  80:2
83:10  84:1
85:19  86:1
87:4  88:9,
13  89:3
90:22
91:22  92:1
93:6  94:5,
22  96:2
97:13, 16
98:10

99:19
102:6, 10, 24
103:23
105:22
106:11, 16,
19  107:4, 15,
18, 22  108:5,
6, 7  109:4
110:25
111:6
119:16
120:6
121:11
122:19
123:10
125:23
126:8
127:6, 13, 19
128:23
129:14, 17,
20  130:15
131:13
134:14
135:1, 19
137:1, 11, 23
138:14, 21
139:13
140:2
141:20
143:7
144:15
145:3
146:16, 25
147:5, 8
148:11
149:3, 25
152:25
153:21, 23
154:17
156:21
157:9
161:20, 22
162:25
163:7

164:12, 18,
24  165:10,
23  167:1, 17
171:8, 15
173:9, 21
174:3
175:8, 12
176:1, 15
177:15
178:18
179:6, 12
180:10, 17
181:21
182:14
183:22, 23
184:2, 13
187:12
189:25
190:15, 17,
24  191:12,
16  196:16,
23  197:25
198:23
200:2, 6
203:6
207:15
208:9, 18
211:23
213:3, 7
214:4
215:22
216:24
224:12, 14
226:10
227:12, 20,
23  228:23
230:17, 22,
25  231:1, 6,
24  232:7, 14
233:7
235:16, 21
237:21
238:3
239:17

241:10
242:21
245:16
246:2, 8, 17
247:1
248:10
249:4, 8, 15
254:3, 4
256:9, 18
258:15
264:10, 21
265:5
266:20
267:24
269:2
272:25
273:4, 9, 20,
23  274:25
275:1, 3
276:23
278:10
279:1, 8, 20
281:13, 16
284:10
287:16
288:6, 8
290:18, 21
293:19
294:5, 10
296:2, 11
297:21
298:2, 20
299:3, 9
300:5
301:22
302:2, 5
303:6, 10, 24
304:6
305:11, 17
308:3, 10, 21
309:21
310:10, 22,
23  311:3, 18
312:1, 9, 14

313:*9, 15, 21*
316:*21*
317:*1*
320:*5*
321:*4, 14*
322:*6*
323:*1*
325:*7*
330:*8, 24*
331:*6, 24*
337:*13*
344:*14*
345:*14*
346:*12*
347:*24*
348:*7*
349:*12, 16*
350:*25*
351:*22*
352:*22*
353:*19*
354:*8, 18*
355:*10*
357:*8*
358:*1, 16*
359:*9, 12*
362:*11, 21*
363:*6*
364:*24*
371:*14*
372:*18*
375:*2, 8, 15*
376:*16*
379:*9*  380:*1*
**right-hand**
252:*9*
254:*8*  324:*5*
**Rigobello**
13:*17*
80:*15*
351:*21, 24, 25*  352:*16*
353:*24*
355:*4*

**rigorous**
188:*11*
266:*14*
272:*2, 21*
304:*20*
313:*1*  332:*8*
**risk**  159:*25*
160:*5*
162:*4*
169:*11*
237:*16*
262:*18, 21, 24*
**Riverside**
2:*20*
**RNA**
304:*25*
313:*17, 23*
318:*19*
321:*25*
322:*3, 15*
334:*12, 17*
347:*21, 22*
**Rock**  1:*18*
4:*4*  15:*12*
**rodent**
71:*23*  76:*4*
78:*22*
80:*12*
88:*24*  90:*8*
152:*1*
368:*19*
**rodents**
273:*11*
**role**  20:*25*
23:*10*  58:*5*
73:*15*
108:*2*
134:*21*
169:*25*
205:*2*
251:*3*
252:*10*
370:*1*

**Rollins**
96:*23, 24*
**ROMANO**
2:*16*
**room**
198:*25*
214:*25*
**ROSIE**  2:*16*
**rosie.romano**
**@kellerpost**
**man.com**
2:*17*
**roughly**
280:*22*
288:*10*
**Round**  4:*4*
**routine**
253:*12*
**ROZANSKI**
7:*2*
**RT-PCR**
314:*17*
315:*5, 12, 18, 24*  316:*9, 13*
317:*14*
318:*15*
**ruined**
321:*23*
**rule**  63:*17*
149:*22, 23*
386:*11*
**ruled**  63:*14*
**ruling**  31:*24*
**run**  320:*24*
321:*8*
**RUSS**  2:*11*

**< S >**
**Sab**  209:*9*
**Sacramento**
3:*15*
**safe**  188:*3, 24*  192:*5, 7*
234:*24*

235:*2*
238:*7*
248:*20*
250:*5*
300:*17*
379:*24*
**safely**
187:*18, 25*
192:*3*
**safety**
150:*16*
185:*17*
187:*14*
201:*22*
233:*7, 22*
234:*5, 6*
237:*23*
241:*25*
242:*1, 6, 13*
243:*2, 3, 4, 20, 21*
**salary**
108:*19*
110:*5, 16*
**sale**  201:*22*
**sales**  380:*11*
**saline**
342:*12, 21, 24*
**saline-**
**treated**
342:*19*
**sample**
314:*23*
321:*20*
349:*11, 22*
**samples**
195:*23*
230:*8, 17*
259:*5*
314:*20*
350:*5*
357:*18*

**sampling**
363:*24*
**San**  2:*13*
6:*11*
**SANDRA**
5:*18*
**satisfy**  55:*9*
150:*15*
163:*4*
**saw**  167:*5*
170:*9*
196:*11, 13*
319:*14*
337:*22*
360:*21*
**saying**  33:*4*
46:*3*  82:*12*
83:*2*  94:*21*
98:*11*
128:*7*
155:*4*
173:*16*
174:*10, 15, 16, 18, 19, 21*
181:*23*
184:*10*
192:*13*
196:*16*
198:*22*
204:*16*
232:*8, 15, 16*
256:*2*
273:*2*
274:*23*
281:*2, 5*
288:*19*
289:*19*
299:*12*
331:*15*
374:*17*
376:*16*
379:*22, 24*
**says**  104:*13*
106:*8*

Confidential - Subject to Protective Order

112:*6*
135:*7*
138:*7*
139:*5*
142:*17*
154:*19, 23*
159:*11*
164:*6*
182:*10*
190:*3*
199:*23*
200:*10*
252:*9*
316:*2*
334:*22*
342:*7*
350:*17*
**sburke@dua**
**nemorris.co**
**m** 5:*13*
**scale**
194:*13, 23,*
*25* 373:*18*
**scaling**
191:*16, 22*
193:*11*
**scan** 255:*22*
**SCARCELL**
**O** 3:*2*
**scavenge**
236:*15*
243:*12*
354:*23*
**scenarios**
182:*14*
**scheduled**
228:*17*
229:*15*
**Scholar**
197:*22*
198:*17*
**Scialli**
118:*22*

**science**
57:*23*
66:*18* 75:*5,*
*7* 97:*8*
110:*23*
111:*8*
143:*12*
153:*21*
198:*6*
210:*6*
249:*7* 272:*9*
**Sciences**
37:*17*
239:*25*
325:*12*
**scientific**
31:*4* 34:*17*
43:*15, 16, 17*
46:*4, 13*
48:*23* 49:*2,*
*6* 51:*16*
58:*10* 61:*8,*
*16* 73:*11*
74:*12, 15*
94:*6, 13*
125:*14*
157:*4*
169:*14*
188:*12*
195:*10*
266:*24*
272:*2*
283:*13*
288:*19*
311:*21*
313:*1*
320:*7*
344:*11*
**scientifically**
181:*20*
190:*7, 17*
204:*17*
265:*10*
266:*14*

**scientist**
60:*9* 66:*21*
71:*3* 72:*7*
75:*12*
111:*4*
115:*1*
147:*7*
150:*7*
178:*1*
199:*12*
205:*22*
245:*15*
281:*17*
292:*14*
311:*2*
**scientists**
57:*2* 68:*24*
70:*2, 8*
97:*7*
110:*15*
161:*1*
249:*14*
367:*5*
373:*18*
**scope** 24:*9*
**scored**
322:*18*
**screen** 78:*9*
96:*4, 18*
99:*4*
100:*24*
101:*14*
104:*4*
108:*12*
142:*5*
229:*20, 22*
333:*3*
**screenshot**
112:*2*
**SEAN** 5:*12*
**search**
50:*13* 51:*8,*
*10, 19, 22, 24*
52:*3, 22*

53:*9* 54:*3,*
*8, 14, 16, 25*
55:*6, 10, 20*
56:*8, 21*
57:*3, 4, 8, 10,*
*11, 16, 17, 19*
58:*17, 23*
59:*2, 9, 13,*
*16* 63:*20, 22*
64:*21* 65:*2,*
*5* 88:*18*
135:*1, 23*
163:*16*
166:*19*
167:*1*
**searches**
50:*16, 21, 23*
53:*20*
54:*22* 56:*1,*
*16* 58:*18*
63:*2* 64:*16,*
*18* 266:*18*
**second**
89:*16*
116:*19, 24*
117:*4*
120:*16*
142:*17*
178:*22*
214:*9*
222:*2, 6, 14*
229:*3*
250:*22*
254:*9*
262:*20*
263:*1*
331:*12*
350:*16*
**seconds**
193:*25*
**second-to-**
**highest**
319:*17*

