# Exhibit 31

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: ACETAMINOPHEN –   ) MDL NO. 3043
ASD-ADHD PRODUCTS         )
LIABILITY LITIGATION      ) Case No.
_____   ) 1:22-md-03043-DLC
THIS DOCUMENT RELATES TO: )
                          ) JUDGE DENISE
All Cases, 1:22-md-03043  ) COTE

THURSDAY, SEPTEMBER 7, 2023

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

– – –

Videotaped deposition of Stephen V. Faraone, Ph.D., held at the offices of Skadden Arps, One Manhattan West, 395 9th Avenue, New York, New York, commencing at 8:35 a.m., on the above date, before Carrie A. Campbell, Registered Diplomate Reporter, Certified Realtime Reporter, Illinois, California & Texas Certified Shorthand Reporter, Missouri, Kansas, Louisiana & New Jersey Certified Court Reporter.

– – –

GOLKOW LITIGATION SERVICES
877.370.DEPS
deps@golkow.com

---

Page 2

1    A P P E A R A N C E S :
2
3    DOVEL & LUNER
     BY:  GREG DOVEL
4        greg@dovel.com
         JULIEN ADAMS
5        julien@dovel.com
     201 Santa Monica Boulevard, Suite 600
6    Santa Monica, California  90401
     (310) 656-7066
7
8        and
9
     TRACEY & FOX
10   BY:  SEAN P. TRACEY      (VIA ZOOM)
         stracey@traceylawfirm.com
11       LAWRENCE TRACEY      (VIA ZOOM)
         ltracey@traceylawfirm.com
12   440 Louisiana Street, Suite 1901
     Houston, Texas  77002
13   (713) 495-2333
14
15       and
16   THE LANIER LAW FIRM, PLLC
     BY:  EVAN M. JANUSH      (VIA ZOOM)
17       evan.janush@lanierlawfirm.com
         CATHERINE HEACOX     (VIA ZOOM)
18       catherine.heacox@lanierlawfirm.com
     126 East 56th Street, 6th Floor
19   New York, New York  11758
     (212) 421-2800
20
21       and
22
23
24
25

---

Page 3

1    KELLER POSTMAN LLC
     BY:  REBECCA KING     (VIA ZOOM)
2        rebecca.king@kellerpostman.com
         ASHLEY C. KELLER    (VIA ZOOM)
3        ashley.keller@kellerpostman.com
         ASHLEY BARRIERE     (VIA ZOOM)
4        ashley.barriere@kellerpostman.com
         AMANDA HUNT         (VIA ZOOM)
5        amanda.hunt@kellerpostman.com
         ROSIE ROMANO        (VIA ZOOM)
6        rosie.romano@kellerpostman.com
         J.J. SNIDOW         (VIA ZOOM)
7        jj.snidow@kellerpostman.com
     150 North Riverside Plaza, Suite 4100
8    Chicago, Illinois  60606
     (312) 741-5220
9
10       and
11
     WATTS GUERRA LLC
12   BY:  MIKAL C. WATTS
         mcwatts@wattsguerra.com
13       HAILEY WATTS        (VIA ZOOM)
         hwatts@wattsguerra.com
14       RUSS ABNEY          (VIA ZOOM)
         rabney@wattsguerra.com
15       JOHN CRACKEN        (VIA ZOOM)
         jcracken@wattsguerra.com
16   Millennium Park Plaza RFO
     Suite 410, C112
17   Guaynabo, Puerto Rico  00966
     (210) 447-0500
18
19       and
20
     HOLWELL SHUSTER & GOLDBERG LLP
21   BY:  EILEEN MONAGHAN DELUCIA  (VIA ZOOM)
         edelucia@hsgllp.com
22   425 Lexington Avenue
     New York, New York  10017
23   (646) 837-5151
24
25       and

---

Page 4

1    WAGSTAFF & CARTMELL
     BY:  LINDSEY SCARCELLO    (VIA ZOOM)
2        lscarcello@wcllp.com
     4740 Grand Avenue, Suite 300
3    Kansas City, Missouri  64112
     (816) 701-1100
4
5        and
6
     KRAUSE & KINSMAN
7    BY:  TRICIA CAMPBELL      (VIA ZOOM)
         tcampbell@krauseandkinsman.com
8    4717 Grand Avenue, Suite 300
     Kansas City, Missouri  64112
9    (816) 200-2900
10
11       and
12   HOLLAND LAW FIRM
     BY:  MICHAEL DOWD        (VIA ZOOM)
13       mdowd@hollandtriallawyers.com
     211 North Broadway, Suite 2625
14   St. Louis, Missouri  63102
     (314) 241-8111
15
16       and
17
     BEASLEY, ALLEN, CROW, METHVIN,
18   PORTIS & MILES
     BY:  W. ROGER SMITH, III  (VIA ZOOM)
19       roger.smith@beasleyallen.com
     218 Commerce Street
20   Montgomery, Alabama  36104
     (800) 898-2034
21
22       and
23
24
25

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 5

```
 1   KERSHAW TALLEY BARLOW
     BY:  VINH T. LE      (VIA ZOOM)
 2   401 Watt Avenue, Suite 1
     Sacramento, California  95864-7273
 3   (916) 520-6639
 4   and
 5
     TORHOERMAN LAW LLC
 6   BY:  ERIC CRACKEN      (VIA ZOOM)
         ecracken@thlawyer.com
 7   227 West Monroe Street, Suite 2650
     Chicago, Illinois 60606
 8   (312) 372-4800
 9
     and
10
11   LUFF LAW FIRM PLLC
     BY:  PATRICK LUFF      (VIA ZOOM)
12       patrick@lufflaw.com
     10440 N. Central Expressway, Suite 950
13   Dallas, Texas  75231
     (844) 636-7459
14   Counsel for Plaintiffs
15
16   SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
     BY:  ALLISON M. BROWN
17       allison.brown@skadden.com
         JOSEPH CARUSO
18       joseph.caruso@skadden.com
     One Manhattan West
19   New York, New York  10001
     (212) 735-3000
20
21   and
22
23
24
25
```

Page 6

```
 1   BARNES & THORNBURG LLP
     BY:  JAMES F. MURDICA      (VIA ZOOM)
 2       jmurdica@btlaw.com
         SARAH E. JOHNSTON    (VIA ZOOM)
 3       sjohnston@btlaw.com
     2029 Century Park East, Suite 300
 4   Los Angeles, California  90067-2904
     (310) 284-3880
 5
 6   and
 7
     BARNES & THORNBURG LLP
 8   BY:  DEANNA LEE      (VIA ZOOM)
         dlee@btlaw.com
 9   555 12th Street N.W., Suite 1200
     Washington, DC  20004-1275
10   (202) 289-1313
11
     and
12
13   BARNES & THORNBURG LLP
     BY:  JESSICA BRENNAN      (VIA ZOOM)
14       jessica.brennan@btlaw.com
     67 East Park Place, Suite 500
15   Morristown, New Jersey  07960
     (973) 775-6101
16
17   and
18
     BUTLER SNOW
19   BY:  DAVID M. COHEN      (VIA ZOOM)
         david.cohen@butlersnow.com
20       RAQUEL LUCAS      (VIA ZOOM)
         raquel.lucas@butlersnow.com
21   810 7th Avenue, Suite 1105
     New York, New York  10019
22   (646) 606-2996
     Counsel for Johnson & Johnson
23   Consumer, Inc.
24
25
```

Page 7

```
 1   BARNES & THORNBURG LLP
     BY:  NADINE KOHANE      (VIA ZOOM)
 2       nkohane@btlaw.com
     390 Madison Avenue, 12th Floor
 3   New York, New York  10017
     (646) 746-2000
 4   Counsel for CVS Pharmacy, Inc., CVS
     Health Corporation, Walgreen Co.,
 5   Walgreens Co., and Walgreens Boots
     Alliance, Inc.
 6
 7
     BARNES & THORNBURG LLP
 8   BY:  SANDRA M. KO      (VIA ZOOM)
         sko@btlaw.com
 9   555 12th Street N.W., Suite 1200
     Washington, DC  20004-1275
10   (202) 289-1313
11   Counsel for Costco Wholesale
     Corporation
12
13   ARNOLD & PORTER, LLP
     BY:  RAYNE ELLIS      (VIA ZOOM)
14       rayne.ellis@arnoldporter.com
     250 West 55th Street
15   New York, New York  10019
     (212) 836-8000
16   Counsel for Dollar Tree Inc.,
     7-Eleven, and Family Dollar, Inc.
17
18
     KING & SPALDING LLP
19   BY:  EVA CANAAN      (VIA ZOOM)
         ecanaan@kslaw.com
20   1185 Avenue of the Americas
     New York, New York  10036
21   (212) 556-2100
22
23   and
24
25
```

Page 8

```
 1   KING & SPALDING LLP
     BY:  JENNIFER STEWART      (VIA ZOOM)
 2       jstewart@kslaw.com
     50 California Street, Suite 3300
 3   San Francisco, California  94111
     (415) 318-1200
 4   Counsel for Walmart Inc., and
     Wal-Mart Stores, Inc.
 5
 6
     MORRISON & FOERSTER LLP
 7   BY:  LYNDSEY CAIN      (VIA ZOOM)
         lcain@mofo.com
 8   250 West 55th Street
     New York, New York  10019-9601
 9   (212) 468-8000
     Counsel for Target Corporation
10
11
     DUANE MORRIS LLP
12   BY:  DANA J. ASH      (VIA ZOOM)
         djash@duanemorris.com
13   30 South 17th Street
     Philadelphia, Pennsylvania  19103
14   (215) 979-1000
     Counsel for Dollar General, Dollar
15   General Corporation
16
17   SMITH SOVIK KENDRICK & SUGNET
     BY:  DAVID M. KATZ      (VIA ZOOM)
18       dkatz@smithsovik.com
     250 South Clinton Street, Suite 600
19   Syracuse, New York  13202
     (315) 474-2911
20   Counsel for Rite Aid
21
22   STONE DEAN LLP
     BY:  JOSEPH A. LARA      (VIA ZOOM)
23       jlara@stonedeanlaw.com
     21052 Oxnard Street
24   Woodland Hills, California  91367
     (818) 999-2232
25   Counsel for The Kroger Co.
```

Golkow Litigation Services

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

---

Page 9

```
 1          HAIGHT BROWN & BONESTEEL LLP
            BY:  KATIE M. TRINH     (VIA ZOOM)
 2             ktrinh@hbblaw.com
            555 South Flower Street, 55th Floor
 3          Los Angeles, California  90071
            (213) 542-8000
 4          Counsel for Big Lots Stores-PNS, LLC
 5
 6          ALSO PRESENT:
               NAO TAKADA, firm unknown
 7
               RAY MOORE, trial technician, Precision
 8          Trial Solutions
 9
10          V I D E O G R A P H E R S :
               DANNY ORTEGA and JONATHAN JUAREZ,
11          Golkow Litigation Services
12                    – – –
13
14
15
16
17
18
19
20
21
22
23
24
25
```

---

Page 10

```
 1                     INDEX
 2                                    PAGE
 3          APPEARANCES.................................  2
 4          EXAMINATIONS
 5            BY MR. DOVEL............................. 15
 6            BY MS. BROWN............................ 477
 7            BY MR. DOVEL............................ 479
 8
 9                    EXHIBITS
10          No.    Description                Page
11          701     Amended Expert Report of       240
                    Stephen V. Faraone, Ph.D.
12          702     Rule 26(a)(2) Expert Disclosure  272
                    of Stephen V. Faraone, Ph.D.
13
14          705     "Does Acetaminophen use During   319
                    Pregnancy Cause ADHD in
                    Offspring", Stephen Faraone,
15                  Ph.D.
16          711     Dr. Faraone cash from pharma     421
                    demonstrative
17
18          714     Schematic view of how genes and  274
                    environment combine to cause
                    ADHD
19
20          716     Demonstrative of proliferation,   15
                    migration, differentiation,
                    neurite outgrowth and synapse
21                  formation
22          718     Acetaminophen exposure in mice   206
                    and rats
23
24          719     Principles of statistical tests  212
                    and P values
25
```

---

Page 11

```
 1          721     Redox signaling for             187
                    proliferation and
 2                  differentiation
 3          722     Faraone report on causes of     433
                    ADHD
 4
 5          723     Science on causes of ADHD       434
 6          726     Pages 42 and 43 from            458
                    Dr. Cabrera's report
 7          730     Excerpt from Dr. Baccarelli's   222
                    rebuttal report
 8
 9          733     Baccarelli report forest plot   468
                    demonstrative
10          737     Baccarelli dose response forest 474
                    plot demonstrative
11
12          742     "Perinatal Acetaminophen        460
                    Exposure and Childhood
13                  Attention-Deficit/Hyperactivity
                    Disorder (ADHD): Exploring the
                    Role of Umbilical Cord Plasma
14                  Metabolites in Oxidative Stress
                    Pathways," Anand, et al.
15
16          744     Supplementary tables to         171
                    Demontis study
17          755     "Genetic nurture versus genetic  372
                    transmission of risk for ADHD
18                  traits in the Norwegian Mother,
                    Father and Child Cohort Study,"
19                  Pingault, et al.
20          763     "ADHD and Acetaminophen use     326
                    During Pregnancy," Stephen
21                  Faraone, Ph.D.
22          764     "Does Acetaminophen use During   343
                    Pregnancy Cause ADHD in
23                  Offspring?" Stephen Faraone,
                    Ph.D., APSARD
24
25
```

---

Page 12

```
 1          765     "Does Acetaminophen use During   344
                    Pregnancy Cause ADHD in
 2                  Offspring?" ADHD Evidence
                    Project
 3
 4          768     Stephen Faraone tweet dated     395
                    April 17, 2021
 5          769     The World Federation of ADHD    396
                    International Consensus
 6                  Statement: 208 Evidence-based
                    conclusions about the
 7                  disorder," The ADHD Evidence
                    Project
 8
 9          771     "An Overview of Attention        78
                    Deficit Hyperactivity
10                  Disorder," Stephen V. Faraone,
                    Ph.D.
11          772     The World Federation of ADHD    398
                    International Consensus
12                  Statement
13          766     "ADHD and Acetaminophen use     345
                    During Pregnancy," ADHD
14                  Evidence Project
15          777     "The comorbidity of ADHD and    180
                    autism spectrum disorder,"
16                  Anshel, et al.
17          778     Primer, "Attention-deficit/      79
                    hyperactivity disorder,"
18                  Faraone, et al.
19          780     The World Federation of ADHD    137
                    Guide
20
21          781     International Consensus          358
                    Statement
22          784     "From Structural Disparities to  168
                    Neuropharmacology, A Review of
23                  Adult
                    Attention-Deficit/Hyperactivity
24                  Disorder Medication Treatment,"
                    Khoury, et al.
25
```

---

Golkow Litigation Services

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 13

1   785   "Oxidative Stress and ADHD: A   159
          Meta-Analysis," Joseph, et al.
2
   791   Handwritten demonstrative by   136
3          plaintiff's counsel
4   792   Handwritten demonstrative by   136
          plaintiff's counsel
5
   794   Counsel demonstrative of   421
6          genetics, acetaminophen and
          ADHD
7
8   (Exhibits attached to the deposition.)
9   CERTIFICATE.................................483
10  ACKNOWLEDGMENT OF DEPONENT...................485
11  ERRATA......................................486
12  LAWYER'S NOTES..............................487
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 14

1        VIDEOGRAPHER:  We are now on
2  the record.  My name is Danny Ortega,
3  and I'm the legal videographer for
4  Golkow Litigation Services.
5        Today's date is September 7,
6  2023, and the time is 8:34 a.m. --
7  sorry, 8:35 a.m.
8        This video deposition is being
9  held at 395 Ninth Avenue, New York,
10  New York, in the matter of
11  Acetaminophen (Tylenol) ASD/ADHD
12  Products Liability Litigation MDL.
13       The deponent today is Stephen
14  Faraone.
15       All counsel will be noted on
16  stenographic record.
17       The court reporter is today is
18  Carrie Campbell and will now swear in
19  the witness.
20
21      STEPHEN V. FARAONE, Ph.D.,
22  of lawful age, having been first duly sworn
23  to tell the truth, the whole truth and
24  nothing but the truth, deposes and says on
25  behalf of the Plaintiffs, as follows:

Page 15

1        DIRECT EXAMINATION
2  QUESTIONS BY MR. DOVEL:
3    Q.   Good morning, sir.
4       Can you describe for the jury
5  what the term "neurodevelopment" means?
6    A.   Neurodevelopment refers to the
7  time period in life when the brain is
8  developing.
9    Q.   Is neurodevelopment the process
10  of developing the normal functions of the
11  brain?
12    A.  Yes.
13       (Faraone Exhibit 716 marked for
14  identification.)
15  QUESTIONS BY MR. DOVEL:
16    Q.   I'm going to mark as
17  Exhibit 716 a chart, and I'll place that in
18  front of the --
19    A.   Am I supposed to take that?
20    Q.  -- jury.
21       MS. BROWN:  I'll help you.
22  I'll help you.  Let's get a copy.
23       MR. DOVEL:  Place that in front
24  of witness.
25       THE WITNESS:  Yep, okay.

Page 16

1       MS. BROWN:  And I'll object to
2  Exhibit 716 as lacking foundation.
3  QUESTIONS BY MR. DOVEL:
4    Q.   Now, sir, the -- does the
5  process of neurodevelopment include
6  proliferation?
7       MS. BROWN:  Objection to the
8  form.
9       THE WITNESS:  Yes.
10  QUESTIONS BY MR. DOVEL:
11    Q.   What does proliferation refer
12  to?
13    A.   Well, as you have it here in
14  the diagram, as we all know, we start out as
15  a single cell that divides, and each cell
16  becomes specialized during that process of
17  cell division.  It's programmed into our DNA
18  essentially how different cells will end up
19  developing.
20       The cells that are meant to
21  form the brain are -- got them here as
22  neuronal progenitors.  They will further
23  divide and differentiate into specialty
24  cells.
25       The loss during this process,

Golkow Litigation Services

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 17

1   the brain, as you know, has many, many, many
2   interconnections, so there are special
3   molecules that guide this -- the dendrites.
4          Think of -- think of neuron as
5   a -- essentially a cell body and it's
6   corrected -- that's connected to other
7   neurons that talk to each other by chemicals.
8          The connections that connect
9   those have to be determined by development --
10  neurodevelopment, and this is the process of
11  proliferation.
12         Migration means cells are
13  moving to different parts of the brain, so
14  they're in the right place because ther --
15  different parts of the brain specialize in
16  different functions.
17      Q.   Thank you.
18         Now, you mentioned
19  neuroprogenitors.
20         Are neuroprogenitors developed
21  from neural stem cells?
22      A.   So there's -- there are
23  different ways -- you're talking about in the
24  brain as --
25      Q.   Yes.

Page 18

1      A.   The -- I think you might be
2   stressing my knowledge of basic biology, but
3   essentially there are -- the neural --
4   there's a sequence of development, let's say,
5   that I just described, where you start with
6   cells, single cells, that divide that become
7   differentiated eventually -- well, that
8   migrate and become differentiated.
9          And this process is occurring
10  simultaneously, not necessarily sequentially,
11  and they differentiate the different -- the
12  different types of neurons.
13         You have a few of them listed
14  here that I'm not sure that the sequence here
15  is exactly correct, but all of these
16  activities occur during the process of the
17  brain developing into, we hope, a normal or
18  neurotypical brain as opposed to one that is
19  a diseased brain or disordered brain.
20      Q.   Do all of the activities
21  depicted on 716 occur during the process of
22  the normal development of the brain?
23         MS. BROWN:  And, Counsel, just
24      for the record, does 716 have a
25      source?

Page 19

1          MR. DOVEL:  You're going to
2   have to reduce your comments down to
3   "objection to form," please.
4          MS. BROWN:  Okay.  But in order
5   to know if I should object to form,
6   I'm wondering if it has a source that
7   you could identify for the record.
8   QUESTIONS BY MR. DOVEL:
9      Q.   I need an answer, sir.
10         MS. BROWN:  Okay.  I'll object
11      to form because I don't know the
12      source of this 716.
13         MR. DOVEL:  Okay.  Limit it to
14      "objection, form."
15         MS. BROWN:  Sure.  I just
16      needed to know that piece of
17      information to be able to make that
18      objection.
19         THE WITNESS:  I'm sorry, you
20      have to repeat the question, please.
21  QUESTIONS BY MR. DOVEL:
22      Q.   Sure.
23         During the normal process of
24  neurodevelopment, do all of the steps that
25  appear here on Exhibit 716 occur?

Page 20

1          MS. BROWN:  Objection to the
2      form and to the document.
3          THE WITNESS:  Yeah.  These
4      processes should all occur during the
5      normal process of neurodevelopment.
6          They will also occur during
7      the, if you will -- the process of
8      neurodevelopment that goes awry, but
9      they won't occur in the way that we
10     would hope they would to develop a
11     neurotypical or normal brain.
12  QUESTIONS BY MR. DOVEL:
13      Q.   Does proliferation refer to the
14  process of increasing the number of cells?
15         MS. BROWN:  Objection to the
16      form.  Vague.
17         THE WITNESS:  Yes, I've -- the
18      term is used in that way, yes.
19  QUESTIONS BY MR. DOVEL:
20      Q.   When we talk about neuronal
21  proliferation, we're talking about creating
22  more cells?
23         MS. BROWN:  Same objection.
24         THE WITNESS:  So, as you know,
25      just to -- there's a little bit of

5 (Pages 17 to 20)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 21

1   background. I'm here as an expert in
2   ADHD. I'm not a neurobiologist, so I
3   can't tell you exactly how the term
4   "proliferation" might be used by a
5   neurobiologist that developed this
6   particular diagram.
7       But I can tell you that as
8   the -- as the brain develops, it's
9   necessary, obviously to create more
10  cells so that a full brain can be
11  grown, and that's -- that is part of
12  the process of normal neurotypical
13  brain development.
14  QUESTIONS BY MR. DOVEL:
15      Q.   Does part of the process of
16  brain development include migrations, that is
17  where neurons move from one part to another
18  in the brain?
19      MS. BROWN: Objection to the
20  form of the question.
21      THE WITNESS: Yes, that's
22  correct.
23  QUESTIONS BY MR. DOVEL:
24      Q.   Do neurons -- withdrawn.
25      During the process of

Page 22

1   neurodevelopment, do we have differentiation
2   of neurons?
3       MS. BROWN: Objection to the
4   form. Vague.
5       THE WITNESS: Yes, that's
6   correct. There are many different
7   types of cells in the brain, and in
8   order to have a normal functioning
9   brain, you would need to have
10  different types of neurons.
11      And also -- we also have to
12  mention glial cells, which are part
13  of -- well, you have them here,
14  actually. Okay. Glial progenitors,
15  yes, as well.
16  QUESTIONS BY MR. DOVEL:
17      Q.   Now, when we talk about
18  differentiation, on 716 there are a number of
19  types of neurons that are listed.
20      Are these some of the neurons
21  that are developed during the process of
22  differentiation?
23      A.   Yes.
24      MS. BROWN: Objection to the
25  form.

Page 23

1   QUESTIONS BY MR. DOVEL:
2       Q.   That would include dopaminergic
3   neuron, noradrenergic neurons, GABAergic
4   neurons and so on, right?
5       MS. BROWN: Same objection.
6       THE WITNESS: Yes, these are
7   examples of neurons that are --
8   that are involved in the brain.
9   QUESTIONS BY MR. DOVEL:
10      Q.   And during normal -- withdrawn.
11      And during brain development,
12  does that include the process of neurite
13  outgrowth?
14      MS. BROWN: Objection to the
15  form of the question.
16      THE WITNESS: Yes.
17  QUESTIONS BY MR. DOVEL:
18      Q.   Neurite outgrowth refers to the
19  process of growing those little branches off
20  the dendrites and off the axon that the
21  neuron uses to connect with other neurons.
22      MS. BROWN: Same object --
23  QUESTIONS BY MR. DOVEL:
24      Q.   Is that right?
25      MS. BROWN: Sorry. Same

Page 24

1   objection.
2       THE WITNESS: Yes. Yes.
3       MS. BROWN: Just give me one
4   second --
5       THE WITNESS: Oh, I'm --
6       MS. BROWN: -- if I need to
7   object, and then you'll answer.
8       No problem.
9       THE WITNESS: Okay. Sir?
10  QUESTIONS BY MR. DOVEL:
11      Q.   Another process that occurs
12  during brain development is synapse
13  formation, right?
14      A.   Yes, that is correct. Synapses
15  are a space between neurons whereby -- the
16  chemical message crosses the synapse to
17  communicate from one neuron to the next.
18      Q.   In other words, the neurons
19  don't communicate through a direct electrical
20  connection; it's actually a chemical
21  connection across a small space?
22      MS. BROWN: I object to the
23  form of that question.
24      THE WITNESS: Yes. It's a
25  chemical connection, yes.

6 (Pages 21 to 24)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 25

1 QUESTIONS BY MR. DOVEL:
2     Q.    The one neuron that's
3 communicating with the other is going to send
4 some chemical messengers over the space to
5 the other neuron?
6     A.    Correct.
7     Q.    And those chemical messengers
8 that are sent across, we call those
9 neurotransmitters?
10     A.    Yes, neurotransmitters.
11     Q.    Neurotransmitters include
12 things like dopamine, GABA, glutamate,
13 noradrenaline, serotonin?
14     A.    Correct.
15     Q.    Now, glutamate, is that a major
16 excitatory transmitter in the brain?
17         MS. BROWN: Objection to the
18     form of the question.
19         THE WITNESS: I believe it is.
20     I'm not 100 percent certain of that.
21     I would have to check, but that's
22     correct.
23 QUESTIONS BY MR. DOVEL:
24     Q.    In other words, the --
25 withdrawn.

Page 26

1         The different neurotransmitters
2 perform different functions within the brain,
3 right?
4         MS. BROWN: Objection to the
5     form.  Beyond the scope.
6         THE WITNESS: The different --
7     yeah, the different neurotransmitters
8     are -- yeah, sorry, the
9     different neurotransmit -- well, the
10     neurons that use different
11     neurotransmitters are also located in
12     different parts of the brain.
13         Some of them are close to each
14     other.  Some of them are further
15     apart, and they have different
16     functions.
17 QUESTIONS BY MR. DOVEL:
18     Q.    The GABAergic neurons, the ones
19 that use GABA as a transmitter, they're
20 involved in inhibiting -- inhibitory
21 functions in the brain; is that right?
22     A.    I believe that's --
23         MS. BROWN: Same -- hold on.
24     Hold on.
25         THE WITNESS: Oh, yeah, I'm

Page 27

1 sorry.  Okay.
2         MS. BROWN: Objection to the
3     form of the question as well as beyond
4     the scope of the expert report.
5 QUESTIONS BY MR. DOVEL:
6     Q.    Now, there's a group of
7 neurotransmitters that are referred to as
8 catecholamines; is that right?
9         MS. BROWN: Same objections.
10         THE WITNESS: That is -- that
11     is correct.
12 QUESTIONS BY MR. DOVEL:
13     Q.    And those include dopamine and
14 noradrenaline?
15         MS. BROWN: Objection to the
16     form.
17         THE WITNESS: That's correct,
18     noradrenaline is also referred to as
19     norepinephrine, yes, sir.
20 QUESTIONS BY MR. DOVEL:
21     Q.    Is dopamine involved in
22 functions such as locomotion and motional and
23 emotive behaviors?
24         MS. BROWN: Objection to the
25     form of the question.

Page 28

1         THE WITNESS: Dopamine is
2     involved in those behaviors.
3 QUESTIONS BY MR. DOVEL:
4     Q.    Now, when we talk about
5 neurodevelopment, it takes place -- it
6 started in the fetus in the first trimester,
7 right?
8         MS. BROWN: I object to the
9     form of the question.  Beyond the
10     scope.
11         THE WITNESS: Well, it's --
12     yeah.  Well, yes, it starts in the
13     first trimester, yes.
14 QUESTIONS BY MR. DOVEL:
15     Q.    It continues in the second and
16 third trimesters?
17         MS. BROWN: Same objection to
18     this line of questioning.
19         THE WITNESS: It does continue
20     in the second and third trimesters and
21     even continues after the baby is born.
22 QUESTIONS BY MR. DOVEL:
23     Q.    By the time we're into the
24 second and third trimesters, all of the
25 processes that are identified in 716 are

7 (Pages 25 to 28)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 29

1    underway, right?
2            MS. BROWN:  Objection to the
3    form of the question.  Calling for
4    speculation.
5            THE WITNESS:  I don't know the
6    exact timing of all of these, but I
7    think we can say that during the fetal
8    period, all of these -- all of these
9    activities are -- all of these
10   functions are occurring to help with
11   the development of the brain.
12   QUESTIONS BY MR. DOVEL:
13       Q.   Before the baby is born,
14   synapse formation is already underway, right?
15           MS. BROWN:  Same objection to
16   form.  Beyond the scope.  Speculation.
17           THE WITNESS:  I'm sorry, the
18   question was about synapse formation
19   is underway, yes, before the baby the
20   born.
21   QUESTIONS BY MR. DOVEL:
22       Q.   If a baby's brain is exposed to
23   a toxicant in the fetal period, that toxicant
24   could disrupt any one of these processes
25   identified in 716, right?

Page 30

1            MS. BROWN:  Objection to the
2    form.  Beyond the scope.  Speculation.
3            THE WITNESS:  Well, I mean, it
4    depends on what the toxicant is, but
5    in a hypothetical sense, a toxicant
6    could affect any of these -- any of
7    these functions.
8    QUESTIONS BY MR. DOVEL:
9        Q.   During the fetal development --
10   development, chemical exposure could cause a
11   permanent brain injury in a person, right?
12           MS. BROWN:  I object to the
13   form of the question.  Speculation.
14   Incomplete hypothetical.
15           THE WITNESS:  It -- it's --
16   it's a very reasonable hypothesis.
17   It's possible that a given toxicant
18   could affect these -- any of these
19   functions.
20   QUESTIONS BY MR. DOVEL:
21       Q.   And we know in science because
22   the developing brain is so fragile, a
23   chemical exposure could cause
24   neurodevelopmental disease in a fetus even at
25   doses that would not harm an adult, right?

Page 31

1            MS. BROWN:  Object to the form
2    of the question.  Well beyond the
3    scope of his report.
4            THE WITNESS:  Okay.  Okay.  So
5    I'm -- you said -- you used the word
6    "fragile," and by fragile, I'm not --
7    what do you mean by "fragile"?
8    QUESTIONS BY MR. DOVEL:
9        Q.   Let me take that out of it and
10   ask you a different question.  It's a fair
11   point.
12       A.   Yeah.
13       Q.   During -- withdrawn.
14           We know in -- withdrawn.
15           Science has determined that
16   during fetal development, chemical exposures
17   could cause permanent brain injury at doses
18   that would not harm adults?
19           MS. BROWN:  Objection.  Lacks
20   foundation.  Beyond the scope.
21   Speculation.
22           THE WITNESS:  Well, I -- as I
23   said, I'm here as an expert in ADHD.
24   I haven't reviewed -- I'm not a
25   toxicologist.  I have not reviewed

Page 32

1    that literature regarding whether any
2    specific toxicants cause permanent --
3    it's certainly reasonable to think
4    that that would happen.
5    QUESTIONS BY MR. DOVEL:
6        Q.   What does etiology mean?
7            MS. BROWN:  Objection.  Vague.
8            THE WITNESS:  That's the --
9    when we talk about the etiology of
10   disorder, we're talking about its
11   causes.
12   QUESTIONS BY MR. DOVEL:
13       Q.   And what does pathogenesis
14   mean?
15           MS. BROWN:  Same objection.
16           THE WITNESS:  Pathogenesis is
17   essentially what happens between the
18   etiological events and disorder.
19   There's a series of events that occur
20   that change some system in the body.
21           If we're talking about
22   neurodevelopment, that changes the
23   brain in a way that makes it different
24   from the neurotypical brain that we
25   would hypothesize or maybe one day

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 33

1    actually document caused the disorder.
2    QUESTIONS BY MR. DOVEL:
3        Q.   Is pathogenesis the manner in
4    which a disease develops?
5            MS. BROWN:  Object to the form
6    of the question.
7            THE WITNESS:  I guess I
8    would -- I mean, I'd guess I prefer to
9    phrase it the way I phrased it.  It --
10   it's the series of events that occur
11   in the organ of interest here, we're
12   talking about the brain, that explain
13   the symptoms of the disorder and the
14   onset -- and the onset of the
15   disorder.
16   QUESTIONS BY MR. DOVEL:
17       Q.   Is pathophysiology the set of
18   disordered physiological processes that are
19   associated with a disease?
20           MS. BROWN:  Objection.  Scope.
21   Speculation.  I object to the form of
22   the question.
23           THE WITNESS:  That's fair.
24   QUESTIONS BY MR. DOVEL:
25       Q.   Does pathophysiology include

Page 34

1    both the cause and the development of the
2    disease?
3            MS. BROWN:  Objection to the
4    form.  Vague.
5            THE WITNESS:  Well, I don't use
6    the term "pathophysiology" to refer to
7    causes.  Some people may, but...
8    QUESTIONS BY MR. DOVEL:
9        Q.   How do you use the term
10   "pathophysiology"?
11           MS. BROWN:  Objection.
12   Foundation.
13           THE WITNESS:  I use it to refer
14   to the series of events that occur
15   between the etiological events that
16   are the -- if you will, the causes of
17   the condition, and then the events
18   that occur in the organ or organs of
19   interest, in this case we're talking
20   about the brain, and then, of course,
21   lead to the disorder.
22   QUESTIONS BY MR. DOVEL:
23       Q.   What is oxidative stress?
24           MS. BROWN:  Objection to the
25   form.  Beyond the scope.

Page 35

1            THE WITNESS:  So in the process
2    of normal cellular activity, right,
3    they're talking about the level of a
4    single cell, cells -- cells produce
5    what are called reactive oxygen
6    species or ROS.  These reactive oxygen
7    species are toxic to the cells, so the
8    cell has to have mechanisms for
9    eliminating them.  And they do.  I
10   mean, it's a normal process of the
11   activities of a cell that is reactive
12   oxygen species.  These reactive oxygen
13   species are produced and they're
14   eliminated.
15           If the reactive oxygen species
16   reach a level that is too high to be
17   removed quick -- sufficiently quickly,
18   then the cell will experience
19   oxidative stress.  If that gets out of
20   control, the cell would -- could
21   experience apoptosis, which is just
22   cell death, which, obviously, is not
23   good for the cell or for the organ
24   that the cell participates in.
25           And sometimes that can occur

Page 36

1    without any notable injury if
2    oxidative stress is at low levels, but
3    if oxidative stress gets out of hand,
4    then you can have too much cell death
5    and problems can ensue.
6    QUESTIONS BY MR. DOVEL:
7        Q.   During normal cellular
8    metabolism, do cells create these reactive
9    oxygen species?
10           MS. BROWN:  I object to this
11   whole line of questioning as well
12   beyond the scope.
13           MR. DOVEL:  Let's see.  Now,
14   the Court entered an order saying the
15   following:  "Any attorney making a
16   form objection shall state the
17   objection as 'objection to form' and
18   make no other statement."
19           Were you aware of that?
20           MS. BROWN:  Counsel, can I see
21   the entire document, please?
22           MR. DOVEL:  Were you aware of
23   that?
24           MS. BROWN:  Yes.  I'm making a
25   form objection and telling you why so

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 37

1   you have the opportunity to correct
2   the question.
3          MR. DOVEL: Then when you chose
4   to say more, that was an intentional
5   violation of the Court's order, wasn't
6   it?
7          MS. BROWN: No, Counsel, and
8   you are intentionally questioning this
9   witness on areas well beyond the scope
10  of his report. It is entirely
11  improper, and it is unfair. You are
12  asking him questions about opinions he
13  did not give in a report in this case,
14  and I object.
15         MR. DOVEL: Are you going to
16  obey the Court's order or not?
17         MS. BROWN: Of course I am.
18  QUESTIONS BY MR. DOVEL:
19     Q.   And, sir, are --
20         MS. BROWN: And I would ask
21  counsel that you -- he is being put up
22  as a witness on his report, and I
23  would ask that you properly tailor
24  your questions to the substance of his
25  report.

Page 38

1          MR. DOVEL: Are you going to
2   limit your remarks to "objection,
3   form," or should we call the Court?
4          MS. BROWN: Are you going to
5   limit the questions to the substance
6   of his report? That's what he's here
7   to talk about, and you've put a
8   document that you wouldn't even tell
9   me the foundation for in front of him,
10  and you're asking him a series of
11  questions --
12         MR. DOVEL: I'm going to get
13  extra time because you're taking my
14  time commenting when you should be
15  quiet.
16         MS. BROWN: You don't have to
17  yell at me and speak rudely. Please
18  tailor your questions to what he's
19  being tendered for.
20  QUESTIONS BY MR. DOVEL:
21     Q.   Doctor, are reactive oxygen
22  species sometimes referred to as free
23  radicals?
24         MS. BROWN: Same objection.
25         THE WITNESS: That is correct.

Page 39

1   QUESTIONS BY M. DOVEL:
2      Q.   If these free radicals, as you
3   say, get out of hand, can they cause damage
4   in the body?
5      A.   Yes, they can cause damage to
6   cell -- individual cells, which, of course,
7   if you damage too many individual cells, then
8   the organ itself becomes damaged.
9      Q.   Does the body have mechanisms
10  to defend itself from radicals and reactive
11  oxygen species?
12     A.   I --
13         MS. BROWN: Hold on.
14         I object to the form of the
15  question.
16         THE WITNESS: I'm sorry, could
17  you repeat that again?
18  QUESTIONS BY MR. DOVEL:
19     Q.   Yeah.
20         Does the body have mechanisms
21  to deal with free radicals and reactive
22  oxygen species?
23     A.   Yes, as a normal -- is that me?
24  Oh, I apologize. I thought I put that on do
25  not disturb.

Page 40

1          MS. BROWN: If it's something
2   you need to take, Doctor --
3          THE WITNESS: No, no, no.
4   Well, it's probably my grandchild
5   being born, but I can find out later.
6          MR. WATTS: Congrats.
7          MS. BROWN: Do you -- hold on.
8          Can we go off the record for
9   one second?
10         THE WITNESS: It's okay.
11  That's fine. That's fine.
12         MS. BROWN: Hold on. Hold on.
13  Hold on.
14         Can we just take five seconds,
15  Counsel, to see if his grandson or
16  grandchild was --
17         THE WITNESS: It's fine.
18  Let's -- I'd rather continue with
19  this.
20         MS. BROWN: Okay. We'll take a
21  break in an hour.
22         THE WITNESS: I have two
23  already, so it's --
24         MS. BROWN: Okay. We will --
25  let's get through -- let's get through

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 41

1    a little more questioning, and let's
2    let you just check in --
3        THE WITNESS:  I might get in
4    trouble, but --
5        MS. BROWN:  Okay.  All right.
6    I'm sure counsel will allow you to
7    check in with the birth of your
8    grandchild.
9        THE WITNESS:  No, no, that's
10   fine.  We can wait for the break.  My
11   mind is on -- we're in a nice groove
12   here about oxidative stress, so I
13   don't -- I want to continue with that.
14       And I'm sorry, I have to ask
15   you to repeat that question.
16   QUESTIONS BY MR. DOVEL:
17       Q.    Sure.
18       Does the body have mechanisms
19   to defend itself from oxidative stress?
20       MS. BROWN:  Objection to the
21   form of the question.
22       THE WITNESS:  So as a normal
23   part of the cell's functioning, it
24   must remove the free radicals from the
25   cell, or inactivate them, so that the

Page 42

1    cell survives, yes.
2    QUESTIONS BY MR. DOVEL:
3        Q.    Does the cell defend itself
4    with something called antioxidants?
5        MS. BROWN:  Objection to the
6    form of the question.
7        THE WITNESS:  Yes.
8    QUESTIONS BY MR. DOVEL:
9        Q.    If the antioxidants are
10   insufficient to deal with the effects of the
11   radicals, then does oxidative stress occur?
12       MS. BROWN:  Objection to the
13   form of the question.
14       THE WITNESS:  That's correct.
15   If the oxidative load of the cell
16   exceeds what the antioxidants and the
17   inactivation -- other methods of
18   inactivation, I believe there may be
19   others besides antioxidants, then,
20   yes, the cell -- the cell experiences
21   oxidative stress which could destroy
22   the cell.
23   QUESTIONS BY MR. DOVEL:
24       Q.    Is inflammation the process of
25   generating an immune response to fight germs

Page 43

1    in the body?
2        MS. BROWN:  Objection to the
3    form of the question.
4        THE WITNESS:  You're getting
5    way out of my wheelhouse here now.
6    Just so we all know for sure, I'm not
7    a physician.  I'm a psychologist, so
8    details about inflammation are not
9    something I've ever studied or
10   considered myself an expert in.
11   QUESTIONS BY MR. DOVEL:
12       Q.    Well, we're not going to go
13   into details.  Let's just talk about at a
14   general level and what you do know.
15       Do you understand that
16   inflammation is a process of generating an
17   immune response in the body?
18       MS. BROWN:  Objection to the
19   form of the question.
20       THE WITNESS:  Yeah, I'd really
21   rather not talk about inflammation and
22   details about immune response, if
23   that's okay with you.
24   QUESTIONS BY MR. DOVEL:
25       Q.    It's not.

Page 44

1    A.    It's not.  Okay.
2    Q.    I'd like to get your response.
3    A.    Okay.
4        MS. BROWN:  Whoa.  No.  No.
5    No.  No.  Hold on.  Hold on.
6        He will ask a question, and you
7    will answer the question --
8        MR. DOVEL:  Limit your
9    comments.
10       THE WITNESS:  Right.
11       MS. BROWN:  -- and let's just
12   proceed like that.  If you don't know
13   the answer, you can tell him that.
14       THE WITNESS:  Okay.
15       Well, my understanding of
16   inflammation is that if we experience
17   an event in our bodies that is
18   attacking normal functioning, one of
19   the responses is inflammation.  And
20   that can be a good thing.  It can --
21   it can bring appropriate molecules to
22   the site of whatever the event is.
23       I'm not sure if it's only
24   immune events.  Other events can
25   occur, I believe -- and, again, I'm

11  (Pages 41 to 44)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 45

1    not an expert in the causes of
2    inflammation.  And this is, again, a
3    positive thing when inflammation
4    happens.  But if inflammation gets out
5    of hand, it can be a problem.
6    QUESTIONS BY MR. DOVEL:
7         Q.    Does inflammation induce
8    reactive oxygen species to occur?
9         MS. BROWN:  Objection to the
10   form of the question.
11        THE WITNESS:  That, I don't
12   know.
13   QUESTIONS BY MR. DOVEL:
14        Q.    Have you ever seen any
15   information associating inflammation with
16   oxidative stress?
17        MS. BROWN:  Objection to the
18   form of the question.
19        THE WITNESS:  You know, I may
20   have.  I have read so much stuff in
21   the last 30 years, I just don't
22   recall.
23   QUESTIONS BY MR. DOVEL:
24        Q.    What are interleukins?
25        MS. BROWN:  Objection to the

Page 46

1    form.
2         THE WITNESS:  Well,
3    interleukins -- you're going to have
4    me guessing here a bit on this one.
5         MS. BROWN:  Nobody wants you to
6    guess.  If you know the answer, we
7    want you to give it.  If you don't,
8    nobody wants you to guess.
9    QUESTIONS BY MR. DOVEL:
10        Q.    Let me withdraw and give you a
11   different question.
12        Are a interleukins a group of
13   cytokines?
14        MS. BROWN:  Objection to the
15   form of the question.
16        MR. DOVEL:  Let me just finish
17   my question.
18        MS. BROWN:  Sorry, Counsel, I
19   thought you did.
20   QUESTIONS BY MR. DOVEL:
21        Q.    Are interleukins a group of
22   cytokines that are -- that is, these are
23   proteins that are used as signaling
24   molecules?
25        MS. BROWN:  I object to the

Page 47

1    form of the question.
2         If you understand it and know
3    it --
4         THE WITNESS:  I do understand
5    that cytokines are signaling
6    molecules, and I believe it's correct
7    that interleukins are part of that
8    group.
9    QUESTIONS BY MR. DOVEL:
10        Q.    Does the human inflammatory
11   response depend on these interleukins to
12   regulate it?
13        MS. BROWN:  I object to the
14   form of the question.
15        THE WITNESS:  Again, that's --
16   I don't -- I just don't know.
17   QUESTIONS BY MR. DOVEL:
18        Q.    Is it common to abbreviate the
19   names of different interleukins with a
20   number, such as IL2, IL3, IL6 and so on?
21        MS. BROWN:  Objection --
22        THE WITNESS:  That, I do
23   know -- oh, sorry.
24        MS. BROWN:  Just give me one
25   second to object.

Page 48

1         THE WITNESS:  I'm new to this
2    whole process, so I --
3         MS. BROWN:  It's okay.  It's
4    okay.  No problem at all.
5         THE WITNESS:  It's -- I will --
6    I apologize.
7         Whose turn is it?
8    QUESTIONS BY MR. DOVEL:
9         Q.    It's your turn.
10        A.    My turn?  Okay.
11        Questions about numbers.  Yes,
12   I'm familiar with you, know, IL number -- a
13   certain number to refer to different
14   molecules.
15        Q.    Different interleukins.
16        A.    Different interleukins, yes.
17   Yeah.
18        Q.    These interleukins, signaling
19   molecules, they can either bring inflammation
20   up or bring it down, right?
21        MS. BROWN:  Objection to the
22   form of the question.
23        THE WITNESS:  I'm going to say
24   I don't know again.  I'm not certain
25   enough to say "yes" or "no" to that.

12  (Pages 45 to 48)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 49

1    QUESTIONS BY MR. DOVEL:
2        Q.    Now, ADHD is a disease that's
3    diagnosed based upon symptoms, right?
4            MS. BROWN:  Objection to the
5    form.
6            THE WITNESS:  It -- yes, it's
7    based upon 18 symptoms specified in
8    the Diagnostic and Statistical Manual
9    of the American Psychiatric
10   Association, or International
11   Classification of Diseases.
12           Also, there is a -- the only --
13   I think the only other system is the
14   Chinese diagnostic system, but they're
15   all -- they are all very similar to
16   one another.
17   QUESTIONS BY MR. DOVEL:
18       Q.    One set of symptoms that can be
19   diagnosed as ADHD would be inattentive
20   symptoms; that is, symptoms of inattention,
21   right?
22       A.    That's correct.  The DSM lists
23   nine symptoms of inattention.  If you have
24   six or more and you're a child, you can be
25   diagnosed with ADHD.

Page 50

1            If you have five or more and
2    you're an adolescent or a -- I'm sorry,
3    you're an older adolescent, I think the
4    cutoff is 17, or an adult, then you can be
5    diagnosed with ADHD.
6        Q.    Another set of symptoms that
7    could lead to an ADHD diagnosis is
8    hyperactive-impulsive symptoms, right?
9        A.    That is correct.  And again,
10   there are nine symptoms in the similar
11   diagnostic thresholds.
12       Q.    Now, these symptoms of ADHD,
13   either inattention or
14   hyperactivity-impulsivity, those are caused
15   by the brain, right?
16           MS. BROWN:  Objection to the
17   form.
18           THE WITNESS:  So the reason I'm
19   pausing here is because it's a little
20   more complicated than that.
21           So the -- we believe that there
22   is pathophysiology in the brain that
23   makes a person -- a child in this
24   case -- prone to experiencing these
25   symptoms:  Inattention, hyperactivity

Page 51

1    and impulsivity.
2            But they're also triggers in
3    the environment, typically
4    psychosocial triggers.  A child is
5    placed in a certain environment and
6    they're going to be more hyperactive
7    and not in other environments.
8            Well, for example, the classic
9    example is a child plays a video game
10   and they -- you know, they're able to
11   attend to the video game, they're able
12   to sit still for maybe an hour or so.
13   And sometimes a parent will say,
14   "Well, I don't think my child has ADHD
15   because they can sit and do video
16   games."
17           The symptoms are
18   context-dependent because they -- it
19   depends what's happening in the
20   environment -- in the environment.
21           And so the reason why it's
22   important that a trained professional
23   make the diagnosis is they can
24   differentiate when it's sensible that
25   the symptoms occur and don't occur.

Page 52

1    Just because a child is able to -- for
2    example, some kids are able to -- with
3    ADHD will be able to sit still in
4    novel environments because there's a
5    natural inhibition that occurs in
6    novel environments.  So when they get
7    to the doctor's office, they're not as
8    hyperactive and impulsive or
9    inattentive as they might be in
10   other -- in other environments.
11           And so the diagnostician takes
12   that into account when they're making
13   the diagnosis.
14   QUESTIONS BY MR. DOVEL:
15       Q.    Are there differences in the
16   brains of folks diagnosed with ADHD as
17   compared to folks who do not have ADHD?
18           MS. BROWN:  Objection.  Form.
19           THE WITNESS:  So there's --
20   there is a large neuroimaging
21   literature.  I think the most
22   well-defined brain differences between
23   people with and without ADHD come from
24   the INMA consortium studies, of which
25   I was a participant.  And for clarity,

13 (Pages 49 to 52)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 53

1    I'm not a neuro imager, but I was
2    involved in the process of collecting
3    neuroimaging data on ADHD when I
4    was -- worked at the master in Harvard
5    at Harvard Medical School.
6        So I'm part of this consortium,
7    and so I know the data, and I'm on
8    their publications.
9        What they have shown is that
10   there are -- when you look across --
11   with the INMA consortium did is they
12   basically collected structural
13   neuroimaging data from sites around
14   the world that it would agree to
15   participate, and most of the sites
16   doing ADHD work agreed to participate.
17   And so they had several thousand
18   scans, cases and controls.  So it's
19   the biggest imaging study ever.
20       And in two papers published by
21   Martine Hoogman, those papers document
22   small but statistically significant
23   differences in the brains of children
24   with ADHD compared to not.  But we
25   didn't -- we couldn't document those

Page 54

1    same changes in adolescents or adults.
2        Now, a few things need to be
3    said about that to fully understand
4    it.  One of -- one is that
5    differences -- these neuroimaging
6    differences are small.  It's not the
7    kind of difference that a radiologist
8    would pick up in a brain scan and say,
9    ah, this person has ADHD because of
10   their brain scan, which they might
11   do -- which they would do if somebody
12   suffers traumatic brain injury, they
13   can see very clearly the brain was
14   affected.
15       The second is that I had
16   published some data using some of the
17   more advanced -- well, I should back
18   up.
19       So the Hoogman paper is -- used
20   sort of standard statistical analysis
21   to do their work.  I applied some
22   machine-learning methods to the same
23   dataset and was able to show that even
24   though the findings in the adult
25   dataset were not statistically

Page 55

1    significant on their own, they were
2    consistent with the data that we show
3    in children.
4        And how it was done is very
5    complicated, so I don't think you want
6    to hear.  And I'll stop there, unless
7    you're interested in that point.
8    QUESTIONS BY MR. DOVEL:
9        Q.   What I want to just be clear on
10   is, is it the case that science has concluded
11   that ADHD is a disorder of the brain, or is
12   it a disorder of some other part of the body?
13       MS. BROWN:  Objection to the
14       form of the question.
15       THE WITNESS:  So, actually, I'm
16   going to answer your question, but I
17   realized I forgot to answer the other
18   question completely.
19       So I told you about the INMA
20   structural imaging data, but there are
21   other kinds of imaging in the imaging
22   world.  You can image the functioning
23   of the brain, the function of the
24   magnetic resonance imaging.  You
25   can -- there's been a lot of work done

Page 56

1    in what's called the resting state
2    network of the brain.  That work is,
3    at this point, equivocal.  It's not as
4    persuasive as the INMA work because
5    you've got a bunch of small studies
6    that don't completely agree with one
7    another.
8        But there are some -- I
9    won't get -- we can't get into the
10   details here, but I do want you to
11   know other studies exists.
12       There's another very intriguing
13   body of literature about the dopamine
14   transporter, which has been of much
15   interest in the ADHD world because the
16   dopamine transport is the main site
17   action of two medications that are
18   helpful for people with ADHD.  That's
19   methylphenidate and amphetamine.
20   People typically know those as Ritalin
21   and Adderall, but there are many
22   different types of those drugs.
23       So because of that, a number of
24   sites, a number of people around the
25   country, have looked at -- there's an

14 (Pages 53 to 56)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 57

1    imaging technology that is actually
2    pretty impressive.  You can actually
3    image the amount of dopamine
4    transporters in the brain.
5        And these studies -- most of
6    these studies show that there are
7    excess dopamine transporters in the
8    brains of people with ADHD.  And
9    that -- and they suggest that the --
10   if you will, that the density or the
11   amount of these transporters declines
12   with age, which is kind of interesting
13   because there is an age-dependent
14   decline in ADHD.  For some people
15   symptoms go away with age.
16       This is all very intriguing
17   data.  The problems with it is that
18   there are -- the samples have to be
19   small because this is done with
20   positron emission tomography.  It can
21   only be done in adults because you
22   don't do these studies in children
23   because it exposes them to radiation.
24       But the most -- the most
25   interesting data partly because of

Page 58

1    connected --
2        MR. DOVEL:  I have
3    to interrupt.  I think we've wandered
4    away from my question at this point.
5        THE WITNESS:  Okay.  Well --
6        MS. BROWN:  No, no, no, no.
7    Hold on.
8        You can finish your answer, and
9    then counsel can ask a follow-up
10   question.  We can't -- you can't cut
11   him off.
12       THE WITNESS:  Okay.  I'm being
13   too professorial perhaps.
14   QUESTIONS BY MR. DOVEL:
15       Q.    Well, do you remember my
16   question?
17       A.    Well, what I was trying to do
18   was complete the answer to the prior
19   question, because I realized I hadn't given
20   you a complete answer.
21       You were asking about the --
22       MS. BROWN:  Please finish -- go
23   ahead and finish your answer, and
24   counsel will follow up if he has a
25   follow-up.

Page 59

1        THE WITNESS:  So to reboot that
2    point was about the -- I think I was
3    just about ending up my comments on
4    the dopamine transporter that the
5    studies were intriguing because of
6    small samples.  In some studies that
7    are not completely in agreement with
8    that, there's some discussion in the
9    literature about that.
10       So, actually, that was the end
11   of my comments there.  I'm sorry.
12   I'll have to ask you to repeat the
13   question that motivated me to answer
14   the prior question.
15   QUESTIONS BY MR. DOVEL:
16       Q.    Is ADHD a disorder of the
17   brain?
18       A.    That's right.  You'd asked me
19   if science believes that, and I would say
20   that most experts that -- in the ADHD field
21   would agree with that locus of -- the locus
22   of the pathophysiology is the brain.
23       Q.    Is it the case that ADHD is a
24   neurodevelopmental disease?  That is, a
25   development -- its pathogenesis occurs during

Page 60

1    the development of the brain?
2        MS. BROWN:  Objection to the
3    form of the question.
4        THE WITNESS:  So it's defined
5    in the DSM, the diagnostic manual that
6    we use from the American Psychiatric
7    Association, that manual defines
8    several neurodevelopmental disorders.
9    And they're defined as
10   neurodevelopment because it's believed
11   that their pathogenesis occurs during
12   the development of the brain, which,
13   again, we have to keep in mind that
14   the brain is developing.  It's -- a
15   very important brain.  It's the fetal
16   period, but brain development
17   continues up until some people are now
18   saying between up to age 20, 25, 30
19   the brain development continues.
20       And so events that occur later
21   in life can also have an effect on
22   brain development.
23       But the classification of ADHD
24   or intellectual disability, or
25   stuttering, all of these

Golkow Litigation Services

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 61

1    neurodevelopmental disorders as
2    neurodevelopmental doesn't mean that
3    we know the causes or the
4    pathophysiology.
5    QUESTIONS BY MR. DOVEL:
6        Q.    Is it the case that the risk
7    factors identified to date are primarily
8    genetic or environmental exposures during
9    fetal development?
10       A.    So to answer that question, I
11   would have to first talk about the word --
12   the words "risk factors" because they're used
13   differently in science and in the real world,
14   so to speak.
15           The risk factor, the way I use
16   it and the way it's -- my understanding is
17   it's defined in epidemiology is the same as
18   saying it's a correlate.  It's something
19   that's correlated with ADHD but not known to
20   be a causal agent.
21           The problem with the phrase
22   "risk factor," it can sound like it's causal
23   but it actually doesn't mean it.
24           So having said that -- and I
25   will use the word "correlate" in the same way

Page 62

1    that you're using the word "risk factor."
2            There are -- we know from --
3    well, you asked about genes and environment.
4    So it's -- we know from the very large
5    database of genetic studies stretching back
6    from the original family, twin and adoption
7    studies that go back to '80s, maybe somewhere
8    even I think in the '70s or earlier, that
9    ADHD has a sizeable genetic component,
10   heritability about 76 percent.
11           I was -- I had the good fortune
12   to move my career in the direction of
13   genetics back in the '90s, and I helped lead
14   an international consortium to discover the
15   first genome-wide significant loci for ADHD
16   which are -- we believe to be causal for
17   other disorder.
18           So we clearly have evidence for
19   genes being causal in ADHD -- genes or
20   genomic loci, more technically, being causal
21   in ADHD.
22           There have been a number of
23   environmental factors that have been studied
24   and are -- I would classify as correlates of
25   ADHD that have not yet been shown to be

Page 63

1    causes of ADHD.
2        Q.    Is it true that the risk
3    factors identified to date are primarily
4    genetic or environmental exposures during
5    fetal development?
6        A.    That's right.  You asked about
7    fetal development.
8            So certainly many of the --
9    many of the environmental causes -- many of
10   the environmental correlates or risk factors
11   are people have studied the area of fetal
12   development as the window of interest.
13           People have also looked at, for
14   example, I think I talk about extreme
15   deprivation in orphanages, traumatic brain
16   injury, as these are, of course, post-fetal
17   events that occur.  People have also studied
18   stress in the family environment and the
19   degree to which that affects the onset of
20   ADHD.
21           But, yes, there is a large
22   number of studies, body of literature, that
23   focuses on the fetal development period.
24       Q.    Do you agree, sir, that the
25   risk factors identified to date are primarily

Page 64

1    genetic or environmental exposures during
2    fetal development?
3        A.    Oh, wow.  Good question.
4            What I don't know is -- yeah, I
5    guess I would have to say I would agree
6    that -- well, the genetics for sure.  There's
7    no question about that.
8            When we look at environmental
9    correlates of ADHD that have been studied, I
10   think it's fair to say they mostly occur in
11   the fetal development period.  Yeah.
12       Q.    As a result, is it reasonable
13   to conclude that the brains -- the brains of
14   patients with ADHD had some disruption or
15   dysregulation during fetal development?
16           MS. BROWN:  Objection to the
17   form.
18           THE WITNESS:  I, and personally
19   as a scientist, think that's a very
20   good hypothesis; that -- from a person
21   who studies genomics, I think what's
22   happening is that the -- from the --
23   from the genomic's side, I think that
24   the genes that are ultimately -- or I
25   would say the genetic variants that

16 (Pages 61 to 64)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 65

1    ultimately are causal, in the causal
2    pathway, are changing the brain in a
3    way to make it atypical that promotes
4    a person's susceptibility to
5    developing ADHD.
6        So if we have -- if we were to
7    finally come up with a set of
8    environmental causes that we could say
9    are documented and agreed upon, it's
10   likely that they could play a role in
11   that same process. So it's a very
12   reasonable hypothesis, which, of
13   course, is why people are looking --
14   are looking in that area.
15   QUESTIONS BY MR. DOVEL:
16   Q.    When we talk about inattention
17   or hyperactivity, it's systems in the brain
18   that regulate that activity, right?
19       MS. BROWN: Objection to the
20   form.
21       THE WITNESS: So it's
22   an inter -- it's an interaction
23   between the systems in the brain that
24   are not -- that are atypical with the
25   environmental context that the child

Page 66

1    happens to be in. And it's -- I --
2    when I lecture on ADHD, I'll talk
3    about the -- it's ADHD merges when the
4    challenges of -- the challenges to the
5    brain of self-regulation from the
6    environment exceeds the ability of the
7    brain to regulate itself.
8        So we can think of ADHD some
9    ways as a disorder of self-regulation.
10   Normal development means that -- we
11   all know this as we develop from -- we
12   expect that, you know, a 2-year-old is
13   going to -- I have one right now in my
14   life, a grandchild, that they're going
15   to run around and they're going to
16   climb on furniture and they're going
17   to do all these things because they
18   haven't developed -- their brain
19   hasn't developed the capacity of
20   self-regulation. As they get older,
21   that capacity develops.
22       Now, some children, and we see
23   this -- I've seen this when I was in
24   clinical practice and it's documented
25   in research, there are some kids that

Page 67

1    are -- they are raised in environments
2    that has a lot of external regulation.
3    We call it scaffolding. Parents, for
4    example, schools, provide a lot of
5    external supports, and so their ADHD
6    symptoms are -- become dormant, and
7    they don't emerge until the child
8    moves into an environment that
9    requires more self-regulation.
10       So you can see sometimes the
11   emergence of ADHD when a child goes
12   from elementary school to middle
13   school or middle school to high
14   school. Particularly leaving the
15   family home, going from high school to
16   take a job or going to college, all of
17   a sudden that requires massive
18   self-regulation, and sometimes that's
19   when the symptoms will begin to
20   emerge.
21       They may have been noticeable
22   at a lower level or earlier in life.
23   So --
24   QUESTIONS BY MR. DOVEL:
25   Q.    Do you remember my question,

Page 68

1    sir?
2    A.    I do.
3        MS. BROWN: Hold on. Hold on.
4    Wait. Please.
5        THE WITNESS: Okay. Wait.
6        MS. BROWN: Counsel, you
7    interrupted him. He has to be able to
8    finish his answer.
9        Please finish, and then counsel
10   will follow up.
11       THE WITNESS: Okay. Now, I am
12   really trying to answer -- because you
13   asked me if it's the brain, and what
14   I'm saying is that the brain has a
15   role, but the environmental context
16   also has a role.
17   QUESTIONS BY MR. DOVEL:
18   Q.    We'll get to that. The
19   brain -- I'm talking about the brain's part.
20       MS. BROWN: Counsel, you
21   interrupted him for a second time.
22       Wait, please, Doctor.
23       THE WITNESS: I'm sorry.
24       MS. BROWN: Hold on. I just
25   want to make sure we have a clean

17 (Pages 65 to 68)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 69

```
1    record, and the only way that is going
2    to happen is if counsel allows you to
3    finish, you finish, and then he
4    follows up.  Okay?
5         THE WITNESS:  I apologize.
6         MS. BROWN:  No.  No.  There's
7    no apology necessary.  He interrupted
8    you.
9         Finish your answer.
10        And then, Counsel, can we take
11   a quick break, please?
12        Wait.  Hold -- is that okay,
13   sir?
14        MR. DOVEL:  Let's get an answer
15   to the question.
16        MS. BROWN:  That's what I just
17   said.  If you look at the realtime,
18   finish your answer and then could we
19   take a quick break, please.
20        Go ahead.
21        THE WITNESS:  Okay.  Can you
22   ask me the question again?  It's --
23   I've got --
24   QUESTIONS BY MR. DOVEL:
25        Q.   Are there systems in the brain
```

Page 70

```
1    that regulate activity and hyperactivity?
2         MS. BROWN:  Objection to the
3    form.
4         THE WITNESS:  Yes.
5    QUESTIONS BY MR. DOVEL:
6         Q.   Are there systems in the brain
7    that regulate attention and focus?
8         MS. BROWN:  Same objection.
9         THE WITNESS:  Yes.
10   QUESTIONS BY MR. DOVEL:
11        Q.   Do the brain systems that
12   control activity, hyperactivity, attention
13   and focus make use of neurotransmitters?
14        MS. BROWN:  Objection to the
15   form.
16        THE WITNESS:  Yes, they do.
17   QUESTIONS BY MR. DOVEL:
18        Q.   Do those include dopamine and
19   noradrenaline and norepinephrine?
20        MS. BROWN:  Same objection.
21        THE WITNESS:  That's correct.
22   QUESTIONS BY MR. DOVEL:
23        Q.   Do those include GABA and
24   glutamate?
25        MS. BROWN:  Same objection.
```

Page 71

```
1         THE WITNESS:  So here's where
2    it gets a little murkier, but we would
3    say that dopamine and noradrenaline
4    are primary regulators.  But, yes,
5    GABA and glutamate appear to be
6    involved as well.
7         It's also the nicotinic --
8    there's also a nicotinic system in the
9    brain that regulates dopamine neurons,
10   so it can play a role in that as well.
11        MR. DOVEL:  All right.  Let's
12   go off the record.
13        MS. BROWN:  Thank you.  Let's
14   take a quick break, and then we'll
15   come back.  Why don't we --
16        VIDEOGRAPHER:  I'm sorry.  The
17   time right now is 9:22 a.m., and we're
18   off the record.
19    (Off the record at 9:22 a.m.)
20        VIDEOGRAPHER:  The time right
21   now is 9:30 a.m.  We're back on the
22   record.
23   QUESTIONS BY MR. DOVEL:
24        Q.   Does dysregulation of the
25   dopamine system play a role in ADHD?
```

Page 72

```
1         MS. BROWN:  Objection to the
2    form.
3         THE WITNESS:  It's one of the
4    leading hypothesis, yes.
5    QUESTIONS BY MR. DOVEL:
6         Q.   Is it supported by reliable
7    scientific evidence?
8         A.   It's supported by two main
9    sources of evidence.  One is the
10   pharmacology -- the neuropsychopharmacology
11   of the drugs and the mechanism of action of
12   the drugs, although that's a little backwards
13   because we're saying that the drugs are
14   telling us about the -- what's going on in
15   the brain, but it's not unreasonable to do
16   that.
17        And it's also supported
18   somewhat by the studies I told you before
19   about imaging and dopamine transporter.
20   That, of course, is -- I'm sorry, you asked
21   about dopamine.  I'll stop right there.
22        Q.   This hypothesis that the
23   dopamine system is involved is -- withdrawn.
24        Is it the case that there's
25   something that happens during
```

18 (Pages 69 to 72)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 73

1   neurodevelopment that results in changes in
2   the dopamine system that would cause ADHD?
3          MS. BROWN:  Objection to form.
4          THE WITNESS:  That's a leading
5   hypothesis.
6          I would add to that that part
7   of that hypothesis is involved in the
8   neurogenic system because for the same
9   reasons we believe there are drugs --
10  there's a class of drugs that treats
11  ADHD that works in the neurogenic
12  system, and that's one of -- one of
13  the reasons why there's a hypothesis
14  about both neurogenic system and the
15  dopamine neurogenic system.
16  QUESTIONS BY MR. DOVEL:
17     Q.    And is there reasonable
18  scientific evidence for both of those parts,
19  the dopamine system and the neurogenic
20  system?
21         MS. BROWN:  Objection to the
22  form.
23         THE WITNESS:  I suppose I need
24  to know what you mean by reasonable
25  scientific evidence.

Page 74

1          It's -- I would say there's
2   enough -- there's enough evidence for
3   me to say that they're leading
4   hypotheses about what's happening in
5   the brain, but it seems -- well, I
6   would also think that other -- we know
7   from the genomic studies, for example,
8   that were implicating -- some of the
9   genes were implicating are outside of
10  dopamine system.
11  QUESTIONS BY MR. DOVEL:
12     Q.    Is it the case that it's
13  believed that there are a number of different
14  biological pathways that could lead to ADHD?
15     A.    Well, we know that there are
16  different pathways in the sense the most
17  obvious one is a traumatic brain injury, and
18  you get ADHD.  That's likely a different
19  pathway than having a high genomic load for
20  ADHD.
21     Q.    And there's -- it's believed to
22  be there's a variety of different biological
23  pathways, right?
24     A.    That is a leading hypothesis,
25  you know.

Page 75

1      Q.   Is there reliable -- well, take
2   out the word "reasonable."  Withdrawn.  Let
3   me give you a different question.
4          Is there reliable scientific
5   evidence that changes in the dopamine system
6   can cause ADHD?
7          MS. BROWN:  Objection to the
8   form.
9          THE WITNESS:  That's where
10  we -- the only -- well, of course
11  it's very difficult to examine the
12  dopamine system in the living brain,
13  and the only way that it -- as far as
14  I know -- and again, I'm not an expert
15  in all of these technologies.
16         But the only way I know of that
17  one can interrogate the dopamine
18  system in the brain is by -- before I
19  talked to you about the imaging
20  studies of the dopamine transporter.
21         And those studies have been --
22  when I look at those studies, I see
23  them as promising studies that
24  implicate the dopamine transporter
25  and -- as an important protein in the

Page 76

1   brain that's involved in ADHD.  Other
2   people would argue that, no, the
3   studies are too inconsistent with
4   that.
5          So there's -- I still think --
6   I still think it's a reasonable
7   hypothesis, and I think other
8   colleagues would agree with that.
9   QUESTIONS BY MR. DOVEL:
10     Q.   Is the hypothesis supported by
11  reliable scientific evidence?
12         MS. BROWN:  Objection to the
13  form of the question.
14         THE WITNESS:  Well, in -- the
15  way I use the term "reliable," it's --
16  kind of means repeatable.  If you
17  repeat the same experiment, you get
18  the same results.
19         And the problem with the
20  dopamine transporter data is that the
21  same result hasn't always been
22  repeated in -- and the sample sizes
23  are small, it's -- by necessity
24  because these are very expensive
25  studies using positron emission

Golkow Litigation Services

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 77

```
 1    tomography.
 2         And they can only be done in
 3    adults, which is -- another problem
 4    with the imaging studies is that we
 5    can't always separate out the effects
 6    of a disorder on the brain from the
 7    effects on the causes on the brain.
 8    That's a limitation to inference,
 9    so...
10    QUESTIONS BY MR. DOVEL:
11         Q.    All right.  Well, let me take
12    out the word "reliable" then.
13         Is there any scientific
14    evidence that changes in the dopamine system
15    during neurodevelopment plays a role in
16    causing some ADHD?
17         MS. BROWN:  Objection to the
18    form.
19         THE WITNESS:  The scientific
20    evidence would be the studies -- the
21    imaging studies of the dopamine
22    transporter and what we know about
23    the mechanism of action of drugs that
24    work -- that are helpful for --
25    they're not curative, but they're
```

Page 78

```
 1    helpful for ADHD.
 2         (Faraone Exhibit 771 marked for
 3    identification.)
 4    QUESTIONS BY MR. DOVEL:
 5         Q.    I'm going to mark as
 6    Exhibit 771 a partial of the overview
 7    presentation.
 8         MS. BROWN:  Counsel, do you
 9    have a copy, a complete copy?
10    QUESTIONS BY MR. DOVEL:
11         Q.    I want to turn to page --
12         MS. BROWN:  I'm sorry, do I
13    have a --
14         MR. DOVEL:  I'm not going to
15    respond to your question.  Just hand
16    him the document.  It's my turn to ask
17    him questions.
18         MS. BROWN:  Okay.
19         MR. DOVEL:  You'll have a
20    chance at the end of the day.
21         MS. BROWN:  But you're giving
22    him a partial document.
23         I object to this document as
24    being incomplete, and counsel doesn't
25    seem to want to answer my question if
```

Page 79

```
 1    he has a complete copy, so we just
 2    don't know.
 3    QUESTIONS BY MR. DOVEL:
 4         Q.    You recognize this as a portion
 5    of the slide deck that you created on the
 6    overview of attention-deficit/hyperactivity
 7    disorder?
 8         A.    I do.
 9         Q.    There's a section that --
10    labeled pathophysiology of ADHD, right?
11         A.    That's correct.
12         Q.    And in that section, if you
13    turn to the next page, one of the slides
14    says, "The medicines that treat ADHD work in
15    the pathways implicated by neuroimaging
16    studies."
17         Right?
18         A.    Yes, that's -- that is correct.
19         Q.    And that's the noradrenergic
20    and dopaminergic pathways?
21         A.    That is correct.
22         (Faraone Exhibit 778 marked for
23    identification.)
24    QUESTIONS BY MR. DOVEL:
25         Q.    I'm going to mark as
```

Page 80

```
 1    Exhibit 778 the Primer.
 2         Sir, you recognize this as the
 3    ADHD Primer that you authored?
 4         A.    Yes.
 5         Q.    I would like to -- and this was
 6    in 2015 this came out?
 7         A.    Correct.
 8         Q.    Let's turn to page 7.  In the
 9    left column, the sentence 3 -- let's see.
10    Actually, let's go to paragraph 2.  It's not
11    highlighted.  Go down to sentence 3.
12         A.    Where does it start?  Let me
13    just take a look --
14         Q.    It starts with "a meta-analysis
15    of peripheral biomarkers."
16         A.    Let me take a look.  Hold on a
17    second here.
18         MS. BROWN:  Counsel, on page 1?
19         MR. DOVEL:  Page 7.
20         THE WITNESS:  Page 7.  He's
21    talking about this here.  Let me see.
22    Hold on.
23         Okay.  Yeah, I see the sentence
24    you're referring to.
25
```

Golkow Litigation Services

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 81

1    QUESTIONS BY MR. DOVEL:
2        Q.    You identify some results, and
3    you say, "The results support the idea that
4    the catecholaminergic neurotransmitter
5    systems and the hypothalamic pituitary
6    adrenal access are dysregulated in ADHD."
7            Right?
8        A.    That's correct, yes.
9        Q.    And then there's some clinical
10   studies that implicate other systems,
11   including the serotonergic, glutamatergic,
12   nicotinic and neurite outgrowth systems,
13   right?
14       A.    Yes.
15       Q.    There's scientific evidence
16   supporting dysregulation of those systems,
17   right?
18       A.    Yes.  Of course this is in
19   2015.  The field's moved on a bit, and we're
20   actually revising this paper this year, and
21   I'm not sure that the HPA access will stay --
22   will stay in.  We're still -- it's still
23   in -- under discussion, but in 2015 this was
24   the state of the science.
25       Q.    Sir, have you testified in a

Page 82

1    deposition before today?
2        A.    No, this is my first.
3        Q.    Can I have the ELMO?
4            Now, sir, you understand that
5    expert witnesses are sometimes called in
6    legal cases?
7        A.    I do.
8        Q.    And that's your role here?
9        A.    (Witness nods head.)
10       Q.    Yes?
11       A.    I do understand that, yes.
12       Q.    Now, some -- you may not have a
13   lot of familiarity with expert witnesses, but
14   some of them, they come to the job as truth
15   seekers, as people trying to find the truth.
16           You understand what that means?
17           MS. BROWN:  Objection -- I
18   object to the form of the question and
19   to the document you're creating on the
20   screen.
21           THE WITNESS:  I think I
22   understand the colloquial sense of the
23   truth seeker.  I assume it doesn't
24   have a special legal meaning.
25

Page 83

1    QUESTIONS BY MR. DOVEL:
2        Q.    No.  No.
3        A.    Colloquial sense.
4        Q.    Colloquial.
5            Some experts, they come with a
6    different approach.  They are paid to reach
7    certain conclusions, and the testimony and
8    opinions that they provide are only
9    supportive of that opinion.  They are acting
10   as paid testifiers, as advocates.
11           You understand that that may be
12   the case?
13       A.    I --
14           MS. BROWN:  I object -- hold
15   on.  I object to the form of the
16   question.
17           THE WITNESS:  I understand
18   that, what you're saying there.
19   QUESTIONS BY MR. DOVEL:
20       Q.    Now, let's talk about some of
21   the ways that we can tell whether we're
22   dealing with a truth seeker or a paid
23   testifier.
24           A truth seeker is going to be
25   someone that takes account of all of the

Page 84

1    facts and evidence no matter which side it
2    helps, right?
3            MS. BROWN:  Object to the form.
4    Object to the line of the questioning.
5    Object to the document on the screen,
6    that you've created, I assume.
7            THE WITNESS:  I'm sorry, the
8    question was?
9    QUESTIONS BY MR. DOVEL:
10       Q.    A truth seeker would be someone
11   that takes account of all facts and evidence
12   no matter which side it helps or hurts?
13           MS. BROWN:  Same objection.
14           THE WITNESS:  That sounds right
15   to me.
16   QUESTIONS BY MR. DOVEL:
17       Q.    It's part of the scientific
18   process, right?
19       A.    That's what we do.
20       Q.    Now, somebody who is a paid
21   testifier, they'd be willing to ignore facts
22   and evidence that help the other side, right?
23           MS. BROWN:  Objection to the
24   form --
25           THE WITNESS:  So --

21 (Pages 81 to 84)

Golkow Litigation Services

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 85

1    MS. BROWN: -- of the question.
2    THE WITNESS: Okay. So I know
3  a lot about the scientific process. I
4  don't know much about this other side,
5  what you're calling the advocate or
6  the paid testifier.
7    So I'm happy to have you
8  educate me, but I don't know -- I
9  don't -- I don't have answers to that.
10  I haven't studied that. I don't know
11  what -- if people have done studies of
12  paid testifiers and what they do or
13  don't do.
14    MS. BROWN: Counsel is not here
15  to educate you. He'll just ask you a
16  question.
17    THE WITNESS: Oh, okay. Right,
18  right. Okay. Right, right, right.
19    MS. BROWN: If you know it,
20  you'll answer, and if you don't,
21  you'll tell him that. That's okay.
22  QUESTIONS BY MR. DOVEL:
23    Q.   Would you agree, sir, that if
24  the jury sees someone that ignores facts and
25  evidence that help the other side, that would

Page 86

1  indicate they're not acting as a truth
2  seeker?
3    MS. BROWN: I object to the
4  form of the question.
5    THE WITNESS: I -- well, I
6  would think that a jury is going to
7  have their interpretation of whether
8  an expert is or is not ignoring
9  something, and I don't even understand
10  how that process works.
11    So it's somebody who's --
12  somebody who is ignoring a body of
13  evidence. Like, let's say, for
14  example, there's, you know, a bunch of
15  sibling control studies that don't
16  agree with Gustavson, and I totally
17  ignored them, you know, that would be
18  a bad thing, and one shouldn't do
19  that.
20  QUESTIONS BY MR. DOVEL:
21    Q.   Why is it a --
22    MS. BROWN: Wait. Wait. He
23  wasn't done. Please finish.
24    THE WITNESS: Well, it's a bad
25  thing because --

Page 87

1  QUESTIONS BY MR. DOVEL:
2    Q.   Just a second.
3    Will you answer my next
4  question because I want to get it on the
5  record before you answer it?
6    A.   I --
7    MS. BROWN: Wait. Hold on. It
8  was not clear to me that he was
9  finished with the prior answer. Let's
10  just try not to interrupt the witness,
11  please, Counsel, so we can have a
12  clean record.
13  QUESTIONS BY MR. DOVEL:
14    Q.   Let's talk about something else
15  that relates to truth seeking versus paid
16  testifier.
17    Would you agree, sir, that a
18  truth seeker is not going to exaggerate
19  helpful facts?
20    MS. BROWN: I object to the
21  form of the question and to the
22  demonstrative.
23    THE WITNESS: So I -- you know,
24  I just -- I'm not here as an expert
25  and truth seeker and a paid testifier,

Page 88

1  so I just -- you know, I don't -- we
2  can -- if you want to talk to me about
3  what we do in science, I can -- I can
4  talk to you about that, but that's --
5  QUESTIONS BY MR. DOVEL:
6    Q.   Well, you understand --
7    MS. BROWN: He's not done, sir.
8    THE WITNESS: I mean, that's --
9    MS. BROWN: Please let him
10  finish.
11    THE WITNESS: That's the extent
12  of what I know. But, you know, I --
13  you know, I don't know what
14  paid testify -- I mean, you're saying
15  paid testifiers. I don't know that
16  all paid testifiers do these things,
17  right.
18  QUESTIONS BY MR. DOVEL:
19    Q.   Do you understand, sir, that
20  exaggerating, it's the process of --
21  withdrawn.
22    MS. BROWN: Hold on. Hold on.
23  There's no question. Let him ask the
24  question --
25    THE WITNESS: Well, I --

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 89

1          MS. BROWN:  And then you'll
2     answer it.
3          THE WITNESS:  I think I need to
4     say something kind of -- it is, I
5     think, responsive to your question,
6     okay?
7          And that is -- it's sort of the
8     premise of the question, right?
9          So the graphic we have here is
10    implying that all paid testifiers
11    ignore facts and evidence and
12    exaggerate and overstate the helpful
13    facts.
14          And I can't agree with that.
15    It's -- yeah.
16    QUESTIONS BY MR. DOVEL:
17         Q.    Now, would you agree, sir, that
18    this would be one symptom of a paid
19    testifier?  One thing we could look to --
20         A.    I would not agree with that,
21    no.  Absolutely not.
22          I mean, sir, I am a paid
23    testifier.  I'm being paid by the attorneys
24    to be an expert in the area of ADHD, and I --
25    I'm not somebody who ignores facts and

Page 90

1     evidence.  I don't exaggerate and overstate
2     helpful facts.
3          You may disagree with that, but
4     that's not my -- you know, I don't do that.
5     So I don't -- I can't -- I don't know that --
6     I don't think it's -- to say all paid
7     testifiers are doing this does not seem --
8     you know, I would have to guess that that's
9     inaccurate.
10         Q.    Well, let's add on to this, to
11    be clear, that they're not a truth seeker.
12         MS. BROWN:  I object, if that's
13    a question.
14         MR. DOVEL:  So let me -- so let
15    me ask a question --
16         MS. BROWN:  And I object to the
17    document --
18         MR. DOVEL:  -- so then you can
19    object.
20         MS. BROWN:  All right.
21    QUESTIONS BY MR. DOVEL:
22         Q.    Now, sir, exaggeration is, for
23    example, when you describe something in
24    misleading terms that make it seem more
25    important than it really is?

Page 91

1          MS. BROWN:  Objection to the
2     form of the question.
3          THE WITNESS:  I haven't looked
4     up the definition of exaggeration.
5     I -- I'm not here to be an expert in
6     what words mean or don't mean in some
7     technical, legal sense.
8     QUESTIONS BY MR. DOVEL:
9          Q.    Not technical, legal sense.
10    Your own understanding, sir.
11          Is exaggerating a form of
12    deception?
13          MS. BROWN:  Objection to the
14    form of the question.  Oy.
15          THE WITNESS:  Is exaggerating a
16    form -- I don't -- no, I don't think I
17    can agree with that because if --
18    exaggeration would mean that a person
19    is -- for example, you know, people
20    write articles.  They review the
21    literature.  They write their own
22    articles, and then they discuss what's
23    important to them as an individual.
24          And so they may exaggerate a
25    certain part of what they've done, and

Page 92

1     they may have very good reasons for
2     doing that.
3     QUESTIONS BY MR. DOVEL:
4          Q.    If someone --
5          MS. BROWN:  He's not done,
6     Counsel.
7          THE WITNESS:  It's -- so you
8     can be a truth seeker, and you can --
9     you can communicate to your
10    audience -- for example, typically we
11    do this in the discussion section of a
12    paper, these are -- I found a bunch of
13    things in this research.  Here are the
14    things that are important to me.  And
15    the discussion section frequently
16    takes that.  It doesn't discuss every
17    item that one presented in the -- in
18    the results section.
19          And so that would fall under
20    the category of exaggeration.  So I
21    don't think I can agree with -- I
22    mean, so sometimes -- not just
23    sometimes, I would say frequently
24    scientists will focus their discussion
25    on things that are important to them,

Golkow Litigation Services

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 93

1    which is a form of exaggeration.
2    QUESTIONS BY MR. DOVEL:
3        Q.    If you describe something in
4    misleading terms that make it seem more
5    important or helpful than it really is, is
6    that a form of deception?
7            MS. BROWN:  I object to the
8    form of the question.
9            THE WITNESS:  Well, the
10   question seems to be if you're being
11   misleading, is that deception, and it
12   seems kind of circular, that if you're
13   misleading somebody intentionally,
14   you're, you know, leading them down
15   the garden path, so to speak, and
16   deceiving them.
17   QUESTIONS BY MR. DOVEL:
18       Q.    Let's talk about another topic,
19   which is minimizing.
20           Would you agree, sir, that
21   someone who is a truth seeker is not going to
22   attempt to describe something in misleading
23   terms that make it seem less important and
24   minimize it?
25           MS. BROWN:  I object to the

Page 94

1    form of the question, to the
2    demonstrative.
3            THE WITNESS:  Well, first of
4    all, in the world of science, we're
5    not talk about -- so we don't -- we
6    don't talk about facts.  We talk about
7    what does the evidence tell us from a
8    given study that we've conducted.
9            So I know this might seem like
10   a -- I'm parsing this too carefully,
11   but I understand, you know, sometimes
12   the use of facts is -- perhaps you
13   mean in the same sense I would mean
14   it; that I would, for example, do a
15   study, I would come up with some
16   results, and those results are the
17   facts of my -- of my -- of my work.
18           The statement you have there is
19   just very -- you know, like, for
20   example, what is a bad fact, what
21   is -- what do you mean by "a bad
22   fact"?
23   QUESTIONS BY MR. DOVEL:
24       Q.    By a bad fact, I mean a fact
25   that does not help the side of the witness --

Page 95

1    the side that hired the expert?
2            MS. BROWN:  Object --
3    QUESTIONS BY MR. DOVEL:
4        Q.    In other words, you were hired
5    by folks representing Johnson & Johnson,
6    right?
7            MS. BROWN:  Objection to the
8    form.
9            THE WITNESS:  Yes, I was hired
10   by the defense attorneys here.  Yes.
11   QUESTIONS BY MR. DOVEL:
12       Q.    A fact that would be bad for
13   Johnson & Johnson would be what I would call
14   a bad fact; one would tend to undermine their
15   case and support ours.  That's a bad fact.
16           Do you understand that?
17       A.    I would --
18           MS. BROWN:  Hold on.
19           I object to the form of the
20   question and the demonstrative.
21           THE WITNESS:  Okay.  I
22   understand now what you mean by "a bad
23   fact."
24   QUESTIONS BY MR. DOVEL:
25       Q.    Now, sir, would you agree that

Page 96

1    a truth seeker, an expert witness who came as
2    a truth seeker, is going to give direct
3    answers to questions and is not going to be
4    evasive?
5            MS. BROWN:  I object to the
6    form of the question and the
7    demonstrative.
8            THE WITNESS:  I would say it's
9    important that the -- I answer your
10   questions as truthfully and accurately
11   as possible.
12   QUESTIONS BY MR. DOVEL:
13       Q.    If someone were to evade
14   answering questions, we could reasonably
15   infer that they know what the answer is but
16   that they don't want to say it, right?
17           MS. BROWN:  Objection to the
18   form of the question.
19           THE WITNESS:  I think that's a
20   bit too speculative for me to agree
21   with.  I mean, there could be reasons
22   that somebody doesn't answer a
23   question that have nothing to do with
24   trying to hide something that they
25   don't want you to know.

24 (Pages 93 to 96)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 97

1  QUESTIONS BY MR. DOVEL:
2      Q.   If somebody intentionally
3  evades answering a question, is it reasonable
4  to infer that they don't want to answer it?
5          MS. BROWN:  I object to the
6      form of the question.
7          THE WITNESS:  So if we --
8      you're saying if we knew that they
9      intentionally are not answering a
10     question, then if we -- if we had some
11     way of knowing that there was their
12     intention, then, yes, that would have
13     been -- I mean, it's kind of a
14     circular question, isn't it?  That
15     that would be their intention because
16     we somehow know that, that they
17     intended to do that.
18  QUESTIONS BY MR. DOVEL:
19     Q.   Would you agree, sir, that a
20  truth seeker is going to give straight
21  answers whereas an expert witness that's not
22  a truth seeker is going to give evasive and
23  crooked answers?
24         MS. BROWN:  I object to the
25     form of the question and to the

Page 98

1      demonstrative --
2          THE WITNESS:  If by straight --
3          MS. BROWN:  -- that's on the
4      screen.
5          THE WITNESS:  Well, I'm -- hold
6      on.  Yeah.
7          MS. BROWN:  Go ahead.
8          THE WITNESS:  If you -- if by
9      "straight" you mean truthful and
10     accurate to the best of my knowledge
11     and -- yes, that's -- straight answers
12     are very important.
13  QUESTIONS BY MR. DOVEL:
14     Q.   I'm done with the ELMO now.
15         In your report, did you
16  identify -- withdrawn.
17         In your report, did you have a
18  section where you laid out the methodology
19  that you would be following?
20     A.   Okay.  In the report I wouldn't
21  say there's one specific section.  The
22  methodology is laid out throughout the entire
23  report.  We can go through that.  Let's see.
24     Q.   What is the name of your
25  methodology?

Page 99

1          MS. BROWN:  Objection to the
2      form.
3          THE WITNESS:  Well, the overall
4      methodology for deciding a question of
5      causality is the Bradford Hill method
6      of determining causality.
7  QUESTIONS BY MR. DOVEL:
8      Q.   And that's the section that you
9  addressed at the very end of your report,
10  right?
11     A.   I believe it's summarized at
12  the beginning, and then it's -- yes, it's at
13  the very end of the report.
14     Q.   Let's turn to paragraph 7 of
15  your report.
16     A.   Which one is that?
17     Q.   Paragraph 7.
18     A.   Oh, 7.  Okay.
19     Q.   In your summary of opinions.
20     A.   7.
21     Q.   In paragraph 7, you express a
22  conclusion about the lack of reliable
23  scientific evidence that acetaminophen causes
24  ADHD.
25         And you summarize it there in

Page 100

1  paragraph 7, right?
2      A.   Yes, I see that.
3      Q.   And this is an examination of
4  the epidemiological studies and other
5  evidence, right?
6      A.   That's correct.
7      Q.   What's the name of the
8  methodology that you employed in order to
9  analyze that evidence that's described in
10  paragraph 7?
11         MS. BROWN:  Objection to the
12     form.
13         THE WITNESS:  Well, I think I'm
14     using the scientific method the way
15     scientists think about causality and
16     how I want to address causality, and
17     I'm using Bradford Hill as the
18     touchstone for how one looks at this
19     type of epidemiologic data.
20         And then in the report itself,
21     I describe why I selected specific
22     studies, why I didn't, and why I did
23     and did not include some studies --
24     some of the epidemiologic studies in
25     that process.

Golkow Litigation Services

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 101

1  QUESTIONS BY MR. DOVEL:
2      Q.   Well, sir, you reached the
3  conclusion that the --
4          MS. BROWN:  Were you done?
5          THE WITNESS:  Well, of course I
6  reviewed the literature, selected the
7  studies based upon inclusion/exclusion
8  criteria.  I present those very
9  transparently in the report.  That --
10 I mean, part of the methodology is
11 being transparent which studies are we
12 referring to.  That's transparent.
13         I'm very transparent in what I
14 consider to be important features of
15 the study that are guiding my opinion,
16 and I focused on a confounding by
17 indication and confoundings by
18 genetics and maternal
19 attention-deficit/hyperactivity
20 disorder.
21         So those -- those are the
22 features of how I approached the
23 methodology.  It's all there in -- and
24 we could go -- we could go paragraph
25 by paragraph, if you like, and I

Page 102

1  could -- I could show you those points
2  in the report.
3  QUESTIONS BY MR. DOVEL:
4      Q.   Well, before you did your
5  Bradford Hill analysis and used the Bradford
6  Hill factors, you had already reached the
7  conclusion that the epidemiological data did
8  not support a finding of an association?
9      A.   Where are you?
10     Q.   Paragraph 8.
11     A.   Well, paragraph 8 is a summary.
12 It's after the whole thing is done, the
13 summary is written.  So it's not -- what
14 you're saying isn't actually -- is not
15 accurate.
16     Q.   Well, sir, when you did your
17 analysis of the epidemiology, did you mention
18 Bradford Hill?
19     A.   No.  Bradford Hill is only
20 mentioned at the -- well, in the summary at
21 the beginning and at the end of the report.
22     Q.   Okay.  So when you did your
23 epidemiology -- your analysis of the
24 epidemiology, what's the name of the method
25 that you used?

Page 103

1      A.   There's -- again, I would say
2  I'm using the scientific methods, the way
3  that scientists think about a body of
4  literature.  There's no -- there's no
5  specific name that's attached to that.
6      Q.   Sir, is it your understanding
7  that doctors of pregnant women, OB/GYNs, they
8  overwhelming recommend taking acetaminophen
9  for a woman who's got aches and pains or
10 fever?
11         MS. BROWN:  Objection to the
12 form.
13         THE WITNESS:  Again, I'm not a
14 physician, so I don't know all the
15 details about what physicians are
16 supposed to or not supposed to do.
17 That's -- yeah, that's outside -- it's
18 well outside my area of expertise and
19 the mandate for these proceedings
20 here.
21 QUESTIONS BY MR. DOVEL:
22     Q.   Do you understand that
23 physicians regularly tell their patients that
24 acetaminophen is safe?
25         MS. BROWN:  Objection to the

Page 104

1  form of the question.
2          THE WITNESS:  So I honestly
3  don't know what the -- I mean,
4  physicians are a wide -- there's a
5  wide range of physicians and a wide
6  range of practice of physicians.  I
7  don't know what they do in their daily
8  practice.
9          I may know something about how
10 they deal with ADHD, but I don't know
11 how they deal with acetaminophen.
12         And I do know in the ADHD
13 world, there's a wide range of, you
14 know, competence, expertise, in how
15 they deal with ADHD, both from a
16 diagnostic and a treatment part.
17 QUESTIONS BY MR. DOVEL:
18     Q.   Do you understand that the
19 organizations that -- of which OB/GYNs are a
20 part of, such as ACOG, that they don't warn
21 against taking acetaminophen?
22         MS. BROWN:  Objection to the
23 form of the question.
24         THE WITNESS:  I have looked at
25 some of the statements from

26 (Pages 101 to 104)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 105

1      professional associations with an eye
2      to finding out what they thought about
3      the question of causality, and they
4      don't -- they conclude that there's --
5      the evidence doesn't support
6      causality.
7          But I have not looked and -- I
8      have not looked at them with an eye
9      towards getting an exact sense of what
10     their recommendations are for
11     physicians.
12    QUESTIONS BY MR. DOVEL:
13      Q.   Do you understand that they, in
14    general, recommend against taking aspirin or
15    Advil or Aleve for pregnant women?
16         MS. BROWN:  Objection to the
17    form of the question.
18         THE WITNESS:  Okay.  That -- I
19    do recognize that.  I do understand
20    that -- again, to the best of my
21    recollection and understanding is that
22    they will recognize -- that
23    acetaminophen is recommended over
24    those, having read those reports and
25    so forth from the associations.

Page 106

1    QUESTIONS BY MR. DOVEL:
2      Q.   I'm going to use the ELMO
3    again.
4         If a doctor's giving advice to
5    pregnant women -- woman in general, they're
6    going to recommend Tylenol over aspirin,
7    Advil and Aleve, right?
8         MS. BROWN:  Objection to the
9    creation of the document.
10        THE WITNESS:  You're -- are we
11    talking here just about a hypothetical
12    average doctor whose --
13    QUESTIONS BY MR. DOVEL:
14      Q.   Yes.
15      A.   We'll talk about a doctor
16    that's following, say, guidelines from some
17    professional association that recommends
18    that.
19      Q.   Yes.
20      A.   Then they very likely will
21    recommend Tylenol.
22      Q.   If a pregnant woman is -- pays
23    attention to the doctor's recommendation,
24    like, wants to follow it, they're more likely
25    to take Tylenol than aspirin, Advil or Aleve,

Page 107

1    right?
2         MS. BROWN:  Objection to the
3    form of the question.
4         THE WITNESS:  That would --
5    yes.
6    QUESTIONS BY MR. DOVEL:
7      Q.   If a woman were to fully
8    consider the risks as explained to them by
9    the doctor involving Tylenol and aspirin,
10    they're more likely to take Tylenol than
11    aspirin, Advil or Aleve, right?
12         MS. BROWN:  Objection to the
13    form of the question.
14         THE WITNESS:  Hold on a second.
15    That's a long question.
16         If a woman -- could you repeat
17    the question, please?  Thanks.
18    QUESTIONS BY MR. DOVEL:
19      Q.   Yes.  Let me just finish
20    writing this.
21         So I've added attentive to
22    doctor's recommendation with a checkmark
23    under Tylenol.
24         Do you see that?
25         MS. BROWN:  I object to the

Page 108

1    creation of this lawyer document.
2         THE WITNESS:  And the checkmark
3    means?
4    QUESTIONS BY MR. DOVEL:
5      Q.   That that's what the woman is
6    going to follow.  She's going to take Tylenol
7    and not aspirin, Advil or Aleve.  This is our
8    pregnant woman.  She's attentive to the
9    doctor's recommendation.
10        MS. BROWN:  Objection to the
11    form of the question.
12    QUESTIONS BY MR. DOVEL:
13      Q.   Can you see what I've written?
14      A.   I do.
15         So you saw -- okay.  I see what
16    you're saying.
17         So you're saying if a pregnant
18    woman is following doctor's orders, then she
19    will take Tylenol over those other things?
20      Q.   Yes.
21      A.   That's the point?
22      Q.   Yes.
23         MS. BROWN:  And to that
24    question and to this document, I
25    object.  Speculation.

27 (Pages 105 to 108)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 109

1  QUESTIONS BY MR. DOVEL:
2      Q.   If a woman fully considers the
3  potential risks, she's more likely to take
4  Tylenol than aspirin, Advil or Aleve?
5          MS. BROWN:  Objection to the
6      form of the question and to the
7      creation of the document.
8          THE WITNESS:  Yeah, I -- you're
9      kind of asking me to speculate on some
10     hypothetical people and a hypothetical
11     doctor, and I -- it's -- I'm feeling a
12     bit uncomfortable here in doing that.
13 QUESTIONS BY MR. DOVEL:
14     Q.   Well, you can say you don't
15 know.  But let me just ask the question and
16 see if I can get an answer.
17         Would you agree, sir, that if a
18 woman is the sort of person who fully
19 considers the potential risks and the doctor
20 explains to her that Tylenol is safe and
21 aspirin and Advil and Aleve are not, she's
22 more likely to take Tylenol --
23     A.   How do --
24         MS. BROWN:  Wait.  Hold on.
25     Hold on.

Page 110

1          If that was the complete
2      question, I object to the form of the
3      question.
4          THE WITNESS:  What I'm saying
5      is that I'm not -- I don't have enough
6      information to answer the question.  I
7      don't know anything about the woman.  I
8      don't know anything about the doctor
9      or -- so you're asking me to speculate
10     about two hypothetical people, and
11     it's in an area, of course, that's
12     well outside my professional
13     expertise.
14         That's --
15 QUESTIONS BY MR. DOVEL:
16     Q.   Let's talk about what you would
17 expect.
18         On average, would you expect
19 that a woman that fully considers potential
20 risks is more likely to take Tylenol than
21 other medications for pains and fever?
22         MS. BROWN:  Same objections to
23     this line of questioning and to the
24     creation of this document.
25         THE WITNESS:  Well, for the

Page 111

1  same reasons, I'd have to say I don't
2  know.  I mean, it's -- I just don't
3  know.  No one's -- I've never read any
4  literature about looking at pregnant
5  women and what they -- do they follow
6  doctor's orders, do they not follow
7  doctor's orders.  How do they weigh
8  the costs and benefits of -- and I
9  don't know, again, whether every
10 pregnant woman does exactly the same
11 thing.
12 QUESTIONS BY MR. DOVEL:
13     Q.   It's not --
14         MS. BROWN:  Hold on.  Hold on.
15 Please let him answer, Counsel.
16         THE WITNESS:  I -- well, I'm
17     just -- look, I'm not trying to be
18     evasive.  I know we talked about being
19     evasive.  It's not being evasive.  I'm
20     just saying you're presenting me with
21     hypotheticals, hypothetical people,
22     considering hypothetical situations,
23     and I don't know of any information
24     that I can use to answer that
25     question.

Page 112

1  QUESTIONS BY MR. DOVEL:
2      Q.   Well, let's use your common
3  sense.
4          Would you agree, sir, that if a
5  woman is going to fully consider the
6  potential risks and a doctor explains to her
7  Tylenol is safe, aspirin, Advil and Aleve are
8  not, that she's more likely, on average, to
9  take Tylenol?
10         MS. BROWN:  Same objections to
11     the same question.
12         THE WITNESS:  Okay.  I'm
13     getting a little bit confused here
14     because I understand I'm here as an
15     expert, not to talk about common
16     sense, but we can -- you're still
17     talking about a hypothetical average
18     person here.
19         Now, if somebody -- if you have
20     somebody who takes risks seriously and
21     who follows doctor's orders, there are
22     a class of people like that, then it's
23     very likely if the doctor says, you
24     shouldn't -- you shouldn't take
25     aspirin, et cetera, that that person

28 (Pages 109 to 112)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 113

```
 1        who's -- takes -- who follows what the
 2        doctor says will follow the doctor's
 3        orders.
 4              But there are many people --
 5        and there's lots of studies of
 6        noncompliance that show that people
 7        can be noncompliant with medications,
 8        for example, that they may not do
 9        that.  So I don't know who we're
10        talking about here.
11   QUESTIONS BY MR. DOVEL:
12        Q.    Well, let's talk about somebody
13   who is inattentive to a doctor's
14   recommendation and don't consider the
15   potential risks.
16              As compared to the attentive
17   person, are they more likely to opt for
18   something other than Tylenol?  Are they more
19   likely to take aspirin, Advil or Aleve?
20              MS. BROWN:  I object to the
21        form of this entire line of
22        questioning and to the continued
23        creation of the document based on the
24        same form objection.
25              THE WITNESS:  I think I'm going
```

Page 114

```
 1        to have to say that I have no answer
 2        to these hypothetical questions about
 3        hypothetical people.  It's just in an
 4        area that's well outside my area of
 5        expertise.
 6   QUESTIONS BY MR. DOVEL:
 7        Q.    So if we have a woman who is
 8   inattentive to doctor's recommendation and
 9   does not consider potential risks, then your
10   answer is you don't know whether they're more
11   likely to take Tylenol or not?
12              MS. BROWN:  Same objections to
13        these hypothetical questions and to
14        the creation of the hypothetical
15        chart.
16              THE WITNESS:  Well, what I'm
17        saying is that this area is outside my
18        area of expertise, and I -- I'm here
19        to give truthful and accurate answers
20        to you, and I don't know how to answer
21        a question that's about two
22        hypothetical people in an area that's
23        outside my expertise.
24   QUESTIONS BY MR. DOVEL:
25        Q.    And so as a result, you have no
```

Page 115

```
 1        answer to that question?
 2              MS. BROWN:  Objection to the
 3        form.
 4              THE WITNESS:  Well, I do have
 5        an answer to the question, which is
 6        what I just told you.  I understand
 7        it's not what you want, but it is --
 8        it is an answer to the question.
 9              I'm trying to explain to you
10        that -- why I'm answering the question
11        that way.
12   QUESTIONS BY MR. DOVEL:
13        Q.    You don't know?
14              MS. BROWN:  Objection to the
15        form.  He just answered it.
16              THE WITNESS:  I'm saying I
17        don't have the information I need to
18        answer the question, so in that sense,
19        I don't know the answer because I
20        don't have enough information.
21              MR. DOVEL:  I'm done with the
22        ELMO for now.
23              MS. BROWN:  And, Counsel, I'm
24        sorry to interrupt, just a reminder, I
25        need a break at 10:15.  I don't want
```

Page 116

```
 1        to interrupt you mid-question.
 2   QUESTIONS BY MR. DOVEL:
 3        Q.    Do you have a mechanism that
 4   you use to keep up with literature?  For
 5   example, a regular Google search or alert
 6   that alerts you to new studies about ADHD?
 7        A.    Yes, I have ways that I keep up
 8   with literature.
 9        Q.    How long have you followed the
10   practice of having ways to keep up with the
11   literature?
12        A.    Well, it's something, I
13   suppose, I've done throughout my career,
14   yeah.
15        Q.    If a new study comes out
16   regarding the epidemiology of what causes --
17   withdrawn.
18              If a new epidemiological study
19   comes out regarding the cause of ADHD, is it
20   likely that you see it?
21              MS. BROWN:  I object to the
22        form of that question.
23              THE WITNESS:  Well, because of
24        my specialty focused on genetics, I'm
25        likely to see it if it involves the
```

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 117

1    genetics of ADHD. Otherwise, I may
2    not see it.
3    QUESTIONS BY MR. DOVEL:
4        Q.    Is there a plausible biological
5    mechanism by which genes can cause ADHD?
6            MS. BROWN: Objection to the
7    form.
8            THE WITNESS: Yes.
9    QUESTIONS BY MR. DOVEL:
10       Q.    And what is that plausible
11   biological mechanism?
12       A.    Well, it would start with the
13   patient who eventually develops ADHD carries
14   one or more variants in the genome. A
15   variant just being a piece -- a variation in
16   a piece of DNA that is used to build --
17   either build proteins in the cell or regulate
18   the function of cells, and that that variant
19   causes a change -- I believe it would be in
20   the brain -- that changes a pathway in the
21   brain that's relevant to the types of
22   symptoms we see in ADHD.
23       Q.    Can you identify what pathway
24   in the brain or what change?
25       A.    So the -- if we -- just to

Page 118

1    finish the question of plausibility, though,
2    it's important to know that when we completed
3    the big genomic studies of ADHD -- and to
4    clarify, these are studies that look at
5    people's DNA, and it's very large studies,
6    ten of thousands of people, so very, very
7    well-powered.
8            One of the key findings from
9    that work was that the top genomic loci that
10   were implicated in ADHD, I believe there were
11   27, they implicated about 76 genes because a
12   genomic locus is sometimes bigger than one
13   gene. And those genes were -- we use the
14   phrase "enriched," that did -- they were
15   enriched for genes that are involved in the
16   brain.
17           And so that led us -- I'm
18   saying "us" now because it was a very big
19   group of scientists involved in this project.
20   I mean, worldwide, so possibly maybe a
21   hundred or more on the paper.
22           But it supports the conclusion
23   that -- which was the hypothesis that the
24   locus of ADHD's pathophysiology is the brain.
25           And then there some other

Page 119

1    studies, we call them bioinformatic studies,
2    which are delving deeper into the data and --
3    that indicated that pathways involved --
4    well, certain -- for example, dopaminergic
5    cells were -- genes that are involved in
6    dopaminergic cells were implicated in the --
7    as well.
8            And so that lends credence to
9    the idea of plausibility, that you have a
10   specific, you know, set of genes that are
11   involved in a pathway that we thought in
12   advance was a pathway that is relevant to
13   ADHD.
14           There are also new genes that
15   were discovered as well -- I won't say new
16   genes, but obviously they're new because they
17   hadn't been discovered before but, yes.
18           So it's for these reasons that
19   we think it's, you know -- it's plausible,
20   and I think almost everybody would agree with
21   this, that these genes -- that these genes
22   and others yet to be discovered play a causal
23   role in ADHD.
24       Q.    These are -- withdrawn.
25           Is it a plausible biological

Page 120

1    mechanism for ADHD that it is caused by
2    disruption or dysregulation of the
3    dopaminergic neurons?
4            MS. BROWN: Objection to the
5    form.
6            THE WITNESS: I would say
7    that's one of the leading hypotheses.
8    QUESTIONS BY MR. DOVEL:
9        Q.    Is it a plausible biological
10   mechanism for the cause of ADHD that is
11   caused in part by dysregulation or disruption
12   of noradrenergic neurons?
13           MS. BROWN: Objection to the
14   form.
15           THE WITNESS: So to clarify,
16   when I say here these are good -- and
17   I'll say this is also a good
18   hypothesis.
19           I'm using -- you're saying
20   plausible, and I know that words are
21   used by different people sometimes in
22   different ways.
23           To me it's -- I use it in the
24   sense of probable, and given what we
25   know about the way the mechanism of

Golkow Litigation Services

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 121

1    action of the medications for ADHD and
2    what we know about the functions of
3    these pathways in the brain, it's
4    probable that once the full pathway is
5    worked out, that we will find evidence
6    for these being dysregulated by at
7    least some of the genes involved in
8    ADHD.
9    QUESTIONS BY MR. DOVEL:
10        Q.    Is it the case that when you
11   applied the concept of plausible biological
12   mechanism and you do in your report, that you
13   did it by interpreting the word "plausible"
14   to mean probable?
15        MS. BROWN:  Objection to the
16   form.
17        THE WITNESS:  Yes.
18   QUESTIONS BY MR. DOVEL:
19        Q.    Do you understand that the
20   concept of plausible biological mechanism as
21   is used in Bradford Hill is not probable, but
22   it's, in fact, plausible; that is, possible
23   but not yet ruled out?
24        MS. BROWN:  I object to the
25   form of the question.

Page 122

1        THE WITNESS:  I -- could you --
2    if you have a copy of Bradford Hill,
3    I'd like to take a look at that and
4    see where he says that.  I don't
5    recall that from my reading.
6    QUESTIONS BY MR. DOVEL:
7        Q.    Did you see any source that
8    said, when we talk about a plausible
9    biological mechanism, it must be a probable
10   biological mechanism?
11       A.    So let me -- well, the answer
12   to that question, which I will give you
13   because -- I understand you're asking me this
14   yes or no question, but it's a little more
15   than yes or no.
16        So I can't cite a source that
17   says plausible should always mean probable.
18   But I -- from my experience of looking at --
19   thinking about causality, thinking about
20   these issues, if we let plausible mean
21   possible, then it opens the door to
22   essentially almost anything.
23        And that becomes -- then it
24   becomes almost mean -- the word becomes
25   almost meaningless, that -- probable is

Page 123

1    what's to me an important guiding concept in
2    science because it guides what scientists do
3    and how they develop hypotheses.
4        We usually go after -- you
5    know, we typically go after hypotheses that
6    are probable, that we think there's a good
7    probability we're right as opposed to one
8    that's merely impossible.
9        Q.    For a drug exposure to cause
10   ADHD -- withdrawn.
11        For a drug exposure during
12   fetal development to cause ADHD, it's going
13   to disrupt one of those neurodevelopmental
14   processes we talked about earlier,
15   proliferation and migration, differentiation
16   and so on, right?
17        MS. BROWN:  Objection to the
18   form.
19        THE WITNESS:  Well, we don't
20   know -- first of all, we don't know
21   which of those functions you
22   mentioned, the ones on that graph that
23   you showed me -- we don't know which
24   of those are dysregulated in ADHD.
25        There was some early data from

Page 124

1    Pohlman's suggesting that neurite
2    outgrowth might be involved in ADHD.
3    And it's -- again, it's a reasonable
4    hypothesis that these might be
5    involved in ADHD, but it's at the
6    level of -- it's still at the level of
7    a hypothesis.
8        The only -- you know, the only
9    solid information we have about what
10   causes the symptoms of ADHD come from
11   the studies we talked about before,
12   the -- we know about the
13   neuropsychopharmacology, the mechanism
14   of action of the drugs.
15        And we have some of the
16   neuroimaging studies, but their
17   interpretation is always a little bit
18   difficult because it's hard to
19   separate out the effects of the
20   disease from the effects -- I mean,
21   the effects of having a disease versus
22   the true pathophysiology of this -- of
23   the disease.
24        MS. BROWN:  Counsel --
25        MR. DOVEL:  Let's go off the

31 (Pages 121 to 124)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 125

```
 1    record.
 2         MS. BROWN:  Thank you.  Thank
 3    you.  I appreciate it.
 4         VIDEOGRAPHER:  The time right
 5    now is 10:18 a.m., and we're off the
 6    record.
 7     (Off the record at 10:18 a.m.)
 8         VIDEOGRAPHER:  The time right
 9    now is 10:38 a.m.  We're back on the
10    record.
11    QUESTIONS BY MR. DOVEL:
12         Q.    I want to turn to the topic of
13    gene-by-environment interactions.
14              I've got a few specific
15    questions.  This is not your opportunity to
16    give me -- give me your whole lecture on it.
17    I've just got a few specific questions, if
18    you don't mind.
19         MS. BROWN:  Well, you should
20    answer the question truthfully and
21    completely.
22         MR. DOVEL:  Please limit your
23    comments.
24         MS. BROWN:  Right.  But you
25    can't instruct him on how he should
```

Page 126

```
 1    answer --
 2         MR. DOVEL:  You're still
 3    talking.
 4         MS. BROWN:  -- which is what
 5    you just did.
 6         MR. DOVEL:  You're still
 7    violating the Court's order.
 8         MS. BROWN:  No, it's not -- I'm
 9    not -- violating the Court's order is
10    not on objection.  I'm not objecting
11    to your question.
12              I'm saying, please do not
13    instruct him how to answer.
14    QUESTIONS BY MR. DOVEL:
15         Q.    Now, one type of
16    gene-by-environment interaction would be
17    where some environmental factor modified gene
18    expression, right?
19         MS. BROWN:  Objection to the
20    form.
21         THE WITNESS:  Yes.
22    Environmental factors can do that.
23    QUESTIONS BY MR. DOVEL:
24         Q.    In that case, the impact of the
25    environmental factor would be mediated
```

Page 127

```
 1    through genetic expression, right?
 2         MS. BROWN:  Objection.
 3    Objection to the form.
 4         THE WITNESS:  Right.  For that
 5    to happen, the environmental agent
 6    would need to get into the cell, have
 7    to get into the nucleus so it could
 8    interact with the DNA and create what
 9    broadly we call an epigenetic mark.
10         There are a few different types
11    of epigenetic marks, and that changes
12    the epigenetic mark.  Methylation is
13    one --
14    QUESTIONS BY MR. DOVEL:
15         Q.    And that, sir -- and that type
16    of gene-by-environment --
17         A.    I --
18         Q.    I'm sorry.
19         A.    I just wanted to finish.
20         Q.    Yes.
21         A.    So the epigenetic mark can
22    change the regulation of -- well, I'm sorry,
23    not the regulation.  It can -- it can either
24    increase or decrease the expression of -- the
25    expression of the gene, which means the
```

Page 128

```
 1    degree to which it creates the protein or --
 2    the degree to which it does the job it's
 3    supposed do in the cell, the change.
 4         Q.    That type of
 5    gene-by-environment interaction is sometimes
 6    referred to as the gene acting as a mediator
 7    for the environmental factor, right?
 8         MS. BROWN:  I object to the
 9    form of the question.
10         THE WITNESS:  I have not seen
11    that.  I don't know.  I'd have to give
12    that some thought.  You're saying gene
13    as the mediator -- gene usually -- I
14    mean, gene-environment interactions
15    usually concede that as two events are
16    needed to -- two events are needed
17    to cause something like change in gene
18    expression.
19         So I don't think we would say
20    that the gene is the mediator or the
21    environment -- the environmental --
22    well, it's the -- in that -- in the
23    case we're talking about here, the --
24    your hypothetical situation, the
25    environmentally induced epigenetic
```

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 129

1    mark, I don't think -- I've never
2    heard -- it's not something that's
3    in the literature I've read where the
4    gene is seen as the mediator itself.
5    QUESTIONS BY MR. DOVEL:
6        Q.   Well, in the discussion of
7    sibling-control studies, one of the concerns
8    is whether there were mediators or modifiers
9    that are involved, right?
10       MS. BROWN:  Objection to the
11   form.
12       THE WITNESS:  Yes.
13       MS. BROWN:  Hold on.  Just let
14   me object.
15       THE WITNESS:  Yes, sorry.
16       MS. BROWN:  Objection --
17       THE WITNESS:  Sorry.
18       MS. BROWN:  It's okay.
19       Objection to the form.  Go
20   ahead.
21       THE WITNESS:  Okay.  Yes.  In
22   the sibling-control studies, the --
23   one of the issues raised in the -- I
24   can't pronounce the name, Sjölander,
25   SJ -- I'll call it the SJ paper, I

Page 130

1    think we know what that means, is that
2    if there are familial effects -- a
3    familial effect is something that's
4    shared by siblings like, say, poverty
5    in the family, that is involved in
6    mediating the effects of the event of
7    interest, in this case we're talking
8    about acetaminophen exposure, then
9    that effect -- the effect of the --
10   sorry.  The sibling-control study can
11   remove that mediating effect and can,
12   in a sense, reduce the odds ratio that
13   is produced.
14       Now, that said, what we don't
15   know from the Sjölander paper is that
16   its -- the paper itself --
17   QUESTIONS BY MR. DOVEL:
18       Q.   Sir, you're way off on my
19   question.
20       MS. BROWN:  No, but you can't
21   interrupt him.  You can move to
22   strike --
23       MR. DOVEL:  I can interrupt him
24   when he's --
25       MS. BROWN:  No, you can't.

Page 131

1        MR. DOVEL:  -- when he's way
2    off of my question.  Yes, I can.
3        MS. BROWN:  You can't -- you
4    absolutely cannot.  And if that's
5    going to happen --
6        MR. DOVEL:  And I just did.
7        MS. BROWN:  And if that's going
8    to happen, we're going to need to call
9    the judge.
10       MR. DOVEL:  And we can call the
11   judge with all of these questions.
12       MS. BROWN:  Sure.  Sure.
13       MR. DOVEL:  Absolutely.
14       THE WITNESS:  I'm sorry --
15       MS. BROWN:  With all of your
16   questions that have nothing to do with
17   his report --
18       THE WITNESS:  Let's --
19       MS. BROWN:  Wait.  Hold on.
20       Here's how it's going to work.
21   Counsel is going to ask a question,
22   and you're going to have the
23   opportunity to truthfully and
24   completely answer it, and then counsel
25   can follow up.

Page 132

1    QUESTIONS BY MR. DOVEL:
2        Q.   You're going to have to answer
3    my questions, though, and not give me
4    information that's completely unrelated to my
5    question.
6        MS. BROWN:  He's not doing
7    that.
8    QUESTIONS BY MR. DOVEL:
9        Q.   I didn't ask you about
10   Sjölander.  I didn't ask you about any of the
11   details of that.
12       It's simply about, in that
13   context, you've heard of the words "mediator"
14   and "modifier," true or false?
15       A.   The Sjölander paper is the
16   paper that --
17       Q.   I didn't ask about the paper.
18       MS. BROWN:  Wait.  Well, you
19   can't interrupt him, Counsel.
20       THE WITNESS:  I'm trying to
21   explain.
22       MS. BROWN:  He's giving you an
23   answer.  You have to let him finish.
24       Please, go ahead, Doctor.
25       THE WITNESS:  I mean, the

33 (Pages 129 to 132)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 133

1   Sjölander paper is the paper that your
2   expert uses to base his comments on
3   mediation, moderation.  It's actually
4   the -- it's the only paper that is
5   supportive of this idea.  That's why
6   I'm mentioning it.
7       I'm not -- I'm not pulling it
8   out of, you know, the ether, so to
9   speak, so...
10  QUESTIONS BY MR. DOVEL:
11      Q.   You're familiar with the
12  concept of mediators, right?
13      A.   I am, yes.
14      Q.   And with the concept of
15  modifiers?
16      A.   Yes.
17      Q.   Now, if we're talking about
18  genes as a mediator that, would be a
19  circumstance where the environment -- a
20  gene-by-environment -- withdrawn.
21      One type of gene-by-environment
22  interaction would be where genes served as a
23  mediator for the environmental effect; that
24  is, the environmental effect modified gene
25  expression, right?

Page 134

1       MS. BROWN:  I object to the
2   form of the question.
3       THE WITNESS:  Well, so as I
4   said before, mediate -- we typically
5   think -- we don't think of
6   gene-environment interaction, we think
7   of it as interaction effect, not a
8   mediation effect.
9       So I -- I'm not agreeing with
10  that point that you're -- that you're
11  making there.
12  QUESTIONS BY MR. DOVEL:
13      Q.   Would you agree that one type
14  of gene-by-environment interaction would be
15  where the environment modifies gene
16  expression?
17      MS. BROWN:  I object to the
18  form of the question.
19      THE WITNESS:  I would agree
20  with that, yes.
21  QUESTIONS BY MR. DOVEL:
22      Q.   Would you agree that another
23  type of gene-by-environment interaction would
24  be where genes have effects on particular
25  systems that then interact with environmental

Page 135

1   effects?
2       MS. BROWN:  Object to the form
3   of the question.
4       THE WITNESS:  I would agree
5   with that, yes.
6   QUESTIONS BY MR. DOVEL:
7       Q.   For example, if there was an
8   environmental effect that had -- withdrawn.
9       If there were an environmental
10  effect, a chemical exposure, that caused
11  oxidative stress, that environmental effect
12  would interact with the genes that also
13  regulate parts of environment -- of oxidative
14  stress, right?
15      MS. BROWN:  Objection to the
16  form of the question.
17      THE WITNESS:  So for it to be a
18  gene-environment interaction, it would
19  be -- if there was a -- for example,
20  if there was a gene that we discovered
21  in our ADHD, you know, genomic studies
22  that was regulating oxidative stress
23  and the acetaminophen exposure
24  interacted with that gene, that would
25  be gene-environment interaction.

Page 136

1       But to answer your question
2   more fully, you're asking about the
3   pathway itself.
4   QUESTIONS BY MR. DOVEL:
5       Q.   Now, the -- you're familiar
6   with the concept of genetic susceptibility;
7   that is, certain genetic traits make one more
8   susceptible to a toxicant?
9       MS. BROWN:  I object to the
10  form of the question.
11      THE WITNESS:  So I'm familiar
12  with the concept of genetic
13  susceptibility in general, that
14  you're -- the genes that we inherit
15  from our parents can make us more
16  susceptible to a variety of events
17  that occur.
18      (Faraone Exhibits 791 and 792
19  marked for identification.)
20  QUESTIONS BY MR. DOVEL:
21      Q.   I'm going to mark as
22  Exhibit 792 the Tylenol versus aspirin
23  document.
24      And 791, the truth seeker/paid
25  testifier document.

34 (Pages 133 to 136)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 137

```
 1              MS. BROWN:  And I object to
 2       both documents for reasons already put
 3       on the record.
 4              (Faraone Exhibit 780 marked for
 5       identification.)
 6   QUESTIONS BY MR. DOVEL:
 7       Q.    I'm going to mark as
 8   Exhibit 780 the World Federation ADHD Guide.
 9              MS. BROWN:  Thank you.
10              MR. DOVEL:  780?  Yeah.  791
11       and 792, I just -- you don't have
12       those, right?
13   QUESTIONS BY MR. DOVEL:
14       Q.    All right.  Let's take a look
15   at page -- first -- withdrawn.
16              First of all, you were involved
17   in writing this World Federation of ADHD
18   Guide, right?
19       A.    Yes.
20       Q.    And what is the World
21   Federation of ADHD?
22       A.    The World Federation of ADHD is
23   the international association of
24   professionals involved in either treating
25   people with ADHD or doing research in the
```

Page 138

```
 1   area.  And it essentially -- it -- its main
 2   function is to hold meetings every two years
 3   to bring people together from around the
 4   world to discuss the latest information about
 5   ADHD.
 6       Q.    Let's turn to page 6, and
 7   you'll see that there's a paragraph
 8   highlighted there.
 9              You write, "You may recall from
10   our discussion of twin studies that ADHD's
11   heritability is 74 percent."
12       A.    I see that.
13       Q.    A minute ago you said
14   76 percent.  Is that just another approximate
15   estimate?
16       A.    It's around three-quarters,
17   75 percent.
18       Q.    Approximately 75 percent?
19       A.    Yeah.  The latest estimate is
20   in the Faraone, Larson paper.
21       Q.    And what's the latest number?
22       A.    It's either 75 or 76.  I don't
23   remember the exact number.
24       Q.    And you also write here that
25   "The data allowed computation of the
```

Page 139

```
 1   heritability due to the SNPs forming ADHD's
 2   polygenic architecture."
 3              Right?
 4       A.    That's correct, yes.
 5       Q.    And that's 22 percent?
 6       A.    That's correct.
 7       Q.    And that was the estimate at
 8   that time, 22 percent?
 9       A.    Correct.
10       Q.    More recent studies suggest
11   it's 15 percent or less?
12       A.    That's correct, yes.  That's
13   the --
14       Q.    Now, let's just talk about what
15   that means.
16              We can use the -- we can use
17   the ELMO.
18              If we've got 100 percent is
19   our -- this bar I'm creating, and we've got
20   75 percent, that's the heritability of ADHD,
21   right?
22              MS. BROWN:  Objection to the
23       demonstrative.
24              THE WITNESS:  Yes, the
25       heritability is 75 percent.
```

Page 140

```
 1   QUESTIONS BY MR. DOVEL:
 2       Q.    Now, a portion of that is made
 3   up by common -- by polygenic risk from common
 4   genes, right?
 5       A.    That's -- well, we say common
 6   genetic variants, but, yes, that's --
 7       Q.    Common genetic variants.
 8       A.    Yeah.
 9       Q.    And that's about 15 percent; is
10   that right?
11       A.    Right, it's -- the latest 2023
12   paper is 15 percent.
13       Q.    And another portion of that is
14   made up by rare variants, right?
15       A.    Correct.
16       Q.    And what's the best estimate
17   for that?
18       A.    We don't actually have a good
19   estimate of what that is because that rare
20   variant literature is still developing.  But
21   it's -- yeah, we don't have an estimate of
22   that.  They have to be discovered and because
23   they're rare, it's hard to discover them.
24       Q.    15 percent common variants,
25   some portion is rare variants.
```

35 (Pages 137 to 140)

Golkow Litigation Services

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 141

```
 1              That's some portion that's
 2    undetermined yet, right?
 3         A.    Correct.
 4         Q.    And then the rest of that would
 5    be gene-by-environment interactions, right?
 6              MS. BROWN:  Object to the form.
 7              THE WITNESS:  No.  Another
 8         component would be what is known as
 9         epistasis or gene-gene interaction.
10    QUESTIONS BY MR. DOVEL:
11         Q.    Would you agree, sir, that it's
12    likely that a good fraction of this
13    heritability is explained by
14    gene-by-environment interactions?
15              MS. BROWN:  Objection to the
16         form.
17              THE WITNESS:  Well, no, because
18         the -- we have to go back to the
19         definition of heritability.  And I
20         wish I had one of these ELMOs so that
21         I can draw on for you because I could
22         show it to you.  It's easier to draw
23         the equation, but you might want to
24         write it out, if you want to, for us.
25              So heritability --
```

Page 142

```
 1    computational heritability is the --
 2    it's a ratio.  It's the ratio of the
 3    genetic variants, the variants in
 4    the -- in the disease in this case
 5    that's due to -- due to genes and
 6    divided by a rather complicated
 7    denominator.  The bottom -- yeah, yeah
 8    the lower part of the -- yeah, the
 9    denominator.
10         And that's comprised of the
11    genetic variants.  We add up four
12    components.  The genetic variants, the
13    environmental variants, if you can
14    think of that as the independent
15    effects of the environment, and then
16    we add gene-environment correlation
17    and gene-environment interaction.
18    QUESTIONS BY MR. DOVEL:
19         Q.    Okay.  Let's take a look at
20    page 10 of the World Federation of ADHD
21    Guide.
22         A.    So I do need to finish
23    explaining this because --
24         Q.    Oh, I'm sorry.  I thought you
25    finished.
```

Page 143

```
 1         A.    -- it's -- no.  It's a
 2    complicated -- it's really complex.  I just
 3    want to -- because it's hard to -- it's
 4    actually hard to explain without the
 5    equation.
 6              So essentially when
 7    heritability is computed, and, again, you
 8    know from the twin study, those components
 9    can't be computed separately, but the
10    heritability can be computed.
11              Now, if -- as I said, you
12    remember I said the numerator and the
13    denominator.  Because the gene-environment
14    interaction is in the denominator, as
15    gene-environment interaction gets bigger,
16    heritability gets smaller.
17              So when you have -- so high
18    heritabilities are -- suggests low
19    gene-environment effects.  Low heritabilities
20    suggests high gene-environment effects.  But
21    the GxE part is actually in the -- it's not
22    in the 75 percent; it's in the 25 percent,
23    because it's the numerator and the
24    denominator.
25         Q.    Let's take a look at page 10 of
```

Page 144

```
 1    the World Federation Guide.
 2         A.    10.  Yes.
 3         Q.    If you look at the bottom
 4    paragraph, you describe results of studies of
 5    gene-by-environment interaction, and you say,
 6    "One of the key findings comes from ADHD GWAS
 7    studies described in prior section.  There we
 8    reported that only 30 percent of ADHD's
 9    heritability can be" --
10         A.    I'm sorry, sir.  I'm lost.
11    Where -- where --
12              MS. BROWN:  No worries.  I
13         think he's pointing you to --
14              MR. DOVEL:  Page 10.
15              MS. BROWN:  -- page 10, the
16         last paragraph.
17              MR. DOVEL:  The bottom
18         paragraph.
19              THE WITNESS:  The last para --
20         okay.  Yeah, I see 30 percent.  Yep.
21         Yep.
22    QUESTIONS BY MR. DOVEL:
23         Q.    "Could be you explained" --
24    "30 percent of ADHD's heritability could be
25    explained by the disorder's polygenic
```

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 145

1  architecture."
2      Right?
3      A.   Yeah.  To clarify, that's the
4  additive effects of the common variants, not
5  the gene-gene interaction.
6      Q.   Right.
7      A.   Yeah.
8      Q.   That's that -- at that time it
9  was estimated at 22 percent, now it's at
10 15 percent?
11     A.   Right.
12     Q.   So right now in terms of ADHD's
13 heritability, it's not 30 percent; it's more
14 like a quarter or less of the heritability --
15     A.   Yes.
16     Q.   -- is the common, right?
17     A.   That's correct, yes.
18     Q.   Then look at the next sentence.
19 "Some of the other 70 percent will be
20 accounted for by rare variants, but it is
21 likely that a good fraction of heritability
22 will be explained by gene-by-environment
23 interactions."
24     A.   Okay.  So that --
25     Q.   Is that true?

Page 146

1      A.   Well, so that sentence is --
2  unfortunately is easily misinterpreted.  I
3  see now why you --
4      Q.   But is it true?
5      MS. BROWN:  Well, he's about to
6  explain that.  Let's let him finish,
7  please.
8      THE WITNESS:  I'm trying to
9  explain that.  Okay.
10     So I can see why -- I
11 understand your question now.
12     What we're trying to say there
13 is if you want to understand
14 heritability, you need to understand
15 the gene-environment interaction.
16 Because the gene-environment
17 interaction goes into the computation
18 of heritability.
19     In retrospect, it would have
20 been better, in fact, better to
21 actually put the equation in the
22 paper, which we didn't do.
23     But the role that
24 gene-environment interaction plays in
25 heritability is -- it's defined by a

Page 147

1  mathematical equation.  It's not
2  something that's, you know, defined by
3  a sentence.  It's defined by a
4  mathematical equation.
5      I can see why this one is
6  not -- could be misunderstood.
7      The point is, is that to
8  understand heritability, you need to
9  understand gene-environment
10 interaction.
11 QUESTIONS BY MR. DOVEL:
12     Q.   Is it true, sir, that a good
13 fraction of heritability of ADHD is likely to
14 be explained by gene-by-environment
15 interaction?
16     MS. BROWN:  Objection to the
17 form.
18     THE WITNESS:  So if we go back
19 to your diagram where you had the
20 75 percent and 25 percent, the
21 gene-environment interaction is in the
22 25 percent part of it, not the
23 75 percent of it.  It's in the
24 denominator of the equation.
25

Page 148

1  QUESTIONS BY MR. DOVEL:
2      Q.   Well, let's take a look at what
3  you say in paragraph -- on page 10 there.
4      You're identifying -- you're
5  explaining in paragraph 10 what portion of
6  the 74 percent, approximately, heritability
7  of ADHD is attributed to.
8      A portion of it is the common
9  genetic variants.  That's that 30 percent,
10 right?  Yes?
11     A.   What I'm telling you is that
12 the sentence itself is inartfully written,
13 and I wish I had written it differently and
14 put the equation in there, and it's -- well,
15 yes.
16     Q.   This sentence is talking about,
17 then, the rest of the heritability.  That
18 75 percent, right?  That's what it's talking
19 about, yes or no?
20     A.   What I'm saying is that
21 interpretation of the sentence is not
22 correct.
23     Q.   When it says "some of the other
24 70 percent will be accounted for," it's
25 talking about the 70 percent of the

37 (Pages 145 to 148)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 149

1    heritability, right?
2           MS. BROWN: Objection to the
3    form.
4    QUESTIONS BY MR. DOVEL:
5       Q.    As contrasts -- as contrasted
6    with the 30 percent which was in the previous
7    sentence, right?
8       A.    Right. So what I'm saying is
9    that -- I understand what you're saying, and
10   that interpretation of the sentence is not
11   correct. So the sentence is not a good
12   sentence. I will -- I'm open to say the
13   sentence is --
14      Q.    Is it false?
15          MS. BROWN: No, no, sir.
16   Please let him finish. Please --
17   finish your answer and counsel will
18   follow up.
19          THE WITNESS: So I'm trying to
20   help you understand the intention in
21   writing this part and -- is that
22   gene-environment interaction and to
23   understand heritability, we need to --
24   we need to -- we need to understand
25   the role of gene-environment

Page 150

1    interaction, but it -- the sentence
2    does a poor job of it because, as you
3    read it, it sounds like
4    gene-environment -- gene-environment
5    interaction itself is heritable when,
6    in fact, it's not in the numerator of
7    heritability, it's in the denominator
8    of heritability.
9    QUESTIONS BY MR. DOVEL:
10      Q.    Well, sir, you said as I read
11   it. Did I read the words correctly that you
12   wrote?
13      A.    You did. You did.
14      Q.    And you wrote those words?
15      A.    Well, I'm a coauthor, so I
16   either wrote them or approved them, but,
17   yeah, either -- either/or.
18      Q.    Those words were in your brain,
19   right? You understood what they meant when
20   you wrote them, right?
21          MS. BROWN: Objection to the
22   form.
23          THE WITNESS: So I will say
24   that in my lifetime of writing papers
25   and coauthoring papers, I have written

Page 151

1    millions of words and sentences, and
2    there are -- in some cases I don't get
3    it exactly right. And this is a case
4    where it's -- and this is a case
5    that's not actually -- it's easy to
6    check. Okay. You can go -- you can
7    go back -- in fact, I don't know if
8    anybody has a copy of the -- I
9    can't -- I'm not allowed to ask for
10   papers, right?
11          Am I allowed to ask for papers?
12          MS. BROWN: No. Just do your
13   best to answer the question.
14          THE WITNESS: Okay. Okay.
15          MS. BROWN: If there's a paper
16   that you need to include in your
17   answer, you can do that.
18          THE WITNESS: Okay.
19          You could consult the paper by
20   Peter Visscher and Naomi Wray. I
21   believe your colleague used it at the
22   Chung deposition, and they give --
23   they give that equation I talked about
24   in their -- in their paper.
25

Page 152

1    QUESTIONS BY MR. DOVEL:
2       Q.    Let me ask this then, sir.
3           The heritability of 74 percent
4    does not mean we can explain 74 percent of
5    ADHD etiology by genes. Instead, it means we
6    can explain 74 percent of ADHD etiology by
7    genes and their interactions with the
8    environmental risk factors.
9           Is that true?
10          MS. BROWN: Objection to the
11   form.
12          THE WITNESS: No, we can
13   explain more -- well, no, no. The
14   heritability is just -- the definition
15   of heritability is the -- it's a very
16   technical definition. It's the
17   percentage of variability of ADHD in
18   the population under study that is
19   explained by genes.
20          The rest of it is due to
21   environmental effects and -- well,
22   included in environmental effects is
23   measurement error, which we don't
24   really know what that is, but it's --
25

38 (Pages 149 to 152)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 153

1    QUESTIONS BY MR. DOVEL:
2        Q.    Are you asserting here that the
3    heritability of 74 percent is -- means that
4    we can explain 74 percent of ADHD etiology by
5    genes?
6        A.    Well, you know, I'm kind of --
7    you know, I'm parsing this in a technical way
8    just because it's -- the definition itself is
9    technical.  So the definition of heritability
10   is -- it's what I told you.  Okay.  It's
11   the -- it's the percentage of variability of
12   ADHD in the population under study that is
13   attributed to genes as opposed to
14   environmental effects.
15       Q.    Sir, when you wrote the World
16   Federation of ADHD Guide, did you believe
17   that the 74 percent heritability of ADHD
18   means that we can explain 74 percent of
19   ADHD's causation by genes and their
20   interactions with environmental risk factors?
21       MS. BROWN:  Same objection to
22   the same question.
23       THE WITNESS:  So for clarity, I
24   didn't write the guide.  I coedited
25   the guide with people.  I wrote -- I

Page 154

1    coauthored this chapter and maybe
2    another chapter, I don't know, but I
3    definitely coauthored this chapter.
4        So the answer to your question
5    is that back when this was written,
6    2017, the definition of heritability
7    was the same as it is now.  I mean,
8    this is -- this is one thing which is
9    not up for really discussion because
10   it's a mathematical equation.
11       And it is what I said before.
12   The percentage of variability of ADHD
13   in the population that's accounted for
14   by genes as opposed to the effects of
15   the environment.
16   QUESTIONS BY MR. DOVEL:
17       Q.    Did you understand my question?
18       A.    I thought I did, but if you can
19   ask it again, if you think I did not respond
20   appropriately.
21       Q.    Do you ever believe that the
22   74 percent heritability meant that 74 percent
23   of ADHD's etiology is caused by genes and
24   gene-by-environment interactions?
25       MS. BROWN:  Objection to the

Page 155

1    form.  The same question.
2        THE WITNESS:  No.  No.
3    QUESTIONS BY MR. DOVEL:
4        Q.    These symptoms of ADHD, do they
5    appear on a spectrum among people?
6        A.    Yes.  Some people have more or
7    less -- I mean, to be diagnosed, you have to
8    have at least six symptoms.
9        But, yes, some people have 18
10   symptoms.  Some people have -- I'm sorry, you
11   have six -- if you're a child.  We're talking
12   about kids.  Kids have to have six symptoms,
13   adults can have five.
14       Q.    If we look at the population as
15   a whole, we can have ADHD -- modest ADHD
16   symptoms in some people, more ADHD symptoms
17   in others, then finally some where they
18   have -- have a --
19       A.    Oh.
20       Q.    -- have a diagnosis, right?
21       A.    Yeah.  Misunderstood you, your
22   question.
23       Yes.  So if you measure
24   symptoms in the population, you get roughly a
25   normal distribution of symptoms that, you

Page 156

1    know, is most -- you know, most people have
2    kind of -- kind of an average amount of
3    symptoms and then it kind of tails off at
4    both ends.  A few people have lots of
5    symptoms, there's a few people who have
6    minimal symptoms.
7        But in that sense, it's a
8    spectrum in a population.
9        Q.    Now, in your report, you
10   discuss oxidative stress, and you point to
11   some evidence showing that at low doses
12   acetaminophen can cause or can protect from
13   oxidative stress.
14       Did you lay out the evidence
15   that you were aware of showing that
16   acetaminophen at normal therapeutic doses can
17   cause oxidative stress?
18       A.    Can you tell me which paragraph
19   you're talking about now in the report?
20       Q.    Well, I didn't see that in your
21   report anywhere, so I don't think it's in
22   your report.  I just want you to confirm that
23   that's not there.
24       MS. BROWN:  You referenced his
25   report.

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 157

1    THE WITNESS:  I'm just asking
2    what section you're referring to so I
3    can just take a quick look to see.
4    Because you asked me about something
5    in the report, so I can't answer it
6    without looking at the report.
7    QUESTIONS BY MR. DOVEL:
8    Q.    Well, do you recall any place
9    where you laid out the evidence that
10   acetaminophen at normal therapeutic doses can
11   cause oxidative stress?
12   A.    Again, I'm not really trying to
13   be evasive here.  I'm just trying to -- you
14   know, to be able to answer that truthfully
15   and accurately, I need to look at the report.
16   Because you're asking me, is this in the
17   report.
18       So I -- I'm not here, you know,
19   to -- I can't -- I don't remember every
20   sentence that was written in the report.  I
21   don't remember every citation that was in the
22   report.  So I can't -- I can't answer that.
23   Q.    Well, do you recall in the
24   process of preparing your report --
25       MS. BROWN:  Please, Counsel,

Page 158

1    let him finish.  You've interrupted
2    him many times today.
3    THE WITNESS:  I'm done.  You go
4    ahead.
5    QUESTIONS BY MR. DOVEL:
6    Q.    Did you recall during the
7    process of preparing your report that you
8    decided at one point, well, I need to include
9    a section where I lay out all the evidence
10   showing that acetaminophen can cause
11   oxidative stress?  Do you recall doing that?
12       MS. BROWN:  Objection to the
13   form.
14       THE WITNESS:  I don't have any
15   recollection of that right now.
16   QUESTIONS BY MR. DOVEL:
17   Q.    Did you have the thought that,
18   well, at least I should lay out the evidence
19   that oxidative stress does play a role in the
20   pathophysiology of ADHD?
21       MS. BROWN:  I object to the
22   form of that question.
23       THE WITNESS:  Well, I'm sorry.
24   You're asking me if I thought I should
25   do that?

Page 159

1    QUESTIONS BY MR. DOVEL:
2    Q.    Yeah.
3    A.    Well, again, we need to look at
4    the report to see what I did or didn't say
5    about that.  I mean, I can tell you my -- if
6    want to know my thoughts about that, I can --
7    I'm happy to, you know, tell you about that
8    today.
9        Well, let's take a look at the
10   report.
11   Q.    Well, I was asking about
12   preparation of the report.  If you don't
13   recall, that's fine.
14       Let's take a look at
15   Exhibit 785.  That's the Joseph, Faraone
16   article from 2015.
17   A.    Oh, yeah.  I know what that one
18   is.  Yeah, I know.
19       MS. BROWN:  Just take a minute.
20       THE WITNESS:  Yeah.  Yeah.  I
21   got it.
22       (Faraone Exhibit 785 marked for
23   identification.)
24   QUESTIONS BY MR. DOVEL:
25   Q.    This is an article entitled

Page 160

1    "Oxidative stress and ADHD, a meta-analysis."
2        Right?
3    A.    That is correct.
4    Q.    And you were the lead author on
5    this?
6    A.    Well, Joseph is the leader
7    author.  I was the last author.
8    Q.    And by last author, what does
9    that mean?  The senior author?
10   A.    It usually means that.  Not
11   always.  But in this case, it's senior
12   author.
13   Q.    Let's start with page 920.  On
14   the right column, third paragraph, the
15   article states, "Despite these limitations,
16   our meta-analyses provide preliminary
17   suggestive evidence that oxidative stress
18   plays a role in the pathophysiology of ADHD."
19       Right?
20   A.    Yeah, that's correct.  I point
21   out that in a -- important part of these
22   results is that the results themselves, they
23   were not statistically significant as it says
24   in the abstract.  And so that's why we use
25   the phrase "preliminary suggestive" --

Golkow Litigation Services

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 161

1   "preliminary suggestive."
2          It means that it was -- we
3   thought very useful for hypothesis
4   generation, perhaps following up these
5   results, but it was kind of warning people
6   that our interpretation was that these were
7   very preliminary.
8      Q.   The reason that you were
9   involved in writing this paper is before you
10  got involved, there was also evidence that
11  oxidative stress plays a role in the
12  pathophysiology of ADHD, right?
13     A.   Other people had indeed
14  discussed that.
15     Q.   And they provided evidence
16  showing that oxidative stress plays a role in
17  the pathophysiology of ADHD, right?
18     A.   All of the studies up until
19  then, including our own, they're in the kind
20  of realm of, what I would say, hypothesis
21  development.  Pointing to a hypothesis that
22  is worth following up, but none of the
23  studies have -- none of the studies up until
24  then, and even until now, have documented
25  oxidative stress as a -- you know, a

Page 162

1   pathophysiologic pathway in ADHD that we can
2   be certain of.
3          I would say that it -- in terms
4   of levels of certainty, it doesn't even come
5   anywhere near the degree to which we would
6   talk about noradrenergic and dopaminergic
7   systems as being involved in ADHD.  Those,
8   for example, are highlighted in the paper
9   that Nature asked me to write for their
10  review journal.
11     Q.   Now, a minute ago you said that
12  the results of this paper were statistically
13  insignificant.
14         If we take a look at the
15  abstract, it says, "We found a significant
16  association between ADHD and oxidative stress
17  that could not be accounted for by
18  publication bias."
19         Right?
20     A.   And then the next sentence?
21     Q.   You write that it "lost
22  significance after correcting for intrastudy
23  clustering, and no one observation accounted
24  for the positive results."
25     A.   Right.  So what that means is

Page 163

1   that when -- it's as you -- I think you know
2   that when you do these kind of studies, you
3   do analyses to try to determine whether your
4   primary analysis, if you will, your initial
5   analysis, might have made a mistake in -- or
6   might be overestimating, or even in some
7   cases, I suppose, even underestimating your
8   findings.
9          In this case, when we adjusted
10  interested for intrastudy clustering, which
11  was appropriate for this particular dataset,
12  you know, one does not always do that, but
13  it's appropriate, I mean, for this dataset
14  because they were -- that just means that
15  there were multiple studies in the same
16  group, then we lost the statistical
17  significance.
18     Q.   On page 919, you describe the
19  results of the data that showed an increased
20  ratio of oxidative to antioxidative status in
21  ADHD.
22         So paragraph 2, left column.
23         Do you see that?
24     A.   Ah, hold on a second.
25         Yeah, I do.  That was where

Page 164

1   we're giving an interpretation of some of the
2   data.
3      Q.   And the interpretation
4   suggested the possibility that ADHD people
5   cannot mount a sufficient response to
6   increased oxidative stress, right?
7      A.   Yes.  And, again, using the
8   phrase "suggests the possibility," indicating
9   that it is a -- it is a hypothesis.  We're
10  not -- we're not taking these data and
11  saying, hey, oxidative stress is an important
12  pathway for ADHD.
13     Q.   Now more --
14         MS. BROWN:  Wait.  Wait.  He's
15  not done.
16         THE WITNESS:  Thank you.
17         I think it's -- it's important
18  that whoever is reading all this
19  understands that when one does
20  research projects, we're testing
21  ideas, we're looking at the data and
22  then when we interpret them, we try to
23  come up with the most reasonable
24  interpretation.
25         And here, because we found the

Golkow Litigation Services

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 165

1    results lost their significance after
2    intrastudy clustering, and for other
3    reasons the, you know, the -- you
4    know, the results were not significant
5    for the antioxidant measures, they
6    were for the oxidative stress
7    measures, we are presenting our
8    interpretation as -- in a very --
9    what's the word for it? -- tenuous
10   way, and that then suggests the
11   possibility.  It's --
12   QUESTIONS BY MR. DOVEL:
13       Q.    Were the results significant
14   for the oxidative stress measures?
15       A.    Not after correcting for
16   intrastudy clustering.
17       Q.    Now, there's more recent data
18   that suggests that mitochondrial dysfunction
19   plays a role in the pathophysiology of ADHD,
20   right?
21          MS. BROWN:  Objection to the
22   form.
23          THE WITNESS:  Yeah.  I am
24   somewhat familiar with that
25   literature.

Page 166

1    QUESTIONS BY MR. DOVEL:
2        Q.    And you were familiar with it
3    when you wrote your report, right?
4        A.    Somewhat familiar with it, yes.
5        Q.    Mitochondrial dysfunction,
6    that's a major source of the reactive oxygen
7    species that leads to oxidative stress,
8    right?
9           MS. BROWN:  I object to the
10   form of the question.
11          Go ahead, Doctor.
12          THE WITNESS:  Yeah.
13          So this is part of -- this is
14   part of the -- one area of research,
15   which is the idea that mitochondria
16   may be involved in ADHD or other
17   psychiatric disorders.  It's a
18   hypothesis that has been developed by
19   a number of people and continues to
20   be -- continues to be looked at.  And
21   I hope people will continue to look at
22   it.
23          In my own work I stopped
24   looking at it because after we tested
25   this in two papers, we essentially ran

Page 167

1    into -- the data ultimately suggested
2    that oxidative stress was not going to
3    be important in ADHD.
4           So I don't -- my -- I
5    personally am not going after that
6    work in my own lab.
7    QUESTIONS BY MR. DOVEL:
8        Q.    Is mitochondrial dysfunction a
9    major source of reactive oxygen species?
10          MS. BROWN:  Same objection.
11          THE WITNESS:  Okay.  Well, I'll
12   preface with saying I'm not a
13   mitochondria expert, but my
14   understanding is that, yes, it is a
15   source of oxidative stress and
16   reactive oxygen species.
17   QUESTIONS BY MR. DOVEL:
18       Q.    Have scientific studies found
19   elevated levels of oxidative stress in
20   patients diagnosed with ADHD?
21       A.    That takes us back to the
22   Joseph paper, and I think we discussed what
23   the paper shows already.
24          The paper examined that
25   hypothesis, it looked at studies that had

Page 168

1    measured what we call -- well, first of all,
2    I should clarify here that we're -- all of
3    these studies are looking at peripheral
4    measures of oxidative stress.  They're not
5    looking at the effects of oxidative stress on
6    the brain.
7           Both of these studies are --
8    cannot -- because of the nature of the work,
9    they can't tell us whether these levels of
10   oxidative stress are causing ADHD or an
11   effect of ADHD.
12          And the result of the
13   meta-analysis when we pried -- when we
14   applied the appropriate corrections showed
15   that the results were not significant.
16          (Faraone Exhibit 784 marked for
17   identification.)
18   QUESTIONS BY MR. DOVEL:
19       Q.    I'm going to mark as
20   Exhibit 784 the Khoury, Faraone paper.
21          MS. BROWN:  Thank you.
22   QUESTIONS BY MR. DOVEL:
23       Q.    Let's take a look at page 347.
24       A.    347?
25       Q.    347.

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 169

1    A.    Yeah.  I'm there.
2    Q.    There's a highlighted paragraph
3 in the middle.  The sentence begins, "As the
4 major source of reactive oxygen species,
5 mitochondrial dysfunction has been linked to
6 noradrenergic disorders."
7          Right?
8    A.    This is -- yes.  I see that,
9 yeah.
10   Q.    And then it continues on about
11 "Evidence suggesting a role for inflammation
12 in the pathogenesis of ADHD is consistent
13 with a meta-analysis finding elevated levels
14 of oxidative stress in patients diagnosed
15 with ADHD."
16         Right?
17   A.    I see that, yes.
18   Q.    This is a paper that you're the
19 lead author on -- the lead author on and was
20 published in 2022?
21   A.    I'm the last author on the
22 paper, yes.
23   Q.    You're the senior author?
24   A.    That's correct.
25   Q.    And is it true that a

Page 170

1 meta-analysis found elevated levels of
2 oxidative stress in patients diagnosed with
3 ADHD?
4    A.    That's the paper we just
5 reviewed, and we found there were elevated
6 levels, but that, unfortunately, lost -- the
7 elevated levels lost significance after
8 correcting for intrastudy clustering.
9    Q.    Has oxidative stress also been
10 implicated in the lower brain volumes seen in
11 patients with ADHD?
12   A.    That is a hypothesis about why
13 people with ADHD have -- well, children with
14 ADHD, I should say, have -- in some regions
15 of the brain have smaller brain volumes on
16 average than people without ADHD.
17   Q.    Is that sentence that appears
18 here true, "Oxidative stress has also been
19 implicated in the lower brain volume seen in
20 patients with ADHD"?
21   A.    Let me just take a look at what
22 we're citing there.
23         Oh, yeah, that's -- so this
24 was -- that's correct, yes.
25   Q.    In your most recent genomewide

Page 171

1 association study, the first author was
2 Demontis, right?
3    A.    Yep.
4    Q.    In that study, you also had
5 some supplementary tables that weren't
6 published with the original publication that
7 are available online, right?
8    A.    Correct.
9          (Faraone Exhibit 744 marked for
10 identification.)
11 QUESTIONS BY MR. DOVEL:
12   Q.    Let's mark Supplementary
13 Table 9 as Exhibit 744.
14         Now, in that study, you
15 identified 76 genes that were identified as
16 ADHD risk genes, right?
17   A.    Correct.
18   Q.    And then you looked at
19 associations of those genes, those ADHD
20 genes, with genes that were associated with
21 various biological pathways, right?
22   A.    Let me take a quick look here.
23 It's been a while since I looked at this.
24         Okay.  So I -- first, I need to
25 explain what the 76 -- what are called

Page 172

1 candidate risk genes.
2          And this study identifies 27
3 genomewide significant loci.  Those loci
4 incorporate these 76 genes.
5          So some, but not all, of these
6 genes will eventually be hopefully validated
7 as the genes that are -- that are the risk
8 genes for ADHD.
9          But at this -- at this stage --
10 I should say the causal genes for ADHD.  At
11 this stage, all we know is that they're in
12 the causal regions, to clarify that point.
13   Q.    These are plausible ADHD risk
14 genes, right?
15   A.    They are plausible ADHD risk
16 genes, yes.
17   Q.    And those genes are associated
18 with certain biological pathways, right?
19 Some of the genes?
20   A.    Can you give me the paper so I
21 can see where we talk about this table in the
22 paper itself?
23   Q.    I'd be happy to, but I just
24 want to talk about the table first and see if
25 we can understand what we're saying.

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 173

1    A.    Well, I have to -- I have to
2  see the paper to know exactly what was done
3  in the table.  The paper describes what was
4  done in the table.
5    Q.    Well, this title says, "Results
6  from analysis of the 76 ADHD candidate risk
7  genes for enrichment in biological pathways."
8    Right?  Isn't that what it
9  says?
10    A.    Yeah, that's what it says.  All
11  I'm asking for is to see what we said about
12  it in the paper to give me context of --
13  typically in these papers, we may not discuss
14  this table, but we may have discussed this
15  paper.
16          I would like to see what was in
17  the paper at the table.
18    Q.    We'll get into that.
19          One of them, biological
20  pathways, was one involved with IL2
21  production.
22          Do you see that?
23    A.    I do, yes.
24    Q.    Another was IL6 production,
25  right?

Page 174

1    A.    I do.
2    Q.    That refers to the interleukin
3  cytokines that control inflammation in the
4  body, right?
5    A.    I believe that's correct.  I'm
6  not an expert in that area.
7    Q.    And another biological pathway
8  that was identified with these ADHD risk
9  genes was oxidative stress, right?
10          MS. BROWN:  I object to the
11    form.
12          THE WITNESS:  You're talking
13    about the CORUM number 2?
14  QUESTIONS BY MR. DOVEL:
15    Q.    Yeah, it's the FOX03.
16    A.    Yes.
17    Q.    You're familiar with FOX03,
18  right?
19    A.    It's -- FOX genes are typically
20  regulatory genes.  I have to check the FOX03
21  to be sure, but --
22    Q.    It's stated here that the FOX03
23  gene is a gene that regulates oxidative
24  stress, right?
25          MS. BROWN:  Objection to the

Page 175

1  form of the question.
2          THE WITNESS:  Again, I -- what
3    it -- what it -- I really would like
4    to see the paper to understand
5    what's -- what's -- what exactly we've
6    said about this and the methodology
7    here.
8          But, yes, it -- what this is
9    referring to is that -- that this
10    particular -- is it -- genes in this
11    particular database were implicated.
12  QUESTIONS BY MR. DOVEL:
13    Q.    Did you quote this in your
14  report, or did you ignore it?
15          MS. BROWN:  Objection to the
16    form.  Argumentative.
17          THE WITNESS:  Well, I have to
18    look at the report to be sure, but if
19    I had to take my best guess, I would
20    say it's not in the report.  And --
21  QUESTIONS BY MR. DOVEL:
22    Q.    Is it the case --
23          MS. BROWN:  He's not done.
24          THE WITNESS:  Yeah.  I --
25          MS. BROWN:  Please.

Page 176

1          THE WITNESS:  What I'm saying
2    is that I would -- I would need to see
3    the paper to understand why it was not
4    in the report.
5  QUESTIONS BY MR. DOVEL:
6    Q.    Is it the case, sir, that in
7  their Joseph paper that the data suggested
8  the possibility that ADHD people were more
9  susceptible to oxidative stress?
10          MS. BROWN:  Objection to the
11    form.
12          THE WITNESS:  That was part of
13    the -- what we called our preliminary
14    suggestive evidence that -- well, I
15    have to -- the way we phrased it had
16    to do with -- let me just take a quick
17    look.
18  QUESTIONS BY MR. DOVEL:
19    Q.    Well, the direct quote was --
20          MS. BROWN:  Wait, wait.  His
21  answer -- he's trying to answer you.
22          THE WITNESS:  I'm just --
23          MS. BROWN:  Just let him
24  finish.
25          THE WITNESS:  It was -- it had

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 177

1     to do with insufficient ability to
2     mount the response, I believe.  Let me
3     just see --
4  QUESTIONS BY MR. DOVEL:
5     Q.    Yeah, page 919, left column,
6  paragraph 2.
7     A.    Yes.
8     Q.    It suggests the possibility
9  that ADHD people cannot mount a sufficient
10 response to increased --
11    A.    Cannot mount a sufficient
12 response.
13    Q.    -- oxidative stress?
14    A.    Yes.
15    Q.    And they're more susceptible to
16 oxidative stress, right?
17       MS. BROWN: I object to the
18    form of the question.
19       THE WITNESS:  We can't say yet
20    that they're more suscept --
21    susceptible.  What we can say that
22    with this -- what -- the goal of this
23    paper is to present the data to the
24    fields and to say, we have found some
25    preliminary suggestive evidence, which

Page 178

1     is what -- one of the things that we
2  do in science.
3        It's not overinterpreted.  I'm
4  not saying, hey, I'm sure that ADHD
5  people are susceptible to oxidative
6  stress.
7        You know, for example, so far,
8  we don't have any antioxidants that
9  are dramatically effective for
10 treating ADHD as one example of why we
11 were hoping, you know, some people --
12 when we were studying oxidative stress
13 with the hope of developing better
14 treatments.
15       But the point here is that it's
16 suggesting the possibility that ADHD
17 people cannot -- well, suggests the
18 possibility is important.
19       So I just want to clarify that
20 point.
21 QUESTIONS BY MR. DOVEL:
22    Q.    Right.
23       You found evidence in 2015 that
24 ADHD people cannot mount a sufficient
25 response to increased oxidative stress, not

Page 179

1  definitive, but you found evidence of it --
2     A.    Correct.
3     Q.    -- right?
4        And you didn't mention that in
5  your report, did you?
6        MS. BROWN:  Objection to the
7     form of the question.
8        THE WITNESS:  Well, see, I
9     would have to see the report so I
10    could explain to you how oxidative
11    stress is discussed in the report.
12 QUESTIONS BY MR. DOVEL:
13    Q.    Now, oxidative stress is also
14 observed in people diagnosed with autism,
15 right?
16    A.    I am not here to talk about
17 autism.
18    Q.    You may not want to, but I'm
19 going to ask you questions about it.
20       MS. BROWN:  Well, hold on.
21    Hold on.  Let's do this the right way.
22       He'll ask a question.  If you
23    don't have an answer, you'll just tell
24    him that.
25       THE WITNESS:  Okay.  That's --

Page 180

1     fine.  I just -- I don't know all the
2  rules here, so I'm learning.
3        MS. BROWN:  No, your answer is
4     perfectly fine.
5        THE WITNESS:  Okay.
6  QUESTIONS BY MR. DOVEL:
7     Q.    Oxidative stress has been
8  observed both in people diagnosed with ADHD
9  and in people diagnosed with autism, right?
10       MS. BROWN:  Objection to the
11    form.
12       THE WITNESS:  Well, I've
13    already answered about ADHD.  I have
14    no answer regarding autism.  I'm not
15    familiar with the autism literature.
16 QUESTIONS BY MR. DOVEL:
17    Q.    Didn't you write an entire
18 paper about autism?
19    A.    I did write a paper about --
20 about autism and ADHD.
21       (Faraone Exhibit 777 marked for
22    identification.)
23 QUESTIONS BY MR. DOVEL:
24    Q.    777 will be the Antshel,
25 Faraone paper.

45 (Pages 177 to 180)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 181

1      A.   Okay.  Well...
2           MS. BROWN:  Just take a moment.
3  QUESTIONS BY MR. DOVEL:
4      Q.   Let's take a look at 1118,
5  right column.
6      A.   Ah, okay.  Interesting.
7      Q.   There you write that oxidative
8  stress has been observed in both ADHD and
9  autism, right?
10     A.   This is a -- I need to see that
11 line.  Where is that line here?  Oh, yeah.  I
12 see -- yeah, yeah, it has -- yeah, yeah.  I
13 see what you're saying.  Let me just take a
14 look at this here.  Okay.  Okay.  I see
15 your -- I see what you're reading.
16     Q.   Would you agree, sir, that
17 oxidative stress has been observed in both
18 ADHD and autism?
19     A.   So the best I can recollect
20 this paper, because I'm -- it's been a while
21 since I've -- I -- I've looked at it, is
22 that -- when was this?  As of, what, about
23 ten years ago, here we're citing two papers;
24 one is, I believe, an ADHD paper, and one is
25 an autism paper indicating that these papers

Page 182

1  had -- provide evidence -- hold on a second
2  here.
3           Yeah, that there were some --
4  okay.  So -- I've forgotten the question,
5  so...
6      Q.   Do you agree, sir, that
7  oxidative stress is found in both folks with
8  ADHD and in folks with autism?
9           MS. BROWN:  Objection to the
10 form.
11          THE WITNESS:  So I have not
12 tracked the autism oxidative stress
13 literature, so I really can't talk
14 about that.
15          What I can say about ADHD is
16 that it has been an intriguing
17 hypothesis.  In my own work, it
18 hasn't -- what's the word for it?  It
19 hasn't panned out the last -- the last
20 paper that we wrote about that.
21 QUESTIONS BY MR. DOVEL:
22     Q.   Antshel was a peer-reviewed
23 paper, right?
24     A.   Let's see.  This is Expert
25 Review of Neurotherapeutics.  Yes.

Page 183

1      Q.   Science, scientific paper,
2  right?
3      A.   It's -- yeah, it's a
4  peer-reviewed paper in a scientific --
5      Q.   Is this a true statement,
6  "oxidative stress has been observed in both
7  ADHD and autism"?
8           MS. BROWN:  Objection to the
9  same question.
10          THE WITNESS:  Well, yes,
11 it's true, and then there's two
12 citations that are there to support
13 that statement, so, yes.
14 QUESTIONS BY MR. DOVEL:
15     Q.   Let's go back to your Joseph
16 paper, Exhibit 785.
17          On page 919, you describe
18 there --
19     A.   What page?  I'm sorry, 919?
20     Q.   919.
21     A.   Yeah.
22     Q.   What oxidative damage can do.
23 You say one of the things it can do is lead
24 to altered protein structure.
25          That's in the left column,

Page 184

1  second paragraph.
2           Do you see that?
3           MS. BROWN:  Counsel, I
4  apologize, what exhibit are you on?
5           MR. DOVEL:  785.
6           MS. BROWN:  Thank you.
7           THE WITNESS:  I do see this.
8  Yes.  Altered protein -- yes.  Yes.
9  QUESTIONS BY MR. DOVEL:
10     Q.   What is altered protein
11 structure?
12     A.   It just means you can change
13 the -- it can change the protein.  Proteins
14 have called a -- they have -- well, they have
15 a shape to them, right?
16          They're three-dimensional
17 objects, very tiny of course in the cell, and
18 they have a shape to them.  If you change the
19 shape, you potentially change the function of
20 the protein.
21     Q.   You also state here that
22 oxidative stress can lead to altered
23 localization.
24          What's that?
25     A.   So within the cell, for the

46 (Pages 181 to 184)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 185

1  cell to operate properly, it's important
2  that -- well, cells basically are a bunch of
3  proteins that communicate with each other.
4       So for a protein to communicate
5  correctly in its biological pathway, it needs
6  to be in the right place because the cell
7  itself has its own little separate
8  compartments.
9       And if a protein ends up in the
10 wrong compartment, it's unable to do the job
11 it's supposed to do in that compartment.
12      Q.   Can oxidative stress lead to
13 epigenetic modification to DNA?
14      MS. BROWN:  Objection to the
15 form.
16      THE WITNESS:  Yes.
17 QUESTIONS BY MR. DOVEL:
18      Q.   If a fetus experienced
19 sustained oxidative stress during
20 neurodevelopment and that perturbed and
21 disrupted the processes of proliferation and
22 differentiation and so on, could that result
23 in neurodevelopmental disease?
24      MS. BROWN:  Objection to the
25      form of the question.

Page 186

1       THE WITNESS:  It's a hypothesis
2  that is worth following up.
3  QUESTIONS BY MR. DOVEL:
4       Q.   Why is it worth following up?
5       A.   For the reasons you mentioned
6  here, that there are data that's --
7  indicate -- well, we know -- we know that
8  oxidative stress has an impact on the brain,
9  and we know that the brain -- well, we
10 believe -- we're pretty sure that the brain
11 is involved in ADHD.
12      And so there are -- well, of
13 course there are many biological pathways
14 that are in the brain, and dysregulation of
15 any of them potentially could lead to ADHD.
16      So I'm a big fan of people
17 studying these hypotheses and taking them as
18 far as they can to help us understand ADHD.
19 I -- I personally hit a dead-end with
20 oxidative stress, but...
21      Q.   Now, in Dr. Cabrera's report,
22 he described how oxidative stress regulates
23 the proliferation and differentiation of
24 neurons.
25      Do you recall that?

Page 187

1       MS. BROWN:  Objection to the
2  form.
3       THE WITNESS:  I'm going to have
4  to look at his report to -- I read so
5  many reports, I'm not -- I don't
6  recall if -- that specific section.
7       If you can pull it out, I can
8  understand what's being said there.
9       (Faraone Exhibit 721 marked for
10 identification.)
11 QUESTIONS BY MR. DOVEL:
12      Q.   I'm going to mark as
13 Exhibit 721 a document called "Redox
14 signaling for proliferation and
15 differentiation."
16      I don't think you've ever seen
17 this diagram before.  You may have --
18      A.   It's new.  It's new to me.
19      Q.   -- but I just want to talk to
20 you about the concept here.
21      MS. BROWN:  Object to the
22 document.
23 QUESTIONS BY MR. DOVEL:
24      Q.   If we look on the X axis, you
25 see it's got ranges from oxidizing to

Page 188

1  reducing.  That's different levels of
2  oxidative stress in a cell.
3       Do you see that?
4       A.   I do see that, yes.
5       Q.   And on the Y axis, we've got
6  level of activity for various things,
7  including differentiation and proliferation.
8       Do you see that?
9       A.   I do, yes.
10      Q.   Do you see this indicates that
11 with more reduced conditions, that is lower
12 levels of oxidative stress, proliferation
13 increases?
14      A.   I do see that, yes.
15      Q.   And there's kind of a sweet
16 spot in the middle where differentiation is
17 at its height.
18      Do you see that?
19      A.   I--
20      MS. BROWN:  Objection to the
21 form of the question.
22      Go ahead.
23      THE WITNESS:  In the middle
24 there, yes.  Differentiation is right
25 there in the green -- the green

47 (Pages 185 to 188)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 189

```
 1        section.
 2    QUESTIONS BY MR. DOVEL:
 3        Q.   Now, do you dispute
 4    Dr. Cabrera's assertion that levels of
 5    oxidative stress in the fetus can impact the
 6    differentiation and proliferation of neurons?
 7            MS. BROWN:  I object to the
 8        form of the question.
 9            THE WITNESS:  I -- I'm not
10        disputing that oxidative stress can
11        have those effects.  It's not my
12        expertise, but I'm also not disputing
13        it.
14    QUESTIONS BY MR. DOVEL:
15        Q.   If it impacts proliferation --
16    withdrawn.
17            If increased oxidative stress
18    in the fetus impacts proliferation,
19    differentiation of neurons, can that result
20    in neurodevelopmental disorders?
21            MS. BROWN:  Objection to the
22        form of the question.
23            THE WITNESS:  Well, we just --
24        we don't know.  We just don't know.
25
```

Page 190

```
 1    QUESTIONS BY MR. DOVEL:
 2        Q.   You don't think it's
 3    possible --
 4            MS. BROWN:  Counsel, when you
 5        get to a good spot, could we take a
 6        break?
 7            MR. DOVEL:  Sure.
 8            MS. BROWN:  Thank you.
 9    QUESTIONS BY MR. DOVEL:
10        Q.   You don't think that's
11    possible?
12            MS. BROWN:  Objection to the
13        form.
14            THE WITNESS:  It's possible in
15        the sense that it's a hypothesis that
16        one could study, and we would have
17        to -- one would have to do a series of
18        studies to document that oxidative
19        stress is occurring in the brains of
20        people with ADHD and that it's causing
21        their ADHD.
22            I haven't -- I haven't seen
23        those studies that document that.
24    QUESTIONS BY MR. DOVEL:
25        Q.   Do you agree that environmental
```

Page 191

```
 1    risk factors can increase the likelihood of
 2    oxidative stress?
 3            MS. BROWN:  Objection to the
 4        form.
 5            THE WITNESS:  I would agree
 6        that that's possible.
 7    QUESTIONS BY MR. DOVEL:
 8        Q.   Dr. Cabrera asserts and cites
 9    studies that NAPQI exerts oxidative stress
10    and depletes glutathione in the brain even at
11    relatively low doses.
12            Do you dispute that?
13            MS. BROWN:  Objection to the
14        form.
15            THE WITNESS:  I didn't come
16        here to dispute Dr. Cabrera.  It's not
17        my area of expertise.  I came here as
18        an expert in the area of ADHD.
19            So I didn't come here to
20        comment on Dr. Cabrera's report.  I
21        don't -- I don't really have any
22        comments on it because not being an
23        expert in that area, I'm not the
24        person to -- I can't give you any
25        truthful, accurate response about
```

Page 192

```
 1    something where I'm not an expert in.
 2    QUESTIONS BY MR. DOVEL:
 3        Q.   Well, do you dispute that fact,
 4    that NAPQI exerts oxidative stress and
 5    depletes glutathione in the brain even at
 6    relatively low doses?
 7            MS. BROWN:  Same objections to
 8        the form of that question.
 9            THE WITNESS:  Well, my answer
10        is the same as the answer I gave you
11        to the previous -- the previous
12        question.
13    QUESTIONS BY MR. DOVEL:
14        Q.   Which is you don't dispute it?
15            MS. BROWN:  No.  That was not
16        the answer.  I object.
17            THE WITNESS:  The answer was
18        that this is -- you're asking me a
19        question that's way outside my area of
20        expertise.  And I'm not here to con --
21        confirm or dispute anything
22        Dr. Cabrera -- Dr. Cabrera wrote in
23        his report about the neurobiology of
24        oxidative stress.
25            MR. DOVEL:  All right.  Let's
```

48 (Pages 189 to 192)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 193

1     go off the record.
2          VIDEOGRAPHER:  The time right
3     now is 11:38 a.m., And we are off the
4     record.
5      (Off the record at 11:38 a.m.)
6          VIDEOGRAPHER:  The time right
7     now is 11:59 a.m.  We are back on the
8     record.
9     QUESTIONS BY MR. DOVEL:
10         Q.    Is it useful to expose pregnant
11    mice and rats to a chemical to see if that
12    would cause neurodevelopmental changes in the
13    brains of the mice or the rats?
14         A.    No.
15         Q.    It's not useful at all?
16         A.    I did think that was useful at
17    one point in time, but I have since changed
18    my opinion on that.
19         Q.    Is the scientific consensus
20    that it's useful to expose pregnant mice and
21    rats to a chemical to see if it causes
22    neurodevelopmental changes in the offspring?
23         A.    That's hard to say that there's
24    a consensus.  I do know that people still do
25    these kinds of studies.  I know from talking

Page 194

1     to colleagues, even the director of the
2     National Institutes of Mental Health once,
3     about the kinds of studies they were
4     encouraging.  They're moving away from
5     studying mice and rats and looking for more
6     human-relevant studies such as do marmosets
7     have bigger frontal lobes or organoids or
8     other kind of cell lines to try to solve the
9     problem.  The problem, of course, is not
10    having access to the human brain for many of
11    these studies.
12         Q.    Has any -- withdrawn.
13               In doing your work in this
14    case, did you observe scientific studies
15    demonstrating that prenatal exposure to rats
16    and mice to acetaminophen would perturb the
17    dopamine system in the offspring?
18         MS. BROWN:  Objection to the
19    form.
20         THE WITNESS:  Well, as I said
21    in the report -- well, I guess, first,
22    I'm sorry.  You asked me if I've
23    mentioned that in my report, and I'm
24    going to ask you again if I can look
25    at my report.

Page 195

1     QUESTIONS BY MR. DOVEL:
2          Q.    I didn't actually ask you if
3     you mentioned it in your report.
4          A.    Oh.
5          Q.    In the course of doing your
6     work in this case, did you run across studies
7     that had those results?
8                Let's take it in pieces.
9          A.    Okay.
10         Q.    In doing your work in this
11    case, did you look at studies that -- where
12    acetaminophen was given to pregnant mice or
13    rats?
14         A.    Yes.
15         Q.    Did you see in these studies
16    where -- when pregnant mice or rats were
17    exposed to acetaminophen, the offspring had
18    dysregulation in the dopamine system?
19         A.    Well, that's where I'd need to
20    check the report because if I -- if I -- if I
21    looked at and mentioned, it would be in the
22    report.
23         Q.    Okay.  We'll get to that then.
24         A.    Okay.
25         Q.    Has any scientific study

Page 196

1     identified a meaningful difference between
2     humans on one hand and rodents on the other
3     such that if we give a prenatal exposure to
4     acetaminophen to a rodent and it perturbs the
5     dopamine system, it's not going to happen in
6     a human?
7          MS. BROWN:  Objection to the
8     form.
9          THE WITNESS:  So there are
10    studies that document that the brains
11    of rodents and humans are dramatically
12    different.  Just that's -- it's --
13    again, I can -- the details are all in
14    the report, so I'm not going to repeat
15    them here, but we can look at that.
16    They differ in size, cell types.
17         Most -- the most important -- I
18    guess most relevant to that -- I mean,
19    the entire brain is relevant, of
20    course, but the frontal lobes of the
21    brain, the human brain, are believed
22    to be important in self-regulation,
23    including the self-regulation of
24    activity, attention, and impulsivity.
25         And basically the rat and the

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 197

1    mouse have, you know, almost no
2    frontal lobe.  And so the dopaminergic
3    neurons that communicate from areas in
4    the striatum that eventually send
5    signals to the frontal lobes, you
6    can't really study that effectively
7    in the rat or the mouse.
8    QUESTIONS BY MR. DOVEL:
9        Q.   Exhibit 716 identifies some
10   steps for neurodevelopment.
11       Do all of these steps take
12   place in the mice and rats as well?
13           MS. BROWN:  Objection to the
14   form.  Objection to the exhibit.
15           THE WITNESS:  I -- yeah, right.
16   Wait.  Sorry.  Gosh.
17           MS. BROWN:  It's okay.  Just --
18   just -- it's okay.  You're doing
19   great.
20           THE WITNESS:  That's known as
21   impulsivity, by the way, but, yeah.
22       So I'm just not an expert in
23   rat and mouse brain development, so I
24   don't have an answer to that.
25

Page 198

1    QUESTIONS BY MR. DOVEL:
2        Q.   Is there anything about the
3    dopamine system and the noradrenaline system
4    in mice and rats that differs between --
5    differs with humans?
6        Let me rephrase the question.
7        Is there any difference between
8    the dopamine and noradrenaline systems in
9    humans that differs from rats and mice?
10       A.   Well, because their brains are
11   so different -- the brains are dramatically
12   different that the -- well, of course --
13   maybe I should -- okay.  When you say "does
14   the system differ," what's -- what do you
15   mean by the system differing?
16       Q.   Well, they both have dopamine
17   neurons, right?
18       A.   Correct.
19       Q.   They both have noradrenaline
20   neurons, right?
21       A.   Yes.
22       Q.   Is there anything about the
23   dopaminergic or the noradrenaline neurons of
24   mice and rats that differs from humans?
25       A.   You know, I don't --

Page 199

1           MS. BROWN:  Objection to the
2    form.
3           THE WITNESS:  Oh, yeah.
4    Objection to the form.
5        So, you know, I don't know if
6    anybody has ever compared human and
7    rodent catecholaminergic neurons.  And
8    by "catecholaminergic," I mean
9    dopaminergic or noradrenergic.
10   QUESTIONS BY MR. DOVEL:
11       Q.   Has there any -- withdrawn.
12       Can you cite to any study that
13   has identified a difference between humans
14   and mice and rats that would tell us that if
15   we give acetaminophen to a pregnant rat or
16   mice and it causes neurodevelopmental
17   disorders, that's not going to happen in a
18   human?
19           MS. BROWN:  Objection to the
20   form of the question.
21           THE WITNESS:  I'm just reading
22   your question again to make sure I get
23   it right.
24       So there's no study that has
25   created a neurodevelopmental disorder

Page 200

1    in a rat or a mouse.  So the answer
2    is -- has to be no there.
3    QUESTIONS BY MR. DOVEL:
4        Q.   You're familiar with the use of
5    knockout mice to study ADHD?
6        A.   I am, yes.
7        Q.   There's one knockout mice or
8    mouse where they alter the genes related to
9    dopamine, and they get behaviors that are
10   similar to ADHD in humans, right?
11       A.   There are -- I guess, for
12   example, the dopamine transporter in knockout
13   mouse is one of the -- such mouse.
14       Q.   And when they take the dopamine
15   transporter in the knockout mouse and they
16   give it the medications that they give
17   people, it helps resolve the ADHD symptoms in
18   the mouse, right?
19           MS. BROWN:  Objection to the
20   form of the question.
21           THE WITNESS:  So what it
22   does -- well, I'd have to -- do you
23   have a copy of the paper we could look
24   at so I could -- I think it's
25   Gainetdinov was the first author.  I

50 (Pages 197 to 200)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 201

1    would have to see -- do you have the
2    paper?  Can I look at the paper?
3    QUESTIONS BY MR. DOVEL:
4        Q.    I don't have that.
5        A.    You don't have the paper.
6    Okay.  That's right.  I mentioned it, so,
7    right.  That's fine.  Fair enough.
8            I don't remember how they said
9    they measured ADHD symptoms, but they
10   typically -- what these studies do is
11   measure -- and I'm not saying they did this,
12   but typically what they do is they measure
13   activity level.  Something like a mouse
14   running across an open field, and they kind
15   of count the number of times it crosses
16   certain lines, and they have an index of
17   hyperactivity.
18           That's just not -- and as I
19   detail in the report, it's not a good measure
20   of ADHD.  It's just a measure of the mouse's
21   activity level.
22           And, in fact, some people use
23   activity level to index anxiety or mania.  In
24   fact, someone, I think it was Wickens, did a
25   study and found when you tried to do the same

Page 202

1    kind of measurement in ADHD kids, this kind
2    of activity in the open field, it didn't
3    actually do a good job differentiating kids
4    with ADHD from kids without ADHD.
5            So the measures themselves are
6    not -- they're not ADHD symptoms.  It's
7    typically something that's many steps away
8    from ADHD symptoms.  And importantly, and if
9    we look at the -- well, importantly, if we
10   look at the acetaminophen studies that I
11   looked at, none of these studies use what I
12   would consider to be the best validated
13   measures of -- that might be -- might be
14   related to ADHD, and even those have
15   weaknesses.  None of them used those.
16           But getting back to the
17   dopamine transporter in knockout mouse, so
18   they did show that you knock out the
19   transporter, this creates this hyperactive
20   mouse that has higher activity levels, and it
21   was normalized with treatment with
22   methylphenidate.
23           The problem with that model --
24   well, there's two of them.  One is -- it
25   hasn't -- as far as I know, it hasn't gotten

Page 203

1    very far since it was first published.  And
2    although it was a pretty prestigious journal,
3    I think it was in Science it was published,
4    and the model is essentially -- it
5    basically -- knock out basically means that
6    you -- in this case you eliminate the
7    dopamine transporter to the mouse's brain.
8    The mouse no longer has a dopamine
9    transporter.
10           And that's not the current
11   thinking about ADHD.  We -- the current
12   thinking about ADHD is that there are too
13   many dopamine transporters in the brain, not
14   that they're missing dopamine transporters.
15           And that's because
16   methylphenidate, which is a drug they used on
17   the mouse, its main mechanisms of action,
18   what it does, is it blocks the dopamine
19   transporter.  So it essentially functionally
20   reduces the number of dopamine transporters.
21           So it was a funny model that
22   way; that it -- it's supposed to be a model
23   of ADHD, but it was -- it was not really, you
24   know, consistent with these other facts that
25   we knew about ADHD.

Page 204

1        Q.    When you refer to this model of
2    ADHD, you're talking about an animal model?
3        A.    I was talking about the
4    knock -- the dopamine transporter knockout
5    mouse, yeah.
6        Q.    And the dopamine transporter
7    knockout mouse is sometimes abbreviated to
8    D-A-T or DAT knockout?
9        A.    Yes, DAT-KO sometimes, too.
10   Yeah.
11        Q.    And the DAT knockout mouse, it
12   engages in hyperactive behavior?
13           MS. BROWN:  Objection to the
14   form.
15           THE WITNESS:  Yeah.  I don't
16   recall exactly what they measured.  I
17   believe it was activity level in the
18   open field, but I just -- it's been a
19   long time since I've looked at that
20   paper.
21   QUESTIONS BY MR. DOVEL:
22        Q.    Hyperactive, right?
23        A.    Well, activity level, which is
24   different.  Hyperactivity is a symptom of
25   ADHD.  Activity level is the degree to which

51 (Pages 201 to 204)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 205

1      the mouse runs around in a certain
2      environment that's created for the mouse.
3           Q.    You knock out the certain gene,
4      it results in a mouse that engages in much
5      greater activity level as compared to other
6      mice, right?
7           A.    Compared to mice that have not
8      had the transporter knocked out.
9           Q.    When you give that mouse ADHD
10     medication, the hyperactivity goes away,
11     right?
12               MS. BROWN:  Objection to the
13          form.
14               THE WITNESS:  My recollection
15          is when you give it methylphenidate,
16          the ADHD -- the -- well, no, not the
17          ADHD.  Remember, we're not talking
18          about -- you can't create -- there's
19          no -- there is no way to create the
20          diagnosis of ADHD in a mouse.
21     QUESTIONS BY MR. DOVEL:
22          Q.    Let me withdraw and rephrase
23     that question.
24               MS. BROWN:  Wait, wait.  Wait.
25          Hang on.  He's got a finish.

Page 206

1               MR. DOVEL:  I'm going to
2          withdraw the question.
3      QUESTIONS BY MR. DOVEL:
4           Q.    Is it the case that if you give
5      this knockout mouse ADHD medication, it
6      resolves the hyperactivity symptoms?
7               MS. BROWN:  Objection to the
8          form.
9               THE WITNESS:  That's my
10          recollection, is that if you give
11          methylphenidate, which is an ADHD
12          medication, it changed the activity
13          level to be similar to the mouse that
14          had the normal dopamine transporter.
15               (Faraone Exhibit 718 marked for
16          identification.)
17     QUESTIONS BY MR. DOVEL:
18          Q.    I'm going to mark as Exhibit
19     718, acetaminophen exposure in mice and rats.
20               I've included on Exhibit 718
21     some quotes from studies that were mentioned
22     by Dr. Cabrera and quoted and cited in his
23     report.
24               At the time you wrote your
25     report, you were aware that numerous studies

Page 207

1      had found that giving acetaminophen to
2      pregnant mice or rats would produce changes
3      in the dopamine, noradrenaline and serotonin
4      systems in the mice?
5               MS. BROWN:  I object to the
6          document 718, and I object to the form
7          of the question.
8               THE WITNESS:  I was aware there
9          were studies like this, yes.
10     QUESTIONS BY MR. DOVEL:
11          Q.    Do you agree that if mice or
12     rats are given acetaminophen or exposed to
13     acetaminophen while they're still in the --
14     before they're born, while they're still
15     fetuses, that that's going to alter the
16     levels of GABA, glutamic acid, noradrenaline,
17     dopamine in the resulting offspring?
18               MS. BROWN:  I object to the
19          form of the question.
20               THE WITNESS:  So -- well, let's
21          back up a second here.
22               I have to, again, state that
23          I'm not here as an expert in the
24          neurobiology of acetaminophen effects
25          in a mouse or the rat.  I'm here as an

Page 208

1          expert in ADHD, and I could certainly
2          talk to you about my experience.
3               The main focus of my report was
4          on the ability to measure symptoms of
5          ADHD in the rat and the mouse model,
6          and also to explain why I thought that
7          the rodent brain was insufficiently
8          similar to the human brain to be
9          useful for drawing plausible
10          biological conclusions for the
11          purposes of a Bradford Hill analysis.
12     QUESTIONS BY MR. DOVEL:
13          Q.    Okay.  I still need an answer
14     to my question.
15               Do you want me to give it to
16     you again?
17          A.    Give it to me again.
18          Q.    Sure.
19          A.    Yeah.  Sorry.  I just needed to
20     give you some context there.
21          Q.    I'll rephrase it.
22               When you wrote your report,
23     were you aware -- withdrawn.
24               Do you agree that in the
25     studies where rats and mice are exposed to

52 (Pages 205 to 208)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 209

1  acetaminophen in utero that it results in
2  offspring that have altered levels of GABA,
3  glutamic acid, noradrenaline and dopamine?
4      MS. BROWN:  Same objection.
5  Same question.
6      THE WITNESS:  That's my
7  understanding, that these studies have
8  found those types of things.
9      But not having, you know, these
10  studies to look at right now, I can't
11  kind of evaluate those sentences that
12  are on the screen.  That's what the --
13  that's what the sentences say that are
14  in front of me.
15  QUESTIONS BY MR. DOVEL:
16     Q.    Those are the same
17  neurotransmitters that are implemented -- or
18  implicated in causing ADHD, right?
19     MS. BROWN:  Object to the form
20  of the question.
21     THE WITNESS:  The strongest
22  ones are the noradrenergic and
23  dopaminergic systems.  There's less
24  strong evidence for the other -- more
25  scattered, less certain evidence for

Page 210

1  the others.
2  QUESTIONS BY MR. DOVEL:
3     Q.    Those are the ones that are
4  implicated in the etiology, the cause, of
5  ADHD, right?
6     MS. BROWN:  I object to the
7  form of the question.
8     THE WITNESS:  Well, I would say
9  the leading candidates are
10  noradrenergic and dopaminergic.
11  Scientists will have discussions about
12  the degree to which serotonin and
13  glutamate and GABA are involved.  But
14  there are some -- I would say a low --
15  a much lower level of certainty.
16  QUESTIONS BY MR. DOVEL:
17     Q.    Knowing that we have these many
18  studies with mice and rats, controlled
19  studies that show these changes in the brains
20  of mice and rats and resulting changes in
21  neurotransmitter systems, are you comfortable
22  telling women that it's perfectly fine for
23  them to take acetaminophen when they're
24  pregnant?
25     MS. BROWN:  Multiple bases I

Page 211

1  object to the form of that question.
2      THE WITNESS:  Okay.  So in
3  my -- as I've mentioned before, I'm
4  not a physician, so I don't counsel
5  pregnant women about using -- well, I
6  don't counsel pregnant women, period,
7  so it's -- the question really isn't
8  relevant to me.
9  QUESTIONS BY MR. DOVEL:
10     Q.    Have you ever given advice to
11  pregnant women about acetaminophen and ADHD?
12     MS. BROWN:  Objection to the
13  form of the question.
14     THE WITNESS:  It does appear in
15  at least one, maybe two -- well, one
16  blog that I wrote a while back, yes.
17  QUESTIONS BY MR. DOVEL:
18     Q.    Okay.  Knowing that -- having
19  done the study, seen these mice and rats
20  studies, are you comfortable saying, it's
21  perfectly fine, take as much Tylenol as you
22  want when you're pregnant; it won't have any
23  impact on your child?
24     MS. BROWN:  Objection to the
25  form.

Page 212

1      THE WITNESS:  Well, okay.  I
2  would -- first of all, if I was
3  approached on the topic, I would say,
4  ask your doctor about it.  I'm not
5  going to say, take as much Tylenol as
6  you want.  I'm not going to
7  say anything like -- I'm going to say,
8  ask your doctor about it.
9      My understanding from reading
10  some of the, you know, consensus
11  statements and reports from the
12  different associations that
13  currently -- they don't say take as
14  much Tylenol as you want.  They say
15  something else.  They say it's okay to
16  take Tylenol but limited dosage or
17  something like that.  I don't know the
18  exact format.
19      But I'm not -- as I said, I'm
20  not talking to -- counseling women,
21  pregnant women, about their use of
22  Tylenol.
23      (Faraone Exhibit 719 marked for
24  identification.)
25

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 213

1    QUESTIONS BY MR. DOVEL:
2        Q.    719, Principles of statistical
3    tests and p-values.
4            Do you sometimes give tests to
5    your students?
6            MS. BROWN:  I object to 719,
7        and I object to any questions
8        regarding this true-or-false document.
9            MR. DOVEL:  Limit it to form,
10       please.
11           MS. BROWN:  I object to the
12       form of 719.
13   QUESTIONS BY MR. DOVEL:
14       Q.    Do you sometimes give tests to
15   your students?
16       A.    Well, I for -- well, the last
17   15 years of -- I don't give tests in the
18   sense of, you know, true/false tests to
19   students.
20           I work primarily -- I shouldn't
21   say primarily.  Well, okay.
22           My -- I work essentially with
23   graduate students that want to work with me
24   and do research.  I don't give them tests of
25   this sort.  I mean, they do have to pass like

Page 214

1    a doctoral dissertation exam where they, you
2    know -- they're asked about things.
3            That's a test of sorts, but
4    it's not a written test here.
5        Q.    Do you understand what a
6    true/false test is?
7        A.    I do, yes.  Yes.
8        Q.    Let's take a look at these,
9    number 1.  "A p-value greater than .05 means
10   that no effect was observed."
11           True or false?
12           MS. BROWN:  I object to the
13       form of the question.
14           THE WITNESS:  Am I taking this
15       test now?  I'm sorry.  I don't
16       understand.
17           MS. BROWN:  No, you're not here
18       to take a test.
19           THE WITNESS:  I'm sorry.
20           MR. DOVEL:  You're answering my
21       questions.
22           MS. BROWN:  You're just here to
23       answer questions, if you can.  If you
24       can.
25           THE WITNESS:  I'm sorry.

Page 215

1    What -- is the -- but are you asking
2    me true or false?  Is this true or
3    false?
4    QUESTIONS BY MR. DOVEL:
5        Q.    Yes.
6        A.    Okay.
7            MS. BROWN:  And I will object
8        to the form of the question that is
9        asking for a true or false.
10           THE WITNESS:  Okay.  And I will
11       say it -- it depends on how that
12       p-value -- the p-value that's been
13       recorded in the paper and what
14       actually was done in that paper.
15       It -- did they correct for multiple
16       testing?  Did they not correct for
17       multiple testing?
18   QUESTIONS BY MR. DOVEL:
19       Q.    Let's suppose --
20           MS. BROWN:  Wait.  Were you
21       finished?
22           THE WITNESS:  I'm done for now,
23       so we can --
24   QUESTIONS BY MR. DOVEL:
25       Q.    Let's suppose we've got an

Page 216

1    accurate analysis that's been appropriately
2    corrected, and .05 would be the right value
3    for statistical significance, if there was
4    statistical significance.
5            Is it true or false that a
6    p-value greater than .05 means that no effect
7    was observed?
8            MS. BROWN:  I object to the
9        form of the true/false question.
10           THE WITNESS:  All right.  So
11       if -- let me restate it, and we can
12       agree on the -- restating it this way.
13           If someone does a study where
14       there's one primary outcome, like an
15       FDA registration trial where we say,
16       okay, I'm going to -- I'm going to see
17       if my drug changes the ADHD rating
18       scale, and that's my -- that's the bet
19       I'm making on this study, then the
20       p-value of .05 is appropriate.
21           If the p-value is less than
22       .05, it means that we can reject the
23       null hypothesis, meaning that -- the
24       null hypothesis being that the drug
25       does not help people with ADHD.

54 (Pages 213 to 216)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 217

1      If the p-value is greater than
2  .05, we cannot reject the null
3  hypothesis. That's the technical
4  definition of that p-value.
5  QUESTIONS BY MR. DOVEL:
6      Q.   Does that mean that no effect
7  was observed?
8      MS. BROWN: Objection to the
9  form of the question. It's the same
10 question.
11     THE WITNESS: Well, it's not --
12 well, when you say "no effect," what
13 do you mean by "effect" here?
14 QUESTIONS BY MR. DOVEL:
15     Q.   If you're measuring for an
16 effect, cause and effect.
17     A.   Well, okay. So we go back to
18 the -- I'm just going to use the drug trial
19 example because that's typically where -- one
20 of the few places where 05 is meaningful
21 because there's one primary outcome, if there
22 is.
23     It means that -- okay. So I
24 think by effect, you mean what's the point
25 estimate of -- in this case the difference

Page 218

1  between two groups.
2      Okay. So it doesn't mean that
3  that difference -- the observed difference
4  was zero. It could be different than zero.
5  It could be less than zero. It could be more
6  than zero.
7      It just means that the size is
8  too small relative to the variability for us
9  to be able to conclude that the drug works.
10     Q.   Let's look at question 3. "If
11 the result of a study has P greater than .05,
12 that means the study found no association and
13 no evidence of an effect."
14     True or false?
15     MS. BROWN: I object to the
16 form of the true/false question.
17     THE WITNESS: What it means, if
18 the P is greater than .05, it means
19 that -- that it's -- if they found --
20 well, let's talk about the effect.
21     You're not telling me what the
22 effect was, so it's the same as the
23 clinical trial we talked about. You
24 could have a -- in this case the
25 association, typically, the null

Page 219

1  effect is 1.
2      It doesn't mean that the effect
3  size was 1. It just means that it was
4  too close to 1 to be able to say that
5  it was statistically significant.
6  QUESTIONS BY MR. DOVEL:
7      Q.   Would you say that the study
8  found no association?
9      MS. BROWN: I object to the
10 form of that question. It's the same
11 question.
12     MR. DOVEL: Ally, you're going
13 to have to keep your objections to
14 "objection, form." You can stop
15 coaching this witness.
16     MS. BROWN: That's an improper
17 suggestion. The form of that question
18 is improper, as was the form of the
19 previous question.
20     THE WITNESS: Repeat the
21 question, please. Or I can read it
22 back here.
23 QUESTIONS BY MR. DOVEL:
24     Q.   Yeah.
25     If the result of a study has P

Page 220

1  greater than .05, does that mean that the
2  study found no association?
3      MS. BROWN: Object to the form
4  of that question.
5      THE WITNESS: Well, it means it
6  found no association in the sense that
7  if it's properly reported, the
8  investigators will say, we did not
9  find a statistically significant
10 association, so they can't conclude
11 that there is an -- they cannot
12 conclude an association exists.
13     They may report that there's an
14 odds ratio of 1.1, let's say, but they
15 also have to conclude that that
16 association is -- is not different
17 from zero in terms of the statistical
18 tests.
19 QUESTIONS BY MR. DOVEL:
20     Q.   Which means we don't know one
21 way or the other? You can't say, hey,
22 there's no association, right?
23     MS. BROWN: I object to the
24 form of the question.
25     THE WITNESS: Well, the

55 (Pages 217 to 220)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 221

1    proper -- well, I would say that the
2    proper -- the proper conclusion is --
3    let me think the way you phrased that.
4    Let me look at it again.
5         This means we know -- you know,
6    but we do, right, because we have to
7    compare it to the other outcome?  If
8    it -- if it's -- if the p-value is
9    less than .05, then we conclude that
10   there is statistically significant
11   association and that the study
12   supports the idea that for whatever is
13   being studied, that there is -- there
14   is an association.
15        So when it's less than .05, we
16   can conclude the opposite.  There's
17   two different conclusions, right?  You
18   can't -- you don't get the same
19   conclusion from P greater than less
20   .05.
21        And it's -- if you don't -- if
22   you don't achieve your alpha level,
23   you have to say, I cannot conclude
24   that there's an association.
25        If it's -- you do achieve your

Page 222

1    alpha level, you concluded that you
2    found an association.
3         (Faraone Exhibit 730 marked for
4    identification.)
5    QUESTIONS BY MR. DOVEL:
6         Q.   I'm going to mark as
7    Exhibit 730 an excerpt from Dr. Baccarelli's
8    rebuttal report.
9         MS. BROWN:  I'll object to the
10   incomplete nature of Exhibit 730.
11        THE WITNESS:  Okay.  Let's see.
12   QUESTIONS BY MR. DOVEL:
13        Q.   If you look at the second page
14   of this document, you'll see, it's page 14 of
15   Dr. Baccarelli's rebuttal, he quotes some
16   epidemiological experts discussing p-value.
17        One of the quotes he has there
18   is the misconception that a null
19   hypothesis -- null hypothesis p-value greater
20   than .05 means that no effect was observed or
21   that absence of an effect was shown or
22   demonstrated.  He says that's a mistake.
23        Do you agree with
24   Dr. Baccarelli's recitation here?
25        MS. BROWN:  I object to the

Page 223

1    form of the question and the document.
2         THE WITNESS:  Yeah.  I'm sorry,
3    I think I'm on the wrong page.
4         MS. BROWN:  Yeah.  I think
5    counsel is talking about --
6         MR. DOVEL:  Page 14.
7         MS. BROWN:  -- page 14.
8         THE WITNESS:  I don't have a
9    page 14.  Oh, I'm sorry.  It's
10   double-sided.
11        MS. BROWN:  No, it's okay.
12   Take your time.
13        THE WITNESS:  All right.  Wrong
14   page.
15   QUESTIONS BY MR. DOVEL:
16        Q.   Let me ask the question again.
17   You see in the middle of the page there's
18   some highlighted text?
19        A.   Yes.
20        Q.   There it says, "It is a mistake
21   to conclude from P point -- P greater than
22   0.05 that a study found 'no association' or
23   'no evidence' of an effect."
24        Do you agree with that?
25        MS. BROWN:  Objection to the

Page 224

1    form of the question.
2         THE WITNESS:  I see what he's
3    saying here.
4    QUESTIONS BY MR. DOVEL:
5         Q.   Okay.
6         A.   So, you know, I'm actually
7    agreeing with what he says, so that the --
8    just to kind of map out what I'm saying to
9    what he's saying here.
10        What I've said before is that
11   when the P is greater than .05 for one
12   statistical test, you cannot -- we cannot
13   reject null hypothesis, so we can't reject
14   the idea that in this case -- I'm sorry, wait
15   a second.
16        I got -- yeah.  The null
17   hypothesis is no association.  So when P is
18   greater than .05, we can't the -- we cannot
19   reject the idea that there's no association.
20        But he's correct in saying that
21   if you want to show that no effect was
22   observed, there's a different kind of test to
23   do that, which it's called an equivalence
24   test, which is infrequently used because it's
25   of low power.

56 (Pages 221 to 224)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 225

1          So we're both -- we're both
2    right, essentially, about that point.
3          Q.   Is there anything in this
4    paragraph that you disagree with?
5              MS. BROWN:  Objection to the
6    form of the question.
7              MR. DOVEL: Withdrawn. I'm
8    going to do this differently.
9              THE WITNESS: I'm sorry, my --
10             MS. BROWN: He withdrew the
11   question.
12             THE WITNESS: Ah, right. Okay.
13   Thank you.
14             MS. BROWN: We'll wait for the
15   next one.
16   QUESTIONS BY MR. DOVEL:
17         Q.   Okay. For a scientist to
18   conclude that the data in an epidemiological
19   study supports the claimed results, what are
20   some of the things that they need to look at?
21             MS. BROWN: Objection to the
22   form of the question.
23             THE WITNESS: Could you make it
24   more specific?
25

Page 226

1    QUESTIONS BY MR. DOVEL:
2         Q.   Sure.
3         A.   Are we talking about one of the
4    studies that I've reviewed or some other kind
5    of study? There's lot -- I mean, there are
6    different kinds of epidemiologic studies.
7         Q.   Yeah. Let's assume we're
8    talking about an epidemiologic study showing
9    a relationship between some environmental
10   factor and ADHD. Is -- withdrawn.
11             If a scientist is going to
12   conclude that an epidemiological study
13   addressing an environmental factor and
14   ADHD -- scientists can conclude that data --
15   data supports the conclusion, whatever the
16   conclusion of the study is, does the
17   scientist need to be satisfied that the
18   studies adequately address potential
19   confounders?
20             MS. BROWN: Objection to the
21   form of the question.
22             THE WITNESS: Yes.
23   QUESTIONS BY MR. DOVEL:
24         Q.   What other studies would
25   scientists want to examine to be satisfied

Page 227

1    that a study was reliable and could be
2    quoted?
3         A.   Well, you certainly want to
4    assess what confounding and biases,
5    differential misclassification bias.
6    Selection -- selection biases would be
7    another one.  They are laid out in the report
8    there.
9              You would want to be sure that
10   the study itself was -- well, they're not
11   really design studies, because these studies
12   typically use preexisting databases, but that
13   the approach to using this preexisting
14   database was within, you know, reasonable
15   scientific practice.
16             And that typically involves how
17   they selected people for the study from the
18   larger database, what type of analyses they
19   ran on the -- on the larger database.  Those
20   are all the things, of course, that are in
21   the method section of these papers.
22         Q.   Before a scientist can conclude
23   that the results of an epidemiological study
24   are empirically supported by strong evidence,
25   do they need to determine that the study

Page 228

1    adequately accounted for potential
2    confounders?
3              MS. BROWN: Objection to the
4    form.
5              THE WITNESS:  Well, so here
6         there's a little bit of vagueness in
7         the question, right.  So you're
8         saying -- so if you mean by the
9         results, if you're talking about the
10        report of association, is that what
11        you mean?
12   QUESTIONS BY MR. DOVEL:
13        Q.   Yes.
14        A.   Okay. So if somebody -- if I
15   read an epidemiological study and they say,
16   okay, report of association is 1.2, it's
17   statistically significant, and I'm satisfied
18   with other aspects of the study, then I will
19   look at that and say, okay, this looks like
20   we got a report of a significant association
21   that may be confounded.
22             So that the fact that it's
23   confounded -- the fact that it's confounded
24   doesn't invalid -- invalidate the statistical
25   test.  It just means that the odds ratio or

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 229

1   the risk ratio that they computed might
2   indicate confounding as opposed to causality.
3        Q.    Well, but if -- I'm going to
4   the next step.  Let's suppose you're trying
5   to find studies that you think -- where the
6   results are strongly supportive; that is,
7   they take into account of confounders and
8   biases.
9            In that circumstance, you're
10  going to have to examine the study, make
11  certain that they -- the studies adequately
12  addressed all confounders and potential
13  residual confounders as well as biases,
14  right?
15           MS. BROWN:  Objection to the
16      form of the question.
17           THE WITNESS:  Well, yes.  And
18      that I would -- in all of these
19      observational epidemiologic studies,
20      we want to evaluate those issues.
21  QUESTIONS BY MR. DOVEL:
22      Q.    If a study is subject to
23  unmeasured confounders or biases, would you
24  conclude that the study is strong evidence of
25  an association?

Page 230

1            MS. BROWN:  Objection to the
2       form.
3            THE WITNESS:  Well, first, I
4       mean, to conclude it's strong evidence
5       depends on the study itself, right?
6            The -- I don't know -- this is
7       a hypothetical study, so I don't know
8       any of the details.  So, you know, I
9       can't say strong, weak or otherwise.
10           The issue of unmeasured
11      confounding is a well-known problem
12      in observational epidemiology.  It
13      affects basically every study.
14           It's -- for every study,
15      there's potentially -- well,
16      there's unmeasured confounds that are
17      known confounds, and that's a real
18      problem, such as -- so, for example,
19      in some of the studies that I
20      reviewed, confounding by indication,
21      confounding by genetics or maternal
22      ADHD, were confounds that were not
23      used.
24           Then there's unmeasured
25      confounding that -- of confounds we

Page 231

1   don't even know about, and that's of
2   course impossible to adjust for, and
3   that's one of the reasons why
4   observational epidemiology is
5   considered to be -- these studies are
6   considered to be -- well, which is why
7   they always draw cautious conclusions.
8        And the smaller the risk ratio,
9   the more cautious one gets because as
10  the risk ratio gets small, the
11  likelihood that a confound explains
12  the results increases.
13       So, for example, in the
14  meta-analyses -- I think it was
15  Mesar -- Masarwa, I can't pronounce
16  the name, and I think also -- I think
17  Ricci both did an analysis where they
18  basically show that given the pooled
19  effect size, the pooled risk ratio,
20  which is roughly, let's say, 1.2, 1.3,
21  in those studies, that it would only
22  take a confound that had a risk ratio
23  effect on both the -- the exposure and
24  the outcome, the confounded with a
25  risk ratio of about 2 to totally erase

Page 232

1   the association.
2        And so, for example, the -- you
3   know, the maternal ADHD, the risk
4   ratio for that and ADHD is about 30 in
5   probably the best study that's
6   available.  And so that is a reason
7   why I view the -- I -- that's the
8   reason why I view and my report says
9   that the non -- not correcting for
10  confounding is a very serious problem
11  with trying to draw conclusions about
12  causality from these studies.
13  QUESTIONS BY MR. DOVEL:
14      Q.    If an epidemiological study
15  fails to correct for known confounders, can
16  it still be strong evidence of an
17  association?
18      A.    If it fails to correct for
19  known confounders.  If it's -- if the risk
20  ratio was -- is large enough, then you would
21  begin to think -- I mean, Bradford Hill
22  basically tells us that, you know, when the
23  risk ratio is -- gets larger, we're less
24  worried about the correction for confounds.
25           And he and everybody recognizes

58 (Pages 229 to 232)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 233

1    that sometimes you can't correct for known
2    confounds, and so we're stuck -- you know,
3    we're kind of stuck with observational
4    epidemiology with -- we have studies that
5    aren't, you know, sometimes the best study.
6    And then you look at some of the details.
7            And so, I mean, here he talks
8    about -- when he talks about large effects,
9    he's talking about things that range from
10   like 10 to 200.
11       Q.    Well, let's make the question
12   about lower risk ratio.
13       A.    Yeah.
14       Q.    Assume we've got an
15   epidemiological study with a risk ratio of 2
16   or less.  If it does not appropriately
17   correct for known confounders, can that still
18   be strong evidence of an association?
19       A.    No, that's pretty clear.
20   Bradford Hill more or less says that or
21   implies that in his paper.
22       Q.    In your view, there's an
23   epidemiological study that reports a risk
24   ratio of less than 2.  If it's strong
25   evidence, that means it's going to correct

Page 234

1    for known confounders?
2            MS. BROWN:  Objection to the
3    form.
4            THE WITNESS:  Well, again, we
5        also -- you know, we have to back up a
6        second and say, what do you mean by
7        "strong" here.
8    QUESTIONS BY MR. DOVEL:
9        Q.    In your view strong.
10       A.    Well, the problem with the
11   words like "strong" is that it means
12   different things in different settings.
13           So sometimes it's used
14   colloquially.  It just means impressive.
15   It's an impressive piece of work.
16           Sometimes strong means, hmm,
17   you know, this is a large -- this is a large
18   odds ratio and that's -- it's used actually
19   to quantify the magnitude of the odds ratio.
20           So, for example, in the -- what
21   we call the International Consensus Statement
22   on ADHD that I cited in the report, we give
23   guidelines for weak, moderate and strong
24   effects.  We give them on the -- what's it
25   called?  The -- we give them in the metric of

Page 235

1    something which is known as standardized mean
2    difference, but that's translatable
3    mathematically into odds ratios.  And it's
4    roughly -- it's roughly, you know, the -- we
5    call a large effect or a strong effect is
6    something that's in the range of 3 or 4.
7            So that's how I -- so if we --
8    as a group, we came down on this as a -- and
9    which I agree with.  I think that's a
10   reasonable -- a reasonable metric.  And it's
11   consistent with other -- and I've quoted some
12   other experts in the field about what's --
13   you know, kind of what's their threshold for
14   small or large and, obviously, every
15   threshold, people have slightly different --
16   slightly different views, but the experts
17   that I've seen, they kind of all agree that
18   around 3 or 4 is reasonable for large.
19           And even -- you know, Bradford
20   Hill doesn't give an exact threshold.  All we
21   know for sure is that he says that 2 is -- 2
22   is too low to be taken too seriously without
23   dealing with confounds.
24       Q.    What is a negative control?
25       A.    So the concept of a negative

Page 236

1    control comes from experimental science where
2    you have -- you can actually create real
3    control groups.  Negative control is
4    typically lacking some feature that we -- you
5    see in your active group.  You have an active
6    group.  You have a control group and then --
7    I'm sorry.  You have a negative control,
8    which you're -- well, it can -- it can -- in
9    experimental science, it can mean many -- a
10   number of different things.
11           So in some of the genomic
12   studies, we might use, we're you're trying to
13   do a study of -- say, you know, looking at
14   gene expression in, say -- I'm making this
15   up, right -- for ADHD versus some other
16   group, you might have a negative control.
17   Some group where you expected not to see gene
18   expression, based upon your -- what you --
19   how you exposed -- whatever samples you were
20   studying, whatever cells typically -- you're
21   exposing cells or you're studying cells that
22   have some genetic variant.
23           It's also -- it's been ported
24   into observational epidemiology and with the
25   acetaminophen studies we see negative

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 237

1  controls as maternal use of acetaminophen
2  before and after pregnancy, paternal use of
3  acetaminophen -- yeah, paternal use of
4  acetaminophen.
5          And as I said in the report,
6  I'm not a big fan of negative controls.  Now,
7  look, I'm not an epidemiologist.  I know the
8  epidemiologists think they're great, but I'm
9  not a big fan of negative controls in
10  epidemiology, in observational epidemiology,
11  the kind of studies we're talking about here.
12  Because what we have is you have -- we'll
13  call it the main study, which is already
14  subjected to confounding, and then you end up
15  creating another study, which itself is
16  subjected to confounding.  And so you're
17  dealing with, like, two layers of confounding
18  and --
19          Q.   I just asked you what they
20  were, sir.
21          MS. BROWN:  Yeah, but we've got
22  to let him answer, please.
23          THE WITNESS:  Well, but I do
24  understand that and I --
25          MR. DOVEL:  We're moving on to

Page 238

1  a different topic.
2          MS. BROWN:  I know, but he has
3  to finish his answer.
4          THE WITNESS:  I'm trying to --
5  I'm trying to explain how I view --
6  I'm using negative controls in my
7  report, so --
8  QUESTIONS BY MR. DOVEL:
9          Q.   I didn't ask that.
10          A.   Yeah, well --
11          MS. BROWN:  Okay.  But whatever
12  you asked, this is how he's answering
13  it, so let's let him do that.
14          MR. DOVEL:  No, he said
15  literally he's answering a different
16  question now.
17          So let me give you a different
18  question.
19          THE WITNESS:  Fair enough.  I
20  did switch to -- that's fair enough.
21  I did switch to a different question.
22  QUESTIONS BY MR. DOVEL:
23          Q.   Do you agree, sir, that
24  epidemiologists in general conclude that if
25  you've got a valid negative control, that can

Page 239

1  control for confounding?
2          MS. BROWN:  Objection to the
3  form of the question.
4          THE WITNESS:  In general,
5  that's -- I would agree with that
6  statement.
7  QUESTIONS BY MR. DOVEL:
8          Q.   Here, you didn't think that
9  there was a valid negative control, right?
10          MS. BROWN:  Objection to the
11  form.
12          THE WITNESS:  So it's --
13  that's -- it's not exactly what I said
14  in the report.  May I pull the report
15  out to -- so we can actually look at
16  what I said?
17  QUESTIONS BY MR. DOVEL:
18          Q.   Yeah, I'm going to pull up the
19  words here and discuss it with you.
20          A.   But can I actually look at the
21  report so I can see the context?
22          Q.   Yeah, I'm going to -- I'm going
23  to get that for you.
24          MS. BROWN:  Sure, you have it
25  in front of you.

Page 240

1          THE WITNESS:  Am I allowed to
2  just look at this whenever I want to?
3          MS. BROWN:  Yeah, go ahead.
4  Sure.  That's why you have it.
5          THE WITNESS:  Okay.
6  All right.  I've got to find
7  it.  I've got to find it.
8  QUESTIONS BY MR. DOVEL:
9          Q.   On page 74, page 137.
10          A.   137.  I am there.  Okay.
11          Q.   73.
12          A.   Okay.  It -- so, yeah, this
13  basically says in different words what I just
14  said before.
15          Q.   All right.  Let's talk about,
16  in paragraph 137, at the -- so go over to
17  page 74, you'll see the very last part of
18  137.
19          (Faraone Exhibit 701 marked for
20  identification.)
21  QUESTIONS BY MR. DOVEL:
22          Q.   For the record, I'm going to
23  mark -- this is your amended report I'm
24  looking at, and we'll mark this as
25  Exhibit 701.

60 (Pages 237 to 240)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 241

1    A.   I'm sorry, you said -- I think
2  you didn't mean 74. 77, maybe?
3    Q.   Page 74 --
4        MS. BROWN: It looks like --
5  I'm sorry. You have the expert report
6  and counsel has the amended expert
7  report, so the paragraphs may not
8  be --
9        MR. DOVEL: We'll give you a
10  copy of your amended report.
11  QUESTIONS BY MR. DOVEL:
12    Q.   Page 74, you say, "As a result,
13  maternal ADHD and its attendant genetic risk
14  may be more common in women who use
15  acetaminophen during pregnancy as opposed to
16  those who only use acetaminophen outside of
17  pregnancy."
18        Do you cite any evidence that
19  maternal ADHD is more common in women who use
20  acetaminophen during pregnancy as opposed to
21  women who only use acetaminophen outside of
22  pregnancy?
23    A.   Yeah, that is just my expert
24  opinion based upon my knowledge of ADHD. I'm
25  not citing here anything here as a -- it's

Page 242

1  not meant to be a citation of an empirical
2  study. I'm just -- I'm giving this as an
3  example of a -- of a confound that could
4  occur.
5        We do know from other work that
6  there are differences documented between
7  women who use acetaminophen before and after
8  pregnancy. I think the Stergiakouli paper
9  documents that. But this is one -- I'm just
10  giving the example of an ADHD relevant -- a
11  potential ADHD relevant.
12    Q.   Well, what you point to is that
13  patients with ADHD are more likely to take
14  actions without fully considering potential
15  risks and to be inattentive to physician
16  recommendations, right?
17    A.   Yes.
18    Q.   And that's true, right?
19    A.   In general, people -- patients
20  with ADHD are impulsive and inattentive, and
21  it leads to -- it can lead to this kind of
22  behavior, yes.
23    Q.   Let's go look at 792 on the
24  ELMO again.
25    A.   Oh, gosh.

Page 243

1        MS. BROWN: Same objections.
2  QUESTIONS BY MR. DOVEL:
3    Q.   If we have somebody who is
4  attentive to the doctor's recommendation,
5  they're more likely to take Tylenol or
6  something else if they've got fever or
7  headache, right?
8        MS. BROWN: Well, I object to
9  that. He didn't agree to that.
10        THE WITNESS: Yeah, I think my
11  recollection is that I decided that --
12  well, what I said, I should say, about
13  this was I'm being asked hypothetical
14  questions about two hypothetical
15  people, and I'm not comfortable
16  answering those kinds of questions.
17  It just needs -- I need to speculate
18  about things to do that.
19  QUESTIONS BY MR. DOVEL:
20    Q.   Well, sir, in your report, you
21  stated your opinion on this, and it's just
22  false, right?
23        You said in your report that
24  women who -- with ADHD who take actions that
25  are -- without considering risk and are

Page 244

1  attentive, you said they're going to take
2  acetaminophen?
3        MS. BROWN: Objection to the
4  form of the question.
5  QUESTIONS BY MR. DOVEL:
6    Q.   Isn't it the case that women
7  who are inattentive to physician
8  recommendations are more likely to take
9  something other than acetaminophen?
10        MS. BROWN: Objection to the
11  form of the question.
12        THE WITNESS: So you're saying
13  women with ADHD would be more likely
14  to take acetaminophen?
15  QUESTIONS BY MR. DOVEL:
16    Q.   Sir, a woman with ADHD, a
17  person who is inattentive to the physician's
18  recommendations, who acts without fully
19  considering risks, they're more likely to
20  take aspirin, Advil or Aleve than a woman who
21  is attentive to a doctor's recommendation,
22  right?
23        MS. BROWN: Same objection to
24  the form of these questions.
25        THE WITNESS: Well, I'm giving

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 245

1  an example of what I think, and
2  it's only an example, and it's -- I'm
3  not -- I'm not saying that this --
4  again, this is not a citation of
5  something --
6  QUESTIONS BY MR. DOVEL:
7      Q.   It's just speculation?
8          MS. BROWN:  Wait. Wait. He's
9  got to finish.
10         THE WITNESS:  I wouldn't call
11  it speculation. I would say it's
12  based upon my knowledge of ADHD,
13  particularly ADHD in adults, which is
14  also an area of my research.
15  QUESTIONS BY MR. DOVEL:
16     Q.   And applying your common sense?
17         MS. BROWN:  Please, sir. Let
18  him finish.
19         THE WITNESS:  It's not really
20  common -- I wouldn't call it common
21  sense. I would call it the knowledge
22  of the nature of ADHD and how it
23  affects people, and it led me to that
24  conclusion. There's no citation.
25  Clearly, I'm not saying that this was

Page 246

1  a finding, and I do understand that
2  that makes it weaker because
3  it's based -- it's just an expert
4  opinion, but that's what I was asked
5  to do, to give expert opinions here.
6  QUESTIONS BY MR. DOVEL:
7      Q.   Okay. Well, let's take a look
8  at 782, sir.
9          Do you agree that we've got a
10  woman who is inattentive to doctor's
11  recommendations and does not consider fully
12  potential risks, that's more likely to be
13  someone who has ADHD, right?
14         MS. BROWN:  I object to the
15  form of the question and the document.
16         THE WITNESS:  Well, I think
17  I've already -- I've already completed
18  this document, so that I just --
19  you've got two hypothetical people
20  here, and I'm just not comfortable
21  answering that question.
22  QUESTIONS BY MR. DOVEL:
23     Q.   Well, sir, it's written right
24  in your report.
25         "Patients with ADHD are more

Page 247

1  likely to take actions without fully
2  considering potential risks and to be
3  inattentive to physician's recommendations."
4          You wrote those words, didn't
5  you?
6          MS. BROWN:  Well, I object to
7  the incomplete reading of the
8  sentence.
9          THE WITNESS:  Let's hold on a
10  second. Let me give this some thought
11  here.
12  QUESTIONS BY MR. DOVEL:
13     Q.   The question pending is, did
14  you write these words, yes or no?
15         MS. BROWN:  That wasn't the
16  question pending.
17         THE WITNESS:  No, you're -- I
18  think you're asking me to explain --
19  QUESTIONS BY MR. DOVEL:
20     Q.   No. No. I'm asking, did you
21  write these words?
22     A.   Well, yes, I wrote the words.
23  Of course I wrote the words.
24     Q.   Well, it's a very easy answer
25  then, isn't it?  Yes?

Page 248

1          MS. BROWN:  I object as
2  argumentative. He's answering your
3  questions, again, about the same --
4  QUESTIONS BY MR. DOVEL:
5      Q.   Is it true, sir, that a patient
6  with ADHD are more likely to take actions
7  without fully considering potential risks and
8  to be inattentive to physician
9  recommendations?  Is that true?
10     A.   So I'm -- this is not what my
11  report says, okay. My report is -- that
12  sentence that you've got there is not a
13  sentence in my report.
14     Q.   Okay. Just answer my question,
15  sir.
16         MS. BROWN:  He's doing that.
17  QUESTIONS BY MR. DOVEL:
18     Q.   Do you want me to repeat the
19  question? I'll give it to you one more time.
20  Is it true, sir --
21         MS. BROWN:  He already answered
22  it.
23         THE WITNESS:  I understand.
24  You're saying, is the second line
25  there -- is true; is that the --

62 (Pages 245 to 248)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 249

1     essentially the question?
2     QUESTIONS BY MR. DOVEL:
3         Q.   Is it true, sir, that "Patients
4     with ADHD are more likely to take actions
5     without fully considering potential risks and
6     be inattentive to physician recommendations,"
7     Faraone report, page 74?
8             Is that a true statement, yes
9     or no?
10            MS. BROWN:  Objection to the
11    form.
12            THE WITNESS:  Yes, what I've
13    said there, that's -- yes.  That --
14    you're reading the sentence on
15    page 74?
16    QUESTIONS BY MR. DOVEL:
17        Q.   Yeah.
18        A.   Yes.
19        Q.   In using, sir, your knowledge
20    about ADHD -- withdrawn.
21            And based on that knowledge,
22    you were willing to speculate about whether
23    those women would be more likely to take
24    acetaminophen, right?
25            MS. BROWN:  Objection to the

Page 250

1     form.  Argumentative.
2             THE WITNESS:  I was willing
3     to offer my expert opinion about what
4     mothers would do, yes.
5     QUESTIONS BY MR. DOVEL:
6         Q.   Mothers would do with regard to
7     taking acetaminophen, right?
8             MS. BROWN:  Objection to the
9     form.
10            THE WITNESS:  As an example of
11    a potential problem with negative
12    controls.
13    QUESTIONS BY MR. DOVEL:
14        Q.   Right.
15            So, sir, if we've got a woman
16    who's inattentive to physician
17    recommendations, does not consider potential
18    risks, is that woman, on average, more likely
19    to take aspirin, Advil and Aleve than a woman
20    without ADHD?
21            MS. BROWN:  Objection to the
22    same question.
23            THE WITNESS:  Okay.  I -- what
24    I'm saying -- okay.  Let me -- maybe I
25    can -- what I'm saying here is that if

Page 251

1     a woman -- if you have ADHD, you're --
2     one of the -- one of the -- not
3     everybody with ADHD, but some people
4     with ADHD are more likely to be
5     risk-takers.
6     QUESTIONS BY MR. DOVEL:
7         Q.   A risk-taker would be somebody
8     who would take aspirin, Advil or Aleve when
9     they're pregnant, right?  Going against the
10    doctor's advice?
11            MS. BROWN:  I object to the
12    form of the question.
13            THE WITNESS:  Well, let me just
14    reread this.
15    QUESTIONS BY MR. DOVEL:
16        Q.   Well, let me give you a
17    different question, sir.
18        A.   I do see your point now.  I see
19    your point now.  I do get your point now.
20    Let me just --
21        Q.   Well, are you willing to be a
22    truth seeker and just agree with me?
23            MS. BROWN:  I object to the
24    form of the question.
25            THE WITNESS:  Well, I --

Page 252

1     QUESTIONS BY MR. DOVEL:
2         Q.   Or do you want to continue to
3     minimize?
4             MS. BROWN:  I object.
5             Let's be polite and
6     professional, please.  I'm sure you're
7     not suggesting he's doing anything but
8     truthfully and accurately answering
9     your questions.
10            MR. DOVEL:  I'm not going to
11    agree with you there.
12            MS. BROWN:  Well, I object to
13    the way you're treating the witness.
14    Let's be professional.
15            THE WITNESS:  So what I'm
16    telling you is that I'm trying to read
17    this here and look at this, but at the
18    same time you keep repeating questions
19    which makes it almost impossible for
20    me to kind of process here.  What
21    you're --
22    QUESTIONS BY MR. DOVEL:
23        Q.   Okay.  Let me give you a very
24    simple question.
25            MS. BROWN:  You're interrupting

Golkow Litigation Services

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 253

1    him.  You're interrupting him.
2        THE WITNESS:  You're
3    interrupting.
4    QUESTIONS BY MR. DOVEL:
5        Q.   Well, you need to let me give a
6    question to answer then.
7        A.   Well, I have a question here.
8    The question is, you know, you're -- you are
9    suggesting that there's something here that
10   is incorrect, and I'm taking that seriously,
11   but I want to read it carefully because I did
12   my -- I did -- as I'm writing this report, I
13   did my darnedest to try to make it, you know,
14   as accurate as possible.  If I made a mistake
15   here, I'd like to be able to figure out if
16   that's the case.
17       Q.   Let's be really concrete.  This
18   is not the chance to go over every part of
19   your report and figure out whether you made
20   mistakes.
21       MS. BROWN:  Let's ask a
22   question.
23   QUESTIONS BY MR. DOVEL:
24       Q.   I just need answers to my
25   questions.

Page 254

1        A.   I don't want to go over the
2    whole report.  I'm just talking about this
3    paragraph here.
4        Q.   Let me give you a question,
5    sir.
6        You've got a woman.  She's
7    pregnant.  She's in the doctor's office.  The
8    doctor says, you can take Tylenol, it's fine
9    when you're pregnant, it won't hurt your
10   child, but do not take aspirin, Advil or
11   Aleve, they've got risks.
12       If a woman is inattentive to
13   the doctor's recommendation and potentially
14   engages in risky behaviors, that is, has
15   ADHD, that's the sort of person that's more
16   likely to ignore the doctor's advice to take
17   Tylenol and more likely to take something
18   else than the typical woman, right?
19       MS. BROWN:  I object to the
20   form of the question.
21       THE WITNESS:  I see your
22   point -- I see your point now.  Okay.
23   I see your point.
24       So I have to say --
25

Page 255

1    QUESTIONS BY MR. DOVEL:
2        Q.   Do you agree?
3       MS. BROWN:  Well, let him
4    answer, please.
5       THE WITNESS:  Well, as I look
6    at it now, there are -- okay.  Yeah,
7    okay.  Yeah, interesting.
8       So it -- here when I'm writing
9    about risk, I'm thinking about --
10   yeah, I do see your point here.  I
11   think he would -- I'm trying to
12   recapitulate what I was thinking about
13   in this -- in this sentence here.
14       Here I was -- okay.  Hold on a
15   second.  So -- okay.  So here I'm not
16   comparing women who take acetaminophen
17   versus women who take the other
18   painkillers.
19       I'm talking about taking
20   acetaminophen before and after
21   pregnancy.  So there's -- I think we
22   have some common ground in the sense
23   of the different question -- the
24   different issues.
25       So that the -- so the doctor is

Page 256

1    going to tell the woman when -- I
2    mean, again, my -- I have to -- my
3    understanding of the current things
4    that doctors say is that, well, you
5    can take acetaminophen, but limit your
6    dose.
7       So when a mother hears that,
8    right, some mothers will decide, well,
9    they're going to take -- they're --
10   the doctor thinks it's a problem, then
11   I'm not going to take acetaminophen at
12   all.
13       But if they're more likely to
14   be a risk-taker, they're more likely
15   to take acetaminophen if it were --
16   and that -- and that might lead to
17   what I'm saying here.
18       Now, you're talking about a
19   potentially different effect, which I
20   just wasn't talking about, because I'm
21   talking about the negative control,
22   before and after, what, prepregnancy
23   and pregnancy.
24       So what you're saying here is
25   that risk-taking would lead to --

Golkow Litigation Services

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 257

1  could lead to this phenomena that
2  you're talking about here.  A
3  risk-taker would be more likely to
4  take the risky alternative versus
5  the -- versus acetaminophen in terms
6  of what the doctor is telling them.
7       So I think we're actually both
8  right in this particular instance.
9  QUESTIONS BY MR. DOVEL:
10      Q.   I'm going to put a checkmark
11  then next to that one, but let me ask you
12  about what you just said.
13       You assume that they go to the
14  doctor, and they're told to limit their
15  acetaminophen use, right?
16          MS. BROWN:  Objection to the --
17  QUESTIONS BY MR. DOVEL:
18      Q.   That was built into what you
19  said, right?  You mentioned the word "limit,"
20  right?
21          MS. BROWN:  I object to the
22  form of the question.
23          THE WITNESS:  I was -- what I
24  said to you is that I don't have the
25  exact --

Page 258

1  QUESTIONS BY MR. DOVEL:
2      Q.   Whatever the exact words are.
3      A.   -- language the doctors say.
4  Does somebody have them here?  Can we look at
5  the --
6      Q.   Yeah.  There are --
7      A.   -- their reports?
8      Q.   -- no words in the US like
9  that.  That's a European standard.
10      In the US, doctors don't tell
11  them to limit.  They say, take as much as you
12  want.
13          MS. BROWN:  Objection.
14  Objection, let's ask a question.
15  QUESTIONS BY MR. DOVEL:
16      Q.   Were you aware of that?
17          MS. BROWN:  I object to the
18  form of that question.
19          THE WITNESS:  I think we'd have
20  to pull out all of the recommendations
21  from the different associations to get
22  a sense of what is and isn't said.
23  QUESTIONS BY MR. DOVEL:
24      Q.   Were you aware that doctors in
25  general do not tell women to limit their

Page 259

1  acetaminophen intake?
2      A.   I have no idea what doctors in
3  general --
4          MS. BROWN:  Hold on.  Hold on.
5          THE WITNESS:  Okay.
6          MS. BROWN:  Because I need to
7  object --
8          THE WITNESS:  Okay.  Okay.
9          MS. BROWN:  -- to the form of
10  the question, and then you can give
11  that answer.
12          THE WITNESS:  I'm sorry.  Yeah.
13          MS. BROWN:  Go ahead.
14          THE WITNESS:  Yeah.
15      So I have no -- I have no idea
16  what doctors in general do.  All I'm
17  saying is if we want to address this
18  issue, we can look at the reports from
19  the different professional
20  associations to see what they
21  recommend.
22  QUESTIONS BY MR. DOVEL:
23      Q.   Given that you've cited nothing
24  to support this and you don't know in general
25  what doctors do, would you agree that

Page 260

1  there's -- you've got no basis to conclude
2  that patients with -- who are taking
3  acetaminophen -- or that women who take
4  acetaminophen during pregnancy are more
5  likely -- withdrawn.
6      You have no basis to conclude
7  that women with ADHD are going to take more
8  acetaminophen during pregnancy than outside
9  of pregnancy?
10          MS. BROWN:  Objection to the
11  form of the question.
12          THE WITNESS:  I don't agree
13  with the no basis comment there.  As I
14  said, the basis was my expert
15  knowledge about ADHD that has accrued
16  over a period of decades, including
17  knowledge about adult ADHD.
18  QUESTIONS BY MR. DOVEL:
19      Q.   Well, it was your knowledge
20  that you said that women are going to -- with
21  ADHD are going to take more acetaminophen
22  than other women, right?
23          MS. BROWN:  Objection to the
24  form.
25

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 261

1   QUESTIONS BY MR. DOVEL:
2       Q.   So let me back up a second.
3           I want to talk about a
4   different comparison with you.
5           MS. BROWN:  Counsel, can we
6       take our lunch break before we go into
7       something different?
8           MR. DOVEL:  I'm just finishing
9       this up.
10  QUESTIONS BY MR. DOVEL:
11      Q.   Sir, I've got another question
12  for you.  I need you to pay attention.  I've
13  withdrawn that one.
14          Okay?
15      A.   Okay.  I'm good.
16      Q.   Women with ADHD who take
17  acetaminophen when they're pregnant versus
18  women with ADHD who take acetaminophen when
19  they're not pregnant, do you have any basis
20  to conclude that there's a difference there?
21      A.   The basis I have is what I told
22  you.  It was my expert opinion that that's
23  where these words come from.  There's no --
24  that's why there's no citation.
25          And when I take a statement

Page 262

1   like this where there's no citation, it means
2   this is -- this is my expert opinion.
3       Q.   But, sir, even assuming that
4   this were right, why would that mean that a
5   woman with ADHD would take less acetaminophen
6   when they're not pregnant?  Aren't they going
7   to take the same either way?
8           MS. BROWN:  Objection to the
9       form.
10          THE WITNESS:  So part of the
11      reasoning here is that -- well, again,
12      you know, I would -- do we have -- I
13      guess I'm not allowed to look at
14      the -- these reports from associations
15      and so forth, what the recommendations
16      are?
17  QUESTIONS BY MR. DOVEL:
18      Q.   Well, I just need an answer to
19  this question, sir.
20          If we've got a woman with ADHD
21  and they take acetaminophen when they're
22  pregnant, do you have any -- withdrawn.
23          Do you have any basis for
24  concluding that the consumption rate of
25  acetaminophen by women with ADHD is different

Page 263

1   when they're pregnant than when they're not
2   pregnant?
3           MS. BROWN:  Object to the form
4       of the question.
5           THE WITNESS:  So it is, again,
6       just an opinion.  There's no data that
7       I know of, on this topic.  It's just
8       an opinion.
9   QUESTIONS BY MR. DOVEL:
10      Q.   And is it that they're going to
11  suddenly start taking more when they get
12  pregnant?
13          MS. BROWN:  Objection to the
14      form.
15  QUESTIONS BY MR. DOVEL:
16      Q.   Or less?
17          MS. BROWN:  Same objection.
18  QUESTIONS BY MR. DOVEL:
19      Q.   Or do you have no idea?
20          MS. BROWN:  Objection to the
21      form.
22          THE WITNESS:  So I'm trying to
23      recreate the reasoning behind this
24      when I wrote the report.  That's why I
25      paused for a second.

Page 264

1           The reasoning comes roughly as
2   this, okay?  Women who are pregnant --
3   and I'm not -- not saying I'm an
4   expert in this area, but I just happen
5   to know from having three children of
6   my own.  Women who are pregnant are
7   told to avoid lots of things by their
8   doctors.
9           Now, my recollection from some
10  of the things like -- you know, even
11  the Bauer consensus statement and so
12  forth recommends limiting the dose and
13  so forth.  There's some -- there's a
14  lot of stuff out there about
15  recommendations about limiting amount
16  of acetaminophen -- the amount of
17  acetaminophen.  That someone who is
18  more likely to take risks is more
19  likely to ignore that.
20          And they're more likely to do
21  that -- the risky part, of course, is
22  during pregnancy.  They're more likely
23  to ignore that.
24          And so that would -- if that --
25  if that occurs, it would increase

66 (Pages 261 to 264)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 265

1    their likelihood of taking
2    acetaminophen during pregnancy because
3    they're risk-takers.  And it would --
4    it would differ because when you're
5    outside of pregnancy, then there's --
6    you know, there's no risks.  There's
7    no -- no one's talking to you about
8    these -- any kind of risk being
9    involved.
10        It is -- this is just my --
11   just some reasoning, trying to make
12   the point that these -- there are
13   these time-varying confounds that make
14   these, you know, negative controls
15   difficult to interpret.
16       And it --
17       MR. DOVEL:  Let's take our
18   lunch break.
19       VIDEOGRAPHER:  The time right
20   now is 1:05 p.m.  We're off the
21   record.
22    (Off the record at 1:05 p.m.)
23       VIDEOGRAPHER:  The time right
24   now is 1:50 p.m.  We are back on the
25   record.

Page 266

1    QUESTIONS BY MR. DOVEL:
2        Q.   If a trait has high
3    heritability, say in excess of 80 percent, is
4    it still the case that environmental
5    influences can play a role in 100 percent of
6    humans?
7            MS. BROWN:  Object to the form.
8            THE WITNESS:  Oh, that's a good
9    question.  I've never heard it phrased
10   that way.  Let me think about that.
11           So if the trait has high
12   heritability, can an environmental
13   event -- so maybe if I can just
14   rephrase it a little bit.
15           Let's say, for example, ADHD's
16   heritability is 76 percent.  Does that
17   mean is it possible that an
18   environmental event could affect
19   everybody with ADHD?
20   QUESTIONS BY MR. DOVEL:
21       Q.   Yes.
22           MS. BROWN:  And I object to the
23   form of that.
24           THE WITNESS:  Yeah, I don't
25   know.  That's -- would be a question

Page 267

1    for a behavioral geneticist.  I don't
2    know that that would be possible.  I'm
3    not saying it's not possible.  I'm
4    just saying I don't know that it would
5    be possible.
6    QUESTIONS BY MR. DOVEL:
7        Q.   Let me give you an example of
8    something you might be able to comment on.
9            You understand that height in
10   humans is highly heritable, above 80 percent?
11       A.   Yes.
12       Q.   Would you agree that someone's
13   height as an adult is always dependent on
14   their environmental factors, such as their
15   nutrition?
16           MS. BROWN:  I object to the
17   form of the question.
18           THE WITNESS:  Again, I'm not an
19   expert on height, what regulates
20   height, but what you said sounds
21   commonsensical, but I -- you know, I
22   just don't know enough about the --
23   how -- you know, how -- that's formed,
24   whether that's -- whether that's true
25   or not.

Page 268

1    QUESTIONS BY MR. DOVEL:
2        Q.   And if we have identical twins,
3    one member of this identical twin pair has
4    ADHD, the chances that the other one does is
5    just 50 percent, right?
6            MS. BROWN:  Objection to the
7    form.
8            THE WITNESS:  That's what
9    the -- I think the Stevenson study
10   showed.
11   QUESTIONS BY MR. DOVEL:
12       Q.   And that tell us that
13   environmental risk factors must play a role
14   in the causation of ADHD, right?
15           MS. BROWN:  Objection to the
16   form.
17           THE WITNESS:  That's very
18   clear, from heritability too, yes,
19   that there's no -- I've said that
20   multiple times in things that I've
21   written.  Absolutely.
22   QUESTIONS BY MR. DOVEL:
23       Q.   It's never just genetics alone;
24   it's genes, environment and how they interact
25   to cause ADHD, right?

67 (Pages 265 to 268)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 269

1    MS. BROWN: Objection to the
2  form.
3    THE WITNESS: Well, what we
4  don't know for sure is it's never
5  genetics alone. So we just don't
6  know. It's -- there's given -- given
7  that heritability is high, it's quite
8  possible that there are some cases
9  of -- I'll call it, you know, common
10  variant ADHD, meaning ADHD caused by
11  the common risk variants, that are
12  only due to the genetic risk for ADHD.
13  And others are a mix of
14  gene-environment interaction and that
15  they're -- well, there are some cases
16  of environmentally induced ADHD, like
17  the traumatic brain injury would be an
18  example of that.
19    It's -- well, we -- the rare
20  variant -- there are also the rare
21  variant cases which are less
22  well-described in the ADHD world, but
23  it's conceivable that there's some
24  rare variants that can cause ADHD
25  without an environmental impact.

Page 270

1    But that's -- I think the jury
2  is still out on that one.
3  QUESTIONS BY MR. DOVEL:
4    Q.   Now, the multi-focal --
5  withdrawn.
6    The multifactorial model of
7  ADHD causation is one in which many genetic
8  and environmental factors combine to cause
9  ADHD, right?
10    MS. BROWN: Object to the form.
11    THE WITNESS: Correct.
12  QUESTIONS BY MR. DOVEL:
13    Q.   And you agree that that's
14  likely the best explanation for the cause of
15  ADHD, is this multi-factorial model in which
16  multiple genetic and risk -- environmental
17  risk factors combine?
18    MS. BROWN: Objection to the
19  form.
20    THE WITNESS: So, yes, the
21  multi -- that's my common hypothesis
22  about the etiology of ADHD; that it is
23  as you stated it.
24  QUESTIONS BY MR. DOVEL:
25    Q.   Under that theory, genetic risk

Page 271

1  variants combine with and interact with
2  environmental risk factors to create the
3  pathophysiology of ADHD?
4    MS. BROWN: Objection to the
5  form.
6    THE WITNESS: That is one of my
7  current hypotheses.
8  QUESTIONS BY MR. DOVEL:
9    Q.   In your view it's -- based on
10  the evidence you've seen, it's likely, more
11  likely than not, that that's how ADHD is
12  caused, right?
13    MS. BROWN: Object to the form.
14    THE WITNESS: Again, I'm
15  talking about what I call common
16  variant ADHD, which is probably the
17  most ADHD. And also clarifying that
18  we don't -- we don't know what mix of
19  genes and genetic ris -- genetic
20  causes, and this unknown environmental
21  causes, we don't know what the exact
22  mix is needed in any given individual,
23  except we do know that the genetic --
24  there are more genetic causes
25  roughly -- you know, accounting for

Page 272

1  76 percent of the variants versus the
2  environmental causes.
3    But the exact mix in any
4  individual and how that's distributed
5  in the population is -- it's unknown
6  at this point because we don't have a
7  good handle on the environmental -- on
8  the environmental causes.
9    (Faraone Exhibit 702 marked for
10  identification.)
11  QUESTIONS BY MR. DOVEL:
12    Q.   I am going to mark as
13  Exhibit 702 your original report with all of
14  the exhibits. Two copies.
15    I'm going to place in front of
16  you a portion of the Federal Rules of Civil
17  Procedure.
18    I'm not going to mark this as
19  an exhibit. It's just for the purpose of
20  having you focus on part of this language
21  here. It's about expert reports.
22    A.   Uh-huh.
23    Q.   One of the things the expert
24  report has to contain is a complete statement
25  of all opinions the witness will express and

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 273

1    the basis and reasons for them.
2            Does your expert report, which
3    is Exhibit 702, the original report, along
4    with Exhibit 701, your amended report,
5    contain a complete statement of your
6    opinions?
7        A.   I believe it does.
8        Q.   Did you at any point, as you
9    were working on your expert report, arrive at
10   an opinion and say, nope, I'm not going to
11   write it down, I'm going to withhold this
12   one, not put it in here?
13           MS. BROWN:  Objection to the
14       form of the question.
15           THE WITNESS:  Did not put in an
16       opinion?  I'm pretty sure that's not
17       the case.  When you say "an opinion,"
18       I mean, the main opinion here is about
19       causality, and that's -- nothing about
20       that was changed.
21   QUESTIONS BY MR. DOVEL:
22       Q.   Your report is also required to
23   contain a complete basis and reasons for your
24   opinions.
25           Do your expert reports,

Page 274

1    Exhibit 701 and 702, contain a complete
2    statement of the basis and reasons for your
3    opinions?
4        A.   Yes.
5        Q.   Did you at any point, when
6    working on your reports, come across a basis
7    or reasons that you thought would support
8    your opinions and decide to withhold it and
9    not put it in your report?
10           MS. BROWN:  I object to the
11       form of the question.
12           THE WITNESS:  Did I decide to
13       withhold anything?  No.
14   QUESTIONS BY MR. DOVEL:
15       Q.   All your bases and reasons are
16   in your expert reports, right?
17           MS. BROWN:  Objection to the
18       form.
19           THE WITNESS:  Yeah, that is...
20           (Faraone Exhibit 714 marked for
21       identification.)
22   QUESTIONS BY MR. DOVEL:
23       Q.   Let's mark as Exhibit 714 a
24   schematic view of how genes and environment
25   combine to cause ADHD.

Page 275

1            Now, there's two sides to this.
2    One of them has some numbers on it, the other
3    one doesn't.  Let's start with the one
4    without the numbers.
5            Do you recognize this as a
6    schematic view of how genes and environment
7    combine to cause ADHD?
8        A.   I recognize this as something I
9    have, I think, presented in the slides for
10   sure.  Slide presentations.
11       Q.   As a view of how genes and
12   environment combine to cause ADHD?
13           MS. BROWN:  Hold on.
14           Objection to the form.
15           THE WITNESS:  It's essentially
16       a kind of a cartoon, if you will,
17       of -- when I'm talking to people about
18       the genetics -- when I talk to people
19       about etiology of ADHD and I'm talking
20       about these issues we've just been
21       talking about, how genes and the
22       environment combine, this is kind of a
23       cartoon to give -- to let people know
24       how I think about it, which, of
25       course, I spend some time talking

Page 276

1    about as well.
2    QUESTIONS BY MR. DOVEL:
3        Q.   Well, cartoon, are you trying
4    to minimize what's depicted here?
5        A.   It's a --
6            MS. BROWN:  Well, hold on.
7    QUESTIONS BY MR. DOVEL:
8        Q.   I just want to know, are you
9    trying to minimize, yes or no?
10           MS. BROWN:  Okay.  Let me just
11       object -- I object -- hold on.  I
12       object to the form of that question.
13           THE WITNESS:  Okay.
14       I'm going to explain to you
15       what I mean by cartoon.  So maybe
16       cartoon is not the right word.
17           It's not actually a graph of
18       data.  It's not -- it's not based on
19       any quantitative assessment.  It's
20       simply a schematic that is saying that
21       you can have people with high
22       environmental risk, low genetic --
23       high genetic pre -- low risk -- high
24       genetic risk, low genetic risk, and
25       usually -- you don't have them here.

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 277

1   Usually there's labels of those
2   three -- on those three slices that
3   are different colors.
4           Not this one, but then I would
5   probably have discussed that either --
6   if this is in a document -- is this
7   from a document or a slide?
8   QUESTIONS BY MR. DOVEL:
9       Q.   I've taken this one from a
10  document.
11      A.   Document.  So perhaps those are
12  described in the document.  Can we see the
13  document?
14      Q.   We're going to get to that in a
15  second, yeah.
16          Let's turn it over, and I'd
17  like to use the ELMO here.
18      A.   Yeah.
19      Q.   Here I've added some numbers, 1
20  through 9, along both scale, just so we can
21  have some points that we can talk about.
22  These are just arbitrary numbers.
23          Now, as I understand how this
24  works --
25      A.   I'm sorry, just to clarify,

Page 278

1   those are your numbers, not my numbers?
2       Q.   Yes.
3       A.   Okay.  Good.  I didn't think I
4   had numbers there.  Okay.  Thank you.
5       Q.   Now, if we look at this first
6   line here, this would indicate -- this first
7   band, what's sometimes called subthreshold
8   ADHD, right?
9           MS. BROWN:  Objection to the
10  form.
11          THE WITNESS:  I think you've
12  removed the -- correct.  I think
13  you've actually removed some things
14  from this graphic; is that correct?
15  QUESTIONS BY MR. DOVEL:
16      Q.   That's right.
17          The labels for the bands.  This
18  would be called subthreshold ADHD, right?
19      A.   Can we have -- can I see -- can
20  I see the graphic that has the labels on it?
21      Q.   I'm happy to show that to you.
22  I just want to know do you -- if you don't
23  recall, say "I don't recall."  That's fine.
24          MS. BROWN:  Objection to the
25  form.

Page 279

1   QUESTIONS BY MR. DOVEL:
2       Q.   Here, let me give you a
3   different question, if you don't want to
4   answer this one.
5           Would you agree, sir, the way
6   this graphic is depicted the area in white is
7   designed to indicate these are folks that do
8   not have an ADHD diagnosis, right?
9           MS. BROWN:  I object to the
10  form of these questions.
11          THE WITNESS:  Okay.  So the
12  different bands are typically meant to
13  indicate changes in severity of
14  ADHD -- of the ADHD diagnosis.
15          I don't know exactly how these
16  ones are particularly labeled because
17  I don't see the labels.  And then,
18  yes, the area in white is meant to
19  signify people that don't have ADHD,
20  not in any -- the proportions are not
21  in any way meaningful here.  It's just
22  a schematic that's used for
23  discussion.
24          So it's not -- for example, the
25  prevalence of ADHD, you can see that,

Page 280

1   you know, they colored in circles,
2   this -- you know, that's much more
3   than the prevalence of ADHD would be.
4   It's only 5 percent of the population.
5   QUESTIONS BY MR. DOVEL:
6       Q.   This diagram is not to scale.
7       A.   It's not to any particular
8   scale.
9       Q.   Right.
10      A.   It's just for discussion
11  purposes.
12      Q.   And what this is -- the way we
13  read this diagram is the farther out you get
14  into this darker area, the more ADHD symptoms
15  you have?
16          MS. BROWN:  Objection to the
17  form.
18          THE WITNESS:  Correct.  Yes.
19  Yeah, I'm sorry.  Let me look at this
20  thing.
21  QUESTIONS BY MR. DOVEL:
22      Q.   And if we are farther -- the
23  farthest-out level, that's what we sometimes
24  are labeled as persistent ADHD; that is, ADHD
25  that persists into adulthood.

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 281

1     A.   Ah. Was that the label I used
2  in this particular case?
3     Q.   I believe it was, yes.
4     A.   That does make sense. So this
5  would be persistent ADHD, could be persistent
6  ADHD, not persistent in subthresholds. Maybe
7  those were labels.
8     Q.   In fact, if you take a look at
9  Exhibit 780, the -- no, 780 --
10     A.   Like the World Federation
11  Guide?
12     Q.   Yes.
13     A.   Oh, yeah. Where's that?
14     Q.   Page 13.
15     A.   All right. That's the World
16  Federation. It's got a --
17     MS. BROWN: Colorful --
18     THE WITNESS: -- colorful
19  graphic on it.
20     MS. BROWN: Let's see if we can
21  find that.
22     THE WITNESS: I'm pretty proud
23  of that. It's translated into, like,
24  I don't know, a bunch of different
25  languages.

Page 282

1     MS. BROWN: Here we are.
2     THE WITNESS: Oh, here we go.
3  Thank you.
4     MS. BROWN: All right. You
5  took your paperclip off so just make
6  sure you -- we have all of the pages.
7  QUESTIONS BY MR. DOVEL:
8     Q.   Take a look at page 13.
9     A.   Oh, yeah, here we go. Yes.
10  Okay.
11     Q.   So the darker area is what's
12  labeled as persistent --
13     A.   Yes.
14     Q.   -- ADHD?
15     A.   Yes.
16     Q.   The next area would be
17  remitting ADHD?
18     A.   That's correct.
19     Q.   And this is subthreshold cases?
20     A.   That's correct.
21     Q.   Now, if you take a look at --
22  I'm going to put an arrow here. This line
23  right here, this is --
24     A.   Sorry.
25     Q.   -- the line for ADHD diagnosis

Page 283

1  right here. This right here.
2     A.   That's correct.
3     Q.   Oh, well -- okay. So there's a
4  nuance here that you can have subthreshold
5  ADHD and still get a DSM diagnosis. There
6  are -- the way the DSM works is that they
7  have these different diagnostic code
8  categories. So when we talk about
9  subthreshold cases, we're talking about
10  people who come into the clinic and they're
11  experiencing lots of problems and one -- you
12  go through the diagnostic workup for them,
13  and maybe, you know, they don't -- they have
14  five symptoms of ADHD, let's say. Or they
15  could even have five inattentive and five
16  hyperactive-impulsive and they still don't
17  meet criteria, even though they have ten
18  symptoms.
19     In that case, there's -- you
20  can actually diagnose them with ADHD. It's
21  just a different diagnostic code. I forget
22  what it's called. It's not actually called
23  subthresholds. It's got another name.
24     So there -- but -- so anyway,
25  that's -- I wanted to make that -- make it

Page 284

1  clear that that's the case.
2     Q.   Okay. So ADHD diagnosis could
3  even come down here for some of the
4  subthresholds?
5     A.   Yeah, exactly. Some people in
6  that category will end up -- will end up
7  getting a diagnosis.
8     Q.   With a formal DSM-5 diagnosis
9  for most folks is going to be at this line
10  here when we cross past subthreshold?
11     A.   Right. And for -- when we talk
12  about research studies and so forth,
13  informally, almost everybody just -- does not
14  include subthreshold cases in a researched
15  study.
16     Q.   Now, the way the environmental
17  and genetic risks come together is that
18  there's -- people have a certain set of genes
19  that they're born with, common variants,
20  given the genetic risk for ADHD?
21     A.   Uh-huh.
22     Q.   In addition they have various
23  environmental exposures. For example,
24  exposures in utero when they're a fetus, and
25  those combine to produce different levels of

71 (Pages 281 to 284)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 285

1    ADHD symptoms; is that right?
2        A.    Well, that's -- this is what
3    the hypothesis they were -- that is being
4    presented here.  We don't know -- we don't
5    know what the environmental causes are.  We
6    don't know the mix of them, except that
7    there's -- they are more ADHD.  Genetic risks
8    are greater, but, yes, this is --
9        Q.    Is it fair to call this a
10   schematic view of how genes and environment
11   combine to cause ADHD?
12       A.    Yeah.
13           MS. BROWN:  Objection to the
14   form.
15           THE WITNESS:  I just did.
16   I'm sorry.  Yeah.
17   QUESTIONS BY MR. DOVEL:
18       Q.    And if we -- just to use some
19   of these numbers.  For example, suppose
20   somebody had fairly high genetic
21   predisposition.  It was a 6 in our example
22   here --
23       A.    6.
24       Q.    -- and the environmental risk
25   was 3, they would be somebody who would not

Page 286

1    come down with ADHD?
2            MS. BROWN:  Objection to the
3    form of the question.
4            THE WITNESS:  That's exactly
5    what the schematic would mean there,
6    yes.
7    QUESTIONS BY MR. DOVEL:
8        Q.    It would take greater
9    environmental risk factors before they would
10   get ADHD?
11           MS. BROWN:  Objection to the
12   form.
13           THE WITNESS:  Correct.
14   QUESTIONS BY MR. DOVEL:
15       Q.    In that case, we would say that
16   these additional environmental risk factors
17   are actually necessary to causing ADHD,
18   right?
19           MS. BROWN:  I object to the
20   form of these questions.
21           THE WITNESS:  Yeah.  For these
22   people, we would kind of describe it
23   as a necessary but not sufficient
24   cause, yeah.
25

Page 287

1    QUESTIONS BY MR. DOVEL:
2        Q.    And that's common for most
3    environmental risk factors; that is -- in
4    fact, for most -- for most risk factors it's
5    rare to find one that's sufficient all by
6    itself, right?
7            It requires usually multiple
8    risk factors to cause ADHD, right?
9            MS. BROWN:  I object to the
10   form of the question.
11           THE WITNESS:  I -- yeah, I can
12   agree to that only if you understand
13   what I'm saying here is that this
14   is -- this is a hypothesis, right,
15   which I -- you know, I hold, and which
16   is why I present it here and
17   elsewhere, that environmental risks
18   that are reported -- well, it's -- the
19   label of environmental risk is
20   referring to the environmental
21   correlates that we know of.
22           You know, as you know, what
23   I've said in my writings is that we
24   don't have environmental causes of
25   ADHD.  But we do have -- that said,

Page 288

1    this is how I think -- this is a
2    schematic of how I think in many cases
3    of ADHD that could combine.
4    QUESTIONS BY MR. DOVEL:
5        Q.    This World Federation Guide,
6    this was published by the World Federation of
7    ADHD.  It's not simply your opinion, right?
8        A.    Well, it's actually published
9    by -- who's the publish -- it's not -- it's
10   published by -- what's the company called?  I
11   think it was a publication -- it has a funny
12   kind of co -- it's a co-publication with a
13   Brazilian, yeah, Artmed.  It's actually
14   co-published between Artmed, which is a
15   Brazilian publishing house, and World
16   Federation.
17           The book was actually conceived
18   by a Luis Augusto Rohde, who's from Brazil,
19   and he arranged the deal with this publisher
20   to potentially publish the book in Brazil in
21   Portuguese and then let the World Federation
22   use it -- published on their website and --
23       Q.    Well, to be clear, this is not
24   merely just your hypothesis that's presented
25   here.  This is the hypothesis that's

72 (Pages 285 to 288)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 289

```
 1   acknowledged to be the most likely hypothesis
 2   by the World Federation of ADHD.
 3       A.   No, no, no.  No, no, no.
 4           MS. BROWN:  Hold on.  Hold on.
 5   I object to the form of the question.
 6           THE WITNESS:  Yeah.  All right.
 7   Give you a chance.
 8           MS. BROWN:  Go ahead.
 9           THE WITNESS:  That's not
10   correct.  It's -- it's an edited --
11   it's an edited volume, and the
12   chapters in the volume are the work
13   product of the individuals of the
14   authors.  So it's like any other --
15   it's like any other edited book.
16           What's expressed in the chapter
17   is not the view of -- certainly not
18   the -- it's not the view of the
19   publisher or the World Federation.
20           It's -- the World Federation --
21   yeah.  That's -- I think I'll stop
22   there.  That sentence says it.
23   QUESTIONS BY MR. DOVEL:
24       Q.   Well, do you agree that it's
25   the scientific consensus that most cases of
```

Page 290

```
 1   ADHD are caused by a combination of
 2   environmental and genetic risk factors?
 3           MS. BROWN:  Objection to the
 4   form.
 5           THE WITNESS:  I would think
 6   that the consensus -- that's a good
 7   question.  I'm trying to remember if
 8   we put it in the consensus statement,
 9   actually.
10   QUESTIONS BY MR. DOVEL:
11       Q.   Well, we'll get to it.
12       A.   I would think --
13       Q.   Yes, you did.
14       A.   I would think -- I would think
15   that most of my colleagues would -- wouldn't
16   have -- I mean, they might not like this
17   figure, per se, but there's a statement that
18   both environment and genes are involved in
19   the etiology.  They would certainly agree to
20   that.
21       Q.   Now, is it the case -- let's
22   assume we have someone who has a genetic risk
23   that's pretty high of 6 here, environmental
24   risk of 5, that person -- I'll put a little
25   dot there and call it A, approximately.  And
```

Page 291

```
 1   that's designed to be somewhere in the middle
 2   of the subthreshold band?
 3           Do you see that?
 4       A.   Yes, I do.
 5       Q.   To cross over the ADHD
 6   diagnosis, they're going to need either to
 7   have been exposed to greater environmental
 8   risk or have different genetic
 9   predisposition -- greater genetic
10   predisposition, right?
11           MS. BROWN:  Objection to the
12   form.
13           THE WITNESS:  Correct.
14   QUESTIONS BY MR. DOVEL:
15       Q.   Now, if it's the case that
16   ADHD -- withdrawn.
17           If it were the case that
18   acetaminophen were an environmental risk
19   factor in the cause of ADHD and somebody was
20   exposed to substantial ADD -- acetaminophen
21   during -- when they were a fetus, that was
22   able to move their environmental risk from
23   here a 5 up to a 6, that would then cross
24   them over into the ADHD diagnosis area, and
25   I'll label that B.
```

Page 292

```
 1           MS. BROWN:  I object to the
 2   form of the question.
 3           THE WITNESS:  Okay.  So here's
 4   what we don't know.  We're starting to
 5   get to the category of things we don't
 6   know.
 7           We don't know -- in the
 8   multifactorial model, you know, we
 9   estimate there are probably 7,000
10   genetic risk variants, common risk
11   variants.  We don't know how many, you
12   know, environmental causes will
13   eventually be discovered.  Let's say,
14   you know, 50 years from now, we'll
15   have -- you know, we'll know this.
16           If there are 7,000, the answer
17   to the question is a lot different
18   than if there are five.  We just -- we
19   just don't know.
20           What we can say is that the
21   environmental -- just like the genomic
22   risk, the environmental risk is going
23   to move people as you suggested, but
24   maybe not that far.  We just don't --
25   we just don't know.
```

Golkow Litigation Services

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 293

```
 1          And, I mean, that's -- we just
 2   don't know.
 3   QUESTIONS BY MR. DOVEL:
 4       Q.    Yeah.  We don't have a scale in
 5   which we could measure right now for a given
 6   environmental or genetic risk how far it
 7   moves them up the scale of likelihood, right?
 8       A.    For the genetic risks -- well,
 9   we don't have any environmental causes.  We
10   have genetic causes.  So we can, to some
11   degree, for example, with the polygenic risk
12   score get a sense of how -- how much
13   someone's moving up the risk ladder based
14   upon the number of variants they have.
15          So, for example, if you plot
16   somebody's polygenic risk score against
17   their per -- like say, you just go out into
18   the population, and you get DNA from a bunch
19   of people, and you plot their probability of
20   having ADHD against their polygenic risk,
21   you'll see a very nice linear relationship,
22   that people with high polygenic risk have a
23   higher likelihood that they can have ADHD.
24          So we have a general sense of
25   that for the genome, but we just don't know
```

Page 294

```
 1   it all for the -- for the -- for the
 2   environmental causes that are yet -- as of
 3   yet undiscovered.
 4       Q.    When someone is exposed to
 5   greater environmental risk, that also
 6   increases the severity of symptoms, right?
 7          MS. BROWN:  I object to the
 8   form of the question.
 9          THE WITNESS:  Actually, we
10   don't know that.  We just don't know.
11   I mean, in the sense that if -- well,
12   in the sense that if -- if -- if -- if
13   this is correct and if genomic and
14   environmental -- environmental risks
15   are moving people more towards a --
16   well, here's -- it's kind of a little
17   bit of a difficulty with severity.
18          It's moving it into -- it's
19   moving it from subthreshold to
20   remitting to persistent.  It's not
21   necessarily severity.
22          So someone could have remitting
23   ADHD that was very severe in
24   childhood, and then they're one of the
25   lucky ones, and by young -- you know,
```

Page 295

```
 1   by young adulthood, they're among the
 2   two-thirds where it's -- it's gone
 3   away.
 4          There's some cases that persist
 5   of ADHD that are not necessarily very
 6   severe, but -- I mean, they're severe
 7   enough to meet diagnostic thresholds,
 8   but it could be clinically mild, but
 9   that level of clinical severity, in
10   this case mild, might just be -- might
11   persist.
12          So in this case we're talking
13   not about severity, but about the
14   per -- it's -- about persistence.
15   QUESTIONS BY MR. DOVEL:
16       Q.    Well, if we're talking about
17   going from symptoms that are below
18   subthreshold into a diagnosis, we're talking
19   about the severity of symptoms, right?
20       A.    From below -- yeah.  From below
21   subthreshold into anyone that's -- meets case
22   category, yes.  Because in order to meet
23   diagnostic criteria, you need to show
24   impairment -- you know, real life
25   impairments, something is causing you
```

Page 296

```
 1   distress, disability in your life in at least
 2   two different settings.
 3       Q.    Does exposures to increased
 4   environmental risk factors increase the level
 5   of symptoms?
 6          MS. BROWN:  I object to the
 7   form of the question.
 8          THE WITNESS:  It's a great
 9   question.  I'm trying to think if
10   there's any data on that.  I don't --
11   I don't recall -- sitting here, I just
12   don't recall any data on that.
13   QUESTIONS BY MR. DOVEL:
14       Q.    If we've got a combin -- if
15   somebody is -- withdrawn.
16          If somebody's experiencing a
17   combination of genetic risk and also
18   environmental risk, does that combination
19   determine the severity of their symptoms?
20          MS. BROWN:  I object to the
21   form of the question.
22          THE WITNESS:  If I had to form
23   a hypothesis about it, I would
24   hypothesize that the more -- as more
25   causes pile up, you would experience
```

74 (Pages 293 to 296)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 297

1  more severity. But it's -- it would
2  just be a hypothesis.
3      I don't know that I -- I just
4  don't know any data on that issue.
5      I'm also trying to think about
6  whether we even have that data in the
7  genomic world.
8      I just also want to mention,
9  make a point, just to clarify, that
10 severity is sometimes -- it's -- one
11 of the reasons I'm kind of hesitating
12 a little here is that severity is a --
13 is a -- it's not a simple construct,
14 as -- we've got one-dimensional
15 construct.
16     So, for example, somebody can
17 have lots of ADHD symptoms. You can
18 talk about severity as number of
19 symptoms, but severity is also -- can
20 be talked about as the degree to which
21 this -- the disorder is impair -- is
22 impairing somebody in their everyday
23 life.
24     So you can, for example, have
25 people who are subthreshold in the

Page 298

1  sense of they have fewer symptoms, but
2  for some reasons, they're
3  experiencing -- they're -- they
4  are very severe in terms of their --
5  what's happened to them in everyday
6  life.
7  QUESTIONS BY MR. DOVEL:
8      Q.   All right. Let's take a look
9  at Exhibit 780, your guide. Get out the
10 ELMO.
11     A.   This is the guide again.
12     Q.   Page --
13     A.   Okay. Page --
14     Q.   Page 8.
15     A.   Let's see. Page 8. I'm there.
16     Q.   Page 8 there's a chapter --
17 withdrawn.
18         On page 8 there's a section
19 titled "Environmental Causes of ADHD," right?
20         By environmental causes, do you
21 mean the environmental risk factors, that
22 when combined with genetic risk, can cause
23 ADHD?
24         MS. BROWN: Objection to the
25     form.

Page 299

1          THE WITNESS: Yes. So this --
2  yeah, this chapter is about
3  environmental risk factors, and as I
4  said before, risk factors are -- the
5  ones we know now are -- none of --
6  none of them have been justified as
7  actual causes. They're risk factors,
8  meaning correlates, of ADHD.
9  QUESTIONS BY MR. DOVEL:
10     Q.   Well, my question was more
11 specific about this language.
12     A.   Yeah.
13     Q.   When you write here,
14 "Environmental causes of ADHD," are you
15 referring to the environmental risk factors
16 that can combine with genetic risk to cause
17 ADHD?
18         MS. BROWN: Objection to the
19     form of the question.
20         THE WITNESS: So it just means
21 that the section -- we have a section
22 on genetic causes, and there's a
23 section on environmental causes, and
24 that's the only -- that just signifies
25 the heading of the -- of the section

Page 300

1  that we're in here.
2  QUESTIONS BY MR. DOVEL:
3      Q.   Well, I know it's the heading,
4  but I'm just trying to interpret the meaning
5  of it.
6          By environmental causes, are
7  you referring to the environmental risk
8  factors that can combine to result in ADHD?
9      A.   Hold on.
10         MS. BROWN: Objection to the
11     form of the question.
12         THE WITNESS: I think I can
13 clarify that, if I can read this for a
14 little bit here.
15         I'm sorry. I'm sorry. It's
16 my -- these pages got mixed up here,
17 so I'm -- okay.
18         Yeah. So this chapter is
19 basically listing it's -- that -- what
20 were some of the, at the time,
21 environmental risk factors for ADHD,
22 none of which haven't shown to be
23 causes, except for the traumatic -- I
24 think I mentioned -- I do mention
25 traumatic brain injury, which as I

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 301

1    talk about in my report in the --
2    the severe physical and emotional
3    deprivation.
4    QUESTIONS BY MR. DOVEL:
5        Q.   Take a look at page 8.
6            You write that, "Environmental
7    risk factor must contribute to the etiology
8    of ADHD."
9            Is that true?
10       A.   I -- that's the same as what I
11   said before about what we know from twin
12   studies.  That heritability being 70 --
13   roughly 75, 76 percent, there is a role for
14   environmental causes.
15           That's -- I think almost
16   everybody agrees with that.
17       Q.   Let's go to -- is it fair to
18   say that genes and environment combine to
19   cause ADHD?
20           MS. BROWN:  Objection to the
21   form.
22           THE WITNESS:  Again, that is
23   the current hypothesis, that genes
24   alone, although they have -- that play
25   a robust role in the sense of 75,

Page 302

1    76 percent of the variants.
2            The environment --
3    environmental causes, based upon the
4    twin data, they must -- they must
5    exist.  I mean, that's what the --
6    that's the -- that's what the twin
7    studies say from the point of view of
8    genes and environment.
9    QUESTIONS BY MR. DOVEL:
10       Q.   Now, if we -- if someone is
11   exposed to multiple environmental risk
12   factors, say three, and they acquire ADHD, do
13   we conclude that those environmental risk
14   factors contributed to causing their ADHD?
15       A.   Let me just read the question
16   again here.
17           No.  I mean, it depends on,
18   well, what those risk factors are, I -- but
19   in general -- in general, no.
20       Q.   Let's take a look at page 11.
21       A.   Page 11.
22       Q.   You write here, "Substantial
23   data from epidemiological studies implicates
24   the environment in the etiology of ADHD.
25   These data implicate biological assaults on

Page 303

1    the developing brain."
2            Is that true?
3        A.   Again, the -- what we mean here
4    by "implicate" is that these studies have
5    generated lots of hypotheses about,
6    typically, exposures that could affect the
7    developing brain.  And they're of much
8    interest to people doing research in the area
9    because we have known now for quite some time
10   that heritability of ADHD is not 100 percent.
11           And so we keep -- many of us
12   are -- we teach our students, and we teach
13   others, that there's an environmental piece,
14   and me myself would hope that eventually I
15   would understand better the environmental
16   causes of ADHD.
17       Q.   You also write that, "We expect
18   that gene-by-environment interaction and
19   epigenetic effects mediate these
20   environmental risks."
21           Is that true?
22       A.   That -- as stated, that's the
23   hypothesis that I would -- I did endorse then
24   and I still endorse, that if the environment
25   is having an effect, there's a -- there's a

Page 304

1    very good likelihood that some of that is
2    gene-environment interaction.
3            And some of that -- and that
4    means in addition to, it could also be main
5    effects of the environment without genes.
6    Like traumatic brain injury is a good example
7    where it seems to be, if you will, an
8    independent effect.
9            But I would -- I would expect
10   that once this puzzle is solved 50 to
11   100 years from now from, we'll -- they'll --
12   we'll know about gene-environment
13   interactions and that epigenetic effects will
14   mediate some of those environmental risks.
15       Q.   Based on the data you've seen
16   to date, your decades of research in ADHD, is
17   it your expectation that gene-by-environment
18   interactions mediate environmental risks?
19           MS. BROWN:  Objection to the
20   form of the question.
21           THE WITNESS:  I don't see
22   what you say -- let me just look at
23   the question.  I don't -- the phrasing
24   is strange.
25

Golkow Litigation Services

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 305

1    QUESTIONS BY MR. DOVEL:
2        Q.   Well, let me -- let me rephrase
3    it then.
4            Based on --
5            MS. BROWN:  He's going to
6    withdraw it and ask another question.
7            THE WITNESS:  Ah, okay.  Thank
8    you.
9    QUESTIONS BY MR. DOVEL:
10       Q.   Is it your expectation that --
11   withdrawn.
12           If we've identified an
13   environmental risk but we're not certain yet
14   about its -- the biological pathway that it
15   follows in order to cause AD -- or contribute
16   to causing ADHD, is it your expectation that
17   it's likely that the environmental risk is
18   mediated through genetic or epigenetic
19   effects?
20           MS. BROWN:  I object to the
21   form of the question.
22           THE WITNESS:  It -- it's -- it
23   is a very reasonable hypothesis that
24   should we discover an environmental
25   risk that is actually a cause, that's

Page 306

1    one of these exposures that are during
2    fetal brain development, that we will
3    discover some -- well, when I say
4    "we," I'm not -- it's not me.  I don't
5    do this work, but, you know, the
6    field.  I mean, when I say "we," I
7    mean the field.  That the field will
8    discover that some of these
9    environmental exposures will have --
10   will lead to epigenetic changes or
11   will create epigenetic marks,
12   essentially, is really the best way to
13   say that.
14   QUESTIONS BY MR. DOVEL:
15       Q.   Would that be your starting
16   assumption?
17           MS. BROWN:  Objection to the
18   form.
19           THE WITNESS:  Well, I refer to
20   this as a hypothesis as opposed to an
21   assumption.
22   QUESTIONS BY MR. DOVEL:
23       Q.   I understand that.
24           But would you also -- would
25   that be your starting assumption for how it

Page 307

1    likely operates?
2            MS. BROWN:  Objection to the
3    form.
4            THE WITNESS:  It's -- the
5    reason I used the word "hypothesis" is
6    that the hypothesis is something we
7    think is a, you know, reasonable idea
8    that I would like people to look into
9    because it could be a very productive
10   area for research.  And there are
11   people doing epigenetic and epigenomic
12   studies of ADHD, and I think that's
13   great.
14           But an assumption applies, kind
15   of, I assume, that this is true, which
16   is not -- it's not the -- it's not
17   that part of the scientific method.
18   It's a different concept that you
19   assume something is true.
20   QUESTIONS BY MR. DOVEL:
21       Q.   If we've identified a risk
22   factor for ADHD and determined that it is a
23   true risk factor, that is, that it's not
24   simply a result of confounding with genes or
25   something else, can we then say that

Page 308

1    environmental risk factor is a cause of ADHD?
2            MS. BROWN:  Objection to the
3    form of the question.
4            THE WITNESS:  So, okay.  So
5    this is a hypothetical risk factor
6    where an association has been
7    established, and we've ruled out all
8    possible confounds.  So this
9    association -- you know, let's assume
10   multiple studies and replications and
11   meta-analyses and so forth.
12           Geez, that's a good question.
13           That, in and of itself, that
14   would be -- that kind of data, of
15   course, would be much more compelling
16   than the data that we're reviewing --
17   that I've been reviewing for
18   acetaminophen.  But of course you'd
19   need to go through the Bradford Hill
20   criteria to -- before you made --
21   before making any kind of causal --
22   any statement about whether this is
23   causal or not causal.
24   QUESTIONS BY MR. DOVEL:
25       Q.   Well, let's back up a second.

77 (Pages 305 to 308)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 309

1          Let's use as an example
2    smoking, tobacco smoking.  Would you accept
3    that tobacco smoking causes lung cancer?
4          A.    I don't know the data, but I --
5    it's something I believe from what I've
6    learned about from various sources.
7          Q.    As it turns out, even lifelong
8    smokers, most of them don't get lung cancer,
9    less than 20 percent.  So it's a combination
10   of smoking and other factors, perhaps genetic
11   predisposition?
12         A.    Uh-huh.
13         Q.    Does that sound reasonable?
14         MS. BROWN:  I object to the
15   form of the question.
16         THE WITNESS:  It sounds
17   reasonable.
18         It's -- I want just to clarify.
19   It's, of course, well outside my area
20   of expertise.  I know about as much of
21   this as the average person knows, but
22   it seems -- it's a reasonable
23   statement.
24   QUESTIONS BY MR. DOVEL:
25         Q.    Is it -- as you use the term

Page 310

1    "cause," would you then consider smoking to
2    be a cause of lung cancer?
3          A.    Again, that's my understanding
4    from a layperson's perspective of what I've,
5    you know, absorbed over the years.
6          Q.    If we have environmental -- an
7    exposure to a drug in utero that we determine
8    has a true association with ADHD, can we then
9    call it a cause; that is, it may not be a
10   sufficient cause all by itself, but it is a
11   cause when combined with other genetic
12   predispositions such that someone would get
13   ADHD?
14         A.    So --
15         MS. BROWN:  Objection to the
16   form of the question.
17         THE WITNESS:  Okay.
18         So when you say -- I think you
19   used the phrase "true association."
20   And here -- are we talking about --
21   are we going back to that
22   hypothetical, unconfounded
23   association?
24   QUESTIONS BY MR. DOVEL:
25         Q.    Yes.

Page 311

1          A.    That we're -- okay.
2          So it's a hypothetical.  It's
3    unconfounded.  I'd like to -- I have to look
4    at all the details here because it's a --
5          MS. BROWN:  He can rephrase, if
6    you need.
7          THE WITNESS:  Could you
8    rephrase?  It's just a complicated
9    question.
10         So it's the hypothetical,
11   unconfounded, statistically
12   significant association across
13   multiple studies, say, in a
14   meta-analysis?
15   QUESTIONS BY MR. DOVEL:
16         Q.    Yeah, let's assume that.
17         A.    Okay.  Got it.  Okay.
18         Q.    So just to give you the
19   complete question so you've got it.
20         A drug that we've determined
21   through multiple studies has a true
22   association with in utero exposure to fetuses
23   causing -- or resulting in ADHD, can we say
24   then that it is a cause of ADHD?
25         MS. BROWN:  I object to the

Page 312

1    form of the question.
2          THE WITNESS:  But isn't this --
3    I think this is the same question you
4    asked before.  And my answer was --
5    well, I guess the -- did we say -- do
6    we have here what the -- what
7    exactly -- what is the risk ratio for
8    meta-analysis, the assumption about
9    that?
10   QUESTIONS BY MR. DOVEL:
11         Q.    Let's assume it's 2.
12         A.    It's 2.
13         MS. BROWN:  Objection to the
14   form of these questions.
15         THE WITNESS:  And so the
16   answer, what I answered before, is
17   that you want to go -- I would want to
18   go through the Bradford Hill criteria
19   for causality before answering that
20   question.
21   QUESTIONS BY MR. DOVEL:
22         Q.    Well, let's assume it satisfies
23   temporality.  It -- that it satisfies a
24   dose-response relationship.  We have
25   consistent data across multiple studies.

78 (Pages 309 to 312)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 313

1    In that situation, would you
2  agree that you then have something you can
3  call a cause of ADHD?
4        MS. BROWN: I object to the
5     form of the question.
6        THE WITNESS: And there's a
7     plausible biological mechanism that
8     explains the association?
9  QUESTIONS BY MR. DOVEL:
10    Q.   Yes.
11    A.   What -- in what type of -- this
12  is an exposure, in utero exposure?  What kind
13  of exposure are you talking about?
14    Q.   In utero exposure, yeah.
15    A.   What kind of -- what's --
16    Q.   A drug.
17        MS. BROWN: I object to the
18     form of these questions.
19        THE WITNESS: It's a drug.
20     It would -- it would partly
21     depend upon the nature of the drug.
22     Can you give me any information
23     about the nature of the drug?
24  QUESTIONS BY MR. DOVEL:
25    Q.   What nature -- why would the

Page 314

1  nature matter?
2    A.   If -- you know, this -- a drug
3  that has known, you know -- I mean, drugs
4  have different effects, right.  Some drugs,
5  the effect on the brain is very
6  well-described and very well-known.  Other
7  drugs, it's -- it may be unknown.
8        Does the drug -- is there -- is
9     there data suggesting that the drug -- when
10     the mother takes it, it gets into the brain
11     of fetus?  What do we know about that, all
12     that?
13    Q.   Yeah, let's assume we've got a
14  plausible biological mechanism.  It gets to
15  the fetus.  The concentrations are sufficient
16  to satisfy the mechanism.  We've got a
17  plausible biological mechanism.
18        MS. BROWN: I object to the
19     form of these questions.
20        THE WITNESS: And so are we
21     also assuming that all the other
22     Bradford Hill criteria are met?
23  QUESTIONS BY MR. DOVEL:
24    Q.   Well, I think I've covered all
25  of them except analogy.

Page 315

1    A.   Experiments, analogy.  We
2  got -- we talked about consistency.  Let's
3  see what else we got.
4        So you -- I think what you're
5     saying is that if all the Bradford Hill
6     criteria are met, does it meet Bradford Hill
7     criteria?  It's kind of -- it's sort of a
8     circular question, isn't it?
9    Q.   Well, it's a question that I
10  posed, and I would like an answer to it
11  without your diagnosing it.
12        MS. BROWN: Well, hold on.
13     You'll give the answer that you think
14     is appropriate, and counsel will
15     follow up.
16        THE WITNESS: Yeah.  I'm
17     really -- I'm not trying to be
18     difficult here.  It's -- I'm not
19     diagnosing the question.  I want to
20     make sure I understand it, that's
21     what -- what's being said here.
22     That we're saying that you
23     have -- you have an association that's
24     totally unconfounded, that
25     everybody -- you know, everybody in

Page 316

1  the -- every relevant expert agrees is
2  unconfounded, statistically
3  significant across meta-analyses,
4  there's no publication biases,
5  anything to worry about there.  The
6  odds ratio is 2.  All Bradford Hill
7  criteria are met.  Everybody agrees
8  with that.
9        Then I think Bradford Hill --
10     you know, it's -- it's still a
11     hypothetical answer because I don't
12     know any of the details, but I think
13     we're saying if the Bradford Hill
14     criteria are met, we have to conclude
15     that the Bradford Hill criteria are
16     met.  That -- you know, it is -- in
17     this hypothetical case, causality
18     would be reasonable -- a reasonable
19     direction.
20  QUESTIONS BY MR. DOVEL:
21    Q.   In that case the drug, we could
22  say, is a cause of ADHD?
23        MS. BROWN: Objection to the
24     form of that question.
25        THE WITNESS: Well, it

79 (Pages 313 to 316)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 317

1      certainly wouldn't be, right, the only
2     cause. And whether it's, you know, a
3     necessary cause, sufficient cause,
4     necessary and sufficient cause, I
5     mean, that would be -- it could be
6     a -- well, I mean, we just don't know.
7     I mean, that's -- requires more data.
8   QUESTIONS BY MR. DOVEL:
9     Q.   We could say that the drug is a
10 cause of ADHD, right?
11     MS. BROWN: I object to the
12     form of that question.
13     THE WITNESS: Yes, if -- what
14     I'm saying here is that if, as you
15     say, Bradford Hill criteria are
16     satisfied, then we can conclude
17     that this is particular hypothetical
18     drug is a hypothetical cause of ADHD.
19 QUESTIONS BY MR. DOVEL:
20     Q.   Before you cite a study, do
21 you -- do you read the study and understand
22 it?
23     A.   Yes.
24     Q.   Before you rely upon the
25 conclusions in a study, do you check whether

Page 318

1 there are any serious flaws that would make
2 it unreliable?
3     A.   I try to do my best, yes.
4     Q.   If you cite a study, do you
5 assess whether it has sound methods before
6 you cite it?
7     MS. BROWN: I object to the
8     form of that question.
9     THE WITNESS: That is my goal
10     when I do read studies, yes.
11 QUESTIONS BY MR. DOVEL:
12     Q.   Before you cite a study, do you
13 ascertain whether it shows statistically
14 significant results?
15     MS. BROWN: Object to the form.
16     THE WITNESS: Not necessarily.
17 QUESTIONS BY MR. DOVEL:
18     Q.   Before you rely upon a study
19 for a conclusion, do you assess whether it's
20 used appropriate controls?
21     A.   It depends upon the study,
22 whether a control is essential for the
23 question being asked. The same is true with
24 the statistical significance. I mean, if
25 someone is reporting a negative result, then

Page 319

1 the result might not be statistically
2 significant but still interesting because
3 their finding is null.
4     (Faraone Exhibit 705 marked for
5     identification.)
6 QUESTIONS BY MR. DOVEL:
7     Q.   Let's take a look at
8 Exhibit 705.
9     This is the Faraone LinkedIn
10 post from August 2016.
11     A.   Ah.
12     Q.   Now, here you say that "Given
13 that acetaminophen is used in many
14 over-the-counter painkillers, correctly
15 reporting information about acetaminophen and
16 its potential risk to ADHD is crucial."
17     Right?
18     MS. BROWN: Well, objection to
19     the form of that question.
20     THE WITNESS: Which paragraph
21     are you in, sir?
22 QUESTIONS BY MR. DOVEL:
23     Q.   First paragraph.
24     A.   Oh, yes, I see that. Yes.
25     Q.   You write that "Rather than

Page 320

1 relying on one study, looking at the big
2 picture using all available studies is best."
3     Is that --
4     A.   That -- that's correct.
5     Q.   Is that the correct scientific
6 approach?
7     A.   That is correct.
8     Q.   And given that we're dealing
9 with acetaminophen in humans, we can't use a
10 randomized trial. We've got to use
11 naturalistic studies, such as epidemiological
12 studies, right?
13     A.   Correct.
14     Q.   Now, here you cite three
15 studies, and I've looked them up. The first
16 is Liew 2014, the next one is Thomas 2014,
17 and the third one is Avella-Garcia 2016.
18     You read those studies and
19 considered their strengths and weaknesses,
20 right?
21     A.   That's correct.
22     Q.   For example, Liew 2014, you
23 note that the authors made sure that the
24 results were not accounted for by potential
25 confounds?

Golkow Litigation Services

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 321

1       A.   Let me double-check.  That
2   might not actually be correct.  Or -- well,
3   let me just check that a second.
4       Q.   Well, my question is what you
5   wrote here, sir.
6       A.   Yeah, I know.  I just want
7   to -- there's a nuance with that, I think.
8   But I just want to clarify that with myself.
9   In 2014.
10          That's what's written there,
11  but it was -- in retrospect, I kind of --
12  looking at that, Liew did something that was
13  kind of unusual in the -- in the old
14  acetaminophen literature, which is that I'm
15  pretty sure this is a study where he does --
16  he does three separate analyses to address
17  the confounds that I talk about in my table -
18  fever, pain and infection, and perhaps
19  inflammation.
20          I'm giving you some examples
21  here of confounds.  This doesn't necessarily
22  mean these are the ones he corrected for,
23  which is -- it's not an ideal way to do --
24  it's not an ideal way to make the correction.
25          But, yes, I did -- this is what

Page 322

1   it says.
2       Q.   Well, do you agree that Liew
3   2014 accounted for confounding by fever,
4   inflammation and infection?
5           MS. BROWN:  Objection to the
6       form.
7           THE WITNESS:  They tried to,
8       but I think they didn't do a very good
9       job of it.  So the -- in fact -- I'm
10      pretty sure they're -- I labeled them
11      as not adjusting for them.  Because
12      they didn't -- it turns out they
13      didn't -- they don't actual do, say --
14      they don't do a -- they don't do a
15      statistical adjustment in their
16      prediction model -- in their -- in the
17      mathematical model they're using for
18      the analysis.  They do separate
19      conditional analyses, which means they
20      never do an analysis where they
21      actually do an adjustment with all of
22      these combined.
23  QUESTIONS BY MR. DOVEL:
24      Q.   Dr. Liew did an adjustment, but
25  it's one that you didn't find to be

Page 323

1   satisfactory?
2       A.   It's not an actual -- you see,
3   the thing is it's not actually an adjustment.
4   It's --
5       Q.   All right.  He did a
6   stratification to see whether the results
7   could be explained by fever, inflammation --
8       A.   Exactly.  He did three -- he
9   did three separate analyses.  He did not do
10  an adjustment.
11      Q.   And he determined that the
12  results could not be explained by fever,
13  inflammation or infection, right?
14      A.   I believe that was his
15  conclusion, yes.
16      Q.   And you don't have any dispute
17  with the math that he used in his study,
18  right?
19      A.   The only -- the only dispute I
20  have is that it would have been better if he
21  had done -- I'm puzzled why almost everybody
22  else adjusts for these indications in the
23  model, and he doesn't do that.  And if he had
24  done that, it would have been much clearer
25  because we would actually get an adjusted

Page 324

1   odds ratio from his study.  We don't have an
2   adjusted odds ratio or its confidence
3   interval.  So he's actually not providing
4   some information that would be very useful in
5   making this evaluation.
6       Q.   After reading the Thompson,
7   Liew and Avella-Garcia epidemiological
8   studies in 2016, you believed you could draw
9   few conclusions from the studies, right?
10      A.   Not correct.
11      Q.   One of the conclusions you
12  believed was accurate was that there does
13  seem to be a weak, yet real association,
14  between maternal use of acetaminophen while
15  pregnant and subsequent ADHD --
16      A.   Uh-huh.
17      Q.   -- or ADHD symptoms in the
18  exposed child, right?
19      A.   That's correct.
20      Q.   And then you wrote this up and
21  published it on LinkedIn?
22          MS. BROWN:  Objection to the
23      form.
24          THE WITNESS:  That is correct,
25      yes.

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 325

1   QUESTIONS BY MR. DOVEL:
2       Q.    Okay.  I'm now going to turn to
3   Exhibit 763.
4       A.    I just want to -- do want to
5   clarify here.  We're talking about -- what
6   this talks about is that there's weak, yet
7   real, meaning statistically significant,
8   association.
9           I believe that what they're
10  reporting is statistically significant, and
11  we also make the point here -- I also make
12  the point here to say this in this blog
13  that -- where do I say that?
14      Q.    Sir, if you've got some more
15  you'd like to say about it, wait until a
16  question is asked of me or your counsel.
17  This is not your chance just to arbitrarily
18  put stuff on the record.
19      A.    It's not --
20          MS. BROWN:  Well, he's not --
21  he's not --
22          THE WITNESS:  -- done
23  arbitrarily.  You're --
24          MS. BROWN:  Hold on.  Hold on.
25          MR. DOVEL:  No, he wasn't

Page 326

1   finishing his answer.
2           MS. BROWN:  He was finishing
3   his answer.
4           MR. DOVEL:  I had moved on, and
5   he decided he wanted to clarify
6   something.
7           MS. BROWN:  I think he thought
8   he wasn't finished.
9           THE WITNESS:  I think it's
10  important to say that -- it's very
11  clear from this, that it's not -- I'm
12  not saying -- I'm not saying that
13  acetaminophen causes ADHD.  It's --
14  that's very clear.
15          I mean, that's the -- that is
16  the goal of these proceedings, is to
17  clarify my views on that, and
18  that's -- my view is very consistent
19  with what I said there.
20          (Faraone Exhibit 763 marked for
21  identification.)
22  QUESTIONS BY MR. DOVEL:
23      Q.    Let's take a look at 763.
24      A.    Got it.
25      Q.    This is a LinkedIn post you

Page 327

1   wrote in October of 2017?
2       A.    I see that, yes.
3       Q.    Here you refer to a recent CNN
4   report, and that's regarding the Ystrom
5   study, right?
6       A.    Ah, yes.
7       Q.    And then you also cite four
8   other studies - Stergiakouli 2016, Thomas --
9   Thompson 2014, Liew 2014, and Brandlistuen
10  2013.
11          Right?
12      A.    Correct.
13      Q.    Brandlistuen, that was the
14  sibling pair study, right?
15      A.    Yes.  That was the sib --
16  sib-control study out of Norway, the first
17  one.
18      Q.    And you comment that, given the
19  Ystrom study and these other studies, it
20  seems unlikely that the Ystrom study was
21  simply a chance finding, right?
22      A.    That's correct.  I said that.
23      Q.    And then you asked the
24  question, "Does it make any biological
25  sense?"

Page 328

1           Right?
2       A.    Correct.
3       Q.    Trying to determine whether or
4   not there's a plausible biological route by
5   which acetaminophen could actually be causing
6   this ADHD, right?
7       A.    I was simply trying to point
8   out that -- I think what it says here is that
9   it is possible that an environmental exposure
10  of this sort could have effects on
11  epigenetics.
12          I do cite -- I think this is
13  Gervin, et al., and this is a study which was
14  subsequently not replicated by the same
15  group.  So that turned out not to be correct.
16          But it did -- it caught my
17  interest that someone had actually done a
18  study looking at the epigenetics.
19      Q.    When you asked "does it make
20  any biological sense," you're asking whether
21  this is something that would be impossible
22  biologically or whether there's a plausible
23  biological route, right?
24          MS. BROWN:  Objection to the
25  form.

82 (Pages 325 to 328)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 329

1       THE WITNESS:  I guess I'd
2   restate that as I'm trying to --
3   remember that, you -- of course, a
4   blog is a -- it's an informal post
5   that is meant to engage people with
6   the evidence.  It's one of the -- my
7   goals in this current phase of my
8   career.
9       It's not meant to be an
10  in-depth -- it's typically, what,
11  500 words.  It's not meant to be an
12  in-depth dive into any specifics --
13  any specific issue or paper.  It's
14  just meant to tell people, these are
15  papers that are worth reading.
16      And I'm someone who felt that
17  this -- these particular papers were
18  worth reading, and I drew the
19  attention to the epigenetic study
20  because it is -- again, it is the hope
21  of many of us in the field that one
22  day we'll understand how environmental
23  exposures are involved in causing
24  ADHD, and I thought this is a good
25  direction.

Page 330

1       I was glad -- I was really
2   happy to see somebody doing it.  I
3   think that's great.  It's too bad that
4   later on it wasn't -- you know, it
5   wasn't replicated, but it wasn't
6   replicated.  That's life.
7   QUESTIONS BY MR. DOVEL:
8       Q.   Now --
9       A.   And again, just because we're
10  talking about causality, the -- this blog is
11  very clear that we can't assert there's a
12  causal link.
13      Q.   Well, it doesn't actually say
14  that.  It says "We can't assert with
15  certainty that there's a causal link."
16          Right?
17      A.   That's what it says, exactly.
18      Q.   Yeah.  It doesn't say "we
19  cannot assert that there is likely a causal
20  link."  It says "We cannot assert with
21  certainty," right?
22      A.   Well --
23          MS. BROWN:  Objection to the
24      form of the question.
25          THE WITNESS:  Yep.

Page 331

1           MS. BROWN:  Go ahead.
2           THE WITNESS:  That -- you've
3   read it -- you have read it correctly,
4   yes.
5   QUESTIONS BY MR. DOVEL:
6       Q.   Now, go back to the, but "Does
7   it make any biological sense."
8           You're posing a question there,
9   right?
10      A.   Correct.
11      Q.   And you answered the question?
12      A.   Excuse me?
13      Q.   You answered the question?
14          You posed the question, "Does
15  it make any biological sense," and then you
16  provide an answer to that question?
17      A.   Yes.  That's what I just
18  discussed about the epigenetic study there.
19      Q.   And you concluded it did make
20  biological sense, that acetaminophen exposure
21  during pregnancy could cause ADHD?
22          MS. BROWN:  I object to the
23      form of the question.
24          THE WITNESS:  Yeah, the
25  conclusion here says, based -- start

Page 332

1   with that question is acetaminophen --
2   we have a study that shows that it
3   is -- it is making epigenetic changes,
4   which is extremely interesting.
5       It's no longer interesting
6   because it wasn't replicated, but it
7   was at the time interesting, and so
8   I'm -- that's why I'm drawing people's
9   attention to it in this -- in this
10  blog.
11      And then, you know, again,
12  it's -- I don't -- I'm not concluding
13  that it's -- it's causal, and I'm also
14  pointing out that there could be an
15  unmeasured third factor that's
16  accounting for these results.
17  QUESTIONS BY MR. DOVEL:
18      Q.   The researchers, Ystrom and
19  Liew and others, in your view, they did a
20  respectable job of ruling out third factors,
21  right?
22          MS. BROWN:  Objection to the
23      form.
24          THE WITNESS:  Yeah.
25  Respectable I -- is a word that -- I

83 (Pages 329 to 332)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 333

1    think I would say I chose that because
2    it's sort of the way of saying that
3    they did is -- it looks like they may
4    have done -- it doesn't mean that they
5    did everything -- everything possible.
6        It doesn't mean they did the
7    ideal study because in -- given that
8    it's an epidemiologic study, it -- we
9    call these studies of convenience.
10   They're not studies that are -- that
11   are designed explicitly to study
12   acetaminophen and ADHD.  They're
13   studies that typically are using
14   databases that have been generated
15   for other purposes.
16       And so given the constraints
17   they have, they did a respectable job,
18   but they don't -- they're not -- they
19   don't -- they don't address all
20   confounds, which is why I talk about
21   the confounding is a potentially --
22   potentially a problem, which is why I
23   can't assert causality.
24   QUESTIONS BY MR. DOVEL:
25       Q.    And then at the conclusion of

Page 334

1    your writings on the Ystrom and other
2    studies, you offer some advice to pregnant
3    women, right?
4        A.    Yeah, basic --
5            MS. BROWN:  Object.  Objection
6    to the form.
7            Go ahead.
8            THE WITNESS:  Well, basically
9    say if -- you know, basically that's
10   what I'm saying is -- excuse me.
11           I think my thinking here was
12   that if someone is reading this and
13   they're pregnant and if they for some
14   reason get worried, I'm saying, just
15   talk to your doctor about this.
16           I don't want them to think I'm
17   giving them any -- I'm giving them any
18   advice.  Talk to your doctor about
19   this.
20   QUESTIONS BY MR. DOVEL:
21       Q.    Well, aren't you minimizing
22   your actual words?  You don't just say, talk
23   to you doctor about this, do you?
24           Is that what you tell them,
25   talk to your doctor about this?

Page 335

1            MS. BROWN:  Objection to the
2    form.
3    QUESTIONS BY MR. DOVEL:
4        Q.    You say, bring this information
5    to your physician and ask if there's a
6    suitable alternative?
7        A.    Yeah, because I'm saying here,
8    we've got an article about acetaminophen.
9    That's one painkiller.  There are other
10   painkillers.
11           I -- I'm not an expert on what
12   doctors do about painkillers during
13   pregnancy, so I'm just saying, if you're
14   concerned about this, ask your doctor about
15   what -- I mean, it's what I do when I go to
16   my doctor.  I got -- you know, he's going
17   to -- I got this problem, I say, what are my
18   alternatives for it.
19           So I'm just saying, talk to
20   your doctor, find out what your doctor
21   suggests.
22           I'm not --
23       Q.    The reason --
24       A.    I'm not a physician, so I'm not
25   going to be giving -- telling them what they

Page 336

1    should do or shouldn't do, and I don't
2    want -- I don't want the blog misinterpreted
3    as a direction to -- I don't want the blog
4    misinterpreted as a direction that, oh, you
5    shouldn't take acetaminophen.  I want them
6    to -- if they're concerned about it, to talk
7    to their doctor.
8        Q.    Are you asking -- withdrawn.
9            Do you suggest that they ask if
10   there's an alternative because these
11   epigenetic studies demonstrated a risk?
12           MS. BROWN:  I object to the
13   form of that question.
14           THE WITNESS:  The blog ends as
15   it does, because that -- nothing
16   specific about the epigenetic study.
17   It's -- the blog ends as it does
18   because I'm thinking to myself, maybe
19   some pregnant woman is reading about
20   this, and even though we can't say
21   this is causal, if they're worried
22   about it, they should know that they
23   should talk to their doctor.
24           They shouldn't take this as any
25   kind of instruction from me that they

84 (Pages 333 to 336)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 337

1    shouldn't take acetaminophen.  They
2    should talk to their doctor about
3    that.
4    QUESTIONS BY MR. DOVEL:
5        Q.    Now, doctors, they're the ones
6    that are responsible for balancing the
7    benefits and risks of various medication and
8    advising their patients, right?
9        A.    Absolutely, yes.
10        Q.    For doctors to do that
11    balancing, they've got to be aware of the
12    risks, right?
13            MS. BROWN:  I object to form.
14            THE WITNESS:  I honestly don't
15    know how they do that, but they need
16    to be -- you know, they have these
17    regulators tell them things to do.
18    It's -- they have labels on the drugs
19    that tell them what to do.
20            There's a -- I know a little
21    bit about that world, but it's not
22    anywhere -- it's outside of my
23    expertise.
24    QUESTIONS BY MR. DOVEL:
25        Q.    Do you know this much, that for

Page 338

1    them to balance risks, they have to be aware
2    of the risks?
3            MS. BROWN:  I object to the
4    form.
5            THE WITNESS:  And to balance
6    risks.  If they're -- if they're going to
7    take something into consideration,
8    they need to know about that
9    something.
10    QUESTIONS BY MR. DOVEL:
11        Q.    Has the World Federation of
12    ADHD and its members undertaken research to
13    determine the causes of ADHD?
14        A.    Well, let me clarify.  The
15    World Federation is not a -- it's not an
16    academic institution.  It's not a research
17    organization.  It is primarily -- its main
18    function is to host a meeting amongst
19    researchers and clinicians from around the
20    world to educate them about what's happening
21    in ADHD.  That's its main goal.
22            Its second goal is to perform
23    outreach in many different -- in different
24    ways to -- for example, we had some outreach
25    to some third world countries trying to

Page 339

1    improve their abilities -- the abilities that
2    they could deal with ADHD in their countries.
3            One of the reasons we created
4    the World Federation Guide was to communicate
5    to broadly -- I mean, one of the reasons we
6    made it -- it's free, obviously, so we made
7    it for free so that particularly people in
8    limited countries -- those low and middle
9    income countries, would have access to
10    information when -- sometimes it's difficult
11    to get access to because they can't afford --
12    literally can't afford to buy the books and
13    so forth or get access to the journal
14    articles.
15            So we're -- we're involved in
16    those kinds of outreach activities as well.
17        Q.    One of the missions of the
18    World Federation of ADHD is to provide
19    accurate information about ADHD, right?
20        A.    I don't know if it's in our
21    mission statement, but the -- certainly we
22    run -- each of those activities that we run,
23    we -- that's our goal, is to provide accurate
24    information.
25        Q.    And to eliminate

Page 340

1    misinformation?
2        A.    And to eliminate
3    misinformation, which is unfortunately a big
4    problem in this area.
5        Q.    And the World Federation of
6    ADHD Guide, in part it was aimed at
7    professionals, doctors and people who are
8    treating ADHD, right?
9        A.    That's fair.
10        Q.    The International Consensus
11    Statement, it was also aimed at
12    professionals, right?
13        A.    That's a good question.  It
14    was -- it was conceived as a document where
15    we're trying to tabulate, according to some
16    very specific guidelines, what we felt were
17    the most well-defended findings in a sense
18    that we didn't think they would -- we didn't
19    they would be overturned in the near future,
20    let's say, that they were very solid
21    findings.
22            It wasn't meant to be -- it's
23    not meant to be everything about ADHD, but
24    it had the limited kind of mandate that we
25    describe in the introduction and methods

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 341

1    section.
2        And, yes, we expected that
3    professionals would certainly read it.
4    Surgeons would read it, and we're hoping also
5    that particularly parents will read it and,
6    in fact, I have it posted. It's an open
7    access article, so I would post it on my
8    website so that parents can read it as well
9    or people -- or adults with ADHD can read it.
10       Q.   Would you expect that the
11   participants in that International Consensus
12   Statement, members of the World Federation of
13   ADHD, would have more information, more
14   updated information about the causes of ADHD
15   than the typical OB/GYN that's treating their
16   patients?
17       MS. BROWN: I object to the
18   form of the question.
19       THE WITNESS: That would be my
20   expectation, yes.
21   QUESTIONS BY MR. DOVEL:
22       Q.   Would you expect that the World
23   Federation of ADHD would have more
24   information about the causes of ADHD and risk
25   factors for ADHD than ACOG, the organization

Page 342

1    that governs OB/GYNs?
2        MS. BROWN: I object to this
3    form of this question.
4        THE WITNESS: Well, let me back
5    up a second because I just realized
6    you're saying the World Federation of
7    ADHD. So it's not -- it's -- the
8    consensus statement was written by a
9    group of authors, right?
10       That's -- if you -- if by the
11   World Federation you mean those
12   authors who wrote the consensus
13   statement, yes, those authors have
14   more information.
15       The World Federation is not
16   a -- you know, doesn't have
17   information. It's just a -- it's a --
18   it's a professional body of -- that
19   runs -- that essentially runs meetings
20   and disseminates information.
21   QUESTIONS BY MR. DOVEL:
22       Q.   It disseminated the
23   International Consensus Statement, right?
24       A.   Correct. But that was written
25   by a group of what -- I forget how many

Page 343

1    people, 80-plus people.
2        Those are -- those are the
3    people responsible for it, not the -- it's
4    not the World Federation writing it.
5        (Faraone Exhibit 764 marked for
6    identification.)
7    QUESTIONS BY MR. DOVEL:
8        Q.   Let's take a look at
9    Exhibit 764.
10       MS. BROWN: And, Counsel, when
11   we're done with this next exhibit, can
12   we take a break?
13   QUESTIONS BY MR. DOVEL:
14       Q.   This is the Faraone APSARD
15   blog.
16       This is a blog post that you
17   wrote that appeared on the website of the
18   American Professional Society of ADHD and
19   Related Disorders, APSARD.
20       Is that right?
21       A.   That is correct, yes.
22       Q.   Now, this appears to be a
23   reprint of your August 2016 LinkedIn post.
24       A.   That's correct, yes.
25       Q.   And here you published it again

Page 344

1    on May 18, 2020.
2        MS. BROWN: Objection to the
3    form.
4        THE WITNESS: Ah, that's
5    correct, yes.
6    QUESTIONS BY MR. DOVEL:
7        Q.   On APSARD?
8        A.   That's correct.
9        MR. DOVEL: Let's go ahead and
10   take a break.
11       MS. BROWN: Thanks.
12       VIDEOGRAPHER: The time right
13   now is 3:01 p.m. We are off the
14   record.
15       (Off the record at 3:01 p.m.)
16       VIDEOGRAPHER: The time right
17   now is 3:17 p.m. We're back on the
18   record.
19       (Faraone Exhibit 765 marked for
20   identification.)
21   QUESTIONS BY MR. DOVEL:
22       Q.   I'm going to mark as
23   Exhibit 765 the Faraone blog post from
24   March 14, 2021.
25       Is this your blog post that you

86 (Pages 341 to 344)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 345

1    posted on the ADHD Evidence Project?
2        A.   Yes, it is.
3        Q.   Do you run the ADHD Evidence
4    Project?
5        A.   Yes.
6        Q.   Is the -- one of the goals of
7    the ADHD Evidence Project to provide sound
8    scientific evidence of the causes of ADHD?
9            MS. BROWN:  Objection to the
10           form.
11           THE WITNESS:  Yeah.  The goal
12           of it is to communicate evidence about
13           ADHD in all areas.
14   QUESTIONS BY MR. DOVEL:
15       Q.   Including causation?
16       A.   Including etiology, yes,
17   everything.
18       Q.   Causation?
19       A.   Including causation, yeah.
20       Q.   Now, in this blog post you
21   essentially repeated that earlier post you
22   had discussing three acetaminophen
23   epidemiology studies with ADHD, right?
24       A.   Correct.
25           (Faraone Exhibit 766 marked for

Page 346

1        identification.)
2    QUESTIONS BY MR. DOVEL:
3        Q.   Let's take a look at the
4    Exhibit 766, which would be the March 16,
5    2021, Faraone blog post.
6            This is another blog post from
7    the ADHD Evidence Project, right?
8        A.   Yeah.  Okay.
9            Okay.  Yeah, this is the same
10   one.  Yeah.
11       Q.   And this is the one that's a
12   repeat of the one involving Ystrom, right?
13       A.   That is correct.
14       Q.   And you wrote this?
15       A.   Yes, it's the same one.
16       Q.   And you were the one that
17   posted it?
18       A.   Yes.  Well, it was posted by --
19   I have social media people that put stuff up
20   on the web.  I don't actually put it up on
21   the web myself, but I had -- I had it posted
22   yes.
23       Q.   You directed someone to post
24   it?
25       A.   Yeah, I basically had all of my

Page 347

1    blogs posted on this website.  Kind of --
2    basically trying to move them from finding a
3    home from them here.
4        Q.   You believed as of March 16,
5    2021, that it provided -- this blog post
6    provided reliable evidence about the
7    relationship between ADHD and acetaminophen?
8        A.   I would say that the blog
9    itself reflects what I was thinking back when
10   it was written, and I simply moved my
11   blogs -- I wanted my blogs to be housed in
12   one place and --
13       Q.   Well, this wasn't a blog --
14           MS. BROWN:  No, I don't think
15   he was done.  Let's let him finish,
16   please.
17           THE WITNESS:  Yeah.
18           So the Evidence Project -- when
19   I created the ADHD Evidence Project,
20   one of the reasons was I wanted a
21   place -- I had written blogs and some
22   of them ended up in LinkedIn, some of
23   them sometimes ended up in APSARD.  I
24   wanted a place that was, if you will,
25   my website where I could house my

Page 348

1    blogs.
2            So I moved all of them into
3    this -- I'm pointed to this, but it's
4    into the web -- into the ADHD Evidence
5    Project website.
6    QUESTIONS BY MR. DOVEL:
7        Q.   Well, it wasn't the case where
8    you just simply one day took them all from
9    one place and moved them over to another.
10           You, over time, decided which
11   ones you wanted to post when, right?
12       A.   I basically just essentially
13   had them posted at intervals.  I didn't -- I
14   didn't specifically decide, I want this one
15   posted in March 16, 2021.
16       Q.   Let's go back to Exhibit 771.
17   That's the excerpts from your slide
18   presentation, the overview of
19   attention-deficit/hyperactivity disorder.
20       A.   Yep.  Got it.
21       Q.   You created this slide deck so
22   that people could use it to provide
23   presentations about various subjects related
24   to ADHD, right?
25       A.   That is correct.  Part of --

Golkow Litigation Services

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 349

1    yeah, one of my goals.  Yes.
2        Q.    If you turn to the second page
3    of this document, Causes of ADHD, this is
4    actually -- if you were at the original slide
5    deck, it would be Slide 21.
6        So included in your
7    presentation that's on the ADHD Evidence
8    Project is this slide deck about the causes
9    of ADHD, right?
10       A.    I'd have to see the whole slide
11   deck.  You're saying is the -- is your
12   question, is the slide deck just about the
13   causes of ADHD?
14       Q.    No.
15       A.    No.  What's the question?
16       Q.    The slide deck covers a number
17   different topics, right?
18       A.    Okay.  Yes.
19       Q.    One of them is the causes of
20   ADHD?
21       A.    This is correct, yes.
22       Q.    And that appears on your ADHD
23   Evidence --
24       A.    That does, correct.  Yes.  Yes.
25       Q.    In fact, the bottom of it says,

Page 350

1    "Slide courtesy of http://www.adhdevidence.org."
2        Right?
3        A.    Correct.  Yes.
4        Q.    And the very next slide after
5    Causes of ADHD is this one called,
6    "Modifiable environmental risk factors for
7    ADHD."
8        A.    I recognize it, yes.
9        Q.    So this is a slide that's in
10   your causes of ADHD section of your slides
11   that appear on your ADHD Evidence Project,
12   right?
13       A.    That's correct.
14       And I do want to make a point
15   here that because the phrase "risk factors"
16   is sometimes misinterpreted by lay people.
17   Risk factor is the same as correlate.  It's
18   not -- it's not the same as cause.
19       Q.    Well, as we talked about, we
20   know that ADHD is caused by a combination of
21   genetic and environmental risk factors,
22   right?
23       MS. BROWN:  Objection to the
24   form.
25       THE WITNESS:  Well, the

Page 351

1    hypothesis -- we're talking about a
2    hypothesis, right.  The hypothesis is
3    that there's --
4    QUESTIONS BY MR. DOVEL:
5        Q.    Okay.
6        A.    -- genomic causes.  We know
7    some of them.  We think we -- you know, we're
8    getting a good handle on that.  And I believe
9    that there are also environmental causes.  We
10   just don't know them yet.  That's the
11   position that I take.
12       So here, I'm listing
13   potential -- well, remember -- we have to
14   also remember for people reading this that
15   this is a slide deck, which means that
16   it's just -- it's used to -- what's the word
17   for it?  Prompt me to talk to an audience.
18       Q.    Sir, the leading -- withdrawn.
19       This is not just to prompt you.
20   This is something that you put up on --
21       A.    Well, it's to prompt anyone,
22   yes, who is using it.
23       Q.    And as we discussed, the
24   leading hypothesis about the cause of ADHD is
25   that it is a combination of environmental

Page 352

1    risk factors and genetic risk factors, right?
2        MS. BROWN:  Objection to the
3    form.
4        THE WITNESS:  Yes, that's --
5    I'm on record as saying that these
6    risks -- that there are both -- both
7    types of risks are -- exist that we
8    need to discover, yes.
9    QUESTIONS BY MR. DOVEL:
10       Q.    And here you identify some of
11   those environmental risk factors for ADHD?
12       A.    Correct.
13       Q.    One of them is acetaminophen --
14   acetaminophen exposure to the fetus, right?
15       A.    Yes, that's in here.
16       Q.    That would be if a pregnant
17   woman were to take acetaminophen, the fetus
18   would be exposed to it; you've identified
19   that as an environmental risk factor for
20   ADHD?
21       A.    It's -- it is one of -- at the
22   time the slide was done, it's one of the
23   correlates that have -- that have been shown
24   to be statistically significant across
25   multiple studies.

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 353

1    Q.   My question was, you identified
2  it as an environmental risk factor for ADHD?
3         MS. BROWN:  Objection to the
4  form.
5         THE WITNESS:  I understand what
6  you're saying, but I'm trying to be
7  very clear because sometimes the word
8  "risk" is misinterpreted.  And risk
9  is -- risk factor just means that it's
10 a correlate.  It doesn't mean it
11 causes it.
12 QUESTIONS BY MR. DOVEL:
13     Q.   Did you identify
14 acetaminophen exposure to the fetus as a
15 environmental risk factor for ADHD in this
16 slide?
17        MS. BROWN:  Objection to the
18 form.
19        THE WITNESS:  What the slide
20 identifies, that is acetaminophen is
21 one of several correlates that have
22 been found to be associated with ADHD.
23 QUESTIONS BY MR. DOVEL:
24     Q.   No, sir, you're minimizing.
25        Does the word "correlate"

Page 354

1  appear on this slide?
2      A.   I'm --
3         MS. BROWN:  Hold on.
4         THE WITNESS:  Well, this is why
5  I'm doing this.  Because I'm not
6  minimizing.
7         The phrase "risk factors" is
8  identical to the phrase -- to the word
9  "correlate."
10 QUESTIONS BY MR. DOVEL:
11     Q.   Does the word "correlate"
12 appear on this slide?
13     A.   The word "correlate" doesn't
14 appear on the slide.  It's like any synonym.
15 Sometimes you use one phrase, sometimes you
16 use another.  So --
17     Q.   Risk factor and correlate are
18 synonyms in your mind?
19     A.   Risk factors and correlates are
20 synonyms.  It's how they're used in the
21 field.  It's not just in my mind.  I'm not
22 inventing this.  You can -- you can -- you'll
23 find many other people -- I'm not the only
24 person that has that -- that views them as
25 synonymous.  And --

Page 355

1    Q.   The consensus --
2         MS. BROWN:  Wait.  Please let
3  him finish.
4  QUESTIONS BY MR. DOVEL:
5      Q.   I'm sorry.  Were you done?
6      A.   What I would say is that in my
7  experience, certainly in the circles in which
8  I travel, the phrase "risk factor" is used
9  synonymously with "correlate."  In fact, in
10 the consensus statement, we use those -- we
11 use those synonymously.
12     Q.   Is it the consensus in the ADHD
13 field that the term "risk factor for ADHD"
14 means the same thing as "correlate for ADHD"?
15     A.   Yes.
16     Q.   If we've identified a consensus
17 correlate for ADHD, that's the same as saying
18 we've identified a consensus risk factor for
19 ADHD?
20        MS. BROWN:  Objection to the
21 form.
22        THE WITNESS:  Yes.  Yes.
23 That's what I was trying to say.
24 Thank you.
25

Page 356

1  QUESTIONS BY MR. DOVEL:
2      Q.   Would you agree, sir, that
3  acetaminophen -- withdrawn.
4         Would you agree, sir, that it's
5  the scientific consensus that acetaminophen
6  is a risk factor for ADHD?
7         MS. BROWN:  Objection to the
8  form.
9         THE WITNESS:  I'm going to
10 answer it the same way I answered it
11 before because you've asked me this
12 question already.
13        That understanding that what I
14 mean by risk factor is correlate, yes,
15 acetaminophen is a correlate of -- I'm
16 sorry, exposure -- maternal use of --
17 maternal use of acetaminophen during
18 pregnancy is a correlate of ADHD.
19 QUESTIONS BY MR. DOVEL:
20     Q.   Is it the scientific consensus
21 that exposure to acetaminophen during
22 pregnancy is a risk factor for ADHD?
23        MS. BROWN:  Objection to the
24 form of the same question.
25        THE WITNESS:  I would say it's

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 357

1     a consensus in the sense that our
2     consensus statement, published in
3     2021, includes acetaminophen as one of
4     the environmental correlates of ADHD.
5     QUESTIONS BY MR. DOVEL:
6          Q.   That consensus -- it was
7     published, as you said, right?
8          A.   Yes. That's published in the
9     peer-reviewed scientific journal,
10    Neuroscience & Biobehavioral Reviews.
11         Q.   And as of today, has that
12    publication been retracted?
13         A.   No.
14         Q.   Has the statement regarding the
15    relationship between acetaminophen and ADHD
16    been retracted or withdrawn?
17         A.   I'm sorry, what statement are
18    we referring to?
19         Q.   The statement that
20    acetaminophen has an association -- exposure
21    to acetaminophen has an exposure --
22    withdrawn.
23              There's a -- you're familiar
24    with there's a Statement 38 that appears in
25    the consensus statement?

Page 358

1          A.   Could we -- could we -- I don't
2     have a copy with me. Do you have a copy?
3          Q.   Yes. Let's do that.
4          A.   Yeah, let's look at that.
5              (Faraone Exhibit 781 marked for
6          identification.)
7     QUESTIONS BY MR. DOVEL:
8          Q.   I'm going to mark as
9     Exhibit 781 the consensus statement.
10             So we're going to look at a
11    number of parts of this. Let's turn to
12    statement 38.
13         A.   Yep.
14         Q.   Statement 38 represents one of
15    the evidence-based conclusions that the
16    scientific community has concluded regarding
17    the causes of ADHD, right?
18             MS. BROWN: Objection to the
19         form.
20             THE WITNESS: Yes, that's
21         correct. Yes. Yes.
22    QUESTIONS BY MR. DOVEL:
23         Q.   And the scientific consensus is
24    that maternal use of acetaminophen during
25    pregnancy was associated with a 33 percent

Page 359

1     greater likelihood of ADHD in children?
2          A.   So to clarify, it's not the
3     scientific consensus. It's -- this is just
4     the consensus of the people who -- authors of
5     the articles who are, you know, all people
6     that I respect.
7          Q.   Well, would you agree that the
8     people -- that this -- by including these 77
9     people, including yourself, the late Joseph
10    Biederman, others, that this would represent
11    fairly the scientific consensus on the causes
12    of ADHD?
13             MS. BROWN: I object to the
14         form of that question.
15             THE WITNESS: Well, I -- I'm
16    having a hard time with "scientific
17    consensus" because it's -- the work
18    here is the -- and the consensus is
19    the consensus of the individuals in
20    this -- I'm not saying that there
21    are -- well, maybe other scientists
22    who disagree with some items. There's
23    a lot of items that, as you know, 208
24    items, so it's -- I can't say that all
25    science agrees with them. But 200 --

Page 360

1     QUESTIONS BY MR. DOVEL:
2          Q.   I'm not saying all science, but
3     a consensus view.
4              MS. BROWN: Let him finish.
5          Please. Please, sir.
6              THE WITNESS: Isn't that what a
7     consensus means? A consensus means
8     everybody agrees.
9     QUESTIONS BY MR. DOVEL:
10         Q.   Okay. Would you agree, sir,
11    that this Exhibit 781 represents the
12    consensus view of the World Federation of
13    ADHD?
14         A.   I wouldn't say that. I would
15    say that it's the consensus view of the
16    people who wrote -- who are the authors on
17    the article.
18         Q.   Please read the title of it for
19    us.
20         A.   Yes. It's titled, "The World
21    Federation of ADHD International Consensus
22    Statement, 208 evidence-based conclusions
23    about the disorder."
24         Q.   It was authored by 77 highly
25    respected folks in the field of ADHD, right?

90 (Pages 357 to 360)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 361

1    A.  That's correct, yes.
2    Q.  And the consensus -- withdrawn.
3    Would you agree that this
4    collection represented the bulk of the
5    leading ADHD researchers in the world?
6    A.  I couldn't say off the top of
7    my head if it's the bulk.  There are lots --
8    there are other ADHD researchers, but it's a
9    nice sampling of people from around the
10   world.
11   Q.  These aren't just a sampling of
12   people.  These are selected, hand-picked by
13   you, to be the leading researchers in the
14   field, right?
15   A.  They're not all leading
16   researchers.  Some of them are leading
17   clinicians in their -- in their regions, not
18   necessarily -- I wouldn't consider them to be
19   leading researchers.
20   Q.  Leading researchers and
21   clinicians in their region.
22   A.  Correct.  Right.
23   Q.  In addition to the authors,
24   another more than 300 people signed on to
25   this --

Page 362

1    A.  That's correct.
2    Q.  -- and stated they agreed with
3    it, right?
4    A.  That's correct, yes.
5    Q.  And is it the consensus view of
6    all of these authors who wrote the World
7    Federation of ADHD International Consensus
8    Statement that maternal use of acetaminophen
9    during pregnancy is associated with a
10   33 percent greater likelihood of ADHD in
11   their children?
12        MS. BROWN:  I object to the
13   form of that question.
14        THE WITNESS:  Okay.  So let me
15   just have -- I'm going to have to
16   just -- to give you something -- to
17   answer that more exactly, I need to
18   look at something here.
19        Okay.  Okay.  Let's go ahead
20   and -- okay.  Let me just look at your
21   question again.
22        MS. BROWN:  He can repeat it,
23   if you can't see it.
24        THE WITNESS:  So I just want to
25   be accurate in how I refer to the

Page 363

1    consensus.
2         The consensus -- that's not --
3    the way you phrased it is not
4    accurate.  The consensus is that --
5    well, if you will, that each of the
6    items in here were -- met the criteria
7    that we set out as being, if you will,
8    evidence-based statements about ADHD
9    that one way I describe it as unlikely
10   to be -- evidence-based findings that
11   are unlikely to be overturned in the
12   near future.
13        But it's a little bit different
14   than saying everybody thinks that
15   there's a 33 percent increase because
16   there's more than one acetaminophen
17   study.
18   QUESTIONS BY MR. DOVEL:
19   Q.  Was one of the evidence-based
20   findings that is unlikely to be overturned
21   that acetaminophen during pregnancy is
22   associated with a 33 percent greater
23   likelihood of ADHD in children?
24        MS. BROWN:  I object to the
25   form of the question.

Page 364

1         THE WITNESS:  That's a
2    Taiwanese study, correct.
3    QUESTIONS BY MR. DOVEL:
4    Q.  Was one of the evidence-based
5    conclusions that was reached by the
6    international consensus that there's a
7    dose-response relationship between maternal
8    prenatal use of acetaminophen and ADHD?
9         MS. BROWN:  Objection to the
10   form.
11        THE WITNESS:  Can you point to
12   the number you're looking at?
13   QUESTIONS BY MR. DOVEL:
14   Q.  Next sentence.  It's part of
15   38, top of the right -- the right column top.
16   A.  Right column top, 38.  That was
17   the issues studied -- yes, that's included
18   here as a -- and keep in mind that the --
19   this is obviously reporting a very large
20   series of findings.  We're not doing a deep
21   dive into one study.  We're not talking about
22   potential confounding, we're not talking
23   about all of the issues that are the subject
24   of my report.
25        This is only, if you will, the

Golkow Litigation Services

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 365

1    top-level finding because we're trying to
2    point the people to studies that are -- to
3    meta-analyses and very large studies.
4    That's the goal here.  It's meant to be a
5    resource for people to deep dive into these
6    issues.
7            It's not -- it's not meant to
8    assert -- none of this asserts that any of
9    these are causes.
10           In fact, if you look at just
11   before Item Number 34, it states
12   "environmental correlates of ADHD."  That's
13   simply saying these are correlates that
14   people -- we think we would like the field to
15   know about.
16       Q.    Was one of the evidence-based
17   conclusions about ADHD that was reached by
18   the international consensus that there's a
19   dose-response relationship between maternal
20   prenatal use of acetaminophen and ADHD?
21           MS. BROWN:  Objection to the
22   form of the question.
23           THE WITNESS:  So it's not a
24   conclusion.  It's -- and I -- I have
25   to clarify.  Maybe I didn't -- I think

Page 366

1        I didn't say this, that the phrase
2    "consensus statement" is used in
3    different ways.
4            Sometimes people use it -- the
5    term "consensus statement to" say we
6    have a bunch of professionals, and
7    here are our opinions about something.
8    This is how we think you should treat
9    ADHD, et cetera.
10           This is a very -- it's very
11   clearly stated that we are just
12   listing findings that have been
13   reported in studies.  It's not --
14   we're not -- we're not drawing
15   conclusions from any one of these
16   studies or any collection of these
17   studies.
18   QUESTIONS BY MR. DOVEL:
19       Q.    Then why did you title it "208
20   evidence-based conclusions"?
21       A.    Because these are conclusions
22   that these authors of the individual -- each
23   item -- okay?  These are conclusions that
24   were drawn from the authors of these studies.
25       Q.    Okay.  And these are

Page 367

1    conclusions then, right?
2        A.    They're conclusions of the
3    authors of the studies, not conclusions of
4    the authors of the paper.
5        Q.    Well, the -- what the paper did
6    is identify 208 conclusions that they
7    believed had strong evidence, right?
8            MS. BROWN:  Objection to the
9    form.
10           THE WITNESS:  Say that again.
11   208 --
12   QUESTIONS BY MR. DOVEL:
13       Q.    Conclusions that you and the
14   other authors believed had strong evidence?
15       A.    Yeah -- yes, that's --
16           MS. BROWN:  Objection.
17   Objection to the form.
18           THE WITNESS:  Yes.  I'm sorry.
19   That is correct.
20   QUESTIONS BY MR. DOVEL:
21       Q.    One of the conclusions that you
22   and the other authors concluded had strong
23   evidence was that there's a dose-response
24   relationship between maternal prenatal use of
25   acetaminophen and ADHD?

Page 368

1        A.    That's 38, yes.  I see that.
2        Q.    And that's still the published
3    consensus of the World Federation of ADHD,
4    right?
5        A.    Well, again, I'm going to say
6    that it's -- it's not the consensus of the
7    World Federation of ADHD.  It's the consensus
8    of the authors that wrote a statement.
9    That's what it is.
10       Q.    Now, a dose-response
11   relationship is -- if there is an actual
12   dose-response relationship, that tells us
13   that exposure to that drug likely is a cause,
14   right?
15           MS. BROWN:  Objection to the
16   form.
17           THE WITNESS:  I would disagree
18   with that statement.
19   QUESTIONS BY MR. DOVEL:
20       Q.    Well, if we increase the dose
21   and that increases the risk or the severity
22   that flows from it, it suggests a
23   relationship between the drug and the effect,
24   right?
25           MS. BROWN:  Objection to the

Golkow Litigation Services

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 369

1      form.
2          THE WITNESS:  It doesn't mean
3  that it's likely to cause.  The
4  dose-response relationship or I think
5  biological gradient is -- as Bradford
6  Hill refers to it, is one of nine
7  criteria that Bradford Hill -- that
8  the Bradford Hill method used to make
9  a decision based on the totality of
10  data about whether something should be
11  a cause.
12  QUESTIONS BY MR. DOVEL:
13      Q.    And one of the reasons we look
14  at the dose-response relationship is because
15  if there is a dose-response relationship,
16  that suggests that it's not the result of
17  confounding, right?
18          MS. BROWN:  I object to the
19  form of that question.
20          THE WITNESS:  Well, no, I
21  totally disagree with that,
22  absolutely.  In fact, there are --
23  there are -- I believe it's the
24  Bandoli paper that shows that
25  there's -- that there is confounding

Page 370

1  of dose -- of dose response that women
2  who uses acetaminophen at higher -- at
3  higher doses are more likely to have
4  mental illness -- mental illnesses
5  than women who use lower doses.
6          So dose -- dose-response
7  analysis are not protected from
8  confounding.
9  QUESTIONS BY MR. DOVEL:
10      Q.    Okay.  Let's draw a diagram
11  here, so back to our ELMO.
12          Let's start with genetics up
13  here at the top of the diagram.  And we've
14  got ADHD down here.  And I've got
15  acetaminophen over here.
16          MS. BROWN:  Object to the
17  demonstrative.
18  QUESTIONS BY MR. DOVEL:
19      Q.    Okay.  You see what I've drawn
20  here?
21      A.    I do, yes.
22      Q.    Okay.  This would be a
23  circumstance where genetics is serving as a
24  confounder causing both acetaminophen use and
25  ADHD use, right?

Page 371

1          MS. BROWN:  Object to the form.
2          THE WITNESS:  Yes, I see that.
3  QUESTIONS BY MR. DOVEL:
4      Q.    This right here is sometimes
5  referred to as genetic transmission, right?
6      A.    Correct.
7      Q.    Now, another potential way this
8  could happen is that the genes could
9  encourage acetaminophen use, which could
10  cause ADHD, right?
11          MS. BROWN:  Objection to the
12  form of the question.
13          THE WITNESS:  I don't
14  understand how genes are encouraging
15  acetaminophen use.
16  QUESTIONS BY MR. DOVEL:
17      Q.    Well, if genes -- if there were
18  genes that caused certain people to use more
19  acetaminophen and the acetaminophen caused
20  the ADHD, that's what this pathway would look
21  like, the second one I've drawn, right?
22          MS. BROWN:  I object to the
23  form of the question.
24          THE WITNESS:  But that's --
25  what's -- it's not -- that's not the

Page 372

1  hypothesis -- well, it's not -- that's
2  not what I'm talking about in my
3  report.
4          I'm talking about that the
5  genes that predisposed to ADHD cause
6  mothers to -- some mothers to have
7  ADHD.  Those mothers with ADHD are
8  more likely to use acetaminophen, and
9  then obviously they're more likely to
10  have children with ADHD.
11  QUESTIONS BY MR. DOVEL:
12      Q.    When you have this situation,
13  this is called either nurture transition
14  {sic} or environmental transmission, right?
15          MS. BROWN:  I object to the
16  writing on this demonstrative, and I
17  object to the form of the question.
18          THE WITNESS:  I'm not familiar
19  with the term "nurture transmission."
20  I -- what you're -- what it -- the
21  arrow shows simply is -- and is
22  that -- the hypothesis that
23  acetaminophen is causing ADHD.
24          (Faraone Exhibit 755 marked for
25  identification.)

Golkow Litigation Services

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 373

1    QUESTIONS BY MR. DOVEL:
2        Q.   Let's take a look at
3    Exhibit 755.  This is the Pingault 2021
4    study.
5            I'm going to look at just one
6    specific part of this.  You see in the
7    abstract it talks that they investigated
8    "genetic transmission and genetic nurture,
9    environmentally mediated effects"?
10           MS. BROWN:  I object to the
11   form of the question.
12           THE WITNESS:  I do see that,
13   yes.
14   QUESTIONS BY MR. DOVEL:
15       Q.   And one of the results is that
16   "The maternal polygenic risk score for
17   neuroticism remained associated with ADHD
18   ratings, even after adjusting for the child
19   polygenic score, indicating genetic nurture."
20       Do you see that?
21       A.   Maternal polygenic score.  I do
22   see that, yes, I --
23       Q.   And that means the ADHD risk
24   was not being transmitted genetically from
25   the mother to the child; it was instead being

Page 374

1    transmitted through an environmental impact,
2    right?
3            MS. BROWN:  Objection to the
4    form of the question.
5            THE WITNESS:  I think what it's
6    stating here is that the mother's
7    genetics are affecting the -- perhaps
8    the home environment that's having an
9    effect on the child.
10   QUESTIONS BY MR. DOVEL:
11       Q.   It could be the home
12   environment could be causing the mother to
13   take more acetaminophen, right?
14           MS. BROWN:  Objection to the
15   form.
16           THE WITNESS:  I don't -- are
17   they addressing acetaminophen?  I
18   don't believe they're addressing --
19   this paper is about acetaminophen, so
20   we really can't --
21   QUESTIONS BY MR. DOVEL:
22       Q.   It doesn't tell us what the
23   environmental effect is, right?
24           MS. BROWN:  Let him finish,
25   please.  Let's let him finish.

Page 375

1            THE WITNESS:  Yeah.  It's --
2    I see.  This is not talking about a
3    specific environmental effect.  It's
4    talking -- it's using trio studies.  I
5    see.  Okay.
6            So it's -- it's concluding that
7    there's some -- apparently some
8    unknown genetic nurture that's
9    occurring.
10   QUESTIONS BY MR. DOVEL:
11       Q.   Well, let's go back to my ELMO
12   picture here.
13           Are you aware of any study
14   that's concluded that while there are some
15   ADHD genes that are also associated with
16   acetaminophen, and the result is that it
17   transmits genetically A -- the ADHD risk;
18   it's not transmitted through a nurture
19   mechanism?
20           MS. BROWN:  I object to the
21   form of the question.
22           THE WITNESS:  I don't -- I
23   don't know of any study that's applied
24   the nurture -- genetic nurture
25   paradigm to the question of

Page 376

1    acetaminophen.
2    QUESTIONS BY MR. DOVEL:
3        Q.   So there's no basis to conclude
4    that if there are autism genes associated
5    with taking acetaminophen, that that means
6    genetics is confounding acetaminophen
7    studies, right?
8            MS. BROWN:  Objection to the
9    form.
10           Did -- you meant to ask about
11   autism or to ADHD?
12           MR. DOVEL:  Oops, let me
13   rephrase it.
14   QUESTIONS BY MR. DOVEL:
15       Q.   There's no basis to conclude
16   that if genetics is -- if -- withdrawn.
17           There's no basis to assume that
18   if ADHD genes are associated with taking
19   acetaminophen, that that means that those
20   genes are confounding the studies that show a
21   relationship between acetaminophen and ADHD,
22   right?
23           MS. BROWN:  I object to the
24   form of that question.
25           THE WITNESS:  No, I -- I

Golkow Litigation Services

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 377

1    disagree with that.
2    QUESTIONS BY MR. DOVEL:
3        Q.    Did those studies rule out that
4    the mechanism wasn't through -- causing more
5    acetaminophen use which then increases the
6    ADHD?
7            MS. BROWN:  Objection to the
8    form.
9            THE WITNESS:  It's a
10   speculate -- what you're saying is a
11   total speculation.
12           Right now what we know is that
13   the genetic risk for ADHD predicts --
14   is associated with maternal use of
15   acetaminophen during pregnancy.
16   QUESTIONS BY MR. DOVEL:
17       Q.    Do we know whether the
18   mechanism is direct genetic transmission, or
19   is it in part genetics through acetaminophen
20   that transmits this risk?
21           MS. BROWN:  I object to the
22   form of the question.
23           THE WITNESS:  Well, the only
24   thing we have solid evidence on is
25   that there's a genetic association

Page 378

1    with acetaminophen, and there's -- I'm
2    sorry.  Let's back up a second.
3            We know that the genetic risk
4    for ADHD causes obviously ADHD in
5    mothers and that mothers who have ADHD
6    transmit ADHD to their offspring, and
7    they're also more likely to use -- if
8    they have the genetic risk for ADHD,
9    they're also more likely to use
10   acetaminophen.
11           So that's what's known.  The
12   nurture transmission arrow is just --
13   it's speculation.
14   QUESTIONS BY MR. DOVEL:
15       Q.    Well, the epidemiology studies
16   have looked at the question of whether or not
17   a neurodevelopmental disorder -- ADHD or
18   other neurodevelopmental disorder of a mother
19   is a confounder, right?  They've adjusted for
20   that?
21       A.    Let me just read the question
22   again.
23           Oh, no, no.  The epidemiologic
24   studies about acetaminophen, I believe there
25   are three that made an attempt to adjust for

Page 379

1    maternal ADHD, and they all three did a --
2    what I would say is a very bad job of it.
3            Two of the studies used a
4    six-item screening questionnaire that is not
5    meant to diagnose ADHD.  It's meant to --
6    it's meant for screening for ADHD in adults,
7    in clinics.  It's six -- it's basically six
8    items.
9            It does not include any of the
10   DSM impairment criteria any of the criteria
11   from multi-situationality.  It's been shown
12   to have very poor -- in population samples in
13   particular, it's a very -- it's a very poor
14   proxy for the diagnosis of ADHD.  So it's two
15   of the studies.
16           The third study I believe was
17   Baker.  Baker did a mix of -- what was it --
18   a mix -- he did a mix of medical records and
19   may have had a questionnaire in a sub-sample
20   and reports in the paper that he did a
21   separate analysis of that sub-sample.
22           And just -- all he says is the
23   point estimate didn't change but never
24   actually presents the data, which it's very
25   hard to evaluate actually what happened

Page 380

1    because the data -- typically when someone
2    does something like that, it's nice to have
3    the data actually presented in the supplement
4    or somewhere, but it's hard to evaluate
5    exactly what he did because it's not there.
6            So these are three studies that
7    looked at mat -- that adjusted -- that
8    attempted to -- I guess it was -- I think it
9    was Liew that used the ASRS, and even though
10   he did find that the odds ratio decreased
11   somewhat when he -- even using this poor
12   measure of maternal ADHD.
13           And -- but what I would like
14   him to do -- I don't know -- I don't
15   understand why such a poor measurement was
16   used.  It would be much better to have a
17   diagnosis of ADHD from the Danish Medical
18   Registries or -- although that might be
19   difficult to get for all sorts of reasons.
20           But anyway, so I guess to
21   answer your question, no, I don't think we
22   can say that those epidemiologic studies have
23   adjusted for maternal ADHD.
24       Q.    Well, they certainly in -- as
25   part of their efforts, they did things that

95 (Pages 377 to 380)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 381

1  they thought would test that, right?  You
2  don't agree with how they did it, right?
3       A.   I'm just saying three, but
4  you're talking about three of the studies,
5  right?
6       Q.   Liew, Baker --
7       A.   Liew, Baker and --
8       Q.   -- and Chen?
9       A.   I forget who the third one was.
10      Q.   Well, regardless of what it
11 was --
12      A.   Forget who they are, right,
13 right.
14      Q.   -- there were three that did
15 it, and you're not satisfied with how they
16 did it?
17      A.   Yeah.  I'm saying that they did
18 a very bad job of it.  It's not -- yes.
19 That's -- they didn't -- they didn't -- they
20 didn't -- they didn't even use all the DSM
21 symptoms.
22           They used six -- I mean, the
23 two studies that use the -- it's called the
24 ASRS, the Adult Self-Report Scale.  They just
25 used six -- they just used six symptoms and a

Page 382

1  cutoff that was -- I know about the ASRS.  I
2  was part of the development team.  I played a
3  small roll in the development team.  It's
4  not --
5       Q.   There's no reasonable theory
6  under which --
7            MS. BROWN:  Wait, wait, wait.
8  You interrupted him.
9  QUESTIONS BY MR. DOVEL:
10      Q.   -- could have skewed the
11 results, right?
12           MS. BROWN:  I'm sorry, sir, you
13 interrupted him.
14           THE WITNESS:  Wait.  No, no.
15           MS. BROWN:  Hold on.
16           THE WITNESS:  Okay.
17           MS. BROWN:  Hold on.  Let's get
18 the -- let's get the rest --
19           MR. DOVEL:  He's going on to
20 talk about the development of S- --
21 ASRS --
22           MS. BROWN:  No, he's
23 answering --
24           MR. DOVEL:  -- which is
25 irrelevant.

Page 383

1            MS. BROWN:  Well, look at your
2  question.
3            THE WITNESS:  I'm trying --
4            MS. BROWN:  I mean, he's
5  answering it.  Finish your question.
6            THE WITNESS:  I'm trying to
7  communicate that I know a lot about
8  the ASRS because having been part of
9  the development team, I know exactly
10 what it is.
11           It's something, for example, I
12 think is useful for screening for ADHD
13 in adults, particularly in -- I --
14 I -- I encourage primary care doctors
15 to use it when they think someone
16 might have ADHD, but it is in no way
17 meant to replace a diagnosis.
18           So it's an -- it's an -- it's
19 an extremely noisy measure, and
20 noisy measures are a problem when
21 you're adjusting because if you're
22 adjusting something for a noisy
23 measure, it's -- you're not going to
24 get the full adjustment.
25           You're going to get maybe a

Page 384

1  partial adjustment or nothing at all.
2  Now, Liew got a partial adjustment,
3  but not -- my expectation's that he
4  would have gotten a better adjustment
5  if he had used -- actually used
6  diagnoses.
7  QUESTIONS BY MR. DOVEL:
8       Q.   Let's take a look at our
9  consensus statement, page 794.
10      A.   Okay.  Yes.
11      Q.   And fact number 18.  "Many
12 large epidemiological studies show that ADHD
13 often co-occurs with other psychiatric
14 disorders, especially," and then there's a
15 list.
16           The list includes autism
17 spectrum disorder, right?
18      A.   Uh-huh.
19      Q.   And conclusion number 32,
20 "Genetic and environmental influences are
21 partially shared between ADHD and many other
22 psychiatric disorders, including autism
23 spectrum disorder."
24           Right?
25      A.   Yes, that's correct.

96 (Pages 381 to 384)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 385

1    Q.   Do you agree that environmental
2  influences are partially shared between ADHD
3  and autism spectrum disorder?
4    A.   That's -- that is -- I don't
5  believe we have -- I don't believe the
6  consensus statement covers -- found anything
7  about that at all.
8    Q.   Well, when it says --
9    A.   Is that right?
10   Q.   -- in number 32, "Genetic and
11 environmental influences are partially shared
12 between ADHD and many other psychiatric
13 disorders, e.g.," and then it lists autism --
14 autism spectrum disorder.
15      Shouldn't we read that as
16 saying that environmental influences are
17 partially shared between ADHD and ASD?
18   A.   Ah, I see.  Okay.  Yes, I
19 understand -- I understand here.
20      So it's the -- yeah.  The
21 shared environmental risk part of this is
22 referring to inferences that come from twin
23 studies as opposed to inferences that come
24 from exposure epidemiology.
25      So that's what that's based

Page 386

1  upon.  Twin studies can not only tell us if
2  the environment is -- as you know, twin
3  studies of both ADHD and autism show that
4  there's an environmental piece to those
5  disorders.
6       And they also suggest that
7  there's some overlap in genetic risks and
8  the as-yet unknown environmental, but they
9  don't specify what those environmental causes
10 actually are because they haven't -- they
11 haven't been discovered.
12      And this last sentence here,
13 what I don't -- would have to go -- do a
14 deeper dive into the reference section here.
15 It's basically saying that when there's
16 evidence for these overlapping risks, that
17 means that they likely share pathways.  But I
18 would have to do a deeper dive into the
19 papers to clarify the actual ADHD -- autism
20 overlap regarding the environmental
21 influences, because I haven't looked closely
22 at that in quite a long time.
23   Q.   Well, we're going to look at
24 that a little more closely.
25      But just in terms of what the

Page 387

1  consensus statement says, do you agree that
2  the consensus statement says that ADHD and
3  autism spectrum disorder share environmental
4  causes?
5    A.   It actually doesn't -- it
6  actually doesn't say that explicitly, does
7  it?
8    Q.   Well, it says genetic and
9  environmental influences.
10      Do you see that?
11   A.   Well, what I'm -- all I'm
12 saying is to be accurate is that it -- it
13 doesn't exactly say that.  It's saying that
14 genetic and environmental influences -- it's
15 written in a somewhat staccato style.  I'd
16 have to look at the exact paper to know.
17      I do know that those papers are
18 not about -- not about exposure epidemiology.
19 They're not about acetaminophen.  They're
20 about -- probably the only environmental
21 information would be from twin studies.
22   Q.   Let's talk about what these
23 words say here.
24      When it says, "Genetic and
25 environmental influences," are they talking

Page 388

1  about genetic and environmental causes?
2      MS. BROWN:  Objection to the
3  form.
4      THE WITNESS:  So the DNA
5  studies are talking about -- well, to
6  some degree -- well, the family and
7  twin studies are talking -- if -- the
8  twin studies are the ones that make --
9  well, some of the family studies can
10 contribute to this as well.  So let's
11 just say, it's the -- it's the family
12 and twin studies that would contribute
13 information about shared environmental
14 causes, and these are mathematical
15 abstractions very much like the
16 heritability coefficient, when we say
17 that a certain percentage of variants
18 is due to environment; they're not any
19 specific environmental exposure or
20 cause.
21 QUESTIONS BY MR. DOVEL:
22   Q.   I didn't ask about specific.
23   A.   Well, I'm just -- I know -- I
24 understand that, but I'm just trying to
25 explain.

97 (Pages 385 to 388)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 389

1          Q.    Well, I just want to get an
2     answer to my question, which is, in the
3     consensus statement when it says genetic and
4     environmental influences, they're talking
5     about genetic and environmental causes,
6     right?
7          A.    Yes.
8               MS. BROWN:  Objection to the
9     form.
10              THE WITNESS:  But, again, what
11    is unclear, as I'm reading this, is
12    whether -- it doesn't -- in some cases
13    ADHD shares genetic influences with
14    some of these disorders, in some cases
15    it shares environmental influences, in
16    some cases it likely shares both.
17              I don't know exactly what the
18    result is for autism spectrum
19    disorders because it's not stated
20    here.
21              And so to know that, we'd have
22    to do a deeper dive into the relevant
23    paper.
24    QUESTIONS BY MR. DOVEL:
25         Q.    Well, if we -- we're going to

Page 390

1     look at a paper you wrote.  You wrote a paper
2     on that exact subject, didn't you, in 2015?
3     And you concluded that autism and ADHD share
4     environmental risk factors, right?
5          A.    Why don't you pull that paper
6     up and take a look at what I said.
7          Q.    Happy to do that, but let's
8     finish here.
9          A.    Okay.
10         Q.    The consensus statement -- back
11    up.
12              Just to be clear, when it says,
13    "Environmental influences," the word
14    "influences," we're talking about causes of
15    ADHD, right?
16              MS. BROWN:  Objection to the
17    form.
18              THE WITNESS:  This is talking
19    about causes, yes.
20    QUESTIONS BY MR. DOVEL:
21         Q.    And what it says is that these
22    various types of studies show that genetic
23    and environmental causes are partially shared
24    between ADHD and autism?
25         A.    No, it's not saying that.

Page 391

1     Okay.  I mean, if we -- if we -- it says what
2     the sentence says.  It doesn't say what you
3     said.  You said something different than what
4     the sentence says.
5          Q.    Well, it says -- well, how did
6     I say something different?  What part did I
7     get wrong?
8          A.    Because it's talking about --
9     it's saying that genetic and environmental
10    influences are partially shared between ADHD
11    and many other disorders.  So for some of
12    these disorders -- it's not saying for all of
13    these disorders genetic and environmental
14    influences are shared.  It's saying that for
15    some it could just be genetics, for some it
16    could just be just environment, and for some
17    it could be both, and all I'm saying is if we
18    look at the relevant paper, we would get the
19    answer to that question.
20         Q.    So you're reading the word
21    "and" as and/or?
22              MS. BROWN:  Objection to the
23    form.
24              THE WITNESS:  I am just
25    reading -- I'm just reading what's

Page 392

1     written there, and I am telling you
2     what my -- I'm not trying to argue
3     with you or saying you're wrong.  I'm
4     just saying the answer is -- we can
5     find the answer if we look at the
6     appropriate paper.  I don't have to
7     guess about it.  Because I would
8     rather not guess.
9     QUESTIONS BY MR. DOVEL:
10         Q.    Evidence of shared genetic and
11    environmental risks among disorders suggests
12    that these disorders also share a
13    pathophysiology, right?
14         A.    That's what it says, yes.
15         Q.    And that was more than just
16    what it says.  That was the consensus of the
17    authors of the international consensus,
18    right?
19         A.    That is correct, yes.  Yes.
20         Q.    It was your conclusion as well,
21    right?
22         A.    That is correct, yes.
23         Q.    It was your conclusion that the
24    evidence of shared genetic and environmental
25    risks among disorders would suggest that the

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 393

1  disorders also have biological pathways that
2  they share in causing the diseases, right?
3      A.   And to be clear, when we --
4  when we say here that there are shared
5  pathophysiology or shared biological
6  pathways, we're not saying that the entire
7  pathophysiology is shared or that the
8  entire -- all biological pathways are shared.
9  What we're saying is that our best bet is
10  that when we finally, you know, are at the
11  end phase of discovery, some of the pathways,
12  some of the pathophysiology will be -- will
13  be shared.  That's the -- that's kind of the
14  hope.
15          But it's very likely that --
16  it's very likely that much of that is not
17  shared.  We know that from, for example, the
18  brain imaging studies of ADHD and autism that
19  the INMA consortium has done that -- I mean,
20  I published a paper basically showing that
21  for the structural brain differences, the
22  correlation between ADHD and autism findings
23  was essentially zero.
24      Q.   Do you agree, sir, that there
25  are biological pathways that dysregulate

Page 394

1  neurodevelopment and create brain variations
2  that lead to ADHD?
3          MS. BROWN:  Objection to the
4      form.
5          THE WITNESS:  I think that is a
6      very reasonable hypothesis that I
7      encourage people to explore.
8  QUESTIONS BY MR. DOVEL:
9      Q.   Do you agree that some of those
10  pathways, those biological pathways, are
11  shared between ADHD and autism?
12      A.   That is another hypothesis that
13  I would -- I would support in terms of
14  getting further research.
15      Q.   Well, this doesn't say here we
16  need to do further research on it; this is
17  presented as a conclusion, right?
18      A.   No, I think the word "suggests"
19  is in there, right?  This is suggests.  This
20  is all about what -- look, what I'm saying is
21  if we know that there's shared causes, what
22  we do as scientists, we say, what does --
23  what does that predict?  Okay.  It predicts
24  or suggests the hypothesis that when we look
25  into pathophysiology, we look into biological

Page 395

1  pathways, we should find some -- we should
2  find some sharing there.
3          That type of sharing hasn't
4  come out strongly in the -- in the structural
5  brain imaging data, but I still think it's a
6  reasonable hypothesis for people to continue
7  to test in other -- in other studies.
8          (Faraone Exhibit 768 marked for
9      identification.)
10  QUESTIONS BY MR. DOVEL:
11      Q.   Let's take a look at
12  Exhibit 768.  This is the Faraone April
13  '21 -- April '21 tweet.
14      A.   Yeah.  It's the one on the
15  computer here?
16      Q.   Yeah.
17          Is Exhibit 768 a set of social
18  media posts that you posted or responded to
19  on April 17, 2021?
20      A.   Yes.
21      Q.   You said you were happy to
22  report that the International Consensus
23  Statement on ADHD was the most downloaded
24  article from Neuroscience & Biobehavioral
25  Reviews in the past 90 days, right?

Page 396

1      A.   That is exactly what it says,
2  correct.
3      Q.   And then the following page,
4  there's a post from you responding on
5  January 11, 2022.  It says you're loving the
6  interest in the International Consensus
7  Statement?
8      A.   Correct, and I report what
9  languages it's been translated into.
10      Q.   And then on February 11, you
11  state, "Help fight stigma and misinformation
12  about ADHD by disseminating the International
13  Consensus Statement"?
14      A.   That is correct.
15      Q.   You agree that the
16  International Consensus Statement is a good
17  way to fight misinformation about ADHD?
18      A.   I do.
19          (Faraone Exhibit 769 marked for
20      identification.)
21  QUESTIONS BY MR. DOVEL:
22      Q.   Let's take a look at 769.
23          This is from the ADHD Evidence
24  Project web page.
25          First page we'll look at.  Do

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 397

1  you recognize this as a portion of your ADHD
2  Evidence Project?
3      A.   I do.
4      Q.   And this is what you see, if
5  you click on the evidence tab on the ADHD
6  Evidence Project, right?
7      A.   Let me just think about that.
8  So I believe that's correct, yeah.
9      Q.   Near the bottom right you
10 highlight five conclusions from the ADHD
11 Evidence Project, right?
12     A.   That is correct.  There are
13 five bullet points here.
14     Q.   And the second one relates to
15 causes of ADHD, right?
16     A.   That's correct.
17     Q.   And what you highlight is that,
18 "Most cases of ADHD are caused by the
19 combined effects of many genetic and
20 environmental risks."
21         Right?
22     A.   Correct.
23     Q.   And if we turn the page over,
24 you see something that appears on the home
25 page of your website.  This is part of a

Page 398

1  banner that scrolls, and one of the things
2  that pops up is this quote from the
3  International Consensus Statement that
4  appears here, right?
5      A.   That is correct, yes.
6         (Faraone Exhibit 772 marked for
7          identification.)
8  QUESTIONS BY MR. DOVEL:
9      Q.   Let's look at Exhibit 772.
10 This is from the World Federation of ADHD
11 website.
12         This is from the World
13 Federation of ADHD website where they have a
14 section on their consensus statement, right?
15     A.   Okay.
16     Q.   And if you look down in the
17 second paragraph there, the second sentence,
18 it says, "The authors highlight that most
19 cases of ADHD are caused by the combined
20 effects of many genetic and environmental
21 risks."
22         Right?
23     A.   That's correct.
24     Q.   It's another statement of what
25 the authors are highlighting, right?

Page 399

1      A.   That's another statement
2  that's -- yes.
3      Q.   Let's take a look at
4  Exhibit 784, the Khoury article.  We looked
5  at that a little earlier.  And let's go to
6  page 345.
7         MS. BROWN:  Do you have that?
8  I think we're going back to 784.
9         MR. DOVEL:  It's 784, yeah.
10 I've got it on the screen here.
11         THE WITNESS:  It's a consensus
12 statement or something else?
13         MS. BROWN:  Wait, wait.  Let's
14 get you the hard copy.  It looks like
15 it's --
16         THE WITNESS:  It's hard to read
17 this thing here.
18         MS. BROWN:  Yeah, yeah.  Hold
19 on.  It was marked.
20 QUESTIONS BY MR. DOVEL:
21     Q.   You can zoom in a bit on that
22 etiology paragraph.
23         MS. BROWN:  Did you just --
24 hold on.
25         Did you just mark it, Counsel?

Page 400

1         MR. DOVEL:  No, it was done
2  earlier this morning.
3         MS. BROWN:  Okay.  Let's just
4  take a minute and get you your copy.
5  QUESTIONS BY MR. DOVEL:
6      Q.   On page 345 --
7         MS. BROWN:  He doesn't have his
8  copy yet.  Yeah, neither of us seem to
9  be able to --
10         MR. DOVEL:  Yeah.  I'm asking a
11 question.  You can object.
12         MS. BROWN:  Okay.  I just want
13 to get him a copy.  You asked for it.
14 QUESTIONS BY MR. DOVEL:
15     Q.   On page 345, you have a section
16 on etiology, right?
17         MS. BROWN:  Take a minute.
18 Here's the hard copy.
19         THE WITNESS:  Okay.  345.
20 Yes.
21 QUESTIONS BY MR. DOVEL:
22     Q.   And what's on the screen is
23 identical to the paper that you have in front
24 of you?
25     A.   It -- from a quick cursory

100 (Pages 397 to 400)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 401

1    glance, it looks like it's the same thing.
2    Yes.
3         Q.   One of the things -- and this
4    article is published in 2022, right?
5         A.   That's -- where is that?  It's
6    reason for sure -- yeah, 2022.
7         Q.   One of the things you write
8    here is, again, the statement that "ADHD is
9    most commonly caused by the cumulative
10   effects of many genetic and environmental
11   risks, each of which usually exerts a small
12   individual effect."
13        Right?
14        A.   That is the hypothesis which I
15   have endorsed for quite a while.
16        Q.   Then you identify environmental
17   risk factors, right?
18        A.   Correct.
19        Q.   You say that "Many
20   environmental events have been found to
21   increase the risk for ADHD or ADHD symptoms."
22        Then it says, "As reviewed by
23   Faraone and colleagues."
24        That's a reference to the
25   International Consensus Statement, right?

Page 402

1         A.   Let's see.  37 is -- 37 is
2    indeed the International Consensus Statement.
3    And, of course, we're talking about
4    environmental risk factors, meaning
5    correlates as opposed to known causes.
6         Q.   What you wrote here was that --
7    well, what you titled this subsection was
8    Environmental Risk Factors, right?
9         A.   I'm just clarifying as I have
10   before that risk factors -- that term means
11   correlates, not causes.
12        Q.   It means the same thing as
13   correlates; they're synonyms?
14        A.   They're synonyms, correct.
15        Q.   So we can use the term "risk
16   factors," right?
17        MS. BROWN:  Objection to the
18   form.
19        THE WITNESS:  You can use
20   whatever term you would like to use,
21   yes.
22   QUESTIONS BY MR. DOVEL:
23        Q.   Well, the term you chose to use
24   was what?
25        A.   I'm just clarifying because, as

Page 403

1    I said, I don't know if people reading this
2    are part of a lay audience, they may not
3    understand what it means.  So I'm just trying
4    to clarify when you use that term, that it
5    does not mean cause.
6         Q.   The term --
7         A.   Because it can be
8    misinterpreted as cause.
9         Q.   The term you chose to use here
10   was what?
11        A.   The term -- the heading reads
12   "Environmental Risk Factors."
13        Q.   You write that "The strongest
14   evidence is for," and then say, "Exposure
15   during the fetal period to maternal smoking,
16   acetaminophen, valproate," and so on.
17        Right?
18        A.   I see that, yes.
19        Q.   And that was true?
20        A.   Yes.  Yes.  It's -- they're
21   listed in the consensus statement.
22        Q.   And you published it, then,
23   after the consensus statement in your 2022
24   article, right?
25        A.   That's correct.  Yes.

Page 404

1         Q.   Your article was peer-reviewed?
2         A.   This article was -- yeah, this
3    was peer-reviewed.  This is -- let me just
4    double-check to make sure it's a journal
5    article.
6         Yes, it's a -- yes, it's --
7    yeah -- yes, it was peer-reviewed.
8         Q.   Now, you're familiar with
9    valproate?
10        A.   I am.
11        Q.   It's sometimes sold under the
12   brand name of Depakote?
13        A.   That's my understanding.
14        Q.   Valproate is associated with
15   higher incidence of autism?
16        MS. BROWN:  Objection to the
17   form.
18        THE WITNESS:  I don't know a
19   lot about autism.  I'm focusing mostly
20   on ADHD.  That rings a bell that
21   it's -- but I just don't know the
22   details about that.
23   QUESTIONS BY MR. DOVEL:
24        Q.   Well, you read the materials in
25   this case, including the expert reports of

101 (Pages 401 to 404)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 405

1    plaintiffs.  They quoted the label for
2    Depakote that it warns that valproate causes
3    autism, right?
4            MS. BROWN:  Hold on.  Objection
5    to the form of the question.
6            THE WITNESS:  Yeah.  So I was
7    not reading the autism section of
8    anybody's documents.
9    QUESTIONS BY MR. DOVEL:
10       Q.    If we go over to page 350, you
11   created a chart describing the maternal
12   factors that increased the risk of ADHD in
13   offspring, right?
14       A.    Okay.  350.  Okay.  Yeah, these
15   are -- I see this.
16           I mean, yes, so we're
17   essentially reporting the same environmental
18   correlates that we talked about in the
19   consensus statement.
20       Q.    Now, because these exposures
21   during fetal development are associated with
22   ADHD risk, you would agree that pregnant
23   women should be warned about them, right?
24           MS. BROWN:  I object to the
25   form of the question.

Page 406

1            THE WITNESS:  No, I don't agree
2    with that.  I don't believe we say
3    that here.
4    QUESTIONS BY MR. DOVEL:
5        Q.    Well, if we look at page 349 --
6        A.    349.
7        Q.    -- second paragraph from the
8    bottom, second sentence, it's highlighted.
9    You write, "Because many of the environmental
10   causes of ADHD are exposures during fetal
11   development, improved care for pregnant women
12   is essential, especially for those living in
13   poverty."
14           Right?
15       A.    So this is a -- essentially a
16   generic statement, that there have been -- if
17   we look at the epidemiologic literature,
18   there have been many environment -- there
19   have been many correlates that have been
20   recorded.
21           Many of these are exposures
22   during pregnancy.  We don't know which ones
23   are causal and which ones aren't, and it
24   says that better prenatal care is a good
25   idea, especially for those living in poverty.

Page 407

1            Part of this article -- I
2    believe this is the one that's -- partly has
3    a focus on health care to -- what's called
4    structural disparities or health care
5    disparities that occur in the United States
6    and trying to -- and trying to make the point
7    that prenatal care is essential for
8    everybody, including those who live in
9    poverty.
10       Q.    Let's not talk about
11   generalities.  Let's be concrete.
12           If we're talking about
13   acetaminophen exposure during pregnancy, one
14   way to minimize that exposure is to tell
15   pregnant women that they should limit their
16   use of acetaminophen, right?
17           MS. BROWN:  All right.  Hold
18   on.  I object to the form of the
19   question.
20           THE WITNESS:  It -- I don't see
21   where I say -- or I don't see where we
22   say that pregnant women should limit
23   use of acetaminophen.
24   QUESTIONS BY MR. DOVEL:
25       Q.    I just need an answer to my

Page 408

1    question.
2            Do you agree with it or not?
3            MS. BROWN:  I -- same objection
4    and to the same question.
5    QUESTIONS BY MR. DOVEL:
6        Q.    I'll ask you again, sir.
7            One way to limit the risk of
8    acetaminophen exposure to women -- withdrawn.
9            One way to limit the risk of
10   acetaminophen exposure during fetal
11   development would to -- would be to advise
12   pregnant women that they should limit their
13   use of AD -- of acetaminophen, right?
14           MS. BROWN:  I object to the
15   form of the question.
16           THE WITNESS:  So because
17   acetaminophen -- in my conclusions, I
18   conclude that acetaminophen is not
19   causal, is not a cause of ADHD.
20   Changing acetaminophen use during
21   pregnancy shouldn't have any effect on
22   ADHD.
23   QUESTIONS BY MR. DOVEL:
24       Q.    Well, if we follow what's
25   reported here in the consensus statement in

102 (Pages 405 to 408)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 409

1  the Khoury paper, it is a risk, right?  It's
2  one the risks with the strongest evidence,
3  right?
4          MS. BROWN:  No.  Objection to
5  the form of the question.
6          THE WITNESS:  It's a correlate
7  of -- it's -- it is a correlate of
8  A -- of ADHD.  It is -- is one of
9  several areas of investigation that
10 people have been pursuing to try to
11 understand the environment.
12         The -- many of us in the field
13 would love to see a well-documented
14 environmental cause of ADHD that is
15 modifiable.  That would be great.
16         Unfortunately, we haven't, you
17 know, gotten there yet unless we
18 think, I suppose, that some degree of
19 traumatic brain injury is modifiable,
20 but it's more difficult.  But we just
21 never -- we're not there yet.
22         So since we don't have -- we
23 can't -- we're not making any
24 recommendations about any specific --
25 any of these specific things

Page 410

1  because with -- except for the generic
2  comment about better prenatal care,
3  which is just good for everybody.
4  Because we don't have, as regards to
5  acetaminophen for sure, evidence that
6  supports a causal conclusion.
7  QUESTIONS BY MR. DOVEL:
8      Q.   If there were a true
9  association between acetaminophen and ADHD,
10 would you agree that women should be told to
11 limit acetaminophen use?
12         MS. BROWN:  I object to the
13 form of the question.
14         THE WITNESS:  So when you say
15 "true association," do you mean that
16 acetaminophen use was known to be
17 causal?
18 QUESTIONS BY MR. DOVEL:
19     Q.   I'm using true association the
20 way you did in your 2017 LinkedIn post when
21 you said this appears to be a true
22 association.
23         MS. BROWN:  Objection to the
24 form.
25         THE WITNESS:  True association

Page 411

1  just means statistically significant
2  association that I -- I don't remember
3  the exact -- whether this was about
4  the meta-analysis or something else.
5          But essentially it just means a
6  statistically significant association.
7  That's, in my view, not enough to make
8  any causal conclusions, and -- which,
9  of course, is the conclusion of
10 this more detail -- this obviously
11 much more detailed report that I did
12 here.
13 QUESTIONS BY MR. DOVEL:
14     Q.   Well, you say here that
15 "because many of the environmental causes of
16 ADHD are exposures during fetal development,
17 improved care for pregnant women is
18 essential."
19         If we are going to provide
20 improved care for pregnant women with respect
21 to these environmental exposures, that means
22 limiting the exposures, right?
23         MS. BROWN:  No.  I'll object to
24 the form of the question.
25         MR. DOVEL:  Why did you answer

Page 412

1  "no" before you gave that objection?
2  That's completely improper.  Do not
3  give him his answers.
4          MS. BROWN:  I'm not giving
5  anybody any answers.
6          MR. DOVEL:  Why did you say the
7  word "no"?
8          MS. BROWN:  Because the
9  question is improper.  No, the form of
10 your question is not proper.  I
11 object.  No, that is not an
12 appropriate question.  I object.
13         I am not giving anyone any
14 answer.
15         MR. DOVEL:  Limit it to
16 "objection to form."
17         MS. BROWN:  I did, sir.  I
18 object to the form of your improper
19 question.
20         THE WITNESS:  Could you repeat
21 your question?
22 QUESTIONS BY MR. DOVEL:
23     Q.   Sure.
24         You write that, "Many of the
25 environmental causes of ADHD are exposures

103 (Pages 409 to 412)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 413

```
 1    during fetal development," and say "as a
 2    result, improved care for pregnant women is
 3    essential."
 4            How do we provide -- provide
 5    improved care for pregnant women with regard
 6    to these environmental exposures during fetal
 7    development?
 8            MS. BROWN:  Object to the form
 9    of the question.
10            THE WITNESS:  We didn't comment
11    on that because of the -- this -- the
12    team that's writing this are a group
13    of psychiatrists and psychologists.
14    It's outside of our expertise to
15    discuss the details of prenatal care.
16            The -- as I said, the goal of
17    this paper is to talk about -- well,
18    one of the goals of this paper is to
19    talk about -- well, structural
20    disparities, meaning health care
21    disparities.
22            And we were -- one of the
23    concerns is that in -- that women
24    living in poverty aren't getting
25    sufficient prenatal care.
```

Page 414

```
 1            However, we clearly are not --
 2    we make no advice here about
 3    acetaminophen use.  We don't say it's
 4    causal.  We don't say -- we're not
 5    telling women what to do regarding
 6    acetaminophen use at all.
 7    QUESTIONS BY MR. DOVEL:
 8        Q.    Would one potential
 9    intervention be to warn pregnant women to
10    avoid these exposures?
11            MS. BROWN:  I object to the
12    form of the question.
13            THE WITNESS:  At this stage, it
14    wouldn't be, because none of these --
15    none of these exposures are documented
16    to be causal.
17    QUESTIONS BY MR. DOVEL:
18        Q.    Okay.  Because none of them are
19    documented to be causal, why is it important
20    then to provide pregnant women improved care
21    with regard to these exposures?
22            MS. BROWN:  Objection to the
23    form.
24            THE WITNESS:  Again, I -- I'll
25    say again that the statement is simply
```

Page 415

```
 1    about providing better prenatal care
 2    to pregnant women, especially those
 3    living in poverty.
 4    QUESTIONS BY MR. DOVEL:
 5        Q.    It's not about providing in
 6    general better prenatal care.  It's because
 7    many of the environmental causes are
 8    exposures during the fetal development, true?
 9            MS. BROWN:  Object to the form
10    of the question.
11            THE WITNESS:  So let me unpack
12    it for you.
13            So given all of these -- we'll
14    call them exposure associations that
15    we have from different exposures that
16    occur during the fetal period, and
17    also given what we talked about about
18    fetal brain development and so forth,
19    many scientists have hypothesized that
20    this window time during pregnancy
21    could be a period of time when
22    environmental causes, once they're
23    discovered, would impact fetal brain
24    and increase the risk for ADHD.
25            And so all we know is that we
```

Page 416

```
 1    have this hypothesis that this pattern
 2    of associations that are the -- if you
 3    will, it's kind of the very beginning
 4    of understanding causality.
 5            We have a pattern of
 6    associations from these studies -- are
 7    also pointing in that direction, but,
 8    again, not at all convincing about
 9    causality.
10            So this -- all we're saying is
11    that this period of time seems to be
12    important, and that means that we
13    think that prenatal care should be
14    improved.
15            And we focused on poverty
16    because of course these women are the
17    ones that are getting poor prenatal
18    care.
19            That's also -- well, that's
20    fine.  That's enough.
21    QUESTIONS BY MR. DOVEL:
22        Q.    According to the authors of the
23    consensus statement on ADHD, there's strong
24    evidence supporting the association between
25    acetaminophen use and -- among pregnant women
```

104 (Pages 413 to 416)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 417

1  and then ADHD in their children, right?
2       MS. BROWN:  Objection to the
3  form of the question.
4       THE WITNESS:  Yeah.  The
5  consensus statement is reporting what
6  we've said before, is that the --
7  there is a statistically significant
8  association that's been reported, and
9  we discuss a number of different
10 studies that have reported that
11 statistically significant association.
12      That's -- I mean, they're
13 listed.  That's exactly what -- that's
14 all we're saying here.
15 QUESTIONS BY MR. DOVEL:
16      Q.   There's strong evidence to
17 support the association between
18 acetaminophen and ADHD?
19      A.   Where -- I --
20      MS. BROWN:  Objection to the
21 form.
22      THE WITNESS:  Where are you
23 reading that?
24 QUESTIONS BY MR. DOVEL:
25      Q.   Let's take a look at the

Page 418

1  abstract of the consensus statement,
2  Exhibit 781.
3       The abstract appears on
4  page 791 at the very bottom.
5       This is Exhibit 781.
6       In the abstract, you and the
7  other authors write, "To challenge
8  misconceptions, we curated findings with
9  strong evidence base."
10      A.   Oh, where are we now?
11      Q.   791, bottom.
12      A.   Bottom.  I'm sorry, I'm on the
13 wrong page?  792.  Sorry.
14      MS. BROWN:  It's all right.
15      THE WITNESS:  Sorry.
16 QUESTIONS BY MR. DOVEL:
17      Q.   792 would be the page right
18 before 791.
19      A.   Yeah.
20      MS. BROWN:  Hold on.  We're
21 getting him there.
22      THE WITNESS:  I'm on the wrong
23 page.  Okay.
24      MS. BROWN:  Take your time.
25      THE WITNESS:  Okay.  I see

Page 419

1  that, yes.
2  QUESTIONS BY MR. DOVEL:
3       Q.   The authors of the consensus
4  statement, "curated findings with a strong
5  evidence base."
6       A.   Strong evidence base as we
7  defined in the methods.
8       Q.   One of those findings with the
9  strong evidence base was that acetaminophen
10 use during pregnancy was associated with
11 ADHD?
12      A.   Correct.  There's an important
13 distinction here is that when we say the
14 evidence base is strong, we're saying that
15 it's based on I think -- let me just see what
16 we exactly say, so I don't get it -- I get it
17 right.  Come on.  Where's that?  It's in the
18 methods section here.
19      Essentially we were looking for
20 large cohort studies -- okay.  So the
21 sentence -- the paragraph, I guess it's 792,
22 left column towards the bottom, just before
23 the yellow highlighting, "apart from
24 statements about the history of ADHD and its
25 diagnostic criteria, we required each

Page 420

1  evidence-based statement to be supported by
2  meta-analyses or by large registry studies
3  with more than 2,000 participants.  We
4  require -- we required meta-analysis support
5  data from five or more studies or 2,000 or
6  more participants."
7       So that's the definition of
8  strong evidence base.  It doesn't mean that a
9  finding from a particular study is strong in
10 terms of the -- for example, its effect size
11 or in any other way.  That's -- that's the
12 only thing that that means.
13      Q.   If when you examined the
14 evidence on a topic and found that it was
15 insufficient to allow a firm conclusion, did
16 you then publish that conclusion?
17      A.   It shouldn't -- it doesn't --
18 it should not appear in one of the 208 items
19 in evidence in here.  It's --
20      Q.   If exhibit -- withdrawn.
21      In the consensus statement, the
22 statements regarding acetaminophen and ADHD
23 were statements that based upon reading this
24 study you concluded the evidence was
25 sufficient to allow firm conclusion?

105 (Pages 417 to 420)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 421

1    A.   In the sense that the -- in the
2  case of the acetaminophen studies, that a
3  certain odds ratio was reported as
4  statistical -- statistically significant and
5  that we were not -- that that fact was a
6  fuel -- firm conclusion from that study.
7        It doesn't say that it may --
8  that it may -- that it was confounded or --
9  it was or was not confounded.  It certainly
10 doesn't say it was causal.  It just says that
11 that association is a firm conclusion.
12       We're talking now about the
13 report of association there.  We're not
14 talking about whether it was confounded or
15 not.
16       MR. DOVEL:  Let's go off the
17 record.
18       VIDEOGRAPHER:  The time right
19 now is 4:30 p.m.  We're off the
20 record.
21     (Off the record at 4:30 p.m.)
22       VIDEOGRAPHER:  The time right
23 now is 4:47 p.m.  We are back on the
24 record.
25       (Faraone Exhibit 794 and 711

Page 422

1  marked for identification.)
2  QUESTIONS BY MR. DOVEL:
3    Q.   I'm going to mark as
4  Exhibit 794 a diagram that I drew regarding
5  genetics, acetaminophen and ADHD.
6        MS. BROWN:  Objection to the
7  exhibit.
8  QUESTIONS BY MR. DOVEL:
9    Q.   I'm going to mark as
10 Exhibit 711 a list of pharmacy companies
11 entitled "Dr. Faraone cash from pharma."
12       MS. BROWN:  I object to 711.
13 QUESTIONS BY MR. DOVEL:
14   Q.   Sir, I've identified here a
15 number of pharmaceutical companies on the
16 first page and three more on the second page.
17       Do you see that?
18   A.   I do, yes.  These are not all
19 pharmaceutical companies.  Some of these make
20 devices for ADHD.  Other make -- one of them
21 is a bionutritional supplement for ADHD.
22 Let's see.
23       Devices -- yeah.  So most of
24 them are pharmaceutical companies, but --
25   Q.   Which ones are devices?

Page 423

1    A.   All right.  Let me just go down
2  the list here.
3        Devices would be -- let's see.
4  Akili Interactive, Atentiv, CogCubed.
5  Enzymotec is the -- they were trying to
6  develop a Vayarin, which is kind of a
7  supplement -- nutritional supplement.  It
8  didn't work.
9        Many of these are no longer
10 active too, but I can tell you that if you
11 want to know.
12       Let's see.  Well, Genomind is a
13 company that does pharmacogenetics and other
14 genetic work, in not just ADHD, but in lots
15 of spaces.
16       Let's see.  Ondosis is a
17 device.
18       Okay.  And then on the other
19 side, via -- you'll, VAYA is -- actually VAYA
20 and Enzymotec are the same.  I forget one --
21 the relationship with them is basically the
22 same.
23   Q.   Is VAYA a device manufacturer?
24   A.   VAYA -- VAYA is, like
25 Enzymotec, it's a nutritional supplement.

Page 424

1  Vayarin was the -- it's no longer in
2  development for ADHD.  But it was -- failed
3  clinical trial.
4    Q.   All right.  Thank you for
5  clarifying that.
6        Now, from each of the
7  pharmaceutical companies listed here, have
8  you taken money?
9        MS. BROWN:  Objection to the
10 form.
11       THE WITNESS:  Let me just
12 double-check for sure.  So I have --
13 yeah, I have received consulting fees
14 from all the companies listed here.
15 QUESTIONS BY MR. DOVEL:
16   Q.   From Janssen, the J&J
17 subsidiary, were you on their advisory board?
18   A.   Well, I have to clarify a point
19 about advisory boards in this area.
20       Frequently -- sometimes a
21 company -- like Genomind, for example, has a
22 more or less permanent advisory board for the
23 company.  And I am on their advisory board in
24 that capacity.
25       The other -- the other

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 425

1    companies will periodically convene an
2    advisory board.  It's not a permanent board.
3    It's convened for a special purpose, and it's
4    called an advisory board.
5              And the other ones are -- when
6    it says -- when an advisory board is listed,
7    it means that I was invited to an advisory
8    board to advise them on a specific topic, for
9    example, a clinical trial, and then once --
10   that might be one meeting, it could be a
11   series of meetings, but once that's over,
12   then the advisory board ends.
13             So the only one that is --
14   that -- actually, I take it back.  I think
15   Aard -- I can't even say it.  Aardvark
16   Therapeutics is also more of a -- an advisory
17   board in the sense of standing advisory
18   board.
19        Q.    Now, with Janssen, did you
20   participate in their speakers bureau?
21        A.    I believe I gave -- this is --
22   I'm -- this is hard to remember.  This goes
23   back to the 1990s, early -- maybe early
24   2000s.
25             So -- and I -- well, what I

Page 426

1    was -- to clarify this, McNeil developed a
2    drug called Concerta for ADHD, and I
3    essentially advised -- was advising people at
4    McNeil.
5              McNeil, I think, was -- I think
6    was acquired by Janssen, which was acquired
7    by J&J.  I don't understand it completely,
8    but I was dealing with people from McNeil.
9    And I definitely participated in advisory
10   boards.  I was a consultant.  I don't
11   believe -- I don't believe I was on the
12   speakers bureau for them.
13        Q.    What is a speakers bureau?
14        A.    Well, a speakers bureau refers
15   to speakers who speak on -- well, usually --
16   it's not always consistent, but usually it
17   means people who speak on -- okay.  Let me
18   back up here.
19             It is people who speak on
20   behalf of a company's product, they give
21   talks about the company's product as opposed
22   to other types of speaking one might do.
23             And I don't -- I'm not sure
24   why I listed that there.  It's possible --
25   there was a time when I was doing the -- I do

Page 427

1    recall when I was working with McNeil doing
2    consulting on Concerta that -- because we
3    would do -- there's two kinds of talks one
4    gives about -- when educating people.
5    There's continuing education talks, which
6    are -- what are they called there?  Those are
7    talks that are independent talks developed by
8    investigators that have fair balance, they're
9    about multiple products and/or not about
10   products at all.
11             And then there are sometimes
12   commercial talks, which are meant to educate
13   doctors about a company's product.
14             So back in -- when I was first
15   starting as -- I was young.  I didn't quite
16   get the distinction there, and I believe I
17   did participate in one or two, I'm not sure
18   how many, talks with McNeil.  And then I
19   stopped doing that once I realized that they
20   were -- you know, that they were talks that
21   were about the drug Concerta, but I wasn't
22   talking about other drugs as well.
23             And so I may have given one or
24   two talks of that sort, but otherwise, I've
25   not been on that kind of speakers bureau.  I

Page 428

1    have engaged in continuing education talks,
2    but not in -- of those kinds of -- well,
3    we'll call it -- they're sometimes called --
4    well, speakers bureau talks, talks that are
5    limited to one product.
6         Q.    Have you also been paid by
7    Ely Lilly?
8         A.    I was a consultant with
9    Ely Lilly regarding atomoxetine.
10        Q.    Novartis, Pfizer and
11   Shire-Takeda as well?
12        A.    Correct.
13        Q.    How much money did you receive
14   altogether from Janssen and McNeil?
15        A.    This was a long time ago.  I
16   don't have a number for that.  I'm...
17        Q.    In a typical year, or let's
18   take over the last ten years, in a typical
19   year, do you receive money from more than one
20   pharmaceutical company?
21        A.    Did you say over the last five
22   years?
23        Q.    Last five --
24        A.    Okay.  Whatever.
25             And more than -- yes.  Yes.

107 (Pages 425 to 428)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 429

1    Yes.
2        Q.    In a typical year, how many
3    pharmaceutical companies pay you money?
4        A.    That's listed on my -- you can
5    find it at my website.  I list the companies
6    that I've worked with over the past, I
7    believe, two years.
8        Q.    Yeah.  I need an answer to my
9    question, though.
10       A.    I would say currently it's
11   about 12.  It's not an exact number, but it's
12   around 12.  Including device companies and so
13   forth, yes.
14       Q.    Is that -- is the money you get
15   from pharmaceutical companies each year a
16   substantial portion of your income?
17       A.    I don't have an exact figure.
18   It's not a large percentage of my income, but
19   it's substantial in the sense that it's -- I
20   would say it's hard to know -- I'm not sure
21   what you mean by "substantial."  Maybe -- you
22   mean like 10 percent, 20 percent?
23       Q.    Does it total tens of thousands
24   of dollars each year?
25            MS. BROWN:  Counsel, I think we

Page 430

1    have an agreement that these questions
2    are not appropriate.
3            MR. DOVEL:  We don't.
4            MS. BROWN:  Did you just ask
5    about the portion of his income?
6            MR. DOVEL:  No.  I just need an
7    answer to my question.
8            MS. BROWN:  Okay.  I'm going to
9    object on the record, and I'll follow
10   up.  I think we have an agreement, and
11   I think you're violating it.
12           THE WITNESS:  Yeah.
13   I can answer?
14           MS. BROWN:  Go ahead, for now.
15           THE WITNESS:  Tens of thousands
16   is accurate.  It's --
17           MS. BROWN:  Okay.  Hold on a
18   second.
19           Counsel, I understand there is
20   an agreement, and these questions
21   violate it.  So --
22           MR. DOVEL:  The question I
23   asked did not violate it.  I know what
24   you're referring to.  Let me proceed.
25           MS. BROWN:  Okay.  I'm going to

Page 431

1    direct him not to answer any of these
2    questions until we can sort that out
3    because I understand these are
4    violating an agreement.
5    QUESTIONS BY MR. DOVEL:
6        Q.    In this case, you've -- at
7    least up through --
8        A.    I just -- I want to just --
9            THE WITNESS:  Well, I'm not
10   supposed to answer?
11           MS. BROWN:  So don't go back on
12   that until we can work this out.
13           THE WITNESS:  Okay.
14           MS. BROWN:  And I'm happy to go
15   off the record, if you want, Counsel.
16   I just understand there's an
17   agreement, and these questions are in
18   violation.
19           THE WITNESS:  Okay.  I just
20   want to say I'm just -- I'm working
21   off of memory here, so it's hard to,
22   you know -- you said tens of
23   thousands.  It's certainly more than
24   10,000.  I don't have a number that I
25   can -- you know, that I can give you.

Page 432

1    That's -- I don't want to -- someone
2    to come back later and say, "You
3    weren't accurate about that."
4    QUESTIONS BY MR. DOVEL:
5        Q.    I received copies of your
6    invoices that you billed in this case.
7        A.    Yes.
8        Q.    To date, up through the end of
9    August, they totaled more than $200,000.
10           Does that sound right?
11       A.    That sounds exactly right.  I
12   think it's about 210, something like that,
13   215.
14       Q.    For your time today, as well as
15   your time in preparing for trial and
16   testifying at trial, do you anticipate
17   altogether you'll be receiving more than a
18   quarter of a million dollars for your work in
19   this case?
20       A.    I haven't computed that.  I
21   don't know -- this is the first time I've
22   done this, so I have no idea what happens
23   after this.  Whether they'll need me in the
24   future or not need me, I just don't know.
25   I'm new at this time.

108 (Pages 429 to 432)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 433

1            (Faraone Exhibit 722 marked for
2      identification.)
3      QUESTIONS BY MR. DOVEL:
4          Q.   I'll mark as Exhibit 772 {sic}
5      the Faraone report on causes of ADHD.
6            MS. BROWN:  I object to 7 --
7      did you say 772?
8            MR. DOVEL:  722.
9            MS. BROWN:  Oh, okay.  The
10     realtime said 772.
11     I object to 722.
12     QUESTIONS BY MR. DOVEL:
13         Q.   Now, the first quote here --
14     all these quotes are from your report.  The
15     first one is from your conclusion,
16     paragraph 6, where you say "Genetics are
17     considered the predominant cause of ADHD, and
18     when studies of proposed environmental risk
19     factors have used study designs that account
20     for the role of familial/genetic liability,
21     the elevated risk disappeared."
22           You make other statements along
23     those lines, and I've quoted some of those
24     here.
25           In your report, for example, at

Page 434

1      paragraph 58, you say, "Most cases of ADHD
2      are caused by relatively common genetic
3      variants."
4            Do you see that?
5          A.   I see that, yes.
6          Q.   That's really minimizing the
7      role of the environmental effects, right?
8            MS. BROWN:  Objection to the
9      form of that question.
10           THE WITNESS:  Well, given that
11     heritability is 76 percent, it's -- it
12     seems reasonable -- this is a -- it
13     seems reasonable to state that most
14     cases are going to have these common
15     genetic variants causes.
16           (Faraone Exhibit 723 marked for
17     identification.)
18     QUESTIONS BY MR. DOVEL:
19         Q.   I mark -- I'm going to mark as
20     Exhibit 723 Science on causes of ADHD.
21           MS. BROWN:  I object to 723.
22     QUESTIONS BY MR. DOVEL:
23         Q.   Now, sir, these are quotes from
24     the documents we've looked at today from the
25     ADHD Evidence Project, from your various

Page 435

1      articles, from the consensus statement on the
2      causes of ADHD.
3            For example, the first one,
4      "Most cases of ADHD are caused by the
5      combined effects of many genetic and
6      environmental risks."
7            Do you see that?
8          A.   I do see that.
9          Q.   You did not report in your
10     report anywhere, it didn't state anywhere in
11     your report, that most of the cases are
12     caused by the combined effects of genetic and
13     environmental risks, right?
14         A.   That -- that statement, I would
15     have to read the report again.  I don't
16     recall that it's in -- that statement is in
17     the report.
18         Q.   Well, you understood that your
19     assignment for Johnson & Johnson on their
20     behalf was to magnify and exaggerate the
21     impact of genetic factors and minimize the
22     impact of environmental factors?
23         A.   Well, no, I completely disagree
24     with that statement.
25         Q.   You understand that

Page 436

1      acetaminophen is an environmental factor?
2          A.   I completely disagree -- I'm
3      sorry.  You have just said that I have an
4      assignment from Johnson & Johnson to
5      exaggerate?
6            No one has ever told me that my
7      assignment was to exaggerate.  My -- I was
8      told that my assignment was to use my
9      expertise in the area of ADHD to prepare the
10     report that we have here today.
11           Nobody has ever told me to
12     exaggerate anything.  I have never spoken to
13     anybody at Johnson & Johnson about this
14     litigation, so the premise of that question
15     is just 100 percent wrong.
16         Q.   Well --
17           MS. BROWN:  Hold on.
18     QUESTIONS BY MR. DOVEL:
19         Q.   -- any communications you've
20     had have been with the lawyers for Johnson &
21     Johnson, right?
22           MS. BROWN:  I would like a
23     belated objection to the exaggeration
24     question on form, please, but, Doctor.
25           THE WITNESS:  Repeat that,

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 437

1  please.
2  QUESTIONS BY MR. DOVEL:
3      Q.   Yeah.
4          Your communications have been
5  with the lawyers for Johnson & Johnson?
6      A.   That's correct, yes.  And they
7  did not ask me -- no one has ever asked me to
8  exaggerate anything.
9      Q.   You understand, sir, that
10  acetaminophen is an environmental cause of
11  ADHD; it's purported to be, right, in this
12  case?
13          MS. BROWN:  I object to the
14      form of the question.
15          THE WITNESS:  Well, I disagree
16      with the statement that it's an
17      environmental cause --
18  QUESTIONS BY MR. DOVEL:
19      Q.   You understand --
20      A.   -- to ADHD.
21      Q.   -- that's the allegation, that
22  it's an environmental cause, right?
23      A.   I understand that that's what
24  the plaintiffs are stating.
25      Q.   And you understand that it

Page 438

1  benefits Johnson & Johnson to suggest that
2  ADHD and autism are caused almost all by
3  genetics and with very little environmental
4  effect, right?
5          MS. BROWN:  I object to the
6      form of the question.
7          THE WITNESS:  I disagree --
8          MS. BROWN:  I object to the
9      form.
10          THE WITNESS:  I disagree with
11      that.  I don't know -- I'm not in this
12      position to ben -- to state -- I think
13      what you're stating is that when I --
14      when I -- when I provide you with the
15      fact that ADHD is 76 percent
16      heritability and 25 percent
17      environment, and that the
18      environmental contribution is less,
19      that somehow that minimizes the role
20      of the environment.
21          There's still -- in everything
22      I've said to you today, I have said
23      there is a role for the environment.
24      And a role for the environment
25      includes any kinds of exposures.

Page 439

1  That's -- it has nothing to do with --
2  it does not in any way help any -- I
3  mean, the only thing that would help
4  the defense attorneys if I said it's
5  100 percent genetic and no
6  environmental -- no environment --
7  none of these environmental risks at
8  all are relevant.
9          So I think you're wrong about
10  that.  There's plenty of room --
11  there's plenty of room for the
12  environment in the way I presented the
13  data in terms of the heritability of
14  ADHD.
15  QUESTIONS BY MR. DOVEL:
16      Q.   In your --
17      A.   There's no question about that.
18      Q.   In your writings in your
19  published peer-reviewed statements about the
20  causes of ADHD, in your writings on your ADHD
21  Evidence website, in your writings in the
22  consensus statement, you always consistently
23  state that most cases of ADHD are caused by
24  the combined effects of genes and
25  environment, right?

Page 440

1      A.   Well, the sentence is, of
2  course, taken out of context.  It doesn't
3  change the heritability that most of that is
4  genetic and some of it is environmental.
5          And this is, of course --
6  remember, this is -- these are -- this is
7  a --
8      Q.   I just need an answer to my
9  question.
10          MS. BROWN:  No.  No.  Please
11      let him finish.
12          THE WITNESS:  No, I am
13      answering the question because I think
14      it's important that one understands
15      that this is my working hypothesis
16      that we -- that genes and environment
17      are combining to cause many cases of
18      ADHD.  We still need the research to
19      be done to tell us exactly what that
20      mix is, but I think this is a
21      reasonable hypothesis.
22  QUESTIONS BY MR. DOVEL:
23      Q.   Is it true that in your
24  statements, outside of your report, you
25  consistently state that most cases of ADHD

110 (Pages 437 to 440)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 441

```
1    are caused by the combined effects of genes
2    and environmental risks?
3            MS. BROWN:  Object to the form
4    of the question.
5            THE WITNESS:  Because
6    outside -- because -- in my scientific
7    writings, I frequently state
8    hypotheses.  The point behind this
9    report that I have written for this
10   litigation is to answer the question
11   about -- very specific question about
12   causality.  It's not to state some of
13   my hypotheses about what I think might
14   ultimately be discovered down -- in
15   the future.
16   QUESTIONS BY MR. DOVEL:
17       Q.   Well, you said hypotheses.
18   Isn't it your firm conclusion that for most
19   people with ADHD, many genetic and
20   environmental risk factors are accumulated to
21   cause the disorder?
22       A.   I -- when you say "firm
23   conclusion," you're referring to the
24   International Consensus Statement?
25       Q.   Yes.
```

Page 442

```
1        A.   I don't believe that's one of
2    the 208 inclusions.  Which number is that?  I
3    don't --
4        Q.   Page 806.  I'm quoting from
5    there.
6        A.   Page 806.
7        Q.   I've got it written here.  We
8    don't need to look it up right now.
9            Let me just back up, sir.
10       A.   Well, the number -- because
11   I --
12           MS. BROWN:  Hold on.  Hold on.
13   Hold on.
14           If there's a pending question,
15   let's let him answer it.
16           MR. DOVEL:  Well, I'm
17   withdrawing it.
18           THE WITNESS:  Because it's not
19   one of the 208 evidence-based
20   conclusions.  It's something that is
21   put in the discussion section when
22   there we talk about hypotheses and
23   other things.  It's not -- it's not
24   one of the firm 208 evidence-based
25   conclusions.  That's a -- those are
```

Page 443

```
1    different.
2            I see where you're -- you've
3    highlighted these.  It's in the
4    discussion.  It's not a numbered item.
5    QUESTIONS BY MR. DOVEL:
6        Q.   And in your paper that you
7    wrote with Khoury, you stated that "ADHD is
8    most commonly caused by the cumulative
9    effects of genes and environmental risks."
10           Right?
11       A.   You have that written here, and
12   if you've taken -- if that's an accurate --
13   that's -- you know, I don't have -- I don't
14   have the article in front of me.  Do you want
15   me to -- should I -- can we check the
16   article, if you want me to state that that's
17   accurate?
18       Q.   I want you to assume that you
19   wrote that.
20           MS. BROWN:  Well, I object --
21   QUESTIONS BY MR. DOVEL:
22       Q.   My question, sir, is, why
23   didn't you include any of these quotes in
24   your report to the Court --
25       A.   Because --
```

Page 444

```
1        Q.   -- and the jury regarding the
2    causes of ADHD?
3            MS. BROWN:  Hold on.
4            I object to the form of the
5    question.
6            Go ahead.
7            And here's the article if you
8    need to look at it.
9            THE WITNESS:  Okay.  Okay.
10           Because when I am writing this
11   report, talking about -- specifically
12   about the data and the facts.  The
13   best fact we have about the relative
14   contribution of genes and environment
15   comes from the heritability
16   statistics.  It doesn't come from my
17   hypotheses about what is likely to be
18   the case in the future when we
19   understand how environmental risks and
20   genetic causes combine with one
21   another.
22           That's the -- that's why
23   it's -- the best way to do it is
24   regarding the heritability statistic.
25
```

111 (Pages 441 to 444)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 445

1    QUESTIONS BY MR. DOVEL:
2        Q.    You told the Court that various
3    organizations agreed with your conclusion
4    that's in your report, that acetaminophen is
5    not causal, has no association with causing
6    ADHD, right?
7        A.    Yes, there's a section about
8    that.
9        Q.    You did not include the fact
10   that the World Federation of ADHD has
11   concluded that there's firm evidence showing
12   an association between acetaminophen exposure
13   and ADHD, right?
14       MS. BROWN:  Object -- objection
15   to the form.
16       THE WITNESS:  The World
17   Federation has no expertise in the
18   area of -- in the area of women's
19   health, OB/GYN fetal and maternal
20   medicine and so forth.
21   QUESTIONS BY MR. DOVEL:
22       Q.    Okay.  But they do have
23   expertise --
24       MS. BROWN:  You cut him off
25   again.

Page 446

1    QUESTIONS BY MR. DOVEL:
2        Q.    -- in causes of ADHD, right?
3        MS. BROWN:  Counsel, you cut
4    him off again.  Please let him finish.
5        THE WITNESS:  And what the --
6    the consensus statement simply is
7    not -- a consensus statement is not
8    drawing any conclusions about -- does
9    not draw conclusions -- well, what the
10   consensus statement says is that
11   acetaminophen is a correlate of ADHD
12   and has not been documented to be a
13   cause of ADHD.
14       That's what it says.
15   QUESTIONS BY MR. DOVEL:
16       Q.    The con -- folks who wrote the
17   consensus statement collectively have more
18   information about the causes and risks of
19   ADHD than do the doctors at ACOG, right?
20       MS. BROWN:  I object to the
21   form of that question.
22       THE WITNESS:  I don't know what
23   the doctors at ACOG have looked at
24   when they did their deliberations.
25   I don't have an answer to that

Page 447

1    question.
2    QUESTIONS BY MR. DOVEL:
3        Q.    Okay.  Are you aware of any
4    group that has more information about the
5    causes and risks of ADHD than the 77 authors
6    and 300 folks who signed on to the consensus
7    statement?
8        MS. BROWN:  I object to the
9    form of the question.
10       THE WITNESS:  Let me just read
11   the question again.
12       I can't say I know of any
13   group.  There may be some individuals
14   who have a fair -- a good deal of
15   knowledge in this, but not any
16   specific group.
17   QUESTIONS BY MR. DOVEL:
18       Q.    Why is it that you elected not
19   to tell the Court about the consensus
20   statement conclusion regarding acetaminophen
21   exposure and ADHD?
22       MS. BROWN:  I object to the
23   form of the question.
24       THE WITNESS:  Because -- well,
25   first of all, I didn't specifically

Page 448

1    elect not to say anything.  I
2    didn't -- I didn't, for example, say
3    Ah, I should make sure not to include
4    this in the report.
5        Part of the report was going to
6    be reviewing the evidence from the
7    epidemiologic studies.  In fact, I
8    have a bunch of pages of the report
9    which do that and which do that in a
10   very specific way where I -- kind of
11   transparently reporting which articles
12   I have selected, why I have selected
13   them and so forth.
14       That provides much more
15   information about my thought processes
16   going into the Bradford Hill criteria
17   and the World Federation report which
18   is simply listing -- providing a list
19   of articles that we -- that met our
20   criteria for being in the report.
21   QUESTIONS BY MR. DOVEL:
22       Q.    Sir, it doesn't just provide a
23   list of articles; it has specific statements
24   that are identified as evidence-based
25   statements, true?

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 449

1    A.    Correct.  Correct.  It provides
2  a list of evidence-based statements about
3  these articles.
4          And as I --
5    Q.    One of those evidence-based --
6          MS. BROWN:  Wait, he's not
7  done.  Please.  Please.
8          THE WITNESS:  As I said, if
9  we -- if you look at the report, which
10  I'm sure you have, there's a section
11  that is reviewing -- that reviews the
12  epidemiologic literature, reviews the
13  association studies and does a deep
14  dive into my analyses of those studies
15  as regards what I -- what I view as
16  some of the key methodologic features
17  of those studies such as confounding,
18  biases, the probable multiplicity,
19  none of which is addressed in the
20  consensus statement.
21          I also report the odds ratios.
22  I also report -- well, I'm not
23  hiding -- I'm not hiding the fact that
24  there have been many studies that have
25  reported relative risks of the

Page 450

1  magnitude that are reported there.
2          So there's -- nothing's being
3  hidden.  The evidence is there for the
4  Court to see.
5  QUESTIONS BY MR. DOVEL:
6    Q.    You commented on the Bauer
7  consensus statement, right?
8    A.    I believe that's in this
9  report.  I have to -- I would have to look at
10  it again to be sure that's correct.
11          I'm not actually sure that I
12  said a lot about that, but what paragraph is
13  that in?
14    Q.    One of the things that's
15  relevant to this case is whether or not
16  acetaminophen is truly associated with ADHD.
17  Right?
18          MS. BROWN:  I object to the
19  form of the question.
20          THE WITNESS:  Absolute -- yes.
21  The association statistic is a -- is
22  an important part of this question.
23  QUESTIONS BY MR. DOVEL:
24    Q.    Before this case, you wrote
25  many statements about the association of ADHD

Page 451

1  with acetaminophen, right?
2    A.    Depends what you mean by
3  "many," but I have written -- made some -- I
4  have written some statements about that, yes.
5    Q.    Okay.  In your report, did you
6  identify any of those statements that you
7  previously made about the relationship of
8  acetaminophen and ADHD?
9          MS. BROWN:  Objection to the
10  form.
11          THE WITNESS:  None -- I --
12  well, no.  There's no prior report
13  where I did a deep dive into the
14  literature so where I could completely
15  and fully understand the nature of
16  those associations.
17          I didn't -- I don't -- I
18  didn't -- I didn't deem that they
19  were -- I didn't think that they were
20  relevant to the report because the
21  report essentially is reviewing those
22  associations in detail following
23  the methods that I described and how
24  I -- how I reviewed those studies
25  and --

Page 452

1  QUESTIONS BY MR. DOVEL:
2    Q.    You don't think it's
3  relevant that --
4    A.    As --
5          MS. BROWN:  Please let him
6  finish.
7          THE WITNESS:  As opposed to --
8  as opposed to some of the statements
9  you refer to are done in very brief,
10  informal blog posts where -- that are
11  meant to engage an audience in
12  scientific research by pointing them
13  to articles of interest.
14          They're not deep dives into the
15  literature or anything -- or anything
16  of that sort.  And so they're not
17  really appropriate or relevant to a
18  very considered, detailed analysis of
19  the studies that are involved in
20  determining Bradford Hill criteria.
21          In fact, none of those blogs
22  are even addressing Bradford Hill
23  criteria at all.  They're only
24  addressing some specific studies that
25  were of interest to me at the time.

113 (Pages 449 to 452)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 453

1   QUESTIONS BY MR. DOVEL:
2      Q.   Is your statement -- before you
3   signed on to work for Johnson & Johnson's
4   lawyer, is your statements about
5   acetaminophen and ADHD -- do you think
6   they're just completely irrelevant?
7          MS. BROWN:  Objection to the
8      form of the question.
9          THE WITNESS:  I don't think
10     they add anything to my discussion of
11     the full -- the -- to the full body of
12     literature following a -- the
13     methodology that I decided to use to
14     review that literature.
15         They don't address -- they
16     don't address really any of the
17     features of the studies that are
18     relevant to Bradford Hill criteria.
19     So I don't see how they're -- I don't
20     see how they're relevant.
21  QUESTIONS BY MR. DOVEL:
22     Q.   When you wrote your article
23  in -- published with Khoury in 2022, you were
24  certainly aware of the concept of a
25  sibling-control study, right?

Page 454

1      A.   I was -- I should have -- I was
2   aware of the sibling-control study.  I was
3   aware of the concept of a sibling-control
4   study in 20 -- well, what, 2022?
5          Well, it was probably not
6   written in 2022, but whatever, in that time
7   frame.  It was -- I'm not exactly sure when
8   it was written because the publication date
9   frequently is somewhat delayed from the
10  actual writing date.
11         I -- it may have been -- it may
12  have been -- there's a good chance it was
13  written in 2021, so I'm not sure, because
14  Gustavson came out in 2021.  I may not have
15  seen Gustavson when this thing was written.
16     Q.   You were aware of Brandlistuen,
17  which was a sibling-control study, right?
18     A.   I was, yes.  Yes.
19     Q.   And you relied upon
20  Brandlistuen in part of the conclusions that
21  you wrote in some of your blog posts and your
22  articles, right?
23     A.   I do mention the Brandlistuen
24  study in at least one of the blog posts,
25  correct.

Page 455

1          And again, I do that because
2   it -- the article came across my -- it came
3   to my attention, and I -- the goal of -- the
4   goal of these blog posts is to share evidence
5   with the people who like to, you know, look
6   at my blogs.
7          It's not to, you know, do any
8   deep dives into any specific article or
9   specific topic.  It's just to share evidence
10  so people can go and draw their own
11  conclusions.
12         When I want to do a deep dive
13  into a topic, I typically will write a paper
14  about that topic.
15     Q.   You agree, sir, that oxidative
16  stress can produce epigenetic modifications
17  of the genome?
18         MS. BROWN:  Object to the form
19     of the question.
20         THE WITNESS:  Okay.  We're
21  changing the subject here.
22         I -- again, I'm not an expert
23  in epigenetics, but I think -- it's
24  been a while since I've looked at that
25  literature, so I would want to look at

Page 456

1   that again before I said something
2   specific about it.
3          There are other people who I
4   think are addressing this issue.
5   QUESTIONS BY MR. DOVEL:
6      Q.   Well, in your article with
7   Antshel, it's one of the things that you
8   wrote, is that oxidative stress can produce
9   epigenetic modifications of a genome, right?
10  Does that sound familiar?
11     A.   Can I see the article?
12         MS. BROWN:  Yep.
13         THE WITNESS:  Where is it?
14     Which one's that?
15         MR. DOVEL:  777.
16         MS. BROWN:  Let's find it.
17         THE WITNESS:  Okay.  Antshel.
18     I don't believe I have that
19  one.  I'm pretty sure we don't.
20  QUESTIONS BY MR. DOVEL:
21     Q.   It looks like this.
22         MS. BROWN:  I got it.  Here.
23  Take mine.
24         THE WITNESS:  Okay.  Got it.
25  Okay.  Yeah.  Yeah.  Got it, yes.

114 (Pages 453 to 456)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 457

1    QUESTIONS BY MR. DOVEL:
2        Q.   If we look at page 11 -- oops,
3    I'm sorry.  Page 1119, paragraph 3.
4        A.   Okay.  All right.  I'm there.
5        Q.   Sentence one you identify,
6    "Genetic alterations, such as mutations and
7    expression changes of epigenetic genes,
8    environmental risk factors, including
9    exposure to environmental toxins," and so on,
10   "including oxidative stress, all can produce
11   long-lasting transgenerational epigenetic
12   modifications of a genome."
13       A.   Okay.  I see that, yes.
14       Q.   Do you agree that's true?
15       A.   The only thing I would -- I'm
16   not sure about so much -- this is, what, ten
17   years old?
18            I think that -- and that's -- I
19   haven't kept up with the literature on
20   transgenerational epigenetic modifications.
21   I know that's somewhat controversial.  It's
22   not exactly clear what is transgenerational
23   and what's not.
24            And this -- so -- but, yes.
25   This at the time -- this was written in,

Page 458

1    what, 2013 -- probably in 2012, this was --
2    seemed to be the status in that -- in that
3    field.
4            (Faraone Exhibit 726 marked for
5        identification.)
6    QUESTIONS BY MR. DOVEL:
7        Q.   I'm going to mark as
8    Exhibit 726 pages 42 and 43 from
9    Dr. Cabrera's report.
10           MS. BROWN:  I'll object to 726,
11       one page -- two pages from
12       Dr. Cabrera's report.
13   QUESTIONS BY MR. DOVEL:
14       Q.   In Dr. Cabrera's report,
15   there's a section on acetaminophen and DNA
16   oxidation.
17           Do you see that?
18       A.   I do see that, yes.
19       Q.   And in this he discusses a
20   substance called 8-OH-dG.
21           Do you see that?
22       A.   I do see that, yes.
23       Q.   And your report does not
24   address the subject of 8-OH-dG, does it?
25       A.   I don't think it does.

Page 459

1        Q.   It's formally known as
2    8-hydroxy-deoxyguianosine, right?
3            MS. BROWN:  Objection to the
4        form.
5    QUESTIONS BY MR. DOVEL:
6        Q.   In that first sentence there,
7    do you see that?
8        A.   I do see that, yes.
9        Q.   Doctor, do you dispute
10   Dr. Cabrera's conclusion that oxidation of
11   DNA can cause damage to DNA?
12       A.   I --
13           MS. BROWN:  Objection to the
14       form.
15           THE WITNESS:  This is outside
16       my area of expertise.  I really can't
17       comment on that.
18   QUESTIONS BY MR. DOVEL:
19       Q.   Do you dispute that oxidation
20   of DNA can result in mutations and epigenetic
21   changes?
22           MS. BROWN:  Objection to the
23       form.
24           THE WITNESS:  Again, it's --
25       it's outside my area of expertise.  I

Page 460

1        haven't studied this or -- nor is it a
2        focus of my report.
3    QUESTIONS BY MR. DOVEL:
4        Q.   When you wrote your report,
5    were you aware that, as Dr. Cabrera reports
6    here, that increased concentrations of
7    acetaminophen in human cord blood are
8    associated with increased 8-OH-dG levels?
9            MS. BROWN:  I object to the
10       form of the question.
11           THE WITNESS:  Yes.  That's the
12       Anand paper, and I did look at the
13       Anand paper.
14   QUESTIONS BY MR. DOVEL:
15       Q.   And the Anand paper showed that
16   DNA -- the byproduct of this DNA product
17   damage, 8-OH-dG, is correlated with 8 -- with
18   acetaminophen exposure, right?
19           MS. BROWN:  Objection.  Form.
20           THE WITNESS:  I don't recall
21       the details of the Anand paper.
22           (Faraone Exhibit 742 marked for
23       identification.)
24   QUESTIONS BY MR. DOVEL:
25       Q.   I'm going to mark as

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 461

```
1     Exhibit 742 the Anand 2014 paper.
2            I'm going to start with page 3.
3     There's a diagram in the upper right-hand
4     corner.
5         A.   Did you say page 3?
6         Q.   Yes.
7         A.   Okay.  Well, I see it.
8         Q.   This diagram in the upper
9     right-hand corner shows the pathway by which
10    acetaminophen is metabolized into NAPQI and
11    then results in oxidative stress and DNA
12    damage producing 8-hydroxy-deoxyguanosine,
13    right?
14        A.   I see that, yes.
15        Q.   Let's turn to page 10.  Anand's
16    report, I've got it highlighted in the middle
17    of that paragraph there, found that
18    "increasing levels of 8-hydroxy-
19    deoxyguanosine were associated with higher
20    odds of childhood ADHD."
21             Right?
22        A.   So can we look at the table for
23    that?  This is -- I don't see that --
24        Q.   Do you see the statement I was
25    pointing to?
```

Page 462

```
1         A.   Yeah.  I'm just trying to find
2     out actually where he -- that's, I think, in
3     the discussion section.  I'm just trying to
4     look at the actual data.
5         Q.   Well, let's start with the
6     discussion section.
7              Is that what he writes in the
8     discussion section?
9         A.   That's what you have -- this --
10    increasing levels of -- da-da-da, not
11    glutamate, found to be associated with higher
12    odds -- I see that.  It doesn't say how high
13    the odds were, but it does say that.
14             And I can't tell from this
15    whether it was -- adjusted for any confounds
16    or not.  I would have to look at the methods
17    to determine that.
18             This looks like one of the
19    papers that has the big multiple comparison
20    problem.  There are lots of p-values reported
21    here.
22             So there's a question about,
23    you know -- we would have to look at that to
24    address the significance level -- the meaning
25    of the significance levels for this.
```

Page 463

```
1         Q.   If acetaminophen has a pathway
2     whereby it causes epigenetic changes, that
3     would mean that genetics were a -- is a
4     mediator of the effects of acetaminophen,
5     right?
6              MS. BROWN:  I object to the
7     form of the question.
8              THE WITNESS:  It's using
9     genetic in a very vague term.  It
10    doesn't mean, for example, that the
11    mother's genotype mediating effects of
12    acetaminophen.
13             All -- what it means is that if
14    this is -- let's assume for a moment
15    that this is true, that acetaminophen
16    exposure gets into the --
17    acetaminophen gets into the cell.  In
18    that case, there's -- an epigenetic
19    mark is placed on one or more genes.
20             That changes the expression of
21    that gene in some way, and that
22    protein, that protein that is no
23    longer the same as it ought to be,
24    that's -- that would be the mediator,
25    not the gene.
```

Page 464

```
1              The mediator is actually the
2     protein that is then -- that's
3     typically a protein that's talking to
4     another protein and doing something.
5     And there's usually a series of events
6     that occur in the cell that lead to
7     some outcome that if it's relevant to
8     ADHD, obviously, it ought to be
9     relevant to ADHD, and which is
10    something that's, of course, missing
11    from this article, is how this is
12    relevant to ADHD.
13    QUESTIONS BY MR. DOVEL:
14        Q.   If -- how is it if we have
15    something that is a -- withdrawn.
16             If we have something that's
17    serving as a mediator between acetaminophen
18    and an effect in causing ADHD, how is it that
19    a sibling-control study would tend to mask or
20    reduce the effects of the -- that are shown
21    in that study?
22             MS. BROWN:  Objection to form.
23             THE WITNESS:  Well, according
24    to the Sjölander paper, if there is a
25    familial mediator, something that is
```

116 (Pages 461 to 464)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 465

1   shared among siblings, an obvious
2   example is something like poverty,
3   then that could -- that would, let's
4   see, reduce the risk ratio that's seen
5   at a population level.
6           And would be considered --
7   reduced in the sense that it's --
8   well, it's not quite a confound, but
9   it's equivalent to something being --
10  in other words, it would be -- it
11  would be reducing an association that
12  ought to be seen but is not seen
13  because there's a familial mediator.
14          But I don't see -- what I
15  haven't seen in anything -- like in
16  this paper or in some of the reports
17  that I've read, is an example of a
18  familial mediator. Because the
19  mediation is occurring in -- that we
20  talk about is occurring in cells
21  presumably -- again, this is all
22  hypothetical, but it's presumably
23  occurring in cells in the brain, and
24  siblings don't share their brains.
25  The brains of two siblings are

Page 466

1   similar, undoubtedly, although we
2   would have to look into that, exactly
3   how similar, but siblings are exposed
4   to many effects that are not shared.
5   And because of that, their brains are
6   not the same. And so any given
7   specific mediator is not necessarily
8   familial.
9   QUESTIONS BY MR. DOVEL:
10     Q.   Siblings share genes, right?
11     A.   They share 50 percent of their
12  genes, that's correct. On average. But
13  50 percent, yeah.
14     Q.   If genes serve as a mediator
15  for an environmental effect, then will a
16  sibling-control study suppress or reduce part
17  of that effect?
18     A.   It's not the genes that are
19  mediating it. What's mediating it is the
20  protein that's expressed in the brain.
21     Q.   And proteins are expressed
22  based upon genetic instructions in part,
23  right?
24     A.   Correct, yes.
25     Q.   If we have genes that are

Page 467

1   mediating an effect of a -- that an
2   environmental exposure by as a result of
3   expressing proteins, then would a
4   sibling-control study suppress part of the
5   association?
6       A.   I don't understand how -- what
7   I don't understand is how -- again, I use the
8   example of poverty as being familial.
9   Siblings share the same household. If the
10  family is living in poverty, typically they
11  both are living in poverty, although not
12  always.
13           Siblings don't share the same
14  brain. They don't -- their cells are
15  different. They don't necessarily share the
16  same -- they necessarily don't -- they
17  don't -- what we're talking about here is not
18  something that's shared among siblings. So
19  it's -- I don't -- I don't see that as a
20  mediator.
21           And also the other problem with
22  these -- the concern about familial mediators
23  or familial moderators, it's the same issue,
24  is we don't know from the -- the Sjölander
25  paper as to how -- what it -- how serious

Page 468

1   this effect is and how dramatic that effect
2   is.
3           And, in fact, I believe -- I
4   believe in the Gustavson paper he refers to
5   it as possibly having effects in either
6   direction. We could look at that.
7           It's -- I haven't seen anything
8   in the -- you know, in the -- I did read
9   the -- you know, the plaintiff reports about
10  this issue of mediation and moderation. I
11  just haven't seen anything that's clearly to
12  me a familial mediator that's working in a
13  biological pathway that's mechanistically
14  related to ADHD.
15          (Faraone Exhibit 733 marked for
16  identification.)
17  QUESTIONS BY MR. DOVEL:
18     Q.   I'm going to mark as
19  Exhibit 733 the Baccarelli forest plot.
20          MS. BROWN: Objection to 733.
21  QUESTIONS BY MR. DOVEL:
22     Q.   Sir, I want you to assume that
23  this document is a forest plot of the results
24  that are found in Dr. Baccarelli's expert
25  report.

117 (Pages 465 to 468)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 469

1      A.   So this is in his report?
2   This --
3      Q.   No, I want you to assume this
4   is a forest plot of the results.
5          MS. BROWN:  Objection --
6          THE WITNESS:  I'm not sure --
7   I'm confused.
8          MS. BROWN:  Hold on.
9   QUESTIONS BY MR. DOVEL:
10     Q.   I want you to assume that --
11         THE WITNESS:  Okay.  You can go
12  ahead.  I am --
13  QUESTIONS BY MR. DOVEL:
14     Q.   -- each of the studies on the
15  left-hand side are addressed by
16  Dr. Baccarelli.
17     A.   Okay.
18     Q.   That he reports numbers for the
19  risk ratio and confidence intervals for each
20  of these, and that each of these numbers then
21  have been plotted on this diagram.
22         Are you with me so far?
23     A.   So --
24         MS. BROWN:  Let me just object
25  to the question and to the document.

Page 470

1          Go ahead.
2          THE WITNESS:  Well, you've
3   objected.  Okay.
4          Just to be clear, so what
5   you're saying is that somebody took
6   the numbers in Dr. Baccarelli's
7   report, entered them into some
8   software and computed this -- computed
9   this graphic here?
10  QUESTIONS BY MR. DOVEL:
11     Q.   This is the result, yes.
12     A.   This is -- okay.  This is --
13  okay.  I will take you at your word on that.
14         And the question, what are
15  we -- what would you like to know about this?
16     Q.   Now, if we look at this, we see
17  that a number of the results are
18  statistically significant and some are not,
19  right?
20     A.   Correct.
21     Q.   Of the results that are
22  statistically significant, do they all show a
23  positive risk ratio?
24         MS. BROWN:  I object to the
25  form.

Page 471

1          THE WITNESS:  Let me just take
2   a quick look here.  Yes, I'm pretty
3   sure that's the case.
4          Yes, it is the case.
5   QUESTIONS BY MR. DOVEL:
6      Q.   If we look at the results of
7   these studies as a whole rather than just
8   look at any one study, does it suggest a
9   positive risk for the association between
10  acetaminophen and ADHD?
11         MS. BROWN:  I object to the
12  form and to the document.
13         THE WITNESS:  So -- well, first
14  a comment about the way -- the data
15  presentation is that you've got
16  multiple data points from the same
17  study, which -- so there's -- there
18  actually aren't as many -- you know,
19  which can -- I'm not saying anybody
20  was intending to mislead.  Don't get
21  me wrong.  But I'm just saying that
22  can be a little bit misleading as to
23  what -- as to the -- as to these
24  findings here.
25         With that said -- you're going

Page 472

1   to have to repeat the question again
2   because I was focusing on this issue
3   of multiple data points in the same
4   study.
5          So --
6   QUESTIONS BY MR. DOVEL:
7      Q.   If we examined the results of
8   these studies as a whole and do not just
9   focus on one study, do the results suggest an
10  association between acetaminophen and ADHD?
11         MS. BROWN:  Objection to the
12  form.
13         THE WITNESS:  This is not how
14  it's typically done.  Typically, one
15  computes a meta-analysis, and then we
16  have a pooled -- we have a pooled risk
17  ratio, and from that pooled risk --
18  from that pooled risk -- ah, I'm
19  getting tongue-tied here.
20         From that pooled risk ratio, we
21  drew a conclusion.  And if we do -- we
22  take the most recent meta-analysis by
23  Ricci, et al., they do -- they do --
24  they do compute a pooled and
25  significant odds ratio across the

118 (Pages 469 to 472)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 473

1     studies that they looked at.
2     QUESTIONS BY MR. DOVEL:
3         Q.    A positive risk ratio, right?
4         A.    That's correct.  Which is --
5     they actually -- I believe they compute a
6     few.  They kind of divide the meta-analysis
7     into series.
8             And in some -- in several of
9     the meta-analyses, the results are also
10    substantially heterogenous, meaning that
11    they differ significantly from one study to
12    the next.  The technical term is all of the
13    studies aren't estimating the same underlying
14    risk ratio.
15        Q.    All right.  Now, you've
16    explained about pooled risk ratios and
17    meta-analysis.  My question is, if we were to
18    examine these studies as a whole, do they
19    suggest a positive risk?
20            MS. BROWN:  Objection to the
21    form.
22            THE WITNESS:  Yes, I would -- I
23    guess I meant to say is that this data
24    layout is consistent with the
25    meta-analyses, except it's hard to

Page 474

1     interpret because of the -- anyway, I
2     won't give out the detail about the
3     multiple studies.  I'm sorry, the
4     duplicated observations from multiple
5     studies -- from the same study.
6             I think the answer to your
7     question is -- the simplest answer is,
8     yes, it's consistent with that.
9     QUESTIONS BY MR. DOVEL:
10        Q.    Now, you recognized in your
11    report that the issue of whether there's a
12    dose-response effect was relevant to
13    causation, right?
14        A.    Yes, that's a criteria in the
15    Bradford Hill.
16        Q.    And you concluded that looking
17    at the data that there was no dose-response
18    that was currently shown, right?
19        A.    That's correct.
20            (Faraone Exhibit 737 marked for
21    identification.)
22    QUESTIONS BY MR. DOVEL:
23        Q.    I'm going to mark as
24    Exhibit 737 the dose response forest plot.
25            MS. BROWN:  I object to 737.

Page 475

1     QUESTIONS BY MR. DOVEL:
2         Q.    This plot includes the data on
3     studies where they had information on a
4     dose-response ratio that were reported in
5     Dr. Baccarelli's report.
6         A.    Okay.
7             MS. BROWN:  Objection to form.
8     QUESTIONS BY MR. DOVEL:
9         Q.    In each case, does -- did it --
10    was a dose-response effect shown?
11            MS. BROWN:  Objection to the
12    form of the question.
13            THE WITNESS:  Well, let's -- I
14    would have to take a look at them one
15    by one here.
16            So the problems with the
17    dose-response data are -- well, first,
18    number one, dose-response data are
19    also confounded in the same ways that
20    the original -- these -- the other
21    aspects of the study are confounded.
22            Confounds by indication,
23    confounds by genetics, maternal aging,
24    so forth.
25            Second, for example, if you

Page 476

1     look at Liew, at the top, the
2     confidence intervals are clearly
3     overlapping, indicating no
4     differences, no significant
5     differences between the two doses.
6             The same is true for the second
7     set of studies.  Same is true for the
8     third set of studies.  The fourth set
9     of studies.  The fifth set of studies.
10    The sixth set of studies.  In fact, if
11    you look at the Ystrom data, the 22 --
12    the 28-day data overlaps with the
13    no-use data and the 8- to 14-day data.
14            So each of these is true.
15    Looking at all of these studies we see
16    substantial -- not just a little
17    overlap, but a substantial overlap
18    between the confidence intervals,
19    which indicate that there's no
20    statistically reliable difference
21    between those dose levels.
22            MS. BROWN:  Counsel, I believe
23    we're out of time.  Can we find out
24    how long we've been on the record?
25            VIDEOGRAPHER:  We've been on

119 (Pages 473 to 476)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 477

1    the record for 7 hours and 1 minute.
2         MS. BROWN:  Okay.  We're done.
3    I just have a few follow-ups.
4         Do you want to take a break, or
5    should we just keep going?
6         MR. DOVEL:  It's up to you.
7         MS. BROWN:  Okay.  Are you good
8    to answer few final questions?
9         THE WITNESS:  I'm ready.  I'm
10   ready.
11        MS. BROWN:  Okay.
12        CROSS-EXAMINATION
13   QUESTIONS BY MS. BROWN:
14        Q.    Just a few final questions from
15   me, Dr. Faraone, and we'll get you out of
16   here.
17        And I think I'm not wearing
18   my --
19        All right.  Good evening,
20   Dr. Faraone.  How are you holding up?
21        A.    I'm doing fine.  Thank you.
22   I'm doing fine.
23        Q.    We've been here a while now.  I
24   just have a few follow-up questions.
25        Earlier this morning you were

Page 478

1    asked about a chart that counsel was creating
2    on the ELMO regarding what pregnant women
3    might do during their pregnancy.
4         Do you recall that chart?
5         A.    I do recall that, yes.
6         Q.    And do you recall questions
7    about whether or not they would or would not
8    follow advice of their doctors?
9         A.    I do.
10        Q.    Okay.  Dr. Faraone, are you a
11   medical doctor?
12        A.    I'm not.  I'm a psychologist.
13        Q.    Okay.  Do you give medical
14   recommendations to pregnant women about
15   medicine?
16        A.    I do not.  I do not.
17        Q.    In terms of whether or not a
18   pregnant woman would or would not follow the
19   advice of her physician, would you defer to a
20   clinician for those questions?
21        A.    Absolutely.
22        Q.    You were asked a series of
23   questions, and you gave some testimony about
24   risky behavior.
25        Do you recall that?

Page 479

1         A.    I do, yes.
2         Q.    Okay.  To be clear,
3    Dr. Faraone, as an ADHD expert, based on your
4    review of the totality of the literature
5    contained in your expert report, do you
6    believe it's risky for a pregnant woman to
7    take acetaminophen during pregnancy?
8         A.    I do not.
9         Q.    And why is that?
10        A.    Because as detailed in my
11   report, the evidence is clear to me that
12   there's no evidence for acetaminophen as
13   increasing the risk -- I'm sorry,
14   acetaminophen used by mothers during
15   pregnancy as increasing the risk for
16   offspring and ADHD.
17        MS. BROWN:  Thanks very much,
18   Doctor.  I have no further questions.
19        THE WITNESS:  Okay.
20        REDIRECT EXAMINATION
21   QUESTIONS BY MR. DOVEL:
22        Q.    I've got just a few follow-ups.
23        A.    Please.
24        Q.    In your view, because
25   acetaminophen is not risky to take, do you

Page 480

1    have any basis for concluding that women with
2    ADHD are more likely to take acetaminophen
3    when they're pregnant than when they're not
4    pregnant?
5         A.    Well, we know from the Leppart
6    data the genetics of ADHD predict use of
7    acetaminophen -- use of acetaminophen by
8    women during pregnancy.  That's one source of
9    data that we have there.
10        Q.    My question is not about
11   whether they would use it during pregnancy.
12        A.    Sorry.
13        Q.    Any study that would
14   demonstrate that they would differentially
15   use it; that is, that they would use it more
16   often when they're pregnant than when they're
17   not pregnant?
18        MS. BROWN:  Objection to the
19   form.
20        THE WITNESS:  No, I don't know
21   of a study of that sort.
22   QUESTIONS BY MR. DOVEL:
23        Q.    Do you have any basis to
24   conclude that that's true?
25        MS. BROWN:  Objection to the

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 481

1    form.
2           THE WITNESS:  Only my expert
3    opinion based upon my three decades of
4    working with ADHD.
5    QUESTIONS BY MR. DOVEL:
6           Q.    And what about these three
7    decades would tell you that AD -- women with
8    ADHD will take more acetaminophen when
9    they're pregnant than when they're not
10   pregnant?
11          A.    I gave it as -- in the -- this
12   is the section of the report dealing with the
13   negative controls.  I was talking about
14   potential confounds, my concern about
15   potential confounds.  And I just gave this as
16   an example of a potential confound.
17          It wasn't -- it wasn't meant to
18   be given in the sense of, this is a hard fact
19   that has been documented in the literature.
20          Q.    Well, I want to know what your
21   experience suggests that women with ADHD take
22   more acetaminophen when they're pregnant than
23   when they're not.
24          MS. BROWN:  Objection to the
25   form of the question.

Page 482

1           THE WITNESS:  As I said, it
2    was -- it was -- it was only an
3    example that I thought of that
4    could -- where -- as described in
5    there in the -- in the document.  I
6    don't really have much more to say
7    about that.
8    QUESTIONS BY MR. DOVEL:
9           Q.    Can you --
10          MS. BROWN:  Counsel, I believe
11   you're out of time.  I understand you
12   only get the amount of time I used,
13   and you've exceeded that.
14          So we need to go off the
15   record.
16          VIDEOGRAPHER:  The time right
17   now is 5:44 p.m.  We are off the
18   record.
19   (Deposition concluded at 5:44 p.m.)
20          - - - - - - -
21
22
23
24
25

Page 483

1                    CERTIFICATE
2           I, CARRIE A. CAMPBELL, Registered
3    Diplomate Reporter, Certified Realtime
     Reporter and Certified Shorthand Reporter, do
     hereby certify that prior to the commencement
4    of the examination, Stephen V. Faraone,
     Ph.D., was duly sworn by me to testify to the
5    truth, the whole truth and nothing but the
     truth.
6
            I DO FURTHER CERTIFY that the
7    foregoing is a verbatim transcript of the
     testimony as taken stenographically by and
8    before me at the time, place and on the date
     hereinbefore set forth, to the best of my
9    ability.
            I DO FURTHER CERTIFY that I am
10
     neither a relative nor employee nor attorney
11   nor counsel of any of the parties to this
     action, and that I am neither a relative nor
12   employee of such attorney or counsel, and
     that I am not financially interested in the
13   action.
14
15
16   _____
     CARRIE A. CAMPBELL,
17   NCRA Registered Diplomate Reporter
     Certified Realtime Reporter
18   California Certified Shorthand
     Reporter #13921
19   Missouri Certified Court Reporter #859
     Illinois Certified Shorthand Reporter
20   #084-004229
     Texas Certified Shorthand Reporter #9328
21   Kansas Certified Court Reporter #1715
     New Jersey Certified Court Reporter
22   #30XI00242600
     Louisiana Certified Court Reporter
23   #2021012
     Notary Public
24   Dated:  September 11, 2023
25

Page 484

1           INSTRUCTIONS TO WITNESS
2    DATE: September 11, 2023
3           Please read your deposition over
4    carefully and make any necessary corrections.
5    You should state the reason in the
6    appropriate space on the errata sheet for any
7    corrections that are made.
8           After doing so, please sign the
9    errata sheet and date it.  You are signing
10   same subject to the changes you have noted on
11   the errata sheet, which will be attached to
12   your deposition.
13          It is imperative that you return
14   the original errata sheet to the deposing
15   attorney within thirty (30) days of receipt
16   of the deposition transcript by you.  If you
17   fail to do so, the deposition transcript may
18   be deemed to be accurate and may be used in
19   court.
20
21
22
23
24
25

121 (Pages 481 to 484)

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 485

```
 1        ACKNOWLEDGMENT OF DEPONENT
 2
 3
 4        I,_____, do
          hereby certify that I have read the foregoing
 5        pages and that the same is a correct
          transcription of the answers given by me to
 6        the questions therein propounded, except for
          the corrections or changes in form or
 7        substance, if any, noted in the attached
          Errata Sheet.
 8
 9
10
11
12        _____
13        Stephen V. Faraone, Ph.D.        DATE
14
15        Subscribed and sworn to before me this
16        _____ day of _____, 20 _____.
17        My commission expires: _____
18
19        Notary Public
20
21
22
23
24
25
```

Page 487

```
 1        _ _ _ _ _ _ _
          LAWYER'S NOTES
 2        _ _ _ _ _ _ _
 3   PAGE  LINE
 4   ____  ____  _____
 5   ____  ____  _____
 6   ____  ____  _____
 7   ____  ____  _____
 8   ____  ____  _____
 9   ____  ____  _____
10   ____  ____  _____
11   ____  ____  _____
12   ____  ____  _____
13   ____  ____  _____
14   ____  ____  _____
15   ____  ____  _____
16   ____  ____  _____
17   ____  ____  _____
18   ____  ____  _____
19   ____  ____  _____
20   ____  ____  _____
21   ____  ____  _____
22   ____  ____  _____
23   ____  ____  _____
24   ____  ____  _____
25
```

Page 486

```
 1        _ _ _ _ _ _ _
          ERRATA
 2        _ _ _ _ _ _ _
 3   PAGE  LINE  CHANGE
 4   ____  ____  _____
 5   ____  ____  _____
 6   ____  ____  _____
 7   ____  ____  _____
 8   ____  ____  _____
 9   ____  ____  _____
10   ____  ____  _____
11   ____  ____  _____
12   ____  ____  _____
13   ____  ____  _____
14   ____  ____  _____
15   ____  ____  _____
16   ____  ____  _____
17   ____  ____  _____
18   ____  ____  _____
19   ____  ____  _____
20   ____  ____  _____
21   ____  ____  _____
22   ____  ____  _____
23   ____  ____  _____
24   ____  ____  _____
25
```

## WORD INDEX

**< $ >**
**$200,000**
432:*9*

**< 0 >**
**0.05** 223:*22*
**00966** 3:*17*
**05** 214:*9*
216:*2, 6, 20,*
*22* 217:*2, 20*
218:*11, 18*
220:*1*
221:*9, 15, 20*
222:*20*
224:*11, 18*
**07960** 6:*15*
**084-004229**
483:*20*

**< 1 >**
**1** 5:*2*
80:*18*
214:*9*
219:*1, 3, 4*
277:*19*
477:*1*
**1.1** 220:*14*
**1.2** 228:*16*
231:*20*
**1.3** 231:*20*
**1:05** 265:*20,*
*22*
**1:22-md-**
**03043** 1:*6*
**1:22-md-**
**03043-DLC**
1:*4*
**1:50** 265:*24*
**10** 142:*20*
143:*25*
144:*2, 14, 15*

148:*3, 5*
233:*10*
429:*22*
461:*15*
**10,000**
431:*24*
**10:15**
115:*25*
**10:18** 125:*5,*
*7*
**10:38** 125:*9*
**100** 25:*20*
139:*18*
266:*5*
303:*10*
304:*11*
436:*15*
439:*5*
**10001** 5:*19*
**10017** 3:*22*
7:*3*
**10019** 6:*21*
7:*15*
**10019-9601**
8:*8*
**10036** 7:*20*
**10440** 5:*12*
**11** 302:*20,*
*21* 396:*5, 10*
457:*2*
483:*24*
484:*2*
**11:38** 193:*3,*
*5*
**11:59** 193:*7*
**1105** 6:*21*
**1118** 181:*4*
**1119** 457:*3*
**11758** 2:*19*
**1185** 7:*20*
**12** 429:*11,*
*12*
**1200** 6:*9*

7:*9*
**126** 2:*18*
**12th** 6:*9*
7:*2, 9*
**13** 281:*14*
282:*8*
**13202** 8:*19*
**136** 13:*1, 4*
240:*9, 10, 16,*
*18*
**13921**
483:*18*
**14** 222:*14*
223:*6, 7, 9*
344:*24*
**14-day**
476:*13*
**15** 10:*5, 18*
139:*11*
140:*9, 12, 24*
145:*10*
213:*17*
**150** 3:*7*
**159** 13:*1*
**16** 346:*4*
347:*4*
348:*15*
**168** 12:*22*
**17** 12:*4*
50:*4* 395:*19*
**171** 11:*14*
**1715** 483:*21*
**17th** 8:*13*
**18** 49:*7*
155:*9*
344:*1*
384:*11*
**180** 12:*15*
**187** 11:*1*
**1901** 2:*12*
**19103** 8:*13*
**1990s**

425:*23*

**< 2 >**
**2** 10:*3*
80:*10*
163:*22*
174:*13*
177:*6*
231:*25*
233:*15, 24*
235:*21*
312:*11, 12*
316:*6*
**2,000** 420:*3,*
*5*
**20** 60:*18*
309:*9*
429:*22*
454:*4*
485:*16*
**200** 233:*10*
359:*25*
**20004-1275**
6:*9* 7:*9*
**2000s**
425:*24*
**200-2900**
4:*9*
**201** 2:*5*
**2012** 458:*1*
**2013** 327:*10*
458:*1*
**2014** 320:*16,*
*22* 321:*9*
322:*3*
327:*9* 461:*1*
**2015** 80:*6*
81:*19, 23*
159:*16*
178:*23*
390:*2*
**2016** 319:*10*
320:*17*
324:*8*

327:*8*
343:*23*
**2017** 154:*6*
327:*1*
410:*20*
**202** 6:*10*
7:*10*
**2020** 344:*1*
**2021** 12:*4*
344:*24*
346:*5*
347:*5*
348:*15*
357:*3*
373:*3*
395:*19*
454:*13, 14*
**2021012**
483:*23*
**2022** 169:*20*
396:*5*
401:*4, 6*
403:*23*
453:*23*
454:*4, 6*
**2023** 1:*6*
14:*6*
140:*11*
483:*24*
484:*2*
**2029** 6:*3*
**206** 10:*22*
**208** 12:*6*
359:*23*
360:*22*
366:*19*
367:*6, 11*
420:*18*
442:*2, 19, 24*
**21** 349:*5*
395:*13*
**210** 3:*17*
432:*12*

**21052** 8:*23*
**211** 4:*13*
**212** 2:*19*
5:*19* 7:*15*,
*21* 8:*9*
10:*22*
**213** 9:*3*
**215** 8:*14*
432:*13*
**218** 4:*19*
**22** 139:*5, 8*
145:*9*
476:*11*
**222** 11:*7*
**227** 5:*7*
**240** 10:*11*
**241-8111**
4:*14*
**25** 60:*18*
143:*22*
147:*20, 22*
438:*16*
**250** 7:*14*
8:*8, 18*
**26(a)(2**
10:*12*
**2625** 4:*13*
**2650** 5:*7*
**27** 118:*11*
172:*2*
**272** 10:*12*
**274** 10:*16*
**284-3880**
6:*4*
**289-1313**
6:*10* 7:*10*
**28-day**
476:*12*
**2-year-old**
66:*12*

**< 3 >**
**3** 80:*9, 11*
218:*10*

235:*6, 18*
285:*25*
457:*3*
461:*2, 5*
**3:01** 344:*13,*
*15*
**3:17** 344:*17*
**30** 8:*13*
45:*21*
60:*18*
144:*8, 20, 24*
145:*13*
148:*9*
149:*6*
232:*4*
484:*15*
**300** 4:*2, 8*
6:*3* 361:*24*
447:*6*
**3043** 1:*3*
**30XI0024260**
**0** 483:*22*
**310** 2:*6* 6:*4*
**312** 3:*8* 5:*8*
**314** 4:*14*
**315** 8:*19*
**318-1200**
8:*3*
**319** 10:*12*
**32** 384:*19*
385:*10*
**326** 11:*20*
**33** 358:*25*
362:*10*
363:*15, 22*
**3300** 8:*2*
**34** 365:*11*
**343** 11:*22*
**344** 12:*1*
**345** 12:*13*
399:*6*
400:*6, 15, 19*
**347** 168:*23,*

*24, 25*
**349** 406:*5, 6*
**350** 405:*10,*
*14*
**358** 12:*19*
**36104** 4:*20*
**37** 402:*1*
**372** 11:*17*
**372-4800**
5:*8*
**38** 357:*24*
358:*12, 14*
364:*15, 16*
368:*1*
**390** 7:*2*
**395** 1:*13*
12:*2* 14:*9*
**396** 12:*5*
**398** 12:*11*

**< 4 >**
**4** 235:*6, 18*
**4:30** 421:*19,*
*21*
**4:47** 421:*23*
**401** 5:*2*
**410** 3:*16*
**4100** 3:*7*
**415** 8:*3*
**42** 11:*3*
458:*8*
**421** 10:*16*
13:*4*
**421-2800**
2:*19*
**425** 3:*22*
**43** 11:*3*
458:*8*
**433** 11:*3*
**434** 11:*3*
**440** 2:*12*
**447-0500**
3:*17*

**458** 11:*3*
**460** 11:*10*
**468** 11:*7*
**468-8000**
8:*9*
**4717** 4:*8*
**474** 11:*10*
**4740** 4:*2*
**474-2911**
8:*19*
**477** 10:*6*
**479** 10:*7*
**495-2333**
2:*13*

**< 5 >**
**5** 280:*4*
290:*24*
291:*23*
**5:44** 482:*17,*
*19*
**50** 8:*2*
268:*5*
292:*14*
304:*10*
466:*11, 13*
**500** 6:*14*
329:*11*
**520-6639**
5:*3*
**542-8000**
9:*3*
**555** 6:*9*
7:*9* 9:*2*
**556-2100**
7:*21*
**55th** 7:*14*
8:*8* 9:*2*
**56th** 2:*18*
**58** 434:*1*

**< 6 >**
**6** 138:*6*
285:*21, 23*

**290**:*23*
**291**:*23*
**433**:*16*
**600** 2:*5*
8:*18*
**60606** 3:*8*
5:*7*
**606-2996**
6:*22*
**63102** 4:*14*
**636-7459**
5:*13*
**64112** 4:*3, 8*
**646** 3:*23*
6:*22* 7:*3*
**656-7066**
2:*6*
**67** 6:*14*
**6th** 2:*18*

**< 7 >**
**7** 1:*6* 14:*5*
80:*8, 19, 20*
99:*14, 17, 18,*
*20, 21* 100:*1,*
*10* 433:*6*
477:*1*
**7,000** 292:*9,*
*16*
**70** 145:*19*
148:*24, 25*
301:*12*
**701** 10:*11*
240:*19, 25*
273:*4* 274:*1*
**701-1100**
4:*3*
**702** 10:*12*
272:*9, 13*
273:*3* 274:*1*
**705** 10:*12*
319:*4, 8*
**70s** 62:*8*

Confidential - Subject to Protective Order

**711**  10:*16*
421:*25*
422:*10, 12*
**713**  2:*13*
**714**  10:*16*
274:*20, 23*
**716**  10:*18*
15:*13, 17*
16:2  18:*21,*
*24*  19:*12, 25*
22:*18*
28:*25*
29:*25*  197:*9*
**718**  10:*22*
206:*15, 19,*
*20*  207:*6*
**719**  10:*22*
212:*23*
213:*2, 6, 12*
**721**  11:*1*
187:*9, 13*
**722**  11:*3*
433:*1, 8, 11*
**723**  11:*3*
434:*16, 20,*
*21*
**726**  11:*3*
458:*4, 8, 10*
**73**  240:*11*
**730**  11:*7*
222:*3, 7, 10*
**733**  11:*7*
468:*15, 19,*
*20*
**735-3000**
5:*19*
**737**  11:*10*
474:*20, 24,*
*25*
**74**  138:*11*
148:*6*
152:*3, 4, 6*
153:*3, 4, 17,*
*18*  154:*22*

240:*9, 17*
241:*2, 3, 12*
249:*7, 15*
**741-5220**
3:*8*
**742**  11:*10*
460:*22*
461:*1*
**744**  11:*14*
171:*9, 13*
**746-2000**
7:*3*
**75**  138:*17,*
*18, 22*
139:*20, 25*
143:*22*
147:*20, 23*
148:*18*
301:*13, 25*
**75231**  5:*13*
**755**  11:*17*
372:*24*
373:*3*
**76**  62:*10*
118:*11*
138:*14, 22*
171:*15, 25*
172:*4*
173:*6*
266:*16*
272:*1*
301:*13*
302:*1*
434:*11*
438:*15*
**763**  11:*20*
325:*3*
326:*20, 23*
**764**  11:*22*
343:*5, 9*
**765**  12:*1*
344:*19, 23*

**766**  12:*13*
345:*25*
346:*4*
**768**  12:2
395:*8, 12, 17*
**769**  12:*5*
396:*19, 22*
**77**  241:*2*
359:*8*
360:*24*
447:*5*
**77002**  2:*12*
**771**  12:*7*
78:2, *6*
348:*16*
**772**  12:*11*
398:*6, 9*
433:*4, 7, 10*
**775-6101**
6:*15*
**777**  12:*15*
180:*21, 24*
456:*15*
**778**  12:*17*
79:*22*  80:*1*
**78**  12:*7*
**780**  12:*19*
137:*4, 8, 10*
281:*9*  298:*9*
**781**  12:*19*
358:*5, 9*
360:*11*
418:2, *5*
**782**  246:*8*
**784**  12:*22*
168:*16, 20*
399:*4, 8, 9*
**785**  13:*1*
159:*15, 22*
183:*16*
184:*5*
**79**  12:*17*
**791**  13:*1*
136:*18, 24*

137:*10*
418:*4, 11, 18*
**792**  13:*4*
136:*18, 22*
137:*11*
242:*23*
418:*13, 17*
419:*21*
**794**  13:*4*
384:*9*
421:*25*
422:*4*
**7-Eleven**
7:*16*
**7th**  6:*21*

**< 8 >**
**8**  102:*10, 11*
298:*14, 15,*
*16, 18*  301:*5*
460:*17*
476:*13*
**8:34**  14:*6*
**8:35**  1:*15*
14:*7*
**80**  266:*3*
267:*10*
**800**  4:*20*
**806**  442:*4, 6*
**80-plus**
343:*1*
**80s**  62:*7*
**810**  6:*21*
**816**  4:*3, 9*
**818**  8:*24*
**836-8000**
7:*15*
**837-5151**
3:*23*
**844**  5:*13*
**859**  483:*19*
**877.370.DEP**
**S**  1:*23*

**898-2034**
4:*20*
**8-hydroxy**
461:*18*
**8-hydroxy-**
**deoxyguanosi**
**ne**  461:*12*
**8-hydroxy-**
**deoxyguianos**
**ine**  459:2
**8-OH-dG**
458:*20, 24*
460:*8, 17*

**< 9 >**
**9**  171:*13*
277:*20*
**9:22**  71:*17,*
*19*
**9:30**  71:*21*
**90**  395:*25*
**90067-2904**
6:*4*
**90071**  9:*3*
**90401**  2:*6*
**90s**  62:*13*
**91367**  8:*24*
**916**  5:*3*
**919**  163:*18*
177:*5*
183:*17, 19,*
*20*
**920**  160:*13*
**9328**  483:*20*
**94111**  8:*3*
**950**  5:*12*
**95864-7273**
5:2
**973**  6:*15*
**979-1000**
8:*14*
**999-2232**
8:*24*

Confidential - Subject to Protective Order

**9th** 1:*13*

**< A >**
**a.m** 1:*15*
14:*6, 7*
71:*17, 19, 21*
125:*5, 7, 9*
193:*3, 5, 7*
**Aard** 425:*15*
**Aardvark**
425:*15*
**abbreviate**
47:*18*
**abbreviated**
204:*7*
**abilities**
339:*1*
**ability** 66:*6*
177:*1*
208:*4* 483:*9*
**able** 19:*17*
51:*10, 11*
52:*1, 2, 3*
54:*23* 68:*7*
157:*14*
218:*9*
219:*4*
253:*15*
267:*8*
291:*22*
400:*9*
**ABNEY**
3:*14*
**absence**
222:*21*
**Absolute**
450:*20*
**Absolutely**
89:*21*
131:*4, 13*
268:*21*
337:*9*
369:*22*
478:*21*

**absorbed**
310:*5*
**abstract**
160:*24*
162:*15*
373:*7*
418:*1, 3, 6*
**abstractions**
388:*15*
**academic**
338:*16*
**accept** 309:*2*
**access** 81:*6,*
*21* 194:*10*
339:*9, 11, 13*
341:*7*
**account**
52:*12*
83:*25*
84:*11*
229:*7*
433:*19*
**accounted**
145:*20*
148:*24*
154:*13*
162:*17, 23*
228:*1*
320:*24*
322:*3*
**accounting**
271:*25*
332:*16*
**accrued**
260:*15*
**accumulated**
441:*20*
**accurate**
98:*10*
102:*15*
114:*19*
191:*25*
216:*1*
253:*5*

324:*12*
339:*19, 23*
362:*25*
363:*4*
387:*12*
430:*16*
432:*3*
443:*12, 17*
484:*18*
**accurately**
96:*10*
157:*15*
252:*8*
**ACETAMIN
OPHEN**
1:*3* 10:*12,*
*22* 11:*10, 20,*
*22* 12:*1, 13*
13:*6* 14:*11*
99:*23*
103:*8, 24*
104:*11, 21*
105:*23*
130:*8*
135:*23*
156:*12, 16*
157:*10*
158:*10*
194:*16*
195:*12, 17*
196:*4*
199:*15*
202:*10*
206:*19*
207:*1, 12, 13,*
*24* 209:*1*
210:*23*
211:*11*
236:*25*
237:*1, 3, 4*
241:*15, 16,*
*20, 21* 242:*7*
244:2, *9, 14*
249:*24*

250:*7*
255:*16, 20*
256:*5, 11, 15*
257:*5, 15*
259:*1*
260:*3, 4, 8,*
*21* 261:*17,*
*18* 262:*5, 21,*
*25* 264:*16,*
*17* 265:*2*
291:*18, 20*
308:*18*
319:*13, 15*
320:*9*
321:*14*
324:*14*
326:*13*
328:*5*
331:*20*
332:*1*
333:*12*
335:*8*
336:*5*
337:*1*
345:*22*
347:*7*
352:*13, 14,*
*17* 353:*14,*
*20* 356:*3, 5,*
*15, 17, 21*
357:*3, 15, 20,*
*21* 358:*24*
362:*8*
363:*16, 21*
364:*8*
365:*20*
367:*25*
370:*2, 15, 24*
371:*9, 15, 19*
372:*8, 23*
374:*13, 17,*
*19* 375:*16*
376:*1, 5, 6,*
*19, 21* 377:*5,*

*15, 19* 378:*1,*
*10, 24*
387:*19*
403:*16*
407:*13, 16,*
*23* 408:*8, 10,*
*13, 17, 18, 20*
410:*5, 9, 11,*
*16* 414:*3, 6*
416:*25*
417:*18*
419:*9*
420:*22*
421:*2*
422:*5*
436:*1*
437:*10*
445:*4, 12*
446:*11*
447:*20*
450:*16*
451:*1, 8*
453:*5*
458:*15*
460:*7, 18*
461:*10*
463:*1, 4, 12,*
*15, 17*
464:*17*
471:*10*
472:*10*
479:*7, 12, 14,*
*25* 480:*2, 7*
481:*8, 22*
**aches** 103:*9*
**achieve**
221:*22, 25*
**acid** 207:*16*
209:*3*
**acknowledge
d** 289:*1*
**ACKNOWL
EDGMENT**
13:*10* 485:*1*

**ACOG**
104:*20*
341:*25*
446:*19, 23*
**acquire**
302:*12*
**acquired**
426:*6*
**acting** 83:*9*
86:*1* 128:*6*
**action**
56:*17*
72:*11*
77:*23*
121:*1*
124:*14*
203:*17*
483:*11, 13*
**actions**
242:*14*
243:*24*
247:*1*
248:*6* 249:*4*
**active** 236:*5*
423:*10*
**activities**
18:*16, 20*
29:*9* 35:*11*
339:*16, 22*
**activity**
35:*2* 65:*18*
70:*1, 12*
188:*6*
196:*24*
201:*13, 21,*
*23* 202:*2, 20*
204:*17, 23,*
*25* 205:*5*
206:*12*
**acts** 244:*18*
**actual**
299:*7*
322:*13*
323:*2*

334:*22*
368:*11*
386:*19*
454:*10*
462:*4*
**AD** 305:*15*
408:*13*
481:*7*
**ADAMS** 2:*4*
**add** 73:*6*
90:*10*
142:*11, 16*
291:*20*
453:*10*
**added**
107:*21*
277:*19*
**Adderall**
56:*21*
**addition**
284:*22*
304:*4*
361:*23*
**additional**
286:*16*
**additive**
145:*4*
**address**
100:*16*
226:*18*
259:*17*
321:*16*
333:*19*
453:*15, 16*
458:*24*
462:*24*
**addressed**
99:*9*
229:*12*
449:*19*
469:*15*
**addressing**
226:*13*
374:*17, 18*

452:*22, 24*
456:*4*
**adequately**
226:*18*
228:*1*
229:*11*
**ADHD**
10:*14, 18*
11:*3, 13, 17,*
*20, 22* 12:*1,*
*2, 5, 7, 11, 13,*
*15, 19* 13:*1,*
*6* 21:*2*
31:*23* 49:*2,*
*19, 25* 50:*5,*
*7, 12* 51:*14*
52:*3, 16, 17,*
*23* 53:*3, 16,*
*24* 54:*9*
55:*11*
56:*15, 18*
57:*8, 14*
59:*16, 20, 23*
60:*23*
61:*19* 62:*9,*
*15, 19, 21, 25*
63:*1, 20*
64:*9, 14*
65:*5* 66:*2,*
*3, 8* 67:*5, 11*
71:*25* 73:*2,*
*11* 74:*14, 18,*
*20* 75:*6*
76:*1* 77:*16*
78:*1* 79:*10,*
*14* 80:*3*
81:*6* 89:*24*
99:*24*
104:*10, 12,*
*15* 116:*6, 19*
117:*1, 5, 13,*
*22* 118:*3, 10*
119:*13, 23*
120:*1, 10*

121:*1, 8*
123:*10, 12,*
*24* 124:*2, 5,*
*10* 135:*21*
137:*8, 17, 21,*
*22, 25* 138:*5*
139:*20*
142:*20*
144:*6*
147:*13*
148:*7*
152:*5, 6, 17*
153:*4, 12, 16,*
*17* 154:*12*
155:*4, 15, 16*
158:*20*
160:*1, 18*
161:*12, 17*
162:*1, 7, 16*
163:*21*
164:*4, 12*
165:*19*
166:*16*
167:*3, 20*
168:*10, 11*
169:*12, 15*
170:*3, 11, 13,*
*14, 16, 20*
171:*16, 19*
172:*8, 10, 13,*
*15* 173:*6*
174:*8*
176:*8*
177:*9*
178:*4, 10, 16,*
*24* 180:*8, 13,*
*20* 181:*8, 18,*
*24* 182:*8, 15*
183:*7*
186:*11, 15,*
*18* 190:*20,*
*21* 191:*18*
200:*5, 10, 17*
201:*9, 20*

202:*1, 4, 6, 8,*
*14* 203:*11,*
*12, 23, 25*
204:*2, 25*
205:*9, 16, 17,*
*20* 206:*5, 11*
208:*1, 5*
209:*18*
210:*5*
211:*11*
216:*17, 25*
226:*10, 14*
230:*22*
232:*3, 4*
234:*22*
236:*15*
241:*13, 19,*
*24* 242:*10,*
*11, 13, 20*
243:*24*
244:*13, 16*
245:*12, 13,*
*22* 246:*13,*
*25* 248:*6*
249:*4, 20*
250:*20*
251:*1, 3, 4*
254:*15*
260:*7, 15, 17,*
*21* 261:*16,*
*18* 262:*5, 20,*
*25* 266:*19*
268:*4, 14, 25*
269:*10, 12,*
*16, 22, 24*
270:*7, 9, 15,*
*22* 271:*3, 11,*
*16, 17*
274:*25*
275:*7, 12, 19*
278:*8, 18*
279:*8, 14, 19,*
*25* 280:*3, 14,*
*24* 281:*5, 6*

Confidential - Subject to Protective Order

282:*14, 17, 25* 283:*5, 14, 20* 284:2, *20*
285:*1, 7, 11*
286:*1, 10, 17*
287:*8, 25*
288:*3, 7*
289:2
290:*1*
291:*5, 16, 19, 24* 293:*20, 23* 294:*23*
295:5
297:*17*
298:*19, 23*
299:*8, 14, 17*
300:*8, 21*
301:*8, 19*
302:*12, 14, 24* 303:*10, 16* 304:16
305:*16*
307:*12, 22*
308:*1*
310:*8, 13*
311:*23, 24*
313:*3*
316:22
317:*10, 18*
319:*16*
324:*15, 17*
326:*13*
328:6
329:*24*
331:*21*
333:*12*
338:*12, 13, 21* 339:*2, 18, 19* 340:*6, 8, 23* 341:*9, 13, 14, 23, 24, 25*
342:7
343:*18*
345:*1, 3, 7, 8,*

*13, 23* 346:*7*
347:*7, 19*
348:*4, 24*
349:*3, 7, 9, 13, 20, 22*
350:*5, 7, 10, 11, 20*
351:*24*
352:*11, 20*
353:*2, 15, 22*
355:*12, 13, 14, 17, 19*
356:*6, 18, 22*
357:*4, 15*
358:*17*
359:*1, 12*
360:*13, 21, 25* 361:*5, 8*
362:*7, 10*
363:*8, 23*
364:*8*
365:*12, 17, 20* 366:*9*
367:*25*
368:*3, 7*
370:*14, 25*
371:*10, 20*
372:*5, 7, 10, 23* 373:*17, 23* 375:*15, 17* 376:*11, 18, 21* 377:*6, 13* 378:*4, 5, 6, 8, 17*
379:*1, 5, 6, 14* 380:*12, 17, 23*
383:*12, 16*
384:*12, 21*
385:*2, 12, 17*
386:*3, 19*
387:2
389:*13*
390:*3, 15, 24*

391:*10*
393:*18, 22*
394:*2, 11*
395:*23*
396:*12, 17, 23* 397:*1, 5, 10, 15, 18*
398:*10, 13, 19* 401:*8, 21*
404:*20*
405:*12, 22*
406:*10*
408:*19, 22*
409:*8, 14*
410:*9*
411:*16*
412:*25*
415:*24*
416:*23*
417:*1, 18*
419:*11, 24*
420:22
422:*5, 20, 21*
423:*14*
424:2
426:2
433:*5, 17*
434:*1, 20, 25*
435:*2, 4*
436:*9*
437:*11, 20*
438:*2, 15*
439:*14, 20, 23* 440:*18, 25* 441:*19*
443:*7*
444:2
445:*6, 10, 13*
446:*2, 11, 13, 19* 447:*5, 21*
450:*16, 25*
451:*8*
453:*5*
461:*20*

464:*8, 9, 12, 18* 468:*14*
471:*10*
472:*10*
479:*3, 16*
480:*2, 6*
481:*4, 8, 21*
**ADHD's**
118:*24*
138:*10*
139:*1*
144:*8, 24*
145:*12*
153:*19*
154:*23*
266:*15*
**adjust**
231:*2*
378:*25*
**adjusted**
163:*9*
323:*25*
324:*2*
378:*19*
380:*7, 23*
462:*15*
**adjusting**
322:*11*
373:*18*
383:*21, 22*
**adjustment**
322:*15, 21, 24* 323:*3, 10*
383:*24*
384:*1, 2, 4*
**adjusts**
323:*22*
**adolescent**
50:*2, 3*
**adolescents**
54:*1*
**adoption**
62:*6*

**adrenal**
81:*6*
**Adult** 12:*23* 30:*25* 50:*4* 54:*24*
260:*17*
267:*13*
381:*24*
**adulthood**
280:*25*
295:*1*
**adults**
31:*18* 54:*1* 57:*21* 77:*3* 155:*13*
245:*13*
341:*9*
379:*6*
383:*13*
**advance**
119:*12*
**advanced**
54:*17*
**advice**
106:*4*
211:*10*
251:*10*
254:*16*
334:*2, 18*
414:*2*
478:*8, 19*
**Advil**
105:*15*
106:*7, 25*
107:*11*
108:*7*
109:*4, 21*
112:*7*
113:*19*
244:*20*
250:*19*
251:*8*
254:*10*

advise
408:*11*
425:8
advised
426:*3*
advising
337:8  426:*3*
advisory
424:*17, 19,*
*22, 23*  425:2,
*4, 6, 7, 12, 16,*
*17*  426:9
advocate
85:5
advocates
83:*10*
affect  30:*6,*
*18*  266:*18*
303:6
afford
339:*11, 12*
age  14:22
57:*12, 15*
60:*18*
age-
dependent
57:*13*
agent  61:*20*
127:5
aging
475:*23*
ago  138:*13*
162:*11*
181:*23*
428:*15*
agree  53:*14*
56:6  59:*21*
63:*24*  64:5
76:8  85:*23*
86:*16*
87:*17*
89:*14, 17, 20*
91:*17*
92:*21*

93:*20*
95:25
96:*20*
97:*19*
109:*17*
112:*4*
119:*20*
134:*13, 19,*
*22*  135:*4*
141:*11*
181:*16*
182:6
190:*25*
191:5
207:*11*
208:*24*
216:*12*
222:*23*
223:*24*
235:*9, 17*
238:*23*
239:5
243:9
246:9
251:22
252:*11*
255:2
259:25
260:*12*
267:*12*
270:*13*
279:5
287:*12*
289:*24*
290:*19*
313:2
322:2
356:*2, 4*
359:7
360:*10*
361:*3*
381:2
385:*1*
387:*1*

393:*24*
394:9
396:*15*
405:22
406:*1*
408:2
410:*10*
455:*15*
457:*14*
agreed
53:*16*  65:9
362:2  445:*3*
agreeing
134:9  224:7
agreement
59:7  430:*1,*
*10, 20*  431:*4,*
*17*
agrees
301:*16*
316:*1, 7*
359:*25*
360:8
ah  54:9
163:*24*
181:6
225:*12*
281:*1*
305:7
319:*11*
327:6
344:*4*
385:*18*
448:3
472:*18*
ahead
58:*23*
69:*20*  98:7
129:*20*
132:*24*
158:*4*
166:*11*
188:22
240:*3*

259:*13*
289:8
331:*1*
334:7
344:9
362:*19*
430:*14*
444:6
469:*12*
470:*1*
Aid  8:*20*
aimed
340:*6, 11*
Akili  423:*4*
al  11:*14, 19*
12:*16, 18, 24*
13:*1*
328:*13*
472:*23*
Alabama
4:*20*
alert  116:*5*
alerts  116:*6*
Aleve
105:*15*
106:*7, 25*
107:*11*
108:7
109:*4, 21*
112:7
113:*19*
244:*20*
250:*19*
251:8
254:*11*
allegation
437:*21*
ALLEN
4:*16*
Alliance  7:*5*
ALLISON
5:*16*

allison.brow
n@skadden.c
om  5:*17*
allow  41:*6*
420:*15, 25*
allowed
138:*25*
151:*9, 11*
240:*1*
262:*13*
allows  69:2
Ally  219:*12*
alpha
221:22
222:*1*
alter  200:*8*
207:*15*
alterations
457:*6*
altered
183:*24*
184:*8, 10,* 22
209:2
alternative
257:*4*
335:*6*
336:*10*
alternatives
335:*18*
altogether
428:*14*
432:*17*
AMANDA
3:*4*
amanda.hunt
@kellerpost
man.com
3:*5*
Amended
10:*11*
240:*23*
241:*6, 10*
273:*4*

Confidential - Subject to Protective Order

**American**
49:*9*  60:*6*
343:*18*
**Americas**
7:*20*
**amount**
57:*3, 11*
156:*2*
264:*15, 16*
482:*12*
**amphetamin**
**e**  56:*19*
**analogy**
314:*25*
315:*1*
**analyses**
163:*3*
227:*18*
321:*16*
322:*19*
323:*9*
449:*14*
**analysis**
54:*20*
102:*5, 17, 23*
163:*4, 5*
173:*6*
208:*11*
216:*1*
231:*17*
322:*18, 20*
370:*7*
379:*21*
452:*18*
**analyze**
100:*9*
**Anand**
11:*14*
460:*12, 13,*
*15, 21*  461:*1*
**Anand's**
461:*15*

**and/or**
391:*21*
427:*9*
**Angeles**  6:*4*
9:*3*
**animal**
204:*2*
**answer**
19:*9*  24:*7*
44:*7, 13*
46:*6*  55:*16,*
*17*  58:*8, 18,*
*20, 23*  59:*13*
61:*10*  68:*8,*
*12*  69:*9, 14,*
*18*  78:*25*
85:*20*  87:*3,*
*5, 9*  89:*2*
96:*9, 15, 22*
97:*4*
109:*16*
110:*6*
111:*15, 24*
114:*1, 10, 20*
115:*1, 5, 8,*
*18, 19*
122:*11*
125:*20*
126:*1, 13*
131:*24*
132:*2, 23*
136:*1*
149:*17*
151:*13, 17*
154:*4*
157:*5, 14, 22*
176:*21*
179:*23*
180:*3, 14*
192:*9, 10, 16,*
*17*  197:*24*
200:*1*
208:*13*
214:*23*

237:*22*
238:*3*
247:*24*
248:*14*
253:*6*
255:*4*
259:*11*
262:*18*
279:*4*
292:*16*
312:*4, 16*
315:*10, 13*
316:*11*
326:*1, 3*
331:*16*
356:*10*
362:*17*
380:*21*
389:*2*
391:*19*
392:*4, 5*
407:*25*
411:*25*
412:*14*
429:*8*
430:*7, 13*
431:*1, 10*
440:*8*
441:*10*
442:*15*
446:*25*
474:*6, 7*
477:*8*
**answered**
115:*15*
180:*13*
248:*21*
312:*16*
331:*11, 13*
356:*10*
**answering**
96:*14*  97:*3,*
*9*  115:*10*
214:*20*

238:*12, 15*
243:*16*
246:*21*
248:2
252:8
312:*19*
382:*23*
383:*5*
440:*13*
**answers**
85:*9*  96:*3*
97:*21, 23*
98:*11*
114:*19*
253:*24*
412:*3, 5*
485:*5*
**anticipate**
432:*16*
**antioxidant**
165:*5*
**antioxidants**
42:*4, 9, 16,*
*19*  178:*8*

**antioxidative**
163:*20*
**Antshel**
12:*16*
180:*24*
182:*22*
456:*7, 17*
**anxiety**
201:*23*
**anybody**
151:*8*
199:*6*
412:*5*
436:*13*
471:*19*
**anybody's**
405:*8*
**anyway**
283:*24*

380:*20*
474:*1*
**apart**  26:*15*
419:*23*
**apologize**
39:*24*  48:*6*
69:*5*  184:*4*
**apology**
69:*7*
**apoptosis**
35:*21*
**apparently**
375:*7*
**appear**
19:*25*  71:*5*
155:*5*
211:*14*
350:*11*
354:*1, 12, 14*
420:*18*
**APPEARAN**
**CES**  10:*3*
**appeared**
343:*17*
**appears**
170:*17*
343:*22*
349:*22*
357:*24*
397:*24*
398:*4*
410:*21*
418:*3*
**applied**
54:*21*
121:*11*
168:*14*
375:*23*
**applies**
307:*14*
**applying**
245:*16*
**appreciate**
125:*3*

approach 83:6 227:13 320:6

approached 101:22 212:3

appropriate 44:21 163:11, 13 168:14 216:20 315:14 318:20 392:6 412:12 430:2 452:17 484:6

appropriately 154:20 216:1 233:16

approved 150:16

approximate 138:14

Approximately 138:18 148:6 290:25

April 12:4 395:12, 13, 19

APSARD 11:23 343:14, 19 344:7 347:23

arbitrarily 325:17, 23

arbitrary 277:22

architecture 139:2 145:1

area 63:11 65:14 89:24 103:18 110:11 114:4, 17, 18, 22 138:1 166:14 174:6 191:17, 18, 23 192:19 245:14 264:4 279:6, 18 280:14 282:11, 16 291:24 303:8 307:10 309:19 340:4 424:19 436:9 445:18 459:16, 25

areas 37:9 197:3 345:13 409:9

argue 76:2 392:2

Argumentative 175:16 248:2 250:1

ARNOLD 7:13

Arps 1:13 5:16

arranged 288:19

arrive 273:9

arrow 282:22 372:21 378:12

article 159:16, 25 160:15 335:8 341:7 360:17 395:24 399:4 401:4 403:24 404:1, 2, 5 407:1 443:14, 16 444:7 453:22 455:2, 8 456:6, 11 464:11

articles 91:20, 22 339:14 359:5 435:1 448:11, 19, 23 449:3 452:13 454:22

Artmed 288:13, 14

ascertain 318:13

ASD 385:17

ASD/ADHD 14:11

ASD-ADHD 1:3

ASH 8:12

ASHLEY 3:2, 3

ashley.barriere@kellerpostman.com 3:4

ashley.keller@kellerpostman.com 3:3

asked 59:18 62:3 63:6 68:13 72:20 157:4 162:9 194:22 214:2 237:19 238:12 243:13 246:4 312:4 318:23 325:16 327:23 328:19 356:11 400:13 430:23 437:7 478:1, 22

asking 37:12 38:10 58:21 109:9 110:9 122:13 136:2 157:1, 16 158:24 159:11 173:11 192:18 215:1, 9

247:18, 20 328:20 336:8 400:10

aspects 228:18 475:21

aspirin 105:14 106:6, 25 107:9, 11 108:7 109:4, 21 112:7, 25 113:19 136:22 244:20 250:19 251:8 254:10

ASRS 380:9 381:24 382:1, 21 383:8

assaults 302:25

assert 330:11, 14, 19, 20 333:23 365:8

asserting 153:2

assertion 189:4

asserts 191:8 365:8

assess 227:4 318:5, 19

assessment 276:19

**assignment**
435:*19*
436:*4, 7, 8*
**associated**
33:*19*
171:*20*
172:*17*
353:*22*
358:*25*
362:*9*
363:*22*
373:*17*
375:*15*
376:*4, 18*
377:*14*
404:*14*
405:*21*
419:*10*
450:*16*
460:*8*
461:*19*
462:*11*
**associating**
45:*15*
**Association**
49:*10* 60:7
102:*8*
106:*17*
137:*23*
162:*16*
171:*1*
218:*12, 25*
219:*8*
220:*2, 6, 10,
12, 16, 22*
221:*11, 14,
24* 222:*2*
223:*22*
224:*17, 19*
228:*10, 16,
20* 229:*25*
232:*1, 17*
233:*18*
308:*6, 9*

310:*8, 19, 23*
311:*12, 22*
313:*8*
315:*23*
324:*13*
325:*8*
357:*20*
377:*25*
410:*9, 15, 19,
22, 25* 411:*2,
6* 416:*24*
417:*8, 11, 17*
421:*11, 13*
445:*5, 12*
449:*13*
450:*21, 25*
465:*11*
467:*5*
471:*9*
472:*10*
**associations**
105:*1, 25*
171:*19*
212:*12*
258:*21*
259:*20*
262:*14*
415:*14*
416:*2, 6*
451:*16, 22*
**assume**
82:*23* 84:6
226:7
233:*14*
257:*13*
290:*22*
307:*15, 19*
308:*9*
311:*16*
312:*11, 22*
314:*13*
376:*17*
443:*18*
463:*14*

468:*22*
469:*3, 10*
**assuming**
262:*3*
314:*21*
**assumption**
306:*16, 21,
25* 307:*14*
312:*8*
**as-yet** 386:*8*
**Atentiv**
423:*4*
**atomoxetine**
428:*9*
**attached**
13:*8* 103:5
484:*11*
485:*7*
**attacking**
44:*18*
**attempt**
93:*22*
378:*25*
**attempted**
380:*8*
**attend** 51:*11*
**attendant**
241:*13*
**Attention**
12:7 70:*7,
12* 106:*23*
196:*24*
261:*12*
329:*19*
332:*9* 455:*3*
**Attention-
deficit** 12:*17*
**Attention-
Deficit/Hype
ractivity**
11:*12*
12:*23* 79:6
101:*19*
348:*19*

**attentive**
107:*21*
108:*8*
113:*16*
243:*4*
244:*1, 21*
**attorney**
36:*15*
483:*10, 12*
484:*15*
**attorneys**
89:*23*
95:*10* 439:*4*
**attributed**
148:*7*
153:*13*
**atypical**
65:*3, 24*
**audience**
92:*10*
351:*17*
403:*2*
452:*11*
**August**
319:*10*
343:*23*
432:*9*
**Augusto**
288:*18*
**author**
160:*4, 7, 8, 9,
12* 169:*19,
21, 23* 171:*1*
200:*25*
**authored**
80:*3* 360:*24*
**authors**
289:*14*
320:*23*
342:*9, 12, 13*
359:*4*
360:*16*
361:*23*
362:*6*

366:*22, 24*
367:*3, 4, 14,
22* 368:*8*
392:*17*
398:*18, 25*
416:*22*
418:*7*
419:*3* 447:*5*
**autism**
12:*15*
179:*14, 17*
180:*9, 14, 15,
18, 20* 181:*9,
18, 25* 182:*8,
12* 183:*7*
376:*4, 11*
384:*16, 22*
385:*3, 13, 14*
386:*3, 19*
387:*3*
389:*18*
390:*3, 24*
393:*18, 22*
394:*11*
404:*15, 19*
405:*3, 7*
438:*2*
**available**
171:*7*
232:*6* 320:*2*
**Avella-
Garcia**
320:*17*
324:*7*
**Avenue**
1:*14* 3:22
4:*2, 8* 5:*2*
6:*21* 7:*2,
20* 14:*9*
**average**
106:*12*
110:*18*
112:*8, 17*
156:*2*

Confidential - Subject to Protective Order

170:*16*
250:*18*
309:*21*
466:*12*
**avoid** 264:*7*
414:*10*
**aware**
36:*19, 22*
156:*15*
206:*25*
207:*8*
208:*23*
258:*16, 24*
337:*11*
338:*1*
375:*13*
447:*3*
453:*24*
454:*2, 3, 16*
460:*5*
**awry** 20:*8*
**axis** 187:*24*
188:*5*
**axon** 23:*20*

**< B >**
**baby** 28:*21*
29:*13, 19*
**baby's**
29:*22*
**Baccarelli**
11:*7, 10*
468:*19*
469:*16*
**Baccarelli's**
11:*7* 222:*7,*
*15, 24*
468:*24*
470:*6* 475:*5*
**back** 54:*17*
62:*5, 7, 13*
71:*15, 21*
125:*9*
141:*18*

147:*18*
151:*7*
154:*5*
167:*21*
183:*15*
193:*7*
202:*16*
207:*21*
211:*16*
217:*17*
219:*22*
234:*5*
261:*2*
265:*24*
308:*25*
310:*21*
331:*6*
342:*4*
344:*17*
347:*9*
348:*16*
370:*11*
375:*11*
378:*2*
390:*10*
399:*8*
421:*23*
425:*14, 23*
426:*18*
427:*14*
431:*11*
432:*2* 442:*9*
**background**
21:*1*
**backwards**
72:*12*
**bad** 86:*18,*
*24* 94:*20, 21,*
*24* 95:*12, 14,*
*15, 22* 330:*3*
379:*2*
381:*18*

**Baker**
379:*17*
381:*6, 7*
**balance**
338:*1, 5*
427:*8*
**balancing**
337:*6, 11*
**band** 278:*7*
291:*2*
**Bandoli**
369:*24*
**bands**
278:*17*
279:*12*
**banner**
398:*1*
**bar** 139:*19*
**BARLOW**
5:*1*
**BARNES**
6:*1, 6, 13*
7:*1, 5*
**BARRIERE**
3:*3*
**base** 133:*2*
418:*9*
419:*5, 6, 9,*
*14* 420:*8*
**based** 49:*3,*
*7* 101:*7*
113:*23*
236:*18*
241:*24*
245:*12*
246:*3*
249:*21*
271:*9*
276:*18*
293:*13*
302:*3*
304:*15*
305:*4*
331:*25*

369:*9*
385:*25*
419:*15*
420:*23*
466:*22*
479:*3* 481:*3*
**bases**
210:*25*
274:*15*
**basic** 18:*2*
334:*4*
**basically**
53:*12*
185:*2*
196:*25*
203:*5*
230:*13*
231:*18*
232:*22*
240:*13*
300:*19*
334:*8, 9*
346:*25*
347:*2*
348:*12*
379:*7*
386:*15*
393:*20*
423:*21*
**basis** 260:*1,*
*6, 13, 14*
261:*19, 21*
262:*23*
273:*1, 23*
274:*2, 6*
376:*3, 15, 17*
480:*1, 23*
**Bauer**
264:*11*
450:*6*
**BEASLEY**
4:*16*
**beginning**
99:*12*

102:*21*
416:*3*
**begins** 169:*3*
**behalf**
14:*25*
426:*20*
435:*20*
**behavior**
204:*12*
242:*22*
478:*24*
**behavioral**
267:*1*
**behaviors**
27:*23* 28:*2*
200:*9*
254:*14*
**belated**
436:*23*
**believe**
25:*19*
26:*22*
42:*18*
44:*25* 47:*6*
50:*21*
62:*16* 73:*9*
99:*11*
117:*19*
118:*10*
151:*21*
153:*16*
154:*21*
174:*5*
177:*2*
181:*24*
186:*10*
204:*17*
273:*7*
281:*3*
309:*5*
323:*14*
325:*9*
351:*8*
369:*23*

374:*18*
378:*24*
379:*16*
385:*5*
397:*8*
406:*2*
407:*2*
425:*21*
426:*11*
427:*16*
429:7
442:*1*
450:*8*
456:*18*
468:*3, 4*
473:*5*
476:*22*
479:*6*
482:*10*
**believed**
60:*10*
74:*13, 21*
196:*21*
324:*8, 12*
347:*4*
367:*7, 14*
**believes**
59:*19*
**bell** 404:*20*
**ben** 438:*12*
**benefits**
111:*8*
337:*7* 438:*1*
**best** 98:*10*
105:*20*
140:*16*
151:*13*
175:*19*
181:*19*
202:*12*
232:*5*
233:*5*
270:*14*
306:*12*

318:*3*
320:*2*
393:*9*
444:*13, 23*
483:*8*
**bet** 216:*18*
393:*9*
**better**
146:*20*
178:*13*
303:*15*
323:*20*
380:*16*
384:*4*
406:*24*
410:*2*
415:*1, 6*
**Beyond**
26:*5* 27:*3*
28:*9* 29:*16*
30:*2* 31:*2,*
*20* 34:*25*
36:*12* 37:*9*
**bias** 162:*18*
227:*5*
**biases**
227:*4, 6*
229:*8, 13, 23*
316:*4*
449:*18*
**Biederman**
359:*10*
**Big** 9:*4*
118:*3, 18*
186:*16*
237:*6, 9*
320:*1*
340:*3*
462:*19*
**bigger**
118:*12*
143:*15*
194:7

**biggest**
53:*19*
**billed** 432:*6*
**Biobehaviora
l** 357:*10*
395:*24*
**bioinformati
c** 119:*1*
**biological**
74:*14, 22*
117:*4, 11*
119:*25*
120:9
121:*11, 20*
122:*9, 10*
171:*21*
172:*18*
173:*7, 19*
174:7
185:*5*
186:*13*
208:*10*
302:*25*
305:*14*
313:7
314:*14, 17*
327:*24*
328:*4, 20, 23*
331:*7, 15, 20*
369:*5*
393:*1, 5, 8,*
*25* 394:*10,*
*25* 468:*13*
**biologically**
328:*22*
**biology** 18:*2*
**biomarkers**
80:*15*
**bionutritiona
l** 422:*21*
**birth** 41:7
**bit** 20:*25*
46:*4* 81:*19*
96:*20*

109:*12*
112:*13*
124:*17*
228:*6*
266:*14*
294:*17*
300:*14*
337:*21*
363:*13*
399:*21*
471:*22*
**blocks**
203:*18*
**blog** 211:*16*
325:*12*
329:*4*
330:*10*
332:*10*
336:*2, 3, 14,*
*17* 343:*15,*
*16* 344:*23,*
*25* 345:*20*
346:*5, 6*
347:*5, 8, 13*
452:*10*
454:*21, 24*
455:*4*
**blogs** 347:*1,*
*11, 21* 348:*1*
452:*21*
455:*6*
**blood** 460:7
**board**
424:*17, 22,*
*23* 425:*2, 4,*
*6, 8, 12, 17,*
*18*
**boards**
424:*19*
426:*10*
**bodies** 44:*17*
**body** 17:*5*
32:*20* 39:*4,*
*9, 20* 41:*18*

43:*1, 17*
55:*12*
56:*13*
63:*22*
86:*12*
103:*3*
174:*4*
342:*18*
453:*11*
**BONESTEE
L** 9:*1*
**book**
288:*17, 20*
289:*15*
**books**
339:*12*
**Boots** 7:*5*
**born** 28:*21*
29:*13, 20*
40:*5*
207:*14*
284:*19*
**bottom**
142:7
144:*3, 17*
349:*25*
397:*9*
406:*8*
418:*4, 11, 12*
419:*22*
**Boulevard**
2:*5*
**Bradford**
99:*5*
100:*17*
102:*5, 18, 19*
121:*21*
122:*2*
208:*11*
232:*21*
233:*20*
235:*19*
308:*19*
312:*18*

314:22
315:5, 6
316:6, 9, 13,
15  317:15
369:5, 7, 8
448:16
452:20, 22
453:18
474:15
**brain**  15:7,
11  16:21
17:1, 13, 15,
24  18:17, 18,
19, 22  20:11
21:8, 10, 13,
16, 18  22:7,
9  23:8, 11
24:12
25:16  26:2,
12, 21  29:11,
22  30:11, 22
31:17
32:23, 24
33:12
34:20
50:15, 22
52:22  54:8,
10, 12, 13
55:11, 23
56:2  57:4
59:17, 22
60:1, 12, 14,
16, 19, 22
63:15  65:2,
17, 23  66:5,
7, 18  68:13,
14, 19  69:25
70:6, 11
71:9  72:15
74:5, 17
75:12, 18
76:1  77:6,
7  117:20, 21,
24  118:16,

*24*  121:*3*
150:*18*
168:6
170:*10, 15,*
*19*  186:*8, 9,*
*10, 14*
191:*10*
192:*5*
194:*10*
196:*19, 21*
197:*23*
203:*7, 13*
208:*7, 8*
269:*17*
300:*25*
303:*1, 7*
304:6
306:2
314:*5, 10*
393:*18, 21*
394:*1*
395:*5*
409:*19*
415:*18, 23*
465:*23*
466:*20*
467:*14*
**brains**
52:*16*
53:*23*  57:*8*
64:*13*
190:*19*
193:*13*
196:*10*
198:*10, 11*
210:*19*
465:*24, 25*
466:*5*
**brain's**
68:*19*
**branches**
23:*19*
**brand**
404:*12*

**Brandlistuen**
327:*9, 13*
454:*16, 20,*
*23*
**Brazil**
288:*18, 20*
**Brazilian**
288:*13, 15*
**break** 40:*21*
41:*10*
69:*11, 19*
71:*14*
115:*25*
190:*6*
261:*6*
265:*18*
343:*12*
344:*10*
477:*4*
**BRENNAN**
6:*13*
**brief** 452:*9*
**bring**  44:*21*
48:*19, 20*
138:*3*  335:*4*
**broadly**
127:*9*  339:*5*
**Broadway**
4:*13*
**BROWN**
5:*16*  9:*1*
10:6  15:*21*
16:*1, 7*
18:23  19:*4,*
*10, 15*  20:*1,*
*15, 23*  21:*19*
22:*3, 24*
23:*5, 14, 22,*
*25*  24:*3, 6,*
*22*  25:*17*
26:*4, 23*
27:*2, 9, 15,*
*24*  28:*8, 17*

29:2, 15
30:*1, 12*
31:*1, 19*
32:7, 15
33:5, 20
34:*3, 11, 24*
36:*10, 20, 24*
37:*7, 17, 20*
38:*4, 16, 24*
39:*13*  40:*1,*
7, 12, 20, 24
41:5, 20
42:5, 12
43:2, 18
44:4, 11
45:9, 17, 25
46:5, 14, 18,
25  47:*13, 21,*
24  48:*3, 21*
49:4  50:16
52:18
55:13  58:6,
22  60:2
64:16
65:19  68:3,
6, 20, 24
69:6, 16
70:2, 8, 14,
20, 25  71:*13*
72:1  73:3,
21  75:7
76:12
77:17  78:8,
12, 18, 21
80:18
82:17
83:14  84:3,
13, 23  85:1,
14, 19  86:3,
22  87:7, 20
88:7, 9, 22
89:1  90:12,
16, 20  91:1,
13  92:5

93:7, 25
95:2, 7, 18
96:5, 17
97:5, 24
98:*3, 7*
99:*1*
100:*11*
101:*4*
103:11, 25
104:22
105:16
106:8
107:2, 12, 25
108:10, 23
109:5, 24
110:22
111:14
112:10
113:20
114:12
115:2, 14, 23
116:21
117:6
120:4, 13
121:15, 24
123:17
124:24
125:2, 19, 24
126:4, 8, 19
127:2
128:8
129:10, 13,
16, 18
130:20, 25
131:3, 7, 12,
15, 19  132:6,
18, 22  134:1,
17  135:2, 15
136:9
137:1, 9
139:22
141:6, 15
144:12, 15
146:5

Confidential - Subject to Protective Order

147:16
149:2, 15
150:21
151:12, 15
152:10
153:21
154:25
156:24
157:25
158:12, 21
159:19
164:14
165:21
166:9
167:10
168:21
174:10, 25
175:15, 23, 25  176:10, 20, 23
177:17
179:6, 20
180:3, 10
181:2
182:9
183:8
184:3, 6
185:14, 24
187:1, 21
188:20
189:7, 21
190:4, 8, 12
191:3, 13
192:7, 15
194:18
196:7
197:13, 17
199:1, 19
200:19
204:13
205:12, 24
206:7
207:5, 18
209:4, 19

210:6, 25
211:12, 24
213:6, 11
214:12, 17, 22  215:7, 20
216:8
217:8
218:15
219:9, 16
220:3, 23
222:9, 25
223:4, 7, 11, 25  225:5, 10, 14, 21
226:20
228:3
229:15
230:1
234:2
237:21
238:2, 11
239:2, 10, 24
240:3
241:4
243:1, 8
244:3, 10, 23
245:8, 17
246:14
247:6, 15
248:1, 16, 21
249:10, 25
250:8, 21
251:11, 23
252:4, 12, 25
253:21
254:19
255:3
257:16, 21
258:13, 17
259:4, 6, 9, 13  260:10, 23  261:5
262:8
263:3, 13, 17,

20  266:7, 22
267:16
268:6, 15
269:1
270:10, 18
271:4, 13
273:13
274:10, 17
275:13
276:6, 10
278:9, 24
279:9
280:16
281:17, 20
282:1, 4
285:13
286:2, 11, 19
287:9
289:4, 8
290:3
291:11
292:1
294:7
296:6, 20
298:24
299:18
300:10
301:20
304:19
305:5, 20
306:17
307:2
308:2
309:14
310:15
311:5, 25
312:13
313:4, 17
314:18
315:12
316:23
317:11
318:7, 15
319:18

322:5
324:22
325:20, 24
326:2, 7
328:24
330:23
331:1, 22
332:22
334:5
335:1
336:12
337:13
338:3
341:17
342:2
343:10
344:2, 11
345:9
347:14
350:23
352:2
353:3, 17
354:3
355:2, 20
356:7, 23
358:18
359:13
360:4
362:12, 22
363:24
364:9
365:21
367:8, 16
368:15, 25
369:18
370:16
371:1, 11, 22
372:15
373:10
374:3, 14, 24
375:20
376:8, 23
377:7, 21
382:7, 12, 15,

17, 22  383:1, 4  388:2
389:8
390:16
391:22
394:3
399:7, 13, 18, 23  400:3, 7, 12, 17
402:17
404:16
405:4, 24
407:17
408:3, 14
409:4
410:12, 23
411:23
412:4, 8, 17
413:8
414:11, 22
415:9
417:2, 20
418:14, 20, 24  422:6, 12
424:9
429:25
430:4, 8, 14, 17, 25
431:11, 14
433:6, 9
434:8, 21
436:17, 22
437:13
438:5, 8
440:10
441:3
442:12
443:20
444:3
445:14, 24
446:3, 20
447:8, 22
449:6
450:18

451:*9*
452:*5*
453:*7*
455:*18*
456:*12, 16, 22* 458:*10*
459:*3, 13, 22*
460:*9, 19*
463:*6*
464:*22*
468:*20*
469:*5, 8, 24*
470:*24*
471:*11*
472:*11*
473:*20*
474:*25*
475:*7, 11*
476:*22*
477:*2, 7, 11, 13* 479:*17*
480:*18, 25*
481:*24*
482:*10*
**build**
117:*16, 17*
**built** 257:*18*
**bulk** 361:*4, 7*
**bullet**
397:*13*
**bunch** 56:*5*
86:*14*
92:*12*
185:*2*
281:*24*
293:*18*
366:*6* 448:*8*
**bureau**
425:*20*
426:*12, 13, 14* 427:*25*
428:*4*

**BUTLER**
6:*17*
**buy** 339:*12*
**byproduct**
460:*16*

**< C >**
**C112** 3:*16*
**Cabrera**
191:*8, 16*
192:*22*
206:*22*
460:*5*
**Cabrera's**
11:*6*
186:*21*
189:*4*
191:*20*
458:*9, 12, 14*
459:*10*
**CAIN** 8:*7*
**California**
1:*18* 2:*6*
5:*2* 6:*4*
8:*2, 3, 24*
9:*3* 483:*18*
**call** 25:*8*
38:*3* 67:*3*
95:*13*
119:*1*
127:*9*
129:*25*
131:*8, 10*
168:*1*
234:*21*
235:*5*
237:*13*
245:*10, 20, 21* 269:*9*
271:*15*
285:*9*
290:*25*
310:*9*
313:*3*

333:*9*
415:*14*
428:*3*
**called** 35:*5*
42:*4* 56:*1*
82:*5*
171:*25*
176:*13*
184:*14*
187:*13*
224:*23*
234:*25*
278:*7, 18*
283:*22*
288:*10*
350:*5*
372:*13*
381:*23*
407:*3*
425:*4*
426:*2*
427:*6*
428:*3*
458:*20*
**Calling**
29:*3* 85:*5*
**Campbell**
1:*16* 4:*7*
14:*18*
483:*2, 16*
**CANAAN**
7:*19*
**cancer**
309:*3, 8*
310:*2*
**candidate**
172:*1* 173:*6*
**candidates**
210:*9*
**capacity**
66:*19, 21*
424:*24*
**care** 383:*14*
406:*11, 24*

407:*3, 4, 7*
410:*2*
411:*17, 20*
413:*2, 5, 15, 20, 25*
414:*20*
415:*1, 6*
416:*13, 18*
**career**
62:*12*
116:*13*
329:*8*
**carefully**
94:*10*
253:*11*
484:*4*
**Carrie** 1:*15*
14:*18*
483:*2, 16*
**carries**
117:*13*

**CARTMELL**
4:*1*
**cartoon**
275:*16, 23*
276:*3, 15, 16*
**CARUSO**
5:*17*
**Case** 1:*4*
34:*19*
37:*13*
50:*24*
55:*10*
59:*23* 61:*6*
72:*24*
74:*12*
83:*12*
95:*15*
121:*10*
126:*24*
128:*23*
130:*7*
142:*4*

151:*3, 4*
160:*11*
163:*9*
175:*22*
176:*6*
194:*14*
195:*6, 11*
203:*6*
206:*4*
217:*25*
218:*24*
224:*14*
244:*6*
253:*16*
266:*4*
273:*17*
281:*2*
283:*19*
284:*1*
286:*15*
290:*21*
291:*15, 17*
295:*10, 12, 21* 316:*17, 21* 348:*7*
404:*25*
421:*2*
431:*6*
432:*6, 19*
437:*12*
444:*18*
450:*15, 24*
463:*18*
471:*3, 4*
475:*9*
**Cases** 1:*6*
53:*18* 82:*6*
151:*2*
163:*7*
269:*8, 15, 21*
271:*21*
282:*19*
283:*9*
284:*14*

288:2
289:25
295:4
389:12, 14, 16  397:18
398:19
434:1, 14
435:4, 11
439:23
440:17, 25
**cash**  10:16
422:11
**catecholamin**
**ergic**  81:4
199:7, 8
**catecholamin**
**es**  27:8
**categories**
283:8
**category**
92:20
284:6
292:5
295:22
**CATHERIN**
**E**  2:17
**catherine.hea**
**cox@lanierla**
**wfirm.com**
2:18
**caught**
328:16
**causal**
61:20, 22
62:16, 19, 20
65:1
119:22
172:10, 12
308:21, 23
330:12, 15, 19  332:13
336:21
406:23
408:19

410:6, 17
411:8
414:4, 16, 19
421:10
445:5
**causality**
99:5, 6
100:15, 16
105:3, 6
122:19
229:2
232:12
273:19
312:19
316:17
330:10
333:23
416:4, 9
441:12
**causation**
153:19
268:14
270:7
345:15, 18, 19  474:13
**Cause**
10:14, 18
11:22  12:1
30:10, 23
31:17  32:2
34:1  39:3, 5  73:2
75:6
116:19
117:5
120:10
123:9, 12
128:17
156:12, 17
157:11
158:10
193:12
210:4
217:16

268:25
269:24
270:8, 14
274:25
275:7, 12
285:11
286:24
287:8
291:19
298:22
299:16
301:19
305:15, 25
308:1
310:1, 2, 9, 10, 11
311:24
313:3
316:22
317:2, 3, 4, 10, 18
331:21
350:18
351:24
368:13
369:3, 11
371:10
372:5
388:20
403:5, 8
408:19
409:14
433:17
437:10, 17, 22  440:17
441:21
446:13
459:11
**caused**  33:1
50:14
120:1, 11
135:10
154:23
269:10

271:12
290:1
350:20
371:18, 19
397:18
398:19
401:9
434:2
435:4, 12
438:2
439:23
441:1  443:8
**causes**  11:3
32:11  34:7, 16  45:1
61:3  63:1, 9  65:8
77:7  99:23
116:16
117:19
124:10
193:21
199:16
271:20, 24
272:2, 8
285:5
287:24
292:12
293:9, 10
294:2
296:25
298:19, 20
299:7, 14, 22, 23  300:6, 23
301:14
302:3
303:16
309:3
326:13
338:13
341:14, 24
345:8
349:3, 8, 13, 19  350:5, 10

351:6, 9
353:11
358:17
359:11
365:9
378:4
386:9
387:4
388:1, 14
389:5
390:14, 19, 23  394:21
397:15
402:5, 11
405:2
406:10
411:15
412:25
415:7, 22
433:5
434:15, 20
435:2
439:20
444:2, 20
446:2, 18
447:5  463:2
**causing**
77:16
168:10
190:20
209:18
286:17
295:25
302:14
305:16
311:23
328:5
329:23
370:24
372:23
374:12
377:4
393:2

445:*5*
464:*18*
**cautious**
231:7, *9*
**cell** 16:*15*,
*17* 17:5
35:*4*, *8*, *11*,
*18*, *20*, *22*, *23*,
*24* 36:*4*
39:*6* 41:*25*
42:*1*, *3*, *15*,
*20*, *22*
117:*17*
127:*6*
128:*3*
184:*17*, *25*
185:*1*, *6*
188:*2*
194:*8*
196:*16*
463:*17*
464:*6*
**cells** 16:*18*,
*20*, *24* 17:*12*,
*21* 18:*6*
20:*14*, *22*
21:*10* 22:*7*,
*12* 35:*4*, *7*
36:*8* 39:*6*,
*7* 117:*18*
119:*5*, *6*
185:*2*
236:*20*, *21*
465:*20*, *23*
467:*14*
**cell's** 41:*23*
**cellular**
35:*2* 36:*7*
**Central**
5:*12*
**Century** 6:*3*
**certain**
25:*20*
48:*13*, *24*

51:*5* 83:*7*
91:*25*
119:*4*
136:*7*
162:*2*
172:*18*
201:*16*
205:*1*, *3*
209:*25*
229:*11*
284:*18*
305:*13*
371:*18*
388:*17*
421:*3*
**certainly**
32:*3* 63:*8*
208:*1*
227:*3*
289:*17*
290:*19*
317:*1*
339:*21*
341:*3*
355:*7*
380:*24*
421:*9*
431:*23*
453:*24*
**certainty**
162:*4*
210:*15*
330:*15*, *21*
**CERTIFICA**
**TE** 483:*1*
**CERTIFICA**
**TE**.................
.................**483**
13:*9*
**Certified**
1:*17*, *18*, *20*
483:*2*, *3*, *17*,

*18*, *19*, *20*, *21*,
*22*
**certify**
483:*3*, *5*, *10*
485:*4*
**cetera**
112:*25*
366:*9*
**challenge**
418:*7*
**challenges**
66:*4*
**chance**
78:*20*
253:*18*
289:*7*
325:*17*
327:*21*
454:*12*
**chances**
268:*4*
**change**
32:*20*
117:*19*, *24*
127:*22*
128:*3*, *17*
184:*12*, *13*,
*18*, *19*
379:*23*
440:*3* 486:*3*
**changed**
193:*17*
206:*12*
273:*20*
**changes**
32:*22* 54:*1*
73:*1* 75:*5*
77:*14*
117:*20*
127:*11*
193:*12*, *22*
207:*2*
210:*19*, *20*
216:*17*

279:*13*
306:*10*
332:*3*
457:*7*
459:*21*
463:*2*, *20*
484:*10*
485:*6*
**changing**
65:*2*
408:*20*
455:*21*
**chapter**
154:*1*, *2*, *3*
289:*16*
298:*16*
299:*2*
300:*18*
**chapters**
289:*12*
**chart** 15:*17*
114:*15*
405:*11*
478:*1*, *4*
**check** 25:*21*
41:2, *7*
151:*6*
174:*20*
195:*20*
317:*25*
321:*3*
443:*15*
**checkmark**
107:*22*
108:*2*
257:*10*
**chemical**
24:*16*, *20*, *25*
25:*4*, *7*
30:*10*, *23*
31:*16*
135:*10*
193:*11*, *21*

**chemicals**
17:*7*
**Chen** 381:*8*
**Chicago** 3:*8*
5:*7*
**Child** 11:*18*
49:*24*
50:*23* 51:*4*,
*9*, *14* 52:*1*
65:*25* 67:*7*,
*11* 155:*11*
211:*23*
254:*10*
324:*18*
373:*18*, *25*
374:*9*
**Childhood**
11:*12*
294:*24*
461:*20*
**children**
53:*23* 55:*3*
57:*22*
66:*22*
170:*13*
264:*5*
359:*1*
362:*11*
363:*23*
372:*10*
417:*1*
**Chinese**
49:*14*
**chose** 37:*3*
333:*1*
402:*23*
403:*9*
**Chung**
151:*22*
**circles**
280:*1* 355:*7*
**circular**
93:*12*
97:*14* 315:*8*

Confidential - Subject to Protective Order

circumstance
133:*19*
229:*9*
370:*23*
citation
157:*21*
242:*1*
245:*4, 24*
261:*24*
262:*1*
citations
183:*12*
cite 122:*16*
199:*12*
241:*18*
317:*20*
318:*4, 6, 12*
320:*14*
327:*7*
328:*12*
cited
206:*22*
234:*22*
259:*23*
cites 191:*8*
citing
170:*22*
181:*23*
241:*25*
City 4:*3, 8*
Civil 272:*16*
claimed
225:*19*
clarify
118:*4*
120:*15*
145:*3*
168:*2*
172:*12*
178:*19*
277:*25*
297:*9*
300:*13*

309:*18*
321:*8*
325:*5*
326:*5, 17*
338:*14*
359:*2*
365:*25*
386:*19*
403:*4*
424:*18*
426:*1*
clarifying
271:*17*
402:*9, 25*
424:*5*
clarity
52:*25*
153:*23*
class 73:*10*
112:*22*
classic 51:*8*

Classification
49:*11* 60:*23*
classify
62:*24*
clean 68:*25*
87:*12*
clear 55:*9*
87:*8* 90:*11*
233:*19*
268:*18*
284:*1*
288:*23*
326:*11, 14*
330:*11*
353:*7*
390:*12*
393:*3*
457:*22*
470:*4*
479:*2, 11*
clearer
323:*24*

clearly
54:*13*
62:*18*
245:*25*
366:*11*
414:*1*
468:*11*
476:*2*
click 397:*5*
climb 66:*16*
clinic
283:*10*
clinical
66:*24* 81:*9*
218:*23*
295:*9*
424:*3* 425:*9*
clinically
295:*8*
clinician
478:*20*
clinicians
338:*19*
361:*17, 21*
clinics 379:*7*
Clinton 8:*18*
close 26:*13*
219:*4*
closely
386:*21, 24*
clustering
162:*23*
163:*10*
165:*2, 16*
170:*8*
CNN 327:*3*
coaching
219:*15*
coauthor
150:*15*
coauthored
154:*1, 3*
coauthoring
150:*25*

code 283:*7,
21*
coedited
153:*24*
coefficient
388:*16*
CogCubed
423:*4*
COHEN
6:*19*
Cohort
11:*18*
419:*20*
colleague
151:*21*
colleagues
76:*8* 194:*1*
290:*15*
401:*23*
collected
53:*12*
collecting
53:*2*
collection
361:*4*
366:*16*
collectively
446:*17*
college
67:*16*
colloquial
82:*22* 83:*3,
4*
colloquially
234:*14*
colored
280:*1*
Colorful
281:*17, 18*
colors 277:*3*
column
80:*9*
160:*14*
163:*22*

177:*5*
181:*5*
183:*25*
364:*15, 16*
419:*22*
combin
296:*14*
combination
290:*1*
296:*17, 18*
309:*9*
350:*20*
351:*25*
combine
10:*18*
270:*8, 17*
271:*1*
274:*25*
275:*7, 12, 22*
284:*25*
285:*11*
288:*3*
299:*16*
300:*8*
301:*18*
444:*20*
combined
298:*22*
310:*11*
322:*22*
397:*19*
398:*19*
435:*5, 12*
439:*24*
441:*1*
combining
440:*17*
come 52:*23*
65:*7* 71:*15*
82:*14* 83:*5*
94:*15*
124:*10*
162:*4*
164:*23*

191:*15, 19*
261:*23*
274:*6*
283:*10*
284:*3, 17*
286:*1*
385:*22, 23*
395:*4*
419:*17*
432:*2*
444:*16*
comes
116:*15, 19*
144:*6*
236:*1*
264:*1*
444:*15*
comfortable
210:*21*
211:*20*
243:*15*
246:*20*
commencement 483:*3*
commencing
1:*14*
comment
191:*20*
260:*13*
267:*8*
327:*18*
410:*2*
413:*10*
459:*17*
471:*14*
commented
450:*6*
commenting
38:*14*
comments
19:*2* 44:*9*
59:*3, 11*
125:*23*

133:*2*
191:*22*
**Commerce**
4:*19*
**commercial**
427:*12*
**commission**
485:*17*
**common**
47:*18*
112:*2, 15*
140:*3, 5, 7,
24* 145:*4, 16*
148:*8*
241:*14, 19*
245:*16, 20*
255:*22*
269:*9, 11*
270:*21*
271:*15*
284:*19*
287:*2*
292:*10*
434:*2, 14*
**commonly**
401:*9* 443:*8*
**commonsensi
cal** 267:*21*

**communicate**
24:*17, 19*
92:*9* 185:*3,
4* 197:*3*
339:*4*
345:*12*
383:*7*
**communicati
ng** 25:*3*
**communicati
ons** 436:*19*
437:*4*
**community**
358:*16*

**comorbidity**
12:*15*
**companies**
422:*10, 15,
19, 24* 424:*7,
14* 425:*1*
429:*3, 5, 12,
15*
**company**
288:*10*
423:*13*
424:*21, 23*
428:*20*
**company's**
426:*20, 21*
427:*13*
**compare**
221:*7*
**compared**
52:*17*
53:*24*
113:*16*
199:*6*
205:*5, 7*
**comparing**
255:*16*
**comparison**
261:*4*
462:*19*

**compartment**
185:*10, 11*
**compartment
s** 185:*8*
**compelling**
308:*15*
**competence**
104:*14*
**complete**
58:*18, 20*
78:*9* 79:*1*
110:*1*
272:*24*
273:*5, 23*

274:*1*
311:*19*
**completed**
118:*2*
246:*17*
**completely**
55:*18* 56:*6*
59:*7*
125:*21*
131:*24*
132:*4*
412:*2*
426:*7*
435:*23*
436:*2*
451:*14*
453:*6*
**complex**
143:*2*
**complicated**
50:*20* 55:*5*
142:*6*
143:*2* 311:*8*
**component**
62:*9* 141:*8*
**components**
142:*12*
143:*8*
**comprised**
142:*10*
**computation**
138:*25*
146:*17*
**computation
al** 142:*1*
**compute**
472:*24*
473:*5*
**computed**
143:*7, 9, 10*
229:*1*
432:*20*
470:*8*

**computer**
395:*15*
**computes**
472:*15*
**con** 192:*20*
446:*16*
**concede**
128:*15*
**conceivable**
269:*23*
**conceived**
288:*17*
340:*14*
**concentratio
ns** 314:*15*
460:*6*
**concept**
121:*11, 20*
123:*1*
133:*12, 14*
136:*6, 12*
187:*20*
235:*25*
307:*18*
453:*24*
454:*3*
**concern**
467:*22*
481:*14*
**concerned**
335:*14*
336:*6*
**concerns**
129:*7*
413:*23*
**Concerta**
426:*2*
427:*2, 21*
**conclude**
64:*13*
105:*4*
218:*9*
220:*10, 12,
15* 221:*9, 16,*

*23* 223:*21*
225:*18*
226:*12, 14*
227:*22*
229:*24*
230:*4*
238:*24*
260:*1, 6*
261:*20*
302:*13*
316:*14*
317:*16*
376:*3, 15*
408:*18*
480:*24*
**concluded**
55:*10*
222:*1*
331:*19*
358:*16*
367:*22*
375:*14*
390:*3*
420:*24*
445:*11*
474:*16*
482:*19*
**concluding**
262:*24*
332:*12*
375:*6* 480:*1*
**conclusion**
99:*22*
101:*3*
102:*7*
118:*22*
221:*2, 19*
226:*15, 16*
245:*24*
318:*19*
323:*15*
331:*25*
333:*25*
365:*24*

384:*19*
392:*20, 23*
394:*17*
410:*6*
411:*9*
420:*15, 16, 25* 421:*6, 11*
433:*15*
441:*18, 23*
445:*3*
447:*20*
459:*10*
472:*21*
**conclusions**
12:*6* 83:*7*
208:*10*
221:*17*
231:*7*
232:*11*
317:*25*
324:*9, 11*
358:*15*
360:*22*
364:*5*
365:*17*
366:*15, 20, 21, 23* 367:*1, 2, 3, 6, 13, 21*
397:*10*
408:*17*
411:*8*
442:*20, 25*
446:*8, 9*
454:*20*
455:*11*
**concrete**
253:*17*
407:*11*
**condition**
34:*17*
**conditional**
322:*19*
**conditions**
188:*11*

**conducted**
94:*8*
**confidence**
324:*2*
469:*19*
476:*2, 18*
**CONFIDEN
TIAL** 1:*6*
**confirm**
156:*22*
192:*21*
**confound**
231:*11, 22*
242:*3*
465:*8*
481:*16*
**confounded**
228:*21, 23*
231:*24*
421:*8, 9, 14*
475:*19, 21*
**confounder**
370:*24*
378:*19*
**confounders**
226:*19*
228:*2*
229:*7, 12, 13, 23* 232:*15, 19* 233:*17*
234:*1*
**confounding**
101:*16*
227:*4*
229:*2*
230:*11, 20, 21, 25*
232:*10*
237:*14, 16, 17* 239:*1*
307:*24*
322:*3*
333:*21*
364:*22*

369:*17, 25*
370:*8*
376:*6, 20*
449:*17*

**confoundings**
101:*17*
**confounds**
230:*16, 17, 22, 25*
232:*24*
233:*2*
235:*23*
265:*13*
308:*8*
320:*25*
321:*17, 21*
333:*20*
462:*15*
475:*22, 23*
481:*14, 15*
**confused**
112:*13*
469:*7*
**Congrats**
40:*6*
**connect**
17:*8* 23:*21*
**connected**
17:*6* 58:*1*
**connection**
24:*20, 21, 25*
**connections**
17:*8*
**Consensus**
12:*5, 11, 19*
193:*19, 24*
212:*10*
234:*21*
264:*11*
289:*25*
290:*6, 8*
340:*10*
341:*11*

342:*8, 12, 23*
355:*1, 10, 12, 16, 18* 356:*5, 20* 357:*1, 2, 6, 25* 358:*9, 23* 359:*3, 4, 11, 17, 18, 19* 360:*3, 7, 12, 15, 21* 361:*2*
362:*5, 7*
363:*1, 2, 4*
364:*6*
365:*18*
366:*2, 5*
368:*3, 6, 7*
384:*9*
385:*6*
387:*1, 2*
389:*3*
390:*10*
392:*16, 17*
395:*22*
396:*6, 13, 16*
398:*3, 14*
399:*11*
401:*25*
402:*2*
403:*21, 23*
405:*19*
408:*25*
416:*23*
417:*5*
418:*1*
419:*3*
420:*21*
435:*1*
439:*22*
441:*24*
446:*6, 7, 10, 17* 447:*6, 19*
449:*20*
450:*7*
**consider**
101:*14*

Confidential - Subject to Protective Order

107:*8*
112:*5*
113:*14*
114:*9*
202:*12*
246:*11*
250:*17*
310:*1*
361:*18*

**consideration**
338:*7*
**considered**
43:*10*
231:*5, 6*
320:*19*
433:*17*
452:*18*
465:*6*
**considering**
111:*22*
242:*14*
243:*25*
244:*19*
247:*2*
248:*7* 249:*5*
**considers**
109:*2, 19*
110:*19*
**consistency**
315:*2*
**consistent**
55:*2*
169:*12*
203:*24*
235:*11*
312:*25*
326:*18*
426:*16*
473:*24*
474:*8*
**consistently**
439:*22*
440:*25*

**consortium**
52:*24* 53:*6,*
*11* 62:*14*
393:*19*
**constraints**
333:*16*
**construct**
297:*13, 15*
**consult**
151:*19*
**consultant**
426:*10*
428:*8*
**consulting**
424:*13*
427:*2*
**Consumer**
6:*23*
**consumption**
262:*24*
**contain**
272:*24*
273:*5, 23*
274:*1*
**contained**
479:*5*
**context**
65:*25*
68:*15*
132:*13*
173:*12*
208:*20*
239:*21*
440:*2*
**context-
dependent**
51:*18*
**continue**
28:*19*
40:*18*
41:*13*
166:*21*
252:*2* 395:*6*

**continued**
113:*22*
**continues**
28:*15, 21*
60:*17, 19*
166:*19, 20*
169:*10*
**continuing**
427:*5* 428:*1*
**contrasted**
149:*5*
**contrasts**
149:*5*
**contribute**
301:*7*
305:*15*
388:*10, 12*
**contributed**
302:*14*
**contribution**
438:*18*
444:*14*
**control**
35:*20*
70:*12*
86:*15*
174:*3*
235:*24*
236:*1, 3, 6, 7,*
*16* 238:*25*
239:*1, 9*
256:*21*
318:*22*
**controlled**
210:*18*
**controls**
53:*18*
237:*1, 6, 9*
238:*6*
250:*12*
265:*14*
318:*20*
481:*13*

**controversial**
457:*21*
**convene**
425:*1*
**convened**
425:*3*
**convenience**
333:*9*
**convincing**
416:*8*
**co-occurs**
384:*13*
**copies**
272:*14*
432:*5*
**co-
publication**
288:*12*
**co-published**
288:*14*
**copy** 15:*22*
78:*9* 79:*1*
122:*2*
151:*8*
200:*23*
241:*10*
358:*2*
399:*14*
400:*4, 8, 13,*
*18*
**Cord** 11:*13*
460:*7*
**corner**
461:*4, 9*
**Corporation**
7:*4, 11* 8:*9,*
*15*
**correct**
18:*15*
21:*22* 22:*6*
24:*14* 25:*6,*
*14, 22* 27:*11,*
*17* 37:*1*

38:*25*
42:*14* 47:*6*
49:*22* 50:*9*
70:*21*
79:*11, 18, 21*
80:*7* 81:*8*
100:*6*
139:*4, 6, 9,*
*12* 140:*15*
141:*3*
145:*17*
148:*22*
149:*11*
160:*3, 20*
169:*24*
170:*24*
171:*8, 17*
174:*5*
179:*2*
198:*18*
215:*15, 16*
224:*20*
232:*15, 18*
233:*1, 17, 25*
270:*11*
278:*12, 14*
280:*18*
282:*18, 20*
283:*2*
286:*13*
289:*10*
291:*13*
294:*13*
320:*4, 5, 7,*
*13, 21* 321:*2*
324:*10, 19,*
*24* 327:*12,*
*22* 328:*2, 15*
331:*10*
342:*24*
343:*21, 24*
344:*5, 8*
345:*24*
346:*13*

348:*25*
349:*21, 24*
350:*3, 13*
352:*12*
358:*21*
361:*1, 22*
362:*1, 4*
364:*2*
367:*19*
371:*6*
384:*25*
392:*19, 22*
396:*2, 8, 14*
397:*8, 12, 16, 22*  398:*5, 23*
401:*18*
402:*14*
403:*25*
419:*12*
428:*12*
437:*6*
449:*1*
450:*10*
454:*25*
466:*12, 24*
470:*20*
473:*4*
474:*19*
485:*5*
**corrected**
17:*6*  216:*2*
321:*22*
**correcting**
162:*22*
165:*15*
170:*8*  232:*9*
**correction**
232:*24*
321:*24*
**corrections**
168:*14*
484:*4, 7*
485:*6*

**correctly**
150:*11*
185:*5*
319:*14*
331:*3*
**correlate**
61:*18, 25*
350:*17*
353:*10, 25*
354:*9, 11, 13, 17*  355:*9, 14, 17*  356:*14, 15, 18*  409:*6, 7*  446:*11*
**correlated**
61:*19*
460:*17*
**correlates**
62:*24*
63:*10*  64:*9*
287:*21*
299:*8*
352:*23*
353:*21*
354:*19*
357:*4*
365:*12, 13*
402:*5, 11, 13*
405:*18*
406:*19*
**correlation**
142:*16*
393:*22*
**CORUM**
174:*13*
**Costco**  7:*10*
**costs**  111:*8*
**COTE**  1:*6*
**Counsel**
5:*14*  6:*22*
7:*4, 10, 16*
8:*4, 9, 14, 20, 25*  9:*4*
13:*3, 4*

14:*15*
18:*23*
36:*20*  37:*7, 21*  40:*15*
41:*6*  46:*18*
58:*9, 24*
68:*6, 9, 20*
69:*2, 10*
78:*8, 24*
80:*18*
85:*14*
87:*11*  92:*6*
111:*15*
115:*23*
124:*24*
131:*21, 24*
132:*19*
149:*17*
157:*25*
184:*3*
190:*4*
211:*4, 6*
223:*5*
241:*6*
261:*5*
315:*14*
325:*16*
343:*10*
399:*25*
429:*25*
430:*19*
431:*15*
446:*3*
476:*22*
478:*1*
482:*10*
483:*11, 12*
**counseling**
212:*20*
**count**
201:*15*
**countries**
338:*25*
339:*2, 8, 9*

**country**
56:*25*
**course**
34:*20*
37:*17*  39:*6*
63:*16*
65:*13*
72:*20*
75:*10*
81:*18*
101:*5*
110:*11*
184:*17*
186:*13*
194:*9*
195:*5*
196:*20*
198:*12*
227:*20*
231:*2*
247:*23*
264:*21*
275:*25*
308:*15, 18*
309:*19*
329:*3*
402:*3*
411:*9*
416:*16*
440:*2, 5*
464:*10*
**COURT**
1:*1, 20*
14:*17*
36:*14*  38:*3*
443:*24*
445:*2*
447:*19*
450:*4*
483:*19, 21, 22*  484:*19*
**courtesy**
350:*1*

**Court's**
37:*5, 16*
126:*7, 9*
**covered**
314:*24*
**covers**
349:*16*
385:*6*
**CRACKEN**
3:*15*  5:*6*
**create**  21:*9*
36:*8*  127:*8*
205:*18, 19*
236:*2*
271:*2*
306:*11*
394:*1*
**created**
79:*5*  84:*6*
199:*25*
205:*2*
339:*3*
347:*19*
348:*21*
405:*11*
**creates**
128:*1*
202:*19*
**creating**
20:*21*
82:*19*
139:*19*
237:*15*
478:*1*
**creation**
106:*9*
108:*1*
109:*7*
110:*24*
113:*23*
114:*14*
**credence**
119:*8*

criteria
101:8
283:17
295:23
308:20
312:18
314:22
315:6, 7
316:7, 14, 15
317:15
363:6
369:7
379:10
419:25
448:16, 20
452:20, 23
453:18
474:14
crooked
97:23
cross
284:10
291:5, 23
crosses
24:16
201:15
CROSS-
EXAMINAT
ION 477:12
CROW 4:16
crucial
319:16
cumulative
401:9 443:8
curated
418:8 419:4
curative
77:25
current
203:10, 11
256:3
271:7
301:23
329:7

currently
212:13
429:10
474:18
cursory
400:25
cut 58:10
445:24
446:3
cutoff 50:4
382:1
CVS 7:4
cytokines
46:13, 22
47:5 174:3

< D >
da-da-da
462:10
daily 104:7
Dallas 5:13
damage
39:3, 5, 7
183:22
459:11
460:17
461:12
damaged
39:8
DANA 8:12
Danish
380:17
DANNY
9:10 14:2
darker
280:14
282:11
darnedest
253:13
DAT 204:8,
11
D-A-T
204:8

data 53:3, 7,
13 54:16
55:2, 20
57:17, 25
76:20
100:19
102:7
119:2
123:25
138:25
163:19
164:2, 10, 21
165:17
167:1
176:7
177:23
186:6
225:18
226:14, 15
263:6
276:18
296:10, 12
297:4, 6
302:4, 23, 25
304:15
308:14, 16
309:4
312:25
314:9
317:7
369:10
379:24
380:1, 3
395:5
420:5
439:13
444:12
462:4
471:14, 16
472:3
473:23
474:17
475:2, 17, 18

476:11, 12,
13 480:6, 9
database
62:5
175:11
227:14, 18,
19
databases
227:12
333:14
dataset
54:23, 25
163:11, 13
date 1:15
14:5 61:7
63:3, 25
304:16
432:8
454:8, 10
483:8
484:2, 9
485:12
dated 12:2
483:24
DAT-KO
204:9
DAVID
6:19 8:17
david.cohen
@butlersnow
.com 6:19
day 32:25
78:20
329:22
348:8
485:16
days 395:25
484:15
DC 6:9 7:9
dead-end
186:19
deal 39:21
42:10
104:10, 11,

15 288:19
339:2
447:14
dealing
83:22
235:23
237:17
320:8
426:8
481:12
DEAN 8:22
DEANNA
6:8
death 35:22
36:4
decades
260:16
304:16
481:3, 7
deceiving
93:16
deception
91:12 93:6,
11
decide
256:8
274:8, 12
348:14
decided
158:8
243:11
326:5
348:10
453:13
deciding
99:4
decision
369:9
deck 79:5
348:21
349:5, 8, 11,
12, 16
351:15

Confidential - Subject to Protective Order

decline
57:*14*
declines
57:*11*
decrease
127:*24*
decreased
380:*10*
deem
451:*18*
deemed
484:*18*
deep 364:*20*
365:*5*
449:*13*
451:*13*
452:*14*
455:8, *12*
deeper
119:*2*
386:*14*, *18*
389:*22*
defend
39:*10*
41:*19* 42:*3*
defense
95:*10* 439:*4*
defer 478:*19*
Deficit 12:*9*
defined
60:*4*, *9*
61:*17*
146:*25*
147:2, *3*
419:*7*
defines 60:*7*
definitely
154:*3* 426:*9*
definition
91:*4*
141:*19*
152:*14*, *16*
153:8, *9*

154:*6*
217:*4* 420:*7*
definitive
179:*1*
degree
63:*19*
128:*1*, *2*
162:*5*
204:*25*
210:*12*
293:*11*
297:*20*
388:*6*
409:*18*
delayed
454:*9*

deliberations
446:*24*
DELUCIA
3:*21*
delving
119:*2*
demonstrate
480:*14*
demonstrate
d 222:*22*
336:*11*
demonstratin
g 194:*15*
demonstrativ
e 10:*16*, *18*
11:9, *10*
13:*1*, *4*
87:22 94:*2*
95:20 96:*7*
98:*1*
139:*23*
370:*17*
372:*16*
Demontis
11:*16* 171:*2*
dendrites

17:*3* 23:*20*
DENISE 1:*5*
denominator
142:7, *9*
143:*13*, *14*,
*24* 147:*24*
150:*7*
density
57:*10*
deoxyguanosi
ne 461:*19*
Depakote
404:*12*
405:*2*
depend
47:*11*
313:*21*
dependent
267:*13*
depends
30:*4* 51:*19*
215:*11*
230:*5*
302:*17*
318:*21*
451:*2*
depicted
18:*21*
276:*4* 279:*6*
depletes
191:*10*
192:*5*
deponent
14:*13* 485:*1*
DEPONENT
....................48
5 13:*10*
deposes
14:*24*
deposing
484:*14*
deposition
1:*11* 13:8
14:8 82:*1*

151:*22*
482:*19*
484:*3*, *12*, *16*,
*17*
deprivation
63:*15* 301:*3*
deps@golko
w.com 1:*23*
describe
15:*4* 90:*23*
93:*3*, *22*
100:*21*
144:*4*
163:*18*
183:*17*
286:22
340:*25*
363:*9*
described
18:*5* 100:*9*
144:*7*
186:*22*
277:*12*
451:*23*
482:*4*
describes
173:*3*
describing
405:*11*
Description
10:*10*
design
227:*11*
designed
279:*7*
291:*1*
333:*11*
designs
433:*19*
Despite
160:*15*
destroy
42:*21*

detail
201:*19*
411:*10*
451:22
474:*2*
detailed
411:*11*
452:*18*
479:*10*
details 43:*8*,
*13*, *22* 56:*10*
103:*15*
132:*11*
196:*13*
230:8
233:6
311:*4*
316:*12*
404:22
413:*15*
460:*21*
determine
163:*3*
227:25
296:*19*
310:*7*
328:*3*
338:*13*
462:*17*
determined
17:*9* 31:*15*
307:22
311:*20*
323:*11*
determining
99:6 452:*20*
develop
20:*10*
66:*11*
123:*3* 423:*6*
developed
17:*20* 21:*5*
22:*21*
66:*18*, *19*

166:*18*
426:*1*  427:*7*
**developing**
15:*8, 10*
16:*19*
18:*17*
30:*22*
60:*14*  65:*5*
140:*20*
178:*13*
303:*1, 7*
**development**
17:*9*  18:*4,
22*  21:*13, 16*
23:*11*
24:*12*
29:*11*  30:*9,
10*  31:*16*
34:*1*  59:*25*
60:*1, 12, 16,
19, 22*  61:*9*
63:*5, 7, 12,
23*  64:*2, 11,
15*  66:*10*
123:*12*
161:*21*
197:*23*
306:*2*
382:*2, 3, 20*
383:*9*
405:*21*
406:*11*
408:*11*
411:*16*
413:*1, 7*
415:*8, 18*
424:*2*
**develops**
21:*8*  33:*4*
66:*21*
117:*13*
**device**
423:*17, 23*
429:*12*

**devices**
422:*20, 23,
25*  423:*3*
**diagnose**
283:*20*
379:*5*
**diagnosed**
49:*3, 19, 25*
50:*5*  52:*16*
155:*7*
167:*20*
169:*14*
170:*2*
179:*14*
180:*8, 9*
**diagnoses**
384:*6*
**diagnosing**
315:*11, 19*
**diagnosis**
50:*7*  51:*23*
52:*13*
155:*20*
205:*20*
279:*8, 14*
282:*25*
283:*5*
284:*2, 7, 8*
291:*6, 24*
295:*18*
379:*14*
380:*17*
383:*17*
**Diagnostic**
49:*8, 14*
50:*11*  60:*5*
104:*16*
283:*7, 12, 21*
295:*7, 23*
419:*25*

**diagnostician**
52:*11*

**diagram**
16:*14*  21:*6*
147:*19*
187:*17*
280:*6, 13*
370:*10, 13*
422:*4*
461:*3, 8*
469:*21*
**differ**
196:*16*
198:*14*
265:*4*
473:*11*
**difference**
54:*7*  196:*1*
198:*7*
199:*13*
217:*25*
218:*3*
235:*2*
261:*20*
476:*20*
**differences**
52:*15, 22*
53:*23*  54:*5,
6*  242:*6*
393:*21*
476:*4, 5*
**different**
16:*18*
17:*13, 15, 16,
23*  18:*11, 12*
22:*6, 10*
26:*1, 2, 6, 7,
9, 10, 12, 15*
31:*10*
32:*23*
46:*11*
47:*19*
48:*13, 15, 16*
56:*22*
74:*13, 16, 18,
22*  75:*3*

83:*6*
120:*21, 22*
127:*10*
188:*1*
196:*12*
198:*11, 12*
204:*24*
212:*12*
218:*4*
220:*16*
221:*17*
224:*22*
226:*6*
234:*12*
235:*15, 16*
236:*10*
238:*1, 15, 17,
21*  240:*13*
251:*17*
255:*23, 24*
256:*19*
258:*21*
259:*19*
261:*4, 7*
262:*25*
277:*3*
279:*3, 12*
281:*24*
283:*7, 21*
284:*25*
291:*8*
292:*17*
296:*2*
307:*18*
314:*4*
338:*23*
349:*17*
363:*13*
366:*3*
391:*3, 6*
415:*15*
417:*9*
443:*1*
467:*15*

**differential**
227:*5*

**differentially**
480:*14*
**differentiate**
16:*23*
18:*11*  51:*24*
**differentiate
d**  18:*7, 8*
**differentiatin
g**  202:*3*
**differentiatio
n**  10:*20*
11:*2*  22:*1,
18, 22*
123:*15*
185:*22*
186:*23*
187:*15*
188:*7, 16, 24*
189:*6, 19*
**differently**
61:*13*
148:*13*
225:*8*
**differing**
198:*15*
**differs**
198:*4, 5, 9,
24*
**difficult**
75:*11*
124:*18*
265:*15*
315:*18*
339:*10*
380:*19*
409:*20*
**difficulty**
294:*17*
**Diplomate**
1:*16*  483:*2,
17*

**DIRECT**
15:*1*  24:*19*
96:*2*
176:*19*
377:*18*
431:*1*
**directed**
346:*23*
**direction**
62:*12*
316:*19*
329:*25*
336:*3, 4*
416:*7*  468:*6*
**director**
194:*1*
**disability**
60:*24*  296:*1*
**disagree**
90:*3*  225:*4*
359:*22*
368:*17*
369:*21*
377:*1*
435:*23*
436:*2*
437:*15*
438:*7, 10*
**disappeared**
433:*21*
**Disclosure**
10:*12*
**discover**
62:*14*
140:*23*
305:*24*
306:*3, 8*
352:*8*
**discovered**
119:*15, 17, 22*  135:*20*
140:*22*
292:*13*
386:*11*

415:*23*
441:*14*
**discovery**
393:*11*
**discuss**
91:*22*
92:*16*
138:*4*
156:*10*
173:*13*
239:*19*
413:*15*
417:*9*
**discussed**
161:*14*
167:*22*
173:*14*
179:*11*
277:*5*
331:*18*
351:*23*
**discusses**
458:*19*
**discussing**
222:*16*
345:*22*
**discussion**
59:*8*  81:*23*
92:*11, 15, 24*
129:*6*
138:*10*
154:*9*
279:*23*
280:*10*
442:*21*
443:*4*
453:*10*
462:*3, 6, 8*
**discussions**
210:*11*
**disease**
30:*24*  33:*4, 19*  34:*2*
49:*2*  59:*24*

124:*20, 21, 23*  142:*4*
185:*23*
**diseased**
18:*19*
**Diseases**
49:*11*  393:*2*
**Disorder**
11:*13*  12:*7, 9, 15, 17, 24*
32:*10, 18*
33:*1, 13, 15*
34:*21*
55:*11, 12*
59:*16*
62:*17*  66:*9*
77:*6*  79:*7*
101:*20*
199:*25*
297:*21*
348:*19*
360:*23*
378:*17, 18*
384:*17, 23*
385:*3, 14*
387:*3*
441:*21*
**disordered**
18:*19*  33:*18*
**disorders**
60:*8*  61:*1*
166:*17*
169:*6*
189:*20*
199:*17*
343:*19*
384:*14, 22*
385:*13*
386:*5*
389:*14, 19*
391:*11, 12, 13*  392:*11, 12, 25*  393:*1*

**disorder's**
144:*25*
**Disparities**
12:*22*
407:*4, 5*
413:*20, 21*
**dispute**
189:*3*
191:*12, 16*
192:*3, 14, 21*
323:*16, 19*
459:*9, 19*
**disputing**
189:*10, 12*
**disrupt**
29:*24*
123:*13*
**disrupted**
185:*21*
**disruption**
64:*14*
120:*2, 11*

**disseminated**
342:*22*
**disseminates**
342:*20*
**disseminating**  396:*12*
**dissertation**
214:*1*
**distinction**
419:*13*
427:*16*
**distress**
296:*1*
**distributed**
272:*4*
**distribution**
155:*25*
**DISTRICT**
1:*1*
**disturb**
39:*25*

**dive**  329:*12*
364:*21*
365:*5*
386:*14, 18*
389:*22*
449:*14*
451:*13*
455:*12*
**dives**
452:*14*
455:*8*
**divide**
16:*23*  18:*6*
473:*6*
**divided**
142:*6*
**divides**
16:*15*
**division**
16:*17*
**djash@duan
emorris.com**
8:*12*
**dkatz@smith
sovik.com**
8:*18*
**dlee@btlaw.c
om**  6:*8*
**DNA**  16:*17*
117:*16*
118:*5*
127:*8*
185:*13*
293:*18*
388:*4*
458:*15*
459:*11, 20*
460:*16*
461:*11*
**Doctor**
38:*21*  40:*2*
68:*22*
106:*12, 15*
107:*9*

109:*11, 19*
110:8
112:*6, 23*
113:2
132:24
166:*11*
212:*4, 8*
254:8
255:25
256:10
257:*6, 14*
334:*15, 18, 23, 25*
335:*14, 16, 20*  336:*7, 23*
337:2
436:24
459:9
478:*11*
479:*18*
**doctoral**
214:*1*
**doctors**
103:7
256:4
258:*3, 10, 24*
259:*2, 16, 25*
264:8
335:12
337:*5, 10*
340:7
383:*14*
427:*13*
446:*19, 23*
478:8
**doctor's**
52:7  106:*4, 23*  107:22
108:*9, 18*
111:*6, 7*
112:*21*
113:*2, 13*
114:8
243:4

244:*21*
246:10
251:10
254:*7, 13, 16*
**DOCUMEN**
**T**  1:5  20:2
33:*1*  36:*21*
38:8  53:*21, 25*  78:*16, 22, 23*  82:19
84:5  90:*17*
106:9
108:*1, 24*
109:7
110:24
113:*23*
136:*23, 25*
187:*13, 22*
190:*18, 23*
196:10
207:6
213:8
222:14
223:*1*
246:*15, 18*
277:*6, 7, 10, 11, 12, 13*
340:*14*
349:*3*
468:*23*
469:*25*
471:*12*
482:5
**documented**
65:9  66:24
161:*24*
242:6
414:*15, 19*
446:*12*
481:*19*
**documents**
137:2
242:9

405:8
434:*24*
**doing**  53:*16*
90:7  92:2
109:*12*
132:6
137:*25*
158:*11*
194:*13*
195:*5, 10*
197:*18*
248:*16*
252:7
303:8
307:*11*
330:2
354:5
364:*20*
426:25
427:*1, 19*
464:*4*
477:*21, 22*
484:8
**Dollar**  7:*16*
8:*14*
**dollars**
429:*24*
432:*18*
**door**  122:*21*
**dopamine**
25:*12*
27:*13, 21*
28:*1*  56:*13, 16*  57:*3, 7*
59:*4*  70:*18*
71:*3, 9, 25*
72:*19, 21, 23*
73:*2, 15, 19*
74:*10*  75:*5, 12, 17, 20, 24*
76:*20*
77:*14, 21*
194:*17*
195:*18*

196:5
198:*3, 8, 16*
200:*9, 12, 14*
202:*17*
203:*7, 8, 13, 14, 18, 20*
204:*4, 6*
206:*14*
207:*3, 17*
209:*3*
**dopaminergi**
**c**  23:*2*
79:*20*
119:*4, 6*
120:*3*
162:6
197:2
198:*23*
199:9
209:*23*
210:*10*
**dormant**
67:6
**dosage**
212:*16*
**dose**  11:*10*
256:6
264:*12*
368:*20*
370:*1, 6*
474:*24*
476:*21*
**dose-**
**response**
312:*24*
364:7
365:*19*
367:*23*
368:*10, 12*
369:*4, 14, 15*
370:6
474:*12, 17*
475:*4, 10, 17, 18*

**doses**  30:*25*
31:*17*
156:*11, 16*
157:*10*
191:*11*
192:6
370:*3, 5*
476:5
**dot**  290:*25*
**double-**
**check**  321:*1*
404:*4*
424:*12*
**double-sided**
223:*10*
**DOVEL**
2:*3*  10:*5, 7*
15:*2, 15, 23*
16:*3, 10*
19:*1, 8, 13, 21*  20:*12, 19*
21:*14, 23*
22:*16*  23:*1, 9, 17, 23*
24:*10*  25:*1, 23*  26:*17*
27:*5, 12, 20*
28:*3, 14, 22*
29:*12, 21*
30:*8, 20*
31:*8*  32:*5, 12*  33:*2, 16, 24*  34:*8, 22*
36:*6, 13, 22*
37:*3, 15, 18*
38:*1, 12, 20*
39:*1, 18*
41:*16*  42:*2, 8, 23*  43:*11, 24*  44:8
45:*6, 13, 23*
46:*9, 16, 20*
47:*9, 17*
48:8  49:*1,*

17  52:14
55:8  58:2,
14  59:15
61:5  65:15
67:24
68:17
69:14, 24
70:5, 10, 17,
22  71:11, 23
72:5  73:16
74:11  76:9
77:10  78:4,
10, 14, 19
79:3, 24
80:19  81:1
83:1, 19
84:9, 16
85:22
86:20  87:1,
13  88:5, 18
89:16
90:14, 18, 21
91:8  92:3
93:2, 17
94:23  95:3,
11, 24  96:12
97:1, 18
98:13  99:7
101:1
102:3
103:21
104:17
105:12
106:1, 13
107:6, 18
108:4, 12
109:1, 13
110:15
111:12
112:1
113:11
114:6, 24
115:12, 21
116:2

117:3, 9
120:8
121:9, 18
122:6
124:25
125:11, 22
126:2, 6, 14,
23  127:14
129:5
130:17, 23
131:1, 6, 10,
13  132:1, 8
133:10
134:12, 21
135:6
136:4, 20
137:6, 10, 13
140:1
141:10
142:18
144:14, 17,
22  147:11
148:1
149:4
150:9
152:1
153:1
154:16
155:3
157:7
158:5, 16
159:1, 24
165:12
166:1
167:7, 17
168:18, 22
171:11
174:14
175:12, 21
176:5, 18
177:4
178:21
179:12
180:6, 16, 23

181:3
182:21
183:14
184:5, 9
185:17
186:3
187:11, 23
189:2, 14
190:1, 7, 9,
24  191:7
192:2, 13, 25
193:9
195:1
197:8
198:1
199:10
200:3
201:3
204:21
205:21
206:1, 3, 17
207:10
208:12
209:15
210:2, 16
211:9, 17
213:1, 9, 13
214:20
215:4, 18, 24
217:5, 14
219:6, 12, 23
220:19
222:5, 12
223:6, 15
224:4
225:7, 16
226:1, 23
228:12
229:21
232:13
234:8
237:25
238:8, 14, 22
239:7, 17

240:8, 21
241:9, 11
243:2, 19
244:5, 15
245:6, 15
246:6, 22
247:12, 19
248:4, 17
249:2, 16
250:5, 13
251:6, 15
252:1, 10, 22
253:4, 23
255:1
257:9, 17
258:1, 15, 23
259:22
260:18
261:1, 8, 10
262:17
263:9, 15, 18
265:17
266:1, 20
267:6
268:1, 11, 22
270:3, 12, 24
271:8
272:11
273:21
274:14, 22
276:2, 7
277:8
278:15
279:1
280:5, 21
282:7
285:17
286:7, 14
287:1
288:4
289:23
290:10
291:14
293:3

295:15
296:13
298:7
299:9
300:2
301:4
302:9
305:1, 9
306:14, 22
307:20
308:24
309:24
310:24
311:15
312:10, 21
313:9, 24
314:23
316:20
317:8, 19
318:11, 17
319:6, 22
322:23
325:1, 25
326:4, 22
330:7
331:5
332:17
333:24
334:20
335:3
337:4, 24
338:10
341:21
342:21
343:7, 13
344:6, 9, 21
345:14
346:2
348:6
351:4
352:9
353:12, 23
354:10
355:4

Confidential - Subject to Protective Order

356:*1, 19*
357:*5*
358:*7, 22*
360:*1, 9*
363:*18*
364:*3, 13*
366:*18*
367:*12, 20*
368:*19*
369:*12*
370:*9, 18*
371:*3, 16*
372:*11*
373:*1, 14*
374:*10, 21*
375:*10*
376:*2, 12, 14*
377:*2, 16*
378:*14*
382:*9, 19, 24*
384:*7*
388:*21*
389:*24*
390:*20*
392:*9*
394:*8*
395:*10*
396:*21*
398:*8*
399:*9, 20*
400:*1, 5, 10, 14, 21*
402:*22*
404:*23*
405:*9*
406:*4*
407:*24*
408:*5, 23*
410:*7, 18*
411:*13, 25*
412:*6, 15, 22*
414:*7, 17*
415:*4*
416:*21*

417:*15, 24*
418:*16*
419:*2*
421:*16*
422:*2, 8, 13*
424:*15*
430:*3, 6, 22*
431:*5*
432:*4*
433:*3, 8, 12*
434:*18, 22*
436:*18*
437:*2, 18*
439:*15*
440:*22*
441:*16*
442:*16*
443:*5, 21*
445:*1, 21*
446:*1, 15*
447:*2, 17*
448:*21*
450:*5, 23*
452:*1*
453:*1, 21*
456:*5, 15, 20*
457:*1*
458:*6, 13*
459:*5, 18*
460:*3, 14, 24*
464:*13*
466:*9*
468:*17, 21*
469:*9, 13*
470:*10*
471:*5*
472:*6*
473:*2*
474:*9, 22*
475:*1, 8*
477:*6*
479:*21*
480:*22*

481:*5*  482:*8*
**DOWD**  4:*12*
**downloaded**
395:*23*
**Dr**  10:*16*
11:*6, 7*
186:*21*
189:*4*
191:*8, 16, 20*
192:*22*
206:*22*
222:*7, 15, 24*
322:*24*
422:*11*
458:*9, 12, 14*
459:*10*
460:*5*
468:*24*
469:*16*
470:*6*
475:*5*
477:*15, 20*
478:*10*
479:*3*
**dramatic**
468:*1*
**dramatically**
178:*9*
196:*11*
198:*11*
**draw**
141:*21, 22*
231:*7*
232:*11*
324:*8*
370:*10*
446:*9*
455:*10*
**drawing**
208:*9*
332:*8*
366:*14*
446:*8*

**drawn**
366:*24*
370:*19*
371:*21*
**drew**
329:*18*
422:*4*
472:*21*
**drug**  123:*9, 11*  203:*16*
216:*17, 24*
217:*18*
218:*9*
310:*7*
311:*20*
313:*16, 19, 21, 23*  314:*2, 8, 9*  316:*21*
317:*9, 18*
368:*13, 23*
426:*2*
427:*21*
**drugs**  56:*22*
72:*11, 12, 13*
73:*9, 10*
77:*23*
124:*14*
314:*3, 4, 7*
337:*18*
427:*22*
**DSM**  49:*22*
60:*5*  283:*5, 6*  379:*10*
381:*20*
**DSM-5**
284:*8*
**DUANE**  8:*9*
**due**  139:*1*
142:*5*
152:*20*
269:*12*
388:*18*
**duly**  14:*22*
483:*4*

**duplicated**
474:*4*
**dysfunction**
165:*18*
166:*5*
167:*8*  169:*5*
**dysregulate**
393:*25*
**dysregulated**
81:*6*  121:*6*
123:*24*
**dysregulatio n**  64:*15*
71:*24*
81:*16*
120:*2, 11*
186:*14*
195:*18*

**< E >**
**e.g**  385:*13*
**earlier**  62:*8*
67:*22*
123:*14*
345:*21*
399:*5*
400:*2*
477:*25*
**early**
123:*25*
425:*23*
**easier**
141:*22*
**easily**  146:*2*
**East**  2:*18*
6:*3, 14*
**easy**  151:*5*
247:*24*
**ecanaan@ksl aw.com**  7:*19*
**ecracken@th lawyer.com**
5:*6*

Confidential - Subject to Protective Order

edelucia@hs
gllp.com
3:*21*
edited
289:*10, 11,
15*
educate
85:*8, 15*
338:*20*
427:*12*
educating
427:*4*
education
427:*5* 428:*1*
effect 60:*21*
130:*3, 9, 11*
133:*23, 24*
134:*7, 8*
135:*8, 10, 11*
168:*11*
214:*10*
216:*6*
217:*6, 12, 13,
16, 24*
218:*13, 20,
22* 219:*1, 2*
222:*20, 21*
223:*23*
224:*21*
231:*19, 23*
235:*5*
256:*19*
303:*25*
304:*8*
314:*5*
368:*23*
374:*9, 23*
375:*3*
401:*12*
408:*21*
420:*10*
438:*4*
464:*18*
466:*15, 17*

467:*1*
468:*1*
474:*12*
475:*10*
effective
178:*9*
effectively
197:*6*
effects
42:*10* 77:*5,
7* 124:*19, 20,
21* 130:*2, 6*
134:*24*
135:*1*
142:*15*
143:*19, 20*
145:*4*
152:*21, 22*
153:*14*
154:*14*
168:*5*
189:*11*
207:*24*
233:*8*
234:*24*
303:*19*
304:*5, 13*
305:*19*
314:*4*
328:*10*
373:*9*
397:*19*
398:*20*
401:*10*
434:*7*
435:*5, 12*
439:*24*
441:*1*
443:*9*
463:*4, 11*
464:*20*
466:*4* 468:*5*
efforts
380:*25*

EILEEN
3:*21*
either 48:*19*
50:*13*
117:*17*
127:*23*
137:*24*
138:*22*
150:*16, 17*
262:*7*
277:*5*
291:*6*
372:*13*
468:*5*
either/or
150:*17*
elect 448:*1*
elected
447:*18*
electrical
24:*19*
elementary
67:*12*
elevated
167:*19*
169:*13*
170:*1, 5, 7*
433:*21*
eliminate
203:*6*
339:*25*
340:*2*
eliminated
35:*14*
eliminating
35:*9*
ELLIS 7:*13*
ELMO
82:*3* 98:*14*
106:*2*
115:*22*
139:*17*
242:*24*
277:*17*

298:*10*
370:*11*
375:*11*
478:2
ELMOs
141:*20*
Ely 428:*7, 9*
emerge
67:*7, 20*
emergence
67:*11*
emission
57:*20* 76:*25*
emotional
301:*2*
emotive
27:*23*
empirical
242:*1*
empirically
227:*24*
employed
100:*8*
employee
483:*10, 12*
encourage
371:*9*
383:*14*
394:*7*
encouraging
194:*4*
371:*14*
ended
347:*22, 23*
endorse
303:*23, 24*
endorsed
401:*15*
ends 156:*4*
185:*9*
336:*14, 17*
425:*12*

engage
329:*5*
452:*11*
engaged
428:*1*
engages
204:*12*
205:*4*
254:*14*
enriched
118:*14, 15*
enrichment
173:*7*
ensue 36:*5*
entered
36:*14* 470:7
entire 36:*21*
98:*22*
113:*21*
180:*17*
196:*19*
393:*6, 8*
entirely
37:*10*
entitled
159:*25*
422:*11*
environment
10:*18* 51:*3,
5, 20* 62:*3*
63:*18* 66:*6*
67:*8*
128:*21*
133:*19*
134:*15*
135:*13*
142:*15*
154:*15*
205:*2*
268:*24*
274:*24*
275:*6, 12, 22*
285:*10*
290:*18*

301:*18*
302:2, *8, 24*
303:*24*
304:*5*
374:*8, 12*
386:2
388:*18*
391:*16*
406:*18*
409:*11*
438:*17, 20,
23, 24* 439:*6,
12, 25*
440:*16*
444:*14*
**environment
al** 61:*8*
62:*23* 63:*4,
9, 10* 64:*1, 8*
65:*8, 25*
68:*15*
126:*17, 22,
25* 127:*5*
128:*7, 21*
133:*23, 24*
134:*25*
135:*8, 9, 11*
142:*13*
152:*8, 21, 22*
153:*14, 20*
190:*25*
226:*9, 13*
266:*4, 12, 18*
267:*14*
268:*13*
269:*25*
270:*8, 16*
271:*2, 20*
272:*2, 7, 8*
276:*22*
284:*16, 23*
285:*5, 24*
286:*9, 16*
287:*3, 17, 19,*

*20, 24* 290:*2,
23* 291:*7, 18,
22* 292:*12,
21, 22* 293:*6,
9* 294:*2, 5,
14* 296:*4, 18*
298:*19, 20,
21* 299:*3, 14,
15, 23* 300:*6,
7, 21* 301:*6,
14* 302:*3, 11,
13* 303:*13,
15, 20*
304:*14, 18*
305:*13, 17,
24* 306:*9*
308:*1*
310:*6*
328:*9*
329:*22*
350:*6, 21*
351:*9, 25*
352:*11, 19*
353:*2, 15*
357:*4*
365:*12*
372:*14*
374:*1, 23*
375:*3*
384:*20*
385:*1, 11, 16,
21* 386:*4, 8,
9, 20* 387:*3,
9, 14, 20, 25*
388:*1, 13, 19*
389:*4, 5, 15*
390:*4, 13, 23*
391:*9, 13*
392:*11, 24*
397:*20*
398:*20*
401:*10, 16,
20* 402:*4, 8*
403:*12*

405:*17*
406:*9*
409:*14*
411:*15, 21*
412:*25*
413:*6*
415:*7, 22*
433:*18*
434:*7*
435:*6, 13, 22*
436:*1*
437:*10, 17,
22* 438:*3, 18*
439:*6, 7*
440:*4*
441:*2, 20*
443:*9*
444:*19*
457:*8, 9*
466:*15*
467:*2*
**environment
ally** 128:*25*
269:*16*
373:*9*
**environment
s** 51:*7* 52:*4,
6, 10* 67:*1*
**Enzymotec**
423:*5, 20, 25*
**epidemiologi
c** 100:*19, 24*
226:*6, 8*
229:*19*
333:*8*
378:*23*
380:*22*
406:*17*
448:*7*
449:*12*
**epidemiologi
cal** 100:*4*
102:*7*
116:*18*

222:*16*
225:*18*
226:*12*
227:*23*
228:*15*
232:*14*
233:*15, 23*
302:*23*
320:*11*
324:*7*
384:*12*
**epidemiologi
st** 237:*7*
**epidemiologi
sts** 237:*8*
238:*24*

**epidemiology**
61:*17*
102:*17, 23,
24* 116:*16*
230:*12*
231:*4*
233:*4*
236:*24*
237:*10*
345:*23*
378:*15*
385:*24*
387:*18*
**epigenetic**
127:*9, 11, 12,
21* 128:*25*
185:*13*
303:*19*
304:*13*
305:*18*
306:*10, 11*
307:*11*
329:*19*
331:*18*
332:*3*
336:*11, 16*
455:*16*

456:*9*
457:*7, 11, 20*
459:*20*
463:*2, 18*
**epigenetics**
328:*11, 18*
455:*23*
**epigenomic**
307:*11*
**epistasis**
141:*9*
**equation**
141:*23*
143:*5*
146:*21*
147:*1, 4, 24*
148:*14*
151:*23*
154:*10*
**equivalence**
224:*23*
**equivalent**
465:*9*
**equivocal**
56:*3*
**erase** 231:*25*
**ERIC** 5:*6*
**errata**
484:*6, 9, 11,
14* 485:*7*
486:*1*
**ERRATA......
.......................
..........486**
13:*11*
**error**
152:*23*
**especially**
384:*14*
406:*12, 25*
415:*2*
**essential**
318:*22*
406:*12*

407:7
411:*18*
413:*3*
**essentially**
16:*18* 17:5
18:*3* 32:*17*
122:22
138:*1*
143:6
166:25
203:*4*, *19*
213:22
225:2
249:*1*
275:*15*
306:*12*
342:*19*
345:*21*
348:*12*
393:*23*
405:*17*
406:*15*
411:5
419:*19*
426:*3*
451:*21*
**established**
308:7
**estimate**
138:*15*, *19*
139:7
140:*16*, *19*,
*21* 217:25
292:9
379:*23*
**estimated**
145:9
**estimating**
473:*13*
**et** 11:*14*, *19*
12:*16*, *18*, *24*
13:*1*
112:25
328:*13*

366:9
472:23
**ether** 133:*8*
**etiological**
32:*18* 34:*15*
**etiology**
32:6, *9*
152:5, *6*
153:*4*
154:*23*
210:*4*
270:22
275:*19*
290:*19*
301:7
302:*24*
345:*16*
399:22
400:*16*
**European**
258:9
**EVA** 7:*19*
**evade** 96:*13*
**evades** 97:*3*
**evaluate**
209:*11*
229:*20*
379:*25*
380:*4*
**evaluation**
324:5
**EVAN** 2:*16*
**evan.janush**
**@lanierlawfi**
**rm.com**
2:*17*
**evasive**
96:*4* 97:22
111:*18*, *19*
157:*13*
**evening**
477:*19*

**event** 44:*17*,
*22* 130:6
266:*13*, *18*
**events**
32:*18*, *19*
33:*10*
34:*14*, *15*, *17*
44:*24*
60:*20*
63:*17*
128:*15*, *16*
136:*16*
401:*20*
464:5
**eventually**
18:*7*
117:*13*
172:6
197:*4*
292:*13*
303:*14*
**everybody**
119:*20*
232:25
251:*3*
266:*19*
284:*13*
301:*16*
315:25
316:7
323:*21*
360:8
363:*14*
407:*8* 410:*3*
**everyday**
297:22
298:5
**Evidence**
12:2, *7*, *14*
62:*18* 72:7,
*9* 73:*18*, *25*
74:2 75:5
76:*11*
77:*14*, *20*

81:*15* 84:*1*,
*11*, *22* 85:25
86:*13*
89:*11* 90:*1*
94:7 99:*23*
100:5, *9*
105:5
121:5
156:*11*, *14*
157:9
158:9, *18*
160:*17*
161:*10*, *15*
169:*11*
176:*14*
177:25
178:*23*
179:*1*
182:*1*
209:*24*, *25*
218:*13*
223:*23*
227:*24*
229:*24*
230:*4*
232:*16*
233:*18*, *25*
241:*18*
271:*10*
329:6
345:*1*, *3*, *7*, *8*,
*12* 346:7
347:6, *18*, *19*
348:*4*
349:7, *23*
350:*11*
367:7, *14*, *23*
377:*24*
386:*16*
392:*10*, *24*
396:*23*
397:2, *5*, *6*,
*11* 403:*14*
409:2

410:5
416:*24*
417:*16*
418:9
419:5, *6*, *9*,
*14* 420:*8*, *14*,
*19*, *24*
434:*25*
439:*21*
445:*11*
448:6
450:*3*
455:4, *9*
479:*11*, *12*
**Evidence-**
**based** 12:6
358:*15*
360:22
363:*8*, *10*, *19*
364:*4*
365:*16*
366:*20*
420:*1*
442:*19*, *24*
448:*24*
449:2, *5*
**exact** 29:6
105:9
138:*23*
212:*18*
235:*20*
257:25
258:2
271:*21*
272:*3*
387:*16*
390:2
411:*3*
429:*11*, *17*
**exactly**
18:*15* 21:*3*
111:*10*
151:*3*
173:2

| | | | | |
|---|---|---|---|---|
| 175:*5* | **examine** | 338:*24* | 168:*16, 20* | **EXHIBITS** |
| 204:*16* | 75:*11* | 383:*11* | 171:*9, 13* | 10:*9*  13:*8* |
| 239:*13* | 226:*25* | 393:*17* | 180:*21* | 136:*18* |
| 279:*15* | 229:*10* | 420:*10* | 183:*16* | 272:*14* |
| 284:*5* | 473:*18* | 424:*21* | 184:*4* | **exist** 302:*5* |
| 286:*4* | **examined** | 425:*9* | 187:*9, 13* | 352:*7* |
| 312:*7* | 167:*24* | 433:*25* | 197:*9, 14* | **exists** 56:*11* |
| 323:*8* | 420:*13* | 435:*3* | 206:*15, 18,* | 220:*12* |
| 330:*17* | 472:*7* | 448:*2* | *20* 212:*23* | **expect** |
| 362:*17* | **example** | 463:*10* | 222:*3, 7, 10* | 66:*12* |
| 380:*5* | 51:*8, 9* | 465:*2, 17* | 240:*19, 25* | 110:*17, 18* |
| 383:*9* | 52:*2*  63:*14* | 467:*8* | 272:*9, 13, 19* | 303:*17* |
| 387:*13* | 67:*4*  74:*7* | 475:*25* | 273:*3, 4* | 304:*9* |
| 389:*17* | 86:*14* | 481:*16* | 274:*1, 20, 23* | 341:*10, 22* |
| 396:*1* | 90:*23* | 482:*3* | 281:*9* | **expectation** |
| 417:*13* | 91:*19* | **examples** | 298:*9* | 304:*17* |
| 419:*16* | 92:*10* | 23:*7* 321:*20* | 319:*4, 8* | 305:*10, 16* |
| 432:*11* | 94:*14, 20* | **exceeded** | 325:*3* | 341:*20* |
| 440:*19* | 113:*8* | 482:*13* | 326:*20* | |
| 454:*7* | 116:*5* | **exceeds** | 343:*5, 9, 11* | **expectation's** |
| 457:*22* | 119:*4* | 42:*16*  66:*6* | 344:*19, 23* | 384:*3* |
| 466:*2* | 135:*7, 19* | **Excerpt** | 345:*25* | **expected** |
| **exaggerate** | 162:*8* | 11:*7*  222:*7* | 346:*4* | 236:*17* |
| 87:*18* | 178:*7, 10* | **excerpts** | 348:*16* | 341:*2* |
| 89:*12*  90:*1* | 200:*12* | 348:*17* | 358:*5, 9* | **expensive** |
| 91:*24* | 217:*19* | **excess** 57:*7* | 360:*11* | 76:*24* |
| 435:*20* | 230:*18* | 266:*3* | 372:*24* | **experience** |
| 436:*5, 7, 12* | 231:*13* | **excitatory** | 373:*3* | 35:*18, 21* |
| 437:*8* | 232:*2* | 25:*16* | 395:*8, 12, 17* | 44:*16* |
| **exaggerating** | 234:*20* | **Excuse** | 396:*19* | 122:*18* |
| 88:*20* | 242:*3, 10* | 331:*12* | 398:*6, 9* | 208:*2* |
| 91:*11, 15* | 245:*1, 2* | 334:*10* | 399:*4* | 296:*25* |
| **exaggeration** | 250:*10* | **exerts** | 418:*2, 5* | 355:*7* |
| 90:*22*  91:*4,* | 266:*15* | 191:*9* | 420:*20* | 481:*21* |
| *18*  92:*20* | 267:*7* | 192:*4* | 421:*25* | **experienced** |
| 93:*1*  436:*23* | 269:*18* | 401:*11* | 422:*4, 7, 10* | 185:*18* |
| **exam** 214:*1* | 279:*24* | **Exhibit** | 433:*1, 4* | **experiences** |
| **EXAMINAT** | 284:*23* | 15:*13, 17* | 434:*16, 20* | 42:*20* |
| **ION** 15:*1* | 285:*19, 21* | 16:*2*  19:*25* | 458:*4, 8* | **experiencing** |
| 100:*3* | 293:*11, 15* | 78:*2, 6* | 460:*22* | 50:*24* |
| 479:*20* | 297:*16, 24* | 79:*22*  80:*1* | 461:*1* | 283:*11* |
| 483:*4* | 304:*6* | 136:*22* | 468:*15, 19* | 296:*16* |
| **EXAMINAT** | 309:*1* | 137:*4, 8* | 474:*20, 24* | 298:*3* |
| **IONS** 10:*4* | 320:*22* | 159:*15, 22* | | |

Confidential - Subject to Protective Order

**experiment**
76:*17*

**experimental**
236:*1, 9*
**Experiments**
315:*1*
**Expert**
10:*11, 12*
21:*1*  27:*4*
31:*23*
43:*10*  45:*1*
75:*14*  82:*5,*
*13*  86:*8*
87:*24*
89:*24*  91:*5*
95:*1*  96:*1*
97:*21*
112:*15*
133:2
167:*13*
174:6
182:*24*
191:*18, 23*
192:*1*
197:22
207:23
208:*1*
241:*5, 6, 23*
246:*3, 5*
250:*3*
260:*14*
261:22
262:2
264:4
267:*19*
272:*21, 23*
273:2, *9, 25*
274:*16*
316:*1*
335:*11*
404:25
455:22
468:*24*

479:*3, 5*
481:*2*
**expertise**
103:*18*
104:*14*
110:*13*
114:*5, 18, 23*
189:*12*
191:*17*
192:*20*
309:*20*
337:*23*
413:*14*
436:*9*
445:*17, 23*
459:*16, 25*
**experts**
59:*20*  83:*5*
222:*16*
235:*12, 16*
**expires**
485:*17*
**explain**
33:*12*
115:*9*
132:*21*
143:*4*
146:*6, 9*
152:*4, 6, 13*
153:*4, 18*
171:*25*
179:*10*
208:*6*
238:*5*
247:*18*
276:*14*
388:*25*
**explained**
107:*8*
141:*13*
144:*23, 25*
145:22
147:*14*
152:*19*

323:*7, 12*
473:*16*
**explaining**
142:*23*
148:*5*
**explains**
109:*20*
112:*6*
231:*11*
313:*8*
**explanation**
270:*14*
**explicitly**
333:*11*
387:*6*
**explore**
394:*7*
**Exploring**
11:*13*
**expose**
193:*10, 20*
**exposed**
29:22
195:*17*
207:*12*
208:*25*
236:*19*
291:*7, 20*
294:*4*
302:*11*
324:*18*
352:*18*
466:*3*
**exposes**
57:*23*
**exposing**
236:*21*
**exposure**
10:22
11:*12*
30:*10, 23*
123:*9, 11*
130:*8*
135:*10, 23*

194:*15*
196:*3*
206:*19*
231:*23*
310:*7*
311:22
313:*12, 13,*
*14*  328:*9*
331:*20*
352:*14*
353:*14*
356:*16, 21*
357:*20, 21*
368:*13*
385:*24*
387:*18*
388:*19*
403:*14*
407:*13, 14*
408:*8, 10*
415:*14*
445:*12*
447:*21*
457:*9*
460:*18*
463:*16*
467:*2*
**exposures**
31:*16*  61:*8*
63:*4*  64:*1*
284:*23, 24*
296:*3*
303:*6*
306:*1, 9*
329:*23*
405:*20*
406:*10, 21*
411:*16, 21,*
*22*  412:*25*
413:*6*
414:*10, 15,*
*21*  415:*8, 15*
438:*25*

**express**
99:*21*
272:*25*
**expressed**
289:*16*
466:*20, 21*
**expressing**
467:*3*
**expression**
126:*18*
127:*1, 24, 25*
128:*18*
133:*25*
134:*16*
236:*14, 18*
457:*7*
463:*20*
**Expressway**
5:*12*
**extent**  88:*11*
**external**
67:*2, 5*
**extra**  38:*13*
**extreme**
63:*14*
**extremely**
332:*4*
383:*19*
**eye**  105:*1, 8*

**< F >**
**fact**  94:*20,*
*22, 24*  95:*12,*
*14, 15, 23*
121:22
146:*20*
150:*6*
151:*7*
192:*3*
201:22, *24*
228:22, *23*
281:*8*
287:*4*
322:*9*

341:6
349:25
355:9
365:10
369:22
384:11
421:5
438:15
444:13
445:9
448:7
449:23
452:21
468:3
476:10
481:18
**factor**
61:15, 22
62:1
126:17, 25
128:7
226:10, 13
291:19
301:7
307:22, 23
308:1, 5
332:15
350:17
352:19
353:2, 9, 15
354:17
355:8, 13, 18
356:6, 14, 22
436:1
**factors**  61:7,
12  62:23
63:3, 10, 25
102:6
126:22
152:8
153:20
191:1
267:14
268:13

270:8, 17
271:2
286:9, 16
287:3, 4, 8
290:2
296:4
298:21
299:3, 4, 7,
15  300:8, 21
302:12, 14,
18  309:10
332:20
341:25
350:6, 15, 21
352:1, 11
354:7, 19
390:4
401:17
402:4, 8, 10,
16  403:12
405:12
433:19
435:21, 22
441:20
457:8
**facts**  84:1,
11, 21  85:24
87:19
89:11, 13, 25
90:2  94:6,
12, 17
203:24
444:12
**fail**  484:17
**failed**  424:2
**fails**  232:15,
18
**fair**  31:10
33:23
64:10
201:7
238:19, 20
285:9
301:17

340:9
427:8
447:14
**fairly**
285:20
359:11
**fall**  92:19
**false**  132:14
149:14
214:11
215:2, 3, 9
216:5
218:14
243:22
**familial**
130:2, 3
464:25
465:13, 18
466:8
467:8, 22, 23
468:12
**familial/gene
tic**  433:20
**familiar**
48:12
133:11
136:5, 11
165:24
166:2, 4
174:17
180:15
200:4
357:23
372:18
404:8
456:10
**familiarity**
82:13
**Family**  7:16
62:6  63:18
67:15
130:5
388:6, 9, 11
467:10

**fan**  186:16
237:6, 9
**far**  75:13
178:7
186:18
202:25
203:1
292:24
293:6
469:22
**Faraone**
1:12  10:11,
12, 14, 16
11:3, 21, 23
12:2, 9, 18
14:14, 21
15:13  78:2
79:22
136:18
137:4
138:20
159:15, 22
168:16, 20
171:9
180:21, 25
187:9
206:15
212:23
222:3
240:19
249:7
272:9
274:20
319:4, 9
326:20
343:5, 14
344:19, 23
345:25
346:5
358:5
372:24
395:8, 12
396:19
398:6

401:23
421:25
422:11
433:1, 5
434:16
458:4
460:22
468:15
474:20
477:15, 20
478:10
479:3
483:4
485:12
**farther**
280:13, 22
**farthest-out**
280:23
**Father**
11:18
**FDA**  216:15
**feature**
236:4
**features**
101:14, 22
449:16
453:17
**February**
396:10
**Federal**
272:16
**Federation**
12:5, 11, 19
137:8, 17, 21,
22  142:20
144:1
153:16
281:10, 16
288:5, 6, 16,
21  289:2, 19,
20  338:11,
15  339:4, 18
340:5
341:12, 23

342:*6, 11, 15*
343:*4*
360:*12, 21*
362:7
368:*3, 7*
398:*10, 13*
445:*10, 17*
448:*17*
**feeling**
109:*11*
**fees** 424:*13*
**felt** 329:*16*
340:*16*
**fetal** 29:7,
*23* 30:9
31:*16*
60:*15* 61:9
63:*5, 7, 11,
23* 64:*2, 11,
15* 123:*12*
306:2
403:*15*
405:*21*
406:*10*
408:*10*
411:*16*
413:*1, 6*
415:*8, 16, 18,
23* 445:*19*
**fetus** 28:*6*
30:*24*
185:*18*
189:*5, 18*
284:*24*
291:*21*
314:*11, 15*
352:*14, 17*
353:*14*
**fetuses**
207:*15*
311:*22*
**fever**
103:*10*
110:*21*

243:*6*
321:*18*
322:*3*
323:*7, 12*
**fewer** 298:*1*
**field** 59:*20*
201:*14*
202:2
204:*18*
235:*12*
306:*6, 7*
329:*21*
354:*21*
355:*13*
360:*25*
361:*14*
365:*14*
409:*12*
458:*3*
**fields**
177:*24*
**field's** 81:*19*
**fifth** 476:*9*
**fight** 42:*25*
396:*11, 17*
**figure**
253:*15, 19*
290:*17*
429:*17*
**final** 477:*8,
14*
**finally** 65:*7*
155:*17*
393:*10*
**financially**
483:*12*
**find** 40:*5*
82:*15*
121:*5*
220:*9*
229:*5*
240:*6, 7*
281:*21*
287:*5*

322:*25*
335:*20*
354:*23*
380:*10*
392:5
395:*1, 2*
429:*5*
456:*16*
462:*1*
476:*23*
**finding**
102:*8*
105:2
169:*13*
246:*1*
319:*3*
327:*21*
347:2
365:*1* 420:*9*
**findings**
54:*24*
118:*8*
144:*6*
163:*8*
340:*17, 21*
363:*10, 20*
364:*20*
366:*12*
393:*22*
418:*8*
419:*4, 8*
471:*24*
**fine** 40:*11,
17* 41:*10*
159:*13*
180:*1, 4*
201:*7*
210:*22*
211:*21*
254:*8*
278:*23*
416:*20*
477:*21, 22*

**finish** 46:*16*
58:*8, 22, 23*
68:*8, 9*
69:*3, 9, 18*
86:*23*
88:*10*
107:*19*
118:*1*
127:*19*
132:*23*
142:*22*
146:*6*
149:*16, 17*
158:*1*
176:*24*
205:*25*
238:*3*
245:*9, 18*
347:*15*
355:*3*
360:*4*
374:*24, 25*
383:*5*
390:*8*
440:*11*
446:*4* 452:*6*
**finished**
87:*9*
142:*25*
215:*21*
326:*8*
**finishing**
261:*8*
326:*1, 2*
**FIRM** 2:*16*
4:*12* 5:*11*
9:*6* 420:*15,
25* 421:*6, 11*
441:*18, 22*
442:*24*
445:*11*
**first** 14:*22*
28:*6, 13*
61:*11*

62:*15* 82:2
94:*3*
123:*20*
137:*15, 16*
168:*1*
171:*1, 24*
172:*24*
194:*21*
200:*25*
203:*1*
212:2
230:*3*
278:*5, 6*
319:*23*
320:*15*
327:*16*
396:*25*
422:*16*
427:*14*
432:*21*
433:*13, 15*
435:*3*
447:*25*
459:*6*
471:*13*
475:*17*
**five** 40:*14*
50:*1*
155:*13*
283:*14, 15*
292:*18*
397:*10, 13*
420:*5*
428:*21, 23*
**flaws** 318:*1*
**FLOM** 5:*16*
**Floor** 2:*18*
7:*2* 9:*2*
**Flower** 9:*2*
**flows** 368:*22*
**focus** 70:*7,
13* 92:*24*
208:*3*
272:*20*

407:*3*
460:2  472:*9*
**focused**
101:*16*
116:*24*
416:*15*
**focuses**
63:*23*
**focusing**
404:*19*
472:2
**FOERSTER**
8:*4*
**folks**  52:*16,*
*17*  95:5
182:7, *8*
279:7
284:*9*
360:25
446:*16*
447:6
**follow**
58:*24*
68:*10*
106:*24*
108:6
111:5, *6*
113:2
131:*25*
149:*18*
315:*15*
408:*24*
430:*9*
478:8, *18*
**followed**
116:*9*
**following**
36:*15*
98:*19*
106:*16*
108:*18*
161:*4,* 22
186:2, *4*
396:*3*

451:*22*
453:*12*
**follows**
14:25  69:*4*
112:*21*
113:*1*
305:*15*
**follow-up**
58:*9,* 25
477:*24*
**follow-ups**
477:*3*
479:*22*
**foregoing**
483:7  485:*4*
**forest**  11:7,
*10*  468:*19,*
*23*  469:*4*
474:*24*
**forget**
283:*21*
342:*25*
381:9, *12*
423:*20*
**forgot**  55:*17*
**forgotten**
182:*4*
**form**  16:*8,*
*21*  19:*3, 5,*
*11,* *14*  20:2,
*16*  21:20
22:4, *25*
23:*15*
24:*23*
25:*18*  26:*5*
27:*3, 16, 25*
28:9  29:*3,*
*16*  30:2, *13*
31:*1*  33:5,
*21*  34:4, *25*
36:*16,* 17, *25*
38:*3*  39:*14*
41:*21*  42:*6,*
*13*  43:3, *19*

45:*10,* 18
46:*1,* 15
47:1, *14*
48:22  49:*5*
50:*17*
52:*18*
55:*14*  60:*3*
64:*17*
65:*20*  70:*3,*
*15*  72:2
73:*3,* 22
75:8  76:*13*
77:*18*
82:*18*
83:*15*  84:*3,*
*24*  86:*4*
87:*21*  91:*2,*
*11, 14, 16*
93:*1, 6, 8*
94:*1*  95:*8,*
*19*  96:*6, 18*
97:6, *25*
99:2
100:*12*
103:*12*
104:*1,* 23
105:*17*
107:*3, 13*
108:*11*
109:6
110:2
113:*21,* 24
115:3, *15*
116:22
117:*7*
120:5, *14*
121:*16,* 25
123:*18*
126:*20*
127:*3*
128:*9*
129:*11,* 19
134:2, *18*
135:2, *16*

136:*10*
141:6, *16*
147:*17*
149:*3*
150:*22*
152:*11*
155:*1*
158:*13,* 22
165:*22*
166:*10*
174:*11*
175:*1, 16*
176:*11*
177:*18*
179:7
180:*11*
182:*10*
185:*15, 25*
187:2
188:*21*
189:8, *22*
190:*13*
191:*4, 14*
192:8
194:*19*
196:8
197:*14*
199:2, *4, 20*
200:*20*
204:*14*
205:*13*
206:8
207:6, *19*
209:*19*
210:7
211:*1, 13, 25*
213:9, *12*
214:*13*
215:8
216:*9*
217:*9*
218:*16*
219:*10, 14,*
*17, 18*  220:*3,*

*24*  223:*1*
224:*1*
225:6, *22*
226:*21*
228:*4*
229:*16*
230:2
234:*3*
239:3, *11*
244:*4, 11, 24*
246:*15*
249:*11*
250:*1, 9*
251:*12, 24*
254:*20*
257:22
258:*18*
259:*9*
260:*11, 24*
262:*9*
263:3, *14, 21*
266:7, *23*
267:*17*
268:7, *16*
269:2
270:*10, 19*
271:5, *13*
273:*14*
274:*11, 18*
275:*14*
276:*12*
278:*10, 25*
279:*10*
280:*17*
285:*14*
286:*3, 12, 20*
287:*10*
289:*5*
290:*4*
291:*12*
292:2
294:8
296:7, *21, 22*
298:*25*

Confidential - Subject to Protective Order

| | | | | |
|---|---|---|---|---|
| 299:*19* | 368:*16* | 464:*22* | 178:*23* | **frequently** |
| 300:*11* | 369:*1, 19* | 470:*25* | 179:*1* | *92:15, 23* |
| 301:*21* | 371:*1, 12, 23* | 471:*12* | 182:*7* | *424:20* |
| 304:*20* | 372:*17* | 472:*12* | 201:*25* | *441:7  454:9* |
| 305:*21* | 373:*11* | 473:*21* | 207:*1* | **front**  15:*18,* |
| 306:*18* | 374:*4, 15* | 475:*7, 12* | 209:*8* | *23*  38:*9* |
| 307:*3* | 375:*21* | 480:*19* | 218:*12, 19* | *209:14* |
| 308:*3* | 376:*9, 24* | 481:*1, 25* | 219:*8* | *239:25* |
| 309:*15* | 377:*8, 22* | 485:*6* | 220:*2, 6* | *272:15* |
| 310:*16* | 388:*3* | **formal** | 222:*2* | *400:23* |
| 312:*1, 14* | 389:*9* | *284:8* | 223:*22* | *443:14* |
| 313:*5, 18* | 390:*17* | **formally** | 353:*22* | **frontal** |
| 314:*19* | 391:*23* | *459:1* | 385:*6* | *194:7* |
| 316:*24* | 394:*4* | **format** | 401:*20* | *196:20* |
| 317:*12* | 402:*18* | *212:18* | 420:*14* | *197:2, 5* |
| 318:*8, 15* | 404:*17* | **formation** | 461:*17* | **fuel**  421:*6* |
| 319:*19* | 405:*5, 25* | 10:*21* | 462:*11* | **full**  21:*10* |
| 322:*6* | 407:*18* | 24:*13* | 468:*24* | *121:4* |
| 324:*23* | 408:*15* | 29:*14, 18* | **foundation** | *383:24* |
| 328:*25* | 409:*5* | **formed** | 16:*2*  31:*20* | *453:11* |
| 330:*24* | 410:*13, 24* | 267:*23* | 34:*12*  38:*9* | **fully**  54:*3* |
| 331:*23* | 411:*24* | **forming** | **four**  142:*11* | *107:7* |
| 332:*23* | 412:*9, 16, 18* | 139:*1* | 327:*7* | *109:2, 18* |
| 334:*6* | 413:*8* | **forth** | **fourth**  476:*8* | *110:19* |
| 335:*2* | 414:*12, 23* | 105:*25* | **FOX**  2:*8* | *112:5* |
| 336:*13* | 415:*9* | 262:*15* | *174:19* | *136:2* |
| 337:*13* | 417:*3, 21* | 264:*12, 13* | **FOX03** | *242:14* |
| 338:*4* | 424:*10* | 284:*12* | *174:15, 17,* | *244:18* |
| 341:*18* | 434:*9* | 308:*11* | *20, 22* | *246:11* |
| 342:*3* | 436:*24* | 339:*13* | **fraction** | *247:1* |
| 344:*3* | 437:*14* | 415:*18* | 141:*12* | *248:7* |
| 345:*10* | 438:*6, 9* | 429:*13* | 145:*21* | *249:5* |
| 350:*24* | 441:*3* | 445:*20* | 147:*13* | *451:15* |
| 352:*3* | 444:*4* | 448:*13* | **fragile** | **function** |
| 353:*4, 18* | 445:*15* | 475:*24* | 30:*22*  31:*6,* | *55:23* |
| 355:*21* | 446:*21* | 483:*8* | *7* | *117:18* |
| 356:*8, 24* | 447:*9, 23* | **fortune** | **frame**  454:*7* | *138:2* |
| 358:*19* | 450:*19* | 62:*11* | **Francisco** | *184:19* |
| 359:*14* | 451:*10* | **found**  92:*12* | 8:*3* | *338:18* |
| 362:*13* | 453:*8* | 162:*15* | **free**  38:*22* | **functionally** |
| 363:*25* | 455:*18* | 164:*25* | *39:2, 21* | *203:19* |
| 364:*10* | 459:*4, 14, 23* | 167:*18* | *41:24* | **functioning** |
| 365:*22* | 460:*10, 19* | 170:*1, 5* | 339:*6, 7* | *22:8*  41:*23* |
| 367:*9, 17* | 463:*7* | 177:*24* | | *44:18*  55:*22* |

**functions**
15:*10*
17:*16* 26:2,
*16, 21* 27:22
29:*10* 30:7,
*19* 121:2
123:*21*
**funny**
203:*21*
288:*11*
**furniture**
66:*16*
**further**
16:22
26:*14*
394:*14, 16*
479:*18*
483:5, *10*
**future**
340:*19*
363:*12*
432:24
441:*15*
444:*18*

**< G >**
**GABA**
25:*12*
26:*19*
70:*23* 71:5
207:*16*
209:2
210:*13*
**GABAergic**
23:3 26:*18*
**Gainetdinov**
200:*25*
**game** 51:*9,
11*
**games** 51:*16*
**garden**
93:*15*
**Geez** 308:*12*

**gene** 118:*13*
126:*17*
127:25
128:6, *12, 13,
17, 20* 129:*4*
133:24
134:*15*
135:*20, 24*
174:*23*
205:*3*
236:*14, 17*
463:*21, 25*
**gene-by-
environment**
125:*13*
126:*16*
127:*16*
128:5
133:*20, 21*
134:*14, 23*
141:5, *14*
144:5
145:22
147:*14*
154:24
303:*18*
304:*17*
**gene-
environment**
128:*14*
134:6
135:*18, 25*
142:*16, 17*
143:*13, 15,
19, 20*
146:*15, 16,
24* 147:*9, 21*
149:22, 25
150:*4*
269:*14*
304:2, *12*
**gene-gene**
141:*9* 145:5

**General**
8:*14, 15*
43:*14*
105:*14*
106:5
136:*13*
238:24
239:*4*
242:*19*
258:25
259:*3, 16, 24*
293:24
302:*19*
415:6
**generalities**
407:*11*
**generated**
303:5
333:*14*
**generating**
42:25 43:*16*
**generation**
161:*4*
**generic**
406:*16*
410:*1*
**genes** 10:*16*
62:*3, 19*
64:*24* 74:9
117:5
118:*11, 13,
15* 119:*5, 10,
14, 16, 21*
121:7
133:*18, 22*
134:24
135:*12*
136:*14*
140:*4*
142:5
152:5, *7, 19*
153:5, *13, 19*
154:*14, 23*
171:*15, 16,*

*19, 20* 172:*1,
4, 6, 7, 8, 10,
14, 16, 17, 19*
173:7
174:9, *19, 20*
175:*10*
200:8
268:24
271:*19*
274:24
275:6, *11, 21*
284:*18*
285:*10*
290:*18*
301:*18, 23*
302:8
304:5
307:24
371:8, *14, 17,
18* 372:5
375:*15*
376:*4, 18, 20*
439:24
440:*16*
441:*1*
443:9
444:*14*
457:7
463:*19*
466:*10, 12,
14, 18, 25*
**Genetic**
11:*17* 61:8
62:*5, 9*
63:*4* 64:*1,
25* 127:*1*
136:6, *7, 12*
140:6, *7*
142:*3, 11, 12*
148:9
236:22
241:*13*
269:*12*
270:7, *16, 25*

271:*19, 23,
24* 276:22,
*23, 24*
284:*17, 20*
285:7, *20*
290:2, *22*
291:8, *9*
292:*10*
293:6, *8, 10*
296:*17*
298:22
299:*16, 22*
305:*18*
309:*10*
310:*11*
350:*21*
352:*1*
371:5
373:8, *19*
375:8, *24*
377:*13, 18,
25* 378:*3, 8*
384:*20*
385:*10*
386:7
387:8, *14, 24*
388:*1*
389:*3, 5, 13*
390:22
391:9, *13*
392:*10, 24*
397:*19*
398:*20*
401:*10*
423:*14*
434:2, *15*
435:5, *12, 21*
439:5
440:*4*
441:*19*
444:*20*
457:6
463:9
466:22

genetically
373:24
375:17
geneticist
267:1
genetics
13:6  62:13
64:6
101:18
116:24
117:1
230:21
268:23
269:5
275:18
370:12, 23
374:7
376:6, 16
377:19
391:15
422:5
433:16
438:3
463:3
475:23
480:6
genome
117:14
293:25
455:17
456:9
457:12
genomewide
170:25
172:3
genome-
wide  62:15
genomic
62:20  74:7,
19  118:3, 9,
12  135:21
236:11
292:21

294:13
297:7  351:6
genomics
64:21
genomic's
64:23
Genomind
423:12
424:21
genotype
463:11
germs  42:25
Gervin
328:13
getting  43:4
105:9
112:13
202:16
284:7
351:8
394:14
413:24
416:17
418:21
472:19
give  24:3
37:13  46:7,
10  47:24
75:3  96:2
97:20, 22
114:19
122:12
125:16
128:11
132:3
151:22, 23
172:20
173:12
191:24
196:3
199:15
200:16
205:9, 15
206:4, 10

208:15, 17,
20  213:4, 14,
17, 24
234:22, 24,
25  235:20
238:17
241:9
246:5
247:10
248:19
251:16
252:23
253:5
254:4
259:10
267:7
275:23
279:2
289:7
311:18
313:22
315:13
362:16
412:3
426:20
431:25
474:2
478:13
given  30:17
58:19  94:8
120:24
195:12
207:12
211:10
231:18
259:23
269:6
271:22
284:20
293:5
319:12
320:8
327:18
333:7, 16

415:13, 17
427:23
434:10
466:6
481:18
485:5
gives  427:4
giving
78:21
106:4
132:22
164:1
207:1
242:2, 10
244:25
321:20
334:17
335:25
412:4, 13
glad  330:1
glance  401:1
glial  22:12,
14
glutamate
25:12, 15
70:24  71:5
210:13
462:11
glutamatergi
c  81:11
glutamic
207:16
209:3
glutathione
191:10
192:5
go  40:8
43:12
57:15
58:22  62:7
69:20
71:12
80:10, 11
98:7, 23

101:24
123:4, 5
124:25
129:19
132:24
141:18
147:18
151:6, 7
158:3
166:11
183:15
188:22
193:1
217:17
240:3, 16
242:23
253:18
254:1
257:13
259:13
261:6
282:2, 9
283:12
289:8
293:17
301:17
308:19
312:17, 18
331:1, 6
334:7
335:15
344:9
348:16
362:19
375:11
386:13
399:5
405:10
421:16
423:1
430:14
431:11, 14
444:6
455:10

Confidential - Subject to Protective Order

469:*11*
470:*1*
482:*14*
**goal** 177:*22*
318:*9*
326:*16*
338:*21, 22*
339:*23*
345:*11*
365:*4*
413:*16*
455:*3, 4*
**goals** 329:*7*
345:*6*
349:*1*
413:*18*
**goes** 20:*8*
67:*11*
146:*17*
205:*10*
425:*22*
**going** 15:*16*
19:*1* 25:*3*
37:*15* 38:*1,*
*4, 12* 43:*12*
46:*3* 48:*23*
51:*6* 55:*16*
66:*13, 14, 15,*
*16* 67:*15, 16*
69:*1* 72:*14*
78:*5, 14*
79:*25*
83:*24* 86:*6*
87:*18*
93:*21* 96:*2,*
*3* 97:*20, 22*
106:*2, 6*
108:*6*
112:*5*
113:*25*
123:*12*
131:*5, 7, 8,*
*20, 21, 22*
132:*2*

136:*21*
137:*7*
167:*2, 5*
168:*19*
179:*19*
187:*3, 12*
194:*24*
196:*5, 14*
199:*17*
206:*1, 18*
207:*15*
212:*5, 6, 7*
216:*16*
217:*18*
219:*12*
222:*6*
225:*8*
226:*11*
229:*3, 10*
233:*25*
239:*18, 22*
240:*22*
244:*1*
251:*9*
252:*10*
256:*1, 9, 11*
257:*10*
260:*7, 20, 21*
262:*6*
263:*10*
272:*12, 15,*
*18* 273:*10,*
*11* 276:*14*
277:*14*
282:*22*
284:*9*
291:*6*
292:*22*
295:*17*
305:*5*
310:*21*
325:*2*
335:*16, 25*
338:*6*

344:*22*
356:*9*
358:*8, 10*
362:*15*
368:*5*
373:*5*
382:*19*
383:*23, 25*
386:*23*
389:*25*
399:*8*
411:*19*
422:*3, 9*
430:*8, 25*
434:*14, 19*
448:*5, 16*
458:*7*
460:*25*
461:*2*
468:*18*
471:*25*
474:*23*
477:*5*

**GOLDBERG**
3:*19*
**GOLKOW**
1:*21* 9:*11*
14:*4*
**Good** 15:*3*
35:*23*
44:*20*
62:*11* 64:*3,*
*20* 92:*1*
120:*16, 17*
123:*6*
140:*18*
141:*12*
145:*21*
147:*12*
149:*11*
190:*5*
201:*19*
202:*3*

261:*15*
266:*8*
272:*7*
278:*3*
290:*6*
304:*1, 6*
308:*12*
322:*8*
329:*24*
340:*13*
351:*8*
396:*16*
406:*24*
410:*3*
447:*14*
454:*12*
477:*7, 19*
**Google**
116:*5*
**Gosh**
197:*16*
242:*25*
**gotten**
202:*25*
384:*4*
409:*17*
**governs**
342:*1*
**gradient**
369:*5*
**graduate**
213:*23*
**Grand** 4:*2,*
*8*
**grandchild**
40:*4, 16*
41:*8* 66:*14*
**grandson**
40:*15*
**graph**
123:*22*
276:*17*
**graphic**
89:*9*

278:*14, 20*
279:*6*
281:*19*
470:*9*
**great**
197:*19*
237:*8*
296:*8*
307:*13*
330:*3*
409:*15*
**greater**
205:*5*
214:*9*
216:*6*
217:*1*
218:*11, 18*
220:*1*
221:*19*
222:*19*
223:*21*
224:*11, 18*
285:*8*
286:*8*
291:*7, 9*
294:*5*
359:*1*
362:*10*
363:*22*
**green**
188:*25*
**GREG** 2:*3*
greg@dovel.c
om 2:*4*
**groove**
41:*11*
**ground**
255:*22*
**group** 27:*6*
46:*12, 21*
47:*8*
118:*19*
163:*16*
235:*8*

236:*5*, *6*, *16*, *17* 328:*15* 342:*9*, *25* 413:*12* 447:*4*, *13*, *16*

**groups** 218:*1* 236:*3*

**growing** 23:*19*

**grown** 21:*11*

**Guaynabo** 3:*17*

**GUERRA** 3:*10*

**guess** 33:*7*, *8* 46:*6*, *8* 64:*5* 90:*8* 175:*19* 194:*21* 196:*18* 200:*11* 262:*13* 312:*5* 329:*1* 380:*8*, *20* 392:*7*, *8* 419:*21* 473:*23*

**guessing** 46:*4*

**Guide** 12:*19* 17:*3* 137:*8*, *18* 142:*21* 144:*1* 153:*16*, *24*, *25* 281:*11* 288:*5* 298:*9*, *11* 339:*4* 340:*6*

**guidelines** 106:*16* 234:*23*

340:*16*

**guides** 123:*2*

**guiding** 101:*15* 123:*1*

**Gustavson** 86:*16* 454:*14*, *15* 468:*4*

**GWAS** 144:*6*

**GxE** 143:*21*

< H >

**HAIGHT** 9:*1*

**HAILEY** 3:*13*

**hand** 36:*3* 39:*3* 45:*5* 78:*15* 196:*2*

**handle** 272:*7* 351:*8*

**hand-picked** 361:*12*

**Handwritten** 13:*1*, *4*

**Hang** 205:*25*

**happen** 32:*4* 69:*2* 127:*5* 131:*5*, *8* 196:*5* 199:*17* 264:*4* 371:*8*

**happened** 298:*5* 379:*25*

**happening** 51:*19* 64:*22* 74:*4* 338:*20*

**happens** 32:*17* 45:*4* 66:*1* 72:*25* 432:*22*

**happy** 85:*7* 159:*7* 172:*23* 278:*21* 330:*2* 390:*7* 395:*21* 431:*14*

**hard** 124:*18* 140:*23* 143:*3*, *4* 193:*23* 359:*16* 379:*25* 380:*4* 399:*14*, *16* 400:*18* 425:*22* 429:*20* 431:*21* 473:*25* 481:*18*

**harm** 30:*25* 31:*18*

**Harvard** 53:*4*, *5*

**HEACOX** 2:*17*

**head** 82:*9* 361:*7*

**headache** 243:*7*

**heading** 299:*25* 300:*3* 403:*11*

**Health** 7:*4* 194:*2* 407:*3*, *4*

413:*20* 445:*19*

**hear** 55:*6*

**heard** 129:*2* 132:*13* 266:*9*

**hears** 256:*7*

**height** 188:*17* 267:*9*, *13*, *19*, *20*

**held** 1:*12* 14:*9*

**He'll** 85:*15* 179:*22*

**help** 15:*21*, *22* 29:*10* 84:*22* 85:*25* 94:*25* 149:*20* 186:*18* 216:*25* 396:*11* 439:*2*, *3*

**helped** 62:*13*

**helpful** 56:*18* 77:*24* 78:*1* 87:*19* 89:*12* 90:*2* 93:*5*

**helps** 84:*2*, *12* 200:*17*

**hereinbefore** 483:*8*

**heritabilities** 143:*18*, *19*

**heritability** 62:*10* 138:*11* 139:*1*, *20*, *25* 141:*13*, *19*,

25 142:*1* 143:*7*, *10*, *16* 144:*9*, *24* 145:*13*, *14*, *21* 146:*14*, *18*, *25* 147:*8*, *13* 148:*6*, *17* 149:*1*, *23* 150:*7*, *8* 152:*3*, *14*, *15* 153:*3*, *9*, *17* 154:*6*, *22* 266:*3*, *12*, *16* 268:*18* 269:*7* 301:*12* 303:*10* 388:*16* 434:*11* 438:*16* 439:*13* 440:*3* 444:*15*, *24*

**heritable** 150:*5* 267:*10*

**hesitating** 297:*11*

**heterogenous** 473:*10*

**hey** 164:*11* 178:*4* 220:*21*

**hidden** 450:*3*

**hide** 96:*24*

**hiding** 449:*23*

**high** 35:*16* 67:*13*, *15* 74:*19* 143:*17*, *20* 266:*2*, *11*

Confidential - Subject to Protective Order

269:7
276:21, 23
285:20
290:23
293:22
462:12
**higher**
202:20
293:23
370:2, 3
404:15
461:19
462:11
**highlight**
397:10, 17
398:18
**highlighted**
80:11
138:8
162:8
169:2
223:18
406:8
443:3
461:16
**highlighting**
398:25
419:23
**highly**
267:10
360:24
**Hill** 99:5
100:17
102:5, 6, 18,
19 121:21
122:2
208:11
232:21
233:20
235:20
308:19
312:18
314:22
315:5, 6

316:6, 9, 13,
15 317:15
369:6, 7, 8
448:16
452:20, 22
453:18
474:15
**Hills** 8:24
**hired** 95:1,
4, 9
**history**
419:24
**hit** 186:19
**hmm** 234:16
**hold** 26:23,
24 39:13
40:7, 12, 13
44:5 58:7
68:3, 24
69:12
80:16, 22
83:14 87:7
88:22
95:18 98:5
107:14
109:24, 25
111:14
129:13
131:19
138:2
163:24
179:20, 21
182:1
247:9
255:14
259:4
275:13
276:6, 11
287:15
289:4
300:9
315:12
325:24
354:3

382:15, 17
399:18, 24
405:4
407:17
418:20
430:17
436:17
442:12, 13
444:3 469:8
**holding**
477:20
**HOLLAND**
4:12
**HOLWELL**
3:19
**home** 67:15
347:3
374:8, 11
397:24
**honestly**
104:2
337:14
**Hoogman**
53:21 54:19
**hope** 18:17
20:10
166:21
178:13
303:14
329:20
393:14
**hopefully**
172:6
**hoping**
178:11
341:4
**host** 338:18
**hour** 40:21
51:12
**hours** 477:1
**house**
288:15
347:25

**housed**
347:11
**household**
467:9
**Houston**
2:12
**HPA** 81:21
http://www.a
dhdevidence.
org 350:1
**human**
47:10
194:10
196:6, 21
199:6, 18
208:8 460:7
**human-
relevant**
194:6
**humans**
196:2, 11
198:5, 9, 24
199:13
200:10
266:6
267:10
320:9
**hundred**
118:21
**HUNT** 3:4
**hurt** 254:9
**hurts** 84:12
hwatts@watt
sguerra.com
3:13
**hyperactive**
51:6 52:8
202:19
204:12, 22
**hyperactive-
impulsive**
50:8 283:16
**Hyperactivit
y** 12:9, 17

50:25
65:17 70:1,
12 201:17
204:24
205:10
206:6
**hyperactivity
-impulsivity**
50:14
**hypothalami
c** 81:5
**hypotheses**
74:4 120:7
123:3, 5
186:17
271:7
303:5
441:8, 13, 17
442:22
444:17
**hypothesis**
30:16
64:20
65:12 72:4,
22 73:5, 7,
13 74:24
76:7, 10
118:23
120:18
124:4, 7
161:3, 20, 21
164:9
166:18
167:25
170:12
182:17
186:1
190:15
216:23, 24
217:3
222:19
224:13, 17
270:21
285:3

287:*14*
288:*24, 25*
289:*1*
296:*23*
297:*2*
301:*23*
303:*23*
305:*23*
306:*20*
307:*5, 6*
351:*1, 2, 24*
372:*1, 22*
394:*6, 12, 24*
395:*6*
401:*14*
416:*1*
440:*15, 21*
**hypothesize**
32:*25*
296:*24*

**hypothesized**
415:*19*
**hypothetical**
30:*5, 14*
106:*11*
109:*10*
110:*10*
111:*21, 22*
112:*17*
114:*2, 3, 13,*
*14, 22*
128:*24*
230:7
243:*13, 14*
246:*19*
308:*5*
310:*22*
311:2, *10*
316:*11, 17*
317:*17, 18*
465:*22*

**hypotheticals**
111:*21*

**< I >**
**idea** 81:*3*
119:*9*
133:*5*
166:*15*
221:*12*
224:*14, 19*
259:2, *15*
263:*19*
307:7
406:*25*
432:22
**ideal**
321:*23, 24*
333:7
**ideas** 164:*21*
**identical**
268:2, *3*
354:*8*
400:*23*

**identification**
15:*14*  78:*3*
79:*23*
136:*19*
137:*5*
159:*23*
168:*17*
171:*10*
180:22
187:*10*
206:*16*
212:*24*
222:*4*
240:*20*
272:*10*
274:*21*
319:*5*
326:*21*
343:*6*

344:*20*
346:*1*
358:*6*
372:*25*
395:*9*
396:*20*
398:*7*
422:*1*
433:*2*
434:*17*
458:*5*
460:*23*
468:*16*
474:*21*
**identified**
28:*25*
29:*25*  61:*7*
63:*3, 25*
171:*15*
174:*8*
196:*1*
199:*13*
305:*12*
307:*21*
352:*18*
353:*1*
355:*16, 18*
422:*14*
448:*24*
**identifies**
172:2
197:*9*
353:*20*
**identify**
19:7  81:2
98:*16*
117:*23*
352:*10*
353:*13*
367:*6*
401:*16*
451:*6*  457:*5*
**identifying**
148:*4*

**ignore**
84:*21*
89:*11*
175:*14*
254:*16*
264:*19, 23*
**ignored**
86:*17*
**ignores**
85:*24*  89:*25*
**ignoring**
86:*8, 12*
**III**  4:*18*
**IL**  48:*12*
**IL2**  47:*20*
173:*20*
**IL3**  47:*20*
**IL6**  47:*20*
173:*24*
**Illinois**  1:*17*
3:*8*  5:*7*
483:*19*
**illness** 370:*4*
**illnesses**
370:*4*
**image**
55:22  57:*3*
**imager**  53:*1*
**imaging**
53:*19*
55:*20, 21, 24*
57:*1*  72:*19*
75:*19*  77:*4,*
*21*  393:*18*
395:*5*
**immune**
42:*25*
43:*17, 22*
44:*24*
**impact**
126:*24*
186:*8*
189:*5*
211:*23*

269:*25*
374:*1*
415:*23*
435:*21, 22*
**impacts**
189:*15, 18*
**impair**
297:*21*
**impairing**
297:22
**impairment**
295:*24*
379:*10*
**impairments**
295:*25*
**imperative**
484:*13*

**implemented**
209:*17*
**implicate**
75:*24*
81:*10*
302:*25*
303:*4*
**implicated**
79:*15*
118:*10, 11*
119:*6*
170:*10, 19*
175:*11*
209:*18*
210:*4*
**implicates**
302:*23*
**implicating**
74:*8, 9*
**implies**
233:*21*
**implying**
89:*10*
**important**
51:22
60:*15*

Confidential - Subject to Protective Order

75:*25*
90:*25*
91:*23*
92:*14*, *25*
93:5, *23*
96:9  98:*12*
101:*14*
118:*2*
123:*1*
160:*21*
164:*11*, *17*
167:*3*
178:*18*
185:*1*
196:*17*, *22*
326:*10*
414:*19*
416:*12*
419:*12*
440:*14*
450:*22*
**importantly**
202:8, *9*
**impossible**
123:*8*
231:*2*
252:*19*
328:*21*
**impressive**
57:*2*
234:*14*, *15*
**improper**
37:*11*
219:*16*, *18*
412:2, *9*, *18*
**improve**
339:*1*
**improved**
406:*11*
411:*17*, *20*
413:2, *5*
414:*20*
416:*14*

**impulsive**
52:8  242:*20*
**impulsivity**
51:*1*
196:*24*
197:*21*
**inaccurate**
90:*9*
**inactivate**
41:*25*
**inactivation**
42:*17*, *18*
**inartfully**
148:*12*
**inattention**
49:*20*, *23*
50:*13*, *25*
65:*16*
**inattentive**
49:*19*  52:*9*
113:*13*
114:8
242:*15*, *20*
244:7, *17*
246:*10*
247:*3*
248:8
249:6
250:*16*
254:*12*
283:*15*
**incidence**
404:*15*
**include**
16:5  21:*16*
23:2, *12*
25:*11*
27:*13*
33:*25*
70:*18*, *23*
100:*23*
151:*16*
158:8
284:*14*

379:*9*
443:*23*
445:9  448:*3*
**included**
152:*22*
206:*20*
349:*6*
364:*17*
**includes**
357:*3*
384:*16*
438:*25*
475:*2*
**including**
81:*11*
161:*19*
188:7
196:*23*
260:*16*
345:*15*, *16*,
*19*  359:*8*, *9*
384:*22*
404:*25*
407:*8*
429:*12*
457:*8*, *10*
**inclusion/excl**
**usion**   101:*7*
**inclusions**
442:*2*
**income**
339:*9*
429:*16*, *18*
430:*5*
**Incomplete**
30:*14*
78:*24*
222:*10*
247:*7*
**inconsistent**
76:*3*
**incorporate**
172:*4*

**incorrect**
253:*10*
**increase**
127:*24*
191:*1*
264:*25*
296:*4*
363:*15*
368:*20*
401:*21*
415:*24*
**increased**
163:*19*
164:*6*
177:*10*
178:*25*
189:*17*
296:*3*
405:*12*
460:*6*, *8*
**increases**
188:*13*
231:*12*
294:*6*
368:*21*
377:*5*
**increasing**
20:*14*
461:*18*
462:*10*
479:*13*, *15*
**independent**
142:*14*
304:*8*  427:*7*
**in-depth**
329:*10*, *12*
**INDEX**
10:*1*
201:*16*, *23*
**indicate**
86:*1*  186:*7*
229:*2*
278:*6*

279:*7*, *13*
476:*19*
**indicated**
119:*3*
**indicates**
188:*10*
**indicating**
164:*8*
181:*25*
373:*19*
476:*3*
**indication**
101:*17*
230:*20*
475:*22*
**indications**
323:*22*
**individual**
39:*6*, *7*
91:*23*
271:*22*
272:*4*
366:*22*
401:*12*
**individuals**
289:*13*
359:*19*
447:*13*
**induce**  45:*7*
**induced**
128:*25*
269:*16*
**infection**
321:*18*
322:*4*
323:*13*
**infer**  96:*15*
97:*4*
**inference**
77:*8*
**inferences**
385:*22*, *23*

**inflammation**

42:24 43:8,
16, 21 44:16,
19 45:2, 3, 4,
7, 15 48:19
169:11
174:3
321:19
322:4
323:7, 13
**inflammator
y** 47:10
**influences**
266:5
384:20
385:2, 11, 16
386:21
387:9, 14, 25
389:4, 13, 15
390:13, 14
391:10, 14
**informal**
329:4
452:10
**informally**
284:13
**information**
19:17
45:15
110:6
111:23
115:17, 20
124:9
132:4
138:4
313:22
319:15
324:4
335:4
339:10, 19,
24 341:13,
14, 24
342:14, 17,
20 387:21
388:13

446:18
447:4
448:15
475:3
**infrequently**
224:24
**inherit**
136:14
**inhibiting**
26:20
**inhibition**
52:5
**inhibitory**
26:20
**initial** 163:4
**injury**
30:11
31:17 36:1
54:12
63:16
74:17
269:17
300:25
304:6
409:19
**INMA**
52:24
53:11
55:19 56:4
393:19
**insignificant**
162:13
**instance**
257:8
**Institutes**
194:2
**institution**
338:16
**instruct**
125:25
126:13
**instruction**
336:25

**instructions**
466:22
484:1
**insufficient**
42:10
177:1
420:15

**insufficiently**
208:7
**intake** 259:1
**intellectual**
60:24
**intended**
97:17
**intending**
471:20
**intention**
97:12, 15
149:20
**intentional**
37:4
**intentionally**
37:8 93:13
97:2, 9
**inter** 65:22
**interact**
127:8
134:25
135:12
268:24
271:1
**interacted**
135:24
**interaction**
65:22
126:16
128:5
133:22
134:6, 7, 14,
23 135:18,
25 141:9
142:17
143:14, 15

144:5
145:5
146:15, 17,
24 147:10,
15, 21
149:22
150:1, 5
269:14
303:18
304:2
**interactions**
125:13
128:14
141:5, 14
145:23
152:7
153:20
154:24
304:13, 18
**Interactive**
423:4
**interconnecti
ons** 17:2
**interest**
33:11
34:19
56:15
63:12
130:7
303:8
328:17
396:6
452:13, 25
**interested**
55:7
163:10
483:12
**interesting**
57:12, 25
181:6
255:7
319:2
332:4, 5, 7

**interleukin**
174:2
**interleukins**
45:24 46:3,
12, 21 47:7,
11, 19 48:15,
16, 18

**International**
12:5, 11, 19
49:10
62:14
137:23
234:21
340:10
341:11
342:23
360:21
362:7
364:6
365:18
392:17
395:22
396:6, 12, 16
398:3
401:25
402:2
441:24
**interpret**
164:22
265:15
300:4 474:1
**interpretatio
n** 86:7
124:17
148:21
149:10
161:6
164:1, 3, 24
165:8
**interpreting**
121:13
**interrogate**
75:17

**interrupt**
58:*3*  87:*10*
115:*24*
116:*1*
130:*21, 23*
132:*19*
**interrupted**
68:*7, 21*
69:*7*  158:*1*
382:*8, 13*
**interrupting**
252:*25*
253:*1, 3*
**interval**
324:*3*
**intervals**
348:*13*
469:*19*
476:*2, 18*
**intervention**
414:*9*
**intrastudy**
162:*22*
163:*10*
165:*2, 16*
170:*8*
**intriguing**
56:*12*
57:*16*  59:*5*
182:*16*
**introduction**
340:*25*
**invalid**
228:*24*
**invalidate**
228:*24*
**inventing**
354:*22*
**investigated**
373:*7*
**investigation**
409:*9*
**investigators**
220:*8*  427:*8*

**invited**
425:*7*
**invoices**
432:*6*
**involved**
23:*8*  26:*20*
27:*21*  28:*2*
53:*2*  71:*6*
72:*23*  73:*7*
76:*1*
118:*15, 19*
119:*3, 5, 11*
121:*7*
124:*2, 5*
129:*9*
130:*5*
137:*16, 24*
161:*9, 10*
162:*7*
166:*16*
173:*20*
186:*11*
210:*13*
265:*9*
290:*18*
329:*23*
339:*15*
452:*19*
**involves**
116:*25*
227:*16*
**involving**
107:*9*
346:*12*
**irrelevant**
382:*25*
453:*6*
**issue**
230:*10*
259:*18*
297:*4*
329:*13*
456:*4*
467:*23*

468:*10*
472:*2*
474:*11*
**issues**
122:*20*
129:*23*
229:*20*
255:*24*
275:*20*
364:*17, 23*
365:*6*
**item**  92:*17*
365:*11*
366:*23*
443:*4*
**items**
359:*22, 23,*
*24*  363:*6*
379:*8*
420:*18*
**its**  32:*10*
59:*25*
130:*16*
138:*1*
185:*5, 7*
188:*17*
203:*17*
241:*13*
305:*14*
319:*16*
324:*2*
338:*12, 17,*
*21, 22*
419:*24*
420:*10*

**< J >**
**J&J**  424:*16*
426:*7*
**J.J**  3:*6*
**JAMES**  6:*1*
**Janssen**
424:*16*
425:*19*

426:*6*
428:*14*
**January**
396:*5*
**JANUSH**
2:*16*
jcracken@w
attsguerra.co
m  3:*15*
**JENNIFER**
8:*1*
**Jersey**  1:*20*
6:*15*  483:*21*
**JESSICA**
6:*13*
jessica.brenn
an@btlaw.co
m  6:*14*
jj.snidow@k
ellerpostman
.com  3:*7*
jlara@stoned
eanlaw.com
8:*23*
jmurdica@bt
law.com  6:*2*
**job**  67:*16*
82:*14*
128:*2*
150:*2*
185:*10*
202:*3*
322:*9*
332:*20*
333:*17*
379:*2*
381:*18*
**JOHN**  3:*15*
**Johnson**
6:*22*  95:*5,*
*13*  435:*19*
436:*4, 13, 20,*
*21*  437:*5*
438:*1*  453:*3*

**Johnson's**
453:*3*
**JOHNSTON**
6:*2*

**JONATHAN**
9:*10*
**JOSEPH**
5:*17*  8:*22*
13:*1*
159:*15*
160:*6*
167:*22*
176:*7*
183:*15*
359:*9*
joseph.carus
o@skadden.c
om  5:*18*
**journal**
162:*10*
203:*2*
339:*13*
357:*9*  404:*4*
jstewart@ksl
aw.com  8:*2*
**JUAREZ**
9:*10*
**JUDGE**  1:*5*
131:*9, 11*
**JULIEN**  2:*4*
julien@dovel
.com  2:*5*
**jury**  15:*4,*
*20*  85:*24*
86:*6*  270:*1*
444:*1*
**justified**
299:*6*

**< K >**
**Kansas**
1:*19*  4:*3, 8*

Confidential - Subject to Protective Order

483:*21*
**KATIE**  9:*1*
**KATZ**  8:*17*
**keep**  60:*13*
116:*4, 7, 10*
219:*13*
252:*18*
303:*11*
364:*18*
477:*5*
**KELLER**
3:*1, 2*
**KENDRICK**
8:*17*
**kept**  457:*19*
**KERSHAW**
5:*1*
**key**  118:*8*
144:*6*
449:*16*
**Khoury**
12:*24*
168:*20*
399:*4*
409:*1*
443:*7*
453:*23*
**kids**  52:*2*
66:*25*
155:*12*
202:*1, 3, 4*
**kind**  54:*7*
57:*12*
76:*16*  89:*4*
93:*12*
97:*13*
109:*9*
153:*6*
156:*2, 3*
161:*5, 19*
163:*2*
188:*15*
194:*8*
201:*14*

202:*1*
209:*11*
224:*8, 22*
226:*4*
233:*3*
235:*13, 17*
237:*11*
242:*21*
252:*20*
265:*8*
275:*16, 22*
286:*22*
288:*12*
294:*16*
297:*11*
307:*14*
308:*14, 21*
313:*12, 15*
315:*7*
321:*11, 13*
336:*25*
340:*24*
347:*1*
393:*13*
416:*3*
423:*6*
427:*25*
448:*10*
473:*6*
**kinds**  55:*21*
193:*25*
194:*3*
226:*6*
243:*16*
339:*16*
427:*3*
428:*2*
438:*25*
**KING**  3:*1*
7:*16*  8:*1*
**KINSMAN**
4:*5*
**knew**  97:*8*
203:*25*

**knock**
202:*18*
203:*5*
204:*4*  205:*3*
**knocked**
205:*8*
**knockout**
200:*5, 7, 12,
15*  202:*17*
204:*4, 7, 8,
11*  206:*5*
**know**  16:*14*
17:*1*  19:*5,
11, 16*  20:*24*
29:*5*  30:*21*
31:*14*  43:*6,
14*  44:*12*
45:*12, 19*
46:*6*  47:*2,
16, 23*  48:*12,
24*  51:*10*
53:*7*  56:*11,
20*  61:*3*
62:*2, 4*
64:*4*  66:*11,
12*  73:*24*
74:*6, 15, 25*
75:*14, 16*
77:*22*  79:*2*
85:*2, 4, 8, 10,
19*  86:*14, 17*
87:*23*  88:*1,
12, 13, 15*
90:*4, 5, 8*
91:*19*
93:*14*  94:*9,
11, 19*  96:*15,
25*  97:*16*
103:*14*
104:*3, 7, 9,
10, 12, 14*
109:*15*
110:*7, 8*
111:*2, 3, 9,*

*18, 23*  113:*9*
114:*10, 20*
115:*13, 19*
118:*2*
119:*10, 19*
120:*20, 25*
121:*2*
123:*5, 20, 23*
124:*8, 12*
128:*11*
130:*1, 15*
133:*8*
135:*21*
143:*8*
147:*2*
151:*7*
152:*24*
153:*6, 7*
154:*2*
156:*1*
157:*14, 18*
159:*6, 7, 17,
18*  161:*25*
163:*1, 12*
165:*3, 4*
172:*11*
173:*2*
178:*7, 11*
180:*1*
186:*7, 9*
189:*24*
193:*24, 25*
197:*1*
198:*25*
199:*5*
202:*25*
203:*24*
209:*9*
212:*10, 17*
213:*18*
214:*2*
220:*20*
221:*5*
224:*6*

227:*14*
230:*6, 7, 8*
231:*1*
232:*3, 22*
233:*2, 5*
234:*5, 17*
235:*4, 13, 19,
21*  236:*13*
237:*7*
238:*2*
242:*5*
253:*8, 13*
259:*24*
262:*12*
263:*7*
264:*5, 10*
265:*6, 14*
266:*25*
267:*2, 4, 21,
22, 23*  269:*4,
6, 9*  271:*18,
21, 23, 25*
275:*23*
276:*8*
278:*22*
279:*15*
280:*1, 2*
281:*24*
283:*13*
285:*4, 5, 6*
287:*15, 21,
22*  292:*4, 6,
7, 8, 11, 12,
14, 15, 19, 25*
293:*2, 25*
294:*10, 25*
295:*24*
297:*3, 4*
299:*5*
300:*3*
301:*11*
304:*12*
306:*5*
307:*7*

308:*9*
309:*4, 20*
310:*5*
314:2, *3, 11*
315:*25*
316:*10, 12,*
*16* 317:2, 6
321:*6*
330:*4*
332:*11*
334:*9*
335:*16*
336:*22*
337:*15, 16,*
*20, 25* 338:*8*
339:*20*
342:*16*
350:*20*
351:*6, 7, 10*
359:*5, 23*
365:*15*
375:*23*
377:*12, 17*
378:*3*
380:*14*
382:*1*
383:7, *9*
386:*2*
387:*16, 17*
388:*23*
389:*17, 21*
393:*10, 17*
394:*21*
403:*1*
404:*18, 21*
406:*22*
409:*17*
415:*25*
423:*11*
427:*20*
429:*20*
430:*23*
431:*22, 25*
432:*21, 24*

438:*11*
443:*13*
446:22
447:*12*
455:*5, 7*
457:*21*
462:*23*
467:*24*
468:*8, 9*
470:*15*
471:*18*
480:*5, 20*
481:*20*
**knowing**
97:*11*
210:*17*
211:*18*
**knowledge**
18:2 98:*10*
241:*24*
245:*12, 21*
249:*19, 21*
260:*15, 17,*
*19* 447:*15*
**known**
61:*19*
141:*8*
197:*20*
230:*17*
232:*15, 19*
233:*1, 17*
234:*1*
235:*1*
303:9
314:*3*
378:*11*
402:*5*
410:*16*
459:*1*
**knows**
309:*21*
**KO** 7:*8*
**KOHANE**
7:*1*

**KRAUSE**
4:*5*
**Kroger** 8:*25*
**ktrinh@hbbl**
**aw.com** 9:*2*

**< L >**
**lab** 167:*6*
**label** 281:*1*
287:*19*
291:*25*
405:*1*
**labeled**
79:*10*
279:*16*
280:*24*
282:*12*
322:*10*
**labels** 277:*1*
278:*17, 20*
279:*17*
281:*7*
337:*18*
**lack** 99:*22*
**lacking**
16:2 236:*4*
**Lacks** 31:*19*
**ladder**
293:*13*
**laid** 98:*18,*
*22* 157:9
227:*7*
**language**
258:*3*
272:*20*
299:*11*
**languages**
281:*25*
396:*9*
**LANIER**
2:*16*
**LARA** 8:*22*
**large** 52:*20*
62:*4* 63:*21*

118:*5*
232:*20*
233:*8*
234:*17*
235:*5, 14, 18*
364:*19*
365:*3*
384:*12*
419:*20*
420:2
429:*18*
**larger**
227:*18, 19*
232:*23*
**Larson**
138:*20*
**late** 359:9
**latest** 138:*4,*
*19, 21*
140:*11*
**LAW** 2:*16*
4:*12* 5:*4, 11*
**lawful** 14:22
**LAWRENC**
**E** 2:*11*
**lawyer**
108:*1* 453:*4*
**lawyers**
436:*20*
437:*5*
**LAWYER'S**
13:*12* 487:*1*
**lay** 156:*14*
158:*9, 18*
350:*16*
403:2
**layers**
237:*17*
**layout**
473:*24*
**layperson's**
310:*4*
**lcain@mofo.**

**com** 8:*7*
**LE** 5:*1*
**lead** 34:*21*
50:7 62:*13*
74:*14*
160:*4*
169:*19*
183:*23*
184:22
185:*12*
186:*15*
242:*21*
256:*16, 25*
257:*1*
306:*10*
394:2 464:*6*
**leader** 160:*6*
**leading**
72:*4* 73:*4*
74:*3, 24*
93:*14*
120:*7*
210:*9*
351:*18, 24*
361:*5, 13, 15,*
*16, 19, 20*
**leads** 166:*7*
242:*21*
**learned**
309:*6*
**learning**
180:2
**leaving**
67:*14*
**lecture** 66:*2*
125:*16*
**led** 118:*17*
245:*23*
**LEE** 6:*8*
**left** 80:9
163:*22*
177:*5*
183:*25*
419:22

Confidential - Subject to Protective Order

**left-hand**
469:*15*
**legal** 14:*3*
82:*6, 24*
91:7, 9
**lends** 119:*8*
**Leppart**
480:*5*
**level** 35:*3,
16* 43:*14*
67:22
124:6
188:6
201:*13, 21,
23* 204:*17,
23, 25* 205:5
206:*13*
210:*15*
221:22
222:*1*
280:*23*
295:9
296:4
462:24
465:5
**levels** 36:*2*
162:4
167:*19*
168:9
169:*13*
170:*1, 6, 7*
188:*1, 12*
189:4
202:20
207:16
209:2
284:25
460:8
461:18
462:*10, 25*
476:21
**Lexington**
3:22

**LIABILITY**
1:*4* 14:*12*
433:20
**Liew**
320:*16, 22*
321:12
322:*2, 24*
324:7
327:9
332:19
380:9
381:6, 7
384:2 476:*1*
**life** 15:7
60:*21*
66:*14*
67:22
295:24
296:1
297:23
298:6 330:6
**lifelong**
309:7
**lifetime**
150:*24*
**likelihood**
191:*1*
231:*11*
265:*1*
293:7, *23*
304:*1*
359:*1*
362:*10*
363:23
**Lilly** 428:7,
9
**Limit** 19:*13*
38:2, 5
44:8
125:22
213:9
256:5
257:*14, 19*
258:*11, 25*

407:*15, 22*
408:7, 9, *12*
410:*11*
412:15
**limitation**
77:8
**limitations**
160:*15*
**limited**
212:*16*
339:8
340:*24*
428:5
**limiting**
264:*12, 15*
411:22
**LINDSEY**
4:*1*
**line** 28:*18*
36:*11* 84:*4*
110:23
113:*21*
181:*11*
248:*24*
278:6
282:*22, 25*
284:9
486:*3* 487:*3*
**linear**
293:*21*
**lines** 194:*8*
201:*16*
433:23
**link** 330:*12,
15, 20*
**linked** 169:*5*
**LinkedIn**
319:9
324:*21*
326:25
343:23
347:22
410:*20*

**list** 384:*15,
16* 422:*10*
423:2
429:5
448:*18, 23*
449:2
**listed** 18:*13*
22:*19*
403:*21*
417:*13*
424:7, *14*
425:6
426:24
429:4
**listing**
300:*19*
351:*12*
366:*12*
448:*18*
**lists** 49:22
385:*13*
**literally**
238:*15*
339:*12*
**literature**
32:*1* 52:*21*
56:*13* 59:9
63:22
91:*21*
101:6
103:4
111:4
116:*4, 8, 11*
129:3
140:20
165:25
180:*15*
182:*13*
321:*14*
406:*17*
449:*12*
451:*14*
452:*15*
453:*12, 14*

455:25
457:*19*
479:*4*
481:*19*
**LITIGATIO
N** 1:*4, 21*
9:*11* 14:*4,
12* 436:*14*
441:*10*
**little** 20:*25*
23:*19* 41:*1*
50:*19* 71:2
72:12
112:*13*
122:*14*
124:*17*
185:7
228:6
266:*14*
290:24
294:*16*
297:*12*
300:*14*
337:20
363:*13*
386:24
399:5
438:*3*
471:22
476:*16*
**live** 407:*8*
**living** 75:*12*
406:*12, 25*
413:24
415:*3*
467:*10, 11*
**LLC** 3:*1,
10* 5:*4* 9:*4*
**LLP** 3:*19*
5:*16* 6:*1, 6,
13* 7:*1, 5, 13,
16* 8:*1, 4, 9,
22* 9:*1*

Confidential - Subject to Protective Order

| | | | | |
|---|---|---|---|---|
| **load**  42:*15* | 148:*2* | 304:*22* | 63:*13*  91:*3* | 456:*21* |
| 74:*19* | 155:*14* | 307:*8* | 104:*24* | 462:*18* |
| **lobe**  197:*2* | 157:*3, 15* | 311:*3* | 105:*7, 8* | **Los**  6:*4*  9:*3* |
| **lobes**  194:*7* | 159:*3, 9, 14* | 319:*7* | 166:*20* | **loss**  16:*25* |
| 196:*20* | 162:*14* | 326:*23* | 167:*25* | **lost**  144:*10* |
| 197:*5* | 166:*21* | 343:*8* | 171:*18, 23* | 162:*21* |
| **localization** | 168:*23* | 346:*3* | 181:*21* | 163:*16* |
| 184:*23* | 170:*21* | 358:*4, 10* | 195:*21* | 165:*1* |
| **located** | 171:*22* | 362:*18, 20* | 202:*11* | 170:*6, 7* |
| 26:*11* | 175:*18* | 365:*10* | 204:*19* | **lot**  55:*25* |
| **loci**  62:*15,* | 176:*17* | 369:*13* | 320:*15* | 67:*2, 4* |
| *20*  118:*9* | 181:*4, 14* | 371:*20* | 378:*16* | 82:*13*  85:*3* |
| 172:*3* | 187:*4, 24* | 373:*2, 5* | 380:*7* | 226:*5* |
| **locomotion** | 194:*24* | 383:*1* | 386:*21* | 264:*14* |
| 27:*22* | 195:*11* | 384:*8* | 399:*4* | 292:*17* |
| **locus**  59:*21* | 196:*15* | 386:*23* | 434:*24* | 359:*23* |
| 118:*12, 24* | 200:*23* | 387:*16* | 446:*23* | 383:*7* |
| **long**  107:*15* | 201:*2* | 390:*1, 6* | 455:*24* | 404:*19* |
| 116:*9* | 202:*9, 10* | 391:*18* | 473:*1* | 450:*12* |
| 204:*19* | 209:*10* | 392:*5* | **looking** | **Lots**  9:*4* |
| 386:*22* | 214:*8* | 394:*20, 24,* | 65:*13, 14* | 113:*5* |
| 428:*15* | 218:*10* | *25*  395:*11* | 111:*4* | 156:*4* |
| 476:*24* | 221:*4* | 396:*22, 25* | 122:*18* | 264:*7* |
| **longer** | 222:*13* | 398:*9, 16* | 157:*6* | 283:*11* |
| 203:*8* | 225:*20* | 399:*3* | 164:*21* | 297:*17* |
| 332:*5* | 228:*19* | 406:*5, 17* | 166:*24* | 303:*5* |
| 423:*9* | 233:*6* | 417:*25* | 168:*3, 5* | 361:*7* |
| 424:*1* | 237:*7* | 442:*8* | 194:*5* | 423:*14* |
| 463:*23* | 239:*15, 20* | 444:*8* | 236:*13* | 462:*20* |
| **long-lasting** | 240:*2* | 449:*9* | 240:*24* | **Louis**  4:*14* |
| 457:*11* | 242:*23* | 450:*9* | 320:*1* | **Louisiana** |
| **look**  53:*10* | 246:*7* | 455:*5, 25* | 321:*12* | 1:*19*  2:*12* |
| 64:*8*  69:*17* | 252:*17* | 457:*2* | 328:*18* | 483:*22* |
| 75:*22* | 255:*5* | 460:*12* | 364:*12* | **love**  409:*13* |
| 80:*13, 16* | 258:*4* | 461:*22* | 419:*19* | **loving**  396:*5* |
| 89:*19* | 259:*18* | 462:*4, 16, 23* | 474:*16* | **low**  36:*2* |
| 111:*17* | 262:*13* | 466:*2* | 476:*15* | 143:*18, 19* |
| 118:*4* | 278:*5* | 468:*6* | **looks** | 156:*11* |
| 122:*3* | 280:*19* | 470:*16* | 100:*18* | 191:*11* |
| 137:*14* | 281:*8* | 471:*2, 6, 8* | 228:*19* | 192:*6* |
| 142:*19* | 282:*8, 21* | 475:*14* | 241:*4* | 210:*14* |
| 143:*25* | 298:*8* | 476:*1, 11* | 333:*3* | 224:*25* |
| 144:*3* | 301:*5* | **looked** | 399:*14* | 235:*22* |
| 145:*18* | 302:*20* | 56:*25* | 401:*1* | |

276:22, *23,*
*24* 339:*8*
**lower** 67:*22*
142:*8*
170:*10, 19*
188:*11*
210:*15*
233:*12*
370:*5*
**lscarcello@w**
**cllp.com** 4:*2*
**ltracey@trac**
**eylawfirm.co**
**m** 2:*11*
**LUCAS**
6:*20*
**lucky**
294:*25*
**LUFF** 5:*11*
**Luis** 288:*18*
**lunch** 261:*6*
265:*18*
**LUNER** 2:*3*
**lung** 309:*3,*
*8* 310:*2*
**LYNDSEY**
8:*7*

**< M >**
**machine-**
**learning**
54:*22*
**Madison** 7:*2*
**magnetic**
55:*24*
**magnify**
435:*20*
**magnitude**
234:*19*
450:*1*
**main** 56:*16*
72:*8* 138:*1*
203:*17*
208:*3*

237:*13*
273:*18*
304:*4*
338:*17, 21*
**major**
25:*15*
166:*6*
167:*9* 169:*4*
**making**
36:*15, 24*
52:*12*
134:*11*
216:*19*
236:*14*
308:*21*
324:*5*
332:*3*
409:*23*
**mandate**
103:*19*
340:*24*
**Manhattan**
1:*13* 5:*18*
**mania**
201:*23*
**manner**
33:*3*
**Manual**
49:*8* 60:*5, 7*
**manufacture**
**r** 423:*23*
**map** 224:*8*
**March**
344:*24*
346:*4*
347:*4*
348:*15*
**mark** 15:*16*
78:*5* 79:*25*
127:*9, 12, 21*
129:*1*
136:*21*
137:*7*
168:*19*

171:*12*
187:*12*
206:*18*
222:*6*
240:*23, 24*
272:*12, 18*
274:*23*
344:*22*
358:*8*
399:*25*
422:*3, 9*
433:*4*
434:*19*
458:*7*
460:*25*
463:*19*
468:*18*
474:*23*
**marked**
15:*13* 78:*2*
79:*22*
136:*19*
137:*4*
159:*22*
168:*16*
171:*9*
180:*21*
187:*9*
206:*15*
212:*23*
222:*3*
240:*19*
272:*9*
274:*20*
319:*4*
326:*20*
343:*5*
344:*19*
345:*25*
358:*5*
372:*24*
395:*8*
396:*19*
398:*6*

399:*19*
422:*1*
433:*1*
434:*16*
458:*4*
460:*22*
468:*15*
474:*20*
**marks**
127:*11*
306:*11*
**marmosets**
194:*6*
**Martine**
53:*21*
**Masarwa**
231:*15*
**mask**
464:*19*
**massive**
67:*17*
**master** 53:*4*
**mat** 380:*7*
**materials**
404:*24*
**maternal**
101:*18*
230:*21*
232:*3*
237:*1*
241:*13, 19*
324:*14*
356:*16, 17*
358:*24*
362:*8*
364:*7*
365:*19*
367:*24*
373:*16, 21*
377:*14*
379:*1*
380:*12, 23*
403:*15*
405:*11*

445:*19*
475:*23*
**math** 323:*17*
**mathematica**
**l** 147:*1, 4*
154:*10*
322:*17*
388:*14*
**mathematica**
**lly** 235:*3*
**matter**
14:*10* 84:*1,*
*12* 314:*1*
**McNeil**
426:*1, 4, 5, 8*
427:*1, 18*
428:*14*
**mcwatts@wa**
**ttsguerra.co**
**m** 3:*12*
**MDL** 1:*3*
14:*12*
**mdowd@holl**
**andtriallawy**
**ers.com**
4:*13*
**MEAGHER**
5:*16*
**mean** 30:*3*
31:*7* 32:*6,*
*14* 33:*8*
35:*10* 61:*2,*
*23* 73:*24*
88:*8, 14*
89:*22* 91:*6,*
*18* 92:*22*
94:*13, 21, 24*
95:*22*
96:*21*
97:*13* 98:*9*
101:*10*
104:*3*
111:*2*
118:*20*

121:*14*
122:*17, 20,*
*24* 124:*20*
128:*14*
132:*25*
152:*4*
154:*7*
155:*7*
159:*5*
160:*9*
163:*13*
196:*18*
198:*15*
199:*8*
213:*25*
217:*6, 13, 24*
218:*2*
219:*2*
220:*1*
226:*5*
228:*8, 11*
230:*4*
232:*21*
233:*7*
234:*6*
235:*1*
236:*9*
241:*2*
256:*2*
262:*4*
266:*17*
273:*18*
276:*15*
286:*5*
290:*16*
293:*1*
294:*11*
295:*6*
298:*21*
302:*5, 17*
303:*3*
306:*6, 7*
314:*3*
317:*5, 6, 7*

318:*24*
321:*22*
326:*15*
333:*4, 6*
335:*15*
339:*5*
342:*11*
353:*10*
356:*14*
369:*2*
381:*22*
383:*4*
391:*1*
393:*19*
403:*5*
405:*16*
410:*15*
417:*12*
420:*8*
429:*21, 22*
439:*3*
451:*2*
463:*3, 10*
**meaning**
82:*24*
216:*23*
269:*10*
299:*8*
300:*4*
325:*7*
402:*4*
413:*20*
462:*24*
473:*10*
**meaningful**
196:*1*
217:*20*
279:*21*
**meaningless**
122:*25*
**means** 15:*5*
17:*12*
66:*10*
76:*16*

82:*16*
108:*3*
127:*25*
130:*1*
139:*15*
152:*5*
153:*3, 18*
160:*10*
161:*2*
162:*25*
163:*14*
184:*12*
203:*5*
214:*9*
216:*6, 22*
217:*23*
218:*7, 12, 17,*
*18* 219:*3*
220:*5, 20*
221:*5*
222:*20*
228:*25*
233:*25*
234:*11, 14,*
*16* 262:*1*
299:*20*
304:*4*
322:*19*
351:*15*
353:*9*
355:*14*
360:*7*
373:*23*
376:*5, 19*
386:*17*
402:*10, 12*
403:*3*
411:*1, 5, 21*
416:*12*
420:*12*
425:*7*
426:*17*
463:*13*

**meant**
16:*20*
150:*19*
154:*22*
242:*1*
279:*12, 18*
329:*5, 9, 11,*
*14* 340:*22,*
*23* 365:*4, 7*
376:*10*
379:*5, 6*
383:*17*
427:*12*
452:*11*
473:*23*
481:*17*
**measure**
155:*23*
201:*11, 12,*
*19, 20* 208:*4*
293:*5*
380:*12*
383:*19, 23*
**measured**
168:*1*
201:*9*
204:*16*

**measurement**
152:*23*
202:*1*
380:*15*
**measures**
165:*5, 7, 14*
168:*4*
202:*5, 13*
383:*20*
**measuring**
217:*15*
**mechanism**
72:*11*
77:*23*
116:*3*
117:*5, 11*

120:*1, 10, 25*
121:*12, 20*
122:*9, 10*
124:*13*
313:*7*
314:*14, 16,*
*17* 375:*19*
377:*4, 18*
**mechanisms**
35:*8* 39:*9,*
*20* 41:*18*
203:*17*
**mechanistica**
**lly** 468:*13*
**media**
346:*19*
395:*18*
**mediate**
134:*4*
303:*19*
304:*14, 18*
**mediated**
126:*25*
305:*18*
373:*9*
**mediating**
130:*6, 11*
463:*11*
466:*19*
467:*1*
**mediation**
133:*3*
134:*8*
465:*19*
468:*10*
**mediator**
128:*6, 13, 20*
129:*4*
132:*13*
133:*18, 23*
463:*4, 24*
464:*1, 17, 25*
465:*13, 18*
466:*7, 14*

467:*20*
468:*12*
**mediators**
129:*8*
133:*12*
467:*22*
**Medical**
53:*5*
379:*18*
380:*17*
478:*11, 13*
**Medication**
12:*24*
205:*10*
206:*5, 12*
337:*7*
**medications**
56:*17*
110:*21*
113:*7*
121:*1*
200:*16*
**medicine**
445:*20*
478:*15*
**medicines**
79:*14*
**meet**
283:*17*
295:*7, 22*
315:*6*
**meeting**
338:*18*
425:*10*
**meetings**
138:*2*
342:*19*
425:*11*
**meets**
295:*21*
**member**
268:*3*

**members**
338:*12*
341:*12*
**memory**
431:*21*
**Mental**
194:*2*  370:*4*
**mention**
22:*12*
102:*17*
179:*4*
297:*8*
300:*24*
454:*23*
**mentioned**
17:*18*
102:*20*
123:*22*
186:*5*
194:*23*
195:*3, 21*
201:*6*
206:*21*
211:*3*
257:*19*
300:*24*
**mentioning**
133:*6*
**merely**
123:*8*
288:*24*
**merges**  66:*3*
**Mesar**
231:*15*
**message**
24:*16*
**messengers**
25:*4, 7*
**met**  314:*22*
315:*6*
316:*7, 14, 16*
363:*6*
448:*19*

**meta-**
**analyses**
160:*16*
231:*14*
308:*11*
316:*3*
365:*3*
420:*2*
473:*9, 25*
**Meta-**
**Analysis**
13:*1*  80:*14*
160:*1*
168:*13*
169:*13*
170:*1*
311:*14*
312:*8*
411:*4*
420:*4*
472:*15, 22*
473:*6, 17*
**metabolism**
36:*8*
**Metabolites**
11:*14*
**metabolized**
461:*10*
**method**
99:*5*
100:*14*
102:*24*
227:*21*
307:*17*
369:*8*

**methodologic**
449:*16*
**methodology**
98:*18, 22, 25*
99:*4*  100:*8*
101:*10, 23*
175:*6*
453:*13*

**methods**
42:*17*
54:*22*
103:*2*
318:*5*
340:*25*
419:*7, 18*
451:*23*
462:*16*
**METHVIN**
4:*16*
**Methylation**
127:*12*
**methylpheni**
**date**  56:*19*
202:*22*
203:*16*
205:*15*
206:*11*
**metric**
234:*25*
235:*10*
**mice**  10:*22*
193:*11, 13,*
20  194:*5, 16*
195:*12, 16*
197:*12*
198:*4, 9, 24*
199:*14, 16*
200:*5, 7*
205:*6, 7*
206:*19*
207:*2, 4, 11*
208:*25*
210:*18, 20*
211:*19*
**MICHAEL**
4:*12*
**middle**
67:*12, 13*
169:*3*
188:*16, 23*
223:*17*
291:*1*

339:*8*
461:*16*
**mid-**
**question**
116:*1*
**migrate**
18:*8*
**migration**
10:*20*
17:*12*
123:*15*
**migrations**
21:*16*
**MIKAL**
3:*12*
**mild**  295:*8,*
*10*
**MILES**  4:*18*
**Millennium**
3:*16*
**million**
432:*18*
**millions**
151:*1*
**mind**  41:*11*
60:*13*
125:*18*
354:*18, 21*
364:*18*
**mine**  456:*23*
**minimal**
156:*6*
**minimize**
93:*24*
252:*3*
276:*4, 9*
407:*14*
435:*21*
**minimizes**
438:*19*
**minimizing**
93:*19*
334:*21*

353:*24*
354:*6*  434:*6*
**minute**
138:*13*
159:*19*
162:*11*
400:*4, 17*
477:*1*
**misclassificat
ion** 227:*5*
**misconceptio
n** 222:*18*
**misconceptio
ns** 418:*8*
**misinformati
on** 340:*1, 3*
396:*11, 17*
**misinterprete
d** 146:*2*
336:*2, 4*
350:*16*
353:*8*  403:*8*
**mislead**
471:*20*
**misleading**
90:*24*  93:*4,
11, 13, 22*
471:*22*
**missing**
203:*14*
464:*10*
**mission**
339:*21*
**missions**
339:*17*
**Missouri**
1:*19*  4:*3, 8,
14*  483:*19*
**mistake**
163:*5*
222:*22*
223:*20*
253:*14*

**mistakes**
253:*20*
**misunderstoo
d** 147:*6*
155:*21*

**mitochondria**
166:*15*
167:*13*
**mitochondria
l** 165:*18*
166:*5*
167:*8*  169:*5*
**mix** 269:*13*
271:*18, 22*
272:*3*
285:*6*
379:*17, 18*
440:*20*
**mixed**
300:*16*
**model**
202:*23*
203:*4, 21, 22*
204:*1, 2*
208:*5*
270:*6, 15*
292:*8*
322:*16, 17*
323:*23*
**moderate**
234:*23*
**moderation**
133:*3*
468:*10*
**moderators**
467:*23*
**modest**
155:*15*
**Modifiable**
350:*6*
409:*15, 19*
**modification**
185:*13*

**modifications**
455:*16*
456:*9*
457:*12, 20*
**modified**
126:*17*
133:*24*
**modifier**
132:*14*
**modifiers**
129:*8*
133:*15*
**modifies**
134:*15*
**molecules**
17:*3*  44:*21*
46:*24*  47:*6*
48:*14, 19*
**moment**
181:*2*
463:*14*
**MONAGHA
N** 3:*21*
**money**
424:*8*
428:*13, 19*
429:*3, 14*
**Monica** 2:*5,
6*
**Monroe** 5:*7*

**Montgomery**
4:*20*
**MOORE**
9:*6*
**morning**
15:*3*  400:*2*
477:*25*
**MORRIS**
8:*9*

**MORRISON**
8:*4*

**Morristown**
6:*15*
**Mother**
11:*18*
256:*7*
314:*10*
373:*25*
374:*12*
378:*18*
**mothers**
250:*4, 6*
256:*8*
372:*6, 7*
378:*5*
479:*14*
**mother's**
374:*6*
463:*11*
**motional**
27:*22*
**motivated**
59:*13*
**mount**
164:*5*
177:*2, 9, 11*
178:*24*
**mouse**
197:*1, 7, 23*
200:*1, 8, 13,
15, 18*
201:*13*
202:*17, 20*
203:*8, 17*
204:*5, 7, 11*
205:*1, 2, 4, 9,
20*  206:*5, 13*
207:*25*
208:*5*
**mouse's**
201:*20*
203:*7*
**move** 21:*17*
62:*12*
130:*21*

291:*22*
292:*23*
347:*2*
**moved**
81:*19*
326:*4*
347:*10*
348:*2, 9*
**moves** 67:*8*
293:*7*
**moving**
17:*13*
194:*4*
237:*25*
293:*13*
294:*15, 18,
19*
**multi**
270:*21*
**multifactoria
l** 270:*6*
292:*8*
**multi-
factorial**
270:*15*
**multi-focal**
270:*4*
**multiple**
163:*15*
210:*25*
215:*15, 17*
268:*20*
270:*16*
287:*7*
302:*11*
308:*10*
311:*13, 21*
312:*25*
352:*25*
427:*9*
462:*19*
471:*16*
472:*3*
474:*3, 4*

multiplicity
449:*18*
multi-
situationality
379:*11*
MURDICA
6:*1*
murkier
71:*2*
mutations
457:*6*
459:*20*

< N >
N.W  6:*9*
7:*9*
NADINE
7:*1*
name  14:*2*
98:*24*
100:*7*
102:*24*
103:*5*
129:*24*
231:*16*
283:*23*
404:*12*
names  47:*19*
NAO  9:*6*
Naomi
151:*20*
NAPQI
191:*9*
192:*4*
461:*10*
National
194:*2*
natural  52:*5*
naturalistic
320:*11*
Nature
162:*9*
168:*8*
222:*10*

245:*22*
313:*21, 23,
25*  314:*1*
451:*15*
NCRA
483:*17*
near  162:*5*
340:*19*
363:*12*
397:*9*
necessarily
18:*10*
294:*21*
295:*5*
318:*16*
321:*21*
361:*18*
466:*7*
467:*15, 16*
necessary
21:*9*  69:*7*
286:*17, 23*
317:*3, 4*
484:*4*
necessity
76:*23*
need  19:*9*
22:*9*  24:*6*
40:*2*  54:*2*
73:*23*  89:*3*
115:*17, 25*
127:*6*
131:*8*
142:*22*
146:*14*
147:*8*
149:*23, 24*
151:*16*
157:*15*
158:*8*
159:*3*
171:*24*
176:*2*
181:*18*

195:*19*
208:*13*
225:*20*
226:*17*
227:*25*
243:*17*
253:*5, 24*
259:*6*
261:*12*
262:*18*
291:*6*
295:*23*
308:*19*
311:*6*
337:*15*
338:*8*
352:*8*
362:*17*
394:*16*
407:*25*
429:*8*
430:*6*
432:*23, 24*
440:*8, 18*
442:*8*
444:*8*
482:*14*
needed
19:*16*
128:*16*
208:*19*
271:*22*
needs  185:*5*
243:*17*
negative
235:*24, 25*
236:*3, 7, 16,
25*  237:*6, 9*
238:*6, 25*
239:*9*
250:*11*
256:*21*
265:*14*

318:*25*
481:*13*
neither
400:*8*
483:*10, 11*
network
56:*2*
neural
17:*21*  18:*3*
neurite
10:*20*
23:*12, 18*
81:*12*  124:*1*
neuro  53:*1*
neurobiologis
t  21:*2, 5*

neurobiology
192:*23*
207:*24*
neurodevelop
ment  15:*5,
6, 9*  16:*5*
17:*10*
19:*24*  20:*5,
8*  22:*1*
28:*5*  32:*22*
60:*10*  73:*1*
77:*15*
185:*20*
197:*10*
394:*1*
neurodevelop
mental
30:*24*
59:*24*  60:*8*
61:*1, 2*
123:*13*
185:*23*
189:*20*
193:*12, 22*
199:*16, 25*
378:*17, 18*

neurogenic
73:*8, 11, 14,
15, 19*
neuroimagin
g  52:*20*
53:*3, 13*
54:*5*  79:*15*
124:*16*
neuron
17:*4*  23:*3,
21*  24:*17*
25:*2, 5*
neuronal
16:*22*  20:*20*
neurons
17:*7*  18:*12*
21:*17, 24*
22:*2, 10, 19,
20*  23:*3, 4, 7,
21*  24:*15, 18*
26:*10, 18*
71:*9*  120:*3,
12*  186:*24*
189:*6, 19*
197:*3*
198:*17, 20,
23*  199:*7*
Neuropharm
acology
12:*22*
neuroprogeni
tors  17:*19,
20*
neuropsycho
pharmacolog
y  72:*10*
124:*13*

Neuroscience
357:*10*
395:*24*
Neurotherap
eutics
182:*25*

Confidential - Subject to Protective Order

neuroticism 373:17
neurotransmit 26:9
neurotransmitter 81:4 210:21
neurotransmitters 25:9, 10, 11 26:1, 7, 11 27:7 70:13 209:17
neurotypical 18:18 20:11 21:12 32:24
never 111:3 129:1 266:9 268:23 269:4 322:20 379:23 409:21 436:12
NEW 1:1, 14, 19 2:19 3:22 5:19 6:15, 21 7:3, 15, 20 8:8, 19 14:9, 10 48:1 116:6, 15, 18 119:14, 15, 16 187:18 432:25 483:21
nice 41:11 293:21 361:9 380:2

nicotinic 71:7, 8 81:12
nine 49:23 50:10 369:6
Ninth 14:9
nkohane@btlaw.com 7:2
nods 82:9
noisy 383:19, 20, 22
non 232:9
noncompliance 113:6
noncompliant 113:7
nope 273:10
noradrenaline 25:13 27:14, 18 70:19 71:3 198:3, 8, 19, 23 207:3, 16 209:3
noradrenergic 23:3 79:19 120:12 162:6 169:6 199:9 209:22 210:10
norepinephrine 27:19 70:19
normal 15:10 18:17, 22 19:23 20:5, 11 21:12 22:8 23:10 35:2, 10

36:7 39:23 41:22 44:18 66:10 155:25 156:16 157:10 206:14
normalized 202:21
North 3:7 4:13
Norway 327:16
Norwegian 11:18
notable 36:1
Notary 483:23 485:19
note 320:23
noted 14:15 484:10 485:7
NOTES 487:1
NOTES......... ......................
487 13:12
nothing's 450:2
noticeable 67:21
no-use 476:13
Novartis 428:10
novel 52:4, 6
nuance 283:4 321:7
nucleus 127:7

null 216:23, 24 217:2 218:25 222:18, 19 224:13, 16 319:3
number 20:14 22:18 47:20 48:12, 13 56:23, 24 62:22 63:22 74:13 138:21, 23 166:19 174:13 201:15 203:20 214:9 236:10 293:14 297:18 349:16 358:11 364:12 365:11 384:11, 19 385:10 417:9 422:15 428:16 429:11 431:24 442:2, 10 470:17 475:18
numbered 443:4
numbers 48:11 275:2, 4 277:19, 22

278:1, 4 285:19 469:18, 20 470:6
numerator 143:12, 23 150:6
numerous 206:25
nurture 11:17 372:13, 19 373:8, 19 375:8, 18, 24 378:12
nutrition 267:15
nutritional 423:7, 25

< O >
OB/GYN 341:15 445:19
OB/GYNs 103:7 104:19 342:1
obey 37:16
object 16:1 19:5, 10 23:22 24:7, 22 28:8 30:12 31:1 33:5, 21 36:10 37:14 39:14 46:25 47:13, 25 78:23 82:18 83:14, 15 84:3, 4, 5

86:*3*  87:*20*
90:*12, 16, 19*
93:7, *25*
95:2, *19*
96:*5*  97:*5,*
*24*  107:*25*
108:*25*
110:2
113:*20*
116:*21*
121:*24*
128:8
129:*14*
134:*1, 17*
135:2
136:9
137:*1*
141:6
158:*21*
166:9
174:*10*
177:*17*
187:*21*
189:7
192:*16*
207:*5, 6, 18*
209:*19*
210:6
211:*1*
213:*6, 7, 11*
214:*12*
215:7
216:8
218:*15*
219:9
220:*3, 23*
222:9, *25*
243:8
246:*14*
247:6
248:*1*
251:*11, 23*
252:*4, 12*
254:*19*

257:*21*
258:*17*
259:7
263:*3*
266:7, *22*
267:*16*
270:*10*
271:*13*
274:*10*
276:*11, 12*
279:9
286:*19*
287:9
289:*5*
292:*1*
294:7
296:*6, 20*
305:*20*
309:*14*
311:*25*
313:*4, 17*
314:*18*
317:*11*
318:7, *15*
331:22
334:*5*
336:*12*
337:*13*
338:*3*
341:*17*
342:2
359:*13*
362:*12*
363:*24*
369:*18*
370:*16*
371:*1, 22*
372:*15, 17*
373:*10*
375:*20*
376:*23*
377:*21*
400:*11*
405:*24*

407:*18*
408:*14*
410:*12*
411:*23*
412:*11, 12,*
*18*  413:*8*
414:*11*
415:9
422:*12*
430:9
433:*6, 11*
434:*21*
437:*13*
438:*5, 8*
441:*3*
443:*20*
444:*4*
445:*14*
446:*20*
447:*8, 22*
450:*18*
455:*18*
458:*10*
460:9
463:6
469:*24*
470:*24*
471:*11*
474:*25*

**objected**
  470:*3*

**objecting**
  126:*10*

**Objection**
  16:7  19:*3,*
*14, 18*  20:*1,*
*15, 23*  21:*19*
22:*3, 24*
23:*5, 14*
24:*1*  25:*17*
26:*4*  27:*2,*
*15, 24*  28:*17*
29:*2, 15*
30:*1*  31:*19*

32:7, *15*
33:*20*  34:*3,*
*11, 24*  36:*16,*
*17, 25*  38:*2,*
*24*  41:*20*
42:*5, 12*
43:*2, 18*
45:*9, 17, 25*
46:*14*
47:*21*
48:*21*  49:*4*
50:*16*
52:*18*
55:*13*  60:2
64:*16*
65:*19*  70:*2,*
*8, 14, 20, 25*
72:*1*  73:*3,*
*21*  75:7
76:*12*
77:*17*
82:*17*
84:*13, 23*
91:*1, 13*
95:7  96:*17*
99:*1*
100:*11*
103:*11, 25*
104:22
105:*16*
106:8
107:*2, 12*
108:*10*
109:5
113:*24*
115:*2, 14*
117:6
120:*4, 13*
121:*15*
123:*17*
126:*10, 19*
127:*2, 3*
129:*10, 16,*
*19*  135:*15*

139:22
141:*15*
147:*16*
149:2
150:*21*
152:*10*
153:*21*
154:*25*
158:*12*
165:*21*
167:*10*
174:*25*
175:*15*
176:*10*
179:6
180:*10*
182:9
183:*8*
185:*14, 24*
187:*1*
188:*20*
189:*21*
190:*12*
191:*3, 13*
194:*18*
196:7
197:*13, 14*
199:*1, 4, 19*
200:*19*
204:*13*
205:*12*
206:7
209:*4*
211:*12, 24*
217:8
219:*14*
223:25
225:*5, 21*
226:20
228:*3*
229:*15*
230:*1*
234:2
239:*2, 10*

244:*3, 10, 23*
249:*10, 25*
250:*8, 21*
257:*16*
258:*13, 14*
260:*10, 23*
262:*8*
263:*13, 17, 20*  268:*6, 15*
269:*1*
270:*18*
271:*4*
273:*13*
274:*17*
275:*14*
278:*9, 24*
280:*16*
285:*13*
286:*2, 11*
290:*3*
291:*11*
298:*24*
299:*18*
300:*10*
301:*20*
304:*19*
306:*17*
307:*2*
308:*2*
310:*15*
312:*13*
316:*23*
319:*18*
322:*5*
324:*22*
328:*24*
330:*23*
332:*22*
334:*5*
335:*1*
344:*2*
345:*9*
350:*23*
352:*2*

353:*3, 17*
355:*20*
356:*7, 23*
358:*18*
364:*9*
365:*21*
367:*8, 16, 17*
368:*15, 25*
371:*11*
374:*3, 14*
376:*8*
377:*7*
388:*2*
389:*8*
390:*16*
391:*22*
394:*3*
402:*17*
404:*16*
405:*4*
408:*3*
409:*4*
410:*23*
412:*1, 16*
414:*22*
417:*2, 20*
422:*6*
424:*9*
434:*8*
436:*23*
445:*14*
451:*9*
453:*7*
459:*3, 13, 22*
460:*19*
464:*22*
468:*20*
469:*5*
472:*11*
473:*20*
475:*7, 11*
480:*18, 25*
481:*24*

**objections**
27:*9*
110:*22*
112:*10*
114:*12*
192:*7*
219:*13*
243:*1*
**objects**
184:*17*
**observation**
162:*23*

**observational**
229:*19*
230:*12*
231:*4*
233:*3*
236:*24*
237:*10*
**observations**
474:*4*
**observe**
194:*14*
**observed**
179:*14*
180:*8*
181:*8, 17*
183:*6*
214:*10*
216:*7*
217:*7*
218:*3*
222:*20*
224:*22*
**obvious**
74:*17*  465:*1*
**obviously**
21:*9*  35:*22*
119:*16*
235:*14*
339:*6*
364:*19*
372:*9*

378:*4*
411:*10*
464:*8*
**occur**  18:*16, 21*  19:*25*
20:*4, 6, 9*
32:*19*
33:*10*
34:*14, 18*
35:*25*
42:*11*
44:*25*  45:*8*
51:*25*
60:*20*
63:*17*
64:*10*
136:*17*
242:*4*
407:*5*
415:*16*
464:*6*
**occurring**
18:*9*  29:*10*
190:*19*
375:*9*
465:*19, 20, 23*
**occurs**
24:*11*  52:*5*
59:*25*
60:*11*
264:*25*
**October**
327:*1*
**odds**  130:*12*
220:*14*
228:*25*
234:*18, 19*
235:*3*
316:*6*
324:*1, 2*
380:*10*
421:*3*
449:*21*

461:*20*
462:*12, 13*
472:*25*
**offer**  250:*3*
334:*2*
**office**  52:*7*
254:*7*
**offices**  1:*12*
**Offspring**
10:*14*
11:*23*  12:*2*
193:*22*
194:*17*
195:*17*
207:*17*
209:*2*
378:*6*
405:*13*
479:*16*
**Oh**  24:*5*
26:*25*
39:*24*
47:*23*  64:*3*
85:*17*
99:*18*
142:*24*
155:*19*
159:*17*
170:*23*
181:*11*
195:*4*
199:*3*
223:*9*
242:*25*
266:*8*
281:*13*
282:*2, 9*
283:*3*
319:*24*
336:*4*
378:*23*
418:*10*
433:*9*

| | | | | |
|---|---|---|---|---|
| **okay** 15:*25* | 217:*17, 23* | 391:*1* | **ones** 26:*18* | 261:*22* |
| 19:*4, 10, 13* | 218:*2* | 394:*23* | 123:*22* | 262:*2* |
| 22:*14* 24:*9* | 222:*11* | 398:*15* | 209:*22* | 263:*6, 8* |
| 27:*1* 31:*4* | 223:*11* | 400:*3, 12, 19* | 210:*3* | 273:*10, 16,* |
| 40:*10, 20, 24* | 224:*5* | 405:*14* | 279:*16* | *17, 18* 288:*7* |
| 41:*5* 43:*23* | 225:*12, 17* | 414:*18* | 294:*25* | 481:*3* |
| 44:*1, 3, 14* | 228:*14, 16,* | 418:*23, 25* | 299:*5* | **opinions** |
| 48:*3, 4, 10* | *19* 238:*11* | 419:*20* | 321:*22* | 37:*12* 83:*8* |
| 58:*5, 12* | 240:*5, 10, 12* | 423:*18* | 337:*5* | 99:*19* |
| 68:*5, 11* | 246:*7* | 426:*17* | 348:*11* | 246:*5* |
| 69:*4, 12, 21* | 248:*11, 14* | 428:*24* | 388:*8* | 272:*25* |
| 78:*18* | 250:*23, 24* | 430:*8, 17, 25* | 406:*22, 23* | 273:*6, 24* |
| 80:*23* 85:*2,* | 252:*23* | 431:*13, 19* | 416:*17* | 274:*3, 8* |
| *17, 18, 21* | 254:*22* | 433:*9* | 422:*25* | 366:*7* |
| 89:*6* 95:*21* | 255:*6, 7, 14,* | 444:*9* | 425:*5* | **opportunity** |
| 98:*20* | *15* 259:*5, 8* | 445:*22* | **one's** 111:*3* | 37:*1* |
| 99:*18* | 261:*14, 15* | 447:*3* | 265:*7* | 125:*15* |
| 102:*22* | 264:*2* | 451:*5* | 456:*14* | 131:*23* |
| 105:*18* | 276:*10, 13* | 455:*20* | **online** 171:*7* | **opposed** |
| 108:*15* | 278:*3, 4* | 456:*17, 24,* | **onset** 33:*14* | 18:*18* |
| 112:*12* | 279:*11* | *25* 457:*4, 13* | 63:*19* | 123:*7* |
| 129:*18, 21* | 282:*10* | 461:*7* | **Oops** | 153:*13* |
| 142:*19* | 283:*3* | 469:*11, 17* | 376:*12* | 154:*14* |
| 144:*20* | 284:*2* | 470:*3, 12, 13* | 457:*2* | 229:*2* |
| 145:*24* | 292:*3* | 475:*6* | **open** | 241:*15, 20* |
| 146:*9* | 298:*13* | 477:*2, 7, 11* | 149:*12* | 306:*20* |
| 151:*6, 14, 18* | 300:*17* | 478:*10, 13* | 201:*14* | 385:*23* |
| 153:*10* | 305:*7* | 479:*2, 19* | 202:*2* | 402:*5* |
| 167:*11* | 308:*4* | **old** 321:*13* | 204:*18* | 426:*21* |
| 171:*24* | 310:*17* | 457:*17* | 341:*6* | 452:*7, 8* |
| 179:*25* | 311:*1, 17* | **older** 50:*3* | **opens** | **opposite** |
| 180:*5* | 325:*2* | 66:*20* | 122:*21* | 221:*16* |
| 181:*1, 6, 14* | 346:*8, 9* | **once** 121:*4* | **operate** | **opt** 113:*17* |
| 182:*4* | 349:*18* | 194:*2* | 185:*1* | **ORDER** |
| 195:*9, 23, 24* | 351:*5* | 304:*10* | **operates** | 1:*6* 19:*4* |
| 197:*17, 18* | 360:*10* | 415:*22* | 307:*1* | 22:*8* 36:*14* |
| 198:*13* | 362:*14, 19,* | 425:*9, 11* | **opinion** | 37:*5, 16* |
| 201:*6* | *20* 366:*23,* | 427:*19* | 83:*9* | 100:*8* |
| 208:*13* | *25* 370:*10,* | **Ondosis** | 101:*15* | 126:*7, 9* |
| 211:*2, 18* | *19, 22* 375:*5* | 423:*16* | 193:*18* | 295:*22* |
| 212:*1, 15* | 382:*16* | **one-** | 241:*24* | 305:*15* |
| 213:*21* | 384:*10* | **dimensional** | 243:*21* | **orders** |
| 215:*6, 10* | 385:*18* | 297:*14* | 246:*4* | 108:*18* |
| 216:*16* | 390:*9* | | 250:*3* | 111:*6, 7* |

112:*21*
113:*3*
**organ** 33:*11*
34:*18*
35:*23* 39:*8*
**organization**
338:*17*
341:*25*

**organizations**
104:*19*
445:*3*
**organoids**
194:*7*
**organs**
34:*18*
**original**
62:*6* 171:*6*
272:*13*
273:*3*
349:*4*
475:*20*
484:*14*
**orphanages**
63:*15*
**ORTEGA**
9:*10* 14:*2*
**ought**
463:*23*
464:*8*
465:*12*
**outcome**
216:*14*
217:*21*
221:*7*
231:*24*
464:*7*
**outgrowth**
10:*20*
23:*13*, *18*
81:*12* 124:*2*
**outreach**
338:*23*, *24*
339:*16*

**outside**
74:*9*
103:*17*, *18*
110:*12*
114:*4*, *17*, *23*
192:*19*
241:*16*, *21*
260:*8*
265:*5*
309:*19*
337:*22*
413:*14*
440:*24*
441:*6*
459:*15*, *25*
**overall** 99:*3*
**overestimati
ng** 163:*6*
**overinterpret
ed** 178:*3*
**overlap**
386:*7*, *20*
476:*17*
**overlapping**
386:*16*
476:*3*
**overlaps**
476:*12*
**overstate**
89:*12* 90:*1*
**over-the-
counter**
319:*14*
**overturned**
340:*19*
363:*11*, *20*
**Overview**
12:*7* 78:*6*
79:*6* 348:*18*
**overwhelmin
g** 103:*8*
**oxidation**
458:*16*
459:*10*, *19*

**Oxidative**
11:*14* 13:*1*
34:*23*
35:*19* 36:*2*,
*3* 41:*12*, *19*
42:*11*, *15*, *21*
45:*16*
135:*11*, *13*,
*22* 156:*10*,
*13*, *17*
157:*11*
158:*11*, *19*
160:*1*, *17*
161:*11*, *16*,
*25* 162:*16*
163:*20*
164:*6*, *11*
165:*6*, *14*
166:*7*
167:*2*, *15*, *19*
168:*4*, *5*, *10*
169:*14*
170:*2*, *9*, *18*
174:*9*, *23*
176:*9*
177:*13*, *16*
178:*5*, *12*, *25*
179:*10*, *13*
180:*7*
181:*7*, *17*
182:*7*, *12*
183:*6*, *22*
184:*22*
185:*12*, *19*
186:*8*, *20*, *22*
188:*2*, *12*
189:*5*, *10*, *17*
190:*18*
191:*2*, *9*
192:*4*, *24*
455:*15*
456:*8*
457:*10*
461:*11*

**oxidizing**
187:*25*
**Oxnard**
8:*23*
**oxygen** 35:*5*,
*6*, *12*, *15*
36:*9* 38:*21*
39:*11*, *22*
45:*8* 166:*6*
167:*9*, *16*
169:*4*
**Oy** 91:*14*

**< P >**
**p.m** 265:*20*,
*22*, *24*
344:*13*, *15*,
*17* 421:*19*,
*21*, *23*
482:*17*, *19*
**PAGE** 10:*2*,
*10* 78:*11*
79:*13* 80:*8*,
*18*, *19*, *20*
137:*15*
138:*6*
142:*20*
143:*25*
144:*14*, *15*
148:*3*
160:*13*
163:*18*
168:*23*
177:*5*
183:*17*, *19*
222:*13*, *14*
223:*3*, *6*, *7*, *9*,
*14*, *17* 240:*9*,
*17* 241:*3*, *12*
249:*7*, *15*
281:*14*
282:*8*
298:*12*, *13*,
*14*, *15*, *16*, *18*

301:*5*
302:*20*, *21*
349:*2*
384:*9*
396:*3*, *24*, *25*
397:*23*, *25*
399:*6*
400:*6*, *15*
405:*10*
406:*5*
418:*4*, *13*, *17*,
*23* 422:*16*
442:*4*, *6*
457:*2*, *3*
458:*11*
461:*2*, *5*, *15*
486:*3* 487:*3*
**Pages** 11:*3*
282:*6*
300:*16*
448:*8*
458:*8*, *11*
485:*5*
**paid** 83:*6*,
*10*, *22* 84:*20*
85:*6*, *12*
87:*15*, *25*
88:*14*, *15*, *16*
89:*10*, *18*, *22*,
*23* 90:*6*
428:*6*
**pain** 321:*18*
**painkiller**
335:*9*
**painkillers**
255:*18*
319:*14*
335:*10*, *12*
**pains** 103:*9*
110:*21*
**pair** 268:*3*
327:*14*
**panned**
182:*19*

**paper** 54:*19*
81:*20*
92:*12*
118:*21*
129:*25*
130:*15, 16*
132:*15, 16,*
*17* 133:*1, 4*
138:*20*
140:*12*
146:*22*
151:*15, 19,*
*24* 161:*9*
162:*8, 12*
167:*22, 23,*
*24* 168:*20*
169:*18, 22*
170:*4*
172:*20, 22*
173:*2, 3, 12,*
*15, 17* 175:*4*
176:*3, 7*
177:*23*
180:*18, 19,*
*25* 181:*20,*
*24, 25*
182:*20, 23*
183:*1, 4, 16*
200:*23*
201:*2, 5*
204:*20*
215:*13, 14*
233:*21*
242:*8*
329:*13*
367:*4, 5*
369:*24*
374:*19*
379:*20*
387:*16*
389:*23*
390:*1, 5*
391:*18*
392:*6*

393:*20*
400:*23*
409:*1*
413:*17, 18*
443:*6*
455:*13*
460:*12, 13,*
*15, 21* 461:*1*
464:*24*
465:*16*
467:*25*
468:*4*
**paperclip**
282:*5*
**papers**
53:*20, 21*
150:*24, 25*
151:*10, 11*
166:*25*
173:*13*
181:*23, 25*
227:*21*
329:*15, 17*
386:*19*
387:*17*
462:*19*
**para** 144:*19*
**paradigm**
375:*25*
**paragraph**
80:*10*
99:*14, 17, 21*
100:*1, 10*
101:*24, 25*
102:*10, 11*
138:*7*
144:*4, 16, 18*
148:*3, 5*
156:*18*
160:*14*
163:*22*
169:*2*
177:*6*
184:*1*

225:*4*
240:*16*
254:*3*
319:*20, 23*
398:*17*
399:*22*
406:*7*
419:*21*
433:*16*
434:*1*
450:*12*
457:*3*
461:*17*
**paragraphs**
241:*7*
**parent**
51:*13*
**Parents**
67:*3*
136:*15*
341:*5, 8*
**Park** 3:*16*
6:*3, 14*
**parsing**
94:*10* 153:*7*
**part** 21:*11,*
*15, 17* 22:*12*
41:*23* 47:*7*
53:*6* 55:*12*
68:*19* 73:*6*
84:*17*
91:*25*
101:*10*
104:*16, 20*
120:*11*
142:*8*
143:*21*
147:*22*
149:*21*
160:*21*
166:*13, 14*
176:*12*
240:*17*
253:*18*

262:*10*
264:*21*
272:*20*
307:*17*
340:*6*
348:*25*
364:*14*
373:*6*
377:*19*
380:*25*
382:*2*
383:*8*
385:*21*
391:*6*
397:*25*
403:*2*
407:*1*
448:*5*
450:*22*
454:*20*
466:*16, 22*
467:*4*
**partial** 78:*6,*
*22* 384:*1, 2*
**partially**
384:*21*
385:*2, 11, 17*
390:*23*
391:*10*
**participant**
52:*25*
**participants**
341:*11*
420:*3, 6*
**participate**
53:*15, 16*
425:*20*
427:*17*
**participated**
426:*9*
**participates**
35:*24*
**particular**
21:*6*

134:*24*
163:*11*
175:*10, 11*
257:*8*
280:*7*
281:*2*
317:*17*
329:*17*
379:*13*
420:*9*
**Particularly**
67:*14*
245:*13*
279:*16*
339:*7*
341:*5*
383:*13*
**parties**
483:*11*
**partly**
57:*25*
313:*20*
407:*2*
**parts** 17:*13,*
*15* 26:*12*
73:*18*
135:*13*
358:*11*
**pass** 213:*25*
**paternal**
237:*2, 3*
**path** 93:*15*
**pathogenesis**
32:*13, 16*
33:*3* 59:*25*
60:*11*
169:*12*
**pathophysiol
ogic** 162:*1*
**pathophysiol
ogy** 33:*17,*
*25* 34:*6, 10*
50:*22*
59:*22* 61:*4*

Confidential - Subject to Protective Order

79:*10*
118:*24*
124:*22*
158:*20*
160:*18*
161:*12, 17*
165:*19*
271:*3*
392:*13*
393:*5, 7, 12*
394:*25*
**pathway**
65:2 74:*19*
117:*20, 23*
119:*11, 12*
121:*4*
136:*3*
162:*1*
164:*12*
174:*7*
185:*5*
305:*14*
371:*20*
461:*9*
463:*1*
468:*13*
**Pathways**
11:*14*
74:*14, 16, 23*
79:*15, 20*
119:*3*
121:*3*
171:*21*
172:*18*
173:*7, 20*
186:*13*
386:*17*
393:*1, 6, 8, 11, 25*
394:*10*
395:*1*
**patient**
117:*13*
248:*5*

**patients**
64:*14*
103:*23*
167:*20*
169:*14*
170:2, *11, 20*
242:*13, 19*
246:*25*
249:*3*
260:2
337:*8*
341:*16*
**PATRICK**
5:*11*
**patrick@luff**
**law.com**
5:*12*
**pattern**
416:*1, 5*
**paused**
263:*25*
**pausing**
50:*19*
**pay** 261:*12*
429:*3*
**pays** 106:22
**peer-**
**reviewed**
182:*22*
183:*4*
357:*9*
404:*1, 3, 7*
439:*19*
**pending**
247:*13, 16*
442:*14*

**Pennsylvania**
8:*13*
**people** 34:*7*
52:*23*
56:*18, 20, 24*
57:*8, 14*
60:*17*

63:*11, 13, 17*
65:*13* 76:2
82:*15*
85:*11*
91:*19*
109:*10*
110:*10*
111:*21*
112:22
113:*4, 6*
114:*3, 22*
118:*6*
120:*21*
137:*25*
138:*3*
153:*25*
155:5, 6, *9, 10, 16* 156:*1, 4, 5* 161:*5, 13* 164:*4*
166:*19, 21*
170:*13, 16*
176:*8*
177:*9*
178:*5, 11, 17, 24* 179:*14*
180:*8, 9*
186:*16*
190:*20*
193:*24*
200:*17*
201:*22*
216:*25*
227:*17*
235:*15*
242:*19*
243:*15*
245:*23*
246:*19*
251:*3*
275:*17, 18, 23* 276:*21*
279:*19*
283:*10*

284:*5, 18*
286:22
292:*23*
293:*19, 22*
294:*15*
297:*25*
303:*8*
307:*8, 11*
329:*5, 14*
339:*7*
340:*7*
341:*9*
343:*1, 3*
346:*19*
348:22
350:*16*
351:*14*
354:*23*
359:*4, 5, 8, 9*
360:*16*
361:*9, 12, 24*
365:*2, 5, 14*
366:*4*
371:*18*
394:*7*
395:*6*
403:*1*
409:*10*
426:*3, 8, 17, 19* 427:*4*
441:*19*
455:*5, 10*
456:*3*
**people's**
118:*5* 332:*8*
**percent**
25:*20*
62:*10*
138:*11, 14, 17, 18* 139:*5, 8, 11, 18, 20, 25* 140:*9, 12, 24* 143:*22* 144:*8, 20, 24*

145:*9, 10, 13, 19* 147:*20, 22, 23* 148:*6, 9, 18, 24, 25*
149:*6*
152:*3, 4, 6*
153:*3, 4, 17, 18* 154:22
266:*3, 5, 16*
267:*10*
268:*5*
272:*1*
280:*4*
301:*13*
302:*1*
303:*10*
309:*9*
358:*25*
362:*10*
363:*15, 22*
429:22
434:*11*
436:*15*
438:*15, 16*
439:*5*
466:*11, 13*
**percentage**
152:*17*
153:*11*
154:*12*
388:*17*
429:*18*
**perfectly**
180:*4*
210:22
211:*21*
**perform**
26:2 338:22
**Perinatal**
11:*10*
**period** 15:7
29:8, *23*
60:*16*
63:*23*

64:*11*
211:6
260:*16*
403:*15*
415:*16, 21*
416:*11*
**periodically**
425:*1*
**peripheral**
80:*15* 168:*3*
**permanent**
30:*11*
31:*17* 32:2
424:22
425:2
**persist**
295:*4, 11*
**persistence**
295:*14*
**persistent**
280:*24*
281:*5, 6*
282:*12*
294:*20*
**persists**
280:*25*
**person**
30:*11*
50:*23* 54:9
64:*20*
91:*18*
109:*18*
112:*18, 25*
113:*17*
191:*24*
244:*17*
254:*15*
290:*24*
309:*21*
354:*24*
**personally**
64:*18*
167:5
186:*19*

**person's**
65:*4*
**perspective**
310:*4*
**persuasive**
56:*4*
**perturb**
194:*16*
**perturbed**
185:*20*
**perturbs**
196:*4*
**Peter**
151:*20*
**Pfizer**
428:*10*
**Ph.D** 1:*12*
10:*11, 12, 15*
11:*21, 23*
12:*10*
14:*21*
483:*4*
485:*12*
**pharma**
10:*16*
422:*11*
**pharmaceuti
cal** 422:*15,
19, 24* 424:*7*
428:*20*
429:*3, 15*
**pharmacoge
netics**
423:*13*
**pharmacolog
y** 72:*10*
**Pharmacy**
7:*4* 422:*10*
**phase** 329:7
393:*11*
**phenomena**
257:*1*
**Philadelphia**
8:*13*

**phrase** 33:*9*
61:*21*
118:*14*
160:*25*
164:*8*
310:*19*
350:*15*
354:*7, 8, 15*
355:*8* 366:*1*
**phrased**
33:*9*
176:*15*
221:*3*
266:*9* 363:*3*
**phrasing**
304:*23*
**physical**
301:*2*
**physician**
43:7
103:*14*
211:*4*
242:*15*
244:7
248:*8*
249:*6*
250:*16*
335:*5, 24*
478:*19*
**physicians**
103:*15, 23*
104:*4, 5, 6*
105:*11*
**physician's**
244:*17*
247:*3*
**physiological**
33:*18*
**pick** 54:*8*
**picture**
320:*2*
375:*12*

**piece** 19:*16*
117:*15, 16*
234:*15*
303:*13*
386:*4*
**pieces** 195:*8*
**pile** 296:*25*
**Pingault**
11:*19* 373:*3*
**pituitary**
81:*5*
**Place** 6:*14*
15:*17, 23*
17:*14* 28:*5*
157:*8*
185:*6*
197:*12*
272:*15*
347:*12, 21,
24* 348:*9*
483:*8*
**placed** 51:*5*
463:*19*
**places**
217:*20*
**plaintiff**
468:*9*
**Plaintiffs**
5:*14* 14:*25*
405:*1*
437:*24*
**plaintiff's**
13:*3, 4*
**Plasma**
11:*13*
**plausibility**
118:*1* 119:*9*
**plausible**
117:*4, 10*
119:*19, 25*
120:*9, 20*
121:*11, 13,
20, 22* 122:*8,
17, 20*

172:*13, 15*
208:*9*
313:7
314:*14, 17*
328:*4, 22*
**play** 65:*10*
71:*10, 25*
119:22
158:*19*
266:*5*
268:*13*
301:*24*
**played**
382:2
**plays** 51:*9*
77:*15*
146:*24*
160:*18*
161:*11, 16*
165:*19*
**Plaza** 3:*7,
16*
**please** 19:*3,
20* 36:*21*
38:*17*
58:22 68:*4,
9, 22* 69:*11,
19* 86:23
87:*11* 88:*9*
107:*17*
111:*15*
125:22
126:*12*
132:24
146:7
149:*16*
157:*25*
175:*25*
213:*10*
219:*21*
237:22
245:*17*
252:*6*
255:*4*

347:*16*
355:*2*
360:*5, 18*
374:*25*
436:*24*
437:*1*
440:*10*
446:*4*
449:*7*
452:*5*
479:*23*
484:*3, 8*
**plenty**
439:*10, 11*
**PLLC**  2:*16*
*5:11*
**plot**  11:*7,*
*10*  293:*15,*
*19*  468:*19,*
*23*  469:*4*
474:*24*
475:*2*
**plotted**
469:*21*
**Pohlman's**
124:*1*
**point**  31:*11*
55:*7*  56:*3*
58:*4*  59:*2*
108:*21*
134:*10*
147:*7*
156:*10*
158:*8*
160:*20*
172:*12*
178:*15, 20*
193:*17*
217:*24*
223:*21*
225:*2*
242:*12*
251:*18, 19*
254:*22, 23*

255:*10*
265:*12*
272:*6*
273:*8*
274:*5*
297:*9*
302:*7*
325:*11, 12*
328:*7*
350:*14*
364:*11*
365:*2*
379:*23*
407:*6*
424:*18*
441:*8*
**pointed**
348:*3*
**pointing**
144:*13*
161:*21*
332:*14*
416:*7*
452:*12*
461:*25*
**points**
102:*1*
277:*21*
397:*13*
471:*16*
472:*3*
**polite**  252:*5*
**polygenic**
139:*2*
140:*3*
144:*25*
293:*11, 16,*
*20, 22*
373:*16, 19,*
*21*
**pooled**
231:*18, 19*
472:*16, 17,*

18, 20, 24
473:*16*
**poor**  150:*2*
379:*12, 13*
380:*11, 15*
416:*17*
**pops**  398:*2*
**population**
152:*18*
153:*12*
154:*13*
155:*14, 24*
156:*8*
272:*5*
280:*4*
293:*18*
379:*12*
465:*5*
**ported**
236:*23*
**PORTER**
7:*13*
**portion**
79:*4*  140:*2,*
*13, 25*  141:*1*
148:*5, 8*
272:*16*
397:*1*
429:*16*
430:*5*
**PORTIS**
4:*18*
**Portuguese**
288:*21*
**posed**
315:*10*
331:*14*
**posing**
331:*8*
**position**
351:*11*
438:*12*
**positive**
45:*3*

162:*24*
470:*23*
471:*9*
473:*3, 19*
**positron**
57:*20*  76:*25*
**possibility**
164:*4, 8*
165:*11*
176:*8*
177:*8*
178:*16, 18*
**possible**
30:*17*
96:*11*
121:*22*
122:*21*
190:*3, 11, 14*
191:*6*
253:*14*
266:*17*
267:*2, 3, 5*
269:*8*
308:*8*
328:*9*
333:*5*
426:*24*
**possibly**
118:*20*
468:*5*
**post**  319:*10*
326:*25*
329:*4*
341:*7*
343:*16, 23*
344:*23, 25*
345:*20, 21*
346:*5, 6, 23*
347:*5*
348:*11*
396:*4*
410:*20*
**posted**
341:*6*

345:*1*
346:*17, 18,*
*21*  347:*1*
348:*13, 15*
395:*18*
**post-fetal**
63:*16*
**POSTMAN**
3:*1*
**posts**
395:*18*
452:*10*
454:*21, 24*
455:*4*
**potential**
109:*3, 19*
110:*19*
112:*6*
113:*15*
114:*9*
226:*18*
228:*1*
229:*12*
242:*11, 14*
246:*12*
247:*2*
248:*7*
249:*5*
250:*11, 17*
319:*16*
320:*24*
351:*13*
364:*22*
371:*7*
414:*8*
481:*14, 15,*
*16*
**potentially**
184:*19*
186:*15*
230:*15*
254:*13*
256:*19*

288:*20*
333:*21*, *22*
**poverty**
130:*4*
406:*13*, *25*
407:*9*
413:*24*
415:*3*
416:*15*
465:*2*
467:*8*, *10*, *11*
**power**
224:*25*
**practice**
66:*24*
104:*6*, *8*
116:*10*
227:*15*
**pre** 276:*23*
**Precision**
9:*6*
**predict**
394:*23*
480:*6*
**prediction**
322:*16*
**predicts**
377:*13*
394:*23*
**predisposed**
372:*5*
**predispositio
n** 285:*21*
291:*9*, *10*
309:*11*
**predispositio
ns** 310:*12*

**predominant**
433:*17*
**preexisting**
227:*12*, *13*
**preface**

167:*12*
**prefer** 33:*8*
**Pregnancy**
10:*14*
11:*20*, *22*
12:*1*, *13*
237:*2*
241:*15*, *17*,
*20*, *22* 242:*8*
255:*21*
256:*23*
260:*4*, *8*, *9*
264:*22*
265:*2*, *5*
331:*21*
335:*13*
356:*18*, *22*
358:*25*
362:*9*
363:*21*
377:*15*
406:*22*
407:*13*
408:*21*
415:*20*
419:*10*
478:*3*
479:*7*, *15*
480:*8*, *11*
**pregnant**
103:*7*
105:*15*
106:*5*, *22*
108:*8*, *17*
111:*4*, *10*
193:*10*, *20*
195:*12*, *16*
199:*15*
207:*2*
210:*24*
211:*5*, *6*, *11*,
*22* 212:*21*
251:*9*
254:*7*, *9*

261:*17*, *19*
262:*6*, *22*
263:*1*, *2*, *12*
264:*2*, *6*
324:*15*
334:*2*, *13*
336:*19*
352:*16*
405:*22*
406:*11*
407:*15*, *22*
408:*12*
411:*17*, *20*
413:*2*, *5*
414:*9*, *20*
415:*2*
416:*25*
478:*2*, *14*, *18*
479:*6*
480:*3*, *4*, *16*,
*17* 481:*9*, *10*,
*22*
**preliminary**
160:*16*, *25*
161:*1*, *7*
176:*13*
177:*25*
**premise**
89:*8* 436:*14*
**prenatal**
194:*15*
196:*3*
364:*8*
365:*20*
367:*24*
406:*24*
407:*7*
410:*2*
413:*15*, *25*
415:*1*, *6*
416:*13*, *17*
**preparation**
159:*12*

**prepare**
436:*9*
**preparing**
157:*24*
158:*7*
432:*15*
**prepregnanc
y** 256:*22*
**PRESENT**
9:*6* 101:*8*
177:*23*
287:*16*
**presentation**
78:*7*
348:*18*
349:*7*
471:*15*

**presentations**
275:*10*
348:*23*
**presented**
92:*17*
275:*9*
285:*4*
288:*24*
380:*3*
394:*17*
439:*12*
**presenting**
111:*20*
165:*7*
**presents**
379:*24*
**prestigious**
203:*2*
**presumably**
465:*21*, *22*
**pretty** 57:*2*
186:*10*
203:*2*
233:*19*
273:*16*
281:*22*

290:*23*
321:*15*
322:*10*
456:*19*
471:*2*
**prevalence**
279:*25*
280:*3*
**previous**
149:*6*
192:*11*
219:*19*
**previously**
451:*7*
**pried**
168:*13*
**primarily**
61:*7* 63:*3*,
*25* 213:*20*,
*21* 338:*17*
**primary**
71:*4* 163:*4*
216:*14*
217:*21*
383:*14*
**Primer**
12:*17* 80:*1*,
*3*
**Principles**
10:*22* 213:*2*
**prior** 58:*18*
59:*14* 87:*9*
144:*7*
451:*12*
483:*3*
**probability**
123:*7*
293:*19*
**probable**
120:*24*
121:*4*, *14*, *21*
122:*9*, *17*, *25*
123:*6*
449:*18*

Confidential - Subject to Protective Order

**probably**
40:4 232:5
271:16
277:5
292:9
387:20
454:5 458:1
**problem**
24:8 45:5
48:4 61:21
76:19 77:3
194:9
202:23
230:11, 18
232:10
234:10
250:11
256:10
333:22
335:17
340:4
383:20
462:20
467:21
**problems**
36:5 57:17
283:11
475:16
**Procedure**
272:17
**proceed**
44:12
430:24
**proceedings**
103:19
326:16
**process**
15:9 16:5,
16, 25 17:10
18:9, 16, 21
19:23 20:5,
7, 14 21:12,
15, 25 22:21
23:12, 19

24:11 35:1,
10 42:24
43:16 48:2
53:2 65:11
84:18 85:3
86:10
88:20
100:25
157:24
158:7
252:20
**processes**
20:4 28:25
29:24
33:18
123:14
185:21
448:15
**produce**
35:4 207:2
284:25
455:16
456:8
457:10
**produced**
35:13
130:13
**producing**
461:12
**product**
289:13
426:20, 21
427:13
428:5
460:16
**production**
173:21, 24
**productive**
307:9
**PRODUCTS**
1:3 14:12
427:9, 10
**professional**
51:22

105:1
106:17
110:12
252:6, 14
259:19
342:18
343:18

**professionals**
137:24
340:7, 12
341:3 366:6
**professorial**
58:13
**progenitors**
16:22 22:14

**programmed**
16:17
**Project**
12:2, 7, 14
118:19
345:1, 4, 7
346:7
347:18, 19
348:5
349:8
350:11
396:24
397:2, 6, 11
434:25
**projects**
164:20
**proliferation**
10:18 11:1
16:6, 11
17:11
20:13, 21
21:4
123:15
185:21
186:23
187:14

188:7, 12
189:6, 15, 18
**promising**
75:23
**promotes**
65:3
**Prompt**
351:17, 19,
21
**prone** 50:24
**pronounce**
129:24
231:15
**proper**
221:1, 2
412:10
**properly**
37:23
185:1 220:7
**proportions**
279:20
**proposed**
433:18
**propounded**
485:6
**protect**
156:12
**protected**
370:7
**PROTECTI
VE** 1:6
**protein**
75:25
128:1
183:24
184:8, 10, 13,
20 185:4, 9
463:22
464:2, 3, 4
466:20
**proteins**
46:23
117:17
184:13

185:3
466:21
467:3
**proud**
281:22
**provide**
67:4 83:8
160:16
182:1
331:16
339:18, 23
345:7
348:22
411:19
413:4
414:20
438:14
448:22
**provided**
161:15
347:5, 6
**provides**
448:14
449:1
**providing**
324:3
415:1, 5
448:18
**proxy**
379:14
**Psychiatric**
49:9 60:6
166:17
384:13, 22
385:12
**psychiatrists**
413:13
**psychologist**
43:7 478:12

**psychologists**
413:13
**psychosocial**
51:4

**Public**
483:*23*
485:*19*
**publication**
162:*18*
171:*6*
288:*11*
316:*4*
357:*12*
454:*8*
**publications**
53:*8*
**publish**
288:*9, 20*
420:*16*
**published**
53:*20*
54:*16*
169:*20*
171:*6*
203:*1, 3*
288:*6, 8, 10,*
*22*  324:*21*
343:*25*
357:*2, 7, 8*
368:*2*
393:*20*
401:*4*
403:*22*
439:*19*
453:*23*
**publisher**
288:*19*
289:*19*
**publishing**
288:*15*
**Puerto**  3:*17*
**pull**  187:*7*
239:*14, 18*
258:*20*
390:*5*
**pulling**
133:*7*

**purported**
437:*11*
**purpose**
272:*19*
425:*3*
**purposes**
208:*11*
280:*11*
333:*15*
**PURSUANT**
1:*6*
**pursuing**
409:*10*
**put**  37:*21*
38:*7*  39:*24*
137:*2*
146:*21*
148:*14*
257:*10*
273:*12, 15*
274:*9*
282:*22*
290:*8, 24*
325:*18*
346:*19, 20*
351:*20*
442:*21*
**puzzle**
304:*10*
**puzzled**
323:*21*
**p-value**
214:*9*
215:*12*
216:*6, 20, 21*
217:*1, 4*
221:*8*
222:*16, 19*
**p-values**
213:*3*
462:*20*

**< Q >**

**quantify**
234:*19*
**quantitative**
276:*19*
**quarter**
145:*14*
432:*18*
**question**
19:*20*
21:*20*
23:*15*
24:*23*
25:*18*  27:*3,*
*25*  28:*9*
29:*3, 18*
30:*13*  31:*2,*
*10*  33:*6, 22*
37:*2*  39:*15*
41:*15, 21*
42:*6, 13*
43:*3, 19*
44:*6, 7*
45:*10, 18*
46:*11, 15, 17*
47:*1, 14*
48:*22*
55:*14, 16, 18*
58:*4, 10, 16,*
*19*  59:*13, 14*
60:*3*  61:*10*
64:*3, 7*
67:*25*
69:*15, 22*
75:*3*  76:*13*
78:*15, 25*
82:*18*
83:*16*  84:*8*
85:*1, 16*
86:*4*  87:*4,*
*21*  88:*23, 24*
89:*5, 8*
90:*13, 15*
91:*2, 14*
93:*8, 10*

94:*1*  95:*20*
96:*6, 18, 23*
97:*3, 6, 10,*
*14, 25*  99:*4*
104:*1, 23*
105:*3, 17*
107:*3, 13, 15,*
*17*  108:*11,*
*24*  109:*6, 15*
110:*2, 3, 6*
111:*25*
112:*11*
114:*21*
115:*1, 5, 8,*
*10, 18*
116:*22*
118:*1*
121:*25*
122:*12, 14*
125:*20*
126:*11*
128:*9*
130:*19*
131:*2, 21*
132:*5*
134:*2, 18*
135:*3, 16*
136:*1, 10*
146:*11*
151:*13*
153:*22*
154:*4, 17*
155:*1, 22*
158:*22*
166:*10*
175:*1*
177:*18*
179:*7, 22*
182:*4*
183:*9*
185:*25*
188:*21*
189:*8, 22*
192:*8, 12, 19*

198:*6*
199:*20, 22*
200:*20*
205:*23*
206:*2*
207:*7, 19*
208:*14*
209:*5, 20*
210:*7*
211:*1, 7, 13*
214:*13*
215:*8*
216:*9*
217:*9, 10*
218:*10, 16*
219:*10, 11,*
*17, 19, 21*
220:*4, 24*
223:*1, 16*
224:*1*
225:*6, 11, 22*
226:*21*
228:*7*
229:*16*
233:*11*
238:*16, 18,*
*21*  239:*3*
244:*4, 11*
246:*15, 21*
247:*13, 16*
248:*14, 19*
249:*1*
250:*22*
251:*12, 17,*
*24*  252:*24*
253:*6, 7, 8,*
*22*  254:*4, 20*
255:*23*
257:*22*
258:*14, 18*
259:*10*
260:*11*
261:*11*
262:*19*

263:*4*
266:*9, 25*
267:*17*
273:*14*
274:*11*
276:*12*
279:*3*
286:*3*
287:*10*
289:*5*
290:*7*
292:*2, 17*
294:*8*
296:*7, 9, 21*
299:*10, 19*
300:*11*
302:*15*
304:*20, 23*
305:*6, 21*
308:*3, 12*
309:*15*
310:*16*
311:*9, 19*
312:*1, 3, 20*
313:*5*
315:*8, 9, 19*
316:*24*
317:*12*
318:*8, 23*
319:*19*
321:*4*
325:*16*
327:*24*
330:*24*
331:*8, 11, 13, 14, 16, 23*
332:*1*
336:*13*
340:*13*
341:*18*
342:*3*
349:*12, 15*
353:*1*
356:*12, 24*

359:*14*
362:*13, 21*
363:*25*
365:*22*
369:*19*
371:*12, 23*
372:*17*
373:*11*
374:*4*
375:*21, 25*
376:*24*
377:*22*
378:*16, 21*
380:*21*
383:*2, 5*
389:*2*
391:*19*
400:*11*
405:*5, 25*
407:*19*
408:*1, 4, 15*
409:*5*
410:*13*
411:*24*
412:*9, 10, 12, 19, 21* 413:*9*
414:*12*
415:*10*
417:*3*
429:*9*
430:*7, 22*
434:*9*
436:*14, 24*
437:*14*
438:*6*
439:*17*
440:*9, 13*
441:*4, 10, 11*
442:*14*
443:*22*
444:*5*
446:*21*
447:*1, 9, 11, 23* 450:*19,*

22  453:*8*
455:*19*
460:*10*
462:*22*
463:*7*
469:*25*
470:*14*
472:*1*
473:*17*
474:*7*
475:*12*
480:*10*
481:*25*
**questioning**
28:*18*
36:*11* 37:*8*
41:*1* 84:*4*
110:*23*
113:*22*
**questionnair
e** 379:*4, 19*
**QUESTION
S** 15:*2, 15*
16:*3, 10*
19:*8, 21*
20:*12, 19*
21:*14, 23*
22:*16* 23:*1,
9, 17, 23*
24:*10* 25:*1,
23* 26:*17*
27:*5, 12, 20*
28:*3, 14, 22*
29:*12, 21*
30:*8, 20*
31:*8* 32:*5,
12* 33:*2, 16,
24* 34:*8, 22*
36:*6* 37:*12,
18, 24* 38:*5,
11, 18, 20*
39:*1, 18*
41:*16* 42:*2,
8, 23* 43:*11,*

24  45:*6, 13,
23*  46:*9, 20*
47:*9, 17*
48:*8, 11*
49:*1, 17*
52:*14* 55:*8*
58:*14*
59:*15* 61:*5*
65:*15*
67:*24*
68:*17*
69:*24* 70:*5,
10, 17, 22*
71:*23* 72:*5*
73:*16*
74:*11* 76:*9*
77:*10* 78:*4,
10, 17* 79:*3,
24* 81:*1*
83:*1, 19*
84:*9, 16*
85:*22*
86:*20* 87:*1,
13* 88:*5, 18*
89:*16*
90:*21* 91:*8*
92:*3* 93:*2,
17* 94:*23*
95:*3, 11, 24*
96:*3, 10, 12,
14* 97:*1, 18*
98:*13* 99:*7*
101:*1*
102:*3*
103:*21*
104:*17*
105:*12*
106:*1, 13*
107:*6, 18*
108:*4, 12*
109:*1, 13*
110:*15*
111:*12*
112:*1*

113:*11*
114:*2, 6, 13,
24* 115:*12*
116:*2*
117:*3, 9*
120:*8*
121:*9, 18*
122:*6*
125:*11, 15,
17* 126:*14,
23* 127:*14*
129:*5*
130:*17*
131:*11, 16*
132:*1, 3, 8*
133:*10*
134:*12, 21*
135:*6*
136:*4, 20*
137:*6, 13*
140:*1*
141:*10*
142:*18*
144:*22*
147:*11*
148:*1*
149:*4*
150:*9*
152:*1*
153:*1*
154:*16*
155:*3*
157:*7*
158:*5, 16*
159:*1, 24*
165:*12*
166:*1*
167:*7, 17*
168:*18, 22*
171:*11*
174:*14*
175:*12, 21*
176:*5, 18*
177:*4*

Confidential - Subject to Protective Order

| | | | | |
|---|---|---|---|---|
| 178:*21* | 238:*8*, *22* | 293:*3* | 355:*4* | 417:*15*, *24* |
| 179:*12*, *19* | 239:*7*, *17* | 295:*15* | 356:*1*, *19* | 418:*16* |
| 180:*6*, *16*, *23* | 240:*8*, *21* | 296:*13* | 357:*5* | 419:*2* |
| 181:*3* | 241:*11* | 298:*7* | 358:*7*, *22* | 422:*2*, *8*, *13* |
| 182:*21* | 243:*2*, *14*, *16*, | 299:*9* | 360:*1*, *9* | 424:*15* |
| 183:*14* | *19*  244:*5*, *15*, | 300:*2* | 363:*18* | 430:*1*, *20* |
| 184:*9* | *24*  245:*6*, *15* | 301:*4* | 364:*3*, *13* | 431:*2*, *5*, *17* |
| 185:*17* | 246:*6*, *22* | 302:*9* | 366:*18* | 432:*4* |
| 186:*3* | 247:*12*, *19* | 305:*1*, *9* | 367:*12*, *20* | 433:*3*, *12* |
| 187:*11*, *23* | 248:*3*, *4*, *17* | 306:*14*, *22* | 368:*19* | 434:*18*, *22* |
| 189:*2*, *14* | 249:*2*, *16* | 307:*20* | 369:*12* | 436:*18* |
| 190:*1*, *9*, *24* | 250:*5*, *13* | 308:*24* | 370:*9*, *18* | 437:*2*, *18* |
| 191:*7* | 251:*6*, *15* | 309:*24* | 371:*3*, *16* | 439:*15* |
| 192:*2*, *13* | 252:*1*, *9*, *18*, | 310:*24* | 372:*11* | 440:*22* |
| 193:*9* | *22*  253:*4*, *23*, | 311:*15* | 373:*1*, *14* | 441:*16* |
| 195:*1* | *25*  255:*1* | 312:*10*, *14*, | 374:*10*, *21* | 443:*5*, *21* |
| 197:*8* | 257:*9*, *17* | *21*  313:*9*, *18*, | 375:*10* | 445:*1*, *21* |
| 198:*1* | 258:*1*, *15*, *23* | *24*  314:*19*, | 376:*2*, *14* | 446:*1*, *15* |
| 199:*10* | 259:*22* | *23*  316:*20* | 377:*2*, *16* | 447:*2*, *17* |
| 200:*3* | 260:*18* | 317:*8*, *19* | 378:*14* | 448:*21* |
| 201:*3* | 261:*1*, *10* | 318:*11*, *17* | 382:*9* | 450:*5*, *23* |
| 204:*21* | 262:*17* | 319:*6*, *22* | 384:*7* | 452:*1* |
| 205:*21* | 263:*9*, *15*, *18* | 322:*23* | 388:*21* | 453:*1*, *21* |
| 206:*3*, *17* | 266:*1*, *20* | 325:*1* | 389:*24* | 456:*5*, *20* |
| 207:*10* | 267:*6* | 326:*22* | 390:*20* | 457:*1* |
| 208:*12* | 268:*1*, *11*, *22* | 330:*7* | 392:*9* | 458:*6*, *13* |
| 209:*15* | 270:*3*, *12*, *24* | 331:*5* | 394:*8* | 459:*5*, *18* |
| 210:*2*, *16* | 271:*8* | 332:*17* | 395:*10* | 460:*3*, *14*, *24* |
| 211:*9*, *17* | 272:*11* | 333:*24* | 396:*21* | 464:*13* |
| 213:*1*, *7*, *13* | 273:*21* | 334:*20* | 398:*8* | 466:*9* |
| 214:*21*, *23* | 274:*14*, *22* | 335:*3* | 399:*20* | 468:*17*, *21* |
| 215:*4*, *18*, *24* | 276:*2*, *7* | 337:*4*, *24* | 400:*5*, *14*, *21* | 469:*9*, *13* |
| 217:*5*, *14* | 277:*8* | 338:*10* | 402:*22* | 470:*10* |
| 219:*6*, *23* | 278:*15* | 341:*21* | 404:*23* | 471:*5* |
| 220:*19* | 279:*1*, *10* | 342:*21* | 405:*9* | 472:*6* |
| 222:*5*, *12* | 280:*5*, *21* | 343:*7*, *13* | 406:*4* | 473:*2* |
| 223:*15* | 282:*7* | 344:*6*, *21* | 407:*24* | 474:*9*, *22* |
| 224:*4* | 285:*17* | 345:*14* | 408:*5*, *23* | 475:*1*, *8* |
| 225:*16* | 286:*7*, *14*, *20* | 346:*2* | 410:*7*, *18* | 477:*8*, *13*, *14*, |
| 226:*1*, *23* | 287:*1* | 348:*6* | 411:*13* | *24*  478:*6*, *20*, |
| 228:*12* | 288:*4* | 351:*4* | 412:*22* | *23*  479:*18*, |
| 229:*21* | 289:*23* | 352:*9* | 414:*7*, *17* | *21*  480:*22* |
| 232:*13* | 290:*10* | 353:*12*, *23* | 415:*4* | 481:*5* |
| 234:*8* | 291:*14* | 354:*10* | 416:*21* | 482:*8*  485:*6* |

**quick** 35:*17*
69:*11, 19*
71:*14*
157:*3*
171:*22*
176:*16*
400:*25*
471:*2*
**quickly**
35:*17*
**quiet** 38:*15*
**quite** 269:*7*
303:*9*
386:*22*
401:*15*
427:*15*
465:*8*
**quote**
175:*13*
176:*19*
398:*2*
433:*13*
**quoted**
206:*22*
227:*2*
235:*11*
405:*1*
433:*23*
**quotes**
206:*21*
222:*15, 17*
433:*14*
434:*23*
443:*23*
**quoting**
442:*4*

**< R >**
**rabney@wat**

**tsguerra.com**
3:*14*
**radiation**
57:*23*

**radicals**
38:*23* 39:*2,*
*10, 21* 41:*24*
42:*11*
**radiologist**
54:*7*
**raised** 67:*1*
129:*23*
**ran** 166:*25*
227:*19*
**randomized**
320:*10*
**range** 104:*5,*
*6, 13* 233:*9*
235:*6*
**ranges**
187:*25*
**RAQUEL**
6:*20*
**raquel.lucas**
**@butlersnow**
**.com** 6:*20*
**rare** 140:*14,*
*19, 23, 25*
145:*20*
269:*19, 20,*
*24* 287:*5*
**rat** 196:*25*
197:*7, 23*
199:*15*
200:*1*
207:*25*
208:*5*
**rate** 262:*24*
**rating**
216:*17*
**ratings**
373:*18*
**ratio**
130:*12*
142:*2*
163:*20*
220:*14*
228:*25*

229:*1*
231:*8, 10, 19,*
*22, 25* 232:*4,*
*20, 23*
233:*12, 15,*
*24* 234:*18,*
*19* 312:*7*
316:*6*
324:*1, 2*
380:*10*
421:*3*
465:*4*
469:*19*
470:*23*
472:*17, 20,*
*25* 473:*3, 14*
475:*4*
**ratios** 235:*3*
449:*21*
473:*16*
**rats** 10:*22*
193:*11, 13,*
*21* 194:*5, 15*
195:*13, 16*
197:*12*
198:*4, 9, 24*
199:*14*
206:*19*
207:*2, 12*
208:*25*
210:*18, 20*
211:*19*
**RAY** 9:*6*
**RAYNE**
7:*13*
**rayne.ellis@a**
**rnoldporter.c**
**om** 7:*14*
**reach** 35:*16*
83:*6*
**reached**
101:*2*
102:*6*

364:*5*
365:*17*
**reactive**
35:*5, 6, 11,*
*12, 15* 36:*8*
38:*21*
39:*10, 21*
45:*8* 166:*6*
167:*9, 16*
169:*4*
**read** 45:*20*
105:*24*
111:*3*
129:*3*
150:*3, 10, 11*
187:*4*
219:*21*
228:*15*
252:*16*
253:*11*
280:*13*
300:*13*
302:*15*
317:*21*
318:*10*
320:*18*
331:*3*
341:*3, 4, 5, 8,*
*9* 360:*18*
378:*21*
385:*15*
399:*16*
404:*24*
435:*15*
447:*10*
465:*17*
468:*8*
484:*3* 485:*4*
**reading**
122:*5*
164:*18*
181:*15*
199:*21*
212:*9*

247:*7*
249:*14*
324:*6*
329:*15, 18*
334:*12*
336:*19*
351:*14*
389:*11*
391:*20, 25*
403:*1*
405:*7*
417:*23*
420:*23*
**reads**
403:*11*
**ready** 477:*9,*
*10*
**real** 61:*13*
230:*17*
236:*2*
295:*24*
324:*13*
325:*7*
**realized**
55:*17*
58:*19*
342:*5*
427:*19*
**really** 43:*20*
68:*12*
90:*25* 93:*5*
143:*2*
152:*24*
154:*9*
157:*12*
175:*3*
182:*13*
191:*21*
197:*6*
203:*23*
211:*7*
227:*11*
245:*19*
253:*17*

306:*12*
315:*17*
330:*1*
374:*20*
434:6
452:*17*
453:*16*
459:*16*
482:6
**realm**
161:*20*
**Realtime**
1:*17*  69:*17*
433:*10*
483:*2, 17*
**reason**
50:*18*
51:*21*
161:*8*
232:*6, 8*
307:*5*
334:*14*
335:*23*
401:*6*  484:*5*
**reasonable**
30:*16*  32:*3*
64:*12*
65:*12*
73:*17, 24*
75:*2*  76:*6*
97:*3*  124:*3*
164:*23*
227:*14*
235:*10, 18*
305:*23*
307:*7*
309:*13, 17,*
*22*  316:*18*
382:*5*
394:6
395:6
434:*12, 13*
440:*21*

**reasonably**
96:*14*
**reasoning**
262:*11*
263:*23*
264:*1*
265:*11*
**reasons**
73:*9, 13*
92:*1*  96:*21*
111:*1*
119:*18*
137:*2*
165:*3*
186:*5*
231:*3*
273:*1, 23*
274:*2, 7, 15*
297:*11*
298:*2*
339:*3, 5*
347:*20*
369:*13*
380:*19*
**REBECCA**
3:*1*
**rebecca.king**
**@kellerpost**
**man.com**
3:*2*
**reboot** 59:*1*
**rebuttal**
11:*7*  222:*8,*
*15*
**recall**  45:*22*
122:*5*
138:*9*
157:*8, 23*
158:*6, 11*
159:*13*
186:*25*
187:6
204:*16*
278:*23*

296:*11, 12*
427:*1*
435:*16*
460:*20*
478:*4, 5, 6,*
*25*
**recapitulate**
255:*12*
**receipt**
484:*15*
**receive**
428:*13, 19*
**received**
424:*13*
432:*5*
**receiving**
432:*17*
**recitation**
222:*24*
**recognize**
79:*4*  80:*2*
105:*19, 22*
275:*5, 8*
350:*8*  397:*1*
**recognized**
474:*10*
**recognizes**
232:*25*
**recollect**
181:*19*
**recollection**
105:*21*
158:*15*
205:*14*
206:*10*
243:*11*
264:*9*
**recommend**
103:*8*
105:*14*
106:*6, 21*
259:*21*
**recommenda**
**tion**  106:*23*

107:*22*
108:*9*
113:*14*
114:*8*
243:*4*
244:*21*
254:*13*
**recommenda**
**tions**
105:*10*
242:*16*
244:*8, 18*
246:*11*
247:*3*
248:*9*
249:*6*
250:*17*
258:*20*
262:*15*
264:*15*
409:*24*
478:*14*
**recommende**
**d**  105:*23*
**recommends**
106:*17*
264:*12*
**record**  14:*2,*
*16*  18:*24*
19:*7*  40:*8*
69:*1*  71:*12,*
*18, 19, 22*
87:*5, 12*
125:*1, 6, 7,*
*10*  137:*3*
193:*1, 4, 5, 8*
240:*22*
265:*21, 22,*
*25*  325:*18*
344:*14, 15,*
*18*  352:*5*
421:*17, 20,*
*21, 24*  430:*9*
431:*15*

476:*24*
477:*1*
482:*15, 18*
**recorded**
215:*13*
406:*20*
**records**
379:*18*
**recreate**
263:*23*
**REDIRECT**
479:*20*
**Redox**  11:*1*
187:*13*
**reduce**  19:*2*
130:*12*
464:*20*
465:*4*
466:*16*
**reduced**
188:*11*
465:*7*
**reduces**
203:*20*
**reducing**
188:*1*
465:*11*
**refer**  16:*11*
20:*13*  34:*6,*
*13*  48:*13*
204:*1*
306:*19*
327:*3*
362:*25*
452:*9*
**reference**
386:*14*
401:*24*
**referenced**
156:*24*
**referred**
27:*7, 18*
38:*22*
128:*6*  371:*5*

Confidential - Subject to Protective Order

**referring**
80:*24*
101:*12*
157:2
175:9
287:*20*
299:*15*
300:7
357:*18*
385:22
430:*24*
441:*23*
**refers**  15:*6*
23:*18*
174:2
369:6
426:*14*
468:*4*
**reflects**
347:9
**regard**
250:6
413:5
414:*21*
**regarding**
32:*1*
116:*16*, *19*
180:*14*
213:8
327:4
357:*14*
358:*16*
386:*20*
414:5
420:22
422:*4*
428:9
444:*1*, *24*
447:*20*
478:2
**regardless**
381:*10*

**regards**
410:*4*
449:*15*
**region**
361:*21*
**regions**
170:*14*
172:*12*
361:*17*
**Registered**
1:*16*  483:2,
*17*
**registration**
216:*15*
**Registries**
380:*18*
**registry**
420:2
**regular**
116:5
**regularly**
103:*23*
**regulate**
47:*12*
65:*18*  66:7
70:*1*, 7
117:*17*
135:*13*
**regulates**
71:9
174:*23*
186:22
267:*19*
**regulating**
135:22
**regulation**
67:2
127:22, *23*
**regulators**
71:*4*  337:*17*
**regulatory**
174:*20*
**reject**
216:22

217:2
224:*13*, *19*
**related**
200:8
202:*14*
343:*19*
348:*23*
468:*14*
**RELATES**
1:*5*  87:*15*
397:*14*
**relationship**
226:9
293:*21*
312:*24*
347:7
357:*15*
364:7
365:*19*
367:*24*
368:*11*, *12*,
*23*  369:*4*, *14*,
*15*  376:*21*
423:*21*
451:7
**relative**
218:8
444:*13*
449:*25*
483:*10*, *11*
**relatively**
191:*11*
192:6  434:2
**relevant**
117:*21*
119:*12*
196:*18*, *19*
211:8
242:*10*, *11*
316:*1*
389:22
391:*18*
439:8
450:*15*

451:*20*
452:3, *17*
453:*18*, *20*
464:7, *9*, *12*
474:*12*
**reliable**
72:6  75:*1*,
*4*  76:*11*, *15*
77:*12*
99:22
227:*1*
347:6
476:*20*
**relied**
454:*19*
**rely**  317:*24*
318:*18*
**relying**
320:*1*
**remained**
373:*17*
**remarks**
38:2
**remember**
58:*15*
67:*25*
138:*23*
143:*12*
157:*19*, *21*
201:8
205:*17*
290:7
329:3
351:*13*, *14*
411:2
425:22
440:6
**reminder**
115:*24*
**remitting**
282:*17*
294:*20*, *22*

**remove**
41:*24*
130:*11*
**removed**
35:*17*
278:*12*, *13*
**repeat**
19:*20*
39:*17*
41:*15*
59:*12*
76:*17*
107:*16*
196:*14*
219:*20*
248:*18*
346:*12*
362:22
412:*20*
436:*25*
472:*1*
**repeatable**
76:*16*
**repeated**
76:22
345:*21*
**repeating**
252:*18*
**rephrase**
198:*6*
205:22
208:*21*
266:*14*
305:2
311:5, *8*
376:*13*
**replace**
383:*17*
**replicated**
328:*14*
330:5, *6*
332:6
**replications**
308:*10*

Confidential - Subject to Protective Order

**Report**
10:*11* 11:*3,*
*6, 7* 27:*4*
31:*3* 37:*10,*
*13, 22, 25*
38:*6* 98:*15,*
*17, 20, 23*
99:*9, 13, 15*
100:*20*
101:*9*
102:2, *21*
121:*12*
131:*17*
156:*9, 19, 21,*
*22, 25* 157:*5,*
*6, 15, 17, 20,*
*22, 24* 158:*7*
159:*4, 10, 12*
166:*3*
175:*14, 18,*
*20* 176:*4*
179:*5, 9, 11*
186:*21*
187:*4*
191:*20*
192:*23*
194:*21, 23,*
*25* 195:*3, 20,*
*22* 196:*14*
201:*19*
206:*23, 25*
208:*3, 22*
220:*13*
222:8
227:7
228:*10, 16,*
*20* 232:8
234:*22*
237:*5*
238:*7*
239:*14, 21*
240:*23*
241:*5, 7, 10*
243:*20, 23*

246:*24*
248:*11, 13*
249:*7*
253:*12, 19*
254:*2*
263:*24*
272:*13, 24*
273:2, *3, 4, 9,*
*22* 274:*9*
301:*1*
327:*4*
364:*24*
372:*3*
395:*22*
396:*8*
411:*11*
421:*13*
433:*5, 14, 25*
435:*9, 10, 11,*
*15, 17*
436:*10*
440:*24*
441:*9*
443:*24*
444:*11*
445:*4*
448:*4, 5, 8,*
*17, 20* 449:*9,*
*21, 22* 450:*9*
451:*5, 12, 20,*
*21* 458:*9, 12,*
*14, 23* 460:*2,*
*4* 461:*16*
468:*25*
469:*1*
470:*7*
474:*11*
475:*5*
479:*5, 11*
481:*12*
**reported**
144:*8*
220:*7*
287:*18*

366:*13*
408:*25*
417:*8, 10*
421:*3*
449:*25*
450:*1*
462:*20*
475:*4*
**Reporter**
1:*16, 17, 19,*
*20* 14:*17*
483:*2, 3, 17,*
*18, 19, 20, 21,*
*22*
**reporting**
318:*25*
319:*15*
325:*10*
364:*19*
405:*17*
417:*5*
448:*11*
**reports**
105:*24*
187:*5*
212:*11*
233:*23*
258:*7*
259:*18*
262:*14*
272:*21*
273:*25*
274:*6, 16*
379:*20*
404:*25*
460:*5*
465:*16*
468:*9*
469:*18*
**represent**
359:*10*
**represented**
361:*4*

**representing**
95:*5*
**represents**
358:*14*
360:*11*
**reprint**
343:*23*
**require**
420:*4*
**required**
273:*22*
419:*25*
420:*4*
**requires**
67:*9, 17*
287:*7* 317:*7*
**reread**
251:*14*
**research**
66:*25*
92:*13*
137:*25*
164:*20*
166:*14*
213:*24*
245:*14*
284:*12*
303:*8*
304:*16*
307:*10*
338:*12, 16*
394:*14, 16*
440:*18*
452:*12*
**researched**
284:*14*
**researchers**
332:*18*
338:*19*
361:*5, 8, 13,*
*16, 19, 20*
**residual**
229:*13*

**resolve**
200:*17*
**resolves**
206:*6*
**resonance**
55:*24*
**resource**
365:*5*
**respect**
359:*6*
411:*20*
**respectable**
332:*20, 25*
333:*17*
**respected**
360:*25*
**respond**
78:*15*
154:*19*
**responded**
395:*18*
**responding**
396:*4*
**response**
11:*10*
42:*25*
43:*17, 22*
44:2 47:*11*
164:*5*
177:2, *10, 12*
178:*25*
191:*25*
370:*1*
474:*24*
**responses**
44:*19*
**responsible**
337:*6* 343:*3*
**responsive**
89:*5*
**rest** 141:*4*
148:*17*
152:*20*
382:*18*

Confidential - Subject to Protective Order

| | | | | |
|---|---|---|---|---|
| **restate** | 209:*1* | 449:*11* | 127:*1, 4* | 201:6, *7* |
| 216:*11* | 225:*19* | 451:*21* | 128:7 | 204:22 |
| 329:2 | 227:*23* | **Reviews** | 129:9 | 205:6, *11* |
| **restating** | 228:9 | 357:*10* | 133:*12, 25* | 209:*10, 18* |
| 216:*12* | 229:6 | 395:*25* | 135:*14* | 210:5 |
| **resting**  56:*1* | 231:*12* | 449:*11, 12* | 137:*12, 14,* | 216:2, *10* |
| **result**  64:*12* | 318:*14* | **revising** | *18*  139:*3, 21* | 220:22 |
| 76:*21* | 320:*24* | 81:*20* | 140:*4, 10, 11,* | 221:6, *17* |
| 114:25 | 323:6, *12* | **RFO**  3:*16* | *14*  141:2, *5* | 223:*13* |
| 168:*12* | 332:*16* | **Ricci** | 145:2, *6, 11,* | 225:2, *12* |
| 185:22 | 373:*15* | 231:*17* | *12, 16* | 228:7 |
| 189:*19* | 382:*11* | 472:*23* | 148:*10, 18* | 229:*14* |
| 218:*11* | 461:*11* | **Rico**  3:*17* | 149:*1, 7, 8* | 230:5 |
| 219:25 | 468:*23* | **right**  17:*14* | 150:*19, 20* | 236:*15* |
| 241:*12* | 469:*4* | 23:*4, 24* | 151:*3, 10* | 239:9 |
| 300:*8* | 470:*17, 21* | 24:*13*  26:*3,* | 155:20 | 240:6, *15* |
| 307:24 | 471:*6* | *21*  27:*8* | 158:*15* | 242:*16, 18* |
| 318:25 | 472:7, *9* | 28:7  29:*1,* | 160:2, *14, 19* | 243:7, *22* |
| 319:*1* | 473:9 | *14, 25*  30:*11,* | 161:*12, 17* | 244:22 |
| 369:*16* | **retracted** | *25*  35:*2* | 162:*19, 25* | 246:*13, 23* |
| 375:*16* | 357:*12, 16* | 41:*5*  44:*10* | 164:6 | 249:24 |
| 389:*18* | **retrospect** | 48:*20*  49:*3,* | 165:20 | 250:7, *14* |
| 413:2 | 146:*19* | *21*  50:*8, 15* | 166:*3, 8* | 251:9 |
| 459:*20* | 321:*11* | 59:*18*  63:6 | 169:7, *16* | 254:*18* |
| 467:2 | **return** | 65:*18* | 171:2, *7, 16,* | 256:8 |
| 470:*11* | 484:*13* | 66:*13* | *21*  172:*14,* | 257:8, *15, 19,* |
| **resulting** | **Review** | 71:*11, 17, 20* | *18*  173:8, *25* | *20*  260:22 |
| 207:*17* | 12:22 | 72:*21* | 174:*4, 9, 18,* | 262:4 |
| 210:*20* | 91:*20* | 74:*23* | *24*  177:*16* | 265:*19, 23* |
| 311:*23* | 162:*10* | 77:*11* | 178:22 | 268:5, *14, 25* |
| **results**  73:*1* | 182:25 | 79:*10, 17* | 179:*3, 15, 21* | 270:9 |
| 76:*18*  81:2, | 453:*14* | 81:7, *13, 17* | 180:9 | 271:*12* |
| *3*  92:*18* | 479:*4* | 84:2, *14, 18,* | 181:5, *9* | 274:*16* |
| 94:*16* | **reviewed** | *22*  85:*17, 18* | 182:23 | 276:*16* |
| 144:*4* | 31:*24, 25* | 88:*17*  89:8 | 183:2 | 278:8, *16, 18* |
| 160:22 | 101:6 | 90:*20*  95:6 | 184:*15* | 279:8 |
| 161:5 | 170:5 | 96:*16* | 185:6 | 280:9 |
| 162:*12, 24* | 226:4 | 99:*10* | 188:24 | 281:*15* |
| 163:*19* | 230:*20* | 100:*1, 5* | 192:25 | 282:4, *23* |
| 165:*1, 4, 13* | 401:22 | 106:7 | 193:2, *6* | 283:*1* |
| 168:*15* | 451:*24* | 107:*1, 11* | 197:*15* | 284:*11* |
| 173:5 | **reviewing** | 123:7, *16* | 198:*17, 20* | 285:*1* |
| 195:7 | 308:*16, 17* | 125:*4, 8, 24* | 199:23 | 286:*18* |
| 205:*4* | 448:6 | 126:*18* | 200:*10, 18* | 287:6, *8, 14* |

288:7
289:6
291:*10*
293:5, 7
294:6
295:*19*
298:8, *19*
314:*4*
317:*1, 10*
319:*17*
320:*12*, 20
323:5, *13, 18*
324:9, *18*
327:5, 11, 14, *21*   328:*1, 6, 23*   330:*16, 21*   331:9
332:*21*
334:*3*
337:8, *12*
339:*19*
340:8, *12*
342:9, 23
343:20
344:*12, 16*
345:*23*
346:7, *12*
348:*11*, 24
349:9, *17*
350:2, *12*, 22
351:2
352:*1, 14*
357:7
358:*17*
360:*25*
361:*14*, 22
362:*3*
364:*15, 16*
367:*1*, 7
368:*4, 14, 24*
369:*17*
370:*25*
371:*4, 5, 10, 21*   372:*14*

374:2, *13, 23*
376:7, 22
377:*12*
378:*19*
381:*1, 2, 5, 12, 13*
382:*11*
384:*17, 24*
385:9
389:6
390:*4, 15*
392:*13, 18, 21*   393:2
394:*17, 19*
395:25
397:*6, 9, 11, 15, 21*   398:*4, 14, 22, 25*
400:*16*
401:*4, 13, 17, 25*   402:8, *16*
403:*17, 24*
405:*3, 13, 23*
406:*14*
407:*16, 17*
408:*13*
409:*1, 3*
411:22
417:*1*
418:*14, 17*
419:*17*
421:*18, 22*
423:*1*
424:*4*
432:*10, 11*
434:7
435:*13*
436:*21*
437:*11, 22*
438:*4*
439:25
442:8
443:*10*
445:6, *13*

446:2, *19*
450:7, *17*
451:*1*
453:25
454:*17, 22*
456:9
457:*4*
459:2
460:*18*
461:*13, 21*
463:5
466:*10, 23*
470:*19*
473:3, *15*
474:*13, 18*
477:*19*
482:*16*
**right-hand**
461:*3, 9*
**rings** 404:*20*
**ris** 271:*19*
**risk** 11:*17*
61:6, 12, *15, 22*   62:*1*
63:2, *10, 25*
140:*3*
152:8
153:*20*
171:*16*
172:*1, 7, 13, 15*   173:6
174:8
191:*1*
229:*1*
231:8, 10, *19, 22, 25*   232:*3, 19, 23*
233:*12, 15, 23*   241:*13*
243:25
255:9
265:8
268:*13*
269:*11, 12*

270:*16, 17, 25*   271:2
276:22, *23, 24*   284:20
285:24
286:9, *16*
287:3, *4, 8, 19*   290:2, *22, 24*   291:8, *18, 22*   292:*10, 22*   293:6, *11, 13, 16, 20, 22*   294:5
296:4, *17, 18*
298:*21, 22*
299:3, *4, 7, 15, 16*   300:7, *21*   301:7
302:*11, 13, 18*   305:*13, 17, 25*
307:*21, 23*
308:*1, 5*
312:7
319:*16*
336:*11*
341:*24*
350:6, *15, 17, 21*   352:*1, 11, 19*   353:2, *8, 9, 15*   354:*7, 17, 19*   355:8, *13, 18*   356:6, *14, 22*
368:*21*
373:*16, 23*
375:*17*
377:*13, 20*
378:*3, 8*
385:*21*
390:*4*
401:*17, 21*
402:*4, 8, 10, 15*   403:*12*

405:*12*, 22
408:7, 9
409:*1*
415:24
433:*18*, 21
441:20
457:*8*
465:*4*
469:*19*
470:*23*
471:9
472:*16, 17, 18*, 20   473:*3, 14, 16, 19*
479:*13, 15*
**risks** 107:*8*
109:*3, 19*
110:*20*
112:6, *20*
113:*15*
114:9
242:*15*
244:*19*
246:*12*
247:2
248:7
249:5
250:*18*
254:*11*
264:*18*
265:6
284:*17*
285:7
287:*17*
293:8
294:*14*
303:20
304:*14, 18*
337:7, *12*
338:*1, 2, 6*
352:6, 7
386:7, *16*
392:*11, 25*
397:20

| | | | | |
|---|---|---|---|---|
| 398:*21* | **Role**  11:*13* | **ruled** | **satisfies** | 287:*13* |
| 401:*11* | 65:*10* | 121:*23* | 312:22, *23* | 315:5, *22* |
| 409:*2* | 68:*15*, *16* | 308:*7* | **satisfy** | 316:*13* |
| 435:6, *13* | 71:*10*, *25* | **rules**  180:*2* | 314:*16* | 317:*14* |
| 439:*7* | 77:*15*  82:*8* | 272:*16* | **saw**  108:*15* | 326:*12* |
| 441:*2* | 119:*23* | **ruling** | **saying** | 333:*2* |
| 443:*9* | 146:*23* | 332:*20* | 36:*14* | 334:*10*, *14* |
| 444:*19* | 149:*25* | **run**  66:*15* | 60:*18* | 335:*7*, *13*, *19* |
| 446:*18* | 158:*19* | 195:*6* | 61:*18* | 342:*6* |
| 447:*5* | 160:*18* | 339:*22* | 68:*14* | 349:*11* |
| 449:*25* | 161:*11*, *16* | 345:*3* | 72:*13* | 352:*5* |
| **risk-taker** | 165:*19* | **running** | 83:*18* | 353:*6* |
| 251:*7* | 169:*11* | 201:*14* | 88:*14*  97:*8* | 355:*17* |
| 256:*14* | 266:*5* | **runs**  205:*1* | 102:*14* | 359:*20* |
| 257:*3* | 268:*13* | 342:*19* | 108:*16*, *17* | 360:*2* |
| **risk-takers** | 301:*13*, *25* | **RUSS**  3:*14* | 110:*4* | 363:*14* |
| 251:*5*  265:*3* | 433:*20* | | 111:*20* | 365:*13* |
| **risk-taking** | 434:*7* | **< S >** | 114:*17* | 377:*10* |
| 256:*25* | 438:*19*, *23*, | **Sacramento** | 115:*16* | 381:*3*, *17* |
| **risky** | *24* | 5:*2* | 118:*18* | 385:*16* |
| 254:*14* | **roll**  382:*3* | **safe**  103:*24* | 120:*19* | 386:*15* |
| 257:*4* | **ROMANO** | 109:*20* | 126:*12* | 387:*12*, *13* |
| 264:*21* | 3:*5* | 112:*7* | 128:*12* | 390:*25* |
| 478:*24* | **room** | **sample** | 148:*20* | 391:*9*, *12*, *14*, |
| 479:6, *25* | 439:*10*, *11* | 76:*22* | 149:*8*, *9* | *17*  392:*3*, *4* |
| **Ritalin** | **ROS**  35:*6* | **samples** | 164:*11* | 393:6, *9* |
| 56:*20* | **ROSIE**  3:*5* | 57:*18*  59:*6* | 167:*12* | 394:*20* |
| **Rite**  8:*20* | **rosie.romano** | 236:*19* | 172:*25* | 416:*10* |
| **Riverside** | **@kellerpost** | 379:*12* | 176:*1* | 417:*14* |
| 3:*7* | **man.com** | **sampling** | 178:*4* | 419:*14* |
| **robust** | 3:*6* | 361:*9*, *11* | 181:*13* | 470:*5* |
| 301:*25* | **roughly** | **San**  8:*3* | 201:*11* | 471:*19*, *21* |
| **rodent** | 155:*24* | **SANDRA** | 211:*20* | **says**  14:*24* |
| 196:*4* | 231:*20* | 7:*8* | 224:*3*, *8*, *9*, | 79:*14* |
| 199:*7*  208:*7* | 235:*4* | **Santa**  2:*5*, *6* | *20*  228:*8* | 112:*23* |
| **rodents** | 264:*1* | **SARAH**  6:*2* | 244:*12* | 113:*2* |
| 196:*2*, *11* | 271:*25* | **satisfactory** | 245:*3*, *25* | 122:*4*, *17* |
| **ROGER** | 301:*13* | 323:*1* | 248:*24* | 148:*23* |
| 4:*18* | **route**  328:*4*, | **satisfied** | 250:*24*, *25* | 160:*23* |
| **roger.smith** | *23* | 226:*17*, *25* | 256:*17*, *24* | 162:*15* |
| **@beasleyalle** | **rudely** | 228:*17* | 259:*17* | 173:*5*, *9*, *10* |
| **n.com**  4:*19* | 38:*17* | 317:*16* | 264:*3* | 222:*22* |
| **Rohde** | **Rule**  10:*12* | 381:*15* | 267:*3*, *4* | 223:*20* |
| 288:*18* | 377:*3* | | 276:*20* | 224:*7* |

232:*8*
233:*20*
235:*21*
240:*13*
248:*11*
254:*8*
289:22
322:*1*
328:*8*
330:*14, 17, 20* 331:*25*
349:*25*
379:22
385:*8*
387:*1, 2, 8, 24* 389:*3*
390:*12, 21*
391:*1, 2, 4, 5*
392:*14, 16*
396:*1, 5*
398:*18*
401:22
406:*24*
421:*10*
425:*6*
446:*10, 14*
**scaffolding**
67:*3*
**scale**
216:*18*
277:20
280:*6, 8*
293:*4, 7*
381:*24*
**scan** 54:*8, 10*
**scans** 53:*18*
**SCARCELLO** 4:*1*
**scattered**
209:*25*
**Schematic**
10:*16*
274:24

275:*6*
276:*20*
279:22
285:*10*
286:*5* 288:2
**School** 53:*5*
67:*12, 13, 14, 15*
**schools** 67:*4*
**Science**
11:*3* 30:*21*
31:*15*
55:*10*
59:*19*
61:*13*
81:*24* 88:*3*
94:*4* 123:2
178:2
183:*1*
203:*3*
236:*1, 9*
359:*25*
360:2
434:*20*
**scientific**
72:*7* 73:*18, 25* 75:*4*
76:*11*
77:*13, 19*
81:*15*
84:*17* 85:*3*
99:*23*
100:*14*
103:2
167:*18*
183:*1, 4*
193:*19*
194:*14*
195:*25*
227:*15*
289:*25*
307:*17*
320:*5*
345:*8*

356:*5, 20*
357:*9*
358:*16, 23*
359:*3, 11, 16*
441:*6*
452:*12*
**scientist**
64:*19*
225:*17*
226:*11, 17*
227:22
**scientists**
92:*24*
100:*15*
103:*3*
118:*19*
123:2
210:*11*
226:*14, 25*
359:*21*
394:22
415:*19*
**scope** 26:*5*
27:*4* 28:*10*
29:*16* 30:2
31:*3, 20*
33:*20*
34:*25*
36:*12* 37:*9*
**score**
293:*12, 16*
373:*16, 19, 21*
**screen**
82:*20* 84:*5*
98:*4*
209:*12*
399:*10*
400:22
**screening**
379:*4, 6*
383:*12*
**scrolls** 398:*1*

**se** 290:*17*
**SEAN** 2:*10*
**search**
116:*5*
**second** 24:*4*
28:*15, 20, 24*
40:*9* 47:*25*
54:*15*
68:*21*
80:*17* 87:*2*
107:*14*
163:*24*
182:*1*
184:*1*
207:*21*
222:*13*
224:*15*
234:*6*
247:*10*
248:*24*
255:*15*
261:2
263:*25*
277:*15*
308:*25*
321:*3*
338:22
342:*5*
349:2
371:*21*
378:2
397:*14*
398:*17*
406:*7, 8*
422:*16*
430:*18*
475:*25*
476:*6*
**seconds**
40:*14*
**section** 79:*9, 12* 92:*11, 15, 18* 98:*18, 21*
99:*8* 144:*7*

157:2
158:*9*
187:*6*
189:*1*
227:*21*
298:*18*
299:*21, 23, 25* 341:*1*
350:*10*
386:*14*
398:*14*
400:*15*
405:*7*
419:*18*
442:*21*
445:*7*
449:*10*
458:*15*
462:*3, 6, 8*
481:*12*
**see** 36:*13, 20* 40:*15*
54:*13*
66:22
67:*10*
75:22 80:*9, 21, 23* 98:*23*
100:2
107:*24*
108:*13, 15*
109:*16*
116:*20, 25*
117:*2, 22*
122:*4, 7*
138:*7, 12*
144:*20*
146:*3, 10*
147:*5*
156:*20*
157:*3*
159:*4*
163:*23*
169:*8, 17*
172:*21, 24*

Confidential - Subject to Protective Order

173:2, *11*, *16*, *22* 175:*4*
176:2
177:*3*
179:*8*, *9*
181:*10*, *12*, *13*, *14*, *15*
182:*24*
184:*2*, *7*
187:*25*
188:*3*, *4*, *8*, *10*, *14*, *18*
193:*11*, *21*
195:*15*
201:*1*
216:*16*
222:*11*, *14*
223:*17*
224:*2*
236:*5*, *17*, *25*
239:*21*
240:*17*
251:*18*
254:*21*, *22*, *23* 255:*10*
259:*20*
277:*12*
278:*19*, *20*
279:*17*, *25*
281:*20*
291:*3*
293:*21*
298:*15*
304:*21*
315:*3*
319:*24*
323:*2*, *6*
327:*2*
330:*2*
349:*10*
362:*23*
368:*1*
370:*19*
371:*2*

373:*6*, *12*, *20*, *22* 375:*2*, *5*
385:*18*
387:*10*
397:*4*, *24*
402:*1*
403:*18*
405:*15*
407:*20*, *21*
409:*13*
418:*25*
419:*15*
422:*17*, *22*
423:*3*, *12*, *16*
434:*4*, *5*
435:*7*, *8*
443:*2*
450:*4*
453:*19*, *20*
456:*11*
457:*13*
458:*17*, *18*, *21*, *22* 459:*7*, *8* 461:*7*, *14*, *23*, *24*
462:*12*
465:*4*, *14*
467:*19*
470:*16*
476:*15*
**seeker**
82:*23*
83:*22*, *24*
84:*10* 86:*2*
87:*18*, *25*
90:*11* 92:*8*
93:*21* 96:*1*, *2* 97:*20*, *22*
251:*22*
**seeker/paid**
136:*24*
**seekers**
82:*15*

**seeking**
87:*15*
**seen** 45:*14*
66:*23*
128:*10*
129:*4*
170:*10*, *19*
187:*16*
190:*22*
211:*19*
235:*17*
271:*10*
304:*15*
454:*15*
465:*4*, *12*, *15*
468:*7*, *11*
**sees** 85:*24*
**selected**
100:*21*
101:*6*
227:*17*
361:*12*
448:*12*
**Selection**
227:*6*
**self-regulation**
66:*5*, *9*, *20*
67:*9*, *18*
196:*22*, *23*
**Self-Report**
381:*24*
**send** 25:*3*
197:*4*
**senior**
160:*9*, *11*
169:*23*
**sense** 30:*5*
74:*16*
82:*22* 83:*3*
91:*7*, *9*
94:*13*
105:*9*
112:*3*, *16*

115:*18*
120:*24*
130:*12*
156:*7*
190:*15*
213:*18*
220:*6*
245:*16*, *21*
255:*22*
258:*22*
281:*4*
293:*12*, *24*
294:*11*, *12*
298:*1*
301:*25*
327:*25*
328:*20*
331:*7*, *15*, *20*
340:*17*
357:*1*
421:*1*
425:*17*
429:*19*
465:*7*
481:*18*
**sensible**
51:*24*
**sent** 25:*8*
**sentence**
80:*9*, *11*, *23*
145:*18*
146:*1*
147:*3*
148:*12*, *16*, *21* 149:*7*, *10*, *11*, *12*, *13*
150:*1*
157:*20*
162:*20*
169:*3*
170:*17*
247:*8*
248:*12*, *13*
249:*14*

255:*13*
289:*22*
364:*14*
386:*12*
391:*2*, *4*
398:*17*
406:*8*
419:*21*
440:*1*
457:*5* 459:*6*
**sentences**
151:*1*
209:*11*, *13*
**separate**
77:*5*
124:*19*
185:*7*
321:*16*
322:*18*
323:*9*
379:*21*
**separately**
143:*9*
**SEPTEMBER** 1:*6* 14:*5*
483:*24*
484:*2*
**sequence**
18:*4*, *14*
**sequentially**
18:*10*
**series** 32:*19*
33:*10*
34:*14*
38:*10*
190:*17*
364:*20*
425:*11*
464:*5*
473:*7*
478:*22*
**serious**
232:*10*

318:*1*
467:*25*
**seriously**
112:*20*
235:*22*
253:*10*
**serotonergic**
81:*11*
**serotonin**
25:*13*
207:*3*
210:*12*
**serve** 466:*14*
**served**
133:*22*
**SERVICES**
1:*21* 9:*11*
14:*4*
**serving**
370:*23*
464:*17*
**set** 33:*17*
49:*18* 50:*6*
65:*7*
119:*10*
284:*18*
363:*7*
395:*17*
476:*7, 8, 9,*
*10* 483:*8*
**settings**
234:*12*
296:*2*
**severe**
294:*23*
295:*6*
298:*4* 301:*2*
**severity**
279:*13*
294:*6, 17, 21*
295:*9, 13, 19*
296:*19*
297:*1, 10, 12,*

*18, 19*
368:*21*
**shape**
184:*15, 18,*
*19*
**share**
386:*17*
387:*3*
390:*3*
392:*12*
393:*2*
455:*4, 9*
465:*24*
466:*10, 11*
467:*9, 13, 15*
**shared**
130:*4*
384:*21*
385:*2, 11, 17,*
*21* 388:*13*
390:*23*
391:*10, 14*
392:*10, 24*
393:*4, 5, 7, 8,*
*13, 17*
394:*11, 21*
465:*1*
466:*4*
467:*18*
**shares**
389:*13, 15,*
*16*
**sharing**
395:*2, 3*
**sheet** 484:*6,*
*9, 11, 14*
485:*7*
**Shire-**
**Takeda**
428:*11*
**Shorthand**
1:*18* 483:*3,*
*18, 19, 20*

**show** 54:*23*
55:*2* 57:*6*
102:*1*
113:*6*
141:*22*
202:*18*
210:*19*
224:*21*
231:*18*
278:*21*
295:*23*
376:*20*
384:*12*
386:*3*
390:*22*
470:*22*
**showed**
123:*23*
163:*19*
168:*14*
268:*10*
460:*15*
**showing**
156:*11, 15*
158:*10*
161:*16*
226:*8*
393:*20*
445:*11*
**shown** 53:*9*
62:*25*
222:*21*
300:*22*
352:*23*
379:*11*
464:*20*
474:*18*
475:*10*
**shows**
167:*23*
318:*13*
332:*2*
369:*24*

372:*21*
461:*9*
**SHUSTER**
3:*19*
**sib** 327:*15*
**sib-control**
327:*16*
**sibling**
86:*15*
327:*14*
**sibling-**
**control**
129:*7, 22*
130:*10*
453:*25*
454:*2, 3, 17*
464:*19*
466:*16*
467:*4*
**siblings**
130:*4*
465:*1, 24, 25*
466:*3, 10*
467:*9, 13, 18*
**sic** 372:*14*
433:*4*
**side** 64:*23*
84:*1, 12, 22*
85:*4, 25*
94:*25* 95:*1*
423:*19*
469:*15*
**sides** 275:*1*
**sign** 484:*8*
**signaling**
11:*1* 46:*23*
47:*5* 48:*18*
187:*14*
**signals**
197:*5*
**signed**
361:*24*
447:*6* 453:*3*

**significance**
162:*22*
163:*17*
165:*1*
170:*7*
216:*3, 4*
318:*24*
462:*24, 25*
**significant**
53:*22* 55:*1*
62:*15*
160:*23*
162:*15*
165:*4, 13*
168:*15*
172:*3*
219:*5*
220:*9*
221:*10*
228:*17, 20*
311:*12*
316:*3*
318:*14*
319:*2*
325:*7, 10*
352:*24*
411:*1, 6*
417:*7, 11*
421:*4*
470:*18, 22*
472:*25*
476:*4*
**significantly**
473:*11*
**signifies**
299:*24*
**signify**
279:*19*
**signing**
484:*9*
**similar**
49:*15*
50:*10*
200:*10*

206:*13*
208:*8*
466:*1, 3*
**simple**
252:*24*
297:*13*
**simplest**
474:*7*
**simply**
132:*12*
276:*20*
288:7
307:*24*
327:*21*
328:7
347:*10*
348:*8*
365:*13*
372:*21*
414:*25*
446:*6*
448:*18*
**simultaneous**
**ly** 18:*10*
**single** 16:*15*
18:6 35:*4*
**sir** 15:*3*
16:*4* 19:*9*
24:9 27:*19*
37:*19*
63:*24* 68:*1*
69:*13* 80:*2*
81:*25* 82:*4*
85:*23*
87:*17* 88:*7,*
*19* 89:*17, 22*
90:*22*
91:*10*
93:*20*
95:*25*
97:*19*
101:*2*
102:*16*
103:*6*

109:*17*
112:*4*
127:*15*
130:*18*
141:*11*
144:*10*
147:*12*
149:*15*
150:*10*
152:2
153:*15*
176:6
181:*16*
182:6
237:*20*
238:*23*
243:*20*
244:*16*
245:*17*
246:*8, 23*
248:*5, 15, 20*
249:*3, 19*
250:*15*
251:*17*
254:5
261:*11*
262:*3, 19*
279:5
319:*21*
321:5
325:*14*
351:*18*
353:*24*
356:2, *4*
360:*5, 10*
382:*12*
393:*24*
408:6
412:*17*
422:*14*
434:*23*
437:9
442:9
443:*22*

448:*22*
455:*15*
468:*22*
**sit** 51:*12, 15*
52:*3*
**site** 44:*22*
56:*16*
**sites** 53:*13,*
*15* 56:*24*
**sitting**
296:*11*
**situation**
128:*24*
313:*1*
372:*12*
**situations**
111:*22*
**six** 49:*24*
155:*8, 11, 12*
379:*7*
381:*22, 25*
**six-item**
379:*4*
**sixth** 476:*10*
**size** 196:*16*
218:7
219:*3*
231:*19*
420:*10*
**sizeable**
62:*9*
**sizes** 76:*22*
**SJ** 129:*25*
**sjohnston@b**
**tlaw.com**
6:*3*
**Sjölander**
129:*24*
130:*15*
132:*10, 15*
133:*1*
464:*24*
467:*24*

**Skadden**
1:*13* 5:*16*
**skewed**
382:*10*
**sko@btlaw.c**
**om** 7:*8*
**SLATE**
5:*16*
**slices** 277:*2*
**slide** 79:*5*
275:*10*
277:*7*
348:*17, 21*
349:*4, 5, 8,*
*10, 12, 16*
350:*1, 4, 9*
351:*15*
352:*22*
353:*16, 19*
354:*1, 12, 14*
**slides** 79:*13*
275:*9*
350:*10*
**slightly**
235:*15, 16*
**small** 24:*21*
53:*22* 54:*6*
56:*5* 57:*19*
59:*6* 76:*23*
218:*8*
231:*10*
235:*14*
382:*3*
401:*11*
**smaller**
143:*16*
170:*15*
231:*8*
**SMITH**
4:*18* 8:*17*
**smokers**
309:*8*
**smoking**
309:*2, 3, 10*

310:*1*
403:*15*
**SNIDOW**
3:*6*
**SNOW** 6:*17*
**SNPs** 139:*1*
**social**
346:*19*
395:*17*
**Society**
343:*18*
**software**
470:*8*
**sold** 404:*11*
**solid** 124:9
340:*20*
377:*24*
**Solutions**
9:*8*
**solve** 194:*8*
**solved**
304:*10*
**somebody**
54:*11*
84:*20*
86:*11, 12*
89:*25*
93:*13*
96:*22* 97:*2*
112:*19, 20*
113:*12*
228:*14*
243:*3*
251:7
258:*4*
285:*20, 25*
291:*19*
296:*15*
297:*16, 22*
330:2 470:*5*
**somebody's**
293:*16*
296:*16*

someone's
267:*12*
293:*13*
**somewhat**
72:*18*
165:*24*
166:*4*
380:*11*
387:*15*
454:*9*
457:*21*
**sorry** 14:*7*
19:*19*
23:*25* 26:*8*
27:*1* 29:*17*
39:*16*
41:*14*
46:*18*
47:*23* 50:*2*
59:*11*
68:*23*
71:*16*
72:*20*
78:*12* 84:*7*
115:*24*
127:*18, 22*
129:*15, 17*
130:*10*
131:*14*
142:*24*
144:*10*
155:*10*
158:*23*
183:*19*
194:*22*
197:*16*
208:*19*
214:*15, 19, 25* 223:*2, 9*
224:*14*
225:*9*
236:*7*
241:*1, 5*
259:*12*

277:*25*
280:*19*
282:*24*
285:*16*
300:*15*
355:*5*
356:*16*
357:*17*
367:*18*
378:*2*
382:*12*
418:*12, 13, 15* 436:*3*
457:*3*
474:*3*
479:*13*
480:*12*
**sort** 54:*20*
89:*7*
109:*18*
213:*25*
254:*15*
315:*7*
328:*10*
333:*2*
427:*24*
431:*2*
452:*16*
480:*21*
**sorts** 214:*3*
380:*19*
**sound**
61:*22*
309:*13*
318:*5*
345:*7*
432:*10*
456:*10*
**sounds**
84:*14*
150:*3*
267:*20*
309:*16*
432:*11*

**source**
18:*25* 19:*6, 12* 122:*7, 16*
166:*6*
167:*9, 15*
169:*4* 480:*8*
**sources**
72:*9* 309:*6*
**South** 8:*13, 18* 9:*2*

**SOUTHERN**
1:*1*
**SOVIK** 8:*17*
**space** 24:*15, 21* 25:*4*
484:*6*
**spaces**
423:*15*
**SPALDING**
7:*16* 8:*1*
**speak** 38:*17*
61:*14*
93:*15*
133:*9*
426:*15, 17, 19*
**speakers**
425:*20*
426:*12, 13, 14, 15*
427:*25*
428:*4*
**speaking**
426:*22*
**special** 17:*2*
82:*24* 425:*3*
**specialize**
17:*15*
**specialized**
16:*16*
**specialty**
16:*23*
116:*24*

**species** 35:*6, 7, 12, 13, 15*
36:*9* 38:*22*
39:*11, 22*
45:*8* 166:*7*
167:*9, 16*
169:*4*
**specific**
32:*2* 98:*21*
100:*21*
103:*5*
119:*10*
125:*14, 17*
187:*6*
225:*24*
299:*11*
329:*13*
336:*16*
340:*16*
373:*6*
375:*3*
388:*19, 22*
409:*24, 25*
425:*8*
441:*11*
447:*16*
448:*10, 23*
452:*24*
455:*8, 9*
456:*2* 466:*7*
**specifically**
348:*14*
444:*11*
447:*25*
**specifics**
329:*12*
**specified**
49:*7*
**specify**
386:*9*
**spectrum**
12:*15*
155:*5*
156:*8*

384:*17, 23*
385:*3, 14*
387:*3*
389:*18*
**speculate**
109:*9*
110:*9*
243:*17*
249:*22*
377:*10*
**speculation**
29:*4, 16*
30:*2, 13*
31:*21*
33:*21*
108:*25*
245:*7, 11*
377:*11*
378:*13*
**speculative**
96:*20*
**spend**
275:*25*
**spoken**
436:*12*
**spot** 188:*16*
190:*5*
**St** 4:*14*
**staccato**
387:*15*
**stage** 172:*9, 11* 414:*13*
**standard**
54:*20* 258:*9*

**standardized**
235:*1*
**standing**
425:*17*
**start** 16:*14*
18:*5* 80:*12*
117:*12*
160:*13*
263:*11*

Confidential - Subject to Protective Order

275:*3*
331:*25*
370:*12*
461:*2*  462:*5*
**started**  28:*6*
**starting**
292:*4*
306:*15, 25*
427:*15*
**starts**  28:*12*
80:*14*
**state**  36:*16*
56:*1*  81:*24*
184:*21*
207:*22*
396:*11*
434:*13*
435:*10*
438:*12*
439:*23*
440:*25*
441:*7, 12*
443:*16*
484:*5*
**stated**
174:*22*
243:*21*
270:*23*
303:*22*
362:*2*
366:*11*
389:*19*
443:*7*
**Statement**
12:*6, 12, 21*
36:*18*
94:*18*
183:*5, 13*
234:*21*
239:*6*
249:*8*
261:*25*
264:*11*
272:*24*

273:*5*
274:*2*
290:*8, 17*
308:*22*
309:*23*
339:*21*
340:*11*
341:*12*
342:*8, 13, 23*
355:*10*
357:*2, 14, 17,
19, 24, 25*
358:*9, 12, 14*
360:*22*
362:*8*
366:*2, 5*
368:*8, 18*
384:*9*
385:*6*
387:*1, 2*
389:*3*
390:*10*
395:*23*
396:*7, 13, 16*
398:*3, 14, 24*
399:*1, 12*
401:*8, 25*
402:*2*
403:*21, 23*
405:*19*
406:*16*
408:*25*
414:*25*
416:*23*
417:*5*
418:*1*
419:*4*
420:*1, 21*
435:*1, 14, 16,
24*  437:*16*
439:*22*
441:*24*
446:*6, 7, 10,
17*  447:*7, 20*

449:*20*
450:*7*
453:*2*
461:*24*
**statements**
104:*25*
212:*11*
363:*8*
419:*24*
420:*22, 23*
433:*22*
439:*19*
440:*24*
448:*23, 25*
449:*2*
450:*25*
451:*4, 6*
452:*8*  453:*4*
**STATES**
1:*1*  160:*15*
365:*11*
407:*5*
**stating**
374:*6*
437:*24*
438:*13*
**statistic**
444:*24*
450:*21*
**statistical**
10:*22*  49:*8*
54:*20*
163:*16*
213:*2*
216:*3, 4*
220:*17*
224:*12*
228:*24*
318:*24*
322:*15*
421:*4*
**statistically**
53:*22*
54:*25*

160:*23*
162:*12*
219:*5*
220:*9*
221:*10*
228:*17*
311:*11*
316:*2*
318:*13*
319:*1*
325:*7, 10*
352:*24*
411:*1, 6*
417:*7, 11*
421:*4*
470:*18, 22*
476:*20*
**statistics**
444:*16*
**status**
163:*20*
458:*2*
**stay**  81:*21,
22*
**stem**  17:*21*
**stenographic**
14:*16*
**stenographic
ally**  483:*7*
**step**  229:*4*
**Stephen**
1:*11*  10:*11,
12, 14*  11:*20,
23*  12:*2, 9*
14:*13, 21*
483:*4*
485:*12*
**steps**  19:*24*
197:*10, 11*
202:*7*
**Stergiakouli**
242:*8*  327:*8*
**Stevenson**
268:*9*

**STEWART**
8:*1*
**stigma**
396:*11*
**STONE**
8:*22*
**stop**  55:*6*
72:*21*
219:*14*
289:*21*
**stopped**
166:*23*
427:*19*
**Stores**  8:*4*
**Stores-PNS**
9:*4*
**stracey@trac
eylawfirm.co
m**  2:*10*
**straight**
97:*20*  98:*2,
9, 11*
**strange**
304:*24*
**stratification**
323:*6*
**Street**  2:*12,
18*  4:*19*
5:*7*  6:*9*
7:*9, 14*  8:*2,
8, 13, 18, 23*
9:*2*
**strengths**
320:*19*
**Stress**
11:*14*  13:*1*
34:*23*
35:*19*  36:*2,
3*  41:*12, 19*
42:*11, 21*
45:*16*
63:*18*
135:*11, 14,
22*  156:*10,*

13, 17
157:11
158:11, 19
160:1, 17
161:11, 16, 25  162:16
164:6, 11
165:6, 14
166:7
167:2, 15, 19
168:4, 5, 10
169:14
170:2, 9, 18
174:9, 24
176:9
177:13, 16
178:6, 12, 25
179:11, 13
180:7
181:8, 17
182:7, 12
183:6
184:22
185:12, 19
186:8, 20, 22
188:2, 12
189:5, 10, 17
190:19
191:2, 9
192:4, 24
455:16
456:8
457:10
461:11
**stressing**
18:2
**stretching**
62:5
**striatum**
197:4
**strike**
130:22
**strong**
209:24

227:24
229:24
230:4, 9
232:16
233:18, 24
234:7, 9, 11, 16, 23  235:5
367:7, 14, 22
416:23
417:16
418:9
419:4, 6, 9, 14  420:8, 9
**strongest**
209:21
403:13
409:2
**strongly**
229:6  395:4
**Structural**
12:22
53:12
55:20
393:21
395:4
407:4
413:19
**structure**
183:24
184:11
**stuck**  233:2, 3
**students**
213:5, 15, 19, 23  303:12
**studied**
43:9  62:23
63:11, 17
64:9  85:10
221:13
364:17
460:1
**studies**
52:24  56:5,

11  57:5, 6, 22  59:5, 6
62:5, 7
63:22
64:21
72:18  74:7
75:20, 21, 22, 23  76:3, 25
77:4, 20, 21
79:16
81:10
85:11
86:15
100:4, 22, 23, 24  101:7, 11
113:5
116:6
118:3, 4, 5
119:1
124:11, 16
129:7, 22
135:21
138:10
139:10
144:4, 7
161:18, 23
163:2, 15
167:18, 25
168:3, 7
190:18, 23
191:9
193:25
194:3, 6, 11, 14  195:6, 11, 15  196:10
201:10
202:10, 11
206:21, 25
207:9
208:25
209:7, 10
210:18, 19
211:20
226:4, 6, 18,

24  227:11
229:5, 11, 19
230:19
231:5, 21
232:12
233:4
236:12, 25
237:11
284:12
301:12
302:7, 23
303:4
307:12
308:10
311:13, 21
312:25
318:10
320:2, 11, 12, 15, 18  324:8, 9  327:8, 19
333:9, 10, 13
334:2
336:11
345:23
352:25
365:2, 3
366:13, 16, 17, 24  367:3
375:4
376:7, 20
377:3
378:15, 24
379:3, 15
380:6, 22
381:4, 23
384:12
385:23
386:1, 3
387:21
388:5, 7, 8, 9, 12  390:22
393:18
395:7
416:6

417:10
419:20
420:2, 5
421:2
433:18
448:7
449:13, 14, 17, 24
451:24
452:19, 24
453:17
469:14
471:7
472:8
473:1, 13, 18
474:3, 5
475:3
476:7, 8, 9, 10, 15
**study**  11:16, 18  53:19
94:8, 15
101:15
116:15, 18
130:10
143:8
152:18
153:12
171:1, 4, 14
172:2
190:16
195:25
197:6
199:12, 24
200:5
201:25
211:19
216:13, 19
218:11, 12
219:7, 25
220:2
221:11
223:22
225:19

226:5, 8, 12, 16 227:1, 10, 17, 23, 25
228:15, 18
229:10, 22, 24 230:5, 7, 13, 14 232:5, 14 233:5, 15, 23 236:13
237:13, 15
242:2
268:9
284:15
317:20, 21, 25 318:4, 12, 18, 21 320:1
321:15
323:17
324:1
327:5, 14, 16, 19, 20
328:13, 18
329:19
331:18
332:2
333:7, 8, 11
336:16
363:17
364:2, 21
373:4
375:13, 23
379:16
420:9, 24
421:6
433:19
453:25
454:2, 4, 17, 24 464:19, 21 466:16
467:4
471:8, 17
472:4, 9
473:11
474:5

475:21
480:13, 21
**studying**
178:12
186:17
194:5
236:20, 21
**stuff** 45:20
264:14
325:18
346:19
**stuttering**
60:25
**style** 387:15
**subject**
229:22
364:23
390:2
455:21
458:24
484:10
**subjected**
237:14, 16
**subjects**
348:23
**sub-sample**
379:19, 21
**Subscribed**
485:15
**subsection**
402:7
**subsequent**
324:15

**subsequently**
328:14
**subsidiary**
424:17
**substance**
37:24 38:5
458:20
485:7
**substantial**
291:20

302:22
429:16, 19, 21 476:16, 17
**substantially**
473:10

**subthreshold**
278:7, 18
282:19
283:4, 9
284:10, 14
291:2
294:19
295:18, 21
297:25
**subthresholds** 281:6
283:23
284:4
**sudden**
67:17
**suddenly**
263:11
**suffers**
54:12
**sufficient**
164:5
177:9, 11
178:24
286:23
287:5
310:10
314:15
317:3, 4
413:25
420:25
**sufficiently**
35:17
**suggest**
57:9
139:10
336:9
386:6

392:25
438:1
471:8
472:9
473:19
**suggested**
164:4
167:1
176:7
292:23
**suggesting**
124:1
169:11
178:16
252:7
253:9 314:9
**suggestion**
219:17
**suggestive**
160:17, 25
161:1
176:14
177:25
**suggests**
143:18, 20
164:8
165:10, 18
177:8
178:17
335:21
368:22
369:16
392:11
394:18, 19, 24 481:21
**SUGNET**
8:17
**suitable**
335:6
**Suite** 2:5, 12 3:7, 16
4:2, 8, 13
5:2, 7, 12

6:3, 9, 14, 21
7:9 8:2, 18
**summarize**
99:25
**summarized**
99:11
**summary**
99:19
102:11, 13, 20
**supplement**
380:3
422:21
423:7, 25
**Supplementary** 11:14
171:5, 12
**support**
81:3 95:15
102:8
105:5
183:12
259:24
274:7
394:13
417:17
420:4
**supported**
72:6, 8, 17
76:10
227:24
420:1
**supporting**
81:16
416:24
**supportive**
83:9 133:5
229:6
**supports**
67:5
118:22
221:12
225:19

226:*15*
410:*6*
**suppose**
73:*23*
116:*13*
163:7
215:*19*, *25*
229:*4*
285:*19*
409:*18*
**supposed**
15:*19*
103:*16*
128:*3*
185:*11*
203:22
431:*10*
**suppress**
466:*16*
467:*4*
**sure** 18:*14*
19:*15*, 22
41:6, *17*
43:6 44:*23*
64:6 68:25
81:*21*
131:*12*
174:*21*
175:*18*
178:*4*
186:*10*
190:7
199:22
208:*18*
226:2
227:9
235:*21*
239:*24*
240:*4*
252:6
269:*4*
273:*16*
275:*10*
282:6

315:*20*
320:*23*
321:*15*
322:*10*
401:6
404:*4*
410:*5*
412:*23*
424:*12*
426:*23*
427:*17*
429:*20*
448:*3*
449:*10*
450:*10*, *11*
454:7, *13*
456:*19*
457:*16*
469:6 471:*3*
**Surgeons**
341:*4*
**survives**
42:*1*
**suscept**
177:*20*

**susceptibility**
65:*4* 136:*6*,
*13*
**susceptible**
136:*8*, *16*
176:9
177:*15*, *21*
178:*5*
**sustained**
185:*19*
**swear** 14:*18*
**sweet**
188:*15*
**switch**
238:*20*, *21*
**sworn**
14:22

483:*4*
485:*15*
**symptom**
89:*18*
204:*24*
**symptoms**
33:*13* 49:*3*,
*7*, *18*, *20*, *23*
50:*6*, *8*, *10*,
*12*, *25* 51:*17*,
*25* 57:*15*
67:6, *19*
117:22
124:*10*
155:*4*, *8*, *10*,
*12*, *16*, *24*, *25*
156:*3*, *5*, *6*
200:*17*
201:9
202:*6*, *8*
206:6
208:*4*
280:*14*
283:*14*, *18*
285:*1*
294:6
295:*17*, *19*
296:*5*, *19*
297:*17*, *19*
298:*1*
324:*17*
381:*21*, *25*
401:*21*
**synapse**
10:*20*
24:*12*, *16*
29:*14*, *18*
**Synapses**
24:*14*
**synonym**
354:*14*
**synonymous**
354:*25*

**synonymousl
y** 355:*9*, *11*
**synonyms**
354:*18*, *20*
402:*13*, *14*
**Syracuse**
8:*19*
**system**
32:*20*
49:*13*, *14*
71:*8*, *25*
72:*23* 73:*2*,
*8*, *12*, *14*, *15*,
*19*, *20* 74:*10*
75:*5*, *12*, *18*
77:*14*
194:*17*
195:*18*
196:*5*
198:*3*, *14*, *15*
**systems**
65:*17*, *23*
69:25 70:*6*,
*11* 81:*5*, *10*,
*12*, *16*
134:*25*
162:*7*
198:*8*
207:*4*
209:*23*
210:*21*

**< T >**
**tab** 397:*5*
**Table**
171:*13*
172:*21*, *24*
173:*3*, *4*, *14*,
*17* 321:*17*
461:22
**tables** 11:*14*
171:*5*
**tabulate**
340:*15*

**tailor** 37:*23*
38:*18*
**tails** 156:*3*
**Taiwanese**
364:2
**TAKADA**
9:*6*
**take** 15:*19*
31:9 40:*2*,
*14*, *20* 67:*16*
69:*10*, *19*
71:*14* 75:*1*
77:*11*
80:*13*, *16*
106:25
107:*10*
108:6, *19*
109:*3*, *22*
110:*20*
112:9, *24*
113:*19*
114:*11*
122:*3*
137:*14*
142:*19*
143:*25*
148:*2*
157:*3*
159:9, *14*, *19*
162:*14*
168:*23*
170:*21*
171:22
175:*19*
176:*16*
181:*2*, *4*, *13*
190:*5*
195:*8*
197:*11*
200:*14*
210:*23*
211:*21*
212:*5*, *13*, *16*
214:*8*, *18*

223:*12*
229:*7*
231:*22*
242:*13*
243:*5, 24*
244:*1, 8, 14,*
*20*  246:*7*
247:*1*
248:*6*
249:*4, 23*
250:*19*
251:*8*
254:*8, 10, 16,*
*17*  255:*16,*
*17*  256:*5, 9,*
*11, 15*  257:*4*
258:*11*
260:*3, 7, 21*
261:*6, 16, 18,*
*25*  262:*5, 7,*
*21*  264:*18*
265:*17*
281:*8*
282:*8, 21*
286:*8*
298:*8*
301:*5*
302:*20*
319:*7*
326:*23*
336:*5, 24*
337:*1*
338:*7*
343:*8, 12*
344:*10*
346:*3*
351:*11*
352:*17*
373:*2*
374:*13*
384:*8*
390:*6*
395:*11*
396:*22*

399:*3*
400:*4, 17*
417:*25*
418:*24*
425:*14*
428:*18*
456:*23*
470:*13*
471:*1*
472:*22*
475:*14*
477:*4*
479:*7, 25*
480:*2*
481:*8, 21*
**taken**
235:*22*
277:*9*
424:*8*
440:*2*
443:*12*
483:*7*
**takes**  28:*5*
52:*11*
83:*25*
84:*11*
92:*16*
112:*20*
113:*1*
167:*21*
314:*10*
**talk**  17:*7*
20:*20*
22:*17*  28:*4*
32:*9*  38:*7*
43:*13, 21*
61:*11*
63:*14*
65:*16*  66:*2*
83:*20*
87:*14*  88:*2,*
*4*  93:*18*
94:*5, 6*
106:*15*

110:*16*
112:*15*
113:*12*
122:*8*
139:*14*
162:*6*
172:*21, 24*
179:*16*
182:*13*
187:*19*
208:*2*
218:*20*
240:*15*
261:*3*
275:*18*
277:*21*
283:*8*
284:*11*
297:*18*
301:*1*
321:*17*
333:*20*
334:*15, 18,*
*22, 25*
335:*19*
336:*6, 23*
337:*2*
351:*17*
382:*20*
387:*22*
407:*10*
413:*17, 19*
442:*22*
465:*20*
**talked**
75:*19*
111:*18*
123:*14*
124:*11*
151:*23*
218:*23*
297:*20*
315:*2*
350:*19*

405:*18*
415:*17*
**talking**
17:*23*
20:*21*
32:*10, 21*
33:*12*
34:*19*  35:*3*
68:*19*
80:*21*
106:*11*
112:*17*
113:*10*
126:*3*
128:*23*
130:*7*
133:*17*
148:*16, 18,*
*25*  155:*11*
156:*19*
174:*12*
193:*25*
204:*2, 3*
205:*17*
212:*20*
223:*5*
226:*3, 8*
228:*9*
233:*9*
237:*11*
254:*2*
255:*19*
256:*18, 20,*
*21*  257:*2*
265:*7*
271:*15*
275:*17, 19,*
*21, 25*  283:*9*
295:*12, 16,*
*18*  310:*20*
313:*13*
325:*5*
330:*10*
351:*1*

364:*21, 22*
372:2, *4*
375:2, *4*
381:*4*
387:*25*
388:*5, 7*
389:*4*
390:*14, 18*
391:*8*
402:*3*
407:*12*
421:*12, 14*
427:*22*
444:*11*
464:*3*
467:*17*
481:*13*
**talks**  233:*7,*
*8*  325:*6*
373:*7*
426:*21*
427:*3, 5, 7,*
*12, 18, 20, 24*
428:*1, 4*
**TALLEY**
5:*1*
**Target**  8:*9*
**tcampbell@k**
**rauseandkins**
**man.com**
4:*7*
**teach**
303:*12*
**team**  382:2,
*3*  383:*9*
413:*12*
**technical**
91:7, *9*
152:*16*
153:7, *9*
217:*3*
473:*12*
**technically**
62:*20*

technician
9:6
technologies
75:15
technology
57:1
tell 14:23
21:3, 7
38:8 44:13
83:21
85:21 94:7
103:23
156:18
159:5, 7
168:9
179:23
199:14
256:1
258:10, 25
268:12
329:14
334:24
337:17, 19
374:22
386:1
407:14
423:10
440:19
447:19
462:14
481:7
telling
36:25
72:14
148:11
210:22
218:21
252:16
257:6
335:25
392:1 414:5
tells 232:22
368:12

temporality
312:23
ten 118:6
181:23
283:17
428:18
457:16
tend 95:14
464:19
tendered
38:19
tens 429:23
430:15
431:22
tenuous
165:9
term 15:5
20:18 21:3
34:6, 9
76:15
309:25
355:13
366:5
372:19
402:10, 15,
20, 23 403:4,
6, 9, 11
463:9
473:12
terms 90:24
93:4, 23
145:12
162:3
220:17
257:5
298:4
386:25
394:13
420:10
439:13
478:17
test 214:3, 4,
6, 15, 18
224:12, 22,

24 228:25
381:1 395:7
tested
166:24
testified
81:25
testifier
83:23
84:21 85:6
87:16, 25
89:19, 23
136:25
testifiers
83:10
85:12
88:15, 16
89:10 90:7
testify
88:14 483:4
testifying
432:16
testimony
83:7
478:23
483:7
testing
164:20
215:16, 17
tests 10:22
213:3, 4, 14,
17, 18, 24
220:18
Texas 1:18
2:12 5:13
483:20
text 223:18
Thank
17:17
71:13
125:2
137:9
164:16
168:21
184:6

190:8
225:13
278:4
282:3
305:7
355:24
424:4
477:21
Thanks
107:17
344:11
479:17
theory
270:25
382:5
ther 17:14
therapeutic
156:16
157:10

Therapeutics
425:16
thing 44:20
45:3 86:18,
25 89:19
102:12
111:11
154:8
280:20
323:3
355:14
377:24
399:17
401:1
402:12
420:12
439:3
454:15
457:15
things
25:12 54:2
66:17
88:16
92:13, 14, 25

108:19
178:1
183:23
188:6
209:8
214:2
225:20
227:20
233:9
234:12
236:10
243:18
256:3
264:7, 10
268:20
272:23
278:13
292:5
337:17
380:25
398:1
401:3, 7
409:25
442:23
450:14
456:7
Think 17:4
18:1 29:7
32:3 49:13
50:3 51:14
52:21 55:5
58:3 59:2
62:8 63:14
64:10, 19, 21,
23 66:8
74:6 76:5,
6, 7 82:21
86:6 89:3,
5 90:6
91:16
92:21
96:19
100:13, 15
103:3

Confidential - Subject to Protective Order

| | | | | |
|---|---|---|---|---|
| 113:*25* | 289:*21* | 451:*19* | 142:*24* | **thresholds** |
| 119:*19, 20* | 290:*5, 12, 14* | 452:*2* | 154:*18* | 50:*11*   295:*7* |
| 123:*6* | 296:*9* | 453:*5, 9* | 158:*17, 24* | |
| 128:*19* | 297:*5* | 455:*23* | 161:*3* | **THURSDAY** |
| 129:*1* | 300:*12, 24* | 456:*4* | 208:*6* | 1:*6* |
| 130:*1* | 301:*15* | 457:*18* | 247:*10* | **time**  14:*6* |
| 134:*5, 6* | 307:*7, 12* | 458:*25* | 274:*7* | 15:*7*  28:*23* |
| 142:*14* | 310:*18* | 462:*2* | 326:*7* | 38:*13, 14* |
| 144:*13* | 312:*3* | 474:*6* | 329:*24* | 60:*15* |
| 154:*19* | 314:*24* | 477:*17* | 381:*1* | 68:*21* |
| 156:*21* | 315:*4, 13* | **thinking** | 448:*15* | 71:*17, 20* |
| 163:*1* | 316:*9, 12* | 122:*19* | 482:*3* | 125:*4, 8* |
| 164:*17* | 321:*7* | 203:*11, 12* | **thoughts** | 139:*8* |
| 167:*22* | 322:*8* | 255:*9, 12* | 159:*6* | 145:*8* |
| 187:*16* | 326:*7, 9* | 334:*11* | **thousand** | 193:*2, 6, 17* |
| 190:*2, 10* | 328:*8, 12* | 336:*18* | 53:*17* | 204:*19* |
| 193:*16* | 330:*3* | 347:*9* | **thousands** | 206:*24* |
| 200:*24* | 333:*1* | **thinks** | 118:*6* | 223:*12* |
| 201:*24* | 334:*11, 16* | 256:*10* | 429:*23* | 248:*19* |
| 203:*3* | 340:*18* | 363:*14* | 430:*15* | 252:*18* |
| 217:*24* | 347:*14* | **third**  28:*16,* | 431:*23* | 265:*19, 23* |
| 221:*3* | 351:*7* | *20, 24* | **three**  264:*5* | 275:*25* |
| 223:*3, 4* | 365:*14, 25* | 160:*14* | 277:*2* | 300:*20* |
| 229:*5* | 366:*8* | 320:*17* | 302:*12* | 303:*9* |
| 231:*14, 16* | 369:*4* | 332:*15, 20* | 320:*14* | 332:*7* |
| 232:*21* | 374:*5* | 338:*25* | 321:*16* | 344:*12, 16* |
| 235:*9* | 380:*8, 21* | 379:*16* | 323:*8, 9* | 348:*10* |
| 237:*8* | 383:*12, 15* | 381:*9*  476:*8* | 345:*22* | 352:*22* |
| 239:*8* | 394:*5, 18* | **thirty** | 378:*25* | 359:*16* |
| 241:*1* | 395:*5* | 484:*15* | 379:*1* | 386:*22* |
| 242:*8* | 397:*7* | **Thomas** | 380:*6* | 415:*20, 21* |
| 243:*10* | 399:*8* | 320:*16* | 381:*3, 4, 14* | 416:*11* |
| 245:*1* | 409:*18* | 327:*8* | 422:*16* | 418:*24* |
| 246:*16* | 416:*13* | **Thompson** | 481:*3, 6* | 421:*18, 22* |
| 247:*18* | 419:*15* | 324:*6*  327:*9* | **three-** | 426:*25* |
| 255:*11, 21* | 425:*14* | **THORNBUR** | **dimensional** | 428:*15* |
| 257:*7* | 426:*5* | **G**  6:*1, 6, 13* | 184:*16* | 432:*14, 15,* |
| 258:*19* | 429:*25* | 7:*1, 5* | **three-** | *21, 25* |
| 266:*10* | 430:*10, 11* | **thought** | **quarters** | 452:*25* |
| 268:*9* | 432:*12* | 39:*24* | 138:*16* | 454:*6* |
| 270:*1* | 438:*12* | 46:*19* | **threshold** | 457:*25* |
| 275:*9, 24* | 439:*9* | 105:*2* | 235:*13, 15,* | 476:*23* |
| 278:*3, 11, 12* | 440:*13, 20* | 119:*11* | *20* | 482:*11, 12,* |
| 288:*1, 2, 11* | 441:*13* | 128:*12* | | *16*  483:*8* |

Confidential - Subject to Protective Order

| | | | | |
|---|---|---|---|---|
| **times** 158:2 | 370:*13* | **trait** 266:2, | **transport** | **trial** 9:6, 8 |
| 201:*15* | 476:*1* | *11* | 56:16 | 216:*15* |
| 268:*20* | **topic** 93:*18* | **traits** 11:*18* | **transporter** | 217:*18* |
| **time-varying** | 125:*12* | 136:7 | 56:*14* 59:4 | 218:*23* |
| 265:*13* | 212:*3* | **transcript** | 72:19 | 320:*10* |
| **timing** 29:6 | 238:*1* | 483:7 | 75:*20*, *24* | 424:*3* |
| **tiny** 184:*17* | 263:7 | 484:*16*, 17 | 76:20 | 425:9 |
| **title** 173:*5* | 420:*14* | | 77:22 | 432:*15*, 16 |
| 360:*18* | 425:8 | **transcription** | 200:*12*, 15 | **TRICIA** 4:7 |
| 366:19 | 455:9, *13*, *14* | 485:5 | 202:*17*, 19 | **tried** |
| **titled** | **topics** | **transgenerati** | 203:7, *9*, 19 | 201:*25* |
| 298:*19* | 349:*17* | **onal** 457:*11*, | 204:4, 6 | 322:7 |
| 360:*20* | **top-level** | *20*, 22 | 205:8 | **triggers** |
| 402:7 | 365:*1* | **transition** | 206:14 | 51:2, *4* |
| **tobacco** | **TORHOER** | 372:13 | **transporters** | **trimester** |
| 309:2, *3* | **MAN** 5:4 | **translatable** | 57:4, 7, 11 | 28:6, *13* |
| **today** 14:*13*, | **total** 377:*11* | 235:2 | 203:*13*, 14, | **trimesters** |
| *17* 82:*1* | 429:*23* | **translated** | *20* | 28:16, 20, 24 |
| 158:2 | **totaled** | 281:*23* | **traumatic** | **TRINH** 9:*1* |
| 159:8 | 432:9 | 396:9 | 54:*12* | **trio** 375:4 |
| 357:*11* | **totality** | **transmission** | 63:*15* | **trouble** 41:4 |
| 432:*14* | 369:9 479:*4* | 11:*17* | 74:*17* | **true** 63:2 |
| 434:*24* | **totally** | 371:5 | 269:*17* | 124:22 |
| 436:*10* | 86:*16* | 372:*14*, 19 | 300:*23*, 25 | 132:*14* |
| 438:22 | 231:*25* | 373:8 | 304:6 | 145:*25* |
| **Today's** | 315:*24* | 377:*18* | 409:*19* | 146:*4* |
| 14:*5* | 369:*21* | 378:*12* | **travel** 355:*8* | 147:*12* |
| **told** 55:*19* | **touchstone** | **transmit** | **treat** 79:*14* | 152:9 |
| 72:*18* | 100:*18* | 378:6 | 366:8 | 169:*25* |
| 115:6 | **toxic** 35:7 | **transmits** | **treating** | 170:*18* |
| 153:*10* | **toxicant** | 375:*17* | 137:*24* | 183:5, *11* |
| 257:*14* | 29:*23* 30:*4*, | 377:*20* | 178:*10* | 214:*11* |
| 261:*21* | *5*, 17 136:*8* | **transmitted** | 252:*13* | 215:2, *9* |
| 264:7 | **toxicants** | 373:*24* | 340:8 | 216:5 |
| 410:*10* | 32:2 | 374:*1* | 341:*15* | 218:*14* |
| 436:6, *8*, *11* | **toxicologist** | 375:*18* | **Treatment** | 242:*18* |
| 445:2 | 31:*25* | **transmitter** | 12:*24* | 248:5, *9*, *20*, |
| **tomography** | **toxins** 457:9 | 25:*16* 26:*19* | 104:*16* | 25 249:*3*, 8 |
| 57:*20* 77:*1* | **TRACEY** | **transparent** | 202:*21* | 267:*24* |
| **tongue-tied** | 2:*8*, *10*, 11 | 101:*11*, *12*, | **treatments** | 301:9 |
| 472:*19* | **tracked** | *13* | 178:*14* | 303:2, *21* |
| **top** 118:9 | 182:*12* | **transparentl** | **treats** 73:*10* | 307:*15*, 19, |
| 361:6 | **trained** | **y** 101:9 | **Tree** 7:*16* | *23* 310:8, *19* |
| 364:*15*, 16 | 51:22 | 448:*11* | | 311:*21* |

318:*23*
403:*19*
410:*8, 15, 19,*
*21, 25*  415:*8*
440:*23*
448:*25*
457:*14*
463:*15*
476:*6, 7, 14*
480:*24*
**true/false**
213:*18*
214:*6*
216:*9*
218:*16*
**true-or-false**
213:*8*
**truly** 450:*16*
**truth** 14:*23,*
*24*  82:*14, 15,*
*23*  83:*22, 24*
84:*10*  86:*1*
87:*15, 18, 25*
90:*11*  92:*8*
93:*21*  96:*1,*
*2*  97:*20, 22*
136:*24*
251:*22*
483:*5*
**truthful**
98:*9*
114:*19*
191:*25*
**truthfully**
96:*10*
125:*20*
131:*23*
157:*14*
252:*8*
**try** 87:*10*
163:*3*
164:*22*
194:*8*
253:*13*

318:*3*
409:*10*
**trying**
58:*17*
68:*12*
82:*15*
96:*24*
111:*17*
115:*9*
132:*20*
146:*8, 12*
149:*19*
157:*12, 13*
176:*21*
229:*4*
232:*11*
236:*12*
238:*4, 5*
252:*16*
255:*11*
263:*22*
265:*11*
276:*3, 9*
290:*7*
296:*9*
297:*5*
300:*4*
315:*17*
328:*3, 7*
329:*2*
338:*25*
340:*15*
347:*2*
353:*6*
355:*23*
365:*1*
383:*3, 6*
388:*24*
392:*2*
403:*3*
407:*6*
423:*5*
462:*1, 3*

**turn** 48:*7, 9,*
*10*  78:*11, 16*
79:*13*  80:*8*
99:*14*
125:*12*
138:*6*
277:*16*
325:*2*
349:*2*
358:*11*
397:*23*
461:*15*
**turned**
328:*15*
**turns** 309:*7*
322:*12*
**tweet** 12:*2*
395:*13*
**twin** 62:*6*
138:*10*
143:*8*
268:*3*
301:*11*
302:*4, 6*
385:*22*
386:*1, 2*
387:*21*
388:*7, 8, 12*
**twins** 268:*2*
**two** 40:*22*
53:*20*
56:*17*  72:*8*
110:*10*
114:*21*
128:*15, 16*
138:*2*
166:*25*
181:*23*
183:*11*
202:*24*
211:*15*
218:*1*
221:*17*
237:*17*

243:*14*
246:*19*
272:*14*
275:*1*
296:*2*
379:*3, 14*
381:*23*
427:*3, 17, 24*
429:*7*
458:*11*
465:*25*
476:*5*
**two-thirds**
295:*2*
**Tylenol**
14:*11*
106:*6, 21, 25*
107:*9, 10, 23*
108:*6, 19*
109:*4, 20, 22*
110:*20*
112:*7, 9*
113:*18*
114:*11*
136:*22*
211:*21*
212:*5, 14, 16,*
*22*  243:*5*
254:*8, 17*
**type** 100:*19*
126:*15*
127:*15*
128:*4*
133:*21*
134:*13, 23*
227:*18*
313:*11*
395:*3*
**types** 18:*12*
22:*7, 10, 19*
56:*22*
117:*21*
127:*10*
196:*16*

209:*8*
352:*7*
390:*22*
426:*22*
**typical**
254:*18*
341:*15*
428:*17, 18*
429:*2*
**typically**
51:*3*  56:*20*
92:*10*
123:*5*
134:*4*
173:*13*
174:*19*
201:*10, 12*
202:*7*
217:*19*
218:*25*
227:*12, 16*
236:*4, 20*
279:*12*
303:*6*
329:*10*
333:*13*
380:*1*
455:*13*
464:*3*
467:*10*
472:*14*

**< U >**
**Uh-huh**
272:*22*
284:*21*
309:*12*
324:*16*
384:*18*
**ultimately**
64:*24*  65:*1*
167:*1*
441:*14*

Confidential - Subject to Protective Order

| | | | | |
|---|---|---|---|---|
| **Umbilical** | 237:*24* | **understood** | **upper** | 366:*4* |
| 11:*13* | 246:*1* | 150:*19* | 461:*3, 8* | 367:*24* |
| **unable** | 248:*23* | 435:*18* | **use**  10:*12* | 370:5, *24, 25* |
| 185:*10* | 267:9 | **undertaken** | 11:*20, 22* | 371:9, *15, 18* |
| **unclear** | 277:23 | 338:*12* | 12:*1, 13* | 372:8 |
| 389:*11* | 287:*12* | **underway** | 26:*10, 19* | 377:5, *14* |
| **uncomfortab** | 303:*15* | 29:*1, 14, 19* | 34:5, *9, 13* | 378:7, *9* |
| **le**  109:*12* | 306:*23* | **undetermine** | 60:*6*  61:*15,* | 381:*20, 23* |
| **unconfounde** | 315:*20* | **d**  141:2 | *25*  70:*13* | 383:*15* |
| **d**  310:*22* | 317:*21* | | 76:*15* | 402:15, *19,* |
| 311:*3, 11* | 329:22 | **undiscovered** | 94:*12* | *20, 23*  403:*4,* |
| 315:*24* | 353:5 | 294:*3* | 106:2 | *9*  407:*16, 23* |
| 316:2 | 371:*14* | **undoubtedly** | 111:*24* | 408:*13, 20* |
| **underestimat** | 380:*15* | 466:*1* | 112:2 | 410:*11, 16* |
| **ing**  163:7 | 385:*19* | **unfair**  37:*11* | 116:4 | 414:*3, 6* |
| **underlying** | 388:*24* | **unfortunatel** | 118:*13* | 416:25 |
| 473:*13* | 403:*3* | **y**  146:2 | 120:*23* | 419:*10* |
| **undermine** | 409:*11* | 170:6 | 139:*16* | 436:8 |
| 95:*14* | 426:7 | 340:*3* | 160:*24* | 453:*13* |
| **understand** | 430:*19* | 409:*16* | 200:4 | 467:7 |
| 43:*15*  47:*2,* | 431:*3, 16* | **UNITED** | 201:22 | 480:6, *7, 11,* |
| *4*  54:*3* | 435:*25* | 1:*1*  407:*5* | 202:*11* | *15* |
| 82:*4, 11, 16,* | 437:9, *19, 23,* | **unknown** | 212:21 | **useful** |
| *22*  83:*11, 17* | *25*  444:*19* | 9:*6*  271:*20* | 217:*18* | 161:*3* |
| 86:9  88:*6,* | 451:*15* | 272:5 | 227:*12* | 193:*10, 15,* |
| *19*  94:*11* | 467:*6, 7* | 314:7 | 236:*12* | *16, 20*  208:*9* |
| 95:*16, 22* | 482:*11* | 375:8  386:*8* | 237:*1, 2, 3* | 324:4 |
| 103:22 | **understandin** | **unmeasured** | 241:*14, 16,* | 383:*12* |
| 104:*18* | **g**  44:*15* | 229:*23* | *19, 21*  242:7 | **uses**  23:*21* |
| 105:*13, 19* | 61:*16* | 230:*10, 16,* | 257:*15* | 133:2  370:2 |
| 112:*14* | 91:*10* | *24*  332:*15* | 277:*17* | **usually** |
| 115:6 | 103:6 | **unpack** | 285:*18* | 123:*4* |
| 121:*19* | 105:*21* | 415:*11* | 288:22 | 128:*13, 15* |
| 122:*13* | 167:*14* | | 309:*1, 25* | 160:*10* |
| 146:*11, 13,* | 209:7 | **unreasonable** | 320:9, *10* | 276:25 |
| *14*  147:8, *9* | 212:9 | 72:*15* | 324:*14* | 277:*1* |
| 149:9, *20, 23,* | 256:*3* | **unrelated** | 348:22 | 287:7 |
| *24*  154:*17* | 310:*3* | 132:*4* | 354:*15, 16* | 401:*11* |
| 172:25 | 356:*13* | **unreliable** | 355:*10, 11* | 426:*15, 16* |
| 175:4 | 404:*13* | 318:2 | 356:*16, 17* | 464:*5* |
| 176:*3* | 416:4 | **unusual** | 358:*24* | **utero**  209:*1* |
| 186:*18* | **understands** | 321:*13* | 362:8 | 284:*24* |
| 187:8 | 164:*19* | **updated** | 364:8 | 310:7 |
| 214:5, *16* | 440:*14* | 341:*14* | 365:20 | |

311:22
313:12, 14

< V >
**Vague**
20:16  22:4
32:7  34:4
463:9
**vagueness**
228:6
**valid**
238:25
239:9
**validated**
172:6
202:12
**valproate**
403:16
404:9, 14
405:2
**value**  216:2
**values**  10:24
**variability**
152:17
153:11
154:12
218:8
**variant**
117:15, 18
140:20
236:22
269:10, 20,
21  271:16
**variants**
64:25
117:14
140:6, 7, 14,
24, 25  142:3,
11, 12, 13
145:4, 20
148:9
269:11, 24
271:1
272:1

284:19
292:10, 11
293:14
302:1
388:17
434:3, 15
**variation**
117:15
**variations**
394:1
**variety**
74:22
136:16
**various**
171:21
188:6
284:22
309:6
337:7
348:23
390:22
434:25
445:2
**VAYA**
423:19, 23,
24
**Vayarin**
423:6  424:1
**verbatim**
483:7
**versus**
11:17
87:15
124:21
136:22
236:15
255:17
257:4, 5
261:17
272:1
**video**  14:8
51:9, 11, 15
**VIDEOGRA
PHER**  14:1,

3  71:16, 20
125:4, 8
193:2, 6
265:19, 23
344:12, 16
421:18, 22
476:25
482:16
**Videotaped**
1:11
**view**  10:16
232:7, 8
233:22
234:9
238:5
271:9
274:24
275:6, 11
285:10
289:17, 18
302:7
326:18
332:19
360:3, 12, 15
362:5
411:7
449:15
479:24
**views**
235:16
326:17
354:24
**VINH**  5:1
**violate**
430:21, 23
**violating**
126:7, 9
430:11
431:4
**violation**
37:5  431:18
**Visscher**
151:20

**volume**
170:19
289:11, 12
**volumes**
170:10, 15

< W >

**WAGSTAFF**
4:1
**wait**  41:10
68:4, 5, 22
69:12
86:22  87:7
109:24
131:19
132:18
164:14
176:20
197:16
205:24
215:20
224:14
225:14
245:8
325:15
355:2
382:7, 14
399:13
449:6
**Walgreen**
7:4
**Walgreens**
7:5
**Walmart**
8:4
**Wal-Mart**
8:4
**wandered**
58:3
**want**  41:13
46:7  55:5,
9  56:10
68:25

78:11, 25
87:4  88:2
96:16, 25
97:4
100:16
115:7, 25
125:12
141:23, 24
143:3
146:13
156:22
159:6
172:24
178:19
179:18
187:19
208:15
211:22
212:6, 14
213:23
224:21
226:25
227:3, 9
229:20
240:2
248:18
252:2
253:11
254:1
258:12
259:17
261:3
276:8
278:22
279:3
297:8
309:18
312:17
315:19
321:6, 8
325:4
334:16
336:2, 3, 5
348:14

Confidential - Subject to Protective Order

350:*14*
362:*24*
389:*1*
400:*12*
423:*11*
431:*8, 15, 20*
432:*1*
443:*14, 16, 18* 455:*12, 25* 468:*22*
469:*3, 10*
477:*4*
481:*20*
**wanted**
127:*19*
283:*25*
326:*5*
347:*11, 20, 24* 348:*11*
**wants** 46:*5, 8* 106:*24*
**warn**
104:*20*
414:*9*
**warned**
405:*23*
**warning**
161:*5*
**warns** 405:*2*
**Washington**
6:*9* 7:*9*
**Watt** 5:*2*
**WATTS**
3:*10, 12, 13*
40:*6*
**way** 20:*9, 18* 32:*23*
33:*9* 43:*5*
61:*15, 16, 25*
65:*3* 69:*1*
75:*13, 16*
76:*15*
97:*11*
100:*14*

103:*2*
115:*11*
120:*25*
130:*18*
131:*1*
153:*7*
165:*10*
176:*15*
179:*21*
192:*19*
197:*21*
203:*22*
205:*19*
216:*12*
220:*21*
221:*3*
252:*13*
262:*7*
266:*10*
279:*5, 21*
280:*12*
283:*6*
284:*16*
306:*12*
321:*23, 24*
333:*2*
356:*10*
363:*3, 9*
371:*7*
383:*16*
396:*17*
407:*14*
408:*7, 9*
410:*20*
420:*11*
439:*2, 12*
444:*23*
448:*10*
463:*21*
471:*14*
**ways** 17:*23*
66:*9* 83:*21*
116:*7, 10*
120:*22*

338:*24*
366:*3*
475:*19*
**weak** 230:*9*
234:*23*
324:*13*
325:*6*
**weaker**
246:*2*
**weaknesses**
202:*15*
320:*19*
**wearing**
477:*17*
**web** 346:*20, 21* 348:*4*
396:*24*
**website**
288:*22*
341:*8*
343:*17*
347:*1, 25*
348:*5*
397:*25*
398:*11, 13*
429:*5*
439:*21*
**weigh** 111:*7*
**Well** 16:*13*
18:*7* 22:*13, 15* 26:*9*
27:*3* 28:*11, 12* 30:*3*
31:2, 22
34:*5* 36:*11*
37:*9* 40:*4*
43:*12*
44:*15* 46:*2*
51:*8, 14*
54:*17* 58:*5, 15, 17* 62:*3*
64:*6* 71:*6, 10* 74:*5, 15*
75:*1, 10*

76:*14*
77:*11* 86:*5, 24* 88:*6, 25*
90:*10* 93:*9*
94:*3* 98:*5*
99:*3*
100:*13*
101:*2, 5*
102:*4, 11, 16, 20* 103:*18*
109:*14*
110:*12, 25*
111:*16*
112:*2*
113:*12*
114:*4, 16*
115:*4*
116:*12, 23*
117:*12*
119:*4, 7, 15*
122:*11*
123:*19*
125:*19*
127:*22*
128:*22*
129:*6*
132:*18*
134:*3*
140:*5*
141:*17*
146:*1, 5*
148:2, 14
150:*10, 15*
152:*13, 21*
153:*6*
156:*20*
157:8, 23
158:*8, 18, 23*
159:*3, 9, 11*
160:*6*
167:*11*
168:*1*
170:*13*
173:*1, 5*

175:*17*
176:*14, 19*
178:*17*
179:*8, 20*
180:*12*
181:*1*
183:*10*
184:*14*
185:*2*
186:*7, 9, 12*
189:*23*
192:*3, 9*
194:*20, 21*
195:*19*
197:*12*
198:*10, 12, 16* 200:*22*
202:*9, 24*
204:*23*
205:*16*
207:*20*
210:*8*
211:*5, 15*
212:*1*
213:*16, 21*
217:*11, 12, 17* 218:*20*
220:*5, 25*
221:*1*
227:*3, 10*
228:*5*
229:*3, 13, 17*
230:*3, 15*
231:*6*
233:*11*
234:*4, 10*
236:*8*
237:*23*
238:*10*
242:*12*
243:*8, 12, 20*
244:*25*
246:*7, 16, 23*
247:*6, 22, 24*

Confidential - Subject to Protective Order

251:*13, 16, 21, 25*
252:*12*
253:*5, 7*
255:*3, 5*
256:*4, 8*
260:*19*
262:*11, 18*
269:*3, 15, 19*
276:*1, 3, 6*
283:*3*
285:*2*
287:*18*
288:*8, 23*
289:*24*
290:*11*
293:*8*
294:*11, 16*
295:*16*
299:*10*
300:*3*
302:*18*
305:*2*
306:*3, 19*
308:*25*
309:*19*
312:*5, 22*
314:*24*
315:*9, 12*
316:*25*
317:*6*
319:*18*
321:*2, 4*
322:*2*
325:*20*
330:*13, 22*
334:*8, 21*
338:*14*
339:*16*
341:*8*
342:*4*
346:*18*
347:*13*
348:*7*

350:*19, 25*
351:*13, 21*
354:*4*
359:*7, 15, 21*
363:*5*
367:*5*
368:*5, 20*
369:*20*
371:*17*
372:*1*
375:*11*
377:*23*
378:*15*
380:*24*
381:*10*
383:*1*
385:*8*
386:*23*
387:*8, 11*
388:*5, 6, 9, 10, 23* 389:*1, 25* 391:*5*
392:*20*
394:*15*
402:*7, 23*
404:*24*
406:*5*
408:*24*
411:*14*
413:*17, 19*
416:*19*
423:*12*
424:*18*
425:*25*
426:*14, 15*
427:*22*
428:*2, 4, 11*
431:*9*
432:*14*
434:*10*
435:*18, 23*
436:*16*
437:*15*
440:*1*

441:*17*
442:*10, 16*
443:*20*
446:*9*
447:*24*
449:*22*
451:*12*
454:*4, 5*
456:*6*
461:*7*
462:*5*
464:*23*
465:*8*
470:*2*
471:*13*
475:*13, 17*
480:*5*
481:*20*
**well-defended**
340:*17*
**well-defined**
52:*22*
**well-described**
269:*22*
314:*6*
**well-documented**
409:*13*
**well-known**
230:*11*
314:*6*
**well-powered**
118:*7*
**we're** 20:*21*
28:*23*
32:*10, 21*
33:*11*
34:*19*
41:*11*
43:*12*
71:*17, 21*

72:*13*
81:*19, 22*
83:*21* 94:*4*
113:*9*
123:*7*
125:*5, 9*
128:*23*
130:*7*
131:*8*
133:*17*
146:*12*
155:*11*
164:*1, 9, 10, 20, 21* 168:*2*
170:*22*
172:*25*
181:*23*
186:*10*
205:*17*
225:*1*
226:*7*
232:*23*
233:*2, 3*
236:*12*
237:*11, 25*
257:*7*
265:*20*
277:*14*
283:*9*
292:*4*
295:*12, 16, 18* 300:*1*
305:*13*
308:*16*
311:*1*
315:*22*
316:*13*
320:*8*
325:*5*
330:*9*
339:*15*
340:*15*
341:*4*
343:*11*

344:*17*
351:*1, 7*
358:*10*
364:*20, 21, 22* 365:*1*
366:*14*
386:*23*
389:*25*
390:*14*
393:*6, 9*
399:*8*
402:*3*
405:*16*
407:*12*
409:*21, 23*
414:*4*
416:*10*
417:*14*
418:*20*
419:*14*
421:*12, 13, 19* 455:*20*
467:*17*
476:*23*
477:*2*
**West** 1:*13*
5:*7, 18*
7:*14* 8:*8*
**we've** 58:*3*
94:*8*
139:*18, 19*
175:*5*
188:*5*
215:*25*
233:*14*
237:*21*
246:*9*
250:*15*
262:*20*
275:*20*
296:*14*
297:*14*
305:*12*
307:*21*

Confidential - Subject to Protective Order

308:7
311:*20*
314:*13, 16*
320:*10*
335:8
355:*16, 18*
370:*13*
417:6
434:*24*
476:*24, 25*
477:*23*
**wheelhouse**
43:5
**white**   279:*6, 18*
**Whoa**   44:*4*
**Wholesale**
7:*10*
**Wickens**
201:*24*
**wide**   104:*4, 5, 13*
**willing**
84:*21*
249:22
250:2
251:*21*
**window**
63:*12*
415:*20*
**wish**   141:*20*
148:*13*
**withdraw**
46:*10*
205:22
206:2   305:*6*
**withdrawing**
442:*17*
**withdrawn**
21:*24*
23:*10*
25:*25*
31:*13, 14*
72:23   75:2

88:*21*
98:*16*
116:*17*
119:*24*
123:*10*
133:20
135:*8*
137:*15*
189:*16*
194:*12*
199:*11*
208:*23*
225:7
226:*10*
249:*20*
260:*5*
261:*13*
262:22
270:*5*
291:*16*
296:*15*
298:*17*
305:*11*
336:8
351:*18*
356:*3*
357:*16, 22*
361:2
376:*16*
408:*8*
420:*20*
464:*15*
**withdrew**
225:*10*
**withhold**
273:*11*
274:*8, 13*
**witness**
14:*19*
15:*24, 25*
16:*9*   19:*19*
20:*3, 17, 24*
21:*21*   22:5
23:*6, 16*

24:*2, 5, 9, 24*
25:*19*   26:*6, 25*   27:*10, 17*
28:*1, 11, 19*
29:*5, 17*
30:*3, 15*
31:*4, 22*
32:*8, 16*
33:*7, 23*
34:*5, 13*
35:*1*   37:*9, 22*   38:25
39:*16*   40:*3, 10, 17, 22*
41:*3, 9, 22*
42:*7, 14*
43:*4, 20*
44:*10, 14*
45:*11, 19*
46:2   47:*4, 15, 22*   48:*1, 5, 23*   49:6
50:*18*
52:*19*
55:*15*   58:*5, 12*   59:*1*
60:4   64:*18*
65:*21*   68:*5, 11, 23*   69:*5, 21*   70:*4, 9, 16, 21*   71:*1*
72:3   73:*4, 23*   75:*9*
76:*14*
77:*19*
80:*20*   82:*9, 21*   83:*17*
84:*7, 14, 25*
85:*2, 17*
86:*5, 24*
87:*10, 23*
88:*8, 11, 25*
89:*3*   91:*3, 15*   92:*7*

93:*9*   94:*3, 25*   95:*9, 21*
96:*1, 8, 19*
97:*7, 21*
98:*2, 5, 8*
99:*3*
100:*13*
101:*5*
103:*13*
104:*2, 24*
105:*18*
106:*10*
107:*4, 14*
108:2
109:*8*
110:*4, 25*
111:*16*
112:*12*
113:*25*
114:*16*
115:*4, 16*
116:*23*
117:*8*
120:*6, 15*
121:*17*
122:*1*
123:*19*
126:*21*
127:*4*
128:*10*
129:*12, 15, 17, 21*
131:*14, 18*
132:*20, 25*
134:*3, 19*
135:*4, 17*
136:*11*
139:*24*
141:*7, 17*
144:*19*
146:*8*
147:*18*
149:*19*
150:*23*

151:*14, 18*
152:*12*
153:*23*
155:2
157:*1*
158:*3, 14, 23*
159:*20*
164:*16*
165:*23*
166:*12*
167:*11*
174:*12*
175:*2, 17, 24*
176:*1, 12, 22, 25*   177:*19*
179:*8, 25*
180:*5, 12*
182:*11*
183:*10*
184:*7*
185:*16*
186:*1*
187:*3*
188:*23*
189:*9, 23*
190:*14*
191:*5, 15*
192:*9, 17*
194:*20*
196:*9*
197:*15, 20*
199:*3, 21*
200:*21*
204:*15*
205:*14*
206:*9*
207:*8, 20*
209:*6, 21*
210:*8*
211:*2, 14*
212:*1*
214:*14, 19, 25*   215:*10, 22*   216:*10*

Confidential - Subject to Protective Order

| | | | | |
|---|---|---|---|---|
| 217:*11* | 274:*12, 19* | 334:*8* | 407:*20* | 481:*2* |
| 218:*17* | 275:*15* | 336:*14* | 408:*16* | 482:*1*  484:*1* |
| 219:*15, 20* | 276:*13* | 337:*14* | 409:*6* | **witnesses** |
| 220:*5, 25* | 278:*11* | 338:*5* | 410:*14, 25* | 82:*5, 13* |
| 222:*11* | 279:*11* | 341:*19* | 412:*20* | **woman** |
| 223:*2, 8, 13* | 280:*18* | 342:*4* | 413:*10* | 103:*9* |
| 224:*2* | 281:*18, 22* | 344:*4* | 414:*13, 24* | 106:*5, 22* |
| 225:*9, 12, 23* | 282:*2* | 345:*11* | 415:*11* | 107:*7, 16* |
| 226:*22* | 285:*15* | 347:*17* | 417:*4, 22* | 108:*5, 8, 18* |
| 228:*5* | 286:*4, 13, 21* | 350:*25* | 418:*15, 22,* | 109:*2, 18* |
| 229:*17* | 287:*11* | 352:*4* | *25*  424:*11* | 110:*7, 19* |
| 230:*3* | 289:*6, 9* | 353:*5, 19* | 430:*12, 15* | 111:*10* |
| 234:*4* | 290:*5* | 354:*4* | 431:*9, 13, 19* | 112:*5* |
| 237:*23* | 291:*13* | 355:*22* | 434:*10* | 114:*7* |
| 238:*4, 19* | 292:*3* | 356:*9, 25* | 436:*25* | 244:*16, 20* |
| 239:*4, 12* | 294:*9* | 358:*20* | 437:*15* | 246:*10* |
| 240:*1, 5* | 296:*8, 22* | 359:*15* | 438:*7, 10* | 250:*15, 18,* |
| 243:*10* | 299:*1, 20* | 360:*6* | 440:*12* | *19*  251:*1* |
| 244:*12, 25* | 300:*12* | 362:*14, 24* | 441:*5* | 254:*6, 12, 18* |
| 245:*10, 19* | 301:*22* | 364:*1, 11* | 442:*18* | 256:*1* |
| 246:*16* | 304:*21* | 365:*23* | 444:*9* | 262:*5, 20* |
| 247:*9, 17* | 305:*7, 22* | 367:*10, 18* | 445:*16* | 336:*19* |
| 248:*23* | 306:*19* | 368:*17* | 446:*5, 22* | 352:*17* |
| 249:*12* | 307:*4* | 369:*2, 20* | 447:*10, 24* | 478:*18* |
| 250:*2, 10, 23* | 308:*4* | 371:*2, 13, 24* | 449:*8* | 479:*6* |
| 251:*13, 25* | 309:*16* | 372:*18* | 450:*20* | **women** |
| 252:*13, 15* | 310:*17* | 373:*12* | 451:*11* | 103:*7* |
| 253:*2* | 311:*7* | 374:*5, 16* | 452:*7* | 105:*15* |
| 254:*21* | 312:*2, 15* | 375:*1, 22* | 453:*9* | 106:*5* |
| 255:*5* | 313:*6, 19* | 376:*25* | 455:*20* | 111:*5* |
| 257:*23* | 314:*20* | 377:*9, 23* | 456:*13, 17,* | 210:*22* |
| 258:*19* | 315:*16* | 382:*14, 16* | *24*  459:*15,* | 211:*5, 6, 11* |
| 259:*5, 8, 12,* | 316:*25* | 383:*3, 6* | *24*  460:*11,* | 212:*20, 21* |
| *14*  260:*12* | 317:*13* | 388:*4* | *20*  463:*8* | 241:*14, 19,* |
| 262:*10* | 318:*9, 16* | 389:*10* | 464:*23* | *21*  242:*7* |
| 263:*5, 22* | 319:*20* | 390:*18* | 469:*6, 11* | 243:*24* |
| 266:*8, 24* | 322:*7* | 391:*24* | 470:*2* | 244:*6, 13* |
| 267:*18* | 324:*24* | 394:*5* | 471:*1, 13* | 249:*23* |
| 268:*8, 17* | 325:*22* | 399:*11, 16* | 472:*13* | 255:*16, 17* |
| 269:*3* | 326:*9* | 400:*19* | 473:*22* | 258:*25* |
| 270:*11, 20* | 329:*1* | 402:*19* | 475:*13* | 260:*3, 7, 20,* |
| 271:*6, 14* | 330:*25* | 404:*18* | 477:*9* | *22*  261:*16,* |
| 272:*25* | 331:*2, 24* | 405:*6* | 479:*19* | *18*  262:*25* |
| 273:*15* | 332:*24* | 406:*1* | 480:*20* | 264:*2, 6* |

334:*3*
370:*1, 5*
405:*23*
406:*11*
407:*15, 22*
408:*8, 12*
410:*10*
411:*17, 20*
413:2, *5, 23*
414:*5, 9, 20*
415:*2*
416:*16, 25*
478:2, *14*
480:*1, 8*
481:*7, 21*
**women's**
445:*18*
**wondering**
19:*6*
**Woodland**
8:*24*
**word** 31:*5*
61:*11, 25*
62:*1* 75:2
77:*12*
121:*13*
122:*24*
165:9
182:*18*
257:*19*
276:*16*
307:*5*
332:*25*
351:*16*
353:7, *25*
354:*8, 11, 13*
390:*13*
391:*20*
394:*18*
412:7
470:*13*
**words**
24:*18*
25:*24*

61:*12* 91:6
95:4
120:*20*
132:*13*
150:*11, 14,
18* 151:*1*
234:*11*
239:*19*
240:*13*
247:*4, 14, 21,
22, 23* 258:2,
8 261:*23*
329:*11*
334:22
387:*23*
465:*10*
**work** 53:*16*
54:*21*
55:25 56:*2,
4* 77:*24*
79:*14*
94:*17*
118:9
131:*20*
166:*23*
167:6
168:8
182:*17*
194:*13*
195:6, *10*
213:*20, 22,
23* 234:*15*
242:5
289:*12*
306:*5*
359:*17*
423:8, *14*
431:*12*
432:*18*
453:*3*
**worked**
53:*4* 121:*5*
429:6

**working**
273:9
274:6
427:*1*
431:*20*
440:*15*
468:*12*
481:*4*
**works**
73:*11*
86:*10*
218:9
277:*24*
283:6
**workup**
283:*12*
**World** 12:*5,
11, 19* 53:*14*
55:22
56:*15*
61:*13* 94:4
104:*13*
137:8, *17, 20,
22* 138:*4*
142:*20*
144:*1*
153:*15*
269:22
281:*10, 15*
288:*5, 6, 15,
21* 289:2, *19,
20* 297:7
337:*21*
338:*11, 15,
20, 25* 339:*4,
18* 340:*5*
341:*12, 22*
342:*6, 11, 15*
343:*4*
360:*12, 20*
361:*5, 10*
362:6
368:*3, 7*
398:*10, 12*

445:*10, 16*
448:*17*
**worldwide**
118:*20*
**worried**
232:*24*
334:*14*
336:*21*
**worries**
144:*12*
**worry** 316:*5*
**worth**
161:*22*
186:*2, 4*
329:*15, 18*
**wow** 64:*3*
**Wray**
151:*20*
**write** 91:*20,
21* 138:*9, 24*
141:*24*
153:*24*
162:*9, 21*
180:*17, 19*
181:*7*
247:*14, 21*
273:*11*
299:*13*
301:*6*
302:*22*
303:*17*
319:*25*
401:*7*
403:*13*
406:*9*
412:*24*
418:*7*
455:*13*
**writes** 462:*7*
**writing**
107:*20*
137:*17*
149:*21*
150:*24*

161:9
253:*12*
255:*8*
343:*4*
372:*16*
413:*12*
444:*10*
454:*10*
**writings**
287:*23*
334:*1*
439:*18, 20,
21* 441:*7*
**written**
102:*13*
108:*13*
148:*12, 13*
150:*25*
154:*5*
157:*20*
214:*4*
246:*23*
268:*21*
321:*10*
342:8, *24*
347:*10, 21*
387:*15*
392:*1*
441:9
442:7
443:*11*
451:*3, 4*
454:*6, 8, 13,
15* 457:*25*
**wrong**
185:*10*
223:*3, 13*
391:7
392:*3*
418:*13, 22*
436:*15*
439:9
471:*21*

**wrote**
150:*12, 14, 16, 20*
153:*15, 25*
166:*3*
182:*20*
192:22
206:24
208:22
211:*16*
247:*4, 22, 23*
263:*24*
321:*5*
324:*20*
327:*1*
342:*12*
343:*17*
346:*14*
360:*16*
362:6
368:8
390:*1*
402:6
443:*7, 19*
446:*16*
450:24
453:22
454:*21*
456:*8* 460:*4*

**< Y >**
**Yeah** 20:*3*
26:*7, 8, 25*
28:*12*
31:*12*
39:*19*
43:*20*
48:*17* 64:*4, 11* 80:*23*
89:*15* 98:*6*
103:*17*
109:*8*
116:*14*
137:*10*

138:*19*
140:*8, 21*
142:*7, 8*
144:20
145:*3, 7*
150:*17*
155:*21*
159:*2, 17, 18, 20* 160:*20*
163:25
165:23
166:*12*
169:*1, 9*
170:*23*
173:*10*
174:*15*
175:*24*
177:*5*
181:*11, 12*
182:*3*
183:*3, 21*
197:*15, 21*
199:*3*
204:*5, 10, 15*
208:*19*
219:*24*
223:*2, 4*
224:*16*
226:*7*
233:*13*
237:*3, 21*
238:*10*
239:*18, 22*
240:*3, 12*
241:*23*
243:*10*
249:*17*
255:*6, 7, 10*
258:*6*
259:*12, 14*
266:*24*
274:*19*
277:*15, 18*
280:*19*

281:*13*
282:*9*
284:*5*
285:*12, 16*
286:*21, 24*
287:*11*
288:*13*
289:*6, 21*
293:*4*
295:*20*
299:*2, 12*
300:*18*
311:*16*
313:*14*
314:*13*
315:*16*
321:*6*
330:*18*
331:*24*
332:*24*
334:*4*
335:*7*
345:*11, 19*
346:*8, 9, 10, 25* 347:*17*
349:*1*
358:*4*
367:*15*
375:*1*
381:*17*
385:*20*
395:*14, 16*
397:*8*
399:*9, 18*
400:*8, 10*
401:*6*
404:*2, 7*
405:*6, 14*
417:*4*
418:*19*
422:*23*
424:*13*
429:*8*
430:*12*

437:*3*
456:*25*
462:*1*
466:*13*
**year** 81:*20*
428:*17, 19*
429:*2, 15, 24*
**years** 45:*21*
138:*2*
181:*23*
213:*17*
292:*14*
304:*11*
310:*5*
428:*18, 22*
429:*7*
457:*17*
**yell** 38:*17*
**yellow**
419:*23*
**Yep** 15:*25*
144:*20, 21*
171:*3*
330:*25*
348:*20*
358:*13*
456:*12*

**YORK** 1:*1, 14* 2:*19*
3:*22* 5:*19*
6:*21* 7:*3, 15, 20* 8:*8, 19* 14:*9, 10*
**young**
294:*25*
295:*1*
427:*15*
**Ystrom**
327:*4, 19, 20*
332:*18*
334:*1*
346:*12*
476:*11*

**< Z >**
**zero** 218:*4, 5, 6* 220:*17*
393:*23*
**ZOOM**
2:*10, 11, 16, 17* 3:*1, 2, 3, 4, 5, 6, 13, 14, 15, 21* 4:*1, 7, 12, 18* 5:*1, 6, 11* 6:*1, 2, 8, 13, 19, 20*
7:*1, 8, 13, 19*
8:*1, 7, 12, 17, 22* 9:*1*
399:*21*