```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    22md3043 (DLC)
IN RE: Acetaminophen – ASD-ADHD          :    22mc3043 (DLC)
Products Liability Litigation            :
                                         :          ORDER
---------------------------------------- X
```

DENISE COTE, District Judge:

On October 10, 2023, plaintiffs requested guidance on how to file documents unrenderable in .pdf format in conjunction with their oppositions to the defendants' Rule 702 motions (22MD3043: ECF No. 1266).  Since documents that are unrenderable in .pdf format may not be uploaded to ECF, it is hereby

ORDERED that plaintiffs shall deliver one thumb drive containing the document to this Chambers and shall deliver a second thumb drive containing the documents to the Clerk of Court.

IT IS FURTHER ORDERED that the Clerk of Court is directed to accept the plaintiffs' submission for filing and shall retain the thumb drive in the case file.

Dated:     New York, New York
           October 11, 2023

                                          _____
                                                   DENISE COTE
                                          United States District Judge