

250 South Clinton Street, Suite 600
Syracuse, New York 13202

Telephone 315-474-2911
Facsimile 315-474-6015

**David M. Katz**
Associate Attorney
dkatz@smithsovik.com

October 16, 2023

*Syracuse | Buffalo*
*Hudson Valley | Long Island*

<u>**VIA CM/ECF**</u>
The Honorable Denise L. Cote
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 1910
New York, New York 10007

        **Re:   Rite Aid Corporation: Notice of Bankruptcy Filing and Stay**
            ***In Re: Acetaminophen ASD/ADHD Prods. Liab. Litig.***
            **Case No.:  1:22-md-3043 (DLC)**

Dear Judge Cote,

       Smith, Sovik, Kendrick & Sugnet, P.C. represents Defendant, Rite Aid Corporation ("RAC"), in the member cases of this multidistrict litigation where RAC is currently named as a Defendant.  I write to inform the Court that, on October 15, 2023, RAC and certain of its affiliates filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101—1532, in the United States Bankruptcy Court for the District of New Jersey.

       RAC will shortly begin filing a Suggestion of Bankruptcy for Rite Aid Corporation, which contains a Notice of Automatic Stay of Proceedings, in each individual member case where RAC has been named.  RAC also intends to file a similar notice on the master docket pertaining to all cases where RAC is named a Defendant in this MDL.

               Respectfully Submitted,

               David M. Katz

CC:   Counsel of record (via CM/ECF)