UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: Acetaminophen – ASD-ADHD Products Liability Litigation<br><br>This Document Relates To: *All Cases* | Docket No. 22-md-3043 (DLC) |

### DECLARATION OF ASHLEY C. KELLER
### IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF RULE 702 MOTION TO EXCLUDE DEFENDANTS' EXPERT DR. WENDY CHUNG

1. My name is Ashley C. Keller, and I am a partner at Keller Postman, LLC. I am Co-Lead Counsel for the Plaintiffs in this MDL. I declare under penalty of perjury that the below is true and correct.

2. Attached hereto as **Exhibit 1** is a true and correct copy of Mark J. Taylor et al., *Etiology of Autism Spectrum Disorder and Autistic Traits Over Time*, 77 JAMA Psychiatry 936 (2020).

3. Attached hereto as **Exhibit 2** is a true and correct copy of Henrik Larsson et al., *The Heritability of Clinically Diagnosed Attention-Deficit/Hyperactivity Disorder Across the Life Span*, 44 Psychological Med. 2223 (2014).

4. Attached hereto as **Exhibit 3** is a true and correct copy of Beata Tick et al., *Heritability of Autism Spectrum Disorders: A Meta-Analysis of Twin Studies*, 57 J. Child Psychology & Psychiatry 585 (2016).

5. Attached hereto as **Exhibit 4** is a true and correct copy of Thomas Rolland et al., *Phenotypic Effects of Genetic Variants Associated with Autism*, 29 Nature Med. 1671 (2023).

Dated: October 20, 2023          Respectfully submitted,

**KELLER POSTMAN LLC**

/s/ *Ashley C. Keller*

Ashley C. Keller (IL Bar #1029118)*
KELLER POSTMAN LLC
150 N. Riverside Plaza, Suite 4100
Chicago, Illinois 60606
(312) 741-5220
ack@kellerpostman.com
*Admitted Pro Hac Vice

Attorney for Plaintiffs

2