UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: Acetaminophen – ASD-ADHD
Products Liability Litigation

Docket No.: 22-md-3043 (DLC)

This Document Relates To:

*All Cases*

## DECLARATION OF KRISTEN L. RICHER

I, KRISTEN L. RICHER, an attorney duly admitted to practice law in this Court, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am a Partner with the law firm of Barnes & Thornburg LLP, and am Defense Liaison Counsel and a Member of the Retailer Liaison Committee in the above-referenced litigation.

2. I submit this Declaration in support of: (1) Defendants' Reply in Support of Motion to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Autism Spectrum Disorder, (2) Defendants' Reply in Support of Motion to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Attention Deficit Hyperactivity Disorder, and (3) Defendants' Reply in Support of Motion to Exclude Plaintiffs' General Causation Experts' Opinions Regarding Biological Plausibility/Mechanism.  I have personal knowledge of the following facts as set forth in this Declaration and, if called as a witness, I could and would competently testify as to the matters stated herein.

3. Annexed hereto as **Exhibit 1** is a true and correct copy of the September 29, 2022 transcript of oral argument in *In re Acetaminophen – ASD/ADHD Products Liability Litigation*, MDL No. 3043, before the United States Judicial Panel on Multidistrict Litigation.

4. Annexed hereto as **Exhibit 2** is a true and correct copy of Algorta, *Diagnostic Efficiency of the SDQ for Parents to Identify ADHD in the UK: A ROC Analysis*, 25 Euro. Child Adolesc. Psychiatry 949 (2016).

5. Annexed hereto as **Exhibit 3** is a true and correct copy of Bandoli, *Acetaminophen Use in Pregnancy: Examining Prevalence, Timing & Indication of Use in a Prospective Birth Cohort*, 34(3) Paediatr. Perinat. Epidemiol. 237 (2020).

6. Annexed hereto as **Exhibit 4** is a true and correct copy of Levy, *ASD Screening with the Child Behavior Checklist/1.5-5 in the Study to Explore Early Development*, 49(6) J. Autism Dev. Disord. 2348 (2019).

7. Annexed hereto as **Exhibit 5** is a true and correct copy of Liu, *Oxidative Stress in Autism Spectrum Disorder—Current Progress of Mechanisms and Biomarkers*, 13 Frontiers in Psychiatry 1 (2022).

8. Annexed hereto as **Exhibit 6** is a true and correct copy of Mattheisen, *Identification of Shared & Differentiating Genetic Architecture for Autism Spectrum Disorder, Attention-Deficit Hyperactivity Disorder & Case Subgroups*, 54(10) Nat. Genet. 1470 (2022).

9. Annexed hereto as **Exhibit 7** is a true and correct copy of Mazefsky, *Child Behavior Checklist Scores for School-Aged Children with Autism: Preliminary Evidence of Patterns Suggesting the Need for Referral*, 33 J. Psychopathol. Behav. Assess. 31 (2011).

10. Annexed hereto as **Exhibit 8** is a true and correct copy of Oerbeck, *Early Predictors of ADHD: Evidence from a Prospective Birth Cohort*, 24(12) J. Atten. Disord. 1685 (2020).

11. Annexed hereto as **Exhibit 9** is a true and correct copy of Overgaard, *The Predictive Validity of the Strengths and Difficulties Questionnaire for Child Attention-Deficit/Hyperactivity Disorder*, 28 Euro. Child Adolesc. Psychiatry 625 (2019).

12. Annexed hereto as **Exhibit 10** is a true and correct copy of Rescorla, *The CBCL/1½–5's DSM-ASD Scale: Confirmatory Factor Analyses Across 24 Societies*, 50(9) J. Autism Dev. Disord. 3326 (2020).

13. Annexed hereto as **Exhibit 11** is a true and correct copy of Riglin, *Investigating the Validity of the Strengths and Difficulties Questionnaire to Assess ADHD in Young Adulthood*, 301 Psychiatry Research 1 (2021).

14. Annexed hereto as **Exhibit 12** is a true and correct copy of Ruisch, *Pregnancy Risk Factors in Relation to Oppositional-Defiant and Conduct Disorder Symptoms in the Avon Longitudinal Study of Parents and Children*, 101 J. Psychiatr. Res. 63 (2018).

15. Annexed hereto as **Exhibit 13** is a true and correct copy of Spencer, *Screening for Attention-Deficit/Hyperactivity Disorder and Comorbidities in a Diverse, Urban Primary Care Setting*, 57(12) Clin. Pediatrics 1442 (2018).

16. Annexed hereto as **Exhibit 14** is a true and correct copy of Stergiakouli, *Acetaminophen in Pregnancy and Adverse Childhood Neurodevelopment—Reply*, 171(4) JAMA Pediatrics 396 (2017).

Dated: October 20, 2023                                   **BARNES & THORNBURG LLP**

*/s/ Kristen L. Richer*
Kristen L. Richer
2029 Century Park East, Suite 300
Los Angeles, CA 90067-2904
Tel (310) 284-3896
Fax (310) 284-3894
Kristen.Richer@btlaw.com

*Defense Liaison Counsel* and *Member of Retailer Liaison Committee*