# Keller | Postman

October 30, 2023

**VIA ECF**

The Honorable Denise L. Cote
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 1910
New York, New York 10007

Re.   *In Re: Acetaminophen – ASD–ADHD Products Liability Litigation*, Case No. 1:22-md-03043 (S.D.N.Y.) – Rule 702 Hearing Date
**This Document Relates To:** All Cases

Dear Judge Cote:

I write because an Illinois appellate court in an unrelated matter recently set oral argument on December 5. That date, of course, falls during the week of December 4, which the parties are holding for any Rule 702 hearing the Court may wish to hold. If December 5 is the only day the Court has available that week, I will gladly ask the appellate court for a continuance. But if the Court has the flexibility to select any other day that week, I would be grateful for the accommodation.

I have conferred with counsel for Defendants, and they have graciously agreed not to oppose my request. And, at your convenience, both sides would welcome any additional guidance the Court is willing to provide regarding hearing format and logistics. Thank you for your consideration.

Sincerely,

*/s/ Ashley Keller*
Ashley C. Keller (*Pro Hac Vice*)
KELLER POSTMAN LLC
150 N. Riverside Plaza LLC, Ste. 4100
Chicago, Illinois 60606
(312) 741-5220
ack@kellerpostman.com