

Kristen L. Richer, Partner
2029 Century Park East, Suite 300
Los Angeles, CA 90067-2904
Tel (310) 284-3880
Fax (310) 284-3894
Kristen.Richer@btlaw.com

November 2, 2023

**VIA ECF**

The Honorable Denise L. Cote
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 1910
New York, New York 10007

>   *In Re: Acetaminophen ASD/ADHD Prods. Liab. Litig.*, **1:22-md-3043 (DLC)**
>   **Joint Letter Regarding Texas Cases**

Dear Judge Cote,

The Parties write jointly regarding the Court's July 31, 2023 Order: Amended SFC and Renewed Motions to Dismiss (DE 785), which directed the Parties to meet and confer regarding the scope of cases in which Texas law may apply and a proposed briefing schedule for related motions.

At the time of the Court's July Order, the Parties contemplated that Plaintiffs' Fact Sheets (PFS) would inform whether Texas law applies to certain plaintiffs' claims. A new PFS schedule has since been entered (DE 1134), pursuant to which the cases at issue now have PFS due on a rolling basis through the end of November.[1] The Parties therefore respectfully request that the deadline to report to the Court on this issue be continued to December 19 to allow the Parties time to meet and confer based on information provided in the sworn PFS.

The Parties appreciate the Court's consideration, and are available to discuss the above at the Court's convenience.

>   Respectfully submitted,
>
>   *Kristen L. Richer*

---

[1] One additional Plaintiff has requested an extension to serve his PFS, such that the PFS—although initially due on October 30—has not yet been served.