```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :    22md3043 (DLC)
IN RE: Acetaminophen – ASD-ADHD           :    22mc3043 (DLC)
Products Liability Litigation             :
                                          :    ORDER: DAUBERT
----------------------------------------- X         HEARING
```

DENISE COTE, District Judge:

The Court will hear oral argument on Defendants' Rule 702 motions on Thursday, December 7, at 10:00 a.m. The parties shall have three hours of oral argument. The parties shall meet and confer as to how they will divide that time, including the order in which they will address the Court.

As of now, the Court does not require the testimony of any expert at the hearing. Should this change, the Court will notify the parties.

SO ORDERED.

Dated:   New York, New York
         November 7, 2023

                                   _____
                                           DENISE COTE
                                   United States District Judge