# WATTS | GUERRA LLC

MIKAL C. WATTS
Attorney at Law
mcwatts@wattsguerra.com

Board Certified Personal Injury Trial Law
Texas Board of Legal Specialization

Millennium Park Plaza RFO
Suite 410, CII2
Guaynabo, Puerto Rico, 00966
210.447.0500 PHONE
210.447.0501 FAX
www.wattsguerra.com

November 28, 2023

**By ECF**
The Honorable Denise L. Cote
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 1910
New York, New York 10007

Re:   *In Re: Acetaminophen – ASD/ADHD Products Liability Litigation*, Case No. 1:22-md-03043-DLC (S.D.N.Y.) – Counsel Seeking Reappointment to Plaintiffs' Leadership Team

Dear Judge Cote:

We write pursuant to Your Honor's November 16, 2023 Order (Doc. #1348), directing counsel seeking reappointment to file an application for renewal.

In response, Plaintiffs' Leadership Team respectfully seeks the reappointment or appointment, as explained further below, of the following counsel:

*First*, Mikal Watts, Ashley Keller and Mark Lanier respectfully seek reappointment as Co-Lead Counsel for another year. (*See* Exs. 1, 2 & 3 hereto).

*Second*, Daniel Sullivan respectfully seeks reappointment as Plaintiffs' Liaison Counsel for another year. (*See* Ex. 4 hereto).

*Third,* all appointed members of the Plaintiffs' Steering Committee seek reappointment for another year (*see* Ex. 5, Julien Adams; Ex. 6, Tricia Campbell; Ex. 7, Charles J. Cooper; Ex. 8, Eric Cracken; Ex. 9, Patrick Luff; Ex. 10, Neal Moskow; Ex. 11, Richard M. Paul III; Ex. 12, Ruth Rizkalla; and Ex. 13, Lindsey Scarcello), with the exception of Mr. Paul Danziger and Mr. David Matthews, who have asked not to be reappointed due to the demands of other business. Accordingly, Co-Lead Counsel respectfully requests that the Court appoint Greg Dovel to the Plaintiffs' Steering Committee for his significant past and expected future contributions to this case.  (*See* Ex. 14 hereto).

*Fourth,* in recognition of the anticipated future needs of this litigation, Co-Lead Counsel also respectfully requests that the Court appoint Evan Janush as Co-Chair of the Discovery/ESI Committee (*see* Ex. 15 hereto), Amanda Hunt as Co-Chair of the Science and Expert Committee (*see* Ex. 16 hereto), and otherwise reappoint the current Committee Chairs for another year. (*See* Exs. 17 (Ashley Barriere, Chair of Law & Briefing Committee); 18 (Eric Holland, Chair of

Discovery/ESI Committee); 19 (W. Roger Smith, Chair of Science & Expert Committee); 20 (Zoe Littlepage, Chair of Settlement/Lien Resolution Committee); 21 (Ann Callis, Chair of Federal/State Court Liaison Committee); and 22 (Sean Tracey, Chair of Early Vetting/Bellwether Selection Committee).

If the Court has any questions about these requests, please do not hesitate to let us know. We are grateful for the opportunity to serve, and remain,

Sincerely,

_____

WATTS GUERRA LLC
Mikal C. Watts - mcwatts@wattsguerra.com
Millennium Park Plaza RFO, Suite 410, C112
Guaynabo, Puerto Rico 00966
Phone: (210) 447-0500

KELLER POSTMAN LLC
Ashley C. Keller - ack@kellerpostman.com
150 N. Riverside Plaza LLC, Suite 4100
Chicago, IL 60606
Phone: (312) 741-5220

THE LANIER LAW FIRM
W. Mark Lanier (State Bar of New York #4327284) - mark.lanier@lanierlawfirm.com
Tower 56; 126 East 56th Street, 6th Floor
New York, New York 10022
Phone: (212) 421-2800