```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/01/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE: Acetaminophen – ASD-ADHD
Products Liability Litigation

-----------------------------------------------------------------X

**SETTLEMENT SCHEDULING CONFERENCE**

**22-MD-3043 (DLC)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A Settlement Scheduling telephone conference in this matter is hereby scheduled for **Thursday, January 4, 2024, at 4:30 p.m.**  At the scheduled time, counsel for the parties shall dial the Court's conference line at **866-434-5269, Access Code 4858267**.

SO ORDERED.

Dated: December 1, 2023
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge

2