```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :    22md3043 (DLC)
IN RE: Acetaminophen - ASD-ADHD           :    22mc3043 (DLC)
Products Liability Litigation             :
                                          :        ORDER
----------------------------------------- X
```

DENISE COTE, District Judge:

In an Opinion and Order dated December 18, 2023, the defendants' motions to exclude the plaintiffs' expert testimony were granted. Accordingly, it is hereby

ORDERED that the parties shall meet and confer as to next steps in this litigation and file a joint status letter by January 12, 2024.

Dated:   New York, New York
         December 18, 2023

                                    _____
                                            DENISE COTE
                                    United States District Judge