# HOLLAND LAW FIRM

TRIAL PRACTICE
www.hollandtriallawyers.com

December 22, 2023

The Honorable Denise L. Cote         VIA ECF
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1910
New York, NY 10007-1312

**Re: *IN RE: Acetaminophen – ASD-ADHD Prods. Liability Litigation*
Case No.: 1:22-md-03043 (S.D.N.Y.)
This Document Relates to All Cases**

Dear Judge Cote:

Pursuant to Your Honor's Order on November 22, 2022, regarding Plaintiffs' Proposed Leadership Appointments (DE #200), I report with regard to matters pending in state court.

Regarding the *Bartle* matter pending in St. Clair County, Illinois, the parties continue to review discovery in preparation to meet and confer.

Regarding the *Cooksey* matter pending in Madison County, Illinois, the parties continue briefing related to Defendants' Motions to Dismiss. Plaintiff has responded and Defendants will file their reply in January. The matter will be before Judge Smith on January 25, 2024.

Apart from the foregoing, no member of the Leadership Team, nor any attorney in the law firm in which that member belongs, has filed any additional action related to the MDL in state court since the last update to you.

Respectfully,

/s/ *Ann Callis*
Ann Callis – acallis@hollandtriallawyers.com
HOLLAND LAW FIRM
211 N. Broadway, Suite 2625
St. Louis, MO 63102
(314)241-8111 - Telephone
(314)241-5554 - Facsimile