# HOLWELL SHUSTER & GOLDBERG LLP

*425 Lexington Avenue*
*New York, New York 0017*
*Tel: (646) 837-5151*
*Fax: (646) 837-5150*

December 30, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/02/2024

By ECF

The Honorable Katherine H. Parker, United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 750
New York, NY 10007

Re: *In Re: Acetaminophen – ASD/ADHD Products Liability Litigation*, No. 1:22-md-03043-DLC (S.D.N.Y.)

Dear Judge Parker:

I write on behalf of the parties with respect to the settlement scheduling conference currently scheduled for January 4, 2024, Dkt. 1374. On December 18, 2023, Judge Cote issued a decision granting Defendants' motions under Federal Rule of Evidence 702 to exclude the general causation experts proffered by Plaintiffs. *See* Dkt. 1381. Judge Cote also directed the parties to meet and confer and advise the court via letter on January 12, 2024 as to how they propose to proceed in light of that decision. Given these developments, the parties do not believe a settlement scheduling conference would be productive at this time and therefore respectfully request that the January 4, 2024 settlement conference be adjourned *sine die*.

Respectfully Submitted,

/s/ Daniel M. Sullivan
Daniel M. Sullivan

HOLWELL SHUSTER & GOLDBERG LLP
425 Lexington Avenue, 14th Fl.
New York, N.Y. 10017
Telephone: 646.837.5151
Facsimile: 646.837.5150
Email: dsullivan@hsgllp.com

*Plaintiffs' Liaison Counsel*

**APPLICATION GRANTED:** The Settlement Scheduling Conference scheduled for **January 4, 2024** is hereby adjourned sine die.

APPLICATION GRANTED

*[Signature]*

Hon. Katharine H. Parker, U.S.M.J.
01/02/2024