**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: Acetaminophen – ASD-ADHD Products Liability Litigation | Docket No. 22-md-3043 (DLC) |
| **This Document Relates To:** *Stokes et al. v. Johnson & Johnson Consumer Inc.*, 1:23-cv-11278 *Phippen et al. v. Johnson & Johnson Consumer Inc.*, 1:23-cv-11079 *Bordoy et al v. Johnson & Johnson Consumer Inc.*, 1:24-cv-693 *Day et al. v. Johnson & Johnson Consumer Inc. et al.*, 1:23-cv-11252 *Mota et al. v. Johnson & Johnson Consumer Inc.*, 1:23-cv-11074 | |

## PLAINTIFFS' DISCLOSURE OF RULE 26 EXPERT WITNESS PURSUANT TO GENERAL CAUSATION DISCOVERY AND MOTIONS ORDER

Pursuant to General Causation Discovery and Motions Order (Doc. 391) and the Federal Rule of Civil Procedure 26(a)(2)(B)(iv-vi), Plaintiffs hereby disclose the following expert witness Roberta B. Ness, M.D., M.P.H., who may be called upon to provide expert testimony in the above-captioned matters. Plaintiffs further disclose that Dr. Ness specializes in the area of women's health and epidemiology.

1. Pursuant to the requirements of Fed. R. Civ. Pro. 26(a)(2)(B), the opinions Dr. Ness intends to offer and the bases and reasons for them are contained in her report, attached as **Exhibit A**. A list of materials Dr. Ness has considered and/or reviewed in forming these opinions, in addition to those cited in her report, is attached as **Exhibit B**.

2. Pursuant to the requirements of Fed. R. Civ. Pro. 26(a)(2)(B)(iv), attached as **Exhibit C**, please find a *curriculum vitae* outlining Dr. Ness' qualifications, including a list of all publications authored in the previous ten (10) years.

3. Pursuant to the requirements of Fed. R. Civ. Pro. 26(a)(2)(B)(v), attached as **Exhibit D**, please find Dr. Ness' deposition and trial testimony for the previous four (4) years.

4.    Pursuant to the requirements of Fed. R. Civ. Pro. 26(a)(2)(B)(vi), Dr. Ness' hourly rate is $500 per hour for all work except in-person work including depositions, presentations, and testimony, which shall be billed at $1000 per hour.

Dated: February 7, 2024                    Respectfully submitted,

/s/ *Ashley C. Keller*
**KELLER POSTMAN LLC**
Ashley C. Keller – *Pro Hac Vice*
KELLER POSTMAN LLC
150 N. Riverside Plaza, Suite 4100
Chicago, Illinois 60606
Phone: (312) 741-5220
Fax: (312) 971-3502
ack@kellerpostman.com
***Counsel for Sarah Stokes, individually and as general guardian of K.G., Michelle Phippen, individually and as general guardian of P.P. and L.A., and Jessica Mota, individually and as general guardian of M.M.***

/s/ *Brett A. Emison*
**LANGDON & EMISON, LLC**
Brett A. Emison – *Pro Hac Vice*
911 Main Street, P.O. Box 220
Lexington, MO 64067
Phone: (660) 259-7199
Fax: (660) 259-4571
brett@lelaw.com
***Counsel for Alisha Day, individually and as general guardian of A.D.***

/s/ *Daniel C. Burke*
**BERNSTEIN LIEBHARD LLP**
Daniel C. Burke, Esq.
10 East 40th Street
New York, New York 10016
Phone: (212) 779-1414
dburke@bernlieb.com
***Counsel for Juan Bordoy, individually, and Mary Elin Arce, individually and as mother of J.B.***

# Exhibit A

**Report on the question of whether acetaminophen causes ADHD in children exposed during pregnancy**

**Roberta B. Ness, MD, MPH**

**February 7, 2024**

I have been retained to assess the degree to which the epidemiologic and other supporting literature supports a case for general causality between prenatal use of acetaminophen (APAP) and attention deficit hyperactivity disorder (ADHD). This report represents my expert assessment of the question: "Does acetaminophen use during pregnancy, within a reasonable degree of medical and scientific certainty, more likely than not cause ADHD?"

I am a former, tenured, full professor of medicine, obstetrics/gynecology, and epidemiology, and the Rockwell Endowed Professor in Public Health at the University of Texas at Houston.  From 2008 to 2014, I was Dean of The University of Texas School of Public Health, one of the largest such schools in the nation, with over 1,300 masters/doctoral students and 500 faculty and staff on six campuses throughout the state of Texas.

I am a recognized expert in women's health and epidemiology. My book, *Health and Disease Among Women* (1999), established the leading paradigm in the field of women's health research, termed "gender based biology."  Moreover, my approximately 450 peer review publications and 20 federally-funded grants cover topics including risk factors for cancer, pregnancy complications, and cardiovascular disease.  My international accolades include membership in the exceedingly selective National Academy of Medicine, the most prestigious honorary society of physician-scientists in the United States.   I have been inducted as a member in other prestigious honorary societies, including the American Society for Clinical

1

Investigation and Delta Omega Honorary. I am former president of the American College of Epidemiology and the American Epidemiologic Society.  I am also a Fellow of the American College of Physicians, and associate editor or on the editorial board of numerous scientific journals.  My other honors include a 1996 Leadership Award from the Family Health Council; 2006 Laureate Award from the American College of Physicians; 2008 Distinguished Professor of Women's Health from the Society for General Internal Medicine; 2013 Petersdorf Lectureship from the American Association of Medical Colleges; 2013 Snow Lifetime Achievement Award from the American Public Health Association; and 2014 Athena Swan Lectureship at Oxford University. In 2011, I was a U.S. Presidential appointee to the Mickey Leland Center for Environmental Air Toxicant Research. I have been an advisor to the National Institutes for Health, the Centers for Disease Control and Prevention, National Academies of Science, and the Department of Defense, among other agencies. In 2017, I won the highest lifetime achievement award in my field, the Lillienfeld Award. In 2022, I was recognized as one of the world's Best Female Scientists by the highly respected website, Research.com, based on the over 35,000 citations of my publications, as well as my awards and achievements.

I received my MD from Cornell University and my MPH in epidemiology from Columbia University. My education, training, and experience are set forth in greater detail in my Curriculum Vitae which is attached.  I am compensated at the rate of $600 per hour for my work on this case and $1000 per hour for any time during deposition or trial that I am at the venue and working.

An analytical review and evaluation of the published literature along with my education, training and experience provide the basis for my opinion. The methodology I used with regard to assessing general causation incorporates a set of characteristics suggested by Sir Austin Bradford Hill in 1965 to describe the conditions needed for epidemiologic studies to establish

2

causality (Hill 1965) and since adapted and used in reports issued by many scientific agencies, such as the International Agency for Research on Cancer, Environmental Protection Agency, National Academies of Science.

Bradford Hill Criteria

Hill's tenets for consideration of causality include: 1) strength of association; 2) consistency; 3) specificity; 4) temporality; 5) biologic gradient (dose-response); 6) biologic plausibility; 7) coherence; 8) analogy; and 9) experiment.  Consistency and temporality are often considered to carry particular weight by epidemiologists with whom I have collaborated (notably I have been president of two of the three major societies of epidemiology and so have had many and ample opportunities to discuss this).  Experimentation—in particular a randomized controlled trial—is the gold standard for establishing causality, but for reasons discussed below, the association between APAP and ADHD has never been studied and likely never will be studied in a clinical trial. Therefore, cohort studies are the best design available to assess causation here.

Each of these will be considered at the end of my report, after a review of contributing studies. In addition to these core considerations, as suggested by leaders in the field of epidemiology, I will discuss the possibility that an observed association is not real but instead non-causal or even spurious because it is contaminated by systematic errors including bias and confounding. (Glass 2013)

As noted in one influential review, "[t]he Bradford Hill Criteria remain one of the most cited concepts in health research and are still upheld as valid tools for aiding causal inference." (Fedak 2015)

Researchers employ Hill's criteria in accordance with Bradford Hill's recommendation regarding how to decide "that the most likely interpretation" of an association "is causation." Hill explained his methodology and offered the following nine (non-exclusive) elements – none of which, except temporality, is individually necessary to make a causal inference – but instead are employed in aggregate and based on expert judgement, after a complete and systematic review of the literature.

*Strength of Association*

The greater the magnitude of the association between the exposure and the outcome, the more likely a causal relationship exists. "A strong association can help to rule out hypotheses that the association is entirely due to confounding or other bias." (Rothman 2008) Bradford Hill cautioned that this factor is not always determinative, because there are relationships that are truly causal but not large in magnitude. As he put it: "[W]e must not be too ready to dismiss a cause-and-effect hypothesis merely on the grounds that the observed association appears to be slight. There are many occasions in medicine when this is in truth so." As a result, there is "no general rule for how large an association needs to be to meet this consideration," and attempts to require "sharp boundaries," "such as at a doubling of risk" are based on "fallacious arguments," which should not be followed. (Hill 1965)

Thought leaders in the field of epidemiology, including Ken Rothman, former editor of the journal *Epidemiology* and author of two the most influential textbooks in the field: *Modern Epidemiology* and *Introduction to Epidemiology*, noted "there are many weaker associations that are generally agreed to reflect causal effects," including the link between "air pollution and mortality," "smoking and heart disease," and "environmental tobacco smoke [*i.e.*, secondhand smoke] and lung cancer." (Rothman 2008) Although relatively weak, these associations "are considered

causal in part because they have been replicated in a variety of populations using different designs and in part because considerations other than strength," i.e., the other of Hill's factors.

Although some have asserted that an odds ratio ("OR") of 2.0 or more should be required before making a causal inference, that set-point is arbitrary and represents no important clinical or biological reality. Presumably, it is a legal surrogate for the need to prove that it is more likely than not that exposure X causes outcome Y in an individual patient, in the absence of a differential diagnosis or differential etiology analysis. However, the case specific criterion for whether or not an individual person's disease is "more likely than not" caused by an exposure is not equivalent to an OR of 2.0 – the former representing a reasonable degree of scientific certainty based on Hill's tenets and judgement, while the latter represents a numeric doubling of risk. These are completely different concepts. It is true that the larger the effect size, the less likely it is to be subject to bias and confounding, but there are many cases wherein poor study design has led to consistently large risks that turned out to be spurious (e.g., Vitamin C and Vitamin E were protective for endpoints in early observational studies but not in later clinical trials). (Jha 1995) The converse is also true – there are many modest associations now accepted as causal (see below). To scientists and clinicians, an association of modest size demonstrated in well-conducted studies and found with excellent consistency is considered far more convincing than stronger, less consistent links from poorly conducted studies—even if some of the risk ratios are high.

Examples of associations in the range of 1.3 to 1.6 follow. Notably, in each of these situations, these modest associations were accepted as causal by the epidemiologic community, changed clinical opinion, and altered public health practice.

5

Example 1: Occupational exposure to Benzene and risk of leukemia: In 2010, a meta-analysis of 15 epidemiologic studies found that worksite benzene exposure increased risk of any leukemia by 40% (relative risk 1.40, 95% CI 1.23–1.57). (Khalade 2010) On the basis of this literature and support, benzene is considered a cause of leukemia and is regulated as such.

Example 2: Post-menopausal hormone therapy (HT) and breast cancer risk: The Women's Health Initiative clinical trial showed that HT increases risk of breast cancer by 26% after an average 5 years of use. That level of risk was sufficient for clinical interest groups and governmental agencies to advise women to use hormone therapy for limited periods of time, if at all, because of the risk that HT causes breast cancer and other adverse events (HT was associated with a 29% increase in coronary heart disease, and 41% increase in stroke). (Rossouw 2002) A meta-analysis of clinical trials and observational studies in 2018 found that use of this therapy increased risk of breast cancer by 59% (relative risk 1.59, 95% CI 1.40–1.81). (Kim 2018) These results led to FDA-required label warnings on estrogen and progesterone therapy preparations, and to clinical warnings against use of estrogen plus progesterone for prevention of chronic conditions. (Grossman 2017)

Example 3: Trichloroethylene and risk of kidney cancer: In 2012, a meta-analysis was published showing that occupational exposure to trichloroethylene was associated with an approximately 30% increased risk for kidney cancer (relative risk 1.32, 95% CI 1.17–1.50). (Karami 2012) This and other evidence resulted in trichloroethylene being reconsidered by IARC, which then deemed it Group 1: carcinogenic in humans.

Example 4: Talc and ovarian cancer: The elevated risk from talc use is an 8% to 30% excess risk as indicated by several meta-analyses. For example, a pooled hazard ratio (HR) from cohort studies was 1.08 (0.99–1.17), on the edge of statistical significance. The HR for women

6

with a patent tract was 1.13 (1.01–1.26). (O'Brien 2020) Also, Taher (2018) included 27 studies, three of which were cohorts and reported an overall estimate for perineal use of talc of 1.28 (1.20–1.37) in relationship to ovarian cancer. There was no evidence of heterogeneity and study quality did not substantially impact the estimates. Penninkilampi (2018) reached a similar result with 24 case-control studies and 3 cohorts. The overall estimate for perineal talc use in association with ovarian cancer was 1.31 (1.24–1.39) with no evidence of heterogeneity. Based on these results, J&J removed talc from all U.S. baby powders in 2020.

Example 5: Air pollution: exposures that are common, even though their association is modest or even "weak" can cause large numbers of cases. The World Health Organization (WHO) estimates that as many as 99% of the world population breathes air that exceeds WHO air quality limits. Because a large proportion of the population is exposed to the risk factor, even a small increase in risk can result in a large number of people suffering from fatal diseases or conditions in excess to those who would have suffered in the absence of the exposure. The Lancet commission on air pollution and health estimated that air pollution caused 9 million deaths globally in 2019. (Landrigan 2018) Yet, air pollution has a weak association with the risk of death. The most definitive meta-analysis of air pollution and death reported a relative risk of 1.06 (RR = 1.06, 95% CI = 1.05–1.07) for an increase of 100 µg/m3 increase in total particle concentrations in ambient air. (Schwartz 1994) A relative risk of 1.06 indicates that there is only a 6% increase in the risk of death associated with the exposure. Most people globally are exposed to air pollution, thus, this small excess risk associated with air pollution results in tremendously high numbers of deaths globally.

In sum, exposures that are small can be causal. When common, such exposures can have a significant impact on public health. It is important to consider both the relative risk and the prevalence of exposure when assessing its impact on the population. In the case of prenatal

acetaminophen (APAP) exposure and childhood attention deficit hyperactivity disorder (ADHD), both exposure and outcome are common. Thus, even a small elevation in risk would impact many children and have large economic and social effects.

*Consistency:* "A consistent finding is an association reported across multiple populations, over time, and using different study designs." (Rothman 2008) Such associations support a causal inference. In other words, "[h]as [the association] been repeatedly observed by different persons, in different places, circumstances and times?" (Hill 1965) Traditionally, Hill's consistency criterion is upheld when multiple epidemiologic studies, using a variety of locations, populations, and methods show a consistent association between two variables with respect to the null hypothesis. In addition to human epidemiology, more basic research can be used in coordination with the results of observational studies to demonstrate consistency. "Nonetheless, consistency across studies of a similar design helps rule out chance as an explanation for an observed association." (Rothman 2021)

Notably, a set of results can be consistent even if some of the results are not statistically significant. The important question revolves around whether point estimates (relative risk (RR), hazard ratio (HR) or odds ratio (OR)) are consistently above 1.0. The better the quality of the study, the greater the weight an epidemiologist imparts to the point estimate. So, if the best studies are almost all positive (risk estimate above 1.0), this implies consistency. Although "it is sometimes claimed that a literature or set of results is inconsistent simply because some results are 'statistically significant' and some are not," this reasoning is "completely fallacious." (Rothman 2008)

*Biological plausibility*:

8

The existence of a biologically plausible mechanism to explain the association between the exposure and the outcome supports, but is not required to find, a causal inference. To establish biological plausibility, researchers look at "not only epidemiology," but also "other human studies, animal and tissue studies, and currently understanding of the biology, pathology, toxicology, and other mechanisms related to the effect." (Rothman 2008) Bradford Hill noted that it was not possible to "demand" this feature, because "what is biologically plausible depends upon the biological knowledge of the day." (Hill 1965) As he recounts, true causal relationships (for typhus and rubella) were once ignored and doubted because the biological mechanism was not well understood at the time.

*Temporality.* "Temporality means that a cause must precede its effects, and this is a necessary condition for valid causal inference." (Hill 1965) That is, the exposure must precede the outcome in time: "which is the cart and which the horse?" (Hill 1965) This criterion is typically used to rule out "potential reverse causation," (Rothman et al. 2021) whereby the outcome leads to the exposure. For example, the number of umbrellas on a street is strongly correlated with whether it is raining, but the presence of the umbrellas does not cause the rain. Prospective cohort studies typically reduce the risk of reverse causality because exposure is measured in real-time before disease occurs, but do not entirely preclude it. In the case of APAP and ADHD, prenatal use clearly precedes ADHD diagnosis, which rules out true reverse causation.  But the other question for temporality is whether fetal exposure to APAP occurs prior to or during the stage of neurodevelopment when disruption could plausibly cause ADHD.

Case-control studies, because they rely on recall, do not preclude reverse causality. In a case-control study, subjects already diagnosed with disease report previous exposures. This retrospective characteristic of the design makes it possible that the ADHD diagnosis differentially influenced the reporting of the use of APAP. As just noted, however, for both cohort

and case-control designs, I will consider the question of temporality based on the known biology of timing of exposure vs. timing of the critical window of neurodevelopment. And as detailed below, most of the studies in this literature are prospective cohort studies, not case-controls.

*Specificity*

This criterion denotes that exposure is uniquely linked to one and only one disease. Specificity of an association can refer either to a cause having a single effect or an effect having a single cause. For example, a particular bacteria can cause a pathognomonic infection (*M. tuberculosis* causes tuberculosis, *T. pallidum* causes syphilis). Fewer examples are found in chronic diseases - even for the most compelling causal association in cancer, smoking and lung cancer, there is no specificity. Tobacco smoking is associated not only with cancers such as mouth and throat, voice box, esophagus, stomach, kidney, pancreas, liver, bladder, cervix, colon and rectum, and leukemia, among others, but also with non-cancer outcomes such as heart disease, stroke, lung diseases, diabetes, and chronic obstructive pulmonary disease (COPD), respiratory infections, certain eye diseases, and autoimmune disease. Meanwhile, each of these diseases has many other causes. Despite its lack of specificity, tobacco smoking is considered causally related to lung cancer.

Few if any cancers have a single cause and few toxicants cause a single outcome. When the exposure is associated with a specific outcome, causality is more strongly supported. In contrast, a non-specific association is one in which the exposure is associated with multiple outcomes, or the outcome is associated with multiple exposures. Bradford Hill cautioned that one should not "over-emphasize the importance of [this] characteristic." (Hill 1965) Hill expressly offered his opinion that "one-to-one relationships are not frequent. Indeed I believe that multi-causation is generally more likely than single causation though possibly if we knew all the answers we might get back to a single factor. In short, if specificity exists, we may be able to draw conclusions

without hesitation; if it is not apparent, we are not thereby necessarily left sitting irresolutely on the fence." (Hill 1965) Scientific developments since 1965 have shown Hill to be correct. "[I]ndeed, many behavioral, environmental, social, and genetic risk factors have been linked to more than one health outcome," meaning that even in situations of known causality, specificity is not satisfied. In part for this reason, under modern approaches, "[t]he original criterion of specificity is widely considered weak or irrelevant from an epidemiologic standpoint." (Fedak 2015)

*Biologic gradient or Dose-response*

Demonstration of dose-response provides particularly powerful evidence of causation when it is present. As Bradford Hill notes, "the fact that the death rate from cancer of the lung rates rises linearly with the number of cigarettes smoked daily adds a very great deal to the simpler evidence that cigarette smokers have a higher death rate than non-smokers." (Hill 1965) A "clear dose-response curve" puts the case for causation "in a clearer light." (Hill 1965) Evidence of a linear increase in cases with greater duration and amount of exposure is the most common evidence of a biologic gradient. Not all exposures act in a linear manner. In some situations, an inverse proportion is observed: greater exposure leads to lower incidence. Although a monotonic biological gradient provides the clearest evidence of a causal relationship, even a "nonmonotonic dose-response association" does not "refute causation" as "many substances display u-shaped or j-shaped dose response effects." (Rothman 2008)

To calculate dose appropriately and fully, the following formula is applied: degree of exposure = duration x amount (frequency x dose or concentration). In many situations, only duration, only frequency, or only concentration is available, and each of these are used individually as a surrogate for degree of exposure. In aggregate, these individual measures can be used as a surrogate for dose. That is, when duration, frequency, and concentration all suggest a dose-

response, this is accepted by epidemiologists as an acceptable proxy for dose response as defined by duration x amount.

*Analogy*

Analogy refers to comparison to any other known toxicant that acts by a mechanism similar to the putative mechanism for the exposure of interest and is accepted as an established cause of that outcome. According to Rothman, "Analogy refers to drawing inferences about the association between a given exposure and disease based on what is known about other exposure-disease relations. For example, based on what is known about the health effects of cigarette smoking, we might expect that inhalation of other combustibles (e.g., marijuana) would have similar effects, even in the absence of studies on the subject." (Rothman 2008, p 21)

However, sometimes drugs that are expected to act similarly - even drugs within the same class of medications - actually have disparate effects. Meanwhile, there are often causal relationships that exist in the absence of obvious analogies, because whether an appropriate analogy exists "is limited by the breadth of knowledge and imagination of the scientist" and not necessarily "the falsity of the [causal] hypothesis." (Rothman 2008, p 22)

As a result, the criterion of analogy strengthens the case, but is not a requisite for causality. As per Bradford Hill, "With the effects of thalidomide before us, we would surely be ready to accept slighter but similar evidence with another drug . . . in pregnancy." (Hill 1965) Thus, finding a drug that works through the same putative biologic mechanism as APAP and is established to cause ADHD when administered prenatally would strengthen the case for APAP causing ADHD.

*Coherence*

12

Coherence considers the totality of the literature. Rather than asking the positive question: "is the interpretation of the data in keeping with the epidemiology, natural history and biology of the disease, it asks the negative question. The definition of coherence, adapted from Hill by Thomas Frieden, Director of the Centers for Disease Control (CDC), and others at CDC in a recent editorial is: "Does the cause-and-effect interpretation of the association 'seriously conflict' with 'generally known facts about the natural history and biology of the disease?'" (Cogswell 2016)  This does not imply that biologic plausibility is necessary or sufficient to establish coherence. Hill himself commented on coherence when he noted, regarding lung cancer, "Personally, I regard as greatly contributing to coherence the histopathological evidence from the bronchial epithelium of smokers and the isolation from cigarette smoke of factors carcinogenic for the skin of laboratory animals. Nevertheless, while such laboratory evidence can enormously strengthen the hypothesis and, indeed, may determine the actual causative agent, the lack of such evidence cannot nullify the epidemiological observations in man."  (Hill 1965)

*Experiment*

Experimental studies in pregnant women, i.e., clinical trials of APAP use, have not been undertaken and almost surely will not be in the future. The benefit of experimental studies is that because they allocate exposure randomly between groups, they avoid a good deal of confounding and bias (see below for definitions of these).  However, such research in the situation of prenatal APAP is untenable.  Randomizing women to APAP use during pregnancy would be unethical if it were to involve asking non-using persons to use the medication to determine if it is hazardous to their fetuses. This is particularly true since observational data (reviewed below) suggests that such exposure may be hazardous to the unborn child. An alternative design would be to require women already taking APAP for fever or pain to entirely avoid usage. This would, again, be unethical since APAP may be an appropriate treatment for

13

certain conditions in pregnancy including fever. It would potentially put fetuses at risk of damage from uncontrolled fever. Even if an alternative analgesic or fever/pain lowering strategy could be found to replace APAP, analyses would end up with an admixture of women randomized to non-use who had not complied, and women assigned to non-use who had complied, resulting in misclassification that would dilute the observed effect. Since conduct of a randomized clinical trial does not exist and is out of the question for future conduct, it is, by definition, not satisfied as a Hill causality tenet.

*Summary*

Sir Bradford Hill made clear that most of the factors above are not individually required to be satisfied before a researcher can reach a causal inference. "Hill's nine aspects of association were never intended to be viewed as rigid criteria or as a checklist for causation." (Fedak 2015) And "Hill also emphasized that causal inferences cannot be based on a set of rules" but instead must be done in a manner "more akin to clinical judgment." (Rothman 2008)

Specificity is rarely met in the situation of causal relationships. Similarly, analogy is supportive when it occurs but is not required. Strength of association can be modest and support causality. Biologic mechanism is often (even typically) unknown; that criteria requires a plausible, not an established, mechanism. Only temporality, is "indeed necessary (*a sine qua non*) for causal explanations of observed associations." (Rothman 2008) This is "perhaps the only criterion which epidemiologists universally agree is essential to causal inference."  (Fedak 2015) Other than this, there no necessary and sufficient elements for determining causality. The evidence must instead be judged across all criteria.

It is important to note that establishing causality is complex and requires not only careful consideration of the above factors, but a weighting of the quality of evidence and consideration

14

of systematic error—i.e., the potential for chance, bias, and confounding. The purpose of applying Hill's tenets is "To determine, based on all of the data," where there is "any answer equally, or more, likely, than cause and effect." (Hill 1965)

Overarching considerations in the assessment of epidemiologic studies

*Observational designs strengths and weaknesses:*

Prospective cohort studies involve passive collection of data over time; there is no intervention by investigators. Experimental methods such as randomized clinical trials involve the researcher actively manipulating exposures, but as noted above, are irrelevant for the question at hand. Two types of observational studies have been employed in assessing the relationship between prenatal APAP use and ADHD: cohort and case-control.

In cohort studies on prenatal APAP exposure and ADHD, APAP use is ascertained at the onset of observation or sometime during pregnancy. The study ends when the resultant child is later diagnosed with ADHD or the period of observation is over. After that specified period of follow-up, the proportion of children developing ADHD is compared among those exposed *in utero* versus the proportion unexposed. This is called an ever/never comparison. Other possible comparisons include exposure in specific trimesters, duration of exposure, or exposure concentration. Associations are expressed as a Relative Risk (RR) or Hazard Ratio (HR). Both expressions represent the calculated risk of children developing ADHD among those exposed as compared to the risk of developing ADHD among those unexposed.

Cohort studies have the advantage of ensuring that the exposure preceded the disease and thus generally preclude recall bias. Because the woman reporting APAP exposure cannot predict whether her child will/will not be affected by ADHD in the future, she would be unable to

15

differentially report APAP use based on future ADHD diagnosis. However, non-differential misclassification is a major concern in APAP studies. Non-differential misclassification occurs when a random group of mothers (independent of the eventual ADHD status of their children) underreport APAP use, a situation that is likely common (discussed in detail below). Differential misclassification, as in the scenario of over-recall of APAP use among mothers with ADHD children, tends to overestimate observed effects. (If mothers with ADHD children systematically under-recalled APAP use, that would underestimate the observed effects.) Non-differential misclassification tends to underestimate observed effects, a phenomenon called bias toward the null.

Said another way, if exposures are biased by knowledge of outcome, as they may be in case-control designs (see below), they may overestimate any real effect. The opposite concern is common in cohort studies. Since all individuals may have faulty recall for medication use, and particularly for non-prescribed, over the counter (OTC) medications, the resulting RR may underestimate any real effect. (See below under *Exposure Misclassification* a more complete discussion.) This is because if both those with and those without the outcome of interest simply report less exposure, then the study result will be diluted and will find that there is less of an association. Since women often consider such OTC APAP use to be insignificant, as addressed below, cohort studies may spuriously underestimate real associations.

Finally, cohorts involve all subjects willing to participate in the research. Commonly, this is thought to eliminate selection bias. But, as discussed below, that assumption does not always apply. There is no selection of who is invited to be involved, reducing the risk of selection effects (bias) (see below *Bias)*. These advantages suggest that the validity of the results from cohort studies are higher than other observational designs. Thus, in the hierarchy of observational designs, cohort studies are typically listed at the top.

16

However, cohort studies have limitations as well. They must be large enough to, at least theoretically, establish statistically significant associations. The epidemiologic term for eliminating an error of omission is power. Power is the statistical likelihood of finding (not overlooking) a real association that exists. Typically, studies with at least an 80% probability of avoiding overlooking a real association are considered valid, but clearly the larger the sample size, the more likely they are to find a sizeable number of children with ADHD and the larger their power.

Another limitation in the number of cohort studies able to validly detect an association between APAP and ADHD is the lengthy period of follow-up necessary to establish the outcome among all susceptible children. Symptoms of ADHD often do not arise until children are school age. Data from the CDC indicates that the prevalence of diagnosed ADHD is 2% among 3–5-year-olds, 10% among 6–11-year-olds, and 13% among 12–17-year-olds.

Case-control studies compare cases with disease to controls without disease. For studies examining the effect of prenatal APAP use on later ADHD diagnosis in the child, only the Chen (2019) study employed a case-control design and that was nested within a registry (cohort) database. As such, many of the concerns discussed here do not apply (see Chen critique) but are presented here for context and completeness. Case-control studies use as their metric of association the odds ratio (OR), that is the odds of a case being exposed versus a control being exposed. In the present discussion, this is a comparison between the likelihood that a child diagnosed with ADHD would have been exposed to APAP vs. that a child without ADHD would have been exposed.

In contrast to cohort designs, case-control studies are well-suited to rare outcomes with long latency periods because their collection of data on exposures begins when persons have already developed disease. Cancer studies often rely on case-control designs. However, this methodology is subject to more biases than cohort studies. These biases include recall bias and selection bias, both of which can inflate or deflate the observed effect.

Recall bias inflates the apparent effect when it is differential (more evident among cases than controls) and thus away from the null. This differential misclassification can create a spurious association, i.e., finding a risk when none really exists. However, just as poor memory can affect cohort studies, it can also affect case-control studies. Non-differential forgetting biases results toward the null.

In the situation of APAP use, potential toxicity has not been a concern that entered the public sphere until the past year or so. All case-control studies on APAP and ADHD were conducted prior to that time frame. Thus, differential recall bias is unlikely to have affected study results. If it were operant and if mothers with ADHD children over-reported APAP used during pregnancy, this would be a situation of non-differential bias that would inflate the observed risk. Because, even in the Chen (2019) study, APAP use was recorded independent of ADHD status, non-differential bias remains the primary major concern. Thus, differential recall bias is not emphasized in the studies reviewed below. Instead, exposure misclassification for APAP is the relevant concern and would not inflate observed risk, but instead reduce observed risk.

To understand non-differential misclassification bias, consider an extreme scenario in which 100% of women in a particular study actually used prenatal APAP. However, let's say that only 50% reported APAP use. Let's also assume that the risk of a child developing ADHD because of exposure is 3-fold. Comparing the half of subjects who denied use to the half who reported use

18

would compare two groups with the same exposure characteristic (all exposed). Despite the large elevation in actual risk, there would have been *no* observed difference between groups since in actuality all were exposed. That is, the true risk was 3.0. The observed risk was 1.0. Non-differential misclassification diluted, indeed eliminated, the true effect.

Another bias of concern in case-control studies is selection bias. Cases are typically garnered from registries or hospital/clinic records. In the best designs, controls come from the same registries or facilities as cases or from the underlying population from which cases arose. Nonetheless, selection bias arises because it can be difficult to define the best groups of individuals constituting controls. For instance, cases may be more willing to participate in research. Controls may have fewer behavioral risks, or they may have more behaviors that promote the development of cancer. Use of such controls would lead to differential bias away from the null. The effect could be to inflate the observed estimate, or it could be to deflate the observed estimate. Hospital controls are particularly difficult to select. An obvious example might be the following: a study of smoking and colon cancer uses patients with COPD as controls. Both colon cancer and COPD are increased among smokers. Because the controls include many smokers, any effect that smoking may have had on colon cancer is diluted. The converse is also possible. Testing the same hypothesis that smoking increases colon cancer, a study drawing controls from Utah where members of the LDS church live, would likely reach a result that is inflated since that religious denomination has relatively low rates of tobacco use.

To overcome this selection problem, population-based cases and population-based control selection is generally considered superior to hospital control selection. Fewer decisions must be made on the part of investigators when taking controls randomly from the population, thus population-based case-control studies are generally considered less biased than hospital-based designs.

19

*Exposure misclassification:*

Many studies of APAP use during pregnancy have relied on memory for the measurement of APAP use, the primary exceptions being Baker (2020), Ji (2018), and Ji (2020). In general, the cohort studies (or case-control studies nested in cohorts) were designed to look at a large variety of exposures and outcomes, not specifically for the purpose of examining the potential toxicity of prenatal APAP use and so did not ask the specific question, "did you use acetaminophen? At what strength, when, how often, and for how long?" Instead, studies often asked about the use of analgesics in general as part of a larger medication list and then had subjects specify, or they asked about use of medications and then asked for these to be listed, or they listed indications and then asked what the woman took. Such approaches allow for reporting of a wide array of medications, but they do not trigger recall as clearly as a series of direct questions. Individuals who did not consider OTC medications to be relevant or memorable may not have reported use. Studies using checklists in which analgesics were specifically queried by name would have resulted in a more complete exposure profile than open-ended questionnaires, but in the literature overall, there is almost certainly a systematic underreporting as discussed below. This would have resulted in non-differential misclassification and a bias toward the null, i.e., an undervaluation of the risk.

OTC medication use is typically more poorly recalled than prescription medication use. Dolja-Gore (2013) assessed the agreement between self-report by mail and pharmaceutical claims data for a variety of medications. The authors accessed a national sample (N = 4687) of older women aged 79 to 84 conducted in 2005 in Australia. Common medications used among older women were selected, for retrieval periods from pharmaceutical claims data of three and six months. Both for six-month retrieval and for three-month retrieval, Kappa statistics of agreement, which measure the degree to which the two results concorded, were lowest for the

two OTC medicines ascertained: 0.35 for aspirin and 0.48 for folic acid in the most recent three

month, and 0.50 and 0.60 for agreement in the most recent six months. In contrast, medications

available by prescription only and not dispensed OTC were associated with Kappas of 0.75-

0.93. Clearly, then, OTC medications were substantially more poorly recalled than other drug

classes, and, indeed, were generally remembered no more often than chance.

Other studies have reached similar conclusions. One reported an investigation of the influence

of mental, physical, and socioeconomic factors on medication recall, factors on self-reported

medication use. The analysis was based on the Survey of Health Aging and Retirement in

Europe (SHARE) (n = 77,261 participants aged a mean of 68.47 years). Depression, memory

function, and polypharmacy had a particularly strong influence on the self-report of medications

taken for "diseases of the stomach or ulcers" than many other indication categories.

(Schönenberg 2021)

For analgesics, also typically bought OTC, another study suggested that women did not

consider their use worth mentioning or did not consider these as medications. A survey among

a general population sample of Danish women asked them to list their medications. Only 26%

reported analgesic use. Women were then followed-up and asked specifically about analgesics.

Over half of respondents, which is an additional quarter of subjects, then reported analgesic

ingestion. Poor recall of OTC medications such as APAP suggests that self-report likely resulted

in substantial non-differential exposure misclassification and bias toward the null.

Exposures categorized as ever/never almost surely underestimate true risk. Such studies

aggregate individuals with long duration and/or high dose use and individuals with only minimal

exposure. It is easy to see why such categorization would underestimate any true risk.

(Rothman 2008) Comparing recall with a biologic measure of APAP exposure makes this point.

21

(Laue 2018) The GESTation and Environment (GESTE) study recruited 238 pregnant women during their first trimester and assessed APAP use as a yes/no question and exposure during labor using medical records. They then measured concentrations of APAP in meconium (baby's first bowel movement, which concentrates chemical exposures during the second two trimesters) using ultra performance liquid chromatography tandem mass spectrometry. Meconium is produced by the fetus starting in the early second trimester of pregnancy. It is widely considered a valid and more sensitive measure than self-report for *in utero* exposure in the final two trimesters of pregnancy (Baker 2020, Ostrea 2006, Delano 2019, Lange 2014) Acetaminophen administration during labor was associated with a significant increase in meconium APAP concentration (p=0.0002). However, self-reported intake during pregnancy was only marginally associated with meconium concentrations (p=0.10), adjusting for administration at delivery. Assuming that use of APAP was relatively consistent during the first and later trimesters of pregnancy, this suggests that ever/never report of an OTC drug exposure may have been substantially misclassified and resulted in an underestimate of effect.

To calculate doses requires knowing the strength and amount of use, as well as the duration of use. Classically, the formula for dose is: amount (strength x frequency) x duration.  Lack of data on amount or on duration typically biases results toward the null. That is because, for instance, patients taking APAP several times a day would have been mixed with those using it only once a day. Moreover, without data on dose, those taking one regular strength (325 mg) could not be distinguished from those taking two extra strength (500 mg each, 1000 mg total). Finally, if duration is not known or known only crudely, dose estimation may be substantially limited. In all situations of missing information, the actual dose would not be known. The impact from high dose/heavy use would be diluted by lower dose/lighter use. Since the data would be missing equally in those exposed vs. not, or in those with the relevant condition vs. controls, the result would be non-differential misclassification and an underestimate of the true risk.

Other "hard" exposure ascertainment methods, in particular pharmacy records, which were the basis for categorizing exposure in the Chen (2019) study, may have resulted in similar or even worse misclassification. Pharmacy records do not capture OTC use and thus likely miss substantial actual use. Much of APAP use is OTC and individuals who never receive a prescription but instead obtain it from drug store shelves would not be recorded as users. Similarly, people may have started with a prescription and then switched to OTC use. These would be classified as users, but their duration of use would be misclassified and underestimated.

A particularly thorny issue in the literature on APAP and ADHD is the definition of the disease. It would seem self-evident that the "hardest" outcome is a diagnosis made by a trained healthcare professional. A nationally representative study conducted by the Centers for Disease Control and Prevention (CDC) demonstrated that about 90% of ADHD diagnoses among U.S. children were based on behavioral rating checklists and almost all (96%) included reports from parents regarding child behavior. These did not differ by age of diagnosis. In addition to parental ratings, children themselves, as well as a childcare provider or teacher were also often asked to complete checklists (about 80% in both groups). (Visser 2015)  Indeed, most diagnostic guidelines require that ADHD be assessed and diagnosed by relying on information provided via a variety of methods including interviews with parents and other observers and standardized rating scales. (NIH 2018, AAP 2000, Taylor 2004)

Clinical assessments in the absence of standardized behavioral tools are problematic in their reliance on an individual expert's subjective observations at a single point in time. High levels of variability have been shown between observing raters, in that symptoms tend to vary over time and place. (Bresslerl 2022) Moreover, clinical interviews tend to be unreliable in terms of

23

reproducible results from clinician to clinician. In contrast, well-established neuropsychological instruments provide standardization and, particularly for tests such as the Connor's scale, used in several of the APAP and ADHD studies, have excellent reliability. (Emser 2018) For instance, a meta-analysis evaluating the Conners Abbreviated Symptoms Questionnaire, which encompasses 5 studies with a total of 972 participants, found that it demonstrates high sensitivity (83%) and specificity (84%) in detecting ADHD. (Chang 2016) These metrics are particularly noteworthy, as high sensitivity indicates the test's ability to correctly identify patients with the condition, while high specificity refers to its accuracy in excluding those without the condition. Similarly, the Child Behavior Checklist–Attention Problems Scale, as identified in a meta-analysis involving 14 studies with 3,296 participants, shows a sensitivity of 77% and specificity of 73% in ADHD diagnosis. (Chang 2016)

All of the above suggests that a diagnosis of ADHD is not, *a priori,* more valid nor reliable than a battery of standardized assessments, particularly when those assessments are completed by more than one observer. Nonetheless, in accordance with the Court's Order of December 18, 2023, in the "Acetaminophen – ASD-ADHD Products Liability Litigation" (hereafter simply termed "The Court's Order"), my report focuses primarily on studies in which the outcome of interest was an ADHD diagnosis.  As detailed below, although I considered all of the papers in this literature for context, a causal determination can (and should) be made based on the studies using diagnostic endpoints alone.

*Metrics of association*

Relative risks (RR: cohort studies) and odds ratios (OR: case-control studies) are measures of association, indicating how strongly *in utero* APAP exposure relates to the development of ADHD. The degree of uncertainty around the association is presented as either a p-value or a 95% confidence interval (CI).

24

The p-value represents the estimated probability of finding that exposure X is associated with outcome Y when in fact, the null hypothesis, that is the hypothesis that exposure X is not related to outcome Y, is true. In other words, a p-value estimates the probability of accepting a false positive association. The common terminology for p-values is statistical significance. Typically the cut-off for p values is 5% indicating that there is a 95% chance that exposure X is related to outcome Y. Statistical significance is thus the flip side of power. Power is the risk of missing a real association when one really exists, and significance is the risk of finding a spurious association when one does not really exist.

By custom, the p-value is considered statistically significant if p is quite small, often at the level of $p<0.05$. This means limiting acceptance of a false hypothesis to 1 in 20. Similarly, the 95% confidence interval represents the range of effect estimates that would be found 95 times out of 100 if the study were replicated 100 times. Any of the values within the range indicated by the confidence interval is a possible true value. Technically, the 95% confidence interval means that, when an infinite number of studies are conducted, 95% of the time the 95% confidence interval will include the true value. Smaller studies typically generate more uncertainty, i.e., broader confidence intervals. Larger studies generally produce more precise estimates denoted by tighter confidence intervals. The tighter the confidence interval, the fewer values the actual risk may be. Thus, the greater the confidence in value of the OR or RR which is at the center of the interval.

Two-sided confidence intervals that go both above and below 1.0 are considered statistically insignificant, that is, an observed association is more likely to have occurred by chance alone. For instance, for an OR of 1.3, a 95% CI of 1.0–2.0 is considered statistically significant but a 95% CI of 0.9–2.0 is considered non-significant. Risks below 1.0 represent protection such that

25

0.5 is a halving of risk. Risks above 1.0 are risk factors such that 2.0 is a doubling of risk. Putting this all together, an OR of 2.0 (95% confidence interval 1.3–2.7) means that exposure X likely doubles the risk of disease Y – and if the study were repeated 100 times, 95 of those times the OR would fall at or between 1.3 and 2.7, a range that since it remains above 1.0 is deemed statistically significant, i.e., unlikely to represent chance alone. Despite the report of the OR as a 2-fold increased risk, the study indicates that a risk of anywhere between 1.3 and 2.7 is possible with 95% certainty.

A large OR or RR within an individual study is not a means of determining the import of an association. Neither is it a means of excluding the impact of a positive result. Considering a study "null" or "negative" based on a confidence interval including 1.0 is an invalid use of statistics. If p does not reach p<0.05 or the confidence interval includes 1.0, the study is certainly not irrelevant but may simply be too small to detect a statistically significant effect. Webb (2020) calls the 95% intervals "arbitrary," as do many other eminent epidemiologists/statisticians. He notes that patterns of risk indicated by the full range of the 95% confidence interval are much more informative than a dichotomous focus on whether the CI includes or excludes 1.0. Moreover, strength of association is based on consideration of the literature as a whole; it is not based on any single study.

Hill did not mention statistical significance in his discussion of the criterion of Strength of Association. Indeed, although he emphasized that it is easier to conclude that a risk factor is associated with an outcome when the risk ratio is high—and made reference to excluding the play of chance—he also noted that, "In thus putting emphasis upon the strength of an association we must, nevertheless, look at the obverse of the coin. We must not be too ready to dismiss a cause-and-effect hypothesis merely on the grounds that the observed association appears to be slight. There are many occasions in medicine when this is, in truth so. Relatively

few persons harbouring the meningococcus fall sick of meningococcal meningitis. Relatively few persons occupationally exposed to rat's urine contract Weil's disease." (Hill 1965)

Many prominent epidemiologists have strongly warned against the overreliance on statistical significance. To quote from the editors of the journal *Epidemiology*, "Of all the tools of our trade, there is probably none more subject to abuse than the P-value… From this avalanche of objections to P-values, we single out two. Statistical significance tests are subject to facile misinterpretation, even to the point of producing incorrect conclusions. Second, P-values are used to cull results in a mechanical fashion when more nuanced thinking is required." (Szklo 2001)

An even more contemporary commentary by the eminent epidemiologist/statistician Sander Greenland in *Nature* (Amrhein 2018) calls lack of statistical significance "nonsensical 'proofs of the null' and claims of non-association," making the point that: "An interval that contains the null value will often also contain non-null values of high practical importance… Specifically, we recommend that authors describe the practical implications of all values inside the interval, especially the observed effect (or point estimate) and their limits." (Amrhein 2019)

Along the same lines, "[s]ingling out one value (such as the null value) in the interval… makes no sense. The point estimate is the most compatible, and values near it are more compatible than those near the limits… Factors such as background evidence, study design, data quality and understanding of underlying mechanisms are often more important than statistical measures such as p-values or intervals." (Amrhein 2018)

Rothman, as well, weighed in on the question of statistical significance with the following comment, "It is unfortunate that a confidence interval, from which both an estimate of effect size

27

and its measurement precision can be drawn, is typically used merely to judge whether it contains the null value or not, thus converting it to a significance test." (Rothman 2008) Significance tests are a poor classification scheme for study results; strong effects may be incorrectly interpreted as null findings because authors fallaciously interpret lack of statistical significance to imply lack of effect, or weak effects may be incorrectly interpreted as important because they are statistically significant. Rather than be used as surrogate significance tests, confidence intervals ought to be interpreted as quantitative measures indicating magnitude of effect size and degree of precision, with little attention paid to the precise location of the boundaries of the confidence interval. This advice is backed by the Uniform Requirements for Manuscripts Submitted to Biomedical Journals, but nevertheless often overlooked even by reviewers and editors whose journals support the requirements. (Uniform Requirements for Manuscripts Submitted to Biomedical Journals 2010).

In 2016, the American Statistical Association stated, "Although hypothesis testing is still used as a method of inference, epidemiologists must also assess the validity, magnitude, and precision of observed associations rather than just the statistical significance of associations." (Wasserstein  2016)

This is not to say that statistical significance and confidence intervals should be discarded as a short-hand for determining the likelihood that a given result, repeated 100 times will generate the reported range 95 out of those 100 times. The point is two-fold. First, the most important and relevant feature of a RR is the central tendency, that is the actual RR number. The range around it is a reflection of uncertainty, which is largely determined by sample size. If the RR, i.e. the point estimate in the middle of the confidence interval range, is greater than 1.0, that is a positive association, whether statistically significant or not. Second, non-statistically significant findings are not negative findings, they are simply neutral findings. The fact of non-significance

around a positive RR suggests a study should be repeated in a larger sample. It does not imply non-importance. It does not imply absence of risk. It does not imply a negative result. As discussed in greater detail below, however, the analysis of the APAP-ADHD literature does not materially change based on one's view of statistical significance: the vast majority of the results are in fact statistically significant.

*Confounding:*

Confounding occurs when the exposure of interest (APAP) is more common among individuals with a second, incidental, risk/protective factor.  If APAP exposure correlates with the second risk/protective factor, and that second factor is unequally distributed between children developing ADHD and unaffected children, i.e., it is a causal risk/protective factor, then that second factor is deemed a confounder. In the presence of a confounder large enough to explain the entirety of the association, an observed APAP effect could be spurious; APAP would simply then be going along for the ride.

Confounding factors, as noted, can be any known risk/protective factors.  If the confounder increases risk and is not considered, then the observed association is larger than reality. If the risk factor is protective and unidentified, then the observed relationship is smaller than reality. The two confounding situations of greatest concern regarding the APAP-ADHD relationship are indication for use and genetics. Each can be difficult to fully take into account. Attempts to do so must be viewed in aggregate. Only by assessing the literature overall (see final section on Bradford Hill Analysis) can a determination be made as to the likelihood of whether confounding is more likely than causation in explaining the association between APAP and ADHD.

*Confounding by indication*

APAP is used for fever and pain. Fever has been shown to increase the risk of ADHD, although the data are sparse (see below). Since fever is an indication for APAP use, many have argued that fever and not APAP may be the factor underlying the observed association between APAP and ADHD. This concern, called "confounding by indication" potentially causes an observed risk that is beyond that warranted by true relationship. The important concept here, however, is that the confounding factor must be linked to BOTH the exposure and the outcome. (Rothman 2008)

Epidemiologic studies deal with confounding by developing models in which both the exposure of interest and potential confounders are considered together. This is called "adjusting" and from the model each factor can be considered independent of the others. Another approach to dealing with confounding is stratification in which only individuals with or without the confounder are considered at a given time. To eliminate age as a confounder, for instance, one might look at the relationship between APAP and ADHD among women age <20, 20-29, 30-39, >=40 separately within the study. Stratification is a powerful way to consider confounding but if the sample is divided into several groups, each group is smaller and reducing the sample size in each group may not be possible in a small study.  Finally, confounding can be eliminated by excluding individuals with the confounder, that is, by including only individuals without the confounder.

Because there has been great concern that fever may confound the relationship between APAP and ADHD, let us consider the possibility of confounding by the indication of fever in more detail.

Two cohorts have assessed fever and ADHD.  A meta-analysis assessed fever and neurodevelopmental outcomes overall. In this analysis, five cohort and five case-control studies

30

were included. However, the analyses did not break-down the data by ADHD vs. other diagnoses. (Antoun 2021)

The first cohort evaluating fever and ADHD again used data from the Danish National Birth Cohort (DNBC). Dreier et al. in 2015 and again in 2016 evaluated 89,146 pregnancies enrolled during 1996 to 2002. (Dreier 2016, Dreier 2015) The same methods were used as described above in the Atladottir study. Fever exposure was assessed by self-report during telephone interviews at gestational weeks 12 and 30. Registry information from nationwide hospital, clinic, and prescription databases was used to determine ADHD status. Fever in the late part of 1st trimester (gestational weeks 9–12) was associated with a HR of ADHD of 1.33 (95% CI 1.12–1.58). Quoting from the authors, "For the remaining part of the pregnancy fever did not seem to have any strong association with ADHD. A similar pattern was observed when the analyses were restricted to women reporting no use of antipyretic medication, suggesting that the finding was not explained by any potential harmful effects associated with acetaminophen exposure." (Dreier 2015)

A second cohort study of fever and ADHD was conducted within the Norwegian Birth Cohort (MOBA). (Gustavson 2019) Using data collected from 1999 to 2008, the authors included more than 114,000 children in their analysis. Exposure measures were by questionnaires at pregnancy week 17, week 30, 6 months post-partum and 3 years. Information about children's ADHD diagnoses was obtained from the Norwegian Patient Register and maternal reports of inattention and hyperactivity/impulsivity symptoms at 8 years. Maternal fever in the first trimester was associated with an ADHD diagnosis more often in exposed than unexposed children (OR 1.31, 95% CI 1.06–1.61). For children exposed twice or more in the first trimester, the OR was 2.64 (95% CI 1.36–5.14). Results were similar whether the mother had taken acetaminophen for their fever or not. No associations were apparent for registry-based ADHD

31

diagnosis in relation to fever in the second trimester (OR 1.13, 95% CI 0.95–1.34) or third trimester (OR 1.06, 95% CI 0.77–1.46).

Fever, thus, presents a theoretical concern of confounding by indication. However, that concern is mitigated by several lines of evidence. First, the literature suggesting that fever is associated with ADHD is far less robust than the literature linking APAP exposure to ADHD.

Second, observed effects of fever on ADHD risk were limited to its occurrence in the first and perhaps second trimesters. In contrast to the timing of risk from fever, use of APAP appears to have its greatest impact on neurodevelopment in the second and third trimesters (see for example, Chen 2019, Bauer 2020, Liew 2016, Liew 2019, Dean 2012 (rodent model sensitive window), Philippot 2017 (rodent model sensitive window))

Third, only a single cohort study (Gustavson 2019) found a risk from fever after adjustment for APAP use. Other studies did not, in general, adjust for medication use or found that the risk from fever was attenuated after adjustment for medications. This leaves unanswered the question of whether it is fever or APAP use that may be driving the fever and ADHD association, i.e., whether in fact fever is associated with ADHD in part because febrile women take APAP and APAP causes ADHD.

Concern about concomitant use of NSAIDS has also been raised as an indication-related confounding factor. Brandlistuen (2013), Havdahl (2022), and Tovo-Rodriguez (2018) all addressed this possibility using different approaches and none found evidence directly implicating NSAIDS as risk factors for ADHD.

32

A final potential risk factor that might result in confounding by indication is pain. Long-term APAP use (what has shown the strongest association with ADHD) is mostly used for pain and not as often for fever. Vlenterie (2016) showed that indications for >28 days use in MOBA were headache or migraine (80.2%), back pain and pelvic girdle pain (66.0% and 49.9%, respectively), and fever (24.9%). Based on acetaminophen diaries, Bandoli (2020) found that women using APAP for more than 20 days reported that they used it for headache (52%), pain or injury (27%), cold or flu (13%), and fever (only 4%). Pain is not a confounder, however, in that there is essentially no evidence that pain during pregnancy (headache, back pain, etc.) increases the risk of a child being diagnosed as ADHD.

Nonetheless, confounding by indication has been addressed extensively in the APAP-ADHD literature. Each of these studies are reviewed below and the data is then summarized regarding confounding by indication in the section on Bradford Hill Analysis: *Systematic error*.

*Confounding by genetics, familial aggregation, or other unmeasured factors.*
Because genetics and shared family environment (familial aggregation) are more difficult to measure, such unmeasured confounding looms large over the APAP literature. A variety of study designs can be and have been employed to try to ameliorate the potential impact of genetic confounding on the association between APAP and ADHD. These include sibling designs; negative controls (NCE); propensity scoring; and adjustment for risk factors such as genetic risk score or factors known to be associated with susceptibility to ADHD in mothers such as parental diagnosis of ADHD and other mental health conditions.

Sibling designs, conducted to limit genetic confounding, compare siblings within a given family, one exposed to APAP in utero and the other not exposed. The question is then, did the exposed child develop ADHD whereas the unexposed did not? Sibling designs limit genetic effects as

well as shared familial exposures. However, they do not exclude genetic nor familial aggregation. Most siblings share only 50% of their genes. Moreover, it is quite possible that mothers of children who have developed symptoms of ADHD might avoid taking any medications, including analgesics in the next pregnancy and may change other pregnancy and post-natal behaviors to limit any possible adverse exposures. Thus, siblings would not share pertinent environmental factors. Finally, epigenetic effects not shared by siblings (genetic alterations that do not relate to the genetic code of the mother or father but occur after conception) might be an important aspect of the genetics of ADHD. This is a likely explanation for the fact that first births are more likely to be affected by ADHD than subsequent births. (Reimelt 2021, Carballo 2013, Martin 2014) Use of siblings as controls would not overcome this issue. Thus, sibling studies limit but do not exclude shared familial confounding.

Propensity matching is a sophisticated statistical design that attempts to limit confounding by matching a selected group of controls to cases within a cohort. The propensity score allows one to design and analyze an observational (nonrandomized) study so that it mimics some of the attributes of a randomized controlled trial. In particular, the propensity score is a balancing score: conditional on the propensity score, the distribution of observed baseline covariates will be similar between treated and untreated subjects. The system relies on collected covariates with the idea that by balancing these, it also balances unmeasured characteristics.

The use of negative control exposure (NCE) is a clever way to assess an exposure-outcome relationship using a counterfactual. NCE uses variable(s) that do not causally affect the outcome but share a similar confounding structure with the exposure variable of interest. However, a NCE for genetics should be a counterfactual. That is, it should reflect something about the underlying genetics of the mother. Studies that measured APAP use before and/or after pregnancy in comparison to use during pregnancy are useful NCEs representing exposure

34

effects during vs. not during the period of relevant sensitivity. However, paternal behavior is questionable as a useful NCE in that it is difficult to understand how this reflects underlying maternal genetics.

Genetic risk scores for ADHD use an aggregate of previously discovered allelic variants. These studies hypothesize that because a confounding factor must relate to both exposure and outcome, demonstration of a link between genetic score to APAP use suggests the potential for genetic confounding. Once the ADHD risk score is associated to APAP use, it must be tested as a potential confounder by controlling it in an analysis of prenatal APAP exposure and ADHD outcome. That is, a genetic risk score moves from being a hypothetical confounder to a demonstrated confounder only when shown to eliminate the association in a cohort or case-control study of prenatal APAP use and ADHD risk.

A final method for addressing genetic confounding is adjustment for parental ADHD or related mental health diseases. This would reduce the potential for genetic confounding as well as possibly familial aggregation.

Below I will consider each of these methods as applied to the APAP-ADHD literature. Specific results are shown for each study and then the totality of approaches to address genetic confounding is considered in the section Bradford Hill Analysis.

*Other potential sources of confounding*

In past studies, the most concerning confounding factors have related to general health and health-seeking behaviors. For example, individuals who take vitamins and supplements tend to have a variety of other healthy behaviors that diminish their risk for a variety of diseases. Because healthy behaviors are positively associated with the exposure and negatively

associated with the outcomes, their effect has been to inflate the size of observed protective effects. Whereas observational studies suggested that supplements reduced the risk from heart disease, randomized clinical trials failed to demonstrate benefits. That is, in the case of vitamin/mineral supplements, a consistent reduction in risk was shown in cohort studies but not confirmed upon administering those vitamin/mineral supplements to participants.

A major reason why healthy behavior was a persistent confounder is that individuals participating in research tend to be more likely to be healthy. Moreover, they engaged in complex dietary and exercise behaviors known to reduce risk of heart disease. Thus, adjustment was an inadequate means for eliminating confounding effects.

This analogy breaks down in the case of APAP and ADHD wherein the situation is quite different. First, as shown by Bandoli (2020), almost 2/3 of women take APAP during pregnancy, i.e., are ever users. Not all of them could have the same set of health behaviors. Thus, a consistent finding that ever use of APAP increased risk of ADHD is unlikely to have spuriously resulted from overall health differences between users and non-users.

The analogy is not apt even in the case of longer-duration users who Bandoli showed are less healthy, i.e., are more likely to use tobacco, have obesity, self-reported depression or anxiety, and antidepressant use. Thus, these are potential confounding factors, although all have been considered and adjusted for in various analyses (see below). Yet, women who are healthy are often more likely to engage in research so study participants likely underrepresented unhealthy women – those with the confounder. (In the above example of vitamins and heart disease, study participants overrepresented individuals with the confounder.) In two of the largest and most dominant studies in the literature (MOBA and DNBC) wherein drop-out and missing data rates were high, over-representation of healthy women likely led to deflation of observed effects.

36

*Bias.*

In epidemiology, bias represents any systematic error in an epidemiologic study that results in an incorrect estimate of the association between exposure and the health outcome. Bias occurs when an estimated association such as an odds ratio deviates from the true measure of association. Bias can either be towards the null, i.e., underestimate the true risk, or away from the null, i.e., overestimate the true risk. The source of bias of greatest concern in the APAP and ADHD literature is selection bias. If women enrolled in studies, particularly those using APAP, had other characteristics that made them less likely to have children with ADHD, this would result in an underestimate of the true effect.

The two largest cohorts that have contributed data to the literature on APAP use and neurodevelopment, DNBC and MOBA both potentially suffer from bias resulting from differences between women participating and continuing to participate versus those not. DNBC enrolled only 31% of eligible women into the cohort. MOBA had a 40% response rate. Nilsen et al. (2009) evaluated the differences between those who agreed to participate in MOBA compared to all women in the national Norwegian population-based birth registry. (Nilsen 2009) The authors found a strong under-representation of the youngest women (<25 years), smokers, and women with stillbirths and neonatal death in MOBA, while multivitamin and folic acid supplement users were over-represented. It is not clear that selection bias in enrollment would impact exposure-outcome relationships. However, MOBA also experienced high drop-out rates (40%), which almost surely would impact risk estimates. It is likely that women willing to remain in the study had similarly biased demographic characteristics to those willing to participate. These data, then, suggest that women in the cohort were older, without previous adverse birth outcomes, non-smokers, with better health behaviors—factors that would have made them less likely to have a child with ADHD.

37

As a result of selection bias, results from MOBA likely underrepresent true risks of APAP in relation to ADHD. Similarly, in the DNBC about 30% of the eligible mothers missed one or more telephone interviews, which eliminated them from analyses. As noted by de Fays (2015) on behalf of the European Medicines Agency, DNBC may "underrepresent ADHD because it is thought to be largely heritable, and dropout may be different depending on the ADHD status of the parents." Again, the selection bias would result in bias toward the null.

*Exposure misclassification:*

While cohort studies ensure that the exposure preceded the disease and that the presence of disease does not influence recall of exposure, they do not exclude faulty recall. In many of the cohort studies, women were queried during the pregnancy and thus their memories for exposures were fresh and reliable. Others asked about the pregnancy experience at or after the birth of the infant. These would have relied on longer-term memory. Since the prenatal period is one in which women scrutinize their exposures more than any other time in life, this may not be a large issue, but it does warrant some additional caution in interpreting such studies.

Most studies were not designed specifically to look at APAP use and so did not ask the specific question, "did you use acetaminophen, when and how often?" Instead, they asked about the use of medications in general or analgesics in general, or medications for specific indications. This allowed for reporting of a wide array of medications and then analysis of APAP independent of other medications. However, women who did not consider OTC APAP use to be a medication likely did not report use, leading to underestimation. As per the DNBC referenced above, only one quarter of women mentioned analgesic use on untargeted questionnaires about use of any medications, whereas over half reported analgesic use on targeted queries. Studies

using checklists in which analgesics were specifically queried by name would have resulted in a more complete exposure profile than open-ended questionnaires, but in the literature overall, there is almost certainly a systematic underreporting by both women whose children were bound to develop ADHD and among those whose children were not. This would have resulted in non-differential misclassification and a bias toward the null, i.e., an undervaluation of the risk.

Exposures categorized as ever/never almost surely underestimate true risk. Such studies aggregate pregnant women with long duration and/or high dose use of APAP with women only minimally exposed to APAP. It is easy to see why such categorization would underestimate any true risk.

A limited number of studies have assessed longer duration use (typically >28 days) or in multiple trimesters. None assessed a quantitative measure of dose in milligram terms, which requires knowing the amount as well as the duration of use. Lack of data on amount of use, even in these long-duration analyses, would tend to bias results toward the null because such analyses would admix users of high and low frequency.  (Rothman 2008) That is because, for instance, women using APAP several times a day would have been admixed with those using it only once a day. Moreover, without data on dose, women using an extra strength APAP would have been admixed with those using regular dosage APAP. In both situations, the actual quantitative dose in milligrams (calculated as dose x duration) was unknown. In both situations, the impact from high dose/heavy use was diluted by lighter use. Women exposed for longer duration and for more trimesters have been found to be at greater risk of having an affected offspring.  Yet, still, this likely underestimates the risk of true high dose users.

Other "hard" exposure ascertainment methods may have resulted in similar or even worse misclassification. Pharmacy records underreport APAP exposure since they typically do not

39

capture OTC sales. Cord and serum blood measured APAP concentrations only when exposure occurred within the preceding 48 hours or so. If the biologic specimen was obtained at delivery and hospital protocol was to administer APAP during labor, the relationship to earlier patterns of APAP use would have been null and void. These considerations would uniformly have led to misclassification toward the null since outcome was unknown at the time of APAP exposure assessment. Of all the measures used, fetal meconium, which concentrated APAP use over the final two thirds of the pregnancy, is the most accurate metric for assessing both use and dose. (Baker 2020, Ostrea 2006, Delano 2019, Lange 2014)

For the outcome of ADHD, misclassification was also ubiquitous. Maternal/teacher reports of behaviors were subjective and subject to bias, sometimes linked to maternal characteristics that related to susceptibility to ADHD.  For instance, women with depression/anxiety may have been more or less sensitive to their children's behaviors. Teacher reports are also subject to misclassification since children behave differently in classroom and home settings.

Correlation between reporters lends credibility to self-reported measurements. Inoue (2021) showed a high correlation between child reports of behavior and maternal assessments. Brandlistuen (2013) demonstrated that maternal reports correlated significantly with urine measurements of APAP. Finally, Ruisch (2008) found that results from teacher and parental reports correlated. These findings are reassuring. Nonetheless, for all the reasons cited above, bias toward underestimation of risk almost surely accompanied self-reported data.

Registries only collect data on children that seek medical attention and thus, presumably have more severe disease. Psychiatric diagnoses are available only when more impacted individuals seek such care. All these measures of outcome, then, are subject to large degrees of

misclassification, almost all of which would have resulted in non-differential misclassification. The error would have underestimating risks.

*Language of professional epidemiology*

The standards of epidemiologic discourse in published papers are extraordinarily conservative when it comes to use of causation language. Scientists are trained to be conservative, even humble, in their claims.  As per the Reference Manual, "Generally, researchers are conservative when it comes to assessing causal relationships, often calling for stronger evidence and more research before a conclusion of causation is drawn."  (Reference Manual on Scientific Evidence, p 599)  Discussion sections, by definition, include the longest list of limitations an author can conjure. Almost all epidemiologic studies end with the caveat, "more studies are needed…" or some variant thereof. This statement demonstrates that the author is not overreaching in their interpretation or claims of their particular study.

It is the exceedingly rare article that asserts that an association is causal. Even the Women's Health Initiative, the massive randomized clinical trial that established a definitive link between use of post-menopausal hormone therapy (HT) and breast cancer made a public health recommendation but did not assert causality. (Rossouw 2002) Yet, this study led to striking reductions in the worldwide use of HT and a subsequent fall in the incidence of breast cancer. Indeed, the standard in the field is to claim causality only after an exhaustive systematic review within the framework of Hill's tenets.

Authors will suggest major public health action before they deem a risk factor to be definitively causal. This seems counterintuitive but the professional framework for this seemingly backwards approach is the precautionary principle of "first do no harm." That is, even in the absence of a full assessment of whether the association meets Bradford Hill's criteria,

41

professionals will recommend that a potential hazard be removed from the marketplace or the environment to limit potential harm, if they consider the good of doing so exceeds the risk of not doing so.

In the case of APAP use during pregnancy, Bauer et al. (2021) advocated for cautionary medical advice and product labeling. Specifically, the authors suggested that pregnant women, "forego APAP unless its use is medically indicated; consult with a physician or pharmacist if they are uncertain whether use is indicated and before using on a long-term basis; and minimize exposure by using the lowest effective dose for the shortest possible time."  (Bauer 2021)

Moreover individual authors couched their findings in professionally appropriate moderating language. These were presented under the heading "Limitations" since authors are bound to come up with any and every possible caveat in this mandatory section of publications. Thus, Liew (2014) wrote: "Nevertheless, the possibility of unmeasured residual confounding by indication for drug use, ADHD-related genetic factors, or coexposures to other medications cannot be dismissed." Ystrom (2017) cautioned: "However, given that paternal use of acetaminophen is also associated with ADHD, the causal role of acetaminophen in the etiology of ADHD can be questioned. We do not provide definitive evidence for or against a causal relation between maternal use of acetaminophen and ADHD." Ji (2018) said, "third, although we adjusted for major known risk factors of ADHD and indication of acetaminophen use, we could not adjust for several familial factors identified in previous studies. We also cannot rule out the possibility of unmeasured or unknown residual confounding, although our propensity score analyses seek to adjust for such confounding and provide additional credibility for our findings." Liew (2019) indicated, "future investigations are still needed, especially studies with improved exposure and outcome assessment and studies with the ability to address known and possibly unknown confounding factors in the analyses." Ji (2020) added, "because of our observational

42

study design, we were unable to exclude the potential residual confounders because of unmeasured genetic and environmental factors." Baker (2020) said, "Confounding by unmeasured or unknown factors is always a possibility . . . lack of confounding by indicators in prior cohort studies does not necessarily apply to the cohort studied herein." Ricci (2023) noted: "However, the certainty of the evidence on this topic is low, and findings should be interpreted in light of the limitations of the existing studies, as well as the limited number of sufficiently comparable studies available to meta-analyses."

Again, such cautionary language simply shows that the authors are not making overly ambitious claims about their particular study results and are aware of all the concerns addressed below in my analysis. Moreover, since none of them embarked on a complete Bradford Hill assessment—or review of the entirety of the literature up to the present day, as I have done— none made claims for or against causality, as is professionally appropriate.

Professional societies, which are often slow in limiting physician's prescribing flexibility, have seemingly disagreed. Presumably, they are protecting the use of APAP as the only drug currently considered a safe and effective medication to treat short-term fever and minor pain during pregnancy. However, these organizations have done so without engaging in their own systematic reviews. European and Canadian professional societies (European Network of Teratologic Information Services or ENTIS and Society for Gynecology Canada or SOGC) both questioned the case for causality, citing "weak evidence." However, this was not a refutation of the call for precautionary action. It was, instead, a questioning of causality in the absence of their own complete review of the data. In contrast, the only American professional society to weigh in was ACOG.  In response to the consensus statement in 2021, ACOG stated, "[t]his consensus statement, and studies that have been conducted in the past, show no clear evidence that proves a direct relationship between the prudent use of acetaminophen during

43

any trimester and fetal developmental issues." (*ACOG Response to Consensus Statement on Paracetamol Use During Pregnancy*, Sept. 29, 2021) Note the language, "prudent use." In other words, although seemingly opposing the consensus statement, ACOG actually agreed in a key respect that prudence should be employed in the use of prenatal APAP.

*APAP indication, use, and perception*

Indications for APAP use include short-term fever, minor aches, and pain. It is not indicated for long-term, severe pain or for long-duration fever. From the J&J Tylenol website: "Acetaminophen is most commonly used to treat minor aches and pains, including headache, backache, minor pain of arthritis, toothache, muscular aches, premenstrual and menstrual cramps. It is also commonly used to <u>temporarily</u> reduce fever." (J&J 2023) (my underline added) Severe pain often necessitates pharmacologic intervention, but APAP is indicated for minor pain, which may be treatable using non-pharmacologic modalities. Long-duration fever requires clinical assessment, a causal explanation, and targeted treatment that goes beyond symptom control.

Longer-term APAP use is mostly for treating pain and not as often for fever. Vlenterie (2016) showed that indications for >28 days use in MOBA were headache or migraine (80.2%), back pain and pelvic girdle pain (66.0% and 49.9%, respectively), and fever (24.9%). Based on acetaminophen diaries, Bandoli (2020) found that women using APAP for more than 20 days reported that they used it for headache (52%), pain or injury (27%), cold or flu (13%) and fever (only 4%).

Thus, the indication for only one quarter or less of APAP use is fever or cold/flu. Pain, the more common indication, is not a confounder in that there is essentially no evidence that pain during pregnancy (headache, back pain, etc.) increases the risk of a child being diagnosed as ADHD.

Many studies adjusted for pain or infection or both and found no evidence that it confounded the relationship between APAP use and ADHD. (Brandlistuen 2013, Liew 2016, Masarwa 2020, Inoue 2021 (see below))

A few comments on APAP relative to my assessment

*Prenatal APAP safety assessment.*

The current guidance from ACOG regarding APAP during pregnancy is, "ACOG and obstetrician-gynecologists across the country have always identified acetaminophen as one of the only safe pain relievers for pregnant individuals during pregnancy." (ACOG 2021)

The validity of the claim that APAP use during pregnancy is safe has recently been assessed in a comprehensive literature review by Cendejas-Hernandez (2022).  Of 3000 articles considered by the authors, 218 made claims that paracetamol (APAP) use in infants or children is safe. Approximately half provided no citation. The other half often cited "primary" articles which did not make original claims of safety, but rather cited additional ("secondary") articles. Only 52 studies provided experimental evidence supporting claims of safety. Median follow-up time was just 48 hours. Six studies had follow-up times of longer than 10 days, although only one study evaluated patients beyond 6 weeks and in this study, the only endpoint was hospitalization.  No study assessed neuropsychiatric function.

Cendejas-Hernandez et al. (2022) concluded, "assertions that paracetamol is safe during early development when used as recommended are based on a lack of knowledge regarding the effects of paracetamol on neurodevelopment."  Thus, ACOG's statement regarding the safety of APAP appears to be based on *not recommending anything counter to what is already done by obstetrician-gynecologists,* rather than on research. In turn, because physicians are counseled

45

by ACOG and the pharmaceutical industry that APAP is safe, the statement "[c]onsult with your physician" is sure to reinforce reassurance. However, that reassurance is not evidence-based.

Rather than relying on a rigorous assessment of safety, the use of APAP dominantly grew out of a concern in the early 1980s that aspirin was associated with Reye's syndrome in children with viral illness, making APAP the antipyretic and analgesic of choice for children and for pregnant women. Moreover, convincing evidence about a link between NSAIDS and congenital malformations, prenatal ductus arteriosus constriction, oligohydramnios, neonatal renal failure, and primary pulmonary hypertension, began mounting in the early 2000s. (Stika 2002, Sawdy 2003, Groom 2005) In 2020, the FDA issued a warning that NSAIDS should not be used in the second and third trimesters of pregnancy, making APAP the only analgesic that did not appear, at that point, to have *in utero* toxicity. (FDA 2020) APAP thus became the only antipyretic/analgesic recommended for pregnancy use beyond the first trimester.

Acetaminophen has a surprisingly narrow therapeutic window. Although it has an excellent safety profile when taken in doses representing the bottom or middle of its therapeutic range, when taken at the top of the recommended range, it can induce serious, even fatal, hepatotoxicity. Toxicity results from the depletion of endogenous glutathione and subsequent shunting of paracetamol metabolism from the usual benign excretion pathway to a toxic inflammation-inducing pathway, as reviewed below under Bradford Hill Analysis: Biologic plausibility. (Carreia 2007)

It is easy to overmedicate with APAP, triggering toxic metabolism. The recommended dose of Extra Strength Tylenol (500 mg) is 1 to 2 tablets every 4 to 6 hours. Someone in severe pain might reasonably take 2 tabs every 4 hours or a total of 12 tablets in a 24-hour period. Their day's dosage would thus be 6000 mg. However, more than 4000 mg represents a dangerously

high dose. According to the Harvard website, "The maximum daily dose for a healthy adult who weighs at least 150 pounds is 4,000 milligrams (mg). However, in some people, taking the maximum daily dose for extended periods can seriously damage the liver. It's best to take the lowest dose necessary and stay closer to 3,000 mg per day as your maximum dose." (Harvard Health, *Acetaminophen safety: Be cautious but not afraid* 2020) A similar warning has been issued by FDA: "severe liver damage may occur if you take more than 4000 mg of acetaminophen in 24 hours." (FDA 2015) "Intake of more than 4000 mg should prompt medical assessment and therapeutic intervention to salvage a damaged and/or failing liver," according to reviews of the topic. (Yoon 2016)

*Summary*

APAP has been used for many decades. It has grown in popularity to occupy a major place in the analgesic and antipyretic armamentarium, particularly during pregnancy. ACOG and obstetricians in general consider it safe and effective, and it is the primary drug recommended for use among pregnant women. Women often do not consider APAP to be a medication and underreport its use. However, the assumption that APAP is safe has not been adequately studied. At higher dosages, APAP is known to be unsafe - causing hepatic toxicity that can lead to liver failure and death. ACOG recommends "prudent use," as did the Bauer et al. (2021) consensus statement which urged caution and for women to "forego APAP unless its use is medically indicated; consult with a physician or pharmacist if they are uncertain whether use is indicated and before using on a long-term basis; and minimize exposure by using the lowest effective dose for the shortest possible time."

Systematic review of studies on APAP and ADHD that I included in my Bradford Hill analysis

I have considered in my Bradford Hill assessment of causality only studies that used ADHD diagnosis as endpoint, in keeping with the Court's Order indicating that, "If the studies for . . . ADHD were subjected to their own individual Bradford Hill analysis, it would be easier to discern whether there was actual support for a finding that prenatal exposure to acetaminophen causes . . . ADHD." (Order at 63)

Studies using reported behavioral assessments as endpoints are included after my review of the primary studies contributing to Bradford Hill as context, not as part of the primary analysis. It is entirely possible (and correct) to make a causal inference based only on the set of studies that have looked at ADHD diagnoses.

*Summary of individual studies*

*Liew  (2014)*

Using data from the Danish National Birth Cohort (DNBC), Liew (2014) assessed the relationship between APAP use during pregnancy and ADHD medication prescriptions or hyperkinetic disorders in children. DNBC is a large, population-based cohort with long-term follow-up.

DNBC enrolled pregnant women during the period 1996 to 2002 and has followed them ever since. Women were recruited between 6 and 12 weeks of gestation by approximately 50% of all general practitioners in Denmark. Sixty percent of women invited agreed to participate.

The DNBC enrolled 101,041 pregnant women from the general population of Denmark. Of these, 64,322 had live-born children and information from telephone interviews conducted at 12 and 30 weeks of pregnancy and at 6 months post-partum, as well as a self-administered

48

online/mail questionnaire when children had turned 7 years of age. Thirty-one percent of subjects have missing data at one or more telephone follow-up.

Exposure assessment of analgesics was queried with the question, "did you take pain killers?" If yes, the respondent chose from a list of 44 medications, including APAP. Analgesic use was asked for each week of pregnancy so that both timing and duration could be calculated.

In addition to follow-up interviews, outcomes were ascertained using population-based registry data. Denmark has a system of national health insurance in which almost all citizens participate. Linking these data to interview data results in a limited amount of missing data and limited selective misclassification. The outcome of hyperkinetic disorder was categorized if diagnosed according to the national general hospital registry as well as the psychiatric hospital registry. Since 1995, both inpatient and outpatient data are included in these registries. ADHD medication use (Ritalin, atomoxetine, or modafinil) was garnered from the Danish Prescription Registry, which, since 1995, receives data on dispensed prescriptions from all pharmacies in Denmark. ADHD-associated behavioral problems were ascertained using the Strengths and Differences Questionnaire (SDQ).

Many confounding factors were included in the analyses, including maternal age, parity, socioeconomic status, smoking, alcohol use, BMI, psychiatric illnesses, diagnosed anxiety/depression, maternal childhood psychiatric disorder, maternal family problems/life crisis, and maternal childhood behavior problems. Indications for analgesic use such as fever, inflammation/infection, and diseases of muscles/joints were queried, as were use of aspirin and non-steroidal medications, folic acid, antibiotics, sleep medicines, and anti-depressants. Children's sex and year of birth were adjusted in models. Other potential confounders

considered were father's age at the child's birth, Apgar scores, and season of conception. Only 5% of subjects had missing covariates.

Follow-up to the time of the Liew publication was an average of 12.7 years. The mean age of children at the end of follow-up for hyperkinetic diagnoses was 10.7 years and for ADHD medications was 11.2 years.

More than half of all mothers reported APAP use while pregnant. The authors observed an increased risk for ADHD-like behaviors in children at age 7 years after maternal APAP use during pregnancy. Children whose mothers used APAP during pregnancy were at higher risk for receiving a hospital diagnosis of hyperkinetic disorder (HR 1.37; 95% CI, 1.19–1.59) and of use of ADHD medications (HR 1.29; 95% CI, 1.15–1.44). (Liew 2014, tbl 4)

Risk increased for use in more than one pregnancy trimester, especially in later pregnancy. Significant trends were found with increasing duration for hyperkinetic diagnosis and ADHD medication use.  (see Liew 2014, tbl 4)

Moreover, for both ADHD medications and hyperkinetic diagnosis, use in all three trimesters imparted the greatest risk and was statistically significant. For hyperkinetic disorders, the adjusted RR was 1.61 (1.30–2.01); p trend <0.001 for ADHD medication use, it was 1.44 (1.21–1.72); p trend <0.001.

Use of APAP in the third trimester increased ADHD medication risk significantly (RR 1.28, 95% CI 1.08–1.52) and hyperkinetic diagnosis to about the same degree (RR 1.22, 95% CI 0.97–1.53) (albeit non-significantly). Second and third trimester use increased risk more than use in the first for ADHD medications but not hyperkinetic disorder diagnosis.  Some of these subset

findings were not statistically significant as would be expected based on smaller sample sizes. As the Court's Order noted, the associations "for second or third trimester use, for use in both the first and second trimesters, or for use in both the second and third trimesters" were not statistically significant for HKD diagnosis.  (Order at 28)  For these results, however, lack of statistical significance does not imply a negative finding, simply a null finding, especially when the point estimate was positive and similar to the statistically significant results in magnitude. Adjusted first vs. second/third trimester RRs for ADHD medications were: 1.09 vs. 1.28. This demonstrated that for both endpoints, more trimesters of use translated to greater risk, and that for ADHD medication use, the later in pregnancy the more sensitive the fetus seemed to be to APAP exposure.

Similarly, risk from APAP use among women reporting longer-duration use was greater than among women with shorter duration exposure. APAP use during pregnancy for 1 week, 2.5 weeks, 6-10 weeks, 11-20 weeks, and >20 weeks, as compared to no use, yielded adjusted RRs for ADHD medication of 1.27, 1.43, 1.74, 1.49 and 1.78 (test of trend p<0.001). Use of APAP for 20 or more weeks during pregnancy also elevated a child's risk for receiving a hyperkinetic diagnosis by almost 2-fold (adjusted HR 1.84, 95% CI 1.39–2.45) (test for trend p<0.001).  None of the confounding factors evaluated, including maternal inflammation, infection during pregnancy, mental health problems, or other potential confounders, negated these observed associations.

Notably, not all estimates were significant in the interpretation of these dose-response data. However, as noted above, significance is not the equivalent of meaningful. By parsing the data into many categories, power was lost, and it is not surprising that estimates were not always significant. What is important is the clear pattern that estimates increased with duration of use.

*Liew Critique*

According to Liew (2014): "Using prospective data from a well-designed large cohort of pregnant women with a long duration of follow-up and registry based outcome assessment, we found that prenatal exposures to acetaminophen may increase the risk in children of receiving a hospital diagnosis of HKD or ADHD medication with greater frequency of use increasing risk in an exposure-response manner."

Liew et al.'s interpretations with respect to confounding were: "Results did not appear to be confounded by maternal inflammation and infection during pregnancy, mother's mental health problems, or any of the other fac-tors we evaluated." (Liew 2014) "We adjusted for several indications that might have triggered maternal acetaminophen use in analyses, and results also did not differ for women who did and did not report infections/ inflammations during pregnancy or when controlling for use of common nonsteroidal anti-inflammatory drugs." (Liew 2014)

The Liew (2014) authors also wrote about their findings with respect to dose response as follows: "The associations were stronger for acetaminophen use in more than 1 trimester, and we found exposure response trends with increasing frequency of use during gestation."

The study was large, allowing for excellent precision around estimates. As a cohort study, it ensured that exposure, which was captured more than once during pregnancy, would have preceded outcomes. The cohort was population-based, although response rates were not high (60%), meaning that selection bias and selective misclassification of exposure likely occurred. However, because two of three outcome measures were from registry data, the selection bias from missing telephone interview data for these was limited.

52

Potential confounding was limited by inclusion of many covariates in mothers, fathers, and offspring. Confounding by indication was well adjusted by including in models both indicators of fever and pain. Consideration of genetic confounding included multivariable model control for psychiatric illnesses, diagnosed anxiety/depression, maternal childhood psychiatric disorder, maternal family problems/life crisis, and maternal childhood behavior problems.  These variables would have limited both genetic and familial aggregation effects.

National hospital and pharmacy registries promoted the validity and reliability of data. Moreover, ascertainment of exposure data at each of the second and third trimesters allowed for assessment of intra-reporter consistency and of duration of use.  Follow-up was long enough to capture many of the signs and symptoms associated with ADHD, since that diagnosis is typically made by the pre-teen years.

Exposure misclassification of APAP use was limited by use of a checklist of analgesics by name and by ascertainment of analgesic information at three time points during and shortly after pregnancy.

Weaknesses included that, to be captured by the registry for ADHD medication use, cases might have had more severe forms of illness, triggering them to seek medical attention and treatment. Similarly for hyperkinetic disorder, it may have been only the more severe cases that would have come to medical attention. However, both of these study aspects could be considered strengths (not weaknesses) since more severe cases would be less likely to be misdiagnosed.

Unadjusted confounding must be considered in any epidemiologic study, no matter how excellent the design. In particular, limited adjustment was conducted around children's

characteristics at birth (e.g., birthweight) and during childhood (e.g., other medication use). Unmeasured genetic confounding may have also occurred.  As the authors noted, although they did "adjust for several indications," "the possibility of unmeasured residual confounding by indication for drug use, ADHD-related genetic factors, or coexposures to other medications cannot be dismissed."

Overall, Liew (2014) was a study of high quality and showed effect sizes on the order of 40-60% for ever/never APAP use and ADHD medications or hyperkinetic diagnosis, and risks elevated about 80% among long-duration users. The fact that longer duration users demonstrated higher risks argues for a dose-response. Moreover, the study identified later pregnancy use as a sensitive window with risks of ADHD medications and hyperkinetic disorders.

*Ystrom (2017)*

In a secondary data analysis of the Norwegian Mother, Father and Child Cohort Study (MOBA), Ystrom (2017) addressed use of prenatal APAP and resultant children receiving ADHD medications or a clinical hyperkinetic disorder diagnosis. MOBA is unique in its size, length of follow-up, and inclusiveness of data collection. Over 90,000 pregnant women were recruited from 1998 to 2008. More than 70,000 fathers participated. Data were collected at baseline and in every trimester of pregnancy, as well as at birth and every two years or so among parents and children. Follow-up is ongoing.  Outcomes and potential confounders were ascertained using data from comprehensive population-based registries. The availability of such data, linked to collected data, resulted in a limited amount of missing data and  a limitation in selective misclassification.

The Ystrom (2017) authors used data from 1999 to 2008, involving 48,631 child-mother pairs who had completed a questionnaire when the child was age 3. Follow-up of the cohort involved

questionnaires at pregnancy week 17, 30, 6 months post-partum, and at 1.5 and 3 years. Follow-up was only until 3 years of age. An almost 50% rate of loss-to-follow-up is an issue for MOBA. Thus, diagnoses in this analysis were highly reliant on registry data.

APAP exposure was queried in any woman reporting headache, fever, cold, or backache. Among such women, medication use was asked in an open-text format. Timing and duration were also ascertained.

This analysis was based on a final sample of 112,973 children and their parents (this larger number reported by the Ystrom (2017) authors includes the number of children plus mothers and fathers participating).

The outcomes of children's ADHD diagnoses were obtained from the Norwegian Patient Registry. Since 2008, all government-owned and government-financed hospitals and outpatient clinics are mandated to report individual-level, International Classification of Diseases, 10th Revision (ICD 10), diagnoses to the Registry to receive reimbursement. The ICD 10 codes used were for ADHD overall and also for hyperkinetic disorder. Hyperkinetic disorder requires the combination of inattentive and hyperactive symptoms, and is a subtype nested within the DSM classification of ADHD. Patients with hyperkinetic disorder, according to the Ystrom (2017) authors, suffer from more language and motor development problems than among children with ADHD overall.

Children with ADHD, as compared to those without the diagnosis, were more likely to be exposed in utero to APAP during the second trimester (39% vs. 35%) and third trimester (71% vs. 67%). After adjustment for potential confounders, risk elevation for ADHD among APAP use was (HR 1.12, 95% CI 1.02–1.24) for any use during pregnancy, in one trimester was (HR 1.07,

95% CI 0.96–1.19), in two trimesters was (HR 1.22, 95% CI 1.07–1.38), and in all 3 trimesters (HR 1.27, 95%CI 0.99–1.63). The HR for more than 29 days of maternal APAP use was 2.20 (95%CI 1.50–3.24). In contrast, use for <8 days was negatively associated with ADHD (HR 0.90; 95% CI 0.81–1.00).  This may suggest that taking an anti-pyretic for a short period for fever may reduce ADHD risk. This, however, does not detract from the result that long-term use increased risk, since the indications for long-term use are typically not fever, as discussed above.

Although the relationship between APAP use and outcomes was unaffected by adjustment for fever, acetaminophen use for fever and infections for 22 to 28 days was associated with a particularly high risk of ADHD (HR 6.15, 95% I 1.71–22.05), suggesting a potential interaction. This implies that women who take APAP long-term for fever are at substantially elevated risk for ADHD. Long-term APAP use is not recommended for fever, so both because such use is not part of the indications recommended by manufacturers and because it may greatly elevate risk for ADHD, such use may be inappropriate.

Use of APAP in two or in three trimesters, as well as use for long duration, were all statistically significant. However, as noted above, significance is not the equivalent of meaningful. Thus, my judgment is based more on the point estimates than significance, and in this analysis, long duration use increased risk by more than 2-fold. Moreover, like in the Liew (2014) study, there is an impression that more trimesters of use increased risk more than fewer trimesters.

With regard to NCE analyses, preconceptual APAP use was not associated with ADHD. However, paternal use and maternal use of APAP were similarly associated with ADHD.

Prenatal use of APAP for 29 or more days was associated with a substantially increased hazard rate of ADHD (HR 2.20; 95% CI 1.50–3.24), even after stratifying within groups by indication for APAP use. The associations with use of 29 days or more did not differ across groups of indications, such as fever and infection (HR = 2.13–2.56).

*Ystrom Critique*

The Ystrom (2017) authors' own interpretation of their work was as follows: "Long-term maternal use of acetaminophen during pregnancy was substantially associated with ADHD even after adjusting for indications of use, familial risk of ADHD, and other potential confounders." They go on to discuss the consideration of confounding by indication.  "We had the advantage of having medication data separately for each indication, allowing us to account for confounding by each indication in a stratified model." (Ystrom 2017) "Even after adjusting for indications of use, there was still an association (HR = 2.20; 95% CI 1.50–3.24) between long-term prenatal acetaminophen exposure and childhood ADHD. This estimate was similar across several indications for acetaminophen use (fever, infections, and pain conditions). This indicates that putative confounding factors for long-term acetaminophen use and ADHD are not related to the recorded indications but are related to unmeasured factors." (Ystrom 2017)

In discussing confounding by genetics, the Ystrom (2017) authors opine: "In our study, the association persisted after adjusting for acetaminophen use before pregnancy and for parental symptoms of ADHD."(Ystrom 2017)  "With our analyses, we showed that the association between maternal acetaminophen use and ADHD did not appear to be strongly confounded by common familial (eg, genetic) factors for ADHD and use of acetaminophen." (Ystrom 2017) "Maternal preconceptional use was not associated with ADHD. This is in line with a recent study in which researchers found no effect of maternal postnatal acetaminophen use on maternal reports of behavior problems. Furthermore, we found that maternal preconceptional use was as

57

associated with use during the first trimester as use across 2 trimesters. This supports the employment of maternal preconceptional use as a negative (or specificity) control and is consistent with a causal link." (Ystrom 2017) They then note that, "However, given that paternal use of acetaminophen is also associated with ADHD, the causal role of acetaminophen in the etiology of ADHD can be questioned. We do not provide definitive evidence for or against a causal relation between maternal use of acetaminophen and ADHD." (Ystrom 2017)

About dose response, the Yystrom (2017) authors noted: "For use >7 days, the HR for offspring ADHD increased with the number of days exposed."

My assessment is this: Strengths of the Ystrom (2017) study are its large sample size, population sample, longitudinal design, multiple potential confounders in adjusted models, and use of comprehensive registries to capture outcome data.

In addition to these strengths, Ystrom (2017) examined both frequency of use by trimester and duration of use (>28 days or less). Risks among short duration use were reduced below 1.0, whereas longer duration increased risk, i.e., a relatively linear risk curve started below 1.0. The Ystrom (2017) authors also adjusted for indication and found it did not affect their estimates. Fever and APAP use interacted such that use of APAP among women with fever or infections imparted a particularly high risk (>6-fold).

Weaknesses inherent in MOBA analyses are high drop-out rates. Long-term APAP users were somewhat more likely to drop out (4.2% vs 3.7%). Although quite similar to non-dropouts, women who remained in the study had slightly lower depression rates and were less often "not married or cohabiting." (Ystrom 2017)  As discussed above, bias in this situation would have been to underestimate the true effect size. Women using long-term APAP had healthier

behaviors, and they would have tended to have less ADHD.  Because the study outcomes came from linked registry data, this placed the weight of outcome classification on registries.

Another weakness of the MOBA analyses was the short duration of follow-up for the diagnosis of ADHD and the reliance on registries. Registries likely represented only children with more severe problems. Many children with ADHD have more modest symptoms and would not come to medical attention. Moreover, children manifesting serious symptoms at a young age likely would have been those with more severe manifestations. As noted above, these may actually have been strengths in identifying a group less likely to be mis-diagnosed and thus misclassified. Other factors that limit this problem are that, first, Norwegian hospital registries also include outpatient clinic information. Second, national health insurance would have ensured access to these resources for the entire population. Third, inclusion of more severe cases would have, if anything, lent validity to the result since misdiagnosis is less an issue among children with more extreme manifestations of any condition. However, in this situation, the need to seek medical care to be classified with ADHD raises a question of the characteristics of parents who bring their younger child for healthcare intervention. Almost surely, parents with this degree of sensitivity and health-seeking behavior would differ from parents who didn't bring their child to medical attention, but it is not clear whether such mothers would have been more likely or less likely to use APAP and thus the direction of such bias (toward or away from the null).

Follow-up only to age 3 would miss many ADHD diagnoses. Most children manifest ADHD by age 12, but relatively few are diagnosed prior to school age. Data from the CDC indicates that the prevalence of diagnosed ADHD is 2% among 3–5-year-olds, 10% among 6–11-year-olds, and 13% among 12–17-year-olds. Moreover, some children who appear to have ADHD and hyperkinesis early in childhood will subsequently be diagnosed with another condition. Because

this misclassification would not have been based on maternal APAP recall, it would have led to non-differential misclassification and bias toward the null, i.e., underestimation of true risk.

Exposure misclassification of APAP use was a concern both due to maternal forgetting and because the main findings were based on an ever/never classification of APAP use. These concerns were limited in the analyses of longer-duration users who probably would have less likely forgotten use. It was also limited by connecting the question on analgesics to indications for analgesic use. However, in the analyses of ever/never use, exposure misclassification likely occurred particularly because the question was open regarding any medication use in situations of fever/pain. As a result, women exposed and unexposed would have been admixed, diluting any real association and underestimating the true effect.

The Ystrom (2017) authors took particular care to adjust for indications for taking APAP. In addition to adjustment in models, they stratified their results by indication. Although Ystrom (2017) adjusted for many important potential confounders, unadjusted confounding must be considered in any epidemiologic study, no matter how excellent the design.

The Ystrom (2017) authors also assessed genetic confounding by using NCEs. One was preconceptual use of APAP, in the six months prior to pregnancy. The genetics of mothers would not change over the course of pregnancy. Thus, finding that preconceptual use was not associated with ADHD in a mother's offspring lent support to the role of APAP in the absence of invariant genetics. In fact, this finding particularly strengthens the argument supporting APAP as a causal factor in the genesis of ADHD because use in the six months before pregnancy and in the period during pregnancy were likely correlated (if a mother took lots of APAP she would be expected to do so in both time periods). Thus, the specific association with prenatal but not preconceptual use is striking.

60

On the other hand, the fact that paternal use of APAP in the six months before pregnancy was associated with ADHD is odd. I agree with the Court that "there is no reason to expect that paternal use of acetaminophen during pregnancy varies compared to paternal use of acetaminophen before pregnancy (time-invariance), or that it could cause a neurodevelopmental disorder in offspring (because conception has already occurred)."  (Order at 21).  It would be hard to explain biologically and, as noted below, is easier to explain behaviorally. Paternal use was queried for the timeframe of six months before pregnancy, not during pregnancy. Asked during a non-pregnancy interval, it simply suggests that paternal users of APAP were more likely to father ADHD children, perhaps because of behavioral correlations in taking medications and raising children. However, taken together with the maternal data, which showed that mothers taking APAP during the six-month preconceptual window did not show this correlation, suggests that mothers did not show behavioral correlations between medication taking and rearing an ADHD child.

More importantly, the association between paternal APAP use and ADHD was likely not an appropriate NCE for genetic confounding. How would a father's use reflect a mother's genetics? Why would such an association detract from the fact that only during the pregnancy was maternal use of APAP related to a childhood ADHD diagnosis? Surely the mother's genetics were not correlated with the father's genetics. The mother's behaviors might have been correlated with the father's, but even that is the opposite of the results presented.

Finally, as suggested by Thomas Frisell in a commentary published in the prestigious *American Journal of Epidemiology*, which  addressed studies that had internally inconsistent results using designs for control of genetics: "If this rejects the causal hypothesis that prenatal smoking is associated with ADHD, then why is there such a clear dose-response pattern, and why did

61

some but not all negative control studies find an association specific to maternal vs. paternal smoking? When evidence seems conflicting, standard adjustment for potential confounders, demonstrating whether or not each could explain the association between exposure and outcome, has superior interpretability." (Frisell 2021)  In other words, internally inconsistent results such as these are hard to interpret and should not be overinterpreted in the absence of other (adjustment) evidence of genetic confounding.

Overall, Ystrom (2017) showed a number or significant associations, particularly for long-term APAP use. Risks were on the order of 20 to 30% for use in two and three trimesters respectively. Risk elevation was 220% for >28 days of use. Several biases would have led to underestimation of observed risks. Ystrom also found an interaction between fever/infection and APAP use. An oddity in their results is that APAP use among fathers also led to more ADHD diagnoses.

*Ji (2018)*

This study examined maternal plasma biomarkers of APAP intake and ADHD diagnosis in the Boston Birth Cohort. 1180 children at birth who continued to receive their medical care at the Boston Medical Center were followed prospectively via record linkage within an electronic medical record database. ADHD diagnosis (N=188) was obtained based on electronic medical records. Maternal biomarkers of APAP use were measured in plasma samples obtained within 1 to 3 days postpartum.

Of 3098 children enrolled in the postnatal follow-up study of the Boston Birth Cohort, 1412 mothers had sufficient plasma samples for metabolomic assay. After excluding those with missing interview data, 1180 mother/infant pairs with all pertinent data were analyzed. This participant sample was like the excluded sample in terms of baseline maternal and newborn

characteristics, except for having a slightly higher percentage of Black children, longer gestation, and higher birthweight.

Exposure to APAP during pregnancy was measured by liquid chromatography-tandem mass spectrometry (LC-MS). The main metabolites of acetaminophen included unchanged acetaminophen (~5%), acetaminophen glucuronide (52–57%), acetaminophen sulfate (30–44%), and hepatotoxic N-acetyl-p-benzoquinone imine (NAPQI) (5–10%). NAPQI can be further detoxified as 3-(N-Acetyl-L-cystein-S-yl) acetaminophen.

Outcomes were based on ICD-10 diagnosis of ADHD. Children without any  diagnosis of ADHD, ASD, or developmental delay were considered unaffected or neurotypical.

Covariates Models were maternal age at delivery, maternal race/ethnicity, maternal education, smoking during pregnancy, drinking during pregnancy, parity, maternal pre-pregnancy BMI, baby's sex, delivery type, gestational age, birthweight, maternal fever during pregnancy, intrauterine infection/inflammation, and breastfeeding.

In the final sample, there were 188 (11.9%) children with a diagnosis of ADHD, 44 (3.7%) children with a diagnosis of ASD (without ADHD diagnosis), 344 (29.1%) children with a diagnosis of other DD, and 604 (51.2%) neurotypical children. Compared to unaffected children, the authors reported a significant positive dose-response association with ADHD diagnosis for each maternal APAP biomarker, after adjusting for indication of APAP use and other pertinent covariates. Compared to levels in then non-detection category, below median and above median levels of maternal acetaminophen were associated with a 58% and 88% increase in the odds of ADHD diagnosis, respectively (OR below median 1.58, 95% CI 1.02–2.46; OR for above median 1.88, 95% CI 1.18–3.00). These estimates suggest a dose-response based on

63

APAP concentration. Stratification by covariates showed interaction effects; for example, mothers with a prenatal infection had an OR of 2.81 versus without infection of 1.57. In that the group without infection still had a significant increase in risk, this does not denote confounding but instead interaction.

*Ji Critique*

The Ji (2018) authors interpret their study as follows. "In this prospective birth cohort study, we found a significant positive association between maternal blood acetaminophen metabolite levels measured within 1–3 days postpartum and ADHD diagnosis in offspring." They support their use of post-delivery plasma levels as a valid proxy despite their admission that the measure has only a 2–3-hour half-life and was measured 1-3 days postpartum, reflecting peripartum use (in the period around delivery). Specifically, they say: "Nonetheless, women with detectable levels of acetaminophen biomarkers are likely to be more regular users," and "[O]ur evidence drawn from the perinatal period lends further support for the association between maternal acetaminophen use and ADHD in offspring." (Ji 2018)

Critics of the Ji (2018) study have argued that the Ji result may reflect peripartum (around the time of delivery) exposure but not exposure earlier in the pregnancy—a possibility highlighted by the study authors as well. However, it is logically difficult to understand why a few doses at the time of delivery would be associated with a strong ADHD risk. Indeed, if this were the case, it underscores the likelihood that third trimester use is strongly linked to risk.

Confounding in this study, as the Ji (2018) authors note, was better addressed than in many other studies. They say: "This association remained after adjusting for multiple previously identified potential confounders and potential indications for acetaminophen use," and "This association remained even after adjusting for indication factors of acetaminophen use (maternal

64

fever and maternal intrauterine infection/inflammation during pregnancy) and other pertinent covariates." (Ji 2018)

Reinforcing the support this study lends to the APAP and ADHD association, the authors underscore their finding of a dose response: "[W]e identified dose-responsive patterns across all acetaminophen metabolites and burden." (Ji 2018)

However, Ji (2018) notes their study is limited in its ability to adjust for genetics and familial aggregation: "[A]lthough we adjusted for major known risk factors of ADHD and indication of acetaminophen use, we could not adjust for several familial factors identified in previous studies. We also cannot rule out the possibility of unmeasured or unknown residual confounding, although our propensity score analyses seek to adjust for such confounding and provide additional credibility for our findings."

My review revealed that strengths of this study were the use of a biomarker of APAP exposure and a "hard" outcome of ADHD based on diagnoses from medical records. Consideration was given to confounding by indication. Although power was limited by the relatively modest number of women enrolled, it appeared to be sufficient to demonstrate significant associations.

Despite these strengths, the study had some notable limitations, as the authors are aware. APAP has a short half-life (2–3 hours) and thus would have only been detected within 24-48 hours of use. This would have greatly underestimated exposure and limited the exposure window to the end of the third trimester.

Reliance on hospital electronic medical records within a single hospital system would have meant that outcomes in families going elsewhere for their care would not have been captured

within the study. Whereas the prevalence of children diagnosed with ADHD were like national estimates for 7-year-olds, the proportion with other developmental disorders was high, suggesting that families with risk factors for neuroatypical children may have remained in the system. But the Boston Medical Center may have had specific facilities that cared for such children, leading to their overrepresentation. Because reporting of APAP use during pregnancy would not be expected to differ by the patient mix, this would have affected generalizability (to a group of children with more risk for ADHD) but not bias. With respect to confounding, no adjustment was made for genetic factors or for maternal co-morbidities, such as depression/anxiety known to contribute to ADHD risk.

Thus, Ji (2017) demonstrated a 58% and 88% increase in the odds of ADHD diagnosis associated with APAP exposure. For mothers using APAP and having a prenatal infection, the risk was as high as a 280% elevation. The Ji (2017) study was appealing for its use of a biologic measure of APAP exposure. Despite its limitations, the fact that it took a different tack to establishing an association between APAP use and ADHD lent a new dimension to the literature.

*Chen (2019)* Chen (2019) conducted a case-control study nested within an electronic medical record system. The authors examined APAP use during pregnancy and ADHD risk among 950 women/child pairs with ADHD and 3,800 control pairs matched by demographic characteristics from the Taiwan Longitudinal Health Insurance Database. The database reflects information from a compulsory and universal health insurance program offering comprehensive medical care coverage to all residents of Taiwan.

Children born between January 1, 1998, and December 31, 2008, who received diagnoses of ADHD (ICD-9-CMcode: 314) by board-certified psychiatrists, based on diagnostic interviews

66

and clinical judgement, were included as cases. Randomly-selected, population-based controls were matched to cases in a ratio of 1:4 based on the mother's age, offspring sex and ages, mother's age during pregnancy, income, and urbanization level.

APAP use and gestational infections were assessed in the first trimester, second trimester, and third trimester, and during the pre-pregnancy period from 3 months before pregnancy to the date of last menstrual cycle. Cumulative dose (mg) of APAP was calculated in each trimester. The Chen (2019) authors give no details as to how exposure was ascertained but likely it was a variable within the database or calculated based on dosage and recommended frequency at the time of prescribing. They also give no information on how calculations were made. Both of these omissions make it difficult to assess the validity of the exposure metric.

Confounding factors included gestational infections (respiratory, urinary tract, gastrointestinal, and sexually transmitted infections). Maternal mental health disorders, including schizophrenia, bipolar disorder, and major depressive disorder, were captured from the database, as was medication use, including antidepressants, mood stabilizers, atypical anti-psychotics, ADHD medications, and benzodiazepines. Preterm or low birth weight, birth trauma, and intrauterine hypoxia/birth asphyxia were also assessed. Thus, adjustments for confounding by maternal or neonatal conditions were extensive and more comprehensive than in many other studies.

After adjustment for potential confounders, APAP use in any trimester was associated with ADHD risk (RR 1.20, 95% CI 1.01–1.42), a result which grew stronger after excluding women with gestational infections and maternal health disorders (RR 1.40, 95% CI 1.14–1.73). Second trimester exposure to APAP was associated with a significantly increased risk of ADHD (OR 1.19, 95% CI 1.00–1.40). Similarly, elevated risk was seen for use in both first/second trimesters (OR 1.28, 95% CI 1.00–1.64). Sensitivity analysis excluding women with gestational infections

67

and maternal mental health disorders confirmed, and even slightly strengthened the associations for second trimester (OR 1.33; 95% CI 1.04–1.69) and first/second trimesters (1.68, 1.18–2.40). However, risks were not elevated for third trimester exposure alone or in combination with other trimesters.

*Chen Critique*

The Chen (2019) authors interpreted their findings as: "Prenatal exposure to acetaminophen, especially in the second trimester, was associated with an increased risk of ADHD in offspring." They commented on their consideration of confounding, noting that, "The association between acetaminophen exposure and ADHD risk was independent of gestational infections or maternal mental health disorders." (Chen 2019)

"However," they say in their discussion of limitations, "our study did not identify a dose-dependent relationship between prenatal acetaminophen use and the offspring's ADHD risk; the log-transformed maternal cumulative doses of acetaminophen were not related to ADHD risk in off-spring." (Chen 2019)

This is one of the few case-control studies published in the APAP and ADHD literature. Like all case-control studies, it suffers from the potential for selection bias. Recall bias was not a problem, as the study used data from a comprehensive database. Similarly, temporality problems in which outcome preceded exposure, rather than the other way around, was unlikely since the database tagged information by date. Because it was nested within a prospective data collection system, it thus did not suffer from the problems inherent in case-control studies based on recall.

68

Strengths of the study were its use of a mandatory, complete information source for all of Taiwan. Another strength was outcome determination by psychiatrists.

The number of children with outcomes was large, a good deal larger than in many of the cohort studies. Matching on several characteristics and then adjusting for many others was also a strength.

A major study weakness was (like its strength) reliance on a record database. This source meant that only the most severe cases of ADHD would have been captured. Because some subjects in the control group may have had ADHD that was not identified, non-differential misclassification may also have occurred, biasing study findings toward the null. After exclusion of women with maternal co-morbidities, results were more pronounced.

Reliance on the database for APAP exposure was an even more concerning issue. APAP is generally available without prescription in Taiwan, and OTC use was not assessed. However, because the national health insurance program is free, many women may have sought a prescription rather than paying out of pocket. Fully three quarters of participants used APAP during at least one trimester of pregnancy, suggesting that database reliance may not be a fatal flaw in the design.

The Chen (2019) study also failed to replicate the association between third trimester APAP use and ADHD. In fact, the trimester analyses, particularly those looking at use in more than one trimester, were apparently based on small sample sizes since they had wide confidence intervals, detracting from their precision. In this sense, the most robust and likely valid measure of APAP use was use in any trimester.

Chen (2019) also failed to control for genetic and other sources of unmeasured confounding.

Overall, as a case-control study, Chen (2019) might be considered *a priori* to be a weaker design than a prospective study. However, in that it was nested within a prospectively collected database, it did not suffer from many other biases normally found in case-control designs. The study's results indicated that APAP use in any trimester increased ADHD risk modestly but significantly and by about 40% after excluding women with gestational infections and maternal mental health disorders.

*Liew (2019)*

One of the more unusual studies in the APAP and ADHD literature, the Liew (2019) analysis employed a NCE approach using data from the Nurses Health Study II (NHS II). NHS II is a large cohort of participating nurses study conducted between 1993 and 2005. The authors used the NCE of APAP use in the period "a few years before" and "a few years after" pregnancy to detect suspected and unsuspected genetic and other confounding. These NCE variables should not causally affect the outcome but shared a similar confounding structure with the exposure variable of interest. Moreover, maternal use outside of the prenatal window biologically reflected the mother's genetics, as well as other invariant factors such as socioeconomic status.

In 1989, NHS II enrolled nurses from throughout the U.S. at 25 to 42 years of age. 116,430 female nurses were recruited and followed biennially with questionnaires. Mothers were asked whether during the previous 2 years they had used APAP regularly (defined as ≥2 times/week in the 1989 and 1993 questionnaires and ≥1day/week from 1995 onwards). Ever/never regular maternal APAP use was reported on the questionnaire during the year of the child's birth. Notably, the exposure question was not about use specifically during pregnancy and the design could not capture whether, when, and how often APAP was used during the prenatal period.

70

The outcome of ADHD relied on the question, "have any of your biological children been diagnosed with attention-deficit/hyperactivity disorder (ADHD)?" and the year of birth of any child diagnosed with ADHD. (Liew 2019) To assess the validity of this measure, a previous study among 92 children reported as having ADHD in NHS II scored high on the ADHD Rating Scale, including inattention and hyperactivity-impulsivity. Girls scored above 90%, and boys scored above 80%; a further 63.8% of boys scored above 90%.  As the ADHD Rating Scale is known to correlate highly with ADHD diagnoses, this validation study is reassuring.

Adjustment was made for the following covariates: Maternal age at the child's birth (<30, 30–34, 35–40, or >40 years); child's birth order (first, second, third, or fourth or later); child's birth year; maternal gestational diabetes; preeclampsia; and self-reported regular maternal use of aspirin or aspirin-containing medication or other nonsteroidal anti-inflammatory drugs.

NCE control consisted of comparing ADHD risk for maternal use of APAP at the time of pregnancy to use "a few years before" and "a few years after pregnancy." (Liew 2019)

Regular maternal APAP use during the three defined exposure periods was moderately correlated (Spearman's r=0.28–0.32). In models with APAP use in all exposure periods included only maternal APAP use in the year of the pregnancy was associated with elevated odds of ADHD in offspring (OR 1.34, 95% CI 1.05–1.72). Among women who reported they were pregnant at the time they completed the questionnaire, the association with ADHD was somewhat greater (OR 1.46, 95% CI 1.01–2.09), while use in the other periods remained null. There was a similar, though not statistically significant, result reported in a differently adjusted model for women who reported they were pregnant at the time they completed the questionnaire.  (OR 1.39 95% CI 0.99–1.95) The positive association between APAP use at the

71

time of pregnancy but not in the other exposure periods and ADHD in offspring remained largely unchanged in: (a) analyses restricted to mothers with no depression, rheumatoid arthritis, or migraine headache; (b) analyses excluding mothers who used aspirin and other nonsteroidal anti-inflammatory drugs at the time of the pregnancy; and (c) in analyses adjusting for demographic factors.

The correlation between APAP use in the different time periods was modest, suggesting that behaviors varied over time. The weak correlation also suggests that time-invariant factors, such as genetics, had a weak or null impact on medication-taking behavior. If genetics strongly affected medication-taking, one would expect that since genetics does not change over time, then APAP use would not change over time. Yet, the data showed that it does.

Moreover, the presence of an association between APAP use and subsequent ADHD diagnosis in the pregnancy window, but not in the pre-pregnancy and post-pregnancy periods, precludes the possibility of genetics in that given woman as an explanation for the APAP-ADHD relationship. It also precludes other time-invariant potential confounders, such as maternal chronic diseases or socioeconomic status. Since these are unlikely to change markedly over a short time span, they do not explain the association observed for APAP exposure at the time of pregnancy.

*Liew Critique*

The Liew (2019) authors described their overall results as: "Our NCE analysis suggested that only acetaminophen use at the time of pregnancy was associated with childhood ADHD (odds ratio = 1.34, 95% confidence interval: 1.05, 1.72), and the effect estimates for the 2 NCE periods (about 4 years before and 4 years after the pregnancy) were null." "The findings of our

NCE analyses corroborate those of prior reports suggesting that prenatal acetaminophen exposure may influence neurodevelopment."  (Liew 2019)

They point out that their design was meant to exclude genetic and other time-invariant confounding, writing that, "the absences of associations with acetaminophen use in the pre-pregnancy and post pregnancy periods are the true NCE tests and they suggest that variables that do not vary over a few years—such as genetics, maternal chronic diseases, or socioeconomic status—do not explain the association observed for acetaminophen exposure at the time of pregnancy." (Liew 2019)

Nonetheless, Liew (2019) was aware of the study limitation of lack of adjustment for confounding by indication: "However, we cannot rule out the possibility of other un-controlled risk factors for ADHD that are uniquely correlated with the use of acetaminophen during the pregnancy period. One possible candidate could be conditions like fever, infections, or mild pain. However, such conditions should have led to sporadic use of acetaminophen, if any; our exposure variable was regular use of acetaminophen. Thus, confounding from this source would seem less likely." The Liew (2019) authors also indicated that unaccounted confounding by other, unadjusted time-varying factors specific to pregnancy may have impacted their results: "Future investigations are still needed, especially studies with improved exposure and outcome assessment and studies with the ability to address known and possibly unknown confounding factors in the analyses."

The Liew (2019) study is unique in using the structure of NHS II, which would not facially be an obvious database in which to study the APAP and ADHD question. NHS II was not originally constructed to study pregnancy-related exposures. Questionnaires did not specifically cover the pregnancy period and were completed only biennially. However, for a NCE analysis it provided

an unusual opportunity to use the time periods before and after pregnancy to demonstrate that covariates that did not change over time were unlikely to have accounted for the APAP and ADHD association. Genetics, for instance, would not change over time and if it drove the APAP-ADHD relationship, it should have done so consistently over time, yet only in the biennial window in which the pregnancy occurred was APAP use related to ADHD.

Other Liew (2019) study strengths include the cohort design, large sample size, and adjustment for confounders, in addition to the NCE analyses. Maternal report of the ADHD outcome would be a substantial concern, but the authors took care to perform a validation study showing the measure to correlate strongly with a gold standard assessment.

There were, however, several weaknesses. The assessment of APAP was crude at best, relying on self-report of ≥2 times/week or ≥1 day/week during the previous 2 years. On the other hand, that exposure variable would suggest chronic use and perhaps, then, chronic use during pregnancy. This is because the question was about "regular," not just any, APAP use. The fact that women may not have been pregnant anywhere near the time of the questionnaire is a concern. However, Liew (2019) repeated the analysis for women who reported they were pregnant at the time of the questionnaire and got similar, indeed somewhat enhanced, results. Moreover, the crudeness of the ever/never chronic use variable would have biased results toward the null.

Another concern is the age distribution of the cohort. NHS II was designed to follow women into menopause and thus has an older age structure than would be desired for a pregnancy cohort. The youngest women were 30 so that many of the births would have occurred among older mothers. Maternal age is a risk factor for ADHD so age may have biased the sample, although it is not clear that older mothers have different patterns of APAP use.

74

Finally, although the NCE analyses would have controlled for fixed confounders, it would not have controlled for time-variant factors. Thus, potential factors such as maternal fever/infection may still have confounded the results. Also, the list of confounding variables was limited and did not include many indications, familial aggregation factors, or socioeconomic factors.

Overall, the Liew (2019) study provided a fascinating and unique methodology to adjust for time-invariant confounding. Despite likely bias toward the null, the authors found an association between APAP use on the order of a 34 to 46% increase in risk.

*Baker (2020)*

In a uniquely robust study employing a biologic measure of exposure and a hard measure of outcome, Baker (2020) examined the association between prenatal APAP exposure measured in meconium and ADHD in children aged 6 to 7 years, along with functional brain connectivity.

The study was embedded in a prospective birth cohort from the Centre Hospitalier Universitaire de Sherbrooke in Sherbrooke, Québec, Canada. 394 children were eligible for inclusion, of whom 345 (88%) had meconium samples collected at delivery, as well as information on physician diagnosis of ADHD.  Mothers were enrolled between 2007 and 2009, at their first prenatal care visit or delivery and were followed up when children were aged 6 to 7 years. When children were aged 9 to 11 years, a subset were enrolled in a sub study testing resting-state brain connectivity with magnetic resonance imaging. Forty-eight children had been tested at the time of this analysis.

Exposure assessment was APAP measured in meconium removed from diapers of newborns and analyzed with ultraperformance liquid chromatography mass spectrometry (LC-MS). APAP

was detected in 199 of the 345 samples (57.7%), with a method that recovered virtually all chemical moiety and was highly replicable (repeatability of ±15%).

Several outcomes were employed. At a scheduled cohort follow-up when children were aged 6 to 7 years, parents were asked on a questionnaire if their child had physician-diagnosed ADHD. In total, 176 parents provided information at the 6- to 7-year follow-up. For those who did not complete the 6- to 7-year follow-up visit (n = 169), physician diagnosis of ADHD was obtained from reviewing medical records from Centre Hospitalier Universitaire de Sherbrooke pediatric clinics, which are available in the hospital database.

In addition, among the 48 children in the MRI analysis subsample, 46 completed the Behavioral Assessment System for Children Parent Report Scale (BASC3-PRS) at ages 9 to 11 years. In the BASC3-PRS, parents answer a range of questions concerning the behavior of their children that are combined into various rating scales, including scales for attention problems and hyperactivity.

MRI data involved resting-state analyses that focused on connectivity in 3 classical brain networks often implicated in ADHD: the default mode, salience/cingulo-opercular, and frontoparietal/central executive networks.

Confounding factors considered in models included child sex, family income, and maternal age at delivery, educational status, pre-pregnancy BMI, smoking during pregnancy, and alcohol use during pregnancy. A sensitivity analysis, including self-reported ADHD in the mother, was an additional covariate.

In addition to reporting the results of logistic regression models, adjusted for potential confounders, the Baker (2020) authors employed causal mediation analysis to test for mediation of the association between prenatal acetaminophen exposure and hyperactivity by resting-state brain connectivity. This approach uses a quasi-Bayesian Monte Carlo method with 1000 simulations, to test whether connectivity mediated the association between prenatal APAP exposure and hyperactivity. The average direct effect and average causal mediation effect are computed, reflecting direct and indirect (i.e., mediated by connectivity) effects of prenatal APAP exposure on hyperactivity. Information from two models is compared: (1) connectivity as outcome and prenatal APAP level as a covariate, and (2) hyperactivity as outcome and both connectivity and prenatal APAP level as covariates.

Among the 345 children included in the analysis (177 boys [51.3%]), APAP was detected in 199 meconium samples (57.7%), and ADHD was diagnosed in 33 children (9.6%). Compared with no APAP, detection of APAP in meconium was associated with increased risk of ADHD (OR 2.43; 95% CI 1.41–4.21) in a weighted sample balanced on covariates. APAP exposure was then categorized into 3 levels. High levels of acetaminophen detected in meconium increased the odds of ADHD more than 4-fold (OR, 4.10; 95% CI, 2.41–6.95). A dose-response association was detected; each doubling of exposure increased the odds of ADHD by 10% (OR, 1.10; 95% CI, 1.02–1.19).

Children with APAP detected in meconium showed increased negative connectivity between frontoparietal and default mode network nodes to clusters in the sensorimotor cortices. Children with decreased connectivity were more hyperactive (p = .03). Causal mediation analysis revealed no total or direct effect of meconium APAP levels on hyperactivity, but a significant indirect effect on increased hyperactivity mediated through frontoparietal network and right precentral/frontal gyrus connectivity (14%; 95% CI, 1%–26%).

77

The Baker (2020) authors conclude: "By using a direct measurement of prenatal acetaminophen exposure that is unbiased by maternal recall, these results add evidence in support of the association between prenatal acetaminophen use and child ADHD. Taken together with the large ORs reported in the Boston Birth Cohort study, these results suggest that prior studies may have been biased toward the null by inaccurate maternal recall. Thus, the association between prenatal acetaminophen and ADHD may be even stronger than previously estimated."

*Baker Critique*

The Baker author's (2020) description of their results were that "children exposed to acetaminophen prenatally were at increased risk of ADHD at ages 6 to 7 years." They described meconium as, "A direct measurement of fetal acetaminophen exposure that reflects longer-term exposure throughout pregnancy." (Baker 2020) Moreover, they note that their analysis found evidence of a dose-response. "Categorical and continuous models suggested that higher levels of meconium acetaminophen increased the risk of ADHD in children in a linear manner." (Baker 2020)

One of the Baker (2020) study's strengths, in comparison to other designs, was its lack of reliance on recall. Recall was likely similar in mothers of ADHD children and mothers of unaffected children, particularly insofar as APAP was considered safe during pregnancy. Misclassification of APAP use would have biased results toward the null and thereby diluted the observed risk in other studies but not in Baker (2020). The Baker (2020) authors points this out: "All but 1 of the prior studies of the association between prenatal acetaminophen exposure and child ADHD have relied on questionnaires requiring mothers to recall drug use at intervals greater than 3 months. Difficulty recalling drug use during pregnancy may result in nondifferential misclassification bias toward the null. This source of bias may explain the smaller

pooled risk ratio of 1.34 for ADHD from past cohort studies compared with the nearly 2.5-fold increased odds reported herein." "Thus the association between prenatal acetaminophen and ADHD may be even stronger than previously estimated."  (Baker 2020)

Although the Baker (2020) authors underscore the study's main strength, they also acknowledge a major limitation in lack of adjustment for confounding by indication or genetics. Their analysis suggests that this is not a fatal flaw: "Although we did not control for indications for acetaminophen use in this study, prior cohort studies controlling for maternal fevers, infections, and other indications for acetaminophen use have reported lack of confounding by these factors." (Baker 2020) Moreover, "Another possibility is confounding by unknown genetic, social, and familial factors associated with acetaminophen use. This concern has been recently addressed with negative control exposure analysis: maternal acetaminophen use before and after pregnancy and a partner's acetaminophen use were not associated with child ADHD in populations in which maternal acetaminophen use during pregnancy increased the risk." (Baker 2020) They also point out: "Although meconium is known to accumulate drugs and drug metabolites throughout the last two-thirds of pregnancy, we did not explicitly correlate maternal acetaminophen use with acetaminophen concentrations in meconium, a potential limitation that should be the subject of future work." (Baker 2020) Notably, they subsequently completed that work and directly showed that APAP in meconium was a stronger indicator of ADHD risk than maternal recall. (Laue 2018)

The Court's Order called Baker (2020) a "well-regarded study." (Order at 85) The Court did, however, ask plaintiffs' counsel to explain why the wide confidence interval (2.43, 1.41–4.21) does not "undercut its reliability." (Order at 85) The answer is that confidence interval indicates the reproducibility of a result, so specifically here the finding is that if the study were repeated 100 times, the result would fall 95 times in the range of 1.41 to 4.21, i.e., a risk elevation of from

40 to 320% increase. That range always reflects a positive result and one that clearly excludes 1.0. The range is relatively wide because the sample size is relatively small. Yet even the modest study size clearly precludes a null interpretation.

The Baker (2020) study thus has many strengths. Both exposures and outcome measures (in a subset) were based on hard data. The overall outcome of ADHD was based on a question about physician diagnosis or determined by medical record review.

Exposure based on fetal meconium circumvents both the problem of under-recall and the problem of the short half-life of APAP in plasma.  Meconium is known to accumulate drugs and drug metabolites throughout the last two-thirds of pregnancy, representing an excellent measure of maternal use. Moreover, it reflects not just what the mother ingested but what the fetus was exposed to.  The biologic measure also provides an opportunity to look directly at dose-response and the study found higher levels of APAP in meconium to yield greater ADHD risk. However, the stronger effect sizes found here, as compared to effects found in recall-based studies, suggests that with a more precise exposure measure, the association between APAP use in pregnancy and ADHD has been previously underestimated.

The use of MRI scanning validated the ADHD diagnosis and provided information on a possible biologic pathway linking APAP use to ADHD. Disruption of the connection between the frontal lobe and default mode network nodes to clusters in the sensorimotor cortices has been demonstrated as a putative mechanism for hyperactivity and was shown as an indirect mediator here.

The main weakness of the study, as the Baker (2020) authors note, was limited adjustment for confounding. Neither confounding by maternal indication nor by genetic or familial aggregation

factors was considered. This raises the possibility that unadjusted confounding may have impacted (either positively or negatively) the results.

Overall, the Baker (2020) study is one of the strongest in the APAP and ADHD literature. The risk of ADHD associated with exposure to APAP, as measured by fetal meconium, was 2.4, and for high levels of APAP, it was 4.1. Moreover, APAP exposure was associated with disruptions in frontal lobe connectivity by MRI scanning that have been (and were in this study) associated with ADHD hyperactivity.

*Ji (2020)*

Like the earlier Ji (2018) study, the 2020 Ji analysis was embedded in the Boston Birth Cohort. Cord blood was used as a biological marker for exposure to prenatal APAP.  1180 children at birth who continued to receive their medical care at the Boston Medical Center were followed prospectively via record linkage within an electronic medical record database. ADHD diagnosis (N=188) was obtained based on electronic medical records.

Of 3098 children enrolled in the postnatal, follow-up study of the BBC, after excluding those with missing interview data, 996 mother/infant dyads had archived cord blood collected at birth and were included in this analysis.

Three cord acetaminophen metabolites (unchanged acetaminophen, acetaminophen glucuronide, and 3-[N-acetyl-L-cystein-S-yl]-acetaminophen) in cord plasma samples were measured by liquid chromatography-tandem mass spectrometry (LC-MS). The main metabolites of acetaminophen included unchanged acetaminophen (~5%), acetaminophen glucuronide (52–57%), acetaminophen sulfate (30–44%), and hepatotoxic N-acetyl-p-benzoquinone imine (NAPQI) (5–10%). NAPQI can be further detoxified as 3-(N-Acetyl-L-cystein-S-yl)

81

acetaminophen. All cord samples had detectable unchanged acetaminophen. Among children whose maternal acetaminophen exposures were in the first tertile, more than 60% had second and third tertile cord unchanged acetaminophen exposure. This phenomenon may reflect the differences in metabolic capacity for acetaminophen between adults and neonates.

Outcomes were based on ICD-10 diagnoses of ASD, ADHD, developmental delays, or intellectual disabilities. Children without any of these diagnoses were considered unaffected or neurotypical.

Covariates were maternal age at delivery, maternal race/ethnicity, maternal education, smoking during pregnancy, drinking during pregnancy, parity, maternal pre-pregnancy BMI, baby's sex, delivery type, gestational age, birthweight, maternal fever during pregnancy, intrauterine infection/inflammation, and breastfeeding.

Of 996 participants (mean age, 9.8 years; 548 [55.0%] male), the final sample included 257 children (25.8%) with ADHD only, 66 (6.6%) with ASD only, 42 (4.2%) with both ADHD and ASD, 304 (30.5%) with other developmental disorders, and 327 (32.8%) who were neurotypical. Unchanged APAP levels were detectable in all cord plasma samples. Compared with being in the first tertile, being in the second and third tertiles of cord acetaminophen burden was associated with higher odds of ADHD diagnosis (OR for second tertile, 2.26, 95% CI 1.40–3.69; OR for third tertile, 2.86, 95% CI 1.77–4.67). Sensitivity analyses and subgroup analyses found consistent associations between acetaminophen burden and ADHD across strata of potential confounders, including maternal indication, substance use, preterm birth, and child age and sex, for which point estimates for the ORs vary from 2.3 to 3.5 for ADHD. Cord blood APAP was not associated with other developmental disabilities.

*Ji Critique*

The Ji (2020) authors stated that their results showed: "Cord biomarkers of fetal exposure to acetaminophen were associated with significantly increased risk of childhood ADHD in a dose-response fashion." They asserted that umbilical cord plasma is a valid proxy for recall of APAP use. "The cord plasma metabolites provide a direct measurement of fetal acetaminophen exposure before delivery." (Ji 2020) Moreover, they suggest that this unique approach to exposure measurement supports prior evidence for an APAP and ADHD link. "Our findings support previous studies regarding the association between prenatal and perinatal acetaminophen exposure and childhood neurodevelopmental risk and warrant additional investigations." (Ji 2020)

With respect to confounding, the Ji (2020) authors state: "The positive associations between cord acetaminophen and ADHD and the cord acetaminophen and ASD were observed across strata of pertinent covariates, including maternal fever during pregnancy, which is an indicator for acetaminophen use. The associations also persisted after a series of further adjustment of potential confounders and differential inclusions."

Moreover, they discuss their dose response findings as follows: "Furthermore, there were dose-response patterns for cord uncharged acetaminophen and cord acetaminophen burden with the risk of ADHD and ASD." (Ji 2020)

Nonetheless, the Ji (2020) authors are aware of their study's limitations: "The present study has some limitations. First, it only included a 1-time measurement of cord acetaminophen metabolites at birth. Given that the half-life of acetaminophen in adults is less than 3 hours, the cord plasma measurement may at most reflect maternal use of acetaminophen during the peripartum period." They also note that "because of our observational study design, we were

83

unable to exclude the potential residual confounders because of unmeasured genetic and environmental factors." (Ji 2020)

Like the Ji (2018) report, the Ji (2020) report has several notable strengths. The use of cord blood for measurement of APAP makes it one of the few studies with a biologic measure of exposure. Cord blood represents not just APAP that the mother ingested but the concentration to which the fetus was directly exposed. The study also used a "hard" outcome of ADHD based on diagnoses from medical records. Although power was limited by the relatively modest number of women enrolled, because the diagnosis of ADHD was substantial, there was sufficient power to demonstrate significant associations.

Despite these strengths, the study had several limitations, many of which were emphasized by the ENTIS authors when critiquing the Consensus Statement. As the Ji (2020) authors acknowledge, APAP has a short half-life (2-3 hours) and thus would have only been detected within 24–48 hours of use. This would have greatly underestimated exposure and limited the exposure window to the end of the third trimester.  However, as the Ji authors noted in their 2018 report, "Nonetheless, women with detectable levels of acetaminophen biomarkers are likely to be more regular users."  Overinclusion of women who may have taken APAP to dull the pain of delivery would have likely been non-differential between mothers who bore children later diagnosed with ADHD; such misclassification would have biased results toward the null, i.e., towards an underestimate of true risk.

Oddly, the Ji (2020) authors report that APAP was detected in all the cord blood specimens measured. It is unclear whether this represents over-detection or ultra-sensitive detection, since it has been shown that virtually everyone has minute quantities of APAP metabolites in their blood (due to water contamination). Nonetheless, since the analysis was based on internal

comparisons of tertiles, over-detection likely had little impact on the results. That is, the comparison of interest was an internal assessment of high vs. low APAP concentration, and concentrations in the high range as compared to the low range reflected risk. Said another way, in the absence of a causal link between APAP and ADHD, there is no reason that women with more APAP in their cords should have had children with ADHD at higher rates than women with less APAP in their cord specimens.

Reliance on hospital electronic medical records within a single hospital system would have meant that outcomes in families going elsewhere for their care would not have been captured within the study. As pointed out by Damkier (2022), a surprisingly large proportion of enrolled children were diagnosed with ADHD or ASD (37%), and only 33% of children had no 'developmental disability' diagnosis. Indeed, the proportion of children with ADHD or ASD or both was substantially higher and the percentage deemed neurotypical lower than in the Ji (2018) report for unclear reasons. The most likely explanation is selection bias, wherein mothers who had cord blood ascertained were more likely to bear an affected child. Since exposure preceded disease by several years, it is hard to imagine that the availability of samples somehow led to misclassification toward an overestimated result. Even if Ji (2020) selectively measured APAP in cord specimens selected based on later knowledge of disease, the authors would not have known the outcome of measurements. Again, this imparts skepticism to any suggestion that selection bias led to overestimation of the true effect.

With respect to confounding, few factors were considered in the analysis. No adjustment was made for genetic factors or for maternal co-morbidities, such as depression/anxiety known to contribute to ADHD risk. This was, indeed, a limitation of the study.

Thus, Ji (2020) showed large effect sizes linking APAP exposure to ADHD (a 286% increase in risk for the highest tertile). Although Ji's design and methods were unique in several ways and thus contribute a different dimension to the literature, the study's weaknesses must be acknowledged.

*Gustavson (2021)*

Once again using data from MOBA, Gustavson (2021) assessed the relationship between maternal APAP use and registry-based ADHD outcomes, using a sibling pair design. However, the ADHD-diagnosis of hyperkinesis reported here was more restrictive than that used by Ystrom (2017), such that only the most severe cases were captured; this may have resulted in a bias toward the null, in that the control group now contained more actually affected cases.

The same methods from MOBA regarding exposure measures and outcome measures (as described by Ystrom (2017) apply here. Given that the database had been updated since these earlier analyses, the numbers of subjects and length of follow-up had changed as follows: 21448 children; 19,641 in sibling pairs; 1807 in trios or quartets. It is unclear how this compares to the Ystrom (2017) analysis since the sample size in that paper combined children with mothers and fathers to give a much higher number. What is clear is that Ystrom (2017) was published four years before the Gustavson (2021) analysis, so some additional data on outcomes among older children would have been available.  In Gustavson (2021), 748 children had received an ADHD diagnosis which presumably (not clear) refers to ADHD diagnoses made within sibling pairs. In Ystrom (2017), among all children with an ADHD diagnosis by age 3, 2246 children were reported to have ADHD. Here, Gustavson (2021) used a diagnosis up to age 15. This would have captured the great majority of children developing the disorder.

Siblings were discordant on exposure, as well as outcome, in 306 families. Siblings were discordant on exposure for 29 days or more in 380 families, and 34 of these were also discordant on the outcome.

After adjustment for potential confounding factors, children exposed to APAP for less than 28 days during pregnancy did not have increased risk of receiving an ADHD diagnosis; however, long-term exposure (29 days or more) was associated with a two-fold increase in the diagnosis (HR 2.02, 95%CI 1.17–3.25). In the sibling control model, the association between long-term APAP use and ADHD in the child was HR 2.77 (95%CI 1.48–5.05) at the between-family level but only HR 1.06 (95%CI 0.51–2.05) at the within-family level. In other words, using non-sibling controls resulted in an estimate of a 2-fold increase, but use of sibling controls appeared to eliminate (almost) all of the observed risk. Although the small risk of 1.06 remained positive, it was now no longer significant.

*Gustavson Critique*

The Gustavson (2021) authors summarized their results: "Long-term use was associated with a two-fold increased risk of ADHD diagnosis." Moreover, "Both the exposed and the unexposed children of mothers with long-term use of acetaminophen in one of the pregnancies had increased risk of receiving an ADHD diagnosis. This indicates that the observed association between long-term acetaminophen use during pregnancy and ADHD in the child may at least partly be confounded by unobserved family factors." (Gustavson 2021)

At the same time, they point out a major limitation in their analysis: "However, only discordant siblings contribute to detecting associations in sibling control models; thus, reduced power is reflected in wide confidence intervals." (Gustavson 2021) "Measurement error may attenuate association estimates more in sibling control models than in analyses without sibling control, as

87

discussed above. This may lead to false conclusions that observed associations are due to familial confounding factors." (Gustavson 2021) They also note that, "the sibling comparison model adjusts not only for stable confounding factors, but also for potential mediating factors that affect all siblings even if only one is exposed (Sjolander & Zetterqvist, 2017). This may lead to underestimation of association estimates." (Gustavson 2021)

As a result of this limitation, the Gustavson (2021) authors caution: "As only discordant siblings contribute to information in sibling control models, even the current very large birth cohort provided limited statistical power. Hence, the results need to be replicated in other studies." Indeed, they repeat this concern: "the finding of similar risk for ADHD in siblings discordant for long-term maternal acetaminophen use must be interpreted with caution and needs to be replicated in other studies." (Gustavson 2021)

I concur with Gustavson's (2021) assessment. The MOBA database has both strengths and weaknesses that have been discussed above and I will not repeat here (see Ystrom 2017).

However, weaknesses specific to this report are several. The first is reliance on registries. Registries likely represented only children with more severe problems. Children with ADHD fall within a spectrum of modest symptoms that would not come to medical attention to more debilitating symptoms. Factors that limit this problem are that, first, Norwegian hospital registries also include outpatient clinic information. Second, national health insurance would have ensured access to these resources for the entire population. Third, inclusion of more severe cases would have, if anything, lent validity to the result since misdiagnosis is less an issue among children with more extreme manifestations of any condition. However, in this situation, the need to seek medical care to be classified with ADHD raises a question of the characteristics of parents who bring their younger child for healthcare intervention. Surely, parents with this degree of

sensitivity and health-seeking behavior would differ from parents who didn't bring their child to medical attention, but it is not clear whether such mothers would have been more likely or less likely to use APAP and thus what direction (toward or away from the null) the results are biased.

Importantly, the fact that such a small number of discordant sibling pairs was identified from such a large database suggests an extreme degree of selection bias. That is, if all sibling pairs were included, as Brandlistuen (2013) did (see below), the sample size would have been far larger. But here only sibling pairs with a yes/no diagnosis of ADHD were informative. That number was an unusual fraction of the whole sibling sample. Exacerbating this problem, Gustavson (2021) used a more rigorous definition of hyperkinesis. Thus, no matter which way the study was biased, it is unlikely to in any way represent the situation for other women with an ADHD diagnosed offspring.

Exposure misclassification of APAP use was limited by focusing on long-duration users but it still likely occurred, leading to non-differential exposure misclassification. Moreover, admixing less frequent and lower dose users with more frequent/lower dose users likely diluted dose-response effects. Once again, non-differential exposure misclassification would bias results toward the null.

When Gustavson (2021) acknowledges that, "the sibling comparison model adjusts not only for stable confounding factors, but also for potential mediating factors that affect all siblings even if only one is exposed" they are saying that, although the sibling design was conducted to limit genetic confounding, it may also have limited differential post-partum childhood environmental exposures. No two children share the same family environment. Birth order and parental behavior, just to name a few factors, change over time. Quite possibly, mothers of children who have developed symptoms of ADHD might avoid taking any medications, including analgesics in

the next pregnancy and may change other pregnancy and postnatal behaviors to limit any possible adverse exposures. Thus, siblings would not share pertinent environmental factors. Mothers who avoided use of APAP during a second pregnancy might also have been more likely to seek medical attention for a mildly affected yet unexposed sibling after the experience of the first sibling. This would, again, result in bias toward the null. Moreover, sibling controls do not exclude genetic factors since siblings share only 50% of their genes.

Epigenetic effects, not shared by siblings, might be an important aspect of the genetics of ADHD. This likely explains why first births are more likely to be affected by ADHD than subsequent births. Use of siblings as controls would not overcome this issue. Thus, sibling studies limit but do not exclude shared familial confounding.

To expand on the Gustavson (2021) author's own concerns about their analysis, siblings were discordant on exposure for 29 days or more in 380 families, and 34 of these were also discordant on the outcome.  The most relevant group, driving the comparison, is the pairs discordant for both the exposure and outcome, as these would provide the equivalent of exposed vs. unexposed cases as compared to exposed vs. unexposed controls. Thus, effectively the whole Gustavson (2021) analysis rests on 34 pairs, a much smaller number than would be assumed given the large sample size. This small sample size led to large confidence intervals (within-family HR 1.06, 95% CI 0.51–2.05). This suggests that the effect could have been as little as half or as large as double. Such as wide interval provides little assurance about what the result would be if the study were replicated on a larger sample size.

In contrast, long-term *in utero* APAP exposure was associated with a 2.77-fold (95% CI 1.48–5.05) increase in risk at the between-family level ADHD at the between-family level. This result was based on a ten-fold larger sample size than the within-family analysis. Even this, however,

led to an imprecise result, suggesting that other, unrecognized factors, led to variation in the effect.

Overall, the Gustavson (2021) study raises a real concern about genetic confounding. However, as the Gustavson (2021) authors note more than once, their results must be considered cautiously. Multiple weaknesses in design were all in the direction of creating bias toward the null or limiting sample size such that the results were unlikely to be significant. Importantly, the small number of siblings within the final comparison created a lack of precision/stability and a lack of ability to detect statistically significant differences, which detracted from the study's validity. The within-family result (HR 1.06, 95%CI 0.51–2.05) demonstrates that the risk may have been as low as a 50% reduction in risk or as high as a 2-fold elevation.

*Meta-analyses*

Only one pooled study (Alemany 2021) and three meta-analyses (Masarwa 2018, Masarwa 2020, Ricci 2023) have been published summarizing the association between APAP use and ADHD. The Alemany (2021) analysis relied on behavioral measures and so is not included in my forest plot below. Instead, I considered it to contribute important context and review it as such below. Although the Masarwa papers also included studies that relied on behavioral measures, I have evaluated them in more detail given that the Court discussed them with some frequency.

Notably, the Masarwa authors published in 2018 and updated that result in 2020, adding a statistical analysis of confounding and bias. However, both Masarwa meta-analyses relied on some studies that assessed behavioral, non-diagnostic endpoints, rather than diagnostic endpoints. I include it in my assessment of Bradford Hill only because the Court's Order

discussed the Masarwa (2020) study, suggesting that the Court's Order relied in part on this study. I also reviewed Masarwa (2018) for context. But I underscore that the only meta-analysis with ADHD diagnosis as an outcome was Ricci (2023).  The inclusion of Masarwa (2018) does not change the analysis.  While the Masarwa (2018, 2020) metanalyses are not necessary to my opinions on strength and consistency, they are certainly consistent with those opinions.

*Masarwa (2018 and 2020)*

The Masarwa (2020) analysis was an update to the meta-analysis published by Masarwa in 2018. The authors combined seven eligible cohorts, involving 132,738 mother-child pairs, with follow-up periods ranging from 3 to 11 years.  Six of these cohorts assessed ADHD-related outcomes, though not all diagnostic endpoints: Streissguth (1987), Brandlistuen (2013), Liew (2014), Thompson (2014), Avella-Garcia (2016), and Stergiakouli (2016).  The remaining cohort, Liew (2016) assessed ASD-related outcomes.

A broad literature search was conducted for cohort studies and case-control studies, reporting hazard ratios, risk ratios, incidence rate ratios, odds ratios, mean differences, or regression coefficients for ADHD or ASD in the offspring of women exposed to APAP during pregnancy. Included studies were required to reach at least a 5-star level of quality in the Newcastle-Ottawa Scale (NOS). Random effects meta-regression analysis was used to combine study results.

The pooled risk ratio for ADHD was 1.34 (95% CI 1.21-1.47) and for hyperactivity symptoms it was 1.24 (95% CI 1.04–1.43). Conduct disorders were also elevated with prenatal APAP use (RR 1.23, 95% CI 1.04–1.42). The association between APAP exposure and ADHD was further explored by meta-regression analyses evaluating potential interaction effects. The impact of maternal APAP use increased with the child's age upon follow-up (β=0.03, 95% CI: 0.00–0.07), with the mean duration of exposure (β=0.00, 95% CI: 0.00–0.01), and with younger maternal

age (β=-.17, 95% CI: -0.28 to -0.60). Maternal fever, maternal smoking, high socioeconomic status, NOS score, and country latitude were not found to be significant confounders or effect modifiers. Sensitivity analyses involving exclusion of earlier studies had no impact on the results.

Notable in Masarwa  (2018) are the Forest Plots showing the RR and CI of each study. Every study had a RR to the right of 1.0, with the exception of Brandlistuen (2013) for hyperactivity and for conduct disorder. However, Brandlistuen (2013) did show other (often statistically significant) effects from APAP on ADHD-related behaviors. This lack of heterogeneity was shown statistically, and the graphic consistency of the findings is striking.  Meanwhile, with respect to any heterogeneity, the authors chose a random-effects model that took into account between-study variance and still found a statistically significant increase in risk.  The authors also dealt with this heterogeneity by performing meta-regression analyses to rule out a number of potential confounders or effect modifiers.  (Imrey 2020, Schroll 2011).

The same database was used in Masarwa (2020). Although the authors claimed that their endpoint was ADHD, this was NOT a diagnosis of ADHD. In fact, of the seven studies pooled (Streissguth 1987, Liew 2014, Ystrom 2017, Stergiakouli 2016, Avella-Garcia 2016, Thompson 2014, and Tovo-Rodrigos 2018), only Ystrom (2017) and Liew (2014) relied on a diagnostic outcome. Masarwa (2020) applied statistical tools to examine the potential for bias and confounding, employing quantitative bias analysis to estimate the direction, magnitude, and uncertainty arising from systematic error. Two scenarios were generated, one reflecting a higher participant probability among the mother-child pairs exposed to APAP and the other assuming the opposite. Both scenarios assumed non-differential selection. The assumptions in the selection bias models were that the probability of participation among exposed, with or without

an outcome, was assumed to be 85% whereas participation among unexposed, with or without an outcome was assumed to be 45%.

To evaluate the impact of exposure misclassification, the Masarwa (2020) authors again assumed non-differential misclassification since the probability of APAP exposure was unrelated to outcome. They modeled probability density functions for sensitivity of between 0.55 and 0.80 and specificity between 0.9 and 0.99. In other words, they assumed that between 55 and 80% of women would remember and report APAP use. Of those who reported use, 90 to 99% would be actual users.

The results of the updated Masarwa (2020) meta-analysis were that prenatal APAP use increased the odds of developing ADHD by 35% (RR 1.35, 95% CI 1.25–1.46). After selection bias correction, the result was a corrected RR of 1.31 (95% CI 0.91–1.71). In Masarwa (2018), the pooled risk ratio for ADHD hyperactivity symptoms was RR 1.24 (95% CI 1.04–1.43) and for conduct disorders was RR 1.23 (95% CI 1.04–1.42).  Thus, the Masarwa (2020) updated analysis using the yes/no ADHD diagnosis as an outcome showed a slightly increased risk estimate as compared to the behavioral measures.

Masarwa (2020) states: "The sensitivity analysis plot for updated meta-analysis is shown in Figure 3. A bias factor of 1.50 (equivalent to a confounder, associated with both the exposure and outcome with a strength of RR = 1.69) was required to reduce the proportion of studies with a true RR > 1.10 to reduce the proportion of studies with a true RR of >1.10 to <10%. An E-value of 2.03 was required to explain away the significant association found in this meta-analysis."

The Masarwa (2020) authors then go on to explain, "Meta-analysis of bias-corrected estimates resulted in a [bias corrected RR] of 1.31 (95% CI 0.91, 1.71) when correcting for selection bias and 1.91 (95% CI 0.04, 3.77) when correcting for exposure misclassification."

They explain the meaning of the E-value in the Method section: "The E-value is the minimum strength of association on the RR scale that an unmeasured confounder would need to have with both the exposure and the outcome to fully explain an exposure-outcome association." (Masarwa 2020)

They also comment on the individual studies as follows. "The E-values for each individual study suggested that an unmeasured confounder as small as 1.61 in the study by Stergiakouli et al and 2.38 in the study by Liew et al would be required to explain the observed association. These results are compatible with reported strengths of the confounding associations for parental ADHD (OR 1.68) and maternal migraine (OR 1.81)." (Masarwa 2020) Of the seven studies included in this meta-analysis, only Liew (2014) and Ystrom (2017) had diagnostic endpoints so, it is relevant that a very large confounding effect would be needed to nullify the Liew (2014) result.

What does all of this mean in common English? I break this down into several points.

First, considering only confounding (without bias), a confounding factor would theoretically need to have a RR of 1.69 or greater to make the great majority of results go away. However, when applied to their own meta-analysis, the confounder would have to have a strength on the order of 2.03 to explain away their own significant result.

Second, the literature suggests that genetic confounding, as measured by the surrogate marker (parental ADHD), has a strength of association of 1.68. So parental confounding would be

almost large enough to <u>theoretically</u> make a result appear insignificant. But, in their own analysis, it would not eliminate their significant finding, because to do that, the strength of association for parental confounding would need to be 2.03.

Third, exposure misclassification bias correction increased, rather than decreased the observed effect sizes. Selection bias had little effect (bcRR of 1.31 (95% CI 0.91, 1.71)). But correction for exposure misclassification elevated the estimate to 1.91 (95% CI 0.04, 3.77). This later estimate was, notably, highly imprecise with a large confidence interval. But the Masarwa (2020) authors focus on the point estimates throughout their paper and note that the estimate is increased after bias correction. To quote from their Comment section: "Exposure misclassification QBA [quantitative bias analysis] increased the strength of the estimated association (bcRR 1.91, 95% CI 0.04, 3.77; $I^2$ = 0%) compared to that estimated in the updated meta-analysis. Although the observed association became non-significant, it strengthened, after assuming a range for sensitivity and specificity values for the reported use of analgesic medications during pregnancy. This may indicate under-reporting of OTC medications during pregnancy and that the observed association may be underestimated. In addition, the exposure definition was binary, with women classified as ever-users versus non-users, potentially resulting in substantial exposure misclassification." In other words, the authors indicate that exposure misclassification was likely a large problem and that it artificially diminished observed associations.

Fourth, in Figure 3, Masarwa (2020) shows the impact of confounding and bias together and that the two counter each other. As bias increases, the strength of the confounding factor has to increase in order to maintain the same proportion of studies that become insignificant. Given their analyses, this is exactly what would be expected. A confounding of large magnitude (RR 2 to eliminate their own findings) would account for a spurious observed risk. But exposure misclassification would mute the observed risk. So, in aggregate, a very large confounding

effect would be needed to overcome the impact of exposure bias. None of the known potential confounders, particularly parental ADHD (RR 1.68), would be large enough to eliminate their own results and the factor would have to be even stronger to eliminate their own results after consideration of the countervailing effect of misclassification.

*Masarwa Critique*

Masarwa (2020) interpreted statistical analysis as indicating that bias explained the APAP and ADHD relationship.  "Bias analysis suggests that the previously reported association between acetaminophen use during pregnancy and increased risk of ADHD in the offspring may be due to unmeasured confounding. Our ability to conclude a causal association is limited."  (Masarwa 2020)  "These results demonstrate that, under the assumptions made, selection bias resulting in a higher participation rate among a less or more healthy population does not explain the observed association. Exposure misclassification QBA increased the strength of the estimated association (bcRR 1.91, 95% CI 0.04, 3.77; 2 = $I^2$ = 0%) compared to that estimated in the updated meta-analysis. Although the observed association became non-significant, it strengthened, after assuming a range for sensitivity and specificity values for the reported use of analgesic medications during pregnancy. This may indicate under-reporting of OTC medications during pregnancy and that the observed association may be underestimated." (Masarwa 2020)

Masarwa (2020) also notes: "Under the assumptions of our bias analysis, we showed that unmeasured confounding and exposure misclassification bias play a role in this literature." "The observed association between acetaminophen use during pregnancy and the increased risk for ADHD in the offspring is likely the result of bias. This systematic error appears to be predominantly driven by unmeasured confounding and exposure misclassification." (Masarwa 2020)

My own assessment is this. The Masarwa (2018, 2020) database was large and heterogeneous. In the initial paper, adjustment was made for many relevant confounders and this follow-up additionally adjusted for potential bias. The initial paper found homogeneity of the findings among the different cohorts which, among statisticians, is a reason to not pool such data. This, then detracts from the validity of both the 2018 and 2020 result.

Other substantial limitations in the Masarwa (2018, 2020) analyses follow.  First and most notably, both meta-analyses were based on studies that dominantly did not have diagnostic ADHD outcomes but instead used behavior outcomes.

Second, meta-analyses are only as good as the underlying studies on which they are based. Several of the studies included here were of lower quality. For instance, Thompson (2014), using data from the Aukland Birth Cohort (ABC), was a small study that only addressed exposure later in pregnancy and had high drop-out rates. Moreover, Thompson (2014) used an unusual and non-generalizable sample that over-represented babies with SGA. Avella-Garcia (2016) was also a relatively small study with low participation rates. Exposure to APAP was captured in the Spanish Birth Cohort, on which the analysis was based, using an open-ended question about medications which would have seriously underestimated true exposure and biased results towards the null. Streissguth (1987) was an early study of only 355 mother/child pairs. It was highly flawed, involving a highly selected, high socioeconomic group, and using an unvalidated instrument of attention. The authors considered their analysis "exploratory." The original report did not include the outcome of ADHD – one can only guess that Masarwa (2018, 2020) translated the attention scores to a risk ratio. Although Masarwa (2018, 2020) included publications by Liew (2014), representing DNBC, it did not include publications arising from MOBA or ALSPAC or GESTE, or the Boston Birth Cohort, all of which have contributed large numbers, many publications, and more precise measurement techniques, to the APAP and

98

ADHD literature. Because the Masarwa (2018, 2020) meta-analyses were based on a selected group of studies of varying quality, its results must be viewed with caution.

Third, dose and amount of use were not harmonized across cohorts. Moreover, Masarwa (2020) did not address confounding by indication or genetics.

Finally, given loss to follow-up in the various studies included, selection bias could have impacted some of the results. Moreover, reliance on mostly smaller studies limited precision and the stability of estimates in individual results.

The original Masarwa (2018) meta-analysis examined the relationship between prenatal APAP use and symptoms of ADHD, ASD, hyperactivity, and conduct disorders over seven cohort studies, both separately and together. This allowed for a very large sample size to be analyzed and for inter-study consistency to be evaluated. (However, this total number mostly reflected counting the DNBC since other cohorts were small). The results revealed effect sizes of 1.19 to 1.34 for the various outcomes, all statistically significant. The consistency of results between studies was striking, particularly given the many design flaws in the underlying studies. However, the studies comprising the Masarwa database were markedly flawed, such that both the 2018 and 2020 results must be considered with caution.

Although after correction for misclassification, the RRs of 1.31 and 1.91 were no longer significant, this represents a loss of precision and power, not a diminution of the effect size – indeed the effect sizes were increased from the original Masarwa (2018) results.

Considering both the bias and confounding analyses, correction for exposure misclassification resulted in an increase in the adjusted RR of about 45%; correction for confounding resulted in

a maximum decrease of 19%. Thus, the two spurious effects were in opposite directions, with exposure misclassification having the greater impact, i.e., even after accounting for both, the result would be a greater bias toward the null.

Notably, Masarwa (2018, 2020) based their findings on hypothetical models that made a variety of assumptions. Those assumptions may or may not be accurate.

The fact that Masarwa (2018, 2020) here predominantly used behavioral outcomes and that the underlying studies had numerous flaws must be stressed in assessing the validity of this analysis. Because the studies on which Masarwa (2018, 2020) is based were so flawed, the results must be viewed with caution. Moreover, the lack of precision is a major limitation that makes the results difficult to interpret and detracts from validity. The conclusion that unmeasured confounding inflated other study estimates and thus explains the association between prenatal APAP use and ADHD is countered by Masarwa's (2018, 2020) finding that unmeasured bias deflated other study estimates.

Moreover, when applied to their own data, a confounder would have to be sizeable (RR 2.03) to nullify their meta-analytic result. Because they note that the size of the parental ADHD confounding effect was 1.68, parental confounding would NOT eliminate their result. In particular, in the Liew (2014) study—one of only two in the meta-analysis with a diagnostic endpoint—1.68 would not eliminate the effect. Thus, on the whole, it remains unlikely that either confounding or bias invalidates the other study results summarized here.

*Ricci (2023)*

In the most comprehensive meta-analysis to date and the only one with an analysis based on diagnosed ADHD as outcomes, Ricci searched the English language literature for studies of

acetaminophen and ADHD. These were rated on a standardized quality scale (Systematic Assessment of Quality in Observational Research) and pooled RRs were generated using random effects models.

Twenty-two studies including 23 cohorts met the authors' study criteria (n=367,775 total participants; median: 51.7% with APAP exposure). All but one study were prospective cohorts, most conducted in Europe and the US. The outcome of interest was ADHD, identified by a diagnosis, clinical evaluation, or caregiver self-report.

The Systematic Assessment of Quality in Observational Research (SAQOR) scale was used to rate study quality. SAQOR has the following domains: sample, comparison group, quality of exposure and outcome measures, distorting influences, and reporting of data. On the basis of these domains, studies were rated as having an overall quality score of high (5/5 domains rated as adequate), moderate (4/5), low (3/5), or very low quality (≤2/5). Using this instrument allowed the authors to evaluate the extent to which studies addressed confounding by indication (maternal fever and infection, inflammatory disorders, musculoskeletal or joint diseases, and pain) as well as the use of other analgesics. Of the studies reviewed, 13.6% rated as high, 59.1% as medium, 22.7% as low, and 4.5% as very low quality. As the Court noted, "[o]ne-third of the studies included in the review were rated as having low or very low quality based on concerns about caregiver self-report of exposures and outcomes." Order at 36. Elsewhere in this report, I extensively discuss the effect of using self-reported data. Studies rated as high quality were Anand (2021), Ji (2108) and Ji (2020), meeting all five SAQOR domains. Baker (2020), Liew (2019), and Ystrom (2017), among others, received a moderate quality rating, meeting four of five SAQOR domains. The studies with a diagnostic ADHD outcome (Ji (2020), Baker (2020), Liew (2019), and Ystrom (2017) (see Figure 3) are presented below and informative in my assessment.

101

The authors produced fully adjusted pooled RRs using random effects modeling when there were ≥ 3 studies with sufficiently homogeneous measures to pool. RRs were calculated (1) by the duration of APAP exposure (high, medium, or low, as defined by study authors); (2) by age at outcome assessment (≥6 years or<6 years of age); and (3) after exclusion of women with possible indications for APAP use (fever and infection, inflammatory disorders, musculoskeletal or joint diseases, or pain).

To assess residual confounding by indication, Ricci et al. calculated the strength of confounding needed to attenuate any observed associations. They then used a standard method (Grading of Recommendations, Assessment, Development and Evaluations or GRADE approach) to ascertain the overall certainty of evidence for the pooled results, either downgrading or upgrading studies based on methodology. Rationale for downgrading were methodological limitations as identified by SAQOR as follows: dissimilarity of research evidence (in terms of population, exposure, or outcomes), imprecision (95% confidence intervals including the null value, or a small sample size of<2000), inconsistency (differences in the magnitude of effects across studies), and the likelihood of publication bias (smaller studies contributing the positive values). Criteria for upgrading were a large effect size (RR>2.0), a dose–response relationship between exposure and outcome, and attenuation by plausible confounders.

Of the studies reviewed in Figure 3, together they studied 122,294 pregnant mother/child pairs. All were published between 2017 and 2020. In each about half of participants were male. The age at follow-up ranged from 6-11, except for Ystrom, in which outcomes were obtained at age 3. The weights given to the four studies were: Baker 16.3%, Ji 21.9%, Liew (2019) 28.6%, Ystrom 33.3%. Each of the individual studies reported a significant positive relationship between prenatal APAP use and ADHD, ranging from 1.12 to 2.25. The meta-analytic pooled risk

estimate, adjusting for maternal and infant characteristics was 1.47 (95% CI 1.12–1.92). Although there was some heterogeneity in the studies, the authors chose a random-effects model that took into account between-study variance and still found a statistically significant increase in risk.  (Imrey 2020, Schroll 2011).  Although the Court is correct that "the authors were not able to adjust for confounding by indication or parental ADHD in this analysis," Order at 35, the other analyses performed in the Ricci paper suggest (as the authors note) that confounding by indication is unlikely to be driving these associations.  These analyses are explained in greater detail below.

This result was consistent with the overall pooled study result for ADHD (including behavioral outcomes) of a 32% elevated risk of ADHD (unadjusted pooled RR 1.32, 95% CI 1.20–1.44 n=7 studies). After adjusting for maternal and infant characteristics plus further adjusting for confounding by indication (for context, Avella-Garcia, Liew (2014), Stergiakouli, Ji (2020)) the pooled RR was 1.34 (95% CI 1.15–1.55) with "moderate to considerable" heterogeneity among study results. The fully adjusted pooled RR was strongest for the longest duration of exposure (pooled RR 1.84 95% CI 1.46–2.31) wherein there was limited heterogeneity. Age at assessment had little affected the pooled RR. Finally, when the authors excluded women with fever, the pooled RR remained elevated (pooled RR 1.61 95% CI 1.21–2.13), again with low study heterogeneity.

Assessing the potential impact of confounders, the authors show that for all indications, the confounder-exposure and confounder-outcome effect estimates would both have to be at least RR=3.00 or greater to explain the findings. Notably, the RR for fever (reviewed above) has been in the RR 1.2–1.4 range.

In e-figure 5, Ricci presents a bubble plot showing the impact of various adjustments and restrictions on effect estimates by individual study, colored by their quality. Green dots represent the highest quality studies. The plots show the vertical spread of RRs for unadjusted analyses, adjusted for covariates, adjusted for covariates plus indication, restricted to mothers without indications, and stratified by indications. After adjustment for indications, almost all the dots are above 1.0 with the highest above RR=3.0. After restriction such that only mothers without fever/infection are considered in the analysis, RRs for the relationship between APAP use and ADHD are uniformly 1.0 and green dots are all at the top. This demonstrates that in the analysis that most rigorously excluded confounding by indication, the best studies showed the highest risks and all studies showed positive associations with effect sizes ranging from >1.0 to >3.0.

Ricci e-tables also show the specificity of the ADHD effect. Studies examining developmental delays in domains such as cognition, motor, and language did not show substantial links to APAP use. However, diagnoses of ADHD consistently established the associations, with effect sizes >1.0 and often significant. Of the 13 results shown in e-Table 8, all 13 reported RRs >1.0 and 10 of 13 RRs were statistically significant.

*Ricci Critique.*

Ricci's summary of their results "indicated a small to moderate association between in utero acetaminophen exposure and risk of child ADHD, which did not appear to be explained by confounding by indication."  "Prior studies in our review accounted for these indications via multivariable adjustment, restriction, stratification, sibling design, and negative control exposure." However, Ricci went beyond these analytic techniques to statistically assess the likelihood that indication bias affected the APAP and ADHD association: "The figure shows that

for all indications, the confounder-exposure and confounder-outcome effect estimates would have to be RR = 3.00 or greater to explain the findings."

Regarding dose response findings, they say, "In our meta-analysis, the strength of the association between in utero acetaminophen exposure and child ADHD was strongest in individuals with the highest duration of exposure, suggesting a dose–response effect."

They do, however, discuss the following limitations: "[T]he certainty of the evidence on this topic is low, and findings should be interpreted in light of the limitations of the existing studies, as well as the limited number of sufficiently comparable studies available to meta-analyses."  They also note that confounding by indication could not be controlled for completely in every analysis, that parental ADHD had not been entirely controlled for, and that measurement error and confounding could have played a role in some of the results.

My assessment of Ricci is that there is much to commend in this meta-analysis. As the most recent study to pool the existing data, it is more comprehensive than any past attempt. Ricci and co-authors demonstrated the vastness of the literature on APAP and ADHD; they evaluated 22 studies including 23 cohorts and 367,775 total participants. (They excluded duplicative reports, including only the most recent analysis). The use of an accepted metric on which to base quality was a study strength.

Studies with the hard outcome of ADHD diagnosis were of moderate or high quality. Some of these assessments are worth commenting on. For instance, Baker, despite the use of meconium as a biomarker of exposure and physician diagnosis as a measure of outcomes, was assigned a quality score of moderate since it adjusted for a limited number of confounding factors. Two of the seven studies pooled by Masarwa (Avella-Garcia and Stergiakouli) were rated as low quality by Ricci.

105

Conservative statistical approaches were used to ensure that observed risks were not overestimated. Most importantly, the study assessed in detail the possibility that confounding by indication impacted the association between APAP use and ADHD (measured using a combination of diagnostic and behavioral measure) and showed that it did not.

The main limitation of the Ricci analysis is that because it was designed to consider confounding by indication (which it convincingly excluded as an explanation for the APAP-ADHD relationship) it did not specifically address genetic confounding.

The results from the Ricci meta-analysis were in the same range as those from the Masarwa (2018) and Marsarwa (2020): 1.2 to 1.5. Those two meta-analyses relied on different datasets, adding power and certainty to the fact that the association is real. For the most exposed, the RR rose to 1.6. Also like the Masarwa meta-analyses, the Ricci Forest plot shows a remarkable consistency among studies in that all reported point estimates to the right of 1.0, i.e. a positive association. Further, after considering only mothers without APAP indications, the highest quality studies showed the highest RRs (as high as >3.0). Thus, Ricci contributes to a line of evidence showing that APAP use during pregnancy increases the risk of ADHD by 20 to 50% and more so in the highest exposure group.

*Forest Plot of Studies with ADHD Diagnostic Outcomes*

Below is a forest plot (and underlying data) of results of primary and aggregate analyses from nine studies with diagnostic outcomes: seven cohort studies (Liew (2014), Ystrom (2017), Ji (2018), Liew (2019), Baker (2020), Ji (2020), and Gustavson (2021)), one nested case-control study (Chen (2019)), and one metanalysis (Ricci (2023)). I reported the results of primary and aggregate analyses of each study because the larger sample sizes and higher statistical power

106

of those analyses allow detection of a statistically significant difference when one actually exists. I did not report the results of every subanalysis or stratified analysis in the forest plot because the smaller sample sizes and lower statistical power of those analyses may limit the utility and interpretation of those results.

Of note, the results of all primary and aggregate analyses except the within-family sibling-controlled analysis in Gustavson 2021 were statistically significant at 95% confidence, and even in that analysis the point estimate was elevated at 1.06.



| Study | Risk or Risk Estimate | Lower 95% CI | Upper 95% CI |
|---|---|---|---|
| Liew 2014 (hyperkinetic disorder diagnosis) | 1.37 | 1.19 | 1.59 |
| Ystrom 2017 (ADHD diagnosis, ever/never APAP use, risk-adjusted Model 3) | 1.12 | 1.02 | 1.24 |
| Ji 2018 (ADHD diagnosis, below median APAP exposure) | 1.58 | 1.02 | 2.46 |
| Ji 2018 (ADHD diagnosis, above median APAP exposure) | 1.88 | 1.18 | 3 |
| Chen 2019 (ADHD diagnosis) | 1.2 | 1.01 | 1.42 |
| Liew 2019 (ADHD diagnosis) | 1.34 | 1.05 | 1.72 |
| Baker 2020 (ADHD diagnosis) | 2.43 | 1.41 | 4.21 |
| Ji 2020 (ADHD diagnosis, second tertile APAP exposure) | 2.26 | 1.4 | 3.69 |
| Ji 2020 (ADHD diagnosis, third tertile APAP exposure) | 2.86 | 1.77 | 4.67 |
| Gustavson 2021 (ADHD diagnosis, ≥ 29 days APAP exposure, risk-adjusted) | 2.02 | 1.17 | 3.25 |
| Gustavson 2021 (ADHD diagnosis, ≥ 29 days APAP exposure, between-family) | 2.77 | 1.48 | 5.05 |
| Gustavson 2021 (ADHD diagnosis, ≥ 29 days APAP exposure, within-family) | 1.06 | 0.51 | 2.05 |
| Ricci 2023 (ADHD diagnosis, Figure 3) | 1.47 | 1.12 | 1.92 |

*Bauer Consensus*

Summarizing the literature up until 2021, Bauer et al. (2021) published a Consensus Statement in *Nature Reviews*, concluding: "We recommend that pregnant women should be cautioned at the beginning of pregnancy to: forego APAP unless its use is medically indicated; consult with a physician or pharmacist if they are uncertain whether use is indicated and before using on a long-term basis; and minimize exposure by using the lowest effective dose for the shortest possible time." (Bauer 2021, p 757) Signed by 91 of the world's top epidemiologists and reproductive scientists, its precautionary warning was based on a comprehensive review. The review did not distinguish between ADHD and ASD as outcomes. Combining the two, the authors pointed to 29 observational studies in 14 cohorts, including over 220,000 mother–child pairs from different parts of the world. Fully 26 of the 29 studies yielded positive associations between APAP use during pregnancy and neurodevelopmental outcomes. Of 21 studies that specifically looked at ADHD or ASD or both, 18 found a positive link to prenatal APAP exposure.

Moreover, by the authors' count, dose (duration or concentration) of APAP use during pregnancy was evaluated in 19 studies,16 of which revealed a positive association. It appears that the highest risk period may be the second and third trimesters.

With respect to confounding, Bauer notes the many methods used to exclude confounding, particularly confounding by indication and by genetics, as causes of a false exposure-outcome relationship. With respect to the former, Bauer points out that many of the studies adjusted or stratified for APAP indications and still found associations. Moreover, neurodevelopmental outcome risks were consistent across indications. They note that different indications are unlikely mechanistically to affect disease risk in similar ways. This argues against confounding by indication. With respect to familial aggregation, 16 studies used a sibling control design,

polygenic risk scores, or negative controls. Fourteen of these 16, the authors say, have yielded a positive association between *in utero* APAP exposure and neurodevelopmental outcomes.

Bauer concedes that APAP is an important medication of high fever and severe pain but at the same time finds that "increasing experimental and epidemiological research suggests that prenatal exposure to APAP might alter fetal development, which could increase the risks of some neurodevelopmental, reproductive and urogenital disorders." (Bauer 2021, p 757) The authors then "summarize this evidence and call for precautionary action through a focused research effort and by increasing awareness among health professionals and pregnant women."

As noted above, several professional societies disagreed with Bauer's conclusions.  In addition, two sets of researchers published their own counterstatements.  In Alwan (2022), the authors and signatories stated their view that the relevant studies were "limited by serious methodological problems, including failure to account for confounding, and elements of bias that make interpretation of the data challenging."  Although they agreed that "questions related to the safety of APAP use should continue to be investigated," they argued that "premature precautionary statements" could lead to undertreatment of maternal illnesses due to medication hesitancy."  Similarly, in O'Sullivan (2022), a group of researchers again emphasized a "risk-benefit calculation, which should consider both the mother and fetus during pregnancy."  In part for this reason, they argued that the current evidence did not warrant a change in clinical practice.  Critically, neither of these responses to the Consensus Statement explained why they believed that something *other than* causation was the most likely explanation for the repeatedly observed associations between prenatal APAP exposure and ADHD.  And neither performed a Bradford Hill analysis, as I have here.

Bauer replied to the concerns raised by the Alwan authors, saying, "We agree that limitations and uncertainties remain despite the large body of available data, therefore, we avoided any inference of causality in our Consensus Statement. We believe, however, that available data provide sufficient evidence for concern and a recommendation of precautionary action. The availability of a large body of experimental data, largely consistent with observational data, is an important consideration in our evaluation. Ethical considerations rule out clinical intervention trials for APAP in pregnancy, so animal studies, which are not subject to confounding or bias, are an essential source of evidence and support for causality." (Bauer 2022) Their consensus statement was not a formal assessment of Hill's tenets. Thus, like so many other authors, they were not in a position to comment on causality. Interestingly, they do comment that animal studies provide support for causality. Although not a review based on Hill criteria, and although it was published before the Ricci (2023) meta-analysis, the Bauer study represents one of the most comprehensive systematic reviews of the literature on APAP and adverse neurodevelopmental outcomes to date.

*Other studies relevant to the question of APAP and ADHD that are important for context*

*Brandlistuen (2013)*

In a secondary data analysis of the Norwegian Mother, Father and Child Cohort Study (MOBA), the authors used data from 1999 to 2008 involving 48,631 child-mother pairs who had completed a questionnaire when the child was age 3. The authors analyzed 2,919 same-sex sibling pairs in that group. Follow-up of the cohort involved questionnaires at pregnancy week 17, week 30, 6 months post-partum and 3 years.

APAP exposure was queried in any woman reporting headache, fever, cold, or backache. Among such women, medication use was asked in an open-text format. Timing and duration

were also ascertained, along with timing of use (6 months pre-pregnancy (baseline); gestational age (0–4, 5–8, 9–12, 13+ weeks (first follow-up), 13–16, 17–20, 21–24, 25–28 and 29+ (second follow-up), and week 30 until delivery (third follow-up));and duration of use, according to specific indication (e.g., "back pain," "pelvic girdle pain," and "headache").

Almost 50% (46.1%) of women reported APAP use and 3.8% reported use for over 28 days duration (134 sibling pair mothers).

Using the validated "Ages and Stages" questionnaire, and the popular "Child Behavioral Checklist" questionnaire, functional outcomes of interest were considered. These included psychomotor behaviors, communication, fine and gross motor skills, externalization behaviors, internalization behaviors, behavior problems, temperament, emotionality, hyperactivity, sociability, and shyness.

Brandlistuen controlled a large number of potential confounders. These included: (1) indications for APAP use: infections, fever, back pain, headache/migraine; (2) other medication use: non-steroidal anti-inflammatory medications, benzodiazepines, anti-depressants, anti-psychotics, anti-epileptics; (3) maternal diseases: anxiety depression, chronic illnesses; maternal demographics, (4) lifestyle: age, parity, smoking, alcohol use, education, (5) characteristics of the siblings of interest: child sex, child malformations, gestational ages at birth, birthweights, sibling order, and (6) years between pregnancies.  Regression models were adjusted for these variables.

Results of the study showed that within the 2,919 same-sex sibling pairs, children exposed as compared to unexposed to APAP *in utero* for >28 days had poorer behaviors in the areas of gross motor skills (β 0,24, significant), communication (β 0.20 significant), externalizing (0.28

111

significant), and internalizing (β .014 significant). Their mothers also reported increased activity (β 0.24 significant). To contextualize these differences (all reported as continuous variables), β of 0.28 translated into a RR of 1.69; β of 0.20 translated into a RR of 1.51. The adverse behaviors in children of mothers with longer-duration use during pregnancy were thus dominantly on the order of 50 to 70% increases in risk. Among women with shorter duration APAP use, gross motor skills were impaired (β 0.10 significant) but no other significant effects were found. These behavioral impacts were independent of trimester of use. Ibuprofen use was associated with no differences between sibling pairs.

*Brandlistuen Critique.*

This was a study with many strengths. It was large and had over 2,000 pairs even after including only same-sex siblings, allowing for 134 pairs whose mothers had used APAP for 28 days or more. As a cohort study, it ensured that exposure captured more than once during pregnancy would have preceded outcomes. A sibling-pair design was used to limit confounding by genetics/familial aggregation. Covariates for confounding by indication and other potential confounders were adjusted for in models.    Follow-up was not long enough to capture adverse outcomes among children who later demonstrated symptoms consistent with the diagnosis of ADHD.

Weaknesses are that all outcomes were based on parental report. To the degree that this was the first cohort study linking APAP use to ADHD behaviors, it was unlikely, although not impossible, that mothers who had used APAP would have been more likely to report problems than non-users. Misclassification would thus have been non-differential and toward the null.

High drop-out rates are a concern within all MOBA analyses. This was not fully addressed in the Brandlistuen analysis, but it was in a later Vlenterie study. Long-term APAP users were

somewhat more likely to drop out (4.2% vs 3.7%). Although quite similar to non-dropouts, women who left the study had slightly higher depression rates, and more often were "not married or cohabiting."  As discussed above, bias in this situation would have been to underestimate true effect. Women using long-term APAP had healthier behaviors and their children would have tended to have less ADHD.

Exposure misclassification of APAP use was limited by focusing on long-duration users who probably would have less likely forgotten use. It was also limited by connecting the question on analgesics to indications for analgesic use. However, exposure misclassification may still have occurred, particularly because the question was open text around any medication use in situations of fever/pain.

Unadjusted confounding must be considered in any epidemiologic study, no matter how excellent the design. Finally, as noted above, use of siblings as controls, although going far to limit confounding by family aggregation, did not exclude it.

Overall, Brandlistuen was a study of relatively high quality and showed a plethora of significant effects on the order of 50 to 70% increases in adverse behaviors that have been linked to ADHD. The fact that longer duration users demonstrated these effects while shorter duration users did not argue for a dose-response, which is one of Hill's tenets for causality.

*Thompson (2014)*

Thompson (2014) utilized the Aukland Birth Cohort (ABC). ABC enrolled 871 infants of European descent, disproportionately sampling infants born small-for-gestational age. Neonates and their mothers were ascertained between October 1995 and November 1997 from the Auckland District Health Board, and the Waitemata District Health Board. All small-for-

113

gestational-age infants and a random selection of appropriate-for-gestational-age infants were selected during the study, such that the number in each group were approximately equal.

Follow-up questionnaires were conducted at birth, and when children were 12 months, 3.5 years, 7 years, and 11 years old. Among European mothers (other ethnic group's follow-up was too poor to report results), respondents were more likely than non-respondents to have a tertiary education (p = 0.05), to be married (p <0.0001), to have high socio-economic status (p <0.0001), to not have smoked during pregnancy (p <0.0001), and to be older (p = 0.0001).

Medication exposures were queried directly for APAP, aspirin, antacids, and antibiotics with the question, "did you use any of these?"  Almost half (49.8%) of mothers reported use of APAP during pregnancy.

Neurodevelopmental measures were scored by parents when the child was age 7 on the Strengths and Differences Questionnaire (SDQ). Mothers or main caregivers were asked 25 questions about their 7-year-old child's behavior during the previous 6 months. As recommended for scoring of the SDQ, the authors created a total difficulties score (range, 0-40) by summing 4 subscales (emotional symptoms, con duct problems, hyperactivity, and peer problems), ranging from 0 to 10 each, with higher scores indicating an increasing number of behavioral problems, and omitting the prosocial behavior subscale (range, 0-10), for which higher scores indicate positive social behaviors. The same measures were reported by both parents and children when offspring were age 11. The SDQ measures ADHD-associated behaviors along five different axes with subscales of: conduct, emotion, hyperactivity/inattention, peer group relations, and pro-social.  The validated Connors Behavioral Rating Scale long format (Connors) was further used to measure ADHD-associated behaviors.

The authors adjusted for maternal body mass index (BMI), education, socioeconomic status, smoking, marital status, stress, depression/anxiety, and fever during pregnancy. Also adjusted in models were child birthweight, sex, and small-for-gestational age.

After adjustment, the study found significant increases on the Connors scale among children at ages 7 and 11 by parental report. Significant increases among APAP exposed versus unexposed children were reported overall and in the attention and emotional lability subscales. On the SDQ, parents of children age 7 and 11 reported significantly increased scores overall and in the emotional lability area. Eleven-year-old children themselves reported increases on the SDQ in total score, and in the conduct problems and hyperactivity areas. None of the behavioral outcomes differed with use of any other medication including other analgesics.

*Liew et al. (2014)*

This study was included above but also had a behavioral endpoint. As such only that aspect of the study will be reviewed here.

ADHD-like behaviors were assessed on the standardized SDQ and its five domains of emotional symptoms, conduct problems, hyperactivity, peer relationships, and prosocial behavior in children and adolescents ages 4 to 16 years. Mothers or main caregivers were asked 25 questions about their 7-year-old child's behavior during the previous 6 months. As recommended for scoring of the SDQ, the authors created a total difficulties score (range, 0-40) by summing 4 subscales (emotional symptoms, con duct problems, hyperactivity, and peer problems), ranging from 0 to 10 each, with higher scores indicating an increasing number of behavioral problems, and omitting the prosocial behavior subscale (range, 0-10), for which higher scores indicate positive social behaviors. Parents also answered 6 questions (possible

value of 0, 1, or 2 for each) about their own behavioral problems during childhood, allowing for to generation of a parental behavioral problems score (range, 0-12) of ADHD-like symptoms.

Many confounding factors were included in the analyses, including maternal age, parity, socioeconomic status, smoking, alcohol use, BMI, psychiatric illnesses, diagnosed anxiety/depression, maternal childhood psychiatric disorder, maternal family problems/life crisis, and maternal childhood behavior problems. As well, indications for analgesic use such as fever, inflammation/infection, and diseases of muscles/joints were queried, as were use of aspirin and non-steroidal medications, folic acid, antibiotics, sleep medicines, and anti-depressants. Children's sex and year of birth were adjusted in models. Other potential confounders considered were father's age at the child's birth, Apgar scores, and season of conception. Only 5% of subjects had missing covariates.

Follow-up to the time of the Liew publication was an average of 12.7 years. The mean age of children at the end of follow-up was 10.7 years for hyperkinetic diagnoses and 11.2 years for ADHD medications.

More than half of all mothers reported acetaminophen use while pregnant. The authors observed an increased risk for ADHD-like behaviors in children at age 7 after maternal APAP use during pregnancy: Children whose mothers used APAP during pregnancy were at higher risk of having a high score for ADHD-like behaviors on the SDQ at age 7 (RR 1.13; 95% CI, 1.01–1.27).

Risk increased for use in more than one pregnancy trimester, especially in later pregnancy, and the authors observed a stepwise increase in risks for a higher SDQ overall score with increasing frequency of use throughout pregnancy. That is, in linear regression models, each additional

116

week of prenatal APAP use during pregnancy was associated with a higher SDQ behavioral score (p<0.001).

Moreover, for SDQ total symptoms, use in the second and third trimesters increased risk more than use in the first.

*Liew Critique.* Many of the strengths mentioned for MOBA apply to this secondary analysis of data from DNBC. The study was large, which allows for excellent precision around estimates. As a cohort study, it ensured that exposure  captured more than once during pregnancy would have preceded outcomes. The cohort was population-based although response rates were not high (60%), meaning that selection bias and selective misclassification of exposure were not as limited as in MOBA. However, because two of three outcome measures were from registry data, the selection bias from missing telephone interview data for these was limited. Potential confounding was limited by inclusion of a large number of covariates in mothers, fathers, and offspring. However, genetic confounding was not considered. Validated questionnaires or use of hospitals and pharmacy registries promoted the validity and reliability of data.  Moreover, ascertainment of exposure data at each of the second and third trimesters allowed for assessment of intra-reporter consistency and of duration of use.  Follow-up was long enough to capture many of the signs and symptoms associated with ADHD, since that diagnosis is typically made by the pre-teen years.

Weaknesses included parental report of ADHD symptoms in the behavior analyses. It is unlikely, although not impossible, that mothers who had used APAP would have been more likely to report problems than non-users. Misclassification would probably, thus, have been non-differential. For ADHD and medication use, cases might have needed to have more severe forms of illness to seek medical attention and receive a diagnosis.

117

Exposure misclassification of APAP use was limited by use of a checklist of analgesics by name and by ascertainment of analgesic information at three time points during and shortly after pregnancy.

Unadjusted confounding must be considered in any epidemiologic study, no matter how excellent the design. In particular, limited adjustment was conducted around children's characteristics both at birth (e.g., birthweight) and during childhood (e.g., other medication use).

Overall, Liew was a study of high quality and showed a plethora of significant effects, with effect sizes on the order of 50 to 80% for ADHD symptoms among long-duration users. The fact that longer duration users demonstrated higher risks argues for a dose-response. Moreover, the study identified later pregnancy use as a sensitive window with risk of ADHD symptoms of 1.44.

*Stergiakouli (2016).*

This report was based on data from the Avon Longitudinal Study of Parents and Children (ALSPAC), a population-based prospective birth cohort. The authors studied 7,796 mothers enrolled in ALSPAC between 1991 and 1992 along with their children and partners. ALSPAC is a birth cohort in which 14,150 women residing in Avon, UK were enrolled at 18 weeks gestation and queried at 18 and 32 weeks regarding exposures during pregnancy. In this analysis, the authors assessed the relationship between prenatal APAP exposure and ADHD. Fully 88% of women responded. Mailed questionnaires specifically asked, "Please indicate how often you have taken the following pills in the last three months. (a) Aspirin; (b) Paracetamol; (c) Codeine; (d) Mogadon or other sleeping tablets; (e) Valium or other tranquilizers." Outcomes were maternal reports (6,300) and teacher reports (4,400) of ODD and CD symptom scores at age 7 years using the Development and Well-Being Assessment interview.

118

Exposures were recorded on questionnaires completed at 18 and 32 weeks of pregnancy and when the child was 61 months old.

Maternal reports of behavioral problems using the SDQ when the children were 7 years old. Standard cut-offs were used to identify high scores, as these have been validated in previous literature. Risks were calculated for behavioral problems in children after prenatal, postnatal, and partner's exposure to acetaminophen. RR estimates for prenatal exposure were mutually adjusted for postnatal and partner use.

Multiple potential confounding variables were included in models as covariates. These were selected by the authors as the most likely to lead to confounding by indication. Adjustments were made for pregnancy behaviors, including: maternal age at birth, parity, socioeconomic status, smoking and alcohol consumption, pre-pregnancy BMI, maternal self-reported psychiatric illness, joint problems, infections (including cold or flu, urinary, or other infections), migraine, or headaches.

Composite scores of molecular genetic risk factors for ADHD (polygenic risk scores) were calculated for 8,340 ALSPAC mothers using available genotype data using strict quality control protocols and standard internationally accepted methods. Polygenic risk scores were computed using "risk alleles" based on the results of an independent case-control United Kingdom/Ireland ADHD genome-wide association study (GWAS) (discovery sample). In line with previous studies, a threshold of P< .50 was used to select alleles more common in cases than controls from the discovery sample (single-nucleotide polymorphisms [SNPs] in relative linkage

equilibrium in the discovery sample GWAS were selected first). These identified SNPs were used to calculate a polygenic score for each individual in ALSPAC, corresponding to the mean number of score alleles (weighted by the logarithm of the odds ratio) across the set of SNPs.

Maternal prenatal acetaminophen use at 32 weeks of pregnancy (n = 3381; 42% APAP users) was associated with higher risk of having a statistical significantly high SDQ difficulty score (RR 1.46, 95% CI 1.21–1.77), emotional problem score (RR 1.29, 95% CI 1.09–1.53), conduct problem score (RR 1.42, 95% CI 1.25–1.62) and hyperactivity symptom score (RR 1.31, 95% CI 1.16–1.49). Smaller increases were seen for maternal APAP use at 18 weeks (4415 mothers; 53% APAP users). At that time point, statistically significant elevations were observed for conduct problems (RR 1.20, 95% CI 1.06–1.37) and hyperactivity (RR 1.23, 95% CI 1.08–1.39). Risks were not elevated for maternal postnatal APAP use (n = 6916; 89% APAP use) or partner's APAP use (n = 3454; 84% APAP use). The authors found the associations between maternal prenatal acetaminophen use and all the SDQ domains unchanged even after adjusting for maternal postnatal or partner's APAP exposure.

There was little evidence of association between maternal ADHD polygenic risk scores and maternal prenatal APAP use at 18 weeks of pregnancy (OR per SD of polygenic risk score, 0.99, 95% CI, 0.95–1.05; P = .90), 32 weeks of pregnancy (OR per SD of polygenic risk score 0.98, 95% CI, 0.94–1.03; P = .48), or with postnatal acetaminophen use (OR per SD of polygenic risk score 0.92, 95% CI, 0.85–1.00; P = .06). That is, there was no indication that the genetic risk score confounded the associations.

All analyses relating maternal prenatal APAP use and SDQ domains were repeated with potential confounders including the genetic risk score and the results were similar.

120

*Stergiakouli critique.*

The Stergiakouli report has a number of strengths. Most notably the polygenetic risk scores were a direct test of whether a biologic measure of genetic confounding influenced the APAP-ADHD association. It did not. Use of negative controls (NCE) to detect suspected and unsuspected confounding was another strength. NCE uses variable(s) that do not causally affect the outcome but share a similar confounding structure with the exposure variable of interest. Here, the authors compared risks from maternal prenatal exposure to those from paternal and maternal postnatal exposure and found the risks to be specific to prenatal APAP use. This suggests that confounding by genetics and other unmeasured confounders is not driving the prenatal association. Moreover, a strength of ALSPAC is that, like DNBC and MOBA, ALSPAC was a population-wide cohort study, representing substantial generalizability to women (at least in one county) in the UK.


Limitations of this analysis were as follows. Reliance on an ever/never categorization for APAP would have underestimated exposure. Moreover, it would have admixed long and short-duration users. Both the single time point and the lack of specificity on timing and duration of use would have biased results toward the null. A further consideration is that outcomes were based on self-report by mothers and on subjective scales. There is inherent bias in all studies based on psychological scales. In the case of these measures, children can be "labeled" as disruptive and it can be difficult to shed this perception. Again, any misclassification would have been non-differential and biased results toward the null, in that this would not have been related to knowledge of maternal APAP exposure. Another limitation was the somewhat limited duration of follow-up to age 7. Children developing ADHD symptoms after that point would not have been captured in this design. Neither fever nor maternal co-morbidities nor other medication use were included as adjustment factors, leading to a potential for unmeasured confounding, particularly confounding by indication.

In general, Stergiakouli had strengths but also weaknesses. Nonetheless, the use of both a genetic risk score and NCEs lends credibility to a lack of confounding by genetics. For later pregnancy use of APAP, risks for high levels of ADHD symptoms were increased on the order of 26% to 49%. Like several other studies, later pregnancy use was more strongly related to ADHD risk than earlier use.

*Liew (2016)*

Once again using data from DNBC, Liew analyzed 1,491 mothers and children in evaluating the association between prenatal APAP use and childhood attention and executive function at age 5.

The methodologies reviewed above for other Liew studies are the same here for the cohort overall. The current analysis was based on a sub-study conducted within DNBC called the Lifestyle During Pregnancy study (LDPS). LDPS was designed to study the relationships between prenatal lifestyle factors, primarily maternal alcohol intake and neuropsychological outcomes in children. From DNBC, 3,478 mothers and children were invited to participate in a 3-hour neuropsychological assessment conducted by trained psychologists when the children reached 5 years of age. Ten psychological testers, masked as to exposure status, administered the tests. All testing procedures were standardized, and inter-rater differences were minimal. Among those invited to participate, 1,782 (51%) agreed, but 291 women did not complete all interviews. Thus, the final sample included 1,491 mothers.

Outcomes of interest (i.e., attention and executive function) were ascertained in interviews by trained psychologists. Children's attention was measured using the Test of Everyday Attention for Children at Five (TEACh-5). Parents and preschool teachers completed the Behavior Rating

122

Inventory of Executive Function (BRIEF) to assess executive function. Analyses estimated the differences of composite mean outcome scores and produced ORs for subnormal attention or executive function (defined as 1 standard deviation below the mean), adjusting for maternal IQ, maternal mental health, indications for paracetamol use and other potential confounders (as noted for other Liew analyses).

Children born to mothers who used APAP during pregnancy performed more poorly on tests for overall attention (mean difference -0.10, 95% CI -0.26–0.05) and selective attention (mean difference -0.12, 95% CI -0.28–0.04) compared with the unexposed. These effect estimates were larger when acetaminophen was used in the first trimester (mean difference -0.34, 95% CI -0.63, -0.05 for overall attention, and -0.25, 95% CI -0.50–0.01 for selective attention). At the same time, third trimester differences in executive function were larger than first trimester differences (-1.24, 95% CI 3.52–1.04 third vs. -0.58, 95% CI -1.52–2.68). In terms of categorical risk among children who performed one standard deviation below the mean, those exposed to APAP in utero showed significantly elevated risks of subnormal overall attention (OR 1.5, 95% CI 1.0–2.5), selective attention difficulties (OR 1.5, 95% CI 1.0–2.4), and parent-rated subnormal executive function (metacognition index, OR 1.5, 95% CI 0.9–2.3). These elevated risks were similar in the first and third trimesters. With more trimesters of use, risk for problems in overall attention increased. RRs were 1.03 (95% CI 0.82–1.29), 1.25 (95% CI 0.95–1.65) and 1.16 (95% CI 0.94–1.42) for the first, second, and third trimesters, with a statistically positive test of trend (the overlapping confidence intervals for 1.25 and 1.16 indicating no statistical difference between these estimates). Dose-response trends were not seen for other outcomes.

Risks among boys and girls were similar for attention but parents reported more executive function problems in exposed boys. Limiting the analyses to mothers who never reported fever

or never reported infection/inflammation or never had musculoskeletal diseases had little impact on the results.

*Liew critique.* For brevity, I will not repeat the list of strengths and weaknesses addressed for Liew (2014). The new element here was the use of validated measures of attention and executive function at age 5. A strength of the method used to capture attention metrics was employment of trained psychologists reliably using validated measurement instruments.  For executive function measures the availability of both parental and teacher responses was another strength.

A weakness with respect to the outcome measures was the relatively low participation rate in LDPS. The authors do not report characteristics of participants versus non-participants so it is unclear what biases this would have introduced.

Overall, Liew was a study that showed significant effects in attention and elevated (albeit non-significant) effects in executive function. This contributed another dimension to the now-building body of evidence that prenatal APAP use is associated with behaviors in the ADHD spectrum. Risks for attention and executive function at age 5 with use of APAP were 50% higher among exposed versus unexposed. Longer duration use appeared to impart greater attention-related risks.

*Avella-Garcia (2016)*

This analysis used data from the Spanish birth cohort. Included were 2,644 mother-child pairs recruited during pregnancy. Recruitment rates were in the 60% range, but follow-up was high with 88.8% of children evaluated at one year and 79.9% evaluated at 5 years.

Data were collected prospectively by interviewing expectant mothers at weeks 12 and 32 of pregnancy using standardized questionnaires administered by trained evaluators. APAP use was obtained by asking the question "Have you taken any medication (sporadically or continuously) since 1 month before becoming pregnant or during this pregnancy?" If the answer was positive, the name of the medication, dose, duration, gestational age at use and the indication as reported by the mother were asked using open questions. At week 32, mothers were asked about use of medication after week 12. Data were coded by a pharmacologist. APAP was categorized in various analyses as ever/never use and frequency of use (never, sporadic, persistent).

Main neurodevelopment outcomes associated with ADHD symptom scores were assessed using Conner's Kiddie Continuous Performance Test (K-CPT). This standardized scale has been shown to identify inattention and hyperactivity/impulsivity symptoms as well in younger children (ages 2 to 5 years of age) as they do in older children. K-CPT is a computerized test that evaluates ADHD-related behaviors including attention function, reaction time, accuracy, and impulse control. Measures on K-CPT include: commission errors in which a target stimulus is presented but the child fails to respond to it; commission errors in which the child responds to a non-target stimulus; HRT-SE (Hit Reaction Time Standard Error) which corresponds to the variation in time of latency before a response; and detectability which shows the capacity to distinguish target from non-target stimuli. These K-CPT variables have all been correlated to ADHD symptoms.

Regression models were adjusted for social determinants and co-morbidities. These included: residence by region of Spain, child gender, age at testing, gestational age at birth, quality of test as rated by the performing psychologist, maternal social class, IQ, education and whether the mother reported having any chronic illness, fever or urinary tract infection-not necessarily

related to acetaminophen use-during pregnancy; and, for outcomes at 1 year of age, additional adjustment was made for prematurity.

Over 40% of mothers reported using APAP. After adjustment for confounders, ever-exposed offspring had higher risks of presenting more hyperactivity/impulsivity symptoms on the ADHD scale (RR 1.41, 95% CI 1.01–1.98), K-CPT commission errors (RR 1.10 1.03–1.17), and lower detectability scores (β 0.75, 95% CI 0.13–0.02). CAST scores were increased in ever-exposed boys (β 0.63, 95% CI 0.09–1.18).

Effect sizes increased among more frequent users for hyperactivity/impulsivity symptoms (RR 2.01, 0.95–4.24) in all children, for K-CPT commission errors and (RR 1.32, 1.05–1.66) detectability in girls, and CAST scores in boys (β 1.91, 0.44–1.38). Trends showing increased frequency of APAP use linked to attention were significant.

Stratification by indication for APAP use had no substantial effect on estimates.

*Avella-Garcia Critique.* Strengths of the Spanish birth cohort are its longitudinal design and national scope. It had high follow-up rates, increasing validity. Pregnant women were recruited early in pregnancy (12 weeks) and follow-up was until 5 years of age when, according to the authors, they could reliably and validly assess ADHD symptoms. A number of potential confounding factors were adjusted. Outcome measures were obtained based on validated, standardized tests administered by trained interviewers.

Weaknesses are several. The study was of modest size so that estimates were not precise. Relatively low participation rates raise the possibility of selection bias. Exposure to APAP was captured using an open-ended question about medications. This almost surely underestimated

use. About 40% of women reported APAP use but as noted above, at least in the U.S., prevalence of use is more like two thirds.  This bias would lead to underestimating the true effect. A further weakness in the exposure measure was the categorization into ever/never use and a crude estimate of frequency of use (never, sporadic, persistent). The authors did not present data by trimester of use and did not have data on duration. Frequency would have crudely given some indication of dose but users could have been persistent for short periods.

Although the list of confounders was substantial, it did not capture a number of those adjusted in the Scandinavian studies, particularly maternal co-morbidity, and familial aggregation. The authors did, however, specifically stratify by indications for APAP use.

Overall, the Avella-Garcia study had limitations. Nonetheless, it showed adverse effects on attention-related outcomes for both genders. These associations were stronger among mothers who were more frequent APAP users during pregnancy. Among more frequent users, risks were elevated 40% to 220%.

*Ruisch (2018)*

Ruisch used data from the Avon Longitudinal Study of Parents and Children (ALSPAC), a birth cohort in which 14,150 women residing in Avon, UK were enrolled and queried at 18 and 32 weeks regarding exposures during pregnancy to assess the link between prenatal risk factors, including APAP, and oppositional defiant disorder (ODD) and conduct disorder (CD) symptoms. Fully 88% of women responded. Mailed questionnaires specifically asked, "Please indicate how often you have taken the following pills in the last three months. (a) Aspirin; (b) Paracetamol; (c) Codeine; (d) Mogadon or other sleeping tablets; (e) Valium or other tranquilizers." Outcomes were maternal reports (6,300) and teacher reports (4,400) of ODD and CD symptom scores at age 7 years using the Development and Well-Being Assessment interview.

Control variables included comorbid attention-deficit/hyperactivity disorder symptoms, ODD or CD symptoms as appropriate, and genetic risk scores based on an aggregation of allelic variants found to be related to CD in a genome-wide association study. Moreover, analyses adjusted for socio-demographics, maternal age, smoking, alcohol consumption, cannabis and hard drug use, medications for infections and for anxiety or depression, maternal infections, anxiety, depression, life stressors, low birth weight, and preterm birth.

When adjusted for all other included pregnancy factors in the multivariable models, as well as comorbid OCC or CD scores plus genetic factors, maternal APAP use (P=0.015 for teacher ratings) and life events stress scores (P=0.004 for maternal ratings) were significant predictors of higher ODD symptom scores whereas maternal smoking (maternal ratings P<0.001), life event scores (maternal scores P<0.001), and depression scores (P=0.008 for teacher scores) were significant predictors of higher CD symptom scores.  In other words, APAP use significantly predicted continuous scores of ODD symptoms but not CD symptoms.

Translating this into relative risks, higher ODD symptom scores were linked to APAP use (IRR=1.24, 98.3% CI 1.05–1.47), a finding that correlated highly with teacher ratings (P=0.002). As noted above, after adjustment for genetic score, the link between APAP exposure and ODD remained significant.

*Ruisch Critique*

ODD and CD are not subsets of ADHD, yet their symptoms overlap. ODD is the most common comorbidity diagnosed with ADHD. It is estimated that about 40% of children with ADHD also have ODD.  ODD and CD are strongly associated with hyperactivity but not inattention. Most studies of APAP have shown associations to the former but not the latter. Positive results in a

study of ODD/CD would allow for assessment of coherence with the literature on ADHD in general and APAP use. Thus, it is reasonable to include evidence from the Ruisch study as part of the APAP and ADHD literature.

Like the Stergiakouli report, this study's strength is its adjustment for a biologic measure of genetics taken directly from genome-wide association studies. It was also strengthened by high response rates, specificity of exposure questions, and validation of maternal responses by teacher reports. These features limited selection bias and misclassification. Moreover, like DNBC and MOBA, ALSPAC was a population-wide cohort study, representing substantial generalizability to women in one county in the UK.

Limitations of this analysis were as follows. Reliance on an ever/never categorization for APAP at 32 weeks would have underestimated exposure. Moreover, it would have admixed long and short-duration users. Lack of specificity on timing and duration of use would have biased results toward the null. A further consideration is that outcomes were based on self-report by mothers and teachers and on subjective scales. Evidence of a high correlation between scores by the two respondent groups lends credibility to the results. Nonetheless, in all studies based on psychological scales, there opens the door to inherent bias. In the case of these measures, children can be "labeled" as disruptive and it can be difficult to shed this perception. Again, in that this would not have been related to knowledge of maternal APAP exposure, any misclassification would have been non-differential and biased results toward the null.

Overall, Ruisch et al., in a study of OCC and CD, demonstrated correlations between maternal and teacher reports of behavior. Moreover, they showed a significant 22 to 24% increase in ODD symptom scores after adjusting for genetic confounding. They complement the Stergiakouli results by limiting genetic confounding. The Ruisch results add coherence to those

earlier results in showing another measure of ADHD-related symptoms was significantly associated with maternal APAP use.

*Leppert (2019)*

Using ALSPAC data as did Stergiakouli and Ruisch (see below under studies reviewed for context). Briefly, ALSPAC was a population-based prospective birth cohort in which 14,150 women residing in Avon, UK were enrolled at 18 weeks gestation and queried regarding exposures during pregnancy at 18 and 32 weeks. In this analysis, the authors correlated many pregnancy-related lifestyle behaviors, toxins, vitamins and supplements, infectious and autoimmune diseases, physical and mental health conditions, and APAP use with genetic risk scores for ADHD. Their hypothesis was that because a confounding factor must relate to both exposure and outcome, demonstration of a link between genetic score to risk factors, including APAP use, suggests the potential for genetic confounding.

Response rates to mailed questionnaires was high (88%) and the APAP exposure question was specific: "Please indicate how often you have taken the following pills in the last three months. (a) Aspirin; (b) Paracetamol; (c) Codeine; (d) Mogadon or other sleeping tablets; (e) Valium or other tranquilizers."

Outcomes were genetic risk scores among 7,142 pregnant women assessed at 18 weeks and 6,748 pregnant women genotyped at baseline.

Multiple potential confounding variables were included in models as covariates. Since the authors assessed a variety of potential confounders, it is not clear what they adjusted for in their models. Their analyses considered links between ADHD genetic risk scores and smoking,

130

alcohol intake, four different nutritional supplements, APAP, anti-depressant medications, pre-pregnancy BMI, age at delivery, diabetes, hypertension, preeclampsia, rheumatism, psoriasis, severe depression, infections during pregnancy, vaginal bleeding during pregnancy, stressful life events, blood levels of various toxins, blood vitamin D, blood hemoglobin, Caesarian section, low birthweight, preterm delivery, low APGAR, hypoxia, and breastfeeding at one month. They say their covariates were "ten population stratification principal components derived from unrelated individuals using the Eigenstrat method" plus "perinatal factors." It is not clear what variables comprise these components.

Composite scores of molecular genetic risk factors for ADHD (polygenic risk scores) were calculated for 8,340 ALSPAC mothers using available genotype data using strict quality control protocols and standard internationally accepted methods. Polygenic risk scores were computed using "risk alleles" based on the results of an independent case-control United Kingdom/Ireland ADHD genome-wide association study (GWAS) (discovery sample). In line with previous studies, a threshold of P< .50 was used to select alleles more common in cases than controls from the discovery sample (SNPs in relative linkage equilibrium in the discovery sample GWAS were selected first). These identified SNPs were used to calculate a polygenic score for each individual in ALSPAC, corresponding to the mean number of score alleles (weighted by the logarithm of the odds ratio) across the set of SNPs.

"Ever" use of APAP during pregnancy was associated with an increased risk of ADHD symptoms per analysis in eTable 8 (RR, 1.45; 95% CI, 1.18–1.78). The ADHD genetic risk score was associated with use of APAP during late pregnancy (32 weeks) (OR, 1.11; 95% CI,1.04–1.18). In early pregnancy (18 weeks), risk was also increased (OR 1.09, 95% CI 1.02–1.17), but to a smaller degree.

*Leppert Critique.*

The authors interpret their data as follows. "We found evidence of an association of smoking (relative risk [RR], 1.70; 95% CI, 1.37–2.10) and use of acetaminophen (RR, 1.45; 95% CI, 1.18–1.78) during pregnancy, ever having depression (RR, 1.64; 95% CI, 1.20–2.25), and an increased stressful life events score (RR, 1.15; 95% CI, 1.10–1.20) with an increased risk of ADHD, as described previously for this cohort." "Our results suggest that mothers with higher ADHD PRS may also be more likely to use acetaminophen in pregnancy. Whether the association between ADHD and acetaminophen use holds after adjusting for shared genetic factors and represents a causal relationship should be assessed in a causally informative mendelian randomization framework and with other genetically informative designs that test and account for horizontal pleiotropy." They continue, "Our findings suggest that several early-life factors linked to neurodevelopmental disorders are associated with maternal genetic liabilities to these dis-orders, primarily ADHD. Therefore, to draw conclusions about causality, future studies need to account for potential genetic confounding and triangulate evidence from different causally informative approaches."

To translate their discussion into less discipline-specific terms, the authors admit that their results simply show that pregnancy-related APAP use is associated with a genetic risk score for ADHD. They did not show directly that genetic risk impacted the association between APAP use and ADHD. To do this, they would have had to compared prenatal use of APAP in mothers of children who developed ADHD vs. those who did not and then control for PRS within such a study. This is not what they did. What they did was to demonstrate that PRS might theoretically have an impact in such a study, not that it did have an impact in such a study. That is what is meant by their discussion point: "Whether the association between ADHD and acetaminophen use holds after adjusting for shared genetic factors and represents a causal relationship should

be assessed in a causally informative mendelian randomization framework and with other genetically informative designs."

The most important point regarding the Leppert study is that PRS scores are very unlikely to reflect true family aggregation. Women who have a diagnosis of ADHD are more likely to have children with ADHD. But this is almost certainly a function of both environment and genetics. The genetic component is what PRS tries but fails to represent. As comprehensively reviewed by Herzig (2022), "The misinterpretation of PRS has dangerous clinical and eugenic consequences." The authors explain, "Unfortunately, it is under erroneous assumptions that these scores are computed. As for heritability estimates, PRS depends on an underlying genetic model that is unknown for most human diseases." And "[t]he Polygenic Additive Liability model, under which PRS is computed, was proposed sixty years ago to explain the familial segregations of a disease that cannot be explained by a monogenic transmission model. Since then, human geneticists have learned that such a model cannot account for the heterogeneity and complexity of pathophysiological processes. The adoption of this model accredits the idea that our diseases are genetically determined and that our genetic risks of contracting a disease are known at birth."

In other words, Herzig and Leppert are both cautioning that the assumptions underlying the use of PRS as a surrogate for genetic risk are flawed. We know so little about the allelic variants that contribute to AHDH that even when combining all of them, they have very little predictiveness. Moreover, the statistical model that underlies PRS analyses is outdated and discounted by geneticists.

Thus, Leppert's study contributes little to resolving the question of genetic confounding.

In other genetically informative designs such as adjusting for family factors and NCE controls, the impact of APAP on ADHD was not eliminated (Stergiakouli 2016, Ruisch 2018).

Leppert used the same data as was used by Stergiakouli and Ruisch (both reviewed below for context only because both were based on behavioral measures of ADHD)—the same APAP exposure data obtained at 18 weeks and 32 weeks and the same genetic risk scores. Stergiakouli evaluated 3,381 maternal/child pairs at 32 weeks whereas Leppert evaluated 6,748 mothers at 32 weeks pregnancy. However, the two participant groups seemed to have similar characteristics in many respects. All of this makes it particularly unclear as to why the theoretical concern raised by Leppert (does APAP use increase genetic risk score) did not translate into actual confounding when employed by Stergiakoui and Ruisch. Again, Stergiakouli and Ruisch both actually applied the genetic risk score to the assessed link between APAP use and ADHD and found no substantial diminution of effect. Said another way, although the Leppert report raises a hypothetical concern about the potential for genetic confounding based on ALSPAC data, that concern did not seem to play out in actual fact.

In summary, Leppert's demonstration of an association between prenatal APAP use and ADHD polygenic risk score raises real concern. However, careful consideration of the use of PRS scores to reflect genetic risk suggests that PRS scores are a poor reflection and poor design that should not be overly relied on. Moreover, the same PRS score that Leppert related to APAP exposure failed to act as a confounder in studies examining the direct association between prenatal APAP use and ADHD behaviors. This detracts from concerns raised.

*Inoue (2021)*

This study, using data from the Danish National Birth Cohort (DNBC) evaluated the associations of prenatal and postnatal exposures to APAP with behavioral problems in children at age 11 years, using behavioral measures reported by parents and children.

Design characteristics were described above (see Liew 2014). This analysis is an update to that earlier study, which also assessed ADHD-related childhood behaviors on the SDQ, but at age 7. The authors included 40,934 mother-child pairs from the DNBC enrolled during 1996 to 2002.

In addition to maternal reports of prenatal use of APAP, the authors also explored their reports of using the medication for their child (postnatal use) in relation to outcomes. Information regarding acetaminophen exposure during infancy was ascertained through computer-assisted telephone interviews at about 6 and 18 months postpartum. Mothers were asked to report whether their children had experienced any of 16 types of conditions or diseases and the specific pharmaceutical treatment for these conditions.

Parent-reported and child-reported SDQ responses were collected during the 11-year follow-up interview. RRs were calculated for behavioral problems including total difficulties as well as internalizing or externalizing behaviors.

Parent-reported and child-reported SDQ scores were moderately correlated; higher for externalizing (r=0.59) than internalizing (r=0.49) behaviors. After adjustment for relevant confounding factors, prenatal APAP exposure was associated with 10 to 40% higher risks for SDQ total difficulties and internalizing and externalizing problems based on parent- or child-reported SDQ, with risks somewhat higher based on child reports. For total difficulties, parent-reported RR was 1.14, 95% CI 1.01–1.29, child-reported RR was 1.40, 95% C: 1.20–1.63);

135

internalizing problems, parent-reported RR was 1.09, 95%CI 1.00–1.19, child-reported RR was 1.13, 95% CI 1.04–1.23; and externalizing problems, parent-reported RR was 1.07, 95% CI 0.99–1.15, child-reported RR was 1.13, 95% CI 1.05–1.22.

APAP use for >10 weeks was associated with an elevated risk for a child having an SDQ total difficulty score of >17 (RR of 1.32, 95% CI 1.06–1.63, p trend=0.03) based on parent report and also based on child report (RR 1.58, 95% CI 1.22–2.06, p trend <0.01). Children also reported significantly increased risk of internalizing behaviors after >10 weeks of exposure (RR 1.27, CI 1.08–1.48 p trend <0.01).

For duration of APAP exposure, RRs were as follows: 1.07 (95% CI 0.92–1.23) for 1-5 weeks, 1.27 (0.95–1.70) for 6-10 weeks, 1.32 (1.06–1.63) for >10 weeks. For the estimates of 1-5 weeks and 6-10 weeks, the two CIs were entirely overlapping so these estimates are not statistically different from each other. The appropriate interpretation of these data, then is that, despite the differential in statistical significance, women with a duration of APAP use of 6+ weeks (42 days) were at increased risk.

Postnatal exposure was associated with parent-reported total difficulties (SDQ >17 RR = 1.18, 95% CI: 0.95–1.48) and parent-reported internalizing behaviors, (RR = 1.15, 95% CI: 0.98–1.35), but the 95% confidence intervals of these effect estimates included the null. No elevations in risk were seen for child-reported scores on any of the SDQ metrics related to post-natal use.

*Inoue Critique*

Little more can be said about this analysis than was said about the Liew analysis. Both had the same strengths and suffered from the same weaknesses.

One additional strength of the study was rating of SDQ behaviors by the child as well as the parent, which provided more depth to the result and added an internal validation.

Another strength of this study was that it reported the effects of postnatal exposure to APAP, all of which were marginal and none of which reached statistical significance. As discussed above in the Liew (2019) analysis of NHS II, post-natal APAP use can be considered a kind of negative control (NCE) in that it was not expected to causally affect the outcome but shared a similar confounding structure with the exposure variable of interest.  Indeed, in this analysis, postnatal exposure did not substantially impact ADHD-like behaviors on the SDQ.

Overall, Inoue updated the former Liew analysis and carried the result into early adolescence. The study showed that at age 11, children and parents both reported ADHD-like behavioral difficulties overall, as well as in internalizing and externalizing behaviors, consistent with much previous research. They also showed a duration-response relationship. Post-natal APAP exposure was not significantly related to ADHD.

*Alemany (2021)*

A pooled analysis based on six European cohort studies was designed to address the relationship between APAP use during pregnancy and ADHD. A total of 73,881 mother–child pairs were included in the study.

Cohorts included were: Avon Longitudinal Study of Parents and Children (ALSPAC) from UK, DNBC from Denmark, Gene and Environment: Prospective Study on Infancy in Italy (GASPII), the Generation R Study from the Netherlands, Infancia y Medio Ambiente (Environment and Childhood) (INMA) from Spain, and the Mother–Child Cohort in Crete (RHEA). All recruited

mother–child pairs from 1991 through 2008. The design of ALSPAC and DNBC have been reviewed in detail above.

Prenatal and postnatal (up to 18 months) APAP exposure were assessed through maternal questionnaires or interviews. Mothers were interviewed two (INMA, RHEA), three (GASPII) or four (DNBC) times during pregnancy using standardized questionnaires. At each interview, mothers were asked if they had taken medications from the month before becoming pregnant (GASPII; INMA) or beginning of pregnancy (RHEA), through delivery. In ALSPAC and the Generation R Study, mothers completed questionnaires two (ALSPAC) or three (the Generation R Study) times during pregnancy reporting acetaminophen use from the month before becoming pregnant to gestational week 32 of pregnancy. In GASPII, mothers were interviewed at birth and provided retrospective information on acetaminophen use at each trimester.

In order to harmonize this large variability in exposure assessments, Alemany classified APAP use during pregnancy as ever exposed if they reported having taken any dose of APAP in the defined prenatal exposure period; otherwise they were classified as non-exposed.

ADHD symptoms were assessed at 4–12 years of age using a variety of validated instruments. (ADHD symptoms were assessed using the DAWBA (ALSPAC); the Conner's Parent Rating Scale (CPRS-R:S) (The Generation R Study), the SDQ (DNBC), the Attention Deficit and Hyperactivity problems subscale of the CBCL (GASPII and RHEA), and the DSM-ADHD Questionnaire (INMA) (acronyms only are used for scales previously discussed). In all of these instruments, higher scores indicate more symptoms. DNBC, in addition to the SDQ-Hyperactivity/Inattention sub-scale used diagnoses of ADHD from their national hospital register.

To harmonize the continuous scores on ADHD symptoms, the authors used questionnaire-specific validated cut-offs to yield categorical proxies for ADHD symptoms and validated lower cut-offs for borderline symptoms.

Analyses were adjusted for child and maternal characteristics along with indications for acetaminophen use. Adjusted cohort-specific effect estimates were combined using random-effects meta-analysis. Potential confounding variables were selected a priori and prioritized availability and consistency. Covariates were factors previously associated with ADHD and APAP exposure and include maternal and child characteristics. Maternal characteristics included age at delivery (years), education (low, medium, high), pre-pregnancy BMI, alcohol (yes/no), smoking (yes/no) and mental health problems (yes/no) during pregnancy, age at birth (years) and parity (nulliparous, >1 and >2), maternal fever (yes/no) and infections (yes/no) during pregnancy. Child characteristics included sex, age at behavioral assessment (years), cold (yes/no) and respiratory infections (yes/no) in the first 2 years of life. Maternal characteristics were collected during pregnancy except for mental health in INMA, which was collected when children were around 5 years. Child characteristics were collected in the first 18 months of life.

APAP use during the prenatal period was reported by 14 to 56% of mothers, with RHEA having the lowest proportion and DNBC the highest. A wider range of child postnatal APAP exposure was reported varying from 6% in ALSPAC to 92.8% in GASPII. The proportion of children having borderline/clinical symptoms ranged between 1.2 and 12.2% for ADHD.

The odds of developing ADHD symptoms within the borderline/clinical range were 21% higher among children prenatally exposed to APAP compared to non-exposed children (OR=1.21, 95% CI 1.07–1.36). Prenatal APAP use was associated with ADHD symptoms in boys (OR=1.23,

139

95% CI 1.05–1.44) and to a similar extent in girls (OR=1.18, 95% CI 0.97–1.44). Results were similar in leave-out analyses and in DNBC registry data. Additional adjustment for confounders did not change the results.  There was no evidence of study heterogeneity.

In the Discussion section, the authors' interpretation of their results was as follows. "The most consistent pattern of results was observed for the association between prenatal acetaminophen exposure and ADHD symptoms. The positive associations were observed in all the cohorts and of similar magnitude regardless of the cohort excluded in the leave-one-out analysis. This finding is in agreement with previous meta-analysis which reported likelihood increases of 25% and 34% for ADHD in relation to prenatal acetaminophen exposure. Our findings are consistent with previous single cohort studies conducted in ALSPAC, DNBC, and INMA cohorts, which were included in our meta-analysis. Despite the overlap of samples included, this agreement supports the robustness of the findings since analytical strategies and outcome definitions were harmonized for the present meta-analysis."

*Alemany Critique.*

In my estimation, this study is uniquely strong in many respects. It is based on a large and heterogeneous sample. Validated instruments for behavioral assessment were used as were established cut-offs. Adjustment was made for many relevant confounders. Data were pooled rather than combined via meta-analysis. That is, original data were used rather than relying on reported effects. Both clinical and borderline diagnoses were assessed. Postnatal exposure was analyzed. Uses of a harmonized definition of exposure and outcome as well as of common statistical approaches were also strengths. The homogeneity of the findings among the different cohorts each with a different prevalence of APAP use and neurobehavioral diagnoses greatly enhanced the validity of the overall finding.

140

Nonetheless, as with all studies, there were limitations.  First, ADHD symptoms were assessed by different instruments in the cohorts. This was overcome by using instrument specific cut-offs. Although cohorts differed in the prevalence of ASC and ADHD symptoms, associations were largely consistent.

Second, confounding by indication cannot be completely ruled out although potential indications for APAP use were included as covariates (i.e., maternal fever or infections during pregnancy, maternal chronic illnesses, and child cold or infections in the first 18 months of life).

Third, dose and frequency of use were not harmonized across cohorts and therefore, only an ever/never use variable was considered. This surely represents an underestimate of the true effect size.

Fourth, given the high rates of loss to follow-up in some of the included cohorts, selection bias could have impacted the results. However, loss to follow-up was low (<2%) in the largest cohort (DNBC) when based on hospital diagnoses, and DNBC registry data produced consistent findings compared to all the other cohorts together. If anything, DNBC data yielded somewhat larger effect sizes.

In summary, the authors conclude as follows, "our results support previous findings and address part of the weaknesses of previous meta-analyses. Considering all evidence on acetaminophen use and neurodevelopment, we agree with previous recommendations indicating that while acetaminophen should not be suppressed in pregnant women or children, it should be used only when necessary."

I regard Alemany as one of the strongest studies in the literature for its size and scope. It showed effects on the order of magnitude of 21% increased risk for behavioral measures of ADHD. Because it was based on an ever/never use exposure categorization, these are almost surely underestimates. The consistency of results across studies is notable.

*BRADFORD HILL ANALYSIS*

I now turn to a discussion of the criteria set out by Bradford Hill in his 1965 address, one of the universally accepted standards for assessing causation.  As Bradford Hill makes clear, none of the factors are required other than temporality, i.e., there cannot be causation if the effect occurs before the supposed cause. However, as he states, "None of my nine viewpoints can bring indisputable evidence for or against the cause-and-effect hypothesis and none can be required as a sine qua non." (Hill 1965)

Strength of association

Reasonable epidemiologists and clinicians today consider statistical significance as well as the magnitude of observed risks when evaluating strength of association. (Fedak 2015)  However, the classic Bradford Hill approach considers only the magnitude of the RRs and holds that statistical significance is not the equivalent of clinical/public health import. The later stance is accepted by the most eminent statisticians in the profession as well as the American Statistical Association. It is also the stance accepted by the most prominent epidemiologists in the field (see above regarding statistical significance for a more complete discussion and references). I adhere to and employ the classic Bradford Hill approach of focusing on risk magnitude, but I also discuss the precision with which that magnitude has been shown.

The strength of the association between APAP use and ADHD can be summarized as follows. I have identified 9 studies: 7 observational cohort studies (Liew 2014, Ystrom 2017, Ji 2018, Liew

2019, Ji 2020, Baker 2020, Gustavson 2021), 1 nested case-control study (Chen 2019), and 1

metanalysis (Ricci 2023) that examined ADHD use during pregnancy and diagnosed ADHD.

These have been reviewed in detail above. Additional studies and meta-analyses examining

behavioral measures correlated with ADHD diagnosis were also reviewed for context—but were

not included in my strength assessment. (Brandlistuen 2013, Stergiakouli 2016, Liew 2016,

Avella-Garcia 2016, Ruisch 2018, Leppert 2019, Masarwa 2020, Inoue 2021, Alemany 2021.)

Of the 9 studies and meta-analysis that contribute to my Bradford Hill assessment, the

populations are from the U.S., Canada, and Europe. Most are of large or very large magnitude.

For instance, the 4 studies pooled in the Ricci meta-analysis constituted 122,294 mother/child

pairs. Exposure measures included maternal recall, cord blood, maternal blood, and meconium.

All 9 studies demonstrated statistically significant, positive associations between APAP use

during pregnancy and diagnosed ADHD. Not all showed statistically significant effects in all sub-

analyses—including the Gustavson sibling control analysis, which I discuss in detail below—but

as noted repeatedly, statistical significance is not the method by which I evaluate strength.


Although some of the RRs in the studies using biomarkers for exposure were strong—with RRs

well above 2.0—most RRs in this literature shows associations that are modest in magnitude

(typically ranging between 1.2 and 1.6). This degree of risk was best characterized by Ricci in

their meta-analysis, as "small to moderate."


Although the associations reported for prenatal APAP and ADHD are modest, that in no way

suggests they are not causal. As even Bradford Hill pointed out, there are many real causal

associations that are not particularly strong. As he put it, "we must not be too ready to dismiss a

cause-and-effect hypothesis merely on the ground that the observed association appears to be

slight. There are many occasions in medicine when this is in truth so." "Examples include the

associations between air pollution and mortality, between smoking and heart disease, and between environmental tobacco smoke and lung cancer." (Rothman 2008, p 19).

Examples of other associations in the range of 1.3 to 1.4 that are considered causal are discussed in detail above (see pp. 5-7) and repeated here. Notably, in each of these situations, the more modest association was not only accepted as causal by the epidemiologic community, but it changed clinical opinion and public health practice.

Example 1: Occupational exposure to Benzene and risk of leukemia: In 2010, a meta-analysis of 15 epidemiologic studies found that worksite benzene exposure increased risk of any leukemia by 40% (relative risk 1.40, 95% CI 1.23–1.57). (Khalade 2010) On the basis of this literature and support, benzene is considered a cause of leukemia and is regulated as such.

Example 2: Estrogen-progestin menopausal hormone therapy (HT) and breast cancer risk: The Women's Health Initiative clinical trial showed that this type of HT increases risk of breast cancer by 26% after an average 5 years of use. That level of risk was sufficient for clinical interest groups and governmental agencies to advise women to use hormone therapy for limited periods of time, if at all, because of risk for breast cancer and other adverse events with similar levels of increased risk (29% increase in coronary heart disease, and 41% increase in stroke). (Rossouw 2002) A meta-analysis of clinical trials and observational studies in 2018 found that use of this therapy increased risk of breast cancer by 59% (relative risk 1.59, 95% CI 1.40– 1.81). (Kim 2018) These results led to FDA-required label warnings on estrogen and progesterone therapy preparations, and to clinical warnings against use of estrogen plus progesterone for prevention of chronic conditions. (Grossman  2017)

Example 3: Trichloroethylene and risk of kidney cancer: In 2012, a meta-analysis was published showing that occupational exposure to trichloroethylene was associated with an approximately 30% increased risk for kidney cancer (relative risk 1.32, 95% CI 1.17–1.50). (Karami  2012) This and other evidence resulted in Trichloroethylene being reconsidered by IARC, which then deemed it Group 1: carcinogenic in humans.

Example 4: Talc and ovarian cancer: The elevated risk from talc use is an 8 to 30% excess risk as indicated by several meta-analyses. For example, a pooled hazard ratio (HR) from cohort studies was 1.08 (0.99–1.17), on the edge of significance. The HR for women with a patent tract was 1.13 (1.01–1.26). (O'Brien 2020) Also, Taher (2018) included 27 studies, three of which were cohorts and reported an overall estimate for perineal use of talc of 1.28 (1.20–1.37) in relationship to ovarian cancer. There was no evidence of heterogeneity and study quality did not substantially impact the estimates. Similarly, Penninkilampi (2018), who studied 24 case-control studies and 3 cohorts. The overall estimate for perineal talc use in association with ovarian cancer was 1.31 (1.24–1.39) with no evidence of heterogeneity.

Example 5: Air pollution: Exposures that are common, even though their association is modest or even "weak" can cause large numbers of cases. The World Health Organization (WHO) estimates that as many as 99% of the world population breathes air that exceeds WHO air quality limits. Because a large proportion of the population is exposed to the risk factor, even a small increase in risk can result in a large number of people suffering from fatal diseases or conditions in excess to those who would have suffered in the absence of the exposure. The Lancet commission on air pollution and health estimated that air pollution caused 9 million deaths globally in 2019. (Landrigan 2018) Yet, air pollution has a weak association with the risk of death. The most definitive meta-analysis of air pollution and death reported a relative risk of 1.06 (RR = 1.06, 95% CI = 1.05–1.07) for an increase of 100 µg/m3 increase in total particle

145

concentrations in ambient air. (Schwartz 1994) A relative risk of 1.06 indicates that there is only a 6% increase in the risk of death associated with the exposure. Most people globally are exposed to air pollution, thus, this small excess risk associated with air pollution results in tremendously high numbers of deaths globally. In sum, exposures that are common can have a significant impact on public health, even if the relative risk associated with the exposure is small. It is important to consider both the relative risk and the prevalence of an exposure when assessing its impact on the population.  (Though as stated above, the relative risk is principally what matters when evaluating the strength factor of Bradford Hill.)

Returning to the question of APAP and ADHD, when examining the APAP data more carefully by number of trimesters used, RRs for use in all three trimesters were 1.27–1.61 (Liew 2014; Ystrom 2017). Long duration use RRs ranged from 1.78-2.20 (Liew 2014, Ystrom, Ricci).

The most sensitive period for APAP use in relation to ADHD appeared to be later in pregnancy, particularly in the third trimester. Use in the first trimester produced RRs of 1.09–1.31 and in the second trimester, 1.13–1.20. (Ystrom 2017, Chen 2019). In contrast, APAP use during the third trimester (Liew 2014, Ji 2018, Gustavson 2019, Baker 2020, Ji 2020) ranged from 1.28–2.86. In the third trimester, use of APAP was associated with ORs of 1.88–2.86 in four of five studies.

Only one meta-analysis reported a summary OR for ADHD using diagnostic endpoints. (Ricci 2023).  Masarwa estimated the odds of developing ADHD based on diagnostic and behavioral outcomes. As noted above, it is included as one of the studies that informed the Hill analysis only because the Court referenced it extensively in its decision. Its inclusion does not change the analysis—indeed, it bolsters it.  The Masarwa OR was 35% (OR 1.35, 95% CI 1.25–1.46). After selection bias correction the result was a corrected RR of 1.31 (95% CI 0.91–1.71). When correcting for exposure misclassification, the risk estimate increased even further to 1.91 (95%

CI 0.04–3.77) but the confidence intervals became markedly unstable. Such a degree of uncertainty made this estimate difficult to interpret for evaluating strength.

Ricci performed a meta-analysis of four studies (Baker 2020, Ji 2020, Liew 2019, Ystrom 2017) that each used ADHD diagnosis as an endpoint. Each of the individual studies reported a significant positive relationship between prenatal APAP use and ADHD, ranging from 1.12 to 2.25. The meta-analytic pooled risk estimate, adjusting for maternal and infant characteristics was 1.47 (95% CI 1.12–1.92). The fully adjusted pooled RR was strongest for the longest duration of exposure (pooled RR 1.84 95% CI 1.46–2.31) wherein there was limited heterogeneity. Age at assessment had little affected the pooled RR. Finally, when the authors excluded women with fever, the pooled RR remained elevated (pooled RR 1.61 95% CI 1.21–2.13), again with low study heterogeneity.

Likely the most impressive study in the literature to date has been that conducted by Baker in Quebec in which exposure was determined based on a biologic measure of cumulative exposure over the final two trimesters of pregnancy (meconium) and ADHD was diagnosed by a health professional among 345 children aged 6 to 7 years. APAP was detected in 199 meconium samples (58%) and ADHD was diagnosed in 33 children (10%). After probability weighting with propensity scores to account for potential confounders, including child sex, familial income, maternal age, education, pre-pregnancy BMI, smoking during pregnancy, alcohol during pregnancy, and maternal self-reported ADHD, APAP detected in meconium was associated with an OR of 2.44 (95% CI 1.41–4.22). This represents one of the stronger links in the literature. The strength of the study design lends credence to the supposition that other studies, reliant on maternal report of exposure and outcomes, were likely biased toward the null.

The other studies that used a biomarker of APAP exposure and the outcome of ADHD were Ji (2018) and Ji (2020). Based on maternal serum measurements of APAP concentration in 996 women from Boston followed until their children were 7, Ji (2018) ascertained ADHD outcomes from diagnoses in the hospital electronic medical record database. Children with the highest level of exposure (top tertile) were 58 to 88% more likely to develop ADHD than those without APAP in maternal blood. Using the same cohort and outcomes but now using cord blood as the metric for APAP exposure (2020), Ji found that being in the second and third tertiles of cord APAP burden, as compared to the first study, which was associated with odds of an ADHD diagnosis of 2.26 (95% CI 1.40–3.69; second tertile) and OR of 2.86 (95% CI 1.77–4.67; third tertile).

Thus, the studies using biologic measures reported higher risk values than studies based on self-report or medical records. The import of reliance for causal assessment on studies using better measures and methods has been emphasized in applying Hill's criteria as per Thomas Frieden, Director of the CDC. "Studies that use better measures and methods are more likely to show actual health effects." (Cogswell 2016)

Overall, the association between recalled ever/never prenatal APAP use and ADHD diagnosis was modest. For long duration users, it was more pronounced and, in fact (RR 1.78–2.20) close to 2.0. Moreover, risk estimates from studies using biologic biomarkers of exposure also showed larger effect sizes (RRs 2.44–2.86). Nonetheless, to be conservative, I consider the effect size to be modest.

To be sure, when an association is weaker, it becomes more important to examine potential sources of confounding. "A strong association can help to rule our hypotheses that the association is entirely due to confounding or other bias" (Rothman 2008). But the study authors

and I have examined that possibility in great detail (see below) and neither they nor I believe it entirely accounts for these risk estimates. Indeed, bias, particularly misclassification bias secondary to poor maternal recall, and use of a crude (ever/never use) metric may have resulted in reducing observed risks as compared to actual risks.

I placed moderate weight on the tenet of strength of association because, although a strong association is particularly likely to be causal (e.g., the double-digit risk ratios observed for tobacco and lung cancer), there are many instances when associations are weak or moderate even though they are causal.

Based on the above considerations, I consider the criterion of strength of association to be only partially met.

Consistency

Overall, the results of studies linking *in utero* APAP exposure to diagnosed ADHD are almost uniformly positive, and mostly statistically significant. The few non-statistically significant results do not mean the literature is inconsistent. As the long-standing editor of the journal *Epidemiology* and author of the leading textbooks, *Introduction to Epidemiology* and *Modern Epidemiology*, Kenneth J. Rothman cautions, it is "completely fallacious" to say that "a literature or set of results is inconsistent simply because some results are 'statistically significant' and some are not." (Rothman 2008)

For a concrete example of why, consider an analysis of water contamination and illnesses. The Agency for Toxic Substances and Disease Registry (ASTDR), a federal public health agency of the U.S. Department of Health and Human Services, assessed in detail the evidence in support of a causal link between exposure to contaminated water at Camp LeJeune and the

149

development of numerous illnesses. When evaluating that evidence, ASTDR noted—citing Rothman—that "in our assessment, we did not use confidence intervals to determine whether a finding was 'statistically significant' nor did we use significance testing to assess the evidence for causality." (ATSDR Assessment of the Evidence for the Drinking Water Contaminants at Camp Lejeune and Specific Cancers and Other Diseases (January 13, 2017))  Their reasoning, with which I agree, was that "a finding that does not achieve statistical significance nonetheless can provide important evidence for a causal association."

In its assessment of the literature on APAP and ADHD, the FDA has written, "in general, the functional neurobehavioral outcome studies examined in this review along with the reviewed meta-analyses suggest a consistent association between APAP or long durations of prenatal APAP exposure and ADHD." (FDA CDER Epidemiology: Review of Published Studies (July 15, 2022), FDACDER000114)

Consistency does not mean perfect consistency. Some outliers are to be expected in any literature—even the secondhand smoke literature has some null (and even negative) results. (Surgeon General, The Health Consequences of Involuntary Exposure to Tobacco Smoke, 2006)

Meta-analyses by Ricci and Masarwa showed remarkable consistency (see Forest Plot in Masarwa and Figure 3 in Ricci).

With only a small handful of exceptions, meta-analyses, pooled analyses, and individual cohort studies conducted over the past 15 years have consistently found an association between APAP use during pregnancy and ADHD. Although at first, the range of estimates appears broad, when broken down by duration of use, the range turns out to be far narrower.  In the

meta-analyses, the range for ever/never use was 1.31–1.91 (Masarwa 2018 and 2020, Ricci 2023). By number of trimesters used, for all trimesters RRs were 1.27–1.61. (Liew 2014, Ystrom 2017) Long duration use RRs ranged from 1.78–2.20 (Liew 2014, Ystrom 2017, Ricci 2023). Moreover, using biomarkers of exposure, risks for ADHD were elevated by 214 to 362%.

APAP and ADHD association studies were conducted in an array of large prospective studies, representing the most comprehensive and carefully conducted pregnancy and birth cohorts in the world. Cohorts are considered the most valid designs among observational studies, reflecting less selection and misclassification bias than case-control or cross-sectional designs. These cohorts came from multiple countries, were conducted over multiple time periods, and used numerous measures of exposure and outcome. The great majority demonstrated dose-response relationships (see below), identified a specific window of sensitivity (second and/or third trimester), and excluded other potential APAP-associated outcomes. Many attempted to demonstrate that bias or confounding may have accounted for the association between APAP use and ADHD and showed that, although confounding may have *partially* contributed to the observed risk, it did not likely explain all of it.  And bias acted in the opposite direction, making the observed risk likely to be understated. (Masarwa 2020)

Study strengths complimented each other. Some studies excluded confounding by indication; others limited confounding by genetics; others used biologic exposure measures; others registry, psychiatric diagnosis or MRI outcome measures, curbing misclassification. In aggregate the consistency of positive results when applying these various strategies strongly argues against systematic bias. The consistency observed in the APAP and ADHD association studies aligns with the concept of triangulation in epidemiology. As defined by Lawlor et al., triangulation is "[t]he practice of strengthening causal inferences by integrating

results from several different approaches, where each approach has different (and assumed to be largely unrelated) key sources of potential bias." (Lawlor 2016) This concept emphasizes strengthening causal inference by integrating results from varied approaches, each with unique biases. The consistent findings across different cohorts, methodologies, and timeframes in the APAP studies, despite their varied potential biases, effectively exemplify the application of triangulation, bolstering the validity of the findings.

As a counterexample to the degree of consistency seen in the APAP literature, consider the epidemiologic argument for valproic acid and ADHD. Valproic acid has been established to cause ADHD when taken in pregnancy. As the Court noted in its order, the DSM describes valproic acid as a risk factor for neurodevelopmental disorders (Order at 13), and the valproic acid label specifically states that valproic acid likely causes ADHD.

One large cohort study from Denmark linked prenatal valproic acid use, but not other anti-epileptic medications, to ADHD risk (reviewed in more detail below under Analogy). Children with prenatal valproate exposure had a 48% increased risk of ADHD (adjusted HR 1.48; 95% CI, 1.09–2.00) compared with children with no valproate exposure. (Christensen 2019) In a meta-analysis, only 2 other cohort studies met the inclusion criteria. Both showed positive associations in the range of 1.51–2.84 but neither found statistical significance. (Veroniki 2017). Notably, then, valproic acid was accepted as an established risk factor based on only three cohort studies, only one of which was statistically significant. In contrast, the literature on prenatal APAP and ADHD includes 11 studies with diagnostic endpoints and 8 additional studies with behavioral endpoints.

Consistency is a particularly compelling component of Hill's criteria.  This is the reason that meta-analyses focus on the degree of heterogeneity among studies.  The more heterogeneous

the ORs (or HRs), the greater the concern about combining study results. Two meta-analyses and pooled analyses of prenatal APAP use and ADHD have shown no significant heterogeneity (Masarwa 2018, Ricci 2023).

I placed great weight on the tenet of consistency. Quoting from the long-standing editor of the journal *Epidemiology* and author of the leading textbook in epidemiologic methods, "the presence of a consistent result is often taken as a compelling argument for causality." (Rothman 2008). The question for consistency is (in Bradford Hill's formulation) whether the association has been "repeatedly observed by different persons, in different places, circumstances, and times." (Hill 1965) Given the above analysis, I conclude in the affirmative.

I place heavy weight on the criterion of consistency as did Rothman (2008) and Hill (1965). Based on the above considerations, I believe that the criterion of consistency is met.

Biologic Plausibility

The criterion of Biologic Plausibility is just what its name suggests. It is not about the identification of a definitive biologic pathway but instead a plausible explanation for the biology underlying a cause-effect relationship. In the words of Rothman, "A causal explanation is plausible if it appears reasonable or realistic within the context in which the hypothesized cause and its effect occur. This context includes not only epidemiologic but also other human studies, animal and tissue studies, and current under-standing of the biology, pathology, toxicology, and other mechanisms related to the effect." (Rothman 2008)

Bradford Hill (1965) made clear that biologic plausibility is neither necessary nor sufficient for causation—it merely bolsters the case for causation that is evident from the human

epidemiology. He said, biologic plausibility "is a feature I am convinced we cannot demand"
because "what is biologically plausible depends upon the biological knowledge of the day."
As the Rothman textbook (*Modern Epidemiology*) notes, the criterion is satisfied so long as the
mechanism "appears reasonable or realistic." The Court noted that "scientists have at best
developed hypotheses" about the mechanism by which APAP can lead to ADHD. (Order at 92).
I agree with the Court in the sense that a hypothesis is something that a scientist believes is
true (based on the current evidence) until it is falsified by additional evidence. That is all that is
required for this factor to be satisfied—a reasonable hypothesis about how causation would be
plausible given what we know about the underlying biology.

There are enumerable examples of exposures we currently consider causal, yet we do not fully
understand and for which we can only posit the underlying biologic mechanism. APAP itself
works by an unestablished mechanism in providing analgesia. And yet everyone still rightly
believes that APAP *causes* pain relief.  Going back to the examples cited in the section on
Strength of Association, none of the mechanisms driving the biology in the relationships
between hormone therapy and breast cancer, and air pollution and death, have been elucidated
with 100% certainty.  Even smoking and lung cancer remains a causal link with only reasonable
biologic explanations, none of which has been established as definitive, that is, a pathway
wherein intervention could reduce or prevent disease.

Thus, I considered the case for biologic plausibility based on data from animal studies, and *in
vitro* studies that provide reasonable, but not established, explanations.

The human brain is a markedly complex organ, and its development in utero is correspondingly
complex. The neural tube forms within the first three weeks of gestation. From there, the cells
which will comprise the brain begin a rapid period of proliferation, migration and differentiation

during the first trimester of pregnancy. Synapses form connections between neurons, becoming the basis for cognition While the brain continues to develop throughout infancy and childhood, the great majority of brain development occurs in utero. In order for normal brain development to occur, a huge number of molecular and cellular processes must take place unperturbed. Disturbing these processes can lead to lifelong issues, including ADHD.

One of the ways that altering the levels of oxidative stress has the potential to disrupt neural development is through the fundamental role of oxidative stress in both cellular proliferation and cellular differentiation.  The balance of oxidative stress ("redox") and glutathione acts as a signaling mechanism for developing cells.  By altering the level of glutathione and redox, "redox signaling pathways can be activated or deactivated," in particular the signaling pathways that govern both cellular proliferation and differentiation. (Hansen & Harris 2015, Dennery 2007).

Studies have demonstrated that "the progression and cessation of proliferation is reliant upon intracellular redox status" i.e. the level of oxidative stress.  (Hansen & Harris 2015). When levels of oxidative stress are relatively low, "cellular proliferation machinery is highly active." (Hansen & Harris 2015).    As glutathione declines and the cellular environment becomes more oxidized, then "proliferation 'slows' and cells begin to differentiate."  (Hansen & Harris 2015, Dennery 2007).

Because NAPQI is highly reactive oxidant molecule that can be neutralized by glutathione, the presence of NAPQI in the developing brain affects the levels of glutathione and redox.  If NAPQI reaches a region of the developing brain when the redox balance is at the tipping point between proliferation and differentiation, then even a relatively small amount of NAPQI (by itself or in combination with other factors that affect oxidative stress) will perturb proliferation and differentiation of brain cells.

During differentiation, neural stem cells differentiate into neuronal progenitors, which differentiate into different types of neurons, including dopaminergic neurons, noradrenergic neurons, glutamatergic neurons, serotonergic neurons, and GABAergic neurons.  Perturbing the rate and timing of neuronal proliferation and differentiation in the developing brain may therefore perturb the quantity and type of neurons in different regions of the brain, including neurons responsible for the neurotransmitters dopamine, noradrenalin, GABA, and glutamate.  There is substantial evidence that the attention deficits and hyperactivity symptoms of ADHD are the product of altered brain structures and dysfunction of key neurotransmitter circuits involved in attention, executive function, reward, excitability, and inhibition, including the neurotransmitters dopamine, noradrenalin, serotonin, GABA, and glutamate. (Buitelarr 2019, Khoury 2022, Farone 2015).

A unique study that lends credence to a direct biologic effect between APAP exposure and adverse neurodevelopment was conducted by Baker (2020). Children with APAP detected in meconium were evaluated using functional MRI brain imaging. The study showed increased negative connectivity between frontoparietal and default mode network nodes to clusters in the sensorimotor cortices among children with psychiatrist-diagnosed ADHD. Children with decreased connectivity were more hyperactive (p= .03) by maternal report. Causal mediation analysis revealed no total or direct effect of meconium APAP levels on hyperactivity, but a significant indirect effect on increased hyperactivity mediated through frontoparietal network and right precentral/frontal gyrus connectivity (14%; 95% CI, 1%–26%). This is exactly the network implicated in the etiology of ADHD. It strongly suggests an anatomic pathophysiology results from prenatal APAP use, a credible biologic pathway directly linking exposure to symptoms of ADHD.

Several authors have addressed the question of biologic plausibility and stated that they believe there are plausible biologic pathways by which the APAP-ADHD link occurs. To my knowledge, there have not been any authors who discounted the presence of realistic pathway(s) underlying this relationship. To quote from Alemany (2021) in the Discussion section from their meta-analysis, "the mechanisms proposed to underlie the adverse effects of early acetaminophen exposure on neurodevelopment include the stimulation of the endocannabinoid system, changes in brain-derived neurotrophic factor (BDNF) levels, oxidative stress due to inflammation-induced immune activation, changes in neurotransmission and endocrine-disruptive properties of acetaminophen. Acetaminophen exposure during periods equivalent to third trimester of pregnancy in humans but not later, induced behavioural and cognitive alterations in both male and female mice. Other animal studies report findings that may be particularly interesting for ADHD. For instance, maternal exposure to acetaminophen was associated with lower levels of BDNF at the level of the striatum in an animal study conducted in male rats. Furthermore, in male mice, acetaminophen treatment induced alterations in spatial learning, memory and dopamine metabolism. Both the striatum region and dopamine are thought to play a pivotal role in ADHD.  The abovementioned findings provide biological plausibility and coherence for the current findings."

Similarly, Chen (2019) states, "Several biologically plausible contentions regarding the effect of prenatal acetaminophen exposure on the risk of neurodevelopmental impairments, including ADHD, have been reported. First, acetaminophen may alter the intrauterine immune system and increase the predisposition for oxidative stress and inflammation, which disrupts the normal development of microglia and their interaction with neurons."

*Animal studies*

The oxidative stress hypothesis has further support in animal studies that have demonstrated that exposure to APAP during brain development can result in offspring with altered levels of the neurotransmitters dopamine, noradrenalin, serotonin, glutamate, and GABA:

o      "early paracetamol exposure produces major change in serotonergic and dopaminergic neurotransmission in the prefrontal cortex and striatum" (Blecharz-Klin 2017)

o      "increased the level of GABA" in the prefrontal cortex (Blecharz-Klin 2014)

o      "increases glutamic acids in the spinal cord" (Blecharz-Klin 2015)

o      altered "serotoninergic, noradrenergic and dopaminergic system" (Blecharz-Klin 2015a)

o      "paracetamol had a significant effect on dopaminergic and noradrenergic neurotransmission" (Blecharz-Klin 2019) and

o      "intensified response of male pups to the dopaminergic agonist apomorphine" (Rigobello 2021)


Not every animal study, however, has found the same effects on neurotransmistters.  For example, for certain neurotransmitters, Blecharz-Klin (2014) did not find the changes that were later detected in Blecharz-Klin (2017).


Pre- and perinatal APAP exposure, even at low therapeutic doses, has been shown to increase the risk of brain and behavioral abnormalities in rodents. Examples are as follows. Klein et al (2020) force fed Wistar rats with APAP (350 mg/kg/day) or water from gestational day 6 until delivery. Gestational exposure to APAP impaired nest seeking behavior, augmented apomorphine-induced behavioral stereotypy and decreased rostral grooming. Blecharz-Klin (2017) demonstrated major changes in serotonergic and dopaminergic neurotransmission in the prefrontal cortex and striatum. They also found substantial effects on spatial memory and exploratory behavior such as lower motor activity and crossings of a maze during a probe trial.

In another study by the same group (Blecharz-Klin 2018), daily maternal administration of 5 mg/kg or 15 mg/kg of paracetamol to pregnant rats led to almost two-fold decreases in brain-derived neurotrophic factor (BDNF) in prefrontal cortex, hippocampus and striatum. Exposed animals exhibited a lower total frequency of social interactions and social sniffing compared to exposed rats exposed to paracetamol.

Rodent studies have been consistent with the epidemiological data in suggesting that the strongest effects of long-term exposure occurred at a time equivalent to the beginning of the third trimester of pregnancy, a finding coherent with the demonstration that CYP2E1, the enzyme that catalyzes the production of pro-inflammatory NAPQI and leads to oxidative stress/inflammation, is not detected in fetal brains until 17 weeks of pregnancy. (Dean 2012; Philippot 2017) From this, it is logical that APAP toxicity, at least via this pathway, emerges during the second trimester.

Several pathways have been posited to explain the link between APAP use and ADHD. The three with the most clinical and experimental evidence are the alternations in the cannabinoid system; endocrine disruption; and triggering of inflammation/oxidative stress. Below I will discuss this last possibility, as I consider it the most compelling.

*Acetaminophen mechanism of analgesic action*

Despite its ubiquity as an analgesic, the mechanism of action of APAP remains largely unknown. Various hypotheses have been promoted and discarded or modified, as none have been fully explanatory to date.

Based on rodent and human pharmacokinetic studies, APAP has been long known to cross the blood-brain barrier. (Levy 2019) A 0.6 mg intravenous dose in rats achieved brain

159

concentrations that were 10–20% of blood levels. (Lambrecht 2006) A pediatric study

administering 40 mg⁄kg acetaminophen via a nasogastric route reported a maximum

concentration in the CSF of 15 lg⁄mL. (Anderson 1998) These and other studies indicate that a

therapeutic dose of APAP achieves levels in the brain capable of analgesic and anti-pyretic

actions.

APAP concentrated in fetal cerebrospinal fluid as compared to the adult brain in one study.

Long-term (5 days) fetal exposure resulted in even higher transfer rates than short-term

exposure. (Koehn 2019)

Whereas aspirin and other NSAIDS act via inhibition of prostaglandins, APAP does not. Neither

does APAP effectively reduce inflammation in the clinical setting. For example, acetaminophen

given orally at 100 mg⁄kg or intravenously at 100–300 mg⁄kg or intrathecally at 200 lg⁄kg

reduced inflammatory pain but had no effect on edema in a randomized, double-blind, placebo-

controlled trial.  No significant improvement was seen in the APAP (1000 mg four times daily)

group when assessed 2 and 12 weeks into treatment. (Alloui 2002; Brandt 2006; Case 2003)

To explain APAPs mechanism of action, the first pathway considered was Cox-1 and/or Cox-2

inhibition, the mechanism by which aspirin and NSAIDS work. Since APAP does not inhibit

platelets and thus likely has no peripheral effect, the idea became that APAP may act on Cox-

1/2 centrally. However, APAP does not affect 24-h body temperature elevation during the luteal

phase of the menstrual cycle in humans, a process thought to be prostaglandin mediated. This

suggests that APAP's effect on fever⁄temperature does not involve inhibition of prostaglandins

(and so might not its analgesic effect). (Baker 2002) However, other studies contest this point.

APAP may inhibit cyclooxygenase and thereby indirectly impact Cox pathways. APAP

eliminates excessive peroxide tone caused by low-dose peroxynitrite, but not high-dose

peroxynitrate, via this pathway. (Schildknecht 2008) This finding may explain why APAP is effective only for mild-to-moderate, but not severe pain.

APAP also has direct effects on oxidative stress pathways (see below) and this may be a central mechanism of action.

A 2010 review in response to a joint meeting of three FDA advisory committees on the topic of the safe use of APAP concluded, "…paracetamol likely has a pharmacological mechanism that interacts with a variety of physiological pathways, likely within the central nervous system. As long as paracetamol's analgesic mechanism of action remains an enigma, assessment of its benefit∕risk ratio…will be impeded". (Toussaint 2010)

Despite the absence of consensus on the mechanism behind APAP's analgesic action, it does have impacts on the inflammation and oxidative stress pathways that have been implicated in the genesis of ADHD.

*Inflammation and oxidative stress*

Inflammation has been suggested as a causal pathway for the genesis of ADHD. Moreover, oxidative stress and inflammation have a bidirectional relationship wherein each upregulates the other and their effects are mutually reinforcing. Generally, the developing embryo lacks a fully functional antioxidant defense system in early gestation so it is particularly vulnerable to irreversible damage from elevation of inflammatory pathways that, by definition, elevate reactive oxygen-nitrogen species. The brain lags behind other fetal organs and has been found to be more adversely affected in instances of oxidative stress. (Ornoy 2007)

Two systemic reviews/meta-analyses, Miyazaki (2017) and Schans (2017) examined links between ADHD and immune dysregulated diseases. Miyazaki (2017) evaluated studies enrolling more than 61,000 children (about 8,000 ADHD patients) and found that ADHD patients were more likely to have asthma, allergic rhinitis, atopic dermatitis, and allergic conjunctivitis in comparison to the non-ADHD subjects from the population. Similar results were found by Schans et al. (2017) in a systematic review and meta-analysis. They found a higher presence of asthma, eczema, and rhinitis in ADHD patients when compared to a control population.

ADHD has also been associated in some studies with elevations in peripheral blood cytokines, although the data are mixed.  Pro-inflammatory cytokines can impact synaptic plasticity and neurogenesis and impact reaction time and working memory, both impaired in ADHD. Proinflammatory cytokines also modulate tryptophan and its metabolites, which, in turn affect dopamine. Lower tryptophan levels have been associated with the severity of ADHD symptoms. (Anand 2017)

In a systemic review of the literature, Anand et al (2017) found six studies assessing cytokine measurements in children with ADHD. Three of the reports found some elevations in cytokines among ADHD diagnosed children compared to controls but different cytokines were implicated in different studies. One study enrolled 21 medicated children (mean age 8.9) and found lower levels of IFN-γ and IL-13 and a lower TNF-α/IFN-γ ratio but no differences in these cytokines among non-medicated children. (Oades 2010) However, the authors found correlations between various pro-inflammatory cytokines and severity of ADHD symptoms such as inattention, hyperactivity, and opposition. In a study of 600 premature infants subsequently evaluated for ADHD at age 2, persistent or recurrent elevations of IL-6, TNF-RI, and IL-8 correlated with an increased risk of attention problems. (O'Shea 2014) A further 58 children with ADHD demonstrated significantly higher levels of IL-6 and IL-10 when compared to 36controls. Anti-Yo

antibodies, which have activity against Purkinje cells of the cerebellum, were also detected among 78% of children with ADHD but no anti-Yo antibodies were detected in controls. (Donfrancesco 2016) A final study measured cytokines in cerebrospinal fluid (CSF) of children with ADHD. More than half of children had detectable levels of IL-2, IFN-γ, TNF-B and IL-5. (Mittleman 1997) However, since no controls were available for comparison, the import of these findings is unclear.

Two studies evaluated auto-antibodies in ADHD children, both of which found higher immunoreactivity against anti-Purkinje cell antibodies. (Passarelli 2013; Donfrancesco 2016) Increased levels of antibasal ganglia antibodies and antibodies against the dopamine transporter have also been detected in ADHD, supporting the role of the immune system in the disorder. (Toto 2015; Giana 2015)

Data from several studies of genetic polymorphisms support the relationship between inflammatory cytokines and ADHD. (see Leffa et al. 2018 for a review)

Mothers with autoimmune diseases, particularly when those diseases are active in the prenatal period, have a higher risk of birthing children who will later be diagnosed with ADHD. Nielsen (2017) nested a case-control study within a large registry-linked birth cohort in New South Wales. Fully 12,610 children born from mothers with autoimmune diseases were compared to 50,440 controls. The outcome of ADHD was based on hospital registry diagnoses or pharmacy records of ADHD medications. Any type of autoimmunity was associated with a 30% increased risk for ADHD (RR 1.30, 95% CI 1.15–1.46). Several specific autoimmune conditions elevated the risk even further. These included diabetes mellitus (DM) Type 1 (RR 2.23, 95% CI 1.66–3.00); psoriasis (RR 1.66, 95% CI 1.02–2.70); and rheumatic fever (RR 1.75, 95% CI 1.06–2.89). The authors then conducted a meta-analysis wherein they added their own findings to

those of others yielding similarly significant (albeit somewhat reduced) associations. Risks for ADHD and any autoimmune disease were 1.20 (95% CI 1.30–1.38) based on two studies; DM Type 1 RR 1.53 (95% CI 1.27–1.85) based on four studies; psoriasis RR 1.31 (95% CI 1.10–1.56) based on two studies.

Similarly, Lee et al (2021) found significantly elevated risks between maternal autoimmunity and ADHD registry diagnoses in the Taiwan National Health Insurance database. Both a maternal diagnosis and a prenatal diagnosis yielded elevated risks for Sjogren's syndrome, ankylosing spondylitis, psoriasis, systemic lupus erythematosus, and psoriasis. Paternal autoimmunity did not impart an excess risk for ADHD. These strong and consistent findings are particularly relevant to the current discussion as they show that inflammatory diseases preceded ADHD, whereas other studies only show a concurrent relationship.

The above literature suggests that ADHD has an inflammatory component, that is, an inflammatory milieu preceding the onset of disease.

A compelling study has shown directly that oxidative stress biomarkers mediate an association between APAP and ADHD. Anand (2021) investigated whether the relationship between APAP exposure and ADHD is mediated by markers of oxidative stress using umbilical cord plasma. The authors used data from the Boston Birth Cohort, the same database used by Ji (2018, 2020). This has been described in detail above for those two studies. This analysis examined whether amino acids needed to synthesize the antioxidant glutathione and in the oxidative stress biomarker 8-hydroxy-deoxyguanosine may explain the association between cord plasma APAP concentration and ADHD. Covariates available for adjustment were maternal age at delivery, maternal race/ethnicity, maternal education, smoking during pregnancy, drinking during pregnancy, parity, maternal pre-pregnancy BMI, baby's sex, delivery type, gestational age,

birthweight, maternal fever during pregnancy, intrauterine infection/inflammation, and breastfeeding.

The diagnosis of ADHD was based on physician diagnoses in electronic medical records at a mean age of 9.3. Among 568 maternal-child pairs, cord unmetabolized APAP >50 percentile was associated with higher odds of an ADHD diagnosis after adjustment for covariates. (OR 2.10, 95% CI 1.43–3.11, p<0.001)

Cord unmetabolized acetaminophen was positively correlated with methionine (R = 0.33, p< 0.001), serine (R = 0.30, p< 0.001), glycine (R = 0.34, p< 0.001), and glutamate (R = 0.16, p< 0.001). With each increase in cord 8-hydroxy-deoxyguanosine, methionine, serine, and glycine levels, ADHD risk increased. Adjusting for covariates, cord methionine statistically mediated 22.1% and glycine mediated 22.0% of the association between cord acetaminophen >50th percentile with ADHD.

Acetaminophen's metabolism as an initiator of inflammatory/oxidative stress cascades works as follows. APAP is mainly excreted following conjugation with glucuronic acid (reduced glutathione or GSH) or sulfate. About 90% is rendered non-toxic by this pathway. A variable fraction, however, is oxidized in the liver by several CYP450 isoforms (CYP2E1, CYP1A2, CYP3A4, and CYP2A6) to NAPQI. NAPQI is a highly reactive compound that covalently binds to thiol groups within proteins and lipids and triggers oxidative stress. When reduced glutathione (GSH) is depleted, it cannot take the catalysis down the elimination pathway that results in the "safe" compound L-cysteinyl S-acetaminophen. Instead, if concentrations of NAPQI exceed the available GSH, NAPQI initiates a mitochondrial cascade that leads to accumulation of reactive oxygen species, formation of peroxynitrite, mitochondrial membrane permeability transition, and ultimately cell death. (Jaeschke 2021)

NAPQI is also generated in the brain by the CYP450 isoform CYP2E1. (Upadhya 2000)

CYP2E1 is present in the fetal brain as early as 15 weeks of gestation, and significant

heterogeneity of CYP2E1 in various regions of the brain. (Allen Institute, 2019, available at

https://www.brainspan.org/lcm/search?exact_match=false&search_term=%22CYP2E1%22&sea

rch_type=gene)

As NAPQI is covalently bound to GSH, it depletes GSH in the brain and has been shown to

aggravate oxidative stress. In rats, cortical neuronal death involving Cytochrome C release and

caspase 3 activation is induced by paracetamol at doses below those required to produce

hepatotoxicity. (Posadas 2010)

Acetaminophen hepatotoxicity is thought to be the result of NAPQI production. NAPQI is a

unique toxic moiety resulting only from APAP metabolism. No other known product produces

NAPQI. Low doses of APAP NAPQI are neutralized by glutathione but at higher doses,

glutathione is overwhelmed and NAPQI is produced in large enough amounts to cause liver

damage. More recently, the finding that NAPQI is generated in the brain raises the possibility

that cortical inflammation and oxidative stress may play a role in abnormal neurodevelopment.

The strong link between inflammation/oxidative stress and ADHD, reviewed above, argues for

the hypothesis that APAP, particularly in that when used by a pregnant woman over longer

duration, APAP depletes glutathione and produces NAPQI in the fetal brain. This, in turn,

among susceptible individuals, triggers ADHD. The Anand study, demonstrating oxidative stress

markers in the relationship between APAP and ADHD, provides direct evidence for this

hypothesis.

Both animal and human studies show that APAP causes oxidative stress. Oxidative stress perturbs the underlying mechanisms that occur in normal neurodevelopment. While the liver is capable of repairing oxidative stress as a regenerative organ, the same is not true for embryonic or neurodevelopmental cells and tissues.  Oxidative stress affects cell proliferation, differentiation, apoptosis and necrosis (Dennery 2007). All of these processes operating in normal balance with one another are crucial to neurodevelopment.

Overall, there is evidence to support several mechanisms by which APAP may lead to disruption of normal neurodevelopment. Baker (2020) demonstrated that APAP is linked to neuroanatomic defects seen with ADHD. A plethora of data suggests that the mechanistic pathway creating this association is via triggering inflammation/oxidative stress. Abnormalities in inflammation and oxidative stress are apparent in children with ADHD. APAP metabolism can interfere with these pathways, particularly when taken in high doses or over longer time periods. Direct mediation by oxidative stress biomarkers has been demonstrated in cord blood. Further research must be done to fully appreciate these links but there is ample current data to support biologic plausibility.

I put moderate weight (somewhere in between consistency and specificity) on the criterion of biologic plausibility in that, as Bauer noted, animal studies are not subject to bias and confounding, but extrapolating from animals to humans is fraught because animals are not humans. On the other hand, biologic plausibility only requires plausibility, not establishment of biologic pathways. Thus, my weighting was neither heavy nor little weight, but somewhere in between. Based on the above, the criterion for biologic plausibility is met.

Analogy

According to Rothman, "Analogy refers to drawing inferences about the association between a given exposure and disease based on what is known about other exposure-disease relations. For example, based on what is known about the health effects of cigarette smoking, we might expect that inhalation of other combustibles (e.g., marijuana) would have similar effects, even in the absence of studies on the subject." (Rothman 2008 p 21)

This criterion strengthens the case for causality but is not required for causality. As per Bradford Hill, "With the effects of thalidomide before us, we would surely be ready to accept slighter but similar evidence with another drug . . . in pregnancy." But sometimes drugs that are expected to act similarly—even drugs within the same class of medications—have disparate effects. Meanwhile, there are often causal relationships that exist in the absence of obvious analogies, because whether an appropriate analogy exists "is limited by the breadth of knowledge and imagination of the scientist" and not necessarily "the falsity of the [causal] hypothesis." (Rothman 2008, p 22). Thus, finding a drug that works through the same putative biologic mechanism as APAP and is established to cause ADHD would strengthen the case for APAP causing ADHD, but its absence would not substantively detract from a causality determination.

There is a relevant analogy for APAP and ADHD. Valproic acid has been established to cause ADHD when taken in pregnancy. As the Court noted in its order, the DSM describes valproic acid as a risk factor for neurodevelopmental disorders (Order at 13), and the valproic acid label specifically states that valproic acid likely causes ADHD.

The mechanism of teratogenic action for valproic acid is believed to be oxidative stress, the plausible mechanism detailed above. This is the same mechanism by which lead is thought to cause teratogenicity. (Diav-Citrin 2008)  Al-Amin (2015) injected mice with 600 mg/kg valproate

during pregnancy and observed significant alterations in antioxidants, including increased levels of malondialdehyde (MDA), nitric oxide (NO), advanced protein oxidation product (APOP) and decreased glutathione (GSH), catalase (CAT) and sodium dismutase (SOD) activity. Other investigators have reported valproic acid as pro-oxidative in humans, animals and cultured cells (Ornoy 2023)

One large cohort study linked prenatal valproic acid use, but not other anti-epileptic medications, to ADHD risk. In a population-based cohort study of 913,302 live-born children representing all singleton births in Denmark (1997-2011), prenatal exposure to anti-epileptics including valproate, was obtained from the Danish National Prescription Registry. Children diagnosed with ADHD or redeeming a prescription for ADHD were identified from a central psychiatric disease registry. The cohort was followed up from birth until 2015 (median age at end of study 9.4 years). A total of 580 were identified as having been exposed to valproate during pregnancy. Children with prenatal valproate exposure had a 48% increased risk of ADHD (adjusted HR 1.48; 95% CI, 1.09–2.00) compared with children with no valproate exposure. The association was independent of maternal psychiatric disorders, maternal epilepsy, maternal diabetes, maternal age, sex, year of birth, and parity, and after excluding women who smoked during pregnancy. No associations were found between other anti-epileptic drugs and ADHD. (Christensen 2019)

Two other cohort studies have shown ever more accentuated risks but did not find statistical significance. In a pooled in a meta-analysis by Veroniki (2017), only two studies met their inclusion criteria in measuring valproic acid and ADHD. Both showed positive relationships ranging from 1.51–2.84. Both reported very wide confidence intervals around estimates reflecting small sample sizes, use of behavioral measures, and for the study estimating the risk

of 1.51, exposure defined by valproic acid plus another anti-epileptic drug. Thus, the Danish estimate, with its more modest result of HR 1.48 likely more accurately represents the true risk.

That risk is of similar magnitude to the risk for fetal exposure to APAP and ADHD. As discussed under Strength of Association, risk estimates have typically been 1.2–1.6.

Because analogy is rarely met, it is generally considered to carry limited weight in asserting causality. Nevertheless, it strengthens the argument for causality.

I put little weight on the criterion of Analogy. In the situation of APAP and ADHD, based on the above considerations, I considered the tenet of Analogy to be met.

Specificity

The definition of specificity, according to Rothman (2008) is as follows. "In Hill's formulation, specificity of an association can refer either to a cause having a single effect or an effect having a single cause."

Although it might appear that there are cases wherein an exposure causes a single disease, such as the case for asbestos exposure and mesothelioma, in fact, that is not true. Asbestos is associated with several cancers including cancers of the gastrointestinal tract. (Kim 2013) Moreover, other mineral fibers such as erionite, fluoro-edenite, and probably balangeroite can induce mesothelioma, as can therapeutic radiation for other malignancies. (Attanoos 2018) Even teratogens such as thalidomide, which is often considered to specifically cause limb malformations, in fact also causes congenital defects of the ear, heart, and other internal organs. (Kim 2011)

170

Indeed, as Rothman's textbook *Modern Epidemiology* notes, it is rare to find a truly specific relationship. Therefore, epidemiologists uniformly put little emphasis on the criterion of specificity. Bradford Hill, himself, cautioned against relying too much on this criterion—"we must not, however, over-emphasize the importance of the characteristic"—and there are numerous examples where it is not satisfied, including the association between tobacco and lung cancer: not all smokers get lung cancer, and some get lung cancer even though they have never smoked.

I put little weight on the criterion of Specificity. I believe that the criterion of specificity is not met.

Biological gradient (dose-response)

Biologic gradient, also termed dose-response means that the greater the exposure, the greater risk of disease." In the words of Bradford Hill, "the fact that the death rate from cancer of the lung rates rises linearly with the number of cigarettes smoked daily adds a very great deal to the simpler evidence that cigarette smokers have a higher death rate than non-smokers." The Court in its order agreed with this: "a dose-response relationship is strong but not essential evidence of causation." (Order at 56).

Various association studies have assessed duration, frequency, and concentration of APAP use in relation to ADHD. Longer durations of use, more frequent use as measured by greater number of trimesters of APAP use, and higher concentration (in meconium, cord blood and maternal blood) demonstrated biologic gradients. I considered the Baker (2020) study to be most informative regarding this criterion. The Court determined that Baker is a well-respected study because it employed a direct measure of APAP via meconium. I concur in that meconium concentrated APAP cumulatively in the final two thirds of pregnancy.

171

Comparing fetal meconium with recall for exposure to APAP, Laue (2018), using data from the GESTation and Environment (GESTE) study, recruited 238 pregnant women during their first trimester and assessed APAP use at recruitment as a yes/no question and also exposure during labor using medical records. Meconium was measured using ultra performance liquid chromatography tandem mass spectrometry. Acetaminophen administration during labor was associated with a significant increase in meconium APAP concentration (p=0.0002). However, self-reported intake during pregnancy was only marginally associated with meconium concentrations (p=0.10), adjusting for administration at delivery. This demonstrates that ever/never report of APAP was substantially misclassified as a metric for use over the course of the full pregnancy. Self-report in early pregnancy resulted in a substantial underestimate of later exposure. This may be because of forgetting or considering inconsequential an OTC medication or because use varied over time. Whatever the explanation, recall was a less valid measure and one that would underestimate the true effect size.

Baker found that the risk of developing ADHD increased monotonically with increasing concentration of APAP in fetal meconium. High levels of APAP detected in meconium increased the odds of ADHD more than 4-fold (OR, 4.10; 95% CI, 2.41–6.95). With each doubling of exposure, the odds of ADHD increased by 10% (OR, 1.10; 95% CI, 1.02–1.19). This clearly demonstrated a dose-response.

Ji (2020) also used a biomarker that reflects what the fetus was directly exposed to: cord blood. Compared with being in the first tertile, being in the second and third tertiles of cord APAP was associated with higher odds of ADHD diagnosis (OR for second tertile, 2.26, 95% CI 1.40–3.69; OR for third tertile, 2.86, 95% CI 1.77–4.67). Again, this demonstrates a dose-response, but the metric is limited as it measures only short-duration exposure.

172

Similarly, Ji (2018) used maternal blood to measure APAP exposure in relation to ADHD risk. Compared to unaffected children, the authors reported a significant positive dose-response association with ADHD diagnosis for this maternal APAP biomarker after adjusting for indication of APAP use and other pertinent covariates. Compared to levels in the non-detection category, below median and above median levels of maternal APAP were associated with a 58% and 88% increase in the odds of ADHD diagnosis, respectively (OR below median 1.58, 95% CI 1.02–2.46); OR for above median 1.88, 95% CI 1.18–3.00).

Using maternal report, Liew (2014) showed that APAP use during pregnancy for 1 week, 2.5 weeks, 6-10 weeks, 11-20 weeks, and >20 weeks, as compared to no use, yielded RRs of 1.18, 1.29, 1.49, 1.24 and 1.53, respectively, as well as a statistically significant trend. Exposure response trends were found with increasing duration resulting in higher risk estimates for all outcomes (i.e., hyperkinetic diagnosis, ADHD medication use, and ADHD-like behaviors; p trend < 0.001). Among women reporting use of 20 or more weeks of APAP, risk for a child receiving a hyperkinetic diagnosis almost doubled (hazard ratio, 1.84;95% CI, 1.39–2.45) and the risk for receiving ADHD medication increased by 50% (hazard ratio, 1.53; 95% CI, 1.21–1.94).

Ystrom (2107) similarly found that the RRs for APAP use for 1-7 days, 8-14 days, 15-21 days, 22-28 days, and >29 days were 0.90, 1.18, 1.35, 1.60, and 2.20 respectively. Again, these estimates reflected a statistically significant trend. Inoue (2021) reported increasing risk with more weeks of use. For 1-5 weeks, 6-10 weeks, and >10 weeks the RRs were 1.07 (0.92–1.23), 1.27 (0.95–1.70), and 1.32 (1.06–1.63), respectively.

Ystrom (2017), looking at dose-response from the perspective of weeks used (frequency), demonstrated that the more trimesters in which APAP exposure occurred, the larger the risk. Ystrom reported that one trimester of use resulted in a RR of 1.07 (95% CI 0.96–1.19), whereas

173

two trimesters yielded RRs of 1.34 (0.77–2.34) (first and third), and 1.63 (1.28–2.07) (second and third). Liew (2014) similarly showed that use in the first and second trimester yielded a RR of 1.09; second and third trimester, RR 1.39 and three trimesters, 1.44. APAP use during pregnancy for 1 week 2.5 weeks, 6-10 weeks, 11-20 weeks, and >20 weeks, as compared to no use, yielded RRs of 1.18, 1.29, 1.49, 1.24 and 1.53 respectively.

Overall, although fewer studies examined dose-response relationships than did those relying on ever/never use of APAP during pregnancy, those that did found that longer duration use, greater frequency of use, and greater concentrations of APAP metabolites resulted in the highest risks. In its order, the Court noted that a "key issue" was that "none [of the studies] were able to record the actual dosages taken by pregnant women." (Order at 90) I agree that actual quantitative doses (in terms of milligrams) were not recorded. But respectfully, this is not required for scientists to reach a conclusion on dose response.  Like so many other aspects of my analysis, the literature is best assessed not based on a single assessment of dose but instead on a totality of the data.  Classically, dose is defined by duration times amount and none of the studies measured the totality of dose. At the same time, the findings that higher concentration (representing amount), longer duration, and more frequent use all consistently increased risk, in aggregate argue strongly for a dose-response relationship. Indeed, in the absence of a combined measure of dose, each of these would be expected to underestimate true risk.  In the field of epidemiology, it is common for scientists to evaluate dose response based on days of exposure, weeks of exposure, or other proxies for quantitative dose in milligrams.  To take just one example (of many), when evaluating the studies assessing the connection between chemical-contaminated water and various diseases at Camp Lejeune, the U.S. Government's ASTDR causality assessment considered "some of the viewpoints associated with [Bradford] Hill," including "exposure-response."  When evaluating exposure response, however, the government analysis (as here) did not have access to precise quantitative measures of the

various chemicals to which the soldiers at Camp Lejeune had been exposed.  They instead (as here) relied on the number of days, weeks or months of exposure when evaluating dose response.  Indeed, they employed this kind of exposure-response analysis numerous times when evaluating several of the chemical-disease relationships.  (ATSDR Assessment of the Evidence for the Drinking Water Contaminants at Camp Lejeune and Specific Cancers and Other Diseases (January 13, 2017)).  ASTDR employed a similar methodology just last month when evaluating the link between the water at Camp Lejeune and various cancers, i.e., ASTDR employed "duration of assignment" and "duration of employment" at Camp Lejeune "as a surrogate for overall cumulative exposure" to the relevant chemicals.  (Bove, et al., Evaluation of Cancer Incidence Among Marine and Navy Personnel and Civilian Workers Exposed to Contaminated Drinking Water at USMC Base Camp Lejeune: A Cohort Study (Jan. 29, 2024).

That is how I analyzed this factor, as many authors here did as well.  The authors of Liew (2014), for example, noted that "weeks of use (1, 2–5, 6–10, 11–20, >20 weeks) were used to examine exposure" response and on that basis "found exposure response trends with increasing frequency of use during gestation."  The authors of the Ji (2018 and 2020) and Baker (2020) studies employed biomarker data that similarly allowed for a comparison of disease rates at different levels of exposure.  Just as there was nothing improper about the U.S. Government evaluating dose-response in that way, it was epidemiologically valid for these study authors to employ a similar methodology in the absence of finer-grained data on quantitative dose at the level of milligrams.

I am aware that some of the dose-response curves were not linear; there were outlier estimates (e.g., Chen 2019). However, this is to be expected given small sample sizes and wide confidence intervals. Since many of the confidence intervals overlapped, indicating no statistical difference between tertiles of duration, I considered trends more important than any single

estimate. The trends uniformly showed duration-response relationships. Indeed, many of the study authors explicitly interpreted their results as evidence of a dose-response relationship. (Liew 2014, Ricci 2023, Baker 2020, Ji 2018, Ji 2020, Alemany 2021)

In accord with the Court's conclusion that, "a dose-response relationship is strong but not essential evidence of causation," (Order at 56), I weighed biologic gradient heavily in my determination of causality. I find that the criterion of biologic gradient is met.

Temporality

"Temporality means that a cause must precede its effects, and this is a necessary condition for valid causal inference." (Rothman 2008, p 20) That is, the exposure must precede the outcome in time: "which is the cart and which the horse?" (Hill 1965) In most circumstances, I would consider temporality to be met simply in that almost all studies in the epidemiologic literature on APAP and ADHD have been prospective cohorts. In this design, mothers were asked about exposure either during pregnancy or shortly after birth. Outcomes were assessed months or years later.

However, the Court's Order stated that "a reliable assessment of the temporality factor would engage with the fact that it is not currently known when… ADHD develop[s] in the fetal brain, and with the possibility that some studies measured acetaminophen use either before or after the development window." (Order at 88)

For APAP, as noted above, the greatest risk appears to be in the third and possibly second trimester of gestation. For the effect to precede the cause, we would have to posit that the sensitive period of neurodevelopment occurs in the first or second trimester. In fact, in the case

of teratogens, the exposure must be present during the time the developmental process of interest is taking place.

The questions are then three-fold. First, what is the anatomy and physiology of brain impairments seen in ADHD? Second, when during gestation are these areas and functions in the brain developing? Third, given the timing of neurodevelopment of the parts of the brain relevant to ADHD, is there any possibility that disruption prior to the third trimester could cause ADHD – that is, is it plausible that the cart came before the horse?

Regarding the first question of what the most important brain structures are involved in ADHD, most authors agree the answer, at least in good part, is the prefrontal cortex. (Hinshaw 2018)

ADHD involves operations termed "executive functions" coordinated by the prefrontal cortex. The executive functions mediated by the prefrontal cortex that are central to the impairments seen in children with ADHD include the organization of input from diverse sensory modalities, the maintenance of attention, the monitoring of information in working memory, and the coordination of goal-directed behaviors (Jurado and Rosselli 2007, Miller 2001, Miller and Cohen 2001) Neuroimaging research demonstrates that individuals with ADHD show intrusions of daydreaming neural networks when attention-focused networks should be engaged. (Raichle and Snyder 2007) More subtly, one study showed that youths with ADHD-related symptoms, rather than daydreaming or mind-wandering per se, displayed a blank thought pattern during attentional lapses. (Van den Driessche 2017). As a result, difficulties with remembering, sequencing, time management, and organizational skills characterize many individuals with ADHD.

Although many areas of the brain are involved, as demonstrated by an elegant recent neuroimaging study by Gehricke (2017), the prefrontal lobe is particularly affected. The authors note, "findings revealed significant associations between ADHD diagnosis and widespread changes to the maturation of white matter fiber bundles and gray matter density in the brain, such as structural shape changes (incomplete maturation) of the middle and superior temporal gyrus, and fronto-basal portions of both frontal lobes." Gehricke (2017)

Thus, the brain location of greatest interest with respect to development of ADHD is the prefrontal lobe. This brings us to the second question of when during brain development, the prefrontal lobe is most sensitive to disruption. A simple answer is the end of the second and third trimesters of pregnancy.

Central nervous system formation begins shortly after implantation with the rapid expansion of cell layers and their formation into a crude, embryonic notochord. At the cranial (head) end, the number of neurons increase rapidly and their number peaks in the early second trimester, between week 13 and 16 of gestation. (Kolk 2022) After assuming their final position, neurons begin to differentiate to form synaptic connections.

Throughout the mid-second and third trimesters and in the few weeks after birth (between 17 and 50 weeks of gestation), pyramidal neurons and interneurons within white and gray matter mature and differentiate. (Kroon 2019, Petanjek 2008) Dendritic length increases and spines will develop, reaching out to other cortical and subcortical targets. This is the case for both excitatory and inhibitory networks, both of which mature extensively in terms of their anatomy and their network properties.

178

The chief landmarks in the brain are its sulci, which appear as linear indentations. In the prefrontal lobe, the most evolutionarily advanced center of executive function, the primary sulci (superior frontal, inferior frontal, and precentral), develop during the very end of the second trimester (gestational weeks 25–26). (Teffer 2012) During the third trimester, from weeks 26 and beyond, the various layers of the brain continue to mature, as spines develop, basal dendritic length increases, and interneurons differentiate. This rapid phase of synaptogenesis involves first, an accumulation of synapses and then, a process called pruning or refinement of synaptic connections, the removal of unused synaptic contacts. (Huttenlocher 1990)

Thus, the most sensitive period of prefrontal neurodevelopment is in the mid-second and third trimesters when neurons and synapses are growing and differentiating into a functional organ. As gestation progresses, structures become more sophisticated and more functional in their capability to send signals and to interact internally. (Kolk 2022)

In answer to the third question of whether the critical neurodevelopmental window for ADHD genesis might be during the first and/or early second trimester is that this supposition would be inconsistent with the biology and toxicology of fetal brain development.  During that time, the cells bound to become neurons are in their most emergent form. They have not reached the point of functionality in terms of number, shape (dendrites), location, nor connectiveness. During the first trimester, the prefrontal lobe has not even begun to develop. Because they are so early in embryonic development, toxicants would cause extreme disruption in the form of structural congenital defects.

First trimester toxicants cause major, anatomically apparent malformations. Folic acid deficiency in the first trimester, for example, results in neural tube defects and if severe, anencephaly (absence of brain tissue). (van Gool 2018) Thalidomide toxicity, which resulted in extreme limb

179

malformations, occurred only during gestational days 35-50 (5-7th week) when the limbs were in their earliest stage of development. (Kim 2011) Vitamin A excess in the first trimester causes noticeable structural abnormalities of the face, brain, and heart such as cleft lip, cleft palate, hydrocephalus (cranial enlargement due to excessive fluid around the brain), and major heart malformations. (Rothman 1995, Bastos 2019)

Thus, it is unlikely that ADHD develops before the time in pregnancy when APAP is associated with ADHD. Indeed, the timing of prefrontal lobe development is concordant with the timing of the sensitive window for APAP toxicity – a requirement of developmental toxicity. The prefrontal cortex is at a peak of development during the late second and third trimesters. Interruption of development during that sensitive window would be expected to lead to functional impairments seen in ADHD.

APAP appears to have its greatest impact during the second and/or third trimester. APAP use in the first trimester produced RRs of 1.09–1.31 and in the second trimester, 1.13–1.20. (Ystrom 2017, Chen 2019, Inoue 2021, Stergiakouli 2018). In contrast, APAP use during the third trimester (Liew 2014, Ji 2018, Gustavson 2019, Baker 2020, Ji 2020) ranged from 1.28–2.86. In the third trimester, use of APAP was associated with ORs of 1.88–2.86 in four of five studies. Thus, APAP exposure (the cause) and impaired neurodevelopment (effect) are cotemporaneous. As with other toxicants that cause teratogenicity (reviewed above), the cause does not precede the effect.

In keeping with the admonishments of Rothman and Hill that "a cause must precede its effects, and this is a necessary condition for valid causal inference," I put great weight on the tenet of temporality.

Based on the above, in my assessment, the criterion of temporality is met.

Coherence

This criterion addresses the overarching question of whether the hypothesized causal relation "conflicts with current understanding of the disease process." (Rothman 2008) It considers the totality of the literature. It is not a question of whether the cause creates an effect, but rather the counterfactual of whether the cause-and-effect relationship conflict with epidemiologic and biologic understanding.

It would be redundant to repeat all that has been said in this report thus far, but in sum, I have opined that exposure to APAP is associated with a modest yet consistent association that demonstrates a dose-response and occurs during the critical window when teratogenesis relative to ADHD is most relevant. In my determination, APAP exposure is analogous to another known neurotoxicant (valproic acid) that causes ADHD. There is a biologically plausible explanation for the APAP and ADHD relationship. Thus, the epidemiologic and biologic literature do not conflict with the possibility that APAP use during pregnancy causes ADHD.

Because coherence is subject to false positives (i.e., there are hypothesized causal relations that are coherent with the disease process but are not necessarily causal), I placed low weight on this tenet.

Still, I believe that the criterion of coherence is satisfied.

Experiment

The type of experiment that Hill had in mind was a natural experiment in which an exposure changes population-wide and the researcher evaluates whether disease rates change. He

indicated that such natural experiments rarely occur in an informative manner and he placed little weight on this tenet. The natural experiment approach, generating an ecologic analysis, is not discussed here because studies that assess risk at the population, rather than the individual level suffer from a plethora of biases and are generally considered by epidemiologists to be relatively uninformative. However, in rare cases, such as, for example, when a medication is abruptly removed from the market, such data can prove supportive. Such has not occurred in the situation of APAP.

The modern approach, which is considered to be highly useful, is a randomized clinical trial in which individuals are assigned by the researcher to an exposure (APAP) group. The benefit of experimental studies (randomized clinical trials) is that because they allocate exposure randomly between groups, they avoid a good deal of confounding and bias. However, randomized clinical trials of APAP use in pregnant women are unethical. It would be unethical to ask non-using persons to use the medication to determine if it is hazardous to their fetuses. This is particularly true since observational data suggests that such exposure may be hazardous to the unborn child. An alternative design would be to require women already taking APAP for fever or pain to entirely avoid usage. This would, again, be unethical since APAP may be an appropriate treatment for certain conditions in pregnancy including fever. Indeed, it is the only medication recommended for this indication during pregnancy. Denying its use would potentially put fetuses at risk of damage from uncontrolled fever.

Another experimental approach that is used to support epidemiologic evidence is animal experiments in which all parameters except exposure (APAP administration) are kept constant. The results of such experiments have, to a great degree, supported the link between APAP and ADHD (reviewed above).  But I am unwilling to find this tenet satisfied based only on experiments in animals.

Since conduct of a randomized clinical trial in humans does not exist, is out of the question for future conduct, and thus cannot add or detract from the other Hill causality tenets, I placed low weight on the criterion of experiment. Experiment is, by definition, not satisfied.

Systematic error

A ubiquitous concern about reliance on observational studies to make causal inference—i.e., to determine that APAP causes ADHD—is the possibility that error, in the form of bias or confounding, is responsible for observed associations. Bias and confounding must be minimized as the drivers of observed study associations. Moreover, the literature must be evaluated for the possibility that associations occurred by random chance.

*Bias*

Cohort studies are less affected by bias than case-control studies. Nonetheless, the effect estimates linking APAP to ADHD have almost surely been impacted by selection and misclassification bias—the questions are the direction the bias runs and its magnitude. Masarwa analyzed their meta-analysis results taking into consideration both bias and confounding effects. Correction for exposure misclassification resulted in an increase in the adjusted RR of about 45%, meaning that without adjustment, bias diminished the observed effect by 45% as compared to a true value. Correction for confounding resulted in a maximum decrease of 19% (confounding was inflating the observed effect). Thus, the two spurious effects were in opposite directions, with exposure misclassification having the greater impact, i.e. even after accounting for both, the result would be a greater bias toward the null. This suggests an underestimate of the true effect.

183

Summarizing earlier topics in this report, selection bias affected the two largest cohorts analyzed regarding prenatal APAP use and ADHD, the Danish National Birth Cohort (DNBC) and Norwegian Mother and Child Birth Cohort (MOBA), due to selective participation and selective dropping-out. DNBC enrolled only 31% of eligible women and MOBA had only a 40% response rate. As compared to the Norwegian population at large, Nilsen et al. (2009) found that those enrolled in MOBA were less likely to be young (<25 years), smokers, and to have had adverse birth outcomes in the past and were more likely to use multivitamins and folic acid supplements. This suggests participation among a healthier than average group of women. It would have affected generalizability although not necessarily internal cohort comparisons. Nonetheless, it suggests that in the population overall, the impact from APAP exposure may be larger than expected from the results of studies.

MOBA also experienced high drop-out rates (40%), which almost surely would have impacted risk estimates. DNBC, as well, suffered from a substantial proportion of missing data. About 30% of participants missed one or more telephone interviews. Since women willing to enroll in MOBA were healthier, it is likely that those who remained in the study had similar health characteristics. The same was probably true for DNBC. Healthier women are less likely to have a child with ADHD and less likely to use APAP. Potential risk factors for ADHD include smoking, a history of pregnancy complications, depression/anxiety, and genetic predisposition. Long-duration APAP users also tended to be smokers, obese, and have more depression and anxiety. The paucity of such women remaining in both MOBA and DNBC would have led to underestimates of true effect sizes.

In addition to selection bias, misclassification is a serious concern throughout the literature on APAP use in pregnancy and ADHD. Since many women do not consider acetaminophen to be a medication, recall of exposure was underestimated. Questions that specifically asked, "Did you

184

take acetaminophen?" would have more likely captured exposure than those asking about the use of any medications or about the use of medications for specific indications. In DNBC, exposure assessment of analgesics was queried with the question, "did you take pain killers?" If yes, the respondent chose from a list of 44 medications, including APAP.  Analgesic use was asked for each week of pregnancy so that both timing and duration could be calculated. In MOBA, APAP exposure was queried in any woman reporting headache, fever, cold, or backache. Among such women, medication use was asked in an open-text format. Although these questions were more directed than simply asking about any medication use, women still may have considered APAP as not "a pain killer" or as too inconsequential to mention for indications. Many of the other cohorts in this literature were not even this specific in their queries about analgesics. Overall, this almost certainly led to systematic underreporting by both women whose children were bound to develop ADHD and among those whose children were not. This would have resulted in non-differential misclassification and a bias toward the null, i.e. an undervaluation of the risk.

Beyond the problem of naming APAP as an exposure, studies generally categorized use as ever/never. Such studies aggregate pregnant women with long duration and/or high dose use of APAP with women only minimally exposed to APAP. Laue (2018) found that a yes/no question on pregnancy APAP use correlated poorly, whereas APAP administration during labor and delivery correlated highly with neonatal meconium levels. As meconium is considered a valid measure of toxicant concentrations during the second two thirds of pregnancy, (Baker (2020), Ostrea (2006), Delano (2019), Lange (2014)), this suggested that recalled ever/never exposure underrepresented true effect. Since women exposed for longer duration or in more trimesters had the highest risk of an ADHD affected child, ever/never use data underestimated true effect sizes.

Although many studies enrolled women in the second trimester of pregnancy, those that enrolled women later or had fewer interviews during pregnancy would have poorly captured changes in behavior over time. Again, this admixed women with different exposure patterns and resulted in bias results toward the null.

Other "hard" exposure ascertainment methods may have resulted in similar or even worse misclassification. Pharmacy records underreport APAP exposure since they typically do not capture OTC sales. Cord and serum blood measured APAP concentrations only when exposure occurred within the preceding 48 hours or so. If hospital protocol was to administer APAP during labor, the relationship to earlier patterns of APAP use would have been voided. These considerations would uniformly have led to misclassification toward the null since inaccurate exposure assessment would have affected offspring developing ADHD equally to those not - outcome was unknown at the time of APAP exposure assessment.

Registries only collect data on children that seek medical attention and thus, presumably have more severe disease. Again, such measures would have biased observed results toward the null and underestimated true risk.

The Masarwa (2020) result that bias in their studies diminished observed risks, then, is in keeping with what would be expected. Studies based on biologic measures such as maternal blood, cord blood, and meconium have reported larger risk estimates than those based on self-reports. Registry-based outcome studies have shown larger effects than those based on parental behavioral assessments. These findings support concerns that much of the literature on APAP-ADHD underestimates true risk.

*Confounding*

186

As the Court noted, "two major potential confounders are at issue in this litigation: confounding by indication and confounding by genetics." (Order at 20) I agree this is a critical point, and I take it with all seriousness. Therefore, I have extensively considered the possibility that one or both sources of confounding may explain the literature linking APAP pregnancy use to ADHD risk.

The potential for confounding by indication and genetics are detailed above. I will summarize these here.

*Confounding by indication*

Fever is an indication for APAP use and has been linked to ADHD. This suggests that fever might artificially elevate observed risks. The possibility that fever may confound the relationship between APAP pregnancy use and ADHD is particularly important to consider since APAP is currently the only recommended analgesic for control of fever throughout much of pregnancy. However, the link between fever and ADHD as an explanation for the APAP-ADHD association is unlikely for the following reasons.

First, the literature suggesting that fever is associated with ADHD is primarily limited to two cohort studies (Dreier 2015, Gustavson 2019) and is thus far less robust than the literature linking APAP exposure to ADHD. The association between fever and ADHD risk was only observed in the first and perhaps second trimesters. In contrast, use of APAP appears to have its greatest impact on neurodevelopment in the third and possibly second trimester as reviewed above. (Ystrom 2017, Chen 2019, Inoue 2021, Stergiakouli 2018, Liew 2014, Ji 2018, Gustavson 2019, Baker 2020, Ji 2020, rodent model sensitive window Philippot 2017)

Second, only one cohort study (Gustavson 2019) found a risk from fever after adjustment for APAP use.

Third, confounding by fever in the relationship between APAP and ADHD has been considered after adjustment in multivariable models, after stratification of febrile/non-febrile women, as well as after excluding women with fever or infection. These techniques did not change the findings of observed, positive and statistically significant associations between APAP and ADHD (Liew 2016, Ystrom 2017, Ricci 2023). If anything, there is some suggestion that fever interacts with APAP use such that APAP exposed fetuses also exposed to maternal fever have a particularly elevated risk of developing ADHD. Ystrom (2017) found that APAP use for fever and infections for duration of use between 22 to 28 days was associated with a particularly high risk of ADHD (HR 6.15; 95% CI 1.71–22.05), suggesting a potential interaction. Similarly, Ji (2018) reported that mothers with a prenatal infection had an APAP use OR of 2.81 versus the 1.57 OR for APAP use without infection.

Fourth, fever is an uncommon indication for long duration APAP use, the most concerning type of exposure given its greater strength of association to ADHD. Long-term APAP use is mostly used for pain. Vlenterie (2016) showed that indications for >28 days of APAP use in MOBA were headache or migraine (80.2%), back pain and pelvic girdle pain (66.0% and 49.9%, respectively), and fever (24.9%). Based on acetaminophen diaries, Bandoli (2020) found that women using APAP for more than 20 days reported that they used it mostly for headache (52%). Use was less common for pain or injury (27%). For cold or flu the proportion reporting APAP use was only 13% and fever only 4%.

This raises the question of whether pain may be an indication that confounds the APAP-ADHD relationship. There is essentially no evidence that pain during pregnancy (headache, backpain,

etc.) increases the risk of a child being diagnosed with ADHD. Liew (2016), Masarwa (2020), Brandlistuen (2013) and Inoue (2021) adjusted for painful conditions in multivariable models and found no indication of a reduction in the observed association between prenatal APAP use and ADHD or ADHD-associated neurodevelopmental symptoms.

Similarly, concomitant use of NSAIDS has not been shown to impact risk of ADHD or ADHD-associated neurodevelopmental outcomes. Brandlistuen (2013) found no association between Ibuprofen and these outcomes. Havdahl (2022), in a genetic risk score study, did not detect any relationship between genetic risk for ADHD and Ibuprofen. In APAP analyses, adjustment for use of aspirin or Ibuprofen had no impact on risk estimates. Liew (2016) adjusted for aspirin and ibuprofen and found no change in results. Ruisch (2018) showed no change in the relationship between teacher assessment of ADHD and oppositional disorder scores after adjustment for other analgesics. Tovo-Rodriguez (2018), similarly found no impact of adjusting for NSAIDS. Thus, there is no consistent evidence of confounding by NSAID use.

Ricci in the most definitive study to date, a comprehensive meta-analysis of all literature as of 2022, excluded confounding by indication as having any substantial impact on the risk from APAP use. Moreover, the facts that 1) long-term APAP is rarely used for the indication of fever, 2) the different timing of fever sensitivity and APAP sensitivity, 3) the limited data showing that fever increases ADHD risk after adjustment for APAP, 4) the multiple studies adjusting for fever/infection and continuing to find an APAP-ADHD link, and 5) the data failing to show that pain or NSAIDs confound the APAP-ADHD link together eliminate my concern about confounding by indication.

*Genetic confounding*

In addressing the very concerning matter of genetic confounding, first, we must ask whether genetics relates to both the outcome and the exposure. Surely, fever meets this requirement for the definition of a confounder as it is an indication for APAP use and is suspected (albeit as noted above, based on limited data) to elevate ADHD risk. Clearly, genetics contributes to ADHD risk as well. Leppert (2019)'s finding of an association between genetic risk score for ADHD and prenatal APAP supports the notion that genetics could be a true confounder. However, during the third trimester critical window for APAP toxicity, the association was small (late pregnancy, RR 1.11, 95% CI 1.04–1.18). Ricci (2023) demonstrated that to explain the entirety of the observed association between APAP and ADHD, a confounder would need to be on the order of a RR of approximately 3.0. Thus, it is unlikely that such a small confounding effect would *eliminate* the APAP-ADHD relationship. More directly, although Leppert's analysis raises a theoretical concern about the potential for genetic confounding, the authors state, "to draw conclusions about causality, future studies need to account for potential genetic confounding and triangulate evidence from different causally informative approaches."

Stergiakouli and Ruisch did just that. (Stergiakouli 2016, Ruisch 2018, reviewed above) Both adjusted for risk score within the same database (ALSPAC) that Leppert used in reporting his finding, and neither found any substantial impact on the APAP and ADHD relationship. Thus, within the ALSPAC study, the theoretical concern of confounding by ADHD genetic risk score did not bear out.

As the Court noted, "researchers can attempt to control for genetic confounders by gathering data on parental ADHD diagnoses, using negative control exposures, or conducting sibling control studies." (Order at 21) These are approaches that several authors have taken.

The approaches used to mitigate genetic confounding were as follows. Many studies adjusted for parental ADHD diagnosis and/or other psychiatric conditions in their analyses. (Liew 2016, Alemany 2021, Masarwa 2020, Chen 2019, Ystrom 2017, Inoue 2021) Sibling designs were used by Gustavson et al. (2021) and Brandlistuen (2013). Negative controls were studied by Ystrom (2017), Liew (2019), and Inoue (2021). Ystrom (2017), Guvstavson (2021) and Baker (2020) used propensity matching. Leppert, Ruisch, and Stergiakouli assessed genetic risk scores for ADHD in relation to APAP use.

The reviews of the Brandlistuen, Ruisch and Stergiakouli studies are studies that I did not include in my primary Bradford Hill analysis, but did consider for context. To briefly summarize their results, Brandlistuen found that within same sex sibling pairs, long duration (>28d) prenatal APAP use was associated with several ADHD behaviors on the order of risks of 1.5 to 1.7. This suggested that after sibling adjustment for genetic confounding, long-term exposure resulted in increased risk. (Brandlistuen 2013)   Ruisch reported higher oppositional defiant symptom scores reported by mothers of children born after prenatal use of APAP (RR=1.24, 98.3% CI 1.05–1.47), a finding that correlated highly with teacher ratings (P=0.002). This was after adjustment for genetic score. That is, the relationship held after genetic risk score adjustment. Stergiakouli found no evidence of ADHD behavioral risk associated with maternal postnatal use or paternal use. The authors also found that ADHD polygenic risk scores were not associated with APAP use at 18 weeks or 32 weeks of pregnancy. That is, there was no indication that the genetics confounded the association between APAP use and ADHD behaviors. Stergiakouli's finding of no association between paternal APAP use and a behavioral measure of ADHD failed to replicate the finding by Ystrom (2017).

Many of the studies I did use to establish Hill's tenets have adjusted for parental evidence of ADHD and/or other psychiatric diagnoses including scores on psychological tests, self-reports,

or medication use. (Liew 2016, Alemany 2021, Masarwa 2020, Chen 2019, Ystrom 2017). After such adjustments, all continued to show statistically significant positive associations.

Sibling designs limit genetic effects as well as shared familial exposures. However, they do not exclude genetic nor familial aggregation. Siblings share only 50% of their genes. Moreover, it is quite possible that mothers of children who have developed symptoms of ADHD might avoid taking any medications, including analgesics in the next pregnancy and may change other pregnancy and post-natal behaviors to limit any possible adverse exposures. Thus, siblings would not share all pertinent environmental factors. Finally, epigenetic effects not shared by siblings (genetic alterations that do not relate to the genetic code of the mother or father but occur after conception), might be an important aspect of the genetics of ADHD. This is a likely explanation for the fact that first births are more likely to be affected by ADHD than subsequent births. Use of siblings as controls would not overcome this issue. Thus, sibling studies limit but do not exclude shared familial confounding.

Gustavson (2021) used a sibling design.  If its results were replicated, that would be a cause for greater concern about genetic confounding in showing that within families (sibling pairs), the relationship between prenatal APAP use and ADHD was almost eliminated. However, because it was powered primarily by only 34 informative sibling pairs, this result had limited precision (HR 1.06, 95% CI 0.51–2.05). The authors themselves note, "the finding of similar risk for ADHD in siblings discordant for long-term maternal acetaminophen use must be interpreted with caution and needs to be replicated in other studies." The authors also acknowledge that sibling designs may underestimate true risk. "The sibling comparison model adjusts not only for stable confounding factors, but also for potential mediating factors that affect all siblings even if only one is exposed (Sjolander & Zetterqvist, 2017). This may lead to underestimation of association estimates." In contrast to Gustavson's findings, Brandlistuen (2013) found no evidence of

genetic confounding in a sibling control design using 2,919 same-sex sibling pairs. Because of the larger sample size, Brandlistuen was able to examine the more informative group of those with longer duration exposure, though admittedly it did not employ ADHD diagnoses as its endpoint. What it does demonstrate is the value of a larger sample to bolster confidence in a result.

Ystrom (2017) and Baker (2020) used propensity score adjustment to limit unmeasured confounding including genetic factors. Both showed statistically significant associations between APAP and ADHD despite such adjustment.

Postnatal/prenatal NCE designs did not support genetic confounding. Ystrom (2017), Liew (2019), and Inoue (2021) looked at maternal APAP use in the postnatal and/or prenatal period. None found such use to be associated with elevated ADHD risk. Somewhat concerningly, the Ystrom (2017) study showed that paternal APAP use was associated with ADHD. Although that result is unexpected, it does not support the hypothesis of genetic confounding.  Whatever is driving that unexpected outcome, it is not the mother's genetics.  It seems to me that a better NCE to include/exclude genetic confounding is a mother's own use outside of the pregnancy period, and that kind of association with ADHD was not demonstrated by Ystrom *or any other* author.

Because of Gustavson, I continue to hold the concern that genetic confounding may *partially* inflate the observed risk between maternal APAP use and ADHD risk at least to some extent. However, I can find no compelling data in the literature to date to support the idea that genetics could *eliminate* the association. Twelve studies carefully examined the possibility of confounding by genetics. The results from three of those studies raised concerns about genetic confounding that are worth taking seriously (Ystrom 2017, Gustavson 2021, Leppert 2019). But these studies

were either small and imprecise (Gustavson 2021), or showed an effect too modest to account for the APAP-ADHD relationship and did not play out in other studies, (Leppert 2019) or conflicted with the negative NCE post-natal maternal results from the same study (Ystrom 2017). Thus, I am not swayed that genetic confounding, more likely than not, explains away the compelling evidence of causality.

As noted above, I have relied on studies employing diagnostic endpoints when evaluating the Bradford Hill criteria and included a discussion of studies employing non-diagnostic endpoints for context only. Although I have discussed how some of those studies further bolster the case against bias and confounding explaining the entirety of the observed associations, it is worth pointing out explicitly that I believe causation (rather than bias, chance, or confounding) is the most likely explanation even if one were to blinker one's view to the set of diagnostic-endpoints studies alone.

Chance is extremely unlikely, given the number of diagnostic-endpoint studies and the fact that most of the results are statistically significant. There are too many results to be explainable by chance. As explained in detail above, any bias (most notably exposure misclassification) likely runs toward the null and thus understates the true risk, as evidenced by the Baker and two Ji studies, which saw an *increase* in observed risk after employing biomarker measurements of exposure. Finally, confounding by indication or genetics—though a possibility to be taken seriously—is not the most likely explanation even looking at studies using diagnostic endpoints. As for confounding by indication, some of the diagnostic-endpoint studies explicitly controlled for indication and saw minimal change in results. (Liew 2014, Ystrom 2017, Ji 2018, Ji 2020). As for confounding by genetics, although Gustavson (2021) is cause for concern, and the paternal result from Ystrom is indeed odd, as explained above, Gustavson has serious limitations, most notably its small size, and the Ystrom *paternal* result (again, though odd) does not suggest

194

anything about confounding by *maternal* genetics.  In my view, the maternal negative control results from Ystrom and Liew 2019 suggest that confounding by genetics is not the most likely explanation.  As a result, in my opinion, even looking at the limited subset of studies that employed diagnostic endpoints, causation is the most likely explanation for these results.  It is of course true that the studies relying on non-diagnostic endpoints further strengthen the case against bias, chance, and confounding—and in favor of causation—but they are not necessary to reach a causal inference.

*Statistical significance*

In this report, reference to statistical significance was made for completeness but it was not used as a measure of impact or import. It was also not employed as a means of excluding or including studies in assessing strength of association. Such avoidance in relying on statistical significance is consistent with accepted practice in epidemiology. Statistical significance depends on sample size and any particular cut-off is arbitrary.  Any of the numbers found within a 95% confidence interval are ones that may have been determined to represent the degree of association in 95 cases if one were to have repeated the observation 100 times. This means that two estimates with overlapping confidence intervals are generally not statistically different. For instance, in dose-response results, if the point estimate rises and the test of trend is significant, this suggests a meaningful trend. Just because each number in the series is consistently greater than the last does not negate the trend.

Statistical significance is not a means of excluding the importance of a positive study in contributing to consistency of association. Hill's approach was to consider the body of evidence together and with all its subtlety to arrive at a conclusion of causality.  However, it is worth

noting that there are a large number of statistically significant results in this literature, as the forest plot shown above makes clear.

The key to establishing causality is finding a clinically meaningful, consistent, temporal relationship between increasing exposure and disease that is biologically plausible after considering all of the literature in aggregate. A single study does not make or break the case. Effects found in some studies can contribute to the case for causality even if they are not, alone, statistically significant.

Review of statements from medical organization and professional societies.

The Court pointed to a variety of statements from published authors and medical organizations that have expressed skepticism or agnosticism about whether the associations observed between prenatal APAP exposure and ADHD are causal. The Court criticized previous experts for "disregarding relevant reviews of epidemiological studies conducted by medical and governmental associations." (Order at 105) I have considered the published skeptical concerns with all due respect, concern, and consideration.

Several professional societies responded adversely to the Bauer consensus publication, but they did so in the absence of conducting systematic reviews. European and Canadian professional societies (European Network of Teratologic Information Services or ENTIS and Society for Gynecology Canada or SOGC) both questioned the case for causality, citing "weak evidence." However, this was not a refutation of the call for precautionary action. It was, instead, a questioning of causality in the absence of their own complete review of the data. In contrast, the primary American professional society to weigh in was ACOG.  In response to the consensus statement in 2021, ACOG stated, "[t]his consensus statement, and studies that have

been conducted in the past, show no clear evidence that proves a direct relationship between the prudent use of acetaminophen during any trimester and fetal developmental issues." Note the language, "prudent use." In other words, although seemingly opposing the consensus statement, the society's stance actually agreed that caution should be used in the use of prenatal APAP.  Beyond that, ACOG did not conduct a systematic review of Hill's tenets to assess causality, as I did here.

As an expert in this case, my opinion focuses on the question of causality. However, personally, regarding benefit vs. risk of prenatal APAP use, I agree with both Bauer and ACOG in recommending caution.  I believe that APAP use should be available to women experiencing short-term fever and mild to moderate short-term pain during pregnancy, the very uses for which it is labeled and recommended by manufacturers. However, women should be made aware of the evidence regarding longer term prenatal APAP use and with this knowledge they, in concert with their healthcare provider, should determine how best to use APAP during pregnancy.

In addition to the skepticism expressed by these organizations, I considered the following.

*FDA*

I have assessed the various reviews that scientists within the FDA have performed with respect to APAP and neurodevelopmental disorders.  The FDA agreed that there is an association for ADHD, indeed a consistent association for ADHD. Although the FDA pointed to various limitations in the literature, the FDA nowhere explains why causation is still not the most likely explanation for the association, even if it is not the only possibility. Nor did FDA perform a Bradford Hill analysis, as I have here.

*Society for Maternal-Fetal Medicine (SMFM)*

The opinion of SMFM was published in 2017, before several of the most important studies reviewed above. Both the Ji and Baker studies explicitly state that their studies were designed to address the shortcomings—in particular exposure assessment—identified by SMFM. Ji 2020 ("This study aimed to address the limitations highlighted by the SMFM, FDA, and AAP in relevant previous studies"). Baker 2020 ("Owing to limitations of prior studies, the US Food and Drug Administration and the Society for Maternal-Fetal Medicine have not changed their recommendations to reflect the potential harm of prenatal acetaminophen to neurodevelopment. The Society for Maternal-Fetal Medicine cited maternal self-report of acetaminophen use, lack of quantification of acetaminophen dose, and measurement of outcomes using questionnaires as 3 limitations of previous studies. A recent study in the Boston Birth Cohort addressed these limitations by finding a positive association between acetaminophen metabolites measured in cord plasma and physician diagnosis of ADHD."). The Ricci 2023 meta-analysis also post-dates the SMFM statement by many years.  Aside from their now-dated review of the literature, SMFM suggests that "the weight of the evidence is inconclusive regarding a possible causal relationship," but nowhere explains why causation is not the most likely explanation. Nor did SMFM perform a Bradford Hill analysis, as I have here.

*Royal College of Obstetricians and Gynecologists (RCOG)*

In 2018, before more than five years' worth of subsequent studies, the Royal College published a single paragraph declaring that although "some studies have demonstrated associations between the use of paracetamol antenatally and adverse outcomes for the offspring" including "behavioral problems"—citing Liew (2014)—"[c]urrent advice is that paracetamol remains safe for use during pregnancy and breastfeeding." In addition to being dated, the Royal College did not appear to perform an exhaustive literature review. Despite acknowledging the associations, they nowhere explain why causation is not the most likely explanation.

198

Addressing the limitations expressed by study authors

The Court expressed concern about "exceeding the limitations" placed on studies by the study authors themselves. As a result, I have quoted extensively from the authors' own interpretations of their results. Given the volume of the literature, it is impossible to quote every caveat here, but I have endeavored to address as many of them from the studies as possible.  I have also attempted to document and assess all the strengths and weaknesses of individual studies. Finally, I have considered with great concern the issues of bias, confounding, and small effect sizes expressed by skeptical authors. I do not believe that any of these considerations is more likely than not the explanation for the association between prenatal APAP use and ADHD.

I entirely agree with study authors who, for their individual studies, have expressed caution about residual confounding. The Reference Manual cautions, "Generally, researchers are conservative when it comes to assessing causal relationships, often calling for stronger evidence and more research before a conclusion of causation is drawn." (Federal Reference Manual at 599)  I do not, however, agree that "more studies are *needed*," which, I believe, expresses more caution than warranted before deciding that an exposure meets the standard of more likely than not causal.  Given the totality of the evidence, I believe it is possible in the absence of further observational studies to reach my conclusion about causation.  The individual study authors, who were not performing a Bradford Hill analysis, are not in a position to conclude whether more studies are actually needed based on the totality of the evidence.

My conclusions are based on my review of the entirety of the literature to the present day, a task (to my knowledge) that no professional society or agency has attempted. I am also not aware of any study (besides the Alemany meta-analysis) that performed a complete or partial Bradford Hill analysis—the classic method of deciding whether an association is causal. (Alemany 2021)

The Alemany meta-analysis determined that five of the Bradford Hill criteria were satisfied—consistency, coherence, biologic plausibility, temporality, and dose response. These are criteria for which I concluded that Hill's tenets were met. Alemany expressed no opinion on specificity, strength, or analogy. Strength of Association I considered to be partially met. Specificity per my assessment was not met. Experiment was not met.  I deemed analogy to be met on the basis of comparison to valproic acid, which Alemany did not address. In the Court's order, the Court noted that Alemany (2021) "briefly mentioned the Bradford Hill factors by citing to other research."  (Order at 69).  Although the Alemany authors' Bradford Hill analysis was not as extensive as mine has been here, it is no surprise that they cited to other research.  Bradford Hill is about considering the literature as a whole, rather than the results of a single study.  It would be a rare situation indeed in which a Bradford Hill analysis could be conducted without citing to other research.

Final Summary and Conclusion Regarding General Causation

- Acetaminophen exposure during pregnancy was associated with RRs typically in the range of 1.2 to 1.6. For measures of biologic exposure, the risk was stronger (RRs 2.44–2.86). Nonetheless, to be conservative, I consider the risk modest. The Ricci meta-analysis characterized the associations as "small to moderate."

- For long duration users, the risk was more pronounced (RR 1.78–2.20).

- Many previously established causes of disease are within the 1.2 to 1.6 observed risk range, the same range found for prenatal APAP and ADHD risk.

- The positive association (in terms of risk estimate, not statistical significance) between APAP use in pregnancy and ADHD is consistent independent of population, time frame, design of the cohort, approach to measurement, and statistical handling of the data.

- APAP toxicity appears to have a specific sensitive window which is the third and possibly second trimester and this concords with current knowledge of when ADHD develops in the fetal brain.

- Studies that considered dose-response found a higher risk among the most exposed APAP users. This was true for duration, frequency, and for concentration in meconium/cord blood/maternal blood.

- There are biologically plausible pathways for APAP toxicity, including those mediated by inflammation and/or oxidative stress.

- Systematic bias from confounding by indication and confounding by genetics, as well as unmeasured confounding, in my estimation, is unlikely to account for the APAP-ADHD relationship.  Ricci (2023) provided convincing evidence against confounding by indication, as did other authors. Confounding by genetics was considered in 12 studies, 3 of which raised important concerns. However, these I considered too small and imprecise (Gustavson (2021)), too modest in effect size to account for the APAP-ADHD relationship (Leppert (2019)), or inconsistent in the same study with a superior NCE indicator, (Ystrom (2017)). Meanwhile, numerous studies have adjusted for factors related to genetics such as parental ADHD risk, have shown that maternal NCEs did not show any association between APAP prenatal use and ADHD, and have shown no evidence of APAP exposure among non-affected siblings. Thus, I am not swayed that indication or genetic confounding explain the APAP-ADHD relationship.

- Overall, the association between prenatal APAP use and ADHD is coherent. That is, the association does not "seriously conflict" with generally known facts about biology.

- I conclude that Hill's elements of consistency, dose-response, temporality, analogy, biologic plausibility, and coherence are met. I conclude that strength of association is partially met. I conclude that specificity and experiment are not satisfied.  As noted, it is

not necessary that every tenet be met.  The only absolutely requisite tenet is temporality, which was met.  As detailed above, the tenets carrying the most weight were met.  Based on the above data, discussion, and considerations, it is my expert opinion that, within a reasonable degree of scientific certainty, prenatal use of APAP causes ADHD.


February 7, 2024

# Exhibit B

**Materials Considered List:**
**Roberta B. Ness, MD, MPH**

"ACOG Response to Consensus Statement on Paracetamol Use During Pregnancy," 2021. https://www.acog.org/en/news/news-articles/2021/09/response-to-consensus-statement-on-paracetamol-use-during-pregnancy.

Addo, Kezia A, Niharika Palakodety, and Rebecca C Fry. "Acetaminophen Modulates the Expression of Steroidogenesis-Associated Genes and Estradiol Levels in Human Placental JEG-3 Cells." *Toxicological Sciences* 179, no. 1 (January 6, 2021): 44–52. https://doi.org/10.1093/toxsci/kfaa160.

"ADHD Diagnosis: The Most Accurate Assessment Tools." Accessed February 2, 2024. https://www.medcentral.com/behavioral-mental/adhd/diagnosis-which-assessment-tools-to-use-and-why.

Alemany, Silvia. "Prenatal and Postnatal Exposure to Acetaminophen in Relation to Autism Spectrum and Attention-Deficit and Hyperactivity Symptoms in Childhood: Meta-Analysis in Six European Population-Based Cohorts." *European Journal of Epidemiology* 36 (May 2021): 12. https://doi.org/10.1007/s10654-021-00754-4.

Alloui, Abdelkrim, Claude Chassaing, Jeannot Schmidt, Denis Ardid, Claude Dubray, Alix Cloarec, and Alain Eschalier. "Paracetamol Exerts a Spinal, Tropisetron-Reversible, Antinociceptive Effect in an Inflammatory Pain Model in Rats." *European Journal of Pharmacology* 443, no. 1 (May 17, 2002): 71–77. https://doi.org/10.1016/S0014-2999(02)01578-9.

Alwan, Sura, Elizabeth A. Conover, Lorrie Harris-Sagaribay, Steven H. Lamm, Sharon V. Lavigne, Shari I. Lusskin, Sarah G. Obican, Alfred N. Romeo, Anthony R. Scialli, and Katherine L. Wisner. "Paracetamol Use in Pregnancy—Caution over Causal Inference from Available Data." *Nature Reviews Endocrinology* 18, no. 3 (March 2022): 190–190. https://doi.org/10.1038/s41574-021-00606-x.

Amrhein, Valentin, and Sander Greenland. "Remove, Rather than Redefine, Statistical Significance." *Nature Human Behaviour* 2, no. 1 (January 2018): 4–4. https://doi.org/10.1038/s41562-017-0224-0.

Amrhein, Valentin, Sander Greenland, and Blake McShane. "Scientists Rise up against Statistical Significance." *Nature* 567, no. 7748 (March 2019): 305–7. https://doi.org/10.1038/d41586-019-00857-9.

Anand, Deepa, Gabriela D. Colpo, Gregory Zeni, Cristian P. Zeni, and Antonio L. Teixeira. "Attention-Deficit/Hyperactivity Disorder And Inflammation: What Does Current Knowledge Tell Us? A Systematic Review." *Frontiers in Psychiatry* 8 (November 9, 2017): 228. https://doi.org/10.3389/fpsyt.2017.00228.

Anand, Neha S., Ramkripa Raghavan, Guoying Wang, Xiumei Hong, Romuladus E. Azuine,

Colleen Pearson, Barry Zuckerman, Hehuang Xie, and Xiaobin Wang. "Perinatal Acetaminophen Exposure and Childhood Attention-Deficit/Hyperactivity Disorder (ADHD): Exploring the Role of Umbilical Cord Plasma Metabolites in Oxidative Stress Pathways." *Brain Sciences* 11, no. 10 (September 30, 2021): 1302. https://doi.org/10.3390/brainsci11101302.

Anderson, B J, N H G Holford, G A Woollard, and P L S Chan. "Paracetamol Plasma and Cerebrospinal Fluid Pharmacokinetics in Children." *British Journal of Clinical Pharmacology* 46, no. 3 (September 1998): 237–43. https://doi.org/10.1046/j.1365-2125.1998.00780.x.

Antoun, Stephanie, Pierre Ellul, Hugo Peyre, Michelle Rosenzwajg, Pierre Gressens, David Klatzmann, and Richard Delorme. "Fever during Pregnancy as a Risk Factor for Neurodevelopmental Disorders: Results from a Systematic Review and Meta-Analysis." *Molecular Autism* 12 (September 18, 2021): 60. https://doi.org/10.1186/s13229-021-00464-4.

Antshel, Kevin M., and Natalie Russo. "Autism Spectrum Disorders and ADHD: Overlapping Phenomenology, Diagnostic Issues, and Treatment Considerations." *Current Psychiatry Reports* 21, no. 5 (March 22, 2019): 34. https://doi.org/10.1007/s11920-019-1020-5.

Arneja, Jasleen, Rayjean J. Hung, Ryan A. Seeto, Julia A. Knight, Sheryl L. Hewko, Alan Bocking, Stephen J. Lye, and Jennifer D. Brooks. "Association between Maternal Acetaminophen Use and Adverse Birth Outcomes in a Pregnancy and Birth Cohort." *Pediatric Research* 87, no. 7 (June 2020): 1263–69. https://doi.org/10.1038/s41390-019-0726-8.

Ashwood, Paul, Paula Krakowiak, Irva Hertz-Picciotto, Robin Hansen, Isaac Pessah, and Judy Van de Water. "Elevated Plasma Cytokines in Autism Spectrum Disorders Provide Evidence of Immune Dysfunction and Are Associated with Impaired Behavioral Outcome." *Brain, Behavior, and Immunity* 25, no. 1 (January 2011): 40–45. https://doi.org/10.1016/j.bbi.2010.08.003.

Attanoos, Richard L., Andrew Churg, Francoise Galateau-Salle, Allen R. Gibbs, and Victor L. Roggli. "Malignant Mesothelioma and Its Non-Asbestos Causes." *Archives of Pathology & Laboratory Medicine* 142, no. 6 (June 2018): 753–60. https://doi.org/10.5858/arpa.2017-0365-RA.

ATSDR, ATSDR Assessment of the Evidence for the Drinking Water Contaminants at Camp Lejeune and Specific Cancers and Other Diseases (January 13, 2017).

ATSDR, Morbidity Study of Former Marines, Employees, and Dependents Potentially Exposed to Contaminated Drinking Water at U.S. Marine Corps Base Camp Lejeune (April, 2018)

Avella-Garcia, Claudia B., Jordi Julvez, Joan Fortuny, Cristina Rebordosa, Raquel García-Esteban, Isolina Riaño Galán, Adonina Tardón, et al. "Acetaminophen Use in Pregnancy and Neurodevelopment: Attention Function and Autism Spectrum Symptoms." *International Journal of Epidemiology* 45, no. 6 (June 28, 2016): dyw115.

https://doi.org/10.1093/ije/dyw115.

Baker, Brennan H., Heather H. Burris, Tessa R. Bloomquist, Amélie Boivin, Virginie Gillet, Annie Larouche, Larissa Takser, Jean-Philippe Bellenger, Jean-Charles Pasquier, and Andrea A. Baccarelli. "Association of Prenatal Acetaminophen Exposure Measured in Meconium With Adverse Birth Outcomes in a Canadian Birth Cohort." *Frontiers in Pediatrics* 10 (2022): 828089. https://doi.org/10.3389/fped.2022.828089.

Baker, Brennan H., Claudia Lugo-Candelas, Haotian Wu, Hannah E. Laue, Amélie Boivin, Virginie Gillet, Natalie Aw, et al. "Association of Prenatal Acetaminophen Exposure Measured in Meconium With Risk of Attention-Deficit/Hyperactivity Disorder Mediated by Frontoparietal Network Brain Connectivity." *JAMA Pediatrics* 174, no. 11 (November 1, 2020): 1073. https://doi.org/10.1001/jamapediatrics.2020.3080.

Baker BH, Lugo-Candelas C, Wu H, Laue HE, Boivin A, Gillet V, Bellenger J, Posner J, Takser L, Baccarelli AA. "Association of Prenatal Acetaminophen Measured in Meconium with Attention-Deficit Hyperactivity Disorder." *In ISEE Conference Abstracts* 2020 Oct 26 (Vol. 2020, No. 1).

Baker, Fiona C., Helen S. Driver, Janice Paiker, Geoffrey G. Rogers, and Duncan Mitchell. "Acetaminophen Does Not Affect 24-h Body Temperature or Sleep in the Luteal Phase of the Menstrual Cycle." *Journal of Applied Physiology (Bethesda, Md.: 1985)* 92, no. 4 (April 2002): 1684–91. https://doi.org/10.1152/japplphysiol.00919.2001.

Bandoli, Gretchen, Kristin Palmsten, and Christina Chambers. "Acetaminophen Use in Pregnancy: Examining Prevalence, Timing, and Indication of Use in a Prospective Birth Cohort." *Paediatric and Perinatal Epidemiology* 34, no. 3 (May 2020): 237–46. https://doi.org/10.1111/ppe.12595.

Barker, E. V., R. Hume, A. Hallas, and W. H. Coughtrie. "Dehydroepiandrosterone Sulfotransferase in the Developing Human Fetus: Quantitative Biochemical and Immunological Characterization of the Hepatic, Renal, and Adrenal Enzymes." *Endocrinology* 134, no. 2 (February 1994): 982–89. https://doi.org/10.1210/endo.134.2.8299591.

Bastos Maia S, Rolland Souza AS, Costa Caminha MF, Lins da Silva S, Callou Cruz RSBL, Carvalho Dos Santos C, Batista Filho M. "Vitamin A and Pregnancy: A Narrative Review." *Nutrients.* 2019 Mar 22;11(3):681.

Bauer, Ann Z., David Kriebel, Martha R. Herbert, Carl-Gustaf Bornehag, and Shanna H. Swan. "Prenatal Paracetamol Exposure and Child Neurodevelopment: A Review." *Hormones and Behavior* 101 (May 2018): 125–47. https://doi.org/10.1016/j.yhbeh.2018.01.003.

Bauer, Ann Z., Shanna H. Swan, David Kriebel, Zeyan Liew, Hugh S. Taylor, Carl-Gustaf Bornehag, Anderson M. Andrade, et al. "Paracetamol Use during Pregnancy — a Call for Precautionary Action." *Nature Reviews Endocrinology* 17, no. 12 (December 2021): 757–66. https://doi.org/10.1038/s41574-021-00553-7.

3

———. "Reply to 'Paracetamol Use in Pregnancy — Neglecting Context Promotes Misinterpretation.'" *Nature Reviews Endocrinology* 18, no. 6 (June 2022): 386–386. https://doi.org/10.1038/s41574-022-00657-8.

Bauer, Ann Z., Shanna H. Swan, David Kriebel, Zeyan Liew, Hugh S. Taylor, Carl-Gustaf Bornehag, Anderson M. Andrade, et al. "Reply to 'Paracetamol Use in Pregnancy — Caution over Causal Inference from Available Data,' 'Handle with Care — Interpretation, Synthesis and Dissemination of Data on Paracetamol in Pregnancy.'" *Nature Reviews Endocrinology* 18, no. 3 (March 2022): 192–192. https://doi.org/10.1038/s41574-021-00610-1.

Bertolini, Alfio, Anna Ferrari, Alessandra Ottani, Simona Guerzoni, Raffaella Tacchi, and Sheila Leone. "Paracetamol: New Vistas of an Old Drug." *CNS Drug Reviews* 12, no. 3–4 (September 2006): 250–75. https://doi.org/10.1111/j.1527-3458.2006.00250.x.

Bethlehem, R. A. I., R. Romero-Garcia, E. Mak, E. T. Bullmore, and S. Baron-Cohen. "Structural Covariance Networks in Children with Autism or ADHD." *Cerebral Cortex (New York, NY)* 27, no. 8 (August 2017): 4267–76. https://doi.org/10.1093/cercor/bhx135.

Blecharz-Klin, Kamilla, Ilona Joniec-Maciejak, Katarzyna Jawna, Justyna Pyrzanowska, Agnieszka Piechal, Adriana Wawer, and Ewa Widy-Tyszkiewicz. "Effect of Prenatal and Early Life Paracetamol Exposure on the Level of Neurotransmitters in Rats—Focus on the Spinal Cord." *International Journal of Developmental Neuroscience* 47, no. Part_B (2015): 133–39. https://doi.org/10.1016/j.ijdevneu.2015.09.002.

Blecharz-Klin, Kamilla, Ilona Joniec-Maciejak, Agnieszka Piechal, Justyna Pyrzanowska, Adriana Wawer, and Ewa Widy-Tyszkiewicz. "Paracetamol Impairs the Profile of Amino Acids in the Rat Brain." *Environmental Toxicology and Pharmacology* 37, no. 1 (January 2014): 95–102. https://doi.org/10.1016/j.etap.2013.11.004.

Blecharz-Klin, Kamilla, Adriana Wawer, Katarzyna Jawna-Zboińska, Justyna Pyrzanowska, Agnieszka Piechal, Dagmara Mirowska-Guzel, and Ewa Widy-Tyszkiewicz. "Early Paracetamol Exposure Decreases Brain-Derived Neurotrophic Factor (BDNF) in Striatum and Affects Social Behaviour and Exploration in Rats." *Pharmacology, Biochemistry, and Behavior* 168 (May 2018): 25–32. https://doi.org/10.1016/j.pbb.2018.03.004.

Blecharz-Klin K, Piechal A, Jawna-Zboińska K, Pyrzanowska J, Wawer A, Joniec-Maciejak I, Widy-Tyszkiewicz E. "Paracetamol - Effect of early exposure on neurotransmission, spatial memory and motor performance in rats." *Behav Brain Res*. 2017 Apr 14;323:162-171. doi: 10.1016/j.bbr.2017.01.051. Epub 2017 Feb 3.

Blecharz-Klin, Kamilla, Adriana Wawer, Justyna Pyrzanowska, Agnieszka Piechal, Katarzyna Jawna-Zboińska, and Ewa Widy-Tyszkiewicz. "Hypothalamus - Response to Early Paracetamol Exposure in Male Rats Offspring." *International Journal of Developmental Neuroscience: The Official Journal of the International Society for Developmental Neuroscience* 76 (August 2019): 1–5. https://doi.org/10.1016/j.ijdevneu.2019.05.004.

Blecharz-Klin K, Joniec-Maciejak I, Jawna K, Pyrzanowska J, Piechal A, Wawer A, Widy-Tyszkiewicz E. "Developmental exposure to paracetamol causes biochemical alterations in medulla oblongata." *Environ. Toxicol. Pharmacol*. 2015 Sep;40(2):369-74. doi: 10.1016/j.etap.2015.07.001. Epub 2015 Jul 4.

Brandlistuen, R. E., E. Ystrom, I. Nulman, G. Koren, and H. Nordeng. "Prenatal Paracetamol Exposure and Child Neurodevelopment: A Sibling-Controlled Cohort Study." *International Journal of Epidemiology* 42, no. 6 (December 1, 2013): 1702–13. https://doi.org/10.1093/ije/dyt183.

Bressler, R. *ADHD Diagnosis: Which Assessment Tools to Use and Why*. MedCentral. Mar. 9, 2022. https://www.medcentral.com/behavioral-mental/adhd/diagnosis-which-assessment-tools-to-use-and-why (Accessed 4/23).

Brodie BB, Axelrod J. "The Fate of Acetanilide in Man." *The Journal of Pharmacology and Experimental Therapeutics*, 94, 29–38 (1948).

Brodie, B. B., and J. Axelrod. "The Fate of Acetophenetidin in Man and Methods for the Estimation of Acetophenetidin and Its Metabolites in Biological Material." *The Journal of Pharmacology and Experimental Therapeutics* 97, no. 1 (September 1949): 58–67.

Buitelaar, J. K., Meer ,van der, D., & Richards, J. S. (2019). Understanding the essentials of the ADHD neurobiology. In L. A. Rohde, J. K. Buitelaar, M. Gerlach, & S. V. Faraone (Eds.), *The World Federation of ADHD Guide* (pp. 17-41).

Carballo, Juan J., Rebeca García-Nieto, Raquel Alvarez-García, Irene Caro-Cañizares, Jorge López-Castromán, Laura Muñoz-Lorenzo, Victoria de Leon-Martinez, and Enrique Baca-García. "Sibship Size, Birth Order, Family Structure and Childhood Mental Disorders." *Social Psychiatry and Psychiatric Epidemiology* 48, no. 8 (August 2013): 1327–33. https://doi.org/10.1007/s00127-013-0661-7.

Carlan, S. J., W. F. O'Brien, T. D. O'Leary, and D. Mastrogiannis. "Randomized Comparative Trial of Indomethacin and Sulindac for the Treatment of Refractory Preterm Labor." *Obstetrics and Gynecology* 79, no. 2 (February 1992): 223–28.

Case, John P., Algis J. Baliunas, and Joel A. Block. "Lack of Efficacy of Acetaminophen in Treating Symptomatic Knee Osteoarthritis: A Randomized, Double-Blind, Placebo-Controlled Comparison Trial with Diclofenac Sodium." *Archives of Internal Medicine* 163, no. 2 (January 27, 2003): 169–78. https://doi.org/10.1001/archinte.163.2.169.

Castro, Caroline T., Romana S. Gama, Marcos Pereira, Marcio G. Oliveira, Tatiane S. Dal-Pizzol, Mauricio L. Barreto, and Djanilson B. Santos. "Effect of Acetaminophen Use during Pregnancy on Adverse Pregnancy Outcomes: A Systematic Review and Meta-Analysis." *Expert Opinion on Drug Safety* 21, no. 2 (February 2022): 241–51. https://doi.org/10.1080/14740338.2022.2020246.

Cendejas-Hernandez J, Sarafian JT, Lawton VG, Palkar A, Anderson LG, Larivière V, Parker W. "Paracetamol (acetaminophen) use in infants and children was never shown to be safe for

neurodevelopment: a systematic review with citation tracking." *Eur J Pediatr*. 2022 May;181(5):1835-1857. doi: 10.1007/s00431-022-04407-w. Epub 2022 Feb 17.

Chang LY, Wang MY, Tsai PS. Diagnostic Accuracy of Rating Scales for Attention-Deficit/Hyperactivity Disorder: A Meta-analysis. *Pediatrics*. 2016 Mar;137(3): e20152749. doi: 10.1542/peds.2015-2749.

Chen MH, Pan TL, Wang PW, Hsu JW, Huang KL, Su TP, Li CT, Lin WC, Tsai SJ, Chen TJ, Bai YM. Prenatal Exposure to Acetaminophen and the Risk of Attention-Deficit/Hyperactivity Disorder: A Nationwide Study in Taiwan. J Clin Psychiatry. 2019 Sep 10;80(5):18m12612.

Chen VC, Wu SI, Lin CF, Lu ML, Chen YL, Stewart R. Association of Prenatal Exposure to Benzodiazepines With Development of Autism Spectrum and Attention-Deficit/Hyperactivity Disorders. JAMA Netw Open. 2022 Nov 1;5(11):e2243282.

Christensen J, Pedersen L, Sun Y, Dreier JW, Brikell I, Dalsgaard S. Association of prenatal exposure to valproate and other antiepileptic drugs with risk for attention-deficit/hyperactivity disorder in offspring. *JAMA Network Open*. 2019 Jan 4;2(1).

"Clinical Practice Guideline: Diagnosis and Evaluation of the Child with Attention-Deficit/Hyperactivity Disorder. American Academy of Pediatrics." *Pediatrics* 105, no. 5 (May 2000): 1158–70. https://doi.org/10.1542/peds.105.5.1158.

Cogswell, Mary E., Kristy Mugavero, Barbara A. Bowman, and Thomas R. Frieden. "Dietary Sodium and Cardiovascular Disease Risk — Measurement Matters." *The New England Journal of Medicine* 375, no. 6 (August 11, 2016): 580–86. https://doi.org/10.1056/NEJMsb1607161.

Correia M. Drug Biotransformation. In: Katzung BG, Vanderah TW. eds. *Basic & Clinical Pharmacology, 15e*. McGraw-Hill; 2021.

Courade JP, Chassaing C, Bardin L, Alloui A, Eschalier A (2001) 5-HT receptor subtypes involved in the spinal antinociceptive effect of acetaminophen in rats. *European Journal of Pharmacology*, 432, 1–7.

Craig F, Margari F, Legrottaglie AR, Palumbi R, de Giambattista C, Margari L. A review of executive function deficits in autism spectrum disorder and attention-deficit/hyperactivity disorder. *Neuropsychiatr. Dis. Treat.* 2016;12:1191–202.

Czeizel AE, Dudás I, Puhó E. Short-term paracetamol therapy during pregnancy and a lower rate of preterm birth. *Paediatric and perinatal epidemiology*. 2005 Mar;19(2):106-11.

Damkier P, Cleary B, Weber-Schoendorfer C, Shechtman S, Cassina M, Panchaud A et al. Handle with care — interpretation, synthesis and dissemination of data on paracetamol in pregnancy. *Nature Reviews Endocrinology*. 2022 Mar;18(3):191.

Dathe K, Hultzsch S, Pritchard LW, Schaefer C. Risk estimation of fetal adverse effects after

short-term second trimester exposure to non-steroidal anti-inflammatory drugs: a literature review. *European Journal of Clinical Pharmacology*. 2019 Oct;75:1347-53.

Dean SL, Knutson JF, Krebs-Kraft DL, McCarthy MM. Prostaglandin E2 is an endogenous modulator of cerebellar development and complex behavior during a sensitive postnatal period. *Eur J Neurosci.* 2012 Apr;35(8):1218-29.

Delano K, Koren G, Zack M, Kapur BM. Prevalence of Fetal Alcohol Exposure by Analysis of Meconium Fatty Acid Ethyl Esters; A National Canadian Study. *Sci Rep.* 2019 Feb 19;9(1):2298.

Dennery PA. Effects of oxidative stress on embryonic development. *Birth Defects Res C Embryo Today.* 2007 Sep;81(3):155-62.

Di Martino A, Zuo XN, Kelly C, Grzadzinski R, Mennes M, Schvarcz A, et al. Shared and distinct intrinsic functional network centrality in autism and attention-deficit/hyperactivity disorder. *Biol Psychiatry*. 2013;74(8):623–32.

Diav-Citrin O, Shechtman S, Bar-Oz B, Cantrell, D, Arnon, J, Ornoy, A. Pregnancy outcome after in utero exposure to valproate: Evidence of dose relationship in teratogenic effect. CNS Drugs 2008, 22, 325–334.

Dolja-Gore, Xenia, Sabrina W. Pit, Lynne Parkinson, Anne Young, and Julie Byles. "Accuracy of Self-Reported Medicines Use Compared to Pharmaceutical Claims Data amongst a National Sample of Older Australian Women." *Open Journal of Epidemiology* 03, no. 01 (2013): 25–32. https://doi.org/10.4236/ojepi.2013.31005.

Donfrancesco, Renato, Paola Nativio, Angela Di Benedetto, Maria Pia Villa, Elda Andriola, Maria Grazia Melegari, Enrica Cipriano, and Michela Di Trani. "Anti-Yo Antibodies in Children With ADHD: First Results About Serum Cytokines." *Journal of Attention Disorders* 24, no. 11 (September 2020): 1497–1502. https://doi.org/10.1177/1087054716643387. Epub 2016 Apr 19.

Dougherty CC, Evans DW, Myers SM, Moore GJ, Michael AM. A comparison of structural brain imaging findings in autism spectrum disorder and attention-deficit hyperactivity disorder. *Neuropsychol Rev.* 2016;26(1):25–43.

Dreier JW, Nybo AA, Berg-Beckhoff G. Systematic Review and Meta-analyses: Fever in Pregnancy and Health Impacts in the Offspring. *Pediatrics* March 2014; 133 (3): e674–e688.

Dreier, JW, AMN Andersen, A Hvolby, E Garne, PK Andersen, and G Berg-Beckhoff. "Attention Deficit/Hyperactivity Disorder in Children Following in Utero Fever Exposure: Julie Werenberg Dreier." *European Journal of Public Health* 25, no. suppl_3 (October 1, 2015): ckv175.096. https://doi.org/10.1093/eurpub/ckv175.096.

Dreier JW, Nybo Andersen AM, Hvolby A, Garne E, Kragh Andersen P, Berg-Beckhoff G. Fever and infections in pregnancy and risk of attention deficit/hyperactivity disorder in the

offspring. *Journal of Child Psychology and Psychiatry*. 2016 Apr;57(4):540-8.

Drugs.com. "Thalidomide Monograph for Professionals" Retrieved 14 November 2019.

Emser TS, Johnston BA, Steele JD, et al. Assessing ADHD symptoms in children and adults: evaluating the role of objective measures. *Behav Brain Funct.* 14, 11 (2018).

Enstrom AM, Onore CE, Van de Water JA, Ashwood P. Differential monocyte responses to TLR ligands in children with autism spectrum disorders. *Brain Behav Immun.* 2010 Jan;24(1):64-71.

"Experience of the Use of Nimesulide, a Cyclo-Oxygenase-2 Selective Prostaglandin Synthesis Inhibitor, in the Prevention of Preterm Labour in 44 High-Risk Cases - PubMed." Accessed February 2, 2024. https://pubmed.ncbi.nlm.nih.gov/15203612/.

Farone, SV, et al. Attention-deficit/hyperactivity disorder, *Nature Reviews Disease Primers* (2015) 1, 1-2.

Faraone SV, Biederman J, Milberger S. How reliable are maternal reports of their children's psychopathology? One-year recall of psychiatric diagnoses of ADHD children. *Journal of the American Academy of Child & Adolescent Psychiatry*. 1995 Aug 1;34(8):1001-8.

Faraone SV, Monuteaux MC, Biederman J, Cohan SL, Mick E. Does parental ADHD bias maternal reports of ADHD symptoms in children? *Journal of Consulting and Clinical Psychology*. 2003 Feb;71(1):168.

Fays, Laurence de, Karen Van Malderen, Karen De Smet, Javier Sawchik, Veerle Verlinden, Jamila Hamdani, Jean-Michel Dogné, and Bernard Dan. "Use of Paracetamol during Pregnancy and Child Neurological Development." *Developmental Medicine & Child Neurology* 57, no. 8 (August 2015): 718–24. https://doi.org/10.1111/dmcn.12745.

FDA. "Epidemiology: Review of Published Studies," July 15, 2022.

———. "Neurodevelopmental Outcomes Following Prenatal Acetaminophen Exposure," October 14, 2016.

———. "Newly Identified Safety Signal (NISS) Integrated Review Memorandum," May 1, 2020.

———. "Public Communication about in Utero Acetaminophen Exposure and the Potential for Adverse Neurodevelopmental Outcomes," February 10, 2017.

———. "Recent Findings Associating Acetaminophen Use in Pregnancy with Attention Deficit/Hyperactivity Disorder (ADHD).," October 25, 2016.

———. "Review of Study on Acetaminophen Use in Pregnancy and Risks of ADHD in Offspring," May 15, 2014.

———. "TSI 1355: Review #2 of Nonclinical Published Literature," December 4, 2017.

———. "Urogenital Outcomes with in Utero Acetaminophen Exposure," January 7, 2019.

FDA productions in this litigation

FDA Warning Report on NSAIDS. https://www.fda.gov/drugs/drug-safety-and-availability. Organ-specific warnings: internal analgesic, antipyretic, and antirheumatic drug products for over-the-counter human use-labeling for products that contain acetaminophen; guidance for industry; availability. *US Department of Health and Human Services Food and Drug Administration Center for Drug Evaluation and Research (CDER)* 2015.

Fedak, Kristen M., Autumn Bernal, Zachary A. Capshaw, and Sherilyn Gross. "Applying the Bradford Hill Criteria in the 21st Century: How Data Integration Has Changed Causal Inference in Molecular Epidemiology." *Emerging Themes in Epidemiology* 12, no. 1 (September 30, 2015): 14. https://doi.org/10.1186/s12982-015-0037-4.

Federal Judicial Center, ed. *Reference Manual on Scientific Evidence*. 3rd ed. Washington, D.C: National Academy Press, 2011.

Feldkamp ML, Meyer RE, Krikov S,   Botto LD. Acetaminophen use in pregnancy and risk of birth defects: findings from the National Birth Defects Prevention Study. Obstet. Gynecol. 115, 109–115 (2010).

Fisher, B.G., A. Thankamony, I.A. Hughes, K.K. Ong, D.B. Dunger, and C.L. Acerini. "Prenatal Paracetamol Exposure Is Associated with Shorter Anogenital Distance in Male Infants." *Human Reproduction (Oxford, England)* 31, no. 11 (November 2016): 2642–50. https://doi.org/10.1093/humrep/dew196.

Frisell, Thomas. "Invited Commentary: Sibling-Comparison Designs, Are They Worth the Effort?" *American Journal of Epidemiology* 190, no. 5 (August 24, 2020): 738–41. https://doi.org/10.1093/aje/kwaa183.

Gehricke, Jean-G., Frithjof Kruggel, Tanyaporn Thampipop, Sharina Dyan Alejo, Erik Tatos, James Fallon, and L. Tugan Muftuler. "The Brain Anatomy of Attention-Deficit/Hyperactivity Disorder in Young Adults - a Magnetic Resonance Imaging Study." *PloS One* 12, no. 4 (2017): e0175433. https://doi.org/10.1371/journal.pone.0175433.

Gervin, Kristina, Hedvig Nordeng, Eivind Ystrom, Ted Reichborn-Kjennerud, and Robert Lyle. "Long-Term Prenatal Exposure to Paracetamol Is Associated with DNA Methylation Differences in Children Diagnosed with ADHD." *Clinical Epigenetics* 9, no. 1 (December 2017): 77. https://doi.org/10.1186/s13148-017-0376-9.

Ghirardi, L, I Brikell, R Kuja-Halkola, C M Freitag, B Franke, P Asherson, P Lichtenstein, and H Larsson. "The Familial Co-Aggregation of ASD and ADHD: A Register-Based Cohort Study." *Molecular Psychiatry* 23, no. 2 (February 2018): 257–62. https://doi.org/10.1038/mp.2017.17.

Ghirardi, Laura, Erik Pettersson, Mark J. Taylor, Christine M. Freitag, Barbara Franke, Philip Asherson, Henrik Larsson, and Ralf Kuja-Halkola. "Genetic and Environmental Contribution to the Overlap between ADHD and ASD Trait Dimensions in Young Adults: A Twin Study." *Psychological Medicine* 49, no. 10 (July 2019): 1713–21. https://doi.org/10.1017/S003329171800243X.

Giana, Grazia, Emilia Romano, Maria Cristina Porfirio, Roberto D'Ambrosio, Silvia Giovinazzo, Miriam Troianiello, Eleonora Barlocci, et al. "Detection of Auto-Antibodies to DAT in the Serum: Interactions with DAT Genotype and Psycho-Stimulant Therapy for ADHD." *Journal of Neuroimmunology* 278 (January 15, 2015): 212–22. https://doi.org/10.1016/j.jneuroim.2014.11.008.

Glass, Thomas A., Steven N. Goodman, Miguel A. Hernán, and Jonathan M. Samet. "Causal Inference in Public Health." *Annual Review of Public Health* 34, no. 1 (March 18, 2013): 61–75. https://doi.org/10.1146/annurev-publhealth-031811-124606.

Groom, Katie M., Andrew H. Shennan, Bryony A. Jones, Paul Seed, and Phillip R. Bennett. "TOCOX—A Randomised, Double-Blind, Placebo-Controlled Trial of Rofecoxib (a COX-2-Specific Prostaglandin Inhibitor) for the Prevention of Preterm Delivery in Women at High Risk." *BJOG: An International Journal of Obstetrics & Gynaecology* 112, no. 6 (2005): 725–30. https://doi.org/10.1111/j.1471-0528.2005.00539.x.

Gustavson, Kristin, Helga Ask, Eivind Ystrom, Camilla Stoltenberg, W. Ian Lipkin, Pål Surén, Siri E. Håberg, et al. "Maternal Fever during Pregnancy and Offspring Attention Deficit Hyperactivity Disorder." *Scientific Reports* 9, no. 1 (December 2019): 9519. https://doi.org/10.1038/s41598-019-45920-7.

Gustavson, Kristin, Eivind Ystrom, Helga Ask, Fartein Ask Torvik, Mady Hornig, Ezra Susser, W. Ian Lipkin, et al. "Acetaminophen Use during Pregnancy and Offspring Attention Deficit Hyperactivity Disorder – a Longitudinal Sibling Control Study." *JCPP Advances* 1, no. 2 (2021): e12020. https://doi.org/10.1002/jcv2.12020.

Hansen, Jason M., and Craig Harris. "Glutathione during Embryonic Development." *Biochimica Et Biophysica Acta* 1850, no. 8 (August 2015): 1527–42. https://doi.org/10.1016/j.bbagen.2014.12.001.

Happé, Francesca, Rhonda Booth, Rebecca Charlton, and Claire Hughes. "Executive Function Deficits in Autism Spectrum Disorders and Attention-Deficit/Hyperactivity Disorder: Examining Profiles across Domains and Ages." *Brain and Cognition*, Special Issue: The Cognitive Neuroscience of Asperger Syndrome, 61, no. 1 (June 1, 2006): 25–39. https://doi.org/10.1016/j.bandc.2006.03.004.

Harvard Health. "Acetaminophen Safety: Be Cautious but Not Afraid," December 9, 2013. https://www.health.harvard.edu/pain/acetaminophen-safety-be-cautious-but-not-afraid.

Havdahl, Alexandra, Robyn E. Wootton, Beate Leppert, Lucy Riglin, Helga Ask, Martin Tesli, Ragna Bugge Askeland, et al. "Associations Between Pregnancy-Related Predisposing Factors for Offspring Neurodevelopmental Conditions and Parental Genetic Liability to

Attention-Deficit/Hyperactivity Disorder, Autism, and Schizophrenia: The Norwegian Mother, Father and Child Cohort Study (MoBa)." *JAMA Psychiatry* 79, no. 8 (August 1, 2022): 799–810. https://doi.org/10.1001/jamapsychiatry.2022.1728.

Hay-Schmidt, Anders, Olivia T Ejlstrup Finkielman, Benjamin A H Jensen, Christine F Høgsbro, Jacob Bak Holm, Kristoffer Haurum Johansen, Tina Kold Jensen, et al. "Prenatal Exposure to Paracetamol/Acetaminophen and Precursor Aniline Impairs Masculinisation of Male Brain and Behaviour." *Reproduction* 154, no. 2 (August 2017): 145–52. https://doi.org/10.1530/REP-17-0165.

Hendricks, S. K., J. R. Smith, D. E. Moore, and Z. A. Brown. "Oligohydramnios Associated with Prostaglandin Synthetase Inhibitors in Preterm Labour." *British Journal of Obstetrics and Gynaecology* 97, no. 4 (April 1990): 312–16. https://doi.org/10.1111/j.1471-0528.1990.tb01807.x.

Herzig, Anthony F., Françoise Clerget-Darpoux, and Emmanuelle Génin. "The False Dawn of Polygenic Risk Scores for Human Disease Prediction." *Journal of Personalized Medicine* 12, no. 8 (July 31, 2022): 1266. https://doi.org/10.3390/jpm12081266.

Hickok, D. E., K. A. Hollenbach, S. F. Reilley, and D. A. Nyberg. "The Association between Decreased Amniotic Fluid Volume and Treatment with Nonsteroidal Anti-Inflammatory Agents for Preterm Labor." *American Journal of Obstetrics and Gynecology* 160, no. 6 (June 1989): 1525–30; discussion 1530-1531. https://doi.org/10.1016/0002-9378(89)90880-6.

Hill, Austin Bradford. "The Environment and Disease: Association or Causation?" *Proceedings of the Royal Society of Medicine* 58, no. 5 (May 1965): 295–300.

Hinshaw, Stephen P. "Attention Deficit Hyperactivity Disorder (ADHD): Controversy, Developmental Mechanisms, and Multiple Levels of Analysis." *Annual Review of Clinical Psychology* 14, no. 1 (2018): 291–316. https://doi.org/10.1146/annurev-clinpsy-050817-084917.

Högestätt, Edward D., Bo A.G. Jönsson, Anna Ermund, David A. Andersson, Henrik Björk, Jessica P. Alexander, Benjamin F. Cravatt, Allan I. Basbaum, and Peter M. Zygmunt. "Conversion of Acetaminophen to the Bioactive N-Acylphenolamine AM404 via Fatty Acid Amide Hydrolase-Dependent Arachidonic Acid Conjugation in the Nervous System." *Journal of Biological Chemistry* 280, no. 36 (September 2005): 31405–12. https://doi.org/10.1074/jbc.M501489200.

Holm, Jacob Bak, Clementine Chalmey, Hendrik Modick, Lars Skovgaard Jensen, Georg Dierkes, Tobias Weiss, Benjamin Anderschou Holbech Jensen, et al. "Aniline Is Rapidly Converted Into Paracetamol Impairing Male Reproductive Development." *Toxicological Sciences: An Official Journal of the Society of Toxicology* 148, no. 1 (November 2015): 288–98. https://doi.org/10.1093/toxsci/kfv179.

Holm, Jacob Bak, Severine Mazaud-Guittot, Niels Banhos Danneskiold-Samsøe, Clementine Chalmey, Benjamin Jensen, Mette Marie Nørregård, Cecilie Hurup Hansen, et al.

"Intrauterine Exposure to Paracetamol and Aniline Impairs Female Reproductive Development by Reducing Follicle Reserves and Fertility." *Toxicological Sciences* 150, no. 1 (March 2016): 178–89. https://doi.org/10.1093/toxsci/kfv332.

"Home :: BrainSpan: Atlas of the Developing Human Brain." Accessed February 2, 2024. https://www.brainspan.org/.

Hurtado-Gonzalez, Pablo, Richard A. Anderson, Joni Macdonald, Sander van den Driesche, Karen Kilcoyne, Anne Jørgensen, Chris McKinnell, Sheila Macpherson, Richard M. Sharpe, and Rod T. Mitchell. "Effects of Exposure to Acetaminophen and Ibuprofen on Fetal Germ Cell Development in Both Sexes in Rodent and Human Using Multiple Experimental Systems." *Environmental Health Perspectives* 126, no. 4 (April 16, 2018): 047006. https://doi.org/10.1289/EHP2307.

Huttenlocher, P. R. "Morphometric Study of Human Cerebral Cortex Development." *Neuropsychologia* 28, no. 6 (1990): 517–27. https://doi.org/10.1016/0028-3932(90)90031-i.

Inoue, Kosuke, Beate Ritz, Andreas Ernst, Wan-Ling Tseng, Yuying Yuan, Qi Meng, Cecilia Høst Ramlau-Hansen, et al. "Behavioral Problems at Age 11 Years After Prenatal and Postnatal Exposure to Acetaminophen: Parent-Reported and Self-Reported Outcomes." *American Journal of Epidemiology* 190, no. 6 (June 1, 2021): 1009–20. https://doi.org/10.1093/aje/kwaa257.

Imrey PB. "Limitations of Meta-analyses of Studies With High Heterogeneity." *JAMA Network Open*. 2020 Jan. 3; 3(1):e1919325.

Interrante, Julia D., Elizabeth C. Ailes, Jennifer N. Lind, Marlene Anderka, Marcia L. Feldkamp, Martha M. Werler, Lockwood G. Taylor, et al. "Risk Comparison for Prenatal Use of Analgesics and Selected Birth Defects, National Birth Defects Prevention Study 1997-2011." *Annals of Epidemiology* 27, no. 10 (October 2017): 645-653.e2. https://doi.org/10.1016/j.annepidem.2017.09.003.

Jaeschke, Hartmut, Olamide B. Adelusi, and Anup Ramachandran. "Ferroptosis and Acetaminophen Hepatotoxicity: Are We Going Down Another Rabbit Hole?" *Gene Expression* 20, no. 3 (June 11, 2021): 169–78. https://doi.org/10.3727/105221621X16104581979144.

Jensen, Christina Mohr, and Hans-Christoph Steinhausen. "Comorbid Mental Disorders in Children and Adolescents with Attention-Deficit/Hyperactivity Disorder in a Large Nationwide Study." *ADHD Attention Deficit and Hyperactivity Disorders* 7, no. 1 (March 1, 2015): 27–38. https://doi.org/10.1007/s12402-014-0142-1.

Jensen, Morten Søndergaard, Cristina Rebordosa, Ane Marie Thulstrup, Gunnar Toft, Henrik Toft Sørensen, Jens Peter Bonde, Tine Brink Henriksen, and Jørn Olsen. "Maternal Use of Acetaminophen, Ibuprofen, and Acetylsalicylic Acid During Pregnancy and Risk of Cryptorchidism." *Epidemiology* 21, no. 6 (November 2010): 779–85. https://doi.org/10.1097/EDE.0b013e3181f20bed.

Jha P, Flather M, Lonn E, Farkouh M, Yusuf S. "The antioxidant vitamins and cardiovascular disease: a critical review of epidemiologic and clinical trial data." *Annals of Internal Medicine.* 1995 Dec 1;123(11):860-72.

Ji, Yuelong, Romuladus E. Azuine, Yan Zhang, Wenpin Hou, Xiumei Hong, Guoying Wang, Anne Riley, Colleen Pearson, Barry Zuckerman, and Xiaobin Wang. "Association of Cord Plasma Biomarkers of In Utero Acetaminophen Exposure With Risk of Attention-Deficit/Hyperactivity Disorder and Autism Spectrum Disorder in Childhood." *JAMA Psychiatry* 77, no. 2 (February 1, 2020): 180. https://doi.org/10.1001/jamapsychiatry.2019.3259.

Ji, Yuelong, Anne W Riley, Li-Ching Lee, Xiumei Hong, Guoying Wang, Hui-Ju Tsai, Noel T Mueller, et al. "Maternal Biomarkers of Acetaminophen Use and Offspring Attention Deficit Hyperactivity Disorder." *Brain Sciences* 8, no. 127 (2018): 15. https://doi.org/10.3390/brainsci8070127.

JNJ. "Cocoon_Forest Plots_Redrawn 112922_with Definitions.Pptx." November 29, 2022.

———. "Cocoon_Nonsystematic Rev_neurodevelopmental Outcomes - Copy.Pptx." n.d.

JnJ Consumer Inc. "Project Cocoon_Repro Slides_102722 from Medica_APDcomments.Pptx," n.d.

Jokiranta-Olkoniemi, Elina, Keely Cheslack-Postava, Petteri Joelsson, Auli Suominen, Alan S. Brown, and Andre Sourander. "Attention-Deficit/Hyperactivity Disorder and Risk for Psychiatric and Neurodevelopmental Disorders in Siblings." *Psychological Medicine* 49, no. 1 (January 2019): 84–91. https://doi.org/10.1017/S0033291718000521.

Jurado MB, Rosselli M. (2007). The elusive nature of executive functions: A review of our current understanding. *Neuropsychology Review*, 17:213–233.

Kadry Taher, Mohamed, Nawal Farhat, Nataliya A. Karyakina, Nataliya Shilnikova, Siva Ramoju, Christopher A. Gravel, Kannan Krishnan, Donald Mattison, Shi-Wu Wen, and Daniel Krewski. "Critical Review of the Association between Perineal Use of Talc Powder and Risk of Ovarian Cancer." *Reproductive Toxicology* 90 (December 1, 2019): 88–101. https://doi.org/10.1016/j.reprotox.2019.08.015.

Karami, Sara, Qing Lan, Nathaniel Rothman, Patricia A. Stewart, Kyoung-Mu Lee, Roel Vermeulen, and Lee E. Moore. "Occupational Trichloroethylene Exposure and Kidney Cancer Risk: A Meta-Analysis." *Occupational and Environmental Medicine* 69, no. 12 (December 2012): 858–67. https://doi.org/10.1136/oemed-2012-100932.

Kerr, Daniel M., Aoife Gilmartin, and Michelle Roche. "Pharmacological Inhibition of Fatty Acid Amide Hydrolase Attenuates Social Behavioural Deficits in Male Rats Prenatally Exposed to Valproic Acid." *Pharmacological Research* 113 (November 1, 2016): 228–35. https://doi.org/10.1016/j.phrs.2016.08.033.

Khalade, Abdul, Maritta S Jaakkola, Eero Pukkala, and Jouni JK Jaakkola. "Exposure to

Benzene at Work and the Risk of Leukemia: A Systematic Review and Meta-Analysis." *Environmental Health* 9 (June 28, 2010): 31. https://doi.org/10.1186/1476-069X-9-31.

Khoury, Nayla M., Nevena V. Radonjić, Avery B. Albert, and Stephen V. Faraone. "From Structural Disparities to Neuropharmacology: A Review of Adult Attention-Deficit/Hyperactivity Disorder Medication Treatment." *Child and Adolescent Psychiatric Clinics of North America* 31, no. 3 (July 2022): 343–61. https://doi.org/10.1016/j.chc.2022.03.002.

Kidd, Parris M. "Glutathione: Systemic Protectant Against Oxidative and Free Radical Damage." *Alternative Medicine Review* 2, no. 3 (1997).

Killion, Jordan A, Christina Chambers, Chelsey J F Smith, and Gretchen Bandoli. "Prenatal Acetaminophen Use in Women with Autoimmune Disorders and Adverse Pregnancy and Birth Outcomes." *Rheumatology* 61, no. 4 (April 11, 2022): 1630–38. https://doi.org/10.1093/rheumatology/keab623.

Kim, James H., and Anthony R. Scialli. "Thalidomide: The Tragedy of Birth Defects and the Effective Treatment of Disease." *Toxicological Sciences: An Official Journal of the Society of Toxicology* 122, no. 1 (July 2011): 1–6. https://doi.org/10.1093/toxsci/kfr088.

Kim, Seok Jo, David Williams, Paul Cheresh, and David W Kamp. "Asbestos-Induced Gastrointestinal Cancer: An Update." *Journal of Gastrointestinal & Digestive System* 3, no. 3 (October 2013): 135. https://doi.org/10.4172/2161-069X.1000135.

Kim, Sohyun, Yeonsook Ko, Hwa Jeong Lee, and Jung-eun Lim. "Menopausal Hormone Therapy and the Risk of Breast Cancer by Histological Type and Race: A Meta-Analysis of Randomized Controlled Trials and Cohort Studies." *Breast Cancer Research and Treatment* 170, no. 3 (August 1, 2018): 667–75. https://doi.org/10.1007/s10549-018-4782-2.

Kirshon, B., K. J. Moise, G. Mari, and R. Willis. "Long-Term Indomethacin Therapy Decreases Fetal Urine Output and Results in Oligohydramnios." *American Journal of Perinatology* 8, no. 2 (March 1991): 86–88. https://doi.org/10.1055/s-2007-999349.

Klein, Rodrigo Moreno, Camila Rigobello, Camila Borecki Vidigal, Kawane Fabrício Moura, Décio Sabbatini Barbosa, Daniela Cristina Ceccatto Gerardin, Graziela Scalianti Ceravolo, and Estefânia Gastaldello Moreira. "Gestational Exposure to Paracetamol in Rats Induces Neurofunctional Alterations in the Progeny." *Neurotoxicology and Teratology* 77 (January 2020): 106838. https://doi.org/10.1016/j.ntt.2019.106838.

Klopčič, Ivana, Tijana Markovič, Irena Mlinarič-Raščan, and Marija Sollner Dolenc. "Endocrine Disrupting Activities and Immunomodulatory Effects in Lymphoblastoid Cell Lines of Diclofenac, 4-Hydroxydiclofenac and Paracetamol." *Toxicology Letters* 294 (September 15, 2018): 95–104. https://doi.org/10.1016/j.toxlet.2018.05.022.

Koehn, Liam, Mark Habgood, Yifan Huang, Katarzyna Dziegielewska, and Norman Saunders. "Determinants of Drug Entry into the Developing Brain." *F1000Research* 8 (August 7,

2019): 1372. https://doi.org/10.12688/f1000research.20078.1.

Kolk, Sharon M., and Pasko Rakic. "Development of Prefrontal Cortex." *Neuropsychopharmacology* 47, no. 1 (January 2022): 41–57. https://doi.org/10.1038/s41386-021-01137-9.

Kroon, Tim, Eline van Hugte, Lola van Linge, Huibert D. Mansvelder, and Rhiannon M. Meredith. "Early Postnatal Development of Pyramidal Neurons across Layers of the Mouse Medial Prefrontal Cortex." *Scientific Reports* 9, no. 1 (March 25, 2019): 5037. https://doi.org/10.1038/s41598-019-41661-9.

Lambrecht, Fatma Yurt, Kubra Durkan, Yeliz Yıldırım, and Cigdem Acar. "Labeling of Acetaminophen with I-131 and Biodistribution in Rats." *Chemical and Pharmaceutical Bulletin* 54, no. 2 (2006): 245–47. https://doi.org/10.1248/cpb.54.245.

Landrigan, Philip J, Richard Fuller, Nereus J R Acosta, Olusoji Adeyi, Robert Arnold, Niladri (Nil) Basu, Abdoulaye Bibi Baldé, et al. "The Lancet Commission on Pollution and Health." *The Lancet* 391, no. 10119 (February 2018): 462–512. https://doi.org/10.1016/S0140-6736(17)32345-0.

Lange, Shannon, Kevin Shield, Gideon Koren, Jürgen Rehm, and Svetlana Popova. "A Comparison of the Prevalence of Prenatal Alcohol Exposure Obtained via Maternal Self-Reports versus Meconium Testing: A Systematic Literature Review and Meta-Analysis." *BMC Pregnancy and Childbirth* 14 (April 3, 2014): 127. https://doi.org/10.1186/1471-2393-14-127.

Laue, Hannah E., Raphael Cassoulet, Jean-Philippe Bellenger, Andrea A. Baccarelli, and Larissa Takser. "Meconium: A Novel Biomarker of In Utero Exposure to Acetaminophen and Caffeine." *ISEE Conference Abstracts*, February 1, 2018. https://doi.org/10.1289/isee.2017.2017-848.

Laugesen, Kristina, Morten Smærup Olsen, Ane Birgitte Telén Andersen, Trine Frøslev, and Henrik Toft Sørensen. "In Utero Exposure to Antidepressant Drugs and Risk of Attention Deficit Hyperactivity Disorder: A Nationwide Danish Cohort Study." *BMJ Open* 3, no. 9 (September 2013): e003507. https://doi.org/10.1136/bmjopen-2013-003507.

Lawlor DA, Tilling K, Davey Smith G. Triangulation in aetiological epidemiology. *Int J Epidemiol.* 2016 Dec 1;45(6):1866-1886.

Lee, Hsuan, Ju-Wei Hsu, Shih-Jen Tsai, Kai-Lin Huang, Ya-Mei Bai, Tung-Ping Su, Tzeng-Ji Chen, and Mu-Hong Chen. "Risk of Attention Deficit Hyperactivity and Autism Spectrum Disorders among the Children of Parents with Autoimmune Diseases: A Nationwide Birth Cohort Study." *European Child & Adolescent Psychiatry* 32, no. 2 (February 1, 2023): 283–91. https://doi.org/10.1007/s00787-021-01860-0.

Leffa, Douglas Teixeira, Iraci L. S. Torres, and Luis Augusto Rohde. "A Review on the Role of Inflammation in Attention-Deficit/Hyperactivity Disorder." *Neuroimmunomodulation* 25, no. 5–6 (2018): 328–33. https://doi.org/10.1159/000489635.

Leppert, Beate, Alexandra Havdahl, Lucy Riglin, Hannah J. Jones, Jie Zheng, George Davey Smith, Kate Tilling, Anita Thapar, Ted Reichborn-Kjennerud, and Evie Stergiakouli. "Association of Maternal Neurodevelopmental Risk Alleles With Early-Life Exposures." *JAMA Psychiatry* 76, no. 8 (August 1, 2019): 834. https://doi.org/10.1001/jamapsychiatry.2019.0774.

Levy, G., L. K. Garrettson, and D. M. Soda. "Letter: Evidence of Placental Transfer of Acetaminophen." *Pediatrics* 55, no. 6 (June 1975): 895.

Levy, Susan E., Margaret C. Souders, Richard F. Ittenbach, Ellen Giarelli, Andrew E. Mulberg, and Jennifer A. Pinto-Martin. "Relationship of Dietary Intake to Gastrointestinal Symptoms in Children with Autistic Spectrum Disorders." *Biological Psychiatry* 61, no. 4 (February 15, 2007): 492–97. https://doi.org/10.1016/j.biopsych.2006.07.013.

Libert, F., J. Bonnefont, E. Bourinet, E. Doucet, A. Alloui, M. Hamon, J. Nargeot, and A. Eschalier. "Acetaminophen: A Central Analgesic Drug That Involves a Spinal Tropisetron-Sensitive, Non–5-HT3 Receptor-Mediated Effect." *Molecular Pharmacology* 66, no. 3 (September 1, 2004): 728–34.

Liew, Zeyan, Cathrine Carlsen Bach, Robert F. Asarnow, Beate Ritz, and Jørn Olsen. "Paracetamol Use during Pregnancy and Attention and Executive Function in Offspring at Age 5 Years." *International Journal of Epidemiology* 45, no. 6 (December 28, 2016): dyw296. https://doi.org/10.1093/ije/dyw296.

Liew, Zeyan, Marianthi-Anna Kioumourtzoglou, Andrea L Roberts, Éilis J O'Reilly, Alberto Ascherio, and Marc G Weisskopf. "Use of Negative Control Exposure Analysis to Evaluate Confounding: An Example of Acetaminophen Exposure and Attention-Deficit/Hyperactivity Disorder in Nurses' Health Study II." *American Journal of Epidemiology* 188, no. 4 (April 1, 2019): 768–75. https://doi.org/10.1093/aje/kwy288.

Liew, Zeyan, Beate Ritz, Cristina Rebordosa, Pei-Chen Lee, and Jørn Olsen. "Acetaminophen Use During Pregnancy, Behavioral Problems, and Hyperkinetic Disorders." *JAMA Pediatrics* 168, no. 4 (2014): 8. https://doi.org/doi:10.1001/jamapediatrics.2013.4914.

Liew, Zeyan, Beate Ritz, Jasveer Virk, Onyebuchi A. Arah, and Jørn Olsen. "Prenatal Use of Acetaminophen and Child IQ: A Danish Cohort Study." *Epidemiology* 27, no. 6 (November 2016): 912–18. https://doi.org/10.1097/EDE.0000000000000540.

Liew, Zeyan, Beate Ritz, Jasveer Virk, and Jørn Olsen. "Maternal Use of Acetaminophen during Pregnancy and Risk of Autism Spectrum Disorders in Childhood: A Danish National Birth Cohort Study." *Autism Research: Official Journal of the International Society for Autism Research* 9, no. 9 (September 2016): 951–58. https://doi.org/10.1002/aur.1591.

Locatelli A, Vergani P, Bellini P, Strobelt N, Ghidini A. Can a cyclo-oxygenase type-2 selective tocolytic agent avoid the fetal side effects of indomethacin? *BJOG* 2001;108:325-6.

Mallet, Christophe, Laurence Daulhac, Jérôme Bonnefont, Catherine Ledent, Monique Etienne, Eric Chapuy, Frédéric Libert, and Alain Eschalier. "Endocannabinoid and Serotonergic

Systems Are Needed for Acetaminophen-Induced Analgesia." *Pain* 139, no. 1 (September 30, 2008): 190–200. https://doi.org/10.1016/j.pain.2008.03.030.

Marín AM, Seco FL, Serrano SM, García SA, Gaviria Gómez AM, Ney I. Do firstborn children have an increased risk of ADHD? *J Atten Disord.* 2014 Oct;18(7):594-7.

Masarwa, Reem, Hagai Levine, Einat Gorelik, Shimon Reif, Amichai Perlman, and Ilan Matok. "Prenatal Exposure to Acetaminophen and Risk for Attention Deficit Hyperactivity Disorder and Autistic Spectrum Disorder: A Systematic Review, Meta-Analysis, and Meta-Regression Analysis of Cohort Studies." *American Journal of Epidemiology* 187, no. 8 (August 1, 2018): 1817–27. https://doi.org/10.1093/aje/kwy086.

Masarwa, Reem, Robert W. Platt, and Kristian B. Filion. "Acetaminophen Use during Pregnancy and the Risk of Attention Deficit Hyperactivity Disorder: A Causal Association or Bias?" *Paediatric and Perinatal Epidemiology* 34, no. 3 (May 2020): 309–17. https://doi.org/10.1111/ppe.12615.

McGill, Mitchell R., and Jack A. Hinson. "The Development and Hepatotoxicity of Acetaminophen: Reviewing over a Century of Progress." *Drug Metabolism Reviews* 52, no. 4 (November 2020): 472–500. https://doi.org/10.1080/03602532.2020.1832112.

Miller EK. (2001). Prefrontal cortex and the neural basis of executive functions. *Brain and Cognition*, 47, 22.

Miller EK, Cohen JD. An integrative theory of prefrontal cortex function. *Annu Rev Neurosci.* 2001;24:167-202.

Mirrasekhian, Elahe, Johan L. Å Nilsson, Kiseko Shionoya, Anders Blomgren, Peter M. Zygmunt, David Engblom, Edward D. Högestätt, and Anders Blomqvist. "The Antipyretic Effect of Paracetamol Occurs Independent of Transient Receptor Potential Ankyrin 1-Mediated Hypothermia and Is Associated with Prostaglandin Inhibition in the Brain." *FASEB Journal: Official Publication of the Federation of American Societies for Experimental Biology* 32, no. 10 (October 2018): 5751–59. https://doi.org/10.1096/fj.201800272R.

Mittleman BB, Castellanos FX, Jacobsen LK, Rapoport JL, Swedo SE, Shearer GM. Cerebrospinal fluid cytokines in pediatric neuropsychiatric disease. *J Immunol* (1997) 159(6):2994–9.

Miyazaki, Celine, Momoko Koyama, Erika Ota, Toshiyuki Swa, Linda B. Mlunde, Rachel M. Amiya, Yoshiyuki Tachibana, Kiwako Yamamoto-Hanada, and Rintaro Mori. "Allergic Diseases in Children with Attention Deficit Hyperactivity Disorder: A Systematic Review and Meta-Analysis." *BMC Psychiatry* 17 (March 31, 2017): 120. https://doi.org/10.1186/s12888-017-1281-7.

Moise Jr KJ. Indomethacin therapy in the treatment of symptomatic polyhydramnios. *Clin. Obstet. Gynecol.* 1991;34:310-8.

17

National Institute for Health and Care Excellence. Attention deficit hyperactivity disorder: diagnosis and management, clinical guideline. 2018. https://www.nice.org.uk/guidance/NG87.

Nielsen PR, Benros ME, Dalsgaard S. Associations between autoimmune diseases and attention-deficit/hyperactivity disorder: a nationwide study. Journal of the American Academy of Child & Adolescent Psychiatry. 2017 Mar 1;56(3):234-40.

Nilsen RM, Vollset SE, Gjessing HK, Skjaerven R, Melve KK, Schreuder P, Alsaker ER, Haug K, Daltveit AK, Magnus P. Self-selection and bias in a large prospective pregnancy cohort in Norway. Paediatr Perinat Epidemiol. 2009 Nov;23(6):597-608.

Niebyl JR, Blake DA, White RD, Kumor KM, Dubin NH, Robinson JC, Egner PG. The inhibition of premature labor with indomethacin. Am J Obstet Gynecol 1980;136:1014-9.

Nieto, Francisco. "Epidemiology: Beyond the Basics," January 1, 1999. https://www.academia.edu/8440807/Epidemiology_beyond_the_basics.

O'Brien, Katie M., Shelley S. Tworoger, Holly R. Harris, Garnet L. Anderson, Clarice R. Weinberg, Britton Trabert, Andrew M. Kaunitz, Aimee A. D'Aloisio, Dale P. Sandler, and Nicolas Wentzensen. "Association of Powder Use in the Genital Area With Risk of Ovarian Cancer." *JAMA* 323, no. 1 (January 7, 2020): 49. https://doi.org/10.1001/jama.2019.20079.

O'Shea, T. Michael, Robert M. Joseph, Karl C.K. Kuban, Elizabeth N. Allred, Janice Ware, Taryn Coster, Raina N. Fichorova, Olaf Dammann, and Alan Leviton. "Elevated Blood Levels of Inflammation-Related Proteins Are Associated with an Attention Problem at Age 24 Months in Extremely Preterm Infants." *Pediatric Research* 75, no. 6 (June 2014): 781–87. https://doi.org/10.1038/pr.2014.41.

Oades, Robert D, Maria R Dauvermann, Benno G Schimmelmann, Markus J Schwarz, and Aye-Mu Myint. "Attention-Deficit Hyperactivity Disorder (ADHD) and Glial Integrity: S100B, Cytokines and Kynurenine Metabolism - Effects of Medication." *Behavioral and Brain Functions : BBF* 6 (May 28, 2010): 29. https://doi.org/10.1186/1744-9081-6-29.

Office of the Surgeon General (US) and Office on Smoking and Health (US). *The Health Consequences of Smoking: A Report of the Surgeon General*. Reports of the Surgeon General. Atlanta (GA): Centers for Disease Control and Prevention (US), 2004. http://www.ncbi.nlm.nih.gov/books/NBK44695/.

Office on Smoking and Health (US). *The Health Consequences of Involuntary Exposure to Tobacco Smoke: A Report of the Surgeon General*. Atlanta (GA): Centers for Disease Control and Prevention (US); 2006.

Ornoy A. Embryonic oxidative stress as a mechanism of teratogenesis with special emphasis on diabetic embryopathy. *Reprod. Toxicol.* 2007, 24, 31–41.

Ornoy A, Echefu B, Becker M. Valproic Acid in Pregnancy Revisited: Neurobehavioral,

Biochemical and Molecular Changes Affecting the Embryo and Fetus in Humans and in Animals: A Narrative Review. *International Journal of Molecular Sciences.* 2023 Dec 27;25(1):390.

Ostrea EM Jr, Bielawski DM, Posecion NC Jr. Meconium analysis to detect fetal exposure to neurotoxicants. *Arch Dis. Child.* 2006 Aug;91(8):628-9.

Parker, Samantha E., Brent R. Collett, and Martha M. Werler. "Maternal Acetaminophen Use during Pregnancy and Childhood Behavioural Problems: Discrepancies between Mother- and Teacher-reported Outcomes." *Paediatric and Perinatal Epidemiology* 34, no. 3 (May 2020): 299–308. https://doi.org/10.1111/ppe.12601.

Passarelli F, Donfrancesco R, Nativio P, Pascale E, Di Trani M, Patti AM, et al: Anti-Purkinje cell antibody as a biological marker in attention deficit/hyperactivity disorder: a pilot study. *J. Neuroimmunol.* 2013; 258: 67–70.

Pelissier, T., A. Alloui, F. Caussade, C. Dubray, A. Cloarec, J. Lavarenne, and A. Eschalier. "Paracetamol Exerts a Spinal Antinociceptive Effect Involving an Indirect Interaction with 5-Hydroxytryptamine3 Receptors: In Vivo and in Vitro Evidence." *Journal of Pharmacology and Experimental Therapeutics* 278, no. 1 (July 1, 1996): 8–14.

Pelissier, T., A. Alloui, C. Paeile, and A. Eschalier. "Evidence of a Central Antinociceptive Effect of Paracetamol Involving Spinal 5HT3 Receptors." *Neuroreport* 6, no. 11 (July 31, 1995): 1546–48. https://doi.org/10.1097/00001756-199507310-00020.

Penninkilampi, Ross, and Guy D. Eslick. "Perineal Talc Use and Ovarian Cancer: A Systematic Review and Meta-Analysis." *Epidemiology (Cambridge, Mass.)* 29, no. 1 (January 2018): 41–49. https://doi.org/10.1097/EDE.0000000000000745.

Petanjek, Zdravko, Milos Judas, Ivica Kostović, and Harry B. M. Uylings. "Lifespan Alterations of Basal Dendritic Trees of Pyramidal Neurons in the Human Prefrontal Cortex: A Layer-Specific Pattern." *Cerebral Cortex (New York, N.Y.: 1991)* 18, no. 4 (April 2008): 915–29. https://doi.org/10.1093/cercor/bhm124.

Phadke, Varsha, Swati Bhardwaj, Bandya Sahoo, and Sujata Kanhere. "Maternal Ingestion of Diclofenac Leading to Renal Failure in Newborns." *Pediatric Nephrology (Berlin, Germany)* 27, no. 6 (June 2012): 1033–36. https://doi.org/10.1007/s00467-012-2114-z.

Philippot, Gaëtan, Torsten Gordh, Anders Fredriksson, and Henrik Viberg. "Adult Neurobehavioral Alterations in Male and Female Mice Following Developmental Exposure to Paracetamol (Acetaminophen): Characterization of a Critical Period: Neonatal Exposure to Paracetamol and Adult Cognitive Impairments." *Journal of Applied Toxicology* 37, no. 10 (October 2017): 1174–81. https://doi.org/10.1002/jat.3473.

Pickering, G, V Estève, M-A Loriot, A Eschalier, and C Dubray. "Acetaminophen Reinforces Descending Inhibitory Pain Pathways." *Clinical Pharmacology & Therapeutics* 84, no. 1 (2008): 47–51. https://doi.org/10.1038/sj.clpt.6100403.

19

Posadas, Inmaculada, Pablo Santos, Almudena Blanco, Maríangeles Muñoz-Fernández, and Valentín Ceña. "Acetaminophen Induces Apoptosis in Rat Cortical Neurons." *PloS One* 5, no. 12 (December 10, 2010): e15360. https://doi.org/10.1371/journal.pone.0015360.

Raichle, Marcus E., and Abraham Z. Snyder. "A Default Mode of Brain Function: A Brief History of an Evolving Idea." *NeuroImage* 37, no. 4 (October 1, 2007): 1083–90; discussion 1097-1099. https://doi.org/10.1016/j.neuroimage.2007.02.041.

Rebordosa, C., M. Kogevinas, B. H Bech, H. T Sorensen, and J. Olsen. "Use of Acetaminophen during Pregnancy and Risk of Adverse Pregnancy Outcomes." *International Journal of Epidemiology* 38, no. 3 (June 1, 2009): 706–14. https://doi.org/10.1093/ije/dyp151.

Rebordosa, Cristina, Manolis Kogevinas, Erzsébet Horváth-Puhó, Bente Nørgård, Maria Morales, Andrew E. Czeizel, Hendrik Vilstrup, Henrik T. Sørensen, and Jørn Olsen. "Acetaminophen Use during Pregnancy: Effects on Risk for Congenital Abnormalities." *American Journal of Obstetrics and Gynecology* 198, no. 2 (February 2008): 178.e1-7. https://doi.org/10.1016/j.ajog.2007.08.040.

Reel, J. R., A. D. Lawton, and J. C. Lamb. "Reproductive Toxicity Evaluation of Acetaminophen in Swiss CD-1 Mice Using a Continuous Breeding Protocol." *Fundamental and Applied Toxicology: Official Journal of the Society of Toxicology* 18, no. 2 (February 1992): 233–39. https://doi.org/10.1016/0272-0590(92)90051-i.

Reimelt, Charlotte, Nicole Wolff, Heike Hölling, Sabine Mogwitz, Stefan Ehrlich, Julia Martini, and Veit Roessner. "Siblings and Birth Order-Are They Important for the Occurrence of ADHD?" *Journal of Attention Disorders* 25, no. 1 (January 2021): 81–90. https://doi.org/10.1177/1087054718770020.

Research, Center for Drug Evaluation and. "Organ-Specific Warnings: Internal Analgesic, Antipyretic, and Antirheumatic Drug Products for Over-the-Counter Human Use —." FDA, April 27, 2020. https://www.fda.gov/regulatory-information/search-fda-guidance-documents/organ-specific-warnings-internal-analgesic-antipyretic-and-antirheumatic-drug-products-over-counter-0.

Ricci, Christina, Carmela Melina Albanese, Lesley A. Pablo, Jiaying Li, Maryam Fatima, Kathryn Barrett, Brooke Levis, and Hilary K. Brown. "In Utero Acetaminophen Exposure and Child Neurodevelopmental Outcomes: Systematic Review and Meta-Analysis." *Paediatric and Perinatal Epidemiology* n/a, no. n/a (2023). https://doi.org/10.1111/ppe.12963.

Rigobello, Camila, Rodrigo Moreno Klein, Juliana Diosti Debiasi, Luis Guilherme Ursini, Ana Paula Michelin, Andressa Keiko Matsumoto, Décio Sabbatini Barbosa, and Estefânia Gastaldello Moreira. "Perinatal Exposure to Paracetamol: Dose and Sex-Dependent Effects in Behaviour and Brain's Oxidative Stress Markers in Progeny." *Behavioural Brain Research* 408 (June 2021): 113294. https://doi.org/10.1016/j.bbr.2021.113294.

Ros, Rosmary, and Paulo A. Graziano. "Social Functioning in Children With or At Risk for Attention Deficit/Hyperactivity Disorder: A Meta-Analytic Review." *Journal of Clinical*

*Child and Adolescent Psychology: The Official Journal for the Society of Clinical Child and Adolescent Psychology, American Psychological Association, Division 53* 47, no. 2 (2018): 213–35. https://doi.org/10.1080/15374416.2016.1266644.

Rossouw, Jacques E., Garnet L. Anderson, Ross L. Prentice, Andrea Z. LaCroix, Charles Kooperberg, Marcia L. Stefanick, Rebecca D. Jackson, et al. "Risks and Benefits of Estrogen plus Progestin in Healthy Postmenopausal Women: Principal Results From the Women's Health Initiative Randomized Controlled Trial." *JAMA* 288, no. 3 (July 17, 2002): 321–33. https://doi.org/10.1001/jama.288.3.321.

Rothman, K, S Greenland, and TL Lash. *Modern Epidemiology*. 3rd. Edition. Lippincott Williams & Wilkins, 2021.

Rothman, K. J., L. L. Moore, M. R. Singer, U. S. Nguyen, S. Mannino, and A. Milunsky. "Teratogenicity of High Vitamin A Intake." *The New England Journal of Medicine* 333, no. 21 (November 23, 1995): 1369–73. https://doi.org/10.1056/NEJM199511233332101.

Ruisch, I. Hyun, Jan K. Buitelaar, Jeffrey C. Glennon, Pieter J. Hoekstra, and Andrea Dietrich. "Pregnancy Risk Factors in Relation to Oppositional-Defiant and Conduct Disorder Symptoms in the Avon Longitudinal Study of Parents and Children." *Journal of Psychiatric Research* 101 (June 2018): 63–71. https://doi.org/10.1016/j.jpsychires.2018.02.020.

Russo, Natalie, Tara Flanagan, Grace Iarocci, Darlene Berringer, Philip David Zelazo, and Jacob A. Burack. "Deconstructing Executive Deficits among Persons with Autism: Implications for Cognitive Neuroscience." *Brain and Cognition*, Social Cognitive and Affective Neuroscience: Developmental and Clinical Perspectives, 65, no. 1 (October 1, 2007): 77–86. https://doi.org/10.1016/j.bandc.2006.04.007.

Salzano, Sonia, Paola Checconi, Eva-Maria Hanschmann, Christopher Horst Lillig, Lucas D. Bowler, Philippe Chan, David Vaudry, et al. "Linkage of Inflammation and Oxidative Stress via Release of Glutathionylated Peroxiredoxin-2, Which Acts as a Danger Signal." *Proceedings of the National Academy of Sciences of the United States of America* 111, no. 33 (August 19, 2014): 12157–62. https://doi.org/10.1073/pnas.1401712111.

Sandrini, M., L. A. Pini, and G. Vitale. "Differential Involvement of Central 5-HT1B and 5-HT3 Receptor Subtypes in the Antinociceptive Effect of Paracetamol." *Inflammation Research: Official Journal of the European Histamine Research Society ... [et Al.]* 52, no. 8 (August 2003): 347–52. https://doi.org/10.1007/s00011-003-1185-5.

Sawdy, Robert J., Shiromi Lye, Nicholas M. Fisk, and Phillip R. Bennett. "A Double-Blind Randomized Study of Fetal Side Effects during and after the Short-Term Maternal Administration of Indomethacin, Sulindac, and Nimesulide for the Treatment of Preterm Labor." *American Journal of Obstetrics & Gynecology* 188, no. 4 (April 1, 2003): 1046–51. https://doi.org/10.1067/mob.2003.255.

Sawdy RJ, Groom KM, Bennett PR. Experience of the use of nimesulide, a cyclo-oxygenase-2 selective prostaglandin synthesis inhibitor, in the prevention of preterm labour in 44 high-

risk cases. *J. Obstet. Gynaecol.* 2004;24:226–9.

Schans, Jurjen van der, Rukiye Çiçek, Tjalling W. de Vries, Eelko Hak, and Pieter J. Hoekstra. "Association of Atopic Diseases and Attention-Deficit/Hyperactivity Disorder: A Systematic Review and Meta-Analyses." *Neuroscience & Biobehavioral Reviews* 74 (March 1, 2017): 139–48. https://doi.org/10.1016/j.neubiorev.2017.01.011.

Schildknecht, Stefan, Andreas Daiber, Sandro Ghisla, Richard A. Cohen, and Markus M. Bachschmid. "Acetaminophen Inhibits Prostanoid Synthesis by Scavenging the PGHS-Activator Peroxynitrite." *FASEB Journal: Official Publication of the Federation of American Societies for Experimental Biology* 22, no. 1 (January 2008): 215–24. https://doi.org/10.1096/fj.06-8015com.

Schönenberg, Aline, and Tino Prell. "Factors Influencing Self-Reported Medication Use in the Survey of Health Aging and Retirement in Europe (SHARE) Dataset." *Healthcare* 9, no. 12 (December 18, 2021): 1752. https://doi.org/10.3390/healthcare9121752.

Schroll JB, Moustgaard R, Gotzsche PC. "Dealing with Substantial Heterogeneity in Cochrane Reviews. Cross-sectional study." *BMC Med. Res. Methodol.* 2011 Feb. 24; 11:22.

Schwartz, J. "Air Pollution and Daily Mortality: A Review and Meta Analysis." *Environmental Research* 64, no. 1 (January 1, 1994): 36–52. https://doi.org/10.1006/enrs.1994.1005.

Sciberras, Emma, Melissa Mulraney, Desiree Silva, and David Coghill. "Prenatal Risk Factors and the Etiology of ADHD—Review of Existing Evidence." *Current Psychiatry Reports* 19, no. 1 (January 16, 2017): 1. https://doi.org/10.1007/s11920-017-0753-2.

"Self-selection and Bias in a Large Prospective Pregnancy Cohort in Norway - Nilsen - 2009 - Paediatric and Perinatal Epidemiology - Wiley Online Library." Accessed April 25, 2023. https://onlinelibrary.wiley.com/doi/10.1111/j.1365-3016.2009.01062.x.

Septier, Mathilde, Hugo Peyre, Fréderique Amsellem, Anita Beggiato, Anna Maruani, Marion Poumeyreau, Anouck Amestoy, et al. "Increased Risk of ADHD in Families with ASD." *European Child & Adolescent Psychiatry* 28, no. 2 (February 1, 2019): 281–88. https://doi.org/10.1007/s00787-018-1206-0.

Skoglund, Charlotte, Qi Chen, Brian M D´Onofrio, Paul Lichtenstein, and Henrik Larsson. "Familial Confounding of the Association between Maternal Smoking During Pregnancy and ADHD in Offspring." *Journal of Child Psychology and Psychiatry, and Allied Disciplines* 55, no. 1 (January 2014): 61–68. https://doi.org/10.1111/jcpp.12124.

Sokolova, Elena, Anoek M. Oerlemans, Nanda N. Rommelse, Perry Groot, Catharina A. Hartman, Jeffrey C. Glennon, Tom Claassen, Tom Heskes, and Jan K. Buitelaar. "A Causal and Mediation Analysis of the Comorbidity Between Attention Deficit Hyperactivity Disorder (ADHD) and Autism Spectrum Disorder (ASD)." *Journal of Autism and Developmental Disorders* 47, no. 6 (2017): 1595–1604. https://doi.org/10.1007/s10803-017-3083-7.

Soskolne, Colin L., Shira Kramer, Juan Pablo Ramos-Bonilla, Daniele Mandrioli, Jennifer Sass, Michael Gochfeld, Carl F. Cranor, Shailesh Advani, and Lisa A. Bero. "Toolkit for Detecting Misused Epidemiological Methods." *Environmental Health* 20 (August 19, 2021): 90. https://doi.org/10.1186/s12940-021-00771-6.

Spooner JB, Harvey JG (1976) The history and usage of paracetamol. *The Journal of International Medical Research*, 4, 1–6.

Stergiakouli, Evie, Anita Thapar, and George Davey Smith. "Association of Acetaminophen Use During Pregnancy With Behavioral Problems in Childhood: Evidence Against Confounding." *JAMA Pediatrics* 170, no. 10 (October 1, 2016): 964-70. https://doi.org/10.1001/jamapediatrics.2016.1775.

Stika, Catherine S., Gilad A. Gross, Gustavo Leguizamon, Susan Gerber, Roni Levy, Amit Mathur, Lisa M. Bernhard, D. Michael Nelson, and Yoel Sadovsky. "A Prospective Randomized Safety Trial of Celecoxib for Treatment of Preterm Labor." *American Journal of Obstetrics & Gynecology* 187, no. 3 (September 1, 2002): 653–60. https://doi.org/10.1067/mob.2002.125281.

Szklo M, Nieto FJ and Miller, D.. *Epidemiology: Beyond the Basics* (4th ed. 2019).

Taylor, Eric, Manfred Döpfner, Joseph Sergeant, Philip Asherson, Tobias Banaschewski, Jan Buitelaar, David Coghill, et al. "European Clinical Guidelines for Hyperkinetic Disorder—First Upgrade." *European Child & Adolescent Psychiatry* 13 Suppl 1 (2004): I7-30. https://doi.org/10.1007/s00787-004-1002-x.

Teffer, Kate, and Katerina Semendeferi. "Human Prefrontal Cortex: Evolution, Development, and Pathology." *Progress in Brain Research* 195 (2012): 191–218. https://doi.org/10.1016/B978-0-444-53860-4.00009-X.

Thompson, John M. D., Karen E. Waldie, Clare R. Wall, Rinky Murphy, Edwin A. Mitchell, and the ABC study group. "Associations between Acetaminophen Use during Pregnancy and ADHD Symptoms Measured at Ages 7 and 11 Years." Edited by Kenji Hashimoto. *PLoS ONE* 9, no. 9 (September 24, 2014): e108210. https://doi.org/10.1371/journal.pone.0108210.

Thulstrup, Ane Marie, Henrik Toft Sørensen, Gunnar Lauge Nielsen, Louise Andersen, Dorte Barrett, Hendrik Vilstrup, Jørn Olsen, and null The EuroMap Study Group. "Fetal Growth and Adverse Birth Outcomes in Women Receiving Prescriptions for Acetaminophen During Pregnancy." *American Journal of Perinatology* 16, no. 7 (1999): 321–26. https://doi.org/10.1055/s-2007-993879.

Toto, Maddalena, Francesco Margari, Marta Simone, Francesco Craig, Maria Giuseppina Petruzzelli, Silvio Tafuri, and Lucia Margari. "Antibasal Ganglia Antibodies and Antistreptolysin O in Noncomorbid ADHD." *Journal of Attention Disorders* 19, no. 11 (November 2015): 965–70. https://doi.org/10.1177/1087054712455505.

Toussaint, K., X. C. Yang, M. A. Zielinski, K. L. Reigle, S. D. Sacavage, S. Nagar, and R. B.

Raffa. "What Do We (Not) Know about How Paracetamol (Acetaminophen) Works?" *Journal of Clinical Pharmacy and Therapeutics* 35, no. 6 (2010): 617–38. https://doi.org/10.1111/j.1365-2710.2009.01143.x.

Tovo-Rodrigues, Luciana, Bruna Celestino Schneider, Thais Martins-Silva, Bianca Del-Ponte, Christian Loret de Mola, Lavinia Schuler-Faccini, Fernanda Sales Luiz Vianna, et al. "Is Intrauterine Exposure to Acetaminophen Associated with Emotional and Hyperactivity Problems during Childhood? Findings from the 2004 Pelotas Birth Cohort." *BMC Psychiatry* 18, no. 1 (December 2018): 368. https://doi.org/10.1186/s12888-018-1942-1.

Turunen, Juha H. O., Pekka T. Mäntyselkä, Esko A. Kumpusalo, and Riitta S. Ahonen. "Frequent Analgesic Use at Population Level: Prevalence and Patterns of Use." *Pain* 115, no. 3 (June 2005): 374–81. https://doi.org/10.1016/j.pain.2005.03.013.

TYLENOL®. "What Is Acetaminophen: Uses, Precautions, How It Works, and More." Accessed February 2, 2024. https://www.tylenol.com/safety-dosing/usage/what-is-acetaminophen.

TYLENOL®. "Safety + Usage." Accessed February 2, 2024. https://www.tylenol.com/safety-dosing/usage.

"Uniform requirements for manuscripts submitted to biomedical journals: Writing and editing for biomedical publication." *J. Pharmacol. Pharmacothery.* Jan; 1(1):42-58 (2010).

Upadhya, S. C., P. S. Tirumalai, M. R. Boyd, T. Mori, and V. Ravindranath. "Cytochrome P4502E (CYP2E) in Brain: Constitutive Expression, Induction by Ethanol and Localization by Fluorescence in Situ Hybridization." *Archives of Biochemistry and Biophysics* 373, no. 1 (January 1, 2000): 23–34. https://doi.org/10.1006/abbi.1999.1477.

US Preventive Services Task Force. "Hormone Therapy for the Primary Prevention of Chronic Conditions in Postmenopausal Women: US Preventive Services Task Force Recommendation Statement." *JAMA* 318, no. 22 (December 12, 2017): 2224–33. https://doi.org/10.1001/jama.2017.18261.

Van den Driessche, Charlotte, Mikaël Bastian, Hugo Peyre, Coline Stordeur, Éric Acquaviva, Sara Bahadori, Richard Delorme, and Jérôme Sackur. "Attentional Lapses in Attention-Deficit/Hyperactivity Disorder: Blank Rather Than Wandering Thoughts." *Psychological Science* 28, no. 10 (October 2017): 1375–86. https://doi.org/10.1177/0956797617708234.

Van Gool, Jan D., Herbert Hirche, Hildegard Lax, and Luc De Schaepdrijver. "Folic Acid and Primary Prevention of Neural Tube Defects: A Review." *Reproductive Toxicology (Elmsford, N.Y.)* 80 (September 2018): 73–84. https://doi.org/10.1016/j.reprotox.2018.05.004.

Vandewouw, Marlee M., Jessica Brian, Jennifer Crosbie, Russell J. Schachar, Alana Iaboni, Stelios Georgiades, Robert Nicolson, et al. "Identifying Replicable Subgroups in Neurodevelopmental Conditions Using Resting-State Functional Magnetic Resonance Imaging Data." *JAMA Network Open* 6, no. 3 (March 13, 2023): e232066. https://doi.org/10.1001/jamanetworkopen.2023.2066.

24

Veroniki, Areti Angeliki, Patricia Rios, Elise Cogo, Sharon E. Straus, Yaron Finkelstein, Ryan Kealey, Emily Reynen, et al. "Comparative Safety of Antiepileptic Drugs for Neurological Development in Children Exposed during Pregnancy and Breast Feeding: A Systematic Review and Network Meta-Analysis." *BMJ Open* 7, no. 7 (July 20, 2017): e017248. https://doi.org/10.1136/bmjopen-2017-017248.

Visser SN, Zablotsky B, Holbrook JR, Danielson ML, Bitsko RH. Diagnostic experiences of children with attention-deficit/hyperactivity disorder. National health statistics reports. 2015 Sep 1(81):1-7.

Vlenterie, Richelle, Mollie E. Wood, Ragnhild Eek Brandlistuen, Nel Roeleveld, Marleen M.H.J. van Gelder, and Hedvig Nordeng. "Neurodevelopmental Problems at 18 Months among Children Exposed to Paracetamol *in Utero*: A Propensity Score Matched Cohort Study." *International Journal of Epidemiology* 45, no. 6 (2016): 1998-2008. https://doi.org/10.1093/ije/dyw192.

Wasserstein, Ronald L., and Nicole A. Lazar. "The ASA Statement on P-Values: Context, Process, and Purpose." *The American Statistician* 70, no. 2 (April 2, 2016): 129–33. https://doi.org/10.1080/00031305.2016.1154108.

Werler, Martha M., Allen A. Mitchell, Sonia Hernandez-Diaz, and Margaret A. Honein. "Use of Over-the-Counter Medications during Pregnancy." *American Journal of Obstetrics and Gynecology* 193, no. 3 Pt 1 (September 2005): 771–77. https://doi.org/10.1016/j.ajog.2005.02.100.

Writing Group for the Women's Health Initiative Investigators. "Risks and Benefits of Estrogen Plus Progestin in Healthy Postmenopausal Women: Principal Results From the Women's Health Initiative Randomized Controlled Trial." *JAMA* 288, no. 3 (July 17, 2002): 321–33. https://doi.org/10.1001/jama.288.3.321.

Yoon, Eric, Arooj Babar, Moaz Choudhary, Matthew Kutner, and Nikolaos Pyrsopoulos. "Acetaminophen-Induced Hepatotoxicity: A Comprehensive Update." *Journal of Clinical and Translational Hepatology* 4, no. 2 (June 28, 2016): 131–42. https://doi.org/10.14218/JCTH.2015.00052.

Ystrom, Eivind, Kristin Gustavson, Ragnhild Eek Brandlistuen, Gun Peggy Knudsen, Per Magnus, Ezra Susser, George Davey Smith, and Camilla Stoltenberg. "Prenatal Exposure to Acetaminophen and Risk of ADHD." *Pediatrics* 140, no. 5 (2017): 9. https://doi.org/10.1542/peds.2016-3840.

Zablotsky, Benjamin, Matthew D. Bramlett, and Stephen J. Blumberg. "The Co-Occurrence of Autism Spectrum Disorder in Children with ADHD." *Journal of Attention Disorders* 24, no. 1 (January 2020): 94–103. https://doi.org/10.1177/1087054717713638 . Epub 2017 Jun 14.

Zafeiri, Aikaterini, Edwin Amalraj Raja, Rod Thomas Mitchell, David C Hay, Sohinee Bhattacharya, and Paul A Fowler. "Maternal Over-the-Counter Analgesics Use during Pregnancy and Adverse Perinatal Outcomes: Cohort Study of 151 141 Singleton

Pregnancies." *BMJ Open* 12, no. 5 (May 2022): e048092.
https://doi.org/10.1136/bmjopen-2020-048092.

# Exhibit C

# CURRICULUM VITAE

| | |
|---|---|
| NAME: | Roberta B. Ness, M.D., M.P.H. |
| CITIZENSHIP: | US |
| CONTACT INFORMATION: | James W. Rockwell Professor of Public Health |
| | The University of Texas School of Public Health |
| | 1200 Herman Pressler, E1015 |
| | Houston, TX 77030 |
| | 713-500-9052 |
| | 713-500-9442 *fax* |
| | Roberta.B.Ness@uth.tmc.edu |

# EDUCATION AND TRAINING

**Undergraduate**

| 1976-1980 | University of Maryland, MD Honors College | B.Sc. | Microbiology |
|---|---|---|---|

**Graduate**

| 1980-1984 | Cornell University, NY | M.D. | Medicine |
|---|---|---|---|
| 1987-1989 | Columbia University School of Public Health New York, NY | M.P.H. | Epidemiology |

**Post-Graduate**

| 1984-1985 | Bellevue Hospital/NYU New York, NY | Internship | Saul Farber, M.D. |
|---|---|---|---|
| 1985-1987 | Bellevue Hospital/NYU New York, NY | Resident | Saul Farber, M.D. |
| 1988-1990 | Columbia University School of Public Health New York, NY | NIH Training Fellowship | Jennifer Kelsey, Ph.D. |

# APPOINTMENTS AND POSITIONS

**Academic**

| 1988-93 | University of Pennsylvania Department of Psychiatry | Clinical Associate |
|---|---|---|
| 1990-93 | University of Pennsylvania Department of Medicine | Assistant Professor |
| 1991-93 | University of Pennsylvania Clinical Epidemiology Unit | Core Faculty |
| 1993-98 | University of Pittsburgh Graduate School of Public Health Epidemiology | Assistant Professor |

| | | |
|---|---|---|
| 1994-2008 | University of Pittsburgh, School of Medicine<br>Department of Obstetrics &/Gynecology | Secondary Appointment |
| 1995-2008 | University of Pittsburgh, School of Medicine<br>Department of Medicine | Secondary Appointment |
| 1995-2008 | University of Pittsburgh<br>Graduate School of Public Health<br>Epidemiology of Women's Health<br>Program | Founding Director |
| 1997-2008 | University of Pittsburgh Cancer Institute<br>Cancer Epidemiology Program | Director |
| 1998-2002 | University of Pittsburgh<br>Graduate School of Public Health<br>Epidemiology | Associate Professor with tenure |
| 2000-08 | University of Pittsburgh Schools of Health Sciences<br>Bridging the Gaps Internship Program | Founder; Advisory Board |
| 2002-08 | University of Pittsburgh<br>Women's Studies Program | Secondary Appointment |
| 2002-08 | University of Pittsburgh<br>Graduate School of Public Health<br>Epidemiology | Professor with tenure |
| 2003 | University of Pittsburgh<br>Graduate School of Public Health | Associate Dean for Research |
| 2003-08 | University of Pittsburgh<br>Graduate School of Public Health<br>Department of Epidemiology | Chair |
| 2005-06 | University of Pittsburgh<br>Graduate School of Public Health | Interim Dean |
| 2008-14 | The University of Texas<br>School of Public Health | Dean |
| 2008-14 | The University of Texas<br>School of Public Health | M. David Low Chair in Public Health |
| 2009- | The University of Texas Health Science Center at Houston<br>Medical School<br>Department of Internal Medicine | Secondary Appointment Professor |

| 2009- | The University of Texas Health Science Center at Houston Medical School Department of Obstetrics & Gynecology | Secondary Appointment Professor |
|---|---|---|
| 2009- | University of Pittsburgh, Graduate School of Public Health, Department of Epidemiology | Adjunct Professor |
| 2009- | The University of Texas M.D. Anderson Cancer Center | Adjunct Professor |
| 2010- | The University of Texas School of Public Health, Center for Innovation Generation | Founding Director |
| 2011-17 | The University of Texas Health Science Center at Houston | Vice President for Innovation |
| 2014-2019 | The University of Texas School of Public Health | James W. Rockwell Professorship in Public Health (Preventive Medicine and Epidemiology) |

**Non-Academic**

| 1990-93 | Hospital of the University of Pennsylvania | Attending Physician Emergency Department |
|---|---|---|
| 1994-96 | Magee-Womens Hospital Pittsburgh, PA | Attending Physician Emergency Department |
| 1996-99 | University of Pittsburgh Medical Center Department of Medicine | Attending Physician |

# CERTIFICATION AND LICENSURE

**Specialty Certification**

| Certificate | American Board of Internal Medicine | 1987 |
|---|---|---|

**Medical or Other Professional Licensure**

| Medical licensure | New York | 1985-88 |
|---|---|---|
| Medical licensure | Pennsylvania | 1988-2008 |

# HONORS

| | |
|---|---|
| 1976 | It's Academic College Scholarship |
| 1980 | B.Sc. With Honors<br>Phi Beta Kappa<br>Summa Cum Laude<br>Sklar Award for Outstanding Research<br>Mortar Board Leadership Honorary<br>University of Maryland |
| 1988 | Training Grant Fellowship<br>National Institutes of Health |
| 1996 | PA Leadership Award: Outstanding Contributions to<br>Reproductive Research<br>Family Health Council |
| 1996 | Teacher of the Year Award<br>Graduate School of Public Health, University of Pittsburgh |
| 1998 | Top 25 Women Doctors<br>Pittsburgh Post-Gazette |
| 1999 | Top Research Paper Award<br>Society for Epidemiologic Research |
| 2004 | Elected Member<br>American Society for Clinical Investigation |
| 2004 | Elected Member<br>American Epidemiology Society |
| 2005 | Fellow<br>American College of Physicians |
| 2005 | Fellow<br>American College of Epidemiology |
| 2006 | Elected Member<br>Delta Omega Honor Society |
| 2006 | Laureate Award<br>American College of Physicians |

| | |
|---|---|
| 2008 | President<br>American College of Epidemiology |
| 2008 | Distinguished Professor of Women's Health<br>Society for General Internal Medicine |
| 2008 | Honoree in Technology and Innovation<br>Women of Distinction<br>Girl Scouts of America |
| 2009 | Elected Member<br>Institute of Medicine, National Academies of Science |
| 2009 | Elected Member<br>The Academy of Medicine Science and Engineering of Texas |
| 2011 | White House Appointment<br>Mickey Leland National Air Toxics Research Center |
| 2011 | Elected Member<br>Texas Philosophical Society |
| 2012 | President<br>American Epidemiologic Society |
| 2012 | John Snow Award<br>American Public Health Association |
| 2012 | Petersdorf Distinguished Lecture<br>Association of American Medical Colleges Annual Meeting |
| 2013 | Nan Qiang University Lecture<br>Xiamen University, China |
| 2014 | Board Member and Secretary<br>The Academy of Medicine Science and Engineering of Texas |
| 2014 | Athena Swan Distinguished Lecture<br>Oxford University, England |
| 2014 | Gaylord Anderson Distinguished Lecture<br>University of Minnesota |

| | | |
|---|---|---|
| 2014 | Julie Baker Memorial Lecture<br>Roswell Park Cancer Center | |
| 2015 | Leonard Schuman lecture, Graduate Summer Program 50th Anniv<br>University of Michigan | |
| 2015 | TEDMED talk 2015, Palm Springs | |
| 2015 | Bill Nye (the Science Guy) Startalk Radio Show, featured scientist | |
| 2015 | Perinatal Best Paper Award: Society for Pediatric Pathology | |
| 2016-18 | TEDMED Editorial Advisory Board | |
| 2017 | Lilienfeld Award, American College of Epidemiology | |
| 2018- | International Advisory Board, Norwegian Institute of Public Health | |
| 2018 | Beasley Innovation Award, University of Texas | |
| 2018 | Shephard Award Keynote, Centers for Disease Control, Atlanta | |
| 2018 | Keynote speaker, Johns Hopkins Bloomberg School of Public Health 100th Centennial Celebration | |
| 2018 | International Consultant Committee for Global Public Health (ICCGPH), China CDC | |
| 2022 | Best Female Scientist Award Research.com | |

## MAJOR SERVICE

| Position | Type of Service | Agency | Year(s) |
|---|---|---|---|
| Member | Consensus Committee on Research in Pelvic Inflammatory Disease | National Institute for Allergy and Infectious Disease | 1994 |
| Chair | Committee on Women's Health | American College of Physicians | 1996-8 |
| Member | Panel on Reproductive Health | NIH Office of Women's Health Conference-Beyond Hunt Valley | 1996-97 |
| Member | Board of Directors | Pennsylvania Public Health Association | 1996-98 |

| | | | |
|---|---|---|---|
| Member | Data Safety/& Monitoring Committee STOP-DUB Trial | Agency for Healthcare Research and Quality | 1997 |
| Member | Advisory Board on Women's Health | Eli Lilly Company | 1998 |
| Member | Expert Panel on Cost-effectiveness for Chlamydia Screening | McMaster University | 1998 |
| Member | Tri-National Advisory Group on Preeclampsia | National Institute of Child Health and Development | 1998 |
| Member | Executive Committee: AIDS Training and Research Program | Fogarty AIDS International | 1998-03 |
| Member | Workshop on Hormone Replacement Therapy | Institute of Medicine National Academies of Science | 1999 |
| Member | Advisory Board: Women's Health Report Card | National Women's Law Center | 1999-03 |
| Member | Advisory Board: Oxford Collaborative Group on Cancers of the Genital Tract | Oxford University | 2001- |
| Member | Scientific Advisory Panel | H.J. Heinz, International | 2001-08 |
| Member | Armed Forces Epidemiology Board | Department of Defense | 2002-04 |
| Co-Organizer | National Symposium on Ovarian Cancer and High-Risk Women | Funded by National Cancer Institute | 2002 |
| Advisor | Advisory Committee: Self-Testing for Sexually Transmitted Diseases | Centers for Disease Control and Prevention | 2002 |
| Member | Advisory Board | Fred Hutchinson Cancer Center SPORE | 2002-04 |
| Standing Member | ECD-1 Study Section | NIH Center for Scientific Review | 2003-05 |
| Member | Advisory Board | Centers for Disease Control/ Research, Triangle Institute: Ovarian Cancer Prevention Program | 2003-05 |
| Member | Advisory Committee: Rural Public Health Research | HRSA: Office of Rural Health Policy | 2003 |
| Member | Board of Directors | American College of Epidemiology | 2004-10 |
| Chair | Policy Committee | American College of Epidemiology | 2004-07 |

| Member | Committee on the Role of Asbestos in Causation of Gastrointestinal Cancers | Institute of Medicine National Academies of Science | 2005 |
|---|---|---|---|
| Standing Member | Infectious Disease and Reproduction Panel (IRAP) | NIH Center for Scientific Review | 2005-08 |
| Member | Advisory Board | Endometriosis Association | 2005-08 |
| Member | STD Treatment Guidelines Update Advisory Committee | Center for Disease Control | 2005 |
| Founder | Committee of Chairs | Departments of Epidemiology, North America | 2005-08 |
| Chair | Leadership Workshop on Rare Tumors – Ovarian Cancer Panel | National Cancer Institute | 2005 |
| Member | Advisory Committee: Directions in Research on Mitochondrial DNA | National Cancer Institute | 2006 |
| Member | Committee on the Impact of HIPAA on Biomedical Research | Institute of Medicine National Academies of Science | 2007 |
| Member | Advisory Committee: Chlamydia Immunobiology | Center for Disease Control and Prevention | 2007-8 |
| Founder | Joint Policy Committee, Societies of Epidemiology | Fourteen Societies of Epidemiology | 2007 |
| Host | Annual Meeting | American Society of Epidemiology | 2008 |
| Member | Advisory committee: Identifying Research Gaps in Bacterial Vaginosis | National Institute of Allergy and Infectious Disease | 2008 |
| Presentation | Workshop on Protecting Student's Records and Facilitating Education Research | National Academy of Sciences | 2008 |
| Member | Data Safety & Monitoring Committee Reproductive Medicine Network | National Institute of Child Health and Development | 2008-10 |
| Member | Executive Committee, National Children's Study | National Institute of Child Health and Development | 2008-9 |
| Member | Integration Panel | Department of Defense Ovarian Cancer Research Program | 2008-10 |
| Member | Board of Scientific Counselors | National Institutes of Environmental Health Sciences | 2008-10 |

| | | | |
|---|---|---|---|
| Member | Committee on Evaluation of Biomarkers and Surrogate Endpoints in Chronic Disease | Institute of Medicine National Academies of Science | 2009-10 |
| Member | Advisory Committee | Cancer Prevention and Research Institute of Texas | 2009 - |
| Member | Consensus Panel on Colorectal Cancer Screening | National Institutes of Health | 2009-10 |
| Honorary Co-Organizer | Annual Dean's Retreat | Association of Schools of Public Health | 2010 |
| Chair | Committee on Blue Water Navy Vietnam Veterans and Agent Orange Exposure | Institute of Medicine National Academies of Science | 2010-11 |
| Member | Committee to Review the Federal Response to the Health Effects from the Gulf of Mexico Oil Spill | Institute of Medicine National Academies of Science | 2010- |
| Member | Board of Directors | Association of Schools of Public Health | 2011-14 |
| Member | Committee on Preventative Services for Women | Institute of Medicine National Academies of Science | 2011 |
| Member | Board of Directors | National Board of Public Health Examiners | 2011-14 |
| Member | Committee on Science, Technology and the Law | National Academies of Science | 2012- |
| Honorary Co-Organizer | Annual Dean's Retreat | Association of Schools of Public Health | 2013 |
| Consultant | GoMRI Research Board | BP Oil Spill Fund | 2013 |
| Consultant | Oil Spill Fund Board | National Academies of Science | 2013 |
| Member | Advisory Board, Innovation Institute | Texas Medical Center | 2014 |
| Member | Womens Health Leadership Summit | Cedar Sinai Medical Center | 2014 |
| Secretary | Board of Directors | The Academy of Medicine Engineering and Science of Texas | 2014 |
| Chair | Workshop on Genomics to the Investigation of Cancer Clusters | National Academy of Medicine | 2022-3 |

# EDITORIAL BOARDS

| | |
|---|---|
| 2003- | Editorial Board |
| | Sexually Transmitted Diseases Website |
| | World Health Organization |
| 2004- | Editorial Board |
| | Annals of Epidemiology |
| 2005- | Associate Editor |
| | American Journal of Epidemiology |
| 2008- | Editorial Board |
| | Infectious Diseases in Obstetrics and Gynecology |
| 2008 | Editorial Board |
| | Journal of Inflammation Research |
| 2008 | Honorary Editorial Board |
| | Obesity Insights |
| 2009 | Editorial Board |
| | Journal of Pregnancy |
| 2009- | Editorial Board |
| | Jornal of Clinical Epidemiology |
| 2011 | Editorial Board |
| | International J. of Privacy and Health Information Management |
| 2015 | Editorial Board |
| | Journal of Epidemiology and Public Health Reviews |

# TEACHING as PRIMARY INSTRUCTOR

**University of Pittsburgh**

| Number | Title | Credits |
|---|---|---|
| Epid 2720 | Environmental Causes of Reproductive Failure | 2 |
| Epid 2710 | Epidemiology of Women's Health | 2 |
| | Summer Community Internship Program | 0 |
| Epid 2250 | Departmental Seminar Series | 1 |
| Epid 2170 | NIH Grant Writing | 2 |

**University of Texas**

| Epid 2166 | Innovative Thinking | 3 |
| PH 5998 | Capstone Course | 3 |
| PH 2720 | Epidemiology Proposal Development | 3 |
| PH 2712 | Experimental Methods in Epidemiology | 3 |
| PH 2999 | Independent Study | 2 |

# RESEARCH

## Grants and Contracts: Principal Investigator

| Years Inclusive | Grant or Contract Title | Source and Number | Amount |
|---|---|---|---|
| 1991-93 | Parity and serum lipids in white and hispanic women. | National Heart Lung and Blood Institute, R03HL046168 | $99,914 |
| 1993-98 | Oral contraceptives and ovarian cancer | National Cancer Institute, R01CA63748 | $2,184,540 |
| 1994-95 | Women's health action agenda | Jewish Healthcare Foundation of Pittsburgh | $7,500 |
| 1995 | Focus on women's health seminar | GSPH-Center for Public Health Policy | $3,000 |
| 1995-96 | Program in the epidemiology of women's health | Jewish Healthcare Foundation of Pittsburgh | $100,000 |
| 1995-98 | Cocaine use and pregnancy outcomes in inner city women | National Institute on Drug Abuse, R01DA08252 | $2,099,097 |
| 1995-00 | Effectiveness of outpatient treatment for PID | Agency for Health Care Policy and Research, R01HS08358 | $5,792,480 |
| 1996-01 | Preeclampsia: convergence of fetal and maternal factors – Core and Project PI | National Institutes of Child Health and Human Development, P01HD30367 | $8,726,943 |
| 1996-99 | Ovarian cancer and phenothalein use | National Institutes of Environmental Health Sciences, R01CA63748-5-1 | $25,000 |
| 1996-99 | Epidemiology of women's health program-education and community outreach | McCune Foundation | $171,468 |

| 1997-98 | Survey of women's career paths among Pennsylvania physicians | American College of Physicians | $12,500 |
| 1997-00 | Mutagenicity of AZT in children of HIV-infected women – subcontract | National Institutes of Child Health and Human Development, R01HD33648 | $1,387,303 |
| 1998-03 | Douching, vaginal microbiology, and PID | National Institute of Allergy and Infectious Disease, R01AI44151 | $3,422,976 |
| 2000-05 | Home screening for chlamydia surveillance | Agency for Healthcare Policy and Research, R01 HS10592 | $1,696,066 |
| 2000-01 | Effectiveness of outpatient treatment for PID – Continuation | National Institutes of Allergy and Infectious Disease, R21AI48909 | $299,200 |
| 2001-05 | Effectiveness of outpatient treatment for PID – Renewal | National Institutes of Allergy and Infectious Disease, R01HS08358 | $3,320,279 |
| 2001-06 | Ob-Gyn fellowships in epidemiology and clinical trials – Co-PI | National Institutes of Child Health and Human Development, T32HD040673 | $860,415 |
| 2002-06 | Preeclampsia:  mechanisms and post-pregnancy implications Program Project – Core PI | National Institutes of Child Health and Human Development, HDP0130367 | $7,462,688 |
| 2002-07 | Inflammation and ovarian cancer | National Cancer Institute RO1CA095023 | $3,323,070 |
| 2004-07 | Gynecologic disease program | Henry M. Jackson Foundation | $280,000 |
| 2004-08 | Novel risk factors and potential early detection markers for ovarian cancer Program project - Overall PI; project PI | Department of Defense DAMD 17-02-1-0669 | $1,606,642 |
| 2005-09 | Pesticides and infant neuropsychological development - Co-PI | National Institutes of Environmental Health Sciences | $2,407,838 |
| 2005-10 | Fetal growth restriction and maternal cardiovascular risk | National Heart Lung and Blood Institute | $3,219,707 |
| 2005-09 | Infection, inflammation, and preeclampsia – Co-PI | National Institutes of Child Health and Development | $2,101,428 |
| 2007-08 | HIPAA Survey, societies of epidemiology | National Academies of Science | $128,000 |
| 2007-09 | Risk markers for endometriosis among active duty women in the U.S. military | Department of Defense | $69,300 |

| 2007-12 | Training grant in reproductive, perinatal, and pediatric epidemiology | National Institutes of Child Health and Development | $1,727,635 |
| 2007-12 | National Children's Study (NCS) | National Institute of Child Health and Development - HHSN2672007000029C | $24,742,884 |
| 2006-11 | Center for Clinical and Translational Sciences – co-PI | National Institutes of Academic Medical Science (NIH) | $7,224,045 |
| 2010-11 | Innovation thinking Dissemination | The University of Texas System | $100,000 |
| 2010-11 | Pioneer Award for Innovation Thinking Dissemination | The University of Texas Health Science Center at Houston | $50,000 |
| 2010-14 | Collaborative Training of a New Cadre of Innovative Cancer Prevention Researchers | Cancer Prevention Research Institute of Texas | $3,600,780 |
| 2012-17 | Center for Clinical and Translational Sciences (renewal) – co-PI | National Institutes of General Medical Science (NIH) | $20,000,000 |
| 2014-16 | Collaborative Training of a New Cadre of Innovative Cancer Prevention Researchers (renewal) | Cancer Prevention Research Institute of Texas | $1,700,000 |
| 2016-21 | Collaborative Training of a New Cadre of Innovative Cancer Prevention Researchers (renewal) | Cancer Prevention Research Institute of Texas | $4,000,000 |

### Grants and Contracts: Co-Investigator

| Years Inclusive | Title | Source and Grant or Contract Number | Amount |
|---|---|---|---|
| 1992-97 | Cancer clinical epidemiology training grant | National Institutes of Health, T32CA009679 | $283,070 |
| 1991-92 | Serum progesterone in the timely diagnosis of ectopic pregnancy | University of Pennsylvania Research Foundation Grant | $4,950 |
| 1992-03 | Education programs in cancer prevention | National Cancer Institute, R25CA057703 | $103,629 |
| 1994-01 | Comparison of raloxifene HCI and placebo treatment of postmenopausal women with osteoporosis | Eli Lilly Company | $2,615,408 |
| 1995-98 | Lead exposure, attention deficit disorder and delinquency | National Institute of Environmental Health Sciences, R01ES005015 | $755,661 |
| 1996-98 | Centers for Excellence in Women's Health | Health and Human Services | $247,436 |

Last Revised:  February 6, 2024

13

| 1996-00 | Lifestyle factors affecting fetal somatic mutation | National Institutes of Child Health and Human Development, R01HD033016 | $1,515,926 |
| 1998-99 | Program for healthcare to underserved populations | Corp. for National Service | $150,000 |
| 1998-02 | Domestic violence and spontaneous abortion | National Institute for Mental Health, R01HD036918 | $12,308 |
| 1998-00 | Bone lead levels and college achievement scores | National Institutes of Environmental Health Sciences, R01ES009006 | $210,000 |
| 1998-02 | Molecular genetic studies of recurrent pregnancy loss | National Institutes of Child Health and Human Development, R01HD038126 | $1,250,264 |
| 1998-02 | Attention deficit disorder and exposure to lead | National Institutes of Environmental Health Sciences, R01ES05015-09 | $742,427 |
| 1999-03 | Pharmacogenetic determinants of fetal somatic mutation | National Institutes of Child Health and Human Development, R01HD36880-02 | $1,097,925 |
| 1999-03 | Alcohol use disorders and STDs among youth – Mentor | NIAAA, K23AA000303-01 | $513,309 |
| 2000-03 | Ovarian cancer risk and survival in BRCA carriers | Department of Defense, DAMD17-00-1-0569 | $445,319 |
| 2000-05 | Preventive oncology career award - Mentor | National Cancer Institute, K07CA080668 | $661,791 |
| 2001-04 | Bacterial vaginosis and spontaneous abortion | National Institutes of Health, R01HD38856 | $350,347 |
| 2001-06 | UPCI cancer education and career development program: T32 - Mentor | National Cancer Institute | $1,686,980 |
| 2002-07 | Building interdisciplinary research careers in women's health – Mentor/Executive committee | National Institutes of Health | $2,500,000 |
| 2003-08 | Optimal strategies for PID prevention and management: K07 – Mentor | Agency for Healthcare Research and Quality | $616,877 |
| 2004-09 | Multidisciplinary Clinical Research Programs: K12 – Mentor/Executive committee | National Institutes of Health | $1,073,138 |
| 2005-08 | *Mycoplasma genitalium* and pelvic inflammatory disease | National Institutes of Allergy and Infectious Disease | $892,250 |

| 2006-11 | Contraceptive services / primary care to prevent birth defects: K23 – Mentor | National Institutes of Child Health and Development  - K23 HD05185 | $608,730 |
| 2006-10 | Treatment of screened bacterial vaginosis: STD Prevention Network | National Institutes of Allergy and Infectious Disease | $2,900,00 |
| 2010- | PRE-EMPT: International Consortium of Research on Preeclampsia: co-PI | Gates Foundation | $645,773 |
| 2018-22 | Prospective Epidemiologic Study of Novel Etiologic Agents of Pelvic Inflammatory Disease | National Institute of Health | $21,879 |

# <u>Major Invited Lectureships</u> <u>(Past seven years only)</u>

Stanford/UC Berkley Conference: Teaching Creative and Innovative Minds. Innovation education. February, 2013, San Francisco, CA.

Ground Rounds/Visiting Professorship. Governor's State University. Innovative Thinking. February, 2013. Chicago, IL

American Epidemiologic Association meeting. Innovation Redesigned: Optimizing invention within the system of science. March, 2013. East Lansing, MI.

Leading Voices in Public Health Endowed Lectureship. East Tennessee U. Caution's erosion of the modern research university. March, 2013. Johnson City, TN

Grand Rounds. Southwestern Medical Center SWAT lecture. So you think you can innovate? March, 2013. Dallas, TX.

Grand Rounds. Roche Pharmaceuticals. Innovation and the modern pharmaceutical industry. April, 2013. Nutley, NJ.

Keynote. Columbia University School of Public Health Summit on Public Health Education. Promoting innovative thinking. June, 2013. New York City, NY.

Keynote. International Society for Hypertension in Pregnancy. Innovating in reproductive medicine. June, 2103. Tromso, Norway.

Keynote. Society of Medical Illustrators annual meeting. Creativity, art, and innovative thinking. July, 2013. Salt Lake City.

Grand Rounds. University of Maryland School of Public Health. So you think you can innovate? September, 2013. College Park, MD.

Grand Rounds. Methodist Hospital. Innovation in surgery. December, 2013. Houston, TX.

NanQiang Endowed University Lectureship. Xiamen University. Enhancing innovation in science. December, 2013. Xiamen, China.

Keynote. Texas Council of Academic Officers annual meeting. Innovation in higher education. January, 2014. Austin, TX

Keynote. Post-doc Day. University of Houston.  Post-doctoral creativity. February, 2014. Houston, TX

Grand Rounds. UT Health Department of Surgery. Innovations in surgery. February, 2014. Houston, TX

Keynote. University of Pittsburgh Women in Science Conference. So you think you can innovate? April, 2014. Pittsburgh, PA.

Keynote. Ministry of Health, Uruguay. Innovation and public health. April, 2014. Montevideo, Uruguay.

Keynote. Medical College of Wisconsin. Community-based innovation. May, 2014. Milwaukee, WI.

Keynote. American Young Generation of Nuclear Scientists. Innovation and you. May, 2014. Phoenix, AZ.

Keynote. Northwestern U. Prevention Institute. So you think you can innovate? June, 2014. Chicago, IL.

Keynote and Visiting Professor. University of Southern California. Innovation lecture and workshop. September, 2014. Los Angeles, CA.

Keynote: Rice University/University of Houston Medicine, Engineering, Science, and Technology Conference. Innovation. September, 2014. Houston, TX.

Keynote: University of Irvine. Redesigning the System of Science. December, 2014. Irvine, CA

Julie Baker Memorial Lecture. University of Buffalo. The Creativity Crisis. December, 2014. Buffalo, NY.

Harvard University School of Public Health. Innovative thinking: The why and how. March, 2015. Boston, MA

AAAS Annual Science and Technology Policy Forum Annual Meeting. The Creativity Crisis Necessitates Redesigning the System of American Science. May, 2015. Washington, DC

Leonard M. Schuman lecture, Graduate Summer Program 50th anniversary. University of Michigan. Redesigning the System of Science. July, 2015. Ann Arbor, MI

Grand Rounds. University of Pittsburgh. The Future of Public Health: Recreating Us.  September, 2015. Pittsburgh, PA

AMA Inspirations in Medicine Annual Meeting. The Creativity Crisis. October, 2015. Chicago, IL

Keynote: AAAS. How Geniuses Innovate. October, 2015. Washington, DC

TEDMED 2015. Recreate Yourself. November, 2015. Palm Springs, CA.

Bill Nye (the Science Guy) Startalk Radio show/podcast. November, 2015. Austin, TX

Keynote: Alliance for Continuing Education in the Health Professions Annual Conference. So you think you can innovate? January, 2016. National Harbor, MD.

Keynote: Association of Schools & Programs of Public Health. Identify and Encourage Innovative Research in Times of Austerity. March, 2016. Arlington, VA.

Keynote: Society of Biological Psychiatry Annual Meeting. Innovation in Science. May, 2016. Atlanta, GA.

Lewis Katz School of Medicine at Temple University. Commencement Address. May, 2016. Philadelphia, PA.

Keynote: Joint Policy Committee: Societies of Epidemiology. Congress of Epidemiology. Future of epidemiology. June, 2016. Miami, FL.

Collaboration with Chinese Academy of Science, Chinese Center for Disease Control and Prevention, and Institute of Microbiology Chinese Academy of Sciences. The Creativity Crisis. Beijing, China. August, 2016.

Keynote: Medical College of Wisconsin. Innovative Thinking. September, 2016.

Keynote: University of Pittsburgh Department of Epidemiology. Innovation in Epidemiology through Clinical Research Fall Seminar Series. October, 2016. Pittsburgh, PA.

Keynote: Mount Holyoke College Center for Leadership. "Imagination" Fall Series. January, 2017. South Hadley, MA.

Keynote: The University of Texas Health Science Center at Houston McGovern Medical School. Career Devlopment Seminar. March, 2017. Houston, TX.

Keynote: AAP, ASCI, and APSA Joint Annual Meeting. April, 2017. Chicago, IL.

Keynote: Gladstone Institute. April, 2017. San Francisco, CA.

Keynote: The University of Texas MD Anderson Cancer Center. Education Week. The Center for Innovation Generation and "Innovation in Education". May, 2017. Houston, TX.

Keynote: American Heart Association Reseach Leaders Academy. September, 2017. Denver, CO.

Keynote: Divison of Epidemiology and Community Health, School of Public Health, University of Minnesota. October, 2017. Minneapolis, MN.

Collaboration with Chinese Academy of Science & Chinese Translation of Book "*The Creativity Crisis*". December, 2017. Beijing, China.

Speaker: University of Nebraska Medical Center (UNMC) and University of Nebraska at Omaha (UNO) Breakthrough Thinking Conference. April, 2018. Omaha, NE.

Keynote: Charles C. Shephard Award Ceremony Keynote. Centers for Disease Control, Atlanta. June, 2018.

Visiting Professorship. Multiple speaking engagements. Norweigian Institute for Public Health. April-June 2019.

Keynote: Vietnam National University. Hanoi, Vietnam. February 2020

Seminar: Community Partners International. Yangon Myanmar. January 2020

# PUBLICATIONS

**Refereed and Invited Papers**

1. **Ness RB**, Price RA. (letter) An ecogenetic hypothesis for lung cancer. Arch Intern Med 1989; 149:1900.

2. **Ness RB**, Killian CD, Ness DE, Frost JB, McMahon D. Likelihood of contact with AIDS patients as a factor in medical students' residency choices.Acad Med 1989;64:588-94.

3. Price RA, Stunkard AJ, **Ness RB**, Wadden T, Heshka S, Kanders B, Cormillot A. Childhood onset (age <10) obesity has high familial risk. Int J Obes 1990;14:185-95.

4. Price RA, **Ness RB**, Laskarzewski P. Common major gene inheritance of extreme overweight. Hum Biol 1990;62:747-65.

5. Price RA, **Ness RB**, Sorensen TIA. Changes in commingled body mass index distributions associated with secular trends in overweight in Danish young men. Am J Epidemiol 1991;133:501-10.

6. **Ness RB.** Adiposity and age of menarche in Hispanic women. Am J Hum Biol 1991;3:41-7.

7. **Ness RB**, Price RA, Laskarzewski P. Inheritance of extreme overweight in black families. Hum Biol 1991;63:39-52.

8. **Ness RB**, Kelly JV, Killian CD. Housestaff recruitment to municipal and voluntary New York City residency programs during the AIDS epidemic. JAMA 1991;266:2843-6.

9. **Ness RB**, Kelly JV, Killian CD. (letter) Duty to attend upon the sick. JAMA 1992;267:1467-8.

10. Price RA, Lunetta K, **Ness RB**, Charles MA, Saad MF, Ravussin E, Bennett PH, Pettitt DJ, Knowler WC. Obesity in Pima Indians. Distribution characteristics and possible thresholds for genetic studies. Int J Obes 1992;16:851-7.

11. **Ness RB**. Bronchodilators added to inhaled corticosteroids. (editorial) ACP Journal Club 1993;118:48.

12. **Ness RB**. Effective education of patients with asthma who are allergic to dust mites. (editorial) ACP Journal Club 1993;118:14.

13. **Ness RB**, Kramer RA, Flegal KM. Gravidity, blood pressure and hypertension among white women in the Second National Health and Nutrition Examination Survey. Epidemiol 1993;4:303-9.

14. **Ness RB**, Harris T, Cobb J, Flegal KM, Kelsey JL, Balanger A, Stunkard AJ, D'Agostino RB. Number of pregnancies and the subsequent risk of cardiovascular disease. New Engl J Med 1993;328:1528-33.

15. **Ness RB**, Harris T, Cobb J. (letter) Gravidity and coronary heart disease. New Engl J Med 1993; 329:1894-5.

16. **Ness RB**. Estrogen and progestin for postmenopausal women: a meta-analysis. (editorial) ACP Journal Club 1993;118:65.

17.    **Ness RB**, Schotland HM, Flegal KM, Shofer FS. Reproductive history and coronary heart disease risk in women. Epidemiol Rev 1994;16(2):298-314.

18.    **Ness RB**. Race and survival after cardiac arrest. (editorial) ACP Journal Club 1994;120:47.

19.    **Ness RB**, Grisso JA. Minority recruitment to clinical studies: How difficult is it? (editorial) SGIM Forum 1994;71:1.

20.    **Ness RB**, Cobb J, Harris T. Does number of children increase the rate of coronary heart disease in men? Epidemiol 1995;6(4):442-445.

21.    **Ness RB**, Cosmatos I, Flegal KM. Gravidity and serum lipids among Hispanic women in the Hispanic Health and Nutrition Examination Survey.  J Wom Health 1995;4:149-59.

22.    **Ness RB**. Parity, adiposity and body fat distribution among Hispanic women. Am J Hum Biol 1995;7:657-63.

23.    **Ness RB**, Delaney K*, Rolfs RT, Gale JL.  Practice variability in the inpatient treatment of pelvic inflammatory disease. J Wom Health 1995;4:531-9.

24.    Soper D, **Ness RB**.  Pelvic inflammatory disease and involuntary infertility: Prospective pilot observations.  Infect Dis Obstet Gynecol 1995;3(4):145-8. PMCID: PMC2364436

25.    **Ness RB**. Women's Health come to Pittsburgh. (editorial) Allegheny County Medical Society Bulletin. Fall, 1995.

26.    Grisso JA, **Ness RB**.  Update in Women's Health.  Ann Intern Med 1996;123:737-4.

27.    Berlin JA, **Ness RB**.  Randomized clinical trials in the presence of diagnostic uncertainty: Implications for measures of efficacy and sample size. Controlled Clin Trials 1996;17:191-200.

28.    **Ness RB**, Roberts J.  Heterogeneous causes constituting the single syndrome of preeclampsia: A hypothesis and its implications. Am J Obstet Gynecol 1996;175:1365-70.

29.    **Ness RB**, Keder LM*, Soper DE, Amortegui AJ, Gluck J, Wiesenfeld H, Sweet RL, Rice PA, Peipert JF, Donegan SP, Kanbour-Shakier A.  Oral contraception and the recognition of endometritis. Am J Obstet Gynecol 1997;176:580-5.

30.    D'Elio MA*, **Ness RB**, Matthews KA, Kuller LH.  Are life stress and social support related to parity in women. Behav Med 1997;23(2):87-94.

31.    **Ness RB**, Kuller LH.  The study of women's health as a paradigm for understanding disease mediation. J Wom Health 1997;6:329-36.

32.    **Ness RB**, Markovic N, Carlson CL*, Coughlin MT.*  Do men become infertile after sexually transmitted urethritis: an epidemiologic analysis. Fertil Steril 1997;68:205-13.

33.    **Ness RB**, Nelson DB*, Kumanyika SK, Grisso JA.  Evaluating minority recruitment into clinical studies: how good are the data? Ann Epidemiol 1997; 7:472-8.

34.    Grisso JA, **Ness RB**, Hendrix S.  Update in women's health. Ann Int Med 1997; 127:1006-12.

35.    **Ness RB**, Grisso JA. (letter) Women's Health. Ann Intern Med 1997;126:411.

36.    **Ness RB**, Soper DE, Peipert J, Sonheimer SJ, et al. Design of the PID Evaluation and Clinical Health (PEACH) Study. Controlled Clin Trials 1998;19:499-514.

37.    Sozio J*, **Ness RB**.  Chlamydial lower genital tract infection and spontaneous abortion. Infect Dis Obstet Gynecol 1998;6:8-12. PMCID: PMC1784775

38.    **Ness RB**, McLaughlin MT, Heine RP, Bass DC, Mortimer L.  Fetal fibronectin as a marker to discriminate between ectopic and intrauterine pregnancies. Am J Obstet Gynecol 1998;179

39.    Nelson DB*, **Ness RB**, Peipert JF, Soper DE, Amortegui AJ, Gluck J, Wiesenfeld H, Rice PA. Factors predicting upper genital tract inflammation among women with lower genital tract infection. J Wom Health 1998;7:1033-1040.

40.    Powers RW, Evans RW, Majors AK, Ojimba JI, **Ness RB**, Crombleholme WR, Roberts JM. Plasma homocysteine is increased in preeclampsia and associated with evidence of endothelial activation. Am J Obstet Gynecol 1998;179:1605-11.

41.    **Ness RB**. HRT is not associated with cardiovascular events or cancer in postmenopausal women in recent clinical trials. (editorial) ACP Journal Club 1998;126:48.

42.    **Ness RB**, Grisso JA, Hirshinger N, Markovic N, Shaw L, Day N, Kline J.  Cocaine exposure increases the risk of spontaneous abortion. N Engl J Med 1999;340:333-9.

43.    **Ness RB**, Cottreau C.*  Possible role of pelvic inflammation in ovarian cancer.  J Natl Cancer Inst 1999;91:1459.

44.    Powers RW, Minich LA, Lykins DL, **Ness RB**, Crombleholme WR, Roberts JM. Methylenetetrahydrofolate reductase polymorphism, folate and susceptibility to preeclampsia. J Soc Gyn Invest 1999;6:74-9.

45.    Lain KY*, Powers RW, Krohn MA, **Ness RB**, Crombleholme WR, Roberts JM.  Urinary cotinine concentration confirms the reduced risk of preeclampsia with tobacco exposure.  Am J Obstet Gynecol 1999;181:1192-6.

46.    Bigbee WL, Day RD, Grant SG, Keohavong P, Xi L, Zhang L, **Ness RB**.  Impact of maternal lifestyle factors on newborn *hprt* mutant frequencies and molecular spectrum - initial results from the Prenatal Exposures and Preeclampsia Prevention (PEPP) Study.  Mutation Res 1999;431(2);279-89.

47.    **Ness RB**.  Women's Health, Hormones, Emotions and Behavior. (book review) Obstet Gynecol 1999;3:39.

48.    **Ness RB**, Cottreau C.* (letter) Possible role of ovarian epithelial inflammation in ovarian cancer. J Natl Cancer Inst 2000;92(2)162-3.

49.    **Ness RB**, Grisso JA, Cottreau C*, Klapper J, Vergona R, Wheeler JE, Morgan M, Schlesselman JJ.  Factors related to inflammation of the ovarian epithelium and risk of ovarian cancer. Epidemiol 2000;11:111-17.

50.    Hubel CA, Snaedal S, **Ness RB**, Geirsson RT, Roberts JM, Arngrimsson R.  Dyslipoproteinemia in postmenopausal women with a history of eclampsia Br J Obstet Gynecol 2000;107.

51.    Peipert JF, **Ness RB**, Soper DE, Bass D.  Association of lower genital tract inflammation with objective evidence of endometritis. Infect Dis Obstet Gynecol 2000;8(2):83-7. PMCID: PMC1784668

52.    Whiteman D, Murphy M, Cook L, Cramer D, Hartge P, Marchbanks P, Nasca P, **Ness RB**, Purdie D, Risch H.  Multiple births and risk of epithelial ovarian cancer.  J Natl Cancer Inst 2000;92:1172-7.

53.    **Ness RB**, Grisso JA, Klapper J, Schlesselman JJ, Silberzweig S, Vergona R, Morgan M, Wheeler JE and the SHARE Study Group.  Risk of ovarian cancer in relation to estrogen and progestin dose and use characteristics of oral contraceptives.  Am J Epidemiol 2000;152:233-41.

54.    **Ness RB**, Ukoli F, Hunt S, Kiely SC, McNeil MA, Richardson V, Weissbach N.  Salary equity among male and female physicians.  Ann Intern Med 2000;133:104-110.

55.   Cottreau CM*, **Ness RB,** Kriska AM.  Physical activity and the reduced risk of ovarian cancer. Obstet Gynecol 2000;96(4):609-14.

56.   Teppa RJ, **Ness RB**, Crombleholme WR, Roberts JM.  Free leptin is increased in preeclamptic compared to normal pregnant women. J Metab Clin Exper 2000;49(8):1043-8.

57.   **Ness RB**, Grisso JA, Klapper J, Vergona R. Racial differences in ovarian cancer risk. J Natl Med Assoc. 2000;92(4):176-82. PMCID: PMC2640605

58.   Markovic N, **Ness RB**, Grisso JA, Shaw LM, Cefilli D, Stahmer S.  Substance use measures among women in early pregnancy. Am J Obstet Gynecol 2000;183:627-32.

59.   **Ness RB**, Buhari A, Gutai J, Kuller LH.  Reproductive history in relation to plasma hormone levels in healthy post-menopausal women. Maturitas 2000;35:149-57.

60.   Boyles SH*, **Ness RB**, Grisso JA, Markovic N, Bromberger J.  Life events stress, social support and effects of spontaneous abortion. Health Psychol 2000;19:510-4.

61.   Cooper GS, Longnecker MP, Sandler DP, Ness RB.  Risk of ovarian cancer in relation to use of phenolphthalein-containing laxatives. Br J Cancer 2000;82(3):404-6. PMCID: PMC2374557

62.   **Ness RB**, Soper DE, Holley RL, et al.  Douching and endometritis: results from the PID Evaluation and Clinical Health (PEACH) Study.  Sex Transm Dis 2001;28:240-5.

63.   Whiteman D, Murphy M, Cook L, Cramer D, Hartge P, Marchbanks P, **Ness RB,** et al.  (letter) Multiple births and risk of epithelial ovarian cancer. J Natl Cancer Inst 2001;93:319-20.

64.   **Ness RB**, Grisso JA, Vergona R, Klapper J, Schlesselman JJ, Morgan M, Wheeler JE.  Oral contraceptives, other methods of contraception, and risk reduction for ovarian cancer risk. Epidemiology 2001;12:307-12.

65.   Peipert JF, **Ness RB**, Blume J, et al. Clinical predictors of endometritis in women with symptoms and signs of pelvic inflammatory disease. Am J Obstet Gynecol 2001;184(5):856-63.

66.   **Ness RB**, Soper DE, Holley RL, Peipert J, Randall H, Sweet RL, et al.  Hormonal and barrier contraception and risk of upper genital tract disease in the PID Evaluation and Clinical Health (PEACH) Study.  Am J Obstet Gynecol 2001;185:121-27.

67.   Powers RW, Evans RW, **Ness RB**, Crombleholme WR, Roberts JM.  Homocysteine and cellular fibronectin are increased in preeclampsia, not transient hypertension of pregnancy.  Hyper Preg 2001;20(1):69-77.

68.   **Ness RB**, Ukoli F.(letter) Salary equity among male and female physicians.  Ann Int Med 2001;134:798-99.

69.   Nelson DB*, **Ness RB**, Grisso JA, Cushman M.  Influence of hemostatic factors on spontaneous abortion.  Am J Perinatology 2001;18(4):195-201.

70.   Lanasa MC*, Hogge WA, Kubik CJ, **Ness RB**, Harger J, Nagel T, Prosen T, Hoffman EP.  A novel genetic etiology of recurrent spontaneous abortion.  Am J Obstet Gynecol 2001;185(3):563-8.

71.   Modugno FM*, **Ness RB**.  Reproductive risk factors for epithelial ovarian cancer according to histologic type and invasiveness. Ann Epidemiol 2001;11(8):568-74.

72.   Vine MF, **Ness RB**, Calingaert B, Schildkraut JM, Berchuck A.  Types and duration of symptoms prior to diagnosis of invasive or borderline ovarian tumor.  Gyn Oncol 2001;83(3):466-71.

73.     Collins JJ, **Ness RB**, Tyl RW, Kriuanek N, Esmen NA, Hall TA.  A review of adverse pregnancy outcomes and formaldehyde exposure in human and animal studies.  Reg Tox Pharmacol 2001;34:17-34.

74.     Kagan VE, Tyurin VA, Borisenko GG, Fabisiak JP, Hubel CA, **Ness RB**, McLaughlin MK, Roberts JM.  Mishandling of copper by albumin: role in redox-cycling and oxidative stress in preeclapmsia plasma. Hypertension Preg 2001;20(3):221-41.

75.     **Ness RB.**  Women's Health. (book review) Ann Intern Med 2001;556.

76.     Walker GR, Schlesselman JJ, **Ness RB**.  Family history of cancer, oral contraceptive use, and ovarian cancer risk.  Am J Obstet Gynecol 2002;186(1):8-14.

77.     **Ness RB**, Cauley JA, Kuller LH.  Estrogen-replacement therapy after ischemic stroke.  (letter) New Engl J Med 2002;346:942-3.

78.     **Ness RB**, Cramer DW, Goodman MT, et al.  Infertility, fertility drugs and ovarian cancer: a pooled analysis of case-control studies.  Am J Epid 2002;155:217-24.

79.     **Ness RB**, Wisniewski SR, Eng H, et al.  A cell viability assay for in vitro drug testing in ovarian cancer:  correlation between in vitro kill and clinical response. Anticancer Res 2002;22:1145-50.

80.     **Ness RB**, Soper DE, Holley RL, et al.  Effectiveness of inpatient and outpatient treatment strategies for women with pelvic inflammatory disease:  Results from the PID Evaluation and Clinical Health (PEACH) Study.  Am J Obstet Gynecol 2002;186:929-37.

81.     Modugno FM*, **Ness RB**, Vergona R.  Cigarette smoking and the risk of mucinous and non-mucinous epithelial ovarian cancer.  Epidemiol 2002;13:467-71.

82.     Sit A*, Modugno FM*, Weissfeld JL, Berga SL, **Ness RB**.  Hormone replacement therapy formulations and risk of epithelial ovarian carcinoma. Gynecol Oncol 2002;86:118-23.

83.     Needleman H, McFarland C, **Ness RB**, Tobin M, Greenhouse J.  Bone lead levels in adjudicated elinquents:  a case-control study. Neurotoxicol Teratol 2002;24:711-7.

84.     Nelson DB*, **Ness RB,** Grisso JA, Cushman M.  Sex hormones, hemostasis and early pregnancy loss.  Archives Gynecol Obstet 2002;267:7-10.

85.     **Ness RB**, Hillier SL, Richter HE, Soper DE, Stamm C, McGregor, et al.  Douching in relation to bacterial vaginosis, lactobacilli, and facultative bacteria in the vagina.  Obstet Gynecol 2002;765-72.

86.     **Ness RB**, Hillier SL, Richter HE, Soper DE, Stamm C, Bass DC, Sweet RL, Rice P, Downs J, Aral S.  Why women douche and why they may or may not stop.  Sex Trans Dis 2003;30:71-4.

87.     Modugno FM*, **Ness RB**, Cauley JA, Dong T.  Effect of raloxifene on sexual function in older postmenopausal women with osteoporosis.  Obstet Gynecol 2003;101:353-61.

88.     Heine RP, **Ness RB**, Roberts JM.  Seroprevalence of antibodies to *Chlamydia pneumoniae* in women with preeclampsia.  Obstet Gynecol 2003;101(2):221-6

89.     Haggerty CL*, **Ness RB**, Amortegui A, Hendrix SL, et al.  Endometritis does not predict long-term outcomes after pelvic inflammatory disease.  Am J Obstet Gynecol 2003;188:141-8.

90.     **Ness RB**, Goodman MT, Shen C, Brunham RC.  Serologic evidence of past infection with *C. trachomatis* in relation to ovarian cancer.  J Infect Dis 2003;187(7):1147-52.

91.   **Ness RB**, Hillier SL, Richter HE, Soper DE, Stamm C, Bass DC, Sweet RL, Rice P.  Can known risk factors explain racial differences in the occurrence of bacterial vaginosis?  JNMA 2003;95:201-12. PMCID: PMC259442

92.   Haggerty CL*, **Ness RB**, Kelsey S, Waterer G.  The impact of estrogen and progesterone on asthma. Ann Allergy Asthma Immunol 2003;90(3):284-91.

93.   **Ness RB**, Soper DE, Holley RL. The PEACH randomized trial. Am J Obstet Gynecol(letter)2003;188:599-600.

94.   Evans RW, Powers RW, **Ness RB**, et al.  Maternal and fetal amino acid concentrations and fetal outcomes during preeclampsia.  Reproduction 2003;125:785-90.

95.   **Ness RB**.  Endometriosis and ovarian cancer: Thoughts on shared pathophysiology.  Am J Obstet Gynecol 2003;189:280-94.

96.   Troissi R, Potischman N, Roberts JM, **Ness RB**, Crombleholme W, Lykins D, Siiteri P, Hoover RN.  Maternal serum estrogen and androgen concentrations in preeclamptic and uncomplicated pregnancies.  Int J Epidemiol 2003;32:455-60.

97.   Modugno FM*, Moslehi R, **Ness RB**, et al.  Reproductive factors and ovarian cancer risk in Jewish BRCA1 and BRCA2 mutation carriers.  Cancer Causes Control 2003;14:439-46.

98.   Haggerty CL*, **Ness RB**.  What is chronic pain?  Ann Epid 2003;13:584-5.

99.   Lain KY, Wilson JJ, Crombleholme WR, **Ness RB**, Roberts JM.  Smoking is associated with alterations in markers of endothelial activation in normal pregnancy.  Am J Obstet Gynecol 2003;189:1196-201.

100.  Nelson DB, Grisso JA, Joffe MM, Brensinger C, **Ness RB**, McMahon K, Shaw L, Datner E.  Violence does not influence early pregnancy loss.  Fertil Steril 2003;80:1205-11.

101.  Cauley JA, Zmuda JM, Lui LY, Hillier TA, **Ness RB**, et al.  Lipid-lowering drug use and breast cancer in older women:  a prospective study.  J Wom Health 2003;12:749-56.

102.  Cottreau CM*, **Ness RB**, Modugno F, Allen GO, Goodman MT.  Endometriosis and its treatment with danazol or lupron in relation to ovarian cancer.  Clin Cancer Res 2003;9:5142-4.

103.  Modugno FM*, **Ness RB**, Allen GO.  Alcohol consumption and the risk of mucinous and non-mucinous epithelial ovarian cancer.  Obstet Gynecol 2003;102:1336-43.

104.  **Ness RB**, Markovic N, Harger G.  Family history of hypertension, heart disease, and stroke among women who develop hypertension in pregnancy.  Hypertension 2003;102:1366-71.

105.  Haggerty CL*, Schulz R, **Ness RB**.  Lower quality of life among women with chronic pelvic pain following pelvic inflammatory.  Obstet Gynecol 2003;102:934-9.

106.  Modugno FM and the ovarian cancer and high-risk women presenters.  Ovarian cancer and high-risk women:  implications for prevention, screening, and early detection.  Gynecologic Oncology 2003; 91:15-31.

107.  **Ness RB**, Bondy ML, Branas C, Camargo CA, et al. Dissent is a cornerstone of scientific discourse. Ann Epidemiol 2003;13:597-8

108.  **Ness RB**.  Ovarian cancer, inflammation, and endometriosis.  CME J Gynecol Oncol 2003;8:33-40

109.  **Ness RB.**  The positive value of cervical findings in women less than 25 years old.  (editorial) WHO SDI Publication Review 2003
      http://www.who.int/std_diagnostics/literature_reviews/default.htm

110. Cook RL*, May S, Harrison L, Ismoero R, **Ness RB**, Batista S, Bastos MS.  High prevalence of sexually transmitted diseases in young women seeking HIV testing in Rio de Janiero, Brazil.  Sex Trans Dis 2004;31:67-72.

111. Ryan MAK, **Ness RB**, Wells TS, O'Donnell FL.  Birth defects among infants of Gulf War veterans, 1989-1993.  Birth Defects Res 2004;70(1):47

112. **Ness RB**, Cauley JA.  Antibiotics and breast cancer: what's the meaning of this?  (editorial) JAMA 2004;291(7):880-1.

113. **Ness RB**, Brunhan CC, Shen C, Bass DC.  PID Evaluation Clinical Health (PEACH) Study Investigators.  Associations among human leukocyte antigen (HLA) class II DQ variants, bacterial STDS, endometritis, and fertility among women with clinical pelvic inflammatory disease.  Sex Trans Dis 2004;31(5):301-4.

114. Agatisa PK*, **Ness RB**, Roberts JM, Costantino JP, Kuller LH, McLaughlin MK.  Impairment of endothelial function in women with a history of preeclampsia: an indicator of cardiovascular risk.  Am J Physiol Heart Circ Physiol 2004;286(4):H1389-93.

115. Dunbar-Jacob J, Sereika SM, Foley SM, Bass DC, **Ness RB**.  Adherence to oral therapies in pelvic inflammatory disease.  J Wom Health 2004;13(3):285-91.

116. Songer TJ, Lave JR, Kamlet MS, Frederick S,* **Ness RB**.  Preferences for fertility in women with pelvic inflammatory disease.  Fertil Steril 2004;81(5):1344-50

117. Hubel CA, Bodnar LM, Many A, Harger G, **Ness RB**, Roberts JM.  Non-glycosylated ferritin predominates in the circulation of women with preeclampsia but not intrauterine growth restriction:  pathophysiological implications.  Clin Chem 2004;50(5):948-51

118. **Ness RB**, Markovic N, Harger GF, Day R.  Barrier methods, length of pre-conception intercourse, and preeclampsia.  Hyper Preg 2004;23(3):227-35

119. Haggerty CL*, Hillier SL, Bass DC, **Ness RB**.  Bacterial vaginosis and anaerobic bacteria are associated with endometritis.  Clin Infect Dis 2004;39(7):990-5

120. **Ness RB**, Haggerty CL*, Harger G, Ferrell R.  Differential distribution of allelic variants in cytokine genes among African-Americans and white Americans.  Am J Epidemiol 2004;160(1):1033-8

121. Nukui T*, Day RD, Sims CS, **Ness RB**, Romkes M.  Maternal and newborn GSTT1 null genotype contributes to risk of preterm low birthweight infants.  J Pharmacogenetics 2004;14(9):569-76

122. Bushley AW*, Ferrell R, McDuffie K, Terada KY, Carney ME, Thompson PJ, Wilkens LR, Tung K, **Ness RB**, Goodman MT.  Polymorphisms of interleukin (IL)-la, IL-1β, IL-6.IL-10 and IL-18 and the risk of ovarian cancer.  Gynecol Oncol 2004;95(3):672-9

123. Wolf M, Hubel CA, Lam C, Sampson M, Ecker JL, **Ness RB**, et al.  Preeclampsia and future cardiovascular disease: potential role of altered angiogenesis and insulin resistance. J Clin Endocrinol Metab 2004;89(12):6239-43

124. **Ness RB**, Hillier SL, Kip KE, Soper DE, Stamm CA, McGregor JA, Bass DC, Sweet RL,  Rice P, Richter HE.  Bacterial vaginosis and risk of pelvic inflammatory disease.  Obstet Gynecol 2004;104(4):761-9

125. **Ness RB**, Randall H, Richter H, et al.  Condom use and the risk of recurrent pelvic inflammatory disease (PID), chronic pelvic pain, and infertility, following PID.  Am J Pub Health 2004;94(8):1327-9. PMCID: PMC1448448

126. Patrick TE*, Powers RW, Daftary AR, **Ness RB**, Roberts JM.  Homocystine and folic acid are inversely related to African-American women with preeclampsia.  Hypertension 2004;43:1279-82

127. **Ness RB.**  The liquid-based Pap Smear is a specific method for detection of T. vaginalis. (editorial) WHO SDI Publication Review 2004
http://www.who.int/std_diagnostics/literature_reviews/default.htm

128. **Ness RB**.  The consequences for human reproduction of a robust inflammatory response.  Quart Rev Biology 2004;79:383-93

129. Rajakumar A, Brandon HM, Daftary A, **Ness R**, Conrad KP.  Evidence for the functional activity of hypoxia inducible transcription factors overexpressed in preeclamptic placentae.  Placenta 2004;25:763-9

130. Modugno FM, **Ness RB**, Allen GO, Schildkraut JM, Davis FG, Goodman MG.  Oral contraceptive use, reproductive history and the risk of epithelial ovarian cancer in women with and without endometriosis. Am J Obstet Gynecol 2004;191:733-40

131. **Ness RB**, Hillier SL, Richter HE, Soper DE, Stamm C, McGregor J, Bass DC, Kip K, Sweet RL, Rice P.  Douching, pelvic inflammatory disease, and incident gonococcal and chlamydial genital infection in a cohort of high risk women.  Am J Epidemiol 2005;161(2):186-95

132. Gierach GL*, Modugno FM, **Ness RB**.  Relations of gestational length, timing, and type of incomplete pregnancy to ovarian cancer risk. Am J Epidemiol 2005;161:452-61

133. **Ness RB.**  A year is a terrible thing to waste: early experience with HIPAA. (editorial) Ann Epidemiol 2005;15:85-6

134. Greer JB*, Modugno FM, Allen GO, **Ness RB**.  Androgenic progestins in oral contraceptives and the risk of epithelial ovarian cancer.  Obstet Gynecol 2005;105:731-40.

135. Keohavong P, Xi L, Day RD, Zhang L, Grant SG, Day BW, **Ness RB**, Bigbee WL.  HPRT gene alterations in umbilical cord blood T-lymphocytes in newborns of mothers exposed to tobacco smoke during pregnancy.  Mutation Res 2005;572:156-66.

136. Shapiro R, Basu A, Tan H, Gray E, Kahn A, Randhawa P, Murase N, Zeevi A, Metes D, **Ness R**, Bass DC, Demetris AJ, Fung JJ, Marcos A, Starzl TE.  Kidney transplantation under minimal immunosupression following pretransplant lymphoid depletion with Thymoglobulin or Campath. J Am Coll Surgens 2005;200:505-15. PMCID: PMC2980295

137. Cook RL*, Hutchinson S, Ostergaard L, Braithwrite S, **Ness RB**.  Systematic Review: Non-invasive testing for *Chlamydia trachomatis* and *Neisseria gonorrhea*: A systematic review. Annals of Int Med 2005;142:914-925.

138. Forest JC, Girouard J, Massé J, Moutquin JM, Kharfi A, **Ness RB**, Roberts JM, Giguere Y.  Early occurrence of metabolic syndrome after hypertension in pregnancy. Obstet Gynecol 2005;105(6):1373-80.

139. Goodman MT, Ferrell R, McDuffie K, Thompson PJ, Wilkens LR, Bushley AW, Terada KY, Carney ME,  **Ness RB**.  Calcitonin gene polymorphism CALCA-624 (T/C) and ovarian cancer. Environmental & Molecular Mutagenesis 2005;46(1):53-8.

140. Haggerty CL*, Peipert J, Weitzen S, Hendrix SL, Holley RL, Nelson DB, Randall H, Soper DE, Wiesenfeld H, **Ness RB**.  Predictors of chronic pelvic pain in an urban population of women with symptoms and signs of pelvic inflammatory disease. Sex Trans Dis 2005;32(5):293-9.

141.  Haggerty CL*, Ferrell RE, Hubel, CA, Markovic N, **Ness RB**.  Association between allelic variants in cytokine genes and preeclampsia. Am J Obstet Gynecol 2005;193(1):209-15.

142.  Powers RW, Cooper KM, Gallaher MJ, Frank MP, Harger GF, Roberts VM, **Ness RB**.  Maternal serum fms-like tyrosine kinase 1 concentrations are not increased in early pregnancy and decrease more slowly postpartum in women who develop preeclampsia.  Am J Obstet Gynecol 2005;193(1):185-91.

143.  **Ness RB**, Kip KE, Soper DE, Hillier SL, Stamm CA, Sweet RL, Rice P, Richter HE.  Bacterial vaginosis (BV) and the risk of incident gonococcal or chlamydial genital infection in a predominantly black population.  Sex Trans Dis 2005;32(7):413-7.

144.  Wiesenfeld HA, **Ness RB**, et al. Comparison of acute and subclinical pelvic inflammatory disease.  Sex Trans Dis 2005;32(7):400-5.

145.  Greer JB*, Modugno FM, Allen GO, **Ness RB**.  Short term oral contraceptives and the risk of epithelial ovarian cancer. Am J Epidemiol 2005;62(1):66-72.

146.  Ault KA, **Ness RB**.  Condoms and reproductive health (letter).  Am J Obstet Gynecol 2005;193(2):591.

147.  Ismailov RM*, Weiss HB, **Ness RB**, Lawrence BA, Miller TR.  Blunt cardiac injury associated with cardiac valve insufficiency:  trauma links to chronic disease? Injury 2005;36(9):1022-8.

148.  Bodnar LM*, **Ness RB**, Markovic N, Roberts JM.  The risk of preeclampsia rises with increasing prepregnancy body mass index.  Ann Epidemiol 2005;15:475-82.

149.  Shibata E, Rajakumar A, Powers RW, Larkin RW, Gilmour C, Bodnar LM, Crombleholme WR, **Ness RB**, Roberts JM, Hubel CA.  Soluble fms-like tyrosine kinase 1 is increased in preeclampsia but not in normotensive pregnancies with small-for-gastational-age neonates: relationship to circulating placental growth factor.  J Clin Endocrinol Metab 2005;90(8):4895-903.

150.  **Ness RB**, Hubel CA.  Risk for coronary artery disease and morbid preeclampsia:  A commentary.  Ann Epidemiol 2005;15:726-33.

151.  **Ness RB**, Kip K, Hillier SL, Soper DE, Stamm CA, Sweet RL, Rice P, Richter HE.  Cluster analysis of bacterial vaginosis-associated microflora and pelvic inflammatory disease. Am J Epidemiol 2005;162:585-90.

152.  Ismailov RM*, **Ness RB**, Weiss HB, Lawrence BA, Miller TR. Trauma associated with acute myocardial infarction in a multi-state hospitalized population.  Int J Cardiol  2005;105:141-6.

153.  Roberts JM, Bodnar LM, Lain KY, Hubel CA, Powers RW, **Ness RB**, Markovic N.  Uric acid is as important as proteinuria as an indicator of the risk from gestational hypertension. Hypertension 2005;46:1263-9.

154.  **Ness RB**.  Intersections between adverse pregnancy outcomes.  Women's Health 2005;1(2):245-51.

155.  Lain K, **Ness RB**, et. al.  Effect of smoking on uric acid and other metabolic markers throughout normal pregnancy.  J Clin Endocrinol Metab 2005;90:5743-6.

156.  Greer JB*, Modugno F, **Ness RB,** Allen GO.  Anthropometry and risk of epithelial ovarian cancer.  Cancer 2005;106:2247-57.

157.  Eghtesad B, Fung JJ, Demetris AJ, Murase N, **Ness R**, Bass DC, Gray EA, Shakil O, Marcos A, Starzl TE. Immunosupression for liver transplantation in HCV-infected patients: mechanism-based principles.  Liver Transplantation 2005;11:1343-52. PMCID: PMC 2962573

158.  Bodnar LM\*, **Ness RB**, Harger GF, Roberts JM.  Inflammation and triglycerides partially mediate the effect of prepregnancy body mass index on the risk of preeclampsia.  Am J Epidemiol 2005;162(12):1198-206.

159.  Modugno F, **Ness RB**, Chen C, Weiss NS.  Inflammation and endometrial cancer:  a hypothesis. Cancer Epidemiol Biomarkers Prev 2005;14:2840-7.

160.  **Ness RB**, Trautmann G, Richter HE, Randall H, Peipert JF, Nelson DB,  Schubeck D, McNeeley SG, Trout W, Bass DC, Soper DE.  Effectiveness of treatment strategies of some women with pelvic inflammatory disease: a randomized trial. Obstet Gynecol. 2005;106(3):573-80.

161.  **Ness RB.**  When *N. gonorrhoeae* nucleic acid amplification tests are applied to a population with a low prevalence of gonorrhea, the tests' positive predictive value could be unacceptably low.  (editorial)  WHO SDI Publication Review 2005  http://www.who.int/std_diagnostics/literature_reviews/default.htm

162.  Powers RW, Bodnar LM, **Ness RB**, et al.  Uric acid concentrations in early pregnancy among preeclamptic women with gestational hyperuricemia at delivery. Am J Obstet Gynecol 2006;194(1):160-5.

163.  **Ness RB**, Smith KJ, Chang CH, Schisterman E, Bass DC, and the GIFT Investigators. Prediction of pelvic inflammatory disease among high risk women. Sex Trans Dis 2006;33:137-42.

164.  Modugno FM, Ngo DL, Allen GO, Kuller LH, **Ness RB**, Vogel VG, Constantino JP, Cauley JA.  Breast cancer risk factors and mammographic breast density in women over age 70.  Breast Cancer Res Treat 2006;97:157-66.

165.  **Ness RB** for the ACE Policy Committee. Innovation in NIH scientific review. Ann Epidemiol 2006;16:411-2.

166.  Gierach GL\*, Modugno F, **Ness RB**.  Gender of offspring and maternal ovarian cancer risk. Gynecol Onc 2006;101(2):476-80.

167.  Nukui T\*, Day RD, Gordish-Dressman HA, Harger G, Bigbee WL, **Ness RB**, Romkes M.  The absence of interaction between drug metabolizing enzyme genotypes and maternal lifestyle factors on glycophorin A somatic mutation frequency levels in newborns. Pharmacogen Genom 2006;16(2):129-138.

168.  Catov JM\*, Newman AB, Kelsey SF, Roberts JM, Sutton-Tyrrell KC, Garcia M, Ayonayon HN, Tylavsky F, **Ness RB**. Accuracy and reliability of maternal recall of infant birth weight among older women. Ann Epidemiol 2006;16(6):429-31.

169.  **Ness RB**, Kip K, Soper DE, Hillier SL, Stamm CA, Rice P, Richter HE. Variability of bacterial vaginosis over 6-12 months intervals. Sex Trans Dis 2006;33(6):381-5.

170.  **Ness RB** for the ACE Policy Committee.  The role of the epidemiologist in clinical and translational science.  Ann Epidemiol 2006; 16(5):409-10.

171.  Schreiber CA\*, Harwood BJ, Switzer GE, Creinin M, Reeves MF, **Ness RB**. Training and attitudes about contraceptive management across primary care specialties: a survey of graduating residents. Contraception 2006;73(6):618-22.

172.  Haggerty CL, **Ness RB.**  Epidemiology, pathogenesis, and treatment of pelvic inflammatory disease.  Expert Rev Anti-Infect Ther 2006;4(2):235-47

173.    **Ness RB**, Modugno FM.  Endometriosis as a model for inflammation-hormone interactions in ovary and breast cancers.  Eur J Cancer 2006;42(6):691-703.

174.    **Ness RB** for the ACE Policy Committee.  Plan to recognize multiple principal investigators on NIH grants. Ann Epidemiol 2006;16:413.

175.    **Ness RB,** ACE Policy Committee.  Regarding "ACE Policy Committee letter".  Ann Epidemiol 2006;16(10):796.

176.    Bodnar LM, Tang G, **Ness RB**, Harger G, Roberts JM.  Periconceptual multivitamin use reduces the risk of preeclampsia.  Am J Epidemiol 2006;164:470-7.

177.    Foxman B, Camargo CA, Lilienfeld D, Linet M, Mays VM, McKeown R, **Ness RB**, Rothenberg R.  Looking back at hurricane Katrina: lessons for 2006 and beyond. (letter) Ann Epidemiol 2006;16:652-3.

178.    **Ness RB**, Sibai B.  Shared and disparate components of the pathophysiologies of fetal growth restriction and preeclampsia. Am J Obstet Gynecol 2006;195(1):40-9.

179.    Mazzaferro K, Murray P, **Ness RB**, Tyus N, Bass D, Cook RL.  Depression, stress and social support as predictors of high-risk sexual behaviors and STIs in young women. J Adolesc Health 2006;39(4):601-3.

180.    Haggerty CL, Totten PA, Astete SG, **Ness RB**. Mycoplasma genitalium among women with nongonococcal, nonchlamdydial pelvic inflammatory disease.  Infect Dis Obstet Gynecol 2006:30184. PMCID: PMC1581464

181.    **Ness RB.**  Methods in social epidemiology. (book review) Am J Epidemiol 2006;164:1026

182.    Catov JM*, Newman AB, Roberts JM, Sutton-Tyrrell KC, Kelsey SF, Harris T, Jackson R, Colbert LH, Satterfiled S, Ayonayon HN, **Ness RB**.  Association between infant birth weight and maternal cardiovascular risk factors in the Health, Aging and Body Composition Study. Ann Epidemiol 2007;17(1):36-43.

183.    **Ness RB**. Writing science: The story's the thing. Sciencecareers.org.  Science 2007. http://sciencecareers.sciencemag.org/career_development/previous_issues/articles/2007_04_06/c aredit_a0700047/

184.    Escobar PA, Olivero OA, Wade NA, Abrams EJ, Nesel CJ, **Ness RB**, Day RD, Day BW, Meng Q, O'Neill JP, Walker DM, Poirier MC, Walker VE, Bigbee WL.  Genotoxicity assessed by the comet and GPA assays following in vitro exposure of human lymphoblastoid cells (H9) or perinatal exposure of mother-child pairs to AST or AST-3TC. Environ Mol Mutagen 2007;48(3-4):330-43.

185.    Meng Q, Olivero OA, Fasco MJ, Bellisario R, Kaminsky L, Pass KA, Wade NA, Abrams EJ, Nesel CJ, **Ness RB**, Bigbee WL, O'Neill JP, Walker DM, Poirier MC, Walker VE.  Plasma and cellular markers of 3'-azido-3'-dideoxythymidine (AZT) metabolism as indicators of DNA damage in cord blood mononuclear cells from infants receiving prepartum NRTI's. Environ Mol Mutagen 2007;48(3-4):307-21.

186.    Catov JM*, Bodnar LM, **Ness RB**, Markovic N, Roberts JM. Association of periconceptional multivitamin use and risk of preterm or small-for-gestational-age births.  Am J Epidemiol 2007;166(3):296-303.

187.    Gayther S, Song H, Ramus SJ, Kjaer SK, Whittemore A, Quaye L, Tyre J, Shadforth D, Hogdall E, Hogdall C, Blaeker J, DiCioccio R, McGuire V, Webb PM, Beesley J, The Australian Ovarian Cancer Study Group, Green AC, Whiteman DC, The Australian Cancer Study (Ovarian Cancer), Goodman MT, Lurie G, Carney ME, Modugno F, **Ness RB**, Edwards RP, Moysich KB, Goode

EL, Couch FJ, Cunningham JM, Sellers TA, Wu AH, Pike MC, Iverson ES, Marks JR, Garcia-Closas M, Brinton L, Lissowka J, Peplonska B, Easton DF, Jacobs I, Ponder BAJ, Schildkraut J, Pearce CL, Chenevix-Trench G, Berchuck A, Pharoah PDP on behalf of the Ovarian Cancer Association Consortium.  Tagging single nucleotide polymorphisms in cell cycle control genes and susceptibility to invasive epithelial ovarian cancer.  Cancer Research 2007;67(7):3027-35.

188.   Jenkins LD, Powers RW, Adotey M, Gallaher AJ, Markovic N, **Ness RB**, Roberts JM.  Maternal leptin concentrations are similar in African Americans and Caucasians in normal pregnancy, preeclampsia and with small for gestational age infants.  Hypertension Preg 2007;26(1):101-9.

189.   **Ness RB**, ACE Policy Committee.  Biospecimen "ownership": point. Cancer Epidemiol Biomarkers Prev 2007;16(2):188-9.

190.   Haggerty CL, **Ness RB**.  Newest approaches to pelvic inflammatory disease treatment: a review of the recent randomized clinical trials.  Clin Infect Dis 2007;44(7):953-60.

191.   Smith KJ*, **Ness RB**, Roberts MS.  Hospitalization for pelvic inflammatory disease: a cost-effectiveness analysis.  Sex Trans Dis 2007;34(2):108-12.

192.   Bodnar LM, Catov JM, Klebanoff MA, **Ness RB**, Roberts JM.  Prepregnancy body mass index and the occurrence of severe hypertensive disorders of pregnancy.  Epidemiology 2007;18(2):234-9.

193.   **Ness RB**, Samet JM, Camargo CA, Hiatt RA, ACE Policy Committee. American College of Epidemiology weighs in on new NCI biorepository guidelines.  Ann Epidemiol 2007;17(1):81-2.

194.   **Ness RB.**  "Big" science and the little guy.  Epidemiol 2007;18(1):9-12.

195.   Catov JM*, Patrick TE, Powers RW, **Ness RB**, Harger G, Roberts JM.  Maternal leptin across pregnancy in women with small-for-gestational-age infants.  Am J Obstet Gynecol 2007;196(6):558.e1-8.

196.   Ismailov RM*, **Ness RB,** Redmond CT, Talbott EO, Weiss HB.  Trauma associated with cardiac dysrhythmias:  results from a large matched case-control study.  J Trauma  2007;62(5):1186-91.

197.   **Ness RB**, Koopman JS, Roberts MS.  Causal system modeling in chronic disease epidemiology: A proposal.  Ann Epidemiol 2007 Jul;17(7):564-8.

198.   **Ness RB**, Bass D, Hill L, Klebanoff MA, Zhang J. Diagnostic test characteristics of placental weight in the prediction of small for gestational age neonates. J Reprod Med 2007;52:793-800.

199.   Catov JM*, **Ness RB**, Kip K, Olsen J, Risk of early or severe preeclampsia related to pre-existing conditions.  Int J Epidemiol 2007;36:412-9.

200.   Hutchinson KB*, Kip K, **Ness RB** for the Gynecologic Infection Follow-through (GIFT) Study.  Vaginal douching and the development of bacterial vaginosis (BV) among women with normal and abnormal vaginal microflora.  Sex Trans Dis 2007;34:671-5.

201.   Smith KJ*, **Ness RB**, Weisenfeld HC, Roberts MS.  Cost- Effectiveness of alternative outpatient pelvic inflammatory disease treatment strategies. Sex Trans Dis 2007;34(12):960-6.

202.   Hutchinson KB*, Kip KE, **Ness RB** for the Gynecologic Infection Follow-through (GIFT) Investigators.  Condom use and its association with bacterial vaginosis (BV) and BV-associated vaginal microflora.  Epidemiol 2007;18:702-8.

203.   Rajakumar A, Jeyabalan A, Markovic N, **Ness RB**, Gilmore C, Conrad KP.  Placental HIP-1*a*, HIF-2*a*, membrane and soluble VEGF receptor-1 proteins are not increased in normotensive pregnancies complicated by late onset intrauterine growth restriction. A J Physiol – Reg Integr Comper Physiol 2007;293:R766-74.

204.   Catov JM*, Newman AB, Roberts JM, Kelsey SF, Sutton-Tyrrell K, Harris TB, Colbert L Rubin SM, Satterfield S, **Ness RB** for the Health ABC Study.  Preterm delivery and later maternal cardiovascular disease risk.  Epidemiol 2007;18:733-9.

205.   Catov JM*, Bodnar LM, **Ness RB**, Barron SJ, Roberts JM.  Inflammation and dyslipidemia related to risk of spontaneous preterm birth.  Am J Epidemiol 2007;166:1312-9.

206.   **Ness RB**, Catov J.  Invited commentary: Timing and types of cardiovascular risk factors in relation to offspring birth weight. Am J Epidemiol 2007;166:1365-7.

207.   **Ness RB**, Rothenberg R. Critique of epidemiology: changing the terms of the debate.  Ann Epidemiol 2007;17:1011-2.

208.   Parrott MS, von Versen-Höynck F, **Ness RB**, Markovic N, Roberts JM.  System A amino acid transporter activity in term placenta is substrate specific and inversely related to amino acid concentration. Reprod Sci 2007 Oct;14(7):687-93.

209.   Nelson DB. Bellamy S. Odibo A. Nachamkin I. Ness **RB**. Allen-Taylor L. Vaginal symptoms and bacterial vaginosis (BV): how useful is self-report? Development of a screening tool for predicting BV status. Epidemiol & Infection. 2007;135:1369-75.

210.   Nelson DB, Bellamy S, Nachamkin I, **Ness RB**, Macones GA, Allen-Taylor L.  First trimester bacterial vaginosis, individual microorganism levels and risk of second trimester pregnancy loss among urban women. Fertil Steril 2007;88(5):1396-403. PMCID: PMC2094106

211.   Cook RC*, Østergaard L, Hillier SL, Murray PJ, Chang CH, Comer DM, **Ness RB**, DAISY study team.  Home screening for sexually transmitted diseases in high-risk young women: randomized controlled trial.  Sex Transm Infect 2007;83(4):286-91. PMCID: PMC2598665

212.   Smith KJ*, Cook RL, **Ness RB**.  Cost comparisons between home- and clinic-based testing for sexually transmitted diseases in high-risk young women.  Infect Dis Obstet Gynecol 2007;2007:62467. PMCID: PMC2216070

213.   **Ness RB**; Joint Policy Committee, Societies of Epidemiology. Influence of the HIPAA Privacy Rule on health research.  JAMA 2007;298(18):2164-70.

214.   **Ness RB**. Health research and the HIPAA Privacy Rule – Reply. JAMA 2008;299:1260.

215.   Catov JM, Bodnar LM, Kip KE, Hubel C, **Ness RB**, Harger G, Roberts JM. Early pregnancy lipid concentrations and spontaneous preterm birth.  Am J Obstet Gynecol 2007;197(6):610.e1-7.

216.   Collaborative Group on Epidemiologic Studies of Ovarian Cancer (Writing Committee: Beral V, Hermon C, Reeves G, Peto R; Advisory Committee: Brinton L, Green A, Marchbanks P, Meirik O, Negri E, **Ness R**, Peeters P, Vessey M). Ovarian cancer and oral contraceptives.  Collaborative reanalysis of data from 45 epidemiologic studies including 23, 257 women with ovarian cancer and 87,303 controls. Lancet 2008;371:303-14.

217.   Hess R*, Olshansky E, **Ness RB**, Bryce CL, Dillon S, Kapoor WN, Chang CCH, Matthews KA. Pregnancy and birth history influences women's experience of menopause.  Menopause 2008;15(3):435-41.

218.   Hess R, Austin RM, Dillon S, Chang CCH, **Ness RB**.  Vaginal maturation index self-sample collection in mid-life women:  acceptability and correlation with physician collected samples. Menopause 2008;15(4):726-9. [Not NIH funded]

219.   Lain KY, Daftary AR, **Ness RB**, Roberts JM.  First trimester adipocytokine concentrations and risk developing gestational diabetes later in pregnancy.  Clinical Endocrinology 2008;69:407-11.

220. Smith KJ, Tsevat J, **Ness RB**, Wiesenfeld HC, Roberts MS.  Quality of life utilities for pelvic inflammatory disease health states. Sex Trans Dis 2008;35(3):307-11.

221. **Ness RB**, Soper DE, Richter HE, Randall H, Peipert JF, Nelson DB, Schubeck D, McNeeley G, Trout W, Bass DC, Hutchison K, Kip K, Brunham RC. Chlamydia antibodies, chlamydia heat shock protein and adverse sequelae after pelvic inflammatory disease: the PID Evaluation and Clinical Health (PEACH) Study.  Sex Trans Dis 2008;35(2):129-35.

222. Pearce CL, Wu AH, Gayther SA, Bale AE, Beck PA, Beesley J, Chanock S, Cramer DW, DiCioccioR, Garcia-Closas M, Goode EL, Green AC, Hartmann LC, Hogdall E, Kruger-Kjaer S, Lissowska J, McGuire V, **Ness RB**, Ramus SJ, Risch HA, Sellers TA, Song H, Stram DO, Terry KL, Webb PM, Whiteman DC, Whittemore A, Zheng W, Pharoah DPP, Chenevix-Trench G, Schildkraut J, Pike MC, Berchuck A, Ovarian Cancer Association Consortium (OCAC). Progesterone receptor variation and risk of ovarian cancer is limited to the invasive endometrioid subtype: results from the Ovarian Cancer Association Consortium pooled analysis.  Br J Cancer 2008;98(2):282-8. PMCID: PMC2361465

223. Hubel CA, Powers RW, Snaedal S, Gammill HS, **Ness RB**, Roberts JM, Arngrimsson R. C-reactive protein is elevated 30 years after eclamptic pregnancy.  Hypertension 2008;51(6):1499-505. PMCID: PMC2398699

224. **Ness RB,** Zhang J, Bass D, Klebanoff MA.  Interactions between smoking and weight in pregnancies complicated by preeclampsia and small-for-gestational-age birth.  Am J Epidemiol 2008;168(4):427-33. PMCID: PMC2562690

225. Jeyabalan A, Powers RW, Durica AR, Harger G, Roberts JM, **Ness RB**. Cigarette smoke exposure and angiogenic factors in pregnancy and preeclampsia.  Am J Hypertens 2008;21(8):943-7. PMCID: PMC2613772

226. Trautmann GM*, Kip K, Richter HE, Soper DE, Peipert JF, Nelson DB, Trout W, Schubeck D, Bass DC, **Ness RB**.  Do short-term markers of treatment efficacy predict long-term sequence of pelvic inflammatory disease?  Am J Obstet 2008;198(1):30.e1-30.e7. NIHMS #37336 PMCID: PMC2330265

227. **Ness RB**, Grainger DA.  Male reproductive proteins and reproductive outcomes. Am J Obstet Gynecol 2008;198(6):620.e1-620.e4. PMCID: PMC2467151

228. Ramus SJ, Vierkant RA, Johnatty S, Pike MC, Van Den Berg DJ, Wu AH, Pearce CL, Menon U, Gentry-Maharaj A, Gayther SA, DiCioccio R, McGuire V, Whittemore AS, Song S, Easton DF, Pharoah PDP, Chanock S, Lissowska J, Brinton L, Garcia-Closas M, Terry KL, Cramer DW, Tworoger SS, Hankinson SE, Berchuck A, Moorman PG, Schildkraut J, Cunningham JM, Kruger-Kjaer S, Blaeker J, Hogdall C, Hogdall E, Moysich KB, Edwards RP, **Ness RB**, Carney ME, Lurie G, Goodman MT, Wang-Gohrke S, Kropp S, Chang-Claude J, The Australian Ovarian Cancer Study Group, The Australian Cancer Study (Ovarian Cancer), Webb PW, Chen X, Beesley J, Chenevix-Trench G, Goode EL, on behalf of the Ovarian Cancer Association Consortium (OCAC). Consortium analysis of 7 candidate SNPs for ovarian cancer. Int J Cancer 2008;123(2):380-388. PMCID: PMC2667795

229. Catov JM, Nohr EA, Olsen J, **Ness RB**.  Chronic hypertension related to risk for preterm and term small for gestational age births.  Obstet Gynecol 2008;112:290-6. PMCID: PMC2596352

230. Wu CS, Sun Y, Vestergaard M, Christensen J, **Ness RB**, Haggerty CL, Olsen J. Pre-eclampsia and the risk of epilepsy in offspring.  Pediatrics 2008;122(5):1072-8.

231. Haggerty CL, Totten PA, Astete SG, Lee S, Hoferka SL, Kelsey SF, **Ness RB**.  Failure of cefoxitin and doxycycline to eradicate endometrial *Mycoplasma genitalium* and the consequence

for clinical cure of pelvic inflammatory disease.  Sex Transm Infect 2008:84(5):338-42. PMCID: PMC2572206

232.  Jenkins LD, Powers RW, Cooper M, Gallaher MJ, Markovic N, Ferrell R, **Ness RB**, Roberts JM. Preeclampsia risk and angiotensinogen polymorphisms M235R and -217 in African American and Caucasian women. Reprod Sci 2008; 15(7):696-701. PMCID: PMC2675551

233.  Palmieri RT, Wilson MA, Iversen ES, Clyde MA, Calingaert B, Moorman PG, Poole CL, Anderson AR, Anderson S, Anton-Culver H, Australian Cencer Study (Ovarian Cancer Group), Australian Ovarian Cancer Study Group, Beesley J, Hogdall E, Brewster W, Carney ME, Chen X, Chenevix-Trench G, Chang-Claude J, Cunningham JM, DiCioccio RA, Doherty JA, Easton DF, Edlund CK, Gayther SA, Gentry-Maharaj A, Goode EL, Goodman MT, Kjaer SK, Hogdall Ck Hopkins MP, Jenison EL, Lurie G, McGuire V, Menon U, Moysich KB, **Ness RB**, Pearce CL, Pharoah PD, Pike MC, Ramus SJ, Rossing MA, Song H, Terada KY, Van Den Berg D, Vierkant RA, Wang-Gohrke S, Webb Pm, Whittemore AS, Wu AH, Ziogas A, Berchuck A, Schildkraut JM, on behalf of the Ovarian Cancer Association Consortium. Polymorphism in the *IL18* gene and epithelial ovarian cancer in non-Hispanic white woman. Cancer Epid Bio Prev 2008:17(12):3567-3572. PMCID: PMC2664299

234.  Short VL*, Totten PA, **Ness RB**, Astete SG, Kelsey SF, Haggerty CL.  Clinical presentation of *Mycoplasma genitalium* versus *Neisseria gonorrhoeae* infection among women with pelvic inflammatory disease. Clinical Infect Dis 2009:48(1):41-47. PMCID: PMC2652068

235.  Catov JM, Newman AB, Sutton-Tyrrell K, Harris TB, Tylavsky F, Visser M, Ayonayon HN, **Ness RB**.  Parity and cardiovascular disease risk among older women: how do perinatal complications mediate the association? Annals Epidemiol 2008:18(12):873-879. PMCID: PMC2614660

236.  **Ness RB**, Albano JD, McTiernan A, Cauley JA. Influence of estrogen plus testosterone supplementation on breast cancer.  Arch Intern Med 2009:169(1):41-46.

237.  Gunderson EP, Chiang V, Lewis CE, Catov J, Ouesenberry CP Jr, Sidney S, Wei G, **Ness RB**. Long-term blood pressure changes measured before and after pregnancy relative to nonparous women.  Obstet Gynecol 2008:112:1294-302. PMCID: PMC2930887

238.  Reeves KW*, Stone RA, Modugno F, **Ness RB**, Vogel VG, Weissfeld JL, Habel L, Sternfeld B, Cauley JA.  Longitudinal association of anthropometry with mammographic breast density in the Study of Women's Health Across the Nation (SWAN). Int J Cancer 2009;124:1169-77. PMCID: PMC2683677

239.  **Ness RB.**  Getting What We Deserve: Health & Medical Care in America. (book review). Am J Epidemiol 2009; doi: 10.1093/aje/kwp405. PMCID: PMC2878113

240.  Pearce CL, Near AM, Van Den Berg DJ, Ramus SJ, Gentry-Maharaj A, Menon U, Gayther SA, Anderson AR, Edlund CK, Wu AH, Chen X, Beesley J, Webb PM, Holt SK, Chen C, Doherty JA, Rossing MA, Whittemore AS, McGuire V, DiCioccio RA, Goodman MT, Lurie G, Carney ME, Wilkens LR, **Ness RB**, Moysich KB, Edwards R, Jennison E, Kjaer SK, Hogdall E, Hogdall CK, Goode EL, Sellers TA, Bierkant RA, Cunningham JC, Schildkraut JM, Berchuck A, Moorman PG, Iversen ES, Cramer DW, Terry KL, Vitonis AF, Titus-Ernstoff L, Song H, Pharoah PD, Spurdle AB, Anton-Culber H, Ziogas A, Brewster W, Galitovskly V, Chenevix-Trench G, Australian Cancer Study, Australian Ovarian Cancer Study Group.  Validating genetic risk associations for ovarian cancer through the International Ovarian Cancer Association Consortium.  Brit J Cancer 2009:100(2):412-420. PMCID: PMC2634713

241. Quaye L, Song H, Ramus SJ, Gentry-Maharaj A, Hogdall E, DiCioccio RA, McGuire V, Wu AH, Van Den Berg DJ, Pike MC, Wozniak E, Doherty JA, Rossing MA, **Ness RB,** Moysich KB, Hogdall C, Blaakaer J, Ovarian Cancer Association Consortium, Easton DF, Ponder BA, Jacobs IJ, Menon U, Whittemore AS, Kruger-Kjaer S, Pearce CL, Pharoah PD, Gayther SA.  Tagging single-nucleotide polymorphisms in candidate oncogenes and susceptibility to ovarian cancer. Brit J Cancer 2009:100(6):993-1001. PMCID: PMC2661781

242. Haggerty CL, **Ness RB**.  Diagnosis and treatment of pelvic inflammatory disease (Review). Women's Health 2008:4(4):383-97. [Not NIH funded]

243. Johnatty SE, Beesley J, Chen X, Spurdle AB, DeFazio A, Webb PM, Australian Cancer Study (Ovarian Cancer), Goode EL, Rider DN, Vierkant RA, Anderson S, Wu AH, Pike M, Van Den Berg D, Moysich K, **Ness** RB, Doherty J, Rossing M-A, Pearce CL, Chenevix-Trench G.  Polymorphisms in the FGF2 gene and risk of serous ovarian cancer:  Results from the Ovarian Cancer Association Consortium.  Twin Research and Human Genetics, 2009:12(3):269-275. PMCID: PMC2844121

244. Haggerty CL, Totten PA, Ferris M, Martin D, Hoferka S, Astete S, Ondondo R, Norori J, **Ness RB**.  Clinical characteristics of bacterial vaginosis among women testing positive for fastidious bacteria.  Sex Trans Dis 2009;85(4):242-48. PMCID: PMC2708344

245. **Ness RB**, Shen C, Bass D, Jackson C, Moysich K, Edwards R, Brunham RC. Chlamydia trachomatis serology in women with and without ovarian cancer. Infect Dis Obstet Gynecol 2008:219672. PMCID: PMC2605844

246. Reeves KW*, **Ness RB**, Stone RA, Weissfeld JL, Vogel VG, Powers R, Modugno F, Cauley JA.  Vascular endothelial growth factor and breast cancer risk.  Cancer Causes and Control 2009;20(3):375-86.

247. **Ness RB**. Controversies in epidemiology and policy: salt reduction and prevention of heart disease. Ann Epidemiol 2009;19(2):118-20.

248. Hess R, Conroy MB, **Ness R**, Bryce CL, Dillon S, Chang CCH, Matthews KA. Association of lifestyle and relationship factors with sexual functioning of women during midlife. J Sex Med 2009; 6:1358-68. PMCID: PMC2752308

249. Schwarz EB*, Ray RM, Stuebe AM, Allison MA, **Ness RB**, Freiberg MS, Cauley JA.  Duration of lactation and risk factors for maternal cardiovascular disease.  Obstet Gynecol 2009;113(5):974-82. PMCID: PMC2714700

250. **Ness RB.** Introduction: Triumphs in Epidemiology. Ann Epidemiol 2009;19(4):225.

251. Song H, Ramus S, DiCioccio R, Trench G, Hogdall E, McGUire V, Wu A, Gentry-Maharaj A, Jacobs I, Webb P, Beesley J, Rossing MA, Doherty J, Chang-Claude J, Wang-Gohrke S, Goodman M, Lurie G, Vierkant R, **Ness RB**, Schildkraut J, Berchuck A, Garcia-Closas M, Goode E, Pharoah P.  Association between invasive ovarian cancer susceptibility and 11 best candidate SNPs from breast cancer genome-wide association study.  Hum Mol Gen 2009;18(12):2297-304. PMCID: PMC2685754

252. **Ness RB**, Andrews EB, Gaudino JA, Newman AB, Soskolne CL, Stürmer T, Wartenberg DE, Weiss SH.  The future of epidemiology.  Academic Medicine 2009;84(11):1631-7.

253. Song H, Ramus SJ, Tyrer J, Bolton K, Gentry-Maharaj a Wozniak E, Anton-Culver H, Chang-Claude J, Cramer DW, DiCioccio R, Dork T, Goode EL, Goodman MT, Schildraut JM, Sellers T, Beckmann MW, Beesley J, Blaakaer J, Brewster W, Carney ME, Chanock S, Chen Z, Cunningham JM, Dicks E, Doherty JA, Duerst M, Ekici AB, Fenstermacher D, Fridley BL, Gore ME, De Vivo I, Hogdall C, Hogdall E, Iversen ES, Jacobs IF, Jakubowska A, Ki D, Lissowska J,

Lubinski J, Lurie G, McGuire V, McLaughlin J, Medrek K, Moorman PG, Moysich K, Narod S, Phelan C, Pye C, Risch H, Runnebaum IB, Stram D, Thiel FC, Terry KL, Tsai Y-Y Tworoger SS, Van Den Berg DJ, Vierkant RA, Wang-Gohrke S, Webb PM, Wilkens LR, Wu AH, Tang H, Ziogas A, Australian Cancer (Ovarian) Study, The Hannover-Jena Ovarian Cancer Group, The Ovarian Cancer Association Consortium, Whittemore AS, Rossing MA, Ponder BAJ, Pearce CL, **Ness RB**, Menon U, Kjaer SK, Gronwald J, Garcia-Closas M, Pasching PA, Easton DJ, Chenevix-Trench G, Berchuck A, Pharoah PDP, Gayther SA. A genome-wide association study identifies a new ovarian cancer susceptibility locus on 9p22.2. Nature Genetics 2009;41(9):996-1000. PMCID: PMC2844110

254.   Marsh JW, Gray E, **Ness R**, Starzl TE, Complications of right lobe living donor liver transplantation. J Hepatology 2009;51(4):715-24. PMCID: PMC2955892

255.   Tan C, Hsia RC, Shou H, Haggerty CL, **Ness RB**, Gaydos CA, Dean D, Scurlock AM, Wilson DP, Bavoil PM.  Chlamydia trachomatis-infected patients display variable antibody profiles against the nine-member polymorphic membrane protein family.  Infect Immun 2009;77(8):3218-226. PMCID: PMC2715660

256.   Short VL*, Totten PA, **Ness RB**, Astete SG, Kelsey SF, Murray P, Haggerty CL.  The demographic, sexual health and behavioral correlates of *Mycoplasma gentalium* infection among women with clinically suspected pelvic inflammatory disease. Sex Transm Infect. 2009 Aug 24. [Epub ahead of print]

257.   Doherty JA, Rossing MA, Cushing-Haugen KL, Chen C, Van Den Berg DJ, Wu AH, Pike MC, **Ness RB**, Moysich K, Chenevix-Trench G, Beesley J, Webb PM, Chang-Claude J, Wang-Gohrke S, Goodman MT, Lurie G, Thompson PJ, Carney ME, Hogdall E, Kjaer SK, Hogdall C, Goode EL, Cunningham JM, Fridley BL, Vierkant RA, Berchuck A, Moorman PG, Schildkraut JM, Palmieri RT, Cramer DW, Terry KL, Yang HP, Garcia-Closas M, Chanock S, Lissowska J, Song H, Pharoah PD, Shah M, Perkins B, McGuire V, Whittemore AS, Di Cioccio RA, Gentry-Maraj A, Menon U, Gayther SA, Ramus SJ, Ziogas A, Brewster W, Anton-Culver H; Australian Ovarian Cancer Study Management Group; Australian Cancer Study (Ovarian Cancer), Pearce CL; Ovarian Cancer Association Consortium (OCAC). *ESR1/SYNE1* polymorphism and invasive epithelial ovarian cancer risk: An Ovarian Cancer Association Consortium Study Cancer. Cancer Epidemiol Biomarkers Prev. 2010;19(1):245-50. PMCID: PMC2863004

258.   Phelan CM, Tsai YY, Goode EL, Vierkant RA, Fridley BL, Beesley J, Chen XQ, Webb PM, Chanock S, Cramer DW, Moysich K, Edwards RP, Chang-Claude J, Garcia-Closas M, Yang H, Wang-Gohrke S, Hein R, Green AC, Lissowska J, Carney ME, Lurie G, Wilkens LR, **Ness RB**, Pearce CL, Wu AH, Van Den Berg DJ, Stram DO, Terry KL, Whiteman DC, Whittemore AS, DiCioccio RA, McGuire V, Doherty JA, Rossing MA, Anton-Culver H, Ziogas A, Hogdall C, Hogdall E, Kjaer SK, Blaakaer J, Quaye L, Ramus SJ, Jacobs I, Song H, Pharoah PDP, Iversen ES, Marks JR, Pike MC, Gayther SA, Cunningham JM, Goodman MT, Schildkraut JM, Chenevix-Trench G, Berchuck A, Sellers TA on behalf of the Ovarian Cancer Association Consortium, Australian Cancer Study (Ovarian Cancer), Australian Ovarian Cancer Study Group. Polymorphism in the GALNT1 gene and epithelial ovarian cancer in non-hispanic white Women: The Ovarian Cancer Association Consortium. Cancer Epidemiol Biomarkers Prev 2010;19(2); 600–4. PMCID: PMC2880167

259.   **Ness RB**. Fear of failure: Why American science is not winning the war on cancer. Annals of Epidemiology 2010; 20(2):89-91. [Not NIH Funded]

260.   **Ness RB**. Invited commentary: population-based human subjects research in the era of enhanced privacy regulation Am J Epidemiol. 2010;172:648-50.

261.  Brownson RC, Hartge P, Samet JM, **Ness RB**. From epidemiology to policy: toward more effective practice. Ann Epidemiol. 2010; (20(6):409-11.

262.  Short VL*, Jensen SJ, Nelson DB, Murray PJ, **Ness RB**, Haggerty CL. *Mycoplasma genitalium* among young, urban pregnant women.  Infect Dis Obstet Gynecol. 2010: 984760. PMCID: PMC2850137

263.  Haggerty CL, Gottlieb SL, DePaoli B, Low N, Xu F, **Ness RB**.  Risk of sequelae following *C. trachomatis* genital infection in women. J Infect Dis 2010;201(Suppl 2):S134-S155.

264.  Kelemen KE, Goodman MT, McGuire V, Rossing MA, Webb PM, Köbel M, Anton-Culver H, Beesley J, Berchuck A, Brar S, Carney ME, Chang-Claude J, Chenevix-Trench G, Cramer DW, Cunningham JM, DiCioccio RA, Doherty JA, Easton DF, Fredericksen ZS, Fridley BL, Gates MA, Gayther SA, Gentry-Maharaj A, Høgdall E, Krüger KjærS, Lurie G, Menon U, Moorman PG, Moysich K, **Ness RB**, Palmieri RT, Pearce CL, Pharoah PD, Ramus SJ, Song H, Stram DO, Tworoger SW, Van Den Berg D, Vierkant RA, Wang-Gohrke S, Whittemore AS, Wilkens LR, Wu AH, The Australian Ovarian Cancer Study Group, The Australian Cancer Study (Ovarian Cancer), Schildkraut JM, Sellers TA and Goode EL on behalf of the Ovarian Cancer Association Consortium.  Genetic variation in *TYMS* in the one-carbon transfer pathway is associated with ovarian carcinoma types in the Ovarian Cancer Association Consortium (OCAC).  Cancer Epidemiol Biomarkers Prev. 2010;19(7):1822-30. PMCID: PMC3013232

265.  Steinwachs D, Allen JD, Barlow WE, Duncan RP, Egede LE, Friedman LS, Keating NL, Kim P, Lave JR, LaVeist TA, **Ness RB**, Optican RJ, Virnig BA.  NIH State-of-the-Science Conference: Enhancing use and quality of colorectal screening.  Final statement.  Ann Int Med 2010; 152(10):663-7.

266.  Savitz DA, **Ness RB**.  Saving the National Children's Study (commentary).  Epidemiology 2010; 21(5):598-601.

267.  Catov JM, **Ness RB**, Wellons M, Jacobs D, Roberts JM, Gunderson EP.  Prepregnancy lipids related to preterm birth risk:  The Coronary Artery Risk Development in Young Adults (CARDIA) Study.  J Clin Endocrinol Metab 2010;95(8)3711-18. PMCID: PMC2913035

268.  **Ness RB**, Samet JM. How to be a department chair of epidemiology:  A survival guide.  Am J Epidemiol 2010; 172:747-51.

269.  Bolton KL, Tyer J, Son H, Ramus SJ, Notaridou M, Jones C, Sher T, Gentry-Maharaj A, Wozniak E, Tsai YY, Weldhaus J, Palk D, Van Den Berg DJ, Stram DO, Pearce CL, WU AH, Brewster W, Anton-Culver H, Ziogas A, Narod SA, Levine DA, Kay SB, Brown R, Paul J, Flanagan J, Sieh W, McGUire V, Whittemore AS, Campbell I, Gore ME, Lissowska J, Yang HP, Medrek K, Gronwald J, Lubinski J, Jakubowska A, Le ND, Cook LS, Kelemen LE, Brook-Wilson A, Massuger LF, Klemeney LA, Aben KK, van Altena AM, Houlston R, Tomlinson I, Palmieri RT, Moorman PG, Schildkraut J, Iversen ES, Phelan C, Vierkant RA, Cunningham JM, Good EL, Fridley BL, Kruger-Kjaer S, Blaeker J, Hogdall E, Hogdall C, Gross J, Karlan BY, **Ness RB**, Edwards RP, Odunsi K, Moysich KB, Baker JA, Modugno F, Heikkinen T, Butzow R, Nevanlinna H, Leminen A, Bogdanova N, Antonenkova N, Doerk M, Hillemanns P, Durst M, Runnenbaum I, Thompson PJ, Carney ME, Goodman MT, Lurie G, Wang-Gohrke S, Hein R, Chang-Claude J, Rossing MA, Cushing-Haugen KL, Doherty J, Chen C, Rafnar T, Besenbacher S, Sulem P, Stfansson K, Birrer KL, Terry KL, Hernandez D, Cramer DW, Vergote I, Amant F, Lambrechts D, Despierre E, Fasching PA, Beckman MW, Thiel FC, Ekici AB, Chen X. Australian Ovarian Cancer Study Group.  Australian Cancer Study (Ovarian Cancer).  Ovarian Cancer Association Consortium. Johnatty SE, Webb PM, Beesley J, Chanock S, Garcia-Closas M,Sellers T, Easton DF, Berchuck A, Chemevix-Trench G, Pharoah PD, Gayther SA.  Common

variants at 19p13 are associated with susceptibility to ovarian cancer.  Nature Genetics. 2010; 42(10):880-4. PMCID: PMID: 20852633.

270.    Johnatty SE, Beesley J, Chen X, Macgregor S, Duffy DL, Spurdle AB, DeFazio A, Gava N, Webb PM, Australian Ovarian Cancer Study Group, Australian Cancer Study (Ovarian Cancer), Rossing MA, Doherty JA, Goodman MT, Lurie G, Thompson PJ, Wilkens LR, **Ness RB**, Moysich KB, Chang-Claude J, Wang-Gohrke S, Cramer DW, Terry KL, Hankinson SE, Tworoger SS, Garcia-Closas M, Yang H, Lissowska J, Chanock SJ, Pharoah PD, Song H, Whitemore AS, Pearce CL, Stram DO, Wu AH, Pike MC, Gayther SA, Ramus SJ, Menon U, Gentry-Maharaj A, Anton-Culver H, Ziogas A, Hogdall E, Kjaer SK, Hogdall C, Berchuck A, Schildkraut JM, Iversen ES, Moorman PG, Phelan CM, Sellers TA, Cunningham JM, Vierkant RA, Rider DN, Goode EL, Haviv I, Chenevix-Trench G, and Ovarian Cancer Association Consortium. Evaluation of Candidate Stromal Epithelial Cross-Talk Genes Identifies Association between Risk of Serous Ovarian Cancer and *TERT*, a Cancer Susceptibility "Hot-Spot". *PLoS Genet.* 2010 July; 6(7)**: e1001016.** Published online 2010 July 8. doi: 10.1371/journal.pgen.1001016. PMCID: PMC2900295

271.    Goode EL, Chenevix-Trench G, Song H, Ramus SJ, Notaridou M, Lawrenson K, Widschwendter M, Vierkant TA, Larson MC, Kjaer SK, Birrer MJ, Berchuck A, Schildkraut J, Tomlinson I, Klemeney LA, Cook LS, Gronwald J, Garcia-Closas M, Gore ME, Campbell I, Whittemore AS, Sutphen R, Phelan C, Anton-Culver H, Pearce CL, Lambrechts D, Rossing MA, Change-Claude J, Moysich KB, Goodman MT, Dork T, Nevanlinna H, **Ness RB**, Rafnar T, Hogdall C, Hogdall E, Fridley BL, Cunningham JM, Sieh W, McGuire V, Godwin AK, Cramer DW, Hernandez D, Levine D, Lu K, Iversen ES, Palmieri RT, Houlston R, can Altena AM, Aben KK, Massuger LF, Brooks-Wilson A, Kelemen LE, Le ND, Jakubowski A, Lubinski J, Medrek K, Stafford A, Easton DF, Tyrer J, Bllton KL, Harrington P, Eccles D, Chen A, Molina AN, Davila BN, Arango H, Tsai YY, Chen Z, Risch HA, McLaughlin J, Narod SA, Ziogas A, Brewster W, Gentry-Maharaj A, Menon U, Wu AH, Stram DO, Pike MC,Wellcome Trust Case-Control Consortium, Beesley J, Webb PM, Australian Cancer Study (Ovarian Cancer), Australian Ovarian Cancer Study Group, Ovarian Cancer Association Consortium (OCAC).  Chen X, Ekici AB, Thiel FC, Beckmann MW, Yang H, Wentzensen N, Lissowska J, Fasching PA, Despierre E, Amant F, Vergote I, Doherty J, Hein R, Wang-Gohrke S, Lurie G, Carney ME, Thompson PJ, Runnenbaum I, Hillemanns P, Durst M, Antonenkova N, Bogdanova N, Leminen A, Butzow R, Heikkinen T, Stefansson K, Sulem P, Besenbacher S, Sellers TA, Gayther SA, Pharoah PD, Ovarian Cancer Association (OCAC).  A genome-wide association study identifies susceptibility loci for ovarian cancer at 2q31 and 8q24.  Nature Genetics. 2010; 42(10):874-9.

272.    Brownson RC, Chriqui JF, Burgeson CR, Fisher MC, **Ness RB**. Translating epidemiology into policy to prevent childhood obesity: the case for promoting physical activity in school settings. Ann Epidemiol. 2010;20(6)436-44.

273.    Catov JM, Dodge R, Yamal J-M, Roberts JM, Piller LB, **Ness RB**. Prior preterm or small-for-gestational-age birth related to maternal metabolic syndrome. Obstet Gynecol 2011; 117(2):225-32. PMCID: PMC3074407

274.    Gibbons WE, Cedars M, **Ness RB** for the SART Writing Group. Toward understanding obstetrical outcome in advanced assisted reproduction (ART): Varying sperm, oocyte and uterine source and diagnosis. Fertil Steril 2011; 95(5):1645-9. PMCID: PMC Journal – In Process

275.    McClure CK*, Bodnar LM, **Ness RB**, Catov JM. Accuracy of maternal recall of gestational weight gain 4 to 12 years after delivery. Obesity 2011; 19:1047-1053. PMCID: PMC3123900

276.    Morrison AC, **Ness RB**.  Sodium intake and cardiovascular disease.  Annu Rev Public Health 2011; 32:71-90. [Not NIH funded]

277. Notaridou M, Quaye L, Dafou D, Jones C, Song H, Høgdall E, Krηger-Kjaer S, Christensen L, Høgdall C, Blaakaer J, McGuire V, Wu AH, Van Den Berg DJ, Pike MC, Gentry-Maharaj A, Wozniak E, Sher T, Jacobs IJ, Tyrer J, Schildraut JM, Moorman PG, Iversen ES, Jakubowski A, Modrek K, Lubinski J, **Ness RB**, Moysich KB, Lurie G, Wilkens LR, Carney ME, Wang-Gohrke S, Doherty JA, Rossing MA, Beckmann MW, Thiel FC, Ekici AB, Chen X, Beesley J, The Australian Ovarian Cancer Study Group?Australian Cancer Study (Ovarian Cancer), Gronwald J, Fasching PA, Chang-Claude J, Goodman MT, Chenevix-Trench G, Berchuck A, Pearce CL, Whittemore AS, Menon U, Pharoah PDP, Gayther SA, Ramus SJ on behalf of the Ovarian Cancer Association Consortium.  Common alleles in candidate susceptibility genes associated with risk and development of epithelial ovarian cancer.  Int J Canc 2011; 128(9):2063-74.  PMCID: PMC3098606

278. Trent M*, Haggerty CL, Jennings J, Lee S, **Ness RB**.  Adverse adolescent reproductive health outcomes after pelvic inflammatory disease.  Archives Pedi & Adolescent Med 2011; 165(1):49-54.

279. Thomas HM, Bryce CL, **Ness RB**, Hess R. Dyspareunia is associated with decreased frequency of intercourse in the menopausal transition.  Menopause. 2011; 18:152-157. PMCID: PMC3026887

280. **Ness RB**, Dodge RC, Edwards RP, Baker JA, Moysich KB. Contraception methods, beyond oral contraceptives and tubal ligation, and risk of ovarian cancer. Ann Epidemiol 2011; 21:188-196. PMCID: PMC3052991

281. Reeves KW*, Stone RA, Modugno FM, **Ness RB**, Vogel V, Weissfeld J, Habel L. VBuga M, Cauley JA. A method to estimate off-schedule observations in a longitudinal study.  Ann Epidemiol 2011; 21(4):297-303. PMCID: PMC3073647

282. **Ness RB.** Public health research priorities for the future. Pub Health Rev 2011; 33(1):225-239.

283. Near AM, Wu AH, Templemen C, Van Den Berg DJ, Doherty JA, Rossing MA, Goode EL, Cunningham JM, Vierkant RA, Firdley BL, Chenevix-Trench G, Webb PM, Kjaer SK, Hogdall E, Gayther SA, Ramus SJ, Menon U, Gentry-Maharai A, Schildkraut JM, Moorman PG, Palmieri RT, **Ness RB**, Moysich K, Cramber DW, Terry KL, Vitonis AF, Pike MC, Berchuck A, Pearce CL, Ovarian Cancer Association Consortium: Australian Cancer Study (Ovarian Cancer) (ACS); Australian Ovarian Cancer Study Group (AOCS).  Progesterone receptor gene polymorphisms and risk of endometriosis – results from an international collaborative effort. Fertil Steril 2011;93(1):40-5. PMCID: PMC3176720

284. Pharoah PDP, Palmieri RT, Ramus SJ, Gayther SA, Andrulis IL, Anton-Culver H, Antonenkova N, Antoniou AC, BCFR Investigators, Beattie M, Beckman MW, Birrer MJ, Bogdanova N, Bolton KL, Brewster W, Brooks-Wilson A, Brown B, Butzow R, Caldes T, Caligo MA, Campbell I, Chang-Claude J, Chen YA, Chenevix-Trench G, Cook LS, Couch FJ, Cramer DW, Cunningham JM, Despierre E, Doherty JA, Dork T, Durst M, Eccles DM, Ekici AB, EMBRACE Investigators, Fasching PA, de Fazio A, Fenstermacher DA, Flanagan M, Fridley BL, Friedman E, Gao B, GEMO Study Collaborators, Gentry-Maharaj A, Godwin AK, Godoe EL, Goodman MT, Gross J, Hansen TVO, Harnett P, HEBON Investigators, Heikkeinen T,   Hein R, Hogdall C, Hogdall E, Iversen ES, Jakubowski A, Jensen A, Johnatty S, Karlan BY, Kauff ND, Kaye SB, kConFab Investigators, Kelemen LE, Kiemeney LA, Kjaer SK, Lambrechts D, LaPolla JP, Lazaro C, Le ND, Leminen A, Leunen K, Levine DA, Lu Y, Lundvall L, Macgregor S, Marees T, Massuger LF, McLaughlin JR, Menon U, Montagna M, Moysich KB, Narod SA, Nathanson KL, Nedergaard L, **Ness RB**, Nevanlinna H, Nickels S, Osorio A, Paul J, Pearce CL, Phelan CM, Pike MC, Radice P, Rossing MA, Schildkraut JM, Sellers TA, Singer CF, Song H, Stram DO, Sutphen R, SWE-BRCA Investigators, Terry KL, Tsai YY, van Altena AM, Vergote I, Vierkant

RA, Vitonis AF, Walsh C, Wang-Gohrke S, Wappenschmidt B, Wu AH, Ziogas A, Ovarian Cancer Association Consortium, Consortium of Investigators of Modifiers of BRCA1/2, Berchuck A, Risch HA.  The role of KRAS rs6176430 in invasive epithelial ovarian cancer: implications for clinical testing.  Clin Cancer Res 2011;17:3742-50. PMCID: PMC3107901

285.   Taylor BD*, **Ness RB**, Darville T, Haggerty CL.  Microbial correlates of delayed care for pelvic inflammatory disease.  Sex Transm Dis 2011; 38:434-8.

286.   Amankwah EK, Kelemen LE, Wang Q, Song H, Genevix-Trench G, Beesley J, Webb PM, Pearce CL, Wu AH, Pike MC, Stram DO, Chang-Claude J, Wang-Gohrke S, **Ness RB**, Goode E, Cunningham JM, Fridley BL, Vierkant RA, Tworoger SS, Whittemore AS, McGuire VM, Sieh W, Gayther SA, Gentry-Maharaj A, Menon U, Ramus SJ, Rossing MA, Doherty JA, Goodman MT, Carney ME, Lurie G, Wilkens LR, Kjaer SK, Hogdall E, Cramer DW, Terry KL, Garcia-Closas M, Yang HP, Lissowska J, Anton-Culver HA, Ziogas A, Schildkraut J, Berchuck A, Pharoah P.  Prostate cancer susceptibility polymorphism rs2660753 is not associated with invasive ovarian cancer.  Cancer Epidemiol Biomarkers Prev. 2011; 20(5):1028-31. PMCID: PMC3176661

287.   **Ness RB**.  Commentary: teaching creativity and innovative thinking in medicine and the health sciences. Acad Med 2011; 86(10):1201-1203.

288.   Pearce CL, Doherty JA, Van Den Berg DJ, Moysich K. Hsu C, Cushing-Haugen KL, Conti DV, Ramus SJ, Gentry-Maharaj A, Menon U, Gayther SA, Pharoah PD, Song H, Kjaer SK, Hogdall E, Hogdall C, Whittemore AS, McGuire V, Sieh W, Gronwald J, Medrek K, Jakubowska A, Lubinski J, Chenevix-Trench G, AOCS/ACS Study Group. Beesley J, Webb PM, Berchuck A, Schildkraut JM, Iversen ES, Moorman PG, Edlund CK, Stram DO, Pike MC, **Ness RB,** Rossing MA, Wu AH. Genetic variation in insulin-like growth factor 2 may play a role in ovarian cancer. Hum Molec Genetics. 2011;20:2263-72. PMCID: PMC3090188

289.   D'Amore JD*, Sittig DF, Wright A, Iyengar MS, **Ness RB**. The Promise of the CCD: Challenges and Opportunity for Quality Improvement and Population Health. AMIA Annu Symp Proc. 2011:285-294. PMCID: PMC3243208

290.   Taylor BD*, Darville T, Tan C, Bavoil PM, **Ness RB**, Haggerty CL. The role of Chlamydia trachomatis polymorphic membrane proteins in inflammation and sequelae among women with pelvic inflammatory disease. Infect Dis Obstet Gynecol. 2011;989762 Epub 2011 Oct 19. PMCID: PMC3199047

291.   Trent M*, Bass D, **Ness RB**, Haggerty C. Recurrent PID, subsequent STI, and reproductive health outcomes: findings from the PID evaluation and clinical health (PEACH) study. Sex Transm Dis. 2011; 38(9):879-81.

292.   Hess, R, Thurston, R, Hays, RD, Chang, CCH, Dillon, SN, **Ness, RB**, Bryce, CL, Kapoor, WN, Matthews, KA. The Impact of Menopause on Health-Related Quality of Life: Results from the STRIDE Longitudinal Study. Qual Life Res. 2012;21(3):535-544. PMCID: PMC3252474

293.   McClure CK*, Schwarz EB, Catov JM, **Ness R**. Maternal visceral adiposity by consistency of lactation.  Maternal Child Health J. 2012;16(2):316-21.

294.   Taylor BD*, Darville T, Ferrell RE, Kammerer CM, **Ness RB**, Haggerty CL. Variants in Toll-like receptor 1 and 4 genes are associated with *Chlamydia trachomatis* among women with pelvic inflammatory disease. J Infect Dis. 2012;205(4):603-9. PMCID: PMC3266128

295.   Xu H, Thurston R, Matthews K, Bryce C, Hays R, Kapoor W, **Ness RB**, Hess R. Are hot flashes associated with sleep disturbance during midlife? Results from the STRIDE cohort Study. Maturitas. 2012;71(1):34-8. PMCID: PMC3253872

296. **Ness RB**. Tools for Innovative Thinking in Epidemiology. Am J Epidemiol. 2012;175(8):733-8.

297. Pearce CL, Templeman C, Rossing MA, Lee A, Near A, Webb PM, Nagle CM, Doherty JA, Cushing-Haugen CL, Wicklund KG, Chang-Claude J, Hein R, Lurie G, Wilkens LR, Carney ME, Goodman MT, Moysich K, Kjaer SK, Hogdall E, Jensen A, Goode EL, Fridley BL, Larson MC, Schildkraut JM, Palmieri RT, Cramer DW, Terry KL, Vitonis AF, Titus-Ernstoff L, Ziogas A, Brewster W, Anton-Culver H, Gentry-Maharaj A, Ramus SJ, Anderson AR, Brueggmann D, Fasching PA, Gayther SA, Huntsman D, Menon U, **Ness R,** Pike MC, Risch H, Webb PM, Wu AH, Berchuck A on behalf of the Ovarian Cancer Association Consortium. Association between endometriosis and risk of histological subtypes of ovarian cancer: a pooled analysis of case-control studies. Lancet Oncol. 2012; 13(4):385-94.

298. D'Amore JD\*, Sittig DF, **Ness RB**. How the Continuity of Care Document Can Advance Medical Research and Public Health. Am J Public Health. 2012;102(5):e1-4.

299. Lo-Ciganic WH\*, Zgibor JC, Bunker CH, Moysich KB, Edwards RP, **Ness RB.** Aspirin, nonaspirin nonsteroidal anti-inflammatory drugs, or acetaminophen and risk of ovarian cancer. Epidemiology. 2012;23(2):311-9.

300. Collaborative Group on Epidemiologic Studies of Ovarian Cancer. (Writing Committee: Beral V, Hermon C, Reeves G, Peto R; Advisory Committee: Brinton L, Green A, Marchbanks P, Meirik O, Negri E, **Ness R**, Peeters P, Vessey M). Ovarian cancer and oral contraceptives. Ovarian cancer and body size: individual participant meta-analysis including 25,157 women with ovarian cancer from 47 epidemiologic studies. PLoS Med.2012;9(4):e1001200. PMCID: PMC3317899

301. Kurta JL, Moysich KB, Weissfeld JL, Youk AO, Bunker CH, Edwards RP, Modugno F, **Ness RB**, Diergaard B. Use of fertility drugs and risk of ovarian cancer: results from a US-based case-control study. Cancer Epidemiol Biomarkers Prev. 2012;21(8):1282-92. PMCID: PMC3415595

302. McClure CK, Catov JM, **Ness RB**, Schwarz EB. Lactation and maternal subclinical cardiovascular disease among premenopausal women. Am J Obestet Gynecol. 2012;207(1):46.e1-8. Epub 2012. PMCID: PMC3383628

303. **Ness RB**.  Invited Commentary: The Pursuit of Universal Health Advocacy. Epidemiol. 2012; 23(6):919-21.

304. Haggerty CL, Seifert ME, Tang G, Olsen J, Bass DC, Karumanchi SA, **Ness RB**. Second trimester anti-angiogenic proteins and preeclampsia. Pregnancy Hypertens. 2012; 2(2):158-163. PMCID: PMC3375839

305. Pittrof R, Sully E, Bass DC, Kelsey SF, **Ness RB**, Haggerty CL. Stimulating an immune response? Oral sex is associated with less endometritis. Int J STD & AIDS. 2012;23:775-80.

306. Samet JM, **Ness RB**. Epidemiology, austerity, and innovation. Am J Epidemiol. 2012; 175(10):975-8.

307. **Ness RB**, Bodnar L, Holzman C, Platt RW, Savitz DA, Shaw GM, Klebanoff M. Thoughts on the Future of Reproductive and Perinatal Epidemiology. Paediatr Perinat Epidemiol. 2013;27(1):11-9. doi: 10.1111/ppe.12017.

308. Dallal CM, Stone RA, Cauley JA, **Ness RB**, Vogel VG, Fentiman IS, Fowke JH, Krogh V, Loft S, Meilahn EN, Muti P, Olsen A, Overvad K, Sieri S, Tjonneland A, Ursin G, Wellejus A, Taioli E. Urinary Estrogen Metabolites and Breast Cancer: A Combined Analysis of Individual Level Data. Int J Biol Markers. 2013;28(1):3-16.

309. Omalu BI, Hammers JL, Parwani AV, Balani J, Shakir A, **Ness RB**. Is there an association between coronary atherosclerosis and carcinoma of the prostate in men aged 50 years and older? An autopsy and coroner based post-mortem study. Nigerian J Clin Practice. 2013;16:45-8.

310. Pharoah PDP, Tsai YY, Ramus SJ, Phelan CM, Goode EL, Lawrenson K, Price M, Fridley BL, Tyrer JP, Shen H, Weber R, Karevan R, Larson MC, Son H, Tessier DC, Bacot F, Cinvent D, Cunningham JM, Dennis J, Dicks E, Australian Cancer Study, Australian Ovarian Cancer Study Group, Aben KK, Anton-Culver H, Antonenkova N, Armasu SM, Baglietto L, Bandera EV, Beckmann MW, Bloom G, Bogdanova N, Brenton J, Brinton LA, Brooks-Wilson A, Brown R, Butzow R, Campbell I, Carney ME, Carvalho RS, Chang-Claude J, Chen A, Chen Z, Chow WH, Cicek MS, Goetzee G, Cook LS, Cramer DW, Cybulski C, Dansonka-Mieszkowska A, Despierre E, Doherty JA, Dork T, du Bois A, Durst M, Eccles D, Edwards R, Ekici AB, Fasching PA, Fenstermacher D, Flanagan J, Gao YT, Garcia-Closes M, Gentry-Naharaj A, Giles G, Gjyshi A, Gore M, Gronwald J, Guo Q, Halle MK, Harter P, Hein A, Heitz F, Hillemanns P, Hoatlin M, Hogdall E, Hogdall CK, Hosono S, Jakubowska A, Jensen A, Kalli KR, Karian BY, Kelemen L, Kiemeney LA, Kjaer SK, Konecny GE, Krakstad C, Kupryjanczyk J, Lambrechts D, Lambrechts S, Le ND, Lee N, Lee J, Leminen A, Lim BK, Lissowska J, Lubinski J, Lundvall L, Lurie G, Massuger LFAG, Matsuo K, McGuire V, McLaughlin JR, Menon U, Modugno F, Moysich KB, Nakanishi T, Narod SA, **Ness RB**, Nevanlinna H, Nickels S, Noushmehr H, Odunsi K, Olson S, Orlow I, Paul J, Pejovic T, Pelttari LM, Permuth-Wey J, Picke MC, Poole EM, Qu X, Risch HA, Rodriguez-Rodriguez L, Rossing MA, Rudophy A, Runnebaum I, Rzepecka IK, Salvesen HB, Schwaab I, Severi G, Shen H, Shridhar V, Shu XO, Sieh W, Southey MC, Spellman P, Tajima K, Teo SH, Terry KL, Thompson PJ, Timorek A, Tworoger SS, van Altene AM, Van Den Berg D, Vergote I, Vierkant RA, Vitonis AF, Gohrke SW, Wentzensen N, Whittemore, Wik E, Winterhoff B, Woo YL, Wu AH, Yang HP, Zhen W, Ziogas A, Zulkifi F, Goodman MT, Hall P, Easton DF, Pearce CL, Berchuck A, Chenevix-Trench G, Iversen E, Monteiro ANA, Gayther SA, Schildkraut JM, Sellers TA. GWAS Meta-Analysis and Replication Identifies Three New Susceptibility Loci for Ovarian Cancer. Nature Genetics. 2013;45:362–370. PMCID: PMC3693183

311. **Ness RB**. Is There a Future for Innovative Epidemiology: Counter-point. Am J Epidemiol. 2013; 177:281-2.

312. Olsen CM, Nagle CM, Whiteman DC, **Ness RB**, Pearce CL, Pike MC, Rossing MA, Terry KL, Wu AH, The Australian Cancer Study (Ovarian Cancer), Australian Ovarian Cancer Study Grou, Risch HA, Yu H, Doherty JA, Chang-Claude J, Hein R, Nickels S, Wan-Gohrke S, Goodman MT, Carney ME, Matsuno RK, Lurie G, Moysich K, Kjaer SK, Jensen A, Hogdall E, Goode EL, Fridley BL, Vierkant RA, Larson MC, Schildkraut J, Hoyo C, Moorman P, Weer RP, Cramer DW, Vitonis AF, Bandera EV, Olson SH, Rodriguez-Rodriguez L, Kin M, Brinton LA, Yang H, Garcia-Closas M, Lissowska J, Anton-Culver H, Ziogas A, Gayther SA, Ramus SJ, Menon U, Gentry-Maharaj A, Webb PM. Obesity and risk of ovarian cancer subtypes: evidence from the Ovarian Cancer Association Consortium. Endocrine Rel Cancer. 2013;20:251-62.

313. Goode EL, DeRycke M, Kalli KR, Oberg AL, Cunningham JM, Maurer MJ, Fridley BL,Armasu SM, Serie DJ, Ramar P, Goergen K, Vierkant RA, Rider DN, Sicotte H, Wang C, Winterhoff B, Phelan CM, Schildkraut JM, Weber RP, Iversen E, Berchuck A, Sutphen R, Birrer MJ, Hampras S, Preus L, Gayther SA, Ramus SJ, Wentzensen N, Yang HP, Garcia-Closas M, Son H, Tyrer J, Pharoah PD, Konecny G, Sellers TA, **Ness RB**, Sucheston LE, Odunsi K, Hartmann LC, Moysich KB, Knutson KL. Inherited Variants in Regulatory T Cell Genes and Outcome of Ovarian Cancer. 2013 PLoS ONE 8(1):e53903. PMCID: PMC3559692

314. Taylor BD, Darville T, Ferrell RE, **Ness RB**, Haggerty CL. Racial Variation in Toll-like Receptor Variants Among Women with Pelvic Inflammatory Disease. J Infect Dis. 2013;207(6):940-6.

315. Faber MT, Kjaer SK, Dehlendorff C, Chang-Claude J, Andersen KK, Hogdall E, Webb PM, Jordan SM, the Australian Cancer Study (Ovarian Cancer), Australian Ovarian Cancer Study Group, Rossing MA, Doherty JA, Goodman MT, **Ness RB**, Goode EL, Schildkraut J, Cramer DW, Terry KL, Bandera EV, Olson SH, Kiemeney LA, Massuger L, Moysich K, Odunsi K, Song H, Pharaoh PDP, Wittemore A, McGuire V, Sieh W, Sutphen R, Narod SA, Menon U, Gayther SA, Ramus SJ, Gentry-Majarah A, Pearce CL, Risch HA, Jensen A. Cigarette Smoking and Risk of Ovarian Cancer: a pooled analysis of 21 case-control studies. Cancer Cause Control. 2013;24(5):989-1004.

316. Kelemen LE. Bandera EV. Terry KL. Rossing MA. Brinton LA. Doherty JA. **Ness RB.** Kjaer SK. Chang-Claude J. Kobel M. Lurie G. Thompson PJ. Carney ME. Moysich K. Edwards R. Bunker C. Jensen A. Hogdall E. Cramer DW. Vitonis AF. Olson SH. King M. Chandran U. Lissowska J. Garcia-Closas M. Yang H. Webb PM. Schildkraut JM. Goodman MT. Risch HA. Australian Ovarian Cancer Study Group and Australian Cancer Study (Ovarian Cancer). Ovarian Cancer Association Consortium. Recent alcohol consumption and risk of incident ovarian carcinoma: a pooled analysis of 5,342 cases and 10,358 controls from the Ovarian Cancer Association Consortium. BMC Cancer. 2013;13:28.

317. Pearce CL, Rossing MA, Lee A, **Ness RB**, Webb PM, Australian Cancer Study (Ovarian), Australian Ovarian Cancer Study Group, Nagle CM, Stram D, Chang-Claude J, Hein R, Lurie G, Thompson PJ, Carney ME, Goodman MT, Moysich K, Hogdall E, Jensen A, Goode EL, Fridley BL, Cunningham J, Vierkant RA, Palmieri RT, Ziogas A, Anton-Culver H, Gayther SA, Gentry-Maharaj A, Menon U, Ramus SJ, Berchuck A, Doherty JA, Iversen E, McGuire V, Mooreman P, Pharoah P, Pike MC, Risch H, Sieh W, Stram D, Terry L, Whittemore A, Wu AH, Schildkraut JM, Kjaer SK, Ovarian Cancer Association Consortium. Combined and interactive effects of environmental and GWAS-identified risk factors in ovarian cancer. Cancer Epidemiol Biomarkers Prev. 2013;22:880-90.

318. Sieh W, Salvador S, McGuire V, Weber RP, Terry KL, Rossing MA, Risch H, Wu AH, Webb PM, Moysich K, Doherty JA, Felberg A, Miller D, Jordan SJ; Australian Cancer Study (Ovarian Cancer); Australian Ovarian Cancer Study Group, Goodman MT, Lurie G, Chang-Claude J, Rudolph A, Kjær SK, Jensen A, Høgdall E, Bandera EV, Olson SH, King MG, Rodriguez-Rodriguez L, Kiemeney LA, Marees T, Massuger LF, van Altena AM, **Ness RB**, Cramer DW, Pike MC, Pearce CL, Berchuck A, Schildkraut JM, Whittemore AS; Ovarian Cancer Association Consortium. Tubal ligation and risk of ovarian cancer subtypes: a pooled analysis of case-control studies. Int J Epidemiol. 2013e;42(2):579-89.PMCID: PMC3619957

319. Shen H, Fridley BL, Song H, Lawrenson K, Cunningham JM, Ramus SJ, Cicek MS, Tyrer J, Stram D, Larson MC, Köbel M; PRACTICAL Consortium, Ziogas A, Zheng W, Yang HP, Wu AH, Wozniak EL, Woo YL, Winterhoff B, Wik E, Whittemore AS, Wentzensen N, Weber RP, Vitonis AF, Vincent D, Vierkant RA, Vergote I, Van Den Berg D, Van Altena AM, Tworoger SS, Thompson PJ, Tessier DC, Terry KL, Teo SH, Templeman C, Stram DO, Southey MC, Sieh W, Siddiqui N, Shvetsov YB, Shu XO, Shridhar V, Wang-Gohrke S, Severi G, Schwaab I, Salvesen HB, Rzepecka IK, Runnebaum IB, Rossing MA, Rodriguez-Rodriguez L, Risch HA, Renner SP, Poole EM, Pike MC, Phelan CM, Pelttari LM, Pejovic T, Paul J, Orlow I, Omar SZ, Olson SH, Odunsi K, Nickels S, Nevanlinna H, **Ness RB**, Narod SA, Nakanishi T, Moysich KB, Monteiro AN, Moes-Sosnowska J, Modugno F, Menon U, McLaughlin JR, McGuire V, Matsuo K, Adenan NA, Massuger LF, Lurie G, Lundvall L, Lubiński J, Lissowska J, Levine DA, Leminen A, Lee AW, Le ND, Lambrechts S, Lambrechts D, Kupryjanczyk J, Krakstad C,

Konecny GE, Kjaer SK, Kiemeney LA, Kelemen LE, Keeney GL, Karlan BY, Karevan R, Kalli KR, Kajiyama H, Ji BT, Jensen A, Jakubowska A, Iversen E, Hosono S, Høgdall CK, Høgdall E, Hoatlin M, Hillemanns P, Heitz F, Hein R, Harter P, Halle MK, Hall P, Gronwald J, Gore M, Goodman MT, Giles GG, Gentry-Maharaj A, Garcia-Closas M, Flanagan JM, Fasching PA, Ekici AB, Edwards R, Eccles D, Easton DF, Dürst M, du Bois A, Dörk T, Doherty JA, Despierre E, Dansonka-Mieszkowska A, Cybulski C, Cramer DW, Cook LS, Chen X, Charbonneau A, Chang-Claude J, Campbell I, Butzow R, Bunker CH, Brueggmann D, Brown R, Brooks-Wilson A, Brinton LA, Bogdanova N, Block MS, Benjamin E, Beesley J, Beckmann MW, Bandera EV, Baglietto L, Bacot F, Armasu SM, Antonenkova N, Anton-Culver H, Aben KK, Liang D, Wu X, Lu K, Hildebrandt MA; Australian Ovarian Cancer Study Group; Australian Cancer Study, Schildkraut JM, Sellers TA, Huntsman D, Berchuck A, Chenevix-Trench G, Gayther SA, Pharoah PD, Laird PW, Goode EL, Pearce CL. Epigenetic analysis leads to identification of HNF1B as a subtype-specific susceptibility gene for ovarian cancer. Nat Commun. 2013;4:1628.

320.    Permuth-Wey J, Lawrenson K, Shen HC, Velkova A, Tyrer JP, Chen Z, Lin HY, Chen YA, Tsai YY, Qu X, Ramus SJ, Karevan R, Lee J, Lee N, Larson MC, Aben KK, Anton-Culver H, Antonenkova N, Antoniou AC, Armasu SM; Australian Cancer Study; Australian Ovarian Cancer Study, Bacot F, Baglietto L, Bandera EV, Barnholtz-Sloan J, Beckmann MW, Birrer MJ, Bloom G, Bogdanova N, Brinton LA, Brooks-Wilson A, Brown R, Butzow R, Cai Q, Campbell I, Chang-Claude J, Chanock S, Chenevix-Trench G, Cheng JQ, Cicek MS, Coetzee GA; Consortium of Investigators of Modifiers of BRCA1/2, Cook LS, Couch FJ, Cramer DW, Cunningham JM, Dansonka-Mieszkowska A, Despierre E, Doherty JA, Dörk T, du Bois A, Dürst M, Easton DF, Eccles D, Edwards R, Ekici AB, Fasching PA, Fenstermacher DA, Flanagan JM, Garcia-Closas M, Gentry-Maharaj A, Giles GG, Glasspool RM, Gonzalez-Bosquet J, Goodman MT, Gore M, Górski B, Gronwald J, Hall P, Halle MK, Harter P, Heitz F, Hillemanns P, Hoatlin M, Høgdall CK, Høgdall E, Hosono S, Jakubowska A, Jensen A, Jim H, Kalli KR, Karlan BY, Kaye SB, Kelemen LE, Kiemeney LA, Kikkawa F, Konecny GE, Krakstad C, Kjaer SK, Kupryjanczyk J, Lambrechts D, Lambrechts S, Lancaster JM, Le ND, Leminen A, Levine DA, Liang D, Lim BK, Lin J, Lissowska J, Lu KH, Lubiński J, Lurie G, Massuger LF, Matsuo K, McGuire V, McLaughlin JR, Menon U, Modugno F, Moysich KB, Nakanishi T, Narod SA, Nedergaard L, **Ness RB**, Nevanlinna H, Nickels S, Noushmehr H, Odunsi K, Olson SH, Orlow I, Paul J, Pearce CL, Pejovic T, Pelttari LM, Pike MC, Poole EM, Raska P, Renner SP, Risch HA, Rodriguez-Rodriguez L, Rossing MA, Rudolph A, Runnebaum IB, Rzepecka IK, Salvesen HB, Schwaab I, Severi G, Shridhar V, Shu XO, Shvetsov YB, Sieh W, Song H, Southey MC, Spiewankiewicz B, Stram D, Sutphen R, Teo SH, Terry KL, Tessier DC, Thompson PJ, Tworoger SS, van Altena AM, Vergote I, Vierkant RA, Vincent D, Vitonis AF, Wang-Gohrke S, Palmieri Weber R, Wentzensen N, Whittemore AS, Wik E, Wilkens LR, Winterhoff B, Woo YL, Wu AH, Xiang YB, Yang HP, Zheng W, Ziogas A, Zulkifli F, Phelan CM, Iversen E, Schildkraut JM, Berchuck A, Fridley BL, Goode EL, Pharoah PD, Monteiro AN, Sellers TA, Gayther SA. Identification and molecular characterization of a new ovarian cancer susceptibility locus at 17q21.31. Nat Commun. 2013;4:1627. PMCID: PMC3709460

321.    Haggerty CL, Klebanoff MA, Panum I, Uldum SA, Bass DC, Olsen J, Roberts JM, **Ness RB**. Prenatal Chlamydia trachomatis infection increases the risk of preeclampsia. Preg Hypertension. 2013;3(3):151-154. PMCID: PMC3775369

322.    Terry KL, Karageorgi S, Shvetsov YB, Merritt MA, Lurie G, Thompson PJ, Carney ME, Weber RP, Akushevich L, Lo-Ciganic WH, Cushing-Haugen K, Sieh W, Moysich K, Doherty JA, Nagle CM, Berchuck A, Pearce CL, Pike M, **Ness RB**, Webb PM; Australian Cancer Study (Ovarian Cancer); Australian Ovarian Cancer Study Group, Rossing MA, Schildkraut J, Risch H, Goodman MT; Ovarian Cancer Association Consortium.Cancer Prev Res (Phila). Genital

powder use and risk of ovarian cancer: a pooled analysis of 8,525 cases and 9,859 controls. Cancer Prev Res. 2013;6:811-21. PMCID: PMC3766843

323. Catov JM, Dodge R, Barinas-Mitchell E, Sutton-Tyrrell K, Yamal JM, Piller LB, **Ness RB**. Prior preterm birth and maternal subclinical cardiovascular disease 4 to 12 years after pregnancy. J Wom Health. 2013 Oct;22(10):835-843.

324. McClure CK*, Catov JM, **Ness R**, Bodnar LM. Associations between gestational weight gain and BMI, abdominal adiposity, and traditional measures of cardiometabolic risk in mothers 8 y postpartum. Am J Clin Nutr. 2013;98:1218-25.

325. Bojesen SE. Pooley KA. Johnatty SE…**Ness RB**…Ramus SJ. Orr N. Menon U. Pearce CL. Bruning T. Pike MC. Ko YD. Lissowska J. Figueroa J. Kupryjanczyk J. Chanock SJ. Dansonka-Mieszkowska A. Jukkola-Vuorinen A. Rzepecka IK. Pylkas K. Bidzinski M. Kauppila S. Hollestelle A. Seynaeve C. Tollenaar RA. Durda K. Jaworska K. Hartikainen JM. Kosma VM. Kataja V. Antonenkova NN. Long J. Shrubsole M. Deming-Halverson S. Lophatananon A. Siriwanarangsan P. Stewart-Brown S. Ditsch N. Lichtner P. Schmutzler RK. Ito H. Iwata H. Tajima K. Tseng CC. Stram DO. van den Berg D. Yip CH. Ikram MK. Teh YC. Cai H. Lu W. Signorello LB. Cai Q. Noh DY. Yoo KY. Miao H. Iau PT. Teo YY. McKay J. Shapiro C. Ademuyiwa F. Fountzilas G. Hsiung CN. Yu JC. Hou MF. Healey CS. Luccarini C. Peock S. Stoppa-Lyonnet D. Peterlongo P. Rebbeck TR. Piedmonte M. Singer CF. Friedman E. Thomassen M. Offit K. Hansen TV. Neuhausen SL. Szabo CI. Blanco I. Garber J. Narod SA. Weitzel JN. Montagna M. Olah E. Godwin AK. Yannoukakos D. Goldgar DE. Caldes T. Imyanitov EN. Tihomirova L. Arun BK. Campbell I. Mensenkamp AR. van Asperen CJ. van Roozendaal KE. Meijers-Heijboer H. Collee JM. Oosterwijk JC. Hooning MJ. Rookus MA. van der Luijt RB. Os TA. Evans DG. Frost D. Fineberg E. Barwell J. Walker L. Kennedy MJ. Platte R. Davidson R. Ellis SD. Cole T. Bressac-de Paillerets B. Buecher B. Damiola F. Faivre L. Frenay M. Sinilnikova OM. Caron O. Giraud S. Mazoyer S. Bonadona V. Caux-Moncoutier V. Toloczko-Grabarek A. Gronwald J. Byrski T. Spurdle AB. Bonanni B. Zaffaroni D. Giannini G. Bernard L. Dolcetti R. Manoukian S. Arnold N. Engel C. Deissler H. Rhiem K. Niederacher D. Plendl H. Sutter C. Wappenschmidt B. Borg A. Melin B. Rantala J. Soller M. Nathanson KL. Domchek SM. Rodriguez GC. Salani R. Kaulich DG. Tea MK. Paluch SS. Laitman Y. Skytte AB. Kruse TA. Jensen UB. Robson M. Gerdes AM. Ejlertsen B. Foretova L. Savage SA. Lester J. Soucy P. Kuchenbaecker KB. Olswold C. Cunningham JM. Slager S. Pankratz VS. Dicks E. Lakhani SR. Couch FJ. Hall P. Monteiro AN. Gayther SA. Pharoah PD. Reddel RR. Goode EL. Greene MH. Easton DF. Berchuck A. Antoniou AC. Chenevix-Trench G. Dunning AM. Multiple independent variants in the TERT locus are associated with telomere length and risk of breast and ovarian cancer. Nature Genetics. 2013;45(4):371-84.

326. Thomas S. **Ness RB**. Thurston RC. Matthews K. Chang CC. Hess R. Racial differences in perception of body weight in mid-life women: results from the Do Stage Transitions Result in Detectable Effects study. Menopause. 2013;20(3):269-73

327. Koebel M, Kalloger S, Lee S, Duggan MA, Kelemen LE, Prentice L, Kalli KR, Fridley BL, Visscher DW, Keeney GA, Vierkant RA, Cunningham JM, Chow C, **Ness RB**, Moysich KB, Edwards RP, Modugno F, Bunker CH, Wozniak EL, Benjamin E, Gayther SA, Gentry-Maharaj A, Menon U, Gilks B, Huntsman DG, Ramus SJ, Goode EL. Biomarker-based ovarian carcinoma typing: a histological investigation in the Ovarian Tumor Tissue Analysis consortium. Cancer Epidemiol Biomarkers Prev. 2013;22(10):1677-86.

328. **Ness RB**. Counterpoint: the future of innovative epidemiology. Am J Epidemiol. 2013; 177(4):281-2. PMID: 23296353

329.  Earp MA, Kelemen LE, Magliocco AM, Swenerton KD, Chenevix–Trench G, Australian Cancer Study, Australian Ovarian Cancer Study Group, Lu Y, Hein A, Ekici AB, Beckmann MW, Fasching PA, Lambrechts D, Despierre E, Vergote I, Lambrechts S, Doherty JA, Rossing MA, Chang-Claude J, Rudolph A, Friel G, Moysich KB, Odunsi K, Sucheston L, Lurie G, Goodman MT, Carney ME, Thompson PJ, Runnebaum I, Durst M, P Hillemanns, Dork T, Antonenkova N, Bogdanova N, Leminen A, Nevanlinna H, Pelttari LM, Butzow R, Bunker CL, Modugno F, Edwards RP, **Ness RB**, du Bois A, Heitz F, Schwaab I, Harter P, Karlan BY, Walsh C, Lester J, Jensen A, Kjar SK, Hogdall CK, Hogdall E, Lundvall L, Sellers TA, Fridley BL, Goode EL, Cunningham JM, Vierkant RA, Giles GG, Baglietto L, Severi G, Southey MC, Liang D, Wu X, Lu K, Hildebrandt MAT, Levine DA, Bisogna M, Schildkraut JM, Iversen ES, Weber RP, Berchuck A, Cramer DW, Terry KL, Poole EM, Tworoger SS, Bandera EV, Chandran U, Orlow I, Olson SH, Wik E, Salvesen HB, Bjorge L, Halle MK, van Altena AM, Aben KKH, Kiemeney LA, Massuger LFAG, Pejovic T, Bean YT, Cybulski C, Gronwald J, Lubinski J, Wentzensen N, Brinton LA, Lissowska J, Garcia–Closas M, Dicks E, Dennis J, Easton DF, Song H, JP Tyrer, Pharoah PDP, Eccles D, Campbell IG, Whittemore AS, McGuire V, Sieh W, Rothstein JH, Flanagan JM, Paul J, Brown R, Phelan CM, Risch HA, McLaughlin JR, Narod SA, Ziogas A, Anton-Culver H, Gentry-Maharaj A, Menon U, Gayther SA, Ramus SJ, Wu AH, Pearce CL, Pike MC, Dansonka-Mieszkowska A, Rzepecka IK, Szafron LM, Kupryjanczyk J, Cook LS, Le ND, and Brooks-Wilson A on behalf of the Ovarian Cancer Association Consortium. Genome-wide Association Study of Subtype-Specific Epithelial Ovarian Cancer Risk Alleles Using Pooled DNA. Human Genetics. 2014;133(5):481-97.

330.  Trabert B, **Ness RB**, Lo-Ciganic W-H, Murphy, MA, Goode, EL, Poole, EM, Brinton, LA, Webb, PM, Nagle, CM, Jordan, SJ, Australian Ovarian Cancer Study Group, the Australian Cancer Study (Ovarian Cancer), Risch HA, Rossing MA, Doherty JA, Goodman MT, Lurie G, Kjaer SK, Hogdall E, Jensen A, Cramer DW, Terry KL, Vitonis A, Bandera EV, Olson S, King MG, Chandran U, Anton-Culver H, Ziogas A, Menon U, Gayther SA, Ramus SJ, Gentry0Maharaj A, Wu AH, Pearce CL, Pike MC, Berchuck A, Schildkraut JM, Wentzensen N; on behalf of the Ovarian Cancer Association Consortium. Aspirin, Nonaspirin Nonsteroidal Anti-inflammatory Drug, and Acetaminophen Use and Risk of Invasive Epithelial Ovarian Cancer: A Pooled Analysis in the Ovarian Cancer Association Consortium. J Natl Cancer Inst. 2014;106(2):djt431. PMCID: PMC3924755

331.  Wood NM*, D'Amore JD, Jones SL, Sittig DL, **Ness RB**.  Death, Taxes and Advance Directives.  Appl Clin Inform 2014;5(2):589-93. PMCID: PMC4081758

332.  Taylor B*, Darville T, Ferrell R, **Ness RB**, Kelsey S, Haggerty C.  Cross-sectional Analysis of Toll-like Receptor Variants and Bacterial Vaginosis in African American Women with Pelvic Inflammatory Disease.  Sex Transm Infect 2014;90(7):563-6.

333.  Lin P, Rhew E, **Ness RB**, Peaceman A, Dyer A, McPherson D, Kondos GT, Edmundowicz D. Adverse Pregnancy Outcomes and Subsequent risk of Cardiovascular Disease in Women with Systemic Lupus Erythematosus.  Lupus Science Med 2014;1(1):e000024.

334.  Kelemen LE, Terry KL, Goodman MT, Webb PM, Bandera EV, McGuire V, Rossing MA, Wang Q, Dicks E, Tyrer JP, Song H, Kupryjanczyk J, Dansonka-Mieszkowska A, Plisiecka-Halasa J, Timorek A, Menon U, Gentry-Maharaj A, Gayther SA, Ramus SJ, Narod SA, Risch HA, McLaughlin JR, Siddiqui N, Glasspool R, Paul J, Carty K,  Gronwald J, Lubiński J, Jakubowska A, Cybulski C, Kiemeney LA, Massuger LFAG, van Altena AM, Aben KKH, Olson SH, Orlow I, Cramer DW, Levine DA, Bisogna M, Giles GG, Southey MC, Bruinsma F, Kjær SK, Hogdall E, Jensen A, Hogdall CK, Lundvall L, Engelholm SA, Heitz F, du Bois A, Harter P, Schwaab I, Butzow R, Nevanlinna H, Pelttari LM, Leminen A, Thompson PJ, Lurie G, Wilkens LR, Lambrechts D, Van Nieuwenhuysen E, Lembrechts S, Vergote I, Beesley J, AOCS

Study Group/ACS Investigators, Fasching PA, Beckmann MW, Hein A, Ekici AB, Doherty JA, Wu AH, Pearce CL, Pike MC, Stram D, Chang-Claude J, Rudolph A, Dörk T, Dürst M, Hillemanns P, Runnebaum IB, Bogdanova N, Antonenkova N, Odunsi K, Edwards RP, Modugno F, **Ness RB**, Karlan BY, Walsh C, Lester J, Orsulic S, Fridley BL, Vierkant RA, Cunningham JM, Wu X, Lu K, Liang D, Hildebrandt MAT, Weber RP, Iversen ES, Tworoger SS, Poole EM, Salvesen HB, Krakstad C, Bjorge L, Tangen IL, Pejovic T, Bean Y, Kellar M, Wentzensen N, Brinton LA, Lissowska J, Garcia-Closas M, Campbell IG, Eccles D, Whittmore AS, Sieh W, Rothstein JH, Anton-Culver H, Ziogas A, Phelan CM, Moysich KB, Goode EL, Schildkraut JM, Berchuck A, Pharoah PPD, Sellers TA, Brooks-Wilson A, Cook LS, Le ND on behalf of the Ovarian Cancer Association Consortium.  Consortium analysis of gene and gene-folate interactions in purine and pyrimidine metabolism pathways with ovarian carcinoma risk. Mol Nutr Food Res 2014;58(10):2023-35.

335.  Charbonneau B. Block MS. Bamlet WR. Vierkant RA. Kalli KR. Fogarty Z. Rider DN. Sellers TA. Tworoger SS. Poole E. Risch HA. Salvesen HB. Kiemeney LA. Baglietto L. Giles GG. Severi G. Trabert B. Wentzensen N. Chenevix-Trench G. for AOCS/ACS group. Whittemore AS. Sieh W. Chang-Claude J. Bandera EV. Orlow I. Terry K. Goodman MT. Thompson PJ. Cook LS. Rossing MA. **Ness RB**. Narod SA. Kupryjanczyk J. Lu K. Butzow R. Dork T. Pejovic T. Campbell I. Le ND. Bunker CH. Bogdanova N. Runnebaum IB. Eccles D. Paul J. Wu AH. Gayther SA. Hogdall E. Heitz F. Kaye SB. Karlan BY. Anton-Culver H. Gronwald J. Hogdall CK. Lambrechts D. Fasching PA. Menon U. Schildkraut J. Pearce CL. Levine DA. Kjaer SK. Cramer D. Flanagan JM. Phelan CM. Brown R. Massuger LF. Song H. Doherty JA. Krakstad C. Liang D. Odunsi K. Berchuck A. Jensen A. Lubinski J. Nevanlinna H. Bean YT. Lurie G. Ziogas A. Walsh C. Despierre E. Brinton L. Hein A. Rudolph A. Dansonka-Mieszkowska A. Olson SH. Harter P. Tyrer J. Vitonis AF. Brooks-Wilson A. Aben KK. Pike MC. Ramus SJ. Wik E. Cybulski C. Lin J. Sucheston L. Edwards R. McGuire V. Lester J. du Bois A. Lundvall L. Wang-Gohrke S. Szafron LM. Lambrechts S. Yang H. Beckmann MW. Pelttari LM. Van Altena AM. van den Berg D. Halle MK. Gentry-Maharaj A. Schwaab I. Chandran U. Menkiszak J. Ekici AB. Wilkens LR. Leminen A. Modugno F. Friel G. Rothstein JH. Vergote I. Garcia-Closas M. Hildebrandt MA. Sobiczewski P. Kelemen LE. Pharoah PD. Moysich K. Knutson KL. Cunningham JM. Fridley BL. Goode EL. Risk of ovarian cancer and the NF-kB pathway: genetic association with IL1A and TNFSF10. Cancer Res 2014;74(3):852-61.

336.  Kurta ML*, Edwards RP, Moysich KB, McDonough K, Bertolet M, Weissfeld JL, Catov JM, Modugno F, Bunker CH, **Ness RB**, Diergaarde B. Prognosis and conditional disease-free survival among patients with ovarian cancer. J Clin Oncol 2014;32(36):4102-12. PMCID: PMC4265120

337.  Charbonneau B, Moysich KB, Kalli KR, Oberg AL, Vierkant RA, Fogarty ZC, Block MS, Maurer MJ, Goergen KM, Fridley BL, Cunningham JM, Rider DN, Preston C, Hartmann LC, Lawrenson K, Wang C, Tyrer J, Song H, deFazio A, Johnatty SE, Doherty JA, Phelan CM, Sellers TA, Ramirez SM, Vitonis AF, Terry KL, Van Den Berg D, Pike MC, Wu AH, Berchuck A, Gentry-Maharaj A, Ramus SJ, Diergaarde B, Shen H. Jensen A, Menkiszak J, Cybulski C, Lubilski J, Ziogas A, Rothstein JH, McGuire V, Sieh W, Lester J. Walsh C, Vergote I, Lambrechts S, Despierre E, Garcia-Closas M, Yang H, Brinton LA, Spiewankiewicz B, Rzepecka IK, Dansonka-Mieszkowska A, Seibold P. Rudolph A, Paddock LE, Orlow I, Lundvall L, Olson SH, Hogdall CK, Schwaab I, du Bois A, Harter P, Flanagan JM, Brown R, Paul J. Ekici AB. Beckmann MW. Hein A. Eccles D. Lurie G. Hays LE. Bean YT. Pejovic T. Goodman MT. Campbell I. Fasching PA. Konecny G. Kaye SB. Heitz F. Hogdall E. Bandera EV, Chang-Claude J, Kupryjanczyk J, Wentzensen N, Lambrechts D, Karlan BY, Whittemore AS, Culver HA, Gronwald J, Levine DA, Kjaer SK, Menon U, Schildkraut JM, Pearce CL, Cramer DW,

Rossing MA, Chenevix-Trench G, AOCS group, ACS, Pharoah PD, Gayther SA, **Ness RB,** Odunsi K, Sucheston LE, Knutson KL, Goode EL. Large scale evaluation of common variation in regulatory T cell related genes and ovarian cancer outcome. Cancer Immunol Res. 2014;2(4):332-40. PMCID: PMC4000890

338. **Ness RB.** Does talc exposure cause ovarian cancer? Int J Gynecol Cancer. 2015;25:51.

339. **Ness RB**, Pearce C, Stram D, Berchuck A, Pike M, Pharoah P. Lifetime risk of ovarian cancer based on endometriosis and other risk factors. Int J Gynecol Cancer. 2015;25:50.

340. Kelemen LE, Lawrenson K, Tyrer J, … **Ness RB**… Pharoah PDP, Gayther SA, Berchuck A for the Ovarian Cancer Association Consortium. Genome-wide significant risk associations for mucinous ovarian carcinoma. Nature Genetics. 2015. PMCID: PMC4520768

341. Chornokur G, Lin HY, Tyrer JP,…**Ness RB**… Narod SA, Pharoah PDP, Sellers TA, Phelan CM. Common genetic variation in cellular transport genes and epithelial ovarian cancer (EOC) risk. PLOS One. 2015;10(6):e0128106. PMCID: PMID: 26091520

342. Minlikeeva AN, Freudenheim JL, Lo-Ciganic WH, Eng KH, Friel G, Diergaarde B, Modugno F, Cannioto R, Gower E, Szender JB, Grzankowski K, Odunsi K, **Ness RB**, Moysich KB. Use of common analgesics is not associated with ovarian cancer survival. Cancer Epidemiol Biomarkers Prev. 2015; 24(8):1291-4. PMID: 26063476.

343. Johnatty SE, Tyrer JP, Kar SP, Beesley J,… **Ness RB**… DeFazio A, Webb PM, Chenevix-Trench G on behalf of the Australian Ovarian Cancer Study Group. Genome-wide analysis identifies novel loci associated with ovarian cancer outcomes: findings from the Ovarian Cancer Association Consortium. Clinical Cancer Research. 2015; 21(23):5264-76. PMID: 26152742

344. Amankwah EK, Lin HY, Tyrer JP, Lawrenson K, … **Ness RB**… Narod SA, Pharoah PD, Sellers TA, Phelan CM. Epithelial-Mesenchymal Transition (EMT) Gene Variants and Epithelial Ovarian Cancer (EOC) Risk. Genetic Epidemiology. 2015; 39(8):689-97. PMID: 26399219.

345. Jim HSL, Lin HY, Tyrer JP, Lawrenson K, Dennis J, Chornokur G, Chen Z, … **Ness RB** …, Monteiro ANA, Goode EL, Narod SA, Gayther SA, Pharoah PDP, Sellers TA, Phelan CM. Common Genetic Variation in Circadian Rhythm Genes and Risk of Epithelial Ovarian Cancer (EOC). J Genetics Genome Res. 2015; 2(2): 017. PMID: 26807442.

346. Lawrenson K, Li Q, Kar S, Seo JH, … **Ness RB**… Pharoah PD, Gayther SA, Freedman ML. Cis-eQTL analysis and functional validation of candidate susceptibility genes for high-grade serous ovarian cancer. Nature Communications. 2015. PMCID: PMC4580986

347. Collaborative Group on Epidemiologic Studies of Ovarian Cancer. Menopausal hormone use and ovarian cancer risk: Individual participant meta-analysis of 52 epidemiologic studies. The Lancet. 2015;385(9980):1835-1842. PMCID: PMC4427760

348. Lee AW, Tyrer JP, Doherty JA, Stram DA, … **Ness RB**…  Lambrechts D, Wicklund KG, Eilber U. Evaluating the ovarian cancer gonadotropin hypothesis: a candidate gene study. Gynecol Oncology. 2015;136(3):542-548.

349. Kuchenbaecker KB, Ramus SJ, Tyrer J, …**Ness RB**… Gayther S, Pharoah PP, Antoniou AC, Cheneviz-Trench G and the Consortium of Investigators of Modifiers of BRCA1 and BRCA2. Identification of six new susceptibility loci for invasive epithelial ovarian cancer. Nature Genetics. 2015;47(2):164-171. PMCID: PMC4445140

350. **Ness RB.** Promoting innovative thinking.  Am J Public Health. 2015;105(S1):S114-S118. PMCID: PMC4340012

351.  Pearce CL, Stram DO, **Ness RB**, Stram DA, Roman LD, Templeman C, Menon U, Fasching PA, Doherty JA, Modugno F, Schildkraut JM, Rossing MA, Huntsman D, Wu AH, Berchuck A, Pike MC, Pharoah PDP.  Population distribution of lifetime risk of ovarian cancer in the U.S.  Cancer Epidemiol Biomarkers Prev. 2015;24(4):671-676.

352.  Taylor BD*, **Ness RB**, Olsen J, Hougaard DM, Skogstrand K, Roberts JM, Haggerty CL. Serum leptin measured in early pregnancy is higher in women with preeclampsia compared to normotensive pregnant controls. Hypertension. 2015;65(3):594-599. PMCID: PMC4326535

353.  Taylor BD*, Tang G, **Ness RB**, Olsen J, Hougaard DM, Skogstrnd K, Roberts JM, Haggerty CL. Elevated serum inflammatory markers preeclampsia: results form a large national cohort study. Preg Hypertension. 2015;5(1):90.

354.  Meeks HD, Song H, Michailidou K, Bolla MK, Dennis J, Wang Q, Barrowdale D, Frost D; EMBRACE, McGuffog L, … , **Ness RB**, … , Berchuck A, Swerdlow A, Chenevix-Trench G, Dunning AM, Pharoah PD, Hall P, Easton DF, Couch FJ, Spurdle AB, Goldgar DE**.** BRCA2 Polymorphic Stop Codon K3326X and the Risk of Breast, Prostate, and Ovarian Cancers. J Nat Cancer Inst. 2015; 108(2). PMID: 26586665.

355.  Lawrenson K, Iversen ES, Tyrer J, Weber RP, Concannon P, Hazelett DJ, Li Q, Marks JR, Berchuck A, Lee JM, … , **Ness RB**, … , Zheng W, Ziogas A, Coetzee GA, Freedman ML, Monteiro AN, Moes-Sosnowska J, Kupryjanczyk J, Pharoah PD, Gayther SA, Schildkraut JM. Common variants at the CHEK2 gene locus and risk of epithelial ovarian cancer. Carcinogenesis. 2015; 36(11):1341-53. PMID: 26424751.

356.  Kar SP, Tyrer JP, Li Q, Lawrenson K, Aben KK, Anton-Culver H, Antonenkova N, Chenevix-Trench G; Australian Cancer Study; Australian Ovarian Cancer Study Group, Baker H, … , **Ness RB,** … , Wilkens LR, Woo YL, Wu X, Wu A, Yang H, Zheng W, Ziogas A, Sellers TA, Monteiro AN, Freedman ML, Gayther SA, Pharoah PD. Network-Based Integration of GWAS and Gene Expression Identifies a HOX-Centric Network Associated with Serous Ovarian Cancer Risk. Cancer Epidemiol Biomarkers Prev. 2015; 24(10):1574-84. PMID: 26209509.

357.  Ovarian Cancer Association Consortium, Breast Cancer Association Consortium, and Consortium of Modifiers of BRCA1 and BRCA2, Hollestelle A, van der Baan FH, Berchuck A, …**Ness RB**… Arun BK, Arver B, Ashworth A and the Australian Ovarian Cancer Study Group. No Clinical Utility of *KRAS* Variant rs61764370 for Ovarian or Breast Cancer. Gynecol Oncology. 2016; 141(2):386-401. PMID: 25940428.

358.  Lu Y, Cuellar-Partida G, Painter JN, Nyholt DR, … **Ness RB**… Zondervan KT, Chenevix-Trench G, MacGregor S. Shared genetics underlying epidemiological association between endometriosis and ovarian cancer. Hum Molec Genetics. 2015;24(20):5955-5964. PMCID: PMC4581608.

359.  Evans A, Weiss S, Meath K, Chow S, Vandewater EA, **Ness R**. Adolescents' awareness and use of menu labels in eating establishments: results from a focus group study. Pub Health Nutrition. 2016; 19(5):830-40. PMID: 25895733.

360.  Jim HSL, Lin H-Y, Tyrer JP, Lawrenson K, Denis J, Chornokur G, Chen Z, Permuth-Wey J, Aben K, Anton-Culver H, Antonenkova N, Bruinsma F,…**Ness RB**..., Wu AH, Wu X, Woo Y-L, Yang H, Zheng W, Ziogas A, Amankwash E, Berchuck A, Chenevix-Trench G, Schildkraut JM, Kelemen L, Ramus SJ, Goode EL, Monteiro ANA, Gayther SA, Narod SA, Pharoah PDP, Sellers TA, Phelan CM. Common genetic variation in circadian rhythm genes and risk of epithelial ovarian cancer. 2015;2(2):017.

361. Staff AC, Redman CWG, Williams D, Leeson P, Kjartan M, Thilaganathan B, Magnus P, Steegers EAP, Tsigas EZ, **Ness RB**, Myatt L, Poston L, Roberts JM, for the Global Pregnancy Collaboration (CoLab). Pregnancy and Long-Term Maternal Cardiovascular Health: Progress Through Harmonization of Research Cohorts and Biobanks. Hypertension. 2016;67:00-00.

362. Roberts JM, Mascalzoni D, Poston L, and **Ness RB** for the Global Pregnancy Collaboration. Collaboration to Understand Complex Diseases: Preeclampsia and Adverse Pregnancy Outcomes. Hypertension. 2016;67:681-687. 2016;6:53-59.

363. Taylor BD*, Tang G, **Ness RB**, Olsen J, Hougaard DM, Skogstrnd K, Roberts JM, Haggerty CL. Mid-pregnancy Circulating Immune Biomarkers in Women with Preeclampsia and Normotensive Controls. Preg Hypertension. 2016;6:72-78.

364. Burke O, Bentson S, Szafransk P, Buhimschi C, … **Ness RB**… Williams D, Zeisler H, Redman C, Staff AC for the Global Pregnancy Collaboration. Extending the scope of pooled analyses of individual patient biomarker data from heterogeneous laboratory platforms and cohorts using merging algorithms. Preg Hypertension. 2016;6(1):53-59.

365. Usset JL, Raghavan R, Tyrer JP, ... **Ness RB**... Pearce CL, Schildkraut JM, Pharoah P, Goode EL, Fridley BL. Assessment of multifactor gene-environment interactions and ovarian cancer risk: Candidate genes, obesity, and hormone-related risk factors. Cancer Epidemiol Biomarkers Prev. 2016;25(5):780-790.

366. Meeks HD, Song H, Michailidou K, … **Ness RB**… Couch FJ, Spurdle AB, Goldgar DE. BRAC2 polymorphic stop codon K3326X and the risk of breast, prostate and ovarian cancers. J of Nat Cancer Institute. 2016;108(2):djv315.

367. Winham SJ, Pirie A, Chen YA, Larson MC, … **Ness RB**... Fridley BL, Sellers TA, Goode EL. Investigation of exomic variants associated with overall survival in ovarian cancer. Cancer Epidemiol Biomarkers Prev. 2016;25(3):446-454.

368. Haggerty CL, Totten PA, Gong T, Astete SG, Ferris MJ, Norori J, Bass DC, Martin DH, Taylor BD, **Ness RB**. Identification of novel microbes associated with pelvic inflammatory disease and infertility. Sex TransInfections. 2016;0:1-6.

369. Præstegaard C, Kjaer SK, Nielsen TSS, Jensen SM, … **Ness RB**... Lee AW, Chang-Claude J, Jensen A on behalf of the Ovarian Cancer Association Consortium. The association between socioeconomic status and tumour stage at diagnosis of ovarian cancer: a pooled analysis of 18 case-control studies. Cancer Epidemiol. 2016;41:71-79.

370. Earp M, Winham SJ, Larson N, Permuth JB, … **Ness RB**… Sellers T, Fridley B, Goode EL. A targeted genetic association study of epithelial ovarian cancer susceptibility. Oncotarget. 2016;7(7):7381-7389.

371. Permuth JB, Reid B, Earp M, Chen YA, … **Ness RB**… Cheng JQ, Goode EL, Sellers TA on behalf of the Ovarian Cancer Association Consortium. Inherited variants affecting RNA editing may contribute to ovarian cancer susceptibility: results from a large-scale collaboration. Oncotarget. 2016;7(45):72381-72394.

372. Cannioto R, LaMonte MJ, Risch HA, Hong C, … **Ness RB**… Modugno F, Schildkraut JM, Terry KL, Kelemen LE. Chronic Recreational Physical Inactivity and Epithelial Ovarian Cancer Risk: Evidence from the Ovarian Cancer Association Consortium. Cancer Epidemiol Biomarkers Prev. 2016;25(7):1114-1124.

373. Cannioto R, LaMonte MH, Keleman LE, Risch HA,… **Ness RB**… Webb P, Terry KL, Bandera E, Moysich K. Recreational Physical Inactivity and Mortality in Women with Invasive Epithelial

Ovarian Cancer: Evidence from the Ovarian Cancer Association Consortium. Br J Cancer. 2016;115:95-101.

374.    Cuellar-Partida G, Lu Y, Dixon SC; Australian Ovarian Cancer Study, Fasching PA, Hein A, Burghaus S, Beckmann MW, Lambrechts D, Van Nieuwenhuysen E, Vergote I, Vanderstichele A, … , **Ness RB**, … , Morgan TK, Goode EL, Schildkraut JM, Pearce CL, Berchuck A, Pharoah PD, Webb PM, Chenevix-Trench G, Risch HA, MacGregor S. Assessing the Genetic Architecture of Epithelial Ovarian Cancer Histological Subtypes. Hum Genetics. 2016;135:741-756. PMID: 27075448.

375.    Hampras SS, Sucheston-Campbell LE, Cannioto R, Chang-Claude J, Modugno F, Dörk T, Hillemanns P,…**Ness RB**, Odunsi K, Goode EL, Moysich KB. Assessment of variation in immunosuppressive pathway genes reveals TGFBR2 to be associated with risk of clear cell ovarian cancer. Oncotarget. 2016;7(43):69097-69110.

376.    Siddhartha P. Kar, Jonathan Beesley, Ali Amin Al Olama, Kyriaki Michailidou, Jonathan Tyrer, ZSofia Kote-Jarai, Kate Lawrenson,…**Ness RB**…, Hall P, Gayther SA, Easton DF, Chenevix-Trench G, Eeles R, Pharoah PDP, Lambrechts D. Genome-wide meta-analyses of breast, ovarian and prostate cancer association studies identify multiple new susceptibility loci shared by at least two cancer types. Cancer Discovery. 2016;6(9):1052-1067.

377.    Southey MC, Goldgar D, Winqvist R, Pylkäs K, Couch F, Tischkowitz M, Foulkes W,…**Ness RB**…, Song H, Winship I, Chenevix-Trench G, Giles G, Tavtigian S, Easton D, Milne RL. *PALB2, CHEK2* and *ATM* rare variants and cancer risk: data from COGS. J Med Genetics. 2016;53:800-811.

378.    Ong JS, Cuellar-Partida G, Lu Y, Fasching P, Hein A, Burghaus S, Beckmann M, … **Ness RB** …, Kupryjanczyk J, Pharoah P, Chenevix-Trench G, Gharakhani P, Neale R, Webb PM, MacGregor S. Association of vitamin D levels and risk of ovarian cancer: A mendelian randomization study. Int J Epidemiol. 2016;45(5):1619-1630.

379.    Rasmussen CB, Kjaer SK, Albieri V, Bandera EV, Doherty JA, Høgdall E, Webb PM, Jordan SJ, AOCS Study Group, Rossing MA, Wicklund KG, Goodman TM, Modugno F, Moysich KB, **Ness RB**, Edwards RP, Schildkraut JM, Berchuck A, Olson SH, Kiemeney LA, Massuger LFAG, Narod SA, Phelan CM, Anton-Culver H, Ziogas A, Wu AH, Pearce CL, Risch HA, Jensen A. on behalf of the Ovarian Cancer Association Consortium. Pelvic Inflammatory Disease and Risk of Ovarian Cancer and Borderline Ovarian Tumors: A Pooled Analysis of 13 Case-Control Studies. Am J Epidemiol. 2016;184(11):1-13

380.    Clyde MA, Iversen ES, Weber RP, Poole EM, Doherty JA, Goodman MT, **Ness RB**, … , Thompson PJ, Vierkant RA, Wicklund KG, Wu AH, Ziogas A, Tworoger SS, Schildkraut JM on behalf of the Ovarian Cancer Association Consortium. Risk Prediction for Epithelial Ovarian Cancer in Eleven United States-Based Case-Control Studies: Incorporation of Epidemiologic Risk Factors and Seventeen Confirmed Genetic Loci. Am J Epidemiol. 2016; 184(8):553-569.

381.    Lee AW, **Ness RB**, Roman LD, Terry KL, Schildkraut JM, Chang-Claude J, Doherty JA, Menon U, Cramer DW, Gayther SA, Risch H, Gentry-Maharaj A, Goodman MT, Modugno F, Eilber U, Moysich KB, Berchuck A, Rossing MA, Jensen A, Wicklund KG, Cushing-Haugen KL, Hogdall E, Rudolph A, Thompson PJ, Wilkens LR, Kjaer SK, Carney ME, Stram DO, Ramus SJ, Wu AH, Pike MC, Pearce CL for the Ovarian Cancer Association Consortium. Association Between Menopausal Estrogen-Only Therapy and Ovarian Carcinoma Risk. Obstet Gynecol. 2016; 127(5):828-836.

382. Taylor BD, **Ness RB**, Klebanoff MA, Zoh R, Bass D, Hougaard DM, Skogstrand K, Haggerty CL. First and second trimester immune biomarkers in preeclamptic and normotensive women. Preg Hypertension. 2016; 6(4):388-393. PMID: 27939488.

383. Lawrenson K, Kar S, McCue K, Kuchenbaeker K, Michailidou K, Tyrer J, Beesley J, Ramus SJ, Li Q, … , **Ness RB**, … , French JD, Couch FJ, Freedman ML, Easton DF, Dunning AM, Pharoah PD, Edwards SL, Chenevix-Trench G, Antoniou AC, Gayther SA. Functional mechanisms underlying pleiotropic risk alleles at the 19p13.1 breast-ovarian cancer susceptibility locus. Nature Communications. 2016 ;7:12675. PMID: 27601076.

384. Lee AW, Bomkamp A, Bandera EV, Jensen A, Ramus SJ, Goodman MT, Rossing MA, Modugno F, … , **Ness RB**, Menon U, Berchuck A, Mukherjee B, Roman L, Pharoah PD, Chenevix-Trench G, Olson S, Hogdall E, Wu AH, Pike MC, Stram DO, Pearce CL; Ovarian Cancer Association Consortium. A splicing variant of TERT identified by GWAS interacts with menopausal estrogen therapy in risk of ovarian cancer. Int J Cancer. 2016; 139(12):2646-2654. PMID: 27420401.

385. Dixon SC, Nagle CM, Thrift AP, Pharoah PD, Pearce CL, Zheng W, Painter JN; AOCS Group & Australian Cancer Study (Ovarian Cancer), Chenevix-Trench G, Fasching PA, Beckmann MW, … , **Ness RB**, … , Gayther SA, Ramus SJ, Gentry-Maharaj A, Wu AH, Pike MC, Tseng CC, Kupryjanczyk J, Dansonka-Mieszkowska A, Budzilowska A, Spiewankiewicz B, Webb PM; Ovarian Cancer Association Consortium. Adult body mass index and risk of ovarian cancer by subtype: a Mendelian randomization study. Int J Epidemiol. 2016; 45(3):884-95. PMID: 27401727.

386. Permuth JB, Pirie A, Ann Chen Y, Lin HY, Reid BM, Chen Z, Monteiro A, Dennis J, Mendoza-Fandino G; AOCS Study Group; Australian Cancer Study (Ovarian Cancer), Anton-Culver H, … , **Ness RB**, … , Woo YL, Wu AH, Yang H, Zheng W, Ziogas A, Phelan CM, Schildkraut JM, Berchuck A, Goode EL, Pharoah PD, Sellers TA; Ovarian Cancer Association Consortium. Exome genotyping arrays to identify rare and low frequency variants associated with epithelial ovarian cancer risk. Human Molec Genetics. 2016; 25(16):3600-3612. PMID: 27378695.

387. Bolton KL, Tyrer J, Song H, Ramus SJ, Notaridou M, Jones C, Sher T, Gentry-Maharaj A, Wozniak E, Tsai YY, … , **Ness RB**, … , Chanock S, Garcia-Closas M, Sellers T, Easton DF, Berchuck A, Chenevix-Trench G, Pharoah PD, Gayther SA. Corrigendum: Common variants at 19p13 are associated with susceptibility to ovarian cancer. Nature Genetics. 2016; 48(1):101. PMID: 26711112.

388. Taylor BD, Zheng X, Darville T, Zhong W, Konganti K,Abiodun-Ojo O, **Ness RB**, O'Connell CM, and Haggerty CL. Whole-Exome Sequencing to Identify Novel BiologicaL Pathways Associated With Infertility After Pelvic Inflammatory Disease. Sex Trans Dis. 2017; 44(1):36-42.

389. Cannioto RA, Sucheston-Campbell LE, Hampras S, Goode EL, Knuston K, **Ness RB**, Modugno F, Wallace PK, Szender JB, Mayor P, Hong CC, Joseph JM, Friel G, Davis W, Nesline M, Eng KN, Edwards RP, Kruszka B, Schmitt K, and Moysich KB. The Association of Peripheral Blood Reguatory T-Cell Concentrations With Epithelial Ovarian Cancer: A Brief Report. Int J Gynecol Cancer. 2017; 27(1):11-16.

390. Phelan CM, Kuchenbaecker KB, Tyrer JP, Kar SP, Lawrenson K, Winham SJ, Dennis J, … , **Ness RB**, ... , Couch FJ, Berchuck A, Chenevix-Trench G, Goode EL, Sellers TA, Gayther SA, Antoniou AC, and Pharoah PDR. Identification of 12 new susceptibility loci for different histotypes of epithelial ovarian cancer. Nature Genetics. 2017; 1-12. doi:10.1038/ng.3826.

391.  Minlikeeva AN, Freudenheim JL, Cannioto RA, Szender JB, Eng KH, Modugno F, **Ness RB**, LaMonte MJ…Kiemeney LA, Massuger LF, Kupryjanczyk J, Berchuck A, Chang-Claude J, Diergaarde B, Webb PM, Moysich KB on behalf of the Ovarian Cancer Association Consortium. History of hypertension, heart disease, and diabetes and ovarian cancer patient survival: evidence from the ovarian cancer association consortium. Cancer Causes Control. 2017; 28(5):469-486. PMID: 28293802.

392.  Kar SP, Adler E, Tyrer J, Hazelett D, Anton-Culver H, Bandera EV, Beckmann MW, ... , **Ness RB**, ... , Wentzensen N, Whittemore AS, Wu AH, Yang H, Zheng W, Ziogas A, Freedman ML, Gayther SA, Pharoah PD, Lawrenson K. Enrichment of putative PAX8 target genes at serous epithelial ovarian cancer susceptibility loci. Br J Cancer. 2017; 116(4):524-535. PMID: 28103614.

393.  Praestegaard C, Jensen A, Jensen SM, Nielsen TS, Webb PM, Nagle CM, DeFazio A; Australian Ovarian Cancer Study Group, Høgdall E, Rossing MA, … , **Ness RB**, … , Menon U, Gayther SA, Ramus SJ, Gentry-Maharaj A, Wu AH, Pearce CL, Pike M, Lee AW, Sutphen R, Chang-Claude J, Risch HA, Kjaer SK; Ovarian Cancer Association Consortium. Cigarette smoking is associated with adverse survival among women with ovarian cancer: Results from a pooled analysis of 19 studies. Int J Cancer. 2017; 140(11):2422-2435. PMID: 28063166.

394.  Sucheston-Campbell LE, Cannioto R, Clay AI, Etter JL, Eng KH, Liu S, Battaglia S, Hu Q, Szender JB, Minlikeeva A, Joseph JM, Mayor P, Abrams SI, Segal BH, Wallace PK, Soh KT, Zsiros E, Anton-Culver H, Bandera EV, Beckmann MW, Berchuck A, ... , **Ness RB**, ... , Van Nieuwenhuysen E, Vanderstichele A, Vergote I, Walsh CS, Webb PM, Wentzensen N, Whittemore AS, Wu AH, Ziogas A, Odunsi K, Chang-Claude J, Goode EL, Moysich KB; Australian Ovarian Cancer Study. No Evidence That Genetic Variation in the Myeloid-Derived Suppressor Cell Pathway Influences Ovarian Cancer Survival. Cancer Epidemiol Biomarkers Prev. 2017; 26(3):420-424. PMID: 27677730.

395.  Lee AW, Templeman C, Stram DA, Beesley J, Tyrer J, Berchuck A, Pharoah PP, Chenevix-Trench G, Pearce CL; Ovarian Cancer Association Consortium. Evidence of a genetic link between endometriosis and ovarian cancer. Fertil Steril. 2016; 105(1):35-43.e1-10. PMID: 26477498.

396.  Liu G, Mukherjee B*, Lee S, Lee AW, Wu AH, Bandera EV, Jensen A, Rossing MA, Moysich KB, … , Webb PM, **Ness RB**, Menon U, Berchuck A, Pharoah PD, Risch H, Pearce CL, for the Ovarian Cancer Association Consortium. Robust tests for additive gene-environment interaction in case-control studies using gene-environment independence. Am J Epidemiol. 2017. PMID: 28633381

397.  Dixon SC, Nagle CM, Wentzensen N, Trabert B… **Ness RB** … Pearce CL, Wu AH, Pike MC, Webb PM on behalf of the Ovarian Cancer Research Association. Use of common analgesic medications and ovarian cancer survival: Results from a pooled analysis in the Ovarian Cancer Association Consortium. Br J Cancer. 2017; 116:1223-1228. PMID: 28350790

398.  Phelan CM, Kuchenbaecker KB, Tyrer JP, Kar S, … **Ness RB**… Gayther SA, Antoniou AC, Pharoah PDP. Identification of twelve new susceptibility loci for different histotypes of epithelial ovarian cancer. Nature Genetics. 2017; 49(5):680-691. PMID: 28346442

399.  Taylor BD, Totten PA, Astete SG, Ferris MJ, Martin DH, **Ness RB**, Haggerty CL. Toll-like receptor variants and cervical *Atopobium vaginae* infection in women with pelvic inflammatory disease. American J Reprod Immunol. 2017. PMID: 29286178

400.  Minlikeeva AN, Freudenheim JL,Cannioto RA, Eng KH, Szender JB, Cramer DW, Diergaarde B...Terry KL, Webb PM, Zsiros E, **Ness RB**, Modugno F, Bandera EV, Chang-Claude J,

Moysich KB on behalf of the Ovarian Cancer Association Consortium. History of thyroid disease and survival of ovarian cancer patients: evidence from the Ovarian Cancer Association Consortium, a brief report. Br J Cancer. 2017; 117(7):1063-1069. PMID: 28817835

401.  **Ness RB**. Abraham Lilienfeld Award Address. 2017 Annual Meeting of the American College of Epidemiology. Annals Epidemiol 2017. 28:61-62.
https://doi.org/10.1016/j.annepidem.2017.11.001

402.  Peres LC, Risch H, Terry HL, Webb PM, Goodman MT, Wu AH, Alberg AJ, Bandera EV, … **Ness RB** …, McGuire V, Rothstein J, Anton-Culver H, Ziogas A, Pearce CL, Tseng C, Pike M, and Schildkraut JM, on behalf of the African American Cancer Epidemiology Study and the Ovarian Cancer Association Consortium. Racial/ethnic differences in the epidemiology of ovarian cancer: A pooled analysis of 12 case-control studies. Int J Epidemiol. 2017. PMID: 29211900

403.  Goode EL, Block MS, Kalli KR, Vierkant RA, Chen W, Fogarty ZC, Gentry-Maharaj A, … **Ness RB** … , Brenton JD, Pharoah PDP, Chenevix-Trench G, Huntsman DG, Winham SJ, Köbel M, Ramus SJ. Dose-Response Relationship of CD8+ Tumor Infiltrating Lymphocytes and Survival Time in High-Grade Serous Ovarian Cancer. JAMA Oncol. 2017. PMID: 29049607

404.  Babic A, Harris HR, Vitonis AF, Titus LJ, Jordan SJ, Webb PM, Australian Ovarian Cancer Study Group, Risch HA, Rossing MA, Doherty JA, **Ness RB**, Kjaer SK, Schildkraut J, Berchuck A, Pierce CL, Wu AH, Cramer DW, Terry KL. Menstrual pain and risk of epithelial ovarian cancer: results from the Ovarian Cancer Association Consortium. Int J Cancer. 2018; 142(3):460-469. PMID: 28833087

405.  Dixon-Suen SC, Nagle CM, Thrift AP, Pharoah PDP, Pirie A, Pearce CL, Zheng W,… **Ness RB** …, Wu AH, Pike MC, Tseng C, Kupryjanczyk J, Dansonka-Mieszkowska A, Budzilowska A, Rzepecka IK, Webb PM on behalf of the Ovarian Cancer Association Consortium. Adult height is associated with increased risk of ovarian cancer: a Mendelian randomisation study. Br J Cancer. 2018. PMID: 29555990

406.  Block MS, Vierkant RA, Rambau PF, Winham SJ, Wagner P, Traficante N, Tołoczko A, … **Ness RB** …, Brenton JD, Bowtell DD, Benítez J, Pharoah PDP, Köbel M, Ramus SJ, Goode EL. MyD88 and TLR4 Expression in Epithelial Ovarian Cancer. Mayo Clin Proc. 2018. PMID: 29502561

407.  Taylor B, **Ness RB**, Klebanoff M, Tang G, Roberts JM, Houggaard DM, Skogstrand K, and Haggerty CL. The impact of female fetal sex on preclampsia and the maternal immune milieu. Pregnancy Hypertension. 2018; 12:53-57. PMID: 29674199

408.  Kelemen LE, Earp M, Fridley BL, Chenevix-Trench G; Australian Ovarian Cancer Study Group, Fasching PA, Beckmann MW, Ekici AB, Hein A, Lambrechts D, Lambrechts S, Van Nieuwenhuysen E, Vergote I, Rossing MA, Doherty JA, Chang-Claude J, Behrens S, Moysich KB, Cannioto R, Lele S, Odunsi K, Goodman MT, Shvetsov YB, Thompson PJ, Wilkens LR, Dörk T, Antonenkova N, Bogdanova N, Hillemanns P, Runnebaum IB, du Bois A, Harter P, Heitz F, Schwaab I, Butzow R, Pelttari LM, Nevanlinna H, Modugno F, Edwards RP, Kelley JL, **Ness RB**, et al. rs 495139 in the TYMS-ENPSF1 region and risk of ovarian carcinoma of mucinous histology. Int J Mol Sci. 2018 Aug 21;19

409.  Taylor BD, Haggerty CL, **Ness RB**, Hougaard DM, Skogstrand K, Roberts JM, Olsen J. Fetal sexual dimorphism in systemic soluble fms-like tryrosine kinase 1 (sFLT) among normotensive and preeclamptic women. American Journal of Reproductive Immunology 2018;80(5):e13034. doi: 10.1111/aji.13034. PMID: 30106204

410. Rambau PF, Vierkant RA, Intermaggio MP, Kelemen LE, Goodman MT, Herpel E, Pharoah PD, Kommoss S, Jimenez-Linan M, Karlan BY, Gentry-Maraj A, Menon U, Polo SH, Candido Dos Reis FJ, Doherty JA, Gayther SA, Sharma R, Larson MC, Harnett PR, Hatfield E, de Andrade JM, Nelson GS, Steed H, Schildkraut JM, Carney ME, Høgdall E, Whittemore AS, Widschwendter M, Kennedy CJ, Wang F, Wang Q, Wang C, Armasu SM, Daley F, Coulson P, Jones ME, Anglesio MS, Chow C, de Fazio A, García-Closas M, Brucker SY, Cybulski C, Harris HR, Hartkopf AD, Huzarski T, Jensen A, Lubiński J, Oszurek O, Benitez J, Mina F, Staebler A, Taran FA, Pasternak J, Talhouk A, Rossing MA, Hendley J; AOCS Group, Edwards RP, Fereday S, Modugno F, **Ness RB**, et al. Association of p16 expression with prognosis varies across ovarian carcinoma histotypes: an Ovarian Tumor Tissue Analysis consortium study. J Pathol Clin Res. 2018;4(4):250-261

411. Earp M, Tyrer JP, Winham SJ, Lin HY, Chornokur G, Dennis J, Aben KKH, Anton-Culver H, Antonenkova N, Bandera EV, Bean YT, Beckmann MW, Bjorge L, Bogdanova N, Brinton LA, Brooks-Wilson A, Bruinsma F, Bunker CH, Butzow R, Campbell IG, Carty K, Chang-Claude J, Cook LS, Cramer DW, Cunningham JM, Cybulski C, Dansonka-Mieszkowska A, Despierre E, Doherty JA, Dörk T, du Bois A, Dürst M, Easton DF, Eccles DM, Edwards RP, Ekici AB, Fasching PA, Fridley BL, Gentry-Maraj A, Giles GG, Glasspool R, Goodman MT, Gronwald J, Harter P, Hein A, Heitz F, Hildebrandt MAT, Hillemanns P, Hogdall CK, Høgdall E, Hosono S, Iversen ES, Jakubowska A, Jensen A, Ji BT, Jung AY, Karlan BY, Kellar M, Kiemeney LA, Kiong Lim B, Kjaer SK, Krakstad C, Kupryjanczyk J, Lambrechts D, Lambrechts S, Le ND, Lele S, Lester J, Levine DA, Li Z, Liang D, Lissowska J, Lu K, Lubinski J, Lundvall L, Massuger LFAG, Matsuo K, McGuire V, McLaughlin JR, McNeish I, Menon U, Milne RL, Modugno F, Moysich KB, **Ness RB**, et al. Variants in genes encoding small GTPases and association with epithelial ovarian cancer susceptibility. PLoS One. 2018 Jul 6;13(7):e0197561

412. Weber RP, Poole C, Brewster WR, Iversen ES, Millikan RC, Pearce CL, Pike MC, Goodman MT…**Ness RB**.., Schildkraut JM. On behalf of the Ovarian Cancer Association Consortium. Hysterectomy and subtypes of epithelial ovarian cancer: A pooled analysis of 12,499 cases and 16,887 controls from 15 studies in the Ovarian Cancer Association Consortium. American J Epidemiol (in press).

413. Taylor BD, Totten PA, **Ness RB**, Astete SG, Ferris MJ, Norori J, Martin DH, Ferrell R, Haggerty CL.Genetic variants in Toll-like receptor genes are associated with *Leptotrichia amnionii* and *Atopobium vaginae* in women with pelvic inflammatory disease. Am J Reprod Immunol. 2018 Feb; 79(2)

414. Kelemen LE, Earp M, Fridley BL, Chenevix-Trench G; Australian Ovarian Cancer Study Group, Fasching PA, Beckmann MW, Ekici AB, Hein A, Lambrechts D, Lambrechts S, Van Nieuwenhuysen E, Vergote I, Rossing MA, Doherty JA, Chang-Claude J, Behrens S, Moysich KB, Cannioto R, Lele S, Odunsi K, Goodman MT, Shvetsov YB, Thompson PJ, Wilkens LR, Dörk T, Antonenkova N, Bogdanova N, Hillemanns P, Runnebaum IB, du Bois A, Harter P, Heitz F, Schwaab I, Butzow R, Pelttari LM, Nevanlinna H, Modugno F, Edwards RP, Kelley JL, **Ness RB**, Karlan BY, Lester J, Orsulic S, Walsh C, Kjaer SK, Jensen A, Cunningham JM, Vierkant RA, Giles GG, Bruinsma F, Southey MC, Hildebrandt MAT, Liang D, Lu X, Wu X, Sellers TA, Levine DA, Schildkraut JM, Iversen ES, Terry KL, Cramer DW, Tworoger SS, Poole EM, Bandera EV, Olson SH, Orlow I, Vestrheim Thomsen LC, Bjorge L, Krakstad C, Tangen IL, Kiemeney LA, Aben KKH, Massuger LFAG, van Altena AM, Pejovic T, Bean Y, Kellar M, Cook LS, Le ND, Brooks-Wilson A, Gronwald J, Cybulski C, Jakubowska A, Lubiński J, Wentzensen N, Brinton LA, Lissowska J, Hogdall E, Engelholm SA, Hogdall C, Lundvall L, Nedergaard L, Pharoah PDP, Dicks E, Song H, Tyrer JP, McNeish I, Siddiqui N, Carty K, Glasspool R, Paul J, Campbell IG, Eccles D, Whittemore AS, McGuire V, Rothstein

JH, Sieh W, Narod SA, Phelan CM, McLaughlin JR, Risch HA, Anton-Culver H, Ziogas A, Menon U, Gayther SA, Gentry-Maharaj A, Ramus SJ, Wu AH, Pearce CL, Lee AW, Pike MC, Kupryjanczyk J, Podgorska A, Plisiecka-Halasa J, Sawicki W, Goode EL, Berchuck A; Ovarian Cancer Association Consortium. rs495139 in the TYMS-ENOSF1 Region and Risk of Ovarian Carcinoma of Mucinous Histology. Int J Mol Sci. 2018 Aug 21;19(9):2473.

415. Dixon-Suen SC, Nagle CM, Thrift AP, Pharoah PDP, Ewing A, Pearce CL, Zheng W; Australian Ovarian Cancer Study Group, Chenevix-Trench G, Fasching PA, Beckmann MW, Lambrechts D, Vergote I, Lambrechts S, Van Nieuwenhuysen E, Rossing MA, Doherty JA, Wicklund KG, Chang-Claude J, Jung AY, Moysich KB, Odunsi K, Goodman MT, Wilkens LR, Thompson PJ, Shvetsov YB, Dörk T, Park-Simon TW, Hillemanns P, Bogdanova N, Butzow R, Nevanlinna H, Pelttari LM, Leminen A, Modugno F, **Ness RB**, Edwards RP, Kelley JL, Heitz F, du Bois A, Harter P, Schwaab I, Karlan BY, Lester J, Orsulic S, Rimel BJ, Kjær SK, Høgdall E, Jensen A, Goode EL, Fridley BL, Cunningham JM, Winham SJ, Giles GG, Bruinsma F, Milne RL, Southey MC, Hildebrandt MAT, Wu X, Lu KH, Liang D, Levine DA, Bisogna M, Schildkraut JM, Berchuck A, Cramer DW, Terry KL, Bandera EV, Olson SH, Salvesen HB, Thomsen LCV, Kopperud RK, Bjorge L, Kiemeney LA, Massuger LFAG, Pejovic T, Bruegl A, Cook LS, Le ND, Swenerton KD, Brooks-Wilson A, Kelemen LE, Lubiński J, Huzarski T, Gronwald J, Menkiszak J, Wentzensen N, Brinton L, Yang H, Lissowska J, Høgdall CK, Lundvall L, Song H, Tyrer JP, Campbell I, Eccles D, Paul J, Glasspool R, Siddiqui N, Whittemore AS, Sieh W, McGuire V, Rothstein JH, Narod SA, Phelan C, Risch HA, McLaughlin JR, Anton-Culver H, Ziogas A, Menon U, Gayther SA, Ramus SJ, Gentry-Maharaj A, Wu AH, Pike MC, Tseng CC, Kupryjanczyk J, Dansonka-Mieszkowska A, Budzilowska A, Rzepecka IK, Webb PM; Ovarian Cancer Association Consortium. Adult height is associated with increased risk of ovarian cancer: a Mendelian randomisation study. Br J Cancer. 2018 Apr;118(8):1123-1129.

416. Taylor BD, Ness RB, Klebanoff MA, Tang G, Roberts JM, Hougaard DM, Skogstrand K, Haggerty CL. The impact of female fetal sex on preeclampsia and the maternal immune milieu. Pregnancy Hypertens. 2018 Apr;12:53-57.

417. Catov JM, Muldoon MF, Reis SE, **Ness RB**, Nguyen LN, Yamal JM, Hwang H, Parks WT. Preterm birth with placental evidence of malperfusion is associated with cardiovascular risk factors after pregnancy: a prospective cohort study. BJOG. 2018 Jul;125(8):1009-1017.

418. Ovarian Tumor Tissue Analysis (OTTA) Consortium, Goode EL, Block MS, Kalli KR, Vierkant RA, Chen W, Fogarty ZC, Gentry-Maharaj A, Tołoczko A, Hein A, Bouligny AL, Jensen A, Osorio A, Hartkopf A, Ryan A, Chudecka-Głaz A, Magliocco AM, Hartmann A, Jung AY, Gao B, Hernandez BY, Fridley BL, McCauley BM, Kennedy CJ, Wang C, Karpinskyj C, de Sousa CB, Tiezzi DG, Wachter DL, Herpel E, Taran FA, Modugno F, Nelson G, Lubiński J, Menkiszak J, Alsop J, Lester J, García-Donas J, Nation J, Hung J, Palacios J, Rothstein JH, Kelley JL, de Andrade JM, Robles-Díaz L, Intermaggio MP, Widschwendter M, Beckmann MW, Ruebner M, Jimenez-Linan M, Singh N, Oszurek O, Harnett PR, Rambau PF, Sinn P, Wagner P, Ghatage P, Sharma R, Edwards RP, **Ness RB**, Orsulic S, Brucker SY, Johnatty SE, Longacre TA, Ursula E, McGuire V, Sieh W, Natanzon Y, Li Z, Whittemore AS, Anna A, Staebler A, Karlan BY, Gilks B, Bowtell DD, Høgdall E, Candido dos Reis FJ, Steed H, Campbell IG, Gronwald J, Benítez J, Koziak JM, Chang-Claude J, Moysich KB, Kelemen LE, Cook LS, Goodman MT, García MJ, Fasching PA, Kommoss S, Deen S, Kjaer SK, Menon U, Brenton JD, Pharoah PDP, Chenevix-Trench G, Huntsman DG, Winham SJ, Köbel M, Ramus SJ. Dose-Response Association of CD8+ Tumor-Infiltrating Lymphocytes and Survival Time in High-Grade Serous Ovarian Cancer. JAMA Oncol. 2017 Dec 1;3(12).

419. Harris HR, Babic A, Webb PM, Nagle CM, Jordan SJ, Risch HA, Rossing MA, Doherty JA, Goodman MT, Modugno F, **Ness RB**, Moysich KB, Kjær SK, Høgdall E, Jensen A, Schildkraut

JM, Berchuck A, Cramer DW, Bandera EV, Wentzensen N, Kotsopoulos J, Narod SA, Phelan CM, McLaughlin JR, Anton-Culver H, Ziogas A, Pearce CL, Wu AH, Terry KL; Ovarian Cancer Association Consortium; Australian Ovarian Cancer Study Group. Polycystic Ovary Syndrome, Oligomenorrhea, and Risk of Ovarian Cancer Histotypes: Evidence from the Ovarian Cancer Association Consortium. Cancer Epidemiol Biomarkers Prev. 2018 Feb;27(2):174-182.

420.    Minlikeeva AN, Freudenheim JL, Eng KH, Cannioto RA, Friel G, Szender JB, Segal B, Odunsi K, Mayor P, Diergaarde B, Zsiros E, Kelemen LE, Köbel M, Steed H, deFazio A, Jordan SJ, Fasching PA, Beckmann MW, Risch HA, Rossing MA, Doherty JA, Chang-Claude J, Goodman MT, Dörk T, Edwards R, Modugno F, **Ness RB**, Matsuo K, Mizuno M, Karlan BY, Goode EL, Kjær SK, Høgdall E, Schildkraut JM, Terry KL, Cramer DW, Bandera EV, Paddock LE, Kiemeney LA, Massuger LFAG, Sutphen R, Anton-Culver H, Ziogas A, Menon U, Gayther SA, Ramus SJ, Gentry-Maharaj A, Pearce CL, Wu AH, Kupryjanczyk J, Jensen A, Webb PM, Moysich KB; Ovarian Cancer Association Consortium; Australian Ovarian Cancer Study Group. History of Comorbidities and Survival of Ovarian Cancer Patients, Results from the Ovarian Cancer Association Consortium. Cancer Epidemiol Biomarkers Prev. 2017 Sep;26(9):1470-1473.

421.    Minlikeeva AN, Freudenheim JL, Cannioto RA, Eng KH, Szender JB, Mayor P, Etter JL, Cramer DW, Diergaarde B, Doherty JA, Dörk T, Edwards R, deFazio A, Friel G, Goodman MT, Hillemanns P, Høgdall E, Jensen A, Jordan SJ, Karlan BY, Kjær SK, Klapdor R, Matsuo K, Mizuno M, Nagle CM, Odunsi K, Paddock L, Rossing MA, Schildkraut JM, Schmalfeldt B, Segal BH, Starbuck K, Terry KL, Webb PM, Zsiros E, **Ness RB**, Modugno F, Bandera EV, Chang-Claude J, Moysich KB. History of thyroid disease and survival of ovarian cancer patients: results from the Ovarian Cancer Association Consortium, a brief report. Br J Cancer. 2017 Sep 26;117(7):1063-1069.

422.    Liu G, Mukherjee B, Lee S, Lee AW, Wu AH, Bandera EV, Jensen A, Rossing MA, Moysich KB, Chang-Claude J, Doherty JA, Gentry-Maharaj A, Kiemeney L, Gayther SA, Modugno F, Massuger L, Goode EL, Fridley BL, Terry KL, Cramer DW, Ramus SJ, Anton-Culver H, Ziogas A, Tyrer JP, Schildkraut JM, Kjaer SK, Webb PM, **Ness RB**, Menon U, Berchuck A, Pharoah PD, Risch H, Pearce CL; Ovarian Cancer Association Consortium. Robust Tests for Additive Gene-Environment Interaction in Case-Control Studies Using Gene-Environment Independence. Am J Epidemiol. 2018 Feb 1;187(2):366-377.

423.    Dixon SC, Nagle CM, Wentzensen N, Trabert B, Beeghly-Fadiel A, Schildkraut JM, Moysich KB, deFazio A; Australian Ovarian Cancer Study Group, Risch HA, Rossing MA, Doherty JA, Wicklund KG, Goodman MT, Modugno F, **Ness RB**, Edwards RP, Jensen A, Kjær SK, Høgdall E, Berchuck A, Cramer DW, Terry KL, Poole EM, Bandera EV, Paddock LE, Anton-Culver H, Ziogas A, Menon U, Gayther SA, Ramus SJ, Gentry-Maharaj A, Pearce CL, Wu AH, Pike MC, Webb PM. Use of common analgesic medications and ovarian cancer survival: results from a pooled analysis in the Ovarian Cancer Association Consortium. Br J Cancer. 2017 Apr 25;116(9):1223-1228.

424.    Harris H, Cushing-Haugen K, Webb P, Nagle CM, Jordan SJ, Australian Ovarian Cancer Study Group, Risch HA, Rossing MA, Doherty JA, Goodman MT, Modugno F, **Ness RB**, Moysich KB, Kjær SK, Høgdall E, Jensen A, Schildkraut JM, Berchuck A, Cramer DW, Bandera EV, Rodriguez L, Wentzensen N, Kotsopoulos J, Narod SA, McLaughlin JM, Anton-Culver H, Ziogas A, Pearce CL, Wu AH, Lindström S, Terry KL. Association between genetically predicted polycystic ovary syndrome and ovarian cancer: a Mendelian ranodomization study. Int J Epidemiol. 2019 Jun; 48(3): 822–830.

425.    Minlikeeva AN, Cannioto R, Jensen A, Kjaer SK, Jordan SJ, Diergaarde B, Szender JB, Odunsi K, Almohanna H, Mayor P, Starbuck K, Zsiros E, Bandera EV, Cramer DW, Doherty JA,

DeFazio A, Edwards R, Goode EL, Goodman MT, Høgdall E, Matsuo K, Mizuno M, Nagle CM, **Ness RB**, Paddock LE, Pearce CL, Risch HA, Rossing MA, Terry KL, Wu AH, Modugno F, Webb PM, Moysich KB. Joint exposure to smoking, excessive weight, and physical inactivity and survival of ovarian cancer patients, evidence from the Ovarian Cancer Association Consortium. Cancer Causes Control. 2019 May; 30(5): 537–547

426.  Modugno F, Goughnour SL, Wallack D, Edwards RP, Odunsi, Kelley JL, Moysich K, **Ness RB,** Brooks MM. Breastfeeding factors and risk of epithelian ovarian cancer. Gynecol Oncol. 2019 Apr; 153(1): 116–122.

427.  Kim S, Wang M, Tyrer JP, Jensen A, Wiensch A, Liu G, Lee AW, **Ness RB**, Salvatore M, Tworoger SS, Whittemore AS, Anton-Culver H, Sieh W, Olson SH, Berchuck A, Goode EL, Goodman MT, Doherty JA, Chenevix-Trench G, Rossing MA, Webb PM, Giles GG, Terry KL, Ziogas A, Fortner RT, Menon U, Gayther SA, Wu AH, Song H, Brooks-Wilson A, Bandera EV, Cook LS, Cramer DW, Milne RL, Winham SJ, Kjaer SK, Modugno F, Thompson PJ, Chang-Claude J, Harris HR, Schildkraut JM, Le ND, Wentzensen N, Trabert B, Høgdall E, Huntsman D, Pike MC, Pharoah PDP, Pearce CL, Mukherjee B. A comprehensive gene-environment interaction analysis in Ovarian Cancer using genome-wide significant common variants. Int J Cancer. 2019 May 1;144(9):2192-2205.

428.  Yang Y, Wu L, Shu X, Lu Y, Shu XO, Cai Q, Beeghly-Fadiel A, Li B, Ye F, Berchuck A, Anton-Culver H, Banerjee S, Benitez J, Bjørge L, Brenton JD, Butzow R, Campbell IG, Chang-Claude J, Chen K, Cook LS, Cramer DW, deFazio A, Dennis J, Doherty JA, Dörk T, Eccles DM, Edwards DV, Fasching PA, Fortner RT, Gayther SA, Giles GG, Glasspool RM, Goode EL, Goodman MT, Gronwald J, Harris HR, Heitz F, Hildebrandt MA, Høgdall E, Høgdall CK, Huntsman DG, Kar SP, Karlan BY, Kelemen LE, Kiemeney LA, Kjaer SK, Koushik A, Lambrechts D, Le ND, Levine DA, Massuger LF, Matsuo K, May T, McNeish IA, Menon U, Modugno F, Monteiro AN, Moorman PG, Moysich KB, **Ness RB**, Nevanlinna H, Olsson H, Onland-Moret NC, Park SK, Paul J, Pearce CL, Pejovic T, Phelan CM, Pike MC, Ramus SJ, Riboli E, Rodriguez-Antona C, Romieu I, Sandler DP, Schildkraut JM, Setiawan VW, Shan K, Siddiqui N, Sieh W, Stampfer MJ, Sutphen R, Swerdlow AJ, Szafron LM, Teo SH, Tworoger SS, Tyrer JP, Webb PM, Wentzensen N, White E, Willett WC, Wolk A, Woo YL, Wu AH, Yan L, Yannoukakos D, Chenevix-Trench G, Sellers TA, Pharoah PDP, Zheng W, Long J. Genetic Data from Nearly 63,000 Women of European Descent Predicts DNA Methylation Biomarkers and Epithelial Ovarian Cancer Risk. Cancer Res. 2019 Feb 1;79(3):505-517.

429.  Meagher NS, Wang L, Rambau PF, Intermaggio MP, Huntsman DG, Wilkens LR, El-Bahrawy MA, Ness RB, Odunsi K, Steed H, Herpel E. A combination of the immunohistochemical markers CK7 and SATB2 is highly sensitive and specific for distinguishing primary ovarian mucinous tumors from colorectal and appendiceal metastases. Modern Pathology. 2019;32(12):1834-46.

430.  Harris HR, Cushing-Haugen KL, Webb PM, Nagle CM, Jordan SJ, Australian Ovarian Cancer Study Group, Risch HA, Rossing MA, Doherty JA, Goodman MT…**Ness RB**, Modugno F. Association between genetically predicted polycystic ovary syndrome and ovarian cancer: a Mendelian randomization study. International journal of epidemiology. 2019;48(3):822-30.

431.  Babic A, Sasamoto N, Rosner BA, Tworoger SS, Jordan SJ, Risch HA, Harris HR, Rossing MA, Doherty JA, Fortner RT, Chang-Claude J…**Ness RB**. Association between breastfeeding and ovarian cancer risk. JAMA Oncology. 2020:1;6(6).

432.   Martins FC, Couturier DL, Paterson A, Karnezis AN, Chow C, Nazeran TM, Odunsi A, Gentry-Maharaj A, Vrvilo A, Hein A,...**Ness RB**... Talhouk A. Clinical and pathological associations of PTEN expression in ovarian cancer: a multicentre study from the Ovarian Tumour Tissue Analysis Consortium. British J Cancer. 2020 Sep;123(5):793-802.

433.   Wiringa AE, **Ness RB**, Darville T, Beigi RH, Haggerty CL. Trichomonas vaginalis, endometritis and sequelae among women with clinically suspected pelvic inflammatory disease. Sexually transmitted infections. 2020 Sep 1;96(6):436-8.

434.   Haggerty CL, **Ness RB,** Totten PA, Farooq F, Tang G, Ko D, Hou X, Fiedler TL, Srinivasan S, Astete SG, Fredricks DN. Presence and concentrations of select bacterial vaginosis-associated bacteria are associated with increased risk of pelvic inflammatory disease. Sex Trans Dis. 2020;47(5):344.

435.   Lee AW, Wu AH, Wiensch A, Mukherjee B, Terry KL, Harris HR, Carney ME, Jensen A, Cramer DW,...**Ness R**... Berchuck A, Doherty JA. Estrogen plus progestin hormone therapy and ovarian cancer: a complicated relationship explored. Epidemiology;2020:31:402.

436.   Fu Z, Moysich K, **Ness RB,** Modugno F. Gender of offspring and risk of ovarian cancer: The HOPE study. Cancer epidemiology. 2020 Feb 1;64:101646.

437.   Lee, A W, Rosenzweig S, Wiensch A, Australian Ovarian Cancer Study Group, Ramus SJ, Menon U ... **Ness RB,**... Pearce, C. L. (2021). Expanding our understanding of ovarian cancer risk: the role of incomplete pregnancies. *JNCI: Journal Nat Cancer Inst 2021:13:*301-308.

438.   Cameron, N. A., Khan, S. S., Brewer, A. N., Tsigas, E. Z., Ness, R. B., & Roberts, J. M. (2023). Recruiting and retaining nulliparous individuals with a family history of hypertensive disorders of pregnancy to participate in scientific research prior to pregnancy: The Sisterhood Study. *American Heart Journal Plus: Cardiology Research and Practice*, *34*, 100319.

439.   Chen YA, Permuth-Wey J, Richards E, Lawrenson K, Chen Z, Lin H-Y, Reid BM, Qu X, Teer J, ... , **Ness RB**, ... , Zawiah S, Zheng W, Berchuck A, Schildkraut JM, Goode EL, Pharoah PDP, Gayther SA, Cheng JQ, Sellers TA. Functional polymorphisms in long non-coding RN:1As are associated with epithelial ovarian cancer risk in a pooled analysis of three genome-wide association studies (submitted).

440.   Stram DA, Lee AW, Tyrer JP, Doherty JA, Modugno FM, Rossing MA, **Ness RB,** Pharoah PDP, Wu AH, Pearce CL on behalf of the Ovarian Cancer Association Consortium. Genetic variation in prolactin and its receptor is not associated with risk of ovarian cancer (submitted).

441.   Jim HSL, Lin H-Y, Tyrer JP, Lawrenson K, Denis J, Amankwah EK, Chornokur G, Qu X, Tsai Y-Y,...**Ness RB**..Wu AH, Wu X, Wu Y-L, Yang H, Zheng W, Ziogas A, Zulkifli F, Berchuck A, Chenevix-Trench G, Iversen E, Schildkraut JM, Ramus SJ, Goode EL, Monteiro ANA, Gayther SA, Narod SA, Pharoah PDP, Sellers TA, Phelan CM. Variation in circadian rhythm genes influence epithelial ovarian cancer risk (submitted).

442.   Gjyshi A, Mendoza-Fandino G, Tyrer JP, Woods NT, ... **Ness RB**... Gayther SA, Pharoah PD, Monteiro ANA. MYC distal enhancers underlie ovarian cancer susceptibility in the 8q24.21 locus (submitted).

443.   **Ness RB,** Ulu A, Savage DJ, Kang H, Du J, Amith M. Dissemination of Innovations: Why Some Fly and Others Flop. Creativity and Innovation Management. (submitted).

444.  Ong J-S, Hwang L-D, Cuellar-Partida G, Australian Ovarian Cancer Study, Bryne E, Fasching PA, Hein A, Burghaus S, Beckmann MW, ... **Ness RB**..., Pharoah PDP, Martin NG, Chenevix-Trench G, Quinn MCJ, Cornelis MC, Gharahkhani P, Webb PM, MacGregor S. Assessment of moderate coffee consumption and risk of epithelial ovarian cancer: a Mendelian randomization study. Int J Epidemiol (submitted).

**\* Denotes doctoral, post-doctoral, and K-award trainees first-authoring publications. Dr. Ness has been primary supervisor for approximately three dozen such trainees.**

### Books  and Special Edition Journals

**Ness RB**, Kuller LH (eds).  *Health and Disease Among Women:  Biological and Environmental Influences.* Oxford University Press, New York, NY 1998.

Goldman MB, Hatch M, **Ness RB**, et al. (eds). *Epidemiology of Women's Health*. Academic Press. San Diego, CA. 1999.

**Ness RB,** Kreiger N, McKeown RE, Davis F (eds).  *Triumphs in Epidemiology*.  Special Issue.  Annals Epid 19(4):225, 2009.

**Ness RB**. *Innovation Generation: How to Produce Creative and Useful Ideas.* Oxford University Press, New York, NY, 2012

Goodman ML, Dickerson AS, **Ness RB.** *Creativity in the Sciences.  A Workbook Companion to Innovation Generation.* Oxford University Press, New York, NY, 2013

**Ness RB.** *Genius Unmasked.*  Oxford University Press, New York, NY, 2013

**Ness RB**. *The Creativity Crisis: Reinventing Science to Unleash Possibility.* Oxford University Press, New York, NY 2015.

### Chapters and Non-peer Reviewed Articles

**Ness RB**. Anatomic influences on the morbidity from sexually transmitted diseases. In: Ness RB, Kuller LH (eds), Health and disease among women: Biological and Environmental Influences. Oxford University Press New York, NY 1998.

**Ness RB**, Kuller LH.Oral contraceptives and hormone replacement therapy. In: Ness RB, Kuller LH (eds), Health and disease among women: biological and environmental influences. Oxford Univ. Press, New York, NY 1998.

**Ness RB**.  Epidemiology of hypertension. In: Lindheimer MP, Cunningham FG, Roberts JM, (eds). Chesley's Hypertensive Disorders of Pregnancy. Second Edition. Appleton and Lange, Stamford, CT. 1999.

**Ness RB**, Brooks-Nelson D. Pelvic inflammatory disease. In: Goldman MB, Hatch M, **Ness RB**, et al. (eds). Epidemiology of Women's Health. Academic Press. San Diego, CA. 1999.

Roberts J, Fraser W, Morales HR, Reinharz D, Sandoval PT, Daftary A, **Ness RB**.  Calidad de la atencion en preeclampsia:  Desarrollo de rutas criticas.  In: Las multiples facetas de la investigatacion en salud:  Proyectos extrategicos del instituto Mexicano Del Seguro Social.  Pena MDCG, Morales HR, Valazquez LV, (eds).  Instituto Mexicano Del Seguro Social, Mexico, DF 2000.

Kuller LH, **Ness RB**.  A research triumph helps women.  Pittsburgh Post-Gazette 2006;12-27:B-7.

**Ness RB**.  American College of Epidemiology (by Ness RB). Unhealthy Science.  New York Times Magazine Letters. 2007; Sept 30.

**Ness RB**, Roberts JM.  Epidemiology of pregnancy-related hypertension.  In:  Lindheimer MP, Cunningham FG, Roberts JM, (eds). Chesley's Hypertensive Disorders of Pregnancy. Third Edition. Appleton and Lange, Stamford, CT. 2009.

**Ness RB,** Emery R. UT School of Public Health considers the Gulf oil spill's possible effects on Texans.  Texas Medical Center News. September 1, 2010.

**Ness RB.** Go easy on the salt. Going public: Protecting and Improving Our Public Health. Texas Medical Center News. October 1, 2010.

**Ness RB,** Evans S. Read the small print PLEASE! Going public:  Texas Medical Center News. December 1, 2010.

**Ness RB,** Schecter A. Going public. Texas Medical Center News. February 1, 2011.

**Ness RB,** McAlister A. Tobacco; Going public. Texas Medical Center News. March 1, 2011.

**Ness RB**, Tortolero S. Teen pregnancy; Going public. Texas Medical Center News. April 1, 2011.

**Ness RB**, Garson A. Healthcare reform part 1. Going public: Protecting and Improving our Public Health.  Texas Medical Center News. June 1, 2011.

**Ness RB**, Garson A. Healthcare reform part 2. Going public.  Texas Medical Center News. July 1, 2011.

**Ness RB**, Langabeer J. Emergency preparedness; Going public.  Texas Medical Center News. September 1, 2011.

**Ness RB**, Bower S. Innovation incubator; Going public.  Texas Medical Center News. November 1, 2011.

**Ness RB**. Why do we hate Big Tobacco and love Big Food?  Psychology Today. http://www.psychologytoday.com/blog/innovation-generation/201205/why-do-we-hate-big-tobacco-and-love-big-food.

**Ness RB,** Linder S. Data to the people; Going public. Texas Medical Center News. December 1, 2011.

Learn to Be Innovative: Interview with Roberta Ness, Author of "Innovation Generation." The Creativity Post. January 29, 2012. http://www.disruptivewomen.net/2014/03/14/talking-about-my-innovation-generation-dr-roberta-ness-on-how-to-be-an-innovator/

**Ness RB**, Fernandez M. HPV vaccine; Going public.  Texas Medical Center News. February 1, 2012.

**Ness RB**, Hoelscher D. Does losing weight require super human resolve? Going public. Texas Medical Center News. March 1, 2012.

Wing of Zock. Increasing Innovation in Science: A Conversation with Dr. Roberta Ness. March 14, 2012. http://wingofzock.org/2012/03/14/increasing-innovation-in-science-a-conversation-with-dr-roberta-ness/

**Ness RB.** Innovation progress; Innovation happiness; Going public. Texas Medical Center News. April 1, 2012.

**Ness RB**. New screening guidelines; Going public. Texas Medical Center News. June 1, 2012.

**Ness RB**, Kohl W. Get up and move! Going public. Texas Medical Center News. July 1, 2012.

Silvia P. Book Review: Practical Ways to Become More Creative. Pacific Standard Magazine. July 6, 2012. http://www.psmag.com/books-and-culture/book-review-practical-ways-become-more-creative-43275

**Ness RB**. Teach young people to be innovative. (opinion) CNN.com September 2012.

Rathi A. Review of Innovation Generation. Chemistry World. February 1, 2013. http://www.rsc.org/chemistryworld/2013/02/innovation-generation

**Ness RB**. Tips on Innovation Learned from Creative Geniuses. The Huffington Post: Science. June 14, 2013. http://www.huffingtonpost.com/roberta-b-ness-md-mph/title-tips-on-innovation-_b_3444362.html

Book Review of Innovation Generation: How to Produce Creative and Useful Scientific Ideas. American Journal of Epidemiology. 177(2): 193-194. 2013. http://aje.oxfordjournals.org/content/177/2/193.full.pdf

Miller K, Chapin K, **Ness RB**. Tapping Into Genius. Innovation Hub. Podcast. January 3, 2014. http://blogs.wgbh.org/innovation-hub/2014/1/3/tapping-genius/

**Ness RB.** Our growing skepticism about science puts children at risk. (editorial) Houston Chronicle. January 29, 2014.

Schuster JL. Talking About My (Innovation) Generation: Dr. Roberta Ness on How to Be an Innovator. Disruptive Women in Health Care. March 14, 2014. http://www.disruptivewomen.net/2014/03/14/talking-about-my-innovation-generation-dr-roberta-ness-on-how-to-be-an-innovator/

**Ness RB.** Simple document helps us take charge of our deaths. (editorial) Houston Chronicle. March 15, 2014.

Rich-Edwards JW, **Ness RB**, Roberts JM. Epidemiology of Pregnancy-related Hypertension.  In: Chesley's Hypertensive Disorders in Pregnancy. Third Edition. Appleton and Lange. Stamford, CT (in press).

**Ness RB.** Too much salt or not enough? (letter to editor) New York Times. September 5, 2014.

**Ness RB.** Innovation renovation. The Scientist January 1, 2015. http://www.the-scientist.com/?articles.view/articleNo/41695/title/Innovation-Renovation/ (Accessed 1/28/15)

**Ness RB.** Science's creativity crisis. Chronicle Higher Education. The Chronicle Review. January 16, 2015 pp. B9-11.

Point Person: Roberta Ness says overly cautious funding decisions are slowing the advance of science. The Dallas Morning News. January 23, 2015. http://www.dallasnews.com/opinion/sunday-commentary/20150123-point-person-roberta-ness-says-overly-cautious-funding-decisions-are-slowing-the-advance-of-science.ece

Sollinger M. Why Science Isn't Making Big Leaps. Innovation Hub. April 8, 2015.
http://blogs.wgbh.org/innovation-hub/2015/4/8/why-science-isnt-making-big-leaps/

Dooe M. Keeping Up Appearances. Innovation Hub. April 10, 2015. http://blogs.wgbh.org/innovation-hub/2015/4/10/keeping-appearances/

Jones BF. Eureka! Science Magazine. 349(6243): 40. July 3, 2015. Review of The Creativity Crisis.
http://www.sciencemag.org/content/349/6243/40.1.summary

**Ness RB.** edX MOOC: Innovation Generation. July 2015-September 2015.

Atala A. Science Radio, SiriusXM. November 8, 2015.

AbbVie News team**.** Addressing the Scientific Creativity Crisis. November 18, 2015. AbbVie.
http://www.abbvie.com/newsroom/stories/2015/11/addressing-scientific-creativity-crisis.html

**Ness RB.** edX MOOC: Reinvent yourself: Unleash your creativity. Self-paced beginning November 24, 2015.

Voosen P. For researchers, risk is a vanishing luxury. The Chronicle of Higher Education. (front page feature on The Creativity Crisis) December, 2015.

**Ness RB.** Creating a new life at 84. Houston Chronicle.
January 15, 2016. http://www.houstonchronicle.com/news/health/article/Creating-a-new-life-at-84-6762442.php

**Ness RB.** Living the good life after age 65 takes planning. Houston Chronicle.
February 12, 2016. http://www.houstonchronicle.com/news/health/article/Living-the-good-life-after-age-65-takes-planning-6827451.php

**Ness RB.** Learning to reject ageism is its own reward. Houston Chronicle. March 4, 2016.
http://www.houstonchronicle.com/news/health/article/Learning-to-reject-ageism-is-its-own-reward-6871266.php

**Ness RB.** Five keys to reducing heart risk should be pretty simple, but for most they're not. Houston Chronicle.
April 8, 2016. http://www.houstonchronicle.com/news/health/article/Five-keys-to-reducing-heart-risk-should-be-pretty-7237535.php

**Ness RB.** Aspiring to love like a grandparent. Houston Chronicle. April 29, 2016
http://www.houstonchronicle.com/news/health/article/Aspiring-to-love-like-a-grandparent-7384496.php

**Ness RB.** Taking physician-assisted suicide one step further. Houston Chronicle. May 23, 2016
http://www.houstonchronicle.com/local/gray-matters/article/Taking-physician-assisted-suicide-one-step-further-7715048.php

**Ness RB.** edX MOOC: Reinvent yourself: Unleash your creativity. Self-paced beginning June 8, 2016.

**Ness RB**. How to think like a genius: The Montessori method. Houston Chronicle. June 7, 2016
http://www.houstonchronicle.com/local/gray-matters/article/How-to-think-like-a-genius-The-Montessori-method-7966410.php?t=d365f51736438d9cbb&cmpid=twitter-premium

**Ness RB**. How to think like a genius: Einstein and where to. Houston Chronicle. June 7, 2016
http://www.houstonchronicle.com/local/gray-matters/article/How-to-think-like-a-genius-Einstein-and-where-to-7943399.php?t=566280623a438d9cbb&cmpid=twitter-premium

**Ness RB.** What if Alzheimer's is caused by an infectious agent? Houston Chronicle. July 31, 2016.
http://www.houstonchronicle.com/sports/article/What-if-Alzheimer-s-is-caused-by-an-infectious-8889281.php

**Ness RB**. Commentary: The crushing inequalities faced by elderly women. September 3, 2016.
http://www.houstonchronicle.com/news/health/article/Commentary-The-crushing-inequalities-faced-by-9201934.php

**Ness RB**. Elderly need human connections to avert depression. Houston Chronicle. October 1, 2016.
http://www.houstonchronicle.com/news/health/article/Elderly-need-human-connections-to-avert-depression-9523805.php

**Ness RB**. Elderly singles seek companionship, too. Houston Chronicle. November 5, 2016.
http://www.houstonchronicle.com/news/health/article/Elderly-singles-seek-companionship-too-10595809.php

**Ness RB.** edX MOOC: Reinvent yourself: Unleash your creativity. Self-paced beginning November 14, 2016.

**Ness RB**. Loss of hearing can lead to introversion. Houston Chronicle. December 2, 2016.
http://www.houstonchronicle.com/news/health/article/Loss-of-hearing-can-lead-to-introversion-10687935.php

**Ness RB**. Elders can live vibrantly, even as the light dims. Houston Chronicle. December 31, 2016.
http://www.houstonchronicle.com/news/health/article/Elders-can-live-vibrantly-even-as-the-light-dims-10828714.php

**Ness RB**. Wisdom – and altruism – come with age. Houston Chronicle. February 6, 2017.
http://www.houstonchronicle.com/news/health/article/Freedom-of-retirement-can-be-welcomed-feared-11060292.php

**Ness RD**. Mother was wrong — it turns out that you can be too thin. Houston Chronicle. March 5, 2017.
http://www.houstonchronicle.com/life/health/article/Mother-was-wrong-it-turns-out-that-you-can-be-10979331.php&cmpid

**Ness RB**. Freedom of retirement can be welcomed, feared. Houston Chronicle. April 8, 2017.
http://www.houstonchronicle.com/news/health/article/Freedom-of-retirement-can-be-welcomed-feared-11060292.php

**Ness RB**. To leave the world a better place, focus first on yourself: Whether young or old, you can adopt an attitude of disbelief and curiosity that leads to a fulfilling life. Houston Chronicle, June 3, 2017.
http://www.houstonchronicle.com/life/article/Ness-To-leave-the-world-a-better-place-focus-11193740.php&cmpid

**Ness RB**. edX MOOC: Reinvent yourself: Unleash your creativity. Self-paced beginning June 5, 2017.

**Ness RB**. Learning to live before I die. Houston Chronicle. July 22, 2017.
http://www.houstonchronicle.com/life/article/Ness-Learning-to-live-before-I-die-11307650.php&cmpid

**Ness RB**. Birthdays can remain something to celebrate. Houston Chronicle. August 12, 2017.
https://www.houstonchronicle.com/news/health/article/Birthdays-can-remain-something-to-celebrate-11803123.php

**Ness RB**. Reveal and relate: Generations can bridge gap through supportive dialogue. Houston Chronicle. August 26, 2017. https://www.houstonchronicle.com/life/article/Reveal-and-relate-Generations-can-bridge-gap-11984946.php

**Ness RB**. On aging: 'Trusting the process' empowers the people you love. Houston Chronicle. September 23, 2017.
https://www.houstonchronicle.com/news/health/article/On-aging-Trusting-the-process-empowers-the-12223538.php

**Ness RB**. Aging can bring back vivid memories of the past. Houston Chronicle. October 7, 2017.
https://www.houstonchronicle.com/life/article/Aging-can-bring-back-vivid-memories-of-the-past-12260860.php

**Ness RB**. Hurricanes, flooding add to the distress of poverty. Houston Chronicle. October 21, 2017.
https://www.houstonchronicle.com/news/health/article/Hurricanes-flooding-add-to-the-distress-of-12296230.php

**Ness RB**. Houston's strong women make great role models. Houston Chronicle. November 10, 2017.
https://www.houstonchronicle.com/news/health/article/Houston-s-strong-women-make-great-role-models-12348665.php

**Ness RB**. Adversity often can make us stronger. Houston Chronicle. December 15, 2017.
https://www.houstonchronicle.com/news/health/article/Adversity-often-can-make-us-stronger-12434655.php

**Ness RB**. Elderly should avoid the flu at all costs this season. Houston Chronicle. January 19, 2018.
https://www.houstonchronicle.com/news/health/article/Elderly-should-avoid-the-flu-at-all-costs-this-12510889.php

# Exhibit D

## Prior Testimony List (2020-2024)

- ***Matthey v. Johnson & Johnson et al.*** **(Federal court)**
- ***Sugarman v. Johnson & Johnson et al.*** **(Florida)**
- ***Seskin v. Johnson & Johnson et al.*** **(Florida)**
- ***Valadez v. Boehringer Ingelheim et al.*** **(Illinois)**
- ***Sterner v. Portercare Adventist Health System*** **(Colorado)**