Keller | Postman

February 23, 2024

**VIA ECF**

The Honorable Denise L. Cote
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 1910
New York, New York 10007

Re.   *In Re: Acetaminophen – ASD–ADHD Products Liability Litigation*, Case No. 1:22-md-03043 (S.D.N.Y.) – Plaintiffs' Proposal for Page Limits Regarding Rule 702 Briefing for Dr. Ness Expert Testimony
**This Document Relates To:**
*Stokes et al. v. Johnson & Johnson Consumer Inc.*, **1:23 cv- 11278**; *Phippen et al. v. Johnson & Johnson Consumer Inc.*, **1:23-cv-11079**; *Bordoy et al v. Johnson & Johnson Consumer Inc.*, **1:24-cv-693**; *Day et al. v. Johnson & Johnson Consumer Inc. et al.*, **1:23-cv-11252**; *Mota et al. v. Johnson & Johnson Consumer Inc.*, **1:23-cv-11074**; *Trigloff et al. v. Johnson & Johnson Consumer Inc.*, **1:24-cv-00717**

Dear Judge Cote:

The parties have agreed on a proposed schedule for Defendants' motion to exclude Dr. Ness's testimony under Rule 702.  *See* Dkt. 1410.  We regrettably were unable to agree on page limits for the Rule 702 briefs.  Defendants propose 60 pages for their memorandum of law in support of their motion and the Mota Plaintiffs' opposition, with 30 pages for Defendants' reply. The Mota Plaintiffs propose 40 pages, 40 pages, and 20 pages respectively.

The Mota Plaintiffs' proposal is more than sufficient, not least because (i) Dr. Ness only offers an opinion related to ADHD; (ii) the Court and the parties are already familiar with the underlying body of scientific literature; and (iii) Defendants can focus on a single expert's opinion that does not cross reference or rely on other expert testimony.  By comparison, the prior Rule 702 briefing against the five excluded experts—at 175 pages total—amounted to 35 pages per expert. The Mota Plaintiffs' proposal is also fairer than Defendants' as measured against the Court's default.  A typical movant receives 10 extra pages than the opponent to defend its position in the 25/25/10 structure.  Cote, J. Indiv. Practices in Civil Cases, 4(b).  Defendants seek to enlarge that advantage threefold.  Defendants should be content with a 20-page disparity.

Respectfully submitted,

*/s/ Ashley C. Keller*
**KELLER POSTMAN LLC**
Ashley C. Keller – *Pro Hac Vice*
150 N. Riverside Plaza Suite 4100
Chicago, IL 60606

Keller | Postman

Phone: (312) 741-5220
Fax: (312) 971-3502
ack@kellerpostman.com
*Counsel for Sarah Stokes, individually and as general guardian of K.G., Michelle Phippen, individually and as general guardian of P.P. and L.A., Jessica Mota, individually and as general guardian of M.M., and Amanda Trigloff, individually and as general guardian of R.S.*

*/s/ Brett A. Emison*
**LANGDON & EMISON, LLC**
Brett A. Emison (Pro Hac Vice)
911 Main Street, P.O. Box 220
Lexington, MO 64067
Phone: (660) 259-7199
Fax: (660) 259-4571
brett@lelaw.com
*Counsel for Alisha Day, individually and as general guardian of A.D.*

*/s/ Daniel C. Burke*
**BERNSTEIN LIEBHARD LLP**
Daniel C. Burke, Esq.
10 East 40th Street
New York, New York 10016
Phone: (212) 779-1414
dburke@bernlieb.com
*Counsel for Juan Bordoy, individually, and Mary Elin Arce, individually and as mother of J.B.*

2