# Keller | Postman

March 15, 2024

**VIA ECF**

The Honorable Denise L. Cote
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 1910
New York, New York 10007

Re:  *In Re: Acetaminophen – ASD–ADHD Products Liability Litigation*, Case No. 1:22-md-03043 (S.D.N.Y.) – Joint Letter Regarding the Rescheduling of Dr. Ness's Deposition and Revised Rule 702 Briefing Deadlines

Dear Judge Cote:

Due to a scheduling conflict, the parties have agreed to reschedule the deposition of Dr. Roberta Ness from April 5, 2024 to April 9, 2024. Consistent with the parties' agreed-upon Rule 702 briefing schedule, Dkt. 1410, entered by the Court on March 1, 2024, Dkt. 1420, the parties submit a revised, agreed schedule as follows:

1. Dr. Ness's deposition is scheduled for April 9, 2024; based on this date:
   a. Defendants shall file their Rule 702 Motion by April 29, 2024.
   b. The Mota Plaintiffs shall file their response in opposition by May 28, 2024.[1]
   c. Defendants shall file their reply memorandum by June 11, 2024.

The parties thank the Court for its consideration of this matter.

Respectfully submitted,

*/s/ Ashley C. Keller*
**KELLER POSTMAN LLC**
Ashley C. Keller – *Pro Hac Vice*
150 N. Riverside Plaza Suite 4100
Chicago, IL 60606
Phone: (312) 741-5220
Fax: (312) 971-3502
ack@kellerpostman.com

---

[1] Although the parties agreed that the Mota Plaintiffs' opposition would be due 28 days after submission of Defendants' Rule 702 Motion, that date—Monday, May 27, 2024—is a federal holiday.