```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :    22md3043 (DLC)
IN RE: Acetaminophen - ASD-ADHD           :    24cv1380 (DLC)
Products Liability Litigation             :
                                          :    FINAL JUDGMENT:
----------------------------------------- X    24cv1380
```

DENISE COTE, District Judge:

On December 18, 2023, the defendants' Rule 702 motions regarding the plaintiffs' proposed general causation expert testimony were granted. An Order of January 16, 2024 provided that plaintiffs in any Member Case of this MDL in which an SFC was served on or after January 12, 2024 shall have 21 days from the date of service to show cause why summary judgment should not be entered in favor of the defendants named in that Member Case for failure to 1) present admissible evidence of general causation; 2) show any error in the December 18, 2023 Rule 702 Opinion; and/or 3) show why the December 18, 2023 Rule 702 Opinion does not apply to their Member Case.

Plaintiffs in Member Case 24cv1380 served their SFC on February 23, 2024. The SFC alleges that Rachel Hurst has autism spectrum disorder ("ASD"), not attention deficit hyperactivity disorder ("ADHD"). Plaintiffs have not submitted any admissible evidence that acetaminophen causes ASD, and concede that final

judgment should be granted to defendants in their case.  Thus, it is hereby

ORDERED that, for the reasons set forth in the Court's Opinion and Order of December 18, 2023, and in the January 16, 2024 Order to Show Cause, final judgment is entered for the defendants in Member Case 24cv1380 under Fed. R. Civ. P. 58.

IT IS FURTHER ORDERED that Member Case 24cv1380 is dismissed with prejudice.

Dated:   New York, New York
         March 19, 2024

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　        DENISE COTE
　　　　　　　　　　　　　　　　　United States District Judge