```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    22md3043 (DLC)
IN RE: Acetaminophen - ASD-ADHD          :    24cv1332 (DLC)
Products Liability Litigation            :    24cv1476 (DLC)
                                         :
This Document Relates to:                :    FINAL JUDGMENT:
White v. Johnson & Johnson Consumer      :       24cv1332
Inc., Case No. 1:24-cv-1332              :       24cv1476
Holland v. Johnson & Johnson Consumer    :
Inc., Case No. 1:24-cv-1476              :
---------------------------------------- X
```

DENISE COTE, District Judge:

On December 18, 2023, the defendants' Rule 702 motions regarding the plaintiffs' proposed general causation expert testimony were granted. An Order of January 16, 2024 provided that plaintiffs in any Member Case of this MDL in which an SFC was served on or after January 12, 2024 shall have 21 days from the date of service to show cause why summary judgment should not be entered in favor of the defendants named in that Member Case for failure to 1) present admissible evidence of general causation; 2) show any error in the December 18, 2023 Rule 702 Opinion; and/or 3) show why the December 18, 2023 Rule 702 Opinion does not apply to their Member Case.

Plaintiffs in Member Case 24cv1332 served their SFC on February 22, 2024. Plaintiffs did not file any show cause response by the deadline of March 14, 2024. Plaintiffs in Member Case 24cv1476 served their SFC on February 27, 2024. Plaintiffs did not file any show cause response by the deadline

of March 19, 2024.  Thus, it is hereby

ORDERED that, for the reasons set forth in the Court's Opinion and Order of December 18, 2023, and in the January 16, 2024 Order to Show Cause, final judgment is entered for the defendants in Member Cases 24cv1332 and 24cv1476 under Fed. R. Civ. P. 58.

IT IS FURTHER ORDERED that Member Cases 24cv1332 and 24cv1476 are dismissed with prejudice.

Dated:    New York, New York
          March 27, 2024

_____
DENISE COTE
United States District Judge