UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: Acetaminophen – ASD-ADHD Products Liability Litigation | 22md3043 (DLC) |

# NOTICE OF APPEAL

Notice is hereby given that Plaintiffs, through undersigned counsel, appeal to the United States Court of Appeals for the Second Circuit from the Final Judgment of this Court dated February 21, 2024, MDL Dkt. 1409, as well as the Court's December 18, 2023 Rule 702 Order Excluding Plaintiffs' General Causation Experts, MDL Dkt. 1381, which was not final and appealable prior to entry of judgment. Plaintiffs file this Joint Notice of Appeal pursuant to Federal Rule of Appellate Procedure 3(b)(1), and for ease of reference, Plaintiffs attach a complete list of parties by case number as Exhibit 1 to this Notice.

DATED: April 3, 2024

Sincerely,

**KELLER POSTMAN LLC**

*/s/ Ashley C. Keller*
Ashley C. Keller (*Pro Hac Vice*)
KELLER POSTMAN LLC
150 N. Riverside Plaza
Suite 4100
Chicago, IL 60606
Phone: (312) 741-5220
ack@kellerpostman.com

WATTS LAW FIRM LLP
Mikal C. Watts (*Pro Hac Vice*)

811 Barton Springs Rd, #745  
Austin, TX 78704  
Phone: (512) 479-0500  
mikal@wattsllp.com  
THE LANIER LAW FIRM  
W. Mark Lanier (*Pro Hac Vice*)  
535 Madison Avenue  
12th Floor  
New York, NY 10022  
Phone: (212) 421-2800  
mark.lanier@lanierlawfirm.com  

*Plaintiffs' Co-Lead Counsel*
