UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: Acetaminophen – ASD-ADHD Products Liability Litigation<br><br>This Document Relates to:<br><br>*White v. Johnson & Johnson Consumer Inc.*, Case No. 1:24-cv-1332<br><br>*Holland v. Johnson & Johnson Consumer Inc.*, Case No. 1:24-cv-1476 | 22-md-3043 (DLC) |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs, through undersigned counsel, appeal to the United States Court of Appeals for the Second Circuit from the Final Judgments of this Court dated March 27, 2024, MDL Dkt. 1442, as well as the Court's December 18, 2023 Rule 702 Order Excluding Plaintiffs' General Causation Experts, MDL Dkt. 1381, which was not final and appealable prior to entry of judgment. Plaintiffs file this Joint Notice of Appeal pursuant to Federal Rule of Appellate Procedure 3(b)(1). Plaintiffs' appeal is related to the pending Second Circuit appeal (Dkt. 24-916), which Plaintiffs list here to expedite consolidation.

DATED: April 18, 2024

Sincerely,

**BERNSTEIN LIEBHARD LLP**

<u>/s/ Daniel C. Burke</u>
Daniel C. Burke
BERNSTEIN LIEBHARD LLP
10 East 40th Street, 29th Floor
New York, NY 10016
Phone: 212-779-1414
dburke@bernlieb.com
dtawil@bernlieb.com

***Counsel for Plaintiffs White and Holland***