```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :    22md3043 (DLC)
IN RE: Acetaminophen - ASD-ADHD       :
Products Liability Litigation         :    ORDER
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

On April 29, 2024, the defendants in this MDL filed a motion to exclude the expert testimony of Dr. Roberta Ness pursuant to Rule 702, Fed. R. Civ. P. Defendants also filed a letter motion to file under seal, at least temporarily, certain documents in connection with the Ness Motion as well as the memorandum of law in support of the Ness Motion ("April 29 Letter Motion"). The April 29 Letter Motion indicated that, pursuant to the Stipulated Protective Order of January 18, 2023, plaintiffs have until May 10, 2024 to review Dr. Ness's deposition transcript for confidential designations. Accordingly, it is hereby

ORDERED that the parties shall file by May 17 a letter on the docket supporting each claimed confidentiality designation referred to in the April 29 Letter Motion.

Dated:  New York, New York
        April 30, 2024

                                    _____
                                         DENISE COTE
                                    United States District Judge