# Keller | Postman

May 10, 2024

**VIA ECF**

The Honorable Denise L. Cote
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 1910
New York, New York 10007

Re:   *In Re: Acetaminophen – ASD–ADHD Products Liability Litigation*, Case No. 1:22-md-03043 (S.D.N.Y.) – Letter Regarding the Deposition Transcript of Dr. Ness

Dear Judge Cote:

Per the Protective Order, Dkt. 351, Plaintiffs have completed their review of Dr. Ness's deposition transcript and have removed all confidential designations. As previewed by Defendants' April 29, 2024 Letter Motion to File Under Seal, Dkt. 1459, Plaintiffs are therefore attaching an unredacted, final transcript of Dr. Ness's deposition.

Respectfully submitted,

*/s/ Ashley Barriere*
**KELLER POSTMAN LLC**
Ashley Barriere
150 N. Riverside Plaza Suite 4100
Chicago, IL 60606
Phone: (312) 741-5220
Fax: (312) 971-3502
ashley.barriere@kellerpostman.com