# Exhibit 39

# Modern Epidemiology

FOURTH EDITION

Timothy L. Lash
Tyler J. VanderWeele
Sebastien Haneuse
Kenneth J. Rothman

Wolters Kluwer

# Modern Epidemiology
## FOURTH EDITION

**Timothy L. Lash**
O. Wayne Rollins Distinguished Professor of Epidemiology and Chair
Department of Epidemiology
Rollins School of Public Health, Emory University
Atlanta, Georgia

**Tyler J. VanderWeele**
John L. Loeb and Frances Lehman Loeb Professor of Epidemiology
Departments of Epidemiology and Biostatistics
Harvard T.H. Chan School of Public Health
Boston, Massachusetts

**Sebastien Haneuse**
Professor of Biostatistics
Department of Biostatistics
Harvard T. H. Chan School of Public Health
Boston, Massachusetts

**Kenneth J. Rothman**
Distinguished Fellow, Research Triangle Institute
Research Triangle Park, North Carolina
and
Professor of Epidemiology
Boston University School of Public Health
Boston, Massachusetts

Wolters Kluwer

Philadelphia • Baltimore • New York • London
Buenos Aires • Hong Kong • Sydney • Tokyo

*Executive Editor:* Sharon Zinner
*Development Editor:* Sean McGuire
*Editorial Coordinator:* Cody Adams, Julie Kostelnik
*Production Project Manager:* Catherine Ott
*Design Coordinator:* Steve Druding
*Manufacturing Coordinator:* Beth Welsh
*Prepress Vendor:* TNQ Technologies

Copyright © 2021 Wolters Kluwer.

Copyright © 2008 Lippincott Williams & Wilkins. All rights reserved. This book is protected by copyright. No part of this book may be reproduced or transmitted in any form or by any means, including as photocopies or scanned-in or other electronic copies, or utilized by any information storage and retrieval system without written permission from the copyright owner, except for brief quotations embodied in critical articles and reviews. Materials appearing in this book prepared by individuals as part of their official duties as U.S. government employees are not covered by the above-mentioned copyright. To request permission, please contact Wolters Kluwer at Two Commerce Square, 2001 Market Street, Philadelphia, PA 19103, via email at permissions@lww.com, or via our website at lww.com (products and services).

9 8 7 6 5 4 3 2 1

Printed in Mexico

---

Library of Congress Cataloging-in-Publication Data

ISBN-13: 978-1-4511-9328-2

Cataloging-in-Publication data available on request from the Publisher.

---

This work is provided "as is," and the publisher disclaims any and all warranties, express or implied, including any warranties as to accuracy, comprehensiveness, or currency of the content of this work.

To the maximum extent permitted under applicable law, no responsibility is assumed by the publisher for any injury and/or damage to persons or property, as a matter of products liability, negligence law or otherwise, or from any reference to or use by any person of this work.

shop.lww.com

# Contents

Preface and Acknowledgments
Contributors

**PART I**
**Foundations**

1 **The Scope of Epidemiology**
*Kenneth J. Rothman, Timothy L. Lash, Sebastien Haneuse, and Tyler J. VanderWeele*

2 **Causal Inference and Scientific Reasoning**
*Tyler J. VanderWeele, Timothy L. Lash, and Kenneth J. Rothman*

3 **Formal Causal Models**
*Tyler J. VanderWeele and Kenneth J. Rothman*

4 **Measures of Occurrence**
*Timothy L. Lash and Kenneth J. Rothman*

5 **Measures of Effect and Measures of Association**
*Kenneth J. Rothman, Tyler J. VanderWeele, and Timothy L. Lash*

6 **Epidemiologic Study Design With Validity and Efficiency Considerations**
*Kenneth J. Rothman and Timothy L. Lash*

**PART II**
**Study Design and Interpretation**

7 **Cohort Studies**
*Kenneth J. Rothman, Tyler J. VanderWeele, and Timothy L. Lash*

8 **Case-Control Studies**
*Timothy L. Lash and Kenneth J. Rothman*

9 **Public Health Surveillance**
*Richard S. Hopkins and James W. Buehler*

10 **Field Methods**
*Lauren A. Wise and Patricia Hartge*

11 **Studies Relying on Secondary Data**
*Krista F. Huybrechts and Sebastian Schneeweiss*

12 **Confounding and Confounders**
*Tyler J. VanderWeele, Kenneth J. Rothman, and Timothy L. Lash*

13 **Measurement and Measurement Error**
*Timothy L. Lash, Tyler J. VanderWeele, and Kenneth J. Rothman*

