# Keller | Postman

May 28, 2024

**VIA ECF**

Granted.

*Denise Cote*
6/12/24

The Honorable Denise L. Cote
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 1910
New York, New York 10007

Re: *In Re: Acetaminophen – ASD–ADHD Products Liability Litigation*, Case No. 1:22-md-03043 (S.D.N.Y.) – Motion to File Under Seal
**This Document Relates To:** All Cases

Dear Judge Cote:

Plaintiffs submit this letter to request that exhibits be filed under seal pursuant to the Protective Order, Dkt. 351 (the "Protective Order"), and Rule 8-B of the Court's Individual Practices. Specifically, Plaintiffs respectfully request to file under seal certain exhibits of the Declaration of Ashley C. Keller in Support of Plaintiffs' Opposition to Defendants' Rule 702 Motion to Exclude Dr. Roberta Ness, as well as portions of Plaintiffs' Oppositions to Defendants' Rule 702 Motions to Exclude Dr. Roberta Ness ("Opposition") that discuss those exhibits.

The parties' stipulated Protective Order prohibits Plaintiffs from publicly disclosing documents and deposition testimony that have been designated "Confidential Information" by a producing party. JJCI designated the documents contained in Exhibits 8, 12, 13, and 14 (collectively "Confidential Exhibits") in support of Plaintiffs' Memorandum as "Confidential" or "Highly Confidential."

Exhibits 12, 13, and 14 are internal JJCI documents, and consistent with the Court's Order, ECF No. 504, these exhibits contain "trade secret[s] or other confidential research, development, or commercial information" subject to the protection of Federal Rule of Civil Procedure 26(c)(1)(G) because these exhibits contain JJCI's proprietary business communications and information. *See Kewazinga Corp. v. Microsoft Corp.*, No. 1:18-CV-4500-GHW, 2021 WL 1222122, at *3 (S.D.N.Y. Mar. 31, 2021). JJCI also designated the deposition testimony contained in Exhibit 8 as "Confidential."

Accordingly, the Confidential Exhibits should be filed under seal and references to those exhibits should be redacted in Plaintiffs' Opposition. The Court previously sealed the Confidential Exhibits on these same grounds in conjunction with the earlier-filed Rule 702 motions. *See* Dkt. 1272.

Pursuant to the Protective Order and Rule 8-B of the Court's Individual Practices, Plaintiffs will contemporaneously file the proposed sealed documents under seal in the ECF system and electronically relate those documents to this letter-motion.

# Keller | Postman

Respectfully submitted,

/s/ Ashley Keller
Ashley C. Keller (*Pro Hac Vice*)
KELLER POSTMAN LLC
150 N. Riverside Plaza LLC, Ste. 4100
Chicago, Illinois 60606
(312) 741-5220
ack@kellerpostman.com

2