# HOLLAND LAW FIRM

TRIAL PRACTICE
www.hollandtriallawyers.com

June 3, 2024

The Honorable Denise L. Cote     VIA ECF
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1910
New York, NY 10007-1312

> **Re:** *IN RE: Acetaminophen – ASD-ADHD Prods. Liability Litigation*
> Case No.: 1:22-md-03043 (S.D.N.Y.)
> **This Document Relates to All Cases**

Dear Judge Cote:

Pursuant to Your Honor's Order on November 22, 2022, regarding Plaintiffs' Proposed Leadership Appointments (DE #200), I report with regard to matters pending in state court.

Regarding the *Bartle* matter pending in St. Clair County, Illinois, the Johnson & Johnson defendants' Motion to Dismiss based on preemption remains under advisement.

Regarding the *Cooksey* matter pending in Madison County, Illinois, Defendants have filed motions to dismiss plaintiff's First Amended Complaint. Those matters are currently being briefed.

Regarding the *Davey* matter pending in Alameda County, California, the parties have a case management conference scheduled for July 23 and agreed to defer hearings on the preference motion, demurrers, and motions to strike until after that conference based on input from the Court.

In *Fennewald v. Walgreen Co., et al.*, Cook County, Illinois, No. 2024L004002, Defendants have filed motions to dismiss.

In *Bellmon v. Kenvue, Inc., et al*, St. Clair County, Illinois, No. 24-LA-0549, Defendants filed motions to dismiss June 27, 2024. Plaintiffs' oppositions are due August 22, 2024 and replies are due September 5, 2024.

Apart from the foregoing, no member of the Leadership Team, nor any attorney in the law firm in which that member belongs, has filed any additional action related to the MDL in state court since the last update to you.

>Respectfully,
>
>/s/ *Ann Callis*
>Ann Callis – acallis@hollandtriallawyers.com
>HOLLAND LAW FIRM
>211 N. Broadway, Suite 2625
>St. Louis, MO 63102
>(314)241-8111 -  Telephone
>(314)241-5554 - Facsimile