UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------- X
                                        :
                                        :      22md3043 (DLC)
IN RE: Acetaminophen – ASD-ADHD         :      22mc3043 (DLC)
Products Liability Litigation           :
                                        :      ORDER
--------------------------------------- X

DENISE COTE, District Judge:

A December 18, 2023 Opinion and Order granted the defendants' Rule 702 motions to exclude the general causation testimony of the plaintiffs' five proffered experts. On February 21, 2024, summary judgment was entered for defendants in the member cases to which that Opinion applied. Over defendants' objection, plaintiffs in newly-filed cases were permitted to tender the testimony of a separate expert, Dr. Roberta Ness. An Order of February 26, 2024 set a schedule for Rule 702 proceedings regarding Dr. Ness. An Opinion and Order of July 10 granted defendants' motion to exclude the general causation opinion of Dr. Ness. 22md3043 (ECF No. 1494).

An Order of July 11 directed plaintiffs to show cause why final judgment under Rule 56 should not be entered in each pending member case of this MDL, on the ground that plaintiffs in these member causes have failed to offer admissible evidence that prenatal exposure to acetaminophen causes ADHD in offspring. On July 25, plaintiffs submitted their response ("Response") to the July 11 Order, in which they argue that

summary judgment is improper because the testimony one of the defendants' experts, Dr. Stephen Faraone, can provide sufficient admissible evidence to show general causation.  Accordingly, it is hereby

ORDERED that the defendants' response shall be filed by August 9, 2024.  The plaintiffs' reply, if any, shall be filed by August 16.  At the time a submission is filed, the filing parties shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.


Dated:    New York, New York
          July 26, 2024


                                    _____
                                         DENISE COTE
                            United States District Judge