

Kristen L. Richer
2029 Century Park East, Ste. 300
Los Angeles, California 90067
Tel: (310) 284-3896
Fax: (310) 284-3894
Kristen.Richer@btlaw.com

July 31, 2024

**VIA ECF**

The Honorable Denise L. Cote
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 1910
New York, New York 10007

> ***In Re: Acetaminophen ASD/ADHD Prods. Liab. Litig.*, 1:22-md-3043 (DLC)**
> **Defendants' Letter Regarding Plaintiffs who Failed to File a Show Cause Response**

Dear Judge Cote,

Pursuant to the Court's July 11, 2024 Order (DE 1496), by July 25, 2024, Plaintiffs in each pending member case of the MDL were required to show cause why final judgment under Rule 56 should not be entered in their cases. Last week, Plaintiffs in thirty-four actions[1] filed a show cause response, to which Defendants will respond to by August 9, 2024, as ordered by the Court (DE 1499). Plaintiffs in thirteen actions, however, failed to file a show cause response by the Court's ordered deadline. Defendants therefore respectfully request the Court enter judgment in their favor in the actions listed on **Exhibit A**, and the cases be dismissed with prejudice.[2]

We thank the Court for its consideration of this matter.

Respectfully submitted,

*/s/ Kristen L. Richer*

---

[1] One of Plaintiffs' thirty-four actions, *Barbee v. Johnson & Johnson Consumer, Inc.*, 1:24-cv-00978, already had final judgment entered against it on March 6, 2024 (DE 1424) and was included in Plaintiffs' Notice of Appeal to the Second Circuit (DE 1447).

[2] These actions were not subject to the Court's first show cause process (DE 1395) given that such process only applied to those actions which had been served.