# HOLLAND LAW FIRM

TRIAL PRACTICE
www. hollandtriallawyers.com

August 1, 2024

The Honorable Denise L. Cote                VIA ECF
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1910
New York, NY 10007-1312

> **Re: *IN RE: Acetaminophen – ASD-ADHD Prods. Liability Litigation***
> **Case No.: 1:22-md-03043 (S.D.N.Y.)**
> **This Document Relates to All Cases**

Dear Judge Cote:

Pursuant to Your Honor's Order on November 22, 2022, regarding Plaintiffs' Proposed Leadership Appointments (DE #200), I report with regard to matters pending in state court.

Regarding the *Bartle* matter pending in St. Clair County, Illinois, the Johnson & Johnson defendants' Motion to Dismiss based on preemption remains under advisement.

Regarding the *Cooksey* matter pending in Madison County, Illinois, Defendants have filed motions to dismiss plaintiff's First Amended Complaint. Those matters are currently being briefed.

Regarding the *Davey* matter pending in Alameda County, California, the Court set a trial date of April 11, 2025. The parties are now engaged in discovery.

In *Fennewald v. Walgreen Co., et al*., Cook County, Illinois, No. 2024L004002, Defendants motions to dismiss are pending and the parties are set for status conference August 12, 2024.

In *Bellmon v. Kenvue, Inc., et al*, St. Clair County, Illinois, No. 24-LA-0549, Defendants filed motions to dismiss June 27, 2024. Plaintiffs' oppositions remain due August 22, 2024 and replies are due September 5, 2024.

Apart from the foregoing, no member of the Leadership Team, nor any attorney in the law firm in which that member belongs, has filed any additional action related to the MDL in state court since the last update to you.

211 North Broadway, Suite 2625    St. Louis, MO 63102    Tel 314.241.8111    Fax 314.241.5554

Respectfully,


/s/ *Ann Callis*
Ann Callis – acallis@hollandtriallawyers.com
HOLLAND LAW FIRM
211 N. Broadway, Suite 2625
St. Louis, MO 63102
(314)241-8111 -  Telephone
(314)241-5554 - Facsimile

RJE/tlb