**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X

| | |
|---|---|
| IN RE: Acetaminophen – ASD-ADHD Products Liability Litigation | 22md03043-DLC |
| | **JUDGMENT** |
| This Document Relates To: 23cv10912; 23cv10760; 23cv10287; 23cv10910; 23cv08669; 23cv10916; 23cv10489; 23cv10908; 23cv10767; 24cv04855 | |

-------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsement dated July 31, 2024, the Letter filed by Walgreen Co., CVS Pharmacy, Inc. on July 31, 2024, is Granted. Judgment is entered in favor of the defendants and the cases are closed.

**Dated:**  New York, New York
    August 5, 2024

BY: **DANIEL ORTIZ**
**Acting Clerk of Court**

_____
**Deputy Clerk**