## EXHIBIT 1: SCHEDULE OF ACTIONS

| Case Name | S.D.N.Y. Case Number | PLAINTIFF NAME | Named Defendants | Firm for Counsel of Record for Appellant at District Court |
|---|---|---|---|---|
| *Blueford v. Johnson & Johnson, et al.* | 1:23-cv-10912 | Betina Blueford, Individually and on behalf of minor children, M.B. and N.B. | Johnson & Johnson Consumer Inc. and Walmart, Inc. | Murray Law Firm |
| *Costello v. Johnson & Johnson, et. al.* | 1:23-cv-10760 | Kelly S. Costello, Individually and on behalf of minor child, L.C. | Johnson & Johnson Consumer Inc., CVS Pharmacy, Inc. and Walmart, Inc. | Murray Law Firm |
| *Floyd v. Johnson & Johnson, et. al.* | 1:23-cv-10910 | Twanna Floyd, Individually and on behalf of minor child, C.T. | Johnson & Johnson Consumer Inc., CVS Pharmacy, Inc. and Walgreen Co. | Murray Law Firm |
| *Hill v. Johnson & Johnson, et al.* | 1:23-cv-10916 | Stephanie Hill Individually and on behalf of minor child, O.H. | Johnson & Johnson Consumer Inc., CVS Pharmacy, Inc. and Walgreen Co. | Murray Law Firm |
| *Morales v. Johnson & Johnson, et al.* | 1:23-cv-10908 | Vanessa Morales, Individually and on behalf of minor children, P.M and E.M. | Johnson & Johnson Consumer Inc., and Walgreen Co.. | Murray Law Firm |
| *Myers v. Johnson & Johnson, et al.* | 1:23-cv-10767 | Candice Myers, Individually and on behalf of minor child, J.H. | Johnson & Johnson Consumer Inc., and Walmart, Inc. | Murray Law Firm |