**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE: Acetaminophen – ASD-ADHD Products Liability Litigation** | **22md3043 (DLC)** |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs, through undersigned counsel, appeal to the United States Court of Appeals for the Second Circuit from the Final Judgment of this Court dated August 21, 2024, MDL Dkt. 1515, as well as the Court's July 10, 2024 Rule 702 Order Excluding Plaintiffs' General Causation Expert, MDL Dkt. 1494, and the Court's August 20, 2024 Order Granting Summary Judgment in Favor of Defendants, MDL Dkt. 1514, which were not final and appealable prior to entry of judgment.  Plaintiffs file this Joint Notice of Appeal pursuant to Federal Rule of Appellate Procedure 3(b)(1), and for ease of reference, Plaintiffs attach a complete list of parties by case number as Exhibit 1 to this Notice.

DATED: September 20, 2024

Sincerely,

**KELLER POSTMAN LLC**

*/s/ Ashley C. Keller*
Ashley C. Keller (*Pro Hac Vice*)
KELLER POSTMAN LLC
150 N. Riverside Plaza
Suite 4100
Chicago, IL 60606
Phone: (312) 741-5220
ack@kellerpostman.com

BERNSTEIN LIEBHARD LLP
Daniel C. Burke
10 East 40th Street
New York, New York 10016
Phone: (212) 779-1414
dburke@bernlieb.com

WAGSTAFF & CARTMELL, LLP
Lindsey Scarcello – *Pro Hac Vice*
4740 Grand Avenue
Suite 300
Kansas City, MO 64112
Phone: (816) 701-1100
Fax: (816) 531-2372
lscarcello@wcllp.com

**Counsel for Plaintiffs**

2