# Exhibit 1

Case 1:22-md-03043-DLC     Document 1519-1     Filed 09/20/24     Page 1 of 4

**EXHIBIT 1: SCHEDULE OF ACTIONS**

| Case Name | Docket Number | Plaintiffs | Defendants | Counsel of Record for Appellant(s) at District Court | Firm(s) for Counsel of Record for Appellant(s) at District Court |
|---|---|---|---|---|---|
| *Phippen et al v. Johnson & Johnson Consumer Inc.* | 1:23-cv-11079 | Michelle Phippen, Individually and as General Guardian of P.P. and L.A., Minors | Johnson & Johnson Consumer, Inc. | Ashley Keller | Keller Postman LLC |
| *Day et al v. Johnson & Johnson Consumer Inc. et al* | 1:23-cv-11252 | Alisha Day, Individually and as mother, general guardian of A.D., a minor | Johnson & Johnson Consumer, Inc. Walgreen Co. Walmart Inc. | Lindsey Scarcello | Wagstaff & Cartmell, LLP |
| *Stokes et al v. Johnson & Johnson Consumer Inc.* | 1:23-cv-11278 | Sarah Stokes, Individually and as General Guardian of K.G., a Minor | Johnson & Johnson Consumer, Inc. | Ashley Keller | Keller Postman LLC |
| *Bordoy et al v. Johnson & Johnson Consumer Inc.* | 1:24-cv-00693 | Juan Emanuel Bordoy, Individually and Mary Elin Arce, Individually As Mother of Juan Emanuel Bordoy | Johnson & Johnson Consumer, Inc. | Daniel Burke | Bernstein Liebhard, LLP |
| *Trigloff et al v. Johnson & Johnson Consumer Inc.* | 1:24-cv-00717 | Amanda Trigloff, Individually and as General Guardian of R.S., a Minor | Johnson & Johnson Consumer, Inc. | Ashley Keller | Keller Postman LLC |
| *Barbee et al v. Johnson & Johnson Consumer Inc.* | 1:24-cv-00978 | Deandre Barbee Individually, And Jantail Barbee Individually As Mother of Deandre Barbee | Johnson & Johnson Consumer, Inc. | Daniel Burke | Bernstein Liebhard, LLP |
| *Courington et al v. Johnson & Johnson Consumer Inc.* | 1:24-cv-01159 | Laurie Courington and Hunter Courington | Johnson & Johnson Consumer, Inc. | Ashley Keller | Keller Postman LLC |
| *Morrow et al v. Johnson & Johnson Consumer Inc.* | 1:24-cv-01322 | Jennifer Morrow and Alena Morrow | Johnson & Johnson Consumer, Inc. | Ashley Keller | Keller Postman LLC |
| *Bassett et al v. Johnson & Johnson Consumer Inc.* | 1:24-cv-01341 | Callista Bassett and Andrew Bassett | Johnson & Johnson Consumer, Inc. | Ashley Keller | Keller Postman LLC |
| *Roby et al v. Johnson & Johnson Consumer Inc.* | 1:24-cv-01343 | Sonnita Roby, Individually and as General Guardian of D.P., a Minor | Johnson & Johnson Consumer, Inc. | Ashley Keller | Keller Postman LLC |
| *Mikuski et al v. Johnson & Johnson Consumer Inc.* | 1:24-cv-01377 | Shannon Mikuski and Braydon McKenzie | Johnson & Johnson Consumer, Inc. | Ashley Keller | Keller Postman LLC |
| *Gilliam et al v. Johnson & Johnson Consumer Inc.* | 1:24-cv-01378 | Heather Gilliam and Colby Gilliam | Johnson & Johnson Consumer, Inc. | Ashley Keller | Keller Postman LLC |
| *Brown et al v. Johnson & Johnson Consumer Inc.* | 1:24-cv-01440 | Michell Brown and Taylor Brown | Johnson & Johnson Consumer, Inc. | Ashley Keller | Keller Postman LLC |
| *Burke et al v. Johnson & Johnson Consumer Inc.* | 1:24-cv-01479 | Taryne Burke, Individually, and as Mother and Court Appointed Guardian of Ashton Burke | Johnson & Johnson Consumer, Inc. | Daniel Burke | Bernstein Liebhard, LLP |

