# HOLLAND LAW FIRM

TRIAL PRACTICE
www.hollandtriallawyers.com

August 30, 2024

The Honorable Denise L. Cote         <u>VIA ECF</u>
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1910
New York, NY 10007-1312

      Re: *IN RE: Acetaminophen – ASD-ADHD Prods. Liability Litigation*
      Case No.: 1:22-md-03043 (S.D.N.Y.)
      This Document Relates to All Cases

Dear Judge Cote:

Pursuant to Your Honor's Order on November 22, 2022, regarding Plaintiffs' Proposed Leadership Appointments (DE #200), I report with regard to matters pending in state court.

Regarding the *Bartle* matter pending in St. Clair County, Illinois, the Johnson & Johnson defendants' motion to dismiss based on preemption remains under advisement. The parties have appeared for status and will meet and confer before presenting a proposed case management order prior to next status November 4, 2024.

Regarding the *Cooksey* matter pending in Madison County, Illinois, Defendants have filed motions to dismiss plaintiff's First Amended Complaint. Those matters are currently briefed and will be taken up October 30, 2024.

Regarding the *Davey* matter pending in Alameda County, California, the Court denied the motions to dismiss filed by Defendants JJCI and Safeway..

In *Fennewald v. Walgreen Co., et al*., Cook County, Illinois, No. 2024L004002, Defendants motions to dismiss are pending and the parties are set for hearing on motions to dismiss on October 3, 2024.

In *Bellmon v. Kenvue, Inc., et al*, St. Clair County, Illinois, No. 24-LA-0549, Defendants filed motions to dismiss June 27, 2024. The parties will appear October 1, 2024 for argument.

      Apart from the foregoing, no member of the Leadership Team, nor any attorney in the law firm in which that member belongs, has filed any additional action related to the MDL in state court since the last update to you.

                          Respectfully,

                          /s/ *Ann Callis*
                          Ann Callis – acallis@hollandtriallawyers.com
                          HOLLAND LAW FIRM
                          211 N. Broadway, Suite 2625
                          St. Louis, MO 63102
                          (314)241-8111 -  Telephone
                          (314)241-5554 - Facsimile

RJE/tlb