1:22-md-03043-DLC

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Oct 16, 2024
```

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of October, two thousand twenty-four.

| | |
|---|---|
| Tiffany Rutledge, individually and as mother, general guardian of, et al., Kristopher White, Bridget McConnell, Alexander Holland, Christine Holland,<br><br>      Plaintiff - Appellants,<br><br>v.<br><br>Walgreen Co., et al.,<br><br>      Defendants - Appellees. | **ORDER**<br><br>Docket Nos. 24-916(L), 24-1121(Con) |

By noticed filed October 15, 2024, Appellee Big Lots advised this Court that it filed a bankruptcy proceeding in the United States Bankruptcy Court for the District of Delaware on September 9, 2024.

In accordance with the stay provisions of the U.S. Bankruptcy Code, 11 U.S.C. § 362,

It is hereby ORDERED that this appeal is stayed.

Appellee Big Lots is directed to inform this Court, in writing, as to the status of the automatic stay, within 14 days of the date of this order, thereafter at 30-day intervals, and immediately when the stay is lifted or when there are other developments in the bankruptcy proceeding which permit this matter to proceed or otherwise be resolved.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 10/16/2024