# Haight

Katie M. Trinh
*direct:* (213) 542-8041
ktrinh@hbblaw.com

Haight Brown & Bonesteel LLP
555 South Flower Street
Forty-Fifth Floor
Los Angeles, California 90071
213.542.8000
213.542.8100 fax

www.hbblaw.com

October 22, 2024

**VIA ECF**

Honorable Denise L. Cote
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 1910
New York, New York 10007

> Re:    In Re: Acetaminophen ASD/ADHD Prods. Liab. Litg., 1:22-md-3043 (DLC)
>        Notice of Withdrawal of Attorney

Dear Judge Cote:

I represent Defendant Big Lots Stores-PNS, LLC and Big Lots Stores, LLC (incorrectly named in some cases as Big Lots, Inc.) in the above-referenced action with Keith Rozanski of Haigh Brown & Bonesteel, LLP. I hereby respectfully request permission to withdraw as counsel for the aforementioned defendant and to be removed from the service list in this case, for the reason that I am ending my employment with Haigh Brown & Bonesteel, LLP effective October 22, 2024.

All cases filed in or transferred to this MDL that name Big Lots Stores-PNS, LLC and Big Lots Stores, LLC (incorrectly named in some cases as Big Lots, Inc.) have been dismissed. Keith Rozanski will continue to represent Big Lots Stores-PNS, LLC and Big Lots Stores, LLC in this case. In light of the foregoing, I respectfully request that the Court relieve me as counsel for Big Lots Stores-PNS, LLC and Big Lots Stores, LLC (incorrectly named in some cases as Big Lots, Inc.) and that the Court's docket be amended to reflect my withdrawal.

Sincerely,

Granted.
*[handwritten signature]*
10/24/24

Katie M. Trinh
Haight Brown & Bonesteel LLP