# HOLLAND LAW FIRM

TRIAL PRACTICE
www. hollandtriallawyers.com

October 31, 2024

The Honorable Denise L. Cote              VIA ECF
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1910
New York, NY 10007-1312

> **Re: *IN RE: Acetaminophen – ASD-ADHD Prods. Liability Litigation***
> **Case No.: 1:22-md-03043 (S.D.N.Y.)**
> **This Document Relates to All Cases**

Dear Judge Cote:

Pursuant to Your Honor's Order on November 22, 2022, regarding Plaintiffs' Proposed Leadership Appointments (DE #200), I report with regard to matters pending in state court.

Regarding the *Bartle* matter pending in St. Clair County, Illinois, the Johnson & Johnson defendants' motion to dismiss based on preemption remains under advisement. The parties have appeared for status and will meet and confer before presenting a proposed case management order prior to next status November 4, 2024.

Regarding the *Cooksey* matter pending in Madison County, Illinois, Defendants have filed motions to dismiss plaintiff's First Amended Complaint.  Those matters are currently briefed and will be taken up December 5, 2024.

In *Fennewald v. Walgreen Co., et al*., Cook County, Illinois, No. 2024L004002, the case was administratively reassigned to a different judge.  Defendants' motions to dismiss remain pending and expect the newly assigned court to make a decision on whether a hearing is required in the near future.

In *Bellmon v. Kenvue, Inc., et al*, St. Clair County, Illinois, No. 24-LA-0549, Defendants' motions to dismiss were denied.

Regarding the *Davey* matter pending in Alameda County, California, depositions are underway, and experts are scheduled to be disclosed during November.

Apart from the foregoing, no member of the Leadership Team, nor any attorney in the law firm in which that member belongs, has filed any additional action related to the MDL in state court since the last update to you.

Respectfully,

/s/ *Ann Callis*
Ann Callis – acallis@hollandtriallawyers.com
HOLLAND LAW FIRM
211 N. Broadway, Suite 2625
St. Louis, MO 63102
(314)241-8111 -  Telephone
(314)241-5554 - Facsimile

RJE/tlb