```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :   22md3043 (DLC)
IN RE: Acetaminophen - ASD-ADHD           :
Products Liability Litigation             :   Order
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

On August 21, 2024, this MDL litigation was closed when final judgment was entered for defendants in all pending member cases. Since then, new member cases have been filed in the United States District Court for the Southern District of New York. Accordingly, it is hereby

ORDERED that this case is reopened for the purpose of assigning any newly filed member cases to this Court's docket.

Dated:   New York, New York
         November 4, 2024

                                    _____
                                            DENISE COTE
                                    United States District Judge