1:22-md-03043-DLC

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Nov 06, 2024

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of November, two thousand twenty-four.

Before:       Joseph F. Bianco,
              *Circuit Judge.*

---

Tiffany Rutledge, individually and as mother, general guardian of, et al., Kristopher White, Bridget McConnell, Alexander Holland, Christine Holland,

          Plaintiff - Appellants,

   v.

Walgreen Co., Costco Wholesale Corporation, CVS Pharmacy, Inc, Safeway, Inc., Walmart Inc., Rite Aid Corporation, Target Corporation, Sam's West, Inc., Dollar Tree, Inc., 7-Eleven, Inc., Family Dollar Stores, LLC., The Kroger Co., Dollar Tree Stores, Inc., Johnson & Johnson Consumer Inc., Big Lots, Giant Food LLC, Albertson's, Harris Teeter LLC, Dolgencorp, LLC,

          Defendants - Appellees.

---

**ORDER**

Docket Nos. 24-916(L), 24-1121(Con), 24-2360(Con)

Plaintiffs-Appellants request the Court lift the automatic bankruptcy stay of this appeal as to non-debtor Defendants-Appellees. The motion is unopposed.

IT IS HEREBY ORDERED that the motion is GRANTED. The automatic stay is lifted as to all defendants-appellees except for Big Lots.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 11/06/2024