# Keller | Postman

November 13, 2024

**VIA ECF**

The Honorable Denise L. Cote
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 1910
New York, New York 10007

  Re.   *In Re: Acetaminophen – ASD–ADHD Products Liability Litigation*, Case No. 1:22-md-
        03043 (S.D.N.Y.) – Plaintiffs' Response to November 8, 2024 Order, Dkt. 1528
        **This Document Relates To:** All Cases

Dear Judge Cote:

      We write in response to the Court's November 8, 2024 Order, Dkt. 1528. Plaintiffs do not
oppose Rite Aid's request that the Court administratively terminate the member cases identified in
the Court's Order, Dkt. 1528.

Respectfully submitted,

*/s/ Ashley Keller*
Ashley C. Keller (*Pro Hac Vice*)
KELLER POSTMAN LLC
150 N. Riverside Plaza LLC, Ste. 4100
Chicago, Illinois 60606
(312) 741-5220
ack@kellerpostman.com

WATTS GUERRA LLC
Mikal C. Watts (*Pro Hac Vice*)
Millennium Park Plaza RFO
Ste. 410, C112
Guaynabo, Puerto Rico 00966
(210) 447-0500
mcwatts@wattsguerra.com

THE LANIER LAW FIRM
W. Mark Lanier (*Pro Hac Vice*)
Tower 56
126 East 56th St., 6th Floor

# Keller | Postman

New York, New York 10022
(212) 421-2800
mark.lanier@lanierlawfirm.com