UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: Acetaminophen – ASD-ADHD Products Liability Litigation | 22md3043 (DLC) <br><br> **Civil Case Nos.** <br><br> 1:24-cv-8334   1:24-cv-8364 <br> 1:24-cv-8346   1:24-cv-8537 <br> 1:24-cv-8350   1:24-cv-08536 <br> 1:24-cv-8354   1:24-cv-8539 <br> 1:24-cv-8358   1:24-cv-8544 <br> 1:24-cv-8362   1:24-cv-8577 |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs, through undersigned counsel, appeal to the United States Court of Appeals for the Second Circuit from the Final Judgment of this Court dated December 10, 2024, MDL Dkt. 1537, as well as the Court's December 18, 2023 Rule 702 Order Excluding Plaintiffs' General Causation Experts, MDL Dkt. 1381, which was not final and appealable prior to entry of judgment. Plaintiffs file this Notice of Appeal pursuant to Federal Rule of Appellate Procedure 3(b)(1), and for ease of reference, Plaintiffs attach a complete list of parties by case number as Exhibit 1 to this Notice.

Please note that there is a related matter pending before this Court in that matter captioned as *In re: Acetaminophen – ASD-ADHD Products Liability Litigation, Court of Appeals Case No. 24-916.*

Dated: December 13, 2024

Respectfully submitted,

/s/ Jeffrey S. Grand
Jeffrey S. Grand
**SEEGER WEISS LLP**
55 Challenger Rd., 6th Floor
Ridgefield Park, NJ 07660
(973) 639-9100
jgrand@seegerweiss.com
Attorney for Plaintiff(s)

# Exhibit 1

**EXHIBIT 1: SCHEDULE OF ACTIONS**

| Case Name | Docket Number | Plaintiffs | Defendants | Counsel of Record for Appellant(s) at District Court | Firm(s) for Counsel of Record for Appellant(s) at District Court |
|---|---|---|---|---|---|
| *Stephon Albright v. Johnson & Johnson Consumer, Inc.* | 1:24-cv-08334 | Stephon Albright | Johnson & Johnson Consumer Inc.; The Kroger Co.; CVS Pharmacy | Jeffrey S. Grand | Seeger Weiss LLP |
| *Ariella Lee v. Johnson & Johnson Consumer, Inc.* | 1:24-cv-08346 | Ariella Lee | Johnson & Johnson Consumer Inc; Walmart Inc.; CVS Pharmacy | Jeffrey S. Grand | Seeger Weiss LLP |
| *James Thoussaint v. Johnson & Johnson Consumer, Inc* | 1:24-cv-08350 | James Thoussaint | Johnson & Johnson Consumer Inc.; Walgreen Co. | Jeffrey S. Grand | Seeger Weiss LLP |
| *Cody Trealoff v. Johnson & Johnson Consumer, Inc.* | 1:24-cv-08354 | Cody Trealoff | Johnson & Johnson Consumer Inc. | Jeffrey S. Grand | Seeger Weiss LLP |
| *Nicholas Mitchell v. Johnson & Johnson Consumer, Inc.* | 1:24-cv-08358 | Nicholas Mitchell | Johnson & Johnson Consumer Inc. | Jeffrey S. Grand | Seeger Weiss LLP |
| *Unique Jenkins v. Johnson & Johnson Consumer, Inc.* | 1:24-cv-08362 | Unique Jenkins | Johnson & Johnson Consumer Inc. | Jeffrey S. Grand | Seeger Weiss LLP |
| *Wyatt Peterson v. Johnson & Johnson Consumer, Inc.* | 1:24-cv-08364 | Wyatt Peterson | Johnson & Johnson Consumer Inc.; Walmart Inc. | Jeffrey S. Grand | Seeger Weiss LLP |
| *Czion Burkhalter v. Johnson & Johnson Consumer, Inc. et* | 1:24-cv-08537 | Czion Burkhalter | Johnson & Johnson Consumer Inc.; Walgreen Co. | Jeffrey S. Grand | Seeger Weiss LLP |
| *Addai-Mensah, et al. v. Johnson & Johnson Consumer, Inc. et al.* | 1:24-cv-08536 | Dora Addai-Mensah as Guardian for Kevin Addai-Mensah | Johnson & Johnson Consumer Inc; Walgreen Co.; Walmart Inc.; Sam's West | Jeffrey S. Grand | Seeger Weiss LLP |
| *Christopher Nelson v. Johnson & Johnson Consumer, Inc. et* | 1:24-cv-08544 | Christmas Nelson | Johnson & Johnson Consumer Inc.; CVS Pharmacy; Walgreen Co.; Walmart Inc. | Jeffrey S. Grand | Seeger Weiss LLP |
| *Porter, et al. v. Johnson & Johnson Consumer, Inc. et al* | 1:24-cv-08577 | Elaine Porter as Attorney-In-Fact for Nicholas Porter | Johnson & Johnson Consumer Inc.; Walmart Inc.; Walgreen Co. | Jeffrey S. Grand | Seeger Weiss LLP |
| *Taylor, et al. v. Johnson & Johnson Consumer, Inc. et* | 1:24-cv-08539 | Debra Taylor as Guardian for Stephanie Crouch | Johnson & Johnson Consumer Inc.; Walmart Inc. | Jeffrey S. Grand | Seeger Weiss LLP |