# Keller | Postman

January 2, 2025

**<u>Via ECF</u>**
The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street, Room 1910
New York, New York 10007

>    Re:    *In Re: Acetaminophen – ASD/ADHD Products Liability Litigation*
>            Case No. 1:22-md-03043-DLC (S.D.N.Y.)

Dear Judge Cote:

We write on behalf of Plaintiffs' Leadership Team regarding the composition of the Plaintiffs' Steering Committee (PSC) in the above-referenced matter.

Charles J. Cooper, a valued member of the PSC, has informed us of his decision to withdraw from the case, and thus from his position on the PSC due to his departure from Cooper Law Partners. Mr. Cooper has contributed meaningfully to the advancement of this complex litigation, particularly through his involvement in responding to dispositive motions, coordinating federal and state court matters, assisting with expert development and depositions, and Daubert briefing. We are deeply appreciative of his service and dedication to this case.

To ensure continuity and maintain the efficiency of the PSC, we respectfully request the Court appoint Davis Cooper to replace Charles J. Cooper as a member of the Plaintiffs' Steering Committee. Davis Cooper is exceptionally qualified to assume this role, as he has been the firm's point person for all acetaminophen-related responsibilities, including assisting with ongoing appellate efforts. He has an intimate knowledge of the case and has already been handling the firm's work related to this litigation. As a member of the same firm, Davis Cooper is uniquely positioned to seamlessly transition into this role without any disruption to the progress of this matter.

If the Court has any questions or requires additional information, we would be happy to provide further details. Thank you for your consideration of this request.

>    Respectfully submitted,
>
>    */s/ Ashley C. Keller*
>    Ashley C. Keller (*Pro Hac Vice*)
>    KELLER POSTMAN LLC
>    150 N. Riverside Plaza LLC, Ste. 4100
>    Chicago, Illinois 60606
>    (312) 741-5220
>    ack@kellerpostman.com

January 2, 2025
Page 2

WATTS LAW FIRM LLP
Mikal C. Watts (*Pro Hac Vice*)
811 Barton Springs Rd, #745
Austin, TX 78704
Phone: (512) 479-0500
mikal@wattsllp.com

THE LANIER LAW FIRM
W. Mark Lanier (*Pro Hac Vice*)
Tower 56
126 East 56th St., 6th Floor
New York, New York 10022
(212) 421-2800
mark.lanier@lanierlawfirm.com

***Plaintiffs' Co-Lead Counsel***