# WINSTON & STRAWN LLP

NORTH AMERICA   SOUTH AMERICA   EUROPE   ASIA

333 S. Grand Ave.
Los Angeles, CA 90071-1543
+1 213-615-1700
+1 213-615-1750

**GREGORY ELLIS**
Of Counsel
+1 213-615-1990
GAEllis@winston.com

January 10, 2025

**VIA ECF**

Honorable Denise L. Cote
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 1910
New York, New York 10007

Re:   **In Re: Acetaminophen – ASD–ADHD Products Liability Litigation,**
        **Case No. 1:22-md- 03043 (S.D.N.Y.)**

Dear Judge Cote:

I represent Safeway Inc. ("Safeway") in the above-referenced action with Amanda L. Groves of Winston & Strawn LLP. I hereby respectfully request permission to withdraw as counsel for Safeway and to be removed from the service list in this case, for the reason that I am ending my employment with Winston & Strawn LLP effective January 10, 2025.

Amanda L. Groves will continue to represent Safeway in this case. Moreover, all cases pending in the MDL against Safeway have been dismissed pursuant to the Court's Final Judgment of February 21, 2024. Thus, my withdrawal will have no material effect, and will not cause prejudice to any party. In light of the foregoing, I respectfully request that the Court relieve me as counsel for Safeway and that the Court's docket be amended to reflect my withdrawal.

*Granted as to all cases in which Safeway is a defendant in this MDL.*

*1/14/25*

Respectfully submitted,

*/s/ Gregory A. Ellis*
Gregory A. Ellis