```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
IN RE: Acetaminophen - ASD-ADHD         :
Products Liability Litigation           :   22md3043  (DLC)
                                        :   24cv9681  (DLC)
This Document Relates to:               :   24cv9683  (DLC)
Jones v. Johnson & Johnson Consumer     :   24cv9702  (DLC)
Inc., Case No. 1:24-cv-9681             :   24cv9705  (DLC)
Thompson vs. Johnson & Johnson          :   24cv9706  (DLC)
Consumer Inc., et al., Case No. 1:24-   :   24cv9707  (DLC)
cv-9683                                 :   24cv9708  (DLC)
Axthelm, et al. v. Johnson & Johnson    :   24cv9817  (DLC)
Consumer Inc., Case No. 1:24-cv-9702    :   24cv10012 (DLC)
Troast v. Johnson & Johnson Consumer,   :
Inc., et al., Case No. 1:24-cv-9705     :   FINAL JUDGMENT:
Kail v. Johnson & Johnson Consumer,     :   24cv9681  (DLC)
Inc., Case No. 1:24-cv-9706             :   24cv9683  (DLC)
Hall, et al. v. Johnson & Johnson       :   24cv9702  (DLC)
Consumer Inc., et al., Case No. 1:24-   :   24cv9705  (DLC)
cv-9707                                 :   24cv9706  (DLC)
Lee v. Johnson & Johnson Consumer,      :   24cv9707  (DLC)
Inc., et al., Case No. 1:24-cv-9708     :   24cv9708  (DLC)
Tommell, et al. v. Johnson & Johnson    :   24cv9817  (DLC)
Consumer Inc. 1:24-cv-9817              :   24cv10012 (DLC)
Fennig, et al. v. Johnson & Johnson     :
Consumer Inc., et al., Case No. 1:24-   :
cv-10012                                :
----------------------------------------X
```

DENISE COTE, District Judge:

On December 18, 2023, the defendants' Rule 702 motions regarding the plaintiffs' proposed general causation expert testimony were granted. An Order of January 16, 2024 provided that plaintiffs in any Member Case of this MDL in which an SFC was served on or after January 12, 2024 shall have 21 days from the date of service to show cause why summary judgment should not be entered in favor of the defendants named in that Member

Case for failure to 1) present admissible evidence of general causation; 2) show any error in the December 18, 2023 Rule 702 Opinion; and/or 3) show why the December 18, 2023 Rule 702 Opinion does not apply to their Member Case.

Plaintiffs in the above-captioned Member Cases filed a show cause response on January 29, 2025. Plaintiffs concede that final judgment should be granted to defendants in their member cases. Thus, it is hereby

ORDERED that, for the reasons set forth in the Court's Opinion and Order of December 18, 2023, and in the January 16, 2024 Order to Show Cause, final judgment is entered for the defendants in Member Cases 24cv9681, 24cv9683, 24cv9702, 24cv9705, 24cv9706, 24cv9707, 24cv9708, 24cv9817, and 24cv10012 under Fed. R. Civ. P. 58.

IT IS FURTHER ORDERED that Member Cases 24cv9681, 24cv9683, 24cv9702, 24cv9705, 24cv9706, 24cv9707, 24cv9708, 24cv9817, and 24cv10012 are dismissed with prejudice.

Dated:     New York, New York
           January 30, 2025

                                    _____
                                            DENISE COTE
                                    United States District Judge