**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: Acetaminophen – ASD-ADHD Products Liability Litigation | **22md3043 (DLC)** |

| **1/14/2025 FJ** | **1/23/2025 FJ** | **1/30/2025 FJ** |
|---|---|---|
| 1:24-cv-9012 | 1:24-cv-9357 | 1:24-cv-9681 |
| 1:24-cv-9015 | 1:24-cv-9358 | 1:24-cv-9683 |
| 1:24-cv-9019 | 1:24-cv-9360 | 1:24-cv-9702 |
| 1:24-cv-9021 | 1:24-cv-9362 | 1:24-cv-9705 |
| 1:24-cv-9024 | 1:24-cv-9365 | 1:24-cv-9706 |
| 1:24-cv-9041 | 1:24-cv-9368 | 1:24-cv-9707 |
| 1:24-cv-9044 | 1:24-cv-9370 | 1:24-cv-9708 |
| 1:24-cv-9048 | 1:24-cv-9413 | 1:24-cv-9817 |
| | 1:24-cv-9419 | 1:24-cv-10012 |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs, through undersigned counsel, appeal to the United States Court of Appeals for the Second Circuit from the Final Judgment of this Court dated January 14, 2025, MDL Dkt. 1546; January 23, 2025, MDL Dkt. 1553; and January 30, 2025, MDL Dkt. 1555; as well as, the Court's December 18, 2023 Rule 702 Order Excluding Plaintiffs' General Causation Experts, MDL Dkt. 1381, which was not final and appealable prior to entry of judgment. Plaintiffs file this Notice of Appeal pursuant to Federal Rule of Appellate Procedure 3(b)(1), and for ease of reference, Plaintiffs attach a complete list of parties by case number as Exhibit 1 to this Notice.

Please note that there is a related matter pending before this Court in that matter captioned as *In re: Acetaminophen – ASD-ADHD Products Liability Litigation, Court of Appeals Case No. 24-916.*

Dated: February 6, 2025                    Respectfully submitted,

/s/ Jeffrey S. Grand
Jeffrey S. Grand
**SEEGER WEISS LLP**
55 Challenger Rd., 6th Floor
Ridgefield Park, NJ 07660
(973) 639-9100
jgrand@seegerweiss.com
Attorney for Plaintiff(s)

# Exhibit 1

| Case Name | Docket Number | Plaintiffs | Defendants | Counsel of Record for Appellant(s) at District Court | Firm(s) for Counsel of Record for Appellant(s) at District Court |
|---|---|---|---|---|---|
| Figures v. Johnson & Johnson Consumer Inc. et al. | 1:24-cv-09012-DLC | Roderick Figures | Johnson & Johnson Consumer Inc.; Walmart Inc. | Jeffrey S. Grand | Seeger Weiss LLP |
| Anemone v. Johnson & Johnson Consumer Inc. et al | 1:24-cv-09015-DLC | Julianne Anemone | Johnson & Johnson Consumer Inc; CVS Pharmacy | Jeffrey S. Grand | Seeger Weiss LLP |
| Howell v. Johnson & Johnson Consumer Inc. et al. | 1:24-cv-09019-DLC | Gabrielle Howell | Johnson & Johnson Consumer Inc.; Walgreen Co. Walmart Inc. | Jeffrey S. Grand | Seeger Weiss LLP |
| Cardines et al v. Johnson & Johnson Consumer Inc. et al | 1:24-cv-09021-DLC | Ginamay Cardines Keith Hulihe'e Jr. | Johnson & Johnson Consumer Inc. Walmart Inc. | Jeffrey S. Grand | Seeger Weiss LLP |
| Massey v. Johnson & Johnson Consumer Inc. | 1:24-cv-09024-DLC | Jessica Massey | Johnson & Johnson Consumer Inc. | Jeffrey S. Grand | Seeger Weiss LLP |
| Shearer et al v. Johnson & Johnson Consumer Inc. et al | 1:24-cv-09044-DLC | Marie Shearer Michael Shearer | Johnson & Johnson Consumer Inc. CVS Pharmacy, Inc. Rite Aid Corporation | Jeffrey S. Grand | Seeger Weiss LLP |
| Rose et al v. Johnson & Johnson Consumer Inc. et al | 1:24-cv-09048-DLC | Rochelle Rose Michael Caswell | Johnson & Johnson Consumer Inc. Safeway, Inc. Walmart Inc. | Jeffrey S. Grand | Seeger Weiss LLP |
| Kukich v. Johnson & Johnson Consumer Inc. et al | 1:24-cv-09041-DLC | Randall Kukich | Johnson & Johnson Consumer Inc. Walgreen Co. | Jeffrey S. Grand | Seeger Weiss LLP |

