

67 E. Park Place, Suite 1000
Morristown, NJ 07960
Tel (973) 775-6101
Fax (973) 775-6102

www.btlaw.com

April 8, 2025

**VIA ECF**

The Honorable Denise L. Cote
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 1910
New York, New York 10007

> ***In Re: Acetaminophen ASD/ADHD Prods. Liab. Litig.*, 1:22-md-3043 (DLC)**
> **Defendants' Letter Regarding Plaintiffs Who Failed to File a Show Cause Response**

Dear Judge Cote,

Pursuant to the Court's January 16 Order (DE 1394), Plaintiffs are required to show cause why final judgment under Rule 56 should not be entered in their cases within twenty-one (21) days of service of their short form complaints. On March 7, 2025, Plaintiffs in six actions served short form complaints on Defendants Johnson & Johnson Consumer Inc. and CVS Pharmacy, Inc. and on March 14, 2025, Plaintiffs in two actions served short form complaints on Defendant Johnson & Johnson Consumer Inc. Plaintiffs in those eight cases, therefore, were required to file a show cause response in accordance with the Court's Order by March 28, 2025 and April 4, 2025, respectively, but failed to do so. As a result, Defendants respectfully request the Court enter judgment in their favor in the actions listed on **Exhibit A**, and the cases be dismissed with prejudice.

We thank the Court for its consideration of this matter.

Respectfully submitted,

*/s/ Jessica L. Brennan*

Atlanta | Boston | Chicago | Dallas | Delaware | Florida | Indiana | Los Angeles | Michigan | Minneapolis | Nashville | New Jersey
New York | North Carolina | Ohio | Philadelphia | Salt Lake City | San Diego | Washington, D.C.