```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
IN RE: Acetaminophen – ASD-ADHD           :   22md3043  (DLC)
Products Liability Litigation             :   25cv1203  (DLC)
                                          :   25cv1209  (DLC)
This Document Relates to:                 :   25cv1212  (DLC)
Capuano, et al. v. Johnson & Johnson      :   25cv1219  (DLC)
Consumer Inc., No. 1:25-cv-1203           :   25cv1221  (DLC)
Diaz v. Johnson & Johnson Consumer        :   25cv1223  (DLC)
Inc., No. 1:25-cv-1209                    :   25cv1394  (DLC)
Rivera, et al. v. Johnson & Johnson       :   25cv1395  (DLC)
Consumer Inc., et al., No. 1:25-cv-       :
1212                                      :   FINAL JUDGMENT:
Faulkner v. Johnson & Johnson Consumer    :   25cv1203  (DLC)
Inc., et al., No. 1:25-cv-1219            :   25cv1209  (DLC)
Foy v. Johnson & Johnson Consumer         :   25cv1212  (DLC)
Inc., et al., 1:25-cv-1221                :   25cv1219  (DLC)
Munyon v. Johnson & Johnson Consumer      :   25cv1221  (DLC)
Inc., et al., No. 1:25-cv-1223            :   25cv1223  (DLC)
Manza v. Perkins v. Johnson & Johnson     :   25cv1394  (DLC)
Consumer Inc., No. 1:25-cv-1394           :   25cv1395  (DLC)
Perkins v. Johnson & Johnson Consumer     :
Inc., No. 1:25-cv-1395                    :
----------------------------------------- X
```

DENISE COTE, District Judge:

On December 18, 2023, the defendants' Rule 702 motions regarding the plaintiffs' proposed general causation expert testimony were granted. An Order of January 16, 2024 provided that plaintiffs in any Member Case of this MDL in which an SFC was served on or after January 12, 2024 shall have 21 days from the date of service to show cause why summary judgment should not be entered in favor of the defendants named in that Member Case for failure to 1) present admissible evidence of general causation; 2) show any error in the December 18, 2023 Rule 702

Opinion; and/or 3) show why the December 18, 2023 Rule 702 Opinion does not apply to their Member Case.

In a letter of April 8, 2025, counsel for defendants Johnson & Johnson Consumer Inc. and CVS Pharmacy, Inc. informed the Court that both defendants were served in 25cv1212 and 25cv1219 on March 7, 2025, and that defendant Johnson & Johnson Consumer Inc. was served in 25cv1203, 25cv1209, 25cv1221, and 25cv1223 on March 7, 2025, and in 25cv1394 and 25cv1395 on March 14, 2025. Because plaintiffs have not filed a show cause response in any of the above-captioned member cases, it is hereby

ORDERED that judgment is entered for defendants in Member Cases 25cv1203, 25cv1209, 25cv1212, 25cv1219, 25cv1221, 25cv1223, 25cv1394, 25cv1395, and the cases are dismissed with prejudice.

Dated:   New York, New York
         April 9, 2025

                                            DENISE COTE
                                United States District Judge