**UNITED STATES DISTRICT**
**COURT SOUTHERN DISTRICT**
**OF NEW YORK**

| | |
|---|---|
| **IN RE: Acetaminophen – ASD-ADHD Products Liability Litigation** | **22md3043 (DLC)** |

**1:25-cv-422     1:25-cv-719**
**1:25-cv-424     1:25-cv-722**
**1:25-cv-426     1:25-cv-723**
**1:25-cv-429     1:25-cv-725**
**1:25-cv-431     1:25-cv-726**
**1:25-cv-433     1:25-cv-733**
**1:25-cv-434     1:25-cv-734**
**1:25-cv-437     1:25-cv-736**

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs, through undersigned counsel, appeal to the United States Court of Appeals for the Second Circuit from the Final Judgment of this Court dated March 12, 2025, MDL Dkt. 1563, and the Court's December 18, 2023 Rule 702 Order Excluding Plaintiffs' General Causation Experts, MDL Dkt. 1381, which was not final and appealable prior to entry of judgment. Plaintiffs file this Notice of Appeal pursuant to Federal  Rule of Appellate Procedure 3(b)(1), and for ease of reference, Plaintiffs attach a complete list of  parties by case number as Exhibit 1 to this Notice.

Please note that there is a related matter pending before this Court in that matter captioned as *In re: Acetaminophen – ASD-ADHD Products Liability Litigation, Court of Appeals Case No. 24-916.*

Dated: April 9, 2025

Respectfully submitted,

/s/ Jeffrey S. Grand
Jeffrey S. Grand
SEEGER WEISS LLP
55 Challenger Rd., 6th Floor
Ridgefield Park, NJ 07660
(973) 639-9100
jgrand@seegerweiss.com
Attorney for Plaintiff(s)

# Exhibit 1

| Case Name | Docket Number | Plaintiffs | Defendants | Counsel of Record for Appellant(s) at District Court | Firm(s) for Counsel of Record for Appellant(s) at District Court |
|---|---|---|---|---|---|
| Becker, et al. v. Johnson & Johnson Consumer Inc. et al. | 1:25-cv-422 | Becki Becker, Anthony Becker | Johnson & Johnson Consumer Inc.; Target Corporation | Jeffrey S. Grand | Seeger Weiss LLP |
| Davis v. Johnson & Johnson Consumer Inc. et al | 1:25-cv-424 | Alexander Davis | Johnson & Johnson Consumer Inc; CVS Pharmacy, Inc, Walmart Inc. | Jeffrey S. Grand | Seeger Weiss LLP |
| Higginbotham v. Johnson & Johnson Consumer, Inc. et al. | 1:25-cv-426 | Vincent Higginbotham | Johnson & Johnson Consumer Inc.; Walmart Inc. | Jeffrey S. Grand | Seeger Weiss LLP |
| Jimenez, et al. v. Johnson & Johnson Consumer Inc. | 1:25-cv-429 | Randall Jimenez, Danielle Milardo & J.J. (A minor) | Johnson & Johnson Consumer Inc. | Jeffrey S. Grand | Seeger Weiss LLP |
| Layton v. Johnson & Johnson Consumer Inc. | 1:25-cv-431 | Emery Layton | Johnson & Johnson Consumer Inc. | Jeffrey S. Grand | Seeger Weiss LLP |
| Pierce v. Johnson & Johnson Consumer Inc. | 1:25-cv-433 | Alexis Pierce | Johnson & Johnson Consumer Inc. | Jeffrey S. Grand | Seeger Weiss LLP |
| Salazar-Morris v. Johnson & Johnson Consumer Inc. et al | 1:25-cv-434 | Gloria Salazar-Morris | Johnson & Johnson Consumer Inc. Walgreen Co. | Jeffrey S. Grand | Seeger Weiss LLP |
| Spetter, et al. v. Johnson & Johnson Consumer Inc. et al | 1:25-cv-437 | Glenda Spetter Devon Spetter | Johnson & Johnson Consumer Inc. Walmart Inc. The Kroger Co. | Jeffrey S. Grand | Seeger Weiss LLP |

| Case Name | Docket Number | Plaintiffs | Defendants | Counsel of Record for Appellant(s) at District Court | Firm(s) for Counsel of Record for Appellant(s) at District |
|---|---|---|---|---|---|
| Aybar, et al. v. Johnson & Johnson Consumer Inc. | 1:25-cv-719 | Rocio Aybar K.A. (a minor) | Johnson & Johnson Consumer Inc. | Jeffrey S. Grand | Seeger Weiss LLP |
| Bowling v. Johnson & Johnson Consumer Inc. et | 1:25-cv-722 | Dylan Bowling | Johnson & Johnson Consumer Inc; Walmart Inc. | Jeffrey S. Grand | Seeger Weiss LLP |
| Cameron Jones v. Johnson & Johnson Consumer Inc. | 1:25-cv-723 | Cameron Jones | Johnson & Johnson Consumer Inc. | Jeffrey S. Grand | Seeger Weiss LLP |
| Stephenson, et al v. Johnson & Johnson Consumer Inc. et al. | 1:25-cv-725 | Wendy Stephenson, Jadon Prevost | Johnson & Johnson Consumer Inc. Walgreen Co. | Jeffrey S. Grand | Seeger Weiss LLP |
| Sherry, et al. v. Johnson & Johnson Consumer Inc., et | 1:25-cv-726 | Carol Sherry Trevor Sherry | Johnson & Johnson Consumer Inc. Walmart Inc. | Jeffrey S. Grand | Seeger Weiss LLP |
| Watson, et al. v. Johnson & Johnson Consumer Inc., et | 1:25-cv-733 | Geraldine Watson Keith Watson | Johnson & Johnson Consumer Inc. Walgreen Co. | Jeffrey S. Grand | Seeger Weiss LLP |
| Whitebread v. Johnson & Johnson Consumer Inc. et | 1:25-cv-734 | Jason Whitebread | Johnson & Johnson Consumer Inc. Walmart Inc. | Jeffrey S. Grand | Seeger Weiss LLP |
| Willhite v. Johnson & Johnson Consumer Inc. | 1:25-cv-736 | Alyssa Willhite | Johnson & Johnson Consumer Inc. | Jeffrey S. Grand | Seeger Weiss LLP |