
**Barnes &
Thornburg**

Jessica L. Brennan, Esq.
67 E. Park Place, Suite 1000
Morristown, NJ 07960
Tel (973) 775-6101
Fax (973) 775-6102

www.btlaw.com

April 30, 2025

**VIA ECF**

The Honorable Denise L. Cote
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 1910
New York, New York 10007

> ***In Re: Acetaminophen ASD/ADHD Prods. Liab. Litig.*, 1:22-md-3043 (DLC)**
> **JJCI's Letter Regarding Manufacturer Liaison Counsel**

Dear Judge Cote,

I write on behalf of Defendant Johnson & Johnson Consumer Inc. (now known as Kenvue Brands LLC) ("JJCI") regarding a substituted appointment of the Manufacturer Liaison Counsel in this MDL following the withdrawal of Manufacturer Liaison Counsel, Sarah Johnston. (Dkt. 1573).

On December 1, 2022, this Court appointed Ms. Johnston as Manufacturer Liaison to serve on behalf of JJCI and any other manufacturers of acetaminophen products that may have been added to the litigation. (Dkt. 231). On April 30, 2025, Ms. Johnston, who is departing from Barnes & Thornburg, withdrew as counsel for JJCI, effectively terminating her position as Manufacturer Liaison Counsel. (Dkt 1573). Although the MDL is not currently as active as it once was, JJCI respectfully requests that the Court appoint a replacement Manufacturer Liaison Counsel given that cases continue to be filed and the MDL remains open.

To that end, I submit my nomination to act as incoming Manufacturing Liaison Counsel. I am a partner with Barnes & Thornburg LLP, the same firm from which Ms. Johnston is departing, and I am a member of the firm's Product Liability and Mass Tort Practice Group. I have extensive experience defending product liability mass tort litigations and have represented JJCI in litigation across various venues, including in this MDL and the pending APAP state court litigations. I first appeared in this MDL on behalf of JJCI in January 2023 (Dkt. 336) and have been involved in the litigation ever since, including with respect to negotiating the proposed General Causation Discovery Scheduling Order, ESI Protocol, and Protective Order, as well as taking the lead on negotiation and coordination with Plaintiffs regarding fact and expert discovery on behalf of JJCI, and working closely alongside the Retailer Liaison Committee in these proceedings.

Given my intimate involvement and understanding of this MDL and litigation as a whole, as well as my relationship with JJCI—the only manufacturer defendant named in this litigation to date—I respectfully request the Court consider my appointment as replacement Manufacturer Liaison Counsel. Should this Court prefer to receive a more formal application setting forth my qualifications to serve as Manufacturer Liaison, akin to those submitted at the outset of the MDL

The Honorable Denise L. Cote
April 30, 2025
Page 2 of 2

as set forth in the Court's November 4, 2022 Order (Dkt. 8), I am willing and able to provide such information at the Court's convenience.

Both Defendant JJCI and I thank the Court for its consideration of this matter.

Respectfully submitted,

*/s/ Jessica L. Brennan*

**Barnes & Thornburg**