**Barnes &**
**Thornburg**

Sarah E. Johnston, Esq.
2029 Century Park East, Suite 300
Los Angeles, CA 90067
Tel (310) 284-3880
Fax (310) 284-3894

www.btlaw.com

April 30, 2025

**VIA ECF**

The Honorable Denise L. Cote
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 1910
New York, New York 10007

> *In Re: Acetaminophen ASD/ADHD Prods. Liab. Litig.*, 1:22-md-3043 (DLC)
> **Notice of Withdrawal of Attorney**

Dear Judge Cote,

I represent Defendant Johnson & Johnson Consumer Inc. (now known as Kenvue Brands LLC) ("JJCI") in the above-referenced action with Jessica Brennan of Barnes & Thornburg LLP. I hereby respectfully request permission to withdraw as counsel for JJCI, and thus my position as Manufacturer Liaison Counsel, and to be removed from the service list in this case for the reason that I am departing Barnes & Thornburg LLP effective April 30, 2025.

Although cases continue to be filed in this MDL, Jessica Brennan will continue to diligently represent JJCI in this case, as she has since appearing in this matter in January 2023. My withdrawal, therefore, will have no material effect and will not cause prejudice to any party. In light of the foregoing, I respectfully request that the Court relieve me as counsel for JJCI and Manufacturer Liaison Counsel and that the Court's docket be amended to reflect my withdrawal.

Respectfully submitted,

*/s/ Sarah E. Johnston*

So ordered.

*Denise Cote*
*5/1/25*