**UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT
OF NEW YORK**

| | |
|---|---|
| IN RE: Acetaminophen – ASD-ADHD Products Liability Litigation | **22md3043 (DLC)**<br><br>**1:25-cv-1203**<br>**1:25-cv-1209**<br>**1:25-cv-1212**<br>**1:25-cv-1219**<br>**1:25-cv-1221**<br>**1:25-cv-1223**<br>**1:25-cv-1394**<br>**1:25-cv-1395** |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs, through undersigned counsel, appeal to the United States Court of Appeals for the Second Circuit from the Final Judgment of this Court dated April 9, 2025, MDL Dkt. 1568, and the Court's December 18, 2023 Rule 702 Order Excluding Plaintiffs' General Causation Experts, MDL Dkt. 1381, which was not final and appealable prior to entry of judgment. Plaintiffs file this Notice of Appeal pursuant to Federal Rule of Appellate Procedure 3(b)(1), and for ease of reference, Plaintiffs attach a complete list of parties by case number as Exhibit 1 to this Notice.

Please note that there is a related matter pending before this Court in that matter captioned as *In re: Acetaminophen – ASD-ADHD Products Liability Litigation, Court of Appeals Case No. 24-916.*

Dated: May 8, 2025

Respectfully submitted,

/s/ David R. Buchanan
David R. Buchanan
**SEEGER WEISS LLP**
55 Challenger Rd., 6th Floor
Ridgefield Park, NJ 07660
(973) 639-9100
dbuchanan@seegerweiss.com
Attorney for Plaintiff(s)

# Exhibit 1

Appeal of Final Judgment Dated: **April 9, 2025**

Plaintiff-Appellants' Counsel of Record at District Court: **Jeffrey S. Grand, Esq.**

Plaintiff-Appellants' Firm of Record at District Court: **Seeger Weiss LLP**

Plaintiff-Appellants: **As Listed Below.**

| Case Name | Docket No. | Plaintiffs | Defendants |
|---|---|---|---|
| Capuano, et al. v. Johnson & Johnson Consumer, Inc. | 1:25-cv-1203 | Amanda Capuano, A.C., a minor | Johnson & Johnson Consumer Inc. |
| Diaz v. Johnson & Johnson Consumer, Inc. | 1:25-cv-1209 | Tatianna Diaz | Johnson & Johnson Consumer Inc. |
| Rivera, et al. v. Johnson & Johnson Consumer, Inc., et al. | 1:25-cv-1212 | Lucienne Rivera, Nicholas Falcone | Johnson & Johnson Consumer Inc., CVS Pharmacy, Inc. |
| Faulkner v. Johnson & Johnson Consumer, Inc., et al. | 1:25-cv-1219 | Samantha Jo Faulkner | Johnson & Johnson Consumer Inc., CVS Pharmacy, Inc. |
| Foy v. Johnson & Johnson Consumer, Inc., et al. | 1:25-cv-1221 | Jacob Foy | Johnson & Johnson Consumer Inc., Sam's West Inc. |
| Munyon v. Johnson & Johnson Consumer, Inc., et al. | 1:25-cv-1223 | Connor Munyon | Johnson & Johnson Consumer Inc., Walmart Inc. |
| Manza v. Johnson & Johnson Consumer, Inc. | 1:25-cv-1394 | Joseph Manza | Johnson & Johnson Consumer Inc. |
| Perkins v. Johnson & Johnson Consumer, Inc. | 1:25-cv-1395 | Devyn Perkins | Johnson & Johnson Consumer Inc. |