**1:22-md-03043-DLC**
1:25-cv-00424-DLC
1:25-cv-00426-DLC
1:25-cv-00429-DLC
1:25-cv-00431-DLC
1:25-cv-00433-DLC

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of May, two thousand twenty-five.

Before:        Beth Robinson,
                   *Circuit Judge.*

_____

A. K., a minor and is a minor, as Guardian ad Litem of
Jeanette Gray, et al.,

                  Plaintiffs - Appellants,

        v.

Johnson & Johnson Consumer Inc., Target
Corporation, CVS Pharmacy, Inc, Walmart,
Inc., Walgreens Co., The Kroger Co.,

                  Defendants - Appellees.

_____

**ORDER**

Docket No. 25-917

| | |
|---|---|
| USDC SDNY | |
| DOCUMENT | |
| ELECTRONICALLY FILED | |
| DOC #: _____ | |
| DATE FILED: May 14 2025 | |

Appellants move to hold this appeal in abeyance pending the Court's decision in *Rutledge v. Walgreen Co.*, No. 24-916.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 05/14/2025