1:22-md-03043-DLC

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jun 10 2025

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of June, two thousand twenty-five.

Before:	Alison J. Nathan,
	*Circuit Judge.*

_____

Amanda Capuano, Individually, as the parent and natural guardian of plaintiff-minor and As Guardian on behalf of plaintiff−child, A. C., Tatianna Diaz, Lucienne Rivera, As Guardian, on behalf of Plaintiff-Child and Individually, Nicholas Falcone, Plaintiff Child, Samantha Jo Faulkner, Jacob Foy, Connor Munyon, Joseph Manza, Devyn Perkins,

**ORDER**

Docket No. 25-1231

    Plaintiff - Appellants,

v.

Johnson & Johnson Consumer Inc., CVS Pharmacy, Inc, Sam's West, Inc., Walmart, Inc.,

    Defendants - Appellees.
_____

Appellants move to hold this appeal in abeyance pending the Court's decision in *Rutledge v. Walgreen Co.*, No. 24-916

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court



CERTIFIED COPY ISSUED ON 06/10/2025