

67 E. Park Place, Suite 1000
Morristown, NJ 07960
Tel (973) 775-6101
Fax (973) 775-6102

www.btlaw.com

June 20, 2025

**VIA ECF**

The Honorable Denise L. Cote
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 1910
New York, New York 10007

> *In Re: Acetaminophen ASD/ADHD Prods. Liab. Litig*., **1:22-md-3043** (DLC)
> **Defendants' Letter Regarding Plaintiffs Who Failed to File a Show Cause Response**

Dear Judge Cote,

Pursuant to the Court's January 16 Order (DE 1394), Plaintiffs are required to show cause why final judgment under Rule 56 should not be entered in their cases within twenty-one (21) days of service of their short form complaints. Plaintiffs in the nineteen actions identified on Exhibit A served their short form complaints on Defendants, but failed to timely file a show cause response within twenty days thereafter in accordance with the Court's Order. As a result, Defendants respectfully request the Court enter judgment in their favor in the actions listed on **Exhibit A**, and the cases be dismissed with prejudice.

We thank the Court for its consideration of this matter.

Respectfully submitted,

*/s/ Jessica L. Brennan*