**UNITED STATES DISTRICT**
**COURT SOUTHERN DISTRICT**
**OF NEW YORK**

| | |
|---|---|
| **IN RE: Acetaminophen – ASD-ADHD Products Liability Litigation** | **22md3043 (DLC)** |

| | |
|---|---|
| **1:25-cv-1898** | **1:25-cv-2218** |
| **1:25-cv-1904** | **1:25-cv-2219** |
| **1:25-cv-1905** | **1:25-cv-2221** |
| **1:25-cv-1906** | **1:25-cv-2407** |
| **1:25-cv-1914** | **1:25-cv-2413** |
| **1:25-cv-1909** | |

## <u>NOTICE OF APPEAL</u>

Notice is hereby given that Plaintiffs, through undersigned counsel, appeal to the United States Court of Appeals for the Second Circuit from the Final Judgment of this Court dated May 23, 2025, MDL Dkt. 1583, and the Court's December 18, 2023 Rule 702 Order Excluding Plaintiffs' General Causation Experts, MDL Dkt. 1381, which was not final and appealable prior to entry of judgment. Plaintiffs file this Notice of Appeal pursuant to Federal Rule of Appellate Procedure 3(b)(1), and for ease of reference, Plaintiffs attach a complete list of parties by case number as Exhibit 1 to this Notice.

Please note that there is a related matter pending before this Court in that matter captioned as *In re: Acetaminophen – ASD-ADHD Products Liability Litigation, Court of Appeals Case No. 24-916.*

Dated: June 20, 2025

Respectfully submitted,

/s/ David R. Buchanan
David R. Buchanan
**SEEGER WEISS LLP**
55 Challenger Rd., 6th Floor
Ridgefield Park, NJ 07660
(973) 639-9100
dbuchanan@seegerweiss.com
Attorney for Plaintiff(s)

# Exhibit 1

**Appeal of Final Judgment Dated May 23, 2025**
**District Court Docket ECF 1583**

Plaintiff-Appellants' Counsel of Record at District Court: **Jeffrey S. Grand, Esq.**

Plaintiff-Appellants' Firm of Record at District Court: **Seeger Weiss LLP**

**Plaintiff-Appellants**: As Listed below.

| Case Name | Docket No. | Plaintiffs | Defendants |
|---|---|---|---|
| Dewart, et al. v. Johnson & Johnson Consumer, Inc. | 1:25-cv-01898 | Pennie Dewart Jacob Dewart | Johnson & Johnson Consumer Inc. |
| Freeman v. Johnson & Johnson Consumer, Inc., et al. | 1:25-cv-01904 | Max Freeman | Johnson & Johnson Consumer Inc., Walmart Inc. |
| Moseley v. Johnson & Johnson Consumer, Inc., et al. | 1:25-cv-01905 | Austin Moseley | Johnson & Johnson Consumer Inc., Walmart Inc. |
| Roberts v. Johnson & Johnson Consumer, Inc., et al. | 1:25-cv-01906 | Grace Roberts | Johnson & Johnson Consumer Inc., Walmart Inc. |
| Torres, et al. v. Johnson & Johnson Consumer, Inc., et al. | 1:25-cv-01914 | Tia Torres V.S., N.T., J.S. | Johnson & Johnson Consumer Inc., Sam's West Inc., Target Corporation, Walmart, Inc.; |
| Walters v. Johnson & Johnson Consumer, Inc. | 1:25-cv-01909 | Kaleb Walters | Johnson & Johnson Consumer Inc. |
| Howard v. Johnson & Johnson Consumer, Inc. | 1:25-cv-02218 | Robert Howard | Johnson & Johnson Consumer Inc. |
| Taylor, et al. v. Johnson & Johnson Consumer, Inc. | 1:25-cv-02219 | Candace Taylor A.T. | Johnson & Johnson Consumer Inc. |
| Thomas v. Johnson & Johnson Consumer, Inc., et al. | 1:25-cv-02221 | Chase Thomas | Johnson & Johnson Consumer Inc., CVS Pharmacy, Inc. |
| Drake v. Johnson & Johnson Consumer, Inc. | 1:25-cv-02407 | Noaih Drake | Johnson & Johnson Consumer Inc. |
| Harding v. Johnson & Johnson Consumer, Inc., et al. | 1:25-cv-02413 | Fidel Harding | Johnson & Johnson Consumer Inc., CVS Pharmacy, Inc. |