# Arnold&Porter

**Mitchell Stern**
+1 212.836.7963 Direct
Mitchell.Stern@arnoldporter.com

June 18, 2025

**VIA CM/ECF**

*Granted.*
*[signature]*
*June 20, 2025*

The Honorable Denise L. Cote
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *In Re: Acetaminophen - ASD - ADHD Products Liability Litigation,*
Docket No. 1:22-md-03043-DLC
This Document Relates To: All Cases

Dear Judge Cote:

I respectfully request permission to withdraw as counsel for Dollar Tree Stores, Inc. (named in some cases as Dollar Tree, Inc.), Family Dollar Stores, LLC (named in some cases as Family Dollar, Inc. or Family Dollar Stores, Inc.), and 7-Eleven, Inc., for the reason that I will be departing Arnold & Porter Kaye Scholer LLP on June 20, 2025.

Lori Leskin of Arnold & Porter Kaye Scholer LLP will continue to represent Dollar Tree Stores, Inc. (named in some cases as Dollar Tree, Inc.), Family Dollar Stores, LLC (named in some cases as Family Dollar, Inc. or Family Dollar Stores, Inc.), and 7-Eleven, Inc.

Respectfully Submitted,

*/s/ Mitchell Stern*
Mitchell Stern

**Arnold & Porter Kaye Scholer LLP**
250 West 55th Street | New York, NY 10019-9710 | **www.arnoldporter.com**