```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
IN RE: Acetaminophen - ASD-ADHD          :
Products Liability Litigation            :      22md3043  (DLC)
                                         :      25cv2982  (DLC)
This Document Relates to:                :      25cv2985  (DLC)
Amro v. Johnson & Johnson Consumer       :      25cv2991  (DLC)
Inc. et al., 1:25-cv-2982                :      25cv2993  (DLC)
Dewart v. Johnson & Johnson Consumer     :      25cv3004  (DLC)
Inc., 1:25-cv-2985                       :      25cv3006  (DLC)
Muniz, et al. v. Johnson & Johnson       :      25cv3010  (DLC)
Consumer Inc., 1:25-cv-2991              :      25cv3255  (DLC)
Frazier-Holmes, et al. v. Johnson &      :      23cv3257  (DLC)
Johnson Consumer, Inc., et al., 1:25-    :      25cv3838  (DLC)
cv-2993                                  :      25cv3843  (DLC)
Macon v. Johnson & Johnson Consumer      :      25cv3846  (DLC)
Inc., et al., 1:25-cv-3004               :      25cv3849  (DLC)
Putnam v. Johnson & Johnson Consumer     :      25cv3852  (DLC)
Inc., 1:25-cv-3006                       :      25cv3859  (DLC)
Shell, et al. v. Johnson & Johnson       :      25cv3861  (DLC)
Consumer Inc., 1:25-cv-3010              :      25cv3864  (DLC)
Squires, et al. v. Johnson & Johnson     :      25cv3868  (DLC)
Consumer Inc., 1:25-cv-3255              :      25cv3876  (DLC)
Medishetty v. Johnson & Johnson          :
Consumer Inc., et al., 1:25-cv-3257      :      FINAL JUDGMENT:
Franklin v. Johnson & Johnson Consumer   :      25cv2982  (DLC)
Inc., 1:25-cv-3838                       :      25cv2985  (DLC)
Knox, et al. v. Johnson & Johnson        :      25cv2991  (DLC)
Consumer Inc., et al., 1:25-cv-3843      :      25cv2993  (DLC)
Kurtz, et al. v. Johnson & Johnson       :      25cv3004  (DLC)
Consumer Inc. et al., 1:25-cv-3846       :      25cv3006  (DLC)
Hartman v. Johnson & Johnson Consumer    :      25cv3010  (DLC)
Inc., 1:25-cv-3849                       :      25cv3255  (DLC)
Fortugno, et al. v. Johnson & Johnson    :      23cv3257  (DLC)
Consumer Inc., 1:25-cv-3852              :      25cv3838  (DLC)
Urban v. Johnson & Johnson Consumer,     :      25cv3843  (DLC)
Inc., 1:25-cv-3859                       :      25cv3846  (DLC)
Chavez v. Johnson & Johnson Consumer     :      25cv3849  (DLC)
Inc., 1:25-cv-3861                       :      25cv3852  (DLC)
Sanchez, et al. v. Johnson & Johnson     :      25cv3859  (DLC)
Consumer Inc., 1:25-cv-3864              :      25cv3861  (DLC)
Galvan, et al. v. Johnson & Johnson      :      25cv3864  (DLC)
Consumer Inc., et al. 1:25-cv-3868       :      25cv3868  (DLC)
Chesley v. Johnson & Johnson Consumer    :      25cv3876  (DLC)
Inc., 1:25-cv-3876                       :
---------------------------------------- X
```

DENISE COTE, District Judge:

On December 18, 2023, the defendants' Rule 702 motions regarding the plaintiffs' proposed general causation expert testimony were granted. An Order of January 16, 2024 provided that plaintiffs in any Member Case of this MDL in which an SFC was served on or after January 12, 2024 shall have 21 days from the date of service to show cause why summary judgment should not be entered in favor of the defendants named in that Member Case for failure to 1) present admissible evidence of general causation; 2) show any error in the December 18, 2023 Rule 702 Opinion; and/or 3) show why the December 18, 2023 Rule 702 Opinion does not apply to their Member Case.

In a letter of June 20, 2025, counsel for defendant Johnson & Johnson Consumer Inc. informed the Court that defendants were served in the following nineteen actions between May 2, 2025 and May 23, 2025: 25cv2982, 25cv2985, 25cv2991, 25cv2993, 25cv3004, 25cv3006, 25cv3010, 25cv3255, 23cv3257, 25cv3838, 25cv3843, 25cv3846, 25cv3849, 25cv3852, 25cv3859, 25cv3861, 25cv3864, 25cv3868, and 25cv3876. Because plaintiffs have not filed a show cause response in any of the above-captioned member cases, it is hereby

ORDERED that judgment is entered for defendants in Member Cases 25cv2982, 25cv2985, 25cv2991, 25cv2993, 25cv3004, 25cv3006, 25cv3010, 25cv3255, 23cv3257, 25cv3838, 25cv3843,

25cv3846, 25cv3849, 25cv3852, 25cv3859, 25cv3861, 25cv3864, 25cv3868, and 25cv3876, and the cases are dismissed with prejudice.

Dated:    New York, New York
          June 24, 2025

                                   _____
                                         DENISE COTE
                                   United States District Judge