**UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT
OF NEW YORK**

| IN RE: Acetaminophen – ASD-ADHD Products Liability Litigation | 22md3043 (DLC) |
|---|---|

| | |
|---|---|
| 1:25-cv-2982 | 1:25-cv-3838 |
| 1:25-cv-2985 | 1:25-cv-3843 |
| 1:25-cv-2991 | 1:25-cv-3846 |
| 1:25-cv-2993 | 1:25-cv-3849 |
| 1:25-cv-3004 | 1:25-cv-3852 |
| 1:25-cv-3006 | 1:25-cv-3859 |
| 1:25-cv-3010 | 1:25-cv-3861 |
| 1:25-cv-3255 | 1:25-cv-3864 |
| 1:25-cv-3257 | 1:25-cv-3868 |
| 1:25-cv-3876 | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs, through undersigned counsel, appeal to the United States Court of Appeals for the Second Circuit from the Final Judgment of this Court dated June 24, 2025, MDL Dkt. 1596, and the Court's December 18, 2023 Rule 702 Order Excluding Plaintiffs' General Causation Experts, MDL Dkt. 1381, which was not final and appealable prior to entry of judgment. Plaintiffs file this Notice of Appeal pursuant to Federal Rule of Appellate Procedure 3(b)(1), and for ease of reference, Plaintiffs attach a complete list of parties by case number as Exhibit 1 to this Notice.

Please note that there is a related matter pending before this Court in that matter captioned as *In re: Acetaminophen – ASD-ADHD Products Liability Litigation, Court of Appeals Case No. 24-916.*

Dated: July 21, 2025

Respectfully submitted,

/s/ David R. Buchanan
David R. Buchanan
**SEEGER WEISS LLP**
55 Challenger Rd., 6th Floor
Ridgefield Park, NJ 07660
(973) 639-9100
dbuchanan@seegerweiss.com
Attorney for Plaintiff(s)

# Exhibit 1

**Appeal of Final Judgment Dated June 24, 2025**
**District Court Docket ECF 1596**

Plaintiff-Appellants' Counsel of Record at District Court: **Jeffrey S. Grand, Esq.**

Plaintiff-Appellants' Firm of Record at District Court: **Seeger Weiss LLP**

**Plaintiff-Appellants**: As Listed below.

| Case Name | Docket No. | Plaintiffs | Defendants |
|---|---|---|---|
| Amro v. Johnson & Johnson Consumer, Inc., et al. | 1:25-cv-02982 | Zachary Amro | Johnson & Johnson Consumer Inc., Walgreen Co., Walmart Inc. |
| Dewart v. Johnson & Johnson Consumer, Inc. | 1:25-cv-02985 | William Dewart | Johnson & Johnson Consumer Inc. |
| Muniz, et al. v. Johnson & Johnson Consumer, Inc. | 1:25-cv-2991 | Thamires Muniz, M.M. (A minor) | Johnson & Johnson Consumer Inc. |
| Frazier-Holmes, et al. v. Johnson & Johnson Consumer, Inc., et al. | 1:25-cv-02993 | Shalaya Frazier-Holmes, A.H. a minor | Johnson & Johnson Consumer Inc., Walgreen Co. |
| Macon v. Johnson & Johnson Consumer, Inc., et al. | 1:25-cv-03004 | Xzavier Macon | Johnson & Johnson Consumer Inc., CVS Pharmacy, Inc. Walgreen Co. |
| Putnam v. Johnson & Johnson Consumer, Inc. | 1:25-cv-03006 | Levi Putnam | Johnson & Johnson Consumer Inc. |
| Shell, et al. v. Johnson & Johnson Consumer, Inc. | 1:25-cv-03010 | Gol Shell, T.S. a minor | Johnson & Johnson Consumer Inc. |
| Squires, et al. v. Johnson & Johnson Consumer, Inc. | 1:25-cv-03255 | Holly Squires, M.S. a minor | Johnson & Johnson Consumer Inc. |
| Medishetty v. Johnson & Johnson Consumer, Inc., et al. | 1:25-cv-03257 | Rohit Medishetty | Johnson & Johnson Consumer Inc., Walgreen Co. |
| Franklin v. Johnson & Johnson Consumer, Inc. | 1:25-cv-03838 | Alicia Franklin | Johnson & Johnson Consumer Inc. |
| Knox, et al. v. Johnson & Johnson Consumer, Inc., et al. | 1:25-cv-03843 | Rebecca Knox, Anthony Reed | Johnson & Johnson Consumer Inc., CVS Pharmacy, Inc. |

| Kurtz, et al. v. Johnson & Johnson Consumer, Inc., et al. | 1:25-cv-03846 | Kristen Kurtz, B.K. A minor | Johnson & Johnson Consumer Inc., CVS Pharmacy, Inc., The Kroger Co., Walgreen Co. |
|---|---|---|---|
| Hartman v. Johnson & Johnson Consumer, Inc. | 1:25-cv-03849 | Cody Hartman | Johnson & Johnson Consumer Inc., |
| Fortugno, et al. v. Johnson & Johnson Consumer, Inc. | 1:25-cv-03852 | Gina Fortugno, E.F. a minor | Johnson & Johnson Consumer Inc. |
| Evan v. Johnson & Johnson Consumer, Inc. | 1:25-cv-03859 | Evan Urban | Johnson & Johnson Consumer Inc. |
| Chavez v. Johnson & Johnson Consumer, Inc. | 1:25-cv-03861 | Frank Chavez | Johnson & Johnson Consumer Inc. |
| Sanchez, et al. v. Johnson & Johnson Consumer, Inc. | 1:25-cv-03864 | Martha Sanchez, J.S. a minor | Johnson & Johnson Consumer Inc. |
| Galvan, et al. v. Johnson & Johnson Consumer, Inc., et al. | 1:25-cv-03868 | Genyce Galvan, J.F., a minor | Johnson & Johnson Consumer Inc., Walgreen Co. |
| Chesley v. Johnson & Johnson Consumer, Inc. | 1:25-cv-03876 | Kylie Chesley | Johnson & Johnson Consumer Inc. |