UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ACETAMINOPHEN–ASD-ADHD PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*Bryant, et al. v. Johnson & Johnson Consumer, Inc., et al.*<br>*Case Number 1:23-cv-03550* | Case No.: 1:22-md-03043-DLC<br><br>**NOTICE OF CHANGE OF HANDLING ATTORNEY WITHIN FIRM** |

## NOTICE OF CHANGE OF HANDLING ATTORNEY

PLEASE TAKE NOTICE that, effective immediately, the above-entitled action will be handled by attorney Kristi W. Dean of the law firm of Stone | Dean, LLP, as counsel for defendant, THE KROGER CO., and requests that a copy of all future notices, motions, pleadings, orders, and other communications served or filed in this action be provided via the CM/ECF system or at the following address:

Kristi W. Dean
STONE | DEAN LLP
21052 Oxnard St.
Woodland Hills, CA 91367
(818) 999-2232
Fax: (818) 999-2269
kdean@stonedeanlaw.com

DATED:  August 5, 2025           By:   */s/ Kristi W. Dean*
                                                  Kristi W. Dean
                                                  STONE | DEAN LLP
                                                  21052 Oxnard St.
                                                  Woodland Hills, CA 91367
                                                  (818) 999-2232
                                                  Fax: (818) 999-2269
                                                  kdean@stonedeanlaw.com

                                                  Attorneys for Defendant, The Kroger Co.