# EXHIBIT A

| Plaintiff LN | Plaintiff FN | S.D.N.Y. Case No. | Named Defendants in Short Form Complaint | Plaintiffs' Law Firm | OTSC Deadline |
|---|---|---|---|---|---|
| Barber | Ashley | 1:25-cv-03885 | Johnson & Johnson Consumer Inc. Walmart Inc. | Seeger Weiss LLP | 06/24/2025 |
| Hamzi | Mohammad | 1:25-cv-03888 | Johnson & Johnson Consumer Inc. CVS Pharmacy, Inc. Walgreen Co. | Seeger Weiss LLP | 06/24/2025 |
| Allen | Nikyia | 1:25-cv-03897 | Johnson & Johnson Consumer Inc. Walmart Inc. | Seeger Weiss LLP | 06/24/2025 |
| Bartram | Thomas | 1:25-cv-03902 | Johnson & Johnson Consumer Inc. Walgreen Co. | Seeger Weiss LLP | 06/24/2025 |
| Rawlings | Wesley | 1:25-cv-03903 | Johnson & Johnson Consumer Inc. CVS Pharmacy, Inc. | Seeger Weiss LLP | 06/24/2025 |
| Frost | Tracy | 1:25-cv-04318 | Johnson & Johnson Consumer Inc. | Seeger Weiss LLP | 07/08/2025 |
| Harr | Jacob | 1:25-cv-04319 | Johnson & Johnson Consumer Inc. | Seeger Weiss LLP | 07/08/2025 |
| Hincapie | Jessica | 1:25-cv-04326 | Johnson & Johnson Consumer Inc. | Seeger Weiss LLP | 07/08/2025 |
| Johnson | Jessica | 1:25-cv-04328 | Johnson & Johnson Consumer Inc. Walmart Inc. | Seeger Weiss LLP | 07/08/2025 |
| Johnson | Diana | 1:25-cv-04338 | Johnson & Johnson Consumer Inc. The Kroger Co. Walgreen Co. | Seeger Weiss LLP | 07/09/2025 |
| Mills | Atalie | 1;25-cv-04341 | Johnson & Johnson Consumer Inc. | Seeger Weiss LLP | 07/09/2025 |
| Bennett | Lori | 1:25-cv-04343 | Johnson & Johnson Consumer Inc. Walmart Inc. | Seeger Weiss LLP | 07/09/2025 |
| Barber | Amanda | 1:25-cv-04346 | Johnson & Johnson Consumer Inc. Walgreen Co. | Seeger Weiss LLP | 07/09/2025 |

1

| Plaintiff LN | Plaintiff FN | S.D.N.Y. Case No. | Named Defendants in Short Form Complaint | Plaintiffs' Law Firm | OTSC Deadline |
|---|---|---|---|---|---|
| Drazen | Jaydin | 1:25-cv-04558 | Johnson & Johnson Consumer Inc. CVS Pharmacy, Inc. Walgreen Co. | Seeger Weiss LLP | 07/11/2025 |
| Pierce | Dylan | 1:25-cv-04562 | Johnson & Johnson Consumer Inc. | Seeger Weiss LLP | 07/11/2025 |
| Patterson | Diamond | 1:25-cv-04899 | Johnson & Johnson Consumer Inc. CVS Pharmacy, Inc. | Seeger Weiss LLP | 07/11/2025 |
| Griffith | Braden | 1:25-cv-04901 | Johnson & Johnson Consumer Inc. CVS Pharmacy, Inc. | Seeger Weiss LLP | 07/11/2025 |
| Moore | Shealyn | 1:25-cv-04904 | Johnson & Johnson Consumer Inc. Walmart Inc. | Seeger Weiss LLP | 09/24/2025 |
| Blount | Alise | 1:25-cv-04905 | Johnson & Johnson Consumer Inc. CVS Pharmacy, Inc. Walgreen Co. | Seeger Weiss LLP | 09/24/2025 |
| Medina | Summer | 1:25-cv-04906 | Johnson & Johnson Consumer Inc. Walgreen Co. | Seeger Weiss LLP | 09/24/2025 |
| Horine | Samantha | 1:25-cv-04907 | Johnson & Johnson Consumer Inc. Walgreen Co. | Seeger Weiss LLP | 09/24/2025 |
| Ross | Jerome | 1:25-cv-04908 | Johnson & Johnson Consumer Inc. | Seeger Weiss LLP | 09/24/2025 |
| Steph | Anthony | 1:25-cv-04910 | Johnson & Johnson Consumer Inc. Walgreen Co. | Seeger Weiss LLP | 09/24/2025 |
| Wager | Colin | 1:25-cv-04912 | Johnson & Johnson Consumer Inc. CVS Pharmacy, Inc. Target Corporation Walmart Inc. | Seeger Weiss LLP | 09/24/2025 |
| Wager | Drew | 1:25-cv-04913 | Johnson & Johnson Consumer Inc. Walmart Inc. | Seeger Weiss LLP | 09/24/2025 |

