**UNITED  STATES  DISTRICT  COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| **22-md-3043** | | |
| 1:25-cv-3885 | 1:25-cv-4899 | 1:25-cv-5339 |
| 1:25-cv-3888 | 1:25-cv-4901 | 1:25-cv-5343 |
| 1:25-cv-3897 | 1:25-cv-4904 | 1:25-cv-5371 |
| 1:25-cv-3902 | 1:25-cv-4905 | 1:25-cv-5373 |
| 1:25-cv-3903 | 1:25-cv-4906 | 1:25-cv-5376 |
| 1:25-cv-4318 | 1:25-cv-4907 | 1:25-cv-5378 |
| 1:25-cv-4319 | 1:25-cv-4908 | 1:25-cv-5402 |
| 1:25-cv-4326 | 1:25-cv-4910 | 1:25-cv-5913 |
| 1:25-cv-4328 | 1:25-cv-4912 | 1:25-cv-5915 |
| 1:25-cv-4338 | 1:25-cv-4913 | 1:25-cv-5921 |
| 1:25-cv-4341 | 1:25-cv-4916 | 1:25-cv-5924 |
| 1:25-cv-4343 | 1:25-cv-5320 | 1:25-cv-5927 |
| 1:25-cv-4346 | 1:25-cv-5328 | 1:25-cv-5929 |
| 1:25-cv-4558 | 1:25-cv-5333 | 1:25-cv-5961 |
| 1:25-cv-4562 | 1:25-cv-5337 | 1:25-cv-5963 |

IN RE: Acetaminophen –
ASD-ADHD Products
Liability Litigation

## AMENDED NOTICE OF APPEAL

Notice is hereby given that Plaintiffs, through undersigned counsel, appeal to the United States Court of Appeals for the Second Circuit from the Final Judgment of this Court dated November 12, 2025, MDL Dkt. 1618, and the Court's December 18, 2023 Rule 702 Order Excluding Plaintiffs' General Causation Experts, MDL Dkt. 1381, which was not final and appealable prior to entry of judgment. Plaintiffs file this Notice of Appeal pursuant to Federal  Rule of Appellate Procedure 3(b)(1), and for ease of reference, Plaintiffs attach a complete list of  parties by case number as Exhibit 1 to this Notice.

Please note that there is a related matter pending before this Court in that matter captioned as *In re: Acetaminophen – ASD-ADHD Products Liability Litigation, Court of Appeals Case No. 24-916.*

Dated: December 2, 2025

*Respectfully submitted,*
/s/ David R. Buchanan
David R. Buchanan
**SEEGER WEISS LLP**
55 Challenger Rd., 6th Floor
Ridgefield Park, NJ 07660
(973) 639-9100
dbuchanan@seegerweiss.com
Attorney for Plaintiff(s)

# Exhibit 1

**APPEAL OF FINAL JUDGMENT Dated November 12, 2025**
**District Court (SDNY) Docket ECF 1618**

**Plaintiff-Appellants' Counsel of Record at District Court:**
**Gala Grand (formerly known as Jeffrey S. Grand)**

**Plaintiff-Appellants' Firm of Record at District Court: Seeger Weiss LLP**

**Plaintiff-Appellants: Listed below.**


Case Name: Barber, et al. v. Johnson & Johnson Consumer Inc. et al.
Docket No.: 1:25-cv-03885-DLC
Plaintiffs: Ashley Barber and L.Q., a minor
Defendants: Johnson & Johnson Consumer Inc., Walmart, Inc.

Case Name: Hamzi, et al. v. Johnson & Johnson Consumer Inc. et al.
Docket No.: 1:25-cv-03888-DLC
Plaintiffs: Mohammad Hamzi and Izdihar Abadi
Defendants: Johnson & Johnson Consumer Inc., CVS Pharmacy, Inc. and Walgreen Co.

Case Name: Allen v. Johnson & Johnson Consumer Inc. et al.
Docket No.: 1:25-cv-03897-DLC
Plaintiffs: Nikyia Allen
Defendants: Johnson & Johnson Consumer Inc. and Walmart Inc.

Case Name: Bartram v. Johnson & Johnson Consumer Inc. et al.
Docket No.: 1:25-cv-03902-DLC
Plaintiffs: Thomas Bartram
Defendants: Johnson & Johnson Consumer Inc. and Walgreen Co.

Case Name: Rawlings v. Johnson & Johnson Consumer Inc. et al.
Docket No.: 1:25-cv-03903-DLC
Plaintiffs: Wesley Rawlings
Defendants: Johnson & Johnson Consumer Inc. and CVS Pharmacy, Inc.

Case Name: Frost, et al. v. Johnson & Johnson Consumer Inc.
Docket No.: 1:25-cv-04318
Plaintiffs: Tracy Frost and D.F., a minor
Defendants: Johnson & Johnson Consumer Inc.

Case Name: Harr v. Johnson & Johnson Consumer Inc.
Docket No.: 1:25-cv-04319
Plaintiffs: Jacob Harr
Defendants: Johnson & Johnson Consumer Inc.

Case Name: Hincapie, et al. v. Johnson & Johnson Consumer Inc.
Docket No.: 1:25-cv-04326
Plaintiffs: Jessica Hincapie and L.H., a minor
Defendants: Johnson & Johnson Consumer Inc.

Case Name: Johnson v. Johnson & Johnson Consumer Inc., et al.
Docket No.: 1:25-cv-04328
Plaintiffs: Jessica Johnson
Defendants: Johnson & Johnson Consumer Inc. and Walmart Inc.

Case Name: Johnson, et al. v. Johnson & Johnson Consumer Inc., et al.
Docket No.: 1:25-cv-04338
Plaintiffs: Diana Johnson as guardian of deceased child and estate representative; and
Leighton Johnson, Deceased
Defendants: Johnson & Johnson Consumer Inc., The Kroger, Co. and Walgreen Co.

Case Name: Mills v. Johnson & Johnson Consumer Inc.
Docket No.: 1:25-cv-04341
Plaintiffs: Atalie Mills
Defendants: Johnson & Johnson Consumer Inc.

Case Name: Bennett, et al. v. Johnson & Johnson Consumer Inc., et al.
Docket No.: 1:25-cv-04343
Plaintiffs: Lori Bennett (Guardian), Alexis Ortiz and Anjelika Ortiz
Defendants: Johnson & Johnson Consumer Inc., and Walmart Inc.

Case Name: Barber, et al. v. Johnson & Johnson Consumer Inc., et al.
Docket No.: 1:25-cv-04346
Plaintiffs: Amanda Barber (Guardian), and Hezekiah Wilkes
Defendants: Johnson & Johnson Consumer Inc., and Walgreen Co.

Case Name: Drazen v. Johnson & Johnson Consumer Inc., et al.
Docket No.: 1:25-cv-04558
Plaintiffs: Jaydin Drazen
Defendants: Johnson & Johnson Consumer Inc., CVS Pharmacy, Inc. and Walgreen Co.

Case Name: Pierce v. Johnson & Johnson Consumer Inc.
Docket No.: 1:25-cv-04562
Plaintiffs: Dylan Pierce
Defendants: Johnson & Johnson Consumer Inc.

Case Name: Patterson, et al. v. Johnson & Johnson Consumer Inc. et al.
Docket No.: 1:25-cv-04899
Plaintiffs: Diamond Patterson and K.G., a minor
Defendants: Johnson & Johnson Consumer Inc. and CVS Pharmacy, Inc.

Case Name: Griffith v. Johnson & Johnson Consumer Inc., et al.
Docket No.: 1:25-cv-04901
Plaintiffs: Braden Griffith
Defendants: Johnson & Johnson Consumer Inc. and CVS Pharmacy, Inc.

Case Name: Moore, et al. v. Johnson & Johnson Consumer Inc. et al.
Docket No.: 1:25-cv-04904
Plaintiffs: Shealyn Moore and M.H., a minor
Defendants: Johnson & Johnson Consumer Inc. and Walmart, Inc.

Case Name: Blount, et al. v. Johnson & Johnson Consumer Inc. et al.
Docket No.: 1:25-cv-04905
Plaintiffs: Alise Blount and J.H., a minor
Defendants: Johnson & Johnson Consumer Inc., CVS Pharmacy, Inc. and Walgreen Co.

Case Name: Medina v. Johnson & Johnson Consumer Inc., et al.
Docket No.: 1:25-cv-04906
Plaintiffs: Summer Medina
Defendants: Johnson & Johnson Consumer Inc. and Walgreen Co.

Case Name: Horine, et al. v. Johnson & Johnson Consumer Inc. et al.
Docket No.: 1:25-cv-04907
Plaintiffs: Samantha Horine and D.M., a minor
Defendants: Johnson & Johnson Consumer Inc. and Walgreen Co.

Case Name: Ross v. Johnson & Johnson Consumer Inc.
Docket No.: 1:25-cv-04908
Plaintiffs: Jerome Ross
Defendants: Johnson & Johnson Consumer Inc.

Case Name: Steph v. Johnson & Johnson Consumer Inc., et al.
Docket No.: 1:25-cv-04910
Plaintiffs: Anthony Steph
Defendants: Johnson & Johnson Consumer Inc. and Walgreen Co.

Case Name: Wager v. Johnson & Johnson Consumer Inc., et al.
Docket No.: 1:25-cv-04912
Plaintiffs: Colin Wager
Defendants: Johnson & Johnson Consumer Inc., CVS Pharmacy Inc., Target Corporation
and Walmart Inc.

Case Name: Wager v. Johnson & Johnson Consumer Inc., et al.
Docket No.: 1:25-cv-04913
Plaintiffs: Drew Wager
Defendants: Johnson & Johnson Consumer Inc. and Walmart Inc.

Case Name: Wager v. Johnson & Johnson Consumer Inc., et al.
Docket No.: 1:25-cv-04916
Plaintiffs: Mason Wager
Defendants: Johnson & Johnson Consumer Inc., CVS Pharmacy Inc., Target Corporation and Walmart Inc.

Case Name: Abby v. Johnson & Johnson Consumer Inc.
Docket No.: 1:25-cv-05320
Plaintiffs: Magdelena Abby
Defendants: Johnson & Johnson Consumer Inc.

Case Name: Downey v. Johnson & Johnson Consumer Inc., et al.
Docket No.: 1:25-cv-05328
Plaintiffs: Angelina Downey
Defendants: Johnson & Johnson Consumer Inc. and Walmart Inc.

Case Name: Ridley v. Johnson & Johnson Consumer Inc., et al.
Docket No.: 1:25-cv-05333
Plaintiffs: Faith Ridley
Defendants: Johnson & Johnson Consumer Inc. CVS Pharmacy, Inc., Target Corporation and Walmart Inc.

Case Name: Whitaker, et al. v. Johnson & Johnson Consumer Inc.
Docket No.: 1:25-cv-05337
Plaintiffs: Ariel Whitaker and J. D., a minor
Defendants: Johnson & Johnson Consumer Inc.

Case Name: Madariga v. Johnson & Johnson Consumer Inc.
Docket No.: 1:25-cv-05339
Plaintiffs: Jonathan Madariga
Defendants: Johnson & Johnson Consumer Inc.

Case Name: Garcia v. Johnson & Johnson Consumer Inc., et al.
Docket No.: 1:25-cv-05343
Plaintiffs: Jordan Garcia
Defendants: Johnson & Johnson Consumer Inc., CVS Pharmacy, Inc., Walgreen Co. and Walmart Inc.

Case Name: Novoj v. Johnson & Johnson Consumer Inc., et al.
Docket No.: 1:25-cv-05371
Plaintiffs: Julian Novoj
Defendants: Johnson & Johnson Consumer Inc. and Walmart Inc.

Case Name: Heiker, et al. v. Johnson & Johnson Consumer Inc., et al.
Docket No.: 1:25-cv-05373
Plaintiffs: Kaileigh Heiker and O.H., a minor
Defendants: Johnson & Johnson Consumer Inc. and Walmart Inc.

Case Name: Williams v. Johnson & Johnson Consumer Inc.
Docket No.: 1:25-cv-05376
Plaintiffs: Ramone Williams
Defendants: Johnson & Johnson Consumer Inc.

Case Name: Cortinas v. Johnson & Johnson Consumer Inc.
Docket No.: 1:25-cv-05378
Plaintiffs: Ryan Cortinas
Defendants: Johnson & Johnson Consumer Inc.

Case Name: Cross v. Johnson & Johnson Consumer Inc.
Docket No.: 1:25-cv-05402
Plaintiffs: Sydney Cross
Defendants: Johnson & Johnson Consumer Inc.

Case Name: Chavez v. Johnson & Johnson Consumer Inc., et al.
Docket No.: 1:25-cv-05913
Plaintiffs: Roy Chavez
Defendants: Johnson & Johnson Consumer Inc. and Walgreen Co.

Case Name: Foster, et al. v. Johnson & Johnson Consumer Inc., et al.
Docket No.: 1:25-cv-05915
Plaintiffs: Curt Foster (Guardian), Briana Foster and Adriana Foster
Defendants: Johnson & Johnson Consumer Inc. and The Kroger Co.

Case Name: Gionet v. Johnson & Johnson Consumer Inc.
Docket No.: 1:25-cv-05921
Plaintiffs: Sage Gionet
Defendants: Johnson & Johnson Consumer Inc.

Case Name: Jordan v. Johnson & Johnson Consumer Inc., et al.
Docket No.: 1:25-cv-05924
Plaintiffs: Yashua Jordan
Defendants: Johnson & Johnson Consumer Inc. and Walgreen Co.

Case Name: Page v. Johnson & Johnson Consumer Inc.
Docket No.: 1:25-cv-05927
Plaintiffs: Joseph Page
Defendants: Johnson & Johnson Consumer Inc.

Case Name: Patton v. Johnson & Johnson Consumer Inc., et al.
Docket No.: 1:25-cv-05929
Plaintiffs: Julius Patton
Defendants: Johnson & Johnson Consumer Inc. and Walgreen Co.

Case Name: Payne, et al. v. Johnson & Johnson Consumer Inc.
Docket No.: 1:25-cv-05961
Plaintiffs: Regina Payne (Guardian) and Joshua Payne
Defendants: Johnson & Johnson Consumer Inc.

Case Name: Rusyn-Massey, et al. v. Johnson & Johnson Consumer Inc., et al.
Docket No.: 1:25-cv-05963
Plaintiffs: Vera Rusyn-Massey and J.R. and I.R., minors
Defendants: Johnson & Johnson Consumer Inc. CVS Company, Inc., Walgreen Co. and Walmart, Inc.