# HOLWELL SHUSTER & GOLDBERG LLP

*425 Lexington Avenue*
*New York, New York 10017*
*Tel:  (646) 837-5151*
*Fax: (646) 837-5150*
*www.hsgllp.com*

*Eileen Monaghan DeLucia*
*(646) 837-5158*
edelucia@hsgllp.com

By ECF
The Honorable Denise L. Cote, United States District Court Judge
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007                                      January 14, 2026

Re: *In Re: Acetaminophen – ASD/ADHD Products Liability Litigation*, No. 1:22-md-3043-DLC (S.D.N.Y.)

This Document Relates To:
    *Hatfield et al. v. Wal-Mart Stores, Inc.*,  No. 22-cv-9011, and
    *Roberts et al. v. Wal-Mart Stores, Inc.*, No. 22-cv-9012

Dear Judge Cote:

    I respectfully request permission to withdraw as counsel for Plaintiffs Robin Hatfield, individually and as mother and general guardian of C.H., a minor agent of C.H., and Lisa Roberts, individually and as mother and general guardian of M.M., a minor agent of M.M., for the reason that I will no longer be employed with Holwell Shuster & Goldberg LLP after January 15, 2026.

    Daniel M. Sullivan and Richard J. Holwell of Holwell Shuster & Goldberg LLP will continue to represent Ms. Hatfield, individually and as mother and general guardian of C.H., a minor agent of C.H., and Ms. Roberts, individually and as mother and general guardian of M.M., a minor agent of M.M.

                                    Respectfully submitted,


                                    /s/ Eileen Monaghan DeLucia