

Jessica L. Brennan, Esq.
67 E. Park Place, Suite 1000
Morristown, NJ 07960
Tel (973) 775-6101
Fax (973) 775-6102

www.btlaw.com

February 6, 2026

**VIA ECF**

The Honorable Denise L. Cote
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 1910
New York, New York 10007

> ### *In Re: Acetaminophen ASD/ADHD Prods. Liab. Litig.*, 1:22-md-3043 (DLC)
> ### Kenvue's Letter Motion to File Under Seal

Dear Judge Cote,

In accordance with Your Honor's Individual Rule 8-B and pursuant to the Stipulated Protective Order (DE 351) ("MDL Protective Order"), Defendant Johnson & Johnson Consumer Inc. (now known as Kenvue Brands LLC) ("Kenvue") respectfully submits this letter brief to request that certain portions of Kenvue's anticipated and proposed Motion for Sanctions and exhibits thereto, as attached to the Declaration of Jessica L. Brennan, Esq. submitted in support of Kenvue's Letter Motion regarding the MDL Protective Order be filed under seal. Specifically, Kenvue seeks to redact and file under seal certain direct quotes, summaries, or characterizations of confidential company documents produced by Kenvue in this MDL pursuant to the Protective Order and improperly disclosed by Plaintiffs' Lead Counsel, Ashley Keller, in two other actions.

Commercial privacy interests mandate that this limited information should be filed under seal. *See, e.g., Gelb v. Am. Tel. & Tel. Co.*, 813 F. Supp. 1022, 1035 (S.D.N.Y. 1993) (assertion that competitive injury may result from public disclosure is "a sufficient basis to grant defendants' motion to seal"); *Kewazinga Corp. v. Microsoft Corp.*, No. 1:18-CV-4500-GHW, 2021 WL 1222122, at *3 (S.D.N.Y. Mar. 31, 2021) ("Courts commonly find that documents that contain trade secrets, confidential research and development information, marketing plans, revenue information, pricing information, and the like satisfy the sealing standard."); *Carbon Inv. Partners, LLC v. Bressler*, No. 20-CV-03617 (ER), 2020 WL 5441497, at *3 (S.D.N.Y. Sept. 10, 2020) (citing United States v. Amodeo, 71 F.3d 1044, 1051 (2d Cir. 1995)) ("The Second Circuit has recognized that business secrecy and privacy interests all warrant sealing notwithstanding the presumption of public access."). The company document quotations and references included in the Motion and exhibits thereto contain or reflect confidential, intracompany communications and analysis. The information involves proprietary internal information; public disclosure could give rise to competitive injury by providing insight into Defendants' internal analysis and processes. This is the very reason Kenvue seeks to pursue the enforcement of the MDL Protective Order and seeks sanctions as against Plaintiffs' Lead Counsel, Mr. Keller.

The Honorable Denise L. Cote
February 6, 2026
Page 2 of 2


      Pursuant to the Protective Order and Rule 8-B of the Court's Individual Practices, Kenvue will contemporaneously file the proposed sealed portions of the Motion and exhibits thereto in the ECF system and electronically relate those documents to this letter motion.

           Respectfully submitted,

           */s/ Jessica L. Brennan*

cc: All Counsel of Record

**Barnes & Thornburg**