```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :    22md3043 (DLC)
IN RE: Acetaminophen – ASD-ADHD      :
Products Liability Litigation        :       ORDER
                                     :
------------------------------------ X
```

DENISE COTE, District Judge:

On February 6, 2026, the defendant Johnson & Johnson Consumer Inc. (now known as Kenvue Brands LLC) ("Kenvue") filed a motion for sanctions against plaintiff's counsel Ashley Keller and Keller Postman LLC. On February 9, 2026, Mr. Keller responded by letter, requesting, <u>inter alia</u>, seven days to respond to the motion. Accordingly, it is hereby

ORDERED that Mr. Keller and Keller Postman's opposition brief to the February 6, 2026 sanctions motion is due by **February 17, 2026.** Any reply by Kenvue is due by **February 20.**

Dated:   New York, New York
         February 9, 2026

                                        _____
                                               DENISE COTE
                                        United States District Judge