UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: Acetaminophen – ASD-ADHD
Products Liability Litigation

Docket No.: 22-md-3043 (DLC)

This Document Relates To: All Actions

## DECLARATION OF JESSICA L. BRENNAN, ESQ.

I, Jessica L. Brennan, Esq., an attorney duly admitted to practice law in this Court, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.    I am a Partner with the law firm of Barnes & Thornburg LLP, attorneys for Defendant Johnson & Johnson Consumer Inc. (now known as Kenvue Brands LLC) ("Kenvue") in the above referenced matter.

2.    I submit this Declaration in support of Kenvue's Reply in Support of its Motion for Sanctions Against Ashley Keller. I have personal knowledge of the following facts set forth in this Declaration and, if called as a witness, I could and would competently testify as to the matters stated herein.

3.    Annexed hereto as **Exhibit I** is a true and correct copy of the transcript from the February 12, 2026 Hearing on Kenvue Brand LLC's Rule 91A Motion to Dismiss in the action styled *State of Texas v. Johnson & Johnson, et al.*, No. 2025-348 (Tex. Dist. Ct. Panola Cnty.).

Dated: February 20, 2026

Respectfully submitted,

/s/ *Jessica L. Brennan*
Jessica L. Brennan
Barnes & Thornburg LLP
67 East Park Place, Suite 1000
Morristown, NJ 07960-7105
Jessica.Brennan@btlaw.com

*Attorneys for Johnson & Johnson Consumer Inc. now known as Kenvue Brands LLC*