**UNITED  STATES  DISTRICT  COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  | **22-md-3043** | |
|---|---|---|
| **IN RE: Acetaminophen –** | 1:25-cv-6201 | 1:25-cv-6212 | 1:25-cv-6219 |
| **ASD-ADHD Products** | 1:25-cv-6233 | 1:25-cv-6923 | 1:25-cv-6926 |
| **Liability Litigation** | 1:25-cv-6931 | 1:25-cv-7191 | 1:25-cv-7195 |
|  | 1:25-cv-7210 | 1:25-cv-7211 | 1:25-cv-7229 |
|  |  | | |
|  | 1:25-cv-7949 | 1:25-cv-7953 | 1:25-cv-7990 |
|  | 1:25-cv-8011 | 1:25-cv-8020 | 1:25-cv-9073 |
|  | 1:25-cv-9074 | 1:25-cv-9077 | 1:25-cv-9541 |
|  |  | | |
|  | 1:25-cv-9542 | 1:25-cv-9701 | 1:25-cv-10092 |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs, through undersigned counsel, appeal to the United States Court of Appeals for the Second Circuit from the Final Judgment of this Court dated April 1, 2026, MDL Dkt. 1644, and the Court's December 18, 2023 Rule 702 Order Excluding Plaintiffs' General Causation Experts, MDL Dkt. 1381, which was not final and appealable prior to entry of judgment. Plaintiffs file this Notice of Appeal pursuant to Federal  Rule of Appellate Procedure 3(b)(1), and for ease of reference, Plaintiffs attach a complete list of parties by case number as **EXHIBIT 1** to this Notice.

Please note, there is a related matter pending before this Court in that matter captioned as *In re: Acetaminophen – ASD-ADHD Products Liability Litigation, Court of Appeals Case No. 24-916.*

Dated: April 24, 2026

*Respectfully submitted,*
/s/ David R. Buchanan
David R. Buchanan
**SEEGER WEISS LLP**
55 Challenger Rd., 6th Floor
Ridgefield Park, NJ 07660
(973) 639-9100
dbuchanan@seegerweiss.com
Attorney for Plaintiff(s)