**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE: Acetaminophen – ASD-ADHD Products Liability Litigation** | **Case No.: 1:22-md-03043-DLC**<br><br>**Honorable Denise L. Cote**<br><br>**NOTICE OF APPEAL**<br><br>**Appeal of 4/1/2026 Final Judgment:**<br><br>1:25-CV-10724<br>1:25-CV-10721<br>1:25-CV-10729<br>1:25-CV-10737 |

## <u>NOTICE OF APPEAL</u>

Notice is hereby given that Plaintiffs, through undersigned counsel, appeal to the United States Court of Appeals for the Second Circuit from the Final Judgment of this Court dated April 1, 2026, MDL Dkt. 1644, as well as, the Court's December 18, 2023 Rule 702 Order Excluding Plaintiffs' General Causation Experts, MDL Dkt. 1381, which was not final and appealable prior to entry of judgment. Plaintiffs file this Notice of Appeal pursuant to Federal Rule of Appellate Procedure 3(b)(1), and for ease of reference, Plaintiffs attach a complete list of parties by case number as **Exhibit 1** to this Notice.

Please note that there is a related matter pending before this Court in that matter captioned as In re: Acetaminophen – ASD-ADHD Products Liability Litigation, Court of Appeals Case No. 24-916.

DATED: April 27, 2026                    Respectfully submitted,


By: */s/ Curtis G. Hoke*
    Curtis G. Hoke (CA Bar No.: 282465)
    **THE MILLER FIRM, LLC**
    108 Railroad Avenue
    Orange, Virginia 22960
    Tel: (540) 672-4224
    Fax: (540) 672-3055
    E-Mail: choke@millerfirmllc.com

    *Counsel for Plaintiffs*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on **April 27, 2026**, a true copy of the foregoing NOTICE OF

APPEAL was filed electronically.  Notice of this filing was sent to all parties by operation of the

Court's electronic filing system.


DATED: April 27, 2026                                      Respectfully submitted,


By: */s/ Curtis G. Hoke*
Curtis G. Hoke (CA Bar No.: 282465)
**THE MILLER FIRM, LLC**
108 Railroad Avenue
Orange, Virginia 22960
Tel: (540) 672-4224
Fax: (540) 672-3055
E-Mail: choke@millerfirmllc.com

*Counsel for Plaintiff(s)*