```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :       22md3043 (DLC)
                                         :
IN RE: Acetaminophen - ASD-ADHD          :
Products Liability Litigation            :          ORDER
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

An Opinion of May 8, 2026, granted defendant Kenvue Brands LLC's ("Kenvue") motion for sanctions against plaintiffs' co-lead counsel Ashley Keller and his law firm Keller Postman LLC ("Keller Postman"). Accordingly, it is hereby

ORDERED that the parties shall attempt to agree upon the amount of reasonable attorneys' fees owed without prejudice to Mr. Keller and Keller Postman's right to appeal the May 8 Opinion. The parties may seek a referral to a mediator from the Court. In the event the parties are unable to agree upon the amount of attorneys' fees owed, Kenvue shall file a motion for attorneys' fees and costs by **June 5, 2026.** The opposition is due **June 12, 2026.** Kenvue's reply is due **June 19, 2026.** At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl

Street, New York, New York.

Dated:    New York, New York
          May 8, 2026

_____
DENISE COTE
United States District Judge