**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE: Acetaminophen – ASD-ADHD Products Liability Litigation**<br><br>**This Document Related To: All Cases** | **22md3043 (DLC)** |

## NOTICE OF APPEAL

Ashley C. Keller and Keller Postman LLC hereby appeal to the United States Court of Appeals for the Second Circuit from the May 8, 2026 order (Dkt. No. 1650) imposing Rule 37 sanctions.

Dated: May 9, 2026

Respectfully submitted,

*/s/ Ashley Barriere*
Ashley Barriere
KELLER POSTMAN LLC
150 N. Riverside Plaza
Suite 4100
Chicago, IL 60606
Tel. (312) 210-7307
ashley.barriere@kellerpostman.com

Warren D. Postman (*Pro Hac Vice*)
KELLER POSTMAN LLC
1101 Connecticut Avenue NW
Suite 1100
Washington, DC 20036
Tel. (202) 983-5484
wdp@kellerpostman.com

1