**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE: Acetaminophen – ASD-ADHD**<br>**Products Liability Litigation**<br><br><br>**This Document Is Related To: All Cases** | **22md3043 (DLC)** |

## AFFIDAVIT OF ASHLEY C. KELLER PURSUANT TO THE COURT'S ORDER REGARDING SANCTIONS

I, Ashley C. Keller, being duly sworn, hereby deposes and states as follows:

1.      I make this Affidavit pursuant to the Court's Order on May 8, 2026. Dkt. No. 1650. I have personal knowledge of the facts set forth herein and, if called as a witness, I would competently testify as to the matters stated herein.

2.      Since the Court issued its Order on May 8, 2026, I have caused every attorney at Keller Postman working on cases previously pending in the MDL and the firm's acetaminophen-related actions in California, Illinois, Florida, and Texas to read the Court's May 8 Order.

3.      I have also caused every paralegal and litigation assistant at Keller Postman working on cases previously pending in the MDL and the firm's acetaminophen-related actions in California, Illinois, Florida, and Texas to read the Court's May 8 Order.

4.      Before this Court issued its order on May 8, 2026, counsel for Kenvue sent an email to my colleagues indicating that Kenvue would agree to allow Texas to use discovery produced in the MDL in the Texas acetaminophen litigation. *See* Exhibit 1. To date, Keller Postman has not provided unredacted copies of my affidavit or the confidential documents that

were the subject of this Court's May 8 order to Texas or Judge Rafferty.

5.     The parties have submitted an agreed order regarding use of discovery produced in the MDL to the Texas jurist—Judge Rafferty—for her signature. *See* Exhibit 2.

I declare under the penalty of perjury that the foregoing statements are true and correct to the best of my knowledge and belief.

Ashley C. Keller (*Pro Hac Vice*)
KELLER POSTMAN LLC
2333 Ponce De Leon Boulevard
Suite R-240
Coral Gables, FL 33134
Tel. (833) 633-0118
ack@kellerpostman.com

Signed and sworn before me this 21st day of May, 2026.

Notary Public

BETHANY DECALUWE
Official Seal
Notary Public - State of Illinois
My Commission Expires Aug 2, 2026

2