UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**This Document Relates to:**                    **Docket 22-md-3043 (DLC)**

**IN RE: Acetaminophen – ASD-ADHD
Products Liability Litigation**

**Bagley, et al. v. Johnson & Johnson,
et al.; Case No. 1:23-cv-06321**

**Contreras, et. al v. Big Lots, Inc.;
1:22-cv-09878-DLC**

**Correll, et al. v. CVS Pharmacy, et al.
Case No. 1:22-cv-09056-DLC**

**Green, et al. v. Johnson & Johnson,
et al.; Case No. 1:23-cv-5419**

**Greer, et al. v. Johnson & Johnson,
et al.; Case No. 1:23-8449**

**Johnson, et al. v. Johnson &
Johnson, et al.; Case No. 1:23-cv-5655**

**Knighten, et al. v. Johnson &
Johnson, et al.; Case No. 1:23-cv-
06580**

**Lindberg, et al. v. Johnson &
Johnson, et al.; Case No. 1:22-cv-
09041**

**Murray, et al. v. Johnson & Johnson,
et al.; Case No. 1:23-cv-5689**

**Norfleet, et al. v. Johnson &
Johnson, et al.; Case No. 1:23-cv-5687**

**Richard, et al. v. Johnson &
Johnson, et al.; Case No. 1:23-cv-
5649IN**

{S1961221.1}

**Ruiz, et. al v. Costco Wholesale, et al.; 1:22-cv-09072-DLC**

**Smith, et al. v. Johnson & Johnson, et al.; Case No. 1:23-cv-4725**

**Sutton, et al. v. Johnson & Johnson, et al.; Case No. 1:23-cv-5686**

**Thompson, et al. v. Walmart Inc.; 1:22-cv-08816-DLC**

**Wagner, et al. v. Johnson & Johnson, et al.; No. 1:23-cv-7220**

**Wells, et al. v. Johnson & Johnson, et al.; Case No. 1:23-cv-06333**

**and any other related cases in which Rite Aid Corporation was named as a Defendant.RE: Acetaminophen – ASD-ADHD Products Liability Litigation.**

## WITHDRAW OF APPEARANCE

TO:    The Clerk of the Court and All Parties of Record:

Kindly withdraw the appearance of KAREN G. FELTER on behalf of

defendant, Rite Aid Corporation, in the above-captioned matter as Rite Aid

Corporation was discharged as a Defendant on November 14, 2024:

> ORDER: Accordingly, those member cases proceeded against non-debtor defendants only. Between October 22 and October 29, 2024, Rite Aid filed a series of notices of permanent injunction and discharge, explaining that its approved Plan of Reorganization went into effect on August 30, and that as of that date the automatic stay was replaced by a discharge injunction in accordance with 11 U.S.C. § 534(a) (2). Rite Aid requested that this Court administratively terminate the member cases captioned above as to the reorganized Rite Aid Corporation and certain affiliates and subsidiaries. On November 13, plaintiffs submitted a letter explaining that they do not oppose Rite Aid's request. Accordingly, it is hereby ORDERED that the member cases identified in this Order are administratively terminated as to defendant Rite Aid. (Signed by Judge Denise L. Cote on 11/14/2024) (vfr) (Entered: 11/14/2024)

DATED:  May 22, 2026

SMITH, SOVIK, KENDRICK & SUGNET, P.C.

By: _____
    Karen G. Felter, Esq.
    Bar Roll No. KF1022
*Former Attorneys for Defendant, Rite Aid*
*Corporation*
250 South Clinton Street, Suite 600
Syracuse, New York  13202
(315) 474-2911
Email:  kfelter@smithsovik.com

{S1961221.1}