**Barnes & Thornburg**

Jessica L. Brennan, Esq.
67 E. Park Place, Suite 1000
Morristown, NJ 07960-7105 U.S.A.
(973) 775-6101
Fax: (973) 775-6102

www.btlaw.com

June 1, 2026

<u>**VIA ECF**</u>
The Honorable Denise L. Cote
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

**Re:**     *In Re: Acetaminophen ASD/ADHD Prods. Liab. Litig.*, 1:22-md-3043 (DLC)

Dear Judge Cote,

This firm represents Kenvue Brands LLC (formerly Johnson & Johnson Consumer Inc.) in connection with the above captioned matter.  We write with an update regarding Your Honor's May 8 Order directing the parties to confer on reasonable attorneys' fees (ECF No. 1651) in connection with the Opinion on Kenvue's Motion for Sanctions (ECF No. 1650).

For purpose of meet and confer, Kenvue proposed to Keller Postman and Ashley Keller that, in lieu of paying attorneys' fees incurred in connection with the motion for sanctions, Keller Postman and Ashley Keller donate $50,000 to March of Dimes.  Kenvue selected March of Dimes based on the organization's mission to improve the health of mothers and babies.  Keller Postman and Ashley Keller have agreed to make that donation within fourteen days of the May 8 Order becoming final and non-appealable.  If the order is vacated or reversed by any court, Keller Postman and Ashley Keller will not have a payment obligation.  Kenvue does not object to these limitations.

We thank the Court for its consideration of this matter and, if needed, are available to discuss further at the Court's convenience.

Respectfully submitted,

/s/ Jessica L. Brennan

cc: All Counsel of Record