UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :        22md3043 (DLC)
IN RE: Acetaminophen - ASD-ADHD       :
Products Liability Litigation         :        ORDER
                                      :
------------------------------------- X

DENISE COTE, District Judge:

An Opinion of May 8, 2026, granted defendant Kenvue Brands LLC's ("Kenvue") motion for sanctions against plaintiffs' co-lead counsel Ashley Keller and his law firm Keller Postman LLC ("Keller Postman"). An Order of May 8 ordered the parties to attempt to agree on the amount of reasonable attorneys' fees owed and set a briefing schedule in the event that the parties are unable to reach agreement. In a June 1 letter, Kenvue's counsel reported that the parties agreed that, in lieu of paying attorneys' fees incurred in connection with the motion of sanctions, Keller Postman and Ashley Keller will donate $50,000 to March of Dimes, a nonprofit organization. It is hereby

ORDERED that Keller Postman and Ashley Keller shall donate $50,000 to March of Dimes within fourteen days of the May 8 Order becoming final and non-appealable, in the event that the Order has not been previously vacated or reversed.

Dated:    New York, New York
          June 3, 2026

                                    _____
                                            DENISE COTE
                                    United States District Judge