**IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE: Acetaminophen – ASD-ADHD Products Liability Litigation**<br><br><br>**This Document Related To: All Cases** | **22md3043 (DLC)** |

## NOTICE OF APPEAL

Ashley C. Keller and Keller Postman LLC hereby appeal to the United States Court of Appeals for the Second Circuit from the June 3, 2026 order (Dkt. No. 1657) requiring payment of a donation in the amount of $50,000 to the March of Dimes as a sanction in lieu of attorneys' fees incurred in furtherance of the May 8, 2026 order (Dkt. No. 1650) imposing Rule 37 sanctions.

DATED: June 3, 2026

Respectfully submitted,

/s/ Warren D. Postman
Warren D. Postman
John J. Snidow
KELLER POSTMAN LLC
1101 Connecticut Avenue NW
Suite 1100
Washington, DC 20036
Phone: (202) 983-5484
wdp@kellerpostman.com
jj.snidow@kellerpostman.com

Ashley Barriere
KELLER POSTMAN LLC
150 N. Riverside Plaza
Suite 4100
Chicago, IL 60606
Phone: (312) 210-7307
ashley.barriere@kellerpostman.com