**second-to-**
**last** 350:*17*
**secreted**
253:*19*
**secretion**
144:*2*
**section**
107:*3, 24*
155:*21, 22,*
*24* 156:*1*
157:*12*
158:*9, 19*
163:*16, 23*
164:*2*
166:*6*
167:*19, 21*
169:*18*
225:*24*
226:*11*
228:*18*
229:*15, 16*
230:*19*
234:*3*
262:*10*
267:*22*
312:*11*
322:*8*
325:*23, 24*
328:*19, 22,*
*24* 331:*19*
**see** 40:*12,*
*13* 45:*12, 17,*
*23* 46:*18*
79:*6* 80:*17*
96:*8, 17, 21*
99:*10, 13*
101:*15, 19,*
*23, 25*
104:*12*
105:*8, 18, 19*
109:*13, 19*
112:*13, 14*
119:*9, 14*
120:*7, 24*

121:*2, 6, 10, 22*  122:*2, 3, 14, 21*
129:*13*
134:*8, 20*
136:*10, 11*
141:*4*
142:*12*
145:*9*
146:*5*
148:*9, 10, 12*
154:*20*
167:*4*
175:*20*
190:*10*
194:*18, 20, 21*  195:*3, 4, 13*  216:*15*
218:*6, 18*
221:*1*
222:*10*
229:*13, 17*
230:*13, 14*
234:*1*
237:*18, 19*
238:*9*
240:*20, 21*
242:*4, 5, 15*
245:*14, 19*
250:*20, 25*
251:*7*
252:*25*
254:*5, 18*
257:*15*
272:*5*
274:*24*
275:*2*
277:*1*
280:*19*
292:*4*
293:*16*
294:*6, 11*
295:*21*
307:*2, 17, 18*

314:*21, 22*
315:*2, 6, 9, 10, 14, 18*
316:*1, 3, 4*
319:*1, 2, 9, 11*  324:*16, 17*  325:*11*
326:*4, 12*
327:*5*
333:*21*
342:*6*
347:*24*
348:*3*
349:*7*
352:*7*
360:*14*
361:*22, 25*
362:*2*
363:*11*
366:*12*
367:*13*
372:*11*
375:*2*
**seeing**  30:*7*
55:*25*
146:*3*
334:*2, 3*
361:*8*
**seek**  72:*25*
194:*11*
**seeking**
127:*22*
194:*6*  294:*2*
**seen**  40:*23*
55:*24*
117:*15*
121:*8*
122:*15*
135:*14*
150:*8*
170:*3*
188:*7*
193:*15*
232:*25*

266:*12*
323:*13*
332:*17, 19*
335:*16*
338:*19*
341:*15*
**sees**  119:*23*
192:*21*
**select**  51:*5*
**selected**
54:*5*  266:*20*
**selectively**
73:*10*
**self-treat**
159:*17*
**seller**  36:*18*
106:*13*
111:*5*
112:*24*
113:*21*
**sellers**
99:*18*
105:*21*
110:*22*
**semester**
223:*2*
**senior**  115:*1*
**sense**  19:*16*
73:*20*
108:*21*
238:*21*
316:*6*
**sensitive**
133:*8*
317:*5*
357:*3*
358:*10, 22*
359:*1, 19*
**sensitivity**
314:*18*
358:*14*
359:*6, 9, 10, 16*

**sentence**
129:*14*
159:*10*
178:*24*
180:*4*
213:*7*
214:*3*
226:*23*
232:*6*
240:*15*
249:*2*
254:*10*
263:*5*
269:*23*
277:*10*
281:*11*
312:*10*
329:*8*
349:*20*
350:*17*
384:*4*
**sentences**
171:*2*
229:*18*
264:*15*
353:*12*
**separate**
357:*18*
**separately**
80:*19*
**separation**
356:*14*
**September**
1:*10*  8:*3*
15:*3, 9*
381:*10*
386:*24*
387:*2*
**sequelae**
205:*23*
**sequence**
254:*12*
**sequesters**
209:*1*

**series**
142:*18*
**serious**
148:*22*
184:*23*
316:*11*
**serotonergic**
370:*5*
**serum**
139:*22*
145:*6*
296:*10*
337:*9, 16*
**serve**  36:*21*
62:*5*
**served**
98:*20*  101:*5*
**serves**
279:*18*
**SERVICES**
1:*24*  7:*19*
15:*8*  26:*14*
**serving**
60:*19, 21*
114:*2*
**set**  51:*5*
75:*16*
147:*17*
214:*2*
290:*1*
316:*23*
322:*1*
358:*21*
386:*9*
**sets**  57:*4*
**seven**  21:*5*
167:*6*
**Seventh**
4:*15*
**severely**
317:*15*
320:*21*
**sex-dependent**

13:*14*
352:*13*
354:*1*
**Sex-Specific**
82:*25*
**sexual**
156:*7, 9*
**shake**
200:*21*
**shaking**
200:*16*
**share** 43:*8*
378:*12*
**shared**
373:*23*
**sharing**
58:*11*
**sheet** 387:*6,
9, 12, 15*
389:*7*
**Shery**
193:*20*
**Shiva** 119:*2,
7*
**short** 209:*6*
230:*2*
258:*21*
**shortened**
310:*9*
**shorter**
69:*17*
**shortly**
343:*6* 345:*7*
**show** 70:*14*
71:*17, 22*
79:*25*
80:*12, 20*
81:*8* 84:*11,
19, 23* 86:*6*
89:*9*
134:*24*
141:*22*
147:*20*
175:*11, 14*

206:*11*
222:*22*
235:*25*
236:*3, 6*
243:*8*
244:*2*
260:*4*
273:*12, 17*
274:*2*
279:*21*
280:*19*
281:*20*
287:*9*
289:*24, 25*
290:*12, 13*
298:*12*
311:*9*
328:*1*
340:*4*
346:*3*
348:*18*
349:*24*
377:*14*
**showed**
141:*1*
178:*12*
259:*3*
311:*7, 10*
317:*23*
333:*8* 367:*7*
**showing**
141:*15, 17,
18* 231:*8*
277:*4*
282:*11*
290:*3*
317:*10*
332:*9, 13, 23*
345:*16*
348:*11*
354:*24*
**shown**
160:*4, 14*
196:*3, 6*

226:*20*
256:*15, 17*
257:*22*
285:*7*
384:*20*
**shows**
172:*20*
174:*6*
176:*10*
178:*25*
235:*23*
245:*4*
279:*16*
289:*15*
304:*25*
311:*5*
334:*15*
335:*2*
340:*25*
348:*16, 20*
**SHP** 209:*10,
12*
**S-H-P**
209:*10*
**shrink**
93:*10*
**SHUSTER**
3:*7*
**siblings**
169:*10*
**sic** 26:*22*
81:*20*
92:*13*
216:*21*
**side** 166:*11*
172:*19*
229:*4* 324:*5*
**sign** 200:*23*
201:*3* 387:*8*
**signal**
316:*18*
319:*3*
320:*12*
321:*1, 10*

**signals**
314:*19*
315:*8*
316:*8*
319:*18*
**signature**
386:*11*
**significance**
347:*2*
**significant**
92:*8* 160:*5*
162:*2*
170:*4*
195:*8*
226:*4*
267:*8, 13*
286:*15*
288:*5*
294:*14*
298:*12*
302:*12*
335:*6*
360:*9*
377:*16*
**significantly**
283:*10*
361:*13*
**signing**
387:*10*
**silence**
279:*24*
**silent** 177:*9*
**similar**
53:*20*
124:*20*
125:*9*
190:*23*
191:*15, 24*
192:*1*
196:*1*
203:*14*
229:*9*
230:*10*
234:*15*

243:*17*
259:*25*
294:*25*
307:*11*
350:*21*
**similarly**
110:*21*
194:*15*
372:*13*
**simple**
11:*10*
19:*23*
68:*23*
184:*3*
193:*5, 12*
197:*10*
199:*18*
213:*6*
214:*2*
235:*17*
274:*16*
**simpler**
358:*13*
**simplicity**
208:*24*
**simplify**
217:*16*
**simply**
70:*20*
239:*3*
243:*18*
294:*8*
**single**
127:*17*
142:*13*
151:*15*
198:*22*
214:*5, 7*
227:*10*
229:*8, 14*
278:*20*
286:*14*
288:*11*
292:*21*

Confidential - Subject to Protective Order

294:*23*
298:*3*
311:*23*
**single-cell**
332:*23*
333:*8*
**single-dose**
127:*5*
150:*11, 14*
151:*13*
**single-**
**overdose**
292:*13*
**single-use**
297:*17, 20*
**Sir** 213:*22*
244:*25*
**sit** 188:*16*
267:*16*
**site** 145:*17*
146:*12*
**sitting** 381:*7*
**situ** 144:*6*
**situation**
308:*9*
**six** 21:*5*
159:*7*
167:*6*
168:*7*
253:*10*
324:*6*
**size** 187:*24*
278:*15*
284:*6, 11*
**skip** 226:*22*
329:*8*
**sko@btlaw.c**
**om** 5:*19*
**slightly**
140:*24*
203:*4*
**slip** 341:*21*

**slow** 174:*23*
208:*15*
328:*20*
**slowly**
280:*20*
**small** 130:*8*
263:*15*
300:*15*
301:*14*
336:*13*
357:*18*
366:*18*
**smaller**
284:*17*
301:*25*
**SNOW**
4:*10* 36:*9,*
*24* 381:*8*
**Social-**
**Emotional**
82:*22*
**sold** 94:*17*
97:*1*
**solely**
219:*10*
**soliloquies**
210:*6*
**solution**
375:*25*
376:*11*
377:*5*
**Solutions**
7:*15*
**somebody's**
30:*17*
**somewhat**
328:*21*
335:*16*
**soon** 228:*22*
**Sorry** 26:*24*
28:*23*
30:*20* 37:*3*
38:*25*
56:*12, 19*

60:*21*
61:*11*
64:*21*
68:*14*
72:*19*
82:*12* 83:*2,*
*4, 7, 12*
86:*10*
91:*19, 21, 24,*
*25* 93:*7*
96:*9, 24*
98:*10*
101:*18*
106:*18, 22*
109:*9*
116:*16*
117:*14*
119:*5*
124:*9*
134:*23*
136:*2*
158:*12, 25*
160:*19*
170:*13*
171:*16*
174:*16, 20*
175:*17*
177:*5*
183:*24*
187:*10*
188:*11*
192:*14*
194:*19*
196:*5, 17*
201:*4*
202:*24*
208:*14*
209:*11*
213:*8*
219:*22*
220:*2, 10*
223:*25*
238:*17, 23*
239:*11*

250:*19*
253:*20*
254:*7*
257:*13, 16*
265:*20, 22*
270:*11*
275:*13*
276:*16, 17*
278:*4*
279:*11, 23*
280:*9*
285:*1*
286:*5*
288:*13*
289:*13*
290:*11*
296:*3*
299:*19*
303:*11*
311:*9*
324:*25*
328:*20*
331:*11*
332:*4*
353:*23*
362:*12*
367:*2*
369:*2*
372:*12*
374:*16, 21*
377:*1*
**sort** 18:*22*
52:*5* 56:*2*
68:*24*
73:*21*
100:*5*
126:*17*
151:*12*
161:*18*
195:*17*
206:*23*
214:*11*
371:*16*

**sought**
36:*23*
**sounds**
215:*4*
289:*17*
368:*5*
**source**
98:*23*
198:*5*
261:*12*
**sources**
107:*16*
132:*6*
383:*17, 21*
**South** 4:*21*
7:*3*
**Southall**
116:*7*

**SOUTHERN**
1:*1*
**space** 387:*6*
**SPALDING**
6:*14*
**Spatial** 80:*2*
**speak** 22:*22*
114:*17*
146:*15*
201:*4*
**speaking**
65:*20*
161:*24*
170:*18*
181:*1*
207:*7*
212:*24*
214:*6, 10*
215:*3*
224:*25*
278:*1*
335:*20*
344:*10*
**species**
128:*18*

Confidential - Subject to Protective Order

194:*17*
207:*7, 13*
264:*6*
**specific**
51:*10*
158:*4*
160:*14*
204:*23*
205:*12*
218:*19*
245:*19*
268:*13*
273:*21*
318:*20*
334:*6*
**specifically**
25:*24*
26:*25*
29:*23*
60:*22* 65:*7*
106:*15*
129:*6*
132:*18*
138:*8*
163:*9, 11*
167:*23*
186:*13*
194:*19*
225:*18*
251:*3*
252:*6*
255:*14*
256:*7, 19*
258:*2, 17*
267:*23*
281:*25*
302:*15*
303:*13*
308:*1*
330:*8, 13*
331:*1*
347:*6*
384:*17*

**Spectral**
13:*8* 326:*19*
**spectroscopy**
343:*4*
**spectrum**
77:*12*
157:*17*
184:*24*
**speculate**
257:*8*
**speculated**
220:*20*
**speculating**
310:*17, 19*
**speculation**
48:*5* 67:*23*
220:*18*
**speculative**
68:*8* 220:*24*
**speech** 24:*5*
**speed** 104:*5*
**spend** 30:*9*
40:*6*
**spending**
130:*1*
**spinal** 81:*14*
**split** 379:*10*
380:*8*
**spoke**
149:*17*
156:*18*
**spoken**
137:*18*
213:*4*
**sponsor**
163:*2, 4*
**sponsored**
99:*18, 22*
114:*10*
163:*7*
**sponsoring**
97:*2*
**spot** 152:*11*
187:*12*

338:*23*
379:*2*
**spring** 39:*5*
**Src** 209:*12*
**S-r-c** 209:*12*
**St** 4:*9*
110:*8*
**stabilizing**
305:*16*
307:*9, 24*
**stage** 259:*19*
**stages**
236:*9*
258:*14, 16,*
*19*
**stake**
201:*13, 18*
**standard**
43:*13*
53:*17, 21*
55:*13*
61:*20* 75:*3*
97:*19*
106:*12*
168:*19*
256:*8*
290:*1*
313:*13*
320:*15*
341:*12*
343:*16, 19,*
*21* 344:*4, 12,*
*20, 21* 346:*6*
349:*22*
**standards**
51:*17*
**standing**
79:*14*
**standpoint**
344:*11*
360:*8*
**stands**
109:*23*
278:*16*

**start** 52:*8*
55:*25*
94:*20*
159:*21*
299:*22*
360:*10*
374:*16*
**started** 46:*2*
**starters**
262:*25*
327:*18*
**starting**
85:*5* 229:*4*
339:*16*
**starts** 107:*9*
**state** 17:*6*
33:*12*
44:*24* 48:*4,*
*21* 70:*24*
166:*4*
167:*23*
176:*1*
231:*17*
254:*10*
273:*5*
303:*25*
305:*12*
312:*2*
328:*22*
387:*5*
**stated**
21:*12*
46:*14* 70:*2*
76:*19*
88:*10*
113:*1*
120:*16*
124:*22*
167:*18*
168:*22*
169:*20*
171:*22*
180:*12*
185:*19*

186:*7*
188:*8*
205:*7*
216:*22*
228:*15*
277:*7*
285:*3*
292:*23*
297:*13*
306:*16*
330:*10*
338:*6, 12*
350:*15*
359:*13*
**statement**
30:*12*
44:*25*
101:*23*
102:*13, 14*
104:*12*
105:*24*
106:*8*
128:*2, 6*
133:*15*
134:*20*
135:*6*
155:*7*
166:*15*
169:*2*
171:*18*
173:*15, 18,*
*23* 200:*9*
214:*8*
222:*12*
224:*18, 23*
227:*10*
232:*11*
233:*15*
237:*19*
240:*21*
242:*7*
249:*23*
252:*8*
255:*7*

Confidential - Subject to Protective Order

261:*13*
263:*1*
264:*20, 23*
265:*7*
267:*17*
269:*1*
272:*19*
283:*18, 22*
290:*19*
291:*4*
293:*20*
299:*11*
312:*16, 17*
313:*10*
314:*22*
324:*17*
327:*7, 18*
330:*4, 20*
331:*1, 3*
340:*3*
347:*1*
361:*3*
367:*24*
368:*4*
382:*23*
383:*2*
384:*15, 16*
385:*1*
**statements**
146:*22*
230:*14*
259:*23*
281:*18*
282:*8*
285:*8*
295:*14*
331:*19*
**STATES**
1:*1* 36:*20*
114:*1*
253:*9*
349:*20*
**stating**
175:*10*

182:*1, 6*
185:*14*
**statistical**
344:*18*
347:*2, 7*
**stay** 162:*20*
264:*13*
305:*7*
**stayed** 92:*9*
**steady-state**
292:*24*
**steatosis**
175:*8*
176:*14*
177:*21*
179:*5*
**Stefanie**
152:*24*
**stem** 341:*16*
**STENOGRA PHER**
261:*25*
**stenographic**
15:*19*
37:*10* 382:*4*
**stenographic ally** 386:*8*
**step** 53:*5*
68:*8* 178:*5*
356:*14*
**Stephanie**
260:*22*
**steps** 43:*19*
209:*3*
**steroid**
254:*13*
328:*11*
**Steven**
104:*3*
105:*15*
**sticker**
306:*25*
**sticking**
364:*20*

**sticky**
306:*14*
**STONE**
6:*19*
**stood**
125:*22*
**stop** 67:*15*
209:*13*
262:*20*
269:*8, 10*
378:*1*
**stopped**
320:*25*
**stopping**
321:*16, 22*
**Stores** 6:*17*
**Stores-PNS**
7:*5*
**Story** 112:*3*
151:*6*
**straight**
213:*6*
338:*25*
353:*10*
376:*22*
**straightforw ard** 21:*3*
**strange**
151:*12*
**strategy**
120:*18*
**Street** 1:*18*
2:*6* 4:*21*
5:*3, 19*
6:*20* 7:*3*
**strength**
66:*16*
68:*25*
216:*7* 322:*6*
**strengths**
71:*14* 72:*4*
75:*8, 21*
76:*3, 8*

**Stress** 11:*7*
13:*16* 47:*5*
48:*19* 49:*3,
22* 128:*17*
131:*6*
134:*2*
135:*14*
143:*4*
176:*17, 20*
208:*7, 10, 11,
21, 22*
212:*10*
295:*25*
352:*5, 15*
353:*16*
354:*3*
362:*6, 9, 16*
363:*1, 10*
365:*10, 13,
21* 367:*8, 22*
369:*9, 19*
**stresses**
180:*22, 25*
**stricken**
210:*24*
**strike** 19:*18*
30:*18*
60:*14* 61:*1*
67:*8* 74:*8*
109:*15*
125:*4, 10*
131:*9*
210:*23*
213:*17*
317:*18*
336:*19, 25*
**strong**
169:*5*
240:*10*
243:*20*
314:*18*
316:*2, 7, 18*
317:*23*

319:*3*
320:*12*
**strongly**
199:*18*
250:*5*
252:*17*
353:*20*
**structurally**
263:*12*
**structure**
43:*7* 47:*13*
**stuck** 180:*2*
**students**
37:*23* 38:*4,
9, 10, 11*
39:*5*
**studied**
17:*5* 18:*2*
65:*20*
127:*6*
233:*19*
235:*14, 18*
252:*13*
271:*7*
275:*9*
303:*24*
305:*10*
307:*23*
314:*2*
337:*14*
366:*7*
**Studies** 9:*7*
17:*25* 28:*8*
29:*22* 30:*3,
4* 31:*5*
50:*8, 11*
51:*6* 52:*5,
10* 54:*23, 24,
25* 57:*15*
58:*24*
61:*24*
62:*25* 64:*9,
21* 65:*24*
66:*2, 7*

Confidential - Subject to Protective Order

| | | | | |
|---|---|---|---|---|
| 67:*1*  71:*4* | 223:*9, 15* | 375:*10* | 206:*15, 21,* | 337:*11* |
| 72:*5*  73:*13,* | 225:*10, 20,* | 377:*9, 13* | *23*  207:*7, 9,* | 339:*25* |
| *25*  75:*22* | *25*  226:*7* | 378:*13* | *11*  223:*20,* | 340:*15, 17,* |
| 76:*5, 9, 13,* | 240:*2* | 382:*12, 19,* | *21*  224:*10,* | *20*  341:*17,* |
| *16, 21*  78:*13,* | 245:*22* | *24*  383:*6, 10,* | *17*  225:*11,* | *19*  345:*16* |
| *18*  80:*13, 22* | 246:*14* | *16* | *14, 18*  226:*5* | 352:*8* |
| 83:*24*  85:*7,* | 249:*18, 21* | **study**  28:*16,* | 227:*12, 16,* | 353:*14* |
| *15*  86:*17* | 258:*18* | *24*  29:*6* | *21*  228:*8, 14,* | 354:*12* |
| 87:*11, 20* | 260:*8* | 52:*5*  62:*24* | *16*  229:*13,* | 355:*16, 19* |
| 88:*3, 24* | 268:*18* | 63:*25* | *18*  230:*2* | 356:*4* |
| 89:*6, 7, 8, 24* | 272:*3, 21* | 64:*10* | 231:*12* | 357:*1* |
| 90:*9, 17* | 273:*11* | 80:*13, 14, 15,* | 232:*1, 2, 5,* | 358:*12, 15* |
| 95:*7*  97:*7,* | 276:*24* | *25*  81:*9, 11,* | *22*  237:*12,* | 359:*7, 24* |
| *12*  107:*15* | 279:*20* | *16*  83:*15* | *14*  239:*17,* | 360:*19* |
| 112:*21* | 280:*13, 17* | 86:*10*  93:*4,* | *20*  242:*1* | 361:*14, 15* |
| 124:*3, 12, 23* | 281:*20* | *11*  97:*15, 18* | 243:*25* | 366:*11* |
| 126:*23* | 283:*19* | 99:*14* | 248:*1* | 367:*4, 14* |
| 127:*3, 11* | 285:*7* | 101:*21* | 249:*4, 5* | 368:*13* |
| 130:*12, 13* | 288:*3* | 105:*20* | 251:*8* | 369:*13, 15,* |
| 137:*7, 16, 23* | 290:*3* | 109:*3* | 253:*2, 16, 24* | *19*  370:*12* |
| 138:*14, 21,* | 292:*21* | 119:*11* | 255:*11* | 373:*4* |
| *25*  139:*2, 7,* | 297:*2* | 120:*8, 25* | 256:*18* | 378:*5* |
| *12, 13, 14* | 298:*5, 10* | 123:*7, 8* | 259:*1* | 383:*24* |
| 143:*11* | 300:*7* | 126:*4, 5* | 267:*20* | 384:*14* |
| 147:*4, 16* | 317:*11* | 127:*21, 23* | 271:*13* | **studying** |
| 148:*6* | 325:*24* | 131:*19, 21* | 274:*19* | 66:*11* |
| 150:*7* | 326:*4* | 134:*6* | 276:*20, 23* | 69:*24* |
| 151:*15* | 329:*13* | 137:*18* | 279:*16, 17* | 130:*14* |
| 152:*1* | 330:*7, 12, 14,* | 138:*15* | 280:*14, 15* | 149:*9* |
| 154:*23* | *15, 22, 25* | 139:*3, 19* | 283:*9* | 233:*22* |
| 157:*21* | 331:*2, 8* | 140:*16* | 291:*9, 10* | 308:*3* |
| 160:*2* | 332:*12* | 141:*20* | 292:*3, 8* | 342:*16* |
| 165:*15, 21* | 338:*5, 18* | 148:*25* | 297:*3, 10, 18* | 373:*21* |
| 166:*9, 11* | 339:*1, 18* | 149:*1* | 303:*8* | 379:*18* |
| 167:*9, 10* | 351:*3, 4, 6,* | 163:*6* | 304:*4* | **style**  283:*3* |
| 168:*15* | *16*  356:*2* | 165:*14* | 309:*13* | **subdivided** |
| 169:*2* | 358:*24* | 167:*23* | 311:*23* | 254:*11* |
| 170:*5* | 362:*20* | 168:*10* | 313:*8, 12* | **subfield** |
| 186:*4, 13, 24* | 363:*3, 4* | 176:*10* | 325:*1* | 18:*22* |
| 187:*1* | 364:*11, 16,* | 178:*2, 24* | 326:*2* | **sub-** |
| 201:*8* | *24*  365:*6, 7* | 182:*23* | 327:*20* | **hepatotoxic** |
| 204:*12* | 370:*9* | 184:*3, 12* | 330:*1* | 171:*3, 6, 19* |
| 221:*6* | 373:*19* | 185:*23* | 335:*23* | 173:*6, 8, 12,* |
| 222:*18* | 374:*4, 5* | 186:*8* | 336:*3, 4* | *25*  215:*23* |

297:6
366:21
**subject**
17:10
19:10, 16
28:24
162:17
247:1
249:10
311:24
312:3, 8
363:12
387:10
**subjected**
180:21
**subjects**
38:16
200:12
**submitted**
39:24
40:16   50:5
381:20
**Subscribed**
389:15
**subsection**
325:24
**subsequent**
129:10
**substance**
389:7
**substances**
263:22
278:17
**substantial**
40:22
325:13, 14
**substantially**
170:22
**substrate**
305:16
307:9, 14, 25
**substrates**
252:16
254:4, 24, 25

256:10
307:16
**subtoxic**
147:23
180:7   355:4
**Suda**  82:3
86:24   87:5
**suffered**
353:2
**sufficient**
48:24
66:19, 20
143:13
145:25
146:2
214:14
222:7
223:3
239:4
262:16
291:25
296:13
299:14, 15
300:1, 2, 18
324:13
325:7
354:20
371:13
376:9
**suggest**
240:16
248:19
250:5   384:6
**suggested**
92:21
154:23
155:8, 15
**suggesting**
188:8
296:23
366:7
383:13
**suggestion**
44:11

**suggestive**
256:20
**suggests**
229:7
237:12
**suing**
352:20
**Suite**  1:18
2:13, 21
3:4, 14, 19
4:4, 9, 15
5:4, 9, 14, 20
6:11
**sulfate**
257:24
**sulfated**
256:14
**sulfates**
257:6
**Sulfation**
11:19
158:23
207:19
250:12, 17
251:4, 11, 20
252:11, 19
253:17, 18
254:1, 4
255:2
256:4, 8, 21,
22, 23   257:4,
5, 21
**sulfotransfer**
**ase**  252:23
**Sulfotransfer**
**ases**  11:22
251:14, 22
254:22
255:4
**sulfoximine**
341:20
342:12
**SULLIVAN**
3:8

**SULT**
252:13
254:10, 13
**SULT1**
254:13, 14
256:3, 22
257:4
**SULT1A**
254:20, 21
255:4
256:14, 15
**SULT1A1**
255:3
**SULT1A3**
252:24
**SULT2**
254:14
**summarize**
164:7
**summarized**
126:4
**summary**
123:15
153:22
162:8
**superfamily**
328:8
**supertherape**
**utic**  176:4
**supplement**
64:2
**Supplementa**
**l**  9:4   42:14,
21
**SUPPORT**
8:19   95:8
102:3, 15
103:5
108:19
162:10
168:2
221:2, 11
225:20
241:11

252:18
264:23
282:9
291:4
331:18
340:3
363:3
384:14
**supported**
96:6, 18, 22
104:1
105:16
140:6
317:10
**supporting**
144:19
**supportive**
244:4
**supports**
101:17
289:8, 24
294:3
**suppose**
41:3   126:4
234:16
**sure**  27:25
28:2   29:14
33:21
43:12   62:2
65:4   93:8
97:9, 25
106:11
108:9, 10
109:2
137:13
152:13
161:5
163:14
172:7
177:13
186:25
187:11
194:1
197:15

Confidential - Subject to Protective Order

| | | | | |
|---|---|---|---|---|
| 198:*3* | 374:*10, 13,* | 316:*1* | **taken** 91:*6* | 217:*3, 4* |
| 213:*25* | *15* 377:*24* | 317:*15* | 149:*14* | 219:*24* |
| 217:*12* | **Suspension** | 319:*2, 10* | 152:*17* | 225:*13* |
| 221:*15* | 189:*16* | 343:*16* | 221:*20* | 230:*19* |
| 224:*7* | 190:*11* | 346:*3* 381:*8* | 243:*19* | 241:*19, 22,* |
| 229:*1* | **swear** 15:*21* | **tables** 195:*4* | 285:*15* | *24* 295:*16* |
| 253:*21* | **switch** | **TAKADA** | 306:*1* | 303:*16* |
| 257:*2, 6, 9* | 252:*21* | 7:*9* | 337:*15* | 308:*9, 20* |
| 274:*24* | **sworn** 16:*3* | **take** 32:*18,* | 339:*10* | 333:*13* |
| 285:*11* | 386:*5* | *25* 33:*5, 7* | 380:*18* | 338:*8* |
| 297:*12* | 389:*15* | 40:*3* 60:*2* | 386:*8* | 345:*24* |
| 303:*15* | **Syndrome** | 90:*19, 21* | **takes** 192:*19* | 361:*19* |
| 305:*23* | 12:*24* | 91:*2* 107:*4* | **talk** 164:*7* | 375:*6* |
| 314:*5* | 314:*11* | 110:*16* | 200:*25* | 384:*19* |
| 333:*12, 23* | **synthesis** | 117:*11* | 220:*7* | **TALLEY** |
| 354:*10* | 328:*10, 11* | 138:*17* | 237:*7* | 3:*13* |
| 372:*1* | 342:*3* | 143:*25* | 246:*1, 4* | **Target** 6:*12* |
| 373:*2* | **synthesized** | 144:*6* | 291:*13* | **tcampbell@k** |
| 374:*17* | 371:*8* | 152:*12* | 305:*6* | **rauseandkins** |
| 378:*23* | **system** | 158:*7* | **talked** | **man.com** |
| 379:*20* | 28:*13* | 163:*2* | 127:*13* | 3:*19* |
| 380:*14* | 37:*20* | 185:*24* | 152:*23* | **teach** 36:*25* |
| **surface** | 156:*9* | 186:*1* | **talking** | 37:*14, 16, 21,* |
| 194:*14* | 230:*9* | 197:*8* | 20:*18, 19* | *22* 38:*4, 9,* |
| **surpasses** | 263:*13, 15* | 200:*22* | 25:*13* | *10, 12, 14* |
| 263:*21* | 307:*6* | 215:*9* | 33:*18* 58:*9* | 39:*4, 6* |
| **surprise** | 308:*19, 23,* | 232:*4* | 98:*16* | **teacher** |
| 191:*13* | *24* 311:*11,* | 235:*20* | 128:*4* | 38:*17* |
| 196:*15* | *12* 322:*9, 17* | 237:*22* | 135:*21* | **teaches** |
| 261:*5* | 370:*7* | 243:*13* | 136:*22* | 38:*17* |
| **surprising** | 371:*20, 25* | 248:*21* | 137:*19* | **teaching** |
| 341:*24* | **systematic** | 249:*8* | 138:*12* | 37:*24, 25* |
| **surrogate** | 52:*12* | 250:*3* | 145:*23* | 38:*6* |
| 29:*4* 301:*2* | 53:*22* 55:*11* | 275:*4, 6* | 147:*3* | **Technical** |
| **surrogates** | **systems** | 280:*1* | 149:*2* | 382:*3* |
| 67:*3* 356:*3* | 263:*17* | 281:*15* | 150:*4, 5, 6* | **technically** |
| | | 292:*22* | 151:*17* | 38:*22* |
| **susceptibility** | **< T >** | 300:*5* | 155:*14* | 91:*16* |
| 188:*7* | **T4** 253:*18* | 305:*21* | 178:*17* | 230:*17* |
| **susceptible** | 254:*2* | 313:*7* | 184:*5* | **TECHNICIA** |
| 128:*19* | **Table** 194:*7,* | 331:*22* | 193:*10* | **N** 7:*14* |
| 181:*5* | *9, 21, 22, 23* | 350:*8* | 204:*8* | 78:*8* 96:*5* |
| 373:*17* | 203:*6* | 373:*3* | 205:*11* | 333:*24* |
| | 315:*2, 3* | 380:*12* | 212:*6* | |

Confidential - Subject to Protective Order

techniques
252:*17*
**Telephonic**
279:*22*
**tell** 55:*23*
81:*6* 84:*15*
85:*9* 97:*24*
134:*24*
151:*6*
175:*17*
213:*10*
242:*9*
252:*4*
274:*24*
275:*17*
293:*16*
348:*11*
384:*13*
**telling**
211:*24*
**temperature**
370:*3*
**tempting**
171:*3*
173:*24*
**ten** 41:*25*
314:*1, 20*
315:*6*
316:*7, 20*
317:*22*
319:*18*
373:*17*
374:*10*
**tenet**
187:*20, 22*
**tens** 371:*10*
**teratogenic**
262:*18, 21*
264:*18*
266:*8, 11*
**teratogenicit**
**y** 265:*2*

**teratologist**
18:*12, 17*
19:*6*
**teratology**
18:*14, 21*
19:*1*
**Term** 11:*17*
63:*20, 22*
64:*15, 25*
65:*7, 9, 17*
108:*14*
123:*4*
148:*11*
158:*13*
215:*24*
228:*4, 10*
272:*12*
280:*10*
281:*1*
292:*2*
298:*24*
343:*11*
**termination**
253:*11*
**terms** 38:*24*
39:*3* 50:*14*
51:*8, 11, 23,*
*24* 52:*22*
53:*10* 54:*3,*
*8, 14, 17, 25*
55:*4, 6*
56:*8, 22*
57:*4, 8, 11,*
*16, 18, 19, 25*
58:*9, 17, 23*
59:*3, 9, 13,*
*16* 64:*21*
65:*2, 5*
73:*17*
135:*23*
155:*9*
157:*20*
171:*5, 18*
173:*6*

213:*6*
214:*2*
249:*4, 19*
265:*8*
272:*17*
283:*18*
344:*6, 8*
361:*14*
365:*12*
366:*22*
**test** 43:*25*
89:*1* 94:*8*
144:*7*
183:*4*
186:*14, 19*
201:*18, 20*
344:*18*
363:*11*
369:*8*
373:*19, 21*
**tested** 44:*2*
45:*17, 18*
46:*20*
142:*13*
166:*14*
167:*24*
169:*5*
224:*11*
228:*21*
256:*4*
372:*17*
**testified**
16:*4* 185:*13*
**testify**
315:*16*
386:*5*
**testifying**
35:*25* 36:*3*
**testimony**
59:*19*
72:*18*
118:*8*
179:*15*

345:*17*
386:*8*
**testing** 44:*5,*
*6* 45:*16*
46:*4, 5, 9, 12,*
*15* 64:*1*
68:*19* 69:*4*
94:*4, 9, 11*
184:*22*
207:*13*
214:*4*
215:*19*
244:*20*
245:*11*
257:*23*
347:*7*
363:*19*
**tests** 46:*21*
**tetracycline-**
**controlled**
308:*22*
**Texas** 2:*13*
4:*4*
**text** 138:*3*
**textbook**
35:*2*
**thalamus**
329:*3, 6*
**Thank**
96:*14*
103:*17*
194:*2*
215:*6*
221:*17*
269:*19, 20*
285:*12*
306:*12*
381:*21, 24*
385:*7, 8*
**Thanks**
152:*14*
381:*25*
**theirs**
185:*15*

**therapeutic**
19:*15*
44:*18, 20*
47:*4, 8*
49:*1, 5, 10*
77:*19* 82:*3*
86:*24*
145:*7, 13*
149:*14*
151:*22*
152:*6*
170:*16, 25*
171:*5, 6, 18*
172:*21*
173:*6, 19, 20,*
*22* 174:*2, 7*
176:*7*
179:*8*
183:*17*
202:*10*
204:*9*
206:*8*
215:*25*
216:*6, 12*
219:*5, 6*
222:*8*
223:*4*
226:*25*
234:*23*
243:*23*
248:*7*
280:*24*
288:*17, 23*
289:*2*
290:*5, 9, 10*
294:*13, 17*
296:*10*
297:*19, 23*
298:*11*
302:*11, 16*
335:*7, 10*
336:*12*
337:*8, 14*
361:*10, 18,*

Confidential - Subject to Protective Order

23 362:5, 18,
24 364:12,
17 365:25
366:16, 21
367:1, 10
368:7
372:10
373:9, 14
374:1, 8
375:14, 20
377:19, 25
**therapy**
292:9
**thing** 51:21
56:2 60:18
73:14, 21
110:14
114:7
146:5, 8
161:18
195:18
262:22
279:1
342:17
371:16
**things** 41:8
50:4 63:13
88:4
111:10, 11
126:25
157:9
163:2
164:4
191:1
198:19
208:8
249:20
276:21
375:11
**think** 20:7,
24 29:19
30:23
31:10, 13
36:8 43:7

44:11
47:12, 19
60:3, 12, 23
67:12
68:16
70:19
79:22 85:6
94:2 95:6
98:2, 6, 22
99:3 113:4
122:8
123:23
161:6
167:18, 20
174:13
206:18
209:13, 14
211:22
220:16
232:19
235:4, 20
236:18
238:20
245:8
247:3, 5
254:9
266:22
271:12
274:20
275:22
276:20
279:9
282:25
289:13
300:17
310:2, 3
335:9
345:16
359:8
378:20
379:24
382:18
384:25

**thinking**
60:5 167:6
216:16
237:25
241:16
242:14
249:22
**thiols** 366:6
**thioredoxin**
208:13, 25
**third** 29:12
154:22
166:10
223:2, 6
224:21
229:25
**third-party**
119:3
**thirty**
387:16
**THORNBUR**
**G** 4:17 5:2,
7, 18 6:2
**thought**
121:12
132:13
136:2
143:2
178:3
199:10
234:10
**thousand-**
**fold** 300:14
350:4, 7
351:2, 10
**thousands**
371:10
**three** 21:4
28:20 39:8
80:12, 21
85:8, 17
95:6 112:8
133:13
189:20

191:18
212:16
278:14, 22
313:16, 19
315:25
319:16
322:5
342:13
353:12
**threefold**
131:19
**three-page**
233:20
242:1
247:13
**three-year-**
**old** 190:22
**threshold**
172:20
174:6
207:15
**Thyroid**
11:19
250:17
251:4, 11, 20
252:11
253:19
**thyroxine**
253:18
254:2
**ticked** 29:21
**Tietze**
358:19
359:2
**tighter**
265:12
**tightly**
309:25
356:21
**time** 15:10
30:10
35:24 36:2
40:6 41:6,
15 52:7

91:5, 9
97:1 98:4
104:10
112:23
113:7
120:14
138:17
144:11
148:4
149:18
152:16, 20
166:16, 17,
24 168:8
170:9, 24
177:11
178:3
181:2
184:9, 12
195:22
196:3, 6
197:3
210:17, 25
214:11, 12
221:19, 23
228:25
230:9, 20
234:16
238:1
241:6, 17
242:14
252:20
262:16
275:6, 17
277:25
285:9, 14, 18
289:18
291:21
292:10
296:15, 24
305:25
306:4
335:18
337:15, 21
339:9, 13

Confidential - Subject to Protective Order

346:*4*
358:*23*
380:*17, 21*
381:*22*
385:*12, 14*
386:*8*
**Timeline**
112:*4* 265:*8*
**times**
115:*13, 18,*
*22* 129:*22*
130:*7*
184:*7*
197:*9*
278:*14, 22*
285:*3*
331:*14*
373:*17*
374:*10*
**tips** 111:*11,*
*17*
**Tirmenstein**
135:*9*
**tissue**
137:*20*
146:*24*
225:*14*
253:*9, 12*
315:*7*
326:*9*
329:*6, 11*
356:*19, 20*
**Tissues**
12:*22*
164:*8*
225:*12*
252:*15*
253:*2*
314:*9*
324:*20*
348:*7*
**title** 52:*15*
78:*25* 99:*9*
123:*1* 348:*8*

**titled**
251:*19*
306:*21*
353:*25*
**today** 20:*20*
22:*2* 31:*19*
59:*19*
112:*10*
135:*18*
136:*12*
150:*9*
171:*10*
182:*19*
188:*16*
210:*12*
211:*16*
245:*25*
246:*15, 19*
267:*16*
298:*16*
307:*22*
357:*12*
381:*22*
**Today's**
15:*9* 22:*1*
40:*18*
247:*1*
385:*11*
**toddler**
191:*17*
**tolerance**
372:*17*
**ton** 309:*23*
320:*9*
**tonight** 37:*8*
**Tony** 118:*21*
**top** 35:*11*
39:*22* 40:*1*
61:*19*
78:*25*
92:*17*
116:*23*
139:*11, 14*
159:*21*

194:*22*
195:*5*
196:*9*
218:*20*
222:*20*
242:*22*
244:*1*
254:*9*
261:*3*
271:*5, 16*
343:*18*
358:*7*
366:*23*
**topic** 20:*6*
52:*25* 53:*7*
57:*12* 66:*4*
157:*7*
158:*8*
162:*20*
163:*9, 11*
185:*10, 14*
217:*20*
274:*1, 4*
**total** 29:*15*
31:*3* 35:*18*
54:*14*
142:*9, 11*
326:*6*
327:*25*
328:*3*
337:*9, 16*
340:*10, 11,*
*12*
**totally**
203:*15*
204:*16*
**touch** 310:*7*
**toxic**
148:*21*
173:*21*
179:*14, 19*
215:*21*
227:*6, 19*
231:*23*

233:*5, 7*
235:*12*
240:*9, 11, 19*
324:*22*
360:*10*
384:*9, 18*
385:*5*
**toxicants**
278:*21*
283:*10*
**toxicities**
130:*20*
131:*2*
140:*17*
**Toxicity**
11:*8* 12:*9*
14:*9, 17*
25:*25* 26:*4,*
*17* 28:*12*
39:*5* 51:*1*
52:*20*
128:*19, 22*
130:*8, 18, 24*
131:*5, 6, 20,*
*23, 25* 132:*4*
134:*3*
135:*25*
136:*8, 18*
141:*6, 7, 24*
143:*15, 16*
145:*25*
146:*3, 4, 9,*
*14, 15, 17, 18*
148:*8*
150:*9, 11*
153:*3, 9, 17*
155:*10*
156:*1, 2, 4*
165:*4*
172:*20*
173:*13*
174:*6*
181:*6*
204:*22*

207:*8*
211:*23*
212:*13*
213:*2*
214:*22*
218:*22*
221:*1*
235:*14*
271:*10*
274:*9, 14*
288:*12, 15,*
*24* 290:*23*
291:*25*
292:*1*
293:*3*
294:*13*
296:*13*
297:*7*
298:*8*
302:*7*
377:*16*
**toxicologist**
18:*16, 23*
191:*2*
**toxicology**
16:*12*
18:*15, 23*
25:*8, 11, 19*
38:*15*
91:*12, 16, 21,*
*25* 187:*14,*
*20, 23*
**toxins**
264:*2* 338:*9*
**Tracey**
260:*23*
**traffic**
311:*25*
312:*5*
**train** 199:*10*
**trained**
18:*23* 25:*9,*
*15*

Confidential - Subject to Protective Order

**training**
25:*10, 13, 16,*
*18, 20*  91:*18*
93:*15*  110:*6*

**transaminase**
175:*4*
176:*11*
179:*2, 24*
180:*24*
**transcribed**
313:*23*
**transcript**
22:*25*
24:*14*
379:*2*
386:*7*
387:*17, 18*

**transcription**
389:*5*
**transcription**
**-polymerase**
313:*14*
**transfer**
230:*5*
**Transient**
14:*5*  172:*5,*
*13*  175:*6*
176:*13*
177:*20, 25*
178:*9, 14*
179:*3*
180:*22*
**Transit**
378:*8*
**translated**
313:*24*
**translates**
65:*22*

**Translational**
153:*16*

**translocates**
209:*7*

**translocation**
180:*9*

**transparency**
57:*22, 25*
58:*4*
**transparent**
58:*11*
**Transplacent**
**al**  11:*16*
228:*3, 9*
231:*8*
**transport**
263:*16*
**transporters**
262:*14*
263:*11, 20,*
*22*
**traverse**
226:*16*
**tread**
167:*12*
**treat**  161:*15*
**treated**
342:*11, 21*
372:*3*
**Treatment**
9:*12*  95:*19*
99:*12, 17*
129:*2*
144:*25*
148:*2*
160:*7*
162:*6, 7*
291:*19*
292:*8*
341:*20*
342:*24*
**TRIAL**
7:*14, 15*
182:*20*

183:*16*
185:*16*
186:*23*
**TRICIA**
3:*18*
**tried**  156:*5*
162:*20*
182:*3, 6*
**trigger**
295:*1*
**trimester**
222:*15, 21*
223:*7*
224:*21*
**true**  16:*20*
27:*12*
34:*17*
92:*22*  97:*7*
140:*18*
176:*2*
190:*25*
222:*12*
224:*19*
256:*25*
265:*5*
346:*24*
364:*4*
370:*14*
**truism**
173:*19*
**trust**  81:*2*
**truth**  386:*5,*
*6*
**try**  17:*18*
30:*8*  60:*11*
69:*14*
154:*8*
159:*1*
174:*23*
181:*14*
247:*11*
**trying**
40:*10*
59:*10*

64:*23*  98:*5*
104:*5*
130:*21*
151:*6*
192:*15, 18*
212:*3, 11*
223:*9*
234:*11*
242:*6*
308:*14*
346:*2*
349:*7*
359:*11*
**tubes**
111:*11*
**Tull**  1:*18*
**turn**  84:*9*
95:*12*
122:*19*
126:*20*
134:*19*
135:*22*
170:*12*
193:*23*
222:*1*
229:*25*
258:*4*
305:*5*
306:*15, 24*
309:*3, 9*
314:*14*
**turning**
89:*3*
358:*12*
359:*20*
**turnover**
307:*6*
308:*25*
310:*5*
**tutelage**
32:*20*
**twice**  21:*2*
**two**  21:*4*
29:*2*  37:*23*

39:*8, 9*
57:*2, 3, 4*
64:*8*  84:*25*
85:*7, 10, 12*
86:*17*
105:*20*
130:*19*
139:*2, 7, 11,*
*14*  142:*11*
143:*25*
161:*19*
171:*2*
189:*20*
190:*21*
191:*17*
214:*15*
216:*4*
243:*25*
265:*17*
274:*17, 24*
275:*2, 8, 18*
278:*22*
280:*13*
285:*7*
287:*14*
341:*6*
351:*16*
382:*2*
**Tylenol**
13:*20*
15:*13*
36:*19*  77:*9*
94:*17*  97:*1*
99:*19*
105:*22*
106:*13*
110:*23, 24*
111:*5*
112:*9, 10, 24*
113:*21*
149:*13*
150:*14, 19*
160:*16, 23*
188:*3, 18, 25*

Confidential - Subject to Protective Order

| | | | | |
|---|---|---|---|---|
| 189:*8, 11, 25* | 307:*1* | 161:*6* | **unfair** | 203:*8* |
| 216:*8* | 327:*4* | 183:*1* | 220:*4* | 226:*21* |
| 296:*18* | 356:*6* | 186:*11* | 345:*17* | 227:*3, 17* |
| 352:*21* | 362:*23* | 201:*14* | **unit** 192:*23* | 231:*20* |
| **type** 38:*1, 5* | 372:*12* | 203:*16, 17,* | **UNITED** | 235:*10* |
| 52:*13* | 383:*15* | *18* 213:*25* | 1:*1* 36:*20* | 237:*17* |
| 110:*6* | **ultimate** | 227:*23* | 114:*1* | 240:*16* |
| 128:*5* 209:*4* | 66:*25* | 232:*3* | **University** | 245:*11* |
| **types** 37:*24* | **umbilical** | 237:*16* | 16:*13* 19:*4* | 254:*24, 25* |
| 63:*16* | 226:*24* | 246:*2* | 37:*1, 15, 16,* | 255:*3* |
| 72:*23* 73:*2* | **unaware** | 253:*22* | *19* 91:*13* | 256:*9* |
| 374:*5* | 166:*21* | 283:*6, 16* | 92:*1* 110:*8* | 280:*10* |
| **typical** | 185:*21* | 287:*12* | **unknown** | 281:*1* |
| 52:*11* | **uncharged** | 304:*10* | 267:*15* | 304:*3* |
| 109:*6* 338:*6* | 259:*10* | 320:*8* | **unnecessary** | 317:*4* |
| **typically** | 284:*20* | 352:*19* | 203:*15, 21* | 333:*11* |
| 39:*10* | **unconjugate** | **understandin** | 204:*16* | 339:*4* |
| 50:*12* | **d** 324:*19* | **g** 52:*7* | **unsafe** | 356:*7* |
| 51:*18* | **undergo** | 77:*6* | 188:*4* | 357:*4* |
| 159:*23* | 250:*10* | 125:*14* | 203:*22* | 358:*20, 23* |
| 189:*1* | **undergoing** | 168:*6* | **unspoken** | 361:*18, 23* |
| 190:*6* | 228:*17* | 192:*17* | 214:*2* | 362:*5, 17* |
| 216:*6* | **underlie** | 211:*21* | **unstuck** | 363:*4* |
| 293:*16* | 133:*15* | 234:*10* | 180:*4* | 364:*12* |
| 338:*15, 17* | **underlying** | 252:*10* | **unsupported** | 369:*21* |
| 341:*22* | 10:*8* | 263:*23* | 249:*3* | 370:*13* |
| 344:*25* | 104:*21* | 352:*24* | **upper** 252:*9* | 372:*10* |
| | 105:*4* | 380:*3* | **use** 23:*23* | 375:*14* |
| **< U >** | **undermines** | **understood** | 27:*24* 28:*7* | 384:*7* |
| **U.S** 181:*18* | 74:*15* | 24:*13* | 29:*23* 48:*6* | **uses** 57:*18* |
| **UAMS** | **underneath** | 231:*16* | 51:*15* | **usually** |
| 378:*4* | 316:*1* 319:*9* | **undertake** | 52:*11, 22* | 39:*8* |
| **Uh-huh** | **understand** | 157:*3* | 57:*15* 65:*9* | 214:*11, 14* |
| 134:*23* | 21:*21* | **undetectable** | 79:*14* | **utero** 77:*13,* |
| 135:*10, 15* | 22:*24* 31:*2,* | 317:*11* | 112:*16* | *18, 21* 80:*5* |
| 137:*22* | *9* 32:*4* | **undoubtedly** | 151:*15* | 89:*2, 21* |
| 142:*23* | 36:*10* | 150:*13* | 159:*24* | 90:*1, 3* |
| 170:*20* | 40:*11* 51:*7* | **unethical** | 162:*1* | 124:*13* |
| 187:*15* | 52:*8* 62:*2,* | 109:*12* | 170:*25* | 127:*24* |
| 224:*5* | *3, 17* 65:*18,* | 185:*4* | 175:*1* | 148:*20* |
| 239:*18* | *23* 70:*9* | **unexplained** | 177:*22* | 149:*2, 6* |
| 246:*8* | 77:*4, 14, 15* | 314:*24* | 180:*5* | 160:*25* |
| 271:*1* | 80:*8* 88:*20* | | 181:*14* | 183:*5* |
| 291:*12* | 101:*4* | | 184:*25* | 189:*21* |

Confidential - Subject to Protective Order

192:7, *20*
222:*13*, *25*
224:*19*
239:*6*
288:*20*
351:*18*
353:*3*
365:*14*
**utilized**
54:*17*
58:*19* 59:*3*

**< V >**
**vaguely**
337:*10*
**valid** 30:*16*
150:*17*
204:*17*
**value**
199:*13*
301:*13*
329:*9*
344:*22*
**values**
343:*10*, *12*
**various**
48:*6* 116:*8*
131:*19*
139:*23*
258:*14*, *16*,
*19* 307:*15*
327:*1* 360:*2*
**vary** 267:*15*
**vastly** 237:*9*
372:*8*
**vehicle**
303:*22*
342:*25*
**ventricle**
341:*6*
**verbatim**
386:*7*
**version**

142:*1*
**versus** 192:*6*
**viable**
309:*2*
310:*13*
**Viberg**
166:*22*
**video** 15:*11*
214:*18*
275:*22*
372:*22*
**VIDEOGRA
PHER** 7:*15*
15:*5*, *7*
91:*4*, *8*
152:*15*, *19*
221:*18*, *22*
285:*13*, *17*
305:*24*
306:*3*
339:*8*, *12*
380:*16*, *20*
385:*10*
**Video-
Recorded**
1:*17*
**view** 159:*12*
178:*1*
**viewed**
317:*12*
**VINH** 3:*14*
**violating**
378:*19*, *21*
**virtually**
303:*3*
**virtue**
365:*14*
**visible**
349:*11*, *21*
350:*13*
**vitae** 100:*25*
**vital** 264:*18*

**vitro** 144:*7*
216:*20*
218:*15*, *25*
**vivo** 206:*10*
223:*11*
**volition**
185:*24*
**volume**
190:*13*
**volunteers**
203:*12*
**vulnerable**
267:*9*

**< W >**

**WAGSTAFF**
3:*2*
**wait** 47:*21*
66:*21*
190:*4*
204:*5*
299:*17*
**Walgreen**
6:*5*
**Walgreens**
6:*5*, *6*
**walk** 32:*18*
138:*11*
261:*24*
**Walmart**
6:*17*
**Wal-Mart**
6:*17*
**want** 23:*5*
27:*25*
31:*12* 33:*5*
37:*12* 40:*6*
51:*8* 62:*2*
64:*3* 73:*25*
84:*14* 93:*8*
98:*3*
106:*10*
108:*9*, *10*

119:*22*
128:*13*
137:*12*, *24*
142:*15*
171:*17*
187:*11*
192:*15*
197:*8*, *15*
198:*10*
200:*25*
210:*5*, *6*
211:*6*, *7*
213:*24*
215:*2*, *8*, *9*,
*11* 217:*20*
240:*14*
247:*9*
253:*21*
255:*23*
259:*22*
273:*13*
280:*18*
308:*13*
309:*23*
315:*16*
317:*4*
320:*4*
333:*12*
340:*16*
360:*15*
367:*23*
374:*17*
376:*23*
**wanted**
68:*5* 89:*18*
122:*6*
175:*20*
183:*4* 201:*4*
**wants** 34:*1*
245:*14*
**ward** 207:*15*
**Warner**
13:*10*

326:*2*, *5*, *20*
327:*9*
**warning**
23:*13*
**wash** 356:*20*
**Washington**
5:*4*, *14*, *20*
6:*16* 110:*8*
**waste** 98:*3*
**wasted**
346:*4*
**wasting**
120:*14*
210:*24*
**watch** 42:*7*
**watching**
42:*6*
**water**
158:*16*
**Watt** 3:*14*
**WATTS**
2:*10* 37:*5*
305:*21*
**way** 30:*14*,
*16* 31:*14*, *15*,
*18* 50:*12*, *21*
52:*6* 55:*15*,
*23* 58:*17*
74:*19* 81:*1*
90:*20*
102:*20*
107:*10*
129:*21*
130:*22*
136:*21*
183:*6*, *21*
195:*11*
196:*2*
198:*24*
202:*3*
215:*18*
242:*3*
248:*21*
258:*25*

| | | | | |
|---|---|---|---|---|
| 265:*5* | 157:*6* | 97:*23* | 245:*6* | **well-** |
| 283:*17* | 189:*21* | 98:*18*  99:*6* | 248:*2* | **established** |
| 293:*9* | **weighed** | 104:*6* | 255:*22* | 135:*7* |
| 294:*15* | 69:*23*  70:*25* | 106:*5, 6, 25* | 256:*1, 22* | 162:*2* |
| 316:*12* | **weighing** | 107:*16* | 257:*4, 7* | 272:*16* |
| 317:*4, 14* | 70:*3* | 111:*13* | 258:*21* | **went**  62:*24* |
| 318:*11* | **weighs** | 118:*7* | 259:*4* | 140:*5* |
| 320:*2, 8, 13* | 192:*8* | 119:*19, 25* | 264:*13* | **We're** |
| 330:*10* | **weight**  68:*5* | 130:*17, 18* | 267:*3* | 20:*19* |
| 342:*23* | 74:*23* | 133:*17* | 275:*5* | 55:*17*  58:*9* |
| 343:*24, 25* | 75:*14*  76:*2* | 137:*4* | 280:*14* | 65:*19* |
| 351:*1* | 177:*11* | 140:*20* | 282:*4, 5* | 67:*18* |
| 353:*21* | 189:*17* | 144:*25* | 288:*2* | 79:*17, 18* |
| 364:*19* | 190:*17* | 146:*8* | 289:*1* | 82:*13*  91:*4,* |
| 379:*22* | 191:*4, 5, 9,* | 149:*24* | 296:*14* | *8*  101:*9* |
| **ways** | *10*  278:*15* | 151:*18, 19* | 297:*1, 15* | 104:*10* |
| 143:*25* | 364:*4, 7* | 154:*25* | 301:*4* | 120:*13* |
| 308:*10* | **weighty** | 155:*2* | 304:*19* | 128:*3* |
| **weak**  259:*9* | 169:*13* | 156:*8, 14* | 308:*11* | 135:*21* |
| 284:*19* | **Weinstein** | 162:*5* | 312:*25* | 136:*21* |
| **weaknesses** | 116:*10* | 164:*14* | 318:*12* | 145:*23* |
| 71:*14*  72:*5* | 118:*5* | 165:*2, 8, 10,* | 322:*10* | 147:*14* |
| 75:*8, 22* | **well**  18:*11,* | *12*  173:*4* | 323:*5* | 149:*2* |
| 76:*3, 8* | *21*  21:*1* | 182:*17* | 327:*5, 21* | 152:*8* |
| **web**  114:*6* | 26:*25* | 186:*4* | 328:*13* | 153:*2* |
| 198:*6* | 28:*13* | 189:*2* | 329:*15* | 154:*17* |
| **webinar** | 37:*23* | 192:*14* | 334:*11* | 155:*3, 6, 25* |
| 215:*5* | 38:*15* | 195:*13* | 340:*2* | 162:*25* |
| **Webpage** | 40:*10*  41:*4,* | 196:*12* | 344:*2* | 167:*21* |
| 10:*15* | *11*  46:*24* | 198:*15* | 345:*21* | 170:*12* |
| 111:*22* | 47:*12* | 199:*17* | 348:*11, 20* | 178:*17* |
| **week**  38:*23* | 52:*24*  54:*7,* | 202:*7* | 349:*15* | 193:*2* |
| 39:*8, 9* | *20*  56:*11* | 204:*3, 9* | 362:*12* | 204:*8, 14* |
| **weeks**  39:*9* | 57:*7*  58:*8* | 211:*1* | 363:*15* | 207:*10* |
| 260:*12, 13* | 60:*11* | 216:*22* | 369:*11* | 209:*13* |
| 261:*14* | 62:*22, 24* | 224:*22* | 371:*21* | 212:*6* |
| 264:*25* | 63:*2*  67:*25* | 225:*15* | 374:*20* | 214:*17, 18* |
| 265:*6, 7* | 70:*22* | 226:*12* | 384:*16, 24* | 217:*24* |
| 268:*22, 23* | 73:*17*  78:*9* | 233:*17* | **well-** | 219:*24* |
| 270:*1, 2* | 79:*13*  80:*1* | 234:*21* | **characterize** | 221:*22* |
| 281:*8, 9* | 85:*3, 11* | 236:*16, 19* | **d**  130:*20* | 225:*13* |
| **weigh**  68:*24* | 86:*14* | 237:*7, 24* | 203:*16* | 230:*19* |
| 71:*6*  73:*22* | 89:*23* | 239:*8, 15* | 256:*10* | 243:*18* |
| 143:*10* | 92:*10*  94:*3* | 243:*15* | | 246:*1* |

Confidential - Subject to Protective Order

260:*17*
262:*10*, *11*
267:*2*
273:*14*
275:*12*
277:*8*
281:*12*
285:*17*
294:*10*
295:*4*, *16*
302:*5*
303:*16*
305:*6*, *24*
306:*3*
316:*15*
318:*2*
333:*13*
339:*8*, *17*
344:*22*
365:*17*
374:*5*
379:*1*
380:*20*
384:*19*
**western**
347:*18*, *20*
**we've**  22:*8*
28:*10*
29:*13*
31:*10*
90:*20*
93:*17*, *18*
137:*18*
152:*11*
158:*3*, *5*
172:*8*
251:*9*
280:*6*
298:*17*, *23*
320:*11*, *16*
372:*22*
373:*4*, *22*
**whatsoever**

244:*19*
**white**  238:*3*
**Whoa**
308:*15*
**Wholesale**
5:*21*  202:*2*
**widely**
18:*25*
53:*25*
181:*7*
197:*25*
198:*5*
229:*4*
313:*3*
332:*3*, *7*
**wife**  17:*4*
152:*25*
153:*1*
157:*15*
158:*7*, *15*
160:*12*
162:*14*
169:*21*
**WILLIAM**
3:*13*  4:*19*
**william.padg**
**ett@btlaw.co**
**m**  4:*19*
**willing**
110:*12*
**wise**  114:*7*
**witness**
15:*22*
20:*25*  23:*9*
24:*7*, *8*
30:*22*
32:*12*, *19*
33:*14*, *20*
37:*12*
98:*22*
122:*9*
158:*25*
199:*6*
200:*21*, *22*

201:*2*
210:*18*
211:*9*, *18*
213:*11*
217:*6*
218:*2*, *10*
220:*11*
279:*23*
280:*3*, *8*
297:*25*
299:*19*
308:*17*
339:*3*
376:*25*
381:*24*
385:*8*
386:*11*
387:*1*
**witnesses**
60:*13*
**woman**
149:*15*
296:*17*
**women**
77:*8*
150:*18*
159:*16*, *23*
160:*2*, *17*, *25*
161:*3*, *25*
183:*18*
184:*5*, *25*
185:*23*
186:*14*
204:*11*, *12*
226:*3*
228:*17*
352:*19*
**Woodland**
6:*21*
**word**  81:*24*
155:*7*
177:*24*
195:*5*
229:*18*

269:*16*
273:*14*
275:*4*
277:*6*, *10*
279:*13*
384:*6*
**wording**
68:*16*
349:*18*
**words**  21:*5*,
*6*, *11*  23:*22*
30:*2*  59:*8*
77:*20*  97:*6*
111:*3*
125:*10*
143:*15*
148:*25*
158:*15*
161:*9*
175:*16*, *22*
180:*5*
194:*23*
196:*20*
227:*22*
242:*16*
257:*20*
282:*16*
329:*23*
360:*14*
361:*6*  376:*8*
**work**  41:*1*
43:*15*
45:*14*
51:*16*  52:*6*
98:*14*
109:*13*, *14*
111:*6*
113:*12*
141:*1*
144:*22*
191:*6*
196:*12*, *13*
210:*12*
236:*19*

246:*1*, *8*, *11*
269:*5*
323:*15*
345:*2*
381:*16*
383:*11*
**working**
36:*11*  95:*3*
112:*20*
294:*10*
295:*4*
302:*5*
318:*3*
365:*17*
**works**
32:*15*
236:*16*
**world**  83:*21*
**worried**
152:*6*
**worth**  149:*9*
**write**  17:*17*
154:*7*
169:*1*, *16*
211:*12*
226:*19*
314:*17*
324:*6*
**writer**
117:*25*
**writes**  138:*3*
**writing**
40:*21*
75:*23*
158:*17*
160:*22*
174:*5*  283:*3*
**written**
36:*7*  71:*18*
154:*1*
182:*12*
226:*13*
287:*10*
311:*20*

**wrong**  81:*7*
109:*2*
171:*20*
206:*19*
216:*17*
250:*24*
295:*20*
**wrote**  17:*4*
40:*20*
71:*22*
140:*2*
143:*7, 22*
152:*24*
157:*18*
158:*22*
159:*3, 6*
166:*16*
167:*7*
168:*7*
171:*8*
173:*1*
174:*3*
175:*12, 15*
179:*7*
180:*10*
204:*21*
242:*15*
249:*14*
269:*6, 9, 12*
301:*7*  361:*6*

**< X >**
**xenobiotics**
169:*8*
254:*16*

**< Y >**
**Yeah**  43:*10*
46:*14*
59:*22*
60:*22*
63:*18*  65:*1*
71:*12*
73:*24*  74:*5*

84:*4*  86:*16*
93:*25*
96:*11*
98:*22*
110:*2*
113:*2, 22*
127:*2*
129:*6*
134:*25*
137:*5*
139:*5, 16*
140:*14*
142:*8*
146:*10*
154:*16*
163:*14*
166:*2, 6*
168:*7*
194:*1*
196:*11*
203:*25*
209:*18*
210:*21*
217:*6*
221:*8*
223:*24*
230:*25*
243:*6*
250:*2*
253:*23*
257:*1*
264:*12*
265:*24, 25*
273:*24*
277:*17*
280:*5*
282:*22*
284:*3, 18*
287:*12*
296:*12*
299:*16*
303:*21*
307:*18*
308:*21*

312:*15*
313:*18*
325:*17*
327:*15*
339:*6*
345:*19*
357:*16*
358:*8*
359:*8*
361:*7*
367:*21*
373:*2*
374:*25*
376:*6, 25*
377:*2*
383:*13*
384:*24*
**year**  28:*22*
39:*7*  78:*25*
134:*17*
**years**
142:*17*
144:*20*
159:*7*
162:*18*
167:*6*
168:*7*
189:*18, 20*
191:*18*
288:*4*
290:*3*
291:*7*
312:*4*  371:*1*
**yep**  108:*25*
312:*12*
**yesterday**
42:*21*
**yield**  52:*23*
58:*24*
59:*13, 16*
326:*7*
**Yongke**
306:*23*

**YORK**  1:*1*
2:*7*  3:*10*
4:*16*  5:*13*
6:*4*
**young**
110:*15*

**< Z >**
**Zero**  224:*11*
**Zoom**  2:*4, 5,*
*11, 16, 17, 18,*
*19*  3:*2, 7, 8,*
*13, 14, 18*
4:*2, 7, 19, 20*
5:*2, 7, 12, 18*
6:*2, 8, 9, 14,*
*19*  7:*2, 8, 9,*
*10, 11, 12*