**14 Selection Bias and Generalizability**
*Timothy L. Lash and Kenneth J. Rothman*

**15 Precision and Study Size**
*Kenneth J. Rothman and Timothy L. Lash*

**PART III**
**Data Analysis**

**16 Fundamentals of Epidemiologic Data Analysis**
*Sebastien Haneuse and Kenneth J. Rothman*

**17 Introduction to Categorical Statistics**
*Sebastien Haneuse*

**18 Stratification and Standardization**
*Sebastien Haneuse and Kenneth J. Rothman*

**19 Categorical Analysis of Polytomous Exposures and Outcomes**
*Sebastien Haneuse*

**20 Regression Analysis Part I: Model Specification**
*Sebastien Haneuse*

**21 Regression Analysis Part II: Model Fitting and Assessment**
*Sebastien Haneuse*

**22 Time-To-Event Analysis**

*Sebastien Haneuse*

## 23 Introduction to Bayesian Statistics
*Sander Greenland*

## 24 Longitudinal and Cluster-Correlated Data Analysis
*Sebastien Haneuse*

## 25 Causal Inference With Time-Varying Exposures
*Tyler J. VanderWeele*

## 26 Analysis of Interaction
*Tyler J. VanderWeele, Timothy L. Lash, and Kenneth J. Rothman*

## 27 Mediation Analysis
*Tyler J. VanderWeele*

## 28 Instrumental Variables and Quasi-Experimental Approaches
*M. Maria Glymour and Sonja A. Swanson*

## 29 Bias Analysis
*Timothy L. Lash*

## 30 Ecologic Studies and Analysis
*Hal Morgenstern and Jon Wakefield*

## 31 Agent-Based Modeling

*Brandon D.L. Marshall*

## PART IV
## Special Topics

**32 Infectious Disease Epidemiology**
*Matthew P. Fox and Emily W. Gower*

**33 Reproductive Epidemiology**
*Clarice R. Weinberg, Allen J. Wilcox, and Anne Marie Jukic*

**34 Psychiatric Epidemiology**
*Katherine M. Keyes, Sharon B. Schwartz, and Ezra S. Susser*

**35 Clinical Epidemiology**
*Jan P. Vandenbroucke and Henrik Toft Sørensen*

**36 Molecular Epidemiology**
*Claire H. Pernar, Konrad H. Stopsack, and Lorelei Mucci*

**37 Genetic Epidemiology**
*John S. Witte and Duncan C. Thomas*

**38 Injury and Violence Epidemiology**
*Stephen W. Marshall and Guohua Li*

**39 Social Epidemiology**
*Jay S. Kaufman*

**40 Environmental Epidemiology**
*Irva Hertz-Picciotto and Stephanie M. Engel*

**41 Occupational Epidemiology**
*David Richardson*

**42 Nutritional Epidemiology**
*Walter C. Willett and Frank B. Hu*

**43 Pharmacoepidemiology**
*Sebastian Schneeweiss and Krista F. Huybrechts*

Index

# Preface and Acknowledgments

The fourth edition of *Modern Epidemiology* arrives 35 years after the first edition, which was a much smaller single-authored volume that outlined the concepts and methods of a rapidly growing discipline. The second edition, published 12 years later, was a major transition, as the book grew along with the field. It saw the addition of a second author and an expansion of topics contributed by invited experts in a range of subdisciplines. The third edition, which was published in 2008, saw the addition of a third author and encompassed a comprehensive revision of the content and the introduction of topics that 21st century epidemiologists would find essential.

This fourth edition welcomes insights from two new authors, whose work in the past decade has substantially influenced the design, analysis, and interpretation of epidemiologic research. Like the earlier editions, it encompasses a comprehensive revision of the content, with coverage of methods that have emerged in the interim, such as agent-based modeling, quasi-experimental designs, mediation analysis, and causal modeling. It also updates coverage of methods such as concepts of interaction, bias analysis, and time-varying designs and analysis and continues to cover the full breadth of epidemiologic methods and concepts.

This edition retains the basic organization of the earlier editions, with the book divided into four parts. Part I (Foundations) now comprises six chapters rather than five, with the topic of causation now divided into a conceptual chapter on causal inference and scientific reasoning and a second chapter on formal causal models. We have also moved the introductory chapter on epidemiologic study designs, with validity and efficiency considerations, into the Foundations part of the text. The topic of interaction was Chapter 18 in the second edition, was Chapter 5 in the third edition, and is now Chapter 26 (Part III, Data Analysis) of the fourth edition. We have moved it again to reflect the recent and influential advances in

understanding interaction and mediation analyses (now Chapter 27), which require a firm understanding of the fundamentals of epidemiologic research and analysis before they can be fully appreciated. The third edition saw the addition of a new chapter on causal diagrams, which no longer appears as a standalone chapter in the fourth edition. The use of causal graphs to encode assumptions is now so widely incorporated into epidemiologic study design and analysis that the content has been distributed and fully incorporated into the other chapters of the text, including the chapters on causal models. Part II of the text addresses fundamental and advanced aspects of study design and interpretation. In this edition, each of the three major threats to validity—confounding, selection bias and generalizability, and information bias—receives separate treatment in its own chapter. These chapters describe the structures that give rise to the bias, design considerations to reduce the influence of the bias, and simple methods of quantitative bias analysis to estimate the direction, magnitude, and uncertainty attributable to the bias. Also new to this section is a chapter on the use of secondary data, such as registry-based research, which now often serves as the primary source of data, or an ancillary source of data, for many epidemiologic investigations. As in earlier editions, Part II also includes chapters that address cohort designs, case-control designs (including case-crossover and other case-only designs), surveillance, and field methods for data collection. This part concludes with an initial treatment of precision and study size, particularly regarding planning study size.

Part III of this edition addresses data analysis, with updated treatments of conventional approaches to data analysis, such as categorical statistics, stratification, standardization, regression modeling, and dose-response analysis. New content expands on analysis strategies for time-to-event analysis, longitudinal and cluster-correlated analysis, and causal inference with time-varying exposures. As noted above, methods for analyses to address interaction and mediation now appear in Part III. The chapter on bias analysis has been revised, with simple bias analysis methods moved forward to chapters in Part II and with expanded coverage of

semi-Bayesian, Bayesian, and empirical bias analysis in its place. The chapter on ecologic analyses has been updated, and we have added a chapter on agent-based modeling and another chapter on instrumental variables and quasi-experimental approaches. The chapter on Bayesian Analysis has been reprinted without revision from the third edition. The chapter's author, Sander Greenland, would have liked to update the chapter, but circumstances did not permit it.

As in the second and third editions, Part IV comprises additional topics that are more specialized than those considered in the first three parts of the book. Prominent authors with substantial experience in each of these topic areas have agreed to write these chapters as an introduction to the topics. Each chapter keeps to a common outline, including (1) a description of the major objectives of the topic area, the history of how it came to be a topic unto itself, and the seminal contributions to public health or medicine; (2) a description of methodologies that are unique to the topic, particularly well suited to the topic, ill advised for the topic area, or otherwise especially relevant to the topic; (3) a description of methodologic challenges that are particularly pertinent to the topic, solutions that have been proposed or implemented, and evaluation of whether these solutions have been adequate; (4) a description of ethical, legal, policy, or social issues that are especially pertinent to the topic; and (5) anticipated directions for the topic, with respect to methodologic developments and content areas for research. For most of the Part IV topics, there are excellent complete textbooks, so our goal with this common outline was to assure that readers would receive an overview of the topic's history, unique challenges, and anticipated directions. Many topics return for the fourth edition, such as social epidemiology, infectious disease epidemiology, genetic and molecular epidemiology, and others, and many new topics have been added, such as psychiatric epidemiology, injury and violence epidemiology, occupational epidemiology, pharmacoepidemiology, and others.

In this text, we hope to acquaint those who wish to understand the concepts and methods of epidemiology with the issues that are

central to the discipline and to point the way to key references for further study. The bibliography has been extensively revised and updated, with each chapter now having its own reference list. To make the text easier to read, we now use superscript numerals in text to cite original papers, rather than inserting the paper's authors and publication years as in earlier editions. To facilitate access to all relevant sections of the book that relate to a given topic, we have indexed the text thoroughly. We thus recommend that the index be consulted by those wishing to read our complete discussion of specific topics.

We hope that this new edition provides a resource for teachers, students, and practitioners of epidemiology. We have attempted to be as accurate as possible, but we recognize that any work of this scope will contain mistakes and omissions. We are grateful to readers of earlier editions who have brought such items to our attention. We intend to continue our past practice of posting such corrections on an internet page, as well as incorporating such corrections into subsequent printings. Please consult https://shop.lww.com/Modern-Epidemiology/p/9781451193282 to find the latest information on errata.

We are especially grateful to our colleague Sander Greenland, who was a coauthor of the second and third editions of *Modern Epidemiology*. Although he decided not to join the author group for the fourth edition, much of the text still reflects the id="eas and writing that he contributed to the earlier editions. He has not reviewed or approved the text of the fourth edition, but his earlier contributions have been brought forward, revised, and edited by the current authors throughout. As noted above, however, Chapter 23 on Bayesian Analysis appears without revision or updating from the third edition.

We are also grateful to many colleagues who have reviewed sections of the current text and provided useful feedback. Although we cannot mention everyone who helped in that regard, we give special thanks to Catherine Lesko and Penelope Howard for review and comments on Chapter 14 "Selection Bias and Generalizability," to Dana Flanders for review and comments on material in Chapter 6

"Epidemiologic Study Design With Validity and Efficiency Considerations," to James Robins and Miguel Hernán with whom discussions notably influenced the content of Chapter 12 "Confounding and Confounders," to Sara Sauer, Harrison Reeder, and Alexander Levis for review and comments on Chapter 24 "Longitudinal and Cluster-Correlated Data Analysis," and to Rebecca Nash who generated a revised and corrected Figure 29-1 in Chapter 29 "Bias Analysis." Brandon Marshall would like to acknowledge Professors Melissa Tracy and David Savitz for their insightful comments and reviews of Chapter 31 "Agent-Based Modeling." Matthew Fox and Emily Gower would like to acknowledge Dr. Brooke Nichols and Samantha Tulenko for their helpful reviews of Chapter 32 "Infectious Disease Epidemiology." An earlier version of Chapter 23 "Introduction to Bayesian Statistics" appeared in the *International Journal of Epidemiology* (2006;35:765-778), reproduced with permission of Oxford University Press.

**Timothy L. Lash**
**Tyler J. VanderWeele**
**Sebastien Haneuse**
**Kenneth J. Rothman**

# Contributors

**Matthew P. Abdel MD**
Professor of Orthopedic Surgery
Mayo Clinic College of Medicine
Consultant
Department of Orthopedic Surgery
Mayo Clinic
Rochester, Minnesota

**James W. Buehler, MD**
Clinical Professor & Interim Chair
Department of Health Management & Policy
Dornsife School of Public Health
Drexel University
Philadelphia, Pennsylvania

**Stephanie M. Engel, PhD**
Professor
Department of Epidemiology
Gillings School of Global Public Health
University of North Carolina at Chapel Hill
Chapel Hill, North Carolina

**Matthew P. Fox, DSc, MPH**
Professor
Departments of Epidemiology and Global Health
Boston University
Boston, Massachusetts

**M. Maria Glymour, ScD**
Professor
Department of Epidemiology and Biostatistics

University of California, San Francisco
San Francisco, California

**Emily W. Gower, PhD**
Associate Professor
Department of Epidemiology
University of North Carolina at Chapel Hill
Chapel Hill, North Carolina

**Sander Greenland, MA, MS, DrPH, C Stat**
Professor Emeritus
Department of Epidemiology and Department of Statistics
University of California
Los Angeles, California

**Patricia Hartge, MA, ScD**
Senior Investigator, Retired
Division of Cancer Epidemiology and Genetics
National Cancer Institute
National Institutes of Health
Bethesda, Maryland

**Irva Hertz-Picciotto, MPH, PhD**
Professor
Department of Public Health Sciences
University of California, Davis
Davis, California

**Richard S. Hopkins, MD, MSPH**
Independent Epidemiologist
Middlebury, Vermont

**Frank B. Hu, MD, PhD**
Professor and Chair
Department of Nutrition
Harvard T.H. Chan School of Public Health
Boston, Massachusetts

**Krista F. Huybrechts, MS, PhD**
Associate Professor of Medicine and Epidemiology
Division of Pharmacoepidemiology
Department of Medicine
Brigham and Women's Hospital and Harvard Medical School
Boston, Massachusetts

**Anne Marie Jukic, PhD**
Investigator
Epidemiology Branch
National Institute of Environmental Health Sciences
Durham, North Carolina

**Jay S. Kaufman, PhD**
Professor
Department of Epidemiology
Biostatistics and Occupational Health
McGill University, Montreal
Quebec, Canada

**Katherine M. Keyes, PhD**
Associate Professor
Department of Epidemiology
Columbia University
Mailman School of Public Health
New York, New York

**Guohua Li, MD, DrPH**
Mieczyslaw Finster Professor
Departments of Anesthesiology and Epidemiology
Columbia University
New York, New York

**Brandon D. L. Marshall, PhD**
Associate Professor
Department of Epidemiology

Brown University
Providence, Rhode Island

**Stephen W. Marshall, PhD**
Professor
Departments of Epidemiology and Exercise and Sport Science
University of North Carolina at Chapel Hill
Chapel Hill, North Carolina

**Hal Morgenstern, BArch, MRP, PhD**
Professor Emeritus
Departments of Epidemiology
Environmental Health Sciences, and Urology
University of Michigan
Ann Arbor, Michigan

**Lorelei Mucci, ScD, MPH**
Professor
Department of Epidemiology
Harvard T.H. Chan School of Public Health
Boston, Massachusetts

**Claire H. Pernar, ScD, MPH**
Research Associate
Department of Epidemiology
Harvard T.H. Chan School of Public Health
Boston, Massachusetts

**David Richardson, PhD**
Professor
Department of Epidemiology
School of Public Health
University of North Carolina at Chapel Hill
Chapel Hill, North Carolina

**Sebastian Schneeweiss, MD, ScD**
Professor of Medicine and Epidemiology

Division of Pharmacoepidemiology
Department of Medicine
Brigham and Women's Hospital and Harvard Medical School
Boston, Massachusetts

**Sharon B. Schwartz, PhD**
Professor of Epidemiology at CUMC
Department of Epidemiology
Columbia University
Mailman School of Public Health
New York, New York

**Henrik Toft Sørensen, MD, PhD, DMSc**
Professor, Chair
Department of Clinical Epidemiology
Aarhus University
Aarhus, Denmark
Adjunct Professor
Department of Epidemiology
Boston University
Boston, Massachusetts

**Konrad H. Stopsack, MD MPH**
Research Associate
Department of Medicine
Memorial Sloan Kettering Cancer Center
New York, New York

**Ezra S. Susser, MD, DrPH**
Professor
Departments of Epidemiology and Psychiatry
Columbia University
Mailman School of Public Health
New York State Psychiatric Institute
New York, New York

**Sonja A. Swanson, ScD**
Associate Professor
Department of Epidemiology
Erasmus Medical Center
Rotterdam, Netherlands

**Duncan C. Thomas, PhD**
Professor and Verna Richter Chair in Cancer Research
Department of Preventive Medicine
University of Southern California
Los Angeles, California

**Jan P. Vandenbroucke, MD, PhD, FRCP, FRCPE**
Emeritus Professor of Clinical Epidemiology
Leiden University Medical Center
Leiden, Netherlands
Professor of Clinical Epidemiology
Aarhus University
Aarhus, Denmark
Honorary Professor
London School of Hygiene and Tropical Medicine
London, United Kingdom

**Jon Wakefield, PhD**
Professor
Departments of Statistics and Biostatistics
University of Washington
Seattle, Washington

**Clarice R. Weinberg, PhD**
Senior Investigator
Biostatistics and Computational Biology Branch
National Institute of Environmental Health Sciences
Research Triangle Park, North Carolina

**Allen J. Wilcox, MD, PhD**
Emeritus Investigator
Epidemiology Branch
National Institute of Environmental Health Sciences
Durham, North Carolina

**Walter C. Willett, MD, DrPH**
Professor
Departments of Nutrition and Epidemiology
Harvard T.H. Chan School of Public Health
Boston, Massachusetts

**Lauren A. Wise, ScD**
Professor
Department of Epidemiology
Boston University School of Public Health
Boston, Massachusetts

**John S. Witte, PhD**
Professor
Department of Epidemiology and Biostatistics
University of California San Francisco
San Francisco, California

# PART I

## Foundations

# CHAPTER 2

# Causal Inference and Scientific Reasoning

Tyler J. VanderWeele, Timothy L. Lash, and Kenneth J. Rothman

# INTRODUCTION

This chapter and the next provide an overview of useful concepts and problems in reasoning about and constructing methods for causal inference. It is convenient to divide inferential concepts into two broad classes: those embodied in canonical frameworks, in which causality is a property of an association to be characterized and diagnosed by symptoms and signs (as in classic medical investigations); and those embodied in mathematical models of causation, which form the basis for modern causal-inference methodologies. These are not mutually exclusive approaches, nor do they exhaust all possibilities; rather, they reflect historical traditions that until recently had only limited intersection. This chapter will focus on canonical frameworks and the problems of common intuitive modes of reasoning, while the next chapter will focus on causal models as an approach to addressing these problems.

# CANONICAL FRAMEWORKS

Perhaps the oldest of the canonical approaches is traceable to John Stuart Mill in his attempt to lay out a system of inductive logic based on canons or rules that causal associations were presumed to obey.[1] Rather than deal with precise details and debates about how to define core terms like "cause" and "effect," the canonical approach starts with ordinary language use and focuses instead on listing key considerations that arise in evaluating evidence when attempting to draw a causal inference.

Perhaps the most widely cited of such lists are the Austin Bradford Hill considerations[2] (sometimes mischaracterized as "criteria" by later writers), which are discussed critically in numerous sources[3-6] and which will be the focus here. In Hill's own words, these considerations were not meant to be a checklist or set of criteria to be met, but rather "points to consider" when evaluating whether a precisely measured association arose from a causal effect. The considerations listed by Hill refer to various qualities of the association, as follows: (1) strength, (2) consistency, (3) specificity, (4) temporality, (5) biologic gradient, (6) plausibility, (7) coherence, (8) experimental evidence, and (9) analogy. Only consideration (4), proper temporal sequence (cause must precede effect), is a necessary condition for causation. The remaining considerations are not necessary conditions; instead, they are like diagnostic symptoms or signs of causation—that is, properties that an association is assumed more likely to exhibit if it is causal than if it is not.[2, 7, 8] Thus, the canonical approach makes causal inference more akin to clinical judgment than experimental science, although experimental evidence is among the considerations.[2, 5, 8] Some of the considerations (such as temporal sequence, strength of association, dose-response or predicted gradient, and specificity) are empirical signs and thus subject to conventional statistical analysis; others (such as plausibility) refer to prior belief and thus (as with disease

symptoms) require more extensive familiarity with scientific literature on the topic to evaluate properly.

Hill's list was an expansion of an earlier list published in the landmark US Surgeon General's report Smoking and Health,[9] which in turn relied on the inductive canons of John Stuart Mill[10] and the discussion given by Hume.[11] Subsequently, others, especially Susser, further developed causal considerations.[12] Hill's canonical approach remains widely cited in the health sciences, subject to many variations in detail. Nonetheless, it has been criticized for its incompleteness and informality, and the consequent poor fit it affords to the deductive or mathematical approaches familiar to classic science and statistics.[5]

Although there have been some interesting attempts to reinforce or reinterpret certain canons as empirical predictions of causal hypotheses,[7, 13-16] there is no formal or generally accepted mapping of the entire approach to a coherent statistical or inferential methodology; one simply uses standard statistical or logical techniques to test whether empirical considerations are violated. For example, if the causal hypothesis linking $X$ to $Y$ predicts a strictly increasing trend in $Y$ with $X$, a test of this statistical prediction by a test of trend may serve as a statistical criterion for determining whether the hypothesis meets or fails the dose-response canon. Similarly, if the causal hypothesis linking $X$ to $Y$ predicts that $X$ should be analogously linked to $Z$, but $X$ and $Z$ are not associated, then the hypothesis fails the analogy canon. Such usage falls squarely in the falsificationist tradition of 20th-century statistics, but leaves unanswered most of the policy questions that drive causal research.[4]

# A CRITICAL ANALYSIS OF HILL'S CAUSAL CONSIDERATIONS

Hill suggested using his considerations to distinguish causal from noncausal associations that were such that the associations themselves were already "perfectly clear-cut and beyond what we would care to attribute to the play of chance", which was interpreted by some to mean that a statistical criterion beyond temporality was necessary for causal inference. This implication is highly controversial and we shall return to it in Chapter 15. Notably, Hill also emphasized that causal inferences cannot be based on a set of rules, condemned emphasis on statistical significance testing, and recognized the importance of many other factors in decision making.[4] The view that Hill's considerations should be used as necessary criteria for causal inference remains popular, but misguided. We thus examine the inferential value of each of them in detail, along the lines suggested by Hoggatt et al.,[17] and with allusions to the historical use of the Hill considerations in the evaluation of the evidence for a causal association between cigarette smoking and lung cancer.

## *Strength*

The strength of an association is important because the stronger an association, the harder it is to explain away as artifacts of biases. There is, however, no general rule for how large an association needs to be to meet this consideration or whether it ought to be measured on the difference or ratio scale (see Chapter 5). The apparent preference for evaluating strength of association on the ratio scale may have derived from the very strong risk ratios, but more modest risk differences, associating cigarette smoking with lung cancer.[18] There have been some attempts to set sharp boundaries to identify causal associations, such as at a doubling of risk, but these attempts have been based on legal interpretations, and they invoked

fallacious arguments connecting relative risks to causation probabilities (see also Chapter 5).[19, 20] Furthermore, there are many weaker associations that are generally agreed to reflect causal effects. These weak associations are considered causal in part because they have been replicated in a variety of populations using different designs and in part because of considerations other than strength. Examples include the associations between air pollution and mortality, between smoking and heart disease, and between environmental tobacco smoke and lung cancer.

Similarly, there are several well-known examples of relatively strong noncausal associations. One example is the association between birth rank and Down syndrome: Maternal aging, which is strongly associated with an infant's birth rank, has since been accepted as explaining the association between birth rank and Down syndrome. Such examples remind us that a strong association is neither necessary nor sufficient for causality and that weakness of an association is neither necessary nor sufficient for absence of causality. A strong association can help to rule out hypotheses that the association is entirely due to confounding or other bias. Bias analysis can be used along with external information to estimate or speculate quantitatively on the extent to which possible bias sources have affected the strength of an observed association (see Chapters 12, 13, and 30).

## Consistency

A consistent finding is an association reported across multiple populations, over time, and using different study designs. Although the presence of a consistent result is often taken as a compelling argument for causality, it is not definitive. For example, an inverse association of β-carotene with cancer was seen across epidemiologic studies but was not seen in subsequent randomized trials. Conversely, the absence of consistency does not imply the absence of a causal effect. Acute effects may be submerged in studies that examine only chronic exposure, and some agents may operate only in a small but highly susceptible subpopulation, so their association

in the whole population is diluted by the lack of association in the vast majority. Nonetheless, consistency across studies of a similar design helps rule out chance as an explanation for an observed association. Consistency across studies of different designs can provide evidence against specific biases but cannot rule out bias entirely unless all reasonably possible biases have been addressed.

One mistake in evaluating consistency is so common, and yet wrong, that it deserves special mention. It is sometimes claimed that a literature or set of results is inconsistent simply because some results are "statistically significant" and some are not. This sort of evaluation is completely fallacious even if one accepts the use of frequentist significance testing methods. The effect estimates from a set of studies could all be identical even if many were significant and many were not, the difference in statistical significance arising solely because of differences in the standard errors of the estimates of association. Conversely, the estimates of association could be considerably divergent even if all were statistically nonsignificant.

Even without invoking statistical significance, the consistency consideration brings the potential for inferential errors by overreliance on it or misinterpretation of what is consistent evidence. In this regard, it has natural connections to the role of reproducibility in scientific inference, as discussed below.

# SPECIFICITY

In Hill's formulation, specificity of an association can refer either to a cause having a single effect or an effect having a single cause. The limitations of this form of specificity are apparent even in the case of smoking and lung cancer. Although the smoking and lung cancer association is stronger (on the ratio scale) than the association between smoking and, say, heart disease, there is general agreement today that smoking can increase the risk of many diseases, including heart disease and other cancers. Indeed, many behavioral, environmental, social, and genetic risk factors have been causally linked to more than one health outcome.

Specificity can strengthen a causal inference if a competing noncausal hypothesis would predict a nonspecific association. For example, the strong association reported during the 1980s between estrogen hormone replacement therapy and cardiovascular endpoints was considered important evidence that the connection was causal, but Petitti et al. reported that the association was equally strong for accidents, homicides, and suicides.[21] This lack of specificity shed doubt on the causal interpretation. In a later publication, she suggested that a possible explanation for the nonspecific findings might be compliance with therapy, pointing out that compliance with taking a placebo in randomized trials was strongly related to lower risk of cardiovascular death.[22] The approach of examining associations with other outcomes (or other exposures) that should have no causal effects is sometimes referred to as one of using "negative controls".[23, 24] Although such issues can be addressed via randomized trials, the controversy surrounding trials of mammography[25-27] shows that in practice even evidence from randomized trials can be interpreted differently by different stakeholders.

## *Temporality*

Temporality means that a cause must precede its effects, and this is a necessary condition for valid causal inference. Although this positive assertion strikes many as inarguable, an observation that $Y$ preceded possible cause $X$ in a specific study is not an argument against causality in studies where $Y$ followed $X$. Temporality rules out causality only if we know that $X$ never occurred before $Y$ in studies showing an association between $X$ and $Y$. Much of Hill's discussion on temporality concerned these questions of potential reverse causation. If $X$ and $Y$ vary over time, it is also possible that there is feedback between them such that both affect each other. If we have measurements of these variables over time, longitudinal causal models can help evaluate such feedback,[28] an issue we return to below and in Chapter 26.

## Biologic Gradient

Biologic gradient refers to the presence of a dose-response or exposure-response curve with an expected shape. Although Hill referred to a "linear" gradient, without specifying the scale, the more usual expectation for causal analyses is that the trend will be strictly monotonic (steadily increasing or decreasing). For example, more smoking means more carcinogen exposure and more tissue damage, hence more opportunity for carcinogenesis.

Some causal associations, however, show an approximate threshold effect rather than a strictly monotonic trend. For example, there may be a sharp increase in risk for specific outcomes at low to moderate doses of a given exposure that tapers off at higher doses, or there may be no adverse effect until saturation of detoxification mechanisms is reached, resulting in increased risk only at higher doses. Although some mistakenly treat any nonmonotonic dose-response association as refuting causation, many substances display U-shaped or J-shaped dose-response effects, often in a manner consistent with their hypothesized biologic effects. For example, very low and very high doses of certain vitamins may decrease life expectancies, a fact consistent with the known biologic properties of vitamins that are essential at moderate doses but toxic at high doses.

Conversely, an apparent monotonic dose-response relation may be an artifact of a bias that correlates with dose. For example, if an uncontrolled confounder is monotonically associated with the exposure and monotonically associated with the disease, an apparent dose-response relation between exposure and outcome could simply reflect the dose-response relation between the confounder and outcome.[14] The noncausal relation between birth rank and Down syndrome mentioned earlier shows a strong "biologic gradient" that merely reflects the monotonic relations between maternal age and birth rank and between maternal age and occurrence of Down syndrome.

These issues imply that the existence of a monotonic association is neither necessary nor sufficient for a causal relation. A nonmonotonic relation only provides evidence against those causal hypotheses specific enough to predict a monotonic dose-response curve.

## Plausibility

A causal explanation is *plausible* if it appears reasonable or realistic within the context in which the hypothesized cause and its effect occur. This context includes not only epidemiologic but also other human studies, animal and tissue studies, and current understanding of the biology, pathology, toxicology, and other mechanisms related to the effect. Plausibility can change as the context evolves and will be misleading when current understanding is misleading or wrong.

For example, in the early 19th century, miasma theory was the leading explanation of disease clusters and outbreaks. The theory that miasmas caused cholera was thus highly plausible at the time, because it was compatible with the observation that cholera occurs in outbreaks. But this high plausibility did not demonstrate that cholera is caused by miasmas, and waterborne transmission, which seemed less plausible before Snow's studies,[29] turned out to be the correct theory.

One Bayesian approach attempts to measure plausibility on a probability scale (0-1), thus equating plausibility with certainty, credibility, or prior belief. This quantification displays the dogmatism or open-mindedness of the analyst in a public fashion, with certainty values near 1 or 0 betraying a strong commitment of the analyst for or against a hypothesis (see Chapter 24). It can also provide a means of testing those quantified beliefs against new evidence.[30-32] Nonetheless, no proposed approach can transform plausibility into an objective condition.

## Coherence

Hill used the term "coherence" to mean that the hypothesized causal relation of exposure to disease does not conflict with current understanding of the disease process. Hill emphasized that absence of such coherence was not a strong argument against causality. If an observed association apparently conflicts with current scientific understanding of a disease process, it may be that the understanding is mistaken rather than that the association is noncausal. For example, at the time it was made, the observation that shallow inhalers of cigarette smoke had increased rates of lung cancer relative to deep inhalers seemed to contradict simple mechanically based expectations. Subsequent research on lung cancer, however, found that the cells most affected by cigarette smoke tended to be in the upper respiratory tract, which was in fact consistent with the observed association for shallow inhalers.[33]

Conversely, coherence provides at best only weak support for causality, because many different theories will exhibit such coherence, including most theories that are proposed and eventually refuted. For example, the theory that the inverse association of β-carotene with cancers observed in epidemiologic studies represented a preventive effect was quite coherent with contemporary theories of antioxidants and cancer, but this theory was nonetheless refuted by subsequent randomized trials. The idea that a causal association should be supported by a coherent evidence base has innate appeal. When subjected to critical inspection, however, and consideration of

the lack of an objective procedure by which the coherence of an evidence base might be evaluated, it becomes apparent that the consideration of coherence needs to be handled carefully and is potentially subject to abuse.

## Experimental Evidence

Experimental evidence may refer to clinical trials, to animal experiments, or to experiments on tissues. These are, however, very different types of evidence, each with different strengths and weaknesses. Evidence from human experiments, when it exists at all, may apply only to volunteer populations with artificial exposure patterns (see Chapter 14). Animal experiments usually involve rodents or other species with susceptibilities potentially different from humans, and typically involve exposure levels different from those that humans experience. Consequently, uncertainty in extrapolations from animals to humans can be a major source of the overall uncertainty in quantitative risk assessments.[34, 35]

To Hill, however, experimental evidence meant something else: the "experimental or semiexperimental evidence" obtained from reducing or eliminating a supposedly harmful exposure and seeing if the frequency of disease subsequently declines. Although he called this the strongest possible evidence of causality that can be obtained, such a "before-and-after" time trend analysis can be biased by concomitant secular changes. Such designs are discussed further in Chapter 29.

## Analogy

Analogy refers to drawing inferences about the association between a given exposure and disease based on what is known about other exposure-disease relations. For example, based on what is known about the health effects of cigarette smoking, we might expect that inhalation of other combustibles (*e.g.*, marijuana) would have similar effects, even in the absence of studies on the subject. Analogy can be a useful scientific tool for generating new hypotheses about disease

processes. Its utility, however, is limited by the breadth of knowledge and imagination of the scientist. Absence of such analogies may reflect only lack of imagination or experience, not falsity of the hypothesis.

Reasoning by analogy is common and often used to argue for the plausibility of a theory. For example, the theory that the association of smoking with cervical cancer was at least partially causal became more plausible once it was accepted that smoking could cause cancer of the bladder, pancreas, and other organs not directly exposed to smoke. Here, however, we see how analogy can be at odds with specificity: The more apt the analogy, the less specific the effects of a cause or the less specific the causes of an effect.

## *Summary*

As is evident, the standards offered by Hill for judging whether epidemiologic evidence reflects a causal association are saddled with reservations and exceptions. Hill himself did not use the word "criteria" in the paper. He called them "viewpoints" or "perspectives." On the one hand, he asked, "In what circumstances can we pass from this observed *association* to a verdict of *causation*?" (emphasis in original). Yet, despite speaking of verdicts on causation, he disagreed that any "hard-and-fast rules of evidence" existed by which to judge causation: "None of my nine viewpoints can bring indisputable evidence for or against the cause-and-effect hypothesis and none can be required as a *sine qua non*."[2]

Actually, as noted above, the fourth viewpoint, temporality, is indeed necessary (a *sine qua non*) for causal explanations of observed associations. But, aside from temporality, interpreted as cause precedes effect, there is no necessary and sufficient criterion for determining whether an observed association is causal. This conclusion accords with the views of Hume and many others that causal inferences cannot attain the certainty of logical deductions. Although some have argued that it is detrimental to cloud the inferential process by considering checklist criteria,[36] there has been

continuing refinement of causal considerations as aids to inference.[8] For example, refutationist approaches seek to transform considerations into deductive tests of causal hypotheses.[13, 16, 37] These approaches avoid the temptation to use causal considerations simply to buttress pet theories at hand and instead allow epidemiologists to focus on evaluating competing causal theories using crucial observations. Although this refutationist approach to causal inference may seem at odds with the common implementation of Hill's viewpoints, it actually seeks to answer the fundamental question posed by Hill, and the ultimate purpose of the viewpoints he promulgated:

> What [the nine viewpoints] can do, with greater or less strength, is to help us to make up our minds on the fundamental question—is there any other way of explaining the set of facts before us, is there any other answer equally, or more, likely than cause and effect?
>
> (Hill, 1965,[2] p. 11)

The crucial phrase "equally or more likely than cause and effect" suggests to us a subjective assessment of the certainty or probability of the causal hypothesis at issue relative to another hypothesis. Although Hill wrote at a time when expressing uncertainty as a probability was unpopular in statistics, it appears from his statement that, for him, causal inference is at least partially a subjective matter of degree of personal belief, certainty, or conviction. In any event, this view is precisely that of subjective Bayesian statistics (Chapter 24).

It is unsurprising that case studies[38] and surveys of epidemiologists[39] show that epidemiologists have not agreed on a set of causal considerations or on how to apply them. In one study in which epidemiologists were asked to employ causal "criteria" to fictional summaries of epidemiologic literatures, the agreement was only slightly greater than would have been expected by chance.[39]

More disturbingly, causal considerations as well as statistical methods are often used to make a case for a position for or against causality that has been arrived at by other, unstated means. Authors sometimes pick and choose among the considerations and definitions they deploy and then weigh them in *ad hoc* ways that depend only on the exigencies of the discussion at hand. In this sense, causal considerations can appear to function less like standards or principles and more like values,[40] which vary across individual scientists and even vary within the work of a single scientist, depending on the context and time. Once again, apart from temporality, universal and objective causal criteria, if they exist, have yet to be identified.

Clinic depends on many factors that vary over time, such as whether the person is encouraged to go by his regular physician and whether the person can afford to go. It is not clear, then, how or even whether one could precisely define, let alone sample from, the secondary base. Consequently, it is not clear that one could ensure that controls were members of the base at the time of sampling. For this reason, it is preferable to conceptualize and conduct case-control studies starting with a well-defined source population and then to identify and recruit cases and controls to represent the disease and exposure experience of that population. When one instead takes an arbitrary case series as a starting point, it is incumbent upon the investigator to demonstrate that a source population for those cases can be operationally defined and sampled. Similar considerations apply when one takes a control series as a starting point, as is occasionally done.[10]

Regardless of being primary or secondary, the study base is equivalent to the people who constitute it and the time period through which their experience is assessed (*i.e.*, the study period).[9] In the theoretical cohort or dynamic population that corresponds to the study base, persons with certain inclusion criteria who are at risk for the event would be followed from start date until either the end of the study, a censoring event, or the occurrence of the disease under study. For cases, the period in which the event occurred or disease started is called index time. For controls, the selection of an index time within that person's experience will be discussed later.

## Case Selection

In most case-control studies, the design will include all cases within a source population. Recall that case-control studies can be conceptualized as cost-efficient cohort studies. To optimize efficiency, one could imagine assigning some quantity to all potential cases and controls that would measure their information density. This measure would correspond to how much information they contribute to the study's estimate. In general, cases would always have high information density. Therefore, all people in the

source population who develop the disease of interest within the study period are ordinarily included as cases in a case-control study. In some designs, cases may not all be information dense. Cases may occur in abundance, for example. It is therefore also permissible to instead examine a subset of the cases in the source population. For example, in a case-control study of the association between a genetic marker and breast cancer recurrence, the source population was stratified into tamoxifen-treated patients with estrogen receptor–positive disease and tamoxifen-untreated patients with estrogen receptor–negative disease.[11] The study hypothesis was that the genetic marker reduced the effectiveness of tamoxifen treatment, so all cases in the tamoxifen-treated estrogen receptor–positive stratum were included. The tamoxifen-untreated estrogen receptor–negative stratum provided a negative control to assure that the genetic marker had no direct effect on recurrence. Cases in that stratum were in abundance and not as information dense as cases in the tamoxifen-treated estrogen receptor–positive stratum, so only a sample of cases in the tamoxifen-untreated estrogen receptor–negative stratum was included.

When sampling cases, the key case-selection requirement is that sampling is independent of the exposure under study, either overall or within strata of factors that will be used for stratification in the analysis. To see this, suppose we take only a fraction, $f$, of all cases that occurred during the exposed person-time $T_1$ and unexposed person-time $T_0$. If this fraction is constant across exposure, and $A_1$ exposed cases and $A_0$ unexposed cases occur in the source population, then, apart from sampling error, the rates observed in the study will be $fA_1/T_1$ and $fA_0/T_0$, each underestimated by the fraction $f$. Their ratio will thus be,

$$\frac{fA_1/T_1}{fA_0/T_0} = \frac{A_1/T_1}{A_0/T_0}$$

as in the full cohort. If we wish to estimate the absolute rates and their differences, we would need to divide their study estimates by the case-sampling fraction *f*. Of course, if fewer than all cases are included, the study precision will be lower. In the example above, cases were sampled at random in the tamoxifen-untreated estrogen receptor–negative stratum within strata of stage and calendar period of diagnosis. Sampling within strata of stage and calendar period of diagnosis allowed frequency matching of cases in the tamoxifen-untreated estrogen receptor–negative stratum to the distribution of these variables among cases in the tamoxifen-treated estrogen receptor–positive stratum. The genetic marker was assayed on biospecimens collected only for selected cases and controls, so the expectation is that it could not have affected the sampling fraction *f* for either control selection or case selection in the tamoxifen-untreated estrogen receptor–negative stratum. Collecting and assaying the biospecimens were the main study expense; sampling in relation to expected information density introduced substantial cost-efficiency compared with including all patients in the study base.

As in the example, cases can be identified within an established cohort study, yielding a nested case-control study, or from groups that have a common experience or trait (*e.g.*, factory workers), as well as from vital records (*e.g.*, birth certificates), disease registries (*e.g.*, a cancer registry), healthcare databases (*e.g.*, claims files), networks (*e.g.*, patients or medical associations), or from medical records at a clinic or hospital (*e.g.*, discharge diagnoses). Even cases identified in a single clinic or treated by a single medical practitioner are possible case series for case-control studies. The corresponding source population for the cases treated in a clinic is all people who

If $X$ does affect $Y$, but $G$ does not affect $X$, the denominator of the IV estimator converges to 0, so the IV estimator will be extremely variable. In contrast, in single sample analyses, extremely weak IVs may nonetheless lead to spuriously precise effect estimates biased toward the confounded observational estimate of the exposure-outcome association.[97]

Even if the condition DAG IV-1 is technically fulfilled, the strength of the association between the IV and exposure is important because it is inversely proportional to the variance of the IV estimate and the bias that would be introduced by any violation of the other IV conditions. If the effect of $G$ on $X$ is very small, the IV estimate will be very imprecise and is unlikely to be informative. The LATE estimate provides an intuition for this: the effect is based only on the small fraction of people for whom $G$ influenced $X$. Because of this, evaluating the confidence interval for an IV estimate is essential: wide CIs often reveal that little has been learned from the IV analysis. The potential for bias magnification with a weak proposed IV is more insidious than the impact on variance. If there is a direct effect of a proposed IV on the outcome not mediated by the exposure, the bias in a 2SLS IV effect estimate equals the magnitude of the direct effect divided by the correlation between the proposed IV and the exposure. The smaller the first-stage association, the larger the bias. Unlike the weak-instruments bias discussed above, this bias is *not* attenuated with larger sample sizes or separate samples.

## Using Substantively Informed Tests to Evaluate the Validity of IVs

The plausibility of assumptions DAG-IV 2 and DAG-IV 3 should be considered separately based on subject matter knowledge, but the empirical approaches to evaluating these assumptions are often identical. Just as it is not possible to prove the standard no-confounding assumption in analyses based on confounder control, it is in general not possible to prove that either DAG-IV 2 or DAG-IV 3

assumption is true. It is possible to provide supportive evidence for DAG-IV 2 or DAG-IV 3, however, or to disprove these assumptions.[91] These methods can be summarized as substantively informed tests based on the implications of the IV assumptions; tests that take advantage of the availability of multiple proposed IVs to triangulate evidence; and tests that evaluate mathematical implications of the IV assumptions.

Substantively informed tests may draw on any of the following:

1. Balance of measured potential confounders: In conventional analyses, it is useful to evaluate the balance of measured covariates across levels of treatment. In IV analyses, it is useful to evaluate the balance of measured covariates across levels of the proposed IV. Because small confounding biases due to unbalanced confounders are inflated in IV analyses, as described above, we recommend evaluating such bias after applying a scaling factor proportional to the proposed IV-exposure association.[36, 100] In other words, when illustrating the balance of a potential confounder *C* by level of the proposed IV, one should consider the scaled difference in the confounder by levels of the IV: $[E[C|G=1]-E[C|G=0]]/[Pr[X=1|G=1]-Pr[X=1|G=0]]$. If the confounder imbalance is assessed without accounting for this scaling factor (the effect of the proposed IV on exposure), it is tempting to dismiss small differences although they might be important in the IV analysis.
2. Negative control outcomes, which are likely to be subject to the same (if any) biasing pathways as the main outcome of interest, but which are not thought to be affected by the exposure: if the IV predicts negative control outcomes, this implicates biasing pathways. Note that such a test should not condition on the exposure.
3. Populations for which the IV is known not to influence the exposure: in such populations, a valid IV should be unrelated to the outcome, but a biased IV might nonetheless predict the outcome. For example, analyses using a genetic variant related to alcohol consumption *(ALDH2)* to evaluate the effects of

alcohol use on stroke took advantage of the fact that in their research setting, alcohol use was extremely rare among women, regardless of genetic background. The genetic IV was associated with stroke among men (for whom it also predicted alcohol use) but not among women (for whom the genetic variant was unrelated to alcohol use). This finding was interpreted as supporting the validity of the genetic variant as an IV for the effect of alcohol, because pleiotropic pathways would presumably have operated similarly for men and women.[84]

4. Sensitivity or bias analysis to evaluate whether effects are robust to plausible violations of the IV conditions: for example, the IV conditions entail that the instrument $G$ has no direct effect on $Y$, but we might posit some range of direct effects in violation of this condition. We can then derive the range of estimates for the effect of $X$ on $Y$ consistent with the specified magnitude of the violating pathway.[87, 101] Calculations of the e-value, that is, the strength of a confounder that would be sufficient to fully explain the observed association assuming the confounder had equal magnitude of effect on $G$ and $Y$, have been proposed for MR and are equally applicable for any IV method.[102]

Developing substantively informed tests relies on understanding of the process by which the IV is thought to operate, for example, in order to identify subgroups that should *not* be affected. These are valuable complements to IV analyses of data from quasi-experiments.

## *Taking Advantage of Multiple Proposed IVs to Search for Assumption Violations*

Tests that leverage the availability of multiple proposed IVs are widely used in economics and are referred to as over-identification tests. The basic idea is to test whether IV effect estimates derived from one proposed IV are statistically consistent with effect estimates derived from other proposed IVs. The caveat to this is that