| Case Name | Docket Number | Plaintiffs | Defendants | Counsel of Record for Appellant(s) at District Court | Firm(s) for Counsel of Record for Appellant(s) at District Court |
|---|---|---|---|---|---|
| *Sims et al v. Johnson & Johnson Consumer Inc.* | 1:24-cv-01953 | Samari Sims Individually, And Denisa Cullom Individually As Mother of Samari Sims | Johnson & Johnson Consumer, Inc. | Daniel Burke | Bernstein Liebhard, LLP |
| *Stover et al v. Johnson & Johnson Consumer Inc.* | 1:24-cv-02340 | Collin Stover Individually, And Dana Stewart Individually As Mother of Collin Stover | Johnson & Johnson Consumer, Inc. | Daniel Burke | Bernstein Liebhard, LLP |
| *Johnson et al v. Johnson & Johnson Consumer Inc.* | 1:24-cv-03027 | Rian Czar Johnson Individually, And Shilo Rich Individually As Mother of Rian Czar Johnson | Johnson & Johnson Consumer, Inc. | Daniel Burke | Bernstein Liebhard, LLP |
| *Schnepp et al v. Johnson & Johnson Consumer Inc.* | 1:24-cv-03032 | Sheena Schnepp Individally, And As Mother and Natural Guardian of H.S., A Minor | Johnson & Johnson Consumer, Inc. | Daniel Burke | Bernstein Liebhard, LLP |
| *Schnepp et al v. Johnson & Johnson Consumer Inc.* | 1:24-cv-03034 | Sheena Schnepp, Individally, And As Mother and Natural Guardian of A.S., a Minor | Johnson & Johnson Consumer, Inc. | Daniel Burke | Bernstein Liebhard, LLP |
| *Costello et al v. Johnson & Johnson Consumer Inc.* | 1:24-cv-03035 | Zayne Costello Individually, And Christy Howard Individually, As Mother of Zayne Costello | Johnson & Johnson Consumer, Inc. | Daniel Burke | Bernstein Liebhard, LLP |
| *Cornett et al v. Johnson & Johnson Consumer Inc.* | 1:24-cv-03036 | Kaitlynn Cornett, Individually and Martha Cornett, Individually as Mother of Kaitlynn Cornett | Johnson & Johnson Consumer, Inc. | Daniel Burke | Bernstein Liebhard, LLP |
| *Brauer et al v. Johnson & Johnson Consumer Inc.* | 1:24-cv-03037 | Deven Brauer Individually, And Amy Allen Individually, As Mother of Deven Brauer | Johnson & Johnson Consumer, Inc. | Daniel Burke | Bernstein Liebhard, LLP |
| *McCormick et al v. Johnson & Johnson Consumer Inc.* | 1:24-cv-03038 | Rachel McCormick, Individually and as Mother and General Guardian of M.J., a minor | Johnson & Johnson Consumer, Inc. | Daniel Burke | Bernstein Liebhard, LLP |
| *Kobler et al v. Johnson & Johnson Consumer Inc.* | 1:24-cv-03039 | Kalli Kobler Individually, And As Mother And Natural Guardian of H.K., A Minor | Johnson & Johnson Consumer, Inc. | Daniel Burke | Bernstein Liebhard, LLP |
| *Stubblefield et al v. Johnson & Johnson Consumer Inc.* | 1:24-cv-03040 | Jade Stubblefield Individually, And Melissa Stubblefield Individually, As Mother of Jade Stubblefield | Johnson & Johnson Consumer, Inc. | Daniel Burke | Bernstein Liebhard, LLP |
| *Kellogg et al v. Johnson & Johnson Consumer Inc.* | 1:24-cv-03043 | Landon J. Kellogg, Individually, And Christi Kellogg, Individually, As Mother of Landon J. Kellogg | Johnson & Johnson Consumer, Inc. | Daniel Burke | Bernstein Liebhard, LLP |

| Case Name | Docket Number | Plaintiffs | Defendants | Counsel of Record for Appellant(s) at District Court | Firm(s) for Counsel of Record for Appellant(s) at District Court |
|---|---|---|---|---|---|
| *Alexander et al v. Johnson & Johnson Consumer Inc.* | 1:24-cv-03044 | Crystal Alexander Individually, And as Mother and Natural Guardian of A.A., a Minor | Johnson & Johnson Consumer, Inc. | Daniel Burke | Bernstein Liebhard, LLP |
| *McCall v. Johnson & Johnson Consumer Inc.* | 1:24-cv-03046 | Elijah McCall | Johnson & Johnson Consumer, Inc. | Daniel Burke | Bernstein Liebhard, LLP |
| *Tillotson et al v. Johnson & Johnson Consumer Inc.* | 1:24-cv-03047 | Courtney Tillotson Individually, And As Mother And Natural Guardian Of AS, Minor | Johnson & Johnson Consumer, Inc. | Daniel Burke | Bernstein Liebhard, LLP |
| *Caldwell-Parsons et al v. Johnson & Johnson Consumer Inc.* | 1:24-cv-03049 | Zarina Caldwell-Parsons Individually, And as Mother and Natural Guardian of X.W., Minor | Johnson & Johnson Consumer, Inc. | Daniel Burke | Bernstein Liebhard, LLP |
| *Nangle et al v. Johnson & Johnson Consumer Inc.* | 1:24-cv-03052 | Kailey Nangle Individually, And Amy Allen Individually, As Mother of Kailey Nangle | Johnson & Johnson Consumer, Inc. | Daniel Burke | Bernstein Liebhard, LLP |
| *Lyken et al v. Johnson & Johnson Consumer Inc.* | 1:24-cv-03053 | Kelli Lyken Individually, And as Mother and Natural Guardian of K.D., a Minor | Johnson & Johnson Consumer, Inc. | Daniel Burke | Bernstein Liebhard, LLP |
| *Clark et al v. Johnson & Johnson Consumer Inc.* | 1:24-cv-03962 | Jessica Clark Individually, And As Mother And Natural Guardian of J.C., A Minor | Johnson & Johnson Consumer, Inc. | Daniel Burke | Bernstein Liebhard, LLP |
| *Farrow et al v. Johnson & Johnson Consumer Inc.* | 1:24-cv-04958 | Angela Farrow Individually, And As Mother and Natural Guardian of K.F., A Minor | Johnson & Johnson Consumer, Inc. | Daniel Burke | Bernstein Liebhard, LLP |
| *Webb et al v. Johnson & Johnson Consumer Inc.* | 1:24-cv-04976 | Cheryl Webb, Individually, and as Court Appointed Guardian of H.Y., a Minor | Johnson & Johnson Consumer, Inc. | Daniel Burke | Bernstein Liebhard, LLP |