| Case Name | Docket Number | Plaintiffs | Defendants | Counsel of Record for Appellant(s) at District Court | Firm(s) for Counsel of Record for Appellant(s) at District Court |
|---|---|---|---|---|---|
| Davis, et al. v. Johnson & Johnson Consumer Inc. et al | 1:24-cv-9357 | Linda Davis, Christian Dorsey | Johnson & Johnson Consumer Inc.; Target Corporation Walgreen Co. | Jeffrey S. Grand | Seeger Weiss LLP |
| Godje v. Johnson & Johnson Consumer Inc. et al | 1:24-cv-9358 | Maryann Godje | Johnson & Johnson Consumer Inc; Walgreen Co. Walmart Inc. | Jeffrey S. Grand | Seeger Weiss LLP |
| Henry v. Johnson & Johnson Consumer Inc. et al. | 1:24-cv-9360 | Michael Henry | Johnson & Johnson Consumer Inc.; Walgreen Co. | Jeffrey S. Grand | Seeger Weiss LLP |
| Xiong, et al v. Johnson & Johnson Consumer Inc. et al. | 1:24-cv-9362 | Vaneng Xiong, Jack Lee | Johnson & Johnson Consumer Inc. Walmart Inc. | Jeffrey S. Grand | Seeger Weiss LLP |
| Lewis, et al. v. Johnson & Johnson Consumer Inc., et al. | 1:24-cv-9365 | Shaneka Lewis, C.F. (a minor) | Johnson & Johnson Consumer Inc. Walmart Inc. | Jeffrey S. Grand | Seeger Weiss LLP |
| Lovelace v. Johnson & Johnson Consumer Inc., et al. | 1:24-cv-9368 | Timothy Lovelace | Johnson & Johnson Consumer Inc. Target Corporation | Jeffrey S. Grand | Seeger Weiss LLP |
| Lester et al. v. Johnson & Johnson Consumer Inc. et al | 1:24-cv-9370 | Sarah Lester, Gavin Maynard | Johnson & Johnson Consumer Inc. Walmart Inc. | Jeffrey S. Grand | Seeger Weiss LLP |
| Rebholz v. Johnson & Johnson Consumer Inc. et al | 1:24-cv-9413 | Andrew Rebholz | Johnson & Johnson Consumer Inc. The Kroger Co. | Jeffrey S. Grand | Seeger Weiss LLP |

| Case Name | Docket Number | Plaintiffs | Defendants | Counsel of Record for Appellant(s) at District Court | Firm(s) for Counsel of Record for Appellant(s) at District Court |
|---|---|---|---|---|---|
| Savoca v. Johnson & Johnson Consumer Inc. | 1:24-cv-9419 | Richard Savoca | Johnson & Johnson Consumer Inc. | Jeffrey S. Grand | Seeger Weiss LLP |
| Andre Jones v. Johnson & Johnson Consumer Inc. | 1:24-cv-9681 | Andre Jones | Johnson & Johnson Consumer Inc. | Jeffrey S. Grand | Seeger Weiss LLP |
| Cody Thompson v. Johnson & Johnson Consumer Inc. et al | 1:24-cv-9683 | Cody Thompson | Johnson & Johnson Consumer Inc. Walmart Inc. | Jeffrey S. Grand | Seeger Weiss LLP |
| Axthelm, et al. v. Johnson & Johnson Consumer Inc. | 1:24-cv-9702 | Shana Axthelm, Hunter Axthelm | Johnson & Johnson Consumer Inc. | Jeffrey S. Grand | Seeger Weiss LLP |
| Justin Troast v. Johnson & Johnson Consumer Inc. et al. | 1:24-cv-9705 | Justin Troast | Johnson & Johnson Consumer Inc. CVS Pharmacy, Inc. Walgreen Co. | Jeffrey S. Grand | Seeger Weiss LLP |
| Megan Kail v. Johnson & Johnson Consumer Inc. | 1:24-cv-9706 | Megan Kail | Johnson & Johnson Consumer Inc. | Jeffrey S. Grand | Seeger Weiss LLP |
| Hall, et al. v. Johnson & Johnson Consumer Inc., et al. | 1:24-cv-9707 | Leah Hall, Parker Hall | Johnson & Johnson Consumer Inc. Costco Wholesale Corporation Walgreen Co. | Jeffrey S. Grand | Seeger Weiss LLP |

| Case Name | Docket Number | Plaintiffs | Defendants | Counsel of Record for Appellant(s) at District Court | Firm(s) for Counsel of Record for Appellant(s) at District Court |
|---|---|---|---|---|---|
| Jordan Lee v. Johnson & Johnson Consumer Inc. et al. | 1:24-cv-9708 | Jordan Lee | Johnson & Johnson Consumer Inc. CVS Pharmacy, Inc. Walmart Inc. | Jeffrey S. Grand | Seeger Weiss LLP |
| Tommell, et al v. Johnson & Johnson Consumer Inc. | 1:24-cv-9817 | Kellyann Tommell R.T. (A minor) | Johnson & Johnson Consumer Inc. | Jeffrey S. Grand | Seeger Weiss LLP |
| Fennig, et al. v. Johnson & Johnson Consumer Inc., et al. | 1:24-cv-10012 | Jennifer Fennig, Austin Fennig | Johnson & Johnson Consumer Inc. Walmart Inc. | Jeffrey S. Grand | Seeger Weiss LLP |