2

| Plaintiff LN | Plaintiff FN | S.D.N.Y. Case No. | Named Defendants in Short Form Complaint | Plaintiffs' Law Firm | OTSC Deadline |
|---|---|---|---|---|---|
| Wager | Mason | 1:25-cv-04916 | Johnson & Johnson Consumer Inc. CVS Pharmacy, Inc. Target Corporation Walmart Inc. | Seeger Weiss LLP | 09/24/2025 |
| Abby | Magdelena | 1:25-cv-05320 | Johnson & Johnson Consumer Inc. | Seeger Weiss LLP | 10/06/2025 |
| Downey | Angelina | 1:25-cv-05328 | Johnson & Johnson Consumer Inc. Walmart Inc. | Seeger Weiss LLP | 10/06/2025 |
| Ridley | Faith | 1:25-cv-05333 | Johnson & Johnson Consumer Inc. CVS Pharmacy, Inc. Target Corporation Walmart Inc. | Seeger Weiss LLP | 10/06/2025 |
| Whitaker | Ariel | 1:25-cv-05337 | Johnson & Johnson Consumer Inc. | Seeger Weiss LLP | 10/06/2025 |
| Madariga | Jonathan | 1:25-cv-05339 | Johnson & Johnson Consumer Inc. | Seeger Weiss LLP | 10/06/2025 |
| Garcia | Jordan | 1:25-cv-05343 | Johnson & Johnson Consumer Inc. CVS Pharmacy, Inc. Walgreen Co. Walmart Inc. | Seeger Weiss LLP | 10/06/2025 |
| Novoj | Julian | 1:25-cv-05371 | Johnson & Johnson Consumer Inc. Walmart Inc. | Seeger Weiss LLP | 10/10/2025 |
| Heiker | Kaileigh | 1:25-cv-05373 | Johnson & Johnson Consumer Inc. | Seeger Weiss LLP | 10/10/2025 |
| Williams | Ramone | 1:25-cv-05376 | Johnson & Johnson Consumer Inc. | Seeger Weiss LLP | 10/10/2025 |
| Cortinas | Rya | 1:25-cv-05378 | Johnson & Johnson Consumer Inc. | Seeger Weiss LLP | 10/10/2025 |
| Cross | Sydney | 1:25-cv-05402 | Johnson & Johnson Consumer Inc. | Seeger Weiss LLP | 10/10/2025 |

| Plaintiff LN | Plaintiff FN | S.D.N.Y. Case No. | Named Defendants in Short Form Complaint | Plaintiffs' Law Firm | OTSC Deadline |
|---|---|---|---|---|---|
| Chavez | Roy | 1:25-cv-05913 | Johnson & Johnson Consumer Inc. Walgreen Co. | Seeger Weiss LLP | 10/28/2025 |
| Foster | Curt | 1:25-cv-05915 | Johnson & Johnson Consumer Inc. The Kroger Co. | Seeger Weiss LLP | 10/28/2025 |
| Gionet | Sage | 1:25-cv-05921 | Johnson & Johnson Consumer Inc. | Seeger Weiss LLP | 10/28/2025 |
| Jordan | Yashua | 1:25-cv-05924 | Johnson & Johnson Consumer Inc. Walgreen Co. | Seeger Weiss LLP | 10/28/2025 |
| Page | Joseph | 1:25-cv-05927 | Johnson & Johnson Consumer Inc. | Seeger Weiss LLP | 10/28/2025 |
| Patton | Julius | 1:25-cv-05929 | Johnson & Johnson Consumer Inc. Walgreen Co. | Seeger Weiss LLP | 10/28/2025 |
| Payne | Regina | 1:25-cv-05961 | Johnson & Johnson Consumer Inc. | Seeger Weiss LLP | 11/10/2025 |
| Rusyn-Massey | Vera | 1:25-cv-05963 | Johnson & Johnson Consumer Inc. CVS Pharmacy, Inc. Walgreen Co. Walmart Inc. | Seeger Weiss LLP | 11/10